**EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Mary Clifton, also known as, Mary Bridges, depose and say that I am employed by Rebekah Fisher & Associates, PLLC ("***Fisher***"), counsel for Variety Stores, LLC in the above-captioned chapter 11 cases.

On February 4, 2025, at my direction and under my supervision, employees of Fisher caused the following document to be served by the method set forth on (1) the Landlords Service List attached hereto as **Exhibit A**, and (2) the Counsel Service List attached hereto as **Exhibit B**:

- Information evidencing Variety Stores, LLC's adequate assurance of future performance.

Dated: February 21, 2025

_____
Mary Clifton, also known as, Mary Bridges

STATE OF TENNESSEE
COUNTY OF WILLIAMSON

On this 21st day of February 2025, before me personally appeared Mary Clifton, also known as, Mary Bridges, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that such person executed the same as such person's free act and deed.

Witness my hand, at office, this 21st day of February 2025.

_____
Notary Public

My Commission Expires:

3/20/28

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Green Moon, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**Exhibit A**

| Location # | Landlord Name | Landlord Address | Landlord Address 2 | Landlord City | Landlord State | Landlord Zip | Method of Service |
|---|---|---|---|---|---|---|---|
| 1 | BENBROOK REAL ESTATE, LLC | 70 NE LOOP 410, SUITE 185 | | SAN ANTONIO | TX | 78216 | FedEx Priority Overnight |
| 51 | HORIZON COMMONS, LLC | 40 EAST 69TH STREET, FOURTH FLOOR | C/O ROSEN EQUITIES, LLC | NEW YORK | NY | 10021 | FedEx Priority Overnight |
| 64 | GG LAGRANCE LLC | 1501 JOHNSON FERRY RD, SUITE 125 | | MARIETTA | GA | 30062 | FedEx Priority Overnight |
| 82 | FOUNDER, INC. | C/O JOBEL MANAGEMENT CORP. | 900 ROUTE 9 - 6TH FLOOR | WOODBRIDGE | NJ | 07095-0000 | FedEx Priority Overnight |
| 98 | D&L FERGUSON RENTALS, LLC | 110 MAIN STREET | | WINTERSVILLE | OH | 43953-3734 | FedEx Priority Overnight |
| 135 | PLAZA SHOPPING CENTERS | C/O HOUCHENS PROPERTIES | P.O. BOX 90009 | BOWLING GREEN | KY | 42102-9009 | USPS Priority Mail |
| 157 | BYZANTINE, INC. | 192 OAKVILLE ROAD | | BEAVER FALLS | PA | 15010 | FedEx Priority Overnight |
| 204 | DON R. ERSHIG, DBA KEN'S PLAZA | 1800 N. ELM STREET | | HENDERSON | KY | 42420 | FedEx Priority Overnight |
| 205 | UNIVERSAL GUARANTY LIFE INS CO INC | P.O. BOX 430 | | SOMERSET | KY | 42502 | USPS Priority Mail |
| 219 | MONCKS CORNER CENTER, LLC | C/O GARRETT AND GARRETT | P. O. DRAWER 36 | FOUNTAIN INN | SC | 29644 | USPS Priority Mail |
| 221 | COLLEGE SQUARE ASSOCIATES LLC | 737 WEST CHESTER PIKE | SUITE 5 | HAVERTOWN | PA | 19083 | FedEx Priority Overnight |
| 222 | PARKVIEW PLAZA ASSOCIATES, LLC | C/O SIGNET REALTY CORP. | 2343 S.E. MANITON TERRACE | PORT ST. LUCIE | FL | 34952 | FedEx Priority Overnight |
| 224 | ELKIN VILLAGE PARTNERS, LLC | 2326 N NC 16 BUSINESS HWY | | DENVER | NC | 28037-8353 | FedEx Priority Overnight |
| 244 | ERSHIG PROPERTIES, INC. | 1800 N. ELM STREET | | HENDERSON | KY | 42420 | FedEx Priority Overnight |
| 246 | JARA GROUP LP | C/O WEST PLACE REAL ESTATE SERVICES, LLC | 166 WEST CHESTNUT STREET | WASHINGTON | PA | 15301 | FedEx Priority Overnight |
| 254 | JASPER SOUTHGATE INDUSTRIES | 385 S US HWY 231 | | JASPER | IN | 47546-3299 | FedEx Priority Overnight |
| 275 | WOODLAND VILLAGE, LLC | ATTN:  ROBIN H. DIAL | 2700 MIDDLEBURG DR STE 218 | COLUMBIA | SC | 29204-0000 | FedEx Priority Overnight |
| 292 | EDMUND TERRY | dba WORLDWIDE PROPERTIES USA, | 211 ALEXANDER PALM ROAD | BOCA RATON | FL | 33432-7908 | FedEx Priority Overnight |
| 297 | HAGER CABINETS | 474 EASTERN BYPASS | ATTN: LINDA HAGER PACK | RICHMOND | KY | 40475 | FedEx Priority Overnight |
| 303 | RJB ENTERPRISES, LLC | 663 RARITAN ROAD | | CRANFORD | NJ | 7016 | FedEx Priority Overnight & USPS Priority Mail |
| 310 | CLARKSVILLE SQUARE LLC | C/O REAL ESTATE SOUTHEAST LLC | P.O. BOX 681955 | PRATTVILLE | AL | 36068 | USPS Priority Mail |
| 340 | MARTINSBURG CENTER ASSOCIATES LLC | 11155 RED RUN BLVD STE 320 | | OWINGS MILLS | MD | 21117 | FedEx Priority Overnight |
| 348 | AR BRICKYARD LLC | 11155 RED RUN BLVD STE 320 | | OWINGS MILLS | MD | 21117-9502 | FedEx Priority Overnight |
| 358 | NEWBURGER-ANDES | 201 ALLEN RD | SUITE 300 | ATLANTA | GA | 30328 | FedEx Priority Overnight |
| 375 | TOWN SQUARE L.P. | C/O JASON GRIMMETT - REAL ESTATE | 1630 TOWN SQUARE, P.O. BOX 996 | CULLMAN | AL | 35056-0996 | USPS Priority Mail |
| 396 | AMICRE, LLC | 950 FOREST AVE | | LAKEWOOD | NJ | 8701 | FedEx Priority Overnight |
| 397 | WEDGEWOOD SC INVESTORS, LLC | 3265 MERIDIAN PKWY STE 130 | | WESTON | FL | 33331-3506 | FedEx Priority Overnight |
| 405 | PGP CLEVELAND CORNERS OPERATIONS LLC | 141 PROVIDENCE ROAD SUITE 200 | | CHAPEL HILL | NC | 27514-6200 | FedEx Priority Overnight |
| 451 | EASTGROVE SHOPPING CENTER, LLC | C/O WILLIAM R. ROTH & ASSOCIATES | 395 LIBRARY PARK SOUTH | COLUMBUS | OH | 43215 | FedEx Priority Overnight |
| 454 | LINDSEY PROPERTIES LLC | PO BOX 252451 | P O BOX 252451 | WEST BLOOMFIELD | MI | 48325-2451 | USPS Priority Mail |
| 458 | TWO CENTER CORPORATION | | 4848 ROUTE 8, UNIT 2 | ALLISON PARK | PA | 15101 | FedEx Priority Overnight |
| 462 | BROADWAY SQUARE CO./JOHN FISER | | 132 SHERLAKE RD. | KNOXVILLE | TN | 37922-2307 | FedEx Priority Overnight |
| 463 | C & F LAND CO. | C/O HACKNEY REAL ESTATE PARTNERS | P.O. BOX 17710 | RICHMOND | VA | 23226 | USPS Priority Mail |
| 467 | UNIVERSITY PARK ASSOCIATES LP | C/O ZAMIAS SERVICES, INC. | 1219 SCALP AVE | JOHNSTOWN | PA | 15904 | FedEx Priority Overnight |
| 475 | ROCHESTER PLAZA ASSOCIATES, LLC | ATTN: ASSET MANAGER | 11155 RED RUN BLVD STE 320 | OWINGS MILLS | MD | 21117-3256 | FedEx Priority Overnight |
| 494 | VH CLEONA, LLP | C/O VASTGOOD PROPERTIES, LLC | 44 SOUTH BAYLES AVENUE SUITE 210 | PORT WASHINGTON | NY | 11050 | FedEx Priority Overnight |
| 499 | TRANEL, INC. | C/O ROSEN EQUITIES, LLC | 40 EAST 69TH STREET, FOURTH FLOOR | NEW YORK | NY | 10021 | FedEx Priority Overnight |
| 514 | WESTGATE PLAZA ASSOCIATES | C/O THE SEMBLER COMPANY | 5858 CENTRAL AVENUE | ST. PETERSBURG | FL | 33707 | FedEx Priority Overnight |
| 516 | SOUTHEAST PARTNERS LP | 169 RAMAPO VALLEY RD UNIT ML7 | | OAKLAND | NJ | 07436-2509 | FedEx Priority Overnight |
| 541 | DGN PROPERTIES LLC | C/O CAM REALTY OF SW FL | 201 W MARION AVE, STE 1214 | PUNTA GORDA | FL | 33950 | FedEx Priority Overnight |
| 559 | B&B CASH GROCERY STORES INC | | 927 US HIGHWAY 301 SOUTH | TAMPA | FL | 33619 | FedEx Priority Overnight |
| 560 | B&B KINGS ROW HOLDINGS LLC | C/O BRUCE STRUMPF, INC | 2120 DREW STREET | CLEARWATER | FL | 33765 | FedEx Priority Overnight |
| 563 | LINCOLN BANCORP LLC | C/O BISHOP BEALE DUNCAN | 250 N ORANGE AVE., SUITE 1500 | ORLANDO | FL | 32801 | FedEx Priority Overnight |
| 603 | PATHFINDER TWIN CREEK LLC | 277 FAIRFIELD ROAD SUITE 205 | C/O VITA & VITA REALTY CORP | FAIRFIELD | NJ | 07004-1994 | FedEx Priority Overnight |
| 604 | HICKORY SAP LLC | C/O METCAP MANAGEMENT, LLC | P O BOX 11908 | CHARLOTTE | NC | 28220 | USPS Priority Mail |
| 801 | FIVE TREES REALTY, INC. | C/O GLOWACKI MANAGEMENT COMPANY | 3645 WEST LAKE ROAD | ERIE | PA | 16505 | FedEx Priority Overnight |
| 810 | 452, LLC | C/O KPM, LLC, ATTN: COMMERCIAL PROP MGMT | 1128 INDEPENDENCE BLVD., STE 200 | VIRGINIA BEACH | VA | 23455 | FedEx Priority Overnight |
| 815 | R.L. WITTBOLD - NEW PHILADELPHIA | ATTN: LOU ANN COUNIHAN | 1361 CLUB DRIVE | BLOOMFIELD HILLS | MI | 48302 | FedEx Priority Overnight |
| 835 | MFBG PORT HURON LLC | C/O RD MANAGEMENT CORP. | 810 SEVENTH AVENUE, 10TH FLOOR | NEW YORK | NY | 10019 | FedEx Priority Overnight |
| 837 | FAYETTE SQUARE INVESTORS, LLC | C/O SAMCO PROPERTIES, INC | 455 FAIRWAY DRIVE, SUITE 301 | DEERFIELD BEACH | FL | 33441 | FedEx Priority Overnight |
| 843 | BAKER & BAKER REAL ESTATE | DEVELOPERS, LLC | 1400 PICKENS STREET, 5TH FLOOR (29201) | COLUMBIA | SC | 29211-2397 | FedEx Priority Overnight |
| 1005 | HULL-NORLEX, LLC | C/O MARKETPLACE MANAGEMENT, INC | 1560 NORTH MAIN STREET, STE 104 | HIGH POINT | NC | 27262 | FedEx Priority Overnight |

| Location # | Landlord Name | Landlord Address | Landlord Address 2 | Landlord City | Landlord State | Landlord Zip | Method of Service |
|---|---|---|---|---|---|---|---|
| 1006 | CLUB FOREST GRAND STRAND, LLC | C/O RELIANCE REALTY ADVISORS | P.O. BOX 699 | FOUNTAIN INN | SC | 29644-0699 | USPS Priority Mail |
| 1016 | CARLISLE COMMERCE CENTER, LTD. | C/O POMEGRANATE REAL ESTATE | 33 ROCK HILL RD., STE 350 | BALA CYNWYD | PA | 19004 | FedEx Priority Overnight |
| 1052 | GIBRALTAR MANAGEMENT CO., INC | 150 WHITE PLAINS ROAD | | TARRYTOWN | NY | 10591 | FedEx Priority Overnight |
| 1055 | G.G. GARFIELD COMMONS 2012 LP | C/O GLIMCHER GROUP INC. | 500 GRANT STREET, STE 2000 | PITTSBURGH | PA | 15219 | FedEx Priority Overnight |
| 1058 | JOHNSTON SQUARE CENTER, L.L.C. | ATTN: TERRY SLATE | 4201 FAYETTEVILLE ROAD | RALEIGH | NC | 27603 | FedEx Priority Overnight |
| 1075 | SKSO PROPERTIES, INC. | 215 LOGAN STREET, SUITE 10 | | WILLIAMSON | WV | 25661 | FedEx Priority Overnight |
| 1078 | JAMES A CRAIG | 4031 ASPEN GROVE DR STE 300 | | FRANKLIN | TN | 37067-2950 | FedEx Priority Overnight |
| 1093 | HALPERN ENTERPRISES, INC | 5200 ROSWELL ROAD | | ATLANTA | GA | 30342 | FedEx Priority Overnight |
| 1094 | DRINKRH | PO BOX 996 | P O BOX 996 | CULLMAN | AL | 35056-0996 | USPS Priority Mail |
| 1096 | STOCKMAN LANDS INC | 1142 REYNOLDS AVE | | GREENWOOD | SC | 29649-2736 | FedEx Priority Overnight |
| 1103 | ELI ERLICH | 1840 NICHOLAS DR | | HUNTINGDON VALLEY | PA | 19006 | FedEx Priority Overnight |
| 1138 | RVS REALTY, LLC | C/O MetCap Management, LLC | P.O. BOX 11908 | CHARLOTTE | NC | 28220 | USPS Priority Mail |
| 1141 | CANADIAN FOUR STATE HOLDINGS LTD. | 1000 SHERBROOKE STREET WEST | SUITE 900 | MONTREAL, QUEBEC | | H3A 3G4 | FedEx Priority Overnight |
| 1158 | ATHENS INVESTORS, LLC | 3265 MERIDIAN PKWY STE 130 | | WESTON | FL | 33331-3506 | FedEx Priority Overnight |
| 1166 | SIX UP REALTY LLC | 7 OAKWOOD DRIVE | | SCRANTON | PA | 18504-9503 | FedEx Priority Overnight |
| 1173 | CARBON PLAZA SHOPPING CENTER, LLC | 1250 ROUTE 28 STE 101 | | BRANCHBURG | NJ | 08876-3389 | FedEx Priority Overnight |
| 1178 | COLUMBIA NORTHEAST, LLC | C/O MALON D. MIMMS COMPANY | 8S-A MILL STREET, SUITE 100 | ROSWELL | GA | 30075 | FedEx Priority Overnight |
| 1184 | BZA BERNE SQUARE LLC | C/O BEARS MANAGEMENT GROUP, LLC | 990 PEACHTREE INDUSTRIAL BLVD, PO BOX 3258 | SUWANEE | GA | 30024 | USPS Priority Mail |
| 1185 | SATILLA SQUARE MALL LLC | 10158 WINDWARD WAY N | | JACKSONVILLE | FL | 32256 | FedEx Priority Overnight |
| 1190 | MERCHANTS SQUARE OF DALLAS, LLC | C/O SOLAR REALTY MANAGEMENT CO | 36 MAPLE PLACE, SUITE 303 | MANHASSET | NY | 11030 | FedEx Priority Overnight |
| 1207 | L & R REAL ESTATE LLC | 30 HILLSDALE RD | | EDISON | NJ | 08820-2534 | FedEx Priority Overnight |
| 1213 | CROSSGATES SHOPPING CENTER, LLC | ATTN: JOHN MICHAEL HOLTMANN | 300 CONCOURSE BLVD STE 105 | RIDGELAND | MS | 39157-2091 | FedEx Priority Overnight |
| 1235 | GBR GREEVEVILLE LP | C/O GIBRALTAR MANAGEMENT CO | 150 WHITE PLAINS ROAD | TARRYTOWN | NY | 10591 | FedEx Priority Overnight |
| 1237 | TMC LLC | 210 E MAIN ST | | TUPELO | MS | 38804-4031 | FedEx Priority Overnight |
| 1263 | RALEIGH ENTERPRISES, LLC | C/O LIBBY & LIBBY ENTERPRISES LLC | 803 COMMONWEALTH DRIVE | WARRENDALE | PA | 15086 | FedEx Priority Overnight |
| 1288 | THF GREENGATE EAST DEVELOPMENT, LP | C/O TKG MANAGEMENT, INC | 211 N. STADIUM BLVD., STE 201 | COLUMBIA | MO | 65203-1161 | FedEx Priority Overnight |
| 1296 | MT AIRY PARTNERSHIP | PO BOX 1929 | P O BOX 1929 | EASLEY | SC | 29641-1929 | USPS Priority Mail |
| 1297 | 15 HOLLINGSWORTH ST REALTY TRUST | ATTN: JOSH COHEN | 240 JAMAICAWAY | JAMAICA PLAIN | MA | 2130 | FedEx Priority Overnight |
| 1298 | MCANLY COMMERCIAL PROPERTIES | 1000 E LEXINGTON AVE STE 2 | | DANVILLE | KY | 40422-1707 | FedEx Priority Overnight |
| 1361 | PRUDENTIAL GROWTH OPERATIONS, LLC | PO BOX 17119 | | CHAPEL HILL | NC | 27516 | USPS Priority Mail |
| 1365 | DRAKE RENTAL | 213 FRANKLIN PLAZA DR | | FRANKLIN | NC | 28734 | FedEx Priority Overnight |
| 1366 | MIDGARD SELF STORAGE JACKSONVILLE FL, LLC | ATTN: PAUL RAGAINI | 1146 CANTON STREET | ROSWELL | GA | 30075 | FedEx Priority Overnight |
| 1369 | SUN POINT SDC, LLC | C/O SAGLO DEVELOPMENT CORPORATION | 290 NW 165TH ST, PH 2 | MIAMI | FL | 33169 | FedEx Priority Overnight |
| 1371 | BRICE SQUARE, LLC | C/O THE TEMPLES CO | PO BOX 405 | VIDALIA | GA | 30475-0405 | USPS Priority Mail |
| 1372 | VILLAGE INVESTMENT PROPERTIES, LLC | C/O METCAP MANAGEMENT, LLC | P O BOX 11908 | CHARLOTTE | NC | 28220 | USPS Priority Mail |
| 1376 | PLAZA 15 REALTY LLC | ATTN: REAL ESTATE MANAGER | 1 HOSPITAL DRIVE | LEWISBURG | PA | 17837 | FedEx Priority Overnight |
| 1382 | CORNELIA RETAIL I LLC | 1003 ALPHARETTA ST STE 100 | | ROSWELL | GA | 30075 | FedEx Priority Overnight |
| 1385 | GUY PROPERTIES LLC | 4401 E. INDEPENDENCE BLVD | SUITE 204 | CHARLOTTE | NC | 28205 | FedEx Priority Overnight |
| 1389 | NORTH STRAND ASSOCIATES LLC | ATTN: STEVEN VERSTANDIG | 11155 Red Run Blvd, Ste 320 | Owings Mills | MD | 21117 | FedEx Priority Overnight |
| 1392 | WRD HANOVER LP | 33 ROCK HILL RD STE 350 | C/O POMEGRANATE RE | BALA CYNWYD | PA | 19004-2055 | FedEx Priority Overnight |
| 1401 | B&E SQUARED, LLC | C/O GATEWAY COMMERCIAL BROKERAGE INC | 300 MARKET STREET NE, STE 3 | DECATUR | AL | 35601-7806 | FedEx Priority Overnight |
| 1413 | EQUITY DEVELOPMENT PARTNERS, LLC | C/O EDGAR COOMBS | 5060 RITTER RD STE A3 | MECHANICSBURG | PA | 17055 | FedEx Priority Overnight |
| 1426 | INDIANA WEST PLAZA LP | C/O MADISON ACQUISITIONS LLC | 4041 LIBERTY AVE, STE 201 | PITTSBURGH | PA | 15224 | FedEx Priority Overnight |
| 1466 | JLY REALTY CO., LLC | 90 FARMVIEW DRIVE | | UNIONTOWN | PA | 15401 | FedEx Priority Overnight |
| 1478 | TBF GROUP PENN HILLS LLC | 175 GREAT NECK ROAD SUITE 201 | | GREAT NECK | NY | 11021-3351 | FedEx Priority Overnight |
| 1483 | CARNABY SQUARE SHOPPING CENTER | 5710 WOOSTER PIKE STE 121 | | CINCINNATI | OH | 45227-4520 | FedEx Priority Overnight |
| 1494 | KILGORE REALTY COMPANY, INC. | C/O DON KILGORE | 304 OAK HILL ROAD | JASPER | AL | 35504 | FedEx Priority Overnight |
| 1495 | DWIGHT W. BROEMAN | C/O BROEMAN PROPERTY MANAGEMENT | 309 Artillery Park Drive | Fort Mitchell | KY | 41017-2798 | FedEx Priority Overnight |
| 1505 | SILVER BRIDGE LP | C/O MADISON ACQUISITIONS, LLC | 4041 LIBERTY AVENUE, STE 201 | PITTSBURGH | PA | 15224-1459 | FedEx Priority Overnight |
| 1507 | NS RETAIL HOLDINGS, LLC | C/O NETSTREIT MANAGEMENT OFFICE | 2021 MCKINNEY AVE, SUITE 1150 | DALLAS | TX | 75201 | FedEx Priority Overnight |
| 1521 | WC PROPERTIES LLC | 150 WARREN C COLEMAN BLVD N | | CONCORD | NC | 28027-6786 | FedEx Priority Overnight |
| 1529 | EAGLE VALLEY REALTY, LP | C/O INSALACO DEVELOPMENT GROUP | 490 NORTH MAIN STREET, SUITE 101 | PITTSTON | PA | 18640 | FedEx Priority Overnight |
| 1588 | MDR LANCER LLC | C/O DODSON COMMERCIAL | 3121 W. LEIGH STREET | RICHMOND | VA | 23230 | FedEx Priority Overnight |

| Location # | Landlord Name | Landlord Address | Landlord Address 2 | Landlord City | Landlord State | Landlord Zip | Method of Service |
|---|---|---|---|---|---|---|---|
| 1601 | THE HLE GROUP LLC | C/O PRUDENTIAL REALTY COMPANY | 3700 SOUTH WATER ST, SUITE 100 | PITTSBURGH | PA | 15203-2366 | FedEx Priority Overnight |
| 1621 | RUSS AVENUE PLAZA, LLC | C/O INGLES MARKETS, INC. | 2913 US HIGHWAY 70 WEST | BLACK MOUNTAIN | NC | 28711-9103 | FedEx Priority Overnight |
| 1622 | GDC INVESTMENT COMPANY | C/O GOLDMAN & ROSEN, LTD | 11 SOUTH FORGE STREET | AKRON | OH | 44304 | FedEx Priority Overnight |
| 1690 | RCC CROSSROADS, LLC | C/O HACKNEY REAL ESTATE PARTNERS | PO BOX 17710 | RICHMOND | VA | 23226-7710 | USPS Priority Mail |
| 1705 | WATERSTONE SOUTHEAST SPARTAN PORTFOLIO, LLC | c/o Collett Management, LLC | 1111 METROPOLITAN AVE, STE 700 | CHARLOTTE | NC | 28236-6799 | FedEx Priority Overnight |
| 1715 | CENTER-ROANOKE ASSOCIATES | 1146 FREEPORT ROAD | | PITTSBURGH | PA | 15238 | FedEx Priority Overnight |
| 1727 | ASTRO REALTY LLC | 625 SOUTH ELM STREET | | GREENSBORO | NC | 27406-1327 | FedEx Priority Overnight |
| 1751 | CHAMPION HILLS | C/O CENTER ASSOCIATES | 1146 FREEPORT RD | PITTSBURGH | PA | 15238 | FedEx Priority Overnight |
| 1761 | CGCMT 2006-C4 - 5522 SHAFFER RD LLC | C/O SPINOSO REAL ESTATE GROUP, DLS, LLC | 112 NORTHERN CONCOURSE | NORTH SYRACUSE | NY | 13212 | FedEx Priority Overnight |
| 1781 | GATOR WACCAMAW SHOPPING CENTER LTD | 7850 NW 146TH ST | 4TH FLOOR | MIAMI LAKES | FL | 33016 | FedEx Priority Overnight |
| 1805 | ASHEBORO MARKETPLACE, LLC | C/O MGMT-ETC, LLC | 54 HONEYSUCKLE WOODS | LAKE WYLIE | SC | 29710 | FedEx Priority Overnight |
| 1806 | BATTLEGROUND ACQUISITIONS, LLC | C/O THE BEDRIN ORGANIZATION | 65 HARRISTOWN ROAD, SUITE 301 | GLEN ROCK | NJ | 7452 | FedEx Priority Overnight |
| 1821 | TBF GROUP SUTTERS CREEK, LLC | 175 GREAT NECK RD STE 201 | | GREAT NECK | NY | 11021 | FedEx Priority Overnight |
| 1823 | ATMF IX, LLC | C/O M.D. GORGE & CO. | 6905 TELEGRAPH ROAD, SUITE 220 | BLOOMFIELD HILLS | MI | 48301 | FedEx Priority Overnight |
| 1826 | SPRINGHILL TWO LLC | 3005 STATE ROAD 590  STE 200 | C/O HARRIS & CO | CLEARWATER | FL | 33759-2539 | FedEx Priority Overnight |
| 1840 | REGENCY CSP IV LLC | 380 N CROSS POINTE BLVD | | EVANSVILLE | IN | 47715-4027 | FedEx Priority Overnight |
| 1842 | F & F INVESTMENTS, LLC | C/O INSPIRED VENTURES, LLC | 1616 ANACAPA STREET, 1ST FLOOR | SANTA BARBARA | CA | 93101 | FedEx Priority Overnight |
| 1843 | MENTOR PROPERTY LLC | C/O CARNEGIE COMPANIES, INC | 6190 COCHRAN ROAD, STE A | SOLON | OH | 44139-3323 | FedEx Priority Overnight |
| 1844 | CENTRE POINT INVESTORS, LLC | ATTN: JENNIFER SMITH | 3265 MERIDIAN PARKWAY, SUITE 130 | WESTON | FL | 33331 | FedEx Priority Overnight |
| 1846 | SELECT-WEST MARKET PLAZA LLC - ATTN: TRACY COMBS | C/O SELECT STRATEGIES BROKERAGE-MIDWEST | 202 S. MAIN STREET, STE J | GRAHAM | NC | 27253-3366 | FedEx Priority Overnight |
| 1849 | KA AT FAIRLESS LP | C/O THE KLEIN GROUP, LLC | 25A HANOVER ROAD, SUITE 350 | FLORHAM PARK | NJ | 07932-1425 | FedEx Priority Overnight |
| 1857 | 1001 HARBORVIEW LLC | 1124 PARK WEST BLVD, STE 101 | | MT PLEASANT | SC | 29466 | FedEx Priority Overnight |
| 1858 | GREENVILLE ASSOCIATES | C/O BILL LEVERTON, PROPERTY MANAGER | 4736 HIGH POINT ROAD | KERNERSVILLE | NC | 27284-9161 | FedEx Priority Overnight |
| 1877 | SHORES-WHITE LLC | PO BOX 6767 | | CHARLESTON | WV | 25362-0767 | USPS Priority Mail |
| 1891 | NETSTREIT | 2021 MCKINNEY AVE | SUITE 1150 | DALLAS | TX | 75201 | FedEx Priority Overnight |
| 1892 | SPINDALE RETAIL I LLC | C/O VANGUARD ASSOCIATES HOLDINGS LLC | 1003 ALPHARETTA ST STE 100 | ROSWELL | GA | 30075 | FedEx Priority Overnight |
| 1899 | PATHFINDER TOWN & COUNTRY LLC | 9525 BIRKDALE CROSSSING DRIVE ST 200 | | HUNTERSVILLE | NC | 28078-8459 | FedEx Priority Overnight |
| 1961 | MARKET ON CHERRY | C/O PROVIDENCE GROUP MANAGEMENT SERVICES | 300 WEST SUMMIT AVE, STE 250 | CHARLOTTE | NC | 28203 | FedEx Priority Overnight |
| 1975 | GB ASSOCIATES LIMITED PARTNERSHIP | C/O BEATTY MANAGEMENT COMPANY | 6824 ELM STREET, SUITE 200 | MCLEAN | VA | 22101 | FedEx Priority Overnight |
| 4226 | WILSHIRE PLAZA INVESTORS, LLC | C/O VICTORY REAL ESTATE INVESTMENTS, LLC | 240 BROOKSTONE CENTRE PARKWAY | COLUMBUS | GA | 31904 | FedEx Priority Overnight |
| 4723 | NS RETAIL HOLDINGS, LLC | C/O NETSTREIT MANAGEMENT, LLC | 2021 MCKINNEY AVE, SUITE 1150 | DALLAS | TX | 75201 | FedEx Priority Overnight |
| 5093 | MCKNIGHT NORTHLAND | C/O MCKNIGHT REALTY PARTNERS | 300 GRANT STREET SUITE 2500 | PITTSBURGH | PA | 15219 | FedEx Priority Overnight |
| 5101 | PETERS ENTERPRISES LLC | 801 N MAIN ST STE C | | HIGH POINT | NC | 27262-3921 | FedEx Priority Overnight |
| 5122 | MSQ REALTY LLC | C/O BLASS PROPERTIES INC | 1333 SUNLAND DR NE | BROOKHAVEN | GA | 30319 | FedEx Priority Overnight |
| 5123 | V&S SEVEN OAKS LLC | 678 REISTERSTOWN ROAD | | BALTIMORE | MD | 21208 | FedEx Priority Overnight |
| 5127 | CF PARTNERS LLC | C/O REALTY RESOURCE CAPITAL CORP | 7600 JERICHO TURNPIKE SUITE 402 | WOODBURY | NY | 11797 | FedEx Priority Overnight |
| 5157 | TRILEDO SANFORD LLC | 700 EXPOSITION PLACE | SUITE 131 | RALEIGH | NC | 27615 | FedEx Priority Overnight |
| 5182 | GARRETT SIMPSONVILLE CENTER, LLC | C/O GARRETT AND GARRETT | 100 FAIRVIEW ST. EXT. | FOUNTAIN INN | SC | 29644 | FedEx Priority Overnight |
| 5183 | FOREST HILLS INVESTORS LLC | 3265 MERIDIAN PARKWAY, SUITE 130 | | WESTON | FL | 33331 | FedEx Priority Overnight |
| 5188 | YADA LLC | ATTN: JACOB WEINGARTEN | 8 TOLTCHAV WAY, UNIT 203 | MONROE | NY | 10950-8589 | FedEx Priority Overnight |
| 5209 | SOAR MANAGEMENT INC | 821 HIAWASSEE STREET | | MURPHY | NC | 28906 | FedEx Priority Overnight |
| 5224 | MOREHEAD PLAZA LLC | 1049 DRESSER COURT | C/O INCOME PROPERTIES OF RALEIGH, INC | RALEIGH | NC | 27609-7323 | FedEx Priority Overnight |
| 5229 | COURTYARD ACQUISITIONS LLC | ATTN: TARIK Y. DINHA II | 18000 W 9 MILE RD STE 700 | SOUTHFIELD | MI | 48075 | FedEx Priority Overnight |
| 5235 | AGREE FUQUAY-VARINA, LLC | 32301 WOODWARD AVE | ATTN:  DANIELLE SPEHAR | ROYAL OAK | MI | 48073 | FedEx Priority Overnight |
| 5237 | SOUTHERN BENEDICTINE SOCIETY | 100 BELMONT MOUNT HOLLY RD | | BELMONT | NC | 28012-2702 | FedEx Priority Overnight |
| 5240 | NORTHPORT MCFARLAND ASSOCIATES, LLC | ATTN: KAREN PERROTTA | 3850 S UNIVERSITY DR UNIT 291327 | DAVIE | FL | 33329 | FedEx Priority Overnight |
| 5243 | MORSE ROAD COMPANY-I, LLC | C/O SCHOTTENSTEIN PROPERTY GROUP | 4300 EAST FIFTH AVENUE | COLUMBUS | OH | 43219 | FedEx Priority Overnight |
| 5247 | AVERY RETAIL MEDIUM C, LLC | 1720 SOUTH ZAPATA HIGHWAY | | LAREDO | TX | 78046 | FedEx Priority Overnight |
| 5255 | WESTCHASE SERIES 8 | 204 WOODLAKE DRIVE | | GALLATIN | TN | 37066-4420 | FedEx Priority Overnight |
| 5261 | WINKLERS MILL, LLC | 132 JOE KNOX AVE, SUITE 10S | PO BOX 3608 | MOORESVILLE | NC | 28117 | FedEx Priority Overnight & USPS Priority Mail |
| 5276 | MFW ASSOCIATES | C/O ASTON PROPERTIES | 610 E. MOREHEAD STREET SUITE 100 | CHARLOTTE | NC | 28202 | FedEx Priority Overnight |
| 5280 | ECA BULIGO WEAVERVILLE PARTNERS LP | C/O EAST COAST MANAGEMENT | 13041 W LINEBAUGH AVENUE | TAMPA | FL | 33626-4484 | FedEx Priority Overnight |

| Location # | Landlord Name | Landlord Address | Landlord Address 2 | Landlord City | Landlord State | Landlord Zip | Method of Service |
|---|---|---|---|---|---|---|---|
| 5282 | GBR EPHRATA LLC AND EPHRATA HOLDINGS LP | C/O GIBRALTAR MANAGEMENT COMPANY, INC | 150 WHITE PLAINS ROAD, SUITE 400 | TARRYTOWN | NY | 10591 | FedEx Priority Overnight |
| 5293 | VEREIT REAL ESTATE LP | 2325 E CAMELBACK ROAD, 9TH FLOOR | ATTN: ASSET MANAGER | PHOENIX | AZ | 85016 | FedEx Priority Overnight |
| 5298 | SOUTH PLAZA ASSOCIATES, LLC | C/O LEVEY & COMPANY | 1585 FREDERICK BLVD | AKRON | OH | 44320 | FedEx Priority Overnight |
| 5310 | RSH, LLC | C/O BLS HOLDINGS GROUP, LLC | 3638 WALTON WAY EXTENSION, SUITE 201 | AUGUSTA | GA | 30909 | FedEx Priority Overnight |
| 5311 | UNISON MOORESVILLE, LLC | C/O COLLETT MANAGEMENT, LLC | 1111 METROPOLITAN AVENUE SUITE 700 | CHARLOTTE | NC | 28204 | FedEx Priority Overnight |
| 5312 | 5 POINT CHURCH | C/O LEGACY PROPERTY SERVICES, LLC | 109 S MCDUFFIE ST | ANDERSON | SC | 29624-1626 | FedEx Priority Overnight |
| 5324 | UP IN THE AIR LLC | 585 SOUTH FRONT STREET STE 200 | | COLUMBUS | OH | 43215-5694 | FedEx Priority Overnight |
| 5328 | ARCHER CENTRAL BUILDING, LLC | C/O HEIDNER PROPERTY MANAGEMENT | 5277 TRILLIUM BLVD. | HOFFMAN ESTATES | IL | 60192 | FedEx Priority Overnight |
| 5332 | SEVIERVILLE FORKS PARTNERS, LLC | C/O ANCHOR INVESTMENTS, LLC | 2926 FOSTER CREIGHTON DR | NASHVILLE | TN | 37204 | FedEx Priority Overnight |
| 5335 | KM OF CHESAPEAKE VIRGINIA LP | 91-31 QUEENS BLVD STE 512 | | ELMHURST | NY | 11373-5542 | FedEx Priority Overnight |
| 5338 | HYG FREMONT LLC | C/O WORTH CAPITAL | PO BOX 9646 | COLUMBUS | OH | 43209-0646 | USPS Priority Mail |
| 5339 | NATIONAL REALTY & DEVELOPMENT | 3 MANHATTANVILLE RD | | PURCHASE | NY | 10577-2116 | FedEx Priority Overnight |
| 5340 | CMPC, LLC | C/O MID CITY PARTNERS | 1460 WALDEN AVENUE | LAKEWOOD | NJ | 8701 | FedEx Priority Overnight |
| 5346 | BRIDGEPORT PLAZA ASSOCIATES LLC | 11155 Red Run Blvd, Ste 320 | | Owings Mills | MD | 21117 | FedEx Priority Overnight |
| 5347 | MERIDEN ASSOCIATES LLC | 277 FAIRFIELDRD SUITE 205 | | FAIRFIELD | NJ | 07004-1937 | FedEx Priority Overnight |
| 5348 | ARDENA LR LLC | C/O COLLIERS-RICHMOND | 6641 WEST BROAD ST, STE 101 | RICHMOND | VA | 23230 | FedEx Priority Overnight |
| 5352 | IRELAND LAWRENCE LTD | C/O IRELAND CO | 85 WESTON ROAD, SUITE 101 | WESTON | FL | 33326 | FedEx Priority Overnight |
| 5358 | 853 CLEVELAND ST, LLC | ATTN: MADHURITA BAKSHI | 183 MARRAKESH CIRCLE | MEMPHIS | TN | 38139 | FedEx Priority Overnight |
| 5361 | HARRISON OH PARTNERS, LLC | 2926 FOSTER CREIGHTON DR | | NASHVILLE | TN | 37204 | FedEx Priority Overnight |
| 5368 | FRUITLAND PLAZA, LLC | C/O SVN MILLER COMMERCIAL REAL ESTATE | 206 E MAIN ST | SALISBURY | MD | 21801 | FedEx Priority Overnight |
| 5372 | DORCHESTER REALTY LLC | 400 BROADHOLLOW RD STE 302 | | MELVILLE | NY | 11747-4810 | FedEx Priority Overnight |
| 5375 | BUDD FAMILY LP | 2907 N PATTERSON ST | | VALDOSTA | GA | 31602-4125 | FedEx Priority Overnight |
| 5376 | K-VA-T Food Stores, Inc | One Food City Circle | | Abingdon | VA | 24210 | FedEx Priority Overnight |
| 5379 | BADERCO, LLC | 3180 ABBEY ROAD | | ROCKY MOUNT | NC | 27804 | FedEx Priority Overnight |
| 5380 | WARREN TERRA INC | 108B SOUTH 7TH STREET | | MARIETTA | OH | 45750 | FedEx Priority Overnight |
| 5384 | MOSAIC OXBRIDGE OWNER, LLC | C/O MFI, INC. | 2800 QUARRY LAKE DRIVE, SUITE 340 | BALTIMORE | MD | 21209 | FedEx Priority Overnight |
| 5391 | EVANS BEST, LLC | C/O MetCap Management, LLC | P O BOX 11908 | CHARLOTTE | NC | 28220 | USPS Priority Mail |
| 5396 | K. M. BIGGS, INCORPORATED | 3550 ELIZABETHTOWN RD | | LUMBERTON | NC | 28358-3350 | FedEx Priority Overnight |
| 5411 | TODD SHOPPING CENTER LLC | 735 THIMBLE SHOALS BLVD STE 100 | | NEWPORT NEWS | VA | 23606-4255 | FedEx Priority Overnight |
| 5412 | CUYAHOGA INVESTMENTS LLC | 2080 BYERS RD | | MIAMISBURG | OH | 45342-1167 | FedEx Priority Overnight |
| 5414 | LEE'S CROSSING SDC LLC | C/O SAGLO DEVELOPMENT CORPORATION | 290 NW 165TH ST PH 2 | MIAMI | FL | 33169 | FedEx Priority Overnight |
| 5416 | GATEWAY PLAZA  FRONT ROYAL LLC | 2825 SOUTH BLVD STE 300 | | CHARLOTTE | NC | 28209-1920 | FedEx Priority Overnight |
| 5417 | FORT OGLETHORPE MARKET PLACE, LLC | C/O MIMMS ENTERPRISES | 780 OLD ROSWELL PLACE, STE 100 | ROSWELL | GA | 30075 | FedEx Priority Overnight |
| 5426 | RIVER PARK PROPERTIES, LLC | PO BOX 450 | | FINCASTLE | VA | 24090 | USPS Priority Mail |
| 5428 | FOOD LION, LLC | C/O RETAIL BUSINESS SERVICES LLC | 1385 HANCOCK ST., ATTN: VP, LEASING & ASSET MGMT | QUINCY | MA | 2169 | FedEx Priority Overnight |
| 5432 | BVB-NC, LLC | C/O BV BELK PROPERTIES | 204-C WEST WOODLAWN ROAD | CHARLOTTE | NC | 28217 | FedEx Priority Overnight |
| 5434 | JORDAN & RIDDLE, LLC | 4200 MORGANTOWN RD., STE 150 | | FAYETTEVILLE | NC | 28314 | FedEx Priority Overnight |
| 5438 | BREEZEWOOD SHOPPING CENTER, INC. | PO BOX 5160 | C/O THALHIMER | GLEN ALLEN | VA | 23058-5160 | USPS Priority Mail |
| 5440 | USPG PORTFOLIO EIGHT, LLC | 3665 FISHINGER BLVD | | HILLIARD | OH | 43026 | FedEx Priority Overnight |
| 5448 | WILLIAM R. ROTH LANCASTER, LLC | C/O ROTH REAL ESTATE GROUP | 395 LIBRARY PARK SOUTH | COLUMBUS | OH | 43215 | FedEx Priority Overnight |
| 5464 | LRC MAGIC INVESTORS, LTD. | 1585 FREDERICK BLVD. | | AKRON | OH | 44320 | FedEx Priority Overnight |
| 5466 | EASTGATE EMPIRE, LLC | 7120 CREEK WOOD DR. | | CHAPEL HILL | NC | 27514 | FedEx Priority Overnight |
| 5490 | BEACON PLAZA LLC | 1018 THOMASVILLE RD | STE 200A | TALLAHASSEE | FL | 32303 | FedEx Priority Overnight |

**Exhibit B**

Counsel Notices

| Location # | Landlord Name | Landlord Attorney | Attorney Firm | Attorney Address | Attorney City | Attorney State | Attorney Zip | Method of Service |
|---|---|---|---|---|---|---|---|---|
| 310 | CLARKSVILLE SQUARE LLC | R. Karl Hill | Seitz, Van Ogtrop & Green, PA | 222 Delaware Avenue, Suite 1500 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 310 | CLARKSVILLE SQUARE LLC | C. Ellis Brazeal, III | Jones Walker LLP | 420 20th Street N, Suite 1100 | Birmingham | AL | 35203 | FedEx Priority Overnight |
| 451 | EASTGROVE SHOPPING CENTER, LLC | Scott J. Leonhardt | Esbrook P.C. | 1000 N. West Street, Suite 1200 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 451 | EASTGROVE SHOPPING CENTER, LLC | Robert B. Berner | Bailey Cavalieri LLC | 409 E. Monument Avenue, Suite 103 | Dayton | OH | 45402 | FedEx Priority Overnight |
| 559 | B&B CASH GROCERY STORES INC | Kevin S. Mann | Cross & Simon, LLC | 1105 N. Market Street, Suite 901 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 559 | B&B CASH GROCERY STORES INC | Randall L. Mueller | Carey, O'Malley, Whitaker, Mueller, Roberts & Smith, P.A. | 712 S. Oregon Avenue | Tampa | FL | 33606 | FedEx Priority Overnight |
| 560 | B&B KINGS ROW HOLDINGS LLC | Scott J. Leonhardt | Esbrook P.C. | 1000 N. West Street, Suite 1200 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 560 | B&B KINGS ROW HOLDINGS LLC | Robert B. Berner | Bailey Cavalieri LLC | 409 E. Monument Avenue, Suite 103 | Dayton | OH | 45402 | FedEx Priority Overnight |
| 1052 | GIBRALTAR MANAGEMENT CO., INC | Kevin M. Newman | Barclay Damon LLP | 125 East Jefferson Street | Syracuse | NY | 13202 | FedEx Priority Overnight |
| 1288 | THF GREENGATE EAST DEVELOPMENT, LP | David P. Primack | Manning Gross + Massenburg, LLP | 1007 N. Orange Street, Suite 711 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 1369 | SUN POINT SDC, LLC | Howard A. Cohen | Fox Rothschild LLP | 1201 N. Market Street, Suite 1200 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 1507 | NS RETAIL HOLDINGS, LLC | Leslie C. Heilman | Ballard Spahr LLP | 919 N. Market Street, 11th Floor | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 1840 | REGENCY CSP IV LLC | Joseph H. Huston, Jr. | Stevens & Lee, P.C. | 919 N. Market Street, Suite 1300 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 1840 | REGENCY CSP IV LLC | Emily L. Pagorski | Stoll Keenon Ogden PLLC | 400 West Market Street, Suite 2700 | Louisville | KY | 40202 | FedEx Priority Overnight |
| 1842 | F & F INVESTMENTS, LLC | Leslie C. Heilman | Ballard Spahr LLP | 919 N. Market Street, 11th Floor | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 1891 | NETSTREIT | Leslie C. Heilman | Ballard Spahr LLP | 919 N. Market Street, 11th Floor | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 4723 | NS RETAIL HOLDINGS, LLC | Leslie C. Heilman | Ballard Spahr LLP | 919 N. Market Street, 11th Floor | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 5255 | WESTCHASE SERIES 8 | Timothy T. Mitchell & Donna Kaye Rashti | Rashti & Mitchell | 4422 Ridgeside Drive | Dallas | TX | 75244 | FedEx Priority Overnight |
| 5276 | MFW ASSOCIATES | ALLISON SELICK | Kelley Drye & Warren LLP | 175 Greenwich Street | New York | NY | 10007 | FedEx Priority Overnight |
| 5311 | UNISON MOORESVILLE, LLC | Ron Drescher | Drescher & Associates, P.A. | 1201 N. Orange Street, Suite 732 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 5311 | UNISON MOORESVILLE, LLC | Bradshaw Rost | Tennenbaum & Saas, P.C. | 4504 Walsh Street, Suite 200 | Chevy Chase | MD | 20815 | FedEx Priority Overnight |
| 5312 | 5 POINT CHURCH | Michael Busenkell | Gellert Seitz Busenkell & Brown, LLC | 1201 N. Orange Street, Suite 300 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 5332 | SEVIERVILLE FORKS PARTNERS, LLC | Gene L. Humphreys | Bass, Berry & Sims PLC | 21 Platform Way South, Ste. 3500 | Nashville | TN | 37203 | FedEx Priority Overnight |
| 5361 | HARRISON OH PARTNERS, LLC | Gene L. Humphreys | Bass, Berry & Sims PLC | 21 Platform Way South, Ste. 3500 | Nashville | TN | 37203 | FedEx Priority Overnight |
| 5380 | WARREN TERRA INC | Scott J. Leonhardt | Esbrook P.C. | 1000 N. West Street, Suite 1200 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 5380 | WARREN TERRA INC | Robert B. Berner | Bailey Cavalieri LLC | 409 E. Monument Avenue, Suite 103 | Dayton | OH | 45402 | FedEx Priority Overnight |
| 5428 | FOOD LION, LLC | Gregory G. Hesse | Hunton Andrews Kurth LLP | 1445 Ross Avenue, Suite 3700 | Dallas | TX | 75202 | FedEx Priority Overnight |
| 5432 | BVB-NC, LLC | Scott J. Leonhardt | Esbrook P.C. | 1000 N. West Street, Suite 1200 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 5432 | BVB-NC, LLC | William Walt Pettit | Hutchens Law Firm, LLP | 6230 Fairview Road, Suite 315 | Charlotte | NC | 28210 | FedEx Priority Overnight |
| 5440 | USPG PORTFOLIO EIGHT, LLC | Karen M. Grivner | Clark Hill PLC | 824 N. Market Street, Suite 710 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 5440 | USPG PORTFOLIO EIGHT, LLC | Audrey L. Hornisher | Clark Hill PLC | 901 Main Street, Suite 6000 | Dallas | TX | 75202 | FedEx Priority Overnight |
| 5448 | WILLIAM R. ROTH LANCASTER, LLC | Scott J. Leonhardt | Esbrook P.C. | 1000 N. West Street, Suite 1200 | Wilmington | DE | 19801 | FedEx Priority Overnight |
| 5448 | WILLIAM R. ROTH LANCASTER, LLC | Robert B. Berner | Bailey Cavalieri LLC | 409 E. Monument Avenue, Suite 103 | Dayton | OH | 45402 | FedEx Priority Overnight |
| 5490 | BEACON PLAZA LLC | Leslie C. Heilman | Ballard Spahr LLP | 919 N. Market Street, 11th Floor | Wilmington | DE | 19801 | FedEx Priority Overnight |