# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Effective Rejection Date |
|---|---|---|---|---|
| 1 | Big Lots Stores, LLC | SquareTrade, Inc. | SquareTrade, Inc. Retailer Agreement | February 21, 2025 |