## Exhibit B

**Declaration of Kent Percy**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF KENT PERCY IN SUPPORT OF THE APPLICATION
### OF ALIXPARTNERS, LLP FOR APPROVAL OF COMPLETION FEE

I, Kent Percy, make this declaration and state as follows:

1.      I am a Partner and Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, 30th Floor, New York, NY 10022.

2.      This declaration is submitted pursuant to Section 504 of the Bankruptcy Code and Bankruptcy Rule 2016 in connection with and in support of AlixPartners' application (the "**Application**") for allowance of the Completion Fee[2] payable to AlixPartners. I have read the Application, and the facts contained therein are true and correct to the best of my knowledge, information, and belief.

---

1    The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2    Capitalized terms used but not defined herein have the meanings defined in the Application.

3.      The Application requests that this Court enter an order awarding AlixPartners a Completion Fee of $1,000,000.

4.      No agreement or understanding exists between AlixPartners and any other persons or parties to share in any compensation received in connection with these Chapter 11 Cases, other than as among members of AlixPartners.

5.      The services of AlixPartners are integral to the continued positive results in these cases and contribute significant direct and incremental value to the Debtors and other stakeholders, as detailed in the Application.

6.      In addition to time-based fees, performance-based fees are a normal part of compensation for AlixPartners and other turnaround and management restructuring consulting firms. AlixPartners priced the engagement and negotiated the Completion Fee as part of its total compensation package, and AlixPartners took the Completion Fee into account in accepting the engagement from the Debtors.  The Completion Fee is fair, reasonable, and comparable to success fees charged by AlixPartners and other advisors in similar engagements both in and out of chapter

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 21, 2025                          AlixPartners, LLP


                                                    /s/ Kent Percy
                                                    Name: Kent Percy
                                                    Partner & Managing Director

A-2