## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| **BIG LOTS, INC.** | : | |
| **Debtor** | : | **Case No. 24-11967(JKS)** |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached Certification, counsel moves the admission pro hac vice of **Brandon R. Freud,** to represent Creditor, **MJ Holding Company, LLC,** in this action.

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (DE Bar No. 4123)
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE  19801
Telephone:  302-658-1100
Email:  jmclaughlin@ciardilaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and the general bar of the U.S. District Court of the Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

*/s/ Brandon R. Freud*
Brandon R. Freud, Esquire
IL Bar No. 6281415
Chuhak Tecson
120 S. Riverside Plaza, Suite 1700
Chicago, IL  60606
Telephone:  312-201-4201
Email:  bfreud@chuhak.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.