# EXHIBIT 3



July 18, 2024

<u>USPS Certified Mail</u>

R L WITTBOLD-NEW PHILADELPHIA
LOU ANN COUNIHAN
1371 CLUB DRIVE
BLOOMFIELD HILLS, MI 48302

Re:     Rent-A-Center Store #01984 - New Philadelphia, OH

Dear Landlord,

This letter is to inform you there has been a violation of our exclusive rent-to-own rights at the location referenced above. It has come to our attention that Progressive Leasing, a provider of rent-to-own services, is operating within the Big Lots retail location within the shopping center. Please cure this violation within 30 days and notify us once cured. We reserve all rights afforded in our lease agreement.

Please notify me in writing when this violation is cured.

Best Regards,

*Jonathan Arnette*

Jonathan Arnette
Director – Real Estate
realestate@rentacenter.com

RENT-A-CENTER INC. ▪ 5501 HEADQUARTERS DRIVE ▪ PLANO, TX 75024

Rent-A-Center
Avery Lee
5501 HEADQUARTERS DR
PLANO TX 75024-5837

**USPS CERTIFIED MAIL**

9407 1118 9876 5466 9272 17

R L WITTBOLD-NEW PHILADELPHIA
LOU ANN COUNIHAN
1371 CLUB DR
BLOOMFLD HLS MI 48302-0823

$5.54 US POSTAGE
FIRST-CLASS
Jul 18 2024
Mailed from ZIP 75024
1 OZ FIRST-CLASS MAIL LETTER RATE
11923275

062S0011485638

RAC Corp  972-801-1100

Avery Lee  972-801-1159
Senior Analyst - Real Estate