# EXHIBIT 4

Big Lots Stores – CSR, LLC
4900 E. Dublin Granville Road
Columbus, OH  43801-7651

Variety Wholesalers
218 S. Garnett Street
Henderson, NC 27537

Gordon Brothers Retail Partners, LLC
Via e-mail to Michael Shanahan
mshanahan@gordonbrothers.com

February 20, 2025

Please be advised that as of January 3, the Tenant operating Big Lots store # 815 is in default of the lease.  The store is located at 408 Bluebell Drive Northwest, New Philadelphia, Ohio 44663-9678.

The default is caused by the use and operation of the store as stated in Section 4 of the lease.  The Tenant agreed to not offer or operate a retail rental/purchase store similar to stores operated under the name and style of Rent-A-Vision in the State of Ohio.  The Tenant is allowed 30 days to cure this default, which is March 22, 2025.

If the store's use is changed in any way, please be aware of multiple tenant use restrictions in the shopping center.

A second default results from the payment of $14,523.81 on January 10, 2025.   Unpaid amount is $5.281.38.   The lease requires the payment of the following, which was due September 1, 2024 and remains unpaid in full on February 20, 2025:

$14,883.81     Rent
    1,700.95    Common Area Maintenance Charges
    1,068.12    Property Insurance
    2,152.81    Real Estate Taxes
$19,805.19

Sincerely,

Lou Ann Counihan
Managing Member
R.L. Wittbold-New Philadelphia, LLC
1361 Club Drive
Bloomfield Hills, MI  48302