# EXHIBIT 5

## EXHIBIT 5

**Landlord:  R.L. Whittbold-New Philadelphia, LLC**
**Tenant: Big Los Stores-CSR, LLC**
**Store #815: 408 Bluebell Drive NW, New Philadelphia, OH**
**Lease Expiration:**

| CURE AMOUNT | | ESTIMATED PECUNIARY LOSSES FROM USE VIOLATION | | | |
|---|---|---|---|---|---|
| September Stub Rent | $5,281.38 | Rent-A-Center Rent | | Current Lease Expiration Date | 1/31/2028 |
| Legal Fees through 2.20.2025 (Calfee) | $3,980.00 | Base Monthly Rent Through 1/31/28 | $ 115,668.00 | Base Rent | $3,402/month |
| HVAC Curb Replacement - Billed 05.3.2022 | $3,500.00 | Option Period Rent | $ 232,800.00 | Base Rent - Option Period | $3,880/month |
| Subtotal | $12,761.38 | Estimated Damages | $ 348,468.00 | 1/1/28-1/31/33 | |
| Plus, Additional Legal Fees (estimated) | $5,000.00 | | | | |
| **CURE TOTAL** | **$17,761.38** | | | | |



Dover-Phila Heating & Cooling

133 W Third Street
Dover, OH 44622

330-343-5511

# Invoice

| Date | Invoice # |
|---|---|
| 3/26/2020 | J-6622-CR |

| Bill To |
|---|
| R.L. Wittbold New Philadelphia, LLC<br>1361 Club Drive<br>Bloomfield Hills MI 48302 |

| Ship To |
|---|
| Big Lots<br>Bluebell Drive<br>New Philadelphi, oh 44663 |

| Requistion # | P.O. Number | Terms | Rep |
|---|---|---|---|
|  |  | Due on receipt | A&J |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 |  | 3,500.00 | 3,500.00 |

4% Charge on all Credit Card Payments over $100.00     License # 15825     **TOTAL**  **$3,500.00**

# DOVER-PHILA HEATING & COOLING

DIVISION OF H.V.A.C. INC.
133 W Third Street * Dover, Ohio 44622
330-343-5511
Email: doverphilaheatingcooling@gmail.com
Website: http://www.doverphilahvac.com

March 18, 2020

Attn:   Lou Ann Counihan          RE:  Big Lots Roof H.V.A.C. System

Dear Lou Ann :

We are pleased to quote labor and materials for the following:

1. Disconnect existing rooftop unit
2. Remove existing roof ductwork
3. Disconnect from interior ductwork
4. Install new curb
5. Fabricate and install supply and return drops
6. Fabricate and install connecting sheet metal
7. Insulate new sheet metal
8. Modify unit for vertical duct application
9. Set unit in curb
10. Reroute power wiring and reconnect to unit

**Total cost of installation**      $3,500.00

Should you have any questions, please do not hesitate to call.

Sincerely,
Jim Moser, Owner
Dover-Phila Heating and Cooling

Acceptance of Proposal - The above prices, specification and conditions are satisfactory and are accepted.  You are authorized to do the work as specified.  Payment to be made upon completion of install.

Accepted by _[signature: Lou Ann Counihan]_           Date 3/25/2020

*Thank you again for the opportunity to serve your heating and cooling needs.*
PLEASE VISIT US ON FACEBOOK - doverphilahvac