**Schedule 1**

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 1 | 1886 | 3410 HIGHWAY 6, SUGAR LAND, TX | Big Lots Stores, LLC | SL & MLX, LLC | 5950 CORPORATE DRIVE, HOUSTON, TX, 77036 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 4470 | 930 S HIGHWAY 395 STE A, HERMISTON, OR | Big Lots Stores-PNS, LLC | TETON VENTURE, LLC | C/O DICKERHOOF PROPERTIES, LLC, 777 NE SECOND STREET, SUITE 200, CORVALLIS, OR, 97330 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 4465 | 1070 BIDDLE RD, MEDFORD, OR | Big Lots Stores-PNS, LLC | BEAR CREEK PARTNERS I LLC | 1360 N LOUISIANA ST #A 167, KENNEWICK, WA, 99336-7171 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 4 | 4148 | 1201 W NASA PKWY, WEBSTER, TX | Big Lots Stores-PNS, LLC | BERETANIA PROPERTY INVESTMENTS, LLC | C/O WESTCO PROPERTY MANAGEMENT, 2219 SAWDUST RD STE 805, THE WOODLANDS, TX, 77380 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 5 | 4677 | 1300 DISC DR, SPARKS, NV | Big Lots Stores-PNS, LLC | ECOL PARTNERSHIP, LLC | C/O MCKENZIE PROPERTIES, 5520 KIETZKE LANE, STE 400, RENO, NV, 89511 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 6 | 1087 | 23741 HWY 59 STE 30, PORTER, TX | Big Lots Stores, LLC | PORTERWOOD SHOPPING CENTER INVESTMENTS, LLC | C/O LandPark Commercial, LLC, 2550 Gray Falls, Ste. 400, HOUSTON, TX, 77077 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 7 | 1922 | 100 E FAIRVIEW AVE, MERIDIAN, ID | Big Lots Stores, LLC | KACI WSC, LLC | C/O KACI PROPERTY MANAGEMENT, INC., 4700 N MAPLEWOOD DR, BOISE, ID, 83703 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 8 | 1763 | 3358 CHAMBLEE TUCKER RD, ATLANTA, GA | Big Lots Stores, LLC | BRC NORTH HILLS, LLC | C/O BLUE RIDGE CAPITAL, LLC, 2566 SHALLOWFORD RD, STE 104, ATLANTA, GA, 30345 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 9 | 4575 | 1675 HILLMAN STREET, TULARE, CA | Big Lots Stores-PNS, LLC | GARY A MORRIS | 1003 ALLISON ROAD, PIKEVILLE, TN, 37367 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 10 | 4655 | 4751 WHITE LANE, BAKERSFIELD, CA | Big Lots Stores-PNS, LLC | LEONKA LLC | 154 N BOWLING GREEN WAY, LOS ANGELES, CA, 90049-2814 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 11 | 4538 | 700 OCEAN BEACH HWY, LONGVIEW, WA | Big Lots Stores-PNS, LLC | A I LONGVIEW LLC | 5440 SW WESTGATE DR STE 250, PORTLAND, OR, 97221-2451 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 12 | 1200 | 1911 E IRELAND RD, SOUTH BEND, IN | Big Lots Stores, LLC | HIDDEN VALLEY MALL LLC | C/O CHARLES KALWITZ - MANAGER, 3415 S IRONWOOD, SOUTH BEND, IN, 46614 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 13 | 1386 | 8700 W JUDGE PEREZ DR, CHALMETTE, LA | Big Lots Stores, LLC | CHALMETTE MALL, LP | 701 NORTH POST OAK ROAD, SUITE 210, HOUSTON, TX, 77024-4091 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 14 | 4563 | 4215 S CARSON ST, CARSON CITY, NV | Big Lots Stores-PNS, LLC | CARSON SOUTHGATE, LLC | C/O CITY MANAGEMENT SERVICES, 8630 TECHNOLOGY WAY STE B, RENO, NV, 89521-3851 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 15 | 4469 | 3019 W KENNEWICK AVE, KENNEWICK, WA | Big Lots Stores-PNS, LLC | WALLACE PROPERTIES-KENNEWICK PLAZA LLC | C/O WALLACE PROPERTIES INC., 330 112TH AVENUE NE., STE 200, BELLEVUE, WA, 98004 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

3

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 16 | 4278 | 25260 MADISON AVE, MURRIETA, CA | Big Lots Stores-PNS, LLC | BENNETT INVESTMENT (MSP) LLC | C/O ALSTON COURTNAGE & BASSETTI LLP, 600 UNIVERSITY ST, STE 2310, SEATTLE, WA, 98101 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 17 | 5091 | 2544 E COLONIAL DR, ORLANDO, FL | Big Lots Stores, LLC | WEINGARTEN NOSTAT LLC | ATTN: LEGAL DEPARTMENT, 2600 CITADEL PLAZA DRIVE SUITE 125, HOUSTON, TX, 77008 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 18 | 4639 | 7781 W TROPICAL PKWY, LAS VEGAS, NV | Big Lots Stores-PNS, LLC | KRG LAS VEGAS CENTENNIAL CENTER, LLC | ATTN: V.P. OF PROPERTY OPERATIONS, 30 SOUTH MERIDIAN STREET SUITE 1100, INDIANAPOLIS, IN, 46204 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 19 | 4712 | 2685 Hilltop Dr, REDDING, CA | Big Lots Stores-PNS, LLC | KMR REDDING LLC | C/O ARGONAUT INVESTMENTS, 101 LARKSPUR LANDING CIR., STE 120, LARKSPUR, CA 94939 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 20 | 4315 | 1815 W SLAUSON AVE, LOS ANGELES, CA | BLBO Tenant, LLC | REGENT PARK PROPERTIES LP | C/O RELIABLE PROPERTIES, 6420 WILSHIRE BLVD STE 1500, LOS ANGELES, CA, 90048-5561 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 21 | 472 | 924 N MAIN ST, SUFFOLK, VA | Big Lots Stores, LLC | S.L. NUSBAUM REALTY | LEASE ADMINISTRATION, P.O. BOX 2491, NORFOLK, VA, 23501-2491 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 22 | 1451 | 3715 COLONY DR, SAN ANTONIO, TX | Big Lots Stores, LLC | CNSN PROPERTIES, LLC | C/O RELIANCE PROPERTIES, 24165 IH 10 WEST, SUITE 217-440, SAN ANTONIO, TX, 78257-1160 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 23 | 5278 | 364 US 70 W STE 1 MARION, NC | Big Lots Stores, LLC | MARION PROPERTIES LLC | 10 DOERING WAY, CRANFORD, NJ, 7016 | 1/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

5