## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| BIG LOTS, INC., *et al.* | ) | CASE NO. 24-11967 (JKS) |
| | ) | |
| Debtors[1] | ) | (Jointly Administered) |
| | ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February, 2025, I caused a true and correct copy of the *Objection of MBM Investments, LLC to Debtors' Tenth Post-Closing Designation Notice* to be electronically filed and served via the Court's CM/ECF notification system upon all parties requesting electronic notices in this case and additional service was completed via electronic mail on the parties indicated on the attached service list.

**ROETZEL & ANDRESS LPA**

*/s/ Timothy M. Reardon*
Timothy M. Reardon (0059631)
6550 Seville Drive
Canfield, Ohio 44406
Phone: 330-533-6195
Fax: 330-533-6198
treardon@ralaw.com

*Counsel for MBM Investments, LLC*

---

[1] The debtors and debtors-in-possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163) INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

22829237 _1

**Service List**

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Sophie Rogers Churchill, Esq. Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

-and-

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

Steven E. Fox, Esq.
Riemer Braunstein LLP
Times Square Tower 7
Times Sq, Suite 2506
New York, NY 10036
SFox@riemerlaw.com

*Counsel to Gordon Brothers Retail Partners, LLC*

Simon E. Fraser, Esq.
Mark Felger, Esq.
Cozen O'Connor
1201 North Market Street
Suite 1001
Wilmington, DE 19801 sfraser@cozen.com
mfelger@cozen.com

*Counsel to Variety Wholesalers, Inc.*

Linda J. Casey, Esq.
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Linda.Casey@usdoj.gov

*United States Trustee*

COLE SCHOTZ P.C.
Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

-and-

Sarah A. Carnes, Esq.
1325 Avenue of the Americas, 19th Floor New York, NY 10019 scarnes@coleschotz.com

*Counsel to the Official Committee of Unsecured Creditors*

22829237_1