# Exhibit C

**RESTRICTIONS AND EXCLUSIVE USES WITHIN THE CENTER**
**Town 'N Country Plaza Shopping Center – October 2024**

**Restrictions**

- Manufacturing or industrial uses
- Flea market or similar business
- Adult entertainment
- Schools of any type
- Churches
- Car rentals or sales
- Undertaking establishments
- Bing games or off-track betting agencies
- Post offices or facilities
- Gymnasiums, spas, or tanning facilities
- Dance studios
- Health clubs
- Theaters, either motion picture or live
- Bowling alley
- Skating rink
- Non-retail purposes, excluding repairs, alterations, banks and small loan offices, and offices incidental to non-retail
- Entertainment purposes, such as bowling alley, skating rink, cinema, bar, nightclub, discotheque, amusement gallery, poolroom, health club, massage parlor or off-track betting club
- Commercial indoor amusement (within 400 feet of Auto Zone)
- Restaurant (within 400 feet of Auto Zone)
- Cocktail Lounge or Tavern (within 400 feet of Auto Zone)
- Entertainment Facility (within 400 feet of Auto Zone)
- Offices (within 400 feet of Auto Zone)

**Exclusive Uses**

- Hardware operation
- Auto parts store or sale of automobile parts, supplies and/or accessories
- Discount liquidator, close out store, or dollar store
- Rental-purchase dealer, furniture dealer, or appliance dealer
- Full service hair salon
- Thrift Store and/or Collection Bins

**Tenant Initials:** _____