**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

    I, David M. Klauder, Esquire, certify that on February 24, 2025, the *Limited Objection of Town N' Country Plaza, LLC f/k/a Town N' Country Plaza, L.P. to Debtors' Proposed Assumption and Assignment of Lease, Including Cure Amount, and Reservation of Rights* was served through ECF notification upon all parties who received notice in this matter pursuant to the Court's ECF filing system and via electronic mail upon the parties on the attached Service List.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081

|  |  |
|---|---|
| Dated: February 24, 2025 | **BIELLI & KLAUDER, LLC** |
|  | */s/ David M. Klauder* |
|  | David M. Klauder (No. 5769) |
|  | 1204 N. King Street |
|  | Wilmington, DE 19801 |
|  | Phone: (302) 803-4600 |
|  | Email: dklauder@bk-legal.com |
|  |  |
|  | -and- |
|  |  |
|  | **Anthony & Partners, LLC** |
|  |  |
|  | Townsend J. Belt *(pro hac vice pending)* |
|  | Florida Bar Number:  0066811 |
|  | tbelt@anthonyandpartners.com |
|  | lortega@anthonyandpartners.com |
|  | eservice@anthonyandpartners.com |
|  | 100 South Ashley Drive, Suite 1600 |
|  | Tampa, Florida 33602 |
|  | Telephone:  813-273-5616 |
|  | Telecopier:  813-221-4113 |
|  |  |
|  | *Co-Counsel to Town N' Country Plaza, LLC f/k/a Town N' Country Plaza, L.P.* |