# Exhibit D

# Rachael Smiley

| | |
|---|---|
| **From:** | Tanja Ritter <TRitter@ritterdallas.com> |
| **Sent:** | Friday, February 21, 2025 6:15 AM |
| **To:** | Tanja Ritter |
| **Subject:** | FW: [EXT] Steger Towne Crossing- Rockwall, Texas |
| **Attachments:** | Occupant Signs.pdf; OEA Albertsons -.pdf |

**From:** Tanja Ritter
**Sent:** Monday, March 8, 2021 2:02 PM
**To:** Susan Self <SSelf@ritterdallas.com>; Nanberg, Joshua <jnanberg@biglots.com>
**Cc:** 'Schander@buero-dr-ritter.de' <Schander@buero-dr-ritter.de>; dr.m.ritter@gmail.com
**Subject:** RE: [EXT] Steger Towne Crossing- Rockwall, Texas

Hello Joshua,
In addition to Susan's email I attached the OEA once again. You will find the decisive passage about the pylon sign under section 5.3 , Occupant Signs (page 29). It stipulates that we, as Developer, got the rights on the small panels of the pylon signs. I also attached this regulation separately for your information. You will find the pictures of the pylon signs under Exhibit E of the OEA.
If you got any questions please do not hesitate to contact us.
Thanks and best regards
Tanja

**From:** Susan Self <SSelf@ritterdallas.com>
**Sent:** Monday, March 8, 2021 12:40 PM
**To:** Nanberg, Joshua <jnanberg@biglots.com>
**Cc:** Tanja Ritter <TRitter@ritterdallas.com>; 'Schander@buero-dr-ritter.de' <Schander@buero-dr-ritter.de>
**Subject:** RE: [EXT] Steger Towne Crossing- Rockwall, Texas

Joshua –
The City of Rockwall sign ordinance information is attached.
Further information can be found at:
www.rockwall.com/buildinginspections/signs
Thanks and let me know if you have further questions.
Best regards,
Susan


S. Susan Self, CCIM
Vice President
Ritter Dallas
580 Decker Drive, Suite 203
Irving, Texas 75062
(972) 650-4200 – Phone
(972) 650-0300 – Fax
sself@ritterdallas.com

1

**From:** Nanberg, Joshua <jnanberg@biglots.com>
**Sent:** Thursday, March 4, 2021 8:00 AM
**To:** Susan Self <SSelf@ritterdallas.com>
**Cc:** Tanja Ritter <TRitter@ritterdallas.com>; 'Schander@buero-dr-ritter.de' <Schander@buero-dr-ritter.de>; Mike Cagle <mcagle@inroadsrealty.com>; Taylor LeMaster <TLeMaster@inroadsrealty.com>; Nanberg, Joshua <jnanberg@biglots.com>
**Subject:** RE: [EXT] Steger Towne Crossing- Rockwall, Texas

Thanks. I'm just not seeing the following items which are referenced as attached:

1.Articles of Formation for Landlord entity.
5.Legal Description
6.Insurance Bill
7.Shopping center plan
8.Sign Regulations

Thank you,

Joshua H. Nanberg
Director, Real Estate
Big Lots Stores, Inc.
Direct: (614) 278-6945
E-mail: jnanberg@biglots.com

**From:** Susan Self <SSelf@ritterdallas.com>
**Sent:** Wednesday, March 03, 2021 9:31 AM
**To:** Nanberg, Joshua <jnanberg@biglots.com>
**Cc:** Tanja Ritter <TRitter@ritterdallas.com>; 'Schander@buero-dr-ritter.de' <Schander@buero-dr-ritter.de>; Mike Cagle <mcagle@inroadsrealty.com>; Taylor LeMaster <TLeMaster@inroadsrealty.com>
**Subject:** [EXT] Steger Towne Crossing- Rockwall, Texas

Good morning Joshua –
The signed LOI for the former Stein Mart building in Rockwall is attached.
The lease information is included as well as the HVAC report and copy of invoice.
Let us know if you have any questions.
Thanks and best regards.
Susan


S. Susan Self, CCIM
Vice President
Ritter Dallas
580 Decker Drive, Suite 203
Irving, Texas 75062
(972) 650-4200 – Phone
(972) 650-0300 – Fax
sself@ritterdallas.com

NOTICE: This email message is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately contact the sender by reply email and destroy all copies of the original message. No contract shall exist and no binding obligations or liabilities shall be imposed on Big Lots or its affiliates by virtue of this email or its contents, any attachment or any verbal or written representations or

other statements of Big Lots (including its affiliates and their respective representatives) unless and until an officer of Big Lots and representatives of the other parties have duly executed and delivered a written, integrated contract. Any party may terminate negotiations at any time for any or no reason.

**Big Lots Security Warning:** *This is an external email. Do not click on links or open attachments unless you trust the sender.*

NOTICE: This email message is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately contact the sender by reply email and destroy all copies of the original message. No contract shall exist and no binding obligations or liabilities shall be imposed on Big Lots or its affiliates by virtue of this email or its contents, any attachment or any verbal or written representations or other statements of Big Lots (including its affiliates and their respective representatives) unless and until an officer of Big Lots and representatives of the other parties have duly executed and delivered a written, integrated contract. Any party may terminate negotiations at any time for any or no reason.