IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1962** |

**NOTICE OF REVISED ORDER (I) SETTING A BAR DATE FOR FILING PROOFS OF CLAIMS FOR PRE-CLOSING ADMINISTRATIVE EXPENSE CLAIMS AGAINST THE DEBTORS, (II) ESTABLISHING PRE-CLOSING ADMINISTRATIVE EXPENSE CLAIMS PROCEDURES, AND (III) GRANTING RELATED RELIEF, INCLUDING NOTICE AND FILING PROCEDURES**

**PLEASE TAKE NOTICE** that on February 7, 2025, the above-captioned debtors and debtors in possession (the "**Debtors**") filed *Motion of Debtors for Entry of an Order (I) Setting a Bar Date for Filing Proofs of Pre-Closing Administrative Expense Claims Against the Debtors, (II) Establishing Pre-Closing Administrative Expense Claims Procedures, and (III) Granting Related Relief, Including Notice and Filing Procedures* [D.I. 1962] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware.[2] Attached as Exhibit A to the Motion was a proposed form of order granting the relief requested therein (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Proposed Order to incorporate comments from certain parties in interest (the "**Revised Proposed Order**"). The Revised Proposed Order is attached as **Exhibit A** hereto. For the convenience of the Court and all parties in interest, a redline comparing the Revised Proposed Order to the Proposed Order is attached as **Exhibit B** hereto.

*[Signature page follows]*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein having the meanings ascribed to them in the Motion.

Dated: February 24, 2025
Wilmington, Delaware

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Casey B. Sawyer*
          Robert J. Dehney, Sr. (No. 3578)
          Andrew R. Remming (No. 5120)
          Daniel B. Butz (No. 4227)
          Sophie Rogers Churchill (No. 6905)
          Casey B. Sawyer (No. 7260)
          1201 N. Market Street, 16th Floor
          Wilmington, DE 19801
          Tel: (302) 658-9200
          rdehney@morrisnichols.com
          aremming@morrisnichols.com
          dbutz@morrisnichols.com
          srchurchill@morrisnichols.com
          csawyer@morrisnichols.com

          *-and-*

          DAVIS POLK & WARDWELL LLP

          Brian M. Resnick (admitted *pro hac vice*)
          Adam L. Shpeen (admitted *pro hac vice*)
          James I. McClammy (admitted *pro hac vice*)
          Stephen D. Piraino (admitted *pro hac vice*)
          Ethan Stern (admitted *pro hac vice*)
          450 Lexington Avenue
          New York, NY 10017
          Tel.: (212) 450-4000
          brian.resnick@davispolk.com
          adam.shpeen@davispolk.com
          stephen.piraino@davispolk.com
          ethan.stern@davispolk.com

          *Counsel to the Debtors and Debtors in Possession*