**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2025 TO JANUARY 31, 2025**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Steven Simms | Senior Managing Director | 1,525 | 6.0 | $9,150.00 |
| Clifford Zucker | Senior Managing Director | 1,445 | 4.8 | $6,936.00 |
| Elizabeth Hu | Senior Managing Director | 1,305 | 12.0 | $15,660.00 |
| Megan Hyland | Managing Director | 1,155 | 16.9 | $19,519.50 |
| Thiago Nunes Rodrigues | Senior Director | 1,020 | 10.8 | $11,016.00 |
| Calvin Aas | Senior Consultant | 760 | 39.8 | $30,248.00 |
| Sophia Cassidy | Consultant | 575 | 14.0 | $8,050.00 |
| Marili Hellmund-Mora | Manager | 355 | 2.6 | $923.00 |
| **GRAND TOTAL** | | | **106.9** | **$101,502.50** |

**EXHIBIT B**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JANUARY 1, 2025 TO JANUARY 31, 2025**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 9.2 | $6,922.50 |
| 2 | Cash & Liquidity Analysis | 51.5 | 48,197.00 |
| 5 | Real Estate Issues | 3.1 | 2,653.00 |
| 6 | Asset Sales | 3.7 | 5,051.00 |
| 11 | Prepare for and Attendance at Court Hearings | 5.7 | 6,910.50 |
| 13 | Analysis of Other Miscellaneous Motions | 4.3 | 6,187.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 0.7 | 919.50 |
| 19 | Case Management | 0.4 | 522.00 |
| 21 | General Meetings with Committee & Committee Counsel | 4.3 | 5,513.50 |
| 24 | Preparation of Fee Application | 24.0 | 18,626.00 |
| | **GRAND TOTAL** | **106.9** | **$101,502.50** |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2025 TO JANUARY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 1/2/2025 | Sophia Cassidy | 0.4 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/3/2025 | Sophia Cassidy | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/6/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/7/2025 | Sophia Cassidy | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/8/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/9/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/10/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/13/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/13/2025 | Steven Simms | 0.6 | Correspond with creditors on case issues and updates. |
| 1 | 1/14/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/15/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/16/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/17/2025 | Sophia Cassidy | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/20/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/21/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/22/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/23/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/27/2025 | Calvin Aas | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/28/2025 | Calvin Aas | 0.6 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/29/2025 | Calvin Aas | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/29/2025 | Steven Simms | 0.4 | Correspond with Committee counsel on key case issues. |
| 1 | 1/30/2025 | Calvin Aas | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 1/30/2025 | Elizabeth Hu | 0.2 | Follow up with Committee counsel and Debtors' advisors re: latest update on Visa/Mastercard fee claim. |
| 1 | 1/31/2025 | Calvin Aas | 0.8 | Prepare daily email update on case news and docket filings for the FTI team. |
| **1 Total** | | | **9.2** | |
| 2 | 1/3/2025 | Clifford Zucker | 0.5 | Review and analyze revised wind-down budget. |
| 2 | 1/3/2025 | Megan Hyland | 0.8 | Assess assumptions for weekly budget. |
| 2 | 1/6/2025 | Megan Hyland | 0.2 | Review budgets and related responses from the Debtors' financial advisors. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2025 TO JANUARY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 1/6/2025 | Megan Hyland | 0.4 | Follow up on outstanding diligence items re: latest budgets. |
| 2 | 1/7/2025 | Elizabeth Hu | 0.3 | Assess budget monitoring. |
| 2 | 1/7/2025 | Megan Hyland | 0.3 | Assess latest budgets and waterfall. |
| 2 | 1/9/2025 | Elizabeth Hu | 0.6 | Review store level build up of expenses. |
| 2 | 1/9/2025 | Megan Hyland | 1.4 | Assess rent and occupancy cost detail in the weekly budget. |
| 2 | 1/9/2025 | Megan Hyland | 0.2 | Prepare discussion topics for call with the Debtors' financial advisors re: liquidity and budgets. |
| 2 | 1/10/2025 | Elizabeth Hu | 0.5 | Participate on call with the Debtors' financial advisors re: budgets. |
| 2 | 1/10/2025 | Elizabeth Hu | 0.2 | Assess outbound freight estimate in the budget. |
| 2 | 1/10/2025 | Megan Hyland | 0.5 | Participate on call with the Debtors' financial advisors re: budgets. |
| 2 | 1/10/2025 | Megan Hyland | 0.2 | Prepare update for Committee counsel re: rent and occupancy costs in the weekly budget. |
| 2 | 1/13/2025 | Elizabeth Hu | 0.3 | Follow up on outbound freight inquiry. |
| 2 | 1/13/2025 | Steven Simms | 0.4 | Correspond with the FTI team on wind-down budget items. |
| 2 | 1/16/2025 | Calvin Aas | 0.3 | Review professional fee account funding. |
| 2 | 1/16/2025 | Sophia Cassidy | 1.4 | Update professional fee escrow analysis. |
| 2 | 1/17/2025 | Calvin Aas | 0.4 | Participate on call with the Debtors' financial advisors re: variance reporting of administrative and wind-down budgets. |
| 2 | 1/17/2025 | Calvin Aas | 1.2 | Prepare analysis of professional fee account funding forecast and actuals. |
| 2 | 1/17/2025 | Calvin Aas | 0.3 | Assess presentation to Committee re: filed budgets. |
| 2 | 1/17/2025 | Calvin Aas | 1.3 | Prepare update materials for Committee re: filed budgets. |
| 2 | 1/17/2025 | Calvin Aas | 0.7 | Review summaries of the administrative, wind-down, and store operations budgets, including budget to actual variances. |
| 2 | 1/17/2025 | Calvin Aas | 0.3 | Prepare cash roll forward analysis based on the Debtors' liquidity reporting. |
| 2 | 1/17/2025 | Calvin Aas | 0.5 | Review draft of Committee presentation materials re: budgets. |
| 2 | 1/17/2025 | Clifford Zucker | 0.3 | Review and analyze weekly variance reporting. |
| 2 | 1/17/2025 | Elizabeth Hu | 0.4 | Participate on call with the Debtors' financial advisors re: variance reporting of administrative and wind-down budgets. |
| 2 | 1/17/2025 | Elizabeth Hu | 0.3 | Review latest budget to actual results. |
| 2 | 1/17/2025 | Megan Hyland | 0.4 | Participate on call with the Debtors' financial advisors re: variance reporting of administrative and wind-down budgets. |
| 2 | 1/17/2025 | Megan Hyland | 0.9 | Assess cash flow update for the Committee. |
| 2 | 1/17/2025 | Sophia Cassidy | 1.0 | Prepare budget to actual summaries for weekly Committee presentation. |
| 2 | 1/17/2025 | Steven Simms | 0.4 | Correspond with the FTI team on wind-down budget issues. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2025 TO JANUARY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 1/17/2025 | Thiago Nunes Rodrigues | 0.4 | Participate on call with the Debtors' financial advisors re: variance reporting of administrative and wind-down budgets. |
| 2 | 1/17/2025 | Thiago Nunes Rodrigues | 0.5 | Review variance reporting of wind-down and administrative budgets to actuals. |
| 2 | 1/20/2025 | Calvin Aas | 0.3 | Prepare follow up email to Debtors' financial advisors re: liquidity reporting. |
| 2 | 1/20/2025 | Calvin Aas | 1.5 | Finalize and review initial draft of Committee presentation re: filed budgets. |
| 2 | 1/20/2025 | Thiago Nunes Rodrigues | 0.7 | Review and provide comments to presentation materials for the Committee re: wind-down update. |
| 2 | 1/21/2025 | Calvin Aas | 1.1 | Update Committee presentation re: filed budgets per comments from FTI team. |
| 2 | 1/21/2025 | Calvin Aas | 0.9 | Finalize Committee presentation re: filed budgets. |
| 2 | 1/21/2025 | Calvin Aas | 0.2 | Assess professional fee actuals to date. |
| 2 | 1/21/2025 | Calvin Aas | 0.2 | Prepare follow up correspondence to the Debtors' financial advisors re: liquidity reporting. |
| 2 | 1/21/2025 | Clifford Zucker | 0.4 | Review cash flow analysis update for the Committee. |
| 2 | 1/21/2025 | Elizabeth Hu | 0.7 | Review budget to actual reporting on administrative/wind-down budget and update for the Committee. |
| 2 | 1/21/2025 | Megan Hyland | 0.2 | Review cash flow update for the Committee. |
| 2 | 1/21/2025 | Thiago Nunes Rodrigues | 0.4 | Revise materials for the Committee re: wind-down update. |
| 2 | 1/22/2025 | Calvin Aas | 0.5 | Review the Debtors' professional fee reporting. |
| 2 | 1/22/2025 | Calvin Aas | 0.1 | Prepare follow up email to the Debtors' financial advisors re: liquidity reporting. |
| 2 | 1/22/2025 | Megan Hyland | 0.2 | Review and prepare update on disbursements. |
| 2 | 1/23/2025 | Calvin Aas | 0.7 | Update analysis of professional fees. |
| 2 | 1/23/2025 | Calvin Aas | 0.6 | Review the Debtors' liquidity reporting. |
| 2 | 1/24/2025 | Calvin Aas | 0.4 | Participate on call with the Debtors' financial advisors re: cash flows vs. budget. |
| 2 | 1/24/2025 | Calvin Aas | 0.3 | Prepare for call with the Debtors' financial advisors re: budgets. |
| 2 | 1/24/2025 | Calvin Aas | 1.4 | Prepare support for Committee presentation re: administrative and wind-down budgets. |
| 2 | 1/24/2025 | Calvin Aas | 1.9 | Prepare draft Committee presentation re: budgets. |
| 2 | 1/24/2025 | Elizabeth Hu | 0.4 | Participate on call with the Debtors' financial advisors re: cash flows vs. budget. |
| 2 | 1/24/2025 | Elizabeth Hu | 0.2 | Review liquidity variance report. |
| 2 | 1/24/2025 | Megan Hyland | 0.4 | Participate on call with the Debtors' financial advisors re: cash flows vs. budget. |
| 2 | 1/24/2025 | Thiago Nunes Rodrigues | 0.4 | Participate on call with the Debtors' financial advisors re: cash flows vs. budget. |
| 2 | 1/26/2025 | Calvin Aas | 0.8 | Update Committee presentation re: budgets. |
| 2 | 1/27/2025 | Calvin Aas | 1.8 | Update Committee presentation re: budgets. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2025 TO JANUARY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 1/27/2025 | Calvin Aas | 1.0 | Review final draft of Committee presentation re: budgets. |
| 2 | 1/27/2025 | Clifford Zucker | 0.3 | Review and analyze the liquidity update for the Committee. |
| 2 | 1/27/2025 | Elizabeth Hu | 0.6 | Review the budgets variance deck and provide comments to FTI team. |
| 2 | 1/27/2025 | Megan Hyland | 0.5 | Review and provide comments on budget to actual variance update for the Committee. |
| 2 | 1/27/2025 | Thiago Nunes Rodrigues | 2.8 | Prepare report for the Committee re: administrative and wind-down budgets variance. |
| 2 | 1/28/2025 | Calvin Aas | 0.2 | Assess actual professional fees reported by the Debtors. |
| 2 | 1/31/2025 | Calvin Aas | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity update. |
| 2 | 1/31/2025 | Calvin Aas | 1.8 | Assess the Debtors' investment bankers fee calculations. |
| 2 | 1/31/2025 | Calvin Aas | 0.7 | Continue to assess the Debtors' investment banker fee calculations. |
| 2 | 1/31/2025 | Calvin Aas | 0.5 | Review the Debtors' budget to actual reporting. |
| 2 | 1/31/2025 | Calvin Aas | 1.5 | Prepare support for Committee presentation re: administrative and wind-down budgets. |
| 2 | 1/31/2025 | Calvin Aas | 2.2 | Prepare draft Committee presentation re: budgets. |
| 2 | 1/31/2025 | Elizabeth Hu | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity update. |
| 2 | 1/31/2025 | Elizabeth Hu | 0.1 | Review and edit liquidity call summary notes for Committee counsel. |
| 2 | 1/31/2025 | Megan Hyland | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity update. |
| 2 | 1/31/2025 | Megan Hyland | 0.5 | Assess liquidity and going out of business sales update. |
| 2 | 1/31/2025 | Thiago Nunes Rodrigues | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity update. |
| 2 | 1/31/2025 | Thiago Nunes Rodrigues | 0.4 | Review the Debtors' investment banker transaction fee calculation as requested by Committee counsel. |
| 2 | 1/31/2025 | Thiago Nunes Rodrigues | 0.9 | Prepare Committee report re: weekly liquidity update. |
| 2 | 1/31/2025 | Thiago Nunes Rodrigues | 0.3 | Revise Committee report re: weekly liquidity update. |
| 2 | 1/31/2025 | Thiago Nunes Rodrigues | 0.7 | Prepare correspondence to Committee counsel with updates re: liquidity, stores, and headquarters sale. |
| **2 Total** | | | **51.5** | |
| 5 | 1/3/2025 | Sophia Cassidy | 1.4 | Update lease tracker with new docket filings. |
| 5 | 1/9/2025 | Thiago Nunes Rodrigues | 0.5 | Assess capacity expenses report provided by the Debtors. |
| 5 | 1/15/2025 | Elizabeth Hu | 0.4 | Assess landlord inquiry. |
| 5 | 1/31/2025 | Thiago Nunes Rodrigues | 0.5 | Assess stores that will extend going out of business sales and stores to be operated by Variety. |
| 5 | 1/31/2025 | Thiago Nunes Rodrigues | 0.3 | Update lease tracker for stores to be operated by Variety. |
| **5 Total** | | | **3.1** | |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2025 TO JANUARY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 1/2/2025 | Steven Simms | 0.4 | Correspond with the FTI team re: sale order. |
| 6 | 1/3/2025 | Megan Hyland | 0.2 | Participate on call with the Debtors' financial advisors re: sale closing update. |
| 6 | 1/6/2025 | Clifford Zucker | 0.4 | Participate on call with Committee professionals to discuss update for Committee re: sale hearing. |
| 6 | 1/6/2025 | Elizabeth Hu | 0.4 | Participate on call with Committee professionals to discuss update for Committee re: sale hearing. |
| 6 | 1/6/2025 | Megan Hyland | 0.4 | Participate on call with Committee professionals to discuss update for Committee re: sale hearing. |
| 6 | 1/16/2025 | Megan Hyland | 0.2 | Review update on sale issues. |
| 6 | 1/16/2025 | Steven Simms | 0.4 | Correspond with the FTI team re: sale update and case key items. |
| 6 | 1/21/2025 | Clifford Zucker | 0.3 | Review and analyze headquarters sale terms. |
| 6 | 1/21/2025 | Thiago Nunes Rodrigues | 0.3 | Review offer for the Debtors' headquarters. |
| 6 | 1/22/2025 | Steven Simms | 0.3 | Correspond with the FTI team on sale issues. |
| 6 | 1/24/2025 | Steven Simms | 0.4 | Correspond with the FTI team on sale items. |
| **6 Total** | | | **3.7** | |
| 11 | 1/2/2025 | Elizabeth Hu | 0.6 | Listen to status conference re: sale order (partial). |
| 11 | 1/2/2025 | Megan Hyland | 1.0 | Listen to status conference re: sale order. |
| 11 | 1/2/2025 | Steven Simms | 0.6 | Listen to status conference re: sale order (partial). |
| 11 | 1/21/2025 | Elizabeth Hu | 1.0 | Listen to hearing re: payment of administrative obligations (partial). |
| 11 | 1/21/2025 | Megan Hyland | 1.5 | Listen to hearing re: payment of administrative obligations (partial). |
| 11 | 1/21/2025 | Thiago Nunes Rodrigues | 1.0 | Listen to hearing re: payment of administrative obligations (partial). |
| **11 Total** | | | **5.7** | |
| 13 | 1/6/2025 | Elizabeth Hu | 0.3 | Review motion to compel payment by Nexus. |
| 13 | 1/13/2025 | Steven Simms | 0.6 | Review items related to Nexus motion and fee. |
| 13 | 1/14/2025 | Clifford Zucker | 0.5 | Review comments to draft Nexus objection. |
| 13 | 1/14/2025 | Elizabeth Hu | 0.3 | Review draft objection to Nexus motion. |
| 13 | 1/14/2025 | Megan Hyland | 0.2 | Review objection to Nexus requests for payment. |
| 13 | 1/14/2025 | Steven Simms | 0.6 | Correspond with FTI team regarding draft Nexus objection. |
| 13 | 1/15/2025 | Elizabeth Hu | 0.2 | Review correspondence from Committee counsel re: Nexus motion. |
| 13 | 1/15/2025 | Steven Simms | 0.6 | Correspond with the FTI team on Nexus motion and other key case updates. |
| 13 | 1/16/2025 | Clifford Zucker | 0.4 | Correspond with Committee counsel and Committee re: Nexus motion and other case updates. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2025 TO JANUARY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 1/21/2025 | Clifford Zucker | 0.3 | Review correspondence with Committee counsel and Committee regarding administrative claim motion and other case updates. |
| 13 | 1/22/2025 | Clifford Zucker | 0.3 | Review and analyze the proposed creditor stipulation. |
| **13 Total** | | | **4.3** | |
| 14 | 1/8/2025 | Megan Hyland | 0.4 | Update administrative claims waterfall estimates. |
| 14 | 1/27/2025 | Steven Simms | 0.3 | Correspond with the FTI team on administrative claim items. |
| **14 Total** | | | **0.7** | |
| 19 | 1/6/2025 | Elizabeth Hu | 0.4 | Review near term workplan and next steps. |
| **19 Total** | | | **0.4** | |
| 21 | 1/7/2025 | Clifford Zucker | 0.5 | Participate on call with Committee re: sale hearing and go forward plan. |
| 21 | 1/7/2025 | Elizabeth Hu | 0.5 | Participate on call with Committee re: sale hearing and go forward plan. |
| 21 | 1/7/2025 | Elizabeth Hu | 0.2 | Participate on Committee professionals call to prepare for Committee call. |
| 21 | 1/7/2025 | Megan Hyland | 0.5 | Participate on call with Committee re: sale hearing and go forward plan. |
| 21 | 1/7/2025 | Megan Hyland | 0.2 | Participate on Committee professionals call to prepare for Committee call. |
| 21 | 1/13/2025 | Elizabeth Hu | 0.2 | Participate on weekly call with Committee professionals re: Nexus motion and other case updates. |
| 21 | 1/13/2025 | Megan Hyland | 0.2 | Participate on weekly call with Committee professionals re: Nexus motion and other case updates. |
| 21 | 1/14/2025 | Clifford Zucker | 0.2 | Participate on call with Committee professionals re: updates for Committee on case issues. |
| 21 | 1/14/2025 | Elizabeth Hu | 0.2 | Participate on call with Committee professionals re: updates for Committee on case issues. |
| 21 | 1/14/2025 | Megan Hyland | 0.2 | Participate on call with Committee professionals re: updates for Committee on case issues. |
| 21 | 1/21/2025 | Clifford Zucker | 0.2 | Participate on call with Committee professionals re: key case updates. |
| 21 | 1/21/2025 | Elizabeth Hu | 0.2 | Participate on call with Committee professionals re: key case updates. |
| 21 | 1/21/2025 | Megan Hyland | 0.2 | Participate on call with Committee professionals re: key case updates. |
| 21 | 1/21/2025 | Thiago Nunes Rodrigues | 0.2 | Participate on call with Committee professionals re: key case updates. |
| 21 | 1/27/2025 | Elizabeth Hu | 0.2 | Participate on weekly Committee professionals call to discuss case updates. |
| 21 | 1/28/2025 | Clifford Zucker | 0.2 | Participate on call with Committee counsel on case issues. |
| 21 | 1/28/2025 | Elizabeth Hu | 0.2 | Participate on call with Committee counsel on case issues. |
| **21 Total** | | | **4.3** | |
| 24 | 1/6/2025 | Marili Hellmund-Mora | 0.9 | Prepare the December fee application. |
| 24 | 1/7/2025 | Marili Hellmund-Mora | 1.7 | Incorporate updates to the December fee application. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2025 TO JANUARY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 1/7/2025 | Sophia Cassidy | 1.9 | Prepare December fee application. |
| 24 | 1/8/2025 | Calvin Aas | 2.0 | Prepare December fee application exhibits. |
| 24 | 1/8/2025 | Sophia Cassidy | 2.5 | Prepare the December fee application. |
| 24 | 1/9/2025 | Calvin Aas | 2.2 | Continue preparing December fee application exhibits. |
| 24 | 1/10/2025 | Calvin Aas | 1.7 | Finalize December fee application exhibits. |
| 24 | 1/10/2025 | Sophia Cassidy | 0.7 | Make additional edits to the December fee application. |
| 24 | 1/13/2025 | Megan Hyland | 0.3 | Review and provide comments to the December fee application. |
| 24 | 1/15/2025 | Megan Hyland | 1.1 | Review and revise December fee application for compliance with bankruptcy guidelines. |
| 24 | 1/16/2025 | Megan Hyland | 0.8 | Review and revise December fee application for compliance with bankruptcy guidelines. |
| 24 | 1/17/2025 | Elizabeth Hu | 1.2 | Review December fee application. |
| 24 | 1/22/2025 | Calvin Aas | 0.3 | Assess template for interim fee application. |
| 24 | 1/22/2025 | Calvin Aas | 2.2 | Prepare interim fee application exhibits. |
| 24 | 1/22/2025 | Calvin Aas | 0.9 | Prepare initial draft of interim fee application. |
| 24 | 1/22/2025 | Calvin Aas | 1.5 | Review interim fee application and exhibits. |
| 24 | 1/22/2025 | Megan Hyland | 0.6 | Review interim fee application. |
| 24 | 1/27/2025 | Megan Hyland | 1.0 | Review and revise interim fee application in compliance with bankruptcy guidelines. |
| 24 | 1/28/2025 | Elizabeth Hu | 0.2 | Review interim fee application draft. |
| 24 | 1/28/2025 | Megan Hyland | 0.3 | Finalize the interim fee application. |
| **24 Total** | | | **24.0** | |
| **Grand Total** | | | **106.9** | |