**EXHIBIT A**

| Store Number | Address | Base Rent PSF | Lease Expiration Date | Options | Purchaser Entity |
|---|---|---|---|---|---|
| **4126** | 1410 E. Plaza Boulevard National City, CA | $7.13 | 08/31/43 | 5 + 5 + 4 | Burlington Coat Factory of Texas, Inc. |