## Exhibit B

**Comparison**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| ~~1~~ | ~~1~~ | ~~2837 WINCHESTER PIKE COLUMBUS, OH~~ | ~~Big Lots Stores-CSR, LLC~~ | ~~Benbrook Real Estate, LLC~~ | ~~70 NE LOOP 410, SUITE 185, SAN ANTONIO, TX, 78216~~ | ~~–~~ | ~~$0~~ |
| ~~2~~ | ~~51~~ | ~~1090 MILLWOOD PIKE WINCHESTER, VA~~ | ~~Big Lots Stores, LLC~~ | ~~Horizon Commons, LLC~~ | ~~40 EAST 69TH STREET, FOURTH FLOOR, C/O ROSEN EQUITIES, LLC, NEW YORK, NY, 10021~~ | ~~–~~ | ~~$0~~ |
| ~~3~~1 | 64 | 127 COMMERCE AVE LAGRANGE, GA | Big Lots Stores, LLC | Gg Lagrange, LLC | 1501 JOHNSON FERRY ROAD, SUITE 125, MARIETTA, GA, 30062 | – | $2,259 |
| ~~4~~2 | 82 | 1350 STAFFORD DR PRINCETON, WV | Big Lots Stores, LLC | Founder, Inc. | C/O JOBEL MANAGEMENT CORP., 900 ROUTE 9 - 6TH FLOOR, WOODBRIDGE, NJ, 07095-0000 | – | $0 |
| ~~5~~3 | 98 | 498 CADIZ RD WINTERSVILLE, OH | Big Lots Stores-CSR, LLC | D&L Ferguson Rentals, LLC | 110 MAIN STREET, WINTERSVILLE, OH, 43953-3734 | – | $0 |
| ~~6~~4 | 135 | 200 SYCAMORE ST STE 151 ELIZABETHTOWN, KY | Big Lots Stores, LLC | Plaza Shopping Centers | C/O HOUCHENS PROPERTIES, P.O. BOX 90009, BOWLING GREEN, KY, 42102-9009 | – | $3,222 |
| ~~7~~5 | 157 | 2611 ELLWOOD RD NEW CASTLE, PA | Big Lots Stores, LLC | Byzantine, Inc. | 192 OAKVILLE ROAD, BEAVER FALLS, PA, 15010 | Keri P. Ebeck, kebeck@bernsteinlaw.com | $0 |
| ~~8~~6 | 204 | 3110 E OAKLAND AVE JOHNSON CITY, TN | Big Lots Stores, LLC | Don R. Ershig, DBA Ken's Plaza | C/O ERSHIG PROPERTIES, P.O. BOX 1127, HENDERSON, KY, 42419-1127 | – | $0 |
| ~~9~~ | ~~205~~ | ~~345 N HWY 27 STE 5 SOMERSET, KY~~ | ~~Big Lots Stores, LLC~~ | ~~Universal Guaranty Life Ins Co Inc~~ | ~~P.O. BOX 430, SOMERSET, KY, 42502~~ | ~~–~~ | ~~$0~~ |
| ~~10~~7 | 219 | 1013 OLD HIGHWAY 52 MONCKS CORNER, SC | Big Lots Stores, LLC | Moncks Corner Center, LLC | C/O GARRETT AND GARRETT, P. O. DRAWER 36, FOUNTAIN INN, SC, 29644 | – | $0 |
| ~~11~~8 | 221 | 264 E BROADWAY BLVD JEFFERSON CITY, TN | Big Lots Stores, LLC | College Square Associates LLC | 737 WEST CHESTER PIKE, SUITE 5, HAVERTOWN, PA, | Garrett P. Swartwood, gswartwood@lrwlaw.com | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | | | | 19083 | | |
| ~~12~~ | ~~222~~ | ~~420 PARK BLVD ROGERSVILLE, TN~~ | ~~Big Lots Stores, LLC~~ | ~~Parkview Plaza Associates, LLC~~ | ~~C/O SIGNET REALTY CORP., 2343 S.E. MANITON TERRACE, PORT ST. LUCIE, FL, 34952~~ | ~~–~~ | ~~$0~~ |
| ~~13~~9 | 224 | 1504 N BRIDGE ST ELKIN, NC | Big Lots Stores, LLC | Elkin Village Partners, LLC | 2326 N NC 16 BUSINESS HWY, DENVER, NC, 28037-8353 | – | $2,267 |
| ~~14~~10 | 244 | 9025 OHIO RIVER RD WHEELERSBURG, OH | Big Lots Stores-CSR, LLC | Ershig Properties, Inc. | 1800 N. ELM STREET, HENDERSON, KY, 42420 | – | $0 |
| ~~15~~11 | 246 | 104 THOMPSON DR BRIDGEPORT, WV | Big Lots Stores, LLC | Jara Group LP | C/O WEST PLACE REAL ESTATE SERVICES, LLC, 166 WEST CHESTNUT STREET, WASHINGTON, PA, 15301 | – | $549 |
| ~~16~~ | ~~254~~ | ~~195 S US HWY 231 JASPER, IN~~ | ~~Big Lots Stores, LLC~~ | ~~Jasper Southgate Industries, Inc.~~ | ~~385 S. US HWY 231, JASPER, IN, 47546~~ | ~~–~~ | ~~$0~~ |
| ~~17~~ | ~~275~~ | ~~207 OCONEE SQUARE DR SENECA, SC~~ | ~~Big Lots Stores, LLC~~ | ~~Woodland Village, LLC~~ | ~~ATTN:  ROBIN H. DIAL, 2700 MIDDLEBURG DR STE 218, COLUMBIA, SC, 29204~~ | ~~–~~ | ~~$0~~ |
| ~~18~~12 | 292 | 1301 S JAMES CAMPBELL BLVD COLUMBIA, TN | Big Lots Stores, LLC | Edmund Terry | dba WORLDWIDE PROPERTIES USA,, 211 ALEXANDER PALM ROAD, BOCA RATON, FL, 33432-7908 | – | $5,363 |
| ~~19~~13 | 297 | 472 EASTERN BYP RICHMOND, KY | Big Lots Stores, LLC | Hager Cabinets | 474 EASTERN BYPASS, ATTN: LINDA HAGER PACK, RICHMOND, KY, 40475 | – | $4,028 |
| ~~20~~ | ~~303~~ | ~~1965 W STATE ST ALLIANCE, OH~~ | ~~Big Lots Stores-CSR, LLC~~ | ~~RJB Enterprises LLC~~ | ~~663 RARITAN ROAD, CRANFORD, NJ, 07016-3604~~ | ~~–~~ | ~~$0~~ |
| ~~21~~14 | 310 | 1041 S RIVERSIDE DR CLARKSVILLE, TN | Big Lots Stores, LLC | Clarksville Square LLC | C/O REAL ESTATE SOUTHEAST LLC  , P.O. BOX 681955, PRATTVILLE, AL, 36068 | – | $4,170 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 22 | 340 | 110 EAGLE SCHOOL RD MARTINSBURG, WV | Big Lots Stores, LLC | Martinsburg Center Associates LLC | 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-3256 | – | $0 |
| 2315 | 348 | 180 KENTS RIDGE RD RICHLANDS, VA | Big Lots Stores, LLC | AR Brickyard LLC | 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-9502 | – | $0 |
| 2416 | 358 | 3791 S COBB DR SE STE G SMYRNA, GA | Big Lots Stores, LLC | Newburger-Andes | 201 ALLEN RD, SUITE 300, ATLANTA, GA, 30328 | – | $4,069 |
| 2517 | 375 | 1619 TOWN SQ SW CULLMAN, AL | Big Lots Stores, LLC | Town Square L.P. | C/O JASON GRIMMETT - REAL ESTATE, 1630 TOWN SQUARE, P.O. BOX 996, CULLMAN, AL, 35056-0996 | – | $2,551 |
| 2618 | 396 | 697 ALLEGHENY BLVD FRANKLIN, PA | Big Lots Stores, LLC | Amicre, LLC | 950 FOREST AVE, LAKEWOOD, NJ, 8701 | – | $0 |
| 27 | 397 | 1851 E LITTLE CREEK RD NORFOLK, VA | Big Lots Stores, LLC | Wedgewood Sc Investors LLC | 3265 MERIDIAN PKWY STE 130, WESON, FL, 33331-3506 | – | $0 |
| 28 | 405 | 840 25TH ST NW CLEVELAND, TN | Big Lots Stores, LLC | PGP Cleveland Corners Operations LLC | C/O PRUDENT GROWTH OPERATIONS, LLC, PO BOX 17119, CHAPEL HILL, NC, 27516 | – | $0 |
| 29 | 451 | 3961 HOOVER RD GROVE CITY, OH | Big Lots Stores-CSR, LLC | Eastgrove Shopping Center, LLC | C/O WILLIAM R. ROTH & ASSOCIATES, 395 LIBRARY PARK SOUTH, COLUMBUS, OH, 43215 | Scott Leonhardt, Scott.leonhardt@csbrook.com ; Robert B. Berner, rberner@baileycav.com | $0 |
| 3019 | 454 | 3946 W ALEXIS RD TOLEDO, OH | Big Lots Stores-CSR, LLC | Lindsey Properties, LLC | P.O. BOX 252451, ATTENTION: MR. MIKE YONO, WEST BLOOMFIELD, MI, 48325 | – | $0 |
| 31 | 458 | 710 BEVERLY PIKE ELKINS, WV | Big Lots Stores, LLC | Two Center Corp | 4848 ROUTE 8 UNIT 2, ALLISON PARK, PA, 15101 | – | $0 |
| 3220 | 462 | 4825 N BROADWAY ST KNOXVILLE, TN | Big Lots Stores, LLC | Broadway Square Company | 132 SHERLAKE LN, KNOXVILLE, TN, | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | | | | 37922-2307 | | |
| ~~33~~21 | 463 | 2646 GREENSBORO RD MARTINSVILLE, VA | Big Lots Stores, LLC | C & F Land Co. | C/O NEW LINK MANAGEMENT GROUP, P.O. BOX 17710, RICHMOND, VA, 23226 | – | $0 |
| ~~34~~ | ~~467~~ | ~~1425 SCALP AVE STE 130 JOHNSTOWN, PA~~ | ~~Big Lots Stores, LLC~~ | ~~University Park Associates LP~~ | ~~C/O ZAMIAS SERVICES, INC., 1219 SCALP AVE , JOHNSTOWN, PA, 15904~~ | ~~–~~ | ~~$0~~ |
| ~~35~~ | ~~475~~ | ~~750 OHIO RIVER BLVD ROCHESTER, PA~~ | ~~Big Lots Stores, LLC~~ | ~~Rochester Plaza Associates, LLC~~ | ~~ATTN: ASSET MANAGER, 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-3256~~ | ~~–~~ | ~~$0~~ |
| ~~36~~22 | 494 | 467 W PENN AVE CLEONA, PA | Big Lots Stores, LLC | VH Cleona, LLP | C/O VASTGOOD PROPERTIES, LLC, 44 SOUTH BAYLES AVENUE SUITE 210, PORT WASHINGTON, NY, 11050 | – | $0 |
| ~~37~~ | ~~499~~ | ~~1811 S CHURCH ST BURLINGTON, NC~~ | ~~Big Lots Stores, LLC~~ | ~~Tranel, Inc.~~ | ~~C/O ROSEN EQUITIES, LLC, 40 EAST 69TH STREET, FOURTH FLOOR, NEW YORK, NY, 10021~~ | ~~–~~ | ~~$0~~ |
| ~~38~~ | ~~514~~ | ~~3401 13TH ST STE 100 SAINT CLOUD, FL~~ | ~~Big Lots Stores, LLC~~ | ~~Westgate Plaza Associates~~ | ~~C/O THE SEMBLER COMPANY, 5858 CENTRAL AVENUE, ST. PETERSBURG, FL, 33707~~ | ~~–~~ | ~~$6,033~~ |
| ~~39~~23 | 516 | 146 SE US HIGHWAY 19 CRYSTAL RIVER, FL | Big Lots Stores, LLC | Southeast Partners | C/O AFI MANAGEMENT, 2422 HAMBURG TURNPIKE, WAYNE, NJ, 7470 | – | $0 |
| ~~40~~ | ~~541~~ | ~~4901 PALM BEACH BLVD STE 230 FORT MYERS, FL~~ | ~~Big Lots Stores, LLC~~ | ~~DGN Properties LLC~~ | ~~C/O CAM REALTY OF SW FL, 201 W MARION AVE, STE 1214, PUNTA GORDA, FL, 33950~~ | ~~dseetal@telus.net~~ | ~~$4,220~~ |
| ~~41~~24 | 559 | 13970 N CLEVELAND AVE NORTH FORT MYERS, FL | Big Lots Stores, LLC | B&B Cash Grocery Stores Inc | , PO BOX 1808, TAMPA, FL, 33601 1808 | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 42 | 560 | 843 W BLOOMINGDALE AVE BRANDON, FL | Big Lots Stores, LLC | B&B Kings Row Holdings LLC | C/O BRUCE STRUMPF, INC, 2120 DREW STREET, CLEARWATER, FL, 33765 | Scott Leonhardt, Scott.leonhardt@esbrook.com ; Robert B. Berner, rberner@baileycav.com | $0 |
| 43 25 | 563 | 122 S NOVA RD ORMOND BEACH, FL | Big Lots Stores, LLC | Lincoln Bancorp LLC | C/O BISHOP BEALE DUNCAN , 250 N ORANGE AVE., SUITE 1500, ORLANDO, FL, 32801 | – | $0 |
| 44 26 | 603 | 4600 MAIN ST STE 1 SHALLOTTE, NC | Big Lots Stores, LLC | Pathfinder Twin Creek, L.L.C. | C/O VITA & VITA REALTY CORP, 277 Fairfield Road, Ste 205, Fairfield, NJ, 07004-1994 | – | $0 |
| 45 27 | 604 | 526c US HIGHWAY 70 SW HICKORY, NC | Big Lots Stores, LLC | Hickory Sap LLC | C/O METCAP MANAGEMENT, LLC, P O BOX 11908, CHARLOTTE , NC, 28220 | – | $0 |
| 46 28 | 801 | 820 WATER ST MEADVILLE, PA | Big Lots Stores, LLC | Five Trees Realty, Inc. | C/O GLOWACKI MANAGEMENT COMPANY, 3645 WEST LAKE ROAD, ERIE, PA, 16505 | – | $0 |
| 47 29 | 810 | 1971 S MILITARY HWY CHESAPEAKE, VA | Big Lots Stores, LLC | 452 LLC | 1128 INDEPENDENCE BLVD STE 200, VIRGINIA BEACH, VA, 23455-5555 | – | $0 |
| 48 | 815 | 408 BLUEBELL DR NW NEW PHILADELPHIA, OH | Big Lots Stores-CSR, LLC | R.L. Wittbold New Philadelphia | ATTN: LOU ANN COUNIHAN, 1361 CLUB DRIVE, BLOOMFIELD HILLS, MI, 48302 | – | $5,281 |
| 49 | 835 | 659 24TH ST PORT HURON, MI | Big Lots Stores, LLC | MFBG Port Huron LLC | C/O RD MANAGEMENT CORP., 810 SEVENTH AVENUE, 10TH FLOOR, NEW YORK, NY, 10019 | – | $0 |
| 50 30 | 837 | 291 MALL RD OAK HILL, WV | Big Lots Stores, LLC | Fayette Square Investors, LLC | C/O SAMCO PROPERTIES, INC, 455 FAIRWAY DRIVE, SUITE 301, DEERFIELD BEACH, | – | $4,296 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | | | | FL, 33441 | | |
| ~~51~~31 | 843 | 1000 N PINE ST SPARTANBURG, SC | Big Lots Stores, LLC | Baker & Baker Real Estate | DEVELOPERS, LLC, 1400 PICKENS STREET, 5TH FLOOR (29201), COLUMBIA, SC, 29211-2397 | – | $0 |
| ~~52~~ | ~~1005~~ | ~~838 WINSTON RD LEXINGTON, NC~~ | ~~Big Lots Stores, LLC~~ | ~~Hull-Norlex, LLC~~ | ~~C/O MARKETPLACE MANAGEMENT, INC., PO BOX 5778, HIGH POINT, NC, 27262~~ | ~~–~~ | ~~$0~~ |
| ~~53~~32 | 1006 | 1370 S KINGS HWY MYRTLE BEACH, SC | Big Lots Stores, LLC | Club Forest Grand Strand, LLC | C/O RELIANCE REALTY ADVISORS, P.O. BOX 699, FOUNTAIN INN, SC, 29644-0699 | – | $19,580 |
| ~~54~~33 | 1016 | 2140 WHITE ST YORK, PA | Big Lots Stores, LLC | Carlisle Commerce Center, Ltd. | C/O POMEGRANATE REAL ESTATE, 33 ROCK HILL RD., STE 350, BALA CYNWYD, PA, 19004 | – | $732 |
| ~~55~~ | ~~1052~~ | ~~2342 E ANDREW JOHNSON HWY MORRISTOWN, TN~~ | ~~Big Lots Stores, LLC~~ | ~~Gibraltar Management Co., Inc~~ | ~~150 WHITE PLAINS ROAD, TARRYTOWN, NY, 10591~~ | ~~Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, KNewman@barclaydamon.com~~ | ~~$20,145~~ |
| ~~56~~34 | 1055 | 12588 ROCKSIDE RD CLEVELAND, OH | Big Lots Stores-CSR, LLC | G.G. Garfield Commons 2012 LP | C/O GLIMCHER GROUP INC., 500 GRANT STREET, STE 2000, PITTSBURGH, PA, 15219 | – | $6,004 |
| ~~57~~ | ~~1058~~ | ~~1403 S POLLOCK ST SELMA, NC~~ | ~~Big Lots Stores, LLC~~ | ~~Johnston Square Center, L.L.C.~~ | ~~ATTN: TERRY SLATE, 4201 FAYETTEVILLE ROAD, RALEIGH, NC, 27603~~ | ~~–~~ | ~~$3,804~~ |
| ~~58~~ | ~~1075~~ | ~~86 APPALACHIAN PLZ SOUTH WILLIAMSON, KY~~ | ~~Big Lots Stores, LLC~~ | ~~SKSO Properties, Inc.~~ | ~~215 LOGAN STREET, SUITE 10, WILLIAMSON, WV, 25661~~ | ~~–~~ | ~~$0~~ |
| ~~59~~35 | 1078 | 220 DICKSON PLAZA DR DICKSON, TN | Big Lots Stores, LLC | James A. Craig & Rebecca W. Craig | 4031 ASPEN GROVE DRIVE SUITE 300, FRANKLIN, TN, 37067 | – | $0 |
| ~~60~~36 | 1093 | 3111 HIGHWAY 278 NW COVINGTON, GA | Big Lots Stores, LLC | Halpern Enterprises, Inc. | 5200 ROSWELL ROAD, ATLANTA, GA, 30342 | – | $4,395 |
| ~~61~~37 | 1094 | 294 VILLAGE LN | Big Lots Stores, | DRINKRH | P.O. BOX 996, | – | $4,567 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | HAZARD, KY | LLC | | CULLMAN, AL, 35056-0996 | | |
| ~~62~~38 | 1096 | 339 BYPASS 72 NW GREENWOOD, SC | Big Lots Stores, LLC | Stockman Lands Inc | 1142 REYNOLDS AVE, GREENWOOD, SC, 29649-2736 | – | $3,305 |
| ~~63~~ | ~~1103~~ | ~~5363 HWY 90 W STE C MOBILE, AL~~ | ~~Big Lots Stores, LLC~~ | ~~Eli Erlich~~ | ~~1840 NICHOLAS DR, HUNTINGDON VALLEY, PA, 19006~~ | ~~–~~ | ~~$0~~ |
| ~~64~~ | ~~1138~~ | ~~2725 NORTHWEST BLVD NEWTON, NC~~ | ~~Big Lots Stores, LLC~~ | ~~Rvs Realty, LLC~~ | ~~C/O MetCap Management, LLC, P.O. BOX 11908, CHARLOTTE, NC, 28220~~ | ~~–~~ | ~~$0~~ |
| ~~65~~39 | 1141 | 2431 COLUMBIA BLVD BLOOMSBURG, PA | Big Lots Stores, LLC | Canadian Four State Holdings Ltd. | 1000 SHERBROOKE STREET WEST, SUITE 900, MONTREAL QUEBEC, , H3A 3G4 | Brian Morgan, brian.morgan@faegredrinker.com | $0 |
| ~~66~~ | ~~1158~~ | ~~603 US HWY 72 W ATHENS, AL~~ | ~~Big Lots Stores, LLC~~ | ~~Athens Investors, LLC~~ | ~~3265 MERIDIAN PKWY STE 130, WESTON, FL, 33331-3506~~ | ~~–~~ | ~~$0~~ |
| ~~67~~40 | 1166 | 1010 ONEILL HWY DUNMORE, PA | Big Lots Stores, LLC | Formanco Vastgood Dunmore LLC | C/O FORMAN REALTY MANAGEMENT LLC, 1051 PORT WASHINGTON BLVD #510, PORT WASHINGTON, NY, 11050 | – | $3,317 |
| ~~68~~41 | 1173 | 1241 BLAKESLEE BOULEVARD DR E LEHIGHTON, PA | Big Lots Stores, LLC | Carbon Plaza Shopping Center, LLC | 1250 ROUTE 28 STE 101, BRANCHBURG, NJ, 08876-3389 | santonelli@larken.net | $3,329 |
| ~~69~~42 | 1178 | 9221 TWO NOTCH RD STE 30 COLUMBIA, SC | Big Lots Stores, LLC | Columbia Northeast, LLC | C/O MALON D. MIMMS COMPANY, 85-A MILL STREET, SUITE 100, ROSWELL, GA, 30075 | – | $3,199 |
| ~~70~~ | ~~1184~~ | ~~520 BERNE SQ NEW BERN, NC~~ | ~~Big Lots Stores, LLC~~ | ~~BZA Berne Square LLC~~ | ~~C/O BEARS MANAGEMENT GROUP, LLC, 990 PEACHTREE INDUSTRIAL BLVD, PO BOX 3258, SUWANEE, GA, 30024~~ | ~~–~~ | ~~$0~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| ~~71~~ | ~~1185~~ | ~~1803 KNIGHT AVE STE A2 WAYCROSS, GA~~ | ~~Big Lots Stores, LLC~~ | ~~Satilla Square Mall LLC~~ | ~~10158 WINDWARD WAY N , JACKSONVILLE, FL , 32256~~ | ~~Kim Dwoskin, kdwoskin@ackermanco.net~~ | ~~$0~~ |
| ~~72~~43 | 1190 | 260 MERCHANTS SQUARE DALLAS, GA | Big Lots Stores, LLC | Merchants Square Of Dallas, LLC | C/O SOLAR REALTY MANAGEMENT CO, 36 MAPLE PLACE, SUITE 303, MANHASSET, NY, 11030 | – | $3,349 |
| ~~73~~44 | 1207 | 1110 JULIAN R ALLSBROOK HWY ROANOKE RAPIDS, NC | Big Lots Stores, LLC | L & R Real Estate LLC | 30 HILLSDALE RD, EDISON, NJ, 08820-2534 | – | $2,776 |
| ~~74~~45 | 1213 | 5778 HWY 80 E PEARL, MS | Big Lots Stores, LLC | Crossgates Shopping Center, LLC | ATTN: JOHN MICHAEL HOLTMANN, 300 CONCOURSE BLVD STE 105, RIDGELAND, MS, 39157-2091 | – | $3,227 |
| ~~75~~ | ~~1235~~ | ~~1475 E ANDREW JOHNSON HWY GREENEVILLE, TN~~ | ~~Big Lots Stores, LLC~~ | ~~GBR Greeneville LP~~ | ~~C/O GIBRALTAR MANAGEMENT CO, 150 WHITE PLAINS ROAD, TARRYTON, NY, 10591~~ | ~~Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, KNewman@barclaydamon.com~~ | ~~$3,020~~ |
| ~~76~~46 | 1237 | 2605 W MAIN ST TUPELO, MS | Big Lots Stores, LLC | TMC LLC | 210 E MAIN ST, TUPELO, MS, 38804-4031 | – | $3,869 |
| ~~77~~47 | 1263 | 4522 ROBERT C BYRD DR BECKLEY, WV | Big Lots Stores, LLC | Raleigh Enterprises, LLC | C/O THE KROGER CO. ATTN: LAW DEPARTMENT - SMITH'S DIVISION, 1014 VINE STREET, CINCINNATI, OH, 45202 | – | $36,784 |
| ~~78~~48 | 1288 | 6041 STATE ROUTE 30 STE 20 GREENSBURG, PA | Big Lots Stores, LLC | THF Greengate East Development, LP | C/O TKG MANAGEMENT, INC, 211 N. STADIUM BLVD., STE 201, COLUMBIA, MO, 65203-1161 | David P. Primack, dprimack@mgmlaw.com | $0 |
| ~~79~~49 | 1296 | 1328 CARTER ST MOUNT AIRY, NC | Big Lots Stores, LLC | Mt. Airy Prtnshp | P.O. BOX 1929, EASLEY, SC, 29641 | – | $3,522 |
| ~~80~~50 | 1297 | 13 LESTER RD STE C STATESBORO, GA | Big Lots Stores, LLC | 15 Hollingsworth St Realty Trust | 240 JAMAICAWAY, JAMAICA PLAIN, MA, 02130-1738 | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 81 51 | 1298 | 1714 PERRYVILLE RD STE 400 DANVILLE, KY | Big Lots Stores, LLC | Mcanly Commercial Properties | 1000 LEXINGTON RD, SUITE 2, DANVILLE, KY, 40422 | – | $0 |
| 82 | 1361 | 4318 GEORGE WASHINGTON MEM HWY YORKTOWN, VA | Big Lots Stores, LLC | Prudential Growth Operations, LLC | PO BOX 17119, CHAPEL HILL, NC, 27516 | – | $0 |
| 83 52 | 1365 | 273 FRANKLIN PLAZA DR FRANKLIN, NC | Big Lots Stores, LLC | Drake Rental | 213 FRANKLIN PLAZA DR, FRANKLIN, NC, 28734 | – | $0 |
| 84 | 1366 | 9119 MERRILL RD STE 50 JACKSONVILLE, FL | Big Lots Stores, LLC | Midgard Self Storage Jacksonville Fl, LLC | ATTN: PAUL RAGAINI, 1146 CANTON STREET, ROSWELL, GA, 30075 | – | $0 |
| 85 | 1369 | 3048 E COLLEGE AVE RUSKIN, FL | Big Lots Stores, LLC | Sun Point SDC, LLC | C/O SAGLO DEVELOPMENT CORPORATION, 290 NW 165TH ST, PH 2, MIAMI, FL, 33169 | Michael D. Seese, mseese@seeselaw.com; Howard A. Cohen, Hcohen@foxrothschild.com | $4,161 |
| 86 | 1371 | 2305 E 1ST ST VIDALIA, GA | Big Lots Stores, LLC | Brice Square, LLC | C/O THE TEMPLES CO, PO BOX 405, VIDALIA, GA, 30475-0405 | – | $0 |
| 87 | 1372 | 100 WESTWOOD VILLAGE DR CLEMMONS, NC | Big Lots Stores, LLC | Village Investment Properties, LLC | C/O METCAP MANAGEMENT, LLC, P O BOX 11908, CHARLOTTE, NC, 28220 | – | $0 |
| 88 53 | 1376 | 7405 WESTBRANCH HWY LEWISBURG, PA | Big Lots Stores, LLC | Plaza 15 Realty LLC | ATTN: REAL ESTATE MANAGER, 1 HOSPITAL DRIVE, LEWISBURG, PA, 17837 | – | $3,472 |
| 89 54 | 1382 | 323 HABERSHAM VILLAGE CIR CORNELIA, GA | Big Lots Stores, LLC | Cornelia Retail I LLC | 1003 ALPHARETTA ST STE 100, ROSWELL, GA, 30075 | – | $3,800 |
| 90 55 | 1385 | 1664 S MAIN ST STE B LAURINBURG, NC | Big Lots Stores, LLC | Guy Properties LLC | 4401 E. INDEPENDENCE BLVD, SUITE 204, CHARLOTTE, NC, 28205 | – | $0 |
| 91 56 | 1389 | 710 HWY 17 S STE D NORTH MYRTLE BEACH, SC | Big Lots Stores, LLC | North Strand Associates LLC | ATTN: STEVEN VERSTANDIG, 11155 Red Run Blvd, Ste 320, | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | | | | Owings Mills , MD, 21117 | | |
| 92~~57~~ | 1392 | 1150 CARLISLE ST HANOVER, PA | Big Lots Stores, LLC | WRD Hanover LP | C/O POMEGRANATE RE, 33 ROCK HILL RD., STE 350, BALA CYNWYD, PA, 19004 | – | $585 |
| 93~~58~~ | 1401 | 1820 6TH AVE SE DECATUR, AL | Big Lots Stores, LLC | B&E Squared, LLC | C/O GATEWAY COMMERCIAL BROKERAGE INC, 300 MARKET STREET NE, STE 3, DECATUR, AL, 35601-7806 | – | $0 |
| 94~~59~~ | 1413 | 3437 SIMPSON FERRY RD CAMP HILL, PA | Big Lots Stores, LLC | Equity Development Partners, LLC | C/O EDGAR COOMBS, 5060 RITTER RD STE A3, MECHANICSBURG, PA, 17055 | – | $0 |
| 95~~60~~ | 1426 | 2444 PHILADELPHIA ST INDIANA, PA | Big Lots Stores, LLC | Indiana West Plaza LP | C/O MADISON ACQUISITIONS LLC, 4041 LIBERTY AVE, STE 201, PITTSBURGH, PA, 15224 | – | $0 |
| 96~~61~~ | 1466 | 7100 SOUTH AVE YOUNGSTOWN, OH | Big Lots Stores-CSR, LLC | JLY Realty Co., LLC | 90 FARMVIEW DRIVE, UNIONTOWN, PA, 15401 | – | $6,594 |
| 97~~62~~ | 1478 | 11628 PENN HILLS DR PITTSBURGH, PA | Big Lots Stores, LLC | TBF Group Penn Hills LLC | 175 GREAT NECK ROAD SUITE 201, GREAT NECK, NY, 11021-3351 | – | $0 |
| 98~~63~~ | 1483 | 845 S MAIN ST LONDON, KY | Big Lots Stores, LLC | Carnaby Square Shopping Center | 5710 WOOSTER PIKE STE 121, CINCINNATI, OH, 45227-4520 | – | $0 |
| 99~~64~~ | 1494 | 1100 HWY 78 W JASPER, AL | Big Lots Stores, LLC | Kilgore Realty Company, Inc. | C/O DON KILGORE, 304 OAK HILL ROAD, JASPER, AL, 35504 | – | $0 |
| 100~~65~~ | 1495 | 1342 INDIAN MOUND DR MOUNT STERLING, KY | Big Lots Stores, LLC | Dwight W. Broeman | C/O BROEMAN PROPERTY MANAGEMENT, 309 Artillery Park Drive, Fort Mitchell, KY, 41017-2798 | – | $0 |
| 101~~66~~ | 1505 | 400 SILVER BRIDGE PLZ GALLIPOLIS, OH | Big Lots Stores-CSR, LLC | Silver Bridge LP | C/O MADISON ACQUISITIONS, LLC, 4041 LIBERTY AVENUE, STE 201, | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | | | | PITTSBURGH, PA, 15224-1459 | | |
| ~~102~~ | ~~1507~~ | ~~4420 ALTAMA AVE STE C2 BRUNSWICK, GA~~ | ~~Big Lots Stores, LLC~~ | ~~NS Retail Holdings, LLC~~ | ~~C/O NETSTREIT MANAGEMENT OFFICE, 2021 MCKINNEY AVE, SUITE 1150, DALLAS, TX, 75201~~ | ~~Leslie C. Heilman, heilmanl@ballardspahr.com; Laurel D. Roglen, roglenl@ballardspahr.com~~ | ~~$0~~ |
| ~~103~~67 | 1521 | 280 CONCORD PKWY N CONCORD, NC | Big Lots Stores, LLC | WC Properties LLC | 150 WARREN C COLEMAN BLVD N, CONCORD, NC, 28027-6786 | – | $0 |
| ~~104~~68 | 1529 | 156 EAGLES GLEN PLZ STE 190 EAST STROUDSBURG, PA | Big Lots Stores, LLC | Eagle Valley Realty | 490 NORTH MAIN ST STE 101, PITTSTON, PA, 18640-2100 | – | $46,618 |
| ~~105~~69 | 1588 | 1206 HIGHWAY 9 BYPASS W LANCASTER, SC | Big Lots Stores, LLC | MDR Lancer LLC | 3121 W LEIGH STREET, RICHMOND, VA, 23230-4407 | – | $3,454 |
| ~~106~~70 | 1601 | 5112 MILLER RD FLINT, MI | Big Lots Stores, LLC | The HLE Group LLC | C/O PRUDENTIAL REALTY COMPANY, 3700 SOUTH WATER ST, SUITE 100, PITTSBURGH, PA, 15203-2366 | – | $2,438 |
| ~~107~~71 | 1621 | 1176 RUSS AVE WAYNESVILLE, NC | Big Lots Stores, LLC | Russ Avenue Plaza LLC | PO BOX 6676, ASHEVILLE, NC, 28816-6676 | – | $6,402 |
| ~~108~~ | ~~1622~~ | ~~1336 WHIPPLE AVE NW CANTON, OH~~ | ~~Big Lots Stores, LLC~~ | ~~GDC Investment Company~~ | ~~C/O GOLDMAN & ROSEN, LTD, 11 SOUTH FORGE STREET, AKRON, OH, 44304~~ | ~~–~~ | ~~$0~~ |
| ~~109~~72 | 1690 | 1020 CROSSROADS DR STATESVILLE, NC | Big Lots Stores, LLC | Rcc Crossroads, LLC | C/O NEWLINK MANAGEMENT GROUP, PO BOX 17710, RICHMOND, VA, 23226-7710 | – | $0 |
| ~~110~~73 | 1705 | 6247 HIGHWAY 90 MILTON, FL | Big Lots Stores, LLC | Waterstone Southeast Spartan Portfolio, LLC | c/o Collett Management, LLC, PO Box 36799, Charlotte, NC, 28236 | – | $6,745 |
| ~~111~~74 | 1715 | 2911 HERSHBERGER RD NW ROANOKE, VA | Big Lots Stores, LLC | Center-Roanoke Associates | 1146 FREEPORT ROAD, PITTSBURGH, PA, 15238 | – | $0 |
| ~~112~~75 | 1727 | 2531 | Big Lots Stores, | Astro Realty LLC | 625 SOUTH ELM | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | EASTCHESTER DR HIGH POINT, NC | LLC | | STREET, GREENSBORO, NC, 27406-1327 | | |
| 113 | 1751 | 4331 MAHONING AVE NW WARREN, OH | Big Lots Stores, LLC | Champion Hills | C/O CENTER ASSOCIATES, 1146 FREEPORT RD, PITTSBURGH, PA, 15238 | – | $0 |
| 11476 | 1761 | 5522 SHAFFER RD UNIT 7 DU BOIS, PA | Big Lots Stores, LLC | Cgcmt 2006-C4 - 5522 Shaffer Rd LLC | C/O GREYSTONE SERVICING COMPANY LLC, 5221 N O'CONNOR BLVD SUITE 800 , IRVING , TX, 75039 | – | $0 |
| 115 | 1781 | 1641 CHURCH ST CONWAY, SC | Big Lots Stores, LLC | Gator Waccamaw Shopp. Ctr Ltd | 7850 NW 146TH ST 4TH STREET, MIAMI LAKES, FL, 33016-1564 | – | $4,956 |
| 11677 | 1805 | 1432 E DIXIE DR ASHEBORO, NC | Big Lots Stores, LLC | Asheboro Marketplace, LLC | C/O MGMT-ETC, LLC, P.O. BOX 2456, TEATICKET, MA, 2536 | – | $0 |
| 117 | 1806 | 3718 BATTLEGROUND AVE GREENSBORO, NC | Big Lots Stores, LLC | Battleground Acquisitions, LLC | C/O THE BEDRIN ORGANIZATION, 65 HARRISTOWN ROAD, SUITE 301, GLEN ROCK, NJ, 7452 | – | $0 |
| 11878 | 1821 | 955 N WESLEYAN BLVD ROCKY MOUNT, NC | Big Lots Stores, LLC | TBF Group Sutters Creek, LLC | 175 GREAT NECK RD STE 201, GREAT NECK, NY, 11021 | – | $0 |
| 11979 | 1823 | 7651 23 MILE RD SHELBY TOWNSHIP, MI | Big Lots Stores, LLC | ATMF Ix, LLC | C/O M.D. GORGE & CO., 6905 TELEGRAPH ROAD, SUITE 220, BLOOMFIELD HILLS, MI, 48301 | – | $0 |
| 120 | 1826 | 2384 COMMERCIAL WAY SPRING HILL, FL | Big Lots Stores, LLC | Springhill Two LLC | C/O HARRIS & CO, 3005 STATE ROAD 590, SUITE 200, CLEARWATER, FL, 33759 | – | $826 |
| 121 | 1840 | 4700 HIGHWAY 90 MARIANNA, FL | Big Lots Stores, LLC | Regency Csp Iv LLC | 380 N CROSS POINTE BLVD, EVANSVILLE, IN, 47715-4027 | Emily Pagorski, emily.pagorski@skofirm.com | $0 |
| 122 | 1842 | 400 | Big Lots Stores, | F & F | C/O INSPIRED | Leslie C. Heilman, | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | CAMPBELLSVILLE BYP-CAMPBELLSVILLE, KY | LLC | Investments, LLC | VENTURES, LLC, 1616 ANACAPA STREET, 1ST FLOOR, SANTA BARBARA, CA, 93101 | heilmanl@ballardspahr.com; Laurel D. Roglen, roglenl@ballardspahr.com | |
| 123 | 1843 | 8489 MARKET ST MENTOR, OH | Big Lots Stores, LLC | Mentor Property LLC | C/O CARNEGIE COMPANIES, INC, 6190 COCHRAN ROAD, STE A, SOLON, OH, 44139-3323 | bronationalecf@weltman.com | $0 |
| 124 | 1844 | 720 NC 24 27 BYP-E ALBEMARLE, NC | Big Lots Stores, LLC | Centre Point Investors, LLC | ATTN: JENNIFER SMITH, 3265 MERIDIAN PARKWAY, SUITE 130, WESTON, FL, 33331 | – | $0 |
| 125-80 | 1846 | 1890 W MARKET ST suite #500 AKRON, OH | Big Lots Stores, LLC | Select Strategies-Brokerage, LLC | ATTN: GARRISON CENTRAL RETAIL-OH, 400 TECHNE CENTER DRIVE, SUITE 320, MILFORD, OH, 45150-3710 | – | $3,025 |
| 126 | 1849 | 500 LINCOLN HWY STE 4 FAIRLESS HILLS, PA | Big Lots Stores, LLC | KA At Fairless LP | C/O THE KLEIN GROUP, LLC, 25A HANOVER ROAD, SUITE 350, FLORHAM PARK, NJ, 07932-1425 | – | $5,804 |
| 127-82 | 1857 | 3230 AUGUSTA RD WEST COLUMBIA, SC | Big Lots Stores, LLC | Woodberry Plaza, LLC | C/O MALON D. MIMMS COMPANY, 85-A MILL STREET, SUITE 100, ROSWELL, GA, 30075 | – | $4,359 |
| 128-83 | 1858 | 609 GREENVILLE BLVD SE GREENVILLE, NC | Big Lots Stores, LLC | Greenville Associates | C/O BILL LEVERTON, PROPERTY MANAGER, 4736 HIGH POINT ROAD, KERNERSVILLE, NC, 27284-9161 | – | $0 |
| 129-84 | 1877 | 118 HILLS PLZ CHARLESTON, WV | Big Lots Stores, LLC | Shores - White, LLC | P.O. Box 6767, CHARLESTON, WV, 25362 | – | $0 |
| 130 | 1891 | 685 S HUGHES BLVD ELIZABETH CITY, NC | Big Lots Stores, LLC | Netstreit LP | 2021 MCKINNEY AVE-SUITE 1150, DALLAS, TX, 75201-7625 | Leslie C. Heilman, heilmanl@ballardspahr.com; Laurel D. Roglen, | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | | | | | roglenl@ballardspahr.com | |
| ~~131~~85 | 1892 | 1639 US HIGHWAY 74A BYP SPINDALE, NC | Big Lots Stores, LLC | Spindale Retail I LLC | C/O VANGUARD ASSOCIATES HOLDINGS LLC, 1003 ALPHARETTA ST STE 100, ROSWELL, GA, 30075 | – | $3,993 |
| ~~132~~ | ~~1899~~ | ~~1371 N SANDHILLS BLVD ABERDEEN, NC~~ | ~~Big Lots Stores, LLC~~ | ~~Glenwood Development Co., LLC~~ | ~~9525 BIRKDALE CROSSING DRIVE, SUITE 200, HUNTERSVILLE, NC, 28078~~ | ~~–~~ | ~~$20,896~~ |
| ~~133~~ | ~~1961~~ | ~~2349 CHERRY RD STE 79 ROCK HILL, SC~~ | ~~Big Lots Stores, LLC~~ | ~~Market On Cherry~~ | ~~C/O PROVIDENCE GROUP MANAGEMENT SERVICES, 300 WEST SUMMIT AVE, STE 250, CHARLOTTE, NC, 28203~~ | ~~–~~ | ~~$0~~ |
| ~~134~~86 | 1975 | 431 SAINT JAMES AVE UNIT G GOOSE CREEK, SC | Big Lots Stores, LLC | Gb Associates Limited Partnership | C/O BEATTY MANAGEMENT COMPANY, 6824 ELM STREET, SUITE 200, MCLEAN, VA, 22101 | – | $0 |
| ~~135~~87 | 4226 | 755 VETERANS MEMORIAL BLVD METAIRIE, LA | Big Lots Stores-PNS, LLC | Wilshire Plaza Investors, LLC | C/O VICTORY REAL ESTATE INVESTMENTS, LLC, 240 BROOKSTONE CENTRE PARKWAY, COLUMBUS, GA, 31904 | – | $5,390 |
| ~~136~~ | ~~4723~~ | ~~14333 EUREKA RD SOUTHGATE, MI~~ | ~~Big Lots Stores, LLC~~ | ~~Ns Retail Holdings, LLC~~ | ~~C/O NETSTREIT MANAGEMENT, LLC, 2021 MCKINNEY AVE, SUITE 1150, DALLAS, TX, 75201~~ | ~~Leslie C. Heilman, heilmanl@ballardspahr.com; Laurel D. Roglen, roglenl@ballardspahr.com~~ | ~~$0~~ |
| ~~137~~88 | 5093 | 4717 MCKNIGHT RD PITTSBURGH, PA | Big Lots Stores, LLC | McKnight Northland, LLC | C/O MCKNIGHT REALTY PARTNERS, 300 GRANT STREET SUITE 2500, PITTSBURGH, PA, 15219 | – | $6,156 |
| ~~138~~89 | 5101 | 950 S CANNON BLVD STE A KANNAPOLIS, NC | Big Lots Stores, LLC | Peters Enterprises LLC | 801 N MAIN ST STE C, HIGH POINT, NC, 27262-3921 | – | $0 |
| ~~139~~ | ~~5122~~ | ~~2932 CANTON RD~~ | ~~Big Lots Stores,~~ | ~~MSG Realty LLC~~ | ~~C/O BLASS~~ | ~~–~~ | ~~$0~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | STE 210 MARIETTA, GA | LLC | | PROPERTIES INC , 1333 SUNLAND DR NE , BROOKHAVEN , GA, 30319 | | |
| ~~140~~90 | 5123 | 6169 ST. ANDREWS RD. COLUMBIA, SC | Big Lots Stores, LLC | V&S Seven Oaks LLC | 678 REISTERSTOWN ROAD, BALTIMORE, MD, 21208 | – | $0 |
| ~~141~~91 | 5127 | 405 HOWE AVE. CUYAHOGA FALLS, OH | Closeout Distribution, Inc. | Cf Partners LLC | C/O REALTY RESOURCE CAPITAL CORP, 7600 JERICHO TURNPIKE SUITE 402, WOODBURY, NY, 11797 | | $6,413 |
| ~~142~~92 | 5157 | 2950 S. HORNER BLVD. SANFORD, NC | Big Lots Stores, LLC | Triledo Sanford LLC | 700 EXPOSITION PL STE 131, RALEIGH, NC, 27615-1561 | – | $0 |
| ~~143~~ | ~~5182~~ | ~~915 S ST STE A SIMPSONVILLE, SC~~ | ~~Big Lots Stores, LLC~~ | ~~Garrett Simpsonville Center, LLC~~ | ~~C/O GARRETT AND GARRETT, P.O. BOX 36, FOUNTAIN INN, SC, 29644~~ | ~~–~~ | ~~$0~~ |
| ~~144~~ | ~~5183~~ | ~~1700 RALEIGH RD PKWY W STE 104 WILSON, NC~~ | ~~Big Lots Stores, LLC~~ | ~~Forest Hills Investors LLC~~ | ~~3265 MERIDIAN PARKWAY, SUITE 130, WESTON, FL, 33331~~ | ~~–~~ | ~~$0~~ |
| ~~145~~93 | 5188 | 866 SCRANTON CARBONDALE HWY EYNON, PA | Big Lots Stores, LLC | Yada LLC | ATTN: JACOB WEINGARTEN, 8 TOLTCHAV WAY, UNIT 203, MONROE, NY, 10950-8589 | – | $0 |
| ~~146~~ | ~~5209~~ | ~~1450 ANDREWS RD MURPHY, NC~~ | ~~Big Lots Stores, LLC~~ | ~~Soar Management Inc~~ | ~~821 HIAWASSEE STREET, MURPHY, NC, 28906~~ | ~~–~~ | ~~$0~~ |
| ~~147~~94 | 5224 | 2900 ARENDELL ST STE 19 MOREHEAD CITY, NC | Big Lots Stores, LLC | Morehead Plaza, LLC | C/O INCOME PROPERTIES OF RALEIGH, INC, 1049 DRESSER CT, RALEIGH, NC, 27609 | – | $0 |
| ~~148~~95 | 5229 | 4157 E. COURT STREET BURTON, MI | Big Lots Stores, LLC | Courtyard Acquisitions LLC | ATTN: TARIK Y. DINHA II, 18000 W 9 MILE RD STE 700, SOUTHFIELD, MI, 48075 | – | $0 |
| ~~149~~96 | 5235 | 630 LAKESTONE COMMONS AVE | Big Lots Stores, LLC | Agree Fuquay-Varina, LLC | 32301 WOODWARD AVE , ATTN: | | $7,526 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | FUQUAY VARINA, NC | | | DANIELLE SPEHAR, ROYAL OAK , MI, 48073 | | |
| 150 | 5237 | 601 PARK ST BELMONT, NC | Big Lots Stores, LLC | The Southern Benedictine Society | OF NORTH CAROLINA, INC., 100 BELMONT MT. HOLLY ROAD, BELMONT, NC, 28012 | – | $22,676 |
| 15197 | 5240 | 5510 MCFARLAND BLVD NORTHPORT, AL | Big Lots Stores, LLC | Northport McFarland Associates, LLC | ATTN: KAREN PERROTTA, 3850 S UNIVERSITY DR UNIT 291327, DAVIE, FL, 33329 | – | $0 |
| 15298 | 5247 | 1110 WESTERN BLVD JACKSONVILLE, NC | Big Lots Stores, LLC | Avery Retail Medium C LLC | 1720 S ZAPATA HWY, LAREDO, TX, 78046-6155 | Brian Moreno, bmoreno@laredohdc.com | $0 |
| 15399 | 5255 | 744 NASHVILLE PIKE GALLATIN, TN | Big Lots Stores, LLC | JHR Sumner Place Shopping Center, LLC | C/O BROOKSIDE PROPERTIES, INC, 2002 RICHARD JONES RD. SUITE 200-C, NASHVILLE, TN, 37215 | tim@rashtiandmitchell.com | $8,950 |
| 154 | 5261 | 1826 W US HWY 421 STE K WILKESBORO, NC | Big Lots Stores, LLC | Winklers Mill, LLC | PO BOX 3608, MOORESVILLE, NC, 28117 | – | $5,360 |
| 155 | 5276 | 711 E. INNES ST. SALISBURY, NC | Big Lots Stores, LLC | MFW Associates | C/O ASTON PROPERTIES, 610 E. MOREHEAD STREET SUITE 100, CHARLOTTE, NC, 28202 | Robert LeHane, rlehane@kelleydrye.com; Jennifer D. Raveile, JRaviele@KelleyDrye.com; Allison Selick, ASelick@KelleyDrye.com | $0 |
| 156100 | 5280 | 130 WEAVER BLVD WEAVERVILLE, NC | Big Lots Stores, LLC | ECA Buligo Weaverville Partners LP | 13041 W LINEBAUGH AVE, TAMPA, FL, 33626-4484 | – | $4,484 |
| 157 | 5282 | 389 N. READING RD. EPHRATA, PA | Big Lots Stores, LLC | GBR Ephrata LLC And Ephrata Holdings LP | C/O GIBRALTAR MANAGEMENT COMPANY, INC, 150 WHITE PLAINS ROAD, SUITE 400, TARRYTOWN, NY, 10591 | Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, KNewman@barclaydamon.com | $4,172 |
| 158 | 5293 | 2660 WEIR PLACE CHESTER, VA | Big Lots Stores, LLC | Cole BG Chester Va, LLC | C/O AMERICAN REALTY CAPITAL PROPERTIES, 2325 EAST CAMELBACK | – | $7,333 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | | | | ROAD SUITE 1100, PHOENIX, AZ, 85016 | | |
| 159 101 | 5298 | 426 EAST WATERLOO RD AKRON, OH | Big Lots Stores-CSR, LLC | South Plaza Associates, LLC | C/O LEVEY & COMPANY, 1585 FREDERICK BLVD, AKRON, OH, 44320 | – | $5,842 |
| 160 102 | 5310 | 3915 RAMSEY STREET FAYETTEVILLE, NC | Big Lots Stores, LLC | RSH, LLC | C/O BLS HOLDINGS GROUP, LLC, 3638 WALTON WAY EXTENSION, SUITE 201, AUGUSTA, GA, 30909 | – | $0 |
| 161 103 | 5311 | 376 WEST PLAZA DRIVE MOORESVILLE, NC | Big Lots Stores, LLC | Unison Mooresville, LLC | C/O COLLETT MANAGEMENT, LLC, 1111 METROPOLITAN AVENUE SUITE 700, CHARLOTTE, NC, 28204 | Bradshaw Rost, brost@tsplaw.com | $5,998 |
| 162 | 5312 | 1023A S PENDLETON ST EASLEY, SC | Big Lots Stores, LLC | 5 Point Church | C/O LEGACY PROPERTY SERVICES, LLC, 109 S MCDUFFIE ST, ANDERSON, SC, 29624-1626 | Michael Busenkell, mbusenkell@gsbblaw.com | $5,165 |
| 163 104 | 5324 | 6300 E LIVINGSTON AVE REYNOLDSBURG, OH | Big Lots Stores-CSR, LLC | Up In The Air LLC | 585 SOUTH FRONT STREET STE 200, COLUMBUS, OH, 43215-5694 | – | $0 |
| 164 105 | 5328 | 403 N GENERALS BLVD LINCOLNTON, NC | Big Lots Stores, LLC | Archer Central Building LLC | 5277 TRILLIUM BLVD, HOFFMAN ESTATES, IL, 60192-3602 | – | $0 |
| 165 | 5332 | 201 FORKS OF THE RIVER PARKWAY SEVIERVILLE, TN | Big Lots Stores, LLC | Sevierville Forks Partners, LLC | C/O ANCHOR INVESTMENTS, LLC, 2926 FOSTER CREIGHTON DR, NASHVILLE, TN, 37204 | Paul G. Jennings, pjennings@bassberry.com; Gene L. Humphreys, ghumphreys@bassberry.com | $348 |
| 166 106 | 5335 | 4300 PORTSMOUTH BLVD CHESAPEAKE, VA | Big Lots Stores, LLC | KM Of Chesapeake, Virginia, L.P. | 91-31 QUEENS BLVD, SUITE 512, ELMHURST, NY, 11373 | Max J. Newman, newman@butzel.com | $4,842 |
| 167 107 | 5338 | 1800 E STATE ST FREMONT, OH | Big Lots Stores-CSR, LLC | HYG Fremont LLC | PO BOX 9646, COLUMBUS, OH, 43209-0646 | – | $0 |
| 168 | 5339 | 2715 W MAIN ST | Big Lots Stores, | Waynesboro | C/O NATIONAL | Scott L. Fleischer, | $4,588 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | WAYNESBORO, VA | LLC | Holdings L.P., Gbr West Main LLC And | REALTY & DEVELOPMENT CORP, 3 MANHATTANVILLE ROAD, SUITE 202, PURCHASE, NY, 10577 | sfleischer@barclaydamon.com, Kevin Newman, KNewman@barclaydamon.com | |
| ~~169~~109 | 5340 | 3640 WERK RD. CINCINNATI, OH | Big Lots Stores-CSR, LLC | CMPC LLC | 1460 WALDEN AVE, LAKEWOOD, NJ, 08701-1547 | – | $5,452 |
| 170 | 5346 | 56104 NATIONAL RD BRIDGEPORT, OH | Big Lots Stores-CSR, LLC | Bridgeport Plaza Associates LLC | 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-3256 | – | $0 |
| 171 | 5347 | 1262 NW BROAD ST MURFREESBORO, TN | Big Lots Stores, LLC | Meriden Associates LLC | 277 FAIRFIELD RD SUITE 205, FAIRFIELD, NJ, 07004-1937 | – | $0 |
| 172 | 5348 | 5260 OAKLAWN BLVD NORTH PRINCE GEORGE, VA | Big Lots Stores, LLC | Ardena Lr LLC | C/O COLLIERS RICHMOND, 6641 WEST BROAD ST, STE 101, RICHMOND, VA, 23230 | Jennifer M. McLemore, jmclemore@williamsmullen.com | $0 |
| 173 | 5352 | 367 COUNTY RD 406 STE B SOUTH POINT, OH | Big Lots Stores-CSR, LLC | Ireland Lawrence Ltd | C/O IRELAND CO, 85 WESTON ROAD, SUITE 101, WESTON, FL, 33326 | – | $0 |
| 174 | 5358 | 825 CLEVELAND ST, ELYRIA, OH | Big Lots Stores-CSR, LLC | Big Lots | 4900 E DUBLIN GRANVILLE RD, COLUMBUS, OH | – | $0 |
| 175 | 5361 | 10560 HARRISON AVE HARRISON, OH | Big Lots Stores-CSR, LLC | Harrison OH Partners, LLC | 2926 FOSTER CREIGHTON DR, NASHVILLE, TN, 37204 | Paul G. Jennings, pjennings@bassberry.com; Gene L. Humphreys, ghumphreys@bassberry.com | $24,924 |
| ~~176~~109 | 5368 | 6610 MOORETOWN RD WILLIAMSBURG, VA | Big Lots Stores, LLC | Fruitland Plaza, LLC | C/O SVN MILLER COMMERCIAL REAL ESTATE, 206 E MAIN ST, SALISBURY , MD, 21801 | – | $0 |
| 177 | 5372 | 10150 DORCHESTER RD UNIT 227 SUMMERVILLE, SC | Big Lots Stores, LLC | Dorchester Realty LLC | 400 BROADHOLLOW RD STE 302, MELVILLE, NY, 11747-4810 | – | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| ~~178~~110 | 5375 | 110 E NORTHSIDE DR VALDOSTA, GA | Big Lots Stores, LLC | Budd Family LP | 2907 N PATTERSON ST, VALDOSTA, GA, 31602-4125 | – | $0 |
| ~~179~~111 | 5376 | 102 N 12TH ST MIDDLESBORO, KY | Big Lots Stores, LLC | K-Va-T Food Stores Inc | PO BOX 1158, ABINGTON, VA, 24212-1158 | – | $3,838 |
| ~~180~~ | ~~5379~~ | ~~1677 WESTCHESTER DR HIGH POINT, NC~~ | ~~Big Lots Stores, LLC~~ | ~~Baderco LLC~~ | ~~3180 ABBEY RD, ROCKY MOUNT, NC, 27804-7843~~ | ~~–~~ | ~~$0~~ |
| ~~181~~ | ~~5380~~ | ~~110 S 7TH ST MARIETTA, OH~~ | ~~Big Lots Stores-CSR, LLC~~ | ~~Warren Terra Inc~~ | ~~108B SOUTH 7TH STREET, MARIETTA, OH, 45750~~ | ~~Scott Leonhardt, Scott.leonhardt@csbrook.com ; Robert B. Berner, rberner@baileycav.com~~ | ~~$0~~ |
| ~~182~~112 | 5384 | 10001 HULL STREET RD NORTH CHESTERFIELD, VA | Big Lots Stores, LLC | Mosaic Oxbridge Owner, LLC | C/O MFI, INC., 2800 QUARRY LAKE DRIVE, SUITE 340, BALTIMORE, MD, 21209 | – | $4,731 |
| ~~183~~ | ~~5391~~ | ~~1251 BURKEMONT AVE MORGANTON, NC~~ | ~~Big Lots Stores, LLC~~ | ~~Evans Best, LLC~~ | ~~C/O MetCap Management, LLC, P O BOX 11908, CHARLOTTE , NC, 28220~~ | ~~–~~ | ~~$0~~ |
| ~~184~~ | ~~5396~~ | ~~2750C N ROBERTS AVE LUMBERTON, NC~~ | ~~Big Lots Stores, LLC~~ | ~~K. M. Biggs, Incorporated~~ | ~~PO BOX 967, LUMBERTON, NC, 28359-0967~~ | ~~–~~ | ~~$0~~ |
| ~~185~~ | ~~5411~~ | ~~2318 W MERCURY BLVD HAMPTON, VA~~ | ~~Big Lots Stores, LLC~~ | ~~Todd Shopping Center, LLC~~ | ~~C/O TOWER PARK MANAGEMENT CORP., 735 THIMBLE SHOALS BLVD., STE 100, NEWPORT NEWS, VA, 23606~~ | ~~–~~ | ~~$0~~ |
| ~~186~~113 | 5412 | 2050 E DOROTHY LN KETTERING, OH | Big Lots Stores-CSR, LLC | Cuyahoga Investments, LLC | 40 NORTH MAIN STREET, SUITE 1700, DAYTON, OH, 45423 | – | $0 |
| ~~187~~ | ~~5414~~ | ~~4125 HIGHWAY 20, STE A-2 BUFORD, GA~~ | ~~Big Lots Stores, LLC~~ | ~~Lee's Crossing SDC LLC~~ | ~~C/O SAGLO DEVELOPMENT CORPORATION, 290 NW 165TH ST PH 2, MIAMI, FL, 33169~~ | ~~–~~ | ~~6,617~~ |
| ~~188~~ | ~~5416~~ | ~~260 REMOUNT RD FRONT ROYAL, VA~~ | ~~Big Lots Stores, LLC~~ | ~~Gateway Plaza - Front Royal, LLC~~ | ~~610 E. MOREHEAD STREET, SUITE 100, CHARLOTTE, NC, 28202~~ | ~~–~~ | ~~6,990~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| ~~189~~114 | 5417 | 558 BATTLEFIELD PKWY FORT OGLETHORPE, GA | Big Lots Stores, LLC | Fort Oglethorpe Market Place, LLC | C/O MIMMS ENTERPRISES, 780 OLD ROSWELL PLACE, STE 100, ROSWELL, GA, 30075 | – | $5,722 |
| ~~190~~ | ~~5423~~ | ~~1806 N JACKSON ST TULLAHOMA, TN~~ | ~~Big Lots Stores, LLC~~ | ~~Hobby Lobby Stores, Inc.~~ | ~~ATTN: REAL ESTATE DEPARTMENT, 7707 SOUTHWEST 44TH STREET, OKLAHOMA CITY, OK, 73179~~ | ~~–~~ | ~~$5,488~~ |
| ~~191~~115 | 5426 | 1090 BYPASS RD VINTON, VA | Big Lots Stores, LLC | River Park Properties LLC | PO BOX 450, FINCASTLE, VA, 24090-0450 | – | $2,645 |
| ~~192~~ | ~~5428~~ | ~~12295 CAPITAL BLVD WAKE FOREST, NC~~ | ~~Big Lots Stores, LLC~~ | ~~Food Lion, LLC~~ | ~~C/O RETAIL BUSINESS SERVICES LLC, 1385 HANCOCK ST., ATTN: VP, REAL ESTATE LAW, QUINCY, MA, 2169~~ | ~~Gregory G. Hesse, ghesse@HuntonAK.com~~ | ~~$9,325~~ |
| ~~193~~ | ~~5432~~ | ~~1728 E DIXON BLVD SHELBY, NC~~ | ~~Big Lots Stores, LLC~~ | ~~BVB-NC, LLC~~ | ~~C/O BV BELK PROPERTIES, 204-C WEST WOODLAWN ROAD, CHARLOTTE, NC, 28217~~ | ~~Walt Pettit, walt.pettit@hutchenslawfirm.com~~ | ~~$5,790~~ |
| ~~194~~ | ~~5434~~ | ~~4956 LONG BEACH RD SE, STE 8 SOUTHPORT, NC~~ | ~~Big Lots Stores, LLC~~ | ~~Jordan & Riddle, LLC~~ | ~~4200 MORGANTOWN ROAD, SUITE 150, FAYETTEVILLE, NC, 28314~~ | ~~–~~ | ~~$0~~ |
| ~~195~~116 | 5438 | 10611 COURTHOUSE RD FREDERICKSBURG, VA | Big Lots Stores, LLC | Breezewood Shopping Center, Inc. | PO BOX 5160, C/O THALHIMER, GLENN ALLEN, VA, 23058-5160 | Christopher Scot Chipman, csc@comptonduilng.com; cschipman@gmail.com | $5,825 |
| ~~196~~ | ~~5440~~ | ~~328 ROBERT SMALLS PKWY BEAUFORT, SC~~ | ~~Big Lots Stores, LLC~~ | ~~USPG Portfolio Eight LLC~~ | ~~PO BOX 645781, CINCINNATI, OH, 45264-5781~~ | ~~Audrey L. Hornisher, ahornisher@clarkhill.com; kgrivner@clarkhill.com~~ | ~~$0~~ |
| ~~197~~ | ~~5448~~ | ~~1700 E MAIN ST LANCASTER, OH~~ | ~~Big Lots Stores-CSR, LLC~~ | ~~William R. Roth Lancaster, LLC~~ | ~~C/O ROTH REAL ESTATE GROUP, 395 LIBRARY PARK SOUTH, COLUMBUS, OH, 43215~~ | ~~Scott Leonhardt, Scott.leonhardt@esbrook.com; Robert B. Berner, rberner@baileycav.com~~ | ~~$0~~ |
| ~~198~~117 | 5464 | 241 W WOOSTER RD BARBERTON, OH | Big Lots Stores-CSR, LLC | LRC Magic Investors Ltd | 1585 FREDERICK BLVD, AKRON, OH, 44320-4053 | – | $5,954 |
| ~~199~~118 | 5466 | 1063 YADKINVILLE | Big Lots Stores, | Eastgate Empire, | 7120 CREEK WOOD | – | $4,239 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| | | RD MOCKSVILLE, NC | LLC | LLC | DR., CHAPEL HILL, NC, 27514 | | |
| 200 | 5490 | 225 S TYNDALL PKWY CALLAWAY, FL | Big Lots Stores, LLC | Beacon Plaza LLC | 1018 THOMASVILLE RD, STE 200A, TALLAHASSEE, FL, 32303 | – | $6,721 |