**EXHIBIT B**

**Designated Leases**

| # | Store # | Store Address | Debtor Entity | Landlord | Assignee | Cure |
|---|---|---|---|---|---|---|
| 1 | 4572 | 893 S KUNER RD., Brighton CO 80601 | Big Lots Stores, LLC | POINTE PROPERTIES<br><br>Stephen Brown<br>stephenb@wamerica.com | ABQ Liquidation LLC<br><br>Aref Musa<br>arefmusa1@yahoo.com | $0.00 |
| 2 | 5196 | 4212 US HIGHWAY 98 N, Lakeland, FL 33809 | Big Lots Stores, LLC | PMAT<br><br>Kevin Kush<br>kevin@pmat.net | Fine Furniture Décor DBA Bay Furniture Gallery<br><br>Adam Khrawish<br>khrawish@yahoo.com | $6,588.17 |
| 3 | 5186 | 1144 W SOUTH AIRPORT RD, Traverse City, MI 49686 | Big Lots Stores, LLC | Holiday Park Realty<br><br>Steve Halm<br>steve@holidayparkrealty.com | AirOPark TC, LLC<br><br>Catherine Russell<br>emaxson1@gmail.com | $4,845.33 |
| 4 | 4691 | 416 SOUTHBRIDGE ST, Auburn, MA 01501 | Big Lots Stores-PNS, LLC | KIN<br><br>Lee Cherney<br>lcherney@kinpropertes.com | TT&L Realty<br><br>Michelle Roberts<br>mroberts@goodhappenshere.org | $2,419.95 |
| 5 | 5369 | 15715 US HIGHWAY 36, Marysville, OH 43040 | Big Lots Stores-CSR, LLC | R&A Properties<br>Kevin Hall<br><br>Kevin.hall@colliers.com | Marion Goodwill Industries, Inc.<br><br>Tim Johnson<br>t.johnson716@gmail.com | $5,833.58 |