**<u>Exhibit A</u>**

**Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 1351, 1703, 1810** |

**ORDER APPROVING STIPULATION EXTENDING DEADLINE PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE WITH RESPECT TO CERTAIN UNEXPIRED LEASE OF REAL PROPERTY**

Upon consideration of the *Certification of Counsel Regarding Stipulation Extending Deadline Pursuant to Section 365(d)(4) of the Bankruptcy Code With Respect to Certain Unexpired Lease of Real Property*, and the *Stipulation Extending Deadline Pursuant to Section 365(d)(4) of the Bankruptcy Code With Respect to Certain Unexpired Lease of Real Property* (the "Stipulation"), a copy of which is attached to this Order as **Exhibit 1** (the "Stipulation");[2] and the Court having determined that the agreements set forth in the Stipulation are in the best interests of the Debtors' estates; and the Landlord having consented to the extension provided in the Stipulation and in this Order pursuant to section 365(d)(4)(B)(ii); and good and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Stipulation attached to this Order as Exhibit 1 is hereby APPROVED.

---

[1] The Debtors in these cases, together with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Stipulation and/or the Certificate of Counsel, as appliable.

2. Notwithstanding anything in the Extension Order to the Contrary, the Debtors' deadline for assuming the Lease pursuant to section 365(d)(4) of the Bankruptcy Code for premises at 225 S. Tyndall Parkway, Panama City, FL is hereby extended through and including April 7, 2025, without prejudice to the Parties' rights to request further extensions.

3. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order or the Stipulation.

4. This Order and the Stipulation shall become effective and binding immediately upon entry of this Order notwithstanding anything in the Federal Rules of Bankruptcy Procedure, or any other rules of procedure, that may be interpreted to the contrary.