**Exhibit A**

| | | **ADMINISTRATIVE EXPENSE MOTIONS NOT GOING FORWARD**[4] | | |
|---|---|---|---|---|
| No. | D.I. No. | Motion | Response | Status as of February 25, 2025 |
| 1. | 1259 | Attic Products, Dan Dee International, LLC, and Dewan & Sons' Motion for Allowance and Payment of Administrative Claims | Debtors' Objection to Attic Products, Dan Dee International, LLC, and Dewan & Sons' Motion for Allowance and Payment of Administrative Claims (D.I. 1356, filed 12/16/24). | Adjourned to March 25, 2025. |
| 2. | 1404 | Motion to Compel Immediate Payment of Stub Rent | First Omnibus Objection (D.I. 1705) | Resolved. |
| 3. | 1406 | Motion of ECOL Partnership, LLC for Allowance and Payment of Administrative Expense Claim | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 4. | 1452 | Hello Sofa, LLC's Motion for Allowance and Payment of Administrative Claim<br><br>RELATED DOCUMENT:<br><br>(a) Notice of Filing of Exhibit A to Hello Sofa, LLC's Motion for Allowance and Payment of Administrative Claim (D.I. 1685, filed 1/10/25). | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 5. | 1453 | American Furniture's Motion for Allowance and Payments of Administrative Claims | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |

---

[4] Consistent with the Procedures Motion, the Debtors have been able to reconcile the claim amount asserted in certain of the motions listed herein. To the extent the Debtors and the applicable movant are in agreement as to the claim amount, the applicable motion is listed with an asterisk (*) in the "Motion" column.

| | | | | |
|---|---|---|---|---|
| 6. | 1487 | Motion of Attleboro Crossing Associates, LLC for Allowance and Payment of Administrative Expense Claim | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 7. | 1491 | JCooperUSA LLC's Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. § 503(b)(1)(A)* | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 8. | 1508 | Topmost Design Co., Ltd.'s Motion for Allowance and Payment of Administrative Claim* | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 9. | 1571 | Application of Homelegance Inc. for Allowance of Administrative Expense | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 10. | 1572 | Motion of Zuru LLC for Allowance and Payment of Administrative Expense Claims | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 11. | 1577 | Motion of RESPAWN for Allowance and Payment of Chapter 11 Administrative Expense Claim* | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 12. | 1581 | Application of Kapoor Industries Limited for an Order Compelling Payment of Administrative Expense | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 13. | 1583 | Parfums de Coeur's Motion for Allowance and Payment of Administrative Claim<br><br>RELATED DOCUMENT:<br><br>(a) Notice of Intention of Movant Parfums de Coeur, Ltd. to Call Witness and Enter Exhibits in Support of its Motion for Allowance and Payment of Administrative Claim [1583] (D.I. 1761, filed 1/17/25). | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 14. | 1586 | All Courtesy International LTD's Motion for Allowance and Payment of Administrative Claim* | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 15. | 1596 | SquareTrade, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim*<br><br>RELATED DOCUMENT:<br>(a) Declaration of Matthew Poole in support of SquareTrade, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim (D.I. 1598, filed 1/7/25). | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |

| | | | | |
|---|---|---|---|---|
| 16. | 1597 | Motion for Allowance and Payment of Administrative Claims and Related Relief<br><br>RELATED DOCUMENT:<br>(a) Notice of Clarksville Square, LLC's Motion for Allowance and Payment of Administrative Claims and Related Relief (D.I. 1682, filed 1/10/25). | None. | Adjourned to March 25, 2025. |
| 17. | 1599 | Motion for Allowance and Payment of Administrative Claims and Related Relief<br><br>RELATED DOCUMENT:<br>(a) Notice of Phenix City Square, LLC's Motion for Allowance and Payment of Administrative Claims and Related Relief (D.I. 1680, filed 1/10/25). | None. | Adjourned to March 25, 2025. |
| 18. | 1604 | Pem-America, Inc. and Pem-America (H.K.) Company Limited's Motion for Allowance and Payment of Administrative Claims | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 19. | 1608 | All State Brokerage, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 20. | 1609 | Motion of Mattress Development Company of Delaware LLC for Allowance and Payment of Administrative Expense Claims | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 21. | 1626 | Motion of Jordan Manufacturing Company, Inc. for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief* | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 22. | 1628 | Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 23. | 1645 | Motion of Standard Fiber, LLC for Allowance and Compelling Immediate Payment of Administrative Expense Claim* | Second Omnibus Objection (D.I. 1826). | Adjourned to March 25, 2025. |

| | | | | |
|---|---|---|---|---|
| | | RELATED DOCUMENT:<br><br>(a) Notice of Hearing for Motion of Standard Fiber, LLC for Allowance and Compelling Immediate Payment of Administrative Expense Claim (D.I. 1677, filed 1/20/25). | | |
| 24. | 1656 | Serta Simmons Bedding, LLC's Motion for Allowance and Payment of Administrative Claims<br><br>RELATED DOCUMENT:<br><br>(a) Notice of Withdrawal of Motion of Connor Recreational Center, Inc. to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) (D.I. 1832, filed 1/23/25). | First Omnibus Objection (D.I. 1705) | Withdrawn |
| 25. | 1658 | Motion of Connor Recreational Center, Inc. to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)<br><br>RELATED DOCUMENT:<br>(a) Notice of Withdrawal of Motion of Connor Recreational Center, Inc. to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) (D.I. 1832, filed 1/23/25). | None. | Withdrawn |
| 26. | 1659 | Motion of JBL/Crest Mills for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief*<br><br>RELATED DOCUMENT:<br><br>(a) Notice of Hearing (D.I. 1688, filed 1/10/25). | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |

| | | | | |
|---|---|---|---|---|
| 27. | 1660 | Motion of 5 Point Church to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)<br><br>RELATED DOCUMENT:<br><br>(a) Notice of Withdrawal of Motion of 5 Point Church to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) (D.I. 1831, filed 1/23/25). | None. | Withdrawn |
| 28. | 1669 | Pro-Mart Industries, Inc. Motion for Allowance and Payment of Administrative Expense Claims<br><br>RELATED DOCUMENTS:<br><br>(a) Motion to Shorten Notice Period Regarding Pro-Mart Industries, Inc.'s Motion for Allowance and Payment of Administrative Expense Claims (D.I. 1673, filed 1/10/25).<br><br>(b) Notice of Hearing Regarding Pro-Mart Industries, Inc. Motion for Allowance and Payment of Administrative Expense Claims (D.I. 1692, filed 1/13/25). | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 29. | 1674 | Church & Dwight Co., Inc.'s Motion for Entry of an Order Allowing, and Compelling Payment of, Administrative Expense Claim and Granting Related Relief* | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 30. | 1702 | Motion of Bayshore Mall 1A, Bayshore Mall 1B, LLC, and Bayshore Mall 2, LLC to Compel Immediate Payment of Post-Petition Rent and Lease Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)<br><br>RELATED DOCUMENTS: | Debtors' Objection to Bayshore's Motion to Compel the Immediate Payment of Post-Petition Rent and Lease | Adjourned to March 25, 2025. |

| | | | | |
|---|---|---|---|---|
| | | (a) Limited Reply and Reservation of Rights of Bayshore Mall 1A, Bayshore Mall 1B, LLC, and Bayshore Mall 2, LLC to Compel Immediate Payment of Post-Petition Rent and Lease Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) (D.I. 1747, filed 1/16/25). | Obligations (D.I. 1952, filed 2/6/25). | |
| 31. | 1704 | Roundtripping Ltd.'s Motion for Allowance and Payment of Administrative Expense Claims | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 32. | 1709 | East West Import Export, Inc.'s Motion for Allowance and Payment of Administrative Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 33. | 1711 | Textiles from Europe, Inc. d/b/a Victoria Classics and VCNY Home's Motion for Allowance and Payment of Administrative Expense Claim | None. | Adjourned to March 25, 2025. |
| 34. | 1712 | Motion of Tempur Sealy International, Inc. for Allowance and Immediate Payment of Administrative Expense Claim* | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 35. | 1726 | Motion of Uncas International LLC for Allowance and Payment of Administrative Expense Claims | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 36. | 1741 | SA&E International Bags and Accessories, LLC d/b/a/ Rugged Equipment's Motion for Allowance and Payment of Administrative Expense Claim | None. | Adjourned to March 25, 2025. |
| 37. | 1742 | Sakar International, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim* | None. | Adjourned to March 25, 2025. |
| 38. | 1746 | Brumis Imports Inc. d/b/a Core Home's Motion for Allowance and Payment of Administrative Expense Claim | None. | Adjourned to March 25, 2025. |
| 39. | 1800 | Foto Electric Supply Co., Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | None. | Adjourned to March 25, 2025. |
| 40. | 1801 | Almar Sales Co., Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | None. | Adjourned to March 25, 2025. |
| 41. | 1808 | Motion of 1600 Eastchase Parkway Leasing LLC for Allowance and Compelling Payment of Administrative Expense Claim | None. | Adjourned to March 25, 2025. |
| 42. | 1819 | Application of Milelli Realty-Lehigh Street, LLC for an Order Compelling Immediate Payment of Administrative Expense | None. | Adjourned to March 25, 2025. |

| | | | | |
|---|---|---|---|---|
| 43. | 1820 | Doskocil Manufacturing Company, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 44. | 1837 | Motion of McKee Foods Corporation for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 45. | 1859 | Motion of Home Creations Inc. for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A)* | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 46. | 1868 | Motion of Shandong Taipeng Intelligent Household Products Co., LTD for Allowance and Payment of Administrative Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 47. | 1869 | Motion of Cookies Unlimited LLC for an Order Allowing and Compelling Payment of Its Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 48. | 1895 | Bramli USA, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 49. | 1896 | Motion of Steve Silver Furniture Company for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. §§ 503(b)(1) and 503(b)(9) | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 50. | 1897 | Application of Stalwart Homestyles for an Order Compelling Payment of Administrative Expense | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 51. | 1924 | Motion of Craig Electronics LLC for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)* | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 52. | 1930 | Motion of FGX International Inc. for Entry of an Order Allowing and Compelling Payment of Chapter 11 Administrative Expense Claims and for Related Relief | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 53. | 1965 | Motion of Popcorn Alley, Inc. d/b/a Stonehedge Farms for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |

| | | ADMINISTRATIVE EXPENSE MOTIONS GOING FORWARD | | |
|---|---|---|---|---|
| No. | D.I. No. | Motion | Response | Status as of February 25, 2025 |
| 1. | 588 | Cicero 8148 LLC's Motion to Compel Immediate Rejection of Lease, Payment of Postpetition Rent, Allowance and Payment of Administrative Claims, and Related Relief | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 2. | 1289 | Motion of HH-Laveen, LLC for Allowance and Payment of Administrative Rent<br><br>RELATED DOCUMENT:<br><br>(a) Declaration of Margaret Rice Supporting Motion of HH-Laveen, LLC for Allowance and Payment of Administrative Rent (D.I. 1290, filed 12/2/24). | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 3. | 1421 | Motion of Hybrid Promotions, LLC for Allowance and Compelling Immediate Payment of Administrative Expense Claim<br><br>RELATED DOCUMENT:<br>(a) Amended Notice of Motion of Hybrid Promotions, LLC for Allowance and Compelling Immediate Payment of Administrative Expense Claim (D.I. 1425, filed 12/24/24). | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 4. | 1436 | Motion of Ogden Plaza LLC to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 5. | 1451 | Motion of BDPM Group, LLC to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) | First Omnibus Objection (D.I. 1705) | This matter is going forward. |
| 6. | 1494 | Sensational Brands Inc. & The Marketing Group LLC's Motion for Allowance and to Compel Payment of Administrative Expense Claims* | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |

| 7. | 1561 | D.H. Pace Company, Inc.'s Motion for Allowance of Administrative Expense Claim and to Compel Payment | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
|---|---|---|---|---|
| 8. | 1566 | Motion of Shops at Hartsville DE, LLC to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A) | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 9. | | [RESERVED] | | |
| 10. | 1578 | Motion for Payment of Administrative Expenses/Claims Filed by Lebanon Windermere, LLC, Paragon Windermere, LLC | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 11. | | [RESERVED] | | |
| 12. | 1584 | Creditor Giftree Crafts Company Limited's Motion for an Order (I) Allowing and Compelling Immediate Payments of Its Administrative Expense Claims and Prepetition Claims; and (II) for Other Request Relief*<br><br>RELATED DOCUMENTS:<br><br>(a) Creditor Giftree Crafts Company Limited's Reply to the Debtors' Omnibus Objection to Giftree's Motion for an Order (I) Allowing and Compelling Immediate Payment of its administrative Expense Claims and Prepetition Claims; and (II) For Other Requested relief (D.I. 1770, filed 1/17/25).<br><br>(b) Creditor Giftree Crafts Company Limited's Motion for Leave to File Late Reply (D.I. 1772, filed 1/17/25).<br><br>(c) Giftree Crafts Company Limited's Witness and Exhibit List for Hearing Scheduled for January 21, 2025 at 1:00 p.m. (Prevailing Eastern Time) (D.I. 1773, filed 1/17/25). | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 13. | 1594 | Motion of Kentex Corporation for Entry of an Order Allowing and Compelling Payment Chapter 11 Administrative Expense Claims and for Related Relief | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 14. | | [RESERVED] | | |

| | | | | |
|---|---|---|---|---|
| 15. | 1610 | The Athens, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b) | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 16. | 1611 | The Circleville, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b) | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 17. | 1612 | The Delaware, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b) | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 18. | 1613 | The Fifth/Grand Ohio Landlord's Motion to Compel Immediate Payment Stub Rent in Accordance with Bankruptcy Code § 503(b) | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 19. | 1615 | The Grove City, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b) | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 20. | 1617 | The Lancaster, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b) | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 21. | 1619 | The Marietta, Ohio Landlord's Motion to Compel Immediate Payment of Post-Petition Rent in Accordance with Bankruptcy Code § 365(d)(3) and Stub Rent in Accordance with Bankruptcy Code § 503(b) | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 22. | 1622 | Motion of Wallace Properties – Kennewick, LLC for Allowance and Payment of Administrative Expense Claim<br><br>RELATED DOCUMENT: | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |

| | | | | |
|---|---|---|---|---|
| | | (a) Notice of Revision to Motion of Wallace Properties-Kennewick, LLC for Allowance and Payment of Administrative Expense Claim (D.I. 1662, filed 1/9/25). | | |
| 23. | 1623 | Motion of WRP Gateway, LLC for Allowance and Payment of Administrative Expense Claim | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 24. | 1624 | Arrive Logistics' Motion for Allowance and Payment of Administrative Expense Claim | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 25. | | [RESERVED] | | |
| 26. | 1627 | Motion of Big Mifl2 Owner LLC for an Order (I) Compelling Debtor to Timely Perform Lease Obligations Under 11 U.S.C. § 365(d)(3) and (II) Allowing, and Compelling Payment of Administrative Claim Under 11 U.S.C. § 503(b)(1)(A) | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 27. | | [RESERVED] | | |
| 28. | 1634 | Home Meridian International's Motion for Allowance and Payment of Administrative Expense Claim* | Second Omnibus Objection (D.I. 1826) | Adjourned to March 25, 2025. |
| 29. | 1640 | Clover Cortez, LLC's Motion for Allowance and Payment of Administrative Expense Claim<br><br>RELATED DOCUMENT:<br>(a) Re-Notice of Hearing (D.I. 1730, filed 1/15/25). | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 30. | 1641 | Collin Creek Associates, LLC's Motion for Allowance and Payment of Administrative Expense Claim<br><br>RELATED DOCUMENTS:<br><br>(a) Conroad Associates, LP's Filing of Claims and Joinder in Motion to Compel Immediate Payment of Stub Rent and Post-Petition Administrative Expenses (D.I. 1718, filed 1/15/25).<br><br>(b) Re-Notice of Hearing (D.I. 1731, filed 1/15/25). | First Omnibus Objection (D.I. 1705) | Adjourned to March 25, 2025. |
| 31. | | [RESERVED] | | |
| 32. | | [RESERVED] | | |

| | | | | |
|---|---|---|---|---|
| 33. | 1671 | Motion of Gourmet Companies for Allowance and Compelling Immediate Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 34. | 1672 | Motion of the Enchante Companies for Allowance and Compelling Immediate Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 35. | | [RESERVED] | | |
| 36. | 1689 | Motion of Allura for Allowance and Compelling Immediate Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 37. | | [RESERVED] | | |
| 38. | | [RESERVED] | | |
| 39. | | [RESERVED] | | |
| 40. | | [RESERVED] | | |
| 41. | 1716 | Motion of Home Essentials and Beyond, Inc. for Allowance and Compelling Immediate Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | This matter is going forward. |
| 42. | 1722 | Thrasio, LLC's Motion for Allowance and Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 43. | | [RESERVED] | | |
| 44. | 1733 | Motion of Midwest Quality Gloves, Inc. d/b/a Midwest Gloves & Gear for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 45. | | [RESERVED] | | |
| 46. | | [RESERVED] | | |
| 47. | | [RESERVED] | | |
| 48. | 1752 | Motion of Gina Companies for Allowance and Compelling Immediate Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 49. | 1775 | Texas Star Nut and Food Co., Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 50. | 1780 | Motion of A.T.N., Inc. for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |

| | | | | |
|---|---|---|---|---|
| 51. | 1791 | Prestige Patio, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | This matter is going forward. |
| 52. | | [RESERVED] | | |
| 53. | | [RESERVED] | | |
| 54. | 1816 | Motion of GH2 NSB BB, LLC for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) | None. | This matter is going forward. |
| 55. | 1818 | Motion of Northpoint Companies for Allowance and Compelling Immediate Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 56. | | [RESERVED] | | |
| 57. | 1839 | Sage Freight's Motion for Allowance and Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 58. | 1847 | Motion of Topaz Distribution, LLC for Allowance and Immediate Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 59. | 1860 | Infosys Limited's Motion for Allowance and Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 60. | | [RESERVED] | | |
| 61. | 1898 | Meta Platforms, Inc. Application for Allowance and Payment of Administrative Expense and Reservation of Rights | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 62. | | [RESERVED] | | |
| 63. | | [RESERVED] | | |
| 64. | 1941 | Horizon Media LLC's Motion for Allowance and Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 65. | 1980 | Williams Scotsman, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim | Third Omnibus Objection (D.I. 2022). | Adjourned to March 25, 2025. |
| 66. | 1981 | Motion of Maples Industries, Inc. for Allowance and Payment of Administrative Expense Claim | None. | Adjourned to March 25, 2025. |
| 67. | 1983 | Motion of Debtors for Entry of an Order Allowing the Advancement and Payment of Defense Costs and Settlement Amounts of Insured Persons Pursuant to the D&O Policy | None. | This motion was inadvertently included herein. It has been moved to item no. 15 of this Amended Agenda. |