**Exhibit 1**

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 1351, 1703, 1810** |

**STIPULATION EXTENDING DEADLINE PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE WITH RESPECT TO CERTAIN UNEXPIRED LEASE OF REAL PROPERTY**

This Stipulation is entered into by and between Variety Wholesalers, Inc. ("Variety"), RD Management LLC, as agent and/or owner of MFBG Port Huron, LLC (the "Landlord"), the Debtors, and Gordon Brothers Retail Partners, LLC ("Gordon Brothers," and together with Variety, the Landlord, and the Debtors, the "Parties"). Subject to the approval of the United States Bankruptcy Court for the District of Delaware (the "Court"), the Parties stipulate and agree as follows:

**WHEREAS**, on December 13, 2024, the Debtors filed their *Motion for Entry of an Order (I) Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief* [D.I. 1351] (the "Extension Motion") in which, *inter alia*, they requested an extension of their deadline to assume unexpired leases of nonresidential real property pursuant to section 365(d)(4) of the Bankruptcy Code (the "Lease Assumption Deadline") by ninety days, through and including April 7, 2025.

---

[1] The Debtors in these cases, together with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**WHEREAS**, On January 14, 2025, the Landlord, as landlord under the Debtors' lease (the "Lease") for the Debtors' premises at 659 24th St., Port Huron, MI (Store No. 835) (the "Premises") filed a limited objection and reservation of rights in response to the Extension Motion [D.I. 1703].

**WHEREAS**, On January 21, 2025, the Court entered an order (the "Extension Order") granting the Extension Motion on the terms set out in the Extension Order. Among other things, the Extension Order extended the Lease Assumption Deadline generally to April 7, 2025, with the exception that with respect to certain of the Debtors' unexpired leases of nonresidential real property, including the Lease, the Lease assumption Deadline was extended only to February 26, 2025. The Extension Order further provided, *inter alia*, that, with respect to a specific unexpired lease of nonresidential real property, the Lease Assumption Deadline, as extended by the Extension Order, may be further extended to a later date only upon written consent of the applicable landlord.

**WHEREAS**, the Parties, through their respective counsel, have been discussing the potential consensual extension of the Lease Assumption Deadline to April 7, 2025 for the Lease. Following arm's-length negotiations conducted through their counsel, the Parties have agreed to extend the Lease Assumption Deadline for the Lease through and including April 7, 2025.

**Now therefore, the Parties, by and through their respective undersigned counsel, subject to Court approval, hereby stipulate and agree as follows:**

1. The Lease Assumption Deadline for the Lease shall be extended through and including April 7, 2025.

2. Except as specifically provided otherwise in this Stipulation, the Parties reserve all rights, including without limitation their rights to request further extensions.

Dated: February 25, 2025

**COZEN O'CONNOR**

*/s/ Simon E. Fraser*
Simon E. Fraser (No. 5335)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Tel: 302-295-2011
Email: sfraser@cozen.com

*Counsel to Variety Wholesalers, Inc.*

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: GTaylor@ashbygeddes.com

-and-

Steven Fox, Esq. (admitted *pro hac vice*)
**RIEMER & BRAUNSTEIN LLP**
Times Square Tower
7 Times Sq, Suite 2506
New York, NY 10036
Tel: (212) 789-3150
Email: SFox@riemerlaw.com

*Counsel for Gordon Brothers Retail Partners, LLC*

**MORRIS, NICHOLS, ARSHT
& TUNNELL LLP**

*/s/ Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
Email:  rdehney@morrisnichols.com
  aremming@morrisnichols.com
  dbutz@morrisnichols.com
  srchurchill@morrisnichols.com
  csawyer@morrisnichols.com

-and-

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Email:  brian.resnick@davispolk.com
  adam.shpeen@davispolk.com
  stephen.piraino@davispolk.com
  jonah.peppiatt@davispolk.com
  ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

**BALLARD SPAHR LLP**

*/s/ Leslie C. Heilman*
Leslie C. Heilman
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Tel: (302) 252-4446
Email: heilmanl@ballardspahr.com

*Counsel to RD Management LLC*