# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

    I hereby certify that on February 26, 2025, a true and correct copy of the foregoing ***Objection of TLM Realty Corp. to Debtors' Proposed Cure Amount and Assumption and Assignment of Lease to Ocean State Job Lot of DE2025, LLC*** was sent to the following as indicated:

**VIA E-MAIL ONLY**

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
Stephen.piraino@davispolk.com
Ethan.stern@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com

srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Steven E. Fox, Esq.
Riemer & Braunstein LLP
Seven Times Square
Suite 2506
New York, NY 10036
sfox@riemerlaw.com

Mark O'Connor
m.oconnor@osjl.com
John Conforti
j.conforti@osjl.com
Tracy Baran
t.baran@osjl.com
Evan Portno
e.portno@osjl.com
Andrew Sholes, Esq.
agsholes@sholeslaw.com

Ocean State Job Lots of DE2025, LLC

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Dated: February 26, 2025