# SIGN-IN SHEET

| CASE NAME Big Lots, Inc. | COURTROOM #2 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 2/26/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kristin Going | McDermott Will Emery | UCC |
| Adam Hiller | Hiller Law | Certain Landlords |
| Brian Resnick | Davis Polk | Debtors |
| Stephen Piraino | " " | " |
| Kevin Wininski | " " | " |
| Matt Brock | " " | " |
| Vincent Chetwi | " " | " |
| Jacob Goldberger | " " | " |
| Andrew Remming | MNAT | " |
| Mike Busenkel | Gellert Scali Busenkel & Brown | Shandong Taipeng Intelligent Household, Midwest Quality Gloves, A.T.N., GHE NSB, LLC, Popcorn Alley, Vitulli Foods |
| Steven Fox | Riemer + Braunstein | Gordon Brothers Retail Partners |
| Greg Taylor | Ashby + Geddes | " " " " |
| Joshua Brooks | LRC | Kroger/Divisions/Horizon |
| Deirdre Richards | Elliott Greenleaf | Parfums de Coeur |

# SIGN-IN SHEET

| CASE NAME Big Lots, Inc. | COURTROOM #2 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 2/26/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ivan Gold | Allen Matkins | Multiple landlords |
| Laurel Roglen | Ballard Spahr LLP | various landlords |
| Stacy Newman | Cole Schotz | UCC |
| Christopher Donnelly | Morris James | DDPM Group LLC |
| Linda Casey | UST | UST |

# 02/26/2025 Appearances

## 10:30 AM

☐ **24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing |
|---|---|---|
| ☐ Kathleen Allare | Perkins Coie LLP | Topaz Distribution, LLC |
| ☐ Therene Alston | Davis Polk & Wardwell LLP | |
| ☐ George Angelich | ArentFox Schiff LLP | |
| ☐ Rick Archer | Law360 | |
| ☐ Matthew P. Austria | Austria Legal, LLC | Dell Financial Services, L.L.C. |
| ☐ Darren Azman | McDermott Will & Emery | Committee |
| ☐ Jessica Bonteque | Duane Morris LLP | Chubb Companies |
| ☐ David Braun | Gordon Brothers | Gordon Brothers |
| ☐ James Britton | ArentFox Schiff LLP | |
| ☐ Matthew Brock | Davis Polk | Debtors |
| ☐ Steven J Brown | Steve Brown & Associates | Show Low Yale Casitas |
| ☐ Ronald D. P. Bruckmann | Shumaker, Loop & Kendrick, LLP | Home Meridian International |
| ☐ Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | Debtors |
| ☐ Kevin M. Capuzzi | Benesch Friedlander Coplan & Aronoff LLP | Multiple Creditors/Landlords |
| ☐ Jeffrey M. Carbino | Pierson Ferdinand LLP | Big Mifl2 Owner LLC |
| ☐ Cameron Carpenter | Davis Polk | Debtors |
| ☐ Weyman Carter | Burr & Forman LLP | Eden Limited Partnership + Collins Corner |
| ☐ Weymna Carter | Burr & Forman LLP | Eden Limited Partnership + Collins Corner |
| ☐ Connor Casas | | Interested Party |
| ☐ Matias Castro | Employee Justice Legal Group | Creditor Christopher Gramajo |
| ☐ Cristian Catanese | McDermott Will & Emery | Committee |
| ☐ Sue L. Chin | Borges & Associates, LLC | Sterilite Corporation |

| | | | |
|---|---|---|---|
| ☐ | Steven Church | | |
| ☐ | Catherine Corey | | |
| ☐ | Kelly D. Curtin | Porzio, Bromberg & Newman P.C. | Giftree Crafts Company Limited |
| ☐ | Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Debtors |
| ☐ | Anthony C. Dellose | Ashby & Geddes, P.A. | Gordon Brothers |
| ☐ | Katherine Devanney | Polsinelli PC | Hivelocity |
| ☐ | Michael Vincent DiPietro | Polsinelli PC | Topaz Distribution, LLC |
| ☐ | R. Grant Dick | Cooch and Taylor, P.A. | Zuru, Petmate, Muzak, DE Mattress |
| ☐ | Gregory T. Donilon | Montgomery McCracken Walker & Rhoads LLP | KPR Landlords |
| ☐ | Tracy A Dorsey | Pueblo Home & Garden - a division of MD Decor, LLC | Creditor - MD Decor LLC |
| ☐ | William R Dorward | Singer & Levick, PC | Bridge 33 and Retail Plazas |
| ☐ | James V. Drew | Curtis, Mallet-Prevost, Colt & Mosle LLP | |
| ☐ | Mark Iver Duedall | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Capteris |
| ☐ | Lauren Eastburn | Potter Anderson & Corroon LLP | Interested Party |
| ☐ | Mark W. Eckard | Raines Feldman Littrell LLp | Industrias Mediasist, S.A. de C.V. d/b/a Cottonell |
| ☐ | David Keith Edmonson | Goldstein, Edgar & Reagan | Todd Shopping Center, L.L.C. |
| ☐ | James B Eising | Johnson Pope | Allen Road, South Square, Dade City, Lawrenceville |
| ☐ | Will Tex Farmer | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation |
| ☐ | Steven Fox | Riemer Braunstein LLP | Gordon Brothers Retail Partners |
| ☐ | Simon Fraser | Cozen O'Connor | Variety Wholesalers, Inc. |
| ☐ | Gill Frazier | Variety Wholesaler's, Inc. | Variety Wholesaler's, Inc. |
| ☐ | Tali Frey | Carlyon Cica Chtd | Tropicana Palm Plaza |
| ☐ | David W. Gaffey | Whiteford Taylor & Preston, LLP | FGX International Inc. |
| ☐ | Amir Gamliel | Perkins Coie LLP | Topaz Distribution, LLC |
| ☐ | Clara E Geoghegan | Law360 | |

| | Name | Firm | Representing |
|---|---|---|---|
| ☐ | Edmond M. George | Obermayer Rebmann Maxwell & Hippel LLP | Bayshore Mall 1A, 1B, and 2 LLC |
| ☐ | Cindy Giobbe | Womble Bond | Textiles from Europe |
| ☐ | Christopher J Gnaedig | Hall Estill | CGB Properties, LLC |
| ☐ | Kristin K. Going | McDermott Will & Emery LLP | Committee |
| ☐ | Ronald E Gold | Frost Brown Todd LLC | Tempur Sealy International, Inc. |
| ☐ | William Graves | | Destiny Gibson |
| ☐ | James H. Haithcock | Burr & Forman LLP | Comenity Capital Bank |
| ☐ | Taylor Harrison | | |
| ☐ | Katherine Hemming | Campbell & Levine, LLC | Pem-America, Inc. and Pem-America (H.K.) Co. Ltd. |
| ☐ | Jarret P. Hitchings | Bryan Cave Leighton Paisner, LLP | Pro-Mart Industries Inc. |
| ☐ | Audrey Hornisher | Clark Hill PLC | USPG, SanTan, Bellevue Holdings, et al |
| ☐ | Richard Howell | Kirkland & Ellis LLP | Interested Party |
| ☐ | Sijia Huang | Davis Polk | Debtors |
| ☐ | Lauren Huber | Potter Anderson & Corroon LLP | Westerville |
| ☐ | Shannon Dougherty Humiston | McCarter & English, LLP | Milelli |
| ☐ | Jacob Itzkowitz | Manatt, Phelps, & Phillips LLP | Hybrid Apparel |
| ☐ | James Jeffers | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation |
| ☐ | Shanti M. Katona | Polsinelli PC | Hivelocity |
| ☐ | Dietrich Knauth | Reuters | media |
| ☐ | Jane Komsky | | |
| ☐ | Carl N. Kunz | Morris James LLP | BDPM |
| ☐ | Thomas A Labuda | Dentons | Guggenheim Securities |
| ☐ | Jacob Lang | Choate Hall & Stewart | |
| ☐ | Tara T LeDay | Chamberlain Hrdlicka | Collin Creek Associates |
| ☐ | Robert LeHane | Kelley Drye | landlords |
| ☐ | Andrew Lennox | Lennox Law, P.A. | |
| ☐ | Emily Lever | | |

| | Name | Firm | Represents |
|---|---|---|---|
| ☐ | Zhao Liu | The Rosner Law Group LLC | VIITION (ASIA) LIMITED |
| ☐ | Stacy Lutkus | McDermott Will & Emery | Committee |
| ☐ | Brennan Lytle | | Gordon Brothers |
| ☐ | Tamara K. Mann | Morris, Nichols, Arsht & Tunnell LLP | Debtors |
| ☐ | Ida Danielle Mashburn-Myrick | Phelps Dunbar LLP | Creditor |
| ☐ | Danielle Mashburn-Myrick | | |
| ☐ | Akiko Matsuda | | Wall Street Journal |
| ☐ | Sarah Mattingly | Dinsmore & Shohl LLP | Comfort Mills |
| ☐ | Daniel Joseph McCarthy | Hill Farer & Burrill | Oliveira Plaza SPE LLC |
| ☐ | James McClammy | Davis Polk | Debtors |
| ☐ | Dennis A. Meloro | Greenberg Traurig, P.A | Greenberg Traurig, LLP |
| ☐ | Rachel B. Mersky | Monzack Mersky McLaughlin & Browder, PA | Kimco |
| ☐ | Matthew Moberg | | |
| ☐ | LouAnne Molinaro | Benesch, Friedlander, Coplan & Aronoff | Multiple Creditors/Landlords |
| ☐ | Liz Nguyen | Law Office of Mark J. Giunta | |
| ☐ | Jami B. Nimeroff | Brown McGarry Nimeroff LLC | Echo Global Logistics |
| ☐ | Emily L. Pagorski | Stoll Keenon Ogden PLLC | Regency Commercial Associates LLC |
| ☐ | Gerald Paulk | | |
| ☐ | Kristhy M. Peguero | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation |
| ☐ | Robin Piree | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation |
| ☐ | Jonathan Randles | | Bloomberg News |
| ☐ | Catherine Rankin | | |
| ☐ | Jennifer Raviele | Kelley Drye & Warren LLP | Creditor |
| ☐ | Thomas J. Reichert | The Powell Firm, LLC | Steve Silver Company |
| ☐ | Tori Lynn Remington | Troutman Pepper Locke LLP | Church & Dwight Co., Inc. |
| ☐ | Andrew Remming | Morris Nichols Arsht & Tunnell | Debtor |

| | Name | Firm | Representing |
|---|---|---|---|
| ☐ | Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtors |
| ☐ | Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. |
| ☐ | Robert A Rich | Hunton Andrews Kurth LLP | N/A - Observing |
| ☐ | David Ritter | Ritter Spencer Cheng PLLC | Steve Silver Furniture Company |
| ☐ | Ronald Robbins | Big Lots | Debtor |
| ☐ | Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty Growth |
| ☐ | Sophie B. Rogers Churchill | Morris Nichols | Debtors |
| ☐ | Natalie Rowles | McDermott Will & Emery LLP | Committee |
| ☐ | Samantha Ruben | Dentons | Debtors |
| ☐ | RICHARD E SCHRIER | Schrier Shayne P.C. | PRESTIGE PATIO CO LTD |
| ☐ | Maria Aprile Sawczuk | Goldstein & McClintock LLLP | RESPAWN |
| ☐ | Casey Sawyer | Morris Nichols Arsht and Tunnell | Debtor |
| ☐ | Edward Schnitzer | Womble Bond Dickinson (US) LLP | Textiles from Europe |
| ☐ | Jennfer Seifried | | |
| ☐ | Jennifer Seifried | | |
| ☐ | Allison Selick | Kelley Drye | landlords |
| ☐ | Steven Serajeddini | | Interested Party |
| ☐ | Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC |
| ☐ | Adam Shpeen | Davis Polk | Debtors |
| ☐ | Artem Skorostensky | Goodwin Procter LLP | Waste Management |
| ☐ | Caleb Smith | Gordon Brothers | Gordon Brothers |
| ☐ | Michael Solimani | Cole Schotz P.C. | UCC |
| ☐ | Steven J Solomon | GrayRobinson, P.A. | GH2 NSB BB, LLC |
| ☐ | Ethan Stern | Davis Polk | Debtors |
| ☐ | Aaron H. Stulman | Potter Anderson & Corroon LLP | Westerville Square, Inc. |
| ☐ | Vince Sullivan | Law360 | |
| ☐ | Ellsworth Summers | Burr & Forman LLP | CTO Realty Growth |
| ☐ | Kaitlyn Sundt | AlixPartners, LLP | Debtors |

| | | |
|---|---|---|
| ☐ Cathy Ta | | |
| ☐ Gregory A. Taylor | Ashby & Geddes, P.A. | Gordon Brothers |
| ☐ Christine Thain | | |
| ☐ James Tobia | The Law Office of James Tobia, LLC | Prestige Patio Co Ltd. |
| ☐ Katina L Tsaganos | Ashby & Geddes | Gordon Brothers |
| ☐ Michael S. Tucker | UB Greensfelder LLP | Shurmer Strongsville |
| ☐ Brianna B. Turner | Morris Nichols | Debtors |
| ☐ John Vantine | | Harold's Heirs |
| ☐ Paul Veazey | Stinson LLP | |
| ☐ Alec Weinberg | Goodwin Procter LLP | Interested Party |
| ☐ Robert Westermann | Hirschler Fleischer | PPJ, LLC |
| ☐ Carter Wietecha | Kirkland & Ellis LLp | Interested Party |
| ☐ Al Williams | Gordon Brothers | Gordon Brothres |
| ☐ Samuel C. Wisotzkey | Kohner, Mann & Kailas | Franco Manufacturing Co. Inc. |
| ☐ Alex Wittenberg | Law360 | |
| ☐ Jenny Zhou | Porzio, Bromberg & Newman, P.C. | Giftree Crafts Company Limited |