## Schedule 1

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 1. | 5451 | 730 N MADISON BLVD ROXBORO, NC | Big Lots Stores, LLC | ROXBOROUGH ASSOCIATES LLC | 605 S MORGAN ST, ROXBORO, NC, 27573 | 2/28/2025 |
| 2. | 1738 | 1235 FARMINGTON AVE BRISTOL, CT | Big Lots Stores, LLC | 1235 FARMINGTON AVENUE BR, LLC | C/O JULIAN INVESTMENTS, LLC, 418 MEADOW STREET, SUITE 203, FAIRFIELD, CT, 06824-5365 | 2/28/2025 |
| 3. | 1144 | 1750 S ELM PL BROKEN ARROW, OK | Big Lots Stores, LLC | 153 HEMINGWAY INVESTMENTS, LLC | C/O MID AMERICA REALTY, INC, 8252 S HARVARD AVE STE 100, TULSA, OK, 74137-1646 | 2/28/2025 |
| 4. | 5178 | 2450 LAKE RD STE E DYERSBURG, TN | Big Lots Stores, LLC | 174 STONEBROOK LLC | C/O BUCHANAN REALTY GROUP, 621 OLD HICKORY BLVD, SUITE 9, JACKSON, TN, 38305-2911 | 2/28/2025 |
| 5. | 1520 | 1980 RIDGE RD WEST SENECA, NY | Big Lots Stores, LLC | 1980 RIDGE RD CO LLC | 155 E 44TH ST FL 27, NEW YORK, NY, 10017-4100 | 2/28/2025 |
| 6. | 1520 - Storage | 1980 RIDGE RD WEST SENECA, NY | Big Lots Stores, LLC | 1980 RIDGE RD CO LLC | 155 E 44TH ST FL 27, NEW YORK, NY, 10017-4100 | 2/28/2025 |
| 7. | 5210 | 330 ROUTE 212 SAUGERTIES, NY | Big Lots Stores, LLC | 2 NORTH STREET CORP | PO BOX 910, PORT CHESTER, NY, 10573-0910 | 2/28/2025 |
| 8. | 4730 | 250 THREE SPRINGS DR WEIRTON, WV | Big Lots Stores-PNS, LLC | 250 THREE SPRINGS LP | 4041 LIBERTY AVE STE 201, PITTSBURGH, PA, 15224-1459 | 2/28/2025 |
| 9. | 42 | 2523 GALLIA ST PORTSMOUTH, OH | Big Lots Stores-CSR, LLC | 2501 GALLIA LLC | ATTENTION: MORRIS SASHO, 280 CHESTNUT ST, NEWARK, NJ, 07105-1596 | 2/28/2025 |
| 10. | 1289 | 3320 AGENCY ST BURLINGTON, IA | Big Lots Stores, LLC | 3320 AGENCY LLC | 11008 OAK RIDGE ROAD, BURLINGTON, IA, 52601 | 2/28/2025 |
| 11. | 1106 | 3737 GUS THOMASSON RD MESQUITE, TX | Big Lots Stores, LLC | 3737 GUS THOMASSON, LTD. | C/O REMINGTON PARTNERS INC, 8117 PRESTON ROAD, SUITE 300, DALLAS, TX, 75225-6347 | 2/28/2025 |
| 12. | 4108 | 3801 WASHINGTON BLVD SOUTH OGDEN, UT | Big Lots Stores-PNS, LLC | 3801 WASHINGTON BLVD. CO. LLC | C/O BENENSON CAPITAL PARTNERS, LLC, 155 EAST 44TH STREET, 27TH FLOOR, NEW YORK, NY, 10017 | 2/28/2025 |
| 13. | 1657 | 299 N LOWRY ST SMYRNA, TN | Big Lots Stores, LLC | 41 WEST 28TH STREET CORP. | C/O BROWNING PROPERTIES, LLC, 783 OLD HICKORY BLVD, STE 102E, BRENTWOOD, TN, 37027-4508 | 2/28/2025 |
| 14. | 1852 | 4101 TRANSIT RD BUFFALO, NY | Big Lots Stores, LLC | 4101 TRANSIT REALTY LLC | 9210 4TH AVE, BROOKLYN, NY, 11209-6305 | 2/28/2025 |
| 15. | 4139 | 6804 SPENCER HWY PASADENA, TX | Big Lots Stores-PNS, LLC | 4139LLNEW | 12421 NE 65TH PLACE, KIRKLAND, WA, 98033 | 2/28/2025 |
| 16. | 4097 | 800 S FORT HOOD ST KILLEEN, TX | Big Lots Stores-PNS, LLC | 440 GROUP. LTD | PO BOX 578, ATTN: JUNE WILLIAMS, KILLEEN, TX, 76540-0578 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 17. | 1546 | 4900 ROGERS AVE FORT SMITH, AR | Big Lots Stores, LLC | 45 DEVELOPMENT GROUP, LLC | P.O. BOX 10210, FORT SMITH, AR, 72903 | 2/28/2025 |
| 18. | 5388 | 4610 FREDERICA ST OWENSBORO, KY | Big Lots Stores, LLC | 4610 FREDERICA STREET LLC | C/O TRIO PROPERTY MANAGEMENT, 9750 ORMSBY STATION RD STE 302, LOUISVILLE, KY, 40223 | 2/28/2025 |
| 19. | 91 | 5520 MADISON AVE INDIANAPOLIS, IN | Big Lots Stores, LLC | 5520 MADISON AVE. LLC | 1637 GILFORD AVE, NEW HYDE PARK, NY, 11040 | 2/28/2025 |
| 20. | 1513 | 533 MAST RD GOFFSTOWN, NH | Big Lots Stores, LLC | 553 MAST ROAD LLC | 139 FRONT ST, FALL RIVER, MA, 02721-4313 | 2/28/2025 |
| 21. | 1734 | 644 W MARKET ST TIFFIN, OH | Big Lots Stores, LLC | 644 MARKET STREET TIFFIN OH, LLC | 7917 CAUSEWAY BLVD NORTH, ST PETERSBURG, FL, 33707 | 2/28/2025 |
| 22. | 1435 | 146 S MAIN ST MILFORD, MA | Big Lots Stores, LLC | A & D MILFORD LLC | C/O WINSLOW PROPERTY MGMT INC, 80 HAYDEN AVENUE, LEXINGTON, MA, 2421 | 2/28/2025 |
| 23. | 1979 | 881 HILLS PLZ STE 500 EBENSBURG, PA | Big Lots Stores, LLC | A2Z REAL ESTATE, INC. | 231 MARKET STREET, JOHNSTOWN, PA, 15901 | 2/28/2025 |
| 24. | 4598 | 3204 S CLACK DR ABILENE, TX | Big Lots Stores-PNS, LLC | ABILENE CLACK STREET, LLC | ATTN: JOHN CULPEPPER, 1700 GEORGE BUSH DR E, SUITE 240, COLLEGE STATION, TX, 77840 | 2/28/2025 |
| 25. | 4474 | 101 E BEST AVE COEUR D ALENE, ID | Big Lots Stores-PNS, LLC | ACV-ARGO CDA, LLC | C/O ARGONAUT INVESTMENTS, 101 LARKSPUR LANDING CIRCLE, STE 120, LARKSPUR, CA, 94939 | 2/28/2025 |
| 26. | 5399 | 851 S 30TH ST HEATH, OH | Big Lots Stores-CSR, LLC | AGREE LIMITED PARTNERSHIP | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE, ROYAL OAK , MI, 48073 | 2/28/2025 |
| 27. | 5405 | 1300 US HIGHWAY 127 FRANKFORT, KY | Big Lots Stores-PNS, LLC | AGREE LIMITED PARTNERSHIP | 70 E LONG LAKE RD, BLOOMFIELD HILLS, MI, 48304-2356 | 2/28/2025 |
| 28. | 4709 | 5252 BARDSTOWN RD LOUISVILLE, KY | Big Lots Stores-PNS, LLC | AGREE LIMITED PARTNERSHIP | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE, ROYAL OAK , MI, 48073 | 2/28/2025 |
| 29. | 5456 | 777 BYPASS RD BRANDENBURG, KY | Big Lots Stores, LLC | AGREE REALTY CORPORATION | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE, ROYAL OAK , MI, 48073 | 2/28/2025 |
| 30. | 498 | 1637 Decatur Pike ATHENS, TN | Big Lots Stores, LLC | ALABAMA GROUP LTD | C/O DRINKARD DEVELOPMENT, LLC, PO BOX 996, CULLMAN, AL, 35056 | 2/28/2025 |
| 31. | 473 | 190 ALAMEDA PLZ BUTLER, PA | Big Lots Stores, LLC | ALAMEDA PROPERTIES, LLC | PO BOX 538, PROSPECT, PA, 16052 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 32. | 4049 | 2243 FOOTHILL BLVD LA CANADA FLINTRIDGE, CA | Big Lots Stores-PNS, LLC | ALBERTSON'S LLC | ATTN: PROPERTY MANAGEMENT, 20427 N 27TH AVENUE MS #14004, PHOENIX, AZ, 85027 | 2/28/2025 |
| 33. | 1192 | 2110 S COOPER ST ARLINGTON, TX | Big Lots Stores, LLC | ALBERTSON'S, INC. | LEGAL DEPARTMENT, 250 PARKCENTER BLVD., BOISE, ID, 83726 | 2/28/2025 |
| 34. | 469 | 300 DOWNTOWNER PLAZA COSHOCTON, OH | Big Lots Stores-CSR, LLC | ALDRICH MANAGEMENT CO LLO | 1975 HEMPSTEAD TPKE  STE 309, EAST MEADOW, NY, 11554-1703 | 2/28/2025 |
| 35. | 200 | 500 HYDE PARK RD LEECHBURG, PA | Big Lots Stores, LLC | ALLEGHENY PLAZA ASSOCIATES | C/O ROSEN ASSOCIATES MANAGEMENT, 33 SOUTH SERVICE RD., JERICHO, NY, 11753-1006 | 2/28/2025 |
| 36. | 1545 | 4429 CLEVELAND AVE FORT MYERS, FL | Big Lots Stores, LLC | ALTA CENTER, LLC | C/O COLLIERS INTERNATIONAL GROUP, 801 BRICKELL AVENUE, SUITE 900, MIAMI, FL, 33131 | 2/28/2025 |
| 37. | 802 | 3124 MCCLELLAN BLVD ANNISTON, AL | Big Lots Stores, LLC | ANNISTON INVESTORS LLC | 3265 MERIDIAN PKWY  STE 130, WESTON, FL, 33331-3506 | 2/28/2025 |
| 38. | 283 | 250 S ILLINOIS AVE OAK RIDGE, TN | Big Lots Stores, LLC | ANTHONY P. CAPPIELLO, JR. | P.O. BOX 11505, KNOXVILLE, TN, 37939 | 2/28/2025 |
| 39. | 1468 | 775 S ORANGE BLOSSOM TRL APOPKA, FL | Big Lots Stores, LLC | APOPKA REGIONAL, LLC | 696 NE 125TH STREET, NORTH MIAMI, FL, 33161 | 2/28/2025 |
| 40. | 1995 | 21640 BEAR VALLEY RD APPLE VALLEY, CA | Big Lots Stores, LLC | APPLE VALLEY SQUARE CENTER LLC | 2610 29TH ST, SANTA MONICA, CA, 90405-2916 | 2/28/2025 |
| 41. | 1236 | 1230 LAFAYETTE AVE MOUNDSVILLE, WV | Big Lots Stores, LLC | AR-MOUNDSVILLE PLAZA, LLC | ATTN: DAVE KIRKLAND, 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-3256 | 2/28/2025 |
| 42. | 5367 | 162 STATION DR ANDERSON, SC | Big Lots Stores, LLC | ARC ASANDSC001, LLC | C/O HIFFMAN NATIONAL, LLC; ATTN: SHAWN BROWN, ONE OAKBROOK TERRACE #400, OAKBROOK TERRACE, IL, 60181 | 2/28/2025 |
| 43. | 5330 | 2631 MACARTHUR RD WHITEHALL, PA | Big Lots Stores, LLC | ARD MAC COMMONS, LLC | C/O ARD PROPERTY MANAGEMENT LLC, 310 YORKTOWN PLAZA, ELKINS PARK, PA, 19027 | 2/28/2025 |
| 44. | 29 | 918 E STATE ST ATHENS, OH | Big Lots Stores-CSR, LLC | ATHENS SHOPPING PLAZA LLC | C/O BUTT REALTY STEPHEN BUTT, P. O. BOX 81, CHILLICOTHE, OH, 45601 | 2/28/2025 |
| 45. | 1398 | 217 S MAIN ST ATTLEBORO, MA | Big Lots Stores, LLC | ATTLEBORO CROSSING | ATTN: ABRAHAM SEBBAG, 785 FIFTH AVENUE, SUITE 3C, NEW YORK, NY, 10022 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| | | | | ASSOCIATES, LLC | | |
| 46. | 4613 | 10205 GRAND AVE FRANKLIN PARK, IL | Big Lots Stores-PNS, LLC | AVG PARTNERS I LLC | 9595 WILSHIRE BLVD STE 710, BEVERLY HILLS, CA, 90210-2507 | 2/28/2025 |
| 47. | 5407 | 14154 E WADE HAMPTON BLVD GREER, SC | Big Lots Stores, LLC | AVTEX COLLINS CORNER ASSOCIATES, LLC | C/O AVTEX COMMERCIAL PROPERTIES, PO DRAWER 10287, GREENVILLE, SC, 29603 | 2/28/2025 |
| 48. | 5211 | 1650 E. SHERMAN BLVD MUSKEGON, MI | Big Lots Stores, LLC | B & S PROPERTY HOLDING LLC | 1184 COPPERWOOD DR, ATTN:  SAM SENAWI, BLOOMFIELD HILLS, MI, 48302 | 2/28/2025 |
| 49. | 1204 | 700 N 12TH ST MURRAY, KY | Big Lots Stores, LLC | BANCKENTUCKY, INC | C/O RONNIE GIBSON, 405 S. 12TH STREET, P.O. BOX 1300, MURRAY, KY, 42071 | 2/28/2025 |
| 50. | 1085 | 1955 W 7TH AVE CORSICANA, TX | Big Lots Stores, LLC | BARBARA ERWIN AND RON TOMLINSON | 1250 MILLS PLACE, CORSICANA, TX, 75110 | 2/28/2025 |
| 51. | 1132 | 2160 N WESTWOOD BLVD POPLAR BLUFF, MO | Big Lots Stores, LLC | BAYIRD PROPERTIES LLC | 6319 HWY 49 S, PARAGOULD, AR, 72450 | 2/28/2025 |
| 52. | 833 | 711 MARTIN LUTHER KING JR BLVD ASHLAND, KY | Big Lots Stores, LLC | BDB MIDTOWN, LLC | C/O THE SHOPPING CENTER GROUP, LLC, 300 GALLERIA PARKWAY SE, STE 1200, ATLANTA, GA, 30339-5950 | 2/28/2025 |
| 53. | 1057 | 3550 PELHAM PKWY PELHAM, AL | Big Lots Stores, LLC | BDPM GROUP LLC | 2204 LAKESHORE DR STE 305, BIRMINGHAM, AL, 35209-6729 | 2/28/2025 |
| 54. | 1644 | 2680 US HWY 23 S ALPENA, MI | Big Lots Stores, LLC | BEAR POINTE VENTURES, LLC | 44160 RIVERVIEW RIDGE DR , ATTN: ROBERT COLE, CLINTON TOWNSHIP , MI, 48038 | 2/28/2025 |
| 55. | 209 | 1907 S 11TH ST NILES, MI | Big Lots Stores, LLC | BELL ROAD ASSOCIATES, LLC | 2900 UNION LAKE ROAD, SUITE 102, COMMERCE, MI, 48382 | 2/28/2025 |
| 56. | 109 | 15 E 6TH ST BELLEVUE, KY | Big Lots Stores, LLC | BELLEVUE PLAZA | 7931 CLOVERFIELD CIRCLE, BOCA RATON, FL, 33433-3052 | 2/28/2025 |
| 57. | 4632 | 507 N HWY 77 STE 300 WAXAHACHIE, TX | Big Lots Stores-PNS, LLC | BENBAROUKH, LLC | CALITEX, LLC, 1625 N STORY ROAD #168, IRVING, TX, 75061 | 2/28/2025 |
| 58. | 1839 | 5999 S PARK AVE HAMBURG, NY | Big Lots Stores, LLC | BENCHMARK HAMBURG PLAZA ASSOC | 4053 MAPLE RD STE 200, BUFFALO, NY, 14226-1072 | 2/28/2025 |
| 59. | 1832 | 7723 GUILBEAU RD STE 110 SAN ANTONIO, TX | Big Lots Stores, LLC | BFSC GROUP, LP | 11503 NW MILITARY HWY , SUITE 330 , SAN ANTONIO , TX , 78231 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 60. | 4144 | 2865 VALLEY VIEW LN FARMERS BRANCH, TX | BLBO Tenant, LLC | BIG FBTX OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC, 30 NORTH LASALLE, SUITE 4140, CHICAGO, IL, 60602 | 2/28/2025 |
| 61. | 4178 | 2350 E LOHMAN AVE LAS CRUCES, NM | BLBO Tenant, LLC | BIG LCNM OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC, 30 NORTH LASALLE, SUITE 4140, CHICAGO, IL, 60602 | 2/28/2025 |
| 62. | 4110 | 1739 SW LOOP 410 STE 200 SAN ANTONIO, TX | BLBO Tenant, LLC | BIG SATX OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC, 30 NORTH LASALLE, SUITE 4140, CHICAGO, IL, 60602 | 2/28/2025 |
| 63. | 247 | 3620 W 3RD ST BLOOMINGTON, IN | Big Lots Stores, LLC | BLOOMINGTON WHITEHALL INVESTMENT LLC | PO BOX 633, BLOOMINGTON, IN, 47402 | 2/28/2025 |
| 64. | 5241 | 603 SW US HIGHWAY 40 BLUE SPRINGS, MO | Big Lots Stores, LLC | BLUE SPRINGS DEVELOPERS, INC | C/O THE R.H. JOHNSON COMPANY, 4520 MADISON AVENUE SUITE 300, KANSAS CITY, MO, 64111 | 2/28/2025 |
| 65. | 829 | 1162 US HWY 68 MAYSVILLE, KY | Big Lots Stores, LLC | BLUEGRASS PARTNERS LLC | 1460 WALDEN AVE, LAKEWOOD, NJ, 08701-1547 | 2/28/2025 |
| 66. | 5181 | 24295 CHAGRIN BLVD. BEACHWOOD, OH | Big Lots Stores, LLC | BMA BEACHWOOD, LLC | c/o Mid-America Real Estate - Wisconsin, LLC, 600 N PLANKINTON AVE, MILWAUKEE, WI, 53203 | 2/28/2025 |
| 67. | 1774 | 3000 NW 63RD ST OKLAHOMA CITY, OK | Big Lots Stores, LLC | BONIUK INTERESTS LTD. | C/O MILA PROPERTIES, 3720 SAN JACINTO AVENUE, HOUSTON, TX, 77004-3922 | 2/28/2025 |
| 68. | 1788 | 184 SOUTHGATE MALL CHAMBERSBURG, PA | Big Lots Stores, LLC | BOROUGH OF CHAMBERSBURG | ATTN: DIRECTOR OF FINANCE, 100 S 2ND ST, CHAMBERSBURG, PA, 17201-2515 | 2/28/2025 |
| 69. | 5387 | 131 E INTERNATIONAL SPEEDWAY BLVD DELAND, FL | Big Lots Stores, LLC | BRE RETAIL NP OWNER 1 LLC | PO BOX 645324, CINCINNATI, OH, 45264-5324 | 2/28/2025 |
| 70. | 5441 | 270 SCHUYLKILL RD PHOENIXVILLE, PA | Big Lots Stores, LLC | BRE RETAIL RESIDUAL SHOPPES AT VALLEY FORGE OWNER LLC | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | 2/28/2025 |
| 71. | 5441 - Storage | 270 SCHUYLKILL RD PHOENIXVILLE, PA | Big Lots Stores, LLC | BRE RETAIL RESIDUAL SHOPPES AT VALLEY FORGE OWNER LLC | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 72. | 134 | 1334 ROMBACH AVE WILMINGTON, OH | Big Lots Stores-CSR, LLC | BRF III WILMINGTON LLC | 1111 BENFIELD BLVD STE 100, MILLERSVILLE, MD, 21108-3003 | 2/28/2025 |
| 73. | 1955 | 135 VAN ZILE RD BRICK, NJ | Big Lots Stores, LLC | BRICKTOWN PLAZA ASSOCIATES | 600 OLD COUNTRY RD STE 555, GARDEN CITY, NY, 11530-2010 | 2/28/2025 |
| 74. | 1699 | 1733 PEARL RD STE 125 BRUNSWICK, OH | Big Lots Stores, LLC | BRUNSWICK LIMITED PARTNERSHIP | 35110 EUCLID AVE, WILLOUGHBY, OH, 44094-4523 | 2/28/2025 |
| 75. | 1699 - Storage | 1733 PEARL RD STE 125 BRUNSWICK, OH | Big Lots Stores, LLC | BRUNSWICK LIMITED PARTNERSHIP | 35110 EUCLID AVE, WILLOUGHBY, OH, 44094-4523 | 2/28/2025 |
| 76. | 1694 | 8 GURNET RD STE 8 BRUNSWICK, ME | Big Lots Stores, LLC | BRUNSWICK PROPERTY MANAGEMENT LLC | 535 FIFTH AVENUE 12TH FLOOR, NEW YORK, NY, 10017-3628 | 2/28/2025 |
| 77. | 5262 | 70 QUAKER ST. GRANVILLE, NY | Big Lots Stores, LLC | BURDKIDZ L.L.C. | C/O REDSTONE INVESTMENTS, 5050 BELMONT AVENUE, YOUNGSTOWN, OH, 44505 | 2/28/2025 |
| 78. | 1861 | 648 SW WILSHIRE BLVD BURLESON, TX | Big Lots Stores, LLC | BURLESON SHOPPING CENTER, LP | C/O FRANKS REAL ESTATE INC., 4516 LOVERS LANE #282, DALLAS, TX, 75225-6541 | 2/28/2025 |
| 79. | 5109 | 130 CONSTON AVE CHRISTIANSBURG, VA | Big Lots Stores, LLC | BVA SPRADLIN LLC | 176 N MAIN ST STE 210, FLORIDA, NY, 10921-1021 | 2/28/2025 |
| 80. | 1124 | 3801 NW CACHE RD STE 14 LAWTON, OK | Big Lots Stores, LLC | CACHE ROAD SQUARE LP | 3801 NW CACHE ROAD, SUITE 50, LAWTON, OK, 73505 | 2/28/2025 |
| 81. | 1911 | 6660 W CACTUS RD STE A110 GLENDALE, AZ | Big Lots Stores, LLC | CACTUS CROSSING, LLC | C/O PROPERTY ACCOUNTING SERVICES, 9375 E SHEA BLVD STE 100, SCOTTSDALE, AZ, 85260 | 2/28/2025 |
| 82. | 214 | 3173 S DIRKSEN PKWY SPRINGFIELD, IL | Big Lots Stores, LLC | CAPITAL CITY TRUST | C/O MID-AMERICA ASSET MANAGEMENT, INC, ONE PARKVIEW PLAZA, 9TH FLOOR, OAKBROOK TERRACE, IL, 60181 | 2/28/2025 |
| 83. | 1083 | 8 SARALAND BLVD S SARALAND, AL | Big Lots Stores, LLC | CELEBRATION CHURCH | P.O. BOX 483, SARALAND, AL, 36571 | 2/28/2025 |
| 84. | 1062 | 2144 S SHERIDAN RD TULSA, OK | Big Lots Stores, LLC | CGB PROPERTIES LTD | 1422 E 71ST STREET UNIT D, TULSA, OK, 74126-5060 | 2/28/2025 |
| 85. | 5315 | 4580B CHAPMAN HWY KNOXVILLE, TN | Big Lots Stores, LLC | CHAPMAN COMMONS, LLC | C/O ANCHOR HEALTH PROPERTIES, 425 7TH STREET NE, CHARLOTTESVILLE, VA, 22902 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 86. | 1262 | 1329 W FLOYD BAKER BLVD GAFFNEY, SC | Big Lots Stores, LLC | CHEROKEE PLAZA INVESTORS, LLC | 3265 MERIDIAN PARKWAY, SUITE 130, WESTON, FL, 33331 | 2/28/2025 |
| 87. | 1777 | 1820 ACTON HWY GRANBURY, TX | Big Lots Stores, LLC | CIRCLE 8 PROPERTIES | P.O. BOX 548, GRANBURY, TX, 76048 | 2/28/2025 |
| 88. | 424 | 201 LANCASTER PIKE CIRCLEVILLE, OH | Big Lots Stores-CSR, LLC | CIRCLEVILLE SHOPPING CENTER, LLC | C/O WILLIAM R. ROTH ASSOCIATES, 395 LIBRARY PARK SOUTH, COLUMBUS, OH, 43215-4704 | 2/28/2025 |
| 89. | 1241 | 131 S CARLTON ST HARRISONBURG, VA | Big Lots Stores, LLC | CLOVER LEAF SHOPPING CENTER CORPORATION | C/O PRIORITY PROPERTY MANAGEMENT LLC, 737 E MARKET STREET, HARRISONBURG, VA, 22801 | 2/28/2025 |
| 90. | 4682 | 1155 SHAW AVE CLOVIS, CA | Big Lots Stores-PNS, LLC | CLOVIS I, LLC | C/O RED MOUNTAIN GROUP, INC, 1234 E 17TH STREET, SANTA ANA, CA, 92701 | 2/28/2025 |
| 91. | 1009 | 196 GAUSE BLVD W SLIDELL, LA | Big Lots Stores, LLC | COLONIAL ACRES LIMITED PARTNERSHIP | c/o STIRLING PROPERTIES, INC., 109 NORTHPARK BLVD., STE 300, COVINGTON, LA, 70433 | 2/28/2025 |
| 92. | 211 | 902 FAIRMONT RD MORGANTOWN, WV | Big Lots Stores, LLC | COMMERCIAL LAND DEVELOPMENT, INC. | 827 FAIRMONT RD, SUITE 207, WESMON CENTER, MORGANTOWN, WV, 26501 | 2/28/2025 |
| 93. | 529 | 565 US HWY 41 BYP VENICE, FL | Big Lots Stores, LLC | COMMODORE REALTY INC | 30 W MASHTA DR STE 400, KEY BISCAYNE, FL, 33149-2429 | 2/28/2025 |
| 94. | 1013 | 5952 UNIVERSITY PKWY STE H WINSTON SALEM, NC | Big Lots Stores, LLC | CONNOR RECREATIONAL CENTER, INC. | C/O THE MERIDIAN REALTY GROUP, 147 S CHERRY ST, STE 200, WINSTON-SALEM, NC, 27101 | 2/28/2025 |
| 95. | 260 | 204 CHARLESTON AVE E MATTOON, IL | Big Lots Stores, LLC | CONROAD ASSOCIATES | 907 CAMINO SANTANDER RD, SANTA FE, NM, 87505-5958 | 2/28/2025 |
| 96. | 251 | 1612 N State St Greenfield IN | Big Lots Stores, LLC | Conroad Associates LP | 907 CAMINO SANTANDER, SANTA FE, NM 87505 | 2/28/2025 |
| 97. | 1381 | 617 HWY 62 65 N HARRISON, AR | Big Lots Stores, LLC | CORE NORTH HILLS LLC | 125 W SUNBRIDGE DR SUITE A, FAYETTEVILLE, AR, 72703-1899 | 2/28/2025 |
| 98. | 5187 | 6571 MARKET DR. GLOUCESTER, VA | Big Lots Stores, LLC | CORE SHOPPES AT GLOUCESTER LLC | C/O CORE EQUITY PARTNERS, 3251 N RAVEN LANE, FAYETTEVILLE, AR, 72704 | 2/28/2025 |
| 99. | 4274 | 155 E BASE LINE RD RIALTO, CA | Big Lots Stores-PNS, LLC | COTTONWOOD MEADOW PROPERTIES, L.P., | C/O RELIABLE PROPERTIES, 6399 WILSHIRE BLVD., STE. 604, LOS ANGELES, CA, 90048-5709 | 2/28/2025 |