**<u>Schedule 2</u>**

**Proposed Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br><br>BIG LOTS, INC., *et al.*,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. [●]** |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (B) ABANDON CERTAIN PERSONAL PROPERTY AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent

with Article III of the United States Constitution; and this Court having found that venue in this

district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the

notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were

appropriate under the circumstances and that no other notice need be provided, except as set forth

herein; and this Court having reviewed the Rejection Notice, and having heard the statements and

argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**");

and this Court having determined that the legal and factual bases set forth in the Rejection Notice

and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings

had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1.       The Contracts and Leases listed on **Schedule 1** attached hereto are hereby rejected

as of February 28, 2025 (the "**Rejection Date**") or, for a real property Lease, the later of (A) the

Rejection Date; (B) the date upon which the applicable Debtor surrenders in writing (including via

email) the premises to the landlord and returns the keys, key codes, or security codes, as applicable

(or certifies in writing that the landlord is authorized to change the locks); and (C) such other date

to which the Debtors and the applicable Counterparty have agreed to.

2.       The Debtors are authorized, but not directed, to abandon any abandoned property

described on **Schedule 1** attached hereto, and any abandoned property of the Debtors remaining

in the leased premises after the Rejection Date shall be deemed abandoned as of the Rejection

Date.

3.      All applicable landlords or their designees shall be authorized to use or dispose of any abandoned property without notice or liability to any Debtor or consenting non-Debtor third party and without further order of the Court, and, to the extent applicable, the automatic stay is modified to allow such disposition.

4.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

5.      Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

6.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

7.      Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

8.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

4

9.      The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

10.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 1. | 5451 | 730 N MADISON BLVD ROXBORO, NC | Big Lots Stores, LLC | ROXBOROUGH ASSOCIATES LLC | 605 S MORGAN ST, ROXBORO, NC, 27573 | 2/28/2025 |
| 2. | 1738 | 1235 FARMINGTON AVE BRISTOL, CT | Big Lots Stores, LLC | 1235 FARMINGTON AVENUE BR, LLC | C/O JULIAN INVESTMENTS, LLC, 418 MEADOW STREET, SUITE 203, FAIRFIELD, CT, 06824-5365 | 2/28/2025 |
| 3. | 1144 | 1750 S ELM PL BROKEN ARROW, OK | Big Lots Stores, LLC | 153 HEMINGWAY INVESTMENTS, LLC | C/O MID AMERICA REALTY, INC, 8252 S HARVARD AVE STE 100, TULSA, OK, 74137-1646 | 2/28/2025 |
| 4. | 5178 | 2450 LAKE RD STE E DYERSBURG, TN | Big Lots Stores, LLC | 174 STONEBROOK LLC | C/O BUCHANAN REALTY GROUP, 621 OLD HICKORY BLVD, SUITE 9, JACKSON, TN, 38305-2911 | 2/28/2025 |
| 5. | 1520 | 1980 RIDGE RD WEST SENECA, NY | Big Lots Stores, LLC | 1980 RIDGE RD CO LLC | 155 E 44TH ST FL 27, NEW YORK, NY, 10017-4100 | 2/28/2025 |
| 6. | 1520 - Storage | 1980 RIDGE RD WEST SENECA, NY | Big Lots Stores, LLC | 1980 RIDGE RD CO LLC | 155 E 44TH ST FL 27, NEW YORK, NY, 10017-4100 | 2/28/2025 |
| 7. | 5210 | 330 ROUTE 212 SAUGERTIES, NY | Big Lots Stores, LLC | 2 NORTH STREET CORP | PO BOX 910, PORT CHESTER, NY, 10573-0910 | 2/28/2025 |
| 8. | 4730 | 250 THREE SPRINGS DR WEIRTON, WV | Big Lots Stores-PNS, LLC | 250 THREE SPRINGS LP | 4041 LIBERTY AVE STE 201, PITTSBURGH, PA, 15224-1459 | 2/28/2025 |
| 9. | 42 | 2523 GALLIA ST PORTSMOUTH, OH | Big Lots Stores-CSR, LLC | 2501 GALLIA LLC | ATTENTION: MORRIS SASHO, 280 CHESTNUT ST, NEWARK, NJ, 07105-1596 | 2/28/2025 |
| 10. | 1289 | 3320 AGENCY ST BURLINGTON, IA | Big Lots Stores, LLC | 3320 AGENCY LLC | 11008 OAK RIDGE ROAD, BURLINGTON, IA, 52601 | 2/28/2025 |
| 11. | 1106 | 3737 GUS THOMASSON RD MESQUITE, TX | Big Lots Stores, LLC | 3737 GUS THOMASSON, LTD. | C/O REMINGTON PARTNERS INC, 8117 PRESTON ROAD, SUITE 300, DALLAS, TX, 75225-6347 | 2/28/2025 |
| 12. | 4108 | 3801 WASHINGTON BLVD SOUTH OGDEN, UT | Big Lots Stores-PNS, LLC | 3801 WASHINGTON BLVD. CO. LLC | C/O BENENSON CAPITAL PARTNERS, LLC, 155 EAST 44TH STREET, 27TH FLOOR, NEW YORK, NY, 10017 | 2/28/2025 |
| 13. | 1657 | 299 N LOWRY ST SMYRNA, TN | Big Lots Stores, LLC | 41 WEST 28TH STREET CORP. | C/O BROWNING PROPERTIES, LLC, 783 OLD HICKORY BLVD, STE 102E, BRENTWOOD, TN, 37027-4508 | 2/28/2025 |
| 14. | 1852 | 4101 TRANSIT RD BUFFALO, NY | Big Lots Stores, LLC | 4101 TRANSIT REALTY LLC | 9210 4TH AVE, BROOKLYN, NY, 11209-6305 | 2/28/2025 |
| 15. | 4139 | 6804 SPENCER HWY PASADENA, TX | Big Lots Stores-PNS, LLC | 4139LLNEW | 12421 NE 65TH PLACE, KIRKLAND, WA, 98033 | 2/28/2025 |
| 16. | 4097 | 800 S FORT HOOD ST KILLEEN, TX | Big Lots Stores-PNS, LLC | 440 GROUP. LTD | PO BOX 578, ATTN: JUNE WILLIAMS, KILLEEN, TX, 76540-0578 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 17. | 1546 | 4900 ROGERS AVE FORT SMITH, AR | Big Lots Stores, LLC | 45 DEVELOPMENT GROUP, LLC | P.O. BOX 10210, FORT SMITH, AR, 72903 | 2/28/2025 |
| 18. | 5388 | 4610 FREDERICA ST OWENSBORO, KY | Big Lots Stores, LLC | 4610 FREDERICA STREET LLC | C/O TRIO PROPERTY MANAGEMENT, 9750 ORMSBY STATION RD STE 302, LOUISVILLE, KY, 40223 | 2/28/2025 |
| 19. | 91 | 5520 MADISON AVE INDIANAPOLIS, IN | Big Lots Stores, LLC | 5520 MADISON AVE. LLC | 1637 GILFORD AVE, NEW HYDE PARK, NY, 11040 | 2/28/2025 |
| 20. | 1513 | 533 MAST RD GOFFSTOWN, NH | Big Lots Stores, LLC | 553 MAST ROAD LLC | 139 FRONT ST, FALL RIVER, MA, 02721-4313 | 2/28/2025 |
| 21. | 1734 | 644 W MARKET ST TIFFIN, OH | Big Lots Stores, LLC | 644 MARKET STREET TIFFIN OH, LLC | 7917 CAUSEWAY BLVD NORTH, ST PETERSBURG, FL, 33707 | 2/28/2025 |
| 22. | 1435 | 146 S MAIN ST MILFORD, MA | Big Lots Stores, LLC | A & D MILFORD LLC | C/O WINSLOW PROPERTY MGMT INC, 80 HAYDEN AVENUE, LEXINGTON, MA, 2421 | 2/28/2025 |
| 23. | 1979 | 881 HILLS PLZ STE 500 EBENSBURG, PA | Big Lots Stores, LLC | A2Z REAL ESTATE, INC. | 231 MARKET STREET, JOHNSTOWN, PA, 15901 | 2/28/2025 |
| 24. | 4598 | 3204 S CLACK DR ABILENE, TX | Big Lots Stores-PNS, LLC | ABILENE CLACK STREET, LLC | ATTN: JOHN CULPEPPER, 1700 GEORGE BUSH DR E, SUITE 240, COLLEGE STATION, TX, 77840 | 2/28/2025 |
| 25. | 4474 | 101 E BEST AVE COEUR D ALENE, ID | Big Lots Stores-PNS, LLC | ACV-ARGO CDA, LLC | C/O ARGONAUT INVESTMENTS, 101 LARKSPUR LANDING CIRCLE, STE 120, LARKSPUR, CA, 94939 | 2/28/2025 |
| 26. | 5399 | 851 S 30TH ST HEATH, OH | Big Lots Stores-CSR, LLC | AGREE LIMITED PARTNERSHIP | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE, ROYAL OAK , MI, 48073 | 2/28/2025 |
| 27. | 5405 | 1300 US HIGHWAY 127 FRANKFORT, KY | Big Lots Stores-PNS, LLC | AGREE LIMITED PARTNERSHIP | 70 E LONG LAKE RD, BLOOMFIELD HILLS, MI, 48304-2356 | 2/28/2025 |
| 28. | 4709 | 5252 BARDSTOWN RD LOUISVILLE, KY | Big Lots Stores-PNS, LLC | AGREE LIMITED PARTNERSHIP | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE, ROYAL OAK , MI, 48073 | 2/28/2025 |
| 29. | 5456 | 777 BYPASS RD BRANDENBURG, KY | Big Lots Stores, LLC | AGREE REALTY CORPORATION | ATTN: DANIELLE SPEHAR, 32301 WOODWARD AVE, ROYAL OAK , MI, 48073 | 2/28/2025 |
| 30. | 498 | 1637 Decatur Pike ATHENS, TN | Big Lots Stores, LLC | ALABAMA GROUP LTD | C/O DRINKARD DEVELOPMENT, LLC, PO BOX 996, CULLMAN, AL, 35056 | 2/28/2025 |
| 31. | 473 | 190 ALAMEDA PLZ BUTLER, PA | Big Lots Stores, LLC | ALAMEDA PROPERTIES, LLC | PO BOX 538, PROSPECT, PA, 16052 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 32. | 4049 | 2243 FOOTHILL BLVD LA CANADA FLINTRIDGE, CA | Big Lots Stores-PNS, LLC | ALBERTSON'S LLC | ATTN: PROPERTY MANAGEMENT, 20427 N 27TH AVENUE MS #14004, PHOENIX, AZ, 85027 | 2/28/2025 |
| 33. | 1192 | 2110 S COOPER ST ARLINGTON, TX | Big Lots Stores, LLC | ALBERTSON'S, INC. | LEGAL DEPARTMENT, 250 PARKCENTER BLVD., BOISE, ID, 83726 | 2/28/2025 |
| 34. | 469 | 300 DOWNTOWNER PLAZA COSHOCTON, OH | Big Lots Stores-CSR, LLC | ALDRICH MANAGEMENT CO LLO | 1975 HEMPSTEAD TPKE  STE 309, EAST MEADOW, NY, 11554-1703 | 2/28/2025 |
| 35. | 200 | 500 HYDE PARK RD LEECHBURG, PA | Big Lots Stores, LLC | ALLEGHENY PLAZA ASSOCIATES | C/O ROSEN ASSOCIATES MANAGEMENT, 33 SOUTH SERVICE RD., JERICHO, NY, 11753-1006 | 2/28/2025 |
| 36. | 1545 | 4429 CLEVELAND AVE FORT MYERS, FL | Big Lots Stores, LLC | ALTA CENTER, LLC | C/O COLLIERS INTERNATIONAL GROUP, 801 BRICKELL AVENUE, SUITE 900, MIAMI, FL, 33131 | 2/28/2025 |
| 37. | 802 | 3124 MCCLELLAN BLVD ANNISTON, AL | Big Lots Stores, LLC | ANNISTON INVESTORS LLC | 3265 MERIDIAN PKWY  STE 130, WESTON, FL, 33331-3506 | 2/28/2025 |
| 38. | 283 | 250 S ILLINOIS AVE OAK RIDGE, TN | Big Lots Stores, LLC | ANTHONY P. CAPPIELLO, JR. | P.O. BOX 11505, KNOXVILLE, TN, 37939 | 2/28/2025 |
| 39. | 1468 | 775 S ORANGE BLOSSOM TRL APOPKA, FL | Big Lots Stores, LLC | APOPKA REGIONAL, LLC | 696 NE 125TH STREET, NORTH MIAMI, FL, 33161 | 2/28/2025 |
| 40. | 1995 | 21640 BEAR VALLEY RD APPLE VALLEY, CA | Big Lots Stores, LLC | APPLE VALLEY SQUARE CENTER LLC | 2610 29TH ST, SANTA MONICA, CA, 90405-2916 | 2/28/2025 |
| 41. | 1236 | 1230 LAFAYETTE AVE MOUNDSVILLE, WV | Big Lots Stores, LLC | AR-MOUNDSVILLE PLAZA, LLC | ATTN: DAVE KIRKLAND, 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-3256 | 2/28/2025 |
| 42. | 5367 | 162 STATION DR ANDERSON, SC | Big Lots Stores, LLC | ARC ASANDSC001, LLC | C/O HIFFMAN NATIONAL, LLC; ATTN: SHAWN BROWN, ONE OAKBROOK TERRACE #400, OAKBROOK TERRACE, IL, 60181 | 2/28/2025 |
| 43. | 5330 | 2631 MACARTHUR RD WHITEHALL, PA | Big Lots Stores, LLC | ARD MAC COMMONS, LLC | C/O ARD PROPERTY MANAGEMENT LLC, 310 YORKTOWN PLAZA, ELKINS PARK, PA, 19027 | 2/28/2025 |
| 44. | 29 | 918 E STATE ST ATHENS, OH | Big Lots Stores-CSR, LLC | ATHENS SHOPPING PLAZA LLC | C/O BUTT REALTY STEPHEN BUTT, P. O. BOX 81, CHILLICOTHE, OH, 45601 | 2/28/2025 |
| 45. | 1398 | 217 S MAIN ST ATTLEBORO, MA | Big Lots Stores, LLC | ATTLEBORO CROSSING | ATTN: ABRAHAM SEBBAG, 785 FIFTH AVENUE, SUITE 3C, NEW YORK, NY, 10022 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| | | | | ASSOCIATES, LLC | | |
| 46. | 4613 | 10205 GRAND AVE FRANKLIN PARK, IL | Big Lots Stores-PNS, LLC | AVG PARTNERS I LLC | 9595 WILSHIRE BLVD STE 710, BEVERLY HILLS, CA, 90210-2507 | 2/28/2025 |
| 47. | 5407 | 14154 E WADE HAMPTON BLVD GREER, SC | Big Lots Stores, LLC | AVTEX COLLINS CORNER ASSOCIATES, LLC | C/O AVTEX COMMERCIAL PROPERTIES, PO DRAWER 10287, GREENVILLE, SC, 29603 | 2/28/2025 |
| 48. | 5211 | 1650 E. SHERMAN BLVD MUSKEGON, MI | Big Lots Stores, LLC | B & S PROPERTY HOLDING LLC | 1184 COPPERWOOD DR, ATTN:  SAM SENAWI, BLOOMFIELD HILLS, MI, 48302 | 2/28/2025 |
| 49. | 1204 | 700 N 12TH ST MURRAY, KY | Big Lots Stores, LLC | BANCKENTUCKY, INC | C/O RONNIE GIBSON, 405 S. 12TH STREET, P.O. BOX 1300, MURRAY, KY, 42071 | 2/28/2025 |
| 50. | 1085 | 1955 W 7TH AVE CORSICANA, TX | Big Lots Stores, LLC | BARBARA ERWIN AND RON TOMLINSON | 1250 MILLS PLACE, CORSICANA, TX, 75110 | 2/28/2025 |
| 51. | 1132 | 2160 N WESTWOOD BLVD POPLAR BLUFF, MO | Big Lots Stores, LLC | BAYIRD PROPERTIES LLC | 6319 HWY 49 S, PARAGOULD, AR, 72450 | 2/28/2025 |
| 52. | 833 | 711 MARTIN LUTHER KING JR BLVD ASHLAND, KY | Big Lots Stores, LLC | BDB MIDTOWN, LLC | C/O THE SHOPPING CENTER GROUP, LLC, 300 GALLERIA PARKWAY SE, STE 1200, ATLANTA, GA, 30339-5950 | 2/28/2025 |
| 53. | 1057 | 3550 PELHAM PKWY PELHAM, AL | Big Lots Stores, LLC | BDPM GROUP LLC | 2204 LAKESHORE DR STE 305, BIRMINGHAM, AL, 35209-6729 | 2/28/2025 |
| 54. | 1644 | 2680 US HWY 23 S ALPENA, MI | Big Lots Stores, LLC | BEAR POINTE VENTURES, LLC | 44160 RIVERVIEW RIDGE DR , ATTN: ROBERT COLE, CLINTON TOWNSHIP , MI, 48038 | 2/28/2025 |
| 55. | 209 | 1907 S 11TH ST NILES, MI | Big Lots Stores, LLC | BELL ROAD ASSOCIATES, LLC | 2900 UNION LAKE ROAD, SUITE 102, COMMERCE, MI, 48382 | 2/28/2025 |
| 56. | 109 | 15 E 6TH ST BELLEVUE, KY | Big Lots Stores, LLC | BELLEVUE PLAZA | 7931 CLOVERFIELD CIRCLE, BOCA RATON, FL, 33433-3052 | 2/28/2025 |
| 57. | 4632 | 507 N HWY 77 STE 300 WAXAHACHIE, TX | Big Lots Stores-PNS, LLC | BENBAROUKH, LLC | CALITEX, LLC, 1625 N STORY ROAD #168, IRVING, TX, 75061 | 2/28/2025 |
| 58. | 1839 | 5999 S PARK AVE HAMBURG, NY | Big Lots Stores, LLC | BENCHMARK HAMBURG PLAZA ASSOC | 4053 MAPLE RD STE 200, BUFFALO, NY, 14226-1072 | 2/28/2025 |
| 59. | 1832 | 7723 GUILBEAU RD STE 110 SAN ANTONIO, TX | Big Lots Stores, LLC | BFSC GROUP, LP | 11503 NW MILITARY HWY , SUITE 330 , SAN ANTONIO , TX , 78231 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 60. | 4144 | 2865 VALLEY VIEW LN FARMERS BRANCH, TX | BLBO Tenant, LLC | BIG FBTX OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC, 30 NORTH LASALLE, SUITE 4140, CHICAGO, IL, 60602 | 2/28/2025 |
| 61. | 4178 | 2350 E LOHMAN AVE LAS CRUCES, NM | BLBO Tenant, LLC | BIG LCNM OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC, 30 NORTH LASALLE, SUITE 4140, CHICAGO, IL, 60602 | 2/28/2025 |
| 62. | 4110 | 1739 SW LOOP 410 STE 200 SAN ANTONIO, TX | BLBO Tenant, LLC | BIG SATX OWNER LLC | C/O BLUE OWL REAL ESTATE CAPITAL LLC, 30 NORTH LASALLE, SUITE 4140, CHICAGO, IL, 60602 | 2/28/2025 |
| 63. | 247 | 3620 W 3RD ST BLOOMINGTON, IN | Big Lots Stores, LLC | BLOOMINGTON WHITEHALL INVESTMENT LLC | PO BOX 633, BLOOMINGTON, IN, 47402 | 2/28/2025 |
| 64. | 5241 | 603 SW US HIGHWAY 40 BLUE SPRINGS, MO | Big Lots Stores, LLC | BLUE SPRINGS DEVELOPERS, INC | C/O THE R.H. JOHNSON COMPANY, 4520 MADISON AVENUE SUITE 300, KANSAS CITY, MO, 64111 | 2/28/2025 |
| 65. | 829 | 1162 US HWY 68 MAYSVILLE, KY | Big Lots Stores, LLC | BLUEGRASS PARTNERS LLC | 1460 WALDEN AVE, LAKEWOOD, NJ, 08701-1547 | 2/28/2025 |
| 66. | 5181 | 24295 CHAGRIN BLVD. BEACHWOOD, OH | Big Lots Stores, LLC | BMA BEACHWOOD, LLC | c/o Mid-America Real Estate - Wisconsin, LLC, 600 N PLANKINTON AVE, MILWAUKEE, WI, 53203 | 2/28/2025 |
| 67. | 1774 | 3000 NW 63RD ST OKLAHOMA CITY, OK | Big Lots Stores, LLC | BONIUK INTERESTS LTD. | C/O MILA PROPERTIES, 3720 SAN JACINTO AVENUE, HOUSTON, TX, 77004-3922 | 2/28/2025 |
| 68. | 1788 | 184 SOUTHGATE MALL CHAMBERSBURG, PA | Big Lots Stores, LLC | BOROUGH OF CHAMBERSBURG | ATTN: DIRECTOR OF FINANCE, 100 S 2ND ST, CHAMBERSBURG, PA, 17201-2515 | 2/28/2025 |
| 69. | 5387 | 131 E INTERNATIONAL SPEEDWAY BLVD DELAND, FL | Big Lots Stores, LLC | BRE RETAIL NP OWNER 1 LLC | PO BOX 645324, CINCINNATI, OH, 45264-5324 | 2/28/2025 |
| 70. | 5441 | 270 SCHUYLKILL RD PHOENIXVILLE, PA | Big Lots Stores, LLC | BRE RETAIL RESIDUAL SHOPPES AT VALLEY FORGE OWNER LLC | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | 2/28/2025 |
| 71. | 5441 - Storage | 270 SCHUYLKILL RD PHOENIXVILLE, PA | Big Lots Stores, LLC | BRE RETAIL RESIDUAL SHOPPES AT VALLEY FORGE OWNER LLC | C/O BRIXMOR PROPERTY GROUP, 200 Ridge Pike, Suite 100, CONSHOHOCKEN, PA, 19428 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 72. | 134 | 1334 ROMBACH AVE WILMINGTON, OH | Big Lots Stores-CSR, LLC | BRF III WILMINGTON LLC | 1111 BENFIELD BLVD STE 100, MILLERSVILLE, MD, 21108-3003 | 2/28/2025 |
| 73. | 1955 | 135 VAN ZILE RD BRICK, NJ | Big Lots Stores, LLC | BRICKTOWN PLAZA ASSOCIATES | 600 OLD COUNTRY RD STE 555, GARDEN CITY, NY, 11530-2010 | 2/28/2025 |
| 74. | 1699 | 1733 PEARL RD STE 125 BRUNSWICK, OH | Big Lots Stores, LLC | BRUNSWICK LIMITED PARTNERSHIP | 35110 EUCLID AVE, WILLOUGHBY, OH, 44094-4523 | 2/28/2025 |
| 75. | 1699 - Storage | 1733 PEARL RD STE 125 BRUNSWICK, OH | Big Lots Stores, LLC | BRUNSWICK LIMITED PARTNERSHIP | 35110 EUCLID AVE, WILLOUGHBY, OH, 44094-4523 | 2/28/2025 |
| 76. | 1694 | 8 GURNET RD STE 8 BRUNSWICK, ME | Big Lots Stores, LLC | BRUNSWICK PROPERTY MANAGEMENT LLC | 535 FIFTH AVENUE 12TH FLOOR, NEW YORK, NY, 10017-3628 | 2/28/2025 |
| 77. | 5262 | 70 QUAKER ST. GRANVILLE, NY | Big Lots Stores, LLC | BURDKIDZ L.L.C. | C/O REDSTONE INVESTMENTS, 5050 BELMONT AVENUE, YOUNGSTOWN, OH, 44505 | 2/28/2025 |
| 78. | 1861 | 648 SW WILSHIRE BLVD BURLESON, TX | Big Lots Stores, LLC | BURLESON SHOPPING CENTER, LP | C/O FRANKS REAL ESTATE INC., 4516 LOVERS LANE #282, DALLAS, TX, 75225-6541 | 2/28/2025 |
| 79. | 5109 | 130 CONSTON AVE CHRISTIANSBURG, VA | Big Lots Stores, LLC | BVA SPRADLIN LLC | 176 N MAIN ST STE 210, FLORIDA, NY, 10921-1021 | 2/28/2025 |
| 80. | 1124 | 3801 NW CACHE RD STE 14 LAWTON, OK | Big Lots Stores, LLC | CACHE ROAD SQUARE LP | 3801 NW CACHE ROAD, SUITE 50, LAWTON, OK, 73505 | 2/28/2025 |
| 81. | 1911 | 6660 W CACTUS RD STE A110 GLENDALE, AZ | Big Lots Stores, LLC | CACTUS CROSSING, LLC | C/O PROPERTY ACCOUNTING SERVICES, 9375 E SHEA BLVD STE 100, SCOTTSDALE, AZ, 85260 | 2/28/2025 |
| 82. | 214 | 3173 S DIRKSEN PKWY SPRINGFIELD, IL | Big Lots Stores, LLC | CAPITAL CITY TRUST | C/O MID-AMERICA ASSET MANAGEMENT, INC, ONE PARKVIEW PLAZA, 9TH FLOOR, OAKBROOK TERRACE, IL, 60181 | 2/28/2025 |
| 83. | 1083 | 8 SARALAND BLVD S SARALAND, AL | Big Lots Stores, LLC | CELEBRATION CHURCH | P.O. BOX 483, SARALAND, AL, 36571 | 2/28/2025 |
| 84. | 1062 | 2144 S SHERIDAN RD TULSA, OK | Big Lots Stores, LLC | CGB PROPERTIES LTD | 1422 E 71ST STREET UNIT D, TULSA, OK, 74126-5060 | 2/28/2025 |
| 85. | 5315 | 4580B CHAPMAN HWY KNOXVILLE, TN | Big Lots Stores, LLC | CHAPMAN COMMONS, LLC | C/O ANCHOR HEALTH PROPERTIES, 425 7TH STREET NE, CHARLOTTESVILLE, VA, 22902 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|--------------|---------------|-----------------|------------------|--------------------------|
| 86. | 1262 | 1329 W FLOYD BAKER BLVD GAFFNEY, SC | Big Lots Stores, LLC | CHEROKEE PLAZA INVESTORS, LLC | 3265 MERIDIAN PARKWAY, SUITE 130, WESTON, FL, 33331 | 2/28/2025 |
| 87. | 1777 | 1820 ACTON HWY GRANBURY, TX | Big Lots Stores, LLC | CIRCLE 8 PROPERTIES | P.O. BOX 548, GRANBURY, TX, 76048 | 2/28/2025 |
| 88. | 424 | 201 LANCASTER PIKE CIRCLEVILLE, OH | Big Lots Stores-CSR, LLC | CIRCLEVILLE SHOPPING CENTER, LLC | C/O WILLIAM R. ROTH ASSOCIATES, 395 LIBRARY PARK SOUTH, COLUMBUS, OH, 43215-4704 | 2/28/2025 |
| 89. | 1241 | 131 S CARLTON ST HARRISONBURG, VA | Big Lots Stores, LLC | CLOVER LEAF SHOPPING CENTER CORPORATION | C/O PRIORITY PROPERTY MANAGEMENT LLC, 737 E MARKET STREET, HARRISONBURG, VA, 22801 | 2/28/2025 |
| 90. | 4682 | 1155 SHAW AVE CLOVIS, CA | Big Lots Stores-PNS, LLC | CLOVIS I, LLC | C/O RED MOUNTAIN GROUP, INC, 1234 E 17TH STREET, SANTA ANA, CA, 92701 | 2/28/2025 |
| 91. | 1009 | 196 GAUSE BLVD W SLIDELL, LA | Big Lots Stores, LLC | COLONIAL ACRES LIMITED PARTNERSHIP | c/o STIRLING PROPERTIES, INC., 109 NORTHPARK BLVD., STE 300, COVINGTON, LA, 70433 | 2/28/2025 |
| 92. | 211 | 902 FAIRMONT RD MORGANTOWN, WV | Big Lots Stores, LLC | COMMERCIAL LAND DEVELOPMENT, INC. | 827 FAIRMONT RD, SUITE 207, WESMON CENTER, MORGANTOWN, WV, 26501 | 2/28/2025 |
| 93. | 529 | 565 US HWY 41 BYP VENICE, FL | Big Lots Stores, LLC | COMMODORE REALTY INC | 30 W MASHTA DR STE 400, KEY BISCAYNE, FL, 33149-2429 | 2/28/2025 |
| 94. | 1013 | 5952 UNIVERSITY PKWY STE H WINSTON SALEM, NC | Big Lots Stores, LLC | CONNOR RECREATIONAL CENTER, INC. | C/O THE MERIDIAN REALTY GROUP, 147 S CHERRY ST, STE 200, WINSTON-SALEM, NC, 27101 | 2/28/2025 |
| 95. | 260 | 204 CHARLESTON AVE E MATTOON, IL | Big Lots Stores, LLC | CONROAD ASSOCIATES | 907 CAMINO SANTANDER RD, SANTA FE, NM, 87505-5958 | 2/28/2025 |
| 96. | 251 | 1612 N State St Greenfield IN | Big Lots Stores, LLC | Conroad Associates LP | 907 CAMINO SANTANDER, SANTA FE, NM 87505 | 2/28/2025 |
| 97. | 1381 | 617 HWY 62 65 N HARRISON, AR | Big Lots Stores, LLC | CORE NORTH HILLS LLC | 125 W SUNBRIDGE DR SUITE A, FAYETTEVILLE, AR, 72703-1899 | 2/28/2025 |
| 98. | 5187 | 6571 MARKET DR. GLOUCESTER, VA | Big Lots Stores, LLC | CORE SHOPPES AT GLOUCESTER LLC | C/O CORE EQUITY PARTNERS, 3251 N RAVEN LANE, FAYETTEVILLE, AR, 72704 | 2/28/2025 |
| 99. | 4274 | 155 E BASE LINE RD RIALTO, CA | Big Lots Stores-PNS, LLC | COTTONWOOD MEADOW PROPERTIES, L.P., | C/O RELIABLE PROPERTIES, 6399 WILSHIRE BLVD., STE. 604, LOS ANGELES, CA, 90048-5709 | 2/28/2025 |