## Schedule 1

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 1. | 1708 | 3396 I 75 BUSINESS SPUR UNIT 1 SAULT SAINTE MARIE, MI | Big Lots Stores, LLC | COUNTRY HOLDINGS LLC | C/O ELENA SHPERLING, 17 N WABASH AVE SUITE 620, CHICAGO, IL, 60602 | 2/28/2025 |
| 2. | 5120 | 54 CROSSING BLVD CLIFTON PARK, NY | Big Lots Stores, LLC | CP CROSSING, LLC | C/O NIGRO COMPANIES, INC., 20 CORPORATE WOODS BLVD, ALBANY, NY, 12211 | 2/28/2025 |
| 3. | 1965 | 200 CLINTON BLVD CLINTON, MS | Big Lots Stores, LLC | CPM ASSOCIATES, L.P. | C/O THE FLETCHER BRIGHT COMPANY, 537 MARKET ST., SUITE 400, CHATTANOOGA, TN, 37402 | 2/28/2025 |
| 4. | 4527 | 108 COLLEGE PARK DR WEATHERFORD, TX | Big Lots Stores-PNS, LLC | CPSC I LIMITED PARTNERSHIP | 3113 SOUTH UNIVERSITY DRIVE, SUITE 600, FORT WORTH, TX, 76109 | 2/28/2025 |
| 5. | 571 | 2507 S FERDON BLVD CRESTVIEW, FL | Big Lots Stores, LLC | CRESTVIEW CORNERS LLC | C/O BURTON PROPERTY GROUP, P.O. BOX 16167, MOBILE, AL, 36616 | 2/28/2025 |
| 6. | 5447 | 4870 MORSE RD COLUMBUS, OH | Big Lots Stores, LLC | CRI NEW ALBANY SQUARE, LLC | C/O CASTO, 250 CIVIC CENTER DR., STE 500, COLUMBUS, OH, 43215 | 2/28/2025 |
| 7. | 1604 | 2310 E SAUNDERS ST LAREDO, TX | Big Lots Stores, LLC | CROSSETT DEVELOPMENT I, LLC - ATTN: J. TAMKIN | C/O TAMKIN DEVELOPMENT CORPORATION, 11755 WILSHIRE BLVD, SUITE 2350, LOS ANGELES, CA, 90025-1569 | 2/28/2025 |
| 8. | 5383 | 100 CROSSROADS PLAZA MOUNT PLEASANT, PA | Big Lots Stores, LLC | CROSSROADS TOWNE CENTER LLC | 4041 LIBERTY AVE STE 201, PITTSBURGH, PA, 15224-1459 | 2/28/2025 |
| 9. | 5321 | 4358 S SCATTERFIELD RD ANDERSON, IN | Big Lots Stores, LLC | CSN LLC | 115 W 8TH STREET, ANDERSON, IN, 46016-1410 | 2/28/2025 |
| 10. | 5173 | 2500 JACKSBORO PIKE STE 1 JACKSBORO, TN | Big Lots Stores, LLC | CUMBERLAND WVR LLC | 176 N MAIN ST STE 210, FLORIDA, NY, 10921-1021 | 2/28/2025 |
| 11. | 1011 | 580 ATLANTA RD STE 210 CUMMING, GA | Big Lots Stores, LLC | CUMMING 400, LLC | C/O MIMMS ENTERPRISES, 85-A MILL STREET, SUITE 100, ROSWELL, GA, 30075 | 2/28/2025 |
| 12. | 1845 | 4109 LEBANON PIKE HERMITAGE, TN | Big Lots Stores, LLC | CUNNINGHAM, MITCHELL & ROCCONI | ATTENTION: LARRY A. ROCCONI, JR., 308 SOUTH 2ND STREET, CLARKSVILLE, TN, 37040 | 2/28/2025 |
| 13. | 1060 | 2300 E SHAWNEE RD MUSKOGEE, OK | Big Lots Stores, LLC | CURTS REALTY LLC | 3119 QUENTIN ROAD, BROOKLYN, NY, 11234 | 2/28/2025 |
| 14. | 4755 | 6708 LAKE WORTH BLVD LAKE WORTH, TX | Big Lots Stores-PNS, LLC | DADRE LAKE WORTH LLC | 4514 COLE AVENUE SUITE 1220, DALLAS, TX, 75205-4175 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 15. | 1591 | 103 N POPLAR ST SEARCY, AR | Big Lots Stores, LLC | DALCO PROPERTIES INC | 1560 W BEEBE CAPPS STE A, SEARCY, IL, 72143-5176 | 2/28/2025 |
| 16. | 1596 | 1026 E BISMARCK EXPY BISMARCK, ND | Big Lots Stores, LLC | DANIEL DEVELOPMENT PARTNERSHIP LLLP | C/O DANIEL COMPANIES, 304 E ROSSER AVENUE, STE 200, BISMARCK, ND, 58501-4012 | 2/28/2025 |
| 17. | 5107 | 35603 S GRATIOT AVE CLINTON TOWNSHIP, MI | Big Lots Stores, LLC | DANIEL G KAMIN MICHIGAN ENTERPRISES | C/O KAMIN REALTY CO., 490 S HIGHLAND AVE, PITTSBURGH, PA, 15206 | 2/28/2025 |
| 18. | 1589 | 8055 US HWY 51 N MILLINGTON, TN | Big Lots Stores, LLC | DANIEL G. KAMIN | C/O KAMIN REALTY CO., 490 SOUTH HIGHLAND AVENUE, PITTSBURGH, PA, 15206 | 2/28/2025 |
| 19. | 1134 | 160 BLANCHARD ST WEST MONROE, LA | Big Lots Stores, LLC | D'ARGENT COMPANIES, LLC | 1460 CENTRE CT, ALEXANDRIA, LA, 71301 | 2/28/2025 |
| 20. | 1780 | 8028 W BROAD ST HENRICO, VA | Big Lots Stores, LLC | DARNESTOWN ROAD PROPERTY L.P. | C/O ALLIANCE COMMERCIAL PROPERTY MGMT, P.O. BOX 9537, GREENSBORO, NC, 27429 | 2/28/2025 |
| 21. | 4719 | 3779 ROME RD PULASKI, NY | Big Lots Stores-PNS, LLC | DAVID G HOLLANDER FAMILY LIMITED PARTERSHIP | C/O SILVER BUILDERS REAL ESTATE CORP., 3109 STIRLING RD., STE 200, FT. LAUDERDALE, FL, 33312 | 2/28/2025 |
| 22. | 5168 | 2842 CHAPEL HILL RD DOUGLASVILLE, GA | Big Lots Stores, LLC | DDR DOUGLASVILLE PAVILION LLC | 3300 ENTERPRISE PARKWAY, ATTN: EXECUTIVE VICE PRESIDENT - LEASING, BEACHWOOD, OH, 44122 | 2/28/2025 |
| 23. | 578 | 4515 LAKE WORTH RD GREENACRES, FL | Big Lots Stores, LLC | DEL VISO, L.L.C. | 21396 MARINA COVE CIRCLE, SUITE J15, AVENTURA, FL, 33180 | 2/28/2025 |
| 24. | 5437 | 159 S SANDUSKY ST DELAWARE, OH | Big Lots Stores-CSR, LLC | DELAWARE SHOPPING CENTER, LLC | C/O ROTH REAL ESTATE GROUP, 395 LIBRARY PARK SOUTH, COLUMBUS, OH, 43215 | 2/28/2025 |
| 25. | 5236 | 275 S. BROADWAY HICKSVILLE, NY | Big Lots Stores, LLC | DELCO DEVELOPMENT CO. OF HICKSVILLE, LP | C/O RUSH PROPERTIES, INC, ONE BARSTOW ROAD SUITE P-3, GREAT NECK, NY, 11021 | 2/28/2025 |
| 26. | 5484 | 6851 SE MARICAMP RD OCALA, FL | Big Lots Stores, LLC | DISCOUNT MINI STORAGE OF OCALA LLC | 1625 BALD KNOB RD, PO BOX 70, SPARTA, NC, 28675-9393 | 2/28/2025 |
| 27. | 4772 | 9669 FM 1960 BYPASS RD W #500 HUMBLE, TX | Big Lots Stores-PNS, LLC | DISTRICT & URBAN (TEXAS) INC. | C/O GREATER HOUSTON GROUP, 19517 DOERRE RD, SPRING , TX , 77379 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 28. | 1986 | 9795 WESTHEIMER RD HOUSTON, TX | Big Lots Stores, LLC | DML WESTCHASE PLAZA LP | 12440 EMILY COURT SUITE 404, SUGAR LAND, TX, 77478 | 2/28/2025 |
| 29. | 1888 | 1800 S FRONTAGE RD STE E VICKSBURG, MS | Big Lots Stores, LLC | DPS ASSOCIATES | C/O SOUTHERN PROPERTY MANAGEMENT, 169 RAMAPO VALLEY RD UNIT ML7, OAKLAND, NJ, 7436 | 2/28/2025 |
| 30. | 553 | 1003 W STATE RD 84 FORT LAUDERDALE, FL | Big Lots Stores, LLC | DTS II PROPERTIES, LLC | C/O PREMIUM ASSET MANAGEMENT, 1111 N PLAZA DR STE 200, SCHAUMBURG, IL, 60173 | 2/28/2025 |
| 31. | 4150 | 7135 VETERANS MEMORIAL BLVD METAIRIE, LA | Big Lots Stores-PNS, LLC | EAGLE ENTERPRISES OF JEFFERSON INC | 5557 CANAL BLVD, NEW ORLEANS, LA, 70124-2745 | 2/28/2025 |
| 32. | 1882 | 204-A THOMPSON ST HENDERSONVILLE, NC | Big Lots Stores, LLC | EAST RIDGE CROSSING, LLC | ATTN: REAL ESTATE DEPARTMENT, PO BOX 6676, ASHEVILLE, NC, 28816 | 2/28/2025 |
| 33. | 5385 | 564 SE WASHINGTON BLVD BARTLESVILLE, OK | Big Lots Stores, LLC | EASTLAND INC | 12345 E SKELLY DR, TULSA, OK, 74128-2411 | 2/28/2025 |
| 34. | 5189 | 707 US HIGHWAY 41 SCHERERVILLE, IN | Big Lots Stores, LLC | EC FOUNDATION OF SCHERERVILLE LLC | C/O ETHAN CHRISTOPHER ARIZONA LLC, 6570 W PEORIA AVE, SUITE 110, PEORIA, AZ, 85345 | 2/28/2025 |
| 35. | 1203 | 1815 PULASKI HWY EDGEWOOD, MD | Big Lots Stores, LLC | EDGEWATER PARTNERSHIP LP | 601 EAST PRATT STREET, SUITE 600, BALTIMORE, MD, 21202 | 2/28/2025 |
| 36. | 4610 | 313 EAST TRENTON RD. EDINBURG, TX | Big Lots Stores-PNS, LLC | EDINBURG SRGV LLC | 1200 E CAMPBELL RD STE 108, RICHARDSON, TX, 75081 | 2/28/2025 |
| 37. | 368 | 840 W MAPLE ST HARTVILLE, OH | Big Lots Stores-CSR, LLC | EDISON PARK, LTD. | 6151 WILSON MILLS ROAD, SUITE 100, HIGHLAND HEIGHTS, OH, 44143 | 2/28/2025 |
| 38. | 425 | 5667 S 27TH ST MILWAUKEE, WI | Big Lots Stores, LLC | ELM HOLDINGS 3, LLC | AND ELM HOLDINGS 4, LLC; ATTN: JOE DEVORKIN, 138 BUNTROCK AVE, THIENSVILLE, WI, 53092 | 2/28/2025 |
| 39. | 1760 | 720 S GREEN RIVER RD EVANSVILLE, IN | Big Lots Stores, LLC | EVANSVILLE PARTNERS, LLC | 2926B FOSTER CREIGHTON DR, NASHVILLE, TN, 37204-3719 | 2/28/2025 |
| 40. | 1310 | 706 E LEWIS & CLARK PKWY CLARKSVILLE, IN | Big Lots Stores, LLC | EXPEDITION CENTER, LLC | ATTN: KENNY SCHELL, 6605 SILVER LACE COURT, LOUISVILLE, KY, 40228 | 2/28/2025 |
| 41. | 5268 | 4613 DIXIE HWY FAIRFIELD, OH | Big Lots Stores, LLC | FAIRFIELD PROPERTY, LLC | C/O CARNEGIE COMPANIES, INC, 6190 COCHRAN RD., SUITE A, SOLON, OH, 44139 | 2/28/2025 |
| 42. | 409 | 5450 DIVISION AVE S GRAND RAPIDS, MI | Big Lots Stores, LLC | FAMILY D, LLC | 6925 GOLDENROD AVE. NE, ROCKFORD, MI, 49341 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 43. | 5225 | 480 BOSTON RD BILLERICA, MA | Big Lots Stores, LLC | FB BILLERICA REALTY INVESTORS LLC | C/O RD MANAGEMENT, LLC, 810 SEVENTH AVENUE 10TH FLOOR, NEW YORK, NY, 10019 | 2/28/2025 |
| 44. | 481 | 140 VILLIAGE SHOPPING CTR WESTMINSTER, MD | Big Lots Stores, LLC | FEDDER MANAGEMENT CORPORATION | AUTHORIZED AGENT FOR 140 VILLAGE, 10096 RED RUN BLVD. SUITE 300, OWINGS MILLS, MD, 21117 | 2/28/2025 |
| 45. | 481 - Storage | 140 VILLIAGE SHOPPING CTR WESTMINSTER, MD | Big Lots Stores, LLC | FEDDER MANAGEMENT CORPORATION | AUTHORIZED AGENT FOR 140 VILLAGE, 10096 RED RUN BLVD. SUITE 300, OWINGS MILLS, MD, 21117 | 2/28/2025 |
| 46. | 416 | 300 Unity Plaza LATROBE, PA | Big Lots Stores, LLC | FIRST LATROBE COMPANY | 5 EAST LONG STREET, SUITE 1200, COLUMBUS, OH, 43215 | 2/28/2025 |
| 47. | 5288 | 2528 DAVID H MCLEOD BLVD FLORENCE, SC | Big Lots Stores, LLC | FLORENCE/SAV, LLC | ATTN: PAULA CIHLA, 400 MALL BLVD., SUITE M, SAVANNAH, GA, 31406 | 2/28/2025 |
| 48. | 4220 | 1243 S MISSOURI AVE CLEARWATER, FL | Big Lots Stores-PNS, LLC | FOG CP, LLC | C/O RMC PROPERTY GROUP, 8902 N DALE MABRY, SUITE 200, TAMPA, FL, 33614 | 2/28/2025 |
| 49. | 4556 | 2600 NE HIGHWAY 20 BEND, OR | Big Lots Stores-PNS, LLC | FORUM HOLDINGS, LLC | 200 INTERNATIONAL WAY, SPRINGFIELD, OR, 97477 | 2/28/2025 |
| 50. | 5138 | 275 E CENTRAL ST FRANKLIN, MA | Big Lots Stores, LLC | FRANKLIN SHOPPERS FAIR INC | 396 WASHINGTON ST BOX 325, WELLESLEY, MA, 02481-6209 | 2/28/2025 |
| 51. | 414 | 1575 N TELEGRAPH RD MONROE, MI | Big Lots Stores, LLC | FRENCHTOWN SHOPPING CENTER, LLC | 611 COLE ROAD, MONROE, MI, 48162 | 2/28/2025 |
| 52. | 1860 | 1104 E HIGHWAY 82 GAINESVILLE, TX | Big Lots Stores, LLC | GAINESVILLE REALTY LTD | 15400 KNOLL TRAIL DR STE 201, DALLAS, TX, 75248-7023 | 2/28/2025 |
| 53. | 1188 | 205 E LEFFEL LN SPRINGFIELD, OH | Big Lots Stores, LLC | GALATIANS, LLC | C/O EQUITY INC., 4653 TRUEMAN BLVD, STE 100, COLUMBUS, OH, 43026 | 2/28/2025 |
| 54. | 4471 | 900 US HIGHWAY 491 GALLUP, NM | Big Lots Stores-PNS, LLC | GALLUP CAPITAL, LLC, GALLUP H&K, LLC AND | GALLUP SHAAYA, LLC, 120 EL CAMINO DR., SUITE 116, BEVERLY HILLS, CA, 90212-2723 | 2/28/2025 |
| 55. | 1179 | 2853 CENTRAL DR BEDFORD, TX | Big Lots Stores, LLC | GATOR BEDFORD LLC | 7850 NW 146TH ST 4TH FLOOR, MIAMI LAKES, FL, 33016-1564 | 2/28/2025 |
| 56. | 1794 | 3662 STATE ROUTE 281 STE 1 CORTLAND, NY | Big Lots Stores, LLC | GATOR CORTLANDVILLE PARTNERS | 7850 NW 146TH ST 4TH FL, MIAMI LAKES, FL, 33016-1564 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 57. | 4675 | 7 PLAZA WAY FAIRHAVEN, MA | Big Lots Stores-PNS, LLC | GATOR FAIRHAVEN PARTNERS LTD | C/O GATOR INVESTMENTS, 7850 NW 146TH ST., 4TH FLOOR, MIAMI LAKES, FL, 33016 | 2/28/2025 |
| 58. | 1423 | 207 SWANSEA MALL DR SWANSEA, MA | Big Lots Stores, LLC | GATOR SWANSEA PARTNERS, LLLP | 7850 NW 146TH ST, 4TH FLOOR, MIAMI LAKES, FL, 33016 | 2/28/2025 |
| 59. | 4757 | 1375 ULSTER AVE KINGSTON, NY | Big Lots Stores-PNS, LLC | GBR NEIGHBORHOOD ROAD LLC | C/O GIBRALTAR MANAGEMENT CO., INC., 150 WHITE PLAINS RD., STE 400, TARRYTOWN, NY, 10591 | 2/28/2025 |
| 60. | 5378 | 420 W MCKINLEY AVE MISHAWAKA, IN | Big Lots Stores, LLC | GLC-MAP MCKINLEY TRUST | C/O MIDLAND ATLANTIC PROPERTIES, 8044 MONTGOMERY RD., STE 370, CINCINNATI, OH, 45236 | 2/28/2025 |
| 61. | 1191 | 2132 GLENWOOD SHOPPING PLZ ONEIDA, NY | Big Lots Stores, LLC | GLENWOOD PLAZA, LLC | 3265 MERIDIAN PARKWAY, SUITE 130, WESTON, FL, 33331 | 2/28/2025 |
| 62. | 838 | 1925 CLEVELAND RD WOOSTER, OH | Big Lots Stores-CSR, LLC | GMS MANAGEMENT CO INC | 4645 RICHMOND RD #101, CLEVELAND, OH, 44128-5917 | 2/28/2025 |
| 63. | 235 | 10415 SAINT CHARLES ROCK RD SAINT ANN, MO | Big Lots Stores, LLC | GNHH LLC | 10413 ST CHARLES ROCK ROAD, ST ANN, MO, 63074 | 2/28/2025 |
| 64. | 4698 | 113 GRAND CENTRAL AVE VIENNA, WV | Big Lots Stores-PNS, LLC | GRAND CENTRAL PARKERSBURG LLC | 180 E BROAD ST 20TH FL, COLUMBUS, OH, 43215-3707 | 2/28/2025 |
| 65. | 4663 | 50630 GRATIOT AVE CHESTERFIELD, MI | Big Lots Stores-PNS, LLC | GRATIOT, LLC | C/O ARIZONA PARTNERS RETAIL INVESTMENT, 8300 NORTH HAYDEN ROAD SUITE A200, SCOTTSDALE, AZ, 85258 | 2/28/2025 |
| 66. | 5151 | 691 GRAVOIS BLUFFS BOULEVARD FENTON, MO | Big Lots Stores, LLC | GRAVOIS BLUFFS III, LLC | C/O G. J. GREWE, INC., 639 GRAVOIS BLUFFS BLVD. SUITE D, FENTON, MO, 63026 | 2/28/2025 |
| 67. | 5390 | 5555 YOUNGSTOWN WARREN RD, UNIT 970 NILES, OH | Big Lots Stores-CSR, LLC | GREAT EAST MALL INC | PO BOX 7535, CAROL STREAM, IL, 60197-7535 | 2/28/2025 |
| 68. | 5390 - Storage | 5555 YOUNGSTOWN WARREN RD, UNIT 970 NILES, OH | Big Lots Stores-CSR, LLC | GREAT EAST MALL INC | PO BOX 7535, CAROL STREAM, IL, 60197-7535 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 69. | 5382 | 1650 E COUNTY LINE RD INDIANAPOLIS, IN | Big Lots Stores, LLC | GREENWOOD 153 LLC | C/O KIMCO REALTY CORP, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 2/28/2025 |
| 70. | 4664 | 90 SHOPS AT 5 WAY PLYMOUTH, MA | Big Lots Stores-PNS, LLC | GROVES SHOPS LLC | 31 W 34TH ST STE 1012, NEW YORK, NY, 10001-2946 | 2/28/2025 |
| 71. | 5475 | 331 FREEDOM AVE BURNHAM, PA | Big Lots Stores, LLC | GUMBERG ASSOCIATES-MIFFLIN COUNTY COMMONS | C/O LG REALTY ADVISORS, INC, 535 SMITHFIELD ST. STE 900, PITTSBURGH, PA, 15222 | 2/28/2025 |
| 72. | 1998 | 6425 MCCART AVE FORT WORTH, TX | Big Lots Stores, LLC | HANGORA LIMITED LIABILITY COMPANY | C/O THE WOODMONT COMPANY, 2100 W 7TH STREET, FORT WORTH, TX, 76107 | 2/28/2025 |
| 73. | 840 | 19 HARDY COURT CTR GULFPORT, MS | Big Lots Stores, LLC | HARDY COURT SHOPPING CENTER | C/O WRIGHT, WARD, HATTEN AND GUEL, PLLC, PO BOX 129, GULFPORT, MS, 39502 | 2/28/2025 |
| 74. | 1001 | 231 NORTHGATE DR McMINNVILLE, TN | Big Lots Stores, LLC | HAROLD MARTIN AND | JOE POWELL SHELTON LTD, P.O. BOX 169, MCMINNVILLE, TN, 37110 | 2/28/2025 |
| 75. | 535 | 2653 E SILVER SPRINGS BLVD OCALA, FL | Big Lots Stores, LLC | HART PROPERTIES III, LTD | C/O NOBLE MANAGEMENT CO., 4280 PROFESSIONAL CENTER DR., STE 100, PALM BEACH GARDENS, FL, 33410-4280 | 2/28/2025 |
| 76. | 497 | 1254 E ASH ST PIQUA, OH | Big Lots Stores-CSR, LLC | Harveyco, LLC | TOLSON ENTERPRISES, INC., 7150 W CENTRAL AVE, STE 200, TOLEDO, OH, 43617 | 2/28/2025 |
| 77. | 1118 | 1220 E CENTRAL AVE MIAMISBURG, OH | Big Lots Stores-CSR, LLC | HAUPPAGE PROPERTIES LLC | 1975 HEMPSTEAD TPKE STE 309, EAST MEADOW, NY, 11554-1703 | 2/28/2025 |
| 78. | 1798 | 1941 VETERANS BLVD DUBLIN, GA | Big Lots Stores, LLC | HAUPPAUGE PROPERTIES LLC | ATTN: LISA KENNY, 1975 HEMPSTEAD TPKE STE 309, EAST MEADOW, NY, 11554 | 2/28/2025 |
| 79. | 849 | 34 Putnam Village Dr. Hurrican, WV SCOTT DEPOT, WV | Big Lots Stores, LLC | HAUPPAUGE PROPERTIES LLC | 1975 HEMPSTEAD TURNPIKE STE 309, EAST MEADOW, NY, 11554-1703 | 2/28/2025 |
| 80. | 1228 | 1726 PACIFIC AVE NATRONA HEIGHTS, PA | Big Lots Stores, LLC | HEIGHTS PLAZA PARTNERS, LLC | C/O PRETIUM PROPERTY MANAGEMENT, LLC, PO BOX 2155, HADDONFIELD, NJ, 8033 | 2/28/2025 |
| 81. | 1021 | 701 W PARK AVE GREENWOOD, MS | Big Lots Stores, LLC | HENDERSON INVESTMENT CO., INC. | P.O. BOX 9909, GREENWOOD, MS, 38930 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 82. | 1620 | 103 OLD HICKORY BLVD JACKSON, TN | Big Lots Stores, LLC | HENRY M TURLEY JR | 65 UNION STREET, SUITE 1200, MEMPHIS, TN, 38103 | 2/28/2025 |
| 83. | 4609 | 1346 E FLORENCE BLVD STE 3 CASA GRANDE, AZ | Big Lots Stores-PNS, LLC | HH-CASA GRANDE, LLC | 5050 N 4TH STREET, SUITE 350, PHOENIX, AZ, 85018 | 2/28/2025 |
| 84. | 5400 | 2235 E STATE ST HERMITAGE, PA | Big Lots Stores, LLC | HICKORY PLAZA SHOPPING CENTER, INC. | C/O J.J. GUMBERG CO., AGENT, 1051 BRINTON ROAD, PITTSBURGH, PA, 15221-4599 | 2/28/2025 |
| 85. | 376 | 142 GREEN SPRINGS HWY HOMEWOOD, AL | Big Lots Stores, LLC | HILLCREST SHOPPING CENTER EQUITIES, LLC | C/O ENGEL REALTY COMPANY, LLC, P.O. BOX 187, BIRMINGHAM, AL, 35201-0187 | 2/28/2025 |
| 86. | 5381 | 3201 E LINCOLN HWY MERRILLVILLE, IN | Big Lots Stores, LLC | HOBART INVESTORS LP | C/O NEXT PROPERTY MGMT INC, 5215 OLD ORCHARD ROAD SUITE 880, SKOKIE, IL, 60077 | 2/28/2025 |
| 87. | 258 | 2323 N 6TH ST VINCENNES, IN | Big Lots Stores, LLC | HOGAN REAL ESTATE | 9300 SHELBYVILLE ROAD, SUITE 1300, LOUISVILLE, KY, 40222 | 2/28/2025 |
| 88. | 1446 | 55 CRYSTAL AVE DERRY, NH | Big Lots Stores, LLC | HOOD COMMONS BSD LLC | C/O MADISON PROPERTIES, 3611 14TH AVE., SUITE 552, BROOKLYN, NY, 11218 | 2/28/2025 |
| 89. | 1759 | 4341 KIRK RD YOUNGSTOWN, OH | Big Lots Stores, LLC | HOOVER CAPITAL GROUP, LLC | C/O DEVICCHIO & ASSOCIATES, INC., PO BOX 4643, YOUNGSTOWN, OH, 44515-0643 | 2/28/2025 |
| 90. | 461 | 1629 Old Town Rd CUMBERLAND, MD | Big Lots Stores, LLC | HOUSTON TRIANGLE II, LLC | C/O JAY L. YACKOW, ESQ., 355 POST AVENUE, STE 201, WESTBURY, NY, 11590 | 2/28/2025 |
| 91. | 1676 | 2648 BIENVILLE BLVD OCEAN SPRINGS, MS | Big Lots Stores, LLC | HOWARD CENTER, LLC | ATTN:  LORI MILLER, 306 S. COMMONWEALTH AVE, LOS ANGELES, CA, 90020 | 2/28/2025 |
| 92. | 1989 | 1820 HWY 20 SE STE 128 CONYERS, GA | Big Lots Stores, LLC | HUNTING CREEK RETAIL, LLC | C/O HALE RETAIL GROUP, 1303 HIGHTOWER TRAIL, SUITE 201, ATLANTA, GA, 90025 | 2/28/2025 |
| 93. | 4325 | 135 S HIGHWAY 92 UNIT A SIERRA VISTA, AZ | Big Lots Stores-PNS, LLC | IH SIERRA VISTA LLC | C/O PACIFIC CAPITAL MANAGEMENT, 1400 ROCKY RIDGE DR., STE 150, ROSEVILLE, CA, 95661 | 2/28/2025 |
| 94. | 1396 | 1574 ROUTE 9 WAPPINGERS FALLS, NY | Big Lots Stores, LLC | IMPERIAL IMPROVEMENTS, LLC | C/O DLC MANAGEMENT CORP., 565 TAXTER RD., STE 400, ELMSFORD, NY, 10523 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 95. | 1721 | 2080 N JEFFERSON ST HUNTINGTON, IN | Big Lots Stores, LLC | INDIANA EQUITIES LLC | C/O UNITED PROPERTIES CORP, 1975 HEMPSTEAD TURNPIKE, STE 309, EAST MEADOW, NY, 11554-1703 | 2/28/2025 |
| 96. | 1404 | 1170 CENTRAL AVE DUNKIRK, NY | Big Lots Stores, LLC | IPANEMA NOMI III LLC | ATTN: THIAGO GUERRA, 5150 N MIAMI AVE, MIAMI, FL, 33127 | 2/28/2025 |
| 97. | 1873 | 10541 DIBERVILLE BLVD STE B DIBERVILLE, MS | Big Lots Stores, LLC | IRELAND BILOXI, LTD. | C/O IRELAND COMPANIES, 85 WESTON ROAD, SUITE 101, WESTON, FL, 33326 | 2/28/2025 |
| 98. | 4196 | 950 W AIRPORT FWY IRVING, TX | Big Lots Stores-PNS, LLC | IRVING PLAZA, LLC | C/O JONES LANG LASALLE, 17304 PRESTON RD STE 200, DALLAS, TX, 75252-4631 | 2/28/2025 |
| 99. | 561 | 1825 TAMIAMI TRL PORT CHARLOTTE, FL | Big Lots Stores, LLC | ISRAM VILLAGE MARKETPLACE, LLC | C/O ISRAM REALTY & MANAGEMENT, INC., 506 S.DIXIE HIGHWAY, HALLANDALE, FL, 33009 | 2/28/2025 |
| 100. | 5143 | 9625 CROSSHILL BLVD STE 119 JACKSONVILLE, FL | Big Lots Stores, LLC | JACKSONVILLE MZL, LLC | C/O KATZ PROPERTIES, 254 WEST 31ST STREET 4TH FLOOR, NEW YORK, NY, 10001 | 2/28/2025 |