**Schedule 2**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. [●]** |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (B) ABANDON CERTAIN PERSONAL PROPERTY AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contracts and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**") or, for a real property Lease, the later of (A) the Rejection Date; (B) the date upon which the applicable Debtor surrenders in writing (including via email) the premises to the landlord and returns the keys, key codes, or security codes, as applicable (or certifies in writing that the landlord is authorized to change the locks); and (C) such other date to which the Debtors and the applicable Counterparty have agreed to.

2. The Debtors are authorized, but not directed, to abandon any abandoned property described on **Schedule 1** attached hereto, and any abandoned property of the Debtors remaining in the leased premises after the Rejection Date shall be deemed abandoned as of the Rejection Date.

3. All applicable landlords or their designees shall be authorized to use or dispose of any abandoned property without notice or liability to any Debtor or consenting non-Debtor third party and without further order of the Court, and, to the extent applicable, the automatic stay is modified to allow such disposition.

4. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

5. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

7. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

8. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

9. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 1. | 1708 | 3396 I 75 BUSINESS SPUR UNIT 1 SAULT SAINTE MARIE, MI | Big Lots Stores, LLC | COUNTRY HOLDINGS LLC | C/O ELENA SHPERLING, 17 N WABASH AVE SUITE 620, CHICAGO, IL, 60602 | 2/28/2025 |
| 2. | 5120 | 54 CROSSING BLVD CLIFTON PARK, NY | Big Lots Stores, LLC | CP CROSSING, LLC | C/O NIGRO COMPANIES, INC., 20 CORPORATE WOODS BLVD, ALBANY, NY, 12211 | 2/28/2025 |
| 3. | 1965 | 200 CLINTON BLVD CLINTON, MS | Big Lots Stores, LLC | CPM ASSOCIATES, L.P. | C/O THE FLETCHER BRIGHT COMPANY, 537 MARKET ST., SUITE 400, CHATTANOOGA, TN, 37402 | 2/28/2025 |
| 4. | 4527 | 108 COLLEGE PARK DR WEATHERFORD, TX | Big Lots Stores-PNS, LLC | CPSC I LIMITED PARTNERSHIP | 3113 SOUTH UNIVERSITY DRIVE, SUITE 600, FORT WORTH, TX, 76109 | 2/28/2025 |
| 5. | 571 | 2507 S FERDON BLVD CRESTVIEW, FL | Big Lots Stores, LLC | CRESTVIEW CORNERS LLC | C/O BURTON PROPERTY GROUP, P.O. BOX 16167, MOBILE, AL, 36616 | 2/28/2025 |
| 6. | 5447 | 4870 MORSE RD COLUMBUS, OH | Big Lots Stores, LLC | CRI NEW ALBANY SQUARE, LLC | C/O CASTO, 250 CIVIC CENTER DR., STE 500, COLUMBUS, OH, 43215 | 2/28/2025 |
| 7. | 1604 | 2310 E SAUNDERS ST LAREDO, TX | Big Lots Stores, LLC | CROSSETT DEVELOPMENT I, LLC - ATTN: J. TAMKIN | C/O TAMKIN DEVELOPMENT CORPORATION, 11755 WILSHIRE BLVD, SUITE 2350, LOS ANGELES, CA, 90025-1569 | 2/28/2025 |
| 8. | 5383 | 100 CROSSROADS PLAZA MOUNT PLEASANT, PA | Big Lots Stores, LLC | CROSSROADS TOWNE CENTER LLC | 4041 LIBERTY AVE STE 201, PITTSBURGH, PA, 15224-1459 | 2/28/2025 |
| 9. | 5321 | 4358 S SCATTERFIELD RD ANDERSON, IN | Big Lots Stores, LLC | CSN LLC | 115 W 8TH STREET, ANDERSON, IN, 46016-1410 | 2/28/2025 |
| 10. | 5173 | 2500 JACKSBORO PIKE STE 1 JACKSBORO, TN | Big Lots Stores, LLC | CUMBERLAND WVR LLC | 176 N MAIN ST STE 210, FLORIDA, NY, 10921-1021 | 2/28/2025 |
| 11. | 1011 | 580 ATLANTA RD STE 210 CUMMING, GA | Big Lots Stores, LLC | CUMMING 400, LLC | C/O MIMMS ENTERPRISES, 85-A MILL STREET, SUITE 100, ROSWELL, GA, 30075 | 2/28/2025 |
| 12. | 1845 | 4109 LEBANON PIKE HERMITAGE, TN | Big Lots Stores, LLC | CUNNINGHAM, MITCHELL & ROCCONI | ATTENTION: LARRY A. ROCCONI, JR., 308 SOUTH 2ND STREET, CLARKSVILLE, TN, 37040 | 2/28/2025 |
| 13. | 1060 | 2300 E SHAWNEE RD MUSKOGEE, OK | Big Lots Stores, LLC | CURTS REALTY LLC | 3119 QUENTIN ROAD, BROOKLYN, NY, 11234 | 2/28/2025 |
| 14. | 4755 | 6708 LAKE WORTH BLVD LAKE WORTH, TX | Big Lots Stores-PNS, LLC | DADRE LAKE WORTH LLC | 4514 COLE AVENUE SUITE 1220, DALLAS, TX, 75205-4175 | 2/28/2025 |
| 15. | 1591 | 103 N POPLAR ST SEARCY, AR | Big Lots Stores, LLC | DALCO PROPERTIES INC | 1560 W BEEBE CAPPS STE A, SEARCY, IL, 72143-5176 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 16. | 1596 | 1026 E BISMARCK EXPY BISMARCK, ND | Big Lots Stores, LLC | DANIEL DEVELOPMENT PARTNERSHIP LLLP | C/O DANIEL COMPANIES, 304 E ROSSER AVENUE, STE 200, BISMARCK, ND, 58501-4012 | 2/28/2025 |
| 17. | 5107 | 35603 S GRATIOT AVE CLINTON TOWNSHIP, MI | Big Lots Stores, LLC | DANIEL G KAMIN MICHIGAN ENTERPRISES | C/O KAMIN REALTY CO., 490 S HIGHLAND AVE, PITTSBURGH, PA, 15206 | 2/28/2025 |
| 18. | 1589 | 8055 US HWY 51 N MILLINGTON, TN | Big Lots Stores, LLC | DANIEL G. KAMIN | C/O KAMIN REALTY CO., 490 SOUTH HIGHLAND AVENUE, PITTSBURGH, PA, 15206 | 2/28/2025 |
| 19. | 1134 | 160 BLANCHARD ST WEST MONROE, LA | Big Lots Stores, LLC | D'ARGENT COMPANIES, LLC | 1460 CENTRE CT, ALEXANDRIA, LA, 71301 | 2/28/2025 |
| 20. | 1780 | 8028 W BROAD ST HENRICO, VA | Big Lots Stores, LLC | DARNESTOWN ROAD PROPERTY L.P. | C/O ALLIANCE COMMERCIAL PROPERTY MGMT, P.O. BOX 9537, GREENSBORO, NC, 27429 | 2/28/2025 |
| 21. | 4719 | 3779 ROME RD PULASKI, NY | Big Lots Stores-PNS, LLC | DAVID G HOLLANDER FAMILY LIMITED PARTERSHIP | C/O SILVER BUILDERS REAL ESTATE CORP., 3109 STIRLING RD., STE 200, FT. LAUDERDALE, FL, 33312 | 2/28/2025 |
| 22. | 5168 | 2842 CHAPEL HILL RD DOUGLASVILLE, GA | Big Lots Stores, LLC | DDR DOUGLASVILLE PAVILION LLC | 3300 ENTERPRISE PARKWAY, ATTN: EXECUTIVE VICE PRESIDENT - LEASING, BEACHWOOD, OH, 44122 | 2/28/2025 |
| 23. | 578 | 4515 LAKE WORTH RD GREENACRES, FL | Big Lots Stores, LLC | DEL VISO, L.L.C. | 21396 MARINA COVE CIRCLE, SUITE J15, AVENTURA, FL, 33180 | 2/28/2025 |
| 24. | 5437 | 159 S SANDUSKY ST DELAWARE, OH | Big Lots Stores-CSR, LLC | DELAWARE SHOPPING CENTER, LLC | C/O ROTH REAL ESTATE GROUP, 395 LIBRARY PARK SOUTH, COLUMBUS, OH, 43215 | 2/28/2025 |
| 25. | 5236 | 275 S. BROADWAY HICKSVILLE, NY | Big Lots Stores, LLC | DELCO DEVELOPMENT CO. OF HICKSVILLE, LP | C/O RUSH PROPERTIES, INC, ONE BARSTOW ROAD SUITE P-3, GREAT NECK, NY, 11021 | 2/28/2025 |
| 26. | 5484 | 6851 SE MARICAMP RD OCALA, FL | Big Lots Stores, LLC | DISCOUNT MINI STORAGE OF OCALA LLC | 1625 BALD KNOB RD, PO BOX 70, SPARTA, NC, 28675-9393 | 2/28/2025 |
| 27. | 4772 | 9669 FM 1960 BYPASS RD W #500 HUMBLE, TX | Big Lots Stores-PNS, LLC | DISTRICT & URBAN (TEXAS) INC. | C/O GREATER HOUSTON GROUP, 19517 DOERRE RD, SPRING , TX , 77379 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 28. | 1986 | 9795 WESTHEIMER RD HOUSTON, TX | Big Lots Stores, LLC | DML WESTCHASE PLAZA LP | 12440 EMILY COURT SUITE 404, SUGAR LAND, TX, 77478 | 2/28/2025 |
| 29. | 1888 | 1800 S FRONTAGE RD STE E VICKSBURG, MS | Big Lots Stores, LLC | DPS ASSOCIATES | C/O SOUTHERN PROPERTY MANAGEMENT, 169 RAMAPO VALLEY RD UNIT ML7, OAKLAND, NJ, 7436 | 2/28/2025 |
| 30. | 553 | 1003 W STATE RD 84 FORT LAUDERDALE, FL | Big Lots Stores, LLC | DTS II PROPERTIES, LLC | C/O PREMIUM ASSET MANAGEMENT, 1111 N PLAZA DR STE 200, SCHAUMBURG, IL, 60173 | 2/28/2025 |
| 31. | 4150 | 7135 VETERANS MEMORIAL BLVD METAIRIE, LA | Big Lots Stores-PNS, LLC | EAGLE ENTERPRISES OF JEFFERSON INC | 5557 CANAL BLVD, NEW ORLEANS, LA, 70124-2745 | 2/28/2025 |
| 32. | 1882 | 204-A THOMPSON ST HENDERSONVILLE, NC | Big Lots Stores, LLC | EAST RIDGE CROSSING, LLC | ATTN: REAL ESTATE DEPARTMENT, PO BOX 6676, ASHEVILLE, NC, 28816 | 2/28/2025 |
| 33. | 5385 | 564 SE WASHINGTON BLVD BARTLESVILLE, OK | Big Lots Stores, LLC | EASTLAND INC | 12345 E SKELLY DR, TULSA, OK, 74128-2411 | 2/28/2025 |
| 34. | 5189 | 707 US HIGHWAY 41 SCHERERVILLE, IN | Big Lots Stores, LLC | EC FOUNDATION OF SCHERERVILLE LLC | C/O ETHAN CHRISTOPHER ARIZONA LLC, 6570 W PEORIA AVE, SUITE 110, PEORIA, AZ, 85345 | 2/28/2025 |
| 35. | 1203 | 1815 PULASKI HWY EDGEWOOD, MD | Big Lots Stores, LLC | EDGEWATER PARTNERSHIP LP | 601 EAST PRATT STREET, SUITE 600, BALTIMORE, MD, 21202 | 2/28/2025 |
| 36. | 4610 | 313 EAST TRENTON RD. EDINBURG, TX | Big Lots Stores-PNS, LLC | EDINBURG SRGV LLC | 1200 E CAMPBELL RD STE 108, RICHARDSON, TX, 75081 | 2/28/2025 |
| 37. | 368 | 840 W MAPLE ST HARTVILLE, OH | Big Lots Stores-CSR, LLC | EDISON PARK, LTD. | 6151 WILSON MILLS ROAD, SUITE 100, HIGHLAND HEIGHTS, OH, 44143 | 2/28/2025 |
| 38. | 425 | 5667 S 27TH ST MILWAUKEE, WI | Big Lots Stores, LLC | ELM HOLDINGS 3, LLC | AND ELM HOLDINGS 4, LLC; ATTN: JOE DEVORKIN, 138 BUNTROCK AVE, THIENSVILLE, WI, 53092 | 2/28/2025 |
| 39. | 1760 | 720 S GREEN RIVER RD EVANSVILLE, IN | Big Lots Stores, LLC | EVANSVILLE PARTNERS, LLC | 2926B FOSTER CREIGHTON DR, NASHVILLE, TN, 37204-3719 | 2/28/2025 |
| 40. | 1310 | 706 E LEWIS & CLARK PKWY CLARKSVILLE, IN | Big Lots Stores, LLC | EXPEDITION CENTER, LLC | ATTN: KENNY SCHELL, 6605 SILVER LACE COURT, LOUISVILLE, KY, 40228 | 2/28/2025 |
| 41. | 5268 | 4613 DIXIE HWY FAIRFIELD, OH | Big Lots Stores, LLC | FAIRFIELD PROPERTY, LLC | C/O CARNEGIE COMPANIES, INC, 6190 COCHRAN RD., SUITE A, SOLON, OH, 44139 | 2/28/2025 |
| 42. | 409 | 5450 DIVISION AVE S GRAND RAPIDS, MI | Big Lots Stores, LLC | FAMILY D, LLC | 6925 GOLDENROD AVE. NE, ROCKFORD, MI, 49341 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 43. | 5225 | 480 BOSTON RD BILLERICA, MA | Big Lots Stores, LLC | FB BILLERICA REALTY INVESTORS LLC | C/O RD MANAGEMENT, LLC, 810 SEVENTH AVENUE 10TH FLOOR, NEW YORK, NY, 10019 | 2/28/2025 |
| 44. | 481 | 140 VILLIAGE SHOPPING CTR WESTMINSTER, MD | Big Lots Stores, LLC | FEDDER MANAGEMENT CORPORATION | AUTHORIZED AGENT FOR 140 VILLAGE, 10096 RED RUN BLVD. SUITE 300, OWINGS MILLS, MD, 21117 | 2/28/2025 |
| 45. | 481 - Storage | 140 VILLIAGE SHOPPING CTR WESTMINSTER, MD | Big Lots Stores, LLC | FEDDER MANAGEMENT CORPORATION | AUTHORIZED AGENT FOR 140 VILLAGE, 10096 RED RUN BLVD. SUITE 300, OWINGS MILLS, MD, 21117 | 2/28/2025 |
| 46. | 416 | 300 Unity Plaza LATROBE, PA | Big Lots Stores, LLC | FIRST LATROBE COMPANY | 5 EAST LONG STREET, SUITE 1200, COLUMBUS, OH, 43215 | 2/28/2025 |
| 47. | 5288 | 2528 DAVID H MCLEOD BLVD FLORENCE, SC | Big Lots Stores, LLC | FLORENCE/SAV, LLC | ATTN: PAULA CIHLA, 400 MALL BLVD., SUITE M, SAVANNAH, GA, 31406 | 2/28/2025 |
| 48. | 4220 | 1243 S MISSOURI AVE CLEARWATER, FL | Big Lots Stores-PNS, LLC | FOG CP, LLC | C/O RMC PROPERTY GROUP, 8902 N DALE MABRY, SUITE 200, TAMPA, FL, 33614 | 2/28/2025 |
| 49. | 4556 | 2600 NE HIGHWAY 20 BEND, OR | Big Lots Stores-PNS, LLC | FORUM HOLDINGS, LLC | 200 INTERNATIONAL WAY, SPRINGFIELD, OR, 97477 | 2/28/2025 |
| 50. | 5138 | 275 E CENTRAL ST FRANKLIN, MA | Big Lots Stores, LLC | FRANKLIN SHOPPERS FAIR INC | 396 WASHINGTON ST BOX 325, WELLESLEY, MA, 02481-6209 | 2/28/2025 |
| 51. | 414 | 1575 N TELEGRAPH RD MONROE, MI | Big Lots Stores, LLC | FRENCHTOWN SHOPPING CENTER, LLC | 611 COLE ROAD, MONROE, MI, 48162 | 2/28/2025 |
| 52. | 1860 | 1104 E HIGHWAY 82 GAINESVILLE, TX | Big Lots Stores, LLC | GAINESVILLE REALTY LTD | 15400 KNOLL TRAIL DR STE 201, DALLAS, TX, 75248-7023 | 2/28/2025 |
| 53. | 1188 | 205 E LEFFEL LN SPRINGFIELD, OH | Big Lots Stores, LLC | GALATIANS, LLC | C/O EQUITY INC., 4653 TRUEMAN BLVD, STE 100, COLUMBUS, OH, 43026 | 2/28/2025 |
| 54. | 4471 | 900 US HIGHWAY 491 GALLUP, NM | Big Lots Stores-PNS, LLC | GALLUP CAPITAL, LLC, GALLUP H&K, LLC AND | GALLUP SHAAYA, LLC, 120 EL CAMINO DR., SUITE 116, BEVERLY HILLS, CA, 90212-2723 | 2/28/2025 |
| 55. | 1179 | 2853 CENTRAL DR BEDFORD, TX | Big Lots Stores, LLC | GATOR BEDFORD LLC | 7850 NW 146TH ST 4TH FLOOR, MIAMI LAKES, FL, 33016-1564 | 2/28/2025 |
| 56. | 1794 | 3662 STATE ROUTE 281 STE 1 CORTLAND, NY | Big Lots Stores, LLC | GATOR CORTLANDVILLE PARTNERS | 7850 NW 146TH ST 4TH FL, MIAMI LAKES, FL, 33016-1564 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 57. | 4675 | 7 PLAZA WAY FAIRHAVEN, MA | Big Lots Stores-PNS, LLC | GATOR FAIRHAVEN PARTNERS LTD | C/O GATOR INVESTMENTS, 7850 NW 146TH ST., 4TH FLOOR, MIAMI LAKES, FL, 33016 | 2/28/2025 |
| 58. | 1423 | 207 SWANSEA MALL DR SWANSEA, MA | Big Lots Stores, LLC | GATOR SWANSEA PARTNERS, LLLP | 7850 NW 146TH ST, 4TH FLOOR, MIAMI LAKES, FL, 33016 | 2/28/2025 |
| 59. | 4757 | 1375 ULSTER AVE KINGSTON, NY | Big Lots Stores-PNS, LLC | GBR NEIGHBORHOOD ROAD LLC | C/O GIBRALTAR MANAGEMENT CO., INC., 150 WHITE PLAINS RD., STE 400, TARRYTOWN, NY, 10591 | 2/28/2025 |
| 60. | 5378 | 420 W MCKINLEY AVE MISHAWAKA, IN | Big Lots Stores, LLC | GLC-MAP MCKINLEY TRUST | C/O MIDLAND ATLANTIC PROPERTIES, 8044 MONTGOMERY RD., STE 370, CINCINNATI, OH, 45236 | 2/28/2025 |
| 61. | 1191 | 2132 GLENWOOD SHOPPING PLZ ONEIDA, NY | Big Lots Stores, LLC | GLENWOOD PLAZA, LLC | 3265 MERIDIAN PARKWAY, SUITE 130, WESTON, FL, 33331 | 2/28/2025 |
| 62. | 838 | 1925 CLEVELAND RD WOOSTER, OH | Big Lots Stores-CSR, LLC | GMS MANAGEMENT CO INC | 4645 RICHMOND RD #101, CLEVELAND, OH, 44128-5917 | 2/28/2025 |
| 63. | 235 | 10415 SAINT CHARLES ROCK RD SAINT ANN, MO | Big Lots Stores, LLC | GNHH LLC | 10413 ST CHARLES ROCK ROAD, ST ANN, MO, 63074 | 2/28/2025 |
| 64. | 4698 | 113 GRAND CENTRAL AVE VIENNA, WV | Big Lots Stores-PNS, LLC | GRAND CENTRAL PARKERSBURG LLC | 180 E BROAD ST 20TH FL, COLUMBUS, OH, 43215-3707 | 2/28/2025 |
| 65. | 4663 | 50630 GRATIOT AVE CHESTERFIELD, MI | Big Lots Stores-PNS, LLC | GRATIOT, LLC | C/O ARIZONA PARTNERS RETAIL INVESTMENT, 8300 NORTH HAYDEN ROAD SUITE A200, SCOTTSDALE, AZ, 85258 | 2/28/2025 |
| 66. | 5151 | 691 GRAVOIS BLUFFS BOULEVARD FENTON, MO | Big Lots Stores, LLC | GRAVOIS BLUFFS III, LLC | C/O G. J. GREWE, INC., 639 GRAVOIS BLUFFS BLVD. SUITE D, FENTON, MO, 63026 | 2/28/2025 |
| 67. | 5390 | 5555 YOUNGSTOWN WARREN RD, UNIT 970 NILES, OH | Big Lots Stores-CSR, LLC | GREAT EAST MALL INC | PO BOX 7535, CAROL STREAM, IL, 60197-7535 | 2/28/2025 |
| 68. | 5390 - Storage | 5555 YOUNGSTOWN WARREN RD, UNIT 970 NILES, OH | Big Lots Stores-CSR, LLC | GREAT EAST MALL INC | PO BOX 7535, CAROL STREAM, IL, 60197-7535 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 69. | 5382 | 1650 E COUNTY LINE RD INDIANAPOLIS, IN | Big Lots Stores, LLC | GREENWOOD 153 LLC | C/O KIMCO REALTY CORP, 500 NORTH BROADWAY, SUITE 201, PO BOX 9010, JERICHO, NY, 11753 | 2/28/2025 |
| 70. | 4664 | 90 SHOPS AT 5 WAY PLYMOUTH, MA | Big Lots Stores-PNS, LLC | GROVES SHOPS LLC | 31 W 34TH ST STE 1012, NEW YORK, NY, 10001-2946 | 2/28/2025 |
| 71. | 5475 | 331 FREEDOM AVE BURNHAM, PA | Big Lots Stores, LLC | GUMBERG ASSOCIATES-MIFFLIN COUNTY COMMONS | C/O LG REALTY ADVISORS, INC, 535 SMITHFIELD ST. STE 900, PITTSBURGH, PA, 15222 | 2/28/2025 |
| 72. | 1998 | 6425 MCCART AVE FORT WORTH, TX | Big Lots Stores, LLC | HANGORA LIMITED LIABILITY COMPANY | C/O THE WOODMONT COMPANY, 2100 W 7TH STREET, FORT WORTH, TX, 76107 | 2/28/2025 |
| 73. | 840 | 19 HARDY COURT CTR GULFPORT, MS | Big Lots Stores, LLC | HARDY COURT SHOPPING CENTER | C/O WRIGHT, WARD, HATTEN AND GUEL, PLLC, PO BOX 129, GULFPORT, MS, 39502 | 2/28/2025 |
| 74. | 1001 | 231 NORTHGATE DR McMINNVILLE, TN | Big Lots Stores, LLC | HAROLD MARTIN AND | JOE POWELL SHELTON LTD, P.O. BOX 169, MCMINNVILLE, TN, 37110 | 2/28/2025 |
| 75. | 535 | 2653 E SILVER SPRINGS BLVD OCALA, FL | Big Lots Stores, LLC | HART PROPERTIES III, LTD | C/O NOBLE MANAGEMENT CO., 4280 PROFESSIONAL CENTER DR., STE 100, PALM BEACH GARDENS, FL, 33410-4280 | 2/28/2025 |
| 76. | 497 | 1254 E ASH ST PIQUA, OH | Big Lots Stores-CSR, LLC | Harveyco, LLC | TOLSON ENTERPRISES, INC., 7150 W CENTRAL AVE, STE 200, TOLEDO, OH, 43617 | 2/28/2025 |
| 77. | 1118 | 1220 E CENTRAL AVE MIAMISBURG, OH | Big Lots Stores-CSR, LLC | HAUPPAGE PROPERTIES LLC | 1975 HEMPSTEAD TPKE STE 309, EAST MEADOW, NY, 11554-1703 | 2/28/2025 |
| 78. | 1798 | 1941 VETERANS BLVD DUBLIN, GA | Big Lots Stores, LLC | HAUPPAUGE PROPERTIES LLC | ATTN: LISA KENNY, 1975 HEMPSTEAD TPKE STE 309, EAST MEADOW, NY, 11554 | 2/28/2025 |
| 79. | 849 | 34 Putnam Village Dr. Hurrican, WV SCOTT DEPOT, WV | Big Lots Stores, LLC | HAUPPAUGE PROPERTIES LLC | 1975 HEMPSTEAD TURNPIKE STE 309, EAST MEADOW, NY, 11554-1703 | 2/28/2025 |
| 80. | 1228 | 1726 PACIFIC AVE NATRONA HEIGHTS, PA | Big Lots Stores, LLC | HEIGHTS PLAZA PARTNERS, LLC | C/O PRETIUM PROPERTY MANAGEMENT, LLC, PO BOX 2155, HADDONFIELD, NJ, 8033 | 2/28/2025 |
| 81. | 1021 | 701 W PARK AVE GREENWOOD, MS | Big Lots Stores, LLC | HENDERSON INVESTMENT CO., INC. | P.O. BOX 9909, GREENWOOD, MS, 38930 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 82. | 1620 | 103 OLD HICKORY BLVD JACKSON, TN | Big Lots Stores, LLC | HENRY M TURLEY JR | 65 UNION STREET, SUITE 1200, MEMPHIS, TN, 38103 | 2/28/2025 |
| 83. | 4609 | 1346 E FLORENCE BLVD STE 3 CASA GRANDE, AZ | Big Lots Stores-PNS, LLC | HH-CASA GRANDE, LLC | 5050 N 4TH STREET, SUITE 350, PHOENIX, AZ, 85018 | 2/28/2025 |
| 84. | 5400 | 2235 E STATE ST HERMITAGE, PA | Big Lots Stores, LLC | HICKORY PLAZA SHOPPING CENTER, INC. | C/O J.J. GUMBERG CO., AGENT, 1051 BRINTON ROAD, PITTSBURGH, PA, 15221-4599 | 2/28/2025 |
| 85. | 376 | 142 GREEN SPRINGS HWY HOMEWOOD, AL | Big Lots Stores, LLC | HILLCREST SHOPPING CENTER EQUITIES, LLC | C/O ENGEL REALTY COMPANY, LLC, P.O. BOX 187, BIRMINGHAM, AL, 35201-0187 | 2/28/2025 |
| 86. | 5381 | 3201 E LINCOLN HWY MERRILLVILLE, IN | Big Lots Stores, LLC | HOBART INVESTORS LP | C/O NEXT PROPERTY MGMT INC, 5215 OLD ORCHARD ROAD SUITE 880, SKOKIE, IL, 60077 | 2/28/2025 |
| 87. | 258 | 2323 N 6TH ST VINCENNES, IN | Big Lots Stores, LLC | HOGAN REAL ESTATE | 9300 SHELBYVILLE ROAD, SUITE 1300, LOUISVILLE, KY, 40222 | 2/28/2025 |
| 88. | 1446 | 55 CRYSTAL AVE DERRY, NH | Big Lots Stores, LLC | HOOD COMMONS BSD LLC | C/O MADISON PROPERTIES, 3611 14TH AVE., SUITE 552, BROOKLYN, NY, 11218 | 2/28/2025 |
| 89. | 1759 | 4341 KIRK RD YOUNGSTOWN, OH | Big Lots Stores, LLC | HOOVER CAPITAL GROUP, LLC | C/O DEVICCHIO & ASSOCIATES, INC., PO BOX 4643, YOUNGSTOWN, OH, 44515-0643 | 2/28/2025 |
| 90. | 461 | 1629 Old Town Rd CUMBERLAND, MD | Big Lots Stores, LLC | HOUSTON TRIANGLE II, LLC | C/O JAY L. YACKOW, ESQ., 355 POST AVENUE, STE 201, WESTBURY, NY, 11590 | 2/28/2025 |
| 91. | 1676 | 2648 BIENVILLE BLVD OCEAN SPRINGS, MS | Big Lots Stores, LLC | HOWARD CENTER, LLC | ATTN: LORI MILLER, 306 S. COMMONWEALTH AVE, LOS ANGELES, CA, 90020 | 2/28/2025 |
| 92. | 1989 | 1820 HWY 20 SE STE 128 CONYERS, GA | Big Lots Stores, LLC | HUNTING CREEK RETAIL, LLC | C/O HALE RETAIL GROUP, 1303 HIGHTOWER TRAIL, SUITE 201, ATLANTA, GA, 90025 | 2/28/2025 |
| 93. | 4325 | 135 S HIGHWAY 92 UNIT A SIERRA VISTA, AZ | Big Lots Stores-PNS, LLC | IH SIERRA VISTA LLC | C/O PACIFIC CAPITAL MANAGEMENT, 1400 ROCKY RIDGE DR., STE 150, ROSEVILLE, CA, 95661 | 2/28/2025 |
| 94. | 1396 | 1574 ROUTE 9 WAPPINGERS FALLS, NY | Big Lots Stores, LLC | IMPERIAL IMPROVEMENTS, LLC | C/O DLC MANAGEMENT CORP., 565 TAXTER RD., STE 400, ELMSFORD, NY, 10523 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 95. | 1721 | 2080 N JEFFERSON ST HUNTINGTON, IN | Big Lots Stores, LLC | INDIANA EQUITIES LLC | C/O UNITED PROPERTIES CORP, 1975 HEMPSTEAD TURNPIKE, STE 309, EAST MEADOW, NY, 11554-1703 | 2/28/2025 |
| 96. | 1404 | 1170 CENTRAL AVE DUNKIRK, NY | Big Lots Stores, LLC | IPANEMA NOMI III LLC | ATTN: THIAGO GUERRA, 5150 N MIAMI AVE, MIAMI, FL, 33127 | 2/28/2025 |
| 97. | 1873 | 10541 DIBERVILLE BLVD STE B DIBERVILLE, MS | Big Lots Stores, LLC | IRELAND BILOXI, LTD. | C/O IRELAND COMPANIES, 85 WESTON ROAD, SUITE 101, WESTON, FL, 33326 | 2/28/2025 |
| 98. | 4196 | 950 W AIRPORT FWY IRVING, TX | Big Lots Stores-PNS, LLC | IRVING PLAZA, LLC | C/O JONES LANG LASALLE, 17304 PRESTON RD STE 200, DALLAS, TX, 75252-4631 | 2/28/2025 |
| 99. | 561 | 1825 TAMIAMI TRL PORT CHARLOTTE, FL | Big Lots Stores, LLC | ISRAM VILLAGE MARKETPLACE, LLC | C/O ISRAM REALTY & MANAGEMENT, INC., 506 S.DIXIE HIGHWAY, HALLANDALE, FL, 33009 | 2/28/2025 |
| 100. | 5143 | 9625 CROSSHILL BLVD STE 119 JACKSONVILLE, FL | Big Lots Stores, LLC | JACKSONVILLE MZL, LLC | C/O KATZ PROPERTIES, 254 WEST 31ST STREET 4TH FLOOR, NEW YORK, NY, 10001 | 2/28/2025 |