**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 1. | 4526 | 1580 KELLER PKWY STE 50B KELLER, TX | Big Lots Stores-PNS, LLC | JAHCO KELLER CROSSING LLC | PO BOX 14586, OKLAHOMA CITY, OK, 73113-0586 | 2/28/2025 |
| 2. | 1570 | 142 FINLEY RD BELLE VERNON, PA | Big Lots Stores, LLC | JAMES C. KOEHLER | DBA KOEHLER BROTHERS, 655 FOX RUN RD., SUITE B, FINDLAY, OH, 45840 | 2/28/2025 |
| 3. | 255 | 1345 CLIFTY DR MADISON, IN | Big Lots Stores, LLC | JC WAREHOUSE LLC | PO BOX 1108, MADISON, IN, 47250 | 2/28/2025 |
| 4. | 1027 | 2222 TEXOMA PKWY SHERMAN, TX | Big Lots Stores, LLC | JEFFNAN USA, INC. | C/O MILLER PROPERTIES, 8400 COTE DE LIESSE, SUITE 200, ST. LAURENT, QUEBEC, , H4T 1G7 | 2/28/2025 |
| 5. | 1079 | 1755 SOUTHGATE PKWY CAMBRIDGE, OH | Big Lots Stores-CSR, LLC | JERALD L. MOSS | 405 KEN MAR PARKWAY, CLEVELAND, OH, 44147 | 2/28/2025 |
| 6. | 1908 | 2513 N MAIN ST ROSWELL, NM | Big Lots Stores, LLC | JFP-AG/ROSWELL, LLC | C/O JEFFREY W JOHNSON, 12301 GARWOOD DEAN, TRUCKEE, CA, 96161 | 2/28/2025 |
| 7. | 1737 | 310 E END CTR WILKES BARRE, PA | Big Lots Stores, LLC | JOE AMATO EAST END CENTRE, LP | ATTN: JOE AMATO, PO BOX 615, WILKES-BARRE, PA, 18703 | 2/28/2025 |
| 8. | 4562 | 2014 S. EXPRESSWAY 83 HARLINGEN, TX | Big Lots Stores-PNS, LLC | JPMCC 2007-LDP12 SOUTH EXPRESSWAY 83, LLC | C/O PROEQUITY ASSET MANAGEMENT CORP, 4980 HILLSDALE CIRCLE, STE A, EL DORADO HILLS, CA, 95762 | 2/28/2025 |
| 9. | 1022 | 1125 ARSENAL ST WATERTOWN, NY | Big Lots Stores, LLC | JUSTWATER, LLC | 1 DOCK STREET, SUITE 101, STAMFORD, CT, 6902 | 2/28/2025 |
| 10. | 1831 | 240 W AIRLINE HWY LA PLACE, LA | Big Lots Stores, LLC | KHAN PROPERTIES INC | 4841 FOLSE DRIVE, METAIRIE, LA, 70006-1116 | 2/28/2025 |
| 11. | 1046 | 204 CEDAR SPRINGS RD SPARTANBURG, SC | Big Lots Stores, LLC | KHANH QUANG TRAN | 410 KILLINGTON CT., COLUMBIA, SC, 29212 | 2/28/2025 |
| 12. | 4145 | 4400 S BROADWAY AVE TYLER, TX | Big Lots Stores-PNS, LLC | KIN PROPERTIES, INC | 185 NW SPANISH RIVER BLVD., TENANT 100007104, BOCA RATON, FL, 33431-4230 | 2/28/2025 |
| 13. | 4643 | 634 COUNTY ROAD 10 NE BLAINE, MN | Big Lots Stores-PNS, LLC | KRAUS-ANDERSON, INCORPORATED | C/O KRAUS-ANDERSON REALTY COMPANY, 501 S. EIGHTH STREET, MINNEAPOLIS, MN, 55404 | 2/28/2025 |
| 14. | 1964 | 5807 E SAM HOUSTON PKWY N STE A HOUSTON, TX | Big Lots Stores, LLC | KRG HOUSTON NEW FOREST, LLC | ATTN: LEGAL DEPARTMENT, 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN, 46204 | 2/28/2025 |
| 15. | 58 | 370 KROGER CTR MOREHEAD, KY | Big Lots Stores, LLC | KROGER CENTER MOREHEAD LLC | 924 SMITH COURT, BOWLING GREEN, KY, 42103 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 16. | 132 | 2050 S 22ND ST LAFAYETTE, IN | Big Lots Stores, LLC | LAFAYETTE STATION LLC | C/O PHILLIPS EDISON & CO., ATTN LEASE AD, 11501 NORTHLAKE DRIVE, CINCINNATI, OH, 45249-1669 | 2/28/2025 |
| 17. | 1261 | 1907 WOODSPRINGS RD JONESBORO, AR | Big Lots Stores, LLC | LANE LAND COMPANY, INC. | P.O. BOX 242403, LITTLE ROCK, AR, 72223-2403 | 2/28/2025 |
| 18. | 804 | 1280 N HENDERSON ST GALESBURG, IL | Big Lots Stores, LLC | LARSON FAMILY REAL ESTATE LLLP | 3505 HIGH POINT DR N, OAKDALE, MN, 55128 | 2/28/2025 |
| 19. | 265 | 3905 WINSTON AVE COVINGTON, KY | Big Lots Stores, LLC | LATONIA COMMERCE, LLC | C/O CURO MGMT, 121 E 4TH ST, COVINGTON, KY, 41011 | 2/28/2025 |
| 20. | 1524 | 1910 HWY 15 N LAUREL, MS | Big Lots Stores, LLC | LAUREL PIONEER LLC | C/O SOUTHERN PROPERTY MANAGEMENT, 169 RAMAPO VALLEY RD UNIT ML7, OAKLAND, NJ, 7436 | 2/28/2025 |
| 21. | 5097 | 32 MALPHRUS RD STE 111 BLUFFTON, SC | Big Lots Stores, LLC | LCVB LLC | 4685 MACARTHUR CT STE 375, NEWPORT BEACH, CA, 92660-1854 | 2/28/2025 |
| 22. | 820 | 726 E MAIN ST LEBANON, OH | Big Lots Stores-CSR, LLC | LEATHERY FAMILY ENTERPRISES, LTD | 5 EAST LONG STREET, COLUMBUS, OH, 43215 | 2/28/2025 |
| 23. | 4444 | 2141 E 12TH ST CASPER, WY | Big Lots Stores-PNS, LLC | LEEVERS DEVELOPMENT LLC | 500 WILCOX ST, CASTLE ROCK, CO, 80104-1737 | 2/28/2025 |
| 24. | 4633 | 1810 19TH AVENUE LEWISTON, ID | Big Lots Stores-PNS, LLC | LEWISTON CENTER EQUITIES LLC | 14 STEUBEN LANE, JACKSON, NJ, 8527 | 2/28/2025 |
| 25. | 346 | 5518 NEW CUT RD LOUISVILLE, KY | Big Lots Stores, LLC | LILLIAN S. FITZGIBBON LIMITED | C/O DUNCAN COMMERCIAL REALTORS, 150 THIERMAN LANE, LOUISVILLE, KY, 40207-5010 | 2/28/2025 |
| 26. | 5099 | 2100 HARDING HIGHWAY LIMA, OH | Big Lots Stores, LLC | LIMA EASTGATE, L.L.C. | C/O FIRST COMMERCIAL REALTY, 27600 NORTHWESTERN HWY SUITE 200, SOUTHFIELD, MI, 48334 | 2/28/2025 |
| 27. | 4714 | 1251 STATE ROUTE 29 GREENWICH, NY | Big Lots Stores-PNS, LLC | LJG GREENWICH NY LLC | 150 WHITE PLAINS RD, TARRYTOWN, NY, 10591-5535 | 2/28/2025 |
| 28. | 1915 | 5402 4TH ST UNIT 2 LUBBOCK, TX | Big Lots Stores, LLC | LUBBOCK COMMONS GROUP LLC | 15815 WILLOWBROOK LN, FRISCO, TX, 75035-1665 | 2/28/2025 |
| 29. | 1090 | 2485 N COLUMBIA ST STE 108 MILLEDGEVILLE, GA | Big Lots Stores, LLC | M.B.D. PROPERTIES, LLC | 3669 N PEACHTREE RD, SUITE 200, CHAMBLEE, GA, 30341 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 30. | 1003 | 160 MARKET SQ CARTERSVILLE, GA | Big Lots Stores, LLC | MALON D. MIMMS | DBA MARKET SQUARE - BARTOW, LLC, 85-A MILL STREET, SUITE 100, ROSWELL, GA, 30075 | 2/28/2025 |
| 31. | 5485 | 228 W MAIN ST, STE 14 MALONE, NY | Big Lots Stores, LLC | MALONE PLAZA PARTNERS LLC | 2926B FOSTER CREIGHTON DRIVE, NASHVILLE, TN, 37204-3719 | 2/28/2025 |
| 32. | 1226 | 6128 STELLHORN RD FORT WAYNE, IN | Big Lots Stores, LLC | MAPLEWOOD PLAZA | P.O. BOX 6767, MALIBU, CA, 90264 | 2/28/2025 |
| 33. | 4524 | 3320 N STOCKTON HILLS RD STE D1 KINGMAN, AZ | Big Lots Stores-PNS, LLC | MARIPOSA PLAZA LLC | C/O PCM GROUP INC., PO BOX 53730, IRVINE, CA, 92619 | 2/28/2025 |
| 34. | 1862 | 109 E END BLVD N MARSHALL, TX | Big Lots Stores, LLC | MARSHALL CROSSROADS REALTY LLC | 3119 QUENTIN RD, BROOKLYN, NY, 11234 | 2/28/2025 |
| 35. | 5429 | 99 MATTHEW DR, STE 107 UNIONTOWN, PA | Big Lots Stores, LLC | MATTHEW DRIVE REALTY LLC | 420 MEADOW RUN RD, OHIOPYLE, PA, 15470-1241 | 2/28/2025 |
| 36. | 4743 | 2221 MAIN ST COLLINS, NY | Big Lots Stores-PNS, LLC | MBM INVESTMENTS LLC | 5050 BELMONT AVENUE, YOUNGSTOWN, OH, 44505 | 2/28/2025 |
| 37. | 5103 | 2525 CLEANLEIGH DR PARKVILLE, MD | Big Lots Stores, LLC | MCBH PARKWAY CROSSING, LLC | C/O MCB REAL ESTATE, LLC, 2002 CLIPPER PARK RD STE 105, BALTIMORE, MD, 21211-1494 | 2/28/2025 |
| 38. | 410 | 4645 MORSE CENTRE RD COLUMBUS, OH | Big Lots Stores-CSR, LLC | MC-NC, LLC | C/O WALPERT PROPERTIES, INC., 12295 OLIVE BLVD., ST. LOUIS, MO, 63141 | 2/28/2025 |
| 39. | 1063 | 107 SAINT FRANCOIS PLZ PARK HILLS, MO | Big Lots Stores, LLC | MD DEVELOPMENT GROUP LLC | 14458 WHITE BIRCH VALLEY LN, CHESTERFIELD, MO, 63017-2416 | 2/28/2025 |
| 40. | 4608 | 4905 WEST WACO DRIVE WACO, TX | Big Lots Stores-PNS, LLC | MDC COAST 18, LLC | C/O REALTY INCOME CORPORATION, 11995 EL CAMMINO REAL, SAN DIEGO, CA, 92130 | 2/28/2025 |
| 41. | 5246 | 4439 GOVERNOR PRINTZ BLVD WILMINGTON, DE | Big Lots Stores, LLC | MERCHANTS SQUARE I LLC | C/O AP REALTY GROUP LLC, 2 RIGHTER PARKWAY, SUITE 301, WILMINGTON, DE, 19083 | 2/28/2025 |
| 42. | 4134 | 6300 RUFE SNOW DR FORT WORTH, TX | Big Lots Stores-PNS, LLC | MESILLA VALLEY BUSINESS PARTNERS, LLC | C/O MIMCO, INC., 6500 MONTANA AVENUE, EL PASO, TX, 79925-2129 | 2/28/2025 |
| 43. | 1606 | 40 JACKSON ST METHUEN, MA | Big Lots Stores, LLC | METHUEN VENTURE LIMITED PARTNERSHIP | C/O ALLEN ASSOCIATES PROPERTIES, INC, P.O. BOX 590249, NEWTON CENTRE, MA, 2459 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 44. | 446 | 1421 38TH ST PERU, IL | Big Lots Stores, LLC | MICHAEL DEBO AND JANICE DEBO | AND BARBARA DEBO, 1713 FOURTH STREET, PERU, IL, 61354-0000 | 2/28/2025 |
| 45. | 5362 | 4110 FRANKLIN ST MICHIGAN CITY, IN | Big Lots Stores, LLC | MICHIGAN CITY PLAZA LIMITED PARTNERSHIP | C/O AMERICAN ASSET MGMT SERVICES, 4711 W. GOLF ROAD, SUITE 1000, SKOKIE, IL, 60076-1235 | 2/28/2025 |
| 46. | 5492 | 39 NORTH PLANK RD NEWBURGH, NY | Big Lots Stores-PNS, LLC | MID VALLEY IMPROVEMETNS OWNER LLC | C/O DLC MANAGEMENT CORP., 565 TAXTER RD., 4TH FLOOR, ELMSFORD, NY, 10523 | 2/28/2025 |
| 47. | 1222 | 164 WOODMAN DR DAYTON, OH | Big Lots Stores-CSR, LLC | MIDAMCO | 3333 RICHMOND RD STE 350, BEACHWOOD, OH, 44122-4166 | 2/28/2025 |
| 48. | 1880 | 7005 CLAIRTON RD WEST MIFFLIN, PA | Big Lots Stores, LLC | MIFFLIN PENN REALTY LLC | C/O NAMDAR REALTY GROUP, 150 GREAT NECK ROAD, SUITE 304, GREAT NECK, NY, 11021-3309 | 2/28/2025 |
| 49. | 1448 | 2349 LEHIGH ST ALLENTOWN, PA | Big Lots Stores, LLC | MILELLI REALTY-LEHIGH STREET, L.L.C. | C/O MILELLI REALTY, 900 LANIDEX PLAZA, STE 113, PARSIPPANY, NJ, 7054 | 2/28/2025 |
| 50. | 5326 | 101 BLUEBIRD LN MILLVILLE, NJ | Big Lots Stores, LLC | MILLVILLE EQUITY INVESTMENTS, LLC | ATTN: ARTHUR H. THOMAS, PRESIDENT, 917 HIGHMEADOW COURT, LANCASTER, PA, 17601 | 2/28/2025 |
| 51. | 1963 | 2902 GOLIAD RD STE 116 SAN ANTONIO, TX | Big Lots Stores, LLC | MIMCO INC | 6500 MONTANA AVE, EL PASO, TX, 79925-2129 | 2/28/2025 |
| 52. | 1393 | 1262 MILLERSVILLE PIKE LANCASTER, PA | Big Lots Stores, LLC | MONTGOMERY ACQUISITION LP | C/O WRG USA, INC, 8 INDUSTRIAL WAY EAST, #2, EATONTOWN, NJ, 07724-3317 | 2/28/2025 |
| 53. | 5142 | 1203 N COMMERCE STREET ARDMORE, OK | Big Lots Stores, LLC | MOUNTAIN VIEW MIDSTAR LLC | 500 GRAPEVINE HWY STE 224, HURST, TX, 76054-2707 | 2/28/2025 |
| 54. | 490 | 1875 W GENESEE ST LAPEER, MI | Big Lots Stores, LLC | N&H LAPEER LIMITED PARTNERSHIP | 115 W BROWN ST, BIRMINGHAM, MI, 48009-6018 | 2/28/2025 |
| 55. | 137 | 440 NEW ALBANY PLZ NEW ALBANY, IN | Big Lots Stores, LLC | NEW ALBANY PLAZA, LLC | C/O CG COMMERCIAL REAL ESTATE INC, PO BOX 43785, LOUISVILLE, KY, 40253 | 2/28/2025 |
| 56. | 1131 | 2729 NEW BOSTON RD TEXARKANA, TX | Big Lots Stores, LLC | NEW BOSTON RETAIL GROUP, LLC | JOHN O'SHAUGHNESSY, 9526 WESTMINSTER GLEN, AUSTIN, TX, 78730 | 2/28/2025 |
| 57. | 198 | 14659 N US HWY 25 E STE 41 CORBIN, KY | Big Lots Stores, LLC | NEW PORT RICHEY DVLPMNT CO LLC | C/O CHASE PROPERTIES LTD, 3333 RICHMOND ROAD, STE 320, BEACHWOOD, OH, 44122 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 58. | 4525 | 152 WESTERN AVE AUGUSTA, ME | Big Lots Stores-PNS, LLC | NNM REALTY TRUST | 16 CASCO STREET, ST PORTLAND, ME, 04101-2903 | 2/28/2025 |
| 59. | 5223 | 550 MOUNT PLEASANT AVE DOVER, NJ | Big Lots Stores, LLC | NNN REIT, INC. | ATTN: GENERAL COUNSEL, 450 SOUTH ORANGE AVE STE 900, ORLANDO, FL, 32801 | 2/28/2025 |
| 60. | 1215 | 8563 WATSON RD WEBSTER GROVES, MO | Big Lots Stores, LLC | NNN REIT, LP | ATTN: GENERAL COUNSEL, 450 SOUTH ORANGE AVE STE 900, ORLANDO, FL, 32801 | 2/28/2025 |
| 61. | 1617 | 1659 N EXPRESSWAY GRIFFIN, GA | Big Lots Stores, LLC | NORTH GRIFFIN SQUARE LLC | C/O HALPERN ENTERPRISES, 5200 ROSWELL ROAD, ATLANTA, GA, 30342 | 2/28/2025 |
| 62. | 1784 | 8901 N KNOXVILLE AVE PEORIA, IL | Big Lots Stores, LLC | NP INVESCO, L.L.C. | C/O D. JOSEPH SONS & ASSOCIATES, 5001 N. UNIVERSITY, PEORIA, IL, 61614 | 2/28/2025 |
| 63. | 1640 | 940 MALL RD FRACKVILLE, PA | Big Lots Stores, LLC | NP-AC INDUSTRIAL HOLDINGS, LLC | ATTN: NATHANIEL HAGEDORN, 3315 NORTH OAK TRAFFICWAY, KANSAS CITY, MO, 64116 | 2/28/2025 |
| 64. | 5470 | 3250 GERSTNER MEMORIAL DR LAKE CHARLES, LA | Big Lots Stores, LLC | OAK PARK SQUARE OALC, LLC | C/O JARREAU REAL ESTATE, 16173 PERKINS RD , BATON ROUGE , LA, 70810 | 2/28/2025 |
| 65. | 1636 | 300 N TELEGRAPH RD PONTIAC, MI | Big Lots Stores, LLC | OAKLAND POINTE PARTNERS LLC | 29800 MIDDLEBELT RD STE 200, FARMINGTON, MI, 48334-2315 | 2/28/2025 |
| 66. | 1851 | 502 N UNION ST OLEAN, NY | Big Lots Stores, LLC | OLEAN 2020 LLC | C/O ELLICOTT DEVELOPMENT CO, 295 MAIN ST RM 700, BUFFALO, NY, 14203 | 2/28/2025 |
| 67. | 4546 | 733 W CHANNEL ISLANDS BLVD PORT HUENEME, CA | Big Lots Stores-PNS, LLC | OLIVEIRA PLAZA SPE, LLC | 3550 N. CENTRAL AVENUE, SUITE 550, PHOENIX, AZ, 85012 | 2/28/2025 |
| 68. | 1741 | 290 SUSQUEHANNA BLVD WEST HAZLETON, PA | Big Lots Stores, LLC | ONE TRINITY REAL ESTATE | 905 MONAGHAN COURT, LUTHERVILLE, MD, 21093-1529 | 2/28/2025 |
| 69. | 1991 | 1371 CHESTNUT ST ORANGEBURG, SC | Big Lots Stores, LLC | ORANGEBURG REALTY LTD | ATTN: JOHN POLITIS, 5533 WIND DRIFT LN, BOCA RATON, FL, 33433 | 2/28/2025 |
| 70. | 1053 | 2260 MACARTHUR DR ORANGE, TX | Big Lots Stores, LLC | ORANGEHURST VENTURE L.P. | P.O. BOX 1951, ATTN.: ERIC MEADOWS, BEAUMONT, TX, 77704 | 2/28/2025 |
| 71. | 1074 | 140 STATE ROUTE 104 STE J OSWEGO, NY | Big Lots Stores, LLC | OSWEGO DEVELOPMENT, LLC | C/O G & A GROUP, ATTN:  MR MICHAEL WACHS, 215 WEST CHURCH RD., SUITE 107, KING OF PRUSSIA, PA, 19406 | 2/28/2025 |
| 72. | 1074 - Storage | 140 STATE ROUTE 104 STE J OSWEGO, NY | Big Lots Stores, LLC | OSWEGO DEVELOPMENT, LLC | C/O G & A GROUP, ATTN:  MR MICHAEL WACHS, 215 WEST CHURCH RD., SUITE 107, KING OF PRUSSIA, PA, 19406 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 73. | 1511 | 820 LANE ALLEN RD LEXINGTON, KY | Big Lots Stores, LLC | PALUMBO PROPERTIES, INC | C/O STEWART MCINTOSH, 828 LANE ALLEN ROAD, STE 200, LEXINGTON, KY, 40504-3659 | 2/28/2025 |
| 74. | 1496 | 6282 PEARL RD CLEVELAND, OH | Big Lots Stores-CSR, LLC | PARMA HEIGHTS PARTNERS, LLC | C/O ANCHOR INVESTMENTS, LLC, 2926B FOSTER CREIGHTON DRIVE, NASHVILLE, TN, 37204 | 2/28/2025 |
| 75. | 5289 | 2323 NW 13TH ST GAINESVILLE, FL | Big Lots Stores, LLC | PASAN, LLC | C/O KIN PROPERTIES, INC, 185 NW SPANISH RIVER BLVD. SUITE 100, BOCA RATON, FL, 33431 | 2/28/2025 |
| 76. | 5479 | 2511 W KINGS HWY PARAGOULD, AR | Big Lots Stores, LLC | PENGOULD LLC | 244 SAW MILL RIVER RD. BOX 146, ATTN: ELIOT SUBIN, HAWTHORN, NY, 10532 | 2/28/2025 |
| 77. | 5474 | 10701 NEW GEORGES CREEK RD SW FROSTBURG, MD | Big Lots Stores, LLC | PENMARK FROSTBURG HOLDINGS LLC | 1000 GERMANTOWN PIKE STE A2, PLYMOUTH MEETING, PA, 19462-2481 | 2/28/2025 |
| 78. | 1270 | 4879 STATE HIGHWAY 30 AMSTERDAM, NY | Big Lots Stores, LLC | PERTH PLAZA ASSOCIATES LLC | 50 STATE ST 6TH FL, ALBANY, NY, 12207-2830 | 2/28/2025 |
| 79. | 1038 | 1421 S BECKHAM AVE TYLER, TX | Big Lots Stores, LLC | PH5B, LLC | ATTN: MARTIN HEINES, PO BOX 2031, TYLER, TX, 75710 | 2/28/2025 |
| 80. | 1539 | 1427 S COLLINS ST PLANT CITY, FL | Big Lots Stores, LLC | PLANT CITY PLAZA HOLDINGS LLC | C/O BRUCE STRUMPF, INC., 2120 DREW STREET, CLEARWATER, FL, 33765 | 2/28/2025 |
| 81. | 1953 | 1800 FORT HARRISON RD STE 19 TERRE HAUTE, IN | Big Lots Stores, LLC | PLAZA NORTH INVESTORS LLC | 3265 MERIDIAN PKWY STE 130, WESTON, FL, 33331-3506 | 2/28/2025 |
| 82. | 5314 | 5555 EXECUTIVE BLVD HUBER HEIGHTS, OH | Big Lots Stores-CSR, LLC | PMAT NORTH HEIGHTS, LLC | C/O STIRLING PROPERTIES, 109 NORTHPARK BLVD SUITE 300, COVINGTON, LA, 70433 | 2/28/2025 |
| 83. | 1017 | 5960 US HIGHWAY 6 PORTAGE, IN | Big Lots Stores, LLC | PORTAGE CENTER, LLC | C/O CLOVERLEAF, 666 DUNDEE RD., STE 901, NORTHBROOK, IL, 60062 | 2/28/2025 |
| 84. | 1140 | 1701 LINCOLN HWY STE 10 NORTH VERSAILLES, PA | Big Lots Stores, LLC | PPE FIVE ASSOCIATES | 11 PARKWAY CENTER, SUITE 300, PITTSBURGH, PA, 15220 | 2/28/2025 |
| 85. | 1411 | 8151 BROOK RD RICHMOND, VA | Big Lots Stores, LLC | PRATT STREET CAPITAL, LLC | ATTN: Y. JEFFREY SPATZ, ESQ, 15 WALKER AVE, SUITE 200, BALTIMORE, MD, 21208 | 2/28/2025 |
| 86. | 5374 | 1773 MONTGOMERY HWY HOOVER, AL | Big Lots Stores, LLC | PROTECTIVE LIFE INSURANCE COMPANY | C/O CUSHMAN & WAKEFIELD/EGS COMMERCIAL REAL ESTATE, 2100 3RD | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| | | | | | AVENUE NORTH, STE 700, BIRMINGHAM, AL, 35203 | |
| 87. | 391 | 5165 BROADWAY DEPEW, NY | Big Lots Stores, LLC | PRP BUFFALO LLC | 620 TINTON AVENE, B-100, TINTON FALLS, NJ, 7724 | 2/28/2025 |
| 88. | 391 - Storage | 5165 BROADWAY DEPEW, NY | Big Lots Stores, LLC | PRP BUFFALO LLC | 620 TINTON AVENE, B-100, TINTON FALLS, NJ, 7724 | 2/28/2025 |
| 89. | 5163 | 1426 MILITARY PLAZA BENTON, AR | Big Lots Stores, LLC | PRUDENT GROWTH OPERATIONS LLC | WILL KENERLY, PO BOX 17119, CHAPEL HILL, NC, 27516-7119 | 2/28/2025 |
| 90. | 1766 | 109 S STATE ROAD 19 PALATKA, FL | Big Lots Stores, LLC | PUTNAM CENTRE ASSOCIATES, LLC | C/O RMC PROPERTY GRUUP, 8902 N DALE MABRY HWY, SUITE 200, TAMPA, FL, 33614 | 2/28/2025 |
| 91. | 1951 | 1155 WASHINGTON PIKE BRIDGEVILLE, PA | Big Lots Stores, LLC | PZ SOUTHERN LIMITED PARTNERSHIP | C/O PEARSON PARTNERS, INC., 630 FIFTH AVENUE, SUITE 2820, NEW YORK, NY, 10111-0202 | 2/28/2025 |
| 92. | 1685 | 3812 BROADWAY ST QUINCY, IL | Big Lots Stores, LLC | QUINCY KING DEVELOPMENT CO | 4520 MADISON AVE STE 300, KANSAS CITY, MO, 64111-3541 | 2/28/2025 |
| 93. | 4518 | 185 S KENNEDY DR BOURBONNAIS, IL | Big Lots Stores-PNS, LLC | RAJKAMAL DEOL | 9410 ROSE COURT, LIVE OAK, CA, 95953 | 2/28/2025 |
| 94. | 5297 | 4350 FRANKLIN RD SW ROANOKE, VA | Big Lots Stores, LLC | RALPH HOROWITZ | 11661 SAN VICENTE BLVD STE 301, LOS ANGELES, CA, 90049-5111 | 2/28/2025 |
| 95. | 4710 | 255 WEDDINGTON BRANCH RD PIKEVILLE, KY | Big Lots Stores-PNS, LLC | RAMSEY PIKE, LLC | 85 WEDDINGTON BRANCH ROAD, PIKEVILLE, KY, 41501 | 2/28/2025 |
| 96. | 1167 | 216 BULLSBORO DR NEWNAN, GA | Big Lots Stores, LLC | RCC SHENANDOAH PLAZA, LLC | C/O NEWLINK MANAGEMENT GROUP, PO BOX 17710, RICHMOND, VA, 23226 | 2/28/2025 |
| 97. | 242 | 1500 BROWNS BRIDGE RD STE 102 GAINESVILLE, GA | Big Lots Stores, LLC | RCG-GAINESVILLE VII LLC | 3060 PEACHTREE RD NW STE 400, ATLANTA, GA, 30305-2239 | 2/28/2025 |
| 98. | 1656 | 4201 DENNY AVE PASCAGOULA, MS | Big Lots Stores, LLC | RCG-PASCAGOULA, LLC | C/O RCG VENTURES I, LLC, 3060 PEACHTREE ROAD NW, STE 400, ATLANTA, GA, 30305-2239 | 2/28/2025 |
| 99. | 5404 | 142 EXECUTIVE DR DANVILLE, VA | Big Lots Stores, LLC | REALTY INCOME PROPERTIES 21, LLC | C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 100. | 5252 | 1600 S. BROADWAY EDMOND, OK | Big Lots Stores, LLC | REALTY INCOME PROPERTIES 4, LLC | ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 2/28/2025 |