**Schedule 2**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. [●]** |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED
LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (B) ABANDON CERTAIN
PERSONAL PROPERTY AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contracts and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**") or, for a real property Lease, the later of (A) the Rejection Date; (B) the date upon which the applicable Debtor surrenders in writing (including via email) the premises to the landlord and returns the keys, key codes, or security codes, as applicable (or certifies in writing that the landlord is authorized to change the locks); and (C) such other date to which the Debtors and the applicable Counterparty have agreed to.

2. The Debtors are authorized, but not directed, to abandon any abandoned property described on **Schedule 1** attached hereto, and any abandoned property of the Debtors remaining in the leased premises after the Rejection Date shall be deemed abandoned as of the Rejection Date.

3. All applicable landlords or their designees shall be authorized to use or dispose of any abandoned property without notice or liability to any Debtor or consenting non-Debtor third party and without further order of the Court, and, to the extent applicable, the automatic stay is modified to allow such disposition.

4. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

5. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

7. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

8. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

9. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 1. | 4526 | 1580 KELLER PKWY STE 50B KELLER, TX | Big Lots Stores-PNS, LLC | JAHCO KELLER CROSSING LLC | PO BOX 14586, OKLAHOMA CITY, OK, 73113-0586 | 2/28/2025 |
| 2. | 1570 | 142 FINLEY RD BELLE VERNON, PA | Big Lots Stores, LLC | JAMES C. KOEHLER | DBA KOEHLER BROTHERS, 655 FOX RUN RD., SUITE B, FINDLAY, OH, 45840 | 2/28/2025 |
| 3. | 255 | 1345 CLIFTY DR MADISON, IN | Big Lots Stores, LLC | JC WAREHOUSE LLC | PO BOX 1108, MADISON, IN, 47250 | 2/28/2025 |
| 4. | 1027 | 2222 TEXOMA PKWY SHERMAN, TX | Big Lots Stores, LLC | JEFFNAN USA, INC. | C/O MILLER PROPERTIES, 8400 COTE DE LIESSE, SUITE 200, ST. LAURENT, QUEBEC, , H4T 1G7 | 2/28/2025 |
| 5. | 1079 | 1755 SOUTHGATE PKWY CAMBRIDGE, OH | Big Lots Stores-CSR, LLC | JERALD L. MOSS | 405 KEN MAR PARKWAY, CLEVELAND, OH, 44147 | 2/28/2025 |
| 6. | 1908 | 2513 N MAIN ST ROSWELL, NM | Big Lots Stores, LLC | JFP-AG/ROSWELL, LLC | C/O JEFFREY W JOHNSON, 12301 GARWOOD DEAN, TRUCKEE, CA, 96161 | 2/28/2025 |
| 7. | 1737 | 310 E END CTR WILKES BARRE, PA | Big Lots Stores, LLC | JOE AMATO EAST END CENTRE, LP | ATTN: JOE AMATO, PO BOX 615, WILKES-BARRE, PA, 18703 | 2/28/2025 |
| 8. | 4562 | 2014 S. EXPRESSWAY 83 HARLINGEN, TX | Big Lots Stores-PNS, LLC | JPMCC 2007-LDP12 SOUTH EXPRESSWAY 83, LLC | C/O PROEQUITY ASSET MANAGEMENT CORP, 4980 HILLSDALE CIRCLE, STE A, EL DORADO HILLS, CA, 95762 | 2/28/2025 |
| 9. | 1022 | 1125 ARSENAL ST WATERTOWN, NY | Big Lots Stores, LLC | JUSTWATER, LLC | 1 DOCK STREET, SUITE 101, STAMFORD, CT, 6902 | 2/28/2025 |
| 10. | 1831 | 240 W AIRLINE HWY LA PLACE, LA | Big Lots Stores, LLC | KHAN PROPERTIES INC | 4841 FOLSE DRIVE, METAIRIE, LA, 70006-1116 | 2/28/2025 |
| 11. | 1046 | 204 CEDAR SPRINGS RD SPARTANBURG, SC | Big Lots Stores, LLC | KHANH QUANG TRAN | 410 KILLINGTON CT., COLUMBIA, SC, 29212 | 2/28/2025 |
| 12. | 4145 | 4400 S BROADWAY AVE TYLER, TX | Big Lots Stores-PNS, LLC | KIN PROPERTIES, INC | 185 NW SPANISH RIVER BLVD., TENANT 100007104, BOCA RATON, FL, 33431-4230 | 2/28/2025 |
| 13. | 4643 | 634 COUNTY ROAD 10 NE BLAINE, MN | Big Lots Stores-PNS, LLC | KRAUS-ANDERSON, INCORPORATED | C/O KRAUS-ANDERSON REALTY COMPANY, 501 S. EIGHTH STREET, MINNEAPOLIS, MN, 55404 | 2/28/2025 |
| 14. | 1964 | 5807 E SAM HOUSTON PKWY N STE A HOUSTON, TX | Big Lots Stores, LLC | KRG HOUSTON NEW FOREST, LLC | ATTN: LEGAL DEPARTMENT, 30 SOUTH MERIDIAN STREET, SUITE 1100, INDIANAPOLIS, IN, 46204 | 2/28/2025 |
| 15. | 58 | 370 KROGER CTR MOREHEAD, KY | Big Lots Stores, LLC | KROGER CENTER MOREHEAD LLC | 924 SMITH COURT, BOWLING GREEN, KY, 42103 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 16. | 132 | 2050 S 22ND ST LAFAYETTE, IN | Big Lots Stores, LLC | LAFAYETTE STATION LLC | C/O PHILLIPS EDISON & CO., ATTN LEASE AD, 11501 NORTHLAKE DRIVE, CINCINNATI, OH, 45249-1669 | 2/28/2025 |
| 17. | 1261 | 1907 WOODSPRINGS RD JONESBORO, AR | Big Lots Stores, LLC | LANE LAND COMPANY, INC. | P.O. BOX 242403, LITTLE ROCK, AR, 72223-2403 | 2/28/2025 |
| 18. | 804 | 1280 N HENDERSON ST GALESBURG, IL | Big Lots Stores, LLC | LARSON FAMILY REAL ESTATE LLLP | 3505 HIGH POINT DR N, OAKDALE, MN, 55128 | 2/28/2025 |
| 19. | 265 | 3905 WINSTON AVE COVINGTON, KY | Big Lots Stores, LLC | LATONIA COMMERCE, LLC | C/O CURO MGMT, 121 E 4TH ST, COVINGTON, KY, 41011 | 2/28/2025 |
| 20. | 1524 | 1910 HWY 15 N LAUREL, MS | Big Lots Stores, LLC | LAUREL PIONEER LLC | C/O SOUTHERN PROPERTY MANAGEMENT, 169 RAMAPO VALLEY RD UNIT ML7, OAKLAND, NJ, 7436 | 2/28/2025 |
| 21. | 5097 | 32 MALPHRUS RD STE 111 BLUFFTON, SC | Big Lots Stores, LLC | LCVB LLC | 4685 MACARTHUR CT STE 375, NEWPORT BEACH, CA, 92660-1854 | 2/28/2025 |
| 22. | 820 | 726 E MAIN ST LEBANON, OH | Big Lots Stores-CSR, LLC | LEATHERY FAMILY ENTERPRISES, LTD | 5 EAST LONG STREET, COLUMBUS, OH, 43215 | 2/28/2025 |
| 23. | 4444 | 2141 E 12TH ST CASPER, WY | Big Lots Stores-PNS, LLC | LEEVERS DEVELOPMENT LLC | 500 WILCOX ST, CASTLE ROCK, CO, 80104-1737 | 2/28/2025 |
| 24. | 4633 | 1810 19TH AVENUE LEWISTON, ID | Big Lots Stores-PNS, LLC | LEWISTON CENTER EQUITIES LLC | 14 STEUBEN LANE, JACKSON, NJ, 8527 | 2/28/2025 |
| 25. | 346 | 5518 NEW CUT RD LOUISVILLE, KY | Big Lots Stores, LLC | LILLIAN S. FITZGIBBON LIMITED | C/O DUNCAN COMMERCIAL REALTORS, 150 THIERMAN LANE, LOUISVILLE, KY, 40207-5010 | 2/28/2025 |
| 26. | 5099 | 2100 HARDING HIGHWAY LIMA, OH | Big Lots Stores, LLC | LIMA EASTGATE, L.L.C. | C/O FIRST COMMERCIAL REALTY, 27600 NORTHWESTERN HWY SUITE 200, SOUTHFIELD, MI, 48334 | 2/28/2025 |
| 27. | 4714 | 1251 STATE ROUTE 29 GREENWICH, NY | Big Lots Stores-PNS, LLC | LJG GREENWICH NY LLC | 150 WHITE PLAINS RD, TARRYTOWN, NY, 10591-5535 | 2/28/2025 |
| 28. | 1915 | 5402 4TH ST UNIT 2 LUBBOCK, TX | Big Lots Stores, LLC | LUBBOCK COMMONS GROUP LLC | 15815 WILLOWBROOK LN, FRISCO, TX, 75035-1665 | 2/28/2025 |
| 29. | 1090 | 2485 N COLUMBIA ST STE 108 MILLEDGEVILLE, GA | Big Lots Stores, LLC | M.B.D. PROPERTIES, LLC | 3669 N PEACHTREE RD, SUITE 200, CHAMBLEE, GA, 30341 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 30. | 1003 | 160 MARKET SQ CARTERSVILLE, GA | Big Lots Stores, LLC | MALON D. MIMMS | DBA MARKET SQUARE - BARTOW, LLC, 85-A MILL STREET, SUITE 100, ROSWELL, GA, 30075 | 2/28/2025 |
| 31. | 5485 | 228 W MAIN ST, STE 14 MALONE, NY | Big Lots Stores, LLC | MALONE PLAZA PARTNERS LLC | 2926B FOSTER CREIGHTON DRIVE, NASHVILLE, TN, 37204-3719 | 2/28/2025 |
| 32. | 1226 | 6128 STELLHORN RD FORT WAYNE, IN | Big Lots Stores, LLC | MAPLEWOOD PLAZA | P.O. BOX 6767, MALIBU, CA, 90264 | 2/28/2025 |
| 33. | 4524 | 3320 N STOCKTON HILLS RD STE D1 KINGMAN, AZ | Big Lots Stores-PNS, LLC | MARIPOSA PLAZA LLC | C/O PCM GROUP INC., PO BOX 53730, IRVINE, CA, 92619 | 2/28/2025 |
| 34. | 1862 | 109 E END BLVD N MARSHALL, TX | Big Lots Stores, LLC | MARSHALL CROSSROADS REALTY LLC | 3119 QUENTIN RD, BROOKLYN, NY, 11234 | 2/28/2025 |
| 35. | 5429 | 99 MATTHEW DR, STE 107 UNIONTOWN, PA | Big Lots Stores, LLC | MATTHEW DRIVE REALTY LLC | 420 MEADOW RUN RD, OHIOPYLE, PA, 15470-1241 | 2/28/2025 |
| 36. | 4743 | 2221 MAIN ST COLLINS, NY | Big Lots Stores-PNS, LLC | MBM INVESTMENTS LLC | 5050 BELMONT AVENUE, YOUNGSTOWN, OH, 44505 | 2/28/2025 |
| 37. | 5103 | 2525 CLEANLEIGH DR PARKVILLE, MD | Big Lots Stores, LLC | MCBH PARKWAY CROSSING, LLC | C/O MCB REAL ESTATE, LLC, 2002 CLIPPER PARK RD STE 105, BALTIMORE, MD, 21211-1494 | 2/28/2025 |
| 38. | 410 | 4645 MORSE CENTRE RD COLUMBUS, OH | Big Lots Stores-CSR, LLC | MC-NC, LLC | C/O WALPERT PROPERTIES, INC., 12295 OLIVE BLVD., ST. LOUIS, MO, 63141 | 2/28/2025 |
| 39. | 1063 | 107 SAINT FRANCOIS PLZ PARK HILLS, MO | Big Lots Stores, LLC | MD DEVELOPMENT GROUP LLC | 14458 WHITE BIRCH VALLEY LN, CHESTERFIELD, MO, 63017-2416 | 2/28/2025 |
| 40. | 4608 | 4905 WEST WACO DRIVE WACO, TX | Big Lots Stores-PNS, LLC | MDC COAST 18, LLC | C/O REALTY INCOME CORPORATION, 11995 EL CAMMINO REAL, SAN DIEGO, CA, 92130 | 2/28/2025 |
| 41. | 5246 | 4439 GOVERNOR PRINTZ BLVD WILMINGTON, DE | Big Lots Stores, LLC | MERCHANTS SQUARE I LLC | C/O AP REALTY GROUP LLC, 2 RIGHTER PARKWAY, SUITE 301, WILMINGTON, DE, 19083 | 2/28/2025 |
| 42. | 4134 | 6300 RUFE SNOW DR FORT WORTH, TX | Big Lots Stores-PNS, LLC | MESILLA VALLEY BUSINESS PARTNERS, LLC | C/O MIMCO, INC., 6500 MONTANA AVENUE, EL PASO, TX, 79925-2129 | 2/28/2025 |
| 43. | 1606 | 40 JACKSON ST METHUEN, MA | Big Lots Stores, LLC | METHUEN VENTURE LIMITED PARTNERSHIP | C/O ALLEN ASSOCIATES PROPERTIES, INC, P.O. BOX 590249, NEWTON CENTRE, MA, 2459 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| 44. | 446 | 1421 38TH ST PERU, IL | Big Lots Stores, LLC | MICHAEL DEBO AND JANICE DEBO | AND BARBARA DEBO, 1713 FOURTH STREET, PERU, IL, 61354-0000 | 2/28/2025 |
| 45. | 5362 | 4110 FRANKLIN ST MICHIGAN CITY, IN | Big Lots Stores, LLC | MICHIGAN CITY PLAZA LIMITED PARTNERSHIP | C/O AMERICAN ASSET MGMT SERVICES, 4711 W. GOLF ROAD, SUITE 1000, SKOKIE, IL, 60076-1235 | 2/28/2025 |
| 46. | 5492 | 39 NORTH PLANK RD NEWBURGH, NY | Big Lots Stores-PNS, LLC | MID VALLEY IMPROVEMETNS OWNER LLC | C/O DLC MANAGEMENT CORP., 565 TAXTER RD., 4TH FLOOR, ELMSFORD, NY, 10523 | 2/28/2025 |
| 47. | 1222 | 164 WOODMAN DR DAYTON, OH | Big Lots Stores-CSR, LLC | MIDAMCO | 3333 RICHMOND RD STE 350, BEACHWOOD, OH, 44122-4166 | 2/28/2025 |
| 48. | 1880 | 7005 CLAIRTON RD WEST MIFFLIN, PA | Big Lots Stores, LLC | MIFFLIN PENN REALTY LLC | C/O NAMDAR REALTY GROUP, 150 GREAT NECK ROAD, SUITE 304, GREAT NECK, NY, 11021-3309 | 2/28/2025 |
| 49. | 1448 | 2349 LEHIGH ST ALLENTOWN, PA | Big Lots Stores, LLC | MILELLI REALTY-LEHIGH STREET, L.L.C. | C/O MILELLI REALTY, 900 LANIDEX PLAZA, STE 113, PARSIPPANY, NJ, 7054 | 2/28/2025 |
| 50. | 5326 | 101 BLUEBIRD LN MILLVILLE, NJ | Big Lots Stores, LLC | MILLVILLE EQUITY INVESTMENTS, LLC | ATTN: ARTHUR H. THOMAS, PRESIDENT, 917 HIGHMEADOW COURT, LANCASTER, PA, 17601 | 2/28/2025 |
| 51. | 1963 | 2902 GOLIAD RD STE 116 SAN ANTONIO, TX | Big Lots Stores, LLC | MIMCO INC | 6500 MONTANA AVE, EL PASO, TX, 79925-2129 | 2/28/2025 |
| 52. | 1393 | 1262 MILLERSVILLE PIKE LANCASTER, PA | Big Lots Stores, LLC | MONTGOMERY ACQUISITION LP | C/O WRG USA, INC, 8 INDUSTRIAL WAY EAST, #2, EATONTOWN, NJ, 07724-3317 | 2/28/2025 |
| 53. | 5142 | 1203 N COMMERCE STREET ARDMORE, OK | Big Lots Stores, LLC | MOUNTAIN VIEW MIDSTAR LLC | 500 GRAPEVINE HWY STE 224, HURST, TX, 76054-2707 | 2/28/2025 |
| 54. | 490 | 1875 W GENESEE ST LAPEER, MI | Big Lots Stores, LLC | N&H LAPEER LIMITED PARTNERSHIP | 115 W BROWN ST, BIRMINGHAM, MI, 48009-6018 | 2/28/2025 |
| 55. | 137 | 440 NEW ALBANY PLZ NEW ALBANY, IN | Big Lots Stores, LLC | NEW ALBANY PLAZA, LLC | C/O CG COMMERCIAL REAL ESTATE INC, PO BOX 43785, LOUISVILLE, KY, 40253 | 2/28/2025 |
| 56. | 1131 | 2729 NEW BOSTON RD TEXARKANA, TX | Big Lots Stores, LLC | NEW BOSTON RETAIL GROUP, LLC | JOHN O'SHAUGHNESSY, 9526 WESTMINSTER GLEN, AUSTIN, TX, 78730 | 2/28/2025 |
| 57. | 198 | 14659 N US HWY 25 E STE 41 CORBIN, KY | Big Lots Stores, LLC | NEW PORT RICHEY DVLPMNT CO LLC | C/O CHASE PROPERTIES LTD, 3333 RICHMOND ROAD, STE 320, BEACHWOOD, OH, 44122 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 58. | 4525 | 152 WESTERN AVE AUGUSTA, ME | Big Lots Stores-PNS, LLC | NNM REALTY TRUST | 16 CASCO STREET, ST PORTLAND, ME, 04101-2903 | 2/28/2025 |
| 59. | 5223 | 550 MOUNT PLEASANT AVE DOVER, NJ | Big Lots Stores, LLC | NNN REIT, INC. | ATTN: GENERAL COUNSEL, 450 SOUTH ORANGE AVE STE 900, ORLANDO, FL, 32801 | 2/28/2025 |
| 60. | 1215 | 8563 WATSON RD WEBSTER GROVES, MO | Big Lots Stores, LLC | NNN REIT, LP | ATTN: GENERAL COUNSEL, 450 SOUTH ORANGE AVE STE 900, ORLANDO, FL, 32801 | 2/28/2025 |
| 61. | 1617 | 1659 N EXPRESSWAY GRIFFIN, GA | Big Lots Stores, LLC | NORTH GRIFFIN SQUARE LLC | C/O HALPERN ENTERPRISES, 5200 ROSWELL ROAD, ATLANTA, GA, 30342 | 2/28/2025 |
| 62. | 1784 | 8901 N KNOXVILLE AVE PEORIA, IL | Big Lots Stores, LLC | NP INVESCO, L.L.C. | C/O D. JOSEPH SONS & ASSOCIATES, 5001 N. UNIVERSITY, PEORIA, IL, 61614 | 2/28/2025 |
| 63. | 1640 | 940 MALL RD FRACKVILLE, PA | Big Lots Stores, LLC | NP-AC INDUSTRIAL HOLDINGS, LLC | ATTN: NATHANIEL HAGEDORN, 3315 NORTH OAK TRAFFICWAY, KANSAS CITY, MO, 64116 | 2/28/2025 |
| 64. | 5470 | 3250 GERSTNER MEMORIAL DR LAKE CHARLES, LA | Big Lots Stores, LLC | OAK PARK SQUARE OALC, LLC | C/O JARREAU REAL ESTATE, 16173 PERKINS RD , BATON ROUGE , LA, 70810 | 2/28/2025 |
| 65. | 1636 | 300 N TELEGRAPH RD PONTIAC, MI | Big Lots Stores, LLC | OAKLAND POINTE PARTNERS LLC | 29800 MIDDLEBELT RD STE 200, FARMINGTON, MI, 48334-2315 | 2/28/2025 |
| 66. | 1851 | 502 N UNION ST OLEAN, NY | Big Lots Stores, LLC | OLEAN 2020 LLC | C/O ELLICOTT DEVELOPMENT CO, 295 MAIN ST RM 700, BUFFALO, NY, 14203 | 2/28/2025 |
| 67. | 4546 | 733 W CHANNEL ISLANDS BLVD PORT HUENEME, CA | Big Lots Stores-PNS, LLC | OLIVEIRA PLAZA SPE, LLC | 3550 N. CENTRAL AVENUE, SUITE 550, PHOENIX, AZ, 85012 | 2/28/2025 |
| 68. | 1741 | 290 SUSQUEHANNA BLVD WEST HAZLETON, PA | Big Lots Stores, LLC | ONE TRINITY REAL ESTATE | 905 MONAGHAN COURT, LUTHERVILLE, MD, 21093-1529 | 2/28/2025 |
| 69. | 1991 | 1371 CHESTNUT ST ORANGEBURG, SC | Big Lots Stores, LLC | ORANGEBURG REALTY LTD | ATTN: JOHN POLITIS, 5533 WIND DRIFT LN, BOCA RATON, FL, 33433 | 2/28/2025 |
| 70. | 1053 | 2260 MACARTHUR DR ORANGE, TX | Big Lots Stores, LLC | ORANGEHURST VENTURE L.P. | P.O. BOX 1951, ATTN.: ERIC MEADOWS, BEAUMONT, TX, 77704 | 2/28/2025 |
| 71. | 1074 | 140 STATE ROUTE 104 STE J OSWEGO, NY | Big Lots Stores, LLC | OSWEGO DEVELOPMENT, LLC | C/O G & A GROUP, ATTN:  MR MICHAEL WACHS, 215 WEST CHURCH RD., SUITE 107, KING OF PRUSSIA, PA, 19406 | 2/28/2025 |
| 72. | 1074 - Storage | 140 STATE ROUTE 104 STE J OSWEGO, NY | Big Lots Stores, LLC | OSWEGO DEVELOPMENT, LLC | C/O G & A GROUP, ATTN:  MR MICHAEL WACHS, 215 WEST CHURCH RD., SUITE 107, KING OF PRUSSIA, PA, 19406 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 73. | 1511 | 820 LANE ALLEN RD LEXINGTON, KY | Big Lots Stores, LLC | PALUMBO PROPERTIES, INC | C/O STEWART MCINTOSH, 828 LANE ALLEN ROAD, STE 200, LEXINGTON, KY, 40504-3659 | 2/28/2025 |
| 74. | 1496 | 6282 PEARL RD CLEVELAND, OH | Big Lots Stores-CSR, LLC | PARMA HEIGHTS PARTNERS, LLC | C/O ANCHOR INVESTMENTS, LLC, 2926B FOSTER CREIGHTON DRIVE, NASHVILLE, TN, 37204 | 2/28/2025 |
| 75. | 5289 | 2323 NW 13TH ST GAINESVILLE, FL | Big Lots Stores, LLC | PASAN, LLC | C/O KIN PROPERTIES, INC, 185 NW SPANISH RIVER BLVD. SUITE 100, BOCA RATON, FL, 33431 | 2/28/2025 |
| 76. | 5479 | 2511 W KINGS HWY PARAGOULD, AR | Big Lots Stores, LLC | PENGOULD LLC | 244 SAW MILL RIVER RD. BOX 146, ATTN: ELIOT SUBIN, HAWTHORN, NY, 10532 | 2/28/2025 |
| 77. | 5474 | 10701 NEW GEORGES CREEK RD SW FROSTBURG, MD | Big Lots Stores, LLC | PENMARK FROSTBURG HOLDINGS LLC | 1000 GERMANTOWN PIKE STE A2, PLYMOUTH MEETING, PA, 19462-2481 | 2/28/2025 |
| 78. | 1270 | 4879 STATE HIGHWAY 30 AMSTERDAM, NY | Big Lots Stores, LLC | PERTH PLAZA ASSOCIATES LLC | 50 STATE ST 6TH FL, ALBANY, NY, 12207-2830 | 2/28/2025 |
| 79. | 1038 | 1421 S BECKHAM AVE TYLER, TX | Big Lots Stores, LLC | PH5B, LLC | ATTN: MARTIN HEINES, PO BOX 2031, TYLER, TX, 75710 | 2/28/2025 |
| 80. | 1539 | 1427 S COLLINS ST PLANT CITY, FL | Big Lots Stores, LLC | PLANT CITY PLAZA HOLDINGS LLC | C/O BRUCE STRUMPF, INC., 2120 DREW STREET, CLEARWATER, FL, 33765 | 2/28/2025 |
| 81. | 1953 | 1800 FORT HARRISON RD STE 19 TERRE HAUTE, IN | Big Lots Stores, LLC | PLAZA NORTH INVESTORS LLC | 3265 MERIDIAN PKWY STE 130, WESTON, FL, 33331-3506 | 2/28/2025 |
| 82. | 5314 | 5555 EXECUTIVE BLVD HUBER HEIGHTS, OH | Big Lots Stores-CSR, LLC | PMAT NORTH HEIGHTS, LLC | C/O STIRLING PROPERTIES, 109 NORTHPARK BLVD SUITE 300, COVINGTON, LA, 70433 | 2/28/2025 |
| 83. | 1017 | 5960 US HIGHWAY 6 PORTAGE, IN | Big Lots Stores, LLC | PORTAGE CENTER, LLC | C/O CLOVERLEAF, 666 DUNDEE RD., STE 901, NORTHBROOK, IL, 60062 | 2/28/2025 |
| 84. | 1140 | 1701 LINCOLN HWY STE 10 NORTH VERSAILLES, PA | Big Lots Stores, LLC | PPE FIVE ASSOCIATES | 11 PARKWAY CENTER, SUITE 300, PITTSBURGH, PA, 15220 | 2/28/2025 |
| 85. | 1411 | 8151 BROOK RD RICHMOND, VA | Big Lots Stores, LLC | PRATT STREET CAPITAL, LLC | ATTN: Y. JEFFREY SPATZ, ESQ, 15 WALKER AVE, SUITE 200, BALTIMORE, MD, 21208 | 2/28/2025 |
| 86. | 5374 | 1773 MONTGOMERY HWY HOOVER, AL | Big Lots Stores, LLC | PROTECTIVE LIFE INSURANCE COMPANY | C/O CUSHMAN & WAKEFIELD/EGS COMMERCIAL REAL ESTATE, 2100 3RD | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| | | | | | AVENUE NORTH, STE 700, BIRMINGHAM, AL, 35203 | |
| 87. | 391 | 5165 BROADWAY DEPEW, NY | Big Lots Stores, LLC | PRP BUFFALO LLC | 620 TINTON AVENE, B-100, TINTON FALLS, NJ, 7724 | 2/28/2025 |
| 88. | 391 - Storage | 5165 BROADWAY DEPEW, NY | Big Lots Stores, LLC | PRP BUFFALO LLC | 620 TINTON AVENE, B-100, TINTON FALLS, NJ, 7724 | 2/28/2025 |
| 89. | 5163 | 1426 MILITARY PLAZA BENTON, AR | Big Lots Stores, LLC | PRUDENT GROWTH OPERATIONS LLC | WILL KENERLY, PO BOX 17119, CHAPEL HILL, NC, 27516-7119 | 2/28/2025 |
| 90. | 1766 | 109 S STATE ROAD 19 PALATKA, FL | Big Lots Stores, LLC | PUTNAM CENTRE ASSOCIATES, LLC | C/O RMC PROPERTY GRUUP, 8902 N DALE MABRY HWY, SUITE 200, TAMPA, FL, 33614 | 2/28/2025 |
| 91. | 1951 | 1155 WASHINGTON PIKE BRIDGEVILLE, PA | Big Lots Stores, LLC | PZ SOUTHERN LIMITED PARTNERSHIP | C/O PEARSON PARTNERS, INC., 630 FIFTH AVENUE, SUITE 2820, NEW YORK, NY, 10111-0202 | 2/28/2025 |
| 92. | 1685 | 3812 BROADWAY ST QUINCY, IL | Big Lots Stores, LLC | QUINCY KING DEVELOPMENT CO | 4520 MADISON AVE STE 300, KANSAS CITY, MO, 64111-3541 | 2/28/2025 |
| 93. | 4518 | 185 S KENNEDY DR BOURBONNAIS, IL | Big Lots Stores-PNS, LLC | RAJKAMAL DEOL | 9410 ROSE COURT, LIVE OAK, CA, 95953 | 2/28/2025 |
| 94. | 5297 | 4350 FRANKLIN RD SW ROANOKE, VA | Big Lots Stores, LLC | RALPH HOROWITZ | 11661 SAN VICENTE BLVD STE 301, LOS ANGELES, CA, 90049-5111 | 2/28/2025 |
| 95. | 4710 | 255 WEDDINGTON BRANCH RD PIKEVILLE, KY | Big Lots Stores-PNS, LLC | RAMSEY PIKE, LLC | 85 WEDDINGTON BRANCH ROAD, PIKEVILLE, KY, 41501 | 2/28/2025 |
| 96. | 1167 | 216 BULLSBORO DR NEWNAN, GA | Big Lots Stores, LLC | RCC SHENANDOAH PLAZA, LLC | C/O NEWLINK MANAGEMENT GROUP, PO BOX 17710, RICHMOND, VA, 23226 | 2/28/2025 |
| 97. | 242 | 1500 BROWNS BRIDGE RD STE 102 GAINESVILLE, GA | Big Lots Stores, LLC | RCG-GAINESVILLE VII LLC | 3060 PEACHTREE RD NW STE 400, ATLANTA, GA, 30305-2239 | 2/28/2025 |
| 98. | 1656 | 4201 DENNY AVE PASCAGOULA, MS | Big Lots Stores, LLC | RCG-PASCAGOULA, LLC | C/O RCG VENTURES I, LLC, 3060 PEACHTREE ROAD NW, STE 400, ATLANTA, GA, 30305-2239 | 2/28/2025 |
| 99. | 5404 | 142 EXECUTIVE DR DANVILLE, VA | Big Lots Stores, LLC | REALTY INCOME PROPERTIES 21, LLC | C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 100. | 5252 | 1600 S. BROADWAY EDMOND, OK | Big Lots Stores, LLC | REALTY INCOME PROPERTIES 4, LLC | ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 2/28/2025 |