# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 1. | 316 | 371 VILLAGE DR PRESTONSBURG, KY | Big Lots Stores, LLC | REGENCY COMMERCIAL ASSOCIATES LLC | 380 N. CROSS POINTE BLVD, EVANSVILLE, IN, 47715-4027 | 2/28/2025 |
| 2. | 1243 | 888 GREEN BLVD AURORA, IN | Big Lots Stores, LLC | REGENCY CSP IV LLC | REGENCY PROPERTIES, 380 N. CROSS POINTE BLVD., EVANSVILLE, IN, 47715-4027 | 2/28/2025 |
| 3. | 256 | 2000 E TIPTON ST SEYMOUR, IN | Big Lots Stores, LLC | REGENCY MADBEDSEY LLC | 380 N. CROSS POINTE BLVD, EVANSVILLE, IN, 47715-4027 | 2/28/2025 |
| 4. | 257 | 3309 16TH ST BEDFORD, IN | Big Lots Stores, LLC | REGENCY MADBEDSEY LLC | 380 N. CROSS POINTE BLVD, EVANSVILLE, IN, 47715-4027 | 2/28/2025 |
| 5. | 4668 | 197 MERCHANTS WALK SUMMERSVILLE, WV | Big Lots Stores-PNS, LLC | REGENCY SUMMERSVILLE LLC | PO BOX 772302, DETROIT, MI, 48277-2302 | 2/28/2025 |
| 6. | 4420 | 104 ARMOUR DR HOUMA, LA | Big Lots Stores-PNS, LLC | RHINO HOLDINGS HOUMA LLC | 2200 PASEO VERDE PKWY STE 260, HENDERSON, NV, 89052-2703 | 2/28/2025 |
| 7. | 4450 | 755 DESERT FLOWER BLVD PUEBLO, CO | Big Lots Stores-PNS, LLC | RHINO HOLDINGS PUEBLO, LLC | C/O 1045, LLC, 1045 S WOODS MILL RD, SUITE ONE, TOWN AND COUNTRY, MO, 63017 | 2/28/2025 |
| 8. | 1247 | 3779 NATIONAL RD E RICHMOND, IN | Big Lots Stores, LLC | RICHMOND COMMONS LLC | C/O H.L. LIBBY CORPORATION, 803 COMMONWEALTH DRIVE, WARRENDALE, PA, 15086 | 2/28/2025 |
| 9. | 1927 | 1660 RIO RANCHO DR SE RIO RANCHO, NM | Big Lots Stores, LLC | RIO RANCHO OF NEW MEXICO LP | 5350 W HILLSBORO BLVD, SUITE B-104, COCONUT CREEK, FL, 33073-4396 | 2/28/2025 |
| 10. | 4702 | 6375 MONTANA AVE SUITE 101 EL PASO, TX | Big Lots Stores-PNS, LLC | RIVER OAKS PROPERTIES LTD | 5678 N MESA STREET, EL PASO, TX, 79912 | 2/28/2025 |
| 11. | 1900 | 2350 MIRACLE MILE STE 500 BULLHEAD CITY, AZ | Big Lots Stores, LLC | RIVERMART, LLC | C/O FRED LEEDS PROPERTY MANAGEMENT, 3860 CRENSHAW BLVD., STE 201, LOS ANGELES, CA, 90008 | 2/28/2025 |
| 12. | 5092 | 5419 ROBERTS RD HILLIARD, OH | Big Lots Stores, LLC | ROBERTS CROSSING LLC | C/O CARNEGIE COMPANIES, INC, 6190 COCHRAN RD SUITE A, SOLON, OH, 44139 | 2/28/2025 |
| 13. | 1983 | 820 E 21ST ST CLOVIS, NM | Big Lots Stores, LLC | ROCKRIDGE PLAZA SHOPPING CENTER LP | C/O STERLING PROPERTIES, 1018 S VAN BUREN ST, AMARILLO, TX, 79101 | 2/28/2025 |
| 14. | 4661 | 10771 GATEWAY SOUTH BLVD STE G EL PASO, TX | Big Lots Stores-PNS, LLC | ROP NORTH HILLS CROSSING, LLC | 5678 N MESA STREET, EL PASO, TX, 79912 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 15. | 1388 | 15501 BUSTLETON AVE PHILADELPHIA, PA | Big Lots Stores, LLC | RP SANSOM, LP | 555 E LANCASTER AVE STE 120, RADNOR, PA, 19087 | 2/28/2025 |
| 16. | 1746 | 1588 SPRING MEADOWS DR HOLLAND, OH | Big Lots Stores, LLC | RPT SPRING MEADOWS LLC | 500 NORTH BROADWAY, STE 201, PO BOX 9010, JERICHO, NY, 11753 | 2/28/2025 |
| 17. | 1850 | 3240 MEMORIAL PKWY NW HUNTSVILLE, AL | Big Lots Stores, LLC | RR HUNTSVILLE, LLC, SR HUNTSVILLE, LLC | AND MH HUNTSVILLE, LLC, 110 EAST ANDREWS DRIVE, SUITE 211, ATLANTA, GA, 30305 | 2/28/2025 |
| 18. | 1848 | 648 E MAIN ST LANSDALE, PA | Big Lots Stores, LLC | RREF IV D MLVN PA LLC | 550 E SWEDESFORD RD STE 150, WAYNE, PA, 19087-1607 | 2/28/2025 |
| 19. | 1497 | 4200 WADE GREEN RD NW STE 144 KENNESAW, GA | Big Lots Stores, LLC | RTC WADE GREEN LLC | C/O MACLAY PROPERTIES COMPANY, INC, 7557 RAMBLER ROAD, STE 915, DALLAS, TX, 75231-2367 | 2/28/2025 |
| 20. | 1402 | 3923 KELL BLVD WICHITA FALLS, TX | Big Lots Stores, LLC | RUBY PROPERTY CORPORATION | 5755 EASTEX FRWY, BEAUMONT, TX, 77706 | 2/28/2025 |
| 21. | 1633 | 2525 E MARKET ST LOGANSPORT, IN | Big Lots Stores, LLC | RYNALCO, INC. | ATTN: MARK A. WASTL, 4462 WELLSWOOD BEND, CARMEL, IN, 46033-7006 | 2/28/2025 |
| 22. | 1143 | 207 AIRPORT RD HOT SPRINGS NATIONAL PARK, AR | Big Lots Stores, LLC | S & M INVESTORS, LLC | C/O COLLIERS, PO BOX 3546, LITTLE ROCK, AR, 72203 | 2/28/2025 |
| 23. | 1707 | 15977 STATE ROUTE 170 EAST LIVERPOOL, OH | Big Lots Stores, LLC | S.R. 170 PROPERTIES, LLC | 1990 NILES - CORTLAND ROAD, CORTLAND, OH, 44410 | 2/28/2025 |
| 24. | 1581 | 404 N FRUITLAND BLVD SALISBURY, MD | Big Lots Stores, LLC | SALISBURY HOLDINGS, L.P. | C/O NATIONAL REALTY & DEVELOPMENT CORP, 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY, 10281-1089 | 2/28/2025 |
| 25. | 1895 | 6777 WINCHESTER RD MEMPHIS, TN | Big Lots Stores, LLC | SAPALA MEMPHIS LLC | 6410 POPLAR AVE STE 1000, MEMPHIS, TN, 38109 | 2/28/2025 |
| 26. | 5491 | 300 S FAYETTE ST, STE D SHIPPENSBURG, PA | Big Lots Stores, LLC | SASSAN EMRAL SHAOOL | ADAM EMRAL SHAOOL, 1741 DUAL HWY , HAGERSTOWN , MD , 21740 | 2/28/2025 |
| 27. | 1018 | 21 S MAIN ST JAMESTOWN, NY | Big Lots Stores, LLC | SAVARINA CORPORATION | 102 HARDENBURGH RD, PINE BUSH, NY, 12566-5717 | 2/28/2025 |
| 28. | 1018 - Storage | 21 S MAIN ST JAMESTOWN, NY | Big Lots Stores, LLC | SAVARINA CORPORATION | 102 HARDENBURGH RD, PINE BUSH, NY, 12566-5717 | 2/28/2025 |
| 29. | 1969 | 2466 W PROSPECT RD ASHTABULA, OH | Big Lots Stores, LLC | SAYBROOK PLAZA SHOPPING CENTER LLC | C/O VINAY SIKKA, 7636 S FLANDERS ST, CENTENNIAL, CO, 80016 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 30. | 4751 | 2302 W PIERCE ST CARLSBAD, NM | Big Lots Stores-PNS, LLC | SB RETAIL GROUP CARLSBAD LLC | 1601 PALOMINO RIDGE DRIVE, AUSTIN, TX, 78733-6047 | 2/28/2025 |
| 31. | 1692 | 1121 BROAD ST SUMTER, SC | Big Lots Stores, LLC | SELECT-WESMARK PLAZA LLC - ATTN: GARRISON CENTRAL | C/O SELECT STRATEGIES-BROKERAGE LLC, 400 TECHNE CENTER DRIVE, STE 320, MILFORD, OH, 45150-3710 | 2/28/2025 |
| 32. | 412 | 115 SEMINOLE PLZ MADISON HEIGHTS, VA | Big Lots Stores, LLC | SEMINOLE PROPERTIES LLC | ATTN: BETH BIBLE LAMBERT, 450 SOUTH CHURCH STREET, FINCASTLE, VA, 24090 | 2/28/2025 |
| 33. | 1923 | 1515 MAIN ST BILLINGS, MT | Big Lots Stores, LLC | SFH, LLC | C/O AARON SPARBOE, PO BOX 1942, BILLINGS, MT, 59103 | 2/28/2025 |
| 34. | 4463 | 1717 OAKDALE RD MODESTO, CA | Big Lots Stores-PNS, LLC | SHEILA L. ORTLOFF, TRUSTEE OF THE | ORTLOFF FAMILY LIVING TRUST DATED 7/17/92, 702 MARSHALL STREET #420, REDWOOD CITY, CA, 94063 | 2/28/2025 |
| 35. | 1164 | 1840 E MICHIGAN RD SHELBYVILLE, IN | Big Lots Stores, LLC | SHELBYVILLE PARTNERS, LLC | C/O ANCHOR INVESTMENTS, 2926 FOSTER CREIGHTON DR., NASHVILLE, TN, 37204 | 2/28/2025 |
| 36. | 4477 | 903 E BENDER BLVD HOBBS, NM | Big Lots Stores-PNS, LLC | SHERWOOD OAKS SHOPPING CENTER LP | 7420 GOLDEN POND PLACE STE 100, AMARILLO, TX, 79121-1977 | 2/28/2025 |
| 37. | 5226 | 139 WESTFIELDS STREET HARTSVILLE, SC | Big Lots Stores, LLC | SHOPS AT NEWBERRY DE LLC | PO BOX 746432, ATLANTA, GA, 30374-6432 | 2/28/2025 |
| 38. | 4519 | 4421 S WHITE MOUNTAIN RD STE A SHOW LOW, AZ | Big Lots Stores-PNS, LLC | SHOW LOW YALE CASITAS, LLC | C/O CAPITAL ASSET MANAGEMENT, 2701 E CAMELBACK RD, SUITE 170, PHOENIX, AZ, 85016 | 2/28/2025 |
| 39. | 5129 | 15177 PEARL ROAD STRONGSVILLE, OH | Big Lots Stores, LLC | SHURMER STRONGSVILLE, LLC | C/O EMMCO CORPORATION, 3681 S. GREEN RD SUITE 201, BEACHWOOD, OH, 44122 | 2/28/2025 |
| 40. | 5301 | 102 UTICA STREET HAMILTON, NY | Big Lots Stores, LLC | SILVER HAMILTON, LLC | C/O SILVER BUILDERS REAL ESTATE CORP, 3109 STIRLING ROAD, SUITE 200, FT. LAUDERDALE, FL, 33312 | 2/28/2025 |
| 41. | 1075 | 86 APPALACHIAN PLZ SOUTH WILLIAMSON, KY | Big Lots Stores, LLC | SKSO PROPERTIES, INC. | 215 LOGAN STREET, SUITE 10, WILLIAMSON, WV, 25661 | 2/28/2025 |
| 42. | 1221 | 6408 WESLEY ST GREENVILLE, TX | Big Lots Stores, LLC | SOUTH CENTRAL INDUSTRIAL | 340 OWEN LANE, WACO, TX, 76710 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| | | | | PROPERTIES XIV, L.P. | | |
| 43. | 1723 | 2603 THORNTON LN TEMPLE, TX | Big Lots Stores, LLC | SOUTH LOOP SHOPPING CENTER, LTD | C/O QUINE AND ASSOCIATES, P.O. BOX 833009, RICHARDSON, TX, 75083-3009 | 2/28/2025 |
| 44. | 1157 | 1362 SOUTHERN HILLS CTR WEST PLAINS, MO | Big Lots Stores, LLC | SOUTHERN HILLS CENTER LTD | 3335 N US HIGHWAY 63, WEST PLAINS, MO, 65775-6497 | 2/28/2025 |
| 45. | 5344 | 400 N NAVY BLVD STE 11-14 PENSACOLA, FL | Big Lots Stores, LLC | SOUTHGATE PLAZA, LLC | 3636 N CAUSEWAY BLVD STE 200, METAIRIE, LA, 70002 | 2/28/2025 |
| 46. | 1608 | 344 HOSPITAL DR GLEN BURNIE, MD | Big Lots Stores, LLC | SOUTHGATE SHOPPING CENTER LLP | C/O GSG BOOKKEEPING SERVICES LLC, 10045 RED RUN BLVD SUITE 100, OWINGS MILLS, MD, 21117 | 2/28/2025 |
| 47. | 4552 | 1404 N LOOP 336 W CONROE, TX | Big Lots Stores-PNS, LLC | SOUTHWEST PROPERTY MANAGEMENT, INC. | ATTN: DEXTER BRABAND, 900 TOWN & COUNTRY LANE, SUITE 210, HOUSTON, TX, 77024 | 2/28/2025 |
| 48. | 1484 | 3415 BELL ST AMARILLO, TX | Big Lots Stores, LLC | SPANISH CROSSROADS DUNHILL LLC | 3100 MONTICELLO AVE., SUITE 300, DALLAS, TX, 75205 | 2/28/2025 |
| 49. | 5424 | 11912 SEMINOLE BLVD, UNIT A LARGO, FL | Big Lots Stores, LLC | SPI LARGO VILLAGE, LLC | C/O CF PROPERTIES CORP., 6625 MIAMI LAKES DRIVE, #340, MIAMI LAKES, FL, 33014 | 2/28/2025 |
| 50. | 5258 | 28 WHITES CROSSING LN WHITEVILLE, NC | Big Lots Stores, LLC | SPIRIT MASTER FUNDING IV, LLC | ATTN: REALTY INCOME CORPORATION, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 2/28/2025 |
| 51. | 49 | 825 MAIN ST MILFORD, OH | Big Lots Stores-CSR, LLC | ST VINCENT DePAUL STORES INC | 1125 BANK ST, CINCINNATI, OH, 45214 | 2/28/2025 |
| 52. | 1390 | 1200 SMALLWOOD DR W WALDORF, MD | Big Lots Stores, LLC | ST. CHARLES PLAZA LLC | C/O WPG, 4900 EAST DUBLIN GRANVILLE RD, 4TH FLOOR, COLUMBUS, OH, 43081 | 2/28/2025 |
| 53. | 226 | 4121 SHELBYVILLE RD LOUISVILLE, KY | Big Lots Stores, LLC | ST. MATTHEWS PAVILION, LLC | C/O TIM HELSON, PO BOX 30, SMITHFIELD, KY, 40068-0030 | 2/28/2025 |
| 54. | 228 | 503 BENNER PIKE STATE COLLEGE, PA | Big Lots Stores, LLC | SUBURBAN REALTY JOINT VENTURE | C/O KEYSTONE REAL ESTATE GROUP, 431 SCIENCE PARK RD STE 301, STATE COLLEGE, PA, 16803 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 55. | 228 - Storage | 503 BENNER PIKE STATE COLLEGE, PA | Big Lots Stores, LLC | SUBURBAN REALTY JOINT VENTURE | C/O KEYSTONE REAL ESTATE GROUP, 431 SCIENCE PARK RD STE 301, STATE COLLEGE, PA, 16803 | 2/28/2025 |
| 56. | 4662 | 1733 WEST LOOP 281 LONGVIEW, TX | Big Lots Stores-PNS, LLC | SUMMIT NORTHWEST VILLAGE, LLC | C/O THE WOODMONT COMPANY, 2100 WEST 7TH STREET, FORT WORTH, TX, 76107 | 2/28/2025 |
| 57. | 229 | 105 LONGMIRE RD CLINTON, TN | Big Lots Stores, LLC | SUMMIT PROPERTIES PARTNERSHIP | C/O HOLLINGSWORTH COMPANIES, TWO CENTRE PLAZA, CLINTON, TN, 37716 | 2/28/2025 |
| 58. | 1680 | 1227 W MAIN ST SALEM, VA | Big Lots Stores, LLC | SVS HOSPITALITY INC | 1535 LINKS VIEW DR, SALEM, VA, 24153-8905 | 2/28/2025 |
| 59. | 1729 | 4650 S US HIGHWAY 41 TERRE HAUTE, IN | Big Lots Stores, LLC | SWG-TERRE HAUTE, LLC | C/O GARNER GROUP, 3715 NORTHSIDE PARKWAY, SUITE 4-325, ATLANTA, GA, 30327 | 2/28/2025 |
| 60. | 1534 | 2500 E WASHINGTON ST EAST PEORIA, IL | Big Lots Stores, LLC | TBF GROUP FONDULAC LLC | 175 GREAT NECK RD STE 201, GREAT NECK, NY, 11021-3351 | 2/28/2025 |
| 61. | 1696 | 2211 W MAIN ST NORMAN, OK | Big Lots Stores, LLC | TC NORMAN INVESTMENTS | 15640 QUORUM DRIVE, ADDISON, TX, 75001 | 2/28/2025 |
| 62. | 4245 | 7025 N MESA ST EL PASO, TX | Big Lots Stores-PNS, LLC | TEN EAST PARTNERS, LP | C/O MIMCO, INC., 6500 MONTANA AVENUE, EL PASO, TX, 79925 | 2/28/2025 |
| 63. | 1999 | 1651 PARIS PIKE GEORGETOWN, KY | Big Lots Stores, LLC | THE DEERFIELD COMPANY, INC. | C/O WALTER WAGNER JR CO., LLC, 2115 LEXINGTON ROAD, #110, LOUISVILLE, KY, 40207 | 2/28/2025 |
| 64. | 122 | 1760 S MAIN ST BELLEFONTAINE, OH | Big Lots Stores-CSR, LLC | THE LEATHERY COMPANY | 5 EAST LONG STREET, SUITE 1200, COLUMBUS, OH, 43215-2915 | 2/28/2025 |
| 65. | 1814 | 35507 FORD RD WESTLAND, MI | Big Lots Stores, LLC | THE POINT INVESTMENT, L.L.C. | PO BOX 252451, WEST BLOOMFIELD, MI, 48323 | 2/28/2025 |
| 66. | 1954 | 2485 WARWICK AVE WARWICK, RI | Big Lots Stores, LLC | THE STOP & SHOP SUPERMARKET CO., LLC | ATT: SENIOR VICE PRESIDENT/GEN. COUNSEL, 1385 HANCOCK STREET, QUINCY, MA, 2169 | 2/28/2025 |
| 67. | 1089 | 3200 IRVIN COBB RD PADUCAH, KY | Big Lots Stores, LLC | THF PADUCAH DEVELOPMENT , LP | C/O TKG MANAGEMENT, INC, 211 N. STADIUM BLVD., STE 201, COLUMBIA, MO, 65203-1161 | 2/28/2025 |
| 68. | 5148 | 163 VIRGINIA AVE S STE C TIFTON, GA | Big Lots Stores, LLC | TIFTON RETAIL I LLC | 1003 ALPHARETTA ST STE 100, ROSWELL, GA, 30075 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 69. | 1383 | 455 HWY 321 N LENOIR CITY, TN | Big Lots Stores, LLC | TN EQUITIES LLC | C/O UNITED PROPERTIES CORP, 1975 HEMPSTEAD TURNPIKE, STE 309, EAST MEADOW, NY, 11554-1703 | 2/28/2025 |
| 70. | 1487 | 1374 W MAIN ST LEWISVILLE, TX | Big Lots Stores, LLC | TOP HOME LLC | 16545 LOCH KATRINE LANE, HOUSTON, TX, 77084-2766 | 2/28/2025 |
| 71. | 547 | 7565 W HILLSBOROUGH AVE TAMPA, FL | Big Lots Stores, LLC | TOWN 'N' COUNTRY PLAZA, LP | C/O STUART S. GOLDING COMPANY, 204 N HOWARD AVE, TAMPA, FL, 33606-1552 | 2/28/2025 |
| 72. | 1623 | 7408 NIEMAN RD SHAWNEE, KS | Big Lots Stores, LLC | TRAILRIDGE CENTER, L.P. | C/O VARNUM/ARMSTRONG/DEETER, LLC, 11837 COLLEGE BLVD, OVERLAND PARK, KS, 66210 | 2/28/2025 |
| 73. | 1752 | 1109 PARIS RD MAYFIELD, KY | Big Lots Stores, LLC | TRIFECTA CAPITAL LLC | PO BOX 447, MAYFIELD, KY, 42066-0030 | 2/28/2025 |
| 74. | 5406 | 2525 DAWSON RD ALBANY, GA | Big Lots Stores, LLC | TRIGROUP PROPERTIES LLC | 709 CANTON RD STE 240, MARIETTA, GA, 30060-8971 | 2/28/2025 |
| 75. | 1246 | 1146 ERIE BLVD W ROME, NY | Big Lots Stores, LLC | TRIPLE KAP REALTY CORP | C/O CA KAPLAN REAL ESTATE, 1300 FLOYD AVE, ROME, NY, 13440 | 2/28/2025 |
| 76. | 296 | 6829 BURLINGTON PIKE FLORENCE, KY | Big Lots Stores, LLC | TURFWAY PLAZA ASSOCIATES LLC | C/O COTSWOLD GROUP, 550 MAMARONECK AVE, SUITE 411, HARRISON, NY, 10528 | 2/28/2025 |
| 77. | 1682 | 8787 N OWASSO EXPY STE F OWASSO, OK | Big Lots Stores, LLC | TWENTY FIRST PROPERTIES INC | 2121 S COLUMBIA AVE STE 650, TULSA, OK, 74114-3506 | 2/28/2025 |
| 78. | 5355 | 6650 DIXIE HWY LOUISVILLE, KY | Big Lots Stores, LLC | TYLER CENTER LLC | 6060 DUTCHMANS LN STE 110, LOUISVILLE, KY, 40205-3277 | 2/28/2025 |
| 79. | 5198 | 830 STATE ROUTE 35 MIDDLETOWN, NJ | Big Lots Stores, LLC | URBAN EDGE PROPERTIES | C/O MIDDLETOWN UE LLC, 210 ROUTE 4 EAST ATTN LEGAL, PARAMUS, NJ, 7652 | 2/28/2025 |
| 80. | 5360 | 108 FRANKLIN AVE SPARTANBURG, SC | Big Lots Stores, LLC | US PROPERTIES GROUP | ATTN: CINDY HICKS, 800 COLUMBIANA DRIVE SUITE 220, IRMO, SC, 29063 | 2/28/2025 |
| 81. | 86 | 1751 HOMER M ADAMS PKWY ALTON, IL | Big Lots Stores, LLC | VALCOUR DEVELOPMENT | C/O BREIHAN PROPERTIES LLC, 8330 WATSON RD, SUITE 200, ST. LOUIS, MO, 63119 | 2/28/2025 |
| 82. | 1599 | 13926 NACOGDOCHES RD SAN ANTONIO, TX | Big Lots Stores, LLC | VALENCIA HILLS PARTNERS, LP | PO BOX 1390, BEAUMONT, TX, 77704 | 2/28/2025 |
| 83. | 1160 | 1155 S SHANNON ST VAN WERT, OH | Big Lots Stores-CSR, LLC | VAN WERT RE, LLC | ATTN: REAL ESTATE, 317 WEST MAIN CROSS STREET, FINDLAY, OH, 45840 | 2/28/2025 |
| 84. | 1245 | 719 N HAMPTON RD STE 217 DESOTO, TX | Big Lots Stores, LLC | VANYARMOUTH, LLC | C/O CALITEX, LLC, 1625 N STORY ROAD #168, IRVING, TX, 75061 | 2/28/2025 |
| 85. | 1073 | 116 VILLAGE CENTER RD HARLAN, KY | Big Lots Stores, LLC | VILLAGE CENTER, LLC | 400 VILLAGE CENTER, HARLAN, KY, 40831 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 86. | 5476 | 2864 VIRGINIA BEACH BLVD VIRGINIA BEACH, VA | Big Lots Stores, LLC | WAL-MART EAST, LP | ATTN: PHYLLIS OVERSTREET, 2608 SE J STREET, BENTONVILLE, AR, 72712-3767 | 2/28/2025 |
| 87. | 1535 | 1001 S BISHOP AVE ROLLA, MO | Big Lots Stores, LLC | WARREN DAVIS PROPERTIES XVIII, LLC | C/O DAVIS PROPERTY MANAGEMENT, 1540 W. BATTLEFIELD RD, SPRINGFIELD, MO, 65807 | 2/28/2025 |
| 88. | 1631 | 801 LAKE ST ELMIRA, NY | Big Lots Stores, LLC | WARREN L12 LLC | C/O LENNY LINSKER, 12 ISELIN TERRACE, LARCHMONT, NY, 10538 | 2/28/2025 |
| 89. | 5353 | 1001 E MAIN ST BRADFORD, PA | Big Lots Stores, LLC | WASHINGTON GARDENS I & II LP | C/O ZAMIAS SERVICES INC, 1219 SCALP AVE, JOHNSTOWN, PA, 15904 | 2/28/2025 |
| 90. | 5214 | 10235 EAST WASHINGTON ST. INDIANAPOLIS, IN | Big Lots Stores, LLC | WASHINGTON PLACE INDIANA LLC | 1274 49TH STREET, #302, BROOKLYN, NY, 11219 | 2/28/2025 |
| 91. | 111 | 5640 DIXIE HWY WATERFORD, MI | Big Lots Stores, LLC | WATERFORD VILLAGE LLC | PO BOX 252451, WEST BLOOMFIELD, MI, 48325 | 2/28/2025 |
| 92. | 1816 | 2191 WATSON BLVD WARNER ROBINS, GA | Big Lots Stores, LLC | WATSON CENTRAL GA LLC | C/O LIVINGSTON PROPERTIES, P.O. BOX 7078, WARNER ROBINS, GA, 31095 | 2/28/2025 |
| 93. | 1787 | 110 GREENE PLZ WAYNESBURG, PA | Big Lots Stores, LLC | WAYNESBURG ASSOCIATES GENERAL PTNRSHP | C/O PENNMARK MANAGEMENT COMPANY, INC., 1000 GERMANTOWN PIKE, SUITE A2, PLYMOUTH MEETING, PA, 19462 | 2/28/2025 |
| 94. | 1516 | 1025 N TEXAS BLVD STE 1 WESLACO, TX | Big Lots Stores, LLC | WESLACO PALM PLAZA LLC | C/O COMMERCIAL BUILDERS GROUP, LLC, 4629 MARCO DRIVE, SAN ANTONIO, TX, 78218 | 2/28/2025 |
| 95. | 5160 | 35101 EUCLID AVE WILLOUGHBY, OH | Big Lots Stores, LLC | WEST POINT PARTNERS | C/O USA MANAGEMENT, 35110 EUCLID AVENUE, WILLOUGHBY, OH, 44094 | 2/28/2025 |
| 96. | 4737 | 30120 GRAND RIVER AVE FARMINGTON HILLS, MI | Big Lots Stores-PNS, LLC | WEST RIVER SHOPPING CENTER LLC | 5550 HAMPSHIRE DRIVE, WEST BLOOMFIELD, MI, 48322 | 2/28/2025 |
| 97. | 1061 | 570 E MAIN ST JACKSON, OH | Big Lots Stores-CSR, LLC | WESTERVILLE SQUARE INC | 2000 W HENDERSON RD STE 500, COLUMBUS, OH, 43220-2496 | 2/28/2025 |
| 98. | 1462 | 105 S CENTRAL EXPY MCKINNEY, TX | Big Lots Stores, LLC | WESTGATE SHOPPING CENTER, LTD. | 2301 OHIO DRIVE, SUITE 139, PLANO, TX, 75093-3902 | 2/28/2025 |
| 99. | 4689 | 2701 VETERANS PKWY SPRINGFIELD, IL | Big Lots Stores-PNS, LLC | WHITE OAKS PLAZA LLC | C/O WASHINGTON PRIME GROUP, 4900 E DUBLIN GRANVILLE RD 4TH FLOOR, COLUMBUS, OH , 43081 | 2/28/2025 |