**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 1. | 5445 | 195 TOM HILL SR BLVD MACON, GA | Big Lots Stores, LLC | WHLR - RIVERGATE, LLC | C/O WHEELER REAL ESTATE COMPANY, 2529 VIRGINIA BEACH BLVD., VIRGINIA BEACH, VA, 23452 | 2/28/2025 |
| 2. | 5386 | 975 HANES MALL BLVD WINSTON SALEM, NC | Big Lots Stores, LLC | WINSTON SALEM HAINES LLC | C/O RIVERCREST REALTY ASSOCIATES LLC, 8816 SIX FORKS RD, STE 21, RALEIGH, NC, 27615 | 2/28/2025 |
| 3. | 1725 | 130 PLAZA DR CLEARFIELD, PA | Big Lots Stores, LLC | WOLF RIVER RUN ASSOCIATES, LLC | 99 WEST HAWTHORNE STREET, SUITE 218, P.O. BOX 460, VALLEY STREAM, NY, 11582 | 2/28/2025 |
| 4. | 216 | 445 HWY 44 E STE 208 SHEPHERDSVILLE, KY | Big Lots Stores, LLC | WOOD CENTER PROPERTIES LLC | 321 HENERY ST, LEXINGTON, KY, 40508-4051 | 2/28/2025 |
| 5. | 5393 | 5484 ATLANTA HWY MONTGOMERY, AL | Big Lots Stores, LLC | WOODCOCK PROPERTIES | ATTN: BEN JOHNSON, 420 NORTH 20TH ST, STE 3400, BIRMINGHAM, AL, 35203 | 2/28/2025 |
| 6. | 4603 | 7807 SAN DARIO AVE LAREDO, TX | Big Lots Stores-PNS, LLC | WRI TRAUTMANN, L.P. | ATTN: LEGAL DEPARTMENT, 2600 CITADEL PLAZA DR, SUITE 125, HOUSTON, TX, 77008 | 2/28/2025 |
| 7. | 1847 | 7301 S PENNSYLVANIA AVE STE A OKLAHOMA CITY, OK | Big Lots Stores, LLC | Y&O 240 LLC | C/O PRICE EDWARDS & CO, 210 PARK AVENUE, SUITE 700, OKLAHOMA CITY, OK, 73102 | 2/28/2025 |
| 8. | 1257 | 150 E OAK ST CONWAY, AR | Big Lots Stores, LLC | Y&O FAULKNER LLC | C/O FLAKE & KELLEY COMMERCIAL, 425 WEST CAPITOL, LITTLE ROCK, AR, 72201 | 2/28/2025 |
| 9. | 1488 | 160 N AIR DEPOT BLVD MIDWEST CITY, OK | Big Lots Stores, LLC | Y&O TOWN & COUNTRY LLC | C/O PRICE EDWARDS & COMPANY, 210 PARK AVENUE, STE 700, OKLAHOMA CITY, OK, 73102-5600 | 2/28/2025 |
| 10. | 5320 | 1630 GARTH BROOKS BLVD YUKON, OK | Big Lots Stores, LLC | YUKON ROUTE 66 II LLC | C/O CHASE PROPERTIES LTD, 3333 RICHMOND ROAD, SUITE 320, BEACHWOOD, OH, 44122 | 2/28/2025 |
| 11. | 4043 | 1625 S 4TH AVE YUMA, AZ | Big Lots Stores-PNS, LLC | YUMA MESA, LLC | C/O SOUTHWEST MANAGEMENT, 400 S. MAIN STREET, YUMA, AZ, 85364-2313 | 2/28/2025 |
| 12. | 4043 - Storage | 1625 S 4TH AVE YUMA, AZ | Big Lots Stores-PNS, LLC | YUMA MESA, LLC | C/O SOUTHWEST MANAGEMENT, 400 S. MAIN STREET, YUMA, AZ, 85364-2313 | 2/28/2025 |