IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 2068** |

**ORDER AUTHORIZING THE DEBTORS TO FILE DEBTORS' OMNIBUS REPLY TO OBJECTIONS TO THE MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) SETTING A BAR DATE FOR FILING PROOFS OF PRE-CLOSING ADMINISTRATIVE EXPENSE CLAIMS AGAINST THE DEBTORS, (II) ESTABLISHING PRE-CLOSING ADMINISTRATIVE EXPENSE CLAIMS PROCEDURES, AND (III) GRANTING RELATED RELIEF, INCLUDING <u>NOTICE AND FILING PROCEDURES</u>**

Upon consideration of the *Motion of Debtors for Leave To File Debtors' Omnibus Reply To Objections To the Motion of Debtors for Entry of an Order (I) Setting a Bar Date for Filing Proofs of Pre-Closing Administrative Expense Claims Against the Debtors, (II) Establishing Pre-Closing Administrative Expense Claims Procedures, and (III) Granting Related Relief, Including Notice and Filing Procedures* (the "**Motion**"),[1] it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Debtors are authorized to file the Reply.

Dated: February 26th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.