## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the 26th day of February 2025, a copy of the foregoing *Clover Cortez, LLC's Amended Objection to Cure Amount and to Assumption and Assignment of Lease* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel to the Debtors:*

| | |
|---|---|
| Brian M. Resnick, Esq., | Robert J. Dehney, Sr., Esq. |
| Adam L. Shpeen, Esq. | Andrew R. Remming, Esq., |
| Stephen D. Piraino, Esq. | Daniel B. Butz, Esq. |
| Jonah A. Peppiatt, Esq. | Tamara K. Mann, Esq. |
| Ethan Stern, Esq. | Casey B. Sawyer, Esq. |
| Davis Polk & Wardwell LLP | Morris, Nichols, Arsht & Tunnell LLP |
| 450 Lexington Avenue | 1201 N. Market Street, 16th Floor |
| New York, NY 10017 | Wilmington, DE 19801 |
| notice.biglots@davispolk.com | biglots.mnat@morrisnichols.com |

*U.S. Trustee:*                                    *Counsel to the Stalking Horse Bidder:*

| | |
|---|---|
| Linda J. Casey, Esq. | Christopher Marcus, P.C. |
| J. Caleb Boggs Federal Building | Douglas A. Ryder, P.C. |
| 844 King Street, Suite 2207, Lockbox 35 | Nicholas M. Adzima, Esq. |
| Wilmington, DE 19801 | Kirkland & Ellis, LLP |
| linda.casey@usdoj.gov | 601 Lexington Avenue |
| | New York, New York 10022 |
| | cmarcus@kirkland.com |
| | douglas.ryder@kirkland.com |
| | nicholas.adzima@kirkland.com |

*Counsel to the Committee:*

| | |
|---|---|
| Darren Azman, Esq. | Justin R. Alberto, Esq. |
| Kristin G. Going, Esq. | Stacy L. Newman, Esq. |
| McDermott Will & Emery LLP | Cole Schotz P.C. |
| One Vanderbilt Avenue | 500 Delaware Avenue, Suite 1410 |
| New York, NY 10017 | Wilmington, DE 19801 |
| dazman@mwe.com | jalberto@coleschotz.com |
| kgoing@mwe.com | snewman@coleschotz.com |

|  |  |
|---|---|
|  | *Counsel to the ABL Agent:* |
| John F. Ventola, Esq.<br>Jonathan D. Marshall, Esq.<br>Jacob S. Lang, Esq.<br>Choate, Hall & Stewart, LLP<br>Two International Place<br>Boston, MA 02110<br>jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com | Regina Stango Kelbon, Esq.<br>Stanley Tarr, Esq.<br>Blank Rome, LLP<br>1201 North Market Street, Suite 800<br>Wilmington, DE 19801<br>regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com |
|  | *Counsel to the Term Agent:* |
| Chad B. Simon, Esq.<br>James V. Drew, Esq.<br>Sarah L. Hautzinger, Esq.<br>Otterbourg, P.C.<br>230 Park Avenue<br>New York, NY 10169<br>CSimon@otterbourg.com<br>JDrew@otterbourg.com<br>shautzinger@otterbourg.com | John H. Knight, Esq.<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>knight@rlf.com |

| | |
|---|---|
| <u>February 26, 2025</u><br>Date | */s/ William A. Hazeltine*<br>William A. Hazeltine |