**<u>Exhibit A</u>**

**Supplemental List of Ordinary Course Professionals**

The following Ordinary Course Professional is added to the list of Ordinary Course Professionals:

| Ordinary Course Professional | Types of Matters Typically Handled for the Debtors | Work Description |
|---|---|---|
| Ernst & Young LLP | IRS and ACA compliance | Tax Advisory Services |