# EXHIBIT B

**Designated Leases**

| # | Store # | Store Address | Debtor Entity | Landlord | Assignee | Cure |
|---|---|---|---|---|---|---|
| 1 | 30 | 818 S MAIN ST., Bowling Green, OH 43402-4601 | Big Lots Stores-CSR, LLC | TOLSON INVESTMENTS<br><br>Brandi Schmidt<br>bschmidt@tolsonent.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 2 | 380 | 1535 S WESTERN AVE, Marion, IN 46953-1543 | Big Lots Stores, LLC | Lone Star Equities JRB Mgt<br><br>Jill Hieber<br>jill@jrbmgmt.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 3 | 407 | 20 N GILBERT ST, Danville, IL 61832-8502 | Big Lots Stores, LLC | Gator Investments<br><br>James Goldsmith<br>jag@gatorinvestments.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 4 | 493 | 5121 SW 29TH ST, Topeka, KS 66614-2350 | Big Lots Stores, LLC | BOB BASSEL<br>info@bobbassel.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 5 | 1076 | 704 WEST AYRE ST, Shawnee, OK 74801-4707 | Big Lots Stores, LLC | Claremore Blue Starr Investments<br><br>William Osmond<br>wkosmond@gmail.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 6 | 1154 | 139 S INTERSTATE 35, New Braunfels, TX 78130-4824 | Big Lots Stores, LLC | Retail Plazas, Inc.<br><br>Cory McCord<br>cmccord@retailplazas.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $5,930 |
| 7 | 1187 | 1925 TIFFIN AVE, Findlay, OH 45840-6752 | Big Lots Stores-CSR, LLC | ISAAC PROPERTY<br><br>Zac Isaac<br>zac.isaac@isaacgroup.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com) | $4,523 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Lorenzo Thomas(lorenzo.thomas@blankrome.com) | |
| 8 | 1189 | 3118 ANDREWS HWY, Odessa, TX 79762-7521 | Big Lots Stores, LLC | Routh Properties<br><br>Todd Routh<br>todd@routhproperties.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $3,883 |
| 9 | 1238 | 353 JOHN FITCH HWY, Fitchburg, MA 01420-4501 | Big Lots Stores, LLC | PEACE AND GRACE REALTY, LLC<br><br>Sherif Sidhom<br>sherif.graceproperty@gmail.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $5,098 |
| 10 | 1266 | 2804 N BROADWAY ST, Pittsburg, KS 66762-2627 | Big Lots Stores, LLC | Kayton Development<br><br>Tamara Pernice<br>tpernice@blockllc.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $4,399 |
| 11 | 1286 | 1615 W HENDERSON ST STE C, Cleburne, TX 76033-4176 | Big Lots Stores, LLC | Klement<br><br>Christopher Klement<br>cpklem@gmail.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $3,900 |
| 12 | 1370 | 1060 WASHINGTON SQUARE SC, Washington, MO 63090-5302 | Big Lots Stores, LLC | Super Gas & Food Mart Inc.<br><br>Harry Chrysanthou<br>h.chrys@yahoo.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 13 | 1375 | 20050 CORTEZ BLVD, Brooksville, FL 34601-3834 | Big Lots Stores, LLC | South Square Shopping Center, LLC<br><br>Trent Goss<br>pasco.retail@ceqfl.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $3,937 |
| 14 | 1433 | 4715 BILLINGSLEY BLVD STE C, Midland, TX 79705-2508 | Big Lots Stores, LLC | Pilchers<br><br>KR Vineyard<br>kr@pilchers.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | 1491 | 1209 W SPRING ST, Monroe, GA 30655-1756 | Big Lots Stores, LLC | Dinnerman Group<br><br>Jeana Kwon<br>jkwon@kwonllc.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 16 | 1562 | 8402 N NAVARRO ST, Victoria, TX 77904-2604 | Big Lots Stores, LLC | VSC ASSOCIATES LLC<br><br>Simone Spiegel<br>simone@samcoproperties.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $4,733 |
| 17 | 1586 | 12 NORTHWEST BLVD, Nashua, NH 03063-4066 | Big Lots Stores-PNS, LLC | Demoulas Market Basket<br><br>John Matthews<br>rms9119@cs.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 18 | 1649 | 2414 LAND O LAKES BLVD, Land O Lakes, FL 34639-4907 | Big Lots Stores, LLC | B&B GROCERY<br><br>Linda Toledo<br>ltoledo@bbchi.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 19 | 1664 | 315 E COMMERCE ST UNIT B, Brownwood, TX 76801-1800 | Big Lots Stores, LLC | Darby Yard LLC<br><br>Franklin Sapp<br>ITS4SOMEWHERE@AOL.COM | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 20 | 1674 | 303 E BATTLEFIELD ST STE J, Springfield, MO 65807-4903 | Big Lots Stores, LLC | Jared Enterprises<br><br>Curtis Jared<br>CJARED@JAREDENTERPRISES.COM | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $5,528 |
| 21 | 1797 | 2008 MEMORIAL BLVD, Springfield, TN 37172-3914 | Big Lots Stores, LLC | Millan Enterprises<br><br>Ryan Kean<br>rylan.kean@millanenterprises.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $4,516 |

| # | | Address | Debtor | Landlord / Contact | Notice Parties | Cure |
|---|---|---|---|---|---|---|
| 22 | 1836 | 1200 BUSINESS 190 STE 2, Covington, LA 70433-3279 | Big Lots Stores, LLC | Petite Esplande Covington<br><br>William Kingmill<br>KINGSMILLPROP@BELLSOUTH.NET | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 23 | 1864 | 1305 SIDNEY BAKER ST STE J, Kerrville, TX 78028-2737 | Big Lots Stores, LLC | Dorado Development Co., LLC<br><br>Mari Del Toro<br>mari@doradodev.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $5,411 |
| 24 | 1926 | 1590 GEORGE DIETER DR, El Paso, TX 79936-7614 | Big Lots Stores, LLC | MIMCO<br><br>McGee Sauls<br>MSauls@mimcoproperties.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $5,562 |
| 25 | 1959 | 809 S TIMBERLAND DR, Lufkin, TX 75901-4880 | Big Lots Stores, LLC | Ella Plaza LP<br><br>Richard Riggs<br>Richard@nankanimanagement.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $3,783 |
| 26 | 1977 | 3125 W BROADWAY BLVD, Sedalia, MO 65301-2116 | Big Lots Stores, LLC | THOMPSON HILLS INVESTMENT CORP<br><br>Dianne Simon<br>dianne.simon@ewthompson.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 27 | 4488 | 96 DANIEL WEBSTER HWY, Belmont, NH 03220-3045 | Big Lots Stores-PNS, LLC | Vernet Properties<br><br>Kathy Franson<br>KATHY@VERNETPROPERTIES.COM | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 28 | 4544 | 6516 N 73RD PLZ, Omaha, NE 68122-1747 | Big Lots Stores-PNS, LLC | Big Score Investors<br><br>Howard Shrier<br>howard.shrier@lundco.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $4,461 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | 4651 | 3925 BROADWAY ST, Mount Vernon, IL 62864-2205 | Big Lots Stores-PNS, LLC | Namdar Realty Group<br><br>Barbie Kashi<br>barbie@namdarllc.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 30 | 4740 | 457 DALTON AVE, Pittsfield, MA 01201-2978 | Big Lots Stores-PNS, LLC | El Gato Grande Limited Partnership<br><br>Edward Hoe<br>ed@hoecorp.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 31 | 5161 | 540 WATER ST., Chardon, OH 44024-1167 | Big Lots Stores, LLC | JDS Properties<br><br>Jacob Berger<br>Jjb@hampton-properties.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $4,097 |
| 32 | 5185 | 759 HWY 62 E STE 311, Mountain Home, AR, 72653-3251 | Big Lots Stores, LLC | DLC<br><br>Adam Greenburg<br>agreenberg@dlcmgmt.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $4,692 |
| 33 | 5248 | 38 DUTCH TOWN PLZ, Palatine Bridge, NY 13428-0000 | Big Lots Stores, LLC | Kamin Realty<br><br>Rob Lang<br>rlang@kaminrealty.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 34 | 5272 | 1998 STATE ROAD 44, New Smyrna Beach, FL 32168-8349 | Big Lots Stores, LLC | G3 DEVELOPMENT<br><br>Gerry Guenther<br>gerry.guenther@g3development.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $6,872 |
| 35 | 5294 | 98 VICTORY HWY, Painted Post, NY 14870-1007 | Big Lots Stores, LLC | GIBRALTAR<br><br>Scott Zelekowitz<br>scott@gibraltarmgt.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |

| # | Store | Address | Debtor | Landlord | Counsel | Cure |
|---|---|---|---|---|---|---|
| 36 | 5318 | 4633 ROOSEVELT BLVD, Middletown, OH 45044-6223 | Big Lots Stores-CSR, LLC | Kamin Realty<br><br>Rob Lang<br>rlang@kaminrealty.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 37 | 5322 | 3161 SOUTH MCKENZIE ST, Foley, AL 36535-3701 | Big Lots Stores, LLC | Realty Income Corp<br><br>Gregory Azar<br>gazar@realtyincome.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $6,311 |
| 38 | 5419 | 1077 E STUART DR, SUITE 100, Galax, VA 24333-2638 | Big Lots Stores, LLC | REGENCY PROPERTIES<br><br>Jennifer Tabor<br>jtabor@regency-prop.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |
| 39 | 5443 | 1707 SOUTHDALE AVE, Lebanon, MO 65536-0000 | Big Lots Stores, LLC | Jared Enterprises<br><br>Curtis Jared<br>CJARED@JAREDENTERPRISES.COM | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $3,130 |
| 40 | 5465 | 1200 N HILLS CENTER, Ada, OK 74820-1886 | Big Lots Stores, LLC | Eagle North Hills Shopping Center LP<br><br>Michael Hershman<br>michael@eagleequityinc.com | Ollie's Bargain Outlet, Inc.<br>Steven Horowitz (shorowitz@ollies.us )<br>Kelly Lane Martin (Klmartin@ollies.us)<br>Josef Mintz(josef.mintz@blankrome.com)<br>Lorenzo Thomas(lorenzo.thomas@blankrome.com) | $0 |