## EXHIBIT A

**Post-Closing Designation Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF DESIGNATION OF DESIGNATED ASSET

WHEREAS, Gordon Brothers Retail Partners, LLC, as buyer ("Buyer"), and Big Lots, Inc., a Delaware corporation and debtor and debtor in possession ("Seller"), are parties to that certain Asset Purchase Agreement dated as of January 3, 2025 (the "Purchase Agreement"), pursuant to which Buyer agreed to acquire the Assets from Seller and the other the Selling Entities[2].

WHEREAS, pursuant to an order of the Bankruptcy Court entered January 2, 2025 (the "Sale Order")[ECF No. 1556], the Bankruptcy Court approved the Selling Entities' sale of the Assets to Buyer pursuant to the Purchase Agreement;

WHEREAS, on January 3, 3025, the Initial Closing under the Purchase Agreement occurred; and

WHEREAS, in accordance with Section 2.05(b) of the Purchase Agreement, Buyer desires to (a) designate each of those non-residential real property leases for the locations identified in Exhibit "A" hereto and incorporated herein (collectively, the "Designated VW Leases") as a "Designated Asset" for assumption and assignment, and (b) designate Variety Wholesalers, Inc. (or a designated affiliate, "VW") as the Designated Buyer with respect to the acquisition, assumption and assignment of the Designated VW Leases.

### DESIGNATION OF DESIGNATED ASSET

1.      In accordance with Section 2.05(b) of the Purchase Agreement, Buyer hereby (a) designates each of the Designated VW Leases as a "Designated Asset", and (b) designates VW as the Designated Buyer with respect to the acquisition, assumption and assignment of each Designated VW Lease(s) with an effective date being the earlier of (x) the effective date set forth in an order of the

---

[1]      The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]      All capitalized undefined terms used in this Notice shall have the same meaning as in the Purchase Agreement.

4254885.1

Bankruptcy Court authorizing an approving such assumption and assignment or (y) the applicable Sale Termination Date (as defined in the Agency Agreement) for such leased location.

    IN WITNESS WHEREOF, this Notice of Designation has been signed by as of the date hereof.

Dated:  February 21, 2025
       New York, New York

                     Respectfully submitted,

                     **RIEMER & BRAUNSTEIN LLP**

                     By: _/s/ Steven E. Fox_____
                         Times Square Tower, Suite 2506
                         Seven Times Square
                         New York, New York 10036
                         Tel: 212-789-3150
                         Email: sfox@riemerlaw.com

                         _Attorneys for Gordon Brothers Retail Partners, LLC_

**EXHIBIT A**

**DESIGNATED VW LEASES**

4254885.1

## VW Designated Store Locations—Phase II

| BL Store # | Location |
| --- | --- |
| 62 | 1228 COUNTRY CLUB RD FAIRMONT, WV |
| 294 | 116 S HALL RD ALCOA, TN |
| 1648 | 875 MAIN ST SOUTHAVEN, MS |
| 1609 | 254 OAK SPRING RD WASHINGTON, PA |
| 206 | 3910 RAEFORD RD FAYETTEVILLE, NC |
| 1726 | 1140 W BROAD ST DUNN, NC |
| 225 | 1913 SHERWOOD RD KINGSPORT, TN |
| 5462 | 6832 F MARKET ST WILMINGTON, NC |
| 378 | 7200 MCCORKLE AVE SE CHARLESTON, WV |
| 5121 | 2215 W 12TH ST ERIE, PA |
| 282 | 633 S JEFFERSON AVE COOKEVILLE, TN |
| 1536 | 2587 W FRANKLIN BLVD GASTONIA, NC |
| 5126 | 1426 N GATEWAY AVE ROCKWOOD, TN |
| 1081 | 14228 US HIGHWAY 431 GUNTERSVILLE, AL |
| 5422 | 421 COLUMBIA AVE LEXINGTON, SC |
| 1703 | 2407 N HERRITAGE ST STE E KINSTON, NC |
| 1125 | 942 HAPPY VALLEY RD GLASGOW, KY |
| 347 | 3901 HIXSON PIKE STE 157 CHATTANOOGA, TN |
| 3 | 2708 PEACH ORCHARD RD AUGUSTA, GA |
| 4729 | 3000 SCOTTSVILLE RD, BOWLING GREEN, KY |
| 5239 | 2821 MONTGOMERY HIGHWAY, DOTHAN, AL |
| 5243 | 4260 WEST BROAD ST,  COLUMBUS, OH |