# EXHIBIT B

**Designated Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|---|
| 1 | 62 | 1228 Country Club Rd, Fairmont, WV | Big Lots Stores, LLC | Country Club Shops Inc | 14 Regency Drive, C/O Lou Spatafore Fairmont, Wv 26554 | | | $4,428 |
| 2 | 294 | 116 S. Hall Rd, Alcoa, TN | Big Lots Stores, LLC | Clyde J. Peery, Jr. And Mary Helen Peery | 1407 Old Niles Ferry Rd Maryville, Tn 37803 | | | $0 |
| 3 | 1648 | 875 Main St., Southaven, MS | Big Lots Stores, LLC | Kin Properties, Inc. | Tenant #100097091185 Nw Spanish River Blvd, Ste 100 Boca Raton, Fl 33431-4230 | Jeffrey Rhodes, Esq. Tayman Lane Chaverri Llp 2001 L Street, Nw, Suite 500 Washington, Dc 20036 | jrhodes@tlclawfirm.com | $3,820 |
| | 1648 | 875 Main St., Southaven, MS | Big Lots Stores, LLC | Kin Properties, Inc. | Tenant #100097091185 Nw Spanish River Blvd, Ste 100 Boca Raton, Fl 33431-4230 | Ericka F. Johnson, Esq. Bayard, P.A. 600 N. Market Street, Suite 400 Wilmington, De 19801 | ejohnson@bayardlaw.com | See Above |
| 4 | 1609 | 254 Oak Spring Rd., Washington, PA | Big Lots Stores, LLC | Penn Commercial, Inc. | 242 Oak Spring Road Washington, Pa 15301 | | | $56,622 |
| 5 | 206 | 3910 Raeford Rd, Fayetteville, NC | Big Lots Stores, LLC | Harolds Heirs Llc | 2513 Raeford Rd Fayetteville, Nc 28305 | Karen C. Bifferato Connolly Gallagher Llp 1201 N. Market Street, 20th Floor Wilmington, De 19801 | kbifferato@connollygallagher.com | $0 |
| | 206 | 3910 Raeford Rd, Fayetteville, NC | Big Lots Stores, LLC | Harolds Heirs Llc | 2513 Raeford Rd Fayetteville, Nc 28305 | Michael D. Mueller Williams Mullen 200 South 10th Street, Suite 1600 Richmond, Va 23219 | mmueller@williamsmullen.com | See Above |
| | 206 | 3910 Raeford Rd, Fayetteville, NC | Big Lots Stores, LLC | Harolds Heirs Llc | 2513 Raeford Rd Fayetteville, Nc 28305 | Lonnie M. Player, Jr. Player Mclean Llp 1019 Hay Street Fayetteville, Nc 28305 | lonnie@playermclean.com | See Above |
| 6 | 1726 | 1140 W. Broad St., Dunn, NC | Big Lots Stores, LLC | B&C Properties Of Dunn Llc | 770 Fleming Rd Coats, Nc 27521-8217 | David F. Mills Narron Wenzel Pa 1202 S. Third Street P.O. Box 1567 Smithfield, Nc 27577 | dmills@narronwenzel.com | $0 |
| | 1726 | 1140 W. Broad St., Dunn, NC | Big Lots Stores, LLC | B&C Properties Of Dunn Llc | 770 Fleming Rd Coats, Nc 27521-8217 | Kate Roggio Buck Maliheh Zare Mccarter & English, Llp 405 N. King Street, 8th Floor Wilmington, De 19801 | kbuck@mccarter.com mzare@mccarter.com | See Above |
| 7 | 225 | 1913 Sherwood Rd., Kingsport, TN | Big Lots Stores, LLC | Ns Retail Holdings, Llc | C/O Netstreit Management 2021 Mckinney Ave, Suite 1150 Dallas, Tx 75201 | Laurel D. Roglen Ballard Spahr Llp 919 N. Market Street, 11th Floor Wilmington, De 19801 | roglenl@ballardspahr.com | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|---|
| | 225 | 1913 Sherwood Rd., Kingsport, TN | Big Lots Stores, LLC | Ns Retail Holdings, Llc | C/O Netstreit Management 2021 Mckinney Ave, Suite 1150 Dallas, Tx 75201 | Joel F. Newell Ballard Spahr Llp 1 East Washington Street, Suite 2300 Phoenix, Az 85004 | newellj@ballardspahr.com | See Above |
| 8 | 5462 | 6832 F. Market St., Wilmington, NC | Big Lots Stores, LLC | Ogden Plaza, Llc | C/O Cameron Management, Inc. 1201 Glen Meade Road Wilmington, Nc 28401 | Carl N. Kunz, Iii Christopher M. Donnelly Morris James Llp 500 Delaware Ave., Suite 1500 Wilmington, De 19801 | ckunz@morrisjames.com cdonnelly@morrisjames.com | $6,482 |
| 9 | 378 | 7200 McCorkle Ave SE., Charleston, WV | Big Lots Stores, LLC | Seven Players Club Drive, Llc | 104 Dee Drive Charleston, Wv 25311 | | | $19,680 |
| 10 | 5121 | 2215 W 12th St., Erie, PA | Big Lots Stores, LLC | Tenth Street Building Corporation | C/O Baldwin Brothers, Inc. 2540 Village Common Drive Erie, Pa 16506 | | | $0 |
| 11 | 282 | 633 S. Jefferson Ave., Cookeville, TN | Big Lots Stores, LLC | Scot Luther | 3903-A Bellaire Blvd Houston, Tx 77025-1120 | | | $4,193 |
| 12 | 1536 | 2587 W. Franklin Blvd., Gastonia, NC | Big Lots Stores, LLC | Gastonia Restoration Partners | 2926b Foster Creighton Drive Nashville, Tn 37204 | Gene L. Humphreys Paul G. Jennings Bass, Berry & Sims Plc 21 Platform Way South, Suite 3500 Nashville, Tn 37203 | ghumphreys@bassberry.com pjennings@bassberry.com | $733 |
| 13 | 5126 | 1426 N. Gateway Ave., Rockwood, TN | Big Lots Stores, LLC | Ishaan Rockwood, Llc | C/O American Management Services, Inc, 5675 Jimmy Carter Blvd Ste 500 Norcross, Ga 30071 | | | $0 |
| 14 | 1081 | 14228 US Highway 431, Guntersville, AL | Big Lots Stores, LLC | Southgate Shopping Center | 300 W. Market Street Suite 3 Decatur, Al 35601 | R. Craig Martin Dla Piper Llp (Us) 1201 N. Market Street, Suite 2100 Wilmington, De 19801 | craig.martin@us.dlapiper.com | $0 |
| | 1081 | 14228 US Highway 431, Guntersville, AL | Big Lots Stores, LLC | Southgate Shopping Center | 300 W. Market Street Suite 3 Decatur, Al 35601 | Dale K. Cathell Virginia R. Callahan Dla Piper Llp (Us) 650 S. Exeter Street, Suite 1100 Baltimore, Md 21202 | dale.cathell@us.dlapiper.com virginia.callahan@us.dlapiper.com | See Above |
| 15 | 5422 | 421 Columbia Ave., Lexington, SC | Big Lots Stores, LLC | Lexington, (Village), Uy, Llc | C/O Rivercrest Realty Associates, Llc 8816 Six Forks Rd., Suite 201 Raleigh, Nc 27615 | | | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|---|
| 16 | 1703 | 2407 N. Herritage St., STE E, Kinston, NC | Big Lots Stores, LLC | Perry's Inc. | C/O Perry Management, Inc. 518 Plaza Blvd. Kinston, Nc 28501 | David F. Mills Narron Wenzel Pa 1202 S. Third Street P.O. Box 1567 Smithfield, Nc 27577 | dmills@narronwenzel.com | $0 |
|  | 1703 | 2407 N. Herritage St., STE E, Kinston, NC | Big Lots Stores, LLC | Perry's Inc. | C/O Perry Management, Inc. 518 Plaza Blvd. Kinston, Nc 28501 | Kate Roggio Buck Maliheh Zare Mccarter & English, Llp 405 N. King Street, 8th Floor Wilmington, De 19801 | kbuck@mccarter.com mzare@mccarter.com | See Above |
| 17 | 1125 | 942 Happy Valley Rd., Glasgow, KY | Big Lots Stores, LLC | Glasgow Retail Llc | 11155 Red Run Blvd Ste 320 Owings Mills, Md 21117-3256 | | | $0 |
| 18 | 347 | 3901 Hixson Pike, STE 157, Chattanooga, TN | Big Lots Stores, LLC | Core Highland Plaza Llc | Attn: Core Equity Partners, Po Box 11126 Fayetteville, Ar 72703-0053 | Lucian B. Murley Saul Ewing Llp 1201 N. Market Street, Suite 2300 P.O. Box 1266 Wilmington, De 19899 | luke.murley@saul.com | $0 |
|  | 347 | 3901 Hixson Pike, STE 157, Chattanooga, TN | Big Lots Stores, LLC | Core Highland Plaza Llc | Attn: Core Equity Partners, Po Box 11126 Fayetteville, Ar 72703-0053 | Turner N. Falk Saul Ewing Llp Centre Square West 1500 Market Street, 38th Floor Philadelphia, Pa 19102 | turner.falk@saul.com | See Above |
| 19 | 3 | 2708 Peach Orchard Rd., Augusta, GA | Big Lots Stores, LLC | Yellow Tail Georgia, Llc | 2002 Richard Jones Rd., Suite C-200, C/O Brookside Properties, Inc Nashville, Tn 37215 | | | $0 |
| 20 | 4729 | 3000 Scottsville Rd., Bowling Green, KY | Big Lots Stores-PNS, LLC | Ns Retail Holdings, Llc | C/O Netstreit Management 2021 Mckinney Ave, Suite 1150 Dallas, Tx 75201 | Laurel D. Roglen Ballard Spahr Llp 919 N. Market Street, 11th Floor Wilmington, De 19801 | roglenl@ballardspahr.com | $0 |
|  | 4729 | 3000 Scottsville Rd., Bowling Green, KY | Big Lots Stores-PNS, LLC | Ns Retail Holdings, Llc | C/O Netstreit Management 2021 Mckinney Ave, Suite 1150 Dallas, Tx 75201 | Joel F. Newell Ballard Spahr Llp 1 East Washington Street, Suite 2300 Phoenix, Az 85004 | newellj@ballardspahr.com | See Above |
| 21 | 5239 | 2821 Montgomery Highway, Dothan, AL | Big Lots Stores, LLC | Ns Retail Holdings, Llc | C/O Netstreit Management Office 2021 Mckinney Ave, Suite 1150 Dallas, Tx 75201 | Laurel D. Roglen Ballard Spahr Llp 919 N. Market Street, 11th Floor Wilmington, De 19801 | roglenl@ballardspahr.com | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|---|
| | 5239 | 2821 Montgomery Highway, Dothan, AL | Big Lots Stores, LLC | Ns Retail Holdings, Llc | C/O Netstreit Management Office 2021 Mckinney Ave, Suite 1150 Dallas, Tx 75201 | Joel F. Newell Ballard Spahr Llp 1 East Washington Street, Suite 2300 Phoenix, Az 85004 | newellj@ballardspahr.com | See Above |
| 22 | 5243 | 4260 West Broad St., Columbus, OH | Big Lots Stores, LLC | Morse Road Company-I, Llc | C/O Schottenstein Property Group 4300 East Fifth Avenue Columbus, Oh 43219 | | | $0 |