## CERTIFICATE OF SERVICE

I, Amy D. Brown, hereby certify that, on this 28th day of February, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

Dated: February 28, 2025          */s/ Amy D. Brown*  
Wilmington, Delaware           Amy D. Brown (DE 4077)  
                                      GELLERT SEITZ BUSENKELL & BROWN, LLC