**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots Management, LLC | 3D Group | Project Schedule | 1250 45th St Suite 360<br>Emeryville, CA 94608<br>USA | 2/28/2025 |
| 2 | Big Lots Management, LLC | 3D Group | Project Schedule | 1250 45th St Suite 360<br>Emeryville, CA 94608<br>USA | 2/28/2025 |
| 3 | Big Lots Management, LLC | 3D Group | Project Schedule under Master License and Services Agreement | 1250 45th St Suite 360<br>Emeryville, CA 94608<br>USA | 2/28/2025 |
| 4 | Consolidated Property Holdings, LLC | A.P. MOLLER - MAERSK SEALAND | Service Contract | 2 Giralda Farms<br>Madison, NJ 07940<br>USA | 2/28/2025 |
| 5 | Consolidated Property Holdings, LLC | A.P. MOLLER - MAERSK SEALAND | Service Contract Amendment | 2 Giralda Farms<br>Madison, NJ 07940<br>USA | 2/28/2025 |
| 6 | Consolidated Property Holdings, LLC | A.P. MOLLER MAERSK SEALAND | Service Contract | 2 Giralda Farms<br>Madison, NJ 07940<br>USA | 2/28/2025 |
| 7 | Big Lots eCommerce LLC | Accertify | Order Form for Managed Services | 2 PIERCE PLACE SUITE 900<br>ITASCA, IL 60143<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Accertify, Inc. | Authorization to Release and Receive Information | 2 Pierce Place, Ste. 900<br>Itasca, IL 60143<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | Accertify, Inc. | Confidentiality Agreement | 2 Pierce Place, Suite 900<br>Itasca, IL 60143<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | Accertify, Inc. | Confidentiality Agreement | 2 Pierce Place, Suite 900<br>Itasca, IL 60143<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | Accertify, Inc. | Confidentiality Agreement | 123 Main St.<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Accertify, Inc. | Confidentiality Agreement | 123 Main St.<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 13 | Big Lots eCommerce LLC | Accertify, Inc. | Master Terms and Conditions | Two Pierce Place, Suite 900<br>Itasca, IL 60143<br>USA | 2/28/2025 |
| 14 | Big Lots eCommerce LLC | Accertify, Inc. | Master Terms and Conditions | Two Pierce Place, Suite 900<br>Itasca, IL 60143<br>USA | 2/28/2025 |
| 15 | Big Lots eCommerce LLC | Accertify, Inc. | Order Form for Accertify Modules and Services | 123 Main St.<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 16 | Big Lots eCommerce LLC | Accertify, Inc. | Order Form for Fraud Management and Chargeback Management Modules | 123 Main St.<br>Columbus, OH 43081<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 17 | Big Lots, Inc. | ACCURATE HEATING AND AIR | Service Agreement | 10808 Foothill Blvd<br>Rancho Cucamonga, CA 91730<br>USA | 2/28/2025 |
| 18 | Big Lots, Inc. | Accurate Heating and Air Conditioning LLC | HVAC Scheduled Maintenance and Service Agreement | 10808 Foothill Blvd., Ste. 160-420<br>Rancho Cucamonga, CA 91730<br>USA | 2/28/2025 |
| 19 | Big Lots, Inc. | ACESUR NORTH AMERICA INC | Services Agreement | 981 SCOTT ST STE 100A<br>NORFOLK, VA 23502<br>USA | 2/28/2025 |
| 20 | Big Lots, Inc. | Acquia Inc. | Change Request for Inclusion of Machine Learning Models | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | Acquia Inc. | Change Request for Inclusion of Machine Learning Models | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 22 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 23 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 24 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 27 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | Acquia, Inc. 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 28 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 29 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 31 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | Acquia, Inc. 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 32 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | Acquia, Inc. 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 33 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 34 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 35 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 36 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | Acquia, Inc. 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 38 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | Acquia Inc. | Change Request for Project - Leading Zeroes Fix | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | Acquia Inc. | Change Request for Statement of Work | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 42 | Big Lots Stores, LLC | Acquia Inc. | Limited Term Extension | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 43 | Big Lots Stores, LLC | Acquia Inc. | Limited Term Extension | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 44 | Big Lots Stores, LLC | Acquia Inc. | Order for Acquia Customer Data Platform Services | 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 45 | Big Lots Stores, LLC | Acquia Inc. | Order for Acquia Customer Data Platform Services | 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 46 | Big Lots Stores, LLC | Acquia Inc. | Order for Acquia Customer Data Platform Services | 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 47 | Big Lots Stores, LLC | Acquia Inc. | Order for Acquia Customer Data Platform Services | 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | Acquia Inc. | Statement of Work for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 49 | Big Lots, Inc. | Acquia Inc. | Statement of Work for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | Acquia Inc. | Statement of Work for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | Acquia Inc. | Statement of Work for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 52 | Big Lots, Inc. | Acquia, Inc. | Amendment to Master Terms | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 53 | Big Lots, Inc. | Acquia, Inc. | Amendment to Master Terms | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 54 | Big Lots, Inc. | Acquia, Inc. | Amendment to Services Agreement | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 55 | Big Lots, Inc. | Acquia, Inc. | Amendment to Services Agreement | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | Ad Von | Services Agreement | 6515 Longshore Loop Suite 100<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | Adaptavist Inc | Services Agreement | 12110 SUNSET HILLS ROAD #600<br>RESTON, VA 20190<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | Adaptavist Inc | Services Agreement | 12110 SUNSET HILLS ROAD #600<br>RESTON, VA 20190<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Adaptavist Inc | Services Agreement | 12110 SUNSET HILLS ROAD #600<br>RESTON, VA 20190<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Adaptavist Inc | Services Agreement | 12110 SUNSET HILLS ROAD #600<br>RESTON, VA 20190<br>USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Adaptavist Inc | Services Agreement | 12110 SUNSET HILLS ROAD #600<br>RESTON, VA 20190<br>USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | Adaptavist Inc. | Master Services Agreement | 12110 Sunset Hills Road, Suite #600<br>Reston, VA 20190<br>USA | 2/28/2025 |
| 63 | Big Lots Stores, LLC | Adaptavist Inc. | Master Services Agreement | 12110 Sunset Hills Road, Suite #600<br>Reston, VA 20190<br>USA | 2/28/2025 |
| 64 | Big Lots Stores, LLC | Adaptavist Inc. | Statement of Work for App Upgrades in support of Cloud Migration | 12110 Sunset Hills Road, Suite #600<br>Reston, VA 20190<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 65 | Big Lots Stores, LLC | Adaptavist Inc. | Statement of Work for App Upgrades in support of Cloud Migration | 12110 Sunset Hills Road, Suite #600 Reston, VA 20190 USA | 2/28/2025 |
| 66 | Big Lots, Inc. | Adaptavist, Inc. | Confidentiality Agreement | 12110 Sunset Hills Road, Suite #600 Reston, VA 20190 USA | 2/28/2025 |
| 67 | Big Lots, Inc. | Adobe Inc. | Sales Order | 345 Park Avenue San Jose, CA 95110 USA | 2/28/2025 |
| 68 | Big Lots, Inc. | Adobe Inc. | Sales Order | 345 Park Avenue San Jose, CA 95110 USA | 2/28/2025 |
| 69 | Big Lots, Inc. | Adobe Inc. | Sales Order Addendum | 345 Park Avenue San Jose, CA 95110 USA | 2/28/2025 |
| 70 | Big Lots, Inc. | Adobe Inc. | Sales Order Addendum | 345 Park Avenue San Jose, CA 95110 USA | 2/28/2025 |
| 71 | Big Lots, Inc. | Adobe Inc. | Sales Order for Adobe On-demand Services | 345 Park Avenue San Jose, CA 95110 USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Adobe Inc. | Sales Order for Adobe On-demand Services | 345 Park Avenue San Jose, CA 95110 USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Adobe Inc. | Sales Order for Adobe On-demand Services | 345 Park Avenue San Jose, CA 95110 USA | 2/28/2025 |
| 74 | Big Lots, Inc. | Adobe Inc. | Sales Order for Adobe On-demand Services | 345 Park Avenue San Jose, CA 95110 USA | 2/28/2025 |
| 75 | Big Lots, Inc. | Adobe Systems Incorporated | Addendum Sales Order | 345 Park Avenue San Jose, CA 95110 USA | 2/28/2025 |
| 76 | Big Lots, Inc. | Adobe Systems Incorporated | Addendum Sales Order | 345 Park Avenue San Jose, CA 95110 USA | 2/28/2025 |
| 77 | Big Lots Stores, LLC | Adobe Systems Incorporated | Adobe AEM - Assets: Digital Asset Management Platform | 345 Park Avenue San Jose, CA 95110 USA | 2/28/2025 |
| 78 | Big Lots, Inc. | Adobe Systems Incorporated | Sales Order Addendum for Adobe On-demand Services | 345 Park Avenue San Jose, California 95110-2704 USA | 2/28/2025 |
| 79 | Big Lots, Inc. | Adobe Systems Incorporated | Sales Order Addendum for Adobe On-demand Services | 345 Park Avenue San Jose, California 95110-2704 USA | 2/28/2025 |
| 80 | Big Lots, Inc. | Adobe Systems Incorporated | Sales Order Agreement | 345 Park Avenue San Jose, CA 95110 USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 81 | Big Lots, Inc. | Adobe Systems Incorporated | Sales Order for Adobe Products and Services | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | Adobe Systems Incorporated | Service Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Adobe Systems Incorporated | Service Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | Adobe Systems Incorporated | Service Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | Adobe Systems Incorporated | Service Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 86 | Big Lots, Inc. | Adobe Systems Incorporated | Service Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | Adobe Systems Incorporated | Service Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 88 | Big Lots Stores, LLC | Adobe Systems Incorporated | Web Analytics | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | Adobe Systems, Inc. | Audit Exception Agreement | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | Adobe Systems, Inc. | Audit Exception Agreement | 345 Park Avenue<br>New York, NY 10154<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | Adobe Systems, Inc. | Confidentiality Agreement | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | Adobe Systems, Inc. | Confidentiality Agreement | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 93 | Big Lots Stores, LLC | Adobe Workfront | Workflow/Project Management software | 345 Park Avenue<br>San Jose, CA  95110-2704<br>USA | 2/28/2025 |
| 94 | Big Lots Stores, LLC | Advanced Climate Solutions | HVAC Scheduled Maintenance and Service Agreement | 2660 Bond Street<br>University Park, IL 60484<br>USA | 2/28/2025 |
| 95 | Big Lots, Inc. | ADVANCED CLIMATE SOLUTIONS LLC | Service Agreement | 2660 Bond St<br>University Park, IL 60484<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | Advanced Mechanical Services of Central Florida, Inc. | HVAC Scheduled Maintenance and Service Agreement | 2475 Regent St.<br>Orlando, FL 32804<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 97 | Big Lots, Inc. | Advanced Project Solutions, LLP | Master Services Agreement | 4501 Femrite Drive<br>Madison, WI 53716<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | Advanced Project Solutions, LLP | Master Services Agreement | 4501 Femrite Drive<br>Madison, WI 53716<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | ADVANTAGE MECHANICAL INC | Service Agreement | 765 Ridgeview Drive<br>McHenry, IL 60050<br>USA | 2/28/2025 |
| 100 | Big Lots Stores, LLC | Advantage Mechanical, Inc | HVAC Scheduled Maintenance and Service Agreement | 765 Ridgeview Drive<br>McHenry, IL 60050<br>USA | 2/28/2025 |