**Schedule 2**

**Proposed Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases**

Case 24-11967-JKS    Doc 2143-2    Filed 02/28/25    Page 5 of 12

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots Management, LLC | 3D Group | Project Schedule | 1250 45th St Suite 360<br>Emeryville, CA 94608<br>USA | 2/28/2025 |
| 2 | Big Lots Management, LLC | 3D Group | Project Schedule | 1250 45th St Suite 360<br>Emeryville, CA 94608<br>USA | 2/28/2025 |
| 3 | Big Lots Management, LLC | 3D Group | Project Schedule under Master License and Services Agreement | 1250 45th St Suite 360<br>Emeryville, CA 94608<br>USA | 2/28/2025 |
| 4 | Consolidated Property Holdings, LLC | A.P. MOLLER - MAERSK SEALAND | Service Contract | 2 Giralda Farms<br>Madison, NJ 07940<br>USA | 2/28/2025 |
| 5 | Consolidated Property Holdings, LLC | A.P. MOLLER - MAERSK SEALAND | Service Contract Amendment | 2 Giralda Farms<br>Madison, NJ 07940<br>USA | 2/28/2025 |
| 6 | Consolidated Property Holdings, LLC | A.P. MOLLER MAERSK SEALAND | Service Contract | 2 Giralda Farms<br>Madison, NJ 07940<br>USA | 2/28/2025 |
| 7 | Big Lots eCommerce LLC | Accertify | Order Form for Managed Services | 2 PIERCE PLACE SUITE 900<br>ITASCA, IL 60143<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Accertify, Inc. | Authorization to Release and Receive Information | 2 Pierce Place, Ste. 900<br>Itasca, IL 60143<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | Accertify, Inc. | Confidentiality Agreement | 2 Pierce Place, Suite 900<br>Itasca, IL 60143<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | Accertify, Inc. | Confidentiality Agreement | 2 Pierce Place, Suite 900<br>Itasca, IL 60143<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | Accertify, Inc. | Confidentiality Agreement | 123 Main St.<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Accertify, Inc. | Confidentiality Agreement | 123 Main St.<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 13 | Big Lots eCommerce LLC | Accertify, Inc. | Master Terms and Conditions | Two Pierce Place, Suite 900<br>Itasca, IL 60143<br>USA | 2/28/2025 |
| 14 | Big Lots eCommerce LLC | Accertify, Inc. | Master Terms and Conditions | Two Pierce Place, Suite 900<br>Itasca, IL 60143<br>USA | 2/28/2025 |
| 15 | Big Lots eCommerce LLC | Accertify, Inc. | Order Form for Accertify Modules and Services | 123 Main St.<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 16 | Big Lots eCommerce LLC | Accertify, Inc. | Order Form for Fraud Management and Chargeback Management Modules | 123 Main St.<br>Columbus, OH 43081<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 17 | Big Lots, Inc. | ACCURATE HEATING AND AIR | Service Agreement | 10808 Foothill Blvd<br>Rancho Cucamonga, CA 91730<br>USA | 2/28/2025 |
| 18 | Big Lots, Inc. | Accurate Heating and Air Conditioning LLC | HVAC Scheduled Maintenance and Service Agreement | 10808 Foothill Blvd., Ste. 160-420<br>Rancho Cucamonga, CA 91730<br>USA | 2/28/2025 |
| 19 | Big Lots, Inc. | ACESUR NORTH AMERICA INC | Services Agreement | 981 SCOTT ST STE 100A<br>NORFOLK, VA 23502<br>USA | 2/28/2025 |
| 20 | Big Lots, Inc. | Acquia Inc. | Change Request for Inclusion of Machine Learning Models | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | Acquia Inc. | Change Request for Inclusion of Machine Learning Models | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 22 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 23 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 24 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 27 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | Acquia, Inc. 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 28 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 29 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 31 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | Acquia, Inc. 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 32 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | Acquia, Inc. 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 33 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 34 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 35 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 36 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | Acquia, Inc. 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 38 | Big Lots, Inc. | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | Acquia Inc. | Change Request for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | Acquia Inc. | Change Request for Project - Leading Zeroes Fix | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | Acquia Inc. | Change Request for Statement of Work | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 42 | Big Lots Stores, LLC | Acquia Inc. | Limited Term Extension | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 43 | Big Lots Stores, LLC | Acquia Inc. | Limited Term Extension | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 44 | Big Lots Stores, LLC | Acquia Inc. | Order for Acquia Customer Data Platform Services | 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 45 | Big Lots Stores, LLC | Acquia Inc. | Order for Acquia Customer Data Platform Services | 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 46 | Big Lots Stores, LLC | Acquia Inc. | Order for Acquia Customer Data Platform Services | 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 47 | Big Lots Stores, LLC | Acquia Inc. | Order for Acquia Customer Data Platform Services | 53 State Street, 10th Floor<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | Acquia Inc. | Statement of Work for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 49 | Big Lots, Inc. | Acquia Inc. | Statement of Work for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | Acquia Inc. | Statement of Work for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | Acquia Inc. | Statement of Work for Professional Services | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 52 | Big Lots, Inc. | Acquia, Inc. | Amendment to Master Terms | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 53 | Big Lots, Inc. | Acquia, Inc. | Amendment to Master Terms | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 54 | Big Lots, Inc. | Acquia, Inc. | Amendment to Services Agreement | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 55 | Big Lots, Inc. | Acquia, Inc. | Amendment to Services Agreement | 53 State Street<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | Ad Von | Services Agreement | 6515 Longshore Loop Suite 100<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | Adaptavist Inc | Services Agreement | 12110 SUNSET HILLS ROAD #600<br>RESTON, VA 20190<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | Adaptavist Inc | Services Agreement | 12110 SUNSET HILLS ROAD #600<br>RESTON, VA 20190<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Adaptavist Inc | Services Agreement | 12110 SUNSET HILLS ROAD #600<br>RESTON, VA 20190<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Adaptavist Inc | Services Agreement | 12110 SUNSET HILLS ROAD #600<br>RESTON, VA 20190<br>USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Adaptavist Inc | Services Agreement | 12110 SUNSET HILLS ROAD #600<br>RESTON, VA 20190<br>USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | Adaptavist Inc. | Master Services Agreement | 12110 Sunset Hills Road, Suite #600<br>Reston, VA 20190<br>USA | 2/28/2025 |
| 63 | Big Lots Stores, LLC | Adaptavist Inc. | Master Services Agreement | 12110 Sunset Hills Road, Suite #600<br>Reston, VA 20190<br>USA | 2/28/2025 |
| 64 | Big Lots Stores, LLC | Adaptavist Inc. | Statement of Work for App Upgrades in support of Cloud Migration | 12110 Sunset Hills Road, Suite #600<br>Reston, VA 20190<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 65 | Big Lots Stores, LLC | Adaptavist Inc. | Statement of Work for App Upgrades in support of Cloud Migration | 12110 Sunset Hills Road, Suite #600<br>Reston, VA 20190<br>USA | 2/28/2025 |
| 66 | Big Lots, Inc. | Adaptavist, Inc. | Confidentiality Agreement | 12110 Sunset Hills Road, Suite #600<br>Reston, VA 20190<br>USA | 2/28/2025 |
| 67 | Big Lots, Inc. | Adobe Inc. | Sales Order | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | Adobe Inc. | Sales Order | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 69 | Big Lots, Inc. | Adobe Inc. | Sales Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 70 | Big Lots, Inc. | Adobe Inc. | Sales Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | Adobe Inc. | Sales Order for Adobe On-demand Services | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Adobe Inc. | Sales Order for Adobe On-demand Services | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Adobe Inc. | Sales Order for Adobe On-demand Services | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | Adobe Inc. | Sales Order for Adobe On-demand Services | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | Adobe Systems Incorporated | Addendum Sales Order | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 76 | Big Lots, Inc. | Adobe Systems Incorporated | Addendum Sales Order | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 77 | Big Lots Stores, LLC | Adobe Systems Incorporated | Adobe AEM - Assets: Digital Asset Management Platform | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 78 | Big Lots, Inc. | Adobe Systems Incorporated | Sales Order Addendum for Adobe On-demand Services | 345 Park Avenue<br>San Jose, California 95110-2704<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | Adobe Systems Incorporated | Sales Order Addendum for Adobe On-demand Services | 345 Park Avenue<br>San Jose, California 95110-2704<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | Adobe Systems Incorporated | Sales Order Agreement | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 81 | Big Lots, Inc. | Adobe Systems Incorporated | Sales Order for Adobe Products and Services | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | Adobe Systems Incorporated | Service Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Adobe Systems Incorporated | Service Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | Adobe Systems Incorporated | Service Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | Adobe Systems Incorporated | Service Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 86 | Big Lots, Inc. | Adobe Systems Incorporated | Service Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | Adobe Systems Incorporated | Service Order Addendum | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 88 | Big Lots Stores, LLC | Adobe Systems Incorporated | Web Analytics | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | Adobe Systems, Inc. | Audit Exception Agreement | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | Adobe Systems, Inc. | Audit Exception Agreement | 345 Park Avenue<br>New York, NY 10154<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | Adobe Systems, Inc. | Confidentiality Agreement | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | Adobe Systems, Inc. | Confidentiality Agreement | 345 Park Avenue<br>San Jose, CA 95110<br>USA | 2/28/2025 |
| 93 | Big Lots Stores, LLC | Adobe Workfront | Workflow/Project Management software | 345 Park Avenue<br>San Jose, CA  95110-2704<br>USA | 2/28/2025 |
| 94 | Big Lots Stores, LLC | Advanced Climate Solutions | HVAC Scheduled Maintenance and Service Agreement | 2660 Bond Street<br>University Park, IL 60484<br>USA | 2/28/2025 |
| 95 | Big Lots, Inc. | ADVANCED CLIMATE SOLUTIONS LLC | Service Agreement | 2660 Bond St<br>University Park, IL 60484<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | Advanced Mechanical Services of Central Florida, Inc. | HVAC Scheduled Maintenance and Service Agreement | 2475 Regent St.<br>Orlando, FL 32804<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 97 | Big Lots, Inc. | Advanced Project Solutions, LLP | Master Services Agreement | 4501 Femrite Drive<br>Madison, WI 53716<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | Advanced Project Solutions, LLP | Master Services Agreement | 4501 Femrite Drive<br>Madison, WI 53716<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | ADVANTAGE MECHANICAL INC | Service Agreement | 765 Ridgeview Drive<br>McHenry, IL 60050<br>USA | 2/28/2025 |
| 100 | Big Lots Stores, LLC | Advantage Mechanical, Inc | HVAC Scheduled Maintenance and Service Agreement | 765 Ridgeview Drive<br>McHenry, IL 60050<br>USA | 2/28/2025 |