# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Advantage Mechanical, Inc. | HVAC Scheduled Maintenance and Service Agreement | 208 Loch Glen<br>McHenry, IL 60050<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | Airship | Order Form for Customer Engagement Platform Services | 1225 W Burnside St #401<br>Portland, OR 97209<br>United States | 2/28/2025 |
| 3 | Big Lots, Inc. | Airship | Order Form for Customer Engagement Platform Services | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 4 | Big Lots Stores, LLC | Airship Group, Inc. | Order Form | 1225 W Burnside St #401<br>Portland, OR 97209<br>United States | 2/28/2025 |
| 5 | Big Lots Stores, LLC | Airship Group, Inc. | Order Form | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 6 | Big Lots Stores, LLC | Airship Group, Inc. | Order Form | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 7 | Big Lots Stores, LLC | Airship Group, Inc. | Order Form | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Airship Group, Inc. | Order Form for Subscription Services | 1225 W Burnside St #401<br>Portland, OR 97209<br>United States | 2/28/2025 |
| 9 | Big Lots, Inc. | Airship Group, Inc. | Order Form for Subscription Services | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 10 | Big Lots Stores, LLC | Airship Group, Inc. | Order Form for Technical Support and Mobile Wallet Services | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 11 | Big Lots Stores, LLC | Airship Group, Inc. | Order Form for Technical Support and Mobile Wallet Services | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Akamai Technologies, Inc. | Addendum to Service Order | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | Akamai Technologies, Inc. | Addendum to Service Order | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | Akamai Technologies, Inc. | Akamai Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Akamai Technologies, Inc. | Akamai Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 16 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 17 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 19 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 20 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 21 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 22 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 33 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 36 | Big Lots Stores, LLC | Akkodis, Inc | Amendment No 4 | DEPT CH 10682<br>PALATINE, IL 60055-0682<br>USA | 2/28/2025 |
| 37 | Big Lots Stores, LLC | Akkodis, Inc | Amendment to Statement of Work | DEPT CH 10682<br>PALATINE, IL 60055-0682<br>USA | 2/28/2025 |
| 38 | Big Lots Stores, LLC | Alida (US) Inc. | Amendment to Order Q-29773 | 115 West 18th Street<br>New York, NY 10011<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | Alida (US) Inc. | Amendment to Order Q-29773 | 115 West 18th Street<br>New York, NY 10011<br>USA | 2/28/2025 |
| 40 | Big Lots Stores, LLC | Alida (US) Inc. | Master Subscription and Services Agreement | 115 West 18th Street<br>New York, NY 10011<br>USA | 2/28/2025 |
| 41 | Big Lots Stores, LLC | Alida (US) Inc. | Master Subscription and Services Agreement | 115 West 18th Street<br>New York, NY 10011<br>USA | 2/28/2025 |
| 42 | Big Lots Stores, LLC | Alida (US) Inc. | Order Form for Subscription Services | 13 Main Street<br>New York, NY 10101<br>USA | 2/28/2025 |
| 43 | Big Lots Stores, LLC | Alida (US) Inc. | Order Form for Subscription Services | 13 Main Street<br>New York, NY 10101<br>USA | 2/28/2025 |
| 44 | Big Lots Stores, LLC | Alida (US) Inc. | Order Form for Subscription Services | 13 Main Street<br>New York, NY 10101<br>USA | 2/28/2025 |
| 45 | Big Lots Stores, LLC | Alida (US) Inc. | Order Form for Subscription Services | 13 Main Street<br>New York, NY 10101<br>USA | 2/28/2025 |
| 46 | Big Lots Stores, LLC | Alida (US) Inc. | Post transaction Survey Tool | 115 West 18th Street<br>New York, NY 10011<br>USA | 2/28/2025 |
| 47 | Big Lots Stores, LLC | Alida (US) Inc. | SOW | 115 West 18th Street<br>New York, NY 10011<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | Ambius | Purchase and Maintenance Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | Ambius, a registered trade name of Rentokil North America, Inc. | Purchase and Maintenance Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 50 | Big Lots Stores, LLC | Anaconda | Business licenses for Integrated Development Environment used for writing and executing Python code | 1108 Lavaca Street Suite 110-645<br>Austin, TX 78701<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | Apple Inc. | Enterprise Purchase Agreement | 1 Infinite Loop<br>Cupertino, CA 95014<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots, Inc. | APPRISS RETAIL | Services Agreement | PO BOX 639032<br>CINCINNATI, OH 45263<br>USA | 2/28/2025 |
| 53 | Consolidated Property Holdings, LLC | ARAMARK | Beverage Service Agreement | 300 Phillip Rd<br>Columbus, Ohio 43228<br>USA | 2/28/2025 |
| 54 | Big Lots Stores, LLC | Aramark Management Services Limited Partnership | Master Services Agreement | 2400 Market Street<br>Philadelphia, PA 19103<br>USA | 2/28/2025 |
| 55 | Big Lots Stores, LLC | Aramark Management Services Limited Partnership | Mutual Non-Disclosure Agreement | 2400 Market Street<br>Philadelphia, PA 19103<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | ARAMARK Refreshment Services, LLC | Customer Relationship Agreement | 2212 Wilson Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | ARAMARK Refreshment Services, LLC | Customer Relationship Agreement | 2212 Wilson Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | ARIZONA BEVERAGES USA LLC | Services Agreement | 24877 NETWORK PLACE<br>CHICAGO, IL 60673<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Ask Blue J | Services Agreement | 104 West 40th<br>New York, NY 10018<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | ASPS | Services Agreement |  | 2/28/2025 |
| 61 | Big Lots, Inc. | AVI Food Systems, Inc. | Vending Service Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483<br>USA | 2/28/2025 |
| 62 | Big Lots, Inc. | AVI Food Systems, Inc. | Vending Service Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | AVI Foodsystems, Inc. | Amendment to Food Service Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483-2997<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | AVI Foodsystems, Inc. | Amendment to Food Service Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483-2997<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | AVI Foodsystems, Inc. | Confidentiality Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483<br>USA | 2/28/2025 |
| 66 | Big Lots, Inc. | AVI Foodsystems, Inc. | Confidentiality Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483<br>USA | 2/28/2025 |
| 67 | Big Lots, Inc. | AVI Foodsystems, Inc. | Service Agreement for Cafés, Vending, and Catering | 2590 Elm Road NE<br>Warren, Ohio 44483-2997<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | AVI Foodsystems, Inc. | Service Agreement for Cafés, Vending, Catering, and Office Coffee Services | 2590 Elm Road NE<br>Warren, Ohio 44483-2997<br>USA | 2/28/2025 |
| 69 | Big Lots, Inc. | AVI FOODSYSTEMS, Inc. | Vending Service Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 70 | Big Lots, Inc. | AVI FOODSYSTEMS, Inc. | Vending Service Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | Beldon Roofing & Remodeling Co. d/b/a Beldon Roofing Company | Services Agreement | 5039 West Avenue<br>San Antonio, TX 78213<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Beldon Roofing & Remodeling Co. d/b/a Beldon Roofing Company | Services Agreement | 5039 West Avenue<br>San Antonio, TX 78213<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Beldon Roofing & Remodeling Company | Statement of Work for Roof Replacement | 5039 West Avenue<br>San Antonio, TX 78213<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | Beldon Roofing & Remodeling Company | Statement of Work for Roof Replacement | 5039 West Avenue<br>San Antonio, TX 78213<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | BEST GOLF CARTS INC | Services Agreement | PO BOX 298<br>BLOOMINGTON, CA 92316-0298<br>USA | 2/28/2025 |
| 76 | Big Lots, Inc. | BGR INC | Services Agreement | 6392 GANO RD<br>WEST CHESTER, OH 45069-4809<br>USA | 2/28/2025 |
| 77 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Cyber Risk Add-on | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 78 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Cyber Risk Add-on | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 79 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Security Performance Management Subscription | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 80 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Security Performance Management Subscription | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Subscription Services | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 82 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Subscription Services | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 83 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Subscription Services | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 84 | Big Lots Stores, LLC | Bizzdesign | Statement of Work for Consultancy Support | 800 Boylston Street 16th floor<br>Boston, MA 02199<br>USA | 2/28/2025 |
| 85 | Big Lots Stores, LLC | Bizzdesign | Statement of Work for Consultancy Support | 800 Boylston Street 16th floor<br>Boston, MA 02199<br>USA | 2/28/2025 |
| 86 | Big Lots Stores, LLC | Bizzdesign | Statement of Work for Consultancy Support | 800 Boylston Street 16th floor<br>Boston, MA 02199<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 87 | Big Lots Stores, LLC | BIZZDESIGN UNITED STATES INC. | Master Services Agreement | 800 Boylston Street 16th floor<br>Boston, MA 02199<br>USA | 2/28/2025 |
| 88 | Big Lots Stores, LLC | BIZZDESIGN UNITED STATES INC. | Master Services Agreement | 800 Boylston Street 16th floor<br>Boston, Massachusetts 02199<br>USA | 2/28/2025 |
| 89 | Big Lots Stores, LLC | BIZZDESIGN UNITED STATES INC. | Master Services Agreement | 800 Boylston Street 16th floor<br>Boston, Massachusetts 02199<br>USA | 2/28/2025 |
| 90 | Big Lots Stores, LLC | Bizzdesign United States Inc. | Price Quotation | 800 Boylston Street, 16th floor<br>Boston, MA 02199<br>USA | 2/28/2025 |
| 91 | Big Lots Stores, LLC | Bizzdesign United States, Inc. | Price Quotation for Software and Services | 800 Boylston Street, 16th floor<br>Boston, MA 02199<br>USA | 2/28/2025 |
| 92 | Big Lots Stores, LLC | Bizzdesign United States, Inc. | Price Quotation for Software and Services | 800 Boylston Street, 16th floor<br>Boston, MA 02199<br>USA | 2/28/2025 |
| 93 | Big Lots, Inc. | Bizzdesign United States, Inc. | Service Level Agreement | Capitool 15<br>Enschede, Overijssel<br>Netherlands | 2/28/2025 |
| 94 | Big Lots, Inc. | Bizzdesign United States, Inc. | Service Level Agreement | Capitool 15<br>Enschede, Overijssel<br>The Netherlands | 2/28/2025 |
| 95 | Big Lots Management, LLC | BlackCloak, Inc. | Purchase Agreement for Software as a Service | 7025 CR 46A, Ste 1071, #342<br>Lake Mary, FL 32746<br>USA | 2/28/2025 |
| 96 | Big Lots Stores, LLC | Blackhawk Network, Inc. | Agreement for Big Lots to distribute 3rd party gift cards in stores with Blackhawk as broker | 20000 S Diamond Lake Rd<br>Rogers, MN 55374<br>USA | 2/28/2025 |
| 97 | Big Lots Stores, LLC | Blackhawk Network, Inc. | Agreement for Blackhawk to distribute Big Lots gift cards through 3rd parties | 20000 S Diamond Lake Rd<br>Rogers, MN 55374<br>USA | 2/28/2025 |
| 98 | Big Lots Stores, LLC | Blackhawk Network, Inc. | Amendment to Gift Card Agreement | 6220 Stoneridge Mall Road<br>Pleasanton, CA 94588<br>USA | 2/28/2025 |
| 99 | Big Lots Stores, LLC | Blackhawk Network, Inc. | Amendment to Gift Card Agreement | 6220 Stoneridge Mall Road<br>Pleasanton, CA 94588<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | Blackhawk Network, Inc. | Gift Card Agreement | 6220 Stoneridge Mall Road<br>Pleasanton, CA 94588-3229<br>USA | 2/28/2025 |