**Schedule 2**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Advantage Mechanical, Inc. | HVAC Scheduled Maintenance and Service Agreement | 208 Loch Glen<br>McHenry, IL 60050<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | Airship | Order Form for Customer Engagement Platform Services | 1225 W Burnside St #401<br>Portland, OR 97209<br>United States | 2/28/2025 |
| 3 | Big Lots, Inc. | Airship | Order Form for Customer Engagement Platform Services | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 4 | Big Lots Stores, LLC | Airship Group, Inc. | Order Form | 1225 W Burnside St #401<br>Portland, OR 97209<br>United States | 2/28/2025 |
| 5 | Big Lots Stores, LLC | Airship Group, Inc. | Order Form | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 6 | Big Lots Stores, LLC | Airship Group, Inc. | Order Form | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 7 | Big Lots Stores, LLC | Airship Group, Inc. | Order Form | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Airship Group, Inc. | Order Form for Subscription Services | 1225 W Burnside St #401<br>Portland, OR 97209<br>United States | 2/28/2025 |
| 9 | Big Lots, Inc. | Airship Group, Inc. | Order Form for Subscription Services | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 10 | Big Lots Stores, LLC | Airship Group, Inc. | Order Form for Technical Support and Mobile Wallet Services | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 11 | Big Lots Stores, LLC | Airship Group, Inc. | Order Form for Technical Support and Mobile Wallet Services | 1225 W Burnside St #401<br>Portland, OR 97209<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Akamai Technologies, Inc. | Addendum to Service Order | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | Akamai Technologies, Inc. | Addendum to Service Order | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | Akamai Technologies, Inc. | Akamai Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Akamai Technologies, Inc. | Akamai Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 16 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 17 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 19 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 20 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 21 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 22 | Big Lots Stores, LLC | Akamai Technologies, Inc. | Service Order Form | 145 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 145 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 24 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 145 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 25 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 145 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 26 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 27 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 28 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 29 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 30 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 31 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 32 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 33 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway Cambridge, MA 02142 USA | 2/28/2025 |
| 34 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway Cambridge, MA 02142 USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | Akamai Technologies, Inc. | Service Order Form | 150 Broadway<br>Cambridge, MA 02142<br>USA | 2/28/2025 |
| 36 | Big Lots Stores, LLC | Akkodis, Inc | Amendment No 4 | DEPT CH 10682<br>PALATINE, IL 60055-0682<br>USA | 2/28/2025 |
| 37 | Big Lots Stores, LLC | Akkodis, Inc | Amendment to Statement of Work | DEPT CH 10682<br>PALATINE, IL 60055-0682<br>USA | 2/28/2025 |
| 38 | Big Lots Stores, LLC | Alida (US) Inc. | Amendment to Order Q-29773 | 115 West 18th Street<br>New York, NY 10011<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | Alida (US) Inc. | Amendment to Order Q-29773 | 115 West 18th Street<br>New York, NY 10011<br>USA | 2/28/2025 |
| 40 | Big Lots Stores, LLC | Alida (US) Inc. | Master Subscription and Services Agreement | 115 West 18th Street<br>New York, NY 10011<br>USA | 2/28/2025 |
| 41 | Big Lots Stores, LLC | Alida (US) Inc. | Master Subscription and Services Agreement | 115 West 18th Street<br>New York, NY 10011<br>USA | 2/28/2025 |
| 42 | Big Lots Stores, LLC | Alida (US) Inc. | Order Form for Subscription Services | 13 Main Street<br>New York, NY 10101<br>USA | 2/28/2025 |
| 43 | Big Lots Stores, LLC | Alida (US) Inc. | Order Form for Subscription Services | 13 Main Street<br>New York, NY 10101<br>USA | 2/28/2025 |
| 44 | Big Lots Stores, LLC | Alida (US) Inc. | Order Form for Subscription Services | 13 Main Street<br>New York, NY 10101<br>USA | 2/28/2025 |
| 45 | Big Lots Stores, LLC | Alida (US) Inc. | Order Form for Subscription Services | 13 Main Street<br>New York, NY 10101<br>USA | 2/28/2025 |
| 46 | Big Lots Stores, LLC | Alida (US) Inc. | Post transaction Survey Tool | 115 West 18th Street<br>New York, NY 10011<br>USA | 2/28/2025 |
| 47 | Big Lots Stores, LLC | Alida (US) Inc. | SOW | 115 West 18th Street<br>New York, NY 10011<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | Ambius | Purchase and Maintenance Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | Ambius, a registered trade name of Rentokil North America, Inc. | Purchase and Maintenance Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 50 | Big Lots Stores, LLC | Anaconda | Business licenses for Integrated Development Environment used for writing and executing Python code | 1108 Lavaca Street Suite 110-645<br>Austin, TX 78701<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | Apple Inc. | Enterprise Purchase Agreement | 1 Infinite Loop<br>Cupertino, CA 95014<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots, Inc. | APPRISS RETAIL | Services Agreement | PO BOX 639032<br>CINCINNATI, OH 45263<br>USA | 2/28/2025 |
| 53 | Consolidated Property Holdings, LLC | ARAMARK | Beverage Service Agreement | 300 Phillip Rd<br>Columbus, Ohio 43228<br>USA | 2/28/2025 |
| 54 | Big Lots Stores, LLC | Aramark Management Services Limited Partnership | Master Services Agreement | 2400 Market Street<br>Philadelphia, PA 19103<br>USA | 2/28/2025 |
| 55 | Big Lots Stores, LLC | Aramark Management Services Limited Partnership | Mutual Non-Disclosure Agreement | 2400 Market Street<br>Philadelphia, PA 19103<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | ARAMARK Refreshment Services, LLC | Customer Relationship Agreement | 2212 Wilson Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | ARAMARK Refreshment Services, LLC | Customer Relationship Agreement | 2212 Wilson Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | ARIZONA BEVERAGES USA LLC | Services Agreement | 24877 NETWORK PLACE<br>CHICAGO, IL 60673<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Ask Blue J | Services Agreement | 104 West 40th<br>New York, NY 10018<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | ASPS | Services Agreement | | 2/28/2025 |
| 61 | Big Lots, Inc. | AVI Food Systems, Inc. | Vending Service Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483<br>USA | 2/28/2025 |
| 62 | Big Lots, Inc. | AVI Food Systems, Inc. | Vending Service Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | AVI Foodsystems, Inc. | Amendment to Food Service Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483-2997<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | AVI Foodsystems, Inc. | Amendment to Food Service Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483-2997<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | AVI Foodsystems, Inc. | Confidentiality Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483<br>USA | 2/28/2025 |
| 66 | Big Lots, Inc. | AVI Foodsystems, Inc. | Confidentiality Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483<br>USA | 2/28/2025 |
| 67 | Big Lots, Inc. | AVI Foodsystems, Inc. | Service Agreement for Cafés, Vending, and Catering | 2590 Elm Road NE<br>Warren, Ohio 44483-2997<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | AVI Foodsystems, Inc. | Service Agreement for Cafés, Vending, Catering, and Office Coffee Services | 2590 Elm Road NE<br>Warren, Ohio 44483-2997<br>USA | 2/28/2025 |
| 69 | Big Lots, Inc. | AVI FOODSYSTEMS, Inc. | Vending Service Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 70 | Big Lots, Inc. | AVI FOODSYSTEMS, Inc. | Vending Service Agreement | 2590 Elm Road N.E.<br>Warren, Ohio 44483<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | Beldon Roofing & Remodeling Co. d/b/a Beldon Roofing Company | Services Agreement | 5039 West Avenue<br>San Antonio, TX 78213<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Beldon Roofing & Remodeling Co. d/b/a Beldon Roofing Company | Services Agreement | 5039 West Avenue<br>San Antonio, TX 78213<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Beldon Roofing & Remodeling Company | Statement of Work for Roof Replacement | 5039 West Avenue<br>San Antonio, TX 78213<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | Beldon Roofing & Remodeling Company | Statement of Work for Roof Replacement | 5039 West Avenue<br>San Antonio, TX 78213<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | BEST GOLF CARTS INC | Services Agreement | PO BOX 298<br>BLOOMINGTON, CA 92316-0298<br>USA | 2/28/2025 |
| 76 | Big Lots, Inc. | BGR INC | Services Agreement | 6392 GANO RD<br>WEST CHESTER, OH 45069-4809<br>USA | 2/28/2025 |
| 77 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Cyber Risk Add-on | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 78 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Cyber Risk Add-on | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 79 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Security Performance Management Subscription | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 80 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Security Performance Management Subscription | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Subscription Services | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 82 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Subscription Services | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 83 | Big Lots Stores, LLC | BitSight Technologies, Inc. | Quotation for Subscription Services | 111 Huntington Ave., Suite 2010<br>Boston, MA 02199-1700<br>USA | 2/28/2025 |
| 84 | Big Lots Stores, LLC | Bizzdesign | Statement of Work for Consultancy Support | 800 Boylston Street 16th floor<br>Boston, MA 02199<br>USA | 2/28/2025 |
| 85 | Big Lots Stores, LLC | Bizzdesign | Statement of Work for Consultancy Support | 800 Boylston Street 16th floor<br>Boston, MA 02199<br>USA | 2/28/2025 |
| 86 | Big Lots Stores, LLC | Bizzdesign | Statement of Work for Consultancy Support | 800 Boylston Street 16th floor<br>Boston, MA 02199<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 87 | Big Lots Stores, LLC | BIZZDESIGN UNITED STATES INC. | Master Services Agreement | 800 Boylston Street 16th floor Boston, MA 02199 USA | 2/28/2025 |
| 88 | Big Lots Stores, LLC | BIZZDESIGN UNITED STATES INC. | Master Services Agreement | 800 Boylston Street 16th floor Boston, Massachusetts 02199 USA | 2/28/2025 |
| 89 | Big Lots Stores, LLC | BIZZDESIGN UNITED STATES INC. | Master Services Agreement | 800 Boylston Street 16th floor Boston, Massachusetts 02199 USA | 2/28/2025 |
| 90 | Big Lots Stores, LLC | Bizzdesign United States Inc. | Price Quotation | 800 Boylston Street, 16th floor Boston, MA 02199 USA | 2/28/2025 |
| 91 | Big Lots Stores, LLC | Bizzdesign United States, Inc. | Price Quotation for Software and Services | 800 Boylston Street, 16th floor Boston, MA 02199 USA | 2/28/2025 |
| 92 | Big Lots Stores, LLC | Bizzdesign United States, Inc. | Price Quotation for Software and Services | 800 Boylston Street, 16th floor Boston, MA 02199 USA | 2/28/2025 |
| 93 | Big Lots, Inc. | Bizzdesign United States, Inc. | Service Level Agreement | Capitool 15 Enschede, Overijssel Netherlands | 2/28/2025 |
| 94 | Big Lots, Inc. | Bizzdesign United States, Inc. | Service Level Agreement | Capitool 15 Enschede, Overijssel The Netherlands | 2/28/2025 |
| 95 | Big Lots Management, LLC | BlackCloak, Inc. | Purchase Agreement for Software as a Service | 7025 CR 46A, Ste 1071, #342 Lake Mary, FL 32746 USA | 2/28/2025 |
| 96 | Big Lots Stores, LLC | Blackhawk Network, Inc. | Agreement for Big Lots to distribute 3rd party gift cards in stores with Blackhawk as broker | 20000 S Diamond Lake Rd Rogers, MN 55374 USA | 2/28/2025 |
| 97 | Big Lots Stores, LLC | Blackhawk Network, Inc. | Agreement for Blackhawk to distribute Big Lots gift cards through 3rd parties | 20000 S Diamond Lake Rd Rogers, MN 55374 USA | 2/28/2025 |
| 98 | Big Lots Stores, LLC | Blackhawk Network, Inc. | Amendment to Gift Card Agreement | 6220 Stoneridge Mall Road Pleasanton, CA 94588 USA | 2/28/2025 |
| 99 | Big Lots Stores, LLC | Blackhawk Network, Inc. | Amendment to Gift Card Agreement | 6220 Stoneridge Mall Road Pleasanton, CA 94588 USA | 2/28/2025 |
| 100 | Big Lots, Inc. | Blackhawk Network, Inc. | Gift Card Agreement | 6220 Stoneridge Mall Road Pleasanton, CA 94588-3229 USA | 2/28/2025 |