**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Blackhawk Network, Inc. | Gift Card Agreement | 6220 Stoneridge Mall Road<br>Pleasanton, CA 94588-3229<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | Blackhawk Network, Inc. | Gift Card Agreement | 6220 Stoneridge Mall Road<br>Pleasanton, CA 94588-3229<br>USA | 2/28/2025 |
| 3 | Big Lots, Inc. | Blackhawk Network, Inc. | Mutual Nondisclosure Agreement | 5918 Stoneridge Mall Road<br>Pleasanton, CA 94588<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | Blackhawk Network, Inc. | Quote for Gift Card Production | 20000 S Diamond Lake Rd<br>Rogers, MN 55374<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | Blackhawk Network, Inc. | Quote for Gift Card Production | 300 Millennium Drive<br>Crystal Lake, IL 60012<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | Blackhawk Network, Inc. | Quote for Gift Card Production | 300 Millennium Drive<br>Crystal Lake, IL 60012<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | Blackhawk Network, Inc. | Quote for Gift Card Production | 20000 S Diamond Lake Rd<br>Rogers, MN 55374<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Blackhawk Network, Inc. | Quote for Gift Card Production | 20000 S Diamond Lake Rd<br>Rogers, MN 55374<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | Blackhawk Network, Inc. | Quote for Gift Card Production | 20000 S Diamond Lake Rd<br>Rogers, MN 55374<br>USA | 2/28/2025 |
| 10 | Big Lots Stores, LLC | Blackhawk Network, Inc. | Services Agreement | 6220 Stoneridge Mall Road<br>Pleasanton, CA 94588<br>USA | 2/28/2025 |
| 11 | Big Lots Stores, LLC | Blackhawk Network, Inc. | Services Agreements | 20000 S Diamond Lake Rd<br>Rogers, MN 55374<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | BLACKHAWK, INC. | Protective Services Agreement | 6419 Marlboro Pike<br>District Heights, MD 20747<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | BLACKHAWK, INC. | Protective Services Agreement | 6419 Marlboro Pike<br>District Heights, MD 20747<br>USA | 2/28/2025 |
| 14 | Big Lots Stores, LLC | Blue Rhino | Propane tank purchase and exchange | PO BOX 771891<br>CHICAGO, IL 60677-1891<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Blue Ridge Home Fashions | Services Agreement | 15761 TAPIA ST<br>IRWINDALE, CA 91706-4500<br>USA | 2/28/2025 |
| 16 | Big Lots eCommerce LLC | Blue Ridge Home Fashions | Supplier Direct Fulfillment Program Agreement | 15761 TAPIA ST<br>IRWINDALE, CA 91706-4500<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | BONDED FILTER CO LLC, dba BFC Solutions | HVAC Scheduled Maintenance and Service Agreement | One Vantage Way, Suite D-210<br>Nashville, TN 37228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots, Inc. | BONDED FILTER CO LLC, dba BFC Solutions | Refrigeration Scheduled Maintenance Agreement | One Vantage Way, Suite D-210<br>Nashville, TN 37228<br>USA | 2/28/2025 |
| 19 | Big Lots Stores, LLC | Boren Brothers | Service Agreement | PO Box 369<br>Pickerington, OH 43147<br>USA | 2/28/2025 |
| 20 | Big Lots Stores, LLC | Bread Financial Holdings | Big Lots Credit Card provider and bank | 3095 Loyalty Circle<br>Columbus, OH 43219<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | BrightView Enterprise Solutions | Services Agreement | 6530 W Campus Oval<br>New Albany, OH 43054<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | BrightView Enterprise Solutions | Services Agreement | 6530 W Campus Oval<br>New Albany, OH 43054<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Brightview Enterprise Solutions | Statement of Work for Landscaping Services | 50 Rausch Creek RD.<br>Tremont, PA 17981<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | BrightView Enterprise Solutions, LLC | Services Agreement | 6530 W Campus Oval<br>New Albany, OH 43054<br>USA | 2/28/2025 |
| 25 | Big Lots Stores, LLC | BrightView Enterprise Solutions, LLC | Termination Agreements | 6530 W Campus Oval<br>New Albany, OH 43054<br>USA | 2/28/2025 |
| 26 | Big Lots Stores, LLC | BrowserStack Inc | Order Form for BrowserStack Services | 4512 Legacy Drive<br>Plano, TX 75024<br>USA | 2/28/2025 |
| 27 | Big Lots Stores, LLC | BrowserStack Inc | Order Form for Software Subscription Services | 4512 Legacy Drive<br>Plano, TX 75024<br>USA | 2/28/2025 |
| 28 | Big Lots Stores, LLC | BrowserStack Inc | Order Form for Subscription Services | 4512 Legacy Drive<br>Plano, TX 75024<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | BrowserStack, Inc. | Confidentiality Agreement | 123 Main St.<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 30 | Big Lots Stores, LLC | BrowserStack, Inc. | Data Security Addendum | 123 Main St.<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | BrowserStack, Inc. | Order Form for BrowserStack Services | 4512 Legacy Drive, Suite #100<br>Plano, TX 75024<br>USA | 2/28/2025 |
| 32 | Big Lots Stores, LLC | BrowserStack, Inc. | Terms of Service Agreement | 123 Main St.<br>San Mateo, CA 94402<br>USA | 2/28/2025 |
| 33 | Big Lots, Inc. | Building Air Services | HVAC Scheduled Maintenance and Service Agreement | 6785 114th Ave<br>Largo, FL 33773<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | Building Air Services | HVAC Scheduled Maintenance and Service Agreement | 13584 49th Street North Suite #10<br>Clearwater, FL 33762<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | Building Air Services, Inc. | HVAC Scheduled Maintenance and Service Agreement | 6785 114th Avenue<br>Largo, FL 33773<br>USA | 2/28/2025 |
| 36 | Big Lots, Inc. | Building Air Services, Inc. | HVAC Scheduled Maintenance and Service Agreement | 6785 114th Ave.<br>Largo, FL 33773<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | Building Air Services, Inc. | Refrigeration Scheduled Maintenance Agreement | 6785 114th Ave.<br>Largo, FL 33773<br>USA | 2/28/2025 |
| 38 | Big Lots Stores, LLC | Bungii, LLC | Merchant Services Agreement | 11011 King Street, Suite 280<br>Overland Park, KS 66210<br>USA | 2/28/2025 |
| 39 | Big Lots, Inc. | BURRTEC WASTE INDUSTRIES INC | Services Agreement | PO BOX 516512<br>LOS ANGELES, CA 90051-7801<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | C.H. Robinson Worldwide, Inc. | Agreement for Transportation Brokerage | 8100 Mitchell Road<br>Eden Prairie, MN 55344<br>USA | 2/28/2025 |
| 41 | Big Lots Stores, LLC | C.H. Robinson Worldwide, Inc. | Agreement for Transportation Brokerage | 14701 Charlson Road<br>Eden Prairie, MN 55347<br>USA | 2/28/2025 |
| 42 | Big Lots Stores, LLC | C.H. Robinson Worldwide, Inc. | Transportation Brokerage Agreement | 14701 Charlson Road<br>Eden Prairie, MN 55347<br>USA | 2/28/2025 |
| 43 | Big Lots Stores, LLC | C.H. Robinson Worldwide, Inc. | Transportation Brokerage Agreement | 14701 Charlson Road<br>Eden Prairie, MN 55347<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | Calabrio | Services Agreement | 241 North 5th Avenue<br>Minneapolis, MN 55401<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | CAP Index, Inc. | Retail Member Agreement for National Shrink Database | 150 John Robert Thomas Drive<br>Exton, PA 19341<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | Capstone Mechanical LLC | HVAC Scheduled Maintenance and Service Agreement | 330 Constitution Ave.<br>Portsmouth, NH 03801<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | CAPSTONE MECHANICAL LLC | Service Agreement | 755 Banfield Rd, unit 102<br>Portsmouth, NH 3801<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | Capstone Mechanical, LLC | HVAC Scheduled Maintenance and Service Agreement | 300 Constitution Ave., Ste. 203A<br>Portsmouth, NH 03801<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | Capstone Mechanical, LLC | HVAC Scheduled Maintenance and Service Agreement | 330 Constitution Avenue, Ste. 203A<br>Portsmouth, NH 03801<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | Capstone Mechanical, LLC | HVAC Scheduled Maintenance and Service Agreement | 300 Constitution Ave., Ste. 203A<br>Portsmouth, NH 03801<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | Cardlytics, Inc. | Confidentiality Agreement | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 53 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 54 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 55 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 56 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 57 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 58 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 62 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 64 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Suite 6000 Atlanta, GA 3030B USA | 2/28/2025 |
| 65 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Suite 6000 Atlanta, GA 30308 USA | 2/28/2025 |
| 66 | Big Lots Stores, LLC | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave. Atlanta, GA 30308 USA | 2/28/2025 |
| 67 | Big Lots, Inc. | Carolina Handling, LLC | Comprehensive Fleet Service Agreement (CFS) | 165 Greenwood Industrial Pkwy McDonough, GA 30253 USA | 2/28/2025 |
| 68 | Big Lots, Inc. | Carolina Handling, LLC | Comprehensive Fleet Service Agreement (CFS) | 165 Greenwood Industrial Pkwy McDonough, GA 30253 USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | Big Lots, Inc. | Carolina Handling, LLC | Comprehensive Fleet Service Agreement (CFS) | 4835 Sirona Dr, Suite 100<br>Charlotte, NC 28273<br>USA | 2/28/2025 |
| 70 | Big Lots, Inc. | Carrier Corporation | Amendment to Purchasing Agreement | 13995 Pasteur Blvd.<br>Palm Beach Gardens, FL 33418<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | Carrier Corporation | Amendment to Purchasing Agreement | 13995 Pasteur Blvd.<br>Palm Beach Gardens, FL 33418<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Carrier Corporation | Purchase Agreement | 13995 Pasteur Blvd.<br>Palm Beach Gardens, Florida 33418<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | CashStar Inc. | Master Services Agreement | 25 Pearl Street<br>Portland, ME 04101<br>USA | 2/28/2025 |
| 74 | Big Lots Stores, LLC | CashStar Inc. | Online GC platform for Biglots.com and for partner GC purchases for Allstate warranties | 25 Pearl Street<br>Portland, ME 04101<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | CashStar Inc. | Statement of Work | 25 Pearl Street<br>Portland, ME 04101<br>USA | 2/28/2025 |
| 76 | Big Lots, Inc. | CashStar Inc. | Statement of Work | 25 Pearl Street<br>Portland, ME 04101<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | CED VICTORVILLE | Services Agreement | PO BOX 847106<br>LOS ANGELES, CA 90084-7106<br>USA | 2/28/2025 |
| 78 | Big Lots, Inc. | CENTRAL FIRE | Services Agreement | 11279 MEDOWLARK LANE<br>BLOOMINGTON, CA 92316-3265<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | CH Robinson | Services Agreement | 14701 Charlson Road<br>Eden Prairie, MN 55347-5076<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | ChargePoint | Electric Vehicle Charging Stations | 240 East Hacienda Avenue<br>Campbell, CA 95008<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Cision US Inc. | Amendment to Order Form | 1 Prudential Plaza, 7th Floor 130 E Randolph Street<br>Chicago, IL 60601<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | Cision US Inc. | Assignment of Contract | 12051 Indian Creek Court<br>Beltsville, MD 20705<br>USA | 2/28/2025 |
| 83 | Big Lots Stores, LLC | Cision US Inc. | News media monitoring and newswire access | 1 Prudential Plaza, 7th Floor 130 E Randolph Street<br>Chicago, IL 60601<br>USA | 2/28/2025 |
| 84 | Big Lots Stores, LLC | Cision US Inc. | Newswire Service for Press Release Distribution | 1 Prudential Plaza, 7th Floor 130 E Randolph Street<br>Chicago, IL 60601<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | Cision US Inc. | Order for Services | 1 Prudential Plaza, 7th Floor 130 E Randolph Street<br>Chicago, IL 60601<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 86 | Big Lots Stores, LLC | Cision US Inc. | Order for Software and Insights Subscription Services | 300 S Riverside Plaza<br>Chicago, IL 60606<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | Clifford | Services Agreement | | 2/28/2025 |
| 88 | Big Lots, Inc. | CMA CGM | Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | CMA CGM | Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | CMA CGM | Subrogation / Release Receipt | 5701 Lake Wright Drive<br>Norfolk, VA 23502-1868<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | CMA CGM (America) LLC | Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | CMA CGM (America) LLC | Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 93 | Big Lots, Inc. | CMA CGM (America) LLC | Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 94 | Big Lots, Inc. | CMA CGM S.A. | Amended Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 95 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |