**Schedule 2**

**Proposed Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Blackhawk Network, Inc. | Gift Card Agreement | 6220 Stoneridge Mall Road<br>Pleasanton, CA 94588-3229<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | Blackhawk Network, Inc. | Gift Card Agreement | 6220 Stoneridge Mall Road<br>Pleasanton, CA 94588-3229<br>USA | 2/28/2025 |
| 3 | Big Lots, Inc. | Blackhawk Network, Inc. | Mutual Nondisclosure Agreement | 5918 Stoneridge Mall Road<br>Pleasanton, CA 94588<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | Blackhawk Network, Inc. | Quote for Gift Card Production | 20000 S Diamond Lake Rd<br>Rogers, MN 55374<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | Blackhawk Network, Inc. | Quote for Gift Card Production | 300 Millennium Drive<br>Crystal Lake, IL 60012<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | Blackhawk Network, Inc. | Quote for Gift Card Production | 300 Millennium Drive<br>Crystal Lake, IL 60012<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | Blackhawk Network, Inc. | Quote for Gift Card Production | 20000 S Diamond Lake Rd<br>Rogers, MN 55374<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Blackhawk Network, Inc. | Quote for Gift Card Production | 20000 S Diamond Lake Rd<br>Rogers, MN 55374<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | Blackhawk Network, Inc. | Quote for Gift Card Production | 20000 S Diamond Lake Rd<br>Rogers, MN 55374<br>USA | 2/28/2025 |
| 10 | Big Lots Stores, LLC | Blackhawk Network, Inc. | Services Agreement | 6220 Stoneridge Mall Road<br>Pleasanton, CA 94588<br>USA | 2/28/2025 |
| 11 | Big Lots Stores, LLC | Blackhawk Network, Inc. | Services Agreements | 20000 S Diamond Lake Rd<br>Rogers, MN 55374<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | BLACKHAWK, INC. | Protective Services Agreement | 6419 Marlboro Pike<br>District Heights, MD 20747<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | BLACKHAWK, INC. | Protective Services Agreement | 6419 Marlboro Pike<br>District Heights, MD 20747<br>USA | 2/28/2025 |
| 14 | Big Lots Stores, LLC | Blue Rhino | Propane tank purchase and exchange | PO BOX 771891<br>CHICAGO, IL 60677-1891<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Blue Ridge Home Fashions | Services Agreement | 15761 TAPIA ST<br>IRWINDALE, CA 91706-4500<br>USA | 2/28/2025 |
| 16 | Big Lots eCommerce LLC | Blue Ridge Home Fashions | Supplier Direct Fulfillment Program Agreement | 15761 TAPIA ST<br>IRWINDALE, CA 91706-4500<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | BONDED FILTER CO LLC, dba BFC Solutions | HVAC Scheduled Maintenance and Service Agreement | One Vantage Way, Suite D-210<br>Nashville, TN 37228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots, Inc. | BONDED FILTER CO LLC, dba BFC Solutions | Refrigeration Scheduled Maintenance Agreement | One Vantage Way, Suite D-210<br>Nashville, TN 37228<br>USA | 2/28/2025 |
| 19 | Big Lots Stores, LLC | Boren Brothers | Service Agreement | PO Box 369<br>Pickerington, OH 43147<br>USA | 2/28/2025 |
| 20 | Big Lots Stores, LLC | Bread Financial Holdings | Big Lots Credit Card provider and bank | 3095 Loyalty Circle<br>Columbus, OH 43219<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | BrightView Enterprise Solutions | Services Agreement | 6530 W Campus Oval<br>New Albany, OH 43054<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | BrightView Enterprise Solutions | Services Agreement | 6530 W Campus Oval<br>New Albany, OH 43054<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Brightview Enterprise Solutions | Statement of Work for Landscaping Services | 50 Rausch Creek RD.<br>Tremont, PA 17981<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | BrightView Enterprise Solutions, LLC | Services Agreement | 6530 W Campus Oval<br>New Albany, OH 43054<br>USA | 2/28/2025 |
| 25 | Big Lots Stores, LLC | BrightView Enterprise Solutions, LLC | Termination Agreements | 6530 W Campus Oval<br>New Albany, OH 43054<br>USA | 2/28/2025 |
| 26 | Big Lots Stores, LLC | BrowserStack Inc | Order Form for BrowserStack Services | 4512 Legacy Drive<br>Plano, TX 75024<br>USA | 2/28/2025 |
| 27 | Big Lots Stores, LLC | BrowserStack Inc | Order Form for Software Subscription Services | 4512 Legacy Drive<br>Plano, TX 75024<br>USA | 2/28/2025 |
| 28 | Big Lots Stores, LLC | BrowserStack Inc | Order Form for Subscription Services | 4512 Legacy Drive<br>Plano, TX 75024<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | BrowserStack, Inc. | Confidentiality Agreement | 123 Main St.<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 30 | Big Lots Stores, LLC | BrowserStack, Inc. | Data Security Addendum | 123 Main St.<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | BrowserStack, Inc. | Order Form for BrowserStack Services | 4512 Legacy Drive, Suite #100<br>Plano, TX 75024<br>USA | 2/28/2025 |
| 32 | Big Lots Stores, LLC | BrowserStack, Inc. | Terms of Service Agreement | 123 Main St.<br>San Mateo, CA 94402<br>USA | 2/28/2025 |
| 33 | Big Lots, Inc. | Building Air Services | HVAC Scheduled Maintenance and Service Agreement | 6785 114th Ave<br>Largo, FL 33773<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | Building Air Services | HVAC Scheduled Maintenance and Service Agreement | 13584 49th Street North Suite #10<br>Clearwater, FL 33762<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | Building Air Services, Inc. | HVAC Scheduled Maintenance and Service Agreement | 6785 114th Avenue<br>Largo, FL 33773<br>USA | 2/28/2025 |
| 36 | Big Lots, Inc. | Building Air Services, Inc. | HVAC Scheduled Maintenance and Service Agreement | 6785 114th Ave.<br>Largo, FL 33773<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | Building Air Services, Inc. | Refrigeration Scheduled Maintenance Agreement | 6785 114th Ave.<br>Largo, FL 33773<br>USA | 2/28/2025 |
| 38 | Big Lots Stores, LLC | Bungii, LLC | Merchant Services Agreement | 11011 King Street, Suite 280<br>Overland Park, KS 66210<br>USA | 2/28/2025 |
| 39 | Big Lots, Inc. | BURRTEC WASTE INDUSTRIES INC | Services Agreement | PO BOX 516512<br>LOS ANGELES, CA 90051-7801<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | C.H. Robinson Worldwide, Inc. | Agreement for Transportation Brokerage | 8100 Mitchell Road<br>Eden Prairie, MN 55344<br>USA | 2/28/2025 |
| 41 | Big Lots Stores, LLC | C.H. Robinson Worldwide, Inc. | Agreement for Transportation Brokerage | 14701 Charlson Road<br>Eden Prairie, MN 55347<br>USA | 2/28/2025 |
| 42 | Big Lots Stores, LLC | C.H. Robinson Worldwide, Inc. | Transportation Brokerage Agreement | 14701 Charlson Road<br>Eden Prairie, MN 55347<br>USA | 2/28/2025 |
| 43 | Big Lots Stores, LLC | C.H. Robinson Worldwide, Inc. | Transportation Brokerage Agreement | 14701 Charlson Road<br>Eden Prairie, MN 55347<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | Calabrio | Services Agreement | 241 North 5th Avenue<br>Minneapolis, MN  55401<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | CAP Index, Inc. | Retail Member Agreement for National Shrink Database | 150 John Robert Thomas Drive<br>Exton, PA 19341<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | Capstone Mechanical LLC | HVAC Scheduled Maintenance and Service Agreement | 330 Constitution Ave.<br>Portsmouth, NH 03801<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | CAPSTONE MECHANICAL LLC | Service Agreement | 755 Banfield Rd, unit 102<br>Portsmouth, NH 3801<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | Capstone Mechanical, LLC | HVAC Scheduled Maintenance and Service Agreement | 300 Constitution Ave., Ste. 203A<br>Portsmouth, NH 03801<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | Capstone Mechanical, LLC | HVAC Scheduled Maintenance and Service Agreement | 330 Constitution Avenue, Ste. 203A<br>Portsmouth, NH 03801<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | Capstone Mechanical, LLC | HVAC Scheduled Maintenance and Service Agreement | 300 Constitution Ave., Ste. 203A<br>Portsmouth, NH 03801<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | Cardlytics, Inc. | Confidentiality Agreement | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 53 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 54 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 55 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 62 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Suite 6000<br>Atlanta, GA 3030B<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Suite 6000<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 66 | Big Lots Stores, LLC | Cardlytics, Inc. | Insertion Order | 675 Ponce de Leon Ave.<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 67 | Big Lots, Inc. | Carolina Handling, LLC | Comprehensive Fleet Service Agreement (CFS) | 165 Greenwood Industrial Pkwy<br>McDonough, GA 30253<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | Carolina Handling, LLC | Comprehensive Fleet Service Agreement (CFS) | 165 Greenwood Industrial Pkwy<br>McDonough, GA 30253<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | Big Lots, Inc. | Carolina Handling, LLC | Comprehensive Fleet Service Agreement (CFS) | 4835 Sirona Dr, Suite 100<br>Charlotte, NC 28273<br>USA | 2/28/2025 |
| 70 | Big Lots, Inc. | Carrier Corporation | Amendment to Purchasing Agreement | 13995 Pasteur Blvd.<br>Palm Beach Gardens, FL 33418<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | Carrier Corporation | Amendment to Purchasing Agreement | 13995 Pasteur Blvd.<br>Palm Beach Gardens, FL 33418<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Carrier Corporation | Purchase Agreement | 13995 Pasteur Blvd.<br>Palm Beach Gardens, Florida 33418<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | CashStar Inc. | Master Services Agreement | 25 Pearl Street<br>Portland, ME 04101<br>USA | 2/28/2025 |
| 74 | Big Lots Stores, LLC | CashStar Inc. | Online GC platform for Biglots.com and for partner GC purchases for Allstate warranties | 25 Pearl Street<br>Portland, ME 04101<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | CashStar Inc. | Statement of Work | 25 Pearl Street<br>Portland, ME 04101<br>USA | 2/28/2025 |
| 76 | Big Lots, Inc. | CashStar Inc. | Statement of Work | 25 Pearl Street<br>Portland, ME 04101<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | CED VICTORVILLE | Services Agreement | PO BOX 847106<br>LOS ANGELES, CA 90084-7106<br>USA | 2/28/2025 |
| 78 | Big Lots, Inc. | CENTRAL FIRE | Services Agreement | 11279 MEDOWLARK LANE<br>BLOOMINGTON, CA 92316-3265<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | CH Robinson | Services Agreement | 14701 Charlson Road<br>Eden Prairie, MN 55347-5076<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | ChargePoint | Electric Vehicle Charging Stations | 240 East Hacienda Avenue<br>Campbell, CA 95008<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Cision US Inc. | Amendment to Order Form | 1 Prudential Plaza, 7th Floor 130 E Randolph Street<br>Chicago, IL 60601<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | Cision US Inc. | Assignment of Contract | 12051 Indian Creek Court<br>Beltsville, MD 20705<br>USA | 2/28/2025 |
| 83 | Big Lots Stores, LLC | Cision US Inc. | News media monitoring and newswire access | 1 Prudential Plaza, 7th Floor 130 E Randolph Street<br>Chicago, IL 60601<br>USA | 2/28/2025 |
| 84 | Big Lots Stores, LLC | Cision US Inc. | Newswire Service for Press Release Distribution | 1 Prudential Plaza, 7th Floor 130 E Randolph Street<br>Chicago, IL 60601<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | Cision US Inc. | Order for Services | 1 Prudential Plaza, 7th Floor 130 E Randolph Street<br>Chicago, IL 60601<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 86 | Big Lots Stores, LLC | Cision US Inc. | Order for Software and Insights Subscription Services | 300 S Riverside Plaza<br>Chicago, IL 60606<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | Clifford | Services Agreement | | 2/28/2025 |
| 88 | Big Lots, Inc. | CMA CGM | Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | CMA CGM | Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | CMA CGM | Subrogation / Release Receipt | 5701 Lake Wright Drive<br>Norfolk, VA 23502-1868<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | CMA CGM (America) LLC | Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | CMA CGM (America) LLC | Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 93 | Big Lots, Inc. | CMA CGM (America) LLC | Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 94 | Big Lots, Inc. | CMA CGM S.A. | Amended Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 95 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |