**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 3 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 14 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 15 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 16 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 17 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 19 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 20 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 21 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 22 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 23 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 24 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 2306 Enterprise Blvd<br>Durant, TX 74702<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 33 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 36 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 38 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 39 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 41 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 42 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 43 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 44 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 48 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 51 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 4 Quai d'Arenc<br>Marseille, Provence-Alpes-Côte d'Azur 13235<br>France | 2/28/2025 |
| 53 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 54 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 55 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 58 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 59 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 60 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | Boulevard Jacques Saadé, 4 Quai d'Arenc<br>Marseille, Provence-Alpes-Côte d'Azur 13235<br>France | 2/28/2025 |
| 61 | Big Lots, Inc. | CMA CGM S.A. | Confidentiality Agreement | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | CMA CGM S.A. | Ocean Carrier Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | CMA CGM S.A. | Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | CMA CGM S.A. | Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | CMA CGM S.A. | Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 66 | Big Lots, Inc. | CMA CGM S.A. | Service Contract | 4 Quai d'Arenc<br>Marseille, France 13235<br>France | 2/28/2025 |
| 67 | Big Lots, Inc. | CMA CGM S.A. | Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | CMA CGM S.A. | Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | Big Lots, Inc. | CMA CGM S.A. | Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 70 | Big Lots, Inc. | CMA CGM S.A. | Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 71 | Big Lots Stores, LLC | CMA CGM S.A. | Services Agreements | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | CMA-CGM America LLC | Customer Payment Terms Agreement | 5701 Lake Wright Drive<br>Norfolk, VA 23502-1868<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | CMA-CGM, The French Line | Amendment to Service Contract | 300 Lighting Way, 2nd Floor<br>Secaucus, New Jersey 07094<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | CMA-CGM, The French Line | Service Contract | 300 Lighting Way, 2nd Floor<br>Secaucus, NJ 07094<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | CMA-CGM, The French Line | Service Contract | 300 Lighting Way, 2nd Floor<br>Secaucus, New Jersey 07094<br>USA | 2/28/2025 |
| 76 | Big Lots, Inc. | CMA-CGM, THE FRENCH LINE | Service Contract | 300 Lighting Way, 2nd Floor<br>Secaucus, NJ 07094<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | CMS Payments Intelligence, Inc. | Services Agreement | 55 Ivan Allen Jr Blvd NW<br>Atlanta, GA 30308<br>United States | 2/28/2025 |
| 78 | Big Lots Stores, LLC | CMS Payments Intelligence, Inc. | Services Agreement Addendum | 55 Allen Plaza, Suite 500<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | CMS Payments Intelligence, Inc. | Services Agreement Addendum | 55 Allen Plaza, Suite 320 55 Ivan Allen Jr. Boulevard<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 80 | Big Lots Stores, LLC | CMS Payments Intelligence, Inc. | Services Agreement Addendum | 55 Allen Plaza, Suite 500<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Comfortrol, Inc. | Performance Maintenance Program Proposal | 400 Phillipi Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | Command7 | Confidentiality Agreement | 810 E 9400 S.<br>Sandy, UT 84094<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Command7 Services Group, LLC | Services Agreement | 810 E 9400 S.<br>Sandy, UT 84094<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | Command7, LLC | Service Contractor Agreement | 810 E 9400 S.<br>Sandy, UT 84094<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | COMMERCIAL DOOR COMPANY INC | Services Agreement | 1374 E 9TH ST<br>POMONA, CA 91766-3831<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 86 | Big Lots, Inc. | Commercial Fire, Inc. | Fire-Life Safety Services Agreement | 2465 St. Johns Bluff Rd. S.<br>Jacksonville, FL 32246<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | Commvault | Services Agreement | 1 Commvault Way<br>Tinton Falls, NJ 07724<br>USA | 2/28/2025 |
| 88 | Big Lots, Inc. | COMPASS MECHANICAL LLC | Service Agreement | 1310 Webb Ferrell Rd S<br>Arlington, TX 76002<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | Compass Mechanical, LLC | HVAC Scheduled Maintenance and Service Agreement | 1310 Webb Ferrell Rd S.<br>Arlington, TX 76002<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | Conair Corporation | Confidentiality Agreement | 1 Cummings Point Road<br>Stamford, CT 06902<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | Conair Corporation | Waiver Request for Certification of Electrical Products | 1 Cummings Point Road<br>Stamford, CT 06902<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | CONCENTRIC | Services Agreement | PO BOX 953262<br>ST LOUIS, MO 63195-3262<br>USA | 2/28/2025 |
| 93 | Big Lots Stores, LLC | Conni_USA | Revenue Share Agreement | 15892 S Rockwell Park Cove<br>Herriman, Utah 84096<br>USA | 2/28/2025 |
| 94 | Big Lots Stores, LLC | Consolidated Maintenance Solutions, dba Authority HVAC | HVAC Scheduled Maintenance and Service Agreement | 2429 West 12th Street<br>Tempe, AZ 85281<br>USA | 2/28/2025 |
| 95 | AVDC, LLC | Contemporary Landscape & Maintenance Inc. | Terms of Service Agreement | 11860 Locust Lane<br>Apple Valley, CA 92308<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | Convercent Inc. | Order Form for Convercent Applications | 3858 Walnut Street, Suite #255<br>Denver, CO 80205<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | Convercent Inc. | Order Form for Professional Services | 3872 Lafayette Street, Suite #255<br>Denver, CO 80205<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | Convercent, Inc. | Confidentiality Agreement | 3858 Walnut Street, Suite #255<br>Denver, CO 80205<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | Convercent, Inc. | Confidentiality Agreement | 3858 Walnut Street, Suite #255<br>Denver, CO 80205<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | Convercent, Inc. | Master Services Agreement | 929 Broadway<br>Denver, CO 80203<br>USA | 2/28/2025 |