**Schedule 2**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")² of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

¹ The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 3 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 14 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 15 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 16 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 17 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 19 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 20 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 21 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 22 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 23 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 24 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 2306 Enterprise Blvd<br>Durant, TX 74702<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 33 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 36 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 38 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 39 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 41 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 42 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 43 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 44 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 48 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 51 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 4 Quai d'Arenc<br>Marseille, Provence-Alpes-Côte d'Azur 13235<br>France | 2/28/2025 |
| 53 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 54 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 55 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 58 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 59 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 60 | Big Lots Stores, LLC | CMA CGM S.A. | Amendment to Service Contract | Boulevard Jacques Saadé, 4 Quai d'Arenc<br>Marseille, Provence-Alpes-Côte d'Azur 13235<br>France | 2/28/2025 |
| 61 | Big Lots, Inc. | CMA CGM S.A. | Confidentiality Agreement | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | CMA CGM S.A. | Ocean Carrier Service Contract | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | CMA CGM S.A. | Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | CMA CGM S.A. | Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | CMA CGM S.A. | Ocean Carrier Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 66 | Big Lots, Inc. | CMA CGM S.A. | Service Contract | 4 Quai d'Arenc<br>Marseille, France 13235<br>France | 2/28/2025 |
| 67 | Big Lots, Inc. | CMA CGM S.A. | Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | CMA CGM S.A. | Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | Big Lots, Inc. | CMA CGM S.A. | Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 70 | Big Lots, Inc. | CMA CGM S.A. | Service Contract | 5701 Lake Wright Drive<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 71 | Big Lots Stores, LLC | CMA CGM S.A. | Services Agreements | 1 CMA CGM Way<br>Norfolk, VA 23502<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | CMA-CGM America LLC | Customer Payment Terms Agreement | 5701 Lake Wright Drive<br>Norfolk, VA 23502-1868<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | CMA-CGM, The French Line | Amendment to Service Contract | 300 Lighting Way, 2nd Floor<br>Secaucus, New Jersey 07094<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | CMA-CGM, The French Line | Service Contract | 300 Lighting Way, 2nd Floor<br>Secaucus, NJ 07094<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | CMA-CGM, The French Line | Service Contract | 300 Lighting Way, 2nd Floor<br>Secaucus, New Jersey 07094<br>USA | 2/28/2025 |
| 76 | Big Lots, Inc. | CMA-CGM, THE FRENCH LINE | Service Contract | 300 Lighting Way, 2nd Floor<br>Secaucus, NJ 07094<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | CMS Payments Intelligence, Inc. | Services Agreement | 55 Ivan Allen Jr Blvd NW<br>Atlanta, GA 30308<br>United States | 2/28/2025 |
| 78 | Big Lots Stores, LLC | CMS Payments Intelligence, Inc. | Services Agreement Addendum | 55 Allen Plaza, Suite 500<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | CMS Payments Intelligence, Inc. | Services Agreement Addendum | 55 Allen Plaza, Suite 320 55 Ivan Allen Jr. Boulevard<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 80 | Big Lots Stores, LLC | CMS Payments Intelligence, Inc. | Services Agreement Addendum | 55 Allen Plaza, Suite 500<br>Atlanta, GA 30308<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Comfortrol, Inc. | Performance Maintenance Program Proposal | 400 Phillipi Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | Command7 | Confidentiality Agreement | 810 E 9400 S.<br>Sandy, UT 84094<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Command7 Services Group, LLC | Services Agreement | 810 E 9400 S.<br>Sandy, UT 84094<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | Command7, LLC | Service Contractor Agreement | 810 E 9400 S.<br>Sandy, UT 84094<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | COMMERCIAL DOOR COMPANY INC | Services Agreement | 1374 E 9TH ST<br>POMONA, CA 91766-3831<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 86 | Big Lots, Inc. | Commercial Fire, Inc. | Fire-Life Safety Services Agreement | 2465 St. Johns Bluff Rd. S.<br>Jacksonville, FL 32246<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | Commvault | Services Agreement | 1 Commvault Way<br>Tinton Falls, NJ 07724<br>USA | 2/28/2025 |
| 88 | Big Lots, Inc. | COMPASS MECHANICAL LLC | Service Agreement | 1310 Webb Ferrell Rd S<br>Arlington, TX 76002<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | Compass Mechanical, LLC | HVAC Scheduled Maintenance and Service Agreement | 1310 Webb Ferrell Rd S.<br>Arlington, TX 76002<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | Conair Corporation | Confidentiality Agreement | 1 Cummings Point Road<br>Stamford, CT 06902<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | Conair Corporation | Waiver Request for Certification of Electrical Products | 1 Cummings Point Road<br>Stamford, CT 06902<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | CONCENTRIC | Services Agreement | PO BOX 953262<br>ST LOUIS, MO 63195-3262<br>USA | 2/28/2025 |
| 93 | Big Lots Stores, LLC | Conni_USA | Revenue Share Agreement | 15892 S Rockwell Park Cove<br>Herriman, Utah 84096<br>USA | 2/28/2025 |
| 94 | Big Lots Stores, LLC | Consolidated Maintenance Solutions, dba Authority HVAC | HVAC Scheduled Maintenance and Service Agreement | 2429 West 12th Street<br>Tempe, AZ 85281<br>USA | 2/28/2025 |
| 95 | AVDC, LLC | Contemporary Landscape & Maintenance Inc. | Terms of Service Agreement | 11860 Locust Lane<br>Apple Valley, CA 92308<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | Convercent Inc. | Order Form for Convercent Applications | 3858 Walnut Street, Suite #255<br>Denver, CO 80205<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | Convercent Inc. | Order Form for Professional Services | 3872 Lafayette Street, Suite #255<br>Denver, CO 80205<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | Convercent, Inc. | Confidentiality Agreement | 3858 Walnut Street, Suite #255<br>Denver, CO 80205<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | Convercent, Inc. | Confidentiality Agreement | 3858 Walnut Street, Suite #255<br>Denver, CO 80205<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | Convercent, Inc. | Master Services Agreement | 929 Broadway<br>Denver, CO 80203<br>USA | 2/28/2025 |