**<u>Schedule 1</u>**

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Convercent, Inc. | Order Form for SaaS Services | 3858 Walnut Street, Suite #255<br>Denver, CO 80205<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | Convercent, Inc. | Order Form for Services | 929 Broadway<br>Denver, CO 80203<br>USA | 2/28/2025 |
| 3 | Big Lots, Inc. | Convercent, Inc. | Order Form for Subscription Services | 929 Broadway<br>Denver, CO 80203<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | Convercent, Inc. | Statement of Work | 3858 Walnut Street, Suite #255<br>Denver, CO 80205<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | CORREA PALLET INC | Services Agreement | 13036 AVE 76<br>PIXLEY, CA 93256<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | COUNTY OF SAN BERNARDINO | Services Agreement | 385 N ARROWHEAD AVE 2ND FLOOR<br>SAN BERNARDINO, CA 92415-0160<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | CPT NETWORK SOLUTIONS | Services Agreement | PO BOX 85031<br>CHICAGO, IL 60689-5031<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Credit Safe | Services Agreement | | 2/28/2025 |
| 9 | Big Lots, Inc. | D & J Master Clean, Inc. | Janitorial Services Agreement | 680 Dearborn Park Lane<br>Columbus, OH 43085<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | D & J Master Clean, Inc. | Janitorial Services Agreement | 680 Dearborn Park Lane<br>Columbus, OH 43085<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | D&J Master Clean, Inc. | Janitorial Services Agreement | 6185 Huntley Road, Suite F<br>Columbus, Ohio 43229<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Dancor Inc Solutions | Statement of Work for 2021 Q2 Enhancements | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | Dancor Inc. | Employee Engagement Platform SaaS Agreement | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | Dancor Inc. | Statement of Work | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Dancor Inc. | Statement of Work | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | Dancor Inc. | Statement of Work | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | Dancor Inc. | Statement of Work | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 18 | Big Lots, Inc. | Dancor Inc. | Statement of Work | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 19 | Big Lots, Inc. | Dancor Inc. | Statement of Work for 2021 Q3 Enhancements | 2155 Dublin Road Columbus, OH 43228 USA | 2/28/2025 |
| 20 | Big Lots, Inc. | Dancor Inc. | Statement of Work for Email Opt Out + Anniversary Enhancements | 2155 Dublin Road Columbus, OH 43228 USA | 2/28/2025 |
| 21 | Big Lots, Inc. | Dancor Inc. | Statement of Work for Gift Card Sale Functionality | 2155 Dublin Road Columbus, OH 43228 USA | 2/28/2025 |
| 22 | Big Lots, Inc. | Dancor Inc. | Statement of Work for Name Change Functionality | 2155 Dublin Road Columbus, OH 43228 USA | 2/28/2025 |
| 23 | Big Lots Stores, LLC | Dancor Solutions | Employee Engagement Platform Statement of Work | 2155 DUBLIN RD COLUMBUS, OH 43228 USA | 2/28/2025 |
| 24 | Big Lots, Inc. | Dancor Solutions | Employee Engagement Platform Statement of Work | 2155 DUBLIN RD COLUMBUS, OH 43228 USA | 2/28/2025 |
| 25 | Big Lots, Inc. | Dancor Solutions | Services Agreement | 2155 DUBLIN RD COLUMBUS, OH 43228 USA | 2/28/2025 |
| 26 | Big Lots, Inc. | Dancor Solutions | Services Agreement | 2155 DUBLIN RD COLUMBUS, OH 43228 USA | 2/28/2025 |
| 27 | Big Lots, Inc. | Dare Foods & Lesley Stowe | Amendment to PO Terms and Conditions (Domestic PO) | 25 Cherry Blossom Rd Cambridge, ON N3H 4R7 Canada | 2/28/2025 |
| 28 | Big Lots, Inc. | Dare Foods & Lesley Stowe | Amendment to PO Terms and Conditions (Domestic PO) | 25 Cherry Blossom Rd Cambridge, ON N3H 4R7 Canada | 2/28/2025 |
| 29 | Big Lots, Inc. | DARE FOODS INC | Confidentiality Agreement | 25 Cherry Blossom Rd Cambridge, ON N3H 4R7 Canada | 2/28/2025 |
| 30 | Big Lots, Inc. | Dataminr, Inc. | Statement of Work for Dataminr Alerts | 6 E. 32nd Street, 2nd Floor New York, NY 10016 USA | 2/28/2025 |
| 31 | Big Lots Stores, LLC | David M. Dilley | Independent Contractor Agreement | 20539 Barker Road Marysville, OH 43040 USA | 2/28/2025 |
| 32 | Big Lots, Inc. | DEBEUKELAER CORPORATION | Confidentiality Agreement | PO BOX 11407 BIRMINGHAM, AL 35246-1407 USA | 2/28/2025 |
| 33 | AVDC, LLC | Dependable Vending, Inc. | Services Agreement for Vending Services | 1431 West 9th Street, Unit B Upland, CA 91786 USA | 2/28/2025 |
| 34 | Big Lots eCommerce LLC | Digital Mobile Innovations, LLC | Amendment to Master Ecommerce Website Development Services Agreement | 35 Corporate Dr Burlington, MA 01803 USA | 2/28/2025 |
| 35 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Back-end Development Services | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 36 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for Back-end Development Services | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 37 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Back-end Development Services | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 38 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for BOPIS Front-end Development Staffing | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 39 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for BOPIS Project Staffing | 35 Corporate Dr . Suite 100 Burlington, MA 01803 USA | 2/28/2025 |
| 40 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Development Staffing | 35 Corporate Dr Burlington, MA 01803 USA | 2/28/2025 |
| 41 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for DevOps Support | 35 Corporate Dr Burlington, MA 01803 USA | 2/28/2025 |
| 42 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for E-Commerce Development Services | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 43 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Experience Manager Issue Resolution | 35 Corporate Dr. - Suite 100 Burlington, MA 01803 USA | 2/28/2025 |
| 44 | Big Lots eCommerce LLC | Digital Mobile Innovations, LLC | Statement of Work for Front-end Development Services | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 45 | Big Lots eCommerce LLC | Digital Mobile Innovations, LLC | Statement of Work for Front-end Development Services | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 46 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for Front-end Development Support | 35 Corporate Dr Burlington, MA 01803 USA | 2/28/2025 |
| 47 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Front-end Development Support | 35 Corporate Dr Burlington, MA 01803 USA | 2/28/2025 |
| 48 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for Front-end SEO Development | 35 Corporate Dr Burlington, MA 01803 USA | 2/28/2025 |
| 49 | Big Lots eCommerce LLC | Digital Mobile Innovations, LLC | Statement of Work for Mobile Application Development | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 50 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for OMS Project Development Support | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 51 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Engineer Support | 35 Corporate Dr Burlington, MA 01803 USA | 2/28/2025 |
| 52 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Engineer Support | 35 Corporate Dr Burlington, MA 01803 USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 53 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Migration | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 54 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Migration Support | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 55 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Migration Support | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Upgrade Consultation | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Upgrade Technical Consultation | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 58 | Big Lots eCommerce LLC | Digital Mobile Innovations, LLC | Statement of Work for Software Engineering Services | 35 Corporate Dr - Suite 100<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Staff Augmentation | 35 Corporate Dr. - Suite 100<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Divisions Maintenance Group | Confidentiality Agreement | 1 Riverfront Pl.<br>Newport, KY 41071<br>USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Divisions, Inc. dba Divisions Maintenance Group | Services Agreement | 1 Riverfront Place, Suite 510<br>Newport, KY 41071<br>USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | DOLLY, INC. | Amendment to Independent Contractor Agreement | 9450 SW Gemini Drive PMB 43895<br>Beaverton, OR 97008-7105<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Dolly, Inc. | Independent Contractor Agreement | 901 5th AVE<br>Seattle, WA 98164<br>USA | 2/28/2025 |
| 64 | Great Basin, LLC | Donlen LLC dba Capteris Capital | Tax Lease-FMV | 1370 Avenue of the Americas 32nd Floor<br>New York, NY 10019<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | E&M ELECTRIC AND MACHINERY INC | Services Agreement | 126 MILL STREET<br>HEALDSBURG, CA 95448<br>USA | 2/28/2025 |
| 66 | Big Lots, Inc. | Ebix | Services Agreement | 1 Ebix Way<br>Johns Creek, GA 30097<br>USA | 2/28/2025 |
| 67 | Big Lots Stores, LLC | EBSCO | Product Order Form | 10 Estes Street P.O. Box 682<br>Ipswich, MA 01938<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | EBSCO | Product Order Form | 10 Estes Street<br>Ipswich, MA 01938<br>USA | 2/28/2025 |
| 69 | Big Lots Stores, LLC | EBSCO | Product Order Form for EBSCO Learning - Accel5 | 10 Estes Street<br>Ipswich, MA 01938<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 70 | Big Lots, Inc. | EBSCO | Renewal Agreement for Accel5 Subscription | 10 Estes Street<br>Ipswich, MA 01938<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | EK Accessories | Services Agreement | 575 West 3200 South<br>Logan, UT 84321<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Elevator Support Services, Inc. | Hydro Service Agreement, Full Service | 2500 W. Commonwealth Ave.<br>Alhambra, CA 91803<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Elevator Support Services, Inc. | Hydro Service Agreement, Full Service | 2500 W. Commonwealth Ave.<br>Alhambra, CA 91803<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | Elevator Support Services, Inc. | Hydro Service Agreement, Full Service | 2500 W. Commonwealth Ave.<br>Alhambra, CA 91803<br>USA | 2/28/2025 |
| 75 | Big Lots Stores, LLC | Encore Technologies | Change Order | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 76 | Big Lots Stores, LLC | Encore Technologies | Change Order | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 77 | Big Lots Stores, LLC | Encore Technologies | Change Order | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 78 | Big Lots Stores, LLC | Encore Technologies | Change Order | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | Encore Technologies | Confidentiality Agreement | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 80 | Big Lots Stores, LLC | Encore Technologies | Data Center Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 81 | Big Lots, Inc. | Encore Technologies | Managed Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, Ohio 45212<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | Encore Technologies | Professional Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, Ohio 45212<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Encore Technologies | Professional Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, Ohio 45212<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | Encore Technologies | Professional Services Statement of Work for General Collaboration Support-T&M | 4620 Wesley Ave<br>Cincinnati, Ohio 45212<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | Encore Technologies | Professional Services: Project Change Request | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 86 | Big Lots Stores, LLC | Encore Technologies | Professional Services: Project Change Request | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |

Case 24-11967-JKS    Doc 2147-1    Filed 02/28/25    Page 7 of 7

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 87 | Big Lots Stores, LLC | ENTRUST CORPORATION | Services Agreement | 1187 Park Place<br>Minneapolis, MN 55379<br>USA | 2/28/2025 |
| 88 | Big Lots, Inc. | ESS Elevator | Services Agreement | 9245 Archibald Ave<br>Rancho Cucamonga, CA 91730<br>USA | 2/28/2025 |
| 89 | Big Lots eCommerce LLC | Estes Forwarding Worldwide, LLC | Amendment B New Rates for Big Lots Home Delivery | 100 Gateway Centre Suite 210<br>Richmond, VA 232325<br>USA | 2/28/2025 |
| 90 | Big Lots eCommerce LLC | Estes Forwarding Worldwide, LLC | Master Transportation Services Agreement | 100 Gateway Centre Suite 210<br>Richmond, VA 232325<br>USA | 2/28/2025 |
| 91 | Big Lots eCommerce LLC | Estes Forwarding Worldwide, LLC | Service Schedule - Home Delivery | 123 Main St.<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 92 | Big Lots Stores, LLC | Euromonitor International Ltd | Corporate Licence Agreement - Addendum | 60-61 Britton Street<br>London,<br>UK | 2/28/2025 |
| 93 | Big Lots, Inc. | Euromonitor International Ltd | Corporate Licence Agreement - Addendum | 60-61 Britton Street<br>London,  EC1M 5UX<br>UK | 2/28/2025 |
| 94 | Big Lots, Inc. | Everest Technologies, Inc | Independent Contractor Agreement | 740 Lakeview Plaza Blvd, Suite 250<br>Worthington, OH 43085<br>USA | 2/28/2025 |
| 95 | Big Lots, Inc. | Everest Technologies, Inc | Independent Contractor Agreement | 740 Lakeview Plaza Blvd, Suite 250<br>Worthington, OH 43085<br>USA | 2/28/2025 |
| 96 | Big Lots Stores, LLC | Everest Technologies, Inc. | Amendment | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | Everest Technologies, Inc. | Amendment to Independent Contractor Agreement | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 98 | Big Lots Stores, LLC | Everest Technologies, Inc. | Confidentiality Agreement | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | Everest Technologies, Inc. | Independent Contractor Agreement | 740 Lakeview Plaza Blvd., Suite 250<br>Worthington, OH 43085<br>USA | 2/28/2025 |
| 100 | Big Lots Stores, LLC | Everest Technologies, Inc. | SOW | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |