**Schedule 2**

**Proposed Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Convercent, Inc. | Order Form for SaaS Services | 3858 Walnut Street, Suite #255<br>Denver, CO 80205<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | Convercent, Inc. | Order Form for Services | 929 Broadway<br>Denver, CO 80203<br>USA | 2/28/2025 |
| 3 | Big Lots, Inc. | Convercent, Inc. | Order Form for Subscription Services | 929 Broadway<br>Denver, CO 80203<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | Convercent, Inc. | Statement of Work | 3858 Walnut Street, Suite #255<br>Denver, CO 80205<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | CORREA PALLET INC | Services Agreement | 13036 AVE 76<br>PIXLEY, CA 93256<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | COUNTY OF SAN BERNARDINO | Services Agreement | 385 N ARROWHEAD AVE 2ND FLOOR<br>SAN BERNARDINO, CA 92415-0160<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | CPT NETWORK SOLUTIONS | Services Agreement | PO BOX 85031<br>CHICAGO, IL 60689-5031<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Credit Safe | Services Agreement |  | 2/28/2025 |
| 9 | Big Lots, Inc. | D & J Master Clean, Inc. | Janitorial Services Agreement | 680 Dearborn Park Lane<br>Columbus, OH 43085<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | D & J Master Clean, Inc. | Janitorial Services Agreement | 680 Dearborn Park Lane<br>Columbus, OH 43085<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | D&J Master Clean, Inc. | Janitorial Services Agreement | 6185 Huntley Road, Suite F<br>Columbus, Ohio 43229<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Dancor Inc Solutions | Statement of Work for 2021 Q2 Enhancements | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | Dancor Inc. | Employee Engagement Platform SaaS Agreement | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | Dancor Inc. | Statement of Work | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Dancor Inc. | Statement of Work | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | Dancor Inc. | Statement of Work | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | Dancor Inc. | Statement of Work | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 18 | Big Lots, Inc. | Dancor Inc. | Statement of Work | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 19 | Big Lots, Inc. | Dancor Inc. | Statement of Work for 2021 Q3 Enhancements | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 20 | Big Lots, Inc. | Dancor Inc. | Statement of Work for Email Opt Out + Anniversary Enhancements | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | Dancor Inc. | Statement of Work for Gift Card Sale Functionality | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | Dancor Inc. | Statement of Work for Name Change Functionality | 2155 Dublin Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 23 | Big Lots Stores, LLC | Dancor Solutions | Employee Engagement Platform Statement of Work | 2155 DUBLIN RD<br>COLUMBUS, OH 43228<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | Dancor Solutions | Employee Engagement Platform Statement of Work | 2155 DUBLIN RD<br>COLUMBUS, OH 43228<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | Dancor Solutions | Services Agreement | 2155 DUBLIN RD<br>COLUMBUS, OH 43228<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | Dancor Solutions | Services Agreement | 2155 DUBLIN RD<br>COLUMBUS, OH 43228<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | Dare Foods & Lesley Stowe | Amendment to PO Terms and Conditions (Domestic PO) | 25 Cherry Blossom Rd<br>Cambridge, ON N3H 4R7<br>Canada | 2/28/2025 |
| 28 | Big Lots, Inc. | Dare Foods & Lesley Stowe | Amendment to PO Terms and Conditions (Domestic PO) | 25 Cherry Blossom Rd<br>Cambridge, ON N3H 4R7<br>Canada | 2/28/2025 |
| 29 | Big Lots, Inc. | DARE FOODS INC | Confidentiality Agreement | 25 Cherry Blossom Rd<br>Cambridge, ON N3H 4R7<br>Canada | 2/28/2025 |
| 30 | Big Lots, Inc. | Dataminr, Inc. | Statement of Work for Dataminr Alerts | 6 E. 32nd Street, 2nd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 31 | Big Lots Stores, LLC | David M. Dilley | Independent Contractor Agreement | 20539 Barker Road<br>Marysville, OH 43040<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | DEBEUKELAER CORPORATION | Confidentiality Agreement | PO BOX 11407<br>BIRMINGHAM, AL 35246-1407<br>USA | 2/28/2025 |
| 33 | AVDC, LLC | Dependable Vending, Inc. | Services Agreement for Vending Services | 1431 West 9th Street, Unit B<br>Upland, CA 91786<br>USA | 2/28/2025 |
| 34 | Big Lots eCommerce LLC | Digital Mobile Innovations, LLC | Amendment to Master Ecommerce Website Development Services Agreement | 35 Corporate Dr<br>Burlington, MA 01803 | 2/28/2025 |
| 35 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Back-end Development Services | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 36 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for Back-end Development Services | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Back-end Development Services | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 38 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for BOPIS Front-end Development Staffing | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 39 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for BOPIS Project Staffing | 35 Corporate Dr . Suite 100<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Development Staffing | 35 Corporate Dr<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 41 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for DevOps Support | 35 Corporate Dr<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for E-Commerce Development Services | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 43 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Experience Manager Issue Resolution | 35 Corporate Dr. - Suite 100<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 44 | Big Lots eCommerce LLC | Digital Mobile Innovations, LLC | Statement of Work for Front-end Development Services | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 45 | Big Lots eCommerce LLC | Digital Mobile Innovations, LLC | Statement of Work for Front-end Development Services | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 46 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for Front-end Development Support | 35 Corporate Dr<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Front-end Development Support | 35 Corporate Dr<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 48 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for Front-end SEO Development | 35 Corporate Dr<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 49 | Big Lots eCommerce LLC | Digital Mobile Innovations, LLC | Statement of Work for Mobile Application Development | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 50 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for OMS Project Development Support | 35 Corporate Dr.<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Engineer Support | 35 Corporate Dr<br>Burlington, MA 01803<br>USA | 2/28/2025 |
| 52 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Engineer Support | 35 Corporate Dr<br>Burlington, MA 01803<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 53 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Migration | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 54 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Migration Support | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 55 | Big Lots Stores, LLC | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Migration Support | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 56 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Upgrade Consultation | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 57 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Oracle Commerce Upgrade Technical Consultation | 35 Corporate Dr. Burlington, MA 01803 USA | 2/28/2025 |
| 58 | Big Lots eCommerce LLC | Digital Mobile Innovations, LLC | Statement of Work for Software Engineering Services | 35 Corporate Dr - Suite 100 Burlington, MA 01803 USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Digital Mobile Innovations, LLC | Statement of Work for Staff Augmentation | 35 Corporate Dr. - Suite 100 Burlington, MA 01803 USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Divisions Maintenance Group | Confidentiality Agreement | 1 Riverfront Pl. Newport, KY 41071 USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Divisions, Inc. dba Divisions Maintenance Group | Services Agreement | 1 Riverfront Place, Suite 510 Newport, KY 41071 USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | DOLLY, INC. | Amendment to Independent Contractor Agreement | 9450 SW Gemini Drive PMB 43895 Beaverton, OR 97008-7105 USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Dolly, Inc. | Independent Contractor Agreement | 901 5th AVE Seattle, WA 98164 USA | 2/28/2025 |
| 64 | Great Basin, LLC | Donlen LLC dba Capteris Capital | Tax Lease-FMV | 1370 Avenue of the Americas 32nd Floor New York, NY 10019 USA | 2/28/2025 |
| 65 | Big Lots, Inc. | E&M ELECTRIC AND MACHINERY INC | Services Agreement | 126 MILL STREET HEALDSBURG, CA 95448 USA | 2/28/2025 |
| 66 | Big Lots, Inc. | Ebix | Services Agreement | 1 Ebix Way Johns Creek, GA 30097 USA | 2/28/2025 |
| 67 | Big Lots Stores, LLC | EBSCO | Product Order Form | 10 Estes Street P.O. Box 682 Ipswich, MA 01938 USA | 2/28/2025 |
| 68 | Big Lots, Inc. | EBSCO | Product Order Form | 10 Estes Street Ipswich, MA 01938 USA | 2/28/2025 |
| 69 | Big Lots Stores, LLC | EBSCO | Product Order Form for EBSCO Learning - Accel5 | 10 Estes Street Ipswich, MA 01938 USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 70 | Big Lots, Inc. | EBSCO | Renewal Agreement for Accel5 Subscription | 10 Estes Street<br>Ipswich, MA 01938<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | EK Accessories | Services Agreement | 575 West 3200 South<br>Logan, UT 84321<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Elevator Support Services, Inc. | Hydro Service Agreement, Full Service | 2500 W. Commonwealth Ave.<br>Alhambra, CA 91803<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Elevator Support Services, Inc. | Hydro Service Agreement, Full Service | 2500 W. Commonwealth Ave.<br>Alhambra, CA 91803<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | Elevator Support Services, Inc. | Hydro Service Agreement, Full Service | 2500 W. Commonwealth Ave.<br>Alhambra, CA 91803<br>USA | 2/28/2025 |
| 75 | Big Lots Stores, LLC | Encore Technologies | Change Order | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 76 | Big Lots Stores, LLC | Encore Technologies | Change Order | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 77 | Big Lots Stores, LLC | Encore Technologies | Change Order | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 78 | Big Lots Stores, LLC | Encore Technologies | Change Order | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | Encore Technologies | Confidentiality Agreement | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 80 | Big Lots Stores, LLC | Encore Technologies | Data Center Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 81 | Big Lots, Inc. | Encore Technologies | Managed Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, Ohio 45212<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | Encore Technologies | Professional Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, Ohio 45212<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Encore Technologies | Professional Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, Ohio 45212<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | Encore Technologies | Professional Services Statement of Work for General Collaboration Support-T&M | 4620 Wesley Ave<br>Cincinnati, Ohio 45212<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | Encore Technologies | Professional Services: Project Change Request | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 86 | Big Lots Stores, LLC | Encore Technologies | Professional Services: Project Change Request | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 87 | Big Lots Stores, LLC | ENTRUST CORPORATION | Services Agreement | 1187 Park Place<br>Minneapolis, MN 55379<br>USA | 2/28/2025 |
| 88 | Big Lots, Inc. | ESS Elevator | Services Agreement | 9245 Archibald Ave<br>Rancho Cucamonga, CA 91730<br>USA | 2/28/2025 |
| 89 | Big Lots eCommerce LLC | Estes Forwarding Worldwide, LLC | Amendment B New Rates for Big Lots Home Delivery | 100 Gateway Centre Suite 210<br>Richmond, VA 232325<br>USA | 2/28/2025 |
| 90 | Big Lots eCommerce LLC | Estes Forwarding Worldwide, LLC | Master Transportation Services Agreement | 100 Gateway Centre Suite 210<br>Richmond, VA 232325<br>USA | 2/28/2025 |
| 91 | Big Lots eCommerce LLC | Estes Forwarding Worldwide, LLC | Service Schedule - Home Delivery | 123 Main St.<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 92 | Big Lots Stores, LLC | Euromonitor International Ltd | Corporate Licence Agreement - Addendum | 60-61 Britton Street<br>London,<br>UK | 2/28/2025 |
| 93 | Big Lots, Inc. | Euromonitor International Ltd | Corporate Licence Agreement - Addendum | 60-61 Britton Street<br>London,  EC1M 5UX<br>UK | 2/28/2025 |
| 94 | Big Lots, Inc. | Everest Technologies, Inc | Independent Contractor Agreement | 740 Lakeview Plaza Blvd, Suite 250<br>Worthington, OH 43085<br>USA | 2/28/2025 |
| 95 | Big Lots, Inc. | Everest Technologies, Inc | Independent Contractor Agreement | 740 Lakeview Plaza Blvd, Suite 250<br>Worthington, OH 43085<br>USA | 2/28/2025 |
| 96 | Big Lots Stores, LLC | Everest Technologies, Inc. | Amendment | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | Everest Technologies, Inc. | Amendment to Independent Contractor Agreement | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 98 | Big Lots Stores, LLC | Everest Technologies, Inc. | Confidentiality Agreement | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | Everest Technologies, Inc. | Independent Contractor Agreement | 740 Lakeview Plaza Blvd., Suite 250<br>Worthington, OH 43085<br>USA | 2/28/2025 |
| 100 | Big Lots Stores, LLC | Everest Technologies, Inc. | SOW | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |