**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots Stores, LLC | Everest Technologies, Inc. | Statement of Work - QA Managed Service | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 2 | Big Lots Stores, LLC | Everest Technologies, Inc. | Statement of Work for Point of Sale Development & Support | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 3 | Big Lots Stores, LLC | Everest Technologies, Inc. | Statement of Work to Master Services Agreement | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 4 | Big Lots Stores, LLC | EXELA Technologies | Statement of Work for Implementation of Print, Mail and Fulfillment Services | 2701 E Grauwyler Road<br>Irving, TX 75061<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | Fairbanks Scale | Services Agreement | 6800 W 64th Street<br>Overland Park, KS 66202<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | Fidelity Capital Markets | Institutional Account Agreement | 200 Seaport Boulevard<br>Boston, MA 02210<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | Fidelity Stock Plan Services, LLC | Addendum to Recordkeeping & Administrative Services Agreement | 245 Summer Street V6A<br>Boston, MA 02110<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Fidelity Stock Plan Services, LLC | Letter of Understanding for Recordkeeping and Administrative Services Agreement | 245 Summer Street V6A<br>Boston, MA 02110<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | Fidelity Stock Plan Services, LLC | Recordkeeping and Administrative Services Agreement | 245 Summer Street, V7A<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | Fidelity Workplace Services LLC | Recordkeeping and Related Services Agreement | 245 Summer Street, V7B<br>Boston, MA 02110<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | First Advantage Enterprise Screening Corporation | Master Services Agreement | 1 Concourse Parkway NE, Suite 200<br>Atlanta, GA 30328<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | First Advantage Tax Consulting Services | Data Security Addendum | 1 Concourse Parkway NE, Suite 200<br>Atlanta, GA 30328<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | First Advantage Tax Consulting Services, LLC | Amendment to Location Based Credits and Incentives Service Agreement | 9025 River Rd<br>Indianapolis, IN 46240<br>USA | 2/28/2025 |
| 14 | Big Lots eCommerce LLC | First Contact LLC | Amendment to Customer Work From Home Authorization | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 15 | Big Lots eCommerce LLC | First Contact LLC | Amendment to Work Order | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 16 | Big Lots eCommerce LLC | First Contact LLC | Amendment to Work Order | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 17 | Big Lots eCommerce LLC | First Contact LLC | Amendment to Work Order | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots eCommerce LLC | First Contact LLC | Amendment to Work Order | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 19 | Big Lots eCommerce LLC | First Contact LLC | Amendment to Work Order | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 20 | Big Lots eCommerce LLC | First Contact LLC | Customer Work from Home Authorization | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 21 | Big Lots eCommerce LLC | First Contact LLC | Master Services Agreement | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 22 | Big Lots eCommerce LLC | First Contact LLC | Work Order to Master Services Agreement | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | First Contact LLC, a subsidiary of iQor US Inc. | Toll Free Shared Use Agreement | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | First Contact LLC, a subsidiary of iQor US Inc. | Toll Free Shared Use Agreement | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | First Contact LLC, a subsidiary of iQor US Inc. | Toll Free Shared Use Agreement | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | First Contact LLC, a subsidiary of iQor US Inc. | Toll Free Shared Use Agreement | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | Firstup, Inc. | Order Form for Software-as-a-Service (SaaS) | 123 Mission St., 25th Floor<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 28 | Big Lots Stores, LLC | Firstup, Inc. | Order Form for Subscription Services | 1 Montgomery Street, Suite 2150<br>San Francisco, CA 94104<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | Foster Grant | Services Agreement | 500 George Washington Highway<br>Smithfield, RI 02917-<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | Fraudwatch International, Inc | Subscriber Agreement | 95 Third St. 2nd Floor<br>San Francisco, CA 94103<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | Fun Online Corporation (D/B/A "SMRT365") | Master Services Agreement | 7 East 14 Street #812<br>New York, NY 10003<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | Fun Online Corporation D/B/A SMRT365 | Statement of Work for Social Media Monitoring & Engagement | 7 East 14th Street #812<br>New York, NY 10003<br>USA | 2/28/2025 |
| 33 | Big Lots Stores, LLC | Fun Online Smart 356 | Social community management and real time response | 7 East 14 Street #812<br>New York, NY 10003<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | General Information Solutions LLC | Amendment - Migration Account | PO BOX 841243<br>DALLAS, TX 75284-1243<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | General Information Solutions, LLC | Modification to Services Agreement | PO BOX 841243<br>Dallas, TX 75284-1243<br>USA | 2/28/2025 |
| 36 | Big Lots Stores, LLC | Global Equipment Company Inc. | Mutual Non-Disclosure Agreement | 29833 Network Place<br>Chicago, IL 60673-1298<br>USA | 2/28/2025 |
| 37 | Big Lots Stores, LLC | GoShare, Inc. | MSA | 600 W. Broadway<br>San Diego, CA 92101<br>USA | 2/28/2025 |
| 38 | Big Lots, Inc. | Gryphon Financial Group, Inc. | Forensic Audit Services Agreement | 855 Jarvis Drive<br>Morgan Hill, CA 95037<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | Hacche USA Retail Ltd. | Revenue Share Agreement | 803 Wildwood Court<br>Oakbrook, IL 60523<br>USA | 2/28/2025 |
| 40 | Big Lots Stores, LLC | Hacche USA Retail Ltd. | Revenue Share Agreement | 803 Wildwood Court<br>Oakbrook, IL 60523<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | Hapag-Lloyd | Amended Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | Hapag-Lloyd | Amended Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 43 | Big Lots, Inc. | Hapag-Lloyd | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | Hapag-Lloyd | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | Hapag-Lloyd | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | Hapag-Lloyd | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | Hapag-Lloyd | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | Hapag-Lloyd | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 49 | Big Lots Stores, LLC | HAPAG-LLOYD (America) LLC | Amendment to Service Contract | 401 E Jackson St<br>Tampa, FL 33602<br>USA | 2/28/2025 |
| 50 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 51 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 53 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 54 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 55 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 56 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 57 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 58 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 3 Ravinia Drive, Suite 1600<br>Atlanta, GA 30346<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 3 Ravinia Drive, Suite 1600<br>Atlanta, GA 30346<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Hapag-Lloyd Aktiengesellschaft | Quality Freight Product Agreement | Ballindamm 25<br>Hamburg, HH 20095<br>Germany | 2/28/2025 |
| 64 | Big Lots Stores, LLC | Hapag-Lloyd Aktiengesellschaft | Service Contract | Ballindamm 25<br>Hamburg, HH 20095<br>Germany | 2/28/2025 |
| 65 | Big Lots, Inc. | Hapag-Lloyd Aktiengesellschaft | Service Contract for Freight Services | Ballindamm 25<br>Hamburg, HH 20095<br>Germany | 2/28/2025 |
| 66 | Big Lots, Inc. | Haringa Compressor | Services Agreement | 4510 Carter Court<br>Chino, CA 91710<br>USA | 2/28/2025 |
| 67 | Big Lots, Inc. | Hewlett Packard Enterprise | Support Account Overview Service Agreement | 1042 0135 1037 ASMPD503BIGLOTSSTO<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | Hewlett-Packard Company | Engineering Services Agreement | 1042 0135 1037 ASMPD503BIGLOTSSTO<br>Columbus, OH 43228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | Big Lots, Inc. | HI DESERT FASTENERS | Services Agreement | 11286 I AVE<br>HESPERIA, CA 92345<br>USA | 2/28/2025 |
| 70 | Big Lots, Inc. | HireRight | Employment verification | | 2/28/2025 |
| 71 | Big Lots Stores, LLC | Horizon Big | Media Buying, Blu, Paid Search, SEO, Affiliate/Influencer | 75 Varick Street<br>New York, NY 10013<br>USA | 2/28/2025 |
| 72 | Big Lots Stores, LLC | Horizon Media LLC | Amendment to Master Services Agreement | 75 Varick Street<br>New York, NY 10013<br>USA | 2/28/2025 |
| 73 | Big Lots Stores, LLC | Horizon Media LLC | Confidentiality & Non-Disclosure Agreements | 75 Varick Street<br>New York, NY 10013<br>USA | 2/28/2025 |
| 74 | Big Lots Stores, LLC | Horizon Media LLC | Master Services Agreement | 75 Varick Street<br>New York, NY 10013<br>USA | 2/28/2025 |
| 75 | Big Lots Stores, LLC | Horizon Media LLC | MSA | 75 Varick Street<br>New York, NY 10013<br>USA | 2/28/2025 |
| 76 | Big Lots Stores, LLC | Horizon Media LLC | SOW | 75 Varick Street<br>New York, NY 10013<br>USA | 2/28/2025 |
| 77 | Big Lots Stores, LLC | Howling Music | Master and Publishing License Agreement | 1132 Carnton Lane<br>Franklin, TN 37064<br>USA | 2/28/2025 |
| 78 | Big Lots Stores, LLC | Howling Music | Services Agreement | 178 2nd Ave N<br>Nashville, TN 37201<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | HUMPHREY TECHNICAL SERVICES | Service Agreement | 229 Mitchell Hall Lane<br>Topmost, KY 41862<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | Humphrey Technical Services, Inc. | HVAC Scheduled Maintenance and Service Agreement | 229 Mitchell Hall Lane<br>Topmost, KY 41862<br>USA | 2/28/2025 |
| 81 | Big Lots, Inc. | Humphrey Technical Services, Inc. | HVAC Scheduled Maintenance and Service Agreement | 229 Mitchell Hall Lane<br>Topmost, KY 41862<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | Humphrey Technical Services, Inc. | HVAC Scheduled Maintenance and Service Agreement | 229 Mitchell Hall Lane<br>Topmost, KY 41862<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | IBM | Attachment for Growth Relationship Offering | 4600 Lakehurt Ct.<br>Dublin, OH 43016<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 86 | Big Lots Stores, LLC | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 87 | Big Lots Stores, LLC | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Sta. 300<br>Columbus, OH 45017<br>USA | 2/28/2025 |
| 88 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 3de<br>Columbus, OH 49017<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Dublin, OH 49017<br>USA | 2/28/2025 |
| 93 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 94 | Big Lots, Inc. | IBM | Cloud Service Agreement | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 95 | Consolidated Property Holdings, LLC | IBM | Consent to Assignment of Database Agreement | PO Box 138011<br>Sacramento, CA 95813-9933<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | IBM | Legal Name Change Agreement | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | IBM | Master Record Supplement for Retail Store Solutions Warranty Self-Maintainer | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | IBM | Project Change Authorization for IBM Statement of Work | 5475 Rings Road<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | IBM | Proposal for Relocation Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | IBM | Proposal for Relocation Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |