**Schedule 2**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.¹ | **Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")² of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

¹ The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots Stores, LLC | Everest Technologies, Inc. | Statement of Work - QA Managed Service | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 2 | Big Lots Stores, LLC | Everest Technologies, Inc. | Statement of Work for Point of Sale Development & Support | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 3 | Big Lots Stores, LLC | Everest Technologies, Inc. | Statement of Work to Master Services Agreement | 1105 Schrock Road, Suite 500<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 4 | Big Lots Stores, LLC | EXELA Technologies | Statement of Work for Implementation of Print, Mail and Fulfillment Services | 2701 E Grauwyler Road<br>Irving, TX 75061<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | Fairbanks Scale | Services Agreement | 6800 W 64th Street<br>Overland Park, KS 66202<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | Fidelity Capital Markets | Institutional Account Agreement | 200 Seaport Boulevard<br>Boston, MA 02210<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | Fidelity Stock Plan Services, LLC | Addendum to Recordkeeping & Administrative Services Agreement | 245 Summer Street V6A<br>Boston, MA 02110<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Fidelity Stock Plan Services, LLC | Letter of Understanding for Recordkeeping and Administrative Services Agreement | 245 Summer Street V6A<br>Boston, MA 02110<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | Fidelity Stock Plan Services, LLC | Recordkeeping and Administrative Services Agreement | 245 Summer Street, V7A<br>Boston, MA 02109<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | Fidelity Workplace Services LLC | Recordkeeping and Related Services Agreement | 245 Summer Street, V7B<br>Boston, MA 02110<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | First Advantage Enterprise Screening Corporation | Master Services Agreement | 1 Concourse Parkway NE, Suite 200<br>Atlanta, GA 30328<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | First Advantage Tax Consulting Services | Data Security Addendum | 1 Concourse Parkway NE, Suite 200<br>Atlanta, GA 30328<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | First Advantage Tax Consulting Services, LLC | Amendment to Location Based Credits and Incentives Service Agreement | 9025 River Rd<br>Indianapolis, IN 46240<br>USA | 2/28/2025 |
| 14 | Big Lots eCommerce LLC | First Contact LLC | Amendment to Customer Work From Home Authorization | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 15 | Big Lots eCommerce LLC | First Contact LLC | Amendment to Work Order | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 16 | Big Lots eCommerce LLC | First Contact LLC | Amendment to Work Order | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 17 | Big Lots eCommerce LLC | First Contact LLC | Amendment to Work Order | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots eCommerce LLC | First Contact LLC | Amendment to Work Order | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 19 | Big Lots eCommerce LLC | First Contact LLC | Amendment to Work Order | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 20 | Big Lots eCommerce LLC | First Contact LLC | Customer Work from Home Authorization | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 21 | Big Lots eCommerce LLC | First Contact LLC | Master Services Agreement | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 22 | Big Lots eCommerce LLC | First Contact LLC | Work Order to Master Services Agreement | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | First Contact LLC, a subsidiary of iQor US Inc. | Toll Free Shared Use Agreement | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | First Contact LLC, a subsidiary of iQor US Inc. | Toll Free Shared Use Agreement | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | First Contact LLC, a subsidiary of iQor US Inc. | Toll Free Shared Use Agreement | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | First Contact LLC, a subsidiary of iQor US Inc. | Toll Free Shared Use Agreement | 200 Central Avenue<br>St. Petersburg, FL 33701<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | Firstup, Inc. | Order Form for Software-as-a-Service (SaaS) | 123 Mission St., 25th Floor<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 28 | Big Lots Stores, LLC | Firstup, Inc. | Order Form for Subscription Services | 1 Montgomery Street, Suite 2150<br>San Francisco, CA 94104<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | Foster Grant | Services Agreement | 500 George Washington Highway<br>Smithfield, RI 02917-<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | Fraudwatch International, Inc | Subscriber Agreement | 95 Third St. 2nd Floor<br>San Francisco, CA 94103<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | Fun Online Corporation (D/B/A "SMRT365") | Master Services Agreement | 7 East 14 Street #812<br>New York, NY 10003<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | Fun Online Corporation D/B/A SMRT365 | Statement of Work for Social Media Monitoring & Engagement | 7 East 14th Street #812<br>New York, NY 10003<br>USA | 2/28/2025 |
| 33 | Big Lots Stores, LLC | Fun Online Smart 356 | Social community management and real time response | 7 East 14 Street #812<br>New York, NY 10003<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | General Information Solutions LLC | Amendment - Migration Account | PO BOX 841243<br>DALLAS, TX 75284-1243<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | General Information Solutions, LLC | Modification to Services Agreement | PO BOX 841243<br>Dallas, TX 75284-1243<br>USA | 2/28/2025 |
| 36 | Big Lots Stores, LLC | Global Equipment Company Inc. | Mutual Non-Disclosure Agreement | 29833 Network Place<br>Chicago, IL 60673-1298<br>USA | 2/28/2025 |
| 37 | Big Lots Stores, LLC | GoShare, Inc. | MSA | 600 W. Broadway<br>San Diego, CA 92101<br>USA | 2/28/2025 |
| 38 | Big Lots, Inc. | Gryphon Financial Group, Inc. | Forensic Audit Services Agreement | 855 Jarvis Drive<br>Morgan Hill, CA 95037<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | Hacche USA Retail Ltd. | Revenue Share Agreement | 803 Wildwood Court<br>Oakbrook, IL 60523<br>USA | 2/28/2025 |
| 40 | Big Lots Stores, LLC | Hacche USA Retail Ltd. | Revenue Share Agreement | 803 Wildwood Court<br>Oakbrook, IL 60523<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | Hapag-Lloyd | Amended Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | Hapag-Lloyd | Amended Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 43 | Big Lots, Inc. | Hapag-Lloyd | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | Hapag-Lloyd | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | Hapag-Lloyd | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | Hapag-Lloyd | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | Hapag-Lloyd | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | Hapag-Lloyd | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 49 | Big Lots Stores, LLC | HAPAG-LLOYD (America) LLC | Amendment to Service Contract | 401 E Jackson St<br>Tampa, FL 33602<br>USA | 2/28/2025 |
| 50 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 51 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 53 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 54 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 55 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 56 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 57 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 58 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 3 Ravinia Drive, Suite 1600<br>Atlanta, GA 30346<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 399 Hoes Lane<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | Hapag-Lloyd (America), LLC | Ocean Carrier Service Contract | 3 Ravinia Drive, Suite 1600<br>Atlanta, GA 30346<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Hapag-Lloyd Aktiengesellschaft | Quality Freight Product Agreement | Ballindamm 25<br>Hamburg, HH 20095<br>Germany | 2/28/2025 |
| 64 | Big Lots Stores, LLC | Hapag-Lloyd Aktiengesellschaft | Service Contract | Ballindamm 25<br>Hamburg, HH 20095<br>Germany | 2/28/2025 |
| 65 | Big Lots, Inc. | Hapag-Lloyd Aktiengesellschaft | Service Contract for Freight Services | Ballindamm 25<br>Hamburg, HH 20095<br>Germany | 2/28/2025 |
| 66 | Big Lots, Inc. | Haringa Compressor | Services Agreement | 4510 Carter Court<br>Chino, CA 91710<br>USA | 2/28/2025 |
| 67 | Big Lots, Inc. | Hewlett Packard Enterprise | Support Account Overview Service Agreement | 1042 0135 1037 ASMPD503BIGLOTSSTO<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | Hewlett-Packard Company | Engineering Services Agreement | 1042 0135 1037 ASMPD503BIGLOTSSTO<br>Columbus, OH 43228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | Big Lots, Inc. | HI DESERT FASTENERS | Services Agreement | 11286 I AVE<br>HESPERIA, CA 92345<br>USA | 2/28/2025 |
| 70 | Big Lots, Inc. | HireRight | Employment verification | | 2/28/2025 |
| 71 | Big Lots Stores, LLC | Horizon Big | Media Buying, Blu, Paid Search, SEO, Affiliate/Influencer | 75 Varick Street<br>New York, NY 10013<br>USA | 2/28/2025 |
| 72 | Big Lots Stores, LLC | Horizon Media LLC | Amendment to Master Services Agreement | 75 Varick Street<br>New York, NY 10013<br>USA | 2/28/2025 |
| 73 | Big Lots Stores, LLC | Horizon Media LLC | Confidentiality & Non-Disclosure Agreements | 75 Varick Street<br>New York, NY 10013<br>USA | 2/28/2025 |
| 74 | Big Lots Stores, LLC | Horizon Media LLC | Master Services Agreement | 75 Varick Street<br>New York, NY 10013<br>USA | 2/28/2025 |
| 75 | Big Lots Stores, LLC | Horizon Media LLC | MSA | 75 Varick Street<br>New York, NY 10013<br>USA | 2/28/2025 |
| 76 | Big Lots Stores, LLC | Horizon Media LLC | SOW | 75 Varick Street<br>New York, NY 10013<br>USA | 2/28/2025 |
| 77 | Big Lots Stores, LLC | Howling Music | Master and Publishing License Agreement | 1132 Carnton Lane<br>Franklin, TN 37064<br>USA | 2/28/2025 |
| 78 | Big Lots Stores, LLC | Howling Music | Services Agreement | 178 2nd Ave N<br>Nashville, TN 37201<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | HUMPHREY TECHNICAL SERVICES | Service Agreement | 229 Mitchell Hall Lane<br>Topmost, KY 41862<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | Humphrey Technical Services, Inc. | HVAC Scheduled Maintenance and Service Agreement | 229 Mitchell Hall Lane<br>Topmost, KY 41862<br>USA | 2/28/2025 |
| 81 | Big Lots, Inc. | Humphrey Technical Services, Inc. | HVAC Scheduled Maintenance and Service Agreement | 229 Mitchell Hall Lane<br>Topmost, KY 41862<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | Humphrey Technical Services, Inc. | HVAC Scheduled Maintenance and Service Agreement | 229 Mitchell Hall Lane<br>Topmost, KY 41862<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | IBM | Attachment for Growth Relationship Offering | 4600 Lakehurt Ct.<br>Dublin, OH 43016<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 86 | Big Lots Stores, LLC | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 87 | Big Lots Stores, LLC | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Sta. 300<br>Columbus, OH 45017<br>USA | 2/28/2025 |
| 88 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 3de<br>Columbus, OH 49017<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Dublin, OH 49017<br>USA | 2/28/2025 |
| 93 | Big Lots, Inc. | IBM | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 94 | Big Lots, Inc. | IBM | Cloud Service Agreement | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 95 | Consolidated Property Holdings, LLC | IBM | Consent to Assignment of Database Agreement | PO Box 138011<br>Sacramento, CA 95813-9933<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | IBM | Legal Name Change Agreement | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | IBM | Master Record Supplement for Retail Store Solutions Warranty Self-Maintainer | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | IBM | Project Change Authorization for IBM Statement of Work | 5475 Rings Road<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | IBM | Proposal for Relocation Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | IBM | Proposal for Relocation Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |