**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | IBM | Services Proposal for Next Generation Store Systems Deployment Services | 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | IBM | Statement of Work for Cisco Product and Related IBM Services | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 3 | Big Lots, Inc. | IBM | Statement of Work for Enterprise Wide Area Network Solution | 5475 Rings Rd. Atrium II, Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | IBM | Statement of Work for Equipment Procurement | 5475 Rings Rd. Atrium II, Suite 300<br>Dublin, Ohio 43017<br>USA | 2/28/2025 |
| 5 | Consolidated Property Holdings, LLC | IBM | Statement of Work for Frame Relay Network Solution | 5475 Rings Rd. Atrium II, Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | IBM | Statement of Work for Hourly Technical Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | IBM | Statement of Work for Information Server 8.1 Assistance | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | IBM | Statement of Work for Information Server Upgrade | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 9 | Consolidated Property Holdings, LLC | IBM | Statement of Work for Project Support Services | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | IBM | Statement of Work for Relocation Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | IBM | Statement of Work for Store Kiosk System Services | 5475 Rings Rd. Atrium II, Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | IBM | Statement of Work for Warehouse Management System Evaluation | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | IBM | Waiver Request for Version to Version Migration | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | IBM Business Consulting Services | Business Consulting Services Agreement | 330 North Wabash<br>Chicago, IL 60611<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | IBM Corporation | Business Recovery Services Agreement | 300 Long Meadow Rd.<br>Sterling Forest, NY 10979<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | IBM Corporation | Change Authorization for Statement of Work | 300 Phillip Rd<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | IBM Corporation | Change Authorization for Statement of Work | 300 Phillip Rd<br>Columbus, OH 43228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots, Inc. | IBM Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 19 | Big Lots, Inc. | IBM Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 20 | Big Lots, Inc. | IBM Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | IBM Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Sto. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | IBM Corporation | Cisco Smartnet Procurement Agreement | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | IBM Corporation | Confidentiality Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | IBM Corporation | Equipment & Program Loan Agreement Supplement | 3039 Cornwallis Road<br>Research Triangle Park, NC 27709-2195<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | IBM Corporation | IBM Customer Agreement Supplement for Business Recovery Services | 300 Long Meadow Rd.<br>Sterling Forest, NY 10979<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | IBM Corporation | Managed Store Network Services Agreement | 590 Madison Avenue<br>New York, NY 10022<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | IBM Corporation | Proposal for Relocation Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | IBM Corporation | Service Agreement for IBM Expert Care | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | IBM Corporation | Statement of Work for Custom Extended Support Services | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | IBM Corporation | Statement of Work for Database Performance Study | 5475 Rings Rd. Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | IBM Corporation | Statement of Work for Multi-Services | SMB Central<br>Atlanta, GA<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | IBM Corporation | Statement of Work for Project Support Services | 250 E Fifth Street<br>Cincinnati, OH 45202<br>USA | 2/28/2025 |
| 33 | Big Lots, Inc. | IBM Corporation | Statement of Work for Services | 250 E Fifth Street<br>Cincinnati, OH 45202<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | IBM Corporation | Statement of Work for Services | 250 E Fifth Street<br>Cincinnati, OH 45202<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | IBM Credit | End of Lease Quote | 4111 Northside Parkway<br>Atlanta, GA 30327<br>USA | 2/28/2025 |
| 36 | Big Lots Stores, LLC | IBM Credit LLC | Installment Payment Plan | 6303 Barfield Road NE<br>Sandy Springs, GA 30328-4233<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | IBM Credit LLC | Installment Payment Plan Agreement | 4111 Northside Parkway<br>Atlanta, GA 30327<br>USA | 2/28/2025 |
| 38 | Big Lots Stores, LLC | IBM Credit LLC | Installment Payment Plan Agreement | 6303 Barfield Road NE<br>Sandy Springs, GA 30328-4233<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | IBM Credit LLC | Installment Payment Plan Confirmation | 4900 E Dublin Granville<br>Columbus, OH 43081-7651<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | IBM Credit LLC | Term Lease Supplement | 4111 Northside Parkway<br>Atlanta, GA 30327<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | IBM Credit LLC | Term Lease Supplement | 4111 Northside Parkway<br>Atlanta, GA 30327-3098<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | IBM Global Business Services | Statement of Work for PeopleSoft HCM Migration | 1503 LBJ Freeway<br>Dallas, TX 75234<br>USA | 2/28/2025 |
| 43 | Big Lots, Inc. | IBM Global Services | Consulting Services Agreement | 4111 Northside Parkway, NW<br>Atlanta, GA 30327<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | IBM Global Services | Statement of Work for Cisco Procurement Services | 6475 Ring Rd., Suite 300<br>Dublin, OH 43228<br>USA | 2/28/2025 |
| 45 | Durant DC, LLC | IBM Global Services | Statement of Work for EXE WMS Implementation Project | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | IBM Global Services | Statement of Work for Warehouse Management System Implementation | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 47 | Big Lots Management, LLC | iCIMS, Inc. | Amendment Order Form | 101 Crawfords Corner Road, Suite 3-100<br>Holmdel, NJ 07733<br>USA | 2/28/2025 |
| 48 | Big Lots Management, LLC | iCIMS, Inc. | Renewal Order Form | 101 Crawfords Corner Road, Suite 3-100<br>Holmdel, NJ 07733<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | iCIMS, Inc. | Statement of Work for iCIMS Talent Cloud Implementation | 2000 Lenox Drive<br>Lawrenceville, NJ 08648<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | iCIMS, Inc. | Subscription Agreement | 101 Crawfords Corner Road, Suite 3-100<br>Holmdel, NJ 07733<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | ICS Consulting | ISS Proxy Advisory Consulting Service | 4013 Williamsburg Court Suite 200<br>Fairfax VA,  22032<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots Stores, LLC | Impact Analytics, Inc. | Contract Agreement for Promo Effectiveness and Optimization | 780 Elkridge Landing Road<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 53 | Big Lots Stores, LLC | Impact Analytics, Inc. | Contract Agreement for Promo Effectiveness and Optimization | 780 Elkridge Landing Road<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 54 | Big Lots Stores, LLC | Impact Analytics, Inc. | Master License and Service Agreement | 780 Elkridge Landing Road, Suite 100<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 55 | Big Lots Stores, LLC | Impact Analytics, Inc. | Master License and Service Agreement | 780 Elkridge Landing Road, Suite 100<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 56 | Big Lots Stores, LLC | Impact Analytics, Inc. | Statement of Work | 780 Elkridge Landing Road<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 57 | Big Lots Stores, LLC | Impact Analytics, Inc. | Statement of Work for Clearance Markdown Optimization | 780 Elkridge Landing Road<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 58 | Big Lots Stores, LLC | Impact Analytics, Inc. | Statement of Work for Clearance Markdown Optimization | 780 Elkridge Landing Road<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 59 | Big Lots Stores, LLC | Impact Tech, Inc. | Addendum to the Impact Order Form & Agreement | 223 East De La Guerra Street<br>Santa Barbara, CA 93101<br>USA | 2/28/2025 |
| 60 | Big Lots Stores, LLC | Impact Tech, Inc. | Addendum to the Impact Order Form & Agreement | 223 East De La Guerra Street<br>Santa Barbara, CA 93101<br>USA | 2/28/2025 |
| 61 | Big Lots Stores, LLC | Impact Tech, Inc. | Affiliate/Influencer Platform | 223 East De La Guerra Street<br>Santa Barbara, CA 93101<br>USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | Impact Tech, Inc. | Master Subscription & Services Agreement | 223 East De La Guerra Street<br>Santa Barbara, CA 93101<br>USA | 2/28/2025 |
| 63 | Big Lots Stores, LLC | Impact Tech, Inc. | Mutual Non-Disclosure Agreement | 223 East De La Guerra Street<br>Santa Barbara, CA 93101<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | ImprovEdge, LLC | Engagement Agreement | 3982 Powell Road<br>Powell, OH 43065<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | ImprovEdge, LLC | Engagement Agreement | 3982 Powell Road<br>Powell, OH 43065<br>USA | 2/28/2025 |
| 66 | Big Lots Management, LLC | ImprovEdge, LLC | Workshop Agreement | 3982 Powell Road<br>Powell, OH 43065<br>USA | 2/28/2025 |
| 67 | Big Lots Management, LLC | ImprovEdge, LLC | Workshop Agreement | 3982 Powell Road<br>Powell, OH 43065<br>USA | 2/28/2025 |
| 68 | Big Lots Management, LLC | ImprovEdge, LLC | Workshop Agreement | 3982 Powell Road<br>Powell, OH 43065<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | Big Lots Management, LLC | ImprovEdge, LLC | Workshop Agreement | 3982 Powell Road<br>Powell, OH 43065<br>USA | 2/28/2025 |
| 70 | Big Lots Stores, LLC | Incomm | Gift card distribution partner | 250 Williams Street NW, 5th Floor, Suite 5-2002<br>Atlanta, GA 30303<br>USA | 2/28/2025 |
| 71 | Big Lots Stores, LLC | InComm | Product Provider Master Agreement | 250 Williams Street NW, 5th Floor, Suite 5-2002<br>Atlanta, GA 30303<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | InComm | Statement of Work for IT Software Development | 250 Williams Street, Suite M-100<br>Atlanta, GA 30303<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Indeed | Services Agreement | 6433 Champion Grandview Way Bldgs I & II<br>Austin, TX 78750<br>USA | 2/28/2025 |
| 74 | Big Lots Stores, LLC | Infosys Limited | Change Order for Big Lots BOPIS Project | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 75 | Big Lots Stores, LLC | Infosys Limited | Change Order for Big Lots BOPIS Project | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 76 | Big Lots Stores, LLC | Infosys Limited | Change Order for Big Lots Development Project | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 77 | Big Lots Stores, LLC | Infosys Limited | Change Order for Development Work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 78 | Big Lots Stores, LLC | Infosys Limited | Change Order for e-commerce Platform Support | Bengaluru, Chennai, Hyderabad, Pune, Trivandrum, India<br>Columbus, OH 43081-7651<br>USA | 2/28/2025 |
| 79 | Big Lots Stores, LLC | Infosys Limited | Change Order for e-commerce Platform Support | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 80 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 82 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 83 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 84 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 85 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 86 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 87 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Automation & Performance QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 88 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Automation & Performance QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 89 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Automation QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 90 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Automation QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 91 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Functional QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 92 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Functional QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 93 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Functional QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 94 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Functional QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 95 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Performance QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 96 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website QA Services | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 97 | Big Lots, Inc. | Infosys Limited | Consulting Services Agreement | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 98 | Big Lots, Inc. | Infosys Limited | Consulting Services Agreement | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 99 | Big Lots, Inc. | Infosys Limited | H-1B Visa Support Letter | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 100 | Big Lots, Inc. | Infosys Limited | Letter of Understanding regarding Pandemic Response | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |