**Schedule 2**

**Proposed Rejection Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: D.I.** [●] |

## ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | IBM | Services Proposal for Next Generation Store Systems Deployment Services | 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | IBM | Statement of Work for Cisco Product and Related IBM Services | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 3 | Big Lots, Inc. | IBM | Statement of Work for Enterprise Wide Area Network Solution | 5475 Rings Rd. Atrium II, Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | IBM | Statement of Work for Equipment Procurement | 5475 Rings Rd. Atrium II, Suite 300<br>Dublin, Ohio 43017<br>USA | 2/28/2025 |
| 5 | Consolidated Property Holdings, LLC | IBM | Statement of Work for Frame Relay Network Solution | 5475 Rings Rd. Atrium II, Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | IBM | Statement of Work for Hourly Technical Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | IBM | Statement of Work for Information Server 8.1 Assistance | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | IBM | Statement of Work for Information Server Upgrade | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 9 | Consolidated Property Holdings, LLC | IBM | Statement of Work for Project Support Services | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | IBM | Statement of Work for Relocation Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | IBM | Statement of Work for Store Kiosk System Services | 5475 Rings Rd. Atrium II, Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | IBM | Statement of Work for Warehouse Management System Evaluation | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | IBM | Waiver Request for Version to Version Migration | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | IBM Business Consulting Services | Business Consulting Services Agreement | 330 North Wabash<br>Chicago, IL 60611<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | IBM Corporation | Business Recovery Services Agreement | 300 Long Meadow Rd.<br>Sterling Forest, NY 10979<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | IBM Corporation | Change Authorization for Statement of Work | 300 Phillip Rd<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | IBM Corporation | Change Authorization for Statement of Work | 300 Phillip Rd<br>Columbus, OH 43228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots, Inc. | IBM Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 19 | Big Lots, Inc. | IBM Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 20 | Big Lots, Inc. | IBM Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | IBM Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Sto. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | IBM Corporation | Cisco Smartnet Procurement Agreement | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | IBM Corporation | Confidentiality Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | IBM Corporation | Equipment & Program Loan Agreement Supplement | 3039 Cornwallis Road<br>Research Triangle Park, NC 27709-2195<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | IBM Corporation | IBM Customer Agreement Supplement for Business Recovery Services | 300 Long Meadow Rd.<br>Sterling Forest, NY 10979<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | IBM Corporation | Managed Store Network Services Agreement | 590 Madison Avenue<br>New York, NY 10022<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | IBM Corporation | Proposal for Relocation Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | IBM Corporation | Service Agreement for IBM Expert Care | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | IBM Corporation | Statement of Work for Custom Extended Support Services | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | IBM Corporation | Statement of Work for Database Performance Study | 5475 Rings Rd. Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | IBM Corporation | Statement of Work for Multi-Services | SMB Central<br>Atlanta, GA<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | IBM Corporation | Statement of Work for Project Support Services | 250 E Fifth Street<br>Cincinnati, OH 45202<br>USA | 2/28/2025 |
| 33 | Big Lots, Inc. | IBM Corporation | Statement of Work for Services | 250 E Fifth Street<br>Cincinnati, OH 45202<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | IBM Corporation | Statement of Work for Services | 250 E Fifth Street<br>Cincinnati, OH 45202<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | IBM Credit | End of Lease Quote | 4111 Northside Parkway<br>Atlanta, GA 30327<br>USA | 2/28/2025 |
| 36 | Big Lots Stores, LLC | IBM Credit LLC | Installment Payment Plan | 6303 Barfield Road NE<br>Sandy Springs, GA 30328-4233<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | IBM Credit LLC | Installment Payment Plan Agreement | 4111 Northside Parkway<br>Atlanta, GA 30327<br>USA | 2/28/2025 |
| 38 | Big Lots Stores, LLC | IBM Credit LLC | Installment Payment Plan Agreement | 6303 Barfield Road NE<br>Sandy Springs, GA 30328-4233<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | IBM Credit LLC | Installment Payment Plan Confirmation | 4900 E Dublin Granville<br>Columbus, OH 43081-7651<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | IBM Credit LLC | Term Lease Supplement | 4111 Northside Parkway<br>Atlanta, GA 30327<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | IBM Credit LLC | Term Lease Supplement | 4111 Northside Parkway<br>Atlanta, GA 30327-3098<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | IBM Global Business Services | Statement of Work for PeopleSoft HCM Migration | 1503 LBJ Freeway<br>Dallas, TX 75234<br>USA | 2/28/2025 |
| 43 | Big Lots, Inc. | IBM Global Services | Consulting Services Agreement | 4111 Northside Parkway, NW<br>Atlanta, GA 30327<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | IBM Global Services | Statement of Work for Cisco Procurement Services | 6475 Ring Rd., Suite 300<br>Dublin, OH 43228<br>USA | 2/28/2025 |
| 45 | Durant DC, LLC | IBM Global Services | Statement of Work for EXE WMS Implementation Project | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | IBM Global Services | Statement of Work for Warehouse Management System Implementation | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 47 | Big Lots Management, LLC | iCIMS, Inc. | Amendment Order Form | 101 Crawfords Corner Road, Suite 3-100<br>Holmdel, NJ 07733<br>USA | 2/28/2025 |
| 48 | Big Lots Management, LLC | iCIMS, Inc. | Renewal Order Form | 101 Crawfords Corner Road, Suite 3-100<br>Holmdel, NJ 07733<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | iCIMS, Inc. | Statement of Work for iCIMS Talent Cloud Implementation | 2000 Lenox Drive<br>Lawrenceville, NJ 08648<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | iCIMS, Inc. | Subscription Agreement | 101 Crawfords Corner Road, Suite 3-100<br>Holmdel, NJ 07733<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | ICS Consulting | ISS Proxy Advisory Consulting Service | 4013 Williamsburg Court Suite 200<br>Fairfax VA,  22032<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots Stores, LLC | Impact Analytics, Inc. | Contract Agreement for Promo Effectiveness and Optimization | 780 Elkridge Landing Road<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 53 | Big Lots Stores, LLC | Impact Analytics, Inc. | Contract Agreement for Promo Effectiveness and Optimization | 780 Elkridge Landing Road<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 54 | Big Lots Stores, LLC | Impact Analytics, Inc. | Master License and Service Agreement | 780 Elkridge Landing Road, Suite 100<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 55 | Big Lots Stores, LLC | Impact Analytics, Inc. | Master License and Service Agreement | 780 Elkridge Landing Road, Suite 100<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 56 | Big Lots Stores, LLC | Impact Analytics, Inc. | Statement of Work | 780 Elkridge Landing Road<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 57 | Big Lots Stores, LLC | Impact Analytics, Inc. | Statement of Work for Clearance Markdown Optimization | 780 Elkridge Landing Road<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 58 | Big Lots Stores, LLC | Impact Analytics, Inc. | Statement of Work for Clearance Markdown Optimization | 780 Elkridge Landing Road<br>Linthicum, MD 21090<br>USA | 2/28/2025 |
| 59 | Big Lots Stores, LLC | Impact Tech, Inc. | Addendum to the Impact Order Form & Agreement | 223 East De La Guerra Street<br>Santa Barbara, CA 93101<br>USA | 2/28/2025 |
| 60 | Big Lots Stores, LLC | Impact Tech, Inc. | Addendum to the Impact Order Form & Agreement | 223 East De La Guerra Street<br>Santa Barbara, CA 93101<br>USA | 2/28/2025 |
| 61 | Big Lots Stores, LLC | Impact Tech, Inc. | Affiliate/Influencer Platform | 223 East De La Guerra Street<br>Santa Barbara, CA 93101<br>USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | Impact Tech, Inc. | Master Subscription & Services Agreement | 223 East De La Guerra Street<br>Santa Barbara, CA 93101<br>USA | 2/28/2025 |
| 63 | Big Lots Stores, LLC | Impact Tech, Inc. | Mutual Non-Disclosure Agreement | 223 East De La Guerra Street<br>Santa Barbara, CA 93101<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | ImprovEdge, LLC | Engagement Agreement | 3982 Powell Road<br>Powell, OH 43065<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | ImprovEdge, LLC | Engagement Agreement | 3982 Powell Road<br>Powell, OH 43065<br>USA | 2/28/2025 |
| 66 | Big Lots Management, LLC | ImprovEdge, LLC | Workshop Agreement | 3982 Powell Road<br>Powell, OH 43065<br>USA | 2/28/2025 |
| 67 | Big Lots Management, LLC | ImprovEdge, LLC | Workshop Agreement | 3982 Powell Road<br>Powell, OH 43065<br>USA | 2/28/2025 |
| 68 | Big Lots Management, LLC | ImprovEdge, LLC | Workshop Agreement | 3982 Powell Road<br>Powell, OH 43065<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | Big Lots Management, LLC | ImprovEdge, LLC | Workshop Agreement | 3982 Powell Road<br>Powell, OH 43065<br>USA | 2/28/2025 |
| 70 | Big Lots Stores, LLC | Incomm | Gift card distribution partner | 250 Williams Street NW, 5th Floor, Suite 5-2002<br>Atlanta, GA 30303<br>USA | 2/28/2025 |
| 71 | Big Lots Stores, LLC | InComm | Product Provider Master Agreement | 250 Williams Street NW, 5th Floor, Suite 5-2002<br>Atlanta, GA 30303<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | InComm | Statement of Work for IT Software Development | 250 Williams Street, Suite M-100<br>Atlanta, GA 30303<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Indeed | Services Agreement | 6433 Champion Grandview Way Bldgs I & II<br>Austin, TX 78750<br>USA | 2/28/2025 |
| 74 | Big Lots Stores, LLC | Infosys Limited | Change Order for Big Lots BOPIS Project | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 75 | Big Lots Stores, LLC | Infosys Limited | Change Order for Big Lots BOPIS Project | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 76 | Big Lots Stores, LLC | Infosys Limited | Change Order for Big Lots Development Project | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 77 | Big Lots Stores, LLC | Infosys Limited | Change Order for Development Work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 78 | Big Lots Stores, LLC | Infosys Limited | Change Order for e-commerce Platform Support | Bengaluru, Chennai, Hyderabad, Pune, Trivandrum, India<br>Columbus, OH 43081-7651<br>USA | 2/28/2025 |
| 79 | Big Lots Stores, LLC | Infosys Limited | Change Order for e-commerce Platform Support | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 80 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 82 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 83 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 84 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 85 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 86 | Big Lots Stores, LLC | Infosys Limited | Change Order for offshore Development work | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 87 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Automation & Performance QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 88 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Automation & Performance QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 89 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Automation QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 90 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Automation QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 91 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Functional QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 92 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Functional QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 93 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Functional QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 94 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Functional QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 95 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website Performance QA | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 96 | Big Lots Stores, LLC | Infosys Limited | Change Order for Website QA Services | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 97 | Big Lots, Inc. | Infosys Limited | Consulting Services Agreement | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 98 | Big Lots, Inc. | Infosys Limited | Consulting Services Agreement | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 99 | Big Lots, Inc. | Infosys Limited | H-1B Visa Support Letter | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |
| 100 | Big Lots, Inc. | Infosys Limited | Letter of Understanding regarding Pandemic Response | Ananda Jami 4900 E, Dublin-Granville Road Columbus, OH 43081 USA | 2/28/2025 |