# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Infosys Limited | Statement of Work for Core Order Automation | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | Infosys Limited | Statement of Work for Performance Testing | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH<br>India | 2/28/2025 |
| 3 | Big Lots, Inc. | Infosys Limited | Statement of Work for Professional Services | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 4 | Big Lots Stores, LLC | Infosys Limited | Statement of Work for QA Services | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | Infosys Limited | Statement of Work for Small Enhancements & Defect Support | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | Infosys Limited | Statement of Work for SOC Monitoring | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | Infosys Limited | Statement of Work for SOC Monitoring | Bangalore, Hyderabad, Pune - India<br>Columbus, Ohio 43228-0512<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Infosys Limited | Statement of Work for Software Enhancements | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | Infosys Limited | Statement of Work for Website Functional QA | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | Infosys Limited | Statement of Work for Website QA | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for Big Lots Project | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for Big Lots Project | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for Big Lots Project | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for e-commerce Platform Support | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for e-commerce Platform Support | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for e-commerce Platform Support | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for Offshore Development Work | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for Professional Services | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 19 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order Request | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 20 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Statement of Work | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Statement of Work | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 22 | Big Lots Stores, LLC | Infosys Limited & Infosys Technologies Limited | Statement of Work for Big Lots OMS Project | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Statement of Work for Store System Development Project | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 24 | Big Lots Stores, LLC | Infosys Limited aka Infosys Technologies Limited | Statement of Work for Big Lots Website Automation & Performance QA | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 25 | Big Lots Stores, LLC | Infosys Limited aka Infosys Technologies Limited | Statement of Work for Big Lots Website Functional QA | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | Infosys Limited aka Infosys Technologies Limited | Statement of Work for Website QA | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | Infosys Limited f.k.a Infosys Technologies Limited | Change Order for Performance Testing | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 28 | Big Lots Stores, LLC | Infosys Limited fka Infosys Technologies Limited | Change Order | Bangalore, Hyderabad, Pune - India<br>Bangalore, Karnataka<br>India | 2/28/2025 |
| 29 | Big Lots, Inc. | Infosys Limited fka Infosys Technologies Limited | Change Order for Functional Testing QA | Bangalore, Hyderabad, Pune - India<br>Bangalore, Karnataka<br>India | 2/28/2025 |
| 30 | Big Lots, Inc. | Infosys Limited fka Infosys Technologies Limited | Statement of Work for eCommerce Testing & QA | Bangalore, Hyderabad, Pune - India<br>Bangalore, Karnataka<br>India | 2/28/2025 |
| 31 | Big Lots, Inc. | Infosys Limited fka Infosys Technologies Limited | Statement of Work for SOC Monitoring | Bangalore, Hyderabad, Pune - India<br>Bangalore, Karnataka<br>India | 2/28/2025 |
| 32 | Big Lots, Inc. | Infosys Limited fka Infosys Technologies Limited | Statement of Work for SOC Monitoring | Bangalore, Hyderabad, Pune - India<br>Bangalore, Karnataka<br>India | 2/28/2025 |
| 33 | Big Lots, Inc. | Infosys Limited fka Infosys Technologies Limited | Statement of Work for SOC Monitoring | Bangalore, Hyderabad, Pune - India<br>Columbus, Ohio 43228-0512<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | Infosys Technologies | Project Change Request | Electronics City, Hosur Road, Bangalore 560 100, India<br>Bangalore, Karnataka 560 100<br>India | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | Infosys Technologies Limited | Confidentiality Agreement | Electronics City, Hosur Road, Bangalore 560 100, India<br>Bangalore, Karnataka 560 100<br>India | 2/28/2025 |
| 36 | Big Lots, Inc. | Infosys Technologies Limited | Confidentiality Agreement | Electronics City, Hosur Road, Bangalore 560 100, India<br>Bangalore, Karnataka 560 100<br>India | 2/28/2025 |
| 37 | Big Lots, Inc. | Infosys Technologies Limited | Master Services Agreement | Electronics City, Hosur Road, Bangalore 560 100, India<br>Bangalore, Karnataka 560 100<br>India | 2/28/2025 |
| 38 | Big Lots Stores, LLC | InMoment | Software Subscription and Services Agreement | 1240B E Stringham Ave #1008<br>Salt Lake City, UT 84106<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | InMoment, Inc. | Order Form for Advanced AI Services | 1240B E Stringham Ave #1008<br>Salt Lake City, UT 84106<br>USA | 2/28/2025 |
| 40 | Big Lots Stores, LLC | InnoFin Solutions LLC | Master Services Agreement | 1745 Shea Center Drive<br>Highlands Ranch, CO 80129<br>USA | 2/28/2025 |
| 41 | Big Lots Stores, LLC | InnoFin Solutions LLC | SOW | 1745 Shea Center Drive<br>Highlands Ranch, CO 80129<br>USA | 2/28/2025 |
| 42 | Big Lots Stores, LLC | InnoFin Solutions LLC | SOW | 1745 Shea Center Drive<br>Highlands Ranch, CO 80129<br>USA | 2/28/2025 |
| 43 | CSC Distribution LLC | Intelligrated | Change Order Authorization | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 44 | Closeout Distribution, LLC | Intelligrated | Change Order Authorization | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | Intelligrated | Change Order Authorization | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | Intelligrated | System Acceptance Agreement | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 47 | Big Lots eCommerce LLC | Intelligrated Software, LLC | Statement of Work: EASYput System Modification | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 48 | CSC Distribution LLC | Intelligrated Systems | Building Permit Application | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | Intelligrated Systems, LLC | Amended and Restated Master Agreement | 7901 Innovation Way<br>Mason, Ohio 45040-9488<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | Intelligrated Systems, LLC | Amendment to iCampus Contract | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | Intelligrated Systems, LLC | Amendment to Technical Support Agreement | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots Stores, LLC | Intelligrated Systems, LLC | Amendment to Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 53 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 54 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 55 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 62 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 66 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 67 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | Intelligrated Systems, LLC | Confidentiality Agreement | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | CSC Distribution LLC | Intelligrated Systems, LLC | Purchase Order Acknowledgment | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 70 | AVDC, LLC | Intelligrated Systems, LLC | Service Agreement for Lifecycle Support Services | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | Intelligrated Systems, LLC | Statement of Work for Accuglide Replacement | 2855 Selma Hwy, DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Intelligrated Systems, LLC | Statement of Work for Conveyor Replacement | 450 Phillipi Road, DC890<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Intelligrated Systems, LLC | Statement of Work for Replacement of Damaged Downlane | 2855 Selma Hwy, DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | Intelligrated Systems, LLC | Technical Support Agreement | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 75 | Big Lots Stores, LLC | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 76 | Big Lots Stores, LLC | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 78 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, Ohio 45040<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, Ohio 45040<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 81 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 86 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 88 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 90 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, Ohio 45040<br>USA | 2/28/2025 |
| 91 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 92 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45036<br>USA | 2/28/2025 |
| 93 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 94 | Closeout Distribution, LLC | Intelligrated Systems, LLC | Work Order | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 95 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 96 | AVDC, LLC | Intelligrated Systems, LLC | Work Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 97 | AVDC, LLC | Intelligrated Systems, LLC | Work Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 99 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 100 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2885 Selma Highway<br>Montgomery, AL 36108<br>USA | 2/28/2025 |