**Schedule 2**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.¹ | **Re: D.I.**  [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")² of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

¹ The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Infosys Limited | Statement of Work for Core Order Automation | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | Infosys Limited | Statement of Work for Performance Testing | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH<br>India | 2/28/2025 |
| 3 | Big Lots, Inc. | Infosys Limited | Statement of Work for Professional Services | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 4 | Big Lots Stores, LLC | Infosys Limited | Statement of Work for QA Services | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | Infosys Limited | Statement of Work for Small Enhancements & Defect Support | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | Infosys Limited | Statement of Work for SOC Monitoring | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | Infosys Limited | Statement of Work for SOC Monitoring | Bangalore, Hyderabad, Pune - India<br>Columbus, Ohio 43228-0512<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Infosys Limited | Statement of Work for Software Enhancements | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | Infosys Limited | Statement of Work for Website Functional QA | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | Infosys Limited | Statement of Work for Website QA | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for Big Lots Project | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for Big Lots Project | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for Big Lots Project | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for e-commerce Platform Support | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for e-commerce Platform Support | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for e-commerce Platform Support | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for Offshore Development Work | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order for Professional Services | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 19 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Change Order Request | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 20 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Statement of Work | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Statement of Work | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 22 | Big Lots Stores, LLC | Infosys Limited & Infosys Technologies Limited | Statement of Work for Big Lots OMS Project | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Infosys Limited & Infosys Technologies Limited | Statement of Work for Store System Development Project | 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 24 | Big Lots Stores, LLC | Infosys Limited aka Infosys Technologies Limited | Statement of Work for Big Lots Website Automation & Performance QA | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 25 | Big Lots Stores, LLC | Infosys Limited aka Infosys Technologies Limited | Statement of Work for Big Lots Website Functional QA | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | Infosys Limited aka Infosys Technologies Limited | Statement of Work for Website QA | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | Infosys Limited f.k.a Infosys Technologies Limited | Change Order for Performance Testing | Ananda Jami 4900 E, Dublin-Granville Road<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 28 | Big Lots Stores, LLC | Infosys Limited fka Infosys Technologies Limited | Change Order | Bangalore, Hyderabad, Pune - India<br>Bangalore, Karnataka<br>India | 2/28/2025 |
| 29 | Big Lots, Inc. | Infosys Limited fka Infosys Technologies Limited | Change Order for Functional Testing QA | Bangalore, Hyderabad, Pune - India<br>Bangalore, Karnataka<br>India | 2/28/2025 |
| 30 | Big Lots, Inc. | Infosys Limited fka Infosys Technologies Limited | Statement of Work for eCommerce Testing & QA | Bangalore, Hyderabad, Pune - India<br>Bangalore, Karnataka<br>India | 2/28/2025 |
| 31 | Big Lots, Inc. | Infosys Limited fka Infosys Technologies Limited | Statement of Work for SOC Monitoring | Bangalore, Hyderabad, Pune - India<br>Bangalore, Karnataka<br>India | 2/28/2025 |
| 32 | Big Lots, Inc. | Infosys Limited fka Infosys Technologies Limited | Statement of Work for SOC Monitoring | Bangalore, Hyderabad, Pune - India<br>Bangalore, Karnataka<br>India | 2/28/2025 |
| 33 | Big Lots, Inc. | Infosys Limited fka Infosys Technologies Limited | Statement of Work for SOC Monitoring | Bangalore, Hyderabad, Pune - India<br>Columbus, Ohio 43228-0512<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | Infosys Technologies | Project Change Request | Electronics City, Hosur Road, Bangalore 560 100, India<br>Bangalore, Karnataka 560 100<br>India | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | Infosys Technologies Limited | Confidentiality Agreement | Electronics City, Hosur Road, Bangalore 560 100, India<br>Bangalore, Karnataka 560 100<br>India | 2/28/2025 |
| 36 | Big Lots, Inc. | Infosys Technologies Limited | Confidentiality Agreement | Electronics City, Hosur Road, Bangalore 560 100, India<br>Bangalore, Karnataka 560 100<br>India | 2/28/2025 |
| 37 | Big Lots, Inc. | Infosys Technologies Limited | Master Services Agreement | Electronics City, Hosur Road, Bangalore 560 100, India<br>Bangalore, Karnataka 560 100<br>India | 2/28/2025 |
| 38 | Big Lots Stores, LLC | InMoment | Software Subscription and Services Agreement | 1240B E Stringham Ave #1008<br>Salt Lake City, UT 84106<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | InMoment, Inc. | Order Form for Advanced AI Services | 1240B E Stringham Ave #1008<br>Salt Lake City, UT 84106<br>USA | 2/28/2025 |
| 40 | Big Lots Stores, LLC | InnoFin Solutions LLC | Master Services Agreement | 1745 Shea Center Drive<br>Highlands Ranch, CO 80129<br>USA | 2/28/2025 |
| 41 | Big Lots Stores, LLC | InnoFin Solutions LLC | SOW | 1745 Shea Center Drive<br>Highlands Ranch, CO 80129<br>USA | 2/28/2025 |
| 42 | Big Lots Stores, LLC | InnoFin Solutions LLC | SOW | 1745 Shea Center Drive<br>Highlands Ranch, CO 80129<br>USA | 2/28/2025 |
| 43 | CSC Distribution LLC | Intelligrated | Change Order Authorization | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 44 | Closeout Distribution, LLC | Intelligrated | Change Order Authorization | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | Intelligrated | Change Order Authorization | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | Intelligrated | System Acceptance Agreement | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 47 | Big Lots eCommerce LLC | Intelligrated Software, LLC | Statement of Work: EASYput System Modification | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 48 | CSC Distribution LLC | Intelligrated Systems | Building Permit Application | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | Intelligrated Systems, LLC | Amended and Restated Master Agreement | 7901 Innovation Way<br>Mason, Ohio 45040-9488<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | Intelligrated Systems, LLC | Amendment to iCampus Contract | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | Intelligrated Systems, LLC | Amendment to Technical Support Agreement | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots Stores, LLC | Intelligrated Systems, LLC | Amendment to Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 53 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 54 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 55 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 62 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 66 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 67 | Big Lots, Inc. | Intelligrated Systems, LLC | Change Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | Intelligrated Systems, LLC | Confidentiality Agreement | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | CSC Distribution LLC | Intelligrated Systems, LLC | Purchase Order Acknowledgment | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 70 | AVDC, LLC | Intelligrated Systems, LLC | Service Agreement for Lifecycle Support Services | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | Intelligrated Systems, LLC | Statement of Work for Accuglide Replacement | 2855 Selma Hwy, DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Intelligrated Systems, LLC | Statement of Work for Conveyor Replacement | 450 Phillipi Road, DC890<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Intelligrated Systems, LLC | Statement of Work for Replacement of Damaged Downlane | 2855 Selma Hwy, DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | Intelligrated Systems, LLC | Technical Support Agreement | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 75 | Big Lots Stores, LLC | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 76 | Big Lots Stores, LLC | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 78 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, Ohio 45040<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, Ohio 45040<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 81 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 86 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 88 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 90 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, Ohio 45040<br>USA | 2/28/2025 |
| 91 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 92 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45036<br>USA | 2/28/2025 |
| 93 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 94 | Closeout Distribution, LLC | Intelligrated Systems, LLC | Work Order | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 95 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 96 | AVDC, LLC | Intelligrated Systems, LLC | Work Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 97 | AVDC, LLC | Intelligrated Systems, LLC | Work Order | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 99 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 100 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2885 Selma Highway<br>Montgomery, AL 36108<br>USA | 2/28/2025 |