# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Hwy DC 870<br>Montgomery, AL 36108<br>USA | 2/28/2025 |
| 2 | Closeout Distribution, LLC | Intelligrated Systems, LLC | Work Order | 50 Rauch Creek Rd DC 874<br>Tremont, PA 17981-1734<br>USA | 2/28/2025 |
| 3 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 50 Rauch Creek Rd DC 874<br>Tremont, PA 17981-1734<br>USA | 2/28/2025 |
| 5 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 7 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 8 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 9 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 50 Rausch Creek Road<br>Tremont, PA 17981<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 50 Rausch Creek Road<br>Tremont, PA 17981<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 14 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order for Conveyor Equipment Modification | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Design and Installation of Conveyor Systems | 7901 Innovation Way<br>Mason, Ohio 45040<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Equipment Supply and Installation | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Installation and Engineering Services | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Installation of Sorter Chain | 200 Phillipi Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 19 | Closeout Distribution, LLC | Intelligrated Systems, LLC | Work Order for Specialty Foods Conveyor System | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 20 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Technical Support Services | 7901 Innovation Way<br>Mason, Ohio 45040<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Technical Support Services | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Technical Support Services | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Interface Security Systems, LLC | Confidentiality Agreement | 8339 SOLUTIONS CENTER<br>CHICAGO, IL 60677-8003<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | International Business Machines Corp | Managed Maintenance Solution for Cisco Products Statement of Work | P.O. Box 12195<br>Raleigh, NC 28809-2195<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | International Business Machines Corp. | Confidentiality Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | International Business Machines Corporation | Attachment for Certain Microsoft Windows Embedded Operating Systems | 13800 Diplomat Drive<br>Dallas, TX 75234<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | International Business Machines Corporation | Attachment for Sub-Capacity Licensing Terms | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | International Business Machines Corporation | Attachment for Trial or Loan of Products | 13800 Diplomat Dr.<br>Dallas, TX 75234<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | International Business Machines Corporation | Business Incentive Offering | 5475 Rings Rd.<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | International Business Machines Corporation | Business Incentive Offering | 5475 Rings Rd.<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Custom Services / Project Change Request | 5303 Fisher Rd<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Project Support Services | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 33 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Project Support Services / Project Change Request | 300 Phitipi Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for ServiceElite | 4111 Northside Pkwy.<br>Atlanta, GA 30327<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for ServiceElite | 1177 Beltline Rd.<br>Coppell, TX 75019-0001<br>USA | 2/28/2025 |
| 36 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for ServiceElite | 1177 Beltline Rd.<br>Coppell, TX 75019-0001<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for ServiceElite | PO Box 12195 Bldg 203<br>RTP, NC 27709<br>USA | 2/28/2025 |
| 38 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 6455 Rings Road<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 43 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | PO Box 12195 Bldg 203<br>RTP, NC 27709<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Sta. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300 Columbus, OH 43017 USA | 2/28/2025 |
| 53 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 54 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 55 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 56 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 57 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 58 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 59 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 60 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 61 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 63 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 64 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 65 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road. Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 66 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 67 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 68 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 6455 Rings Road Columbus, OH USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 70 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Aings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 76 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 78 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 49017<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 6475 Rings Road, Stc. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 81 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 86 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 87 | Big Lots Stores, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | B/O 1HO 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 88 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | B/O 1HO 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 89 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | B/O 1HO 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 90 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 91 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | B/O 1HO<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 92 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | B/O 1HO<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 93 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | B/O 1HO 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 94 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | 5476 Ringa Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 95 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work for Next Generation Store Systems Deployment Services | 5475 Rings Road, Ste. 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | International Business Machines Corporation | Confidentiality Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | International Business Machines Corporation | Confidentiality Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | International Business Machines Corporation | Consulting Services Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | International Business Machines Corporation | Credit Offer Agreement | 5455 Rings Rd., Suite 125<br>Dublin, Ohio 43017<br>USA | 2/28/2025 |