**Schedule 2**

**Proposed Rejection Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.¹ | **Re: D.I.** [●] |

### ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")² of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

¹ The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases**

Case 24-11967-JKS    Doc 2151-2    Filed 02/28/25    Page 5 of 11

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Hwy DC 870<br>Montgomery, AL 36108<br>USA | 2/28/2025 |
| 2 | Closeout Distribution, LLC | Intelligrated Systems, LLC | Work Order | 50 Rauch Creek Rd DC 874<br>Tremont, PA 17981-1734<br>USA | 2/28/2025 |
| 3 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 50 Rauch Creek Rd DC 874<br>Tremont, PA 17981-1734<br>USA | 2/28/2025 |
| 5 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 7 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 8 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 9 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 50 Rausch Creek Road<br>Tremont, PA 17981<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 50 Rausch Creek Road<br>Tremont, PA 17981<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 14 | CSC Distribution LLC | Intelligrated Systems, LLC | Work Order for Conveyor Equipment Modification | 2855 Selma Highway DC 870<br>Montgomery, AL 36108-5035<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Design and Installation of Conveyor Systems | 7901 Innovation Way<br>Mason, Ohio 45040<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Equipment Supply and Installation | 18880 Navajo Rd.<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Installation and Engineering Services | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Installation of Sorter Chain | 200 Phillipi Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 19 | Closeout Distribution, LLC | Intelligrated Systems, LLC | Work Order for Specialty Foods Conveyor System | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 20 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Technical Support Services | 7901 Innovation Way<br>Mason, Ohio 45040<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Technical Support Services | 1017 Long Prairie Road<br>Flower Mound, TX 75022<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | Intelligrated Systems, LLC | Work Order for Technical Support Services | 7901 Innovation Way<br>Mason, OH 45040<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Interface Security Systems, LLC | Confidentiality Agreement | 8339 SOLUTIONS CENTER<br>CHICAGO, IL 60677-8003<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | International Business Machines Corp | Managed Maintenance Solution for Cisco Products Statement of Work | P.O. Box 12195<br>Raleigh, NC 28809-2195<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | International Business Machines Corp. | Confidentiality Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | International Business Machines Corporation | Attachment for Certain Microsoft Windows Embedded Operating Systems | 13800 Diplomat Drive<br>Dallas, TX 75234<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | International Business Machines Corporation | Attachment for Sub-Capacity Licensing Terms | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | International Business Machines Corporation | Attachment for Trial or Loan of Products | 13800 Diplomat Dr.<br>Dallas, TX 75234<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | International Business Machines Corporation | Business Incentive Offering | 5475 Rings Rd.<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | International Business Machines Corporation | Business Incentive Offering | 5475 Rings Rd.<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Custom Services / Project Change Request | 5303 Fisher Rd<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Project Support Services | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 33 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Project Support Services / Project Change Request | 300 Phitipi Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for ServiceElite | 4111 Northside Pkwy.<br>Atlanta, GA 30327<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for ServiceElite | 1177 Beltline Rd.<br>Coppell, TX 75019-0001<br>USA | 2/28/2025 |
| 36 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for ServiceElite | 1177 Beltline Rd.<br>Coppell, TX 75019-0001<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for ServiceElite | PO Box 12195 Bldg 203<br>RTP, NC 27709<br>USA | 2/28/2025 |
| 38 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | 1177 Beltline Road<br>Coppell, TX 75019<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 6455 Rings Road<br>Columbus, OH 43229<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 43 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | PO Box 12195 Bldg 203<br>RTP, NC 27709<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Sta. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Suite 300 Columbus, OH 43017 USA | 2/28/2025 |
| 53 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 54 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 55 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 56 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 57 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 58 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 59 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 60 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 61 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 63 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 64 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 65 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road. Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 66 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 67 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300 Columbus, OH 43017 USA | 2/28/2025 |
| 68 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 6455 Rings Road Columbus, OH USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 70 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Aings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 76 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 78 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 49017<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 6475 Rings Road, Stc. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 81 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 82 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 86 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 87 | Big Lots Stores, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | B/O 1HO 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 88 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | B/O 1HO 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 89 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | B/O 1HO 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 90 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 91 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | B/O 1HO<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 92 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | B/O 1HO<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 93 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | B/O 1HO 5475 Rings Road<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 94 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Change Authorization for Statement of Work | 5476 Ringa Road<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 95 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | International Business Machines Corporation | Change Authorization for Statement of Work for Next Generation Store Systems Deployment Services | 5475 Rings Road, Ste. 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | International Business Machines Corporation | Confidentiality Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | International Business Machines Corporation | Confidentiality Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | International Business Machines Corporation | Consulting Services Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | International Business Machines Corporation | Credit Offer Agreement | 5455 Rings Rd., Suite 125<br>Dublin, Ohio 43017<br>USA | 2/28/2025 |