# Schedule 1

## Schedule of Rejected Contracts and Leases

Case 24-11967-JKS    Doc 2152-1    Filed 02/28/25    Page 1 of 7

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Consolidated Property Holdings, LLC | International Business Machines Corporation | Customer Agreement for IBM Operational Support Services - Support Line | IBM - Dallas<br>Dallas, TX 75201<br>USA | 2/28/2025 |
| 2 | Big Lots, Inc. | International Business Machines Corporation | Customer Change Authorization | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 3 | Big Lots, Inc. | International Business Machines Corporation | Customer Change Authorization | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | International Business Machines Corporation | Customer Change Authorization | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | International Business Machines Corporation | Employee Engagement Survey Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | International Business Machines Corporation | Managed Maintenance Solution for Cisco Products | P.O. Box 12195<br>RTP, NC 27709-2195<br>USA | 2/28/2025 |
| 7 | Big Lots, Inc. | International Business Machines Corporation | Master Services Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | International Business Machines Corporation | Project Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request / Authorization | 5475 Rhen Rd<br>Columbus, OH 49017<br>USA | 2/28/2025 |
| 10 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request / Authorization | 5475 Rings Rd., Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 11 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request / Authorization | 5475 Rings Rd.<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request / Authorization | 5475 Rings Rd.<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request / Authorization | 5475 Rings Rd., Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request / Authorization for Equipment Procurement | 5475 Rings Rd.<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request / Authorization for IBM Statement of Work | 5475 Rings Rd., Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request / Authorization for IBM Statement of Work | 5475 Rings Rd., Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request / Authorization for IBM Statement of Work | 5475 Rings Rd., Suite 300<br>Dublin, OH 43017<br>USA | 2/28/2025 |
| 18 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request / Authorization for Statement of Work | 5475 Rings Rd.<br>Columbus, OH 43017<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 19 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request for SCI Reporting Assistance | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 20 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request for SCI Reporting Assistance Extension | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request for Warehouse Management Implementation Assistance | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request for Warehouse Management Implementation Assistance | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request for Warehouse Management Implementation Assistance | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | International Business Machines Corporation | Project Change Request for Warehouse Management Implementation Assistance | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | International Business Machines Corporation | Proposal for Multi-Services | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | International Business Machines Corporation | Proposal for Multi-Services | IBM Corporation Distribution Central<br>Atlanta, GA N/A<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | International Business Machines Corporation | Proposal for Relocation Services | IBM Corporation<br>Columbus, OH 43228-1310<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | International Business Machines Corporation | Proposal for Relocation Services | 250 E. Fifth Street<br>Cincinnatti, OH 45202<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | International Business Machines Corporation | Proposal for Relocation Services | 250 E. Fifth Street<br>Cincinnati, OH 45202<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | International Business Machines Corporation | Schedule for ServiceElite | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | International Business Machines Corporation | Schedule for ServiceElite | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | International Business Machines Corporation | ServicePlan Offerings Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 33 | Big Lots, Inc. | International Business Machines Corporation | Special Software Option Letter | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 34 | Big Lots, Inc. | International Business Machines Corporation | Special Terms Addendum to the International Program License Agreement | 5475 Rings Road<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 35 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work (SOW) for Project Support Services | 3039 Comwallis Road<br>Research Triangle Park, NC 27709<br>USA | 2/28/2025 |
| 36 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work (SOW) for Project Support Services | 3039 Comwellis Road<br>Research Triangle Park, NC 27709<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 37 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for IBM Operational Support Services | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 38 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for Managed Maintenance Solution for Cisco Software | PO Box 12195, Bldg 203 3039 Cornwallis Rd<br>RTP, NC 27709<br>USA | 2/28/2025 |
| 39 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for Multi-Services | IBM Corporation Distribution Central<br>Dallas, TX 75201<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for Project Support Services | 600 Anton Blvd.<br>Costa Mesa, CA 92828<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for Relocation Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for Relocation Services | 250 E. Fifth Street<br>Cincinnatti, OH 45202<br>USA | 2/28/2025 |
| 43 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for Relocation Services | IBM Corporation 260 E. Fifth Street<br>Cincinnati, OH 45202<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for ServiceElite | 7100 Highland Parkway<br>Smyrna, GA 30082-4859<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for ServiceElite | 4111 Northside Parkway<br>Atlanta, GA 30327<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for Services | 7100 Highlands Parkway<br>Smyrna, GA 30082<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for Services | IBM Corporation<br>Dallas, TX 75201<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | International Business Machines Corporation | Statement of Work for Warehouse Management System Evaluation | 1551 South Washington Ave<br>Piscataway, NJ 08854<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | International Business Machines Corporation | Supplement for Purchase of Machines | 13800 Diplomat Drive<br>Dallas, TX 75234<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | International Business Machines Corporation | Supplement to IBM International Program License Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 52 | Big Lots, Inc. | International Business Machines Corporation | Transfer of Service Components Agreement | 1 New Orchard Road<br>Armonk, NY 10504<br>USA | 2/28/2025 |
| 53 | Big Lots, Inc. | International Business Machines Corporation | Trial and Loan of Products Supplement | 9000 S. Rita Road<br>Tucson, AZ 85744<br>USA | 2/28/2025 |
| 54 | Big Lots, Inc. | International Business Machines Corporation | Warranty Self-Maintainer Agreement | 5505 Six Forks Road<br>Raleigh, North Carolina 27609<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 55 | Big Lots, Inc. | International Business Machines Corporation (IBM) | Customer Agreement Assignment of Machines | 5475 RINGS RD, STE 300<br>DUBLIN, OH 43017<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | International Business Machines Corporation (IBM) | Statement of Work for ServiceElite | 6303 Barfield Rd NE<br>Atlanta, GA 30328-4233<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | International Business Machines Corporation (IBM) | Statement of Work for ServiceElite | 6303 Barfield Rd NE<br>Atlanta, GA 30328-4233<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | International Business/Machines Corporation | Change Authorization for Statement of Work | 5475 Rings Road, Ste. 300<br>Columbus, OH 43017<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Intran Media, LLC | Advertising Services Agreement | 294 Grove Lane East, Ste, 400<br>Wayzata, MN 55391<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Intran Media, LLC | Confidentiality Agreement | 294 Grove Lane East, Ste, 400<br>Wayzata, MN 55391<br>USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Intran Media, LLC | Statement of Work for Truck Advertising Display Services | 294 Grove Lane East, Ste, 400<br>Wayzata, MN 55391<br>USA | 2/28/2025 |
| 62 | Big Lots, Inc. | Intran Media, LLC | Truck Advertising Display Services Statement of Work | 294 Grove Lane East, Ste, 400<br>Wayzata, MN 55391<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Jess Howard Electric Company | Change Order for Columbus Substation and Switchgear Replacement | 6630 Taylor Road<br>Columbus, OH 43004<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | Jess Howard Electric Company | Change Order for Columbus Substation and Switchgear Replacement | 6630 Taylor Road<br>Columbus, OH 43004<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | Jess Howard Electric Company | Construction Agreement | 6630 Taylor Road<br>Columbus, OH 43004<br>USA | 2/28/2025 |
| 66 | Big Lots, Inc. | Jess Howard Electric Company | Construction Agreement for Electrical and Lighting System | P.O. Box 95<br>Blacklick, OH 43004<br>USA | 2/28/2025 |
| 67 | Big Lots, Inc. | Jess Howard Electric Company | Letter of Intent for Electrical Lighting Installation | P.O. Box 95<br>Blacklick, Ohio 43004<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | Jim Humphrey (Humphrey Technical Services, Inc.) | Preventative Maintenance Program Addition | 229 Mitchell Hall Ln.<br>Topmost, KY 41862<br>USA | 2/28/2025 |
| 69 | Big Lots Stores, LLC | Julie Barnhill | Independent Contractor Agreement | 419 Redmond Rd<br>Columbus, OH 43081<br>USA | 2/28/2025 |
| 70 | Big Lots Stores, LLC | KeyMe, LLC | Key duplication kiosk machines | 101 Hudson Street Floor 23<br>Jersey City, NJ 07302<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | KeyMe, LLC | Master Agreement for In-Store Key Duplication Services | 101 Hudson Street Floor 23<br>Jersey City, NJ 07302<br>USA | 2/28/2025 |
| 72 | Big Lots Stores, LLC | Kings Ill of America, LLC dba Kings III Emergency Communications | Services Agreement | 751 Canyon Dr Suite 100<br>Coppell, TX 75019<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 73 | Big Lots, Inc. | KMC Snow and Ice Management, Inc | Exhibit A | 508 N James Rd<br>Columbus, OH 43219<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | KMC Snow and Ice Management, Inc | Snow Removal Agreement | 508 N James Rd<br>Columbus, OH 43219<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | KMC Snow and Ice Management, Inc | Snow Removal Agreement | 508 N James Rd<br>Columbus, OH 43219<br>USA | 2/28/2025 |
| 76 | Big Lots, Inc. | KMC Snow and Ice Management, Inc | Snow Removal Agreement | 508 N James Rd<br>Columbus, OH 43219<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | KOCH SERVICE LLC | Service Agreement | 755 Janice Ln<br>Pickerington , OH 43147<br>USA | 2/28/2025 |
| 78 | Big Lots, Inc. | Koch Service, LLC | HVAC Scheduled Maintenance and Service Agreement | 755 Janice Ln.<br>Pickerington, OH 43147<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | KOMODO INTERNATIONAL | Services Agreement | 18405 S SANTA FE AVE<br>COMPTON, CA 90221-5611<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | Last Mile Ventures LLC dba Delivery Solutions | Confidentiality Agreement | | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Legacy Roofing Services, LLC | Preventative Maintenance Agreement | 800 Killian Rd.<br>Akron, OH 44319<br>USA | 2/28/2025 |
| 82 | Big Lots Stores, LLC | Legacy Roofing Services, LLC | Roof Preventative Maintenance Agreement | 800 Killian Rd.<br>Akron, OH 44319<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | LENNOX INDUSTRIES INC | Services Agreement | PO BOX 910549<br>DALLAS, TX 75391-0549<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | LINDE GAS & EQUIPMENT INC | Services Agreement | DEPT LA 21511<br>PASADENA, CA 91185-1511<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | Maersk Agency U S.A., Inc. | Service Contract | 18 &17F Wynsum Corporate Plaza Emerald Avenue<br>Pasig, Manila<br>Philippines | 2/28/2025 |
| 86 | Big Lots, Inc. | Maersk Agency U.S.A, Inc. as agent for Maersk Ling | Service Contract Amendment | ONETOWER LANE - STE 2800<br>OAK BROOK TERRACE, IL 60181<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | Mærsk Agency U.S.A. Inc | Amendment to Service Contract | Levels 5-8, North Wing, Estancia Offices, Capitol Commons,<br>Meralco Ave, Brgy. Oranbo<br>Pasig City, Metro Manila 1604<br>Philippines | 2/28/2025 |
| 88 | Big Lots, Inc. | Mærsk Agency U.S.A. Inc | Service Contract | 18 & 17F Wynsum Corporate Plaza Emerald Avenue<br>Pasig, Manila<br>Philippines | 2/28/2025 |
| 89 | Big Lots, Inc. | Mærsk Agency U.S.A. Inc. | Amendment to Service Contract | 11220 M Street<br>Omaha, NE 68137<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | Mærsk Agency U.S.A. Inc. | Service Contract Amendment | Levels 5-8, North Wing, Estancia Offices, Capitol Commons,<br>Meralco Ave., Brgy. Oranbo<br>Pasig City, Metro Manila 1604<br>Philippines | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 91 | Big Lots, Inc. | MAERSK AGENCY U.S.A. INC. as agent for A.P. Møler-Mærsk A/S trading under the name of MÆRSK LINE | Service Contract | 4th & 5th Floor, Prudential Building.Central Avenue Road, Hiranandani Business Park<br>Mumbai, Maharashtra 400076<br>India | 2/28/2025 |
| 92 | Big Lots, Inc. | Mærsk Agency U.S.A., as agent for Maersk Line A/S | Service Contract | LEVEL 7 NORTH WING, ESTANCIA OFFICES, CAPITOL COMM<br>Columbus, Ohio<br>USA | 2/28/2025 |
| 93 | Big Lots Stores, LLC | Maersk Agency U.S.A., Inc. | Ocean Carrier Service Contract | 10, 11 & 12th Floor, Prince Info City, 286/1 Rajiv Gandhi Salai, Kottivakkam<br>Chennai, Tamil Nadu 600 096<br>India | 2/28/2025 |
| 94 | Big Lots Stores, LLC | Maersk Agency U.S.A., Inc. | Ocean Carrier Service Contract | 10, 11 & 12th Floor, Prince Info City, 286/1 Rajiv Gandhi Salai, Kottivakkam<br>Chennai, Tamil Nadu 600 096<br>India | 2/28/2025 |
| 95 | Big Lots Stores, LLC | Maersk Agency U.S.A., Inc. | Ocean Carrier Service Contract | 10, 11 & 12th Floor, Prince Info City, 286/1 Rajiv Gandhi Salai, Kottivakkam<br>Chennai, Tamil Nadu 600 096<br>India | 2/28/2025 |
| 96 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. | Ocean Carrier Service Contract | 10, 11 & 12th Floor, Prince Info City, 286/1 Rajiv Gandhi Salai, Kottivakkam<br>Chennai, Tamil Nadu 600 096<br>India | 2/28/2025 |
| 97 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. | Ocean Carrier Service Contract | 10, 11 & 12th Floor, Prince Info City, 286/1 Rajiv Gandhi Salai, Kottivakkam<br>Chennai, Tamil Nadu 600 096<br>India | 2/28/2025 |
| 98 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. | Ocean Carrier Service Contract | 10, 11 & 12th Floor, Prince Info City, 286/1 Rajiv Gandhi Salai, Kottivakkam<br>Chennai, Tamil Nadu 600 096<br>India | 2/28/2025 |
| 99 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. | Service Contract | 180 Park Ave.<br>Florham Park, NJ 07932<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. | Service Contract | 123 Main St.<br>Columbus, OH 43228<br>USA | 2/28/2025 |