## Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. | Service Contract | 16 & 17F WYASUM CORPORATE FLAZA, EMERALD AVENUE<br>PASIG, MANILA<br>PHILIPPINES | 2/28/2025 |
| 2 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. | Service Contract | 10, 11 & 12th Floor, Prince Info City, 286/1 Rajiv Gandhi Salai, Kottivakkam<br>Chennai, Tamil Nadu 600 096<br>India | 2/28/2025 |
| 3 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Moder-Marek A/S da MÆRSK LINE | Service Contract Amendment | 29F Wynsum Corporate Plaza, 22 F. Ortigas Jr. Road<br>Pasig, Manila<br>Philippines | 2/28/2025 |
| 4 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Møler-Mærsk A/S dba MÆRSK LINE | Service Contract Amendment | PHILLIPI RD 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Møler-Mærsk A/S trading under the name of MÆRSK LINE | Service Contract | PHILLIPI AD 300<br>Columbus, OH 48228<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S dba MÆRSK LINE | Service Contract Amendment | 286/1 Rajiv Gandhi Salai, Krish® Street<br>Chennai, Tamil Nadu 600 096<br>India | 2/28/2025 |
| 7 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S dbe MÆRSK LINE | Amendment to Service Contract | PHILLIPI RD 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Amendment to Service Contract | Business Park, Powal<br>Mumbai, Maharashtra 400076<br>India | 2/28/2025 |
| 9 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Amendment to Service Contract | Business Park, Powal<br>Mumbai, Maharashtra 400076<br>India | 2/28/2025 |
| 10 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S trading under the name of MÆRSK LINE | Service Contract | 12th Floor, Prince Info City, 286/1 Rajiv Garanti Salaf, Kottivakkam<br>Chennai, Tamil Nadu 600 096<br>India | 2/28/2025 |
| 11 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract | Business Park, Powal<br>Mumbai, Maharashtra 400076<br>India | 2/28/2025 |
| 12 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S trading under the name of MÆRSK LINE | Service Contract | 4th & 5th Floor, Prudential Building, Central Avenue Road, Hiranandani Business Park<br>Mumbai, Maharashtra 400076<br>India | 2/28/2025 |
| 13 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 17 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, Ohio 43228<br>USA | 2/28/2025 |
| 18 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 19 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 20 | Big Lots Stores, LLC | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 21 | Big Lots Stores, LLC | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 22 | Big Lots Stores, LLC | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for Maersk Line A/S | Amendment to Service Contract | One Tower Lave, Ste 2800<br>Oakbrook Terrace, IL 60181<br>USA | 2/28/2025 |
| 24 | Big Lots Stores, LLC | Mærsk Agency U.S.A., Inc. as agent for Maersk Line A/S | Confidentiality & Non-Disclosure Agreements | One Tower Lave, Ste 2800<br>Oakbrook Terrace, IL 60181<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for Maersk Line A/S | Service Contract | One Tower Lave, Ste 2800<br>Oakbrook Terrace, IL 60181<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk Line A/S | Service Contract Amendment | 180 Park Ave<br>Florham Park, NJ<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk Line A/S dba Maersk Line | Ocean Carrier Service Contract | One Tower Lane, Suite 2800<br>Oakbrook Terrace, IL 60181<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | Maersk Inc. | Service Contract | 4th & 5th floor, Prudential Building, Central Avenue Road. Hiranandani Business Park, Powai, Mumbai-400076, Maharashtra, India, Maharashtra 400076<br>India | 2/28/2025 |
| 29 | Big Lots, Inc. | Maersk Inc. | Service Contract | 4th & 5th floor, Prudential Building, Central Avenue Road. Hiranandani Business Park, Powai, Mumbai-400076, Maharashtra, India, Maharashtra 400076<br>India | 2/28/2025 |
| 30 | Big Lots, Inc. | Maersk Inc. | Service Contract Amendment | Forum Business Park, Tower G, 5th & 6th Floor<br>San Jose, Costa Rica<br>Costa Rica | 2/28/2025 |
| 31 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Moller-Maersk A/S | Service Contract | 2 Giralda Farms<br>Madison, NJ 07940<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Moller-Maersk A/S | Service Contract | Forum Business Park, Tower G 5th & 6th Floor<br>San Jose, Costa Rica<br>Costa Rica | 2/28/2025 |
| 33 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Moller-Maersk A/S | Service Contract | Forum Business Park, Tower G 5th & 6th Floor<br>San Jose, Costa Rica<br>Costa Rica | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 34 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S | Service Contract Amendment | 16 & 17F WINSUM CORPORATE PLAZA. EMERALD AVE. PASIG, MANILA PHILIPPINES | 2/28/2025 |
| 35 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S | Service Contract Amendment | Forum Business Park Santa Ana, CA 92705 Costa Rica | 2/28/2025 |
| 36 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S | Service Contract Amendment | Forum Business Park, Santa Ana San Jose, Costa Rica Costa Rica | 2/28/2025 |
| 37 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Amendment to Service Contract | 16 & 17F Wynsum Corporate Plaza, Emerald Avenue Pasig, Manila Philippines | 2/28/2025 |
| 38 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 10, 11 & 12th Floor, Prince Info City, 286/1 Rajiv Gandhi Salai Chennai, Tamil Nadu 600 096 India | 2/28/2025 |
| 39 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 10, 11 & 12th Floor, Prince Info City, 286/1 Rajiv Gandhi Salai Chennai, Tamil Nadu 600 096 India | 2/28/2025 |
| 40 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 16 & 17F Wynsum Corporate Plaza, Emerald Ave. Pasig, Manila Philippines | 2/28/2025 |
| 41 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 10, 11th & 12th Floor, Prince Info City 286/1 Rajiv Gandhi Salai, Kottivakkam-Kandhanchavadi Chennai, Tamil Nadu 600 096 India | 2/28/2025 |
| 42 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 16 & 17F Wynsum Corporate Plaza, Emerald Ave. Pasig, Manila Philippines | 2/28/2025 |
| 43 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 10, 11th & 12th Floor, Prince Ir's City 286:1 Old Mahabalipurar Road; Chennai, Tamil Nadu 600096 India | 2/28/2025 |
| 44 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 16 & 17F Wynsum Corporate Plaza, Emerald Ave. Pasig, Manila Philippines | 2/28/2025 |
| 45 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | Forum Business Park, Lower G, 5th & 6th Floor San Jose, Costa Rica Costa Rica | 2/28/2025 |
| 46 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK SEALAND | Service Contract Amendment | Forum Business Park San Jose, Costa Rica Costa Rica | 2/28/2025 |
| 47 | Big Lots, Inc. | MAERSK LINE | Service Contract | 29F WYNSUM CORPORATE PLAZA, 22 F. ORTIGAS JR. ROAD PASIG, MANILA N/A PHILIPPINES | 2/28/2025 |
| 48 | Big Lots, Inc. | MÆRSK LINE | Service Contract | 2 Giralda Farms Madison, NJ 07940 USA | 2/28/2025 |
| 49 | Big Lots, Inc. | MAERSK LINE | Service Contract | 29F Wynsum Corporate Plaza, 22 F. Ortigas Jr. Road PASIG, MANILA N/A PHILIPPINES | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 50 | Big Lots, Inc. | MAERSK LINE | Service Contract | 9-10-12th Floors, Prince Infocity, 286/1, Rajiv Gandhi Salai, Kottivakkam<br>Chennai, Tamil Nadu 600 096<br>INDIA | 2/28/2025 |
| 51 | Big Lots, Inc. | MAERSK LINE | Service Contract | 4th & 5th floor, Prudential Building, Central Avenue Road. Hiranandani Business Park, Powai, Mumbai-400076, Maharashtra, India, Maharashtra 400076<br>India | 2/28/2025 |
| 52 | Big Lots, Inc. | Maersk Line | Service Contract | PHILLIPI RD 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 53 | Big Lots, Inc. | MAERSK LINE | Service Contract | Forum Business Park, Tower G, 5th & 6th Floor<br>San José, Costa Rica<br>Costa Rica | 2/28/2025 |
| 54 | Big Lots, Inc. | MAERSK LINE | Service Contract | Forum Business Park, Tower G, 5th & 6th Floor<br>San José, Costa Rica<br>Costa Rica | 2/28/2025 |
| 55 | Big Lots, Inc. | Maersk Line | Service Contract | Forum Business Park, Tower G 5th & 6th Floor<br>San Jose, Costa Rica<br>Costa Rica | 2/28/2025 |
| 56 | Big Lots, Inc. | MAERSK LINE | Service Contract | 29F Wynsum Corporate Plaza, 22 F. Ortigas Jr. Road<br>PASIG, MANILA N/A<br>PHILIPPINES | 2/28/2025 |
| 57 | Big Lots, Inc. | Maersk Line | Settlement Agreement | 9300 Arrowpoint Blvd<br>Charlotte, NC 28273-8136<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | Maersk Line A/S | Amendment to Service Contract | PHILLIPI RD 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Maersk Line A/S | Receipt & Claim Release | Esplanaden 50<br>Copenhagen K, DK 1263<br>Denmark | 2/28/2025 |
| 60 | Big Lots, Inc. | Maersk Line A/S | Service Contract | Great Acchesa PHILLIPI RD 300<br>Columbus, ON 43728<br>Canada | 2/28/2025 |
| 61 | Big Lots, Inc. | Maersk Line AVS | Service Contract Amendment | ONE TOWER LANE-STE 2800<br>OAKBROOK TERRACE, IL 60181<br>USA | 2/28/2025 |
| 62 | Big Lots, Inc. | MAERSK SEALAND | Service Contract | Forum Business Park, Tower G, 5th & 6th Floor<br>San José, Costa Rica<br>Costa Rica | 2/28/2025 |
| 63 | Big Lots, Inc. | MAERSK SEALAND | Service Contract | Forum Business Park, Tower G, 5th & 6th Floor<br>San José, Costa Rica<br>Costa Rica | 2/28/2025 |
| 64 | Big Lots, Inc. | MAERSK SEALAND | Service Contract | 614-278-6747<br>COLUMBUS, OH 43228<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | MAERSK SEALAND | Service Contract | Forum Business Park, G- Tower 5th Floor<br>Santa Ana, Costa Rica 106-305-5817<br>Costa Rica | 2/28/2025 |
| 66 | Big Lots, Inc. | Maersk Sealand | Service Contract | 614-278-6747<br>Columbus, OH 43228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 67 | Big Lots, Inc. | Maersk Sealand | Service Contract Amendment | Forum Business Park, Tower G, 5th & 6th Floor<br>San Jose, Costa Rica<br>Costa Rica | 2/28/2025 |
| 68 | Big Lots, Inc. | Maersk Sealand | Service Contract Amendment | Ban Jort<br>San José, Costa Rica<br>Costa Rica | 2/28/2025 |
| 69 | Big Lots, Inc. | Maersk Sealand | Service Contract Amendment | Forum Business Park<br>Santa Ana, Costa Rica<br>Costa Rica | 2/28/2025 |
| 70 | Big Lots, Inc. | MAERSK SEALAND | Transportation Agreement | Giralda Farms, Madison Ave. PO Box 880<br>Madison, NJ 07940<br>USA | 2/28/2025 |
| 71 | Big Lots Stores, LLC | Maersk Warehousing & Distribution Services USA LLC | Amendment to Master Services Agreement | 123 Main St.<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Materials Transportation Company | EBatt Systems Support Services Agreement | 1408 S. Commerce Street<br>Temple, Texas 76504<br>USA | 2/28/2025 |
| 73 | AVDC, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 74 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 75 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 76 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 77 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 78 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 79 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 80 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 82 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 83 | AVDC, LLC | Materials Transportation Company (MTC) | Master Services Agreement | 1408 S Commerce<br>Temple, TX 76504<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 84 | Big Lots, Inc. | MC HEATING & COOLING LLC | Service Agreement | 6555 Lewisburg Ozias Rd<br>Lewisburg, OH 45338<br>USA | 2/28/2025 |
| 85 | Big Lots Stores, LLC | MC Heating & Cooling, LLC | HVAC Scheduled Maintenance and Service Agreement | 6555 Lewisburg Ozias Rd<br>Lewisburg, OH 45338<br>USA | 2/28/2025 |
| 86 | Big Lots, Inc. | MCKINLEY EQUIPMENT CORP | Services Agreement | 17611 ARMSTRONG AVE<br>IRVINE, CA 92614-5760<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | MCMASTER CARR | Services Agreement | PO BOX 7690<br>CHICAGO, IL 60680-7690<br>USA | 2/28/2025 |
| 88 | Big Lots, Inc. | Medallia, Inc. | Amendment to Software Subscription Order Form | 575 Market St.<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | Medallia, Inc. | Confidentiality Agreement | 575 Market St.<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | Medallia, Inc. | Order Form for Software and Services | 575 Market St. Suite 1850<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 91 | Big Lots Stores, LLC | Medallia, Inc. | Order Form for Software Subscription and Services | 6220 Stoneridge Mall Rd, Floor 2<br>Pleasanton, CA 94588<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | Medallia, Inc. | Order Form for Software Subscriptions | 575 Market St.<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 93 | Big Lots Stores, LLC | Medallia, Inc. | Order Form for Software Subscriptions and Research Services | 6220 Stoneridge Mall Rd, Floor 2<br>Pleasanton, CA 94588<br>USA | 2/28/2025 |
| 94 | Big Lots Stores, LLC | Medallia, Inc. | Platform analyzes spend data from the debit and credit cards for competitors | 575 Market St.<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 95 | Big Lots, Inc. | Medallia, Inc. | SaaS Subscription Agreement | 575 Market Street<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | Medical Data Recovery, Inc. | Application Service Agreement | 1800 E Deere Ave<br>Santa Ana, CA 92705<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | MEDIX FACILITY SOLUTIONS | Service Agreement | 30 Wall St, 8th floor<br>New York, NY 10005<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | Mert Agency U S. A . Inc as agent for Maersk Line A/S | Service Contract Amendment | 123 Main St.<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 99 | Big Lots Stores, LLC | Metro One Loss Prevention Services Group, Inc. | Master Services Agreement | 900 South Avenue<br>Staten Island, NY 10314<br>USA | 2/28/2025 |
| 100 | Big Lots Stores, LLC | Metro One Loss Prevention Services Group, Inc. | Mutual Non-Disclosure Agreement | 900 South Avenue<br>Staten Island, NY 10314<br>USA | 2/28/2025 |