**Schedule 2**

**Proposed Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY
CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF
FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases**

Case 24-11967-JKS    Doc 2153-2    Filed 02/28/25    Page 5 of 11

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. | Service Contract | 16 & 17F WYASUM CORPORATE FLAZA, EMERALD AVENUE<br>PASIG, MANILA<br>PHILIPPINES | 2/28/2025 |
| 2 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. | Service Contract | 10, 11 & 12th Floor, Prince Info City, 286/1 Rajiv Gandhi Salai, Kottivakkam<br>Chennai, Tamil Nadu 600 096<br>India | 2/28/2025 |
| 3 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Moder-Marek A/S da MÆRSK LINE | Service Contract Amendment | 29F Wynsum Corporate Plaza, 22 F. Ortigas Jr. Road<br>Pasig, Manila<br>Philippines | 2/28/2025 |
| 4 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Møler-Mærsk A/S dba MÆRSK LINE | Service Contract Amendment | PHILLIPI RD 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Møler-Mærsk A/S trading under the name of MÆRSK LINE | Service Contract | PHILLIPI AD 300<br>Columbus, OH 48228<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S dba MÆRSK LINE | Service Contract Amendment | 286/1 Rajiv Gandhi Salai, Krish® Street<br>Chennai, Tamil Nadu 600 096<br>India | 2/28/2025 |
| 7 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S dbe MÆRSK LINE | Amendment to Service Contract | PHILLIPI RD 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 8 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Amendment to Service Contract | Business Park, Powal<br>Mumbai, Maharashtra 400076<br>India | 2/28/2025 |
| 9 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Amendment to Service Contract | Business Park, Powal<br>Mumbai, Maharashtra 400076<br>India | 2/28/2025 |
| 10 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S trading under the name of MÆRSK LINE | Service Contract | 12th Floor, Prince Info City, 286/1 Rajiv Garanti Salaf, Kottivakkam<br>Chennai, Tamil Nadu 600 096<br>India | 2/28/2025 |
| 11 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract | Business Park, Powal<br>Mumbai, Maharashtra 400076<br>India | 2/28/2025 |
| 12 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for A.P. Møller-Mærsk A/S trading under the name of MÆRSK LINE | Service Contract | 4th & 5th Floor, Prudential Building, Central Avenue Road, Hiranandani Business Park<br>Mumbai, Maharashtra 400076<br>India | 2/28/2025 |
| 13 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 17 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, Ohio 43228<br>USA | 2/28/2025 |
| 18 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 19 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 20 | Big Lots Stores, LLC | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 21 | Big Lots Stores, LLC | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 22 | Big Lots Stores, LLC | Maersk Agency U.S.A., Inc. as agent for Maersk A/S dba Maersk | Service Contract Amendment | 300-PHILLIPI RD STE A<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for Maersk Line A/S | Amendment to Service Contract | One Tower Lave, Ste 2800<br>Oakbrook Terrace, IL 60181<br>USA | 2/28/2025 |
| 24 | Big Lots Stores, LLC | Mærsk Agency U.S.A., Inc. as agent for Maersk Line A/S | Confidentiality & Non-Disclosure Agreements | One Tower Lave, Ste 2800<br>Oakbrook Terrace, IL 60181<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | Mærsk Agency U.S.A., Inc. as agent for Maersk Line A/S | Service Contract | One Tower Lave, Ste 2800<br>Oakbrook Terrace, IL 60181<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk Line A/S | Service Contract Amendment | 180 Park Ave<br>Florham Park, NJ<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | Maersk Agency U.S.A., Inc. as agent for Maersk Line A/S dba Maersk Line | Ocean Carrier Service Contract | One Tower Lane, Suite 2800<br>Oakbrook Terrace, IL 60181<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | Maersk Inc. | Service Contract | 4th & 5th floor, Prudential Building, Central Avenue Road. Hiranandani Business Park, Powai, Mumbai-400076, Maharashtra, India, Maharashtra 400076<br>India | 2/28/2025 |
| 29 | Big Lots, Inc. | Maersk Inc. | Service Contract | 4th & 5th floor, Prudential Building, Central Avenue Road. Hiranandani Business Park, Powai, Mumbai-400076, Maharashtra, India, Maharashtra 400076<br>India | 2/28/2025 |
| 30 | Big Lots, Inc. | Maersk Inc. | Service Contract Amendment | Forum Business Park, Tower G, 5th & 6th Floor<br>San Jose, Costa Rica<br>Costa Rica | 2/28/2025 |
| 31 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Moller-Maersk A/S | Service Contract | 2 Giralda Farms<br>Madison, NJ 07940<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Moller-Maersk A/S | Service Contract | Forum Business Park, Tower G 5th & 6th Floor<br>San Jose, Costa Rica<br>Costa Rica | 2/28/2025 |
| 33 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Moller-Maersk A/S | Service Contract | Forum Business Park, Tower G 5th & 6th Floor<br>San Jose, Costa Rica<br>Costa Rica | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 34 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S | Service Contract Amendment | 16 & 17F WINSUM CORPORATE PLAZA. EMERALD AVE. PASIG, MANILA PHILIPPINES | 2/28/2025 |
| 35 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S | Service Contract Amendment | Forum Business Park Santa Ana, CA 92705 Costa Rica | 2/28/2025 |
| 36 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S | Service Contract Amendment | Forum Business Park, Santa Ana San Jose, Costa Rica Costa Rica | 2/28/2025 |
| 37 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Amendment to Service Contract | 16 & 17F Wynsum Corporate Plaza, Emerald Avenue Pasig, Manila Philippines | 2/28/2025 |
| 38 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 10, 11 & 12th Floor, Prince Info City, 286/1 Rajiv Gandhi Salai Chennai, Tamil Nadu 600 096 India | 2/28/2025 |
| 39 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 10, 11 & 12th Floor, Prince Info City, 286/1 Rajiv Gandhi Salai Chennai, Tamil Nadu 600 096 India | 2/28/2025 |
| 40 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 16 & 17F Wynsum Corporate Plaza, Emerald Ave. Pasig, Manila Philippines | 2/28/2025 |
| 41 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 10, 11th & 12th Floor, Prince Info City 286/1 Rajiv Gandhi Salai, Kottivakkam-Kandhanchavadi Chennai, Tamil Nadu 600 096 India | 2/28/2025 |
| 42 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 16 & 17F Wynsum Corporate Plaza, Emerald Ave. Pasig, Manila Philippines | 2/28/2025 |
| 43 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 10, 11th & 12th Floor, Prince Ir's City 286:1 Old Mahabalipurar Road; Chennai, Tamil Nadu 600096 India | 2/28/2025 |
| 44 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | 16 & 17F Wynsum Corporate Plaza, Emerald Ave. Pasig, Manila Philippines | 2/28/2025 |
| 45 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK LINE | Service Contract Amendment | Forum Business Park, Lower G, 5th & 6th Floor San Jose, Costa Rica Costa Rica | 2/28/2025 |
| 46 | Big Lots, Inc. | Maersk Inc. as agent to A.P. Møller-Mærsk A/S trading under the name of MAERSK SEALAND | Service Contract Amendment | Forum Business Park San Jose, Costa Rica Costa Rica | 2/28/2025 |
| 47 | Big Lots, Inc. | MAERSK LINE | Service Contract | 29F WYNSUM CORPORATE PLAZA, 22 F. ORTIGAS JR. ROAD PASIG, MANILA N/A PHILIPPINES | 2/28/2025 |
| 48 | Big Lots, Inc. | MÆRSK LINE | Service Contract | 2 Giralda Farms Madison, NJ 07940 USA | 2/28/2025 |
| 49 | Big Lots, Inc. | MAERSK LINE | Service Contract | 29F Wynsum Corporate Plaza, 22 F. Ortigas Jr. Road PASIG, MANILA N/A PHILIPPINES | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 50 | Big Lots, Inc. | MAERSK LINE | Service Contract | 9-10-12th Floors, Prince Infocity, 286/1, Rajiv Gandhi Salai, Kottivakkam<br>Chennai, Tamil Nadu 600 096<br>INDIA | 2/28/2025 |
| 51 | Big Lots, Inc. | MAERSK LINE | Service Contract | 4th & 5th floor, Prudential Building, Central Avenue Road. Hiranandani Business Park, Powai, Mumbai-400076, Maharashtra, India, Maharashtra 400076<br>India | 2/28/2025 |
| 52 | Big Lots, Inc. | Maersk Line | Service Contract | PHILLIPI RD 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 53 | Big Lots, Inc. | MAERSK LINE | Service Contract | Forum Business Park, Tower G, 5th & 6th Floor<br>San José, Costa Rica<br>Costa Rica | 2/28/2025 |
| 54 | Big Lots, Inc. | MAERSK LINE | Service Contract | Forum Business Park, Tower G, 5th & 6th Floor<br>San José, Costa Rica<br>Costa Rica | 2/28/2025 |
| 55 | Big Lots, Inc. | Maersk Line | Service Contract | Forum Business Park, Tower G 5th & 6th Floor<br>San Jose, Costa Rica<br>Costa Rica | 2/28/2025 |
| 56 | Big Lots, Inc. | MAERSK LINE | Service Contract | 29F Wynsum Corporate Plaza, 22 F. Ortigas Jr. Road<br>PASIG, MANILA N/A<br>PHILIPPINES | 2/28/2025 |
| 57 | Big Lots, Inc. | Maersk Line | Settlement Agreement | 9300 Arrowpoint Blvd<br>Charlotte, NC 28273-8136<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | Maersk Line A/S | Amendment to Service Contract | PHILLIPI RD 300<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Maersk Line A/S | Receipt & Claim Release | Esplanaden 50<br>Copenhagen K, DK 1263<br>Denmark | 2/28/2025 |
| 60 | Big Lots, Inc. | Maersk Line A/S | Service Contract | Great Acchesa PHILLIPI RD 300<br>Columbus, ON 43728<br>Canada | 2/28/2025 |
| 61 | Big Lots, Inc. | Maersk Line AVS | Service Contract Amendment | ONE TOWER LANE-STE 2800<br>OAKBROOK TERRACE, IL 60181<br>USA | 2/28/2025 |
| 62 | Big Lots, Inc. | MAERSK SEALAND | Service Contract | Forum Business Park, Tower G, 5th & 6th Floor<br>San José, Costa Rica<br>Costa Rica | 2/28/2025 |
| 63 | Big Lots, Inc. | MAERSK SEALAND | Service Contract | Forum Business Park, Tower G, 5th & 6th Floor<br>San José, Costa Rica<br>Costa Rica | 2/28/2025 |
| 64 | Big Lots, Inc. | MAERSK SEALAND | Service Contract | 614-278-6747<br>COLUMBUS, OH 43228<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | MAERSK SEALAND | Service Contract | Forum Business Park, G- Tower 5th Floor<br>Santa Ana, Costa Rica 106-305-5817<br>Costa Rica | 2/28/2025 |
| 66 | Big Lots, Inc. | Maersk Sealand | Service Contract | 614-278-6747<br>Columbus, OH 43228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 67 | Big Lots, Inc. | Maersk Sealand | Service Contract Amendment | Forum Business Park, Tower G, 5th & 6th Floor<br>San Jose, Costa Rica<br>Costa Rica | 2/28/2025 |
| 68 | Big Lots, Inc. | Maersk Sealand | Service Contract Amendment | Ban Jort<br>San José, Costa Rica<br>Costa Rica | 2/28/2025 |
| 69 | Big Lots, Inc. | Maersk Sealand | Service Contract Amendment | Forum Business Park<br>Santa Ana, Costa Rica<br>Costa Rica | 2/28/2025 |
| 70 | Big Lots, Inc. | MAERSK SEALAND | Transportation Agreement | Giralda Farms, Madison Ave. PO Box 880<br>Madison, NJ 07940<br>USA | 2/28/2025 |
| 71 | Big Lots Stores, LLC | Maersk Warehousing & Distribution Services USA LLC | Amendment to Master Services Agreement | 123 Main St.<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Materials Transportation Company | EBatt Systems Support Services Agreement | 1408 S. Commerce Street<br>Temple, Texas 76504<br>USA | 2/28/2025 |
| 73 | AVDC, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 74 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 75 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 76 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 77 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 78 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 79 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 80 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 82 | Big Lots Stores, LLC | Materials Transportation Company | Sales Proposal | 1408 Commerce Drive<br>Temple, TX 76504<br>USA | 2/28/2025 |
| 83 | AVDC, LLC | Materials Transportation Company (MTC) | Master Services Agreement | 1408 S Commerce<br>Temple, TX 76504<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 84 | Big Lots, Inc. | MC HEATING & COOLING LLC | Service Agreement | 6555 Lewisburg Ozias Rd<br>Lewisburg, OH 45338<br>USA | 2/28/2025 |
| 85 | Big Lots Stores, LLC | MC Heating & Cooling, LLC | HVAC Scheduled Maintenance and Service Agreement | 6555 Lewisburg Ozias Rd<br>Lewisburg, OH 45338<br>USA | 2/28/2025 |
| 86 | Big Lots, Inc. | MCKINLEY EQUIPMENT CORP | Services Agreement | 17611 ARMSTRONG AVE<br>IRVINE, CA 92614-5760<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | MCMASTER CARR | Services Agreement | PO BOX 7690<br>CHICAGO, IL 60680-7690<br>USA | 2/28/2025 |
| 88 | Big Lots, Inc. | Medallia, Inc. | Amendment to Software Subscription Order Form | 575 Market St.<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | Medallia, Inc. | Confidentiality Agreement | 575 Market St.<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | Medallia, Inc. | Order Form for Software and Services | 575 Market St. Suite 1850<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 91 | Big Lots Stores, LLC | Medallia, Inc. | Order Form for Software Subscription and Services | 6220 Stoneridge Mall Rd, Floor 2<br>Pleasanton, CA 94588<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | Medallia, Inc. | Order Form for Software Subscriptions | 575 Market St.<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 93 | Big Lots Stores, LLC | Medallia, Inc. | Order Form for Software Subscriptions and Research Services | 6220 Stoneridge Mall Rd, Floor 2<br>Pleasanton, CA 94588<br>USA | 2/28/2025 |
| 94 | Big Lots Stores, LLC | Medallia, Inc. | Platform analyzes spend data from the debit and credit cards for competitors | 575 Market St.<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 95 | Big Lots, Inc. | Medallia, Inc. | SaaS Subscription Agreement | 575 Market Street<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | Medical Data Recovery, Inc. | Application Service Agreement | 1800 E Deere Ave<br>Santa Ana, CA 92705<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | MEDIX FACILITY SOLUTIONS | Service Agreement | 30 Wall St, 8th floor<br>New York, NY 10005<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | Mert Agency U S. A . Inc as agent for Maersk Line A/S | Service Contract Amendment | 123 Main St.<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 99 | Big Lots Stores, LLC | Metro One Loss Prevention Services Group, Inc. | Master Services Agreement | 900 South Avenue<br>Staten Island, NY 10314<br>USA | 2/28/2025 |
| 100 | Big Lots Stores, LLC | Metro One Loss Prevention Services Group, Inc. | Mutual Non-Disclosure Agreement | 900 South Avenue<br>Staten Island, NY 10314<br>USA | 2/28/2025 |