**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Minute Men, Inc. | Staffing Services Agreement | 3740 Carnegie Avenue<br>Cleveland, Ohio 44115<br>USA | 2/28/2025 |
| 2 | Big Lots eCommerce LLC | Minute Men, Inc. | Staffing Services Agreement | 3740 Carnegie Avenue<br>Cleveland, Ohio 44115<br>USA | 2/28/2025 |
| 3 | Big Lots, Inc. | Mizco International Inc. | Confidentiality Agreement | 80 Essex Avenue East<br>Avenel, New Jersey 07001<br>United States | 2/28/2025 |
| 4 | Big Lots, Inc. | Mizco International, Inc. | Amendment to Settlement Agreement | 80 Essex Avenue East<br>Avenel, New Jersey 07001<br>United States | 2/28/2025 |
| 5 | Big Lots, Inc. | Mizco International, Inc. | Amendment to Settlement Agreement | 80 Essex Avenue East<br>Avenel, New Jersey 07001<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | MIZCO INTERNATIONAL, INC. | Inventory Access Agreement | 80 Essex Avenue East<br>Avenel, New Jersey 07001<br>United States | 2/28/2025 |
| 7 | Big Lots, Inc. | Mizco International, Inc. | SCAN-BASED TRADING VENDOR AGREEMENT | 80 Essex Avenue East<br>Avenel, New Jersey 07001<br>United States | 2/28/2025 |
| 8 | Big Lots, Inc. | Mizco International, Inc. | Settlement Agreement | 80 Essex Avenue East<br>Avenel, NJ 07001<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | MODERN | Services Agreement | | 2/28/2025 |
| 10 | Big Lots Stores, LLC | Modular Thermal Technologies LLC | Revenue Share Agreement | 1520 SW 5th Court<br>Pompano Beach, FL 33069<br>USA | 2/28/2025 |
| 11 | AVDC, LLC | Mojave Desert Air Quality Management District | Application for Internal Combustion Engine (I.C.E.) Only | 14306 Park Avenue<br>Victorville, CA 92392-2310<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Moore Wallace North America, Inc. d/b/a RR Donnelley | Equipment Order Contract | 7810 SOLUTION CENTER<br>Chicago, IL 60677-7008<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | Moores Electrical & Mechanical | HVAC Scheduled Maintenance and Service Agreement | 101 Edgewood Avenue<br>Altivista, VA 24517<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | MOORES ELECTRICAL & MECHANICAL | Service Agreement | 101 Edgewood Ave<br>Altavista, VA 24517<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | MOORE'S ELECTRICAL & MECHANICAL CONSTRUCTION, INC. | HVAC Scheduled Maintenance and Service Agreement | 101 EDGEWOOD AVENUE<br>ALTAVISTA, VA 24517<br>USA | 2/28/2025 |
| 16 | Consolidated Property Holdings, LLC | Muzak Limited Partnership | Amendment to Muzak National Account Service Agreement | 300 Phillipi Road, P.O Box 28512<br>Columbus, OH 43228-0512<br>USA | 2/28/2025 |
| 17 | Consolidated Property Holdings, LLC | MUZAK LIMITED PARTNERSHIP | National Account Service Agreement | 400 North 34th Street, Suite 200<br>Seattle, WA 98103<br>USA | 2/28/2025 |
| 18 | Consolidated Property Holdings, LLC | MUZAK LIMITED PARTNERSHIP | National Account Service Agreement | 400 North 34th Street, Suite 200<br>Seattle, WA 98103<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 19 | Big Lots, Inc. | Muzak LLC | Amendment to Multi Territory Account Service Agreement | 2901 Third Ave<br>Seattle, WA 98121<br>USA | 2/28/2025 |
| 20 | Big Lots, Inc. | Muzak LLC | Amendment to Multi Territory Account Service Agreement | 2901 Third Ave<br>Seattle, WA 98121<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | Muzak LLC | Amendment to Multi Territory Account Service Agreement | 2901 Third Ave<br>Seattle, WA 98121<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | MUZAK LLC | Amendment to Multi Territory Account Service Agreement | 2901 Third Ave<br>Seattle, WA 98121<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Muzak LLC | Confidentiality Agreement | 2901 Third Ave<br>Seattle, WA 98121<br>USA | 2/28/2025 |
| 24 | Consolidated Property Holdings, LLC | Muzak LLC | Option Exercise Agreement | 2901 Third Ave<br>Seattle, WA 98121<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | Muzak LLC d/b/a Mood Media | Amendment to Multi Territory Account Service Agreement | 1703 West 5th Street #600<br>Austin, TX 78703<br>USA | 2/28/2025 |
| 26 | Big Lots Stores, LLC | Muzak LLC d/b/a Mood Media | Multi Territory Account Service Agreement | 1703 West 5th Street #600<br>Austin, TX 78703<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | Muzak LLC d/b/a Mood Media | Multi Territory Account Service Agreement | 1703 West 5th Street #600<br>Austin, TX 78703<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | Muzak, LLC | Confidentiality Agreement | 300 Phillipi Road, P.O Box 28512<br>Columbus, OH 43228-0512<br>USA | 2/28/2025 |
| 29 | Big Lots Stores, LLC | Muzak, LLC d/b/a Mood Media | Service Agreement Amendment | 300 Phillipi Road, P.O Box 28512<br>Columbus, OH 43228-0512<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | Muzak, LLC d/b/a Mood Media | Service Agreement Amendment | 300 Phillipi Road, P.O Box 28512<br>Columbus, OH 43228-0512<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | NASDAQ OMX Corporate Solutions, LLC | Service Order | One Liberty Plaza 165 Broadway 49th floor<br>New York, NY 10006<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | NAVCO | Services Agreement | 1335 S ACACIA AVE<br>FULLERTON, CA 92831<br>USA | 2/28/2025 |
| 33 | Big Lots Stores, LLC | NB Ventures, Inc. d/b/a GEP | Confidentiality Agreement | 100 Walnut Avenue, Suite 304<br>Clark, NJ 07066<br>USA | 2/28/2025 |
| 34 | Big Lots Stores, LLC | NB Ventures, Inc. d/b/a GEP | Master Services Agreement | 100 Walnut Avenue, Suite 304<br>Clark, NJ 07066<br>USA | 2/28/2025 |
| 35 | Big Lots Stores, LLC | NB Ventures, Inc. d/b/a GEP | Statement of Work for Procurement Transition | 100 Walnut Avenue, Suite 304<br>Clark, NJ 07066<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 36 | Big Lots Stores, LLC | NB Ventures, Inc. d/b/a GEP | Statement of Work for Strategic Procurement Services | 100 Walnut Avenue, Suite 304<br>Clark, NJ 07066<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | Netspend Corporation | Change of Address Notification | 10900-A Stonelake Blvd.<br>Austin, TX 78759<br>USA | 2/28/2025 |
| 38 | Big Lots, Inc. | NetSpend Corporation | First Amendment to Skylight Services Agreement | 701 Brazos Street, Suite 1200<br>Austin, TX 78701<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | Netspend Corporation | Marketing Services Insertion Order | 123 Main St.<br>Austin, TX 73301<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | Netspend Corporation | Notice of Address Change | 5800 Airport Blvd.<br>Austin, TX 78752<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | NetSpend Corporation | Skylight Services Agreement | PO Box 2136<br>Austin, Texas 78768-2136<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | NIAGARA DRINKING WATERS | Services Agreement | 2560 E PHILADELPHIA ST<br>ONTARIO, CA 91761-7768<br>USA | 2/28/2025 |
| 43 | AVDC, LLC | Northgate Environmental Management, Inc. | Proposal for Operation and Maintenance Support Services | 428 13th Street, 4th Floor<br>Oakland, CA 94612<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | OMNIA PARTNERS, LLC | Membership and Confidentiality Agreement | 840 Crescent Centre Drive, Suite 600<br>Franklin, TN 37067<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | Open Text Inc. | Change Request Form | 9711 Washingtonian Blvd.<br>Gaithersburg, MD 20878<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | Open Text Inc. | Change Request Form | 9711 Washingtonian Blvd.<br>Gaithersburg, MD 20878<br>USA | 2/28/2025 |
| 47 | Big Lots Stores, LLC | Open Text Inc. | Mutual Non-Disclosure Agreement | 9711 Washingtonian Blvd.<br>Gaithersburg, MD 20878<br>USA | 2/28/2025 |
| 48 | Big Lots Stores, LLC | Open Text Inc. | Services Order Form | 9711 Washingtonian Blvd., Suite 700<br>Gaithersburg, MD 20878<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | Open Text Inc. | Statement of Work | 9711 Washingtonian Blvd., Suite 700<br>Gaithersburg, MD 20878<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | OpenSesame | Sales Order | 1629 SW Salmon Street<br>Portland, OR 97205<br>USA | 2/28/2025 |
| 51 | Big Lots Stores, LLC | Optimizely, Inc. | A/B Testing | 631 Howard Street, Suite 100<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 52 | Big Lots Stores, LLC | Optimizely, Inc. | Change Order | 631 Howard Street, Suite 100<br>San Francisco, CA 94105<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 53 | Big Lots, Inc. | Optimizely, Inc. | Confidentiality Agreement | 631 Howard Street, Suite 100<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 54 | Big Lots eCommerce LLC | Optimizely, Inc. | Customer Renewal Order Form | 631 Howard Street, Suite 100<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 55 | Big Lots eCommerce LLC | Optimizely, Inc. | Master Subscription Agreement | 631 Howard Street, Suite 100<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 56 | Big Lots eCommerce LLC | Optimizely, Inc. | Order Form for Optimizely Services | 631 Howard Street, Suite 100<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 57 | Big Lots Stores, LLC | Otis Elevator Company | Contract Modification | 777 Dearborn Park Lane<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 58 | Big Lots Stores, LLC | Otis Elevator Company | Lubricate and Survey Service Agreement | 777 Dearborn Park Lane<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Otis Elevator Company | Maintenance Agreement | 2231 Westbrooke Dr Bldg M<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Otis Elevator Company | Maintenance Agreement | 777 Dearborn Park Lane Suite L<br>Columbus, OH 43085<br>USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Otis Elevator Company | Maintenance Agreement | 777 Dearborn Park Lane Suite L<br>Columbus, OH 43085<br>USA | 2/28/2025 |
| 62 | Big Lots, Inc. | Otis Elevator Company | Maintenance Agreement | 223 Westbrooke Dr Bldg M<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Otis Elevator Company | Maintenance Agreement | 223 Westbrooke Dr Bldg M<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | Otis Elevator Company | Maintenance Agreement | 223 Westbrooke Dr Bldg M<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 65 | Big Lots Stores, LLC | Otis Elevator Company | Service Agreement | 777 Dearborn Park Lane<br>Columbus, OH 43228<br>USA | 2/28/2025 |
| 66 | Big Lots eCommerce LLC | Packaging Corporation of America | Termination of Supply Agreement | 1 North Field Court<br>Lake Forest, IL 60045<br>USA | 2/28/2025 |
| 67 | Big Lots eCommerce LLC | Packsize, LLC | Addendum to Equipment Loan and Supply Agreement | 6440 Wasatch Boulevard<br>Salt Lake City, Utah 84121<br>USA | 2/28/2025 |
| 68 | Big Lots eCommerce LLC | Packsize, LLC | Amendment to Packaging as a Service Agreement | 3760 West Smart Pack Way<br>Salt Lake City, Utah 84104<br>USA | 2/28/2025 |
| 69 | Big Lots eCommerce LLC | Packsize, LLC | Equipment Lease & Supply Agreement | 6440 Wasatch Blvd.<br>Salt Lake City, UT 84121<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 70 | Big Lots Stores, LLC | Partners Personnel - Management Services, LLC | Staffing Services Agreement | 3820 State Street, Suite B<br>Santa Barbara, CA 93105<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | PATTERSON FAN | Services Agreement | 1120 NORTHPOINT BLVD<br>BLYTHEWOOD, SC 29016-8873<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | PayScale | Manage Comp Surveys/Benchmarks | 113 Cherry St, Suite 96140<br>Seattle, WA 98104<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Peggs | Services Agreement | 4851 Felspar Street<br>Riverside, CA 92509<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | Peggs Co Inc | Services Agreement | PO BOX 907<br>MIRA LOMA, CA 91752<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | PeopleShare, Inc. | Staffing Services Agreement | 1 Progress Circle<br>Pottsville, PA 17901<br>USA | 2/28/2025 |
| 76 | Closeout Distribution, LLC | PeopleShare, Inc. | Staffing Services Agreement | 1566 Medical Drive<br>Pottstown, PA 19464<br>USA | 2/28/2025 |
| 77 | Closeout Distribution, LLC | PeopleShare, LLC | Staffing Services Agreement | 100 Springhouse Drive, Suite 200<br>Collegeville, PA 19426<br>USA | 2/28/2025 |
| 78 | Big Lots Stores, LLC | Perceptyx, Inc. | Amendment to Master License and Services Agreement | 28765 Single Oak Dr #250<br>Temecula, CA 92590<br>USA | 2/28/2025 |
| 79 | Big Lots Stores, LLC | Perceptyx, Inc. | Data Processing Addendum | 28765 Single Oak Drive<br>Temecula, CA 92590<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | Perceptyx, Inc. | Master License and Services Agreement | 28765 Single Oak Dr, Suite 250<br>Temecula, CA 92590<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Perceptyx, Inc. | Order Form | 28765 Single Oak Dr #250<br>Temecula, CA 92590<br>USA | 2/28/2025 |
| 82 | Big Lots Stores, LLC | Perceptyx, Inc. | Order Form | 28765 Single Oak Dr #250<br>Temecula, CA 92590<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Perceptyx, Inc. | Order Form for Employee Survey Services | 28765 Single Oak Dr #250<br>Temecula, CA 92590<br>USA | 2/28/2025 |
| 84 | Big Lots Stores, LLC | Perfaware LLC | Amendment to Statement of Work | 320 Decker Dr, Ste. 100<br>Irving, TX 75062<br>USA | 2/28/2025 |
| 85 | Big Lots Stores, LLC | Perfaware LLC | Master Services Agreement | 320 Decker Dr, Ste. 100<br>Irving, TX 75062<br>USA | 2/28/2025 |
| 86 | Big Lots Stores, LLC | Perfaware LLC | SaaS Subscription Agreement | 320 Decker Dr, Ste.100<br>Irving, TX 75062<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 87 | Big Lots Stores, LLC | Perfaware LLC | Statement of Work | 320 Decker Dr, Ste. 100<br>Irving, TX 75062<br>USA | 2/28/2025 |
| 88 | Big Lots Stores, LLC | Perfaware LLC | Statement of Work | 320 Decker Dr, Ste. 100<br>Irving, TX 75062<br>USA | 2/28/2025 |
| 89 | Big Lots Stores, LLC | Pickup Now, Inc. | Amendment for Market Development Fund | 5068 West Plano Parkway<br>Plano, TX 75093<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | Pickup Now, Inc. | Amendment to Master Services Agreement | 5068 West Plano Parkway<br>Plano, TX 75093<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | Pickup Now, Inc. | Confidentiality Agreement | 5068 West Plano Parkway<br>Plano, TX 75093<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | Pickup Now, Inc. | Fuel Surcharge Addendum | 5068 West Plano Parkway, Suite 290<br>Plano, TX 75093<br>USA | 2/28/2025 |
| 93 | Big Lots, Inc. | Pickup Now, Inc. | Master Services Agreement | 5068 West Plano Parkway<br>Plano, TX 75093<br>USA | 2/28/2025 |
| 94 | Big Lots, Inc. | Pickup Now, Inc. | Statement of Work | 5068 West Plano Parkway<br>Plano, TX 75093<br>USA | 2/28/2025 |
| 95 | Big Lots eCommerce LLC | Pilot Air Freight, LLC dba Pilot Freight Services | Master Transportation Services Agreement | 314 N. Middletown Rd<br>Lima, PA 19037<br>USA | 2/28/2025 |
| 96 | Big Lots eCommerce LLC | Pilot Air Freight, LLC dba Pilot Freight Services | Transportation Schedule for Home Delivery Services | 314 N. Middletown Rd<br>Lima, PA 19037<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | Pitney Bowes | Sales/Equipment Agreement | P.O. Box 856460<br>Louisville, KY 40285-6460<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | Pitney Bowes Credit Corporation | Lease Agreement | P.O. Box 856460<br>Louisville, KY 40285-6460<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | Pitney Bowes Global Financial Services LLC | Lease Agreement | P.O. Box 856460<br>Louisville, KY 40285-6460<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | Pitney Bowes Inc. | Software License and Maintenance Agreement | 1 Elmcroft Rd<br>Stamford, CT 06926-0700<br>USA | 2/28/2025 |