## **Schedule 2**

**Proposed Rejection Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I.**  [●] |

### ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1.      The Contract and Leases listed on **<u>Schedule 1</u>** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3.      Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5.      Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7.      The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## <u>Schedule 1</u>

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Minute Men, Inc. | Staffing Services Agreement | 3740 Carnegie Avenue<br>Cleveland, Ohio 44115<br>USA | 2/28/2025 |
| 2 | Big Lots eCommerce LLC | Minute Men, Inc. | Staffing Services Agreement | 3740 Carnegie Avenue<br>Cleveland, Ohio 44115<br>USA | 2/28/2025 |
| 3 | Big Lots, Inc. | Mizco International Inc. | Confidentiality Agreement | 80 Essex Avenue East<br>Avenel, New Jersey 07001<br>United States | 2/28/2025 |
| 4 | Big Lots, Inc. | Mizco International, Inc. | Amendment to Settlement Agreement | 80 Essex Avenue East<br>Avenel, New Jersey 07001<br>United States | 2/28/2025 |
| 5 | Big Lots, Inc. | Mizco International, Inc. | Amendment to Settlement Agreement | 80 Essex Avenue East<br>Avenel, New Jersey 07001<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | MIZCO INTERNATIONAL, INC. | Inventory Access Agreement | 80 Essex Avenue East<br>Avenel, New Jersey 07001<br>United States | 2/28/2025 |
| 7 | Big Lots, Inc. | Mizco International, Inc. | SCAN-BASED TRADING VENDOR AGREEMENT | 80 Essex Avenue East<br>Avenel, New Jersey 07001<br>United States | 2/28/2025 |
| 8 | Big Lots, Inc. | Mizco International, Inc. | Settlement Agreement | 80 Essex Avenue East<br>Avenel, NJ 07001<br>USA | 2/28/2025 |
| 9 | Big Lots, Inc. | MODERN | Services Agreement | | 2/28/2025 |
| 10 | Big Lots Stores, LLC | Modular Thermal Technologies LLC | Revenue Share Agreement | 1520 SW 5th Court<br>Pompano Beach, FL 33069<br>USA | 2/28/2025 |
| 11 | AVDC, LLC | Mojave Desert Air Quality Management District | Application for Internal Combustion Engine (I.C.E.) Only | 14306 Park Avenue<br>Victorville, CA 92392-2310<br>USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Moore Wallace North America, Inc. d/b/a RR Donnelley | Equipment Order Contract | 7810 SOLUTION CENTER<br>Chicago, IL 60677-7008<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | Moores Electrical & Mechanical | HVAC Scheduled Maintenance and Service Agreement | 101 Edgewood Avenue<br>Altivista, VA 24517<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | MOORES ELECTRICAL & MECHANICAL | Service Agreement | 101 Edgewood Ave<br>Altavista, VA 24517<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | MOORE'S ELECTRICAL & MECHANICAL CONSTRUCTION, INC. | HVAC Scheduled Maintenance and Service Agreement | 101 EDGEWOOD AVENUE<br>ALTAVISTA, VA 24517<br>USA | 2/28/2025 |
| 16 | Consolidated Property Holdings, LLC | Muzak Limited Partnership | Amendment to Muzak National Account Service Agreement | 300 Phillipi Road, P.O Box 28512<br>Columbus, OH 43228-0512<br>USA | 2/28/2025 |
| 17 | Consolidated Property Holdings, LLC | MUZAK LIMITED PARTNERSHIP | National Account Service Agreement | 400 North 34th Street, Suite 200<br>Seattle, WA 98103<br>USA | 2/28/2025 |
| 18 | Consolidated Property Holdings, LLC | MUZAK LIMITED PARTNERSHIP | National Account Service Agreement | 400 North 34th Street, Suite 200<br>Seattle, WA 98103<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 19 | Big Lots, Inc. | Muzak LLC | Amendment to Multi Territory Account Service Agreement | 2901 Third Ave<br>Seattle, WA 98121<br>USA | 2/28/2025 |
| 20 | Big Lots, Inc. | Muzak LLC | Amendment to Multi Territory Account Service Agreement | 2901 Third Ave<br>Seattle, WA 98121<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | Muzak LLC | Amendment to Multi Territory Account Service Agreement | 2901 Third Ave<br>Seattle, WA 98121<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | MUZAK LLC | Amendment to Multi Territory Account Service Agreement | 2901 Third Ave<br>Seattle, WA 98121<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Muzak LLC | Confidentiality Agreement | 2901 Third Ave<br>Seattle, WA 98121<br>USA | 2/28/2025 |
| 24 | Consolidated Property Holdings, LLC | Muzak LLC | Option Exercise Agreement | 2901 Third Ave<br>Seattle, WA 98121<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | Muzak LLC d/b/a Mood Media | Amendment to Multi Territory Account Service Agreement | 1703 West 5th Street #600<br>Austin, TX 78703<br>USA | 2/28/2025 |
| 26 | Big Lots Stores, LLC | Muzak LLC d/b/a Mood Media | Multi Territory Account Service Agreement | 1703 West 5th Street #600<br>Austin, TX 78703<br>USA | 2/28/2025 |
| 27 | Big Lots, Inc. | Muzak LLC d/b/a Mood Media | Multi Territory Account Service Agreement | 1703 West 5th Street #600<br>Austin, TX 78703<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | Muzak, LLC | Confidentiality Agreement | 300 Phillipi Road, P.O Box 28512<br>Columbus, OH 43228-0512<br>USA | 2/28/2025 |
| 29 | Big Lots Stores, LLC | Muzak, LLC d/b/a Mood Media | Service Agreement Amendment | 300 Phillipi Road, P.O Box 28512<br>Columbus, OH 43228-0512<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | Muzak, LLC d/b/a Mood Media | Service Agreement Amendment | 300 Phillipi Road, P.O Box 28512<br>Columbus, OH 43228-0512<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | NASDAQ OMX Corporate Solutions, LLC | Service Order | One Liberty Plaza 165 Broadway 49th floor<br>New York, NY 10006<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | NAVCO | Services Agreement | 1335 S ACACIA AVE<br>FULLERTON, CA 92831<br>USA | 2/28/2025 |
| 33 | Big Lots Stores, LLC | NB Ventures, Inc. d/b/a GEP | Confidentiality Agreement | 100 Walnut Avenue, Suite 304<br>Clark, NJ 07066<br>USA | 2/28/2025 |
| 34 | Big Lots Stores, LLC | NB Ventures, Inc. d/b/a GEP | Master Services Agreement | 100 Walnut Avenue, Suite 304<br>Clark, NJ 07066<br>USA | 2/28/2025 |
| 35 | Big Lots Stores, LLC | NB Ventures, Inc. d/b/a GEP | Statement of Work for Procurement Transition | 100 Walnut Avenue, Suite 304<br>Clark, NJ 07066<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 36 | Big Lots Stores, LLC | NB Ventures, Inc. d/b/a GEP | Statement of Work for Strategic Procurement Services | 100 Walnut Avenue, Suite 304<br>Clark, NJ 07066<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | Netspend Corporation | Change of Address Notification | 10900-A Stonelake Blvd.<br>Austin, TX 78759<br>USA | 2/28/2025 |
| 38 | Big Lots, Inc. | NetSpend Corporation | First Amendment to Skylight Services Agreement | 701 Brazos Street, Suite 1200<br>Austin, TX 78701<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | Netspend Corporation | Marketing Services Insertion Order | 123 Main St.<br>Austin, TX 73301<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | Netspend Corporation | Notice of Address Change | 5800 Airport Blvd.<br>Austin, TX 78752<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | NetSpend Corporation | Skylight Services Agreement | PO Box 2136<br>Austin, Texas 78768-2136<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | NIAGARA DRINKING WATERS | Services Agreement | 2560 E PHILADELPHIA ST<br>ONTARIO, CA 91761-7768<br>USA | 2/28/2025 |
| 43 | AVDC, LLC | Northgate Environmental Management, Inc. | Proposal for Operation and Maintenance Support Services | 428 13th Street, 4th Floor<br>Oakland, CA 94612<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | OMNIA PARTNERS, LLC | Membership and Confidentiality Agreement | 840 Crescent Centre Drive, Suite 600<br>Franklin, TN 37067<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | Open Text Inc. | Change Request Form | 9711 Washingtonian Blvd.<br>Gaithersburg, MD 20878<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | Open Text Inc. | Change Request Form | 9711 Washingtonian Blvd.<br>Gaithersburg, MD 20878<br>USA | 2/28/2025 |
| 47 | Big Lots Stores, LLC | Open Text Inc. | Mutual Non-Disclosure Agreement | 9711 Washingtonian Blvd.<br>Gaithersburg, MD 20878<br>USA | 2/28/2025 |
| 48 | Big Lots Stores, LLC | Open Text Inc. | Services Order Form | 9711 Washingtonian Blvd., Suite 700<br>Gaithersburg, MD 20878<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | Open Text Inc. | Statement of Work | 9711 Washingtonian Blvd., Suite 700<br>Gaithersburg, MD 20878<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | OpenSesame | Sales Order | 1629 SW Salmon Street<br>Portland, OR 97205<br>USA | 2/28/2025 |
| 51 | Big Lots Stores, LLC | Optimizely, Inc. | A/B Testing | 631 Howard Street, Suite 100<br>San Francisco, CA 94105<br>USA | 2/28/2025 |
| 52 | Big Lots Stores, LLC | Optimizely, Inc. | Change Order | 631 Howard Street, Suite 100<br>San Francisco, CA 94105<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 53 | Big Lots, Inc. | Optimizely, Inc. | Confidentiality Agreement | 631 Howard Street, Suite 100 San Francisco, CA 94105 USA | 2/28/2025 |
| 54 | Big Lots eCommerce LLC | Optimizely, Inc. | Customer Renewal Order Form | 631 Howard Street, Suite 100 San Francisco, CA 94105 USA | 2/28/2025 |
| 55 | Big Lots eCommerce LLC | Optimizely, Inc. | Master Subscription Agreement | 631 Howard Street, Suite 100 San Francisco, CA 94105 USA | 2/28/2025 |
| 56 | Big Lots eCommerce LLC | Optimizely, Inc. | Order Form for Optimizely Services | 631 Howard Street, Suite 100 San Francisco, CA 94105 USA | 2/28/2025 |
| 57 | Big Lots Stores, LLC | Otis Elevator Company | Contract Modification | 777 Dearborn Park Lane Columbus, OH 43228 USA | 2/28/2025 |
| 58 | Big Lots Stores, LLC | Otis Elevator Company | Lubricate and Survey Service Agreement | 777 Dearborn Park Lane Columbus, OH 43228 USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Otis Elevator Company | Maintenance Agreement | 2231 Westbrooke Dr Bldg M Columbus, OH 43228 USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Otis Elevator Company | Maintenance Agreement | 777 Dearborn Park Lane Suite L Columbus, OH 43085 USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Otis Elevator Company | Maintenance Agreement | 777 Dearborn Park Lane Suite L Columbus, OH 43085 USA | 2/28/2025 |
| 62 | Big Lots, Inc. | Otis Elevator Company | Maintenance Agreement | 223 Westbrooke Dr Bldg M Columbus, OH 43228 USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Otis Elevator Company | Maintenance Agreement | 223 Westbrooke Dr Bldg M Columbus, OH 43228 USA | 2/28/2025 |
| 64 | Big Lots, Inc. | Otis Elevator Company | Maintenance Agreement | 223 Westbrooke Dr Bldg M Columbus, OH 43228 USA | 2/28/2025 |
| 65 | Big Lots Stores, LLC | Otis Elevator Company | Service Agreement | 777 Dearborn Park Lane Columbus, OH 43228 USA | 2/28/2025 |
| 66 | Big Lots eCommerce LLC | Packaging Corporation of America | Termination of Supply Agreement | 1 North Field Court Lake Forest, IL 60045 USA | 2/28/2025 |
| 67 | Big Lots eCommerce LLC | Packsize, LLC | Addendum to Equipment Loan and Supply Agreement | 6440 Wasatch Boulevard Salt Lake City, Utah 84121 USA | 2/28/2025 |
| 68 | Big Lots eCommerce LLC | Packsize, LLC | Amendment to Packaging as a Service Agreement | 3760 West Smart Pack Way Salt Lake City, Utah 84104 USA | 2/28/2025 |
| 69 | Big Lots eCommerce LLC | Packsize, LLC | Equipment Lease & Supply Agreement | 6440 Wasatch Blvd. Salt Lake City, UT 84121 USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 70 | Big Lots Stores, LLC | Partners Personnel - Management Services, LLC | Staffing Services Agreement | 3820 State Street, Suite B<br>Santa Barbara, CA 93105<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | PATTERSON FAN | Services Agreement | 1120 NORTHPOINT BLVD<br>BLYTHEWOOD, SC 29016-8873<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | PayScale | Manage Comp Surveys/Benchmarks | 113 Cherry St, Suite 96140<br>Seattle, WA 98104<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Peggs | Services Agreement | 4851 Felspar Street<br>Riverside, CA 92509<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | Peggs Co Inc | Services Agreement | PO BOX 907<br>MIRA LOMA, CA 91752<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | PeopleShare, Inc. | Staffing Services Agreement | 1 Progress Circle<br>Pottsville, PA 17901<br>USA | 2/28/2025 |
| 76 | Closeout Distribution, LLC | PeopleShare, Inc. | Staffing Services Agreement | 1566 Medical Drive<br>Pottstown, PA 19464<br>USA | 2/28/2025 |
| 77 | Closeout Distribution, LLC | PeopleShare, LLC | Staffing Services Agreement | 100 Springhouse Drive, Suite 200<br>Collegeville, PA 19426<br>USA | 2/28/2025 |
| 78 | Big Lots Stores, LLC | Perceptyx, Inc. | Amendment to Master License and Services Agreement | 28765 Single Oak Dr #250<br>Temecula, CA 92590<br>USA | 2/28/2025 |
| 79 | Big Lots Stores, LLC | Perceptyx, Inc. | Data Processing Addendum | 28765 Single Oak Drive<br>Temecula, CA 92590<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | Perceptyx, Inc. | Master License and Services Agreement | 28765 Single Oak Dr, Suite 250<br>Temecula, CA 92590<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Perceptyx, Inc. | Order Form | 28765 Single Oak Dr #250<br>Temecula, CA 92590<br>USA | 2/28/2025 |
| 82 | Big Lots Stores, LLC | Perceptyx, Inc. | Order Form | 28765 Single Oak Dr #250<br>Temecula, CA 92590<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Perceptyx, Inc. | Order Form for Employee Survey Services | 28765 Single Oak Dr #250<br>Temecula, CA 92590<br>USA | 2/28/2025 |
| 84 | Big Lots Stores, LLC | Perfaware LLC | Amendment to Statement of Work | 320 Decker Dr, Ste. 100<br>Irving, TX 75062<br>USA | 2/28/2025 |
| 85 | Big Lots Stores, LLC | Perfaware LLC | Master Services Agreement | 320 Decker Dr, Ste. 100<br>Irving, TX 75062<br>USA | 2/28/2025 |
| 86 | Big Lots Stores, LLC | Perfaware LLC | SaaS Subscription Agreement | 320 Decker Dr, Ste.100<br>Irving, TX 75062<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 87 | Big Lots Stores, LLC | Perfaware LLC | Statement of Work | 320 Decker Dr, Ste. 100<br>Irving, TX 75062<br>USA | 2/28/2025 |
| 88 | Big Lots Stores, LLC | Perfaware LLC | Statement of Work | 320 Decker Dr, Ste. 100<br>Irving, TX 75062<br>USA | 2/28/2025 |
| 89 | Big Lots Stores, LLC | Pickup Now, Inc. | Amendment for Market Development Fund | 5068 West Plano Parkway<br>Plano, TX 75093<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | Pickup Now, Inc. | Amendment to Master Services Agreement | 5068 West Plano Parkway<br>Plano, TX 75093<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | Pickup Now, Inc. | Confidentiality Agreement | 5068 West Plano Parkway<br>Plano, TX 75093<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | Pickup Now, Inc. | Fuel Surcharge Addendum | 5068 West Plano Parkway, Suite 290<br>Plano, TX 75093<br>USA | 2/28/2025 |
| 93 | Big Lots, Inc. | Pickup Now, Inc. | Master Services Agreement | 5068 West Plano Parkway<br>Plano, TX 75093<br>USA | 2/28/2025 |
| 94 | Big Lots, Inc. | Pickup Now, Inc. | Statement of Work | 5068 West Plano Parkway<br>Plano, TX 75093<br>USA | 2/28/2025 |
| 95 | Big Lots eCommerce LLC | Pilot Air Freight, LLC dba Pilot Freight Services | Master Transportation Services Agreement | 314 N. Middletown Rd<br>Lima, PA 19037<br>USA | 2/28/2025 |
| 96 | Big Lots eCommerce LLC | Pilot Air Freight, LLC dba Pilot Freight Services | Transportation Schedule for Home Delivery Services | 314 N. Middletown Rd<br>Lima, PA 19037<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | Pitney Bowes | Sales/Equipment Agreement | P.O. Box 856460<br>Louisville, KY 40285-6460<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | Pitney Bowes Credit Corporation | Lease Agreement | P.O. Box 856460<br>Louisville, KY 40285-6460<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | Pitney Bowes Global Financial Services LLC | Lease Agreement | P.O. Box 856460<br>Louisville, KY 40285-6460<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | Pitney Bowes Inc. | Software License and Maintenance Agreement | 1 Elmcroft Rd<br>Stamford, CT 06926-0700<br>USA | 2/28/2025 |