## Schedule 1

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Pollock | Services Agreement | 1 Pollock Place<br>Grand Prairie, TX 75050<br>USA | 2/28/2025 |
| 2 | Big Lots Stores, LLC | Pollock Investments Incorporated D/B/A Pollock Orora | Product Supply Agreement | 1 Pollock Place<br>Grand Prairie, Texas 75050<br>USA | 2/28/2025 |
| 3 | Big Lots Stores, LLC | Pollock Investments Incorporated D/B/A Pollock Orora | Product Supply Agreement | 1 Pollock Place<br>Grand Prairie, Texas 75050<br>USA | 2/28/2025 |
| 4 | Big Lots Stores, LLC | Pollock Investments, Inc. d/b/a Pollock Orora | Confidentiality Agreement | 1 Pollock Place<br>Grand Prairie, Texas 75050<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | Ponderosa Maint | Services Agreement | 2829 Calle de Saiz<br>Santa Fe, NM 87507<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | PowerReviews, Inc. | Confidentiality Agreement | 180 N. LaSalle Street, 5th Floor<br>Chicago, IL 60601<br>USA | 2/28/2025 |
| 7 | Big Lots eCommerce LLC | PowerReviews, Inc. | Master Services Agreement | 1 N. Dearborn, 8th Floor<br>Chicago, IL 60602<br>USA | 2/28/2025 |
| 8 | Big Lots eCommerce LLC | PowerReviews, Inc. | Service Order | 1 North Dearborn Street Suite 800<br>Chicago, IL 60602<br>USA | 2/28/2025 |
| 9 | Big Lots eCommerce LLC | PowerReviews, Inc. | Service Order | 1 North Dearborn Street Suite 800<br>Chicago, IL 60602<br>USA | 2/28/2025 |
| 10 | Big Lots eCommerce LLC | PowerReviews, Inc. | Service Order for PowerReviews Services | 1 North Dearborn Street Suite 800<br>Chicago, IL 60602<br>USA | 2/28/2025 |
| 11 | Big Lots eCommerce LLC | PowerReviews, Inc. | Statement of Work for Implementation Services | One North Dearborn Street, 8th Floor<br>Chicago, IL 60602<br>USA | 2/28/2025 |
| 12 | Big Lots eCommerce LLC | PowerReviews, Inc. | Statement of Work for Software as a Service - Ratings & Reviews Subscription | One North Dearborn Street, 8th Floor<br>Chicago, IL 60602<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | PR Newswire | Client Agreement Addendum | Cleveland Bureau<br>Cleveland, OH<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | PR Newswire | Letter of Agreement for discounted pricing | Cleveland Bureau<br>Cleveland, OH<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | PR Newswire Association LLC | Agreement for Special Pricing Package | 123 Main St.<br>Columbus, Ohio 43228<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | PR Newswire Association LLC | Pricing Agreement for News Distribution Services | 123 Main St.<br>Columbus, Ohio 43228<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | PR Newswire Association LLC | Service Agreement | 123 Main St.<br>Columbus, OH 43228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots eCommerce LLC | Productsup Corp. | Order Form Addendum | 251 Little Falls Drive<br>Wilmington, Delaware 19808<br>USA | 2/28/2025 |
| 19 | Big Lots eCommerce LLC | Productsup Corp. | Order Form for Subscription Services | 251 Little Falls Drive<br>Wilmington, Delaware 19808<br>USA | 2/28/2025 |
| 20 | Big Lots Stores, LLC | Programmers.io | Confidentiality Agreement | 8951 CYPRESS WATER BLVD STE 160<br>DALLAS, TX 75019<br>USA | 2/28/2025 |
| 21 | Big Lots Stores, LLC | Programmers.io | Statement of Work for Staff Augmentation | 8951 CYPRESS WATER BLVD STE 160<br>DALLAS, TX 75019<br>USA | 2/28/2025 |
| 22 | Big Lots Stores, LLC | Progressive Leasing | Easy Leasing provider | 11629 S. 700 E.<br>Draper, UT 84020<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | PV Remedy INC dba Skybridge Asset Protection | Confidentiality Agreement | 5173 Waring Rd. #43<br>San Diego, CA 92120<br>USA | 2/28/2025 |
| 24 | Big Lots Stores, LLC | PyCharm | Licenses for Pycharm - used for writing Python code and automation of code / data pipelines | | 2/28/2025 |
| 25 | Big Lots, Inc. | Python | Services Agreement | | 2/28/2025 |
| 26 | Big Lots, Inc. | Quad/Graphics, Inc. | Confidentiality Agreement | 1234 Vendor St.<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 27 | Big Lots Stores, LLC | Quad/Graphics, Inc. | Mutual Non-Disclosure Agreement | N61 W23044 Harry's Way<br>Sussex, WI 53089<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | Quad/Graphics, Inc. | Second Amendment to Vendor Print Services Agreement | 1234 Vendor St.<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | Quad/Graphics, Inc. | Services Agreement | N61 W23044 Harry's Way<br>Sussex, WI 53089<br>USA | 2/28/2025 |
| 30 | Big Lots Stores, LLC | Quad/Graphics, Inc. | Statement of Work for Media Planning and Placement | 1234 Vendor St.<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 31 | Big Lots Stores, LLC | Quikly, Inc. | Master Services Agreement | 1555 Broadway Street<br>Detroit, MI 48226<br>USA | 2/28/2025 |
| 32 | Big Lots Stores, LLC | Quikly, Inc. | Refer-a-friend email support | 1555 Broadway Street<br>Detroit, MI 48226<br>USA | 2/28/2025 |
| 33 | Big Lots, Inc. | R.B. Akins | Services Agreement | 4425 N Santa Fe Ave.<br>Oklahoma City, OK 73118<br>USA | 2/28/2025 |
| 34 | Big Lots Stores, LLC | R.R. Donnelley & Sons Company | Confidentiality Agreement | 35 West Wacker Drive<br>Chicago, Illinois 60601<br>USA | 2/28/2025 |
| 35 | Great Basin, LLC | Rail Delivery Services, Inc. | Amendment to Transportation Agreement | 8600 Banana Avenue<br>Fontana, CA  92335<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 36 | Great Basin, LLC | Rail Delivery Services, Inc. | Amendment to Transportation Agreement | 8600 Banana Avenue<br>Fontana, CA  92335<br>USA | 2/28/2025 |
| 37 | Great Basin, LLC | Rail Delivery Services, Inc. | Amendment to Transportation Agreement | 8600 Banana Avenue<br>Fontana, CA  92335<br>USA | 2/28/2025 |
| 38 | Great Basin, LLC | Rail Delivery Services, Inc. | Amendment to Transportation Agreement | 8600 Banana Avenue<br>Fontana, CA  92335<br>USA | 2/28/2025 |
| 39 | Great Basin, LLC | Rail Delivery Services, Inc. | Amendment to Transportation Agreement | 8600 Banana Avenue<br>Fontana, CA  92335<br>USA | 2/28/2025 |
| 40 | Big Lots Stores, LLC | Raise Right/Shop with Scrips | Gift card distribution partner | PO Box 8158<br>Kentwood, MI  49518-8158<br>USA | 2/28/2025 |
| 41 | Big Lots Stores, LLC | Rand Worldwide Subsidiary, Inc. | Services Agreement | 44 Montgomery St., Suite 820<br>San Francisco, CA  94104<br>USA | 2/28/2025 |
| 42 | Big Lots Stores, LLC | Rand Worldwide, Inc. | Services Agreement | 44 Montgomery St., Suite 820<br>San Francisco, CA 94104<br>USA | 2/28/2025 |
| 43 | Big Lots Stores, LLC | Raymond Storage Concepts, Inc. | Bill of Sale | 3341 Centerpoint Drive Unit F<br>Urbancrest, Ohio 43123<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | Raymond Storage Concepts, Inc. | Scheduled Maintenance Service Agreement | 3341 Centerpoint Drive Unit F<br>Urbancrest, Ohio 43123<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | RC MAINTENANCE HOLDINGS INC | Service Agreement | 569 Bateman Circle<br>Corona, CA 92880<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | RC Store Maintenance, Inc. | Services Agreement | 569 Bateman Circle<br>Corona, CA 92880<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | Rentokil North America, Inc. | Amendment to Master Services Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | Rentokil North America, Inc. | Amendment to Services Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | Rentokil North America, Inc. | Amendment to Services Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | Rentokil North America, Inc. | Services Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 51 | Big Lots Stores, LLC | Rentokil North America, Inc. | Store Dispatch Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 52 | Big Lots Stores, LLC | Reveel LLC | Mutual Non-Disclosure Agreement | | 2/28/2025 |
| 53 | Big Lots, Inc. | RHEEM SALES COMPANY INC | Services Agreement | 88058 EXPEDITE WAY<br>CHICAGO, IL 60695-0001<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 54 | Big Lots, Inc. | Rimini Street, Inc. | Confidentiality Agreement | 7251 West Lake Mead Boulevard Las Vegas, Nevada 89128 USA | 2/28/2025 |
| 55 | Big Lots, Inc. | Rimini Street, Inc. | Confidentiality Agreement | 7251 West Lake Mead Boulevard Las Vegas, Nevada 89128 USA | 2/28/2025 |
| 56 | Big Lots Stores, LLC | Rimini Street, Inc. | Master Services Agreement | 7251 West Lake Mead Boulevard Las Vegas, Nevada 89128 USA | 2/28/2025 |
| 57 | Big Lots Stores, LLC | Rimini Street, Inc. | Notice | 7251 West Lake Mead Boulevard Las Vegas, Nevada 89128 USA | 2/28/2025 |
| 58 | Big Lots Stores, LLC | Rimini Street, Inc. | Project Change Request | 7251 West Lake Mead Boulevard Las Vegas, Nevada 89128 USA | 2/28/2025 |
| 59 | Big Lots Stores, LLC | Rimini Street, Inc. | SOW | 7251 West Lake Mead Boulevard Las Vegas, Nevada 89128 USA | 2/28/2025 |
| 60 | Big Lots Stores, LLC | Rimini Street, Inc. | Statement of Work for Professional Services | 7251 West Lake Mead Boulevard, Suite 300 Las Vegas, Nevada 89128 USA | 2/28/2025 |
| 61 | Big Lots, Inc. | RR Donnelley | Confidentiality Agreement | 7810 SOLUTION CENTER CHICAGO, IL 60677-7008 USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | RStudio, PBC | Order Form | 250 Northern Avenue Suite 410 Boston, MA 02210 USA | 2/28/2025 |
| 63 | Big Lots Stores, LLC | RStudio, PBC | Order Form for RStudio Products and Services | 250 Northern Avenue Suite 410 Boston, MA 02210 USA | 2/28/2025 |
| 64 | Big Lots, Inc. | Ruan Transport Corporation | Confidentiality Agreement | 3200 Ruan Center Des Moines, IA 50309 USA | 2/28/2025 |
| 65 | Great Basin, LLC | Ruan Transport Corporation | Transportation Agreement | 3200 Ruan Center Des Moines, IA 50309 USA | 2/28/2025 |
| 66 | Great Basin, LLC | Ruan Transport Corporation | Transportation Agreement | 3200 Ruan Center Des Moines, IA 50309 USA | 2/28/2025 |
| 67 | Big Lots, Inc. | Rug Doctor, Inc. | Third Amendment to the Service and Supply Agreement | 600 DATA DRIVE, SUITE 150 PLANO, TX 75075 USA | 2/28/2025 |
| 68 | Big Lots, Inc. | Rug Doctor, Inc. f/k/a Rug Doctor, L.P. | First Amendment to the Service and Supply Agreement | 600 DATA DRIVE, SUITE 150 PLANO, TX 75075 USA | 2/28/2025 |
| 69 | Big Lots, Inc. | Rug Doctor, Inc. f/k/a Rug Doctor, L.P. | Fourth Amendment to the Service and Supply Agreement | 600 DATA DRIVE, SUITE 150 PLANO, TX 75075 USA | 2/28/2025 |
| 70 | Big Lots, Inc. | Rug Doctor, Inc. f/k/a Rug Doctor, L.P. | Second Amendment to the Service and Supply Agreement | 600 DATA DRIVE, SUITE 150 PLANO, TX 75075 USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 71 | Big Lots Stores, LLC | Rug Doctor, LLC | Carpet cleaning machine rental and product sales | 600 DATA DRIVE, SUITE 150<br>PLANO, TX 75075<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Rug Doctor, LLC | SCAN-BASED TRADING VENDOR AGREEMENT | 600 DATA DRIVE, SUITE 150<br>PLANO, TX 75075<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Ryder Integrated Logistics, Inc. | Transportation Agreement | 11690 NW 105th Street<br>Miami, FL 33178<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | S&P Global Limited (previously IHS Markit Group) | Services Agreement | 55 Water Street<br>New York, NY 10041-0001<br>USA | 2/28/2025 |
| 75 | Big Lots Stores, LLC | S3 Holdings LLC | Revenue Share Agreement | 285 MADISON AVENUE<br>New York, NY 10017<br>USA | 2/28/2025 |
| 76 | Big Lots Stores, LLC | S3 Holdings LLC | Revenue Share Agreement | 285 MADISON AVENUE<br>NY, NY 10017<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | SCHINDLER ELEVATOR CORPORATION | Preventive Maintenance Service Agreement | 18880 Navajo Rd<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 78 | Big Lots, Inc. | Schindler Elevator Corporation | Preventive Maintenance Service Agreement | 3607 Interchange Road<br>Columbus, OH 43204-1499<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | ServeSafe | Services Agreement | 233 S. Wacker Drive, Suite 3600<br>Chicago, IL 60606-6383<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | SHAMBAUGH & SON LP | Services Agreement | PO BOX 1287<br>FORT WAYNE, IN 46801<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Similarweb Inc | Competitive Intelligence | 16 East 34th Street, 15th Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 82 | Big Lots Stores, LLC | Similarweb Inc | Service Order for Digital Marketing and eCommerce Services | 16 East 34th Street, 15th Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Similarweb Inc | Service Order for Digital Marketing and eCommerce Services | 16 East 34th Street, 15th Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 84 | Big Lots eCommerce LLC | Sitecore USA, Inc. | Master Subscription Terms and Conditions | 101 California St, Suite 1600<br>San Francisco, CA 94111<br>USA | 2/28/2025 |
| 85 | Big Lots eCommerce LLC | Sitecore USA, Inc. | SaaS Products Order | 101 California St, Suite 1600<br>San Francisco, CA 94111<br>USA | 2/28/2025 |
| 86 | Big Lots Stores, LLC | Sitecore USA, Inc. | Site Search and Merchandising Tool | 101 California St, Suite 1600<br>San Francisco, CA 94111<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | SJN Data Center LLC dba Encore Technologies | Amendment to Master Services Agreement | 4620 Wesley Avenue<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 88 | Big Lots Stores, LLC | SJN Data Center LLC dba Encore Technologies | Data Center and Master Services Agreement | 4620 Wesley Avenue Cincinnati, OH 45212 USA | 2/28/2025 |
| 89 | Big Lots Stores, LLC | SJN Data Center LLC dba Encore Technologies | Mutual Non-Disclosure Agreement | 4620 Wesley Avenue Cincinnati, OH 45212 USA | 2/28/2025 |
| 90 | Big Lots, Inc. | SJN Data Center LLC, dba Encore Technologies | Master Services Agreement | 4620 Wesley Ave Cincinnati, OH 45212 USA | 2/28/2025 |
| 91 | Big Lots, Inc. | SJN Data Center LLC, dba Encore Technologies | Professional Services Statement of Work | 4620 Wesley Ave Cincinnati, OH 45212 USA | 2/28/2025 |
| 92 | Big Lots Stores, LLC | SJN Data Center LLC, dba Encore Technologies | Services Agreement | 4620 Wesley Ave Cincinnati, OH 45212 USA | 2/28/2025 |
| 93 | Big Lots Stores, LLC | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave Cincinnati, OH 45212 USA | 2/28/2025 |
| 94 | Big Lots Stores, LLC | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave Cincinnati, OH 45212 USA | 2/28/2025 |
| 95 | Big Lots Stores, LLC | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave Cincinnati, OH 45212 USA | 2/28/2025 |
| 96 | Big Lots Stores, LLC | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave Cincinnati, OH 45212 USA | 2/28/2025 |
| 97 | Big Lots Stores, LLC | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave Cincinnati, OH 45212 USA | 2/28/2025 |
| 98 | Big Lots, Inc. | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave Cincinnati, OH 45212 USA | 2/28/2025 |
| 99 | Big Lots, Inc. | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave Cincinnati, OH 45212 USA | 2/28/2025 |
| 100 | Big Lots, Inc. | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave Cincinnati, OH 45212 USA | 2/28/2025 |