**Schedule 2**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5.  Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6.  Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7.  The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Pollock | Services Agreement | 1 Pollock Place<br>Grand Prairie, TX 75050<br>USA | 2/28/2025 |
| 2 | Big Lots Stores, LLC | Pollock Investments Incorporated D/B/A Pollock Orora | Product Supply Agreement | 1 Pollock Place<br>Grand Prairie, Texas 75050<br>USA | 2/28/2025 |
| 3 | Big Lots Stores, LLC | Pollock Investments Incorporated D/B/A Pollock Orora | Product Supply Agreement | 1 Pollock Place<br>Grand Prairie, Texas 75050<br>USA | 2/28/2025 |
| 4 | Big Lots Stores, LLC | Pollock Investments, Inc. d/b/a Pollock Orora | Confidentiality Agreement | 1 Pollock Place<br>Grand Prairie, Texas 75050<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | Ponderosa Maint | Services Agreement | 2829 Calle de Saiz<br>Santa Fe, NM 87507<br>USA | 2/28/2025 |
| 6 | Big Lots, Inc. | PowerReviews, Inc. | Confidentiality Agreement | 180 N. LaSalle Street, 5th Floor<br>Chicago, IL 60601<br>USA | 2/28/2025 |
| 7 | Big Lots eCommerce LLC | PowerReviews, Inc. | Master Services Agreement | 1 N. Dearborn, 8th Floor<br>Chicago, IL 60602<br>USA | 2/28/2025 |
| 8 | Big Lots eCommerce LLC | PowerReviews, Inc. | Service Order | 1 North Dearborn Street Suite 800<br>Chicago, IL 60602<br>USA | 2/28/2025 |
| 9 | Big Lots eCommerce LLC | PowerReviews, Inc. | Service Order | 1 North Dearborn Street Suite 800<br>Chicago, IL 60602<br>USA | 2/28/2025 |
| 10 | Big Lots eCommerce LLC | PowerReviews, Inc. | Service Order for PowerReviews Services | 1 North Dearborn Street Suite 800<br>Chicago, IL 60602<br>USA | 2/28/2025 |
| 11 | Big Lots eCommerce LLC | PowerReviews, Inc. | Statement of Work for Implementation Services | One North Dearborn Street, 8th Floor<br>Chicago, IL 60602<br>USA | 2/28/2025 |
| 12 | Big Lots eCommerce LLC | PowerReviews, Inc. | Statement of Work for Software as a Service - Ratings & Reviews Subscription | One North Dearborn Street, 8th Floor<br>Chicago, IL 60602<br>USA | 2/28/2025 |
| 13 | Big Lots, Inc. | PR Newswire | Client Agreement Addendum | Cleveland Bureau<br>Cleveland, OH<br>USA | 2/28/2025 |
| 14 | Big Lots, Inc. | PR Newswire | Letter of Agreement for discounted pricing | Cleveland Bureau<br>Cleveland, OH<br>USA | 2/28/2025 |
| 15 | Big Lots, Inc. | PR Newswire Association LLC | Agreement for Special Pricing Package | 123 Main St.<br>Columbus, Ohio 43228<br>USA | 2/28/2025 |
| 16 | Big Lots, Inc. | PR Newswire Association LLC | Pricing Agreement for News Distribution Services | 123 Main St.<br>Columbus, Ohio 43228<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | PR Newswire Association LLC | Service Agreement | 123 Main St.<br>Columbus, OH 43228<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots eCommerce LLC | Productsup Corp. | Order Form Addendum | 251 Little Falls Drive<br>Wilmington, Delaware 19808<br>USA | 2/28/2025 |
| 19 | Big Lots eCommerce LLC | Productsup Corp. | Order Form for Subscription Services | 251 Little Falls Drive<br>Wilmington, Delaware 19808<br>USA | 2/28/2025 |
| 20 | Big Lots Stores, LLC | Programmers.io | Confidentiality Agreement | 8951 CYPRESS WATER BLVD STE 160<br>DALLAS, TX 75019<br>USA | 2/28/2025 |
| 21 | Big Lots Stores, LLC | Programmers.io | Statement of Work for Staff Augmentation | 8951 CYPRESS WATER BLVD STE 160<br>DALLAS, TX 75019<br>USA | 2/28/2025 |
| 22 | Big Lots Stores, LLC | Progressive Leasing | Easy Leasing provider | 11629 S. 700 E.<br>Draper, UT 84020<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | PV Remedy INC dba Skybridge Asset Protection | Confidentiality Agreement | 5173 Waring Rd. #43<br>San Diego, CA 92120<br>USA | 2/28/2025 |
| 24 | Big Lots Stores, LLC | PyCharm | Licenses for Pycharm - used for writing Python code and automation of code / data pipelines | | 2/28/2025 |
| 25 | Big Lots, Inc. | Python | Services Agreement | | 2/28/2025 |
| 26 | Big Lots, Inc. | Quad/Graphics, Inc. | Confidentiality Agreement | 1234 Vendor St.<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 27 | Big Lots Stores, LLC | Quad/Graphics, Inc. | Mutual Non-Disclosure Agreement | N61 W23044 Harry's Way<br>Sussex, WI 53089<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | Quad/Graphics, Inc. | Second Amendment to Vendor Print Services Agreement | 1234 Vendor St.<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | Quad/Graphics, Inc. | Services Agreement | N61 W23044 Harry's Way<br>Sussex, WI 53089<br>USA | 2/28/2025 |
| 30 | Big Lots Stores, LLC | Quad/Graphics, Inc. | Statement of Work for Media Planning and Placement | 1234 Vendor St.<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 31 | Big Lots Stores, LLC | Quikly, Inc. | Master Services Agreement | 1555 Broadway Street<br>Detroit, MI 48226<br>USA | 2/28/2025 |
| 32 | Big Lots Stores, LLC | Quikly, Inc. | Refer-a-friend email support | 1555 Broadway Street<br>Detroit, MI 48226<br>USA | 2/28/2025 |
| 33 | Big Lots, Inc. | R.B. Akins | Services Agreement | 4425 N Santa Fe Ave.<br>Oklahoma City, OK 73118<br>USA | 2/28/2025 |
| 34 | Big Lots Stores, LLC | R.R. Donnelley & Sons Company | Confidentiality Agreement | 35 West Wacker Drive<br>Chicago, Illinois 60601<br>USA | 2/28/2025 |
| 35 | Great Basin, LLC | Rail Delivery Services, Inc. | Amendment to Transportation Agreement | 8600 Banana Avenue<br>Fontana, CA  92335<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 36 | Great Basin, LLC | Rail Delivery Services, Inc. | Amendment to Transportation Agreement | 8600 Banana Avenue<br>Fontana, CA  92335<br>USA | 2/28/2025 |
| 37 | Great Basin, LLC | Rail Delivery Services, Inc. | Amendment to Transportation Agreement | 8600 Banana Avenue<br>Fontana, CA  92335<br>USA | 2/28/2025 |
| 38 | Great Basin, LLC | Rail Delivery Services, Inc. | Amendment to Transportation Agreement | 8600 Banana Avenue<br>Fontana, CA  92335<br>USA | 2/28/2025 |
| 39 | Great Basin, LLC | Rail Delivery Services, Inc. | Amendment to Transportation Agreement | 8600 Banana Avenue<br>Fontana, CA  92335<br>USA | 2/28/2025 |
| 40 | Big Lots Stores, LLC | Raise Right/Shop with Scrips | Gift card distribution partner | PO Box 8158<br>Kentwood, MI  49518-8158<br>USA | 2/28/2025 |
| 41 | Big Lots Stores, LLC | Rand Worldwide Subsidiary, Inc. | Services Agreement | 44 Montgomery St., Suite 820<br>San Francisco, CA  94104<br>USA | 2/28/2025 |
| 42 | Big Lots Stores, LLC | Rand Worldwide, Inc. | Services Agreement | 44 Montgomery St., Suite 820<br>San Francisco, CA 94104<br>USA | 2/28/2025 |
| 43 | Big Lots Stores, LLC | Raymond Storage Concepts, Inc. | Bill of Sale | 3341 Centerpoint Drive Unit F<br>Urbancrest, Ohio 43123<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | Raymond Storage Concepts, Inc. | Scheduled Maintenance Service Agreement | 3341 Centerpoint Drive Unit F<br>Urbancrest, Ohio 43123<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | RC MAINTENANCE HOLDINGS INC | Service Agreement | 569 Bateman Circle<br>Corona, CA 92880<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | RC Store Maintenance, Inc. | Services Agreement | 569 Bateman Circle<br>Corona, CA 92880<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | Rentokil North America, Inc. | Amendment to Master Services Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | Rentokil North America, Inc. | Amendment to Services Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | Rentokil North America, Inc. | Amendment to Services Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | Rentokil North America, Inc. | Services Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 51 | Big Lots Stores, LLC | Rentokil North America, Inc. | Store Dispatch Agreement | 1125 Berkshire Blvd., Suite 150<br>Reading, PA 19610<br>USA | 2/28/2025 |
| 52 | Big Lots Stores, LLC | Reveel LLC | Mutual Non-Disclosure Agreement | | 2/28/2025 |
| 53 | Big Lots, Inc. | RHEEM SALES COMPANY INC | Services Agreement | 88058 EXPEDITE WAY<br>CHICAGO, IL 60695-0001<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 54 | Big Lots, Inc. | Rimini Street, Inc. | Confidentiality Agreement | 7251 West Lake Mead Boulevard<br>Las Vegas, Nevada 89128<br>USA | 2/28/2025 |
| 55 | Big Lots, Inc. | Rimini Street, Inc. | Confidentiality Agreement | 7251 West Lake Mead Boulevard<br>Las Vegas, Nevada 89128<br>USA | 2/28/2025 |
| 56 | Big Lots Stores, LLC | Rimini Street, Inc. | Master Services Agreement | 7251 West Lake Mead Boulevard<br>Las Vegas, Nevada 89128<br>USA | 2/28/2025 |
| 57 | Big Lots Stores, LLC | Rimini Street, Inc. | Notice | 7251 West Lake Mead Boulevard<br>Las Vegas, Nevada 89128<br>USA | 2/28/2025 |
| 58 | Big Lots Stores, LLC | Rimini Street, Inc. | Project Change Request | 7251 West Lake Mead Boulevard<br>Las Vegas, Nevada 89128<br>USA | 2/28/2025 |
| 59 | Big Lots Stores, LLC | Rimini Street, Inc. | SOW | 7251 West Lake Mead Boulevard<br>Las Vegas, Nevada 89128<br>USA | 2/28/2025 |
| 60 | Big Lots Stores, LLC | Rimini Street, Inc. | Statement of Work for Professional Services | 7251 West Lake Mead Boulevard, Suite 300<br>Las Vegas, Nevada 89128<br>USA | 2/28/2025 |
| 61 | Big Lots, Inc. | RR Donnelley | Confidentiality Agreement | 7810 SOLUTION CENTER<br>CHICAGO, IL 60677-7008<br>USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | RStudio, PBC | Order Form | 250 Northern Avenue Suite 410<br>Boston, MA 02210<br>USA | 2/28/2025 |
| 63 | Big Lots Stores, LLC | RStudio, PBC | Order Form for RStudio Products and Services | 250 Northern Avenue Suite 410<br>Boston, MA 02210<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | Ruan Transport Corporation | Confidentiality Agreement | 3200 Ruan Center<br>Des Moines, IA 50309<br>USA | 2/28/2025 |
| 65 | Great Basin, LLC | Ruan Transport Corporation | Transportation Agreement | 3200 Ruan Center<br>Des Moines, IA 50309<br>USA | 2/28/2025 |
| 66 | Great Basin, LLC | Ruan Transport Corporation | Transportation Agreement | 3200 Ruan Center<br>Des Moines, IA 50309<br>USA | 2/28/2025 |
| 67 | Big Lots, Inc. | Rug Doctor, Inc. | Third Amendment to the Service and Supply Agreement | 600 DATA DRIVE, SUITE 150<br>PLANO, TX 75075<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | Rug Doctor, Inc. f/k/a Rug Doctor, L.P. | First Amendment to the Service and Supply Agreement | 600 DATA DRIVE, SUITE 150<br>PLANO, TX 75075<br>USA | 2/28/2025 |
| 69 | Big Lots, Inc. | Rug Doctor, Inc. f/k/a Rug Doctor, L.P. | Fourth Amendment to the Service and Supply Agreement | 600 DATA DRIVE, SUITE 150<br>PLANO, TX 75075<br>USA | 2/28/2025 |
| 70 | Big Lots, Inc. | Rug Doctor, Inc. f/k/a Rug Doctor, L.P. | Second Amendment to the Service and Supply Agreement | 600 DATA DRIVE, SUITE 150<br>PLANO, TX 75075<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 71 | Big Lots Stores, LLC | Rug Doctor, LLC | Carpet cleaning machine rental and product sales | 600 DATA DRIVE, SUITE 150<br>PLANO, TX 75075<br>USA | 2/28/2025 |
| 72 | Big Lots, Inc. | Rug Doctor, LLC | SCAN-BASED TRADING VENDOR AGREEMENT | 600 DATA DRIVE, SUITE 150<br>PLANO, TX 75075<br>USA | 2/28/2025 |
| 73 | Big Lots, Inc. | Ryder Integrated Logistics, Inc. | Transportation Agreement | 11690 NW 105th Street<br>Miami, FL 33178<br>USA | 2/28/2025 |
| 74 | Big Lots, Inc. | S&P Global Limited (previously IHS Markit Group) | Services Agreement | 55 Water Street<br>New York, NY 10041-0001<br>USA | 2/28/2025 |
| 75 | Big Lots Stores, LLC | S3 Holdings LLC | Revenue Share Agreement | 285 MADISON AVENUE<br>New York, NY 10017<br>USA | 2/28/2025 |
| 76 | Big Lots Stores, LLC | S3 Holdings LLC | Revenue Share Agreement | 285 MADISON AVENUE<br>NY, NY 10017<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | SCHINDLER ELEVATOR CORPORATION | Preventive Maintenance Service Agreement | 18880 Navajo Rd<br>Apple Valley, CA 92307<br>USA | 2/28/2025 |
| 78 | Big Lots, Inc. | Schindler Elevator Corporation | Preventive Maintenance Service Agreement | 3607 Interchange Road<br>Columbus, OH 43204-1499<br>USA | 2/28/2025 |
| 79 | Big Lots, Inc. | ServeSafe | Services Agreement | 233 S. Wacker Drive, Suite 3600<br>Chicago, IL 60606-6383<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | SHAMBAUGH & SON LP | Services Agreement | PO BOX 1287<br>FORT WAYNE, IN 46801<br>USA | 2/28/2025 |
| 81 | Big Lots Stores, LLC | Similarweb Inc | Competitive Intelligence | 16 East 34th Street, 15th Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 82 | Big Lots Stores, LLC | Similarweb Inc | Service Order for Digital Marketing and eCommerce Services | 16 East 34th Street, 15th Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Similarweb Inc | Service Order for Digital Marketing and eCommerce Services | 16 East 34th Street, 15th Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 84 | Big Lots eCommerce LLC | Sitecore USA, Inc. | Master Subscription Terms and Conditions | 101 California St, Suite 1600<br>San Francisco, CA 94111<br>USA | 2/28/2025 |
| 85 | Big Lots eCommerce LLC | Sitecore USA, Inc. | SaaS Products Order | 101 California St, Suite 1600<br>San Francisco, CA 94111<br>USA | 2/28/2025 |
| 86 | Big Lots Stores, LLC | Sitecore USA, Inc. | Site Search and Merchandising Tool | 101 California St, Suite 1600<br>San Francisco, CA 94111<br>USA | 2/28/2025 |
| 87 | Big Lots, Inc. | SJN Data Center LLC dba Encore Technologies | Amendment to Master Services Agreement | 4620 Wesley Avenue<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 88 | Big Lots Stores, LLC | SJN Data Center LLC dba Encore Technologies | Data Center and Master Services Agreement | 4620 Wesley Avenue<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 89 | Big Lots Stores, LLC | SJN Data Center LLC dba Encore Technologies | Mutual Non-Disclosure Agreement | 4620 Wesley Avenue<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | SJN Data Center LLC, dba Encore Technologies | Master Services Agreement | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | SJN Data Center LLC, dba Encore Technologies | Professional Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 92 | Big Lots Stores, LLC | SJN Data Center LLC, dba Encore Technologies | Services Agreement | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 93 | Big Lots Stores, LLC | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 94 | Big Lots Stores, LLC | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 95 | Big Lots Stores, LLC | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 96 | Big Lots Stores, LLC | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 97 | Big Lots Stores, LLC | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 98 | Big Lots, Inc. | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 100 | Big Lots, Inc. | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |