## <u>Schedule 1</u>

**Schedule of Rejected Contracts and Leases**

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 2 | AVDC, LLC | Skybridge Asset Protection | Services Agreement | 5173 Waring Rd. #43<br>San Diego, CA 92120<br>USA | 2/28/2025 |
| 3 | AVDC, LLC | Skybridge Asset Protection | Services Agreement | 5173 Waring Rd. #43<br>San Diego, CA 92120<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | SMI Mold Testing and Remediation, Inc. dba Disaster Recovery Services | Scope of Work for Disaster Recovery Services | PO Box 989<br>Remsenburg, NY 11960<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | SMI Mold Testing and Remediation, Inc. dba Disaster Recovery Services | Services Agreement | PO Box 989<br>Remsenburg, NY 11960<br>USA | 2/28/2025 |
| 6 | Big Lots Stores, LLC | Software One, Inc. | Amendment to Client Portal Terms of Use | 320 E Buffalo Street<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 7 | Big Lots Stores, LLC | Software One, Inc. | MSA | 320 E Buffalo Street<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 8 | Big Lots Stores, LLC | Software One, Inc. | Services Agreement | 320 E Buffalo Street<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 9 | Big Lots Stores, LLC | Software One, Inc. | Services Agreements | 320 E Buffalo Street<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 10 | Big Lots Stores, LLC | Software One, Inc. | Services Contract for Cloud Managed Services for AWS | 320 E Buffalo Street<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 11 | Big Lots Stores, LLC | Software One, Inc. | Statement of Work for Amazon Connect QuickStart with Freshworks | 320 E Buffalo Street, Suite 200<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 12 | Big Lots eCommerce LLC | Southern Motor Carriers Association, Inc. d/b/a "SMC3" | RateWare XL License - Shipper | 500 Westpark Drive<br>Peachtree City, GA 30269<br>USA | 2/28/2025 |
| 13 | Big Lots eCommerce LLC | Southern Motor Carriers Association, Inc. d/b/a "SMC" | CzarLite Base Rate License - Shipper | 500 Westpark Drive<br>Peachtree City, GA 30269<br>USA | 2/28/2025 |
| 14 | Big Lots eCommerce LLC | Southern Motor Carriers Association, Inc. d/b/a "SMC" | CzarLite Base Rate License - Shipper | 500 Westpark Drive<br>Peachtree City, GA 30269<br>USA | 2/28/2025 |
| 15 | Big Lots eCommerce LLC | Southern Motor Carriers Association, Inc. d/b/a "SMC" | RateWare XL License Agreement | 500 Westpark Drive<br>Peachtree City, GA 30269<br>USA | 2/28/2025 |
| 16 | Big Lots eCommerce LLC | Southern Motor Carriers Association, Inc. d/b/a SMC | Master Agreement | 500 Westpark Drive<br>Peachtree City, GA 30269<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | Speedeon Data | Confidentiality Agreement | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots Stores, LLC | Speedeon Data | New mover and life stage data | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 19 | Big Lots Stores, LLC | Speedeon Data | SOW | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 20 | Big Lots Stores, LLC | Speedeon Data LLC | Amendment | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | SPEEDEON DATA LLC | Amendment to Master Services Agreement | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | Speedeon Data LLC | Data Evaluation Agreement | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Speedeon Data LLC | Statement of Work | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | Speedeon Data LLC | Statement of Work for Data Services | 5875 Landerbrook Drive, Suite 130<br>Cleveland, OH 44124<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | Speedeon Data, LLC | Master Services Agreement | 5875 Landerbrook Drive, Suite 130<br>Cleveland, OH 44124<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | Sprout Social, Inc. | Confidentiality Agreement | 123 N. Wacker Drive<br>Chicago, IL 60606<br>USA | 2/28/2025 |
| 27 | Big Lots Stores, LLC | Sprout Social, Inc. | Service Order Agreement | 123 N. Wacker Drive<br>Chicago, IL 60606<br>USA | 2/28/2025 |
| 28 | Big Lots Stores, LLC | Sprout Social, Inc. | Social media publishing, monitoring, reporting, community management | 123 N. Wacker Drive<br>Chicago, IL 60606<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | Sprout Social, Inc. | Vendor Agreement | 131 S. Dearborn Street, STE 700<br>Chicago, IL 60603<br>USA | 2/28/2025 |
| 30 | Big Lots Stores, LLC | SquareTrade, Inc. | Amendment to Retailer Agreement | 123 Main St.<br>City Name, State Name 12345<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | SquareTrade, Inc. | Retailer Agreement | 600 Harrison Street, Suite 400<br>San Francisco, CA 94107<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | Stanley Access Technologies | Services Agreement | 65 Scott Swamp Rd<br>Farmington, CT 06032<br>USA | 2/28/2025 |
| 33 | Big Lots Stores, LLC | Statista Inc. | Renewal Agreement | 3 World Trade Center at 175 Greenwich Street, 36th Floor<br>New York, NY 10007<br>USA | 2/28/2025 |
| 34 | Big Lots Stores, LLC | Statista Inc. | Renewal Agreement for Subscription Services | 3 World Trade Center at 175 Greenwich Street, 36th Floor<br>New York, NY 10007<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | Statista Inc. | Services Agreement | 55 Broad Street, 30th Floor<br>New York, NY 10004<br>USA | 2/28/2025 |
| 36 | Big Lots Stores, LLC | Statista Inc. | Syndicated Research Partner - Consumer trends | 3 World Trade Center at 175 Greenwich Street, 36th Floor<br>New York, NY 10007<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | STONE ROOFING CO INC | Services Agreement | 730 N CONEY AVE<br>AZUSA, CA 91702<br>USA | 2/28/2025 |
| 38 | Big Lots Stores, LLC | Summit Off Duty LLC | Staffing Services Agreement | 600 E. Las Colinas Boulevard, Suite 900<br>Irving, TX 75039<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | Summit Off Duty Services, LLC | Mutual Non-Disclosure Agreement | 600 E. Las Colinas Boulevard, Suite 900<br>Irving, TX 75039<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | SUNSHINE MILLS INC. | Services Agreement | PO BOX 740209<br>ATLANTA, GA 30374-0209<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | SUNSHINE PROMO | Services Agreement | 4000 HIGHWAY 90  STE H<br>PACE, FL 32571-1909<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | SVA | Services Agreement | 401 Hackensack Ave, 4th Floor,<br>Hackensack, NJ 07601<br>USA | 2/28/2025 |
| 43 | Big Lots Stores, LLC | Taskrabbit, Inc. | Marketing Agreements | P.O. Box 530225<br>Atlanta, GA 30353-0225<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | Tax Compliance, Inc. | Data Processing Agreement | 13500 Evening Creek Drive N, Suite 500<br>San Diego, CA 92128<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | Tax Compliance, Inc. | Master Software License & Services Agreement | 13500 Evening Creek Drive N, Suite 500<br>San Diego, CA 92128<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | Tax Compliance, Inc. | Mutual Nondisclosure Agreement | 13500 Evening Creek Drive N, Suite 500<br>San Diego, CA 92128<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | Tax Compliance, Inc. | Mutual Nondisclosure Agreement | 13500 Evening Creek Drive N, Suite 500<br>San Diego, CA 92128<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | TEMA Roofing Services, LLC | Master Services Agreement | 1596 Motor Inn Drive<br>Girard, OH 44420<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | TEMA Roofing Services, LLC | Statement of Work for Roof Leak Repair | 1596 Motor Inn Drive<br>Girard, OH 44420<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | TEMA Roofing Services, LLC | Statement of Work for Roof Upgrade | 1596 Motor Inn Drive<br>Girard, OH 44420<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | TEMA Roofing Services, LLC | Statement of Work for Roofing Preventative Maintenance Program | 1596 Motor Inn Drive<br>Girard, OH 44420<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots, Inc. | TEMA Roofing Services, LLC. | Statement of Work for Roof Leak Repair | 1596 Motor Inn Drive Girard, OH 44420 USA | 2/28/2025 |
| 53 | Big Lots, Inc. | Terminix Commercial | Pest Control Service Agreement | 4411 Professional Parkway Groveport, OH 43125 USA | 2/28/2025 |
| 54 | Big Lots Stores, LLC | Terminix Commercial | Pest Control Services Agreement | 4411 Professional Parkway Groveport, OH 43125 USA | 2/28/2025 |
| 55 | Big Lots, Inc. | Terminix Commercial | Pest Control Services Agreement | 3455 Centerpoint Drive Urbancrest, Ohio 43123 USA | 2/28/2025 |
| 56 | Big Lots, Inc. | Terminix International Company Limited Partnership | Termination Notice for Pest Control Service Agreement | 3655 Centerpoint Drive Urban Crest, Ohio 43123 USA | 2/28/2025 |
| 57 | Big Lots, Inc. | Terminix International Company, L.P. | Pest Control Service Agreement | 2120 Citygate Drive Columbus, Ohio 43219 USA | 2/28/2025 |
| 58 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging and Larvacide Services | 2120 Citygate Drive Columbus, Ohio 43219 USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 300 Philipi Rd. Columbus, Ohio 43228 USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 3455 Centerpoint Drive Urbancrest, Ohio 43123 USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 2120 Citygate Drive Columbus, Ohio 43219 USA | 2/28/2025 |
| 62 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 300 Philipi Rd. Columbus, Ohio 43228 USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 300 Philipi Rd. Columbus, Ohio 43228 USA | 2/28/2025 |
| 64 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 2120 Citygate Drive Columbus, Ohio 43219 USA | 2/28/2025 |
| 65 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 2120 Citygate Drive Columbus, Ohio 43219 USA | 2/28/2025 |
| 66 | Big Lots, Inc. | The Go To Group | Confidentiality Agreement | 138 N Hickory Ave Bel Air, MD 21014 USA | 2/28/2025 |
| 67 | Big Lots, Inc. | The Go To Group, Inc. | Annual Support Agreement | 138 N Hickory Avenue Bel Air, MD 21014-3240 USA | 2/28/2025 |
| 68 | Big Lots, Inc. | The Go To Group, Inc. | Annual Support Agreement | 138 N Hickory Ave Bel Air, MD 21014 USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | Big Lots Stores, LLC | The Morning Consult LLC | Competitive Intelligence & syndicated platform | 1025 F St NW<br>Washington, DC 20004<br>USA | 2/28/2025 |
| 70 | Big Lots Stores, LLC | The Morning Consult LLC | Custom Brand Tracker | 1025 F St NW<br>Washington, DC 20004<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | The Morning Consult LLC | Master Services Agreement | 1025 F St NW<br>Washington, DC 20004<br>USA | 2/28/2025 |
| 72 | Big Lots Stores, LLC | The Morning Consult LLC | Order Form for Brand Health Tracker Services | 1025 F St NW Ste 800<br>Washington, DC 20004<br>USA | 2/28/2025 |
| 73 | Big Lots Stores, LLC | The Morning Consult LLC | Order Form for Custom Survey Research Bank | 1025 F St NW<br>Washington, DC 20004<br>USA | 2/28/2025 |
| 74 | Big Lots Stores, LLC | The Morning Consult LLC | Order Form for Custom Survey Research Bank | 1025 F St NW<br>Washington, DC 20004<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | The Terminix International Company Limited Partnership | National Accounts Pest Control Services Agreement | 860 Ridge Lake Blvd.<br>Memphis, TN 38120<br>USA | 2/28/2025 |
| 76 | Big Lots, Inc. | The Terminix International Company, L.P. | Amendment to Pest Control Service Agreement | 860 Ridge Lake Boulevard<br>Memphis, Tennessee 38120<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | The Terminix International Company, Limited Partnership | Confidentiality Agreement | 3455 Centerpoint Drive<br>Urbancrest, Ohio 43123<br>USA | 2/28/2025 |
| 78 | Big Lots, Inc. | THE WALDINGER CORPORATION | HVAC Scheduled Maintenance and Service Agreement | 2601 Bell Avenue<br>Des Moines, IA 50321<br>USA | 2/28/2025 |
| 79 | Big Lots Stores, LLC | Thrasio, LLC | Mutual Non-Disclosure Agreement | 85 West Street, Floor 3<br>Walpole, MA 02081<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | TOTAL EQUIPMENT SERVICE | Service Agreement | 8355 W. Flagler St, Ste 235<br>Miami, FL 33144<br>USA | 2/28/2025 |
| 81 | Big Lots, Inc. | Total Equipment Services | HVAC Scheduled Maintenance and Service Agreement | 3695 Ford Dr<br>Chelmsford, ON P0M 1L0<br>Canada | 2/28/2025 |
| 82 | Big Lots, Inc. | TRANE US INC | Services Agreement | PO BOX 845053<br>DALLAS, TX 75284-5053<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Truist Securities | Services Agreement | 3333 PEACHTREE ROAD, N.E., ATLANTA FINANCIAL CENTER, SOUTH TOWER, 9TH FLOOR<br>ATLANTA, GA 30326<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | Truly Nolen of America, inc. | Services Agreement | 3636 E. Speedway Blvd<br>Tucson, AZ 85716<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | TUG HILL MECHANICAL INC | Service Agreement | 791 County Route 22<br>Parish, NY 13131<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 86 | Big Lots, Inc. | TUG HILL MECHANICAL INC | Services Agreement | 791 COUNTY ROUTE 22<br>PARISH, NY 13131-3184<br>USA | 2/28/2025 |
| 87 | Big Lots Stores, LLC | Tug Hill Mechanical, Inc. | Scheduled Maintenance and Service Agreement | 791 COUNTY ROUTE 22<br>PARISH, NY 13131-3184<br>USA | 2/28/2025 |
| 88 | Big Lots, Inc. | TWIN CITY HARDWARE COMPANY | Services Agreement | 723 HADLEY AVE N<br>OAKDALE, MN 55128-6205<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | TWS Facility Services, Inc. | Confidentiality Agreement | 23905 CLINTON KEITH RD 114-423<br>WILDOMAR, CA 92595-7897<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | ULINE | Services Agreement | PO BOX 88741<br>CHICAGO, IL 60680-1741<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | Uncas International LLC | Scan-Based Trading Vendor Agreement | 1600 Division Road<br>West Warwick, RI 02893<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | Uncas International LLC | Scan-Based Trading Vendor Agreement | 1600 Division Road<br>West Warwick, RI 02893<br>USA | 2/28/2025 |
| 93 | Big Lots, Inc. | Uncas International LLC | SCAN-BASED TRADING VENDOR AGREEMENT | 1600 Division Road<br>West Warwick, RI 02893<br>USA | 2/28/2025 |
| 94 | Big Lots, Inc. | Uncas International LLC | SCAN-BASED TRADING VENDOR AGREEMENT | 1600 Division Street<br>West Warwick, RI 02893<br>USA | 2/28/2025 |
| 95 | Big Lots, Inc. | UniFirst Corp. | Termination of Customer Service Agreement | 8176 Presidents Drive, Suite C<br>Hummelstown, PA 17036<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | UniFirst Corporation | Amendment to Textile Rental Service Agreement | 68 Jonspin Road<br>Wilmington, MA 01887<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | UniFirst Corporation | Amendment to Textile Rental Service Agreement | 68 Jonspin Road<br>Wilmington, MA 01887<br>USA | 2/28/2025 |
| 98 | Big Lots Stores, LLC | UniFirst Corporation | Amendment to Textile Rental Service Agreement | 68 Jonspin Road<br>Wilmington, MA 01887<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | UniFirst Corporation | Textile Rental Service Agreement | 68 Jonspin Road<br>Wilmington, MA 01887<br>USA | 2/28/2025 |
| 100 | Big Lots Stores, LLC | United Information Service, Inc. | Second Amendment to Statement of Work | 300 First Stamford Place Second Floor West<br>Stamford, CT 06902<br>USA | 2/28/2025 |