**Schedule 2**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.¹ | **Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")² of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

¹ The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | SJN Data Center LLC, dba Encore Technologies | Staff Augmentation Services Statement of Work | 4620 Wesley Ave<br>Cincinnati, OH 45212<br>USA | 2/28/2025 |
| 2 | AVDC, LLC | Skybridge Asset Protection | Services Agreement | 5173 Waring Rd. #43<br>San Diego, CA 92120<br>USA | 2/28/2025 |
| 3 | AVDC, LLC | Skybridge Asset Protection | Services Agreement | 5173 Waring Rd. #43<br>San Diego, CA 92120<br>USA | 2/28/2025 |
| 4 | Big Lots, Inc. | SMI Mold Testing and Remediation, Inc. dba Disaster Recovery Services | Scope of Work for Disaster Recovery Services | PO Box 989<br>Remsenburg, NY 11960<br>USA | 2/28/2025 |
| 5 | Big Lots, Inc. | SMI Mold Testing and Remediation, Inc. dba Disaster Recovery Services | Services Agreement | PO Box 989<br>Remsenburg, NY 11960<br>USA | 2/28/2025 |
| 6 | Big Lots Stores, LLC | Software One, Inc. | Amendment to Client Portal Terms of Use | 320 E Buffalo Street<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 7 | Big Lots Stores, LLC | Software One, Inc. | MSA | 320 E Buffalo Street<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 8 | Big Lots Stores, LLC | Software One, Inc. | Services Agreement | 320 E Buffalo Street<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 9 | Big Lots Stores, LLC | Software One, Inc. | Services Agreements | 320 E Buffalo Street<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 10 | Big Lots Stores, LLC | Software One, Inc. | Services Contract for Cloud Managed Services for AWS | 320 E Buffalo Street<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 11 | Big Lots Stores, LLC | Software One, Inc. | Statement of Work for Amazon Connect QuickStart with Freshworks | 320 E Buffalo Street, Suite 200<br>Milwaukee, WI 53202<br>USA | 2/28/2025 |
| 12 | Big Lots eCommerce LLC | Southem Motor Carriers Association, Inc. d/b/a "SMC3" | RateWare XL License - Shipper | 500 Westpark Drive<br>Peachtree City, GA 30269<br>USA | 2/28/2025 |
| 13 | Big Lots eCommerce LLC | Southern Motor Carriers Association, Inc. d/b/a "SMC" | CzarLite Base Rate License - Shipper | 500 Westpark Drive<br>Peachtree City, GA 30269<br>USA | 2/28/2025 |
| 14 | Big Lots eCommerce LLC | Southern Motor Carriers Association, Inc. d/b/a "SMC" | CzarLite Base Rate License - Shipper | 500 Westpark Drive<br>Peachtree City, GA 30269<br>USA | 2/28/2025 |
| 15 | Big Lots eCommerce LLC | Southern Motor Carriers Association, Inc. d/b/a "SMC" | RateWare XL License Agreement | 500 Westpark Drive<br>Peachtree City, GA 30269<br>USA | 2/28/2025 |
| 16 | Big Lots eCommerce LLC | Southern Motor Carriers Association, Inc. d/b/a SMC | Master Agreement | 500 Westpark Drive<br>Peachtree City, GA 30269<br>USA | 2/28/2025 |
| 17 | Big Lots, Inc. | Speedeon Data | Confidentiality Agreement | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 18 | Big Lots Stores, LLC | Speedeon Data | New mover and life stage data | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 19 | Big Lots Stores, LLC | Speedeon Data | SOW | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 20 | Big Lots Stores, LLC | Speedeon Data LLC | Amendment | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | SPEEDEON DATA LLC | Amendment to Master Services Agreement | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | Speedeon Data LLC | Data Evaluation Agreement | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | Speedeon Data LLC | Statement of Work | 5875 Landerbrook Drive<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | Speedeon Data LLC | Statement of Work for Data Services | 5875 Landerbrook Drive, Suite 130<br>Cleveland, OH 44124<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | Speedeon Data, LLC | Master Services Agreement | 5875 Landerbrook Drive, Suite 130<br>Cleveland, Ohio 44124<br>USA | 2/28/2025 |
| 26 | Big Lots, Inc. | Sprout Social, Inc. | Confidentiality Agreement | 123 N. Wacker Drive<br>Chicago, IL 60606<br>USA | 2/28/2025 |
| 27 | Big Lots Stores, LLC | Sprout Social, Inc. | Service Order Agreement | 123 N. Wacker Drive<br>Chicago, IL 60606<br>USA | 2/28/2025 |
| 28 | Big Lots Stores, LLC | Sprout Social, Inc. | Social media publishing, monitoring, reporting, community management | 123 N. Wacker Drive<br>Chicago, IL 60606<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | Sprout Social, Inc. | Vendor Agreement | 131 S. Dearborn Street, STE 700<br>Chicago, IL 60603<br>USA | 2/28/2025 |
| 30 | Big Lots Stores, LLC | SquareTrade, Inc. | Amendment to Retailer Agreement | 123 Main St.<br>City Name, State Name 12345<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | SquareTrade, Inc. | Retailer Agreement | 600 Harrison Street, Suite 400<br>San Francisco, CA 94107<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | Stanley Access Technologies | Services Agreement | 65 Scott Swamp Rd<br>Farmington, CT 06032<br>USA | 2/28/2025 |
| 33 | Big Lots Stores, LLC | Statista Inc. | Renewal Agreement | 3 World Trade Center at 175 Greenwich Street, 36th Floor<br>New York, NY 10007<br>USA | 2/28/2025 |
| 34 | Big Lots Stores, LLC | Statista Inc. | Renewal Agreement for Subscription Services | 3 World Trade Center at 175 Greenwich Street, 36th Floor<br>New York, NY 10007<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 35 | Big Lots, Inc. | Statista Inc. | Services Agreement | 55 Broad Street, 30th Floor<br>New York, NY 10004<br>USA | 2/28/2025 |
| 36 | Big Lots Stores, LLC | Statista Inc. | Syndicated Research Partner - Consumer trends | 3 World Trade Center at 175 Greenwich Street, 36th Floor<br>New York, NY 10007<br>USA | 2/28/2025 |
| 37 | Big Lots, Inc. | STONE ROOFING CO INC | Services Agreement | 730 N CONEY AVE<br>AZUSA, CA 91702<br>USA | 2/28/2025 |
| 38 | Big Lots Stores, LLC | Summit Off Duty LLC | Staffing Services Agreement | 600 E. Las Colinas Boulevard, Suite 900<br>Irving, TX 75039<br>USA | 2/28/2025 |
| 39 | Big Lots Stores, LLC | Summit Off Duty Services, LLC | Mutual Non-Disclosure Agreement | 600 E. Las Colinas Boulevard, Suite 900<br>Irving, TX 75039<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | SUNSHINE MILLS INC. | Services Agreement | PO BOX 740209<br>ATLANTA, GA 30374-0209<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | SUNSHINE PROMO | Services Agreement | 4000 HIGHWAY 90  STE H<br>PACE, FL 32571-1909<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | SVA | Services Agreement | 401 Hackensack Ave, 4th Floor,<br>Hackensack, NJ 07601<br>USA | 2/28/2025 |
| 43 | Big Lots Stores, LLC | Taskrabbit, Inc. | Marketing Agreements | P.O. Box 530225<br>Atlanta, GA 30353-0225<br>USA | 2/28/2025 |
| 44 | Big Lots, Inc. | Tax Compliance, Inc. | Data Processing Agreement | 13500 Evening Creek Drive N, Suite 500<br>San Diego, CA 92128<br>USA | 2/28/2025 |
| 45 | Big Lots, Inc. | Tax Compliance, Inc. | Master Software License & Services Agreement | 13500 Evening Creek Drive N, Suite 500<br>San Diego, CA 92128<br>USA | 2/28/2025 |
| 46 | Big Lots, Inc. | Tax Compliance, Inc. | Mutual Nondisclosure Agreement | 13500 Evening Creek Drive N, Suite 500<br>San Diego, CA 92128<br>USA | 2/28/2025 |
| 47 | Big Lots, Inc. | Tax Compliance, Inc. | Mutual Nondisclosure Agreement | 13500 Evening Creek Drive N, Suite 500<br>San Diego, CA 92128<br>USA | 2/28/2025 |
| 48 | Big Lots, Inc. | TEMA Roofing Services, LLC | Master Services Agreement | 1596 Motor Inn Drive<br>Girard, OH 44420<br>USA | 2/28/2025 |
| 49 | Big Lots, Inc. | TEMA Roofing Services, LLC | Statement of Work for Roof Leak Repair | 1596 Motor Inn Drive<br>Girard, OH 44420<br>USA | 2/28/2025 |
| 50 | Big Lots, Inc. | TEMA Roofing Services, LLC | Statement of Work for Roof Upgrade | 1596 Motor Inn Drive<br>Girard, OH 44420<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | TEMA Roofing Services, LLC | Statement of Work for Roofing Preventative Maintenance Program | 1596 Motor Inn Drive<br>Girard, OH 44420<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 52 | Big Lots, Inc. | TEMA Roofing Services, LLC. | Statement of Work for Roof Leak Repair | 1596 Motor Inn Drive<br>Girard, OH 44420<br>USA | 2/28/2025 |
| 53 | Big Lots, Inc. | Terminix Commercial | Pest Control Service Agreement | 4411 Professional Parkway<br>Groveport, OH 43125<br>USA | 2/28/2025 |
| 54 | Big Lots Stores, LLC | Terminix Commercial | Pest Control Services Agreement | 4411 Professional Parkway<br>Groveport, OH 43125<br>USA | 2/28/2025 |
| 55 | Big Lots, Inc. | Terminix Commercial | Pest Control Services Agreement | 3455 Centerpoint Drive<br>Urbancrest, Ohio 43123<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | Terminix International Company Limited Partnership | Termination Notice for Pest Control Service Agreement | 3655 Centerpoint Drive<br>Urban Crest, Ohio 43123<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | Terminix International Company, L.P. | Pest Control Service Agreement | 2120 Citygate Drive<br>Columbus, Ohio 43219<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging and Larvacide Services | 2120 Citygate Drive<br>Columbus, Ohio 43219<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 300 Philipi Rd.<br>Columbus, Ohio 43228<br>USA | 2/28/2025 |
| 60 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 3455 Centerpoint Drive<br>Urbancrest, Ohio 43123<br>USA | 2/28/2025 |
| 61 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 2120 Citygate Drive<br>Columbus, Ohio 43219<br>USA | 2/28/2025 |
| 62 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 300 Philipi Rd.<br>Columbus, Ohio 43228<br>USA | 2/28/2025 |
| 63 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 300 Philipi Rd.<br>Columbus, Ohio 43228<br>USA | 2/28/2025 |
| 64 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 2120 Citygate Drive<br>Columbus, Ohio 43219<br>USA | 2/28/2025 |
| 65 | Big Lots, Inc. | Terminix International Company, L.P. | Service Agreement for Mosquito Fogging Services | 2120 Citygate Drive<br>Columbus, Ohio 43219<br>USA | 2/28/2025 |
| 66 | Big Lots, Inc. | The Go To Group | Confidentiality Agreement | 138 N Hickory Ave<br>Bel Air, MD 21014<br>USA | 2/28/2025 |
| 67 | Big Lots, Inc. | The Go To Group, Inc. | Annual Support Agreement | 138 N Hickory Avenue<br>Bel Air, MD 21014-3240<br>USA | 2/28/2025 |
| 68 | Big Lots, Inc. | The Go To Group, Inc. | Annual Support Agreement | 138 N Hickory Ave<br>Bel Air, MD 21014<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 69 | Big Lots Stores, LLC | The Morning Consult LLC | Competitive Intelligence & syndicated platform | 1025 F St NW<br>Washington, DC 20004<br>USA | 2/28/2025 |
| 70 | Big Lots Stores, LLC | The Morning Consult LLC | Custom Brand Tracker | 1025 F St NW<br>Washington, DC 20004<br>USA | 2/28/2025 |
| 71 | Big Lots, Inc. | The Morning Consult LLC | Master Services Agreement | 1025 F St NW<br>Washington, DC 20004<br>USA | 2/28/2025 |
| 72 | Big Lots Stores, LLC | The Morning Consult LLC | Order Form for Brand Health Tracker Services | 1025 F St NW Ste 800<br>Washington, DC 20004<br>USA | 2/28/2025 |
| 73 | Big Lots Stores, LLC | The Morning Consult LLC | Order Form for Custom Survey Research Bank | 1025 F St NW<br>Washington, DC 20004<br>USA | 2/28/2025 |
| 74 | Big Lots Stores, LLC | The Morning Consult LLC | Order Form for Custom Survey Research Bank | 1025 F St NW<br>Washington, DC 20004<br>USA | 2/28/2025 |
| 75 | Big Lots, Inc. | The Terminix International Company Limited Partnership | National Accounts Pest Control Services Agreement | 860 Ridge Lake Blvd.<br>Memphis, TN 38120<br>USA | 2/28/2025 |
| 76 | Big Lots, Inc. | The Terminix International Company, L.P. | Amendment to Pest Control Service Agreement | 860 Ridge Lake Boulevard<br>Memphis, Tennessee 38120<br>USA | 2/28/2025 |
| 77 | Big Lots, Inc. | The Terminix International Company, Limited Partnership | Confidentiality Agreement | 3455 Centerpoint Drive<br>Urbancrest, Ohio 43123<br>USA | 2/28/2025 |
| 78 | Big Lots, Inc. | THE WALDINGER CORPORATION | HVAC Scheduled Maintenance and Service Agreement | 2601 Bell Avenue<br>Des Moines, IA 50321<br>USA | 2/28/2025 |
| 79 | Big Lots Stores, LLC | Thrasio, LLC | Mutual Non-Disclosure Agreement | 85 West Street, Floor 3<br>Walpole, MA 02081<br>USA | 2/28/2025 |
| 80 | Big Lots, Inc. | TOTAL EQUIPMENT SERVICE | Service Agreement | 8355 W. Flagler St, Ste 235<br>Miami, FL 33144<br>USA | 2/28/2025 |
| 81 | Big Lots, Inc. | Total Equipment Services | HVAC Scheduled Maintenance and Service Agreement | 3695 Ford Dr<br>Chelmsford, ON P0M 1L0<br>Canada | 2/28/2025 |
| 82 | Big Lots, Inc. | TRANE US INC | Services Agreement | PO BOX 845053<br>DALLAS, TX 75284-5053<br>USA | 2/28/2025 |
| 83 | Big Lots, Inc. | Truist Securities | Services Agreement | 3333 PEACHTREE ROAD, N.E., ATLANTA FINANCIAL CENTER, SOUTH TOWER, 9TH FLOOR<br>ATLANTA, GA 30326<br>USA | 2/28/2025 |
| 84 | Big Lots, Inc. | Truly Nolen of America, inc. | Services Agreement | 3636 E. Speedway Blvd<br>Tucson, AZ 85716<br>USA | 2/28/2025 |
| 85 | Big Lots, Inc. | TUG HILL MECHANICAL INC | Service Agreement | 791 County Route 22<br>Parish, NY 13131<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 86 | Big Lots, Inc. | TUG HILL MECHANICAL INC | Services Agreement | 791 COUNTY ROUTE 22<br>PARISH, NY 13131-3184<br>USA | 2/28/2025 |
| 87 | Big Lots Stores, LLC | Tug Hill Mechanical, Inc. | Scheduled Maintenance and Service Agreement | 791 COUNTY ROUTE 22<br>PARISH, NY 13131-3184<br>USA | 2/28/2025 |
| 88 | Big Lots, Inc. | TWIN CITY HARDWARE COMPANY | Services Agreement | 723 HADLEY AVE N<br>OAKDALE, MN 55128-6205<br>USA | 2/28/2025 |
| 89 | Big Lots, Inc. | TWS Facility Services, Inc. | Confidentiality Agreement | 23905 CLINTON KEITH RD 114-423<br>WILDOMAR, CA 92595-7897<br>USA | 2/28/2025 |
| 90 | Big Lots, Inc. | ULINE | Services Agreement | PO BOX 88741<br>CHICAGO, IL 60680-1741<br>USA | 2/28/2025 |
| 91 | Big Lots, Inc. | Uncas International LLC | Scan-Based Trading Vendor Agreement | 1600 Division Road<br>West Warwick, RI 02893<br>USA | 2/28/2025 |
| 92 | Big Lots, Inc. | Uncas International LLC | Scan-Based Trading Vendor Agreement | 1600 Division Road<br>West Warwick, RI 02893<br>USA | 2/28/2025 |
| 93 | Big Lots, Inc. | Uncas International LLC | SCAN-BASED TRADING VENDOR AGREEMENT | 1600 Division Road<br>West Warwick, RI 02893<br>USA | 2/28/2025 |
| 94 | Big Lots, Inc. | Uncas International LLC | SCAN-BASED TRADING VENDOR AGREEMENT | 1600 Division Street<br>West Warwick, RI 02893<br>USA | 2/28/2025 |
| 95 | Big Lots, Inc. | UniFirst Corp. | Termination of Customer Service Agreement | 8176 Presidents Drive, Suite C<br>Hummelstown, PA 17036<br>USA | 2/28/2025 |
| 96 | Big Lots, Inc. | UniFirst Corporation | Amendment to Textile Rental Service Agreement | 68 Jonspin Road<br>Wilmington, MA 01887<br>USA | 2/28/2025 |
| 97 | Big Lots, Inc. | UniFirst Corporation | Amendment to Textile Rental Service Agreement | 68 Jonspin Road<br>Wilmington, MA 01887<br>USA | 2/28/2025 |
| 98 | Big Lots Stores, LLC | UniFirst Corporation | Amendment to Textile Rental Service Agreement | 68 Jonspin Road<br>Wilmington, MA 01887<br>USA | 2/28/2025 |
| 99 | Big Lots, Inc. | UniFirst Corporation | Textile Rental Service Agreement | 68 Jonspin Road<br>Wilmington, MA 01887<br>USA | 2/28/2025 |
| 100 | Big Lots Stores, LLC | United Information Service, Inc. | Second Amendment to Statement of Work | 300 First Stamford Place Second Floor West<br>Stamford, CT 06902<br>USA | 2/28/2025 |