# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots Stores, LLC | United Information Services, Inc., an EXELA Technologies company | outsource of printshop and mailroom plus 2 onsite emplyees | 300 First Stamford Place Second Floor West Stamford, CT 06902 USA | 2/28/2025 |
| 2 | Big Lots Stores, LLC | United Information Services, Inc., an EXELA Technologies company | Statement of Work for Implementation of Print, Mail and Fulfillment Services | 300 First Stamford Place Second Floor West Stamford, CT 06902 USA | 2/28/2025 |
| 3 | Big Lots Stores, LLC | United Mechanical Services | Preventive Maintenance Program Agreement | 1404 JOHNSTOWN UTICA RD NE UTICA, OH 43080 USA | 2/28/2025 |
| 4 | Great Basin, LLC | University | Amendment to Transportation Agreement | | 2/28/2025 |
| 5 | Great Basin, LLC | University | Amendment to Transportation Agreement | | 2/28/2025 |
| 6 | Big Lots, Inc. | Urban Airship, Inc. | Master Subscription Agreement | 1225 West Burnside Street, Suite 401 Portland, OR 97209 USA | 2/28/2025 |
| 7 | Big Lots, Inc. | Urban Airship, Inc. | Master Subscription Agreement | 1225 West Burnside Street, Suite 401 Portland, OR 97209 USA | 2/28/2025 |
| 8 | Big Lots Stores, LLC | Urban Airship, Inc. | Mobile wallet | 1225 West Burnside Street, Suite 401 Portland, OR 97209 USA | 2/28/2025 |
| 9 | Big Lots, Inc. | Urban Airship, Inc. | Order Form | 1417 NW Everett, Suite 300 Portland, OR 97209 USA | 2/28/2025 |
| 10 | Big Lots, Inc. | Urban Airship, Inc. | Order Form for Digital Growth Platform Services | 1417 NW Everett, Suite 300 Portland, OR 97209 USA | 2/28/2025 |
| 11 | Big Lots, Inc. | Urban Airship, Inc. dba AIRSHIP | Order Form for Customer Engagement Platform Services | 1225 West Burnside, Suite 401 Portland, OR 97209 USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Urban Airship, Inc. dba AIRSHIP | Order Form for Customer Engagement Platform Services | 1225 West Burnside, Suite 401 Portland, OR 97209 USA | 2/28/2025 |
| 13 | Big Lots, Inc. | VERSALES INC | Services Agreement | 2509 N NAOMI ST BURBANK, CA 91504-3236 USA | 2/28/2025 |
| 14 | Big Lots Stores, LLC | Vertiv Corporation | Clarification/Supplement to Purchase Order | 505 N. Cleveland Avenue Westerville, OH 43082 USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Vertiv Corporation | Clarification/Supplement to Purchase Order | 505 N. Cleveland Avenue Westerville, OH 43082 USA | 2/28/2025 |
| 16 | Big Lots, Inc. | Vertiv Corporation | Clarification/Supplement to Purchase Order/Agreement | 505 N. Cleveland Avenue Westerville, OH 43082 USA | 2/28/2025 |
| 17 | Big Lots Stores, LLC | Vertiv Corporation | Statement of Work for Maintenance Services | 505 N. Cleveland Avenue Westerville, OH 43082 USA | 2/28/2025 |
| 18 | Big Lots, Inc. | VITELLI FOODS LLC | Confidentiality Agreement | 25 ROCKWOOD PLACE STE 220 ENGLEWOOD, NJ 07631-4959 US | 2/28/2025 |
| 19 | Big Lots, Inc. | VORTEX INDUSTRIES LLC | Services Agreement | | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 20 | Big Lots, Inc. | W BROWN ENTERPRISES | Services Agreement | 2905 NORTH 1ST<br>DURANT, OK 74701-2514<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | WALDINGER CORPORATION | Service Agreement | 2601 Bell Avenue<br>Des Moines, IA 50321<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | WARFIELD ELECTRIC COMPANY INC | Services Agreement | 175 INDUSTRY AVE<br>FRANFORT, IL 60423-1639<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | WAXIE SANITARY SUPPLY | Services Agreement | PO BOX 748802<br>LOS ANGELES, CA 90074-8802<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | WEST COAST ENERGY SYSTEMS LLC | Services Agreement | PO BOX 102515<br>PASADENA, CA 91189-2515<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | WIS International | Inventory Service Agreement | 120 Ottawa Street North<br>Kitchener, Ontario N2H 3K5<br>Canada | 2/28/2025 |
| 26 | Big Lots, Inc. | WIS International | Service Agreement for Physical Inventory Counting | 120 Ottawa Street North<br>Kitchener, Ontario N2H 3K5<br>Canada | 2/28/2025 |
| 27 | Big Lots, Inc. | WOEBER MUSTARD MFG CO | Services Agreement | PO BOX 388<br>SPRINGFIELD, OH 45501-0388<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | Wolverine Fire Protection | Services Agreement | 8067 N. Dort Hwy. PO Box 219<br>Mt. Morris, MI 48458-0219<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | Work4 | Statement of Work for Facebook Career Page Application | C/O Jade Fiducial 990 Biscayne Blvd Office 701<br>Miami, FL 33132<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | Work4 | Statement of Work for Facebook Career Page Application | 735 Market St, Floor 4<br>San Francisco, California 94103<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | Work4 | Statement of Work for Facebook Career Page Application | 735 Market St, Floor 4<br>San Francisco, California 94103<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | Work4 | Statement of Work for Facebook Career Page Application | 735 Market St, Floor 4<br>San Francisco, California 94103<br>USA | 2/28/2025 |
| 33 | Big Lots Stores, LLC | Work4 | Statement of Work for Social Job Sharing | C/O Jade Fiducial 990 Biscayne Blvd Office 701<br>Miami, FL 33132<br>USA | 2/28/2025 |
| 34 | Big Lots Stores, LLC | Work4 | Statement of Work for Social Job Sharing Services | C/O Jade Fiducial 990 Biscayne Blvd Office 701<br>Miami, FL 33132<br>USA | 2/28/2025 |
| 35 | Big Lots, Inc. | Workfront, Inc. | Master Subscription and Services Agreement | 3301 N. Thanksgiving Way, Ste. 100<br>Lehi, UT 84043<br>US | 2/28/2025 |
| 36 | Big Lots, Inc. | Workfront, Inc. | Sales Order | 3301 N. Thanksgiving Way, Suite 100<br>Lehi, UT 84043<br>United States | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 37 | Big Lots, Inc. | Workfront, Inc. | Sales Order | 3301 N. Thanksgiving Way, Suite 500<br>Lehi, UT 84043<br>United States | 2/28/2025 |
| 38 | Big Lots, Inc. | Workiva | Consulting Services Order | 2900 University Blvd.<br>Ames, Iowa 50010<br>USA | 2/28/2025 |
| 39 | Big Lots, Inc. | Workiva | Subscription Order | 2900 University Blvd.<br>Ames, Iowa 50010<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | Workiva Inc. | Amendment to Order | 2900 University Boulevard<br>Ames, IA 50010<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | Workiva Inc. | Master Subscription & Services Order | 2900 University Boulevard<br>Ames, IA 50010<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | Workiva Inc. | Master Subscription & Services Order | 2900 University Boulevard<br>Ames, IA 50010<br>USA | 2/28/2025 |
| 43 | Big Lots, Inc. | Workiva Inc. | Subscription Agreement | 2900 University Blvd.<br>Ames, Iowa 50010<br>USA | 2/28/2025 |
| 44 | Big Lots Stores, LLC | WorkStrategy, Inc. | Services Agreement | 10420 LITTLE PATUXENT PARKWAY STE 2<br>COLUMBIA, MD 21044<br>USA | 2/28/2025 |
| 45 | Big Lots Stores, LLC | WorkStrategy, Inc. | Services Agreement | 10420 LITTLE PATUXENT PARKWAY STE 2<br>COLUMBIA, MD 21044<br>USA | 2/28/2025 |
| 46 | Big Lots Stores, LLC | WorkStrategy, Inc. | Services Agreement | 10420 LITTLE PATUXENT PARKWAY STE 2<br>COLUMBIA, MD 21044<br>USA | 2/28/2025 |
| 47 | Big Lots Stores, LLC | WorkStrategy, Inc. | Services Agreement | 10420 LITTLE PATUXENT PARKWAY STE 2<br>COLUMBIA, MD 21044<br>USA | 2/28/2025 |
| 48 | AVDC, LLC | Xcel Mechanical Systems, Inc. | Service Agreement for HVAC Preventative Maintenance | 1710 130th Street<br>Gardena, CA 90249<br>USA | 2/28/2025 |
| 49 | Big Lots Stores, LLC | Yellowstone Landscape | Landscape Maintenance Agreement | 3235 North State Street, PO Box 849<br>Bunnell, FL 32110<br>USA | 2/28/2025 |
| 50 | Big Lots Stores, LLC | Yellowstone Landscape | Landscape Maintenance Agreement | 3235 North State Street, PO Box 849<br>Bunnell, FL 32110<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | Yext, Inc. | Confidentiality Agreement | 123 Main St.<br>New York, NY 10001<br>USA | 2/28/2025 |
| 52 | Big Lots Stores, LLC | Yext, Inc. | Master Subscription Agreement | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 53 | Big Lots Stores, LLC | Yext, Inc. | Master Subscription Agreement | 4900 E. Dublin Granville Road I<br>Columbus, Ohio 43081<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 54 | Big Lots, Inc. | Yext, Inc. | Master Subscription Agreement | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 55 | Big Lots, Inc. | Yext, Inc. | Master Subscription Agreement | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | Yext, Inc. | Master Subscription Agreement | 1 Madison Avenue, 5th Floor<br>New York, NY 10010<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | Yext, Inc. | Master Subscription Agreement Order Form to Subscription Schedule | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | Yext, Inc. | Master Subscription Agreement Order Form to Subscription Schedule | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Yext, Inc. | Master Subscription Agreement Subscription Schedule | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 60 | Big Lots Stores, LLC | Yext, Inc. | Store Locator | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 61 | Big Lots Stores, LLC | Zeno Group Inc | Mutual Non-Disclosure Agreement | 22048 NETWORK PLACE<br>CHICAGO, IL 60673-1220<br>USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | Zeno Group Inc | Public Relations Agency | 22048 NETWORK PLACE<br>CHICAGO, IL 60673-1220<br>USA | 2/28/2025 |
| 63 | Big Lots Stores, LLC | Zeno Group, Inc. | Master Services Agreement | 130 E. Randolph 30th Floor<br>Chicago, IL 60601<br>USA | 2/28/2025 |
| 64 | Big Lots Stores, LLC | Zeno Group, Inc. | Statement of Work for Brand Visibility 2024 | 130 E. Randolph 30th Floor<br>Chicago, IL 60601<br>USA | 2/28/2025 |
| 65 | Big Lots Stores, LLC | Zeta Global | Data Security Addendum | 3 Park Ave, 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 66 | Big Lots Stores, LLC | Zeta Global Corp. | CDP + SMS & Email Platform | 3 Park Ave. 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 67 | Big Lots Stores, LLC | Zeta Global Corp. | Confidentiality Agreement | 3 Park Avenue, 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 68 | Big Lots Stores, LLC | Zeta Global Corp. | Lapsed/prospect email via Zeta IPs POC | 3 Park Ave. 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 69 | Big Lots Stores, LLC | Zeta Global Corp. | MarTech support services | 3 Park Ave. 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 70 | Big Lots Stores, LLC | Zeta Global Corp. | Master Services Agreement | 3 Park Ave. 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 71 | Big Lots, Inc. | Zeta Global Corp. | Pricing Summary Agreement | 3 Park Ave. 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |