**Schedule 2**

**Proposed Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# Schedule 1

## Schedule of Rejected Contracts and Leases

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 1 | Big Lots Stores, LLC | United Information Services, Inc., an EXELA Technologies company | outsource of printshop and mailroom plus 2 onsite emplyees | 300 First Stamford Place Second Floor West Stamford, CT 06902 USA | 2/28/2025 |
| 2 | Big Lots Stores, LLC | United Information Services, Inc., an EXELA Technologies company | Statement of Work for Implementation of Print, Mail and Fulfillment Services | 300 First Stamford Place Second Floor West Stamford, CT 06902 USA | 2/28/2025 |
| 3 | Big Lots Stores, LLC | United Mechanical Services | Preventive Maintenance Program Agreement | 1404 JOHNSTOWN UTICA RD NE UTICA, OH 43080 USA | 2/28/2025 |
| 4 | Great Basin, LLC | University | Amendment to Transportation Agreement | | 2/28/2025 |
| 5 | Great Basin, LLC | University | Amendment to Transportation Agreement | | 2/28/2025 |
| 6 | Big Lots, Inc. | Urban Airship, Inc. | Master Subscription Agreement | 1225 West Burnside Street, Suite 401 Portland, OR 97209 USA | 2/28/2025 |
| 7 | Big Lots, Inc. | Urban Airship, Inc. | Master Subscription Agreement | 1225 West Burnside Street, Suite 401 Portland, OR 97209 USA | 2/28/2025 |
| 8 | Big Lots Stores, LLC | Urban Airship, Inc. | Mobile wallet | 1225 West Burnside Street, Suite 401 Portland, OR 97209 USA | 2/28/2025 |
| 9 | Big Lots, Inc. | Urban Airship, Inc. | Order Form | 1417 NW Everett, Suite 300 Portland, OR 97209 USA | 2/28/2025 |
| 10 | Big Lots, Inc. | Urban Airship, Inc. | Order Form for Digital Growth Platform Services | 1417 NW Everett, Suite 300 Portland, OR 97209 USA | 2/28/2025 |
| 11 | Big Lots, Inc. | Urban Airship, Inc. dba AIRSHIP | Order Form for Customer Engagement Platform Services | 1225 West Burnside, Suite 401 Portland, OR 97209 USA | 2/28/2025 |
| 12 | Big Lots, Inc. | Urban Airship, Inc. dba AIRSHIP | Order Form for Customer Engagement Platform Services | 1225 West Burnside, Suite 401 Portland, OR 97209 USA | 2/28/2025 |
| 13 | Big Lots, Inc. | VERSALES INC | Services Agreement | 2509 N NAOMI ST BURBANK, CA 91504-3236 USA | 2/28/2025 |
| 14 | Big Lots Stores, LLC | Vertiv Corporation | Clarification/Supplement to Purchase Order | 505 N. Cleveland Avenue Westerville, OH 43082 USA | 2/28/2025 |
| 15 | Big Lots, Inc. | Vertiv Corporation | Clarification/Supplement to Purchase Order | 505 N. Cleveland Avenue Westerville, OH 43082 USA | 2/28/2025 |
| 16 | Big Lots, Inc. | Vertiv Corporation | Clarification/Supplement to Purchase Order/Agreement | 505 N. Cleveland Avenue Westerville, OH 43082 USA | 2/28/2025 |
| 17 | Big Lots Stores, LLC | Vertiv Corporation | Statement of Work for Maintenance Services | 505 N. Cleveland Avenue Westerville, OH 43082 USA | 2/28/2025 |
| 18 | Big Lots, Inc. | VITELLI FOODS LLC | Confidentiality Agreement | 25 ROCKWOOD PLACE STE 220 ENGLEWOOD, NJ 07631-4959 US | 2/28/2025 |
| 19 | Big Lots, Inc. | VORTEX INDUSTRIES LLC | Services Agreement | | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 20 | Big Lots, Inc. | W BROWN ENTERPRISES | Services Agreement | 2905 NORTH 1ST<br>DURANT, OK 74701-2514<br>USA | 2/28/2025 |
| 21 | Big Lots, Inc. | WALDINGER CORPORATION | Service Agreement | 2601 Bell Avenue<br>Des Moines, IA 50321<br>USA | 2/28/2025 |
| 22 | Big Lots, Inc. | WARFIELD ELECTRIC COMPANY INC | Services Agreement | 175 INDUSTRY AVE<br>FRANFORT, IL 60423-1639<br>USA | 2/28/2025 |
| 23 | Big Lots, Inc. | WAXIE SANITARY SUPPLY | Services Agreement | PO BOX 748802<br>LOS ANGELES, CA 90074-8802<br>USA | 2/28/2025 |
| 24 | Big Lots, Inc. | WEST COAST ENERGY SYSTEMS LLC | Services Agreement | PO BOX 102515<br>PASADENA, CA 91189-2515<br>USA | 2/28/2025 |
| 25 | Big Lots, Inc. | WIS International | Inventory Service Agreement | 120 Ottawa Street North<br>Kitchener, Ontario N2H 3K5<br>Canada | 2/28/2025 |
| 26 | Big Lots, Inc. | WIS International | Service Agreement for Physical Inventory Counting | 120 Ottawa Street North<br>Kitchener, Ontario N2H 3K5<br>Canada | 2/28/2025 |
| 27 | Big Lots, Inc. | WOEBER MUSTARD MFG CO | Services Agreement | PO BOX 388<br>SPRINGFIELD, OH 45501-0388<br>USA | 2/28/2025 |
| 28 | Big Lots, Inc. | Wolverine Fire Protection | Services Agreement | 8067 N. Dort Hwy. PO Box 219<br>Mt. Morris, MI 48458-0219<br>USA | 2/28/2025 |
| 29 | Big Lots, Inc. | Work4 | Statement of Work for Facebook Career Page Application | C/O Jade Fiducial 990 Biscayne Blvd Office 701<br>Miami, FL 33132<br>USA | 2/28/2025 |
| 30 | Big Lots, Inc. | Work4 | Statement of Work for Facebook Career Page Application | 735 Market St, Floor 4<br>San Francisco, California 94103<br>USA | 2/28/2025 |
| 31 | Big Lots, Inc. | Work4 | Statement of Work for Facebook Career Page Application | 735 Market St, Floor 4<br>San Francisco, California 94103<br>USA | 2/28/2025 |
| 32 | Big Lots, Inc. | Work4 | Statement of Work for Facebook Career Page Application | 735 Market St, Floor 4<br>San Francisco, California 94103<br>USA | 2/28/2025 |
| 33 | Big Lots Stores, LLC | Work4 | Statement of Work for Social Job Sharing | C/O Jade Fiducial 990 Biscayne Blvd Office 701<br>Miami, FL 33132<br>USA | 2/28/2025 |
| 34 | Big Lots Stores, LLC | Work4 | Statement of Work for Social Job Sharing Services | C/O Jade Fiducial 990 Biscayne Blvd Office 701<br>Miami, FL 33132<br>USA | 2/28/2025 |
| 35 | Big Lots, Inc. | Workfront, Inc. | Master Subscription and Services Agreement | 3301 N. Thanksgiving Way, Ste. 100<br>Lehi, UT 84043<br>US | 2/28/2025 |
| 36 | Big Lots, Inc. | Workfront, Inc. | Sales Order | 3301 N. Thanksgiving Way, Suite 100<br>Lehi, UT 84043<br>United States | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 37 | Big Lots, Inc. | Workfront, Inc. | Sales Order | 3301 N. Thanksgiving Way, Suite 500<br>Lehi, UT 84043<br>United States | 2/28/2025 |
| 38 | Big Lots, Inc. | Workiva | Consulting Services Order | 2900 University Blvd.<br>Ames, Iowa 50010<br>USA | 2/28/2025 |
| 39 | Big Lots, Inc. | Workiva | Subscription Order | 2900 University Blvd.<br>Ames, Iowa 50010<br>USA | 2/28/2025 |
| 40 | Big Lots, Inc. | Workiva Inc. | Amendment to Order | 2900 University Boulevard<br>Ames, IA 50010<br>USA | 2/28/2025 |
| 41 | Big Lots, Inc. | Workiva Inc. | Master Subscription & Services Order | 2900 University Boulevard<br>Ames, IA 50010<br>USA | 2/28/2025 |
| 42 | Big Lots, Inc. | Workiva Inc. | Master Subscription & Services Order | 2900 University Boulevard<br>Ames, IA 50010<br>USA | 2/28/2025 |
| 43 | Big Lots, Inc. | Workiva Inc. | Subscription Agreement | 2900 University Blvd.<br>Ames, Iowa 50010<br>USA | 2/28/2025 |
| 44 | Big Lots Stores, LLC | WorkStrategy, Inc. | Services Agreement | 10420 LITTLE PATUXENT PARKWAY STE 2<br>COLUMBIA, MD 21044<br>USA | 2/28/2025 |
| 45 | Big Lots Stores, LLC | WorkStrategy, Inc. | Services Agreement | 10420 LITTLE PATUXENT PARKWAY STE 2<br>COLUMBIA, MD 21044<br>USA | 2/28/2025 |
| 46 | Big Lots Stores, LLC | WorkStrategy, Inc. | Services Agreement | 10420 LITTLE PATUXENT PARKWAY STE 2<br>COLUMBIA, MD 21044<br>USA | 2/28/2025 |
| 47 | Big Lots Stores, LLC | WorkStrategy, Inc. | Services Agreement | 10420 LITTLE PATUXENT PARKWAY STE 2<br>COLUMBIA, MD 21044<br>USA | 2/28/2025 |
| 48 | AVDC, LLC | Xcel Mechanical Systems, Inc. | Service Agreement for HVAC Preventative Maintenance | 1710 130th Street<br>Gardena, CA 90249<br>USA | 2/28/2025 |
| 49 | Big Lots Stores, LLC | Yellowstone Landscape | Landscape Maintenance Agreement | 3235 North State Street, PO Box 849<br>Bunnell, FL 32110<br>USA | 2/28/2025 |
| 50 | Big Lots Stores, LLC | Yellowstone Landscape | Landscape Maintenance Agreement | 3235 North State Street, PO Box 849<br>Bunnell, FL 32110<br>USA | 2/28/2025 |
| 51 | Big Lots, Inc. | Yext, Inc. | Confidentiality Agreement | 123 Main St.<br>New York, NY 10001<br>USA | 2/28/2025 |
| 52 | Big Lots Stores, LLC | Yext, Inc. | Master Subscription Agreement | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 53 | Big Lots Stores, LLC | Yext, Inc. | Master Subscription Agreement | 4900 E. Dublin Granville Road I<br>Columbus, Ohio 43081<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 54 | Big Lots, Inc. | Yext, Inc. | Master Subscription Agreement | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 55 | Big Lots, Inc. | Yext, Inc. | Master Subscription Agreement | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 56 | Big Lots, Inc. | Yext, Inc. | Master Subscription Agreement | 1 Madison Avenue, 5th Floor<br>New York, NY 10010<br>USA | 2/28/2025 |
| 57 | Big Lots, Inc. | Yext, Inc. | Master Subscription Agreement Order Form to Subscription Schedule | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 58 | Big Lots, Inc. | Yext, Inc. | Master Subscription Agreement Order Form to Subscription Schedule | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 59 | Big Lots, Inc. | Yext, Inc. | Master Subscription Agreement Subscription Schedule | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 60 | Big Lots Stores, LLC | Yext, Inc. | Store Locator | 1 Madison Avenue<br>New York, NY 10010<br>USA | 2/28/2025 |
| 61 | Big Lots Stores, LLC | Zeno Group Inc | Mutual Non-Disclosure Agreement | 22048 NETWORK PLACE<br>CHICAGO, IL 60673-1220<br>USA | 2/28/2025 |
| 62 | Big Lots Stores, LLC | Zeno Group Inc | Public Relations Agency | 22048 NETWORK PLACE<br>CHICAGO, IL 60673-1220<br>USA | 2/28/2025 |
| 63 | Big Lots Stores, LLC | Zeno Group, Inc. | Master Services Agreement | 130 E. Randolph 30th Floor<br>Chicago, IL 60601<br>USA | 2/28/2025 |
| 64 | Big Lots Stores, LLC | Zeno Group, Inc. | Statement of Work for Brand Visibility 2024 | 130 E. Randolph 30th Floor<br>Chicago, IL 60601<br>USA | 2/28/2025 |
| 65 | Big Lots Stores, LLC | Zeta Global | Data Security Addendum | 3 Park Ave, 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 66 | Big Lots Stores, LLC | Zeta Global Corp. | CDP + SMS & Email Platform | 3 Park Ave. 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 67 | Big Lots Stores, LLC | Zeta Global Corp. | Confidentiality Agreement | 3 Park Avenue, 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 68 | Big Lots Stores, LLC | Zeta Global Corp. | Lapsed/prospect email via Zeta IPs POC | 3 Park Ave. 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 69 | Big Lots Stores, LLC | Zeta Global Corp. | MarTech support services | 3 Park Ave. 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |
| 70 | Big Lots Stores, LLC | Zeta Global Corp. | Master Services Agreement | 3 Park Ave. 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |

| # | Debtor Entity | Contract Counterparty | Rejected Agreement/Lease | Contract Counterparty Address | Effective Rejection Date |
|---|---|---|---|---|---|
| 71 | Big Lots, Inc. | Zeta Global Corp. | Pricing Summary Agreement | 3 Park Ave. 33rd Floor<br>New York, NY 10016<br>USA | 2/28/2025 |