# EXHIBIT A

**Post-Closing Designation Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF DESIGNATION OF DESIGNATED ASSET**

WHEREAS, Gordon Brothers Retail Partners, LLC, as buyer ("Buyer"), and Big Lots, Inc., a Delaware corporation and debtor and debtor in possession ("Seller"), are parties to that certain Asset Purchase Agreement dated as of January 3, 2025 (the "Purchase Agreement"), pursuant to which Buyer agreed to acquire the Assets from Seller and the other the Selling Entities[2].

WHEREAS, pursuant to an order of the Bankruptcy Court entered January 2, 2025 (the "Sale Order")[ECF No. 1556], the Bankruptcy Court approved the Selling Entities' sale of the Assets to Buyer pursuant to the Purchase Agreement;

WHEREAS, on January 3, 3025, the Initial Closing under the Purchase Agreement occurred; and

WHEREAS, in accordance with Section 2.05(b) of the Purchase Agreement, Buyer desires to (a) designate each of the 365 Contracts identified on Exhibit A hereto and incorporated herein (each, a "Designated Lease" and, collectively, the "Designated Leases") as a "Designated Asset" for assumption and assignment, and (b) designate the applicable party listed as "Assignee" on Exhibit A with respect to each Designated Lease as the "Designated Buyer" with respect to the acquisition, assumption and assignment of such Designated Lease.

**DESIGNATION OF DESIGNATED ASSET**

1.      In accordance with Section 2.05(b) of the Purchase Agreement, Buyer hereby (a) designates each of the Designated Leases as a "Designated Asset", and (b) designates the "Assignee" listed on Exhibit A with respect to such Designated Lease as the "Designated Buyer" for such Designated Lease.

---

[1]      The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]      All capitalized undefined terms used in this Notice shall have the same meaning as in the Purchase Agreement.

4230621.1

2

IN WITNESS WHEREOF, this Notice of Designation has been signed by as of the date hereof.

Dated:  February 27, 2025
        Boston, Massachusetts

Respectfully submitted,

**GORDON BROTHERS RETAIL PARTNERS, LLC**

By:  */s/ David Braun*
     101 Huntington Avenue, 11th Floor
     Boston, MA 02199
     Email: dbraun@gordonbrothers.com

*Attorney for Gordon Brothers Retail Partners, LLC*

2

4230621.1

## EXHIBIT A

## DESIGNATED LEASES

| Store Number | Address | Purchaser Entity | Landlord Name |
|---|---|---|---|
| 809 | 1335 W. Walnut Ave. Dalton, GA 30720 | Burlington Coat Factory Warehouse Corporation | WALNUT AVENUE PARTNERS LLC |
| 1012 | 6880 Garners Ferry Rd. Columbia, SC 29209 | Burlington Coat Factory Warehouse Corporation | LANDMARK SQUARE LP |
| 1155 | 125 Highway 332 W. Lake Jackson, TX 77566 | Burlington Coat Factory of Texas, L.P. | EDIFIS LJC, LTD |
| 1218 | 19142 Montgomery Village Ave. Montgomery Village, MD 20886 | Burlington Coat Factory Warehouse Corporation | MONTGOMERY VILLAGE, LLC |
| 1595 | 1400 Merritt Blvd. Dundalk, MD 21222 | Burlington Coat Factory Warehouse Corporation | VEI DUNDALK LLC |
| 1742 | 1601 E Price Rd. Brownsville, TX 78521 | Burlington Coat Factory of Texas, L.P. | KAMS PARTNERS LP |
| 1890 | 5781 SW Green Oaks Blvd. Arlington, TX 76017 | Burlington Coat Factory of Texas, L.P. | ASHEBORO MARKETPLACE, LLC |
| 4658 | 151 VFW Parkway Revere, MA 02151 | Burlington Coat Factory of Texas, Inc. | UE REVERE LLC |
| 4753 | 9500 Montgomery Blvd. NE, Suite Albuquerque, NM 87111 | Burlington Coat Factory Warehouse Corporation | CPP SIERRA VISTA, LLC |
| 5118 | 1507 West Mason St. Green Bay, WI 54303 | Burlington Coat Factory Warehouse Corporation | AAM - GREEN BAY PLAZA, LLC |
| 5238 | 11 McKenna Rd. Arden, NC 28704 | Burlington Coat Factory Warehouse Corporation | SOUTHRIDGE ASSOCIATES, LLC |
| 5144 | 380 Universal Dr. N North Haven, CT 06473 | Burlington Coat Factory Warehouse Corporation | AUGUST AMERICA, LLC |

4230621.1