## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2025, I caused copies of the foregoing Limited Objection To And Reservation Of Rights In Connection With Notice Of Filing Of Tenth Post-Closing Designation Notice to be served via electronic mail upon:

| Name | Email address |
| --- | --- |
| Robert J. Dehney, Sr., Esquire | rdehney@morrisnichols.com |
| Andrew R. Remming, Esquire | aremming@morrisnichols.com |
| Daniel B. Butz, Esquire | dbutz@morrisnichols.com |
| Sophie Rogers Churchill, Esquire | srchurchill@morrisnichols.com |
| Casey B. Sawyer, Esquire | csawyer@morrisnichols.com |
| Brian M. Resnick, Esquire | brian.resnick@davispolk.com |
| Adam L. Shpeen, Esquire | adam.shpeen@davispolk.com |
| Stephen D. Piraino, Esquire | stephen.piraino@davispolk.com |
| Ethan Stern, Esquire | ethan.stern@davispolk.com |
| Steven E. Fox, Esquire | sfox@riemerlaw.com |

Dated:  March 3, 2025
       Wilmington, Delaware

/s/ Adam Hiller
Adam Hiller (DE No. 4105)
HILLER LAW, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone