## **EXHIBIT A**

| Store Number | Address | Base Rent PSF | Lease Expiration Date | Options | Purchaser Entity | Cure |
|---|---|---|---|---|---|---|
| 5132 | 1075 Mantua Pike<br>West Deptford, NJ 08096-3910 | $290,400.48 | 1/31/2029 | 5 | Berat Corporation | 9,845.20 |

12