## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 20, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on the Ordinary Course Professionals Email Service List attached hereto as **Exhibit A**:

- Notice of Supplement to List of Ordinary Course Professionals [Docket No. 2033]

- Declaration of Disinterestedness of John Roepcke in Support of Employment of Ary Roepcke Mulchaey, P.C [Docket No. 2034]

*[Remainder of page intentionally left blank]*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: March 3, 2025

/s/ Amy Castillo
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 3, 2025, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 86230

**<u>Exhibit A</u>**

## Exhibit A
Ordinary Course Professionals Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Choate, Hall & Stewart LLP | Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com |
| Cole Schotz, P.C. | Attn: Justin R. Alberto, Stacy L. Newman | jalberto@coleschotz.com<br>snewman@coleschotz.com |
| McDermott Will & Emery | Attn: Darren Azman, Kristin K. Going | dazman@mwe.com<br>kgoing@mwe.com |
| Office of the United States Trustee for the District of Delaware | Attn: Linda Casey | Linda.Casey@usdoj.gov |