# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS INC., *et al.*[1] | ) | Case No. 24-11967 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION

**PLEASE TAKE NOTICE** that Eric G. Walraven, Esq., primary counsel for Sensational Brands, Inc. and The Marketing Group, LLC, is now associated with the firm of Fee, Smith & Sharp, LLP.  His new contact information is:

Eric G. Walraven, Esq.
Three Galleria Tower
13155 Noel Road
Suite 1000
Dallas, Texas 75240
P  972-980-3287
F  972-934-9200
ewalraven@feesmith.com

Dated: March 5, 2025
                              LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                              */s/ Susan E. Kaufman*
                              Susan E. Kaufman, (DSB# 3381)
                              919 North Market Street, Suite 460
                              Wilmington, DE 19801
                              (302) 472-7420
                              (302) 792-7420 Fax
                              skaufman@skaufmanlaw.com
                              *Delaware counsel for Sensational Brands, Inc. and The Marketing Group, LLC*

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785);Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); 1NFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).