IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 24-11967 (JKS), *et seq.*<br><br>(Jointly Administered)<br><br>**Re: Dkt. Nos. 1923, 1977** |

## WITHDRAWAL OF OBJECTION TO CURE AMOUNT

Dorchester Realty LLC ("Dorchester"), by and through its attorneys, hereby withdraws its Objection To Cure Amount For Assumption And Assignment Of Lease (Docket No. 1977), all parties to bear their own costs.

Dated: March 5, 2025
Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

-and-

Burton S. Weston, Esquire
Garfunkel Wild, P.C.
111 Great Neck Road
Great Neck, New York  11021
t: 516.393.2588 | f: 516.466.5964
bweston@garfunkelwild.com

*Attorneys for Dorchester Realty LLC*