**EXHIBIT B**

**Designated Leases**

| Store # | Store Address | Debtor Entity | Landlord | Assignee | Cure |
|---|---|---|---|---|---|
| 387 | 16100 E 10 MILE RD, Eastpointe, MI 48021 | Big Lots Stores, LLC | Yono Properties<br><br>Mike Yono<br>MSY87@AOL.COM | Forman Mills Inc.<br><br>sdushey@formanmills.com | $0 |
| 1697 | 5009 SALEM AVE, Trotwood, OH 45426 | Big Lots Stores, LLC | Linda Barnett Properties, LLC<br><br>Michael DuBois<br>michael@greenearthrealty.com | Forman Mills Inc.<br><br>sdushey@formanmills.com | $0 |
| 1754 | 3215 N 5TH STREET HWY, Reading, PA 19605 | Big Lots Stores, LLC | Madeira Plaza Power LLC<br><br>Lee Zekaria<br>lz@paramountrealty.com | Forman Mills Inc.<br><br>sdushey@formanmills.com | $0 |
| 1753 | 1255 SUNRISE HWY, Copiague, NY 11726 | Big Lots Stores, LLC | George Butsikaris Realty, Inc.<br><br>James Butsikaris<br>jim@gbrealty.net | Forman Mills Inc.<br><br>sdushey@formanmills.com | $12,728 |
| 5331 | 6121 CRAWFORDSVILLE RD, Speedway, IN 46224 | Big Lots Stores, LLC | HR Property Group<br><br>Eli Mashiach<br>eli@hrpropertygroup.com | Forman Mills Inc.<br><br>sdushey@formanmills.com | $0 |