UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | : | |
| Debtors. | : | Case No 24-11967 (JKS)<br>(Jointly Administered) |

## NOTICE OF MOTION

     **PLEASE TAKE NOTICE** that on American Plastic Toys, Inc. filed the attached Motion for Allowance and Payment of Administrative Expense Claims ("**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Motion seeks the allowance and payment of administrative claim.

     **PLEASE TAKE FURTHER NOTICE** that, any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before March 21, 2025, at 4:00 p.m. ET (the "**Objection Deadline**"), must also serve a copy of your response or objection upon the undersigned counsel so as to be received on or prior to the Objection Deadline.

     PLEASE TAKE FURTHER NOTICE that if an objection is properly filed and served, a hearing will be held before the Honorable J. Kate Stickles, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 on TBD.

     PLEASE TAKE FURTHER NOTICE, THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE REQUEST WITHOUT FURTHER NOTICE OR HEARING. PLEASE TAKE FURTHER NOTICE THAT, A HEARING WITH RESPECT TO THE MOTION MAY BE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2

SCHEDULED AT THE CONVENIENCE OF THE COURT.

| | |
|---|---|
| Dated:  March 7, 2025 | **McElroy, Deutsch, Mulvaney & Carpenter, LLP**<br><br>By: <u>*Gary Bressler*</u><br>　　Gary Bressler, Esq<br>　　Gaston Loomis<br>　　300 Delaware Ave., Suite 1014<br>　　Wilmington, DE 19801<br>　　Telephone:  302.300.4515<br>　　gbressler@mdmc-law.com<br>　　gloomis@mdmc-law.com<br><br>　　*Attorneys for American Plastic Toys, Inc*. |

5439273.1