# **EXHIBIT A**

**Exhibit A - Summary of Post-Petition Sales**

| Invoice No | Purchase Order No | InvoiceDate | DueDate | Balance |
|---|---|---|---|---|
| 2496391-IN | 0095351000 | 10/23/24 | 12/7/24 | 15,350.40 |
| 2496400-IN | 0095351000 | 10/23/24 | 12/7/24 | 11,808.00 |
| 2496403-IN | 0095609791 | 10/23/24 | 12/7/24 | 15,350.40 |
| 2496463-IN | 0095612515 | 10/25/24 | 12/9/24 | 11,965.63 |
| 2496502-IN | 0095609791 | 10/28/24 | 12/12/24 | 15,350.40 |
| 2496513-IN | 0095609791 | 10/28/24 | 12/12/24 | 15,350.40 |
| 2496562-IN | 0095612513 | 10/29/24 | 12/13/24 | 16,204.86 |
| 2496666-IN | 0095612515 | 10/31/24 | 12/15/24 | 3,207.96 |
| 2496669-IN | 0095612513 | 10/31/24 | 12/15/24 | 4,654.05 |
| 2496686-IN | 0095609791 | 11/1/24 | 12/16/24 | 7,380.00 |
| 2496687-IN | 0095350998 | 11/1/24 | 12/16/24 | 15,350.40 |
| 2496688-IN | 0095350998 | 11/1/24 | 12/16/24 | 15,350.40 |
| 2496692-IN | 0095612513 | 11/1/24 | 12/16/24 | 12,141.00 |
| 2496697-IN | 0095650467 | 11/1/24 | 12/16/24 | 17,924.00 |
| 2496698-IN | 0095609928 | 11/1/24 | 12/16/24 | 885.60 |
| 2496699-IN | 0095612515 | 11/4/24 | 12/19/24 | 15,979.09 |
| 2496709-IN | 0095350998 | 11/4/24 | 12/19/24 | 15,350.40 |
| 2496710-IN | 0095609928 | 11/4/24 | 12/19/24 | 15,350.40 |
| 2496711-IN | 0095612514 | 11/4/24 | 12/19/24 | 8,346.32 |
| 2496738-IN | 0095350998 | 11/4/24 | 12/19/24 | 13,136.40 |
| 2496754-IN | 0095650467 | 11/5/24 | 12/20/24 | 14,047.00 |
| 2496803-IN | 0095609928 | 11/5/24 | 12/20/24 | 15,350.40 |
| 2496805-IN | 0095609928 | 11/5/24 | 12/20/24 | 15,350.40 |
| 2496895-IN | 0095650466 | 11/7/24 | 12/22/24 | 6,783.80 |
| 2496896-IN | 0095650467 | 11/7/24 | 12/22/24 | 2,716.35 |
| 2496952-IN | 0095650827 | 11/8/24 | 12/23/24 | 15,346.80 |
| 2496953-IN | 0095650827 | 11/11/24 | 12/26/24 | 15,024.35 |
| 2497075-IN | 0095650466 | 11/12/24 | 12/27/24 | 6,864.50 |
| 2497090-IN | 0095612514 | 11/13/24 | 12/28/24 | 14,573.05 |
| 2497111-IN | 0095612514 | 11/13/24 | 12/28/24 | 17,148.00 |
| 2497152-IN | 0095612514 | 11/13/24 | 12/28/24 | 12,141.00 |
| 2497183-IN | 0095650466 | 11/13/24 | 12/28/24 | 14,937.25 |
| 2497184-IN | 0095650466 | 11/13/24 | 12/28/24 | 15,444.55 |
| 2497196-IN | 0095350999 | 11/14/24 | 12/29/24 | 9,741.60 |
| 2497406-IN | 0095350999 | 11/18/24 | 1/2/25 | 15,350.40 |
| 2497408-IN | 0095650827 | 11/18/24 | 1/2/25 | 12,730.05 |
| 2497538-IN | 0095350999 | 11/19/24 | 1/3/25 | 15,350.40 |
| 2497621-IN | 0095350999 | 11/20/24 | 1/4/25 | 15,350.40 |

480,686.41

# EXHIBIT B

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095650827
10/23/2024

**Bill To:**

MONTGOMERY DC - #0870
4900 E Dublin Granville Rd
Columbus , OH  43081 US

**Ship To:**
MONTGOMERY DC - #0870
Contact Name: MONTGOMERY DC - #0870 CSC
DISTRIBUTION, LLC
2855 SELMA HWY
 MONTGOMERY ,  AL  36108
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0870
Contact Phone: 334-286-6633

**Vendor:**
AMERICAN PLASTIC TOYS INC

**Distribution Center:**
DC #: 0870

**Store:**
Store #: 0870

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 11/1/2024 | 11/7/2024 | 11/11/2024 | 11/13/2024 | Net 45 |

| Location # | Location Type | | Vendor # |
|---|---|---|---|
| 0870 | Warehouse | | 0001000048 |

| Shipping/Service Level | | Total Units | PO # |
|---|---|---|---|
| | 5224 | | |

| FOB | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | **FOB Point** |
| Collect | On Vessel (Free On Board [FOB] point) | US MICHIGAN | Country of Origin | US | Collect |

| Buyer |
|---|
| **Name** |
| POVICH, JULIA |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

27-Jan-2025

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095650827
10/23/2024

| 1 | 810797318<br>Manufacturer's Part #: 12780<br>UPC #: 025217127807<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 911<br>Master Pack: 1 | MVO TOOL BENCH | 911<br>Inner Packs:<br>1 | Each | 10 | 9110 |
|---|---|---|---|---|---|---|
| 2 | 810797319<br>Manufacturer's Part #: 20140<br>UPC #: 025217201408<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 553<br>Master Pack: 1 | SUPERMARKET SET | 553<br>Inner Packs:<br>1 | Each | 7.15 | 3953.95 |
| 3 | 810797320<br>Manufacturer's Part #: 20180<br>UPC #: 025217201804<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 513<br>Master Pack: 1 | KIDS CART SET | 513<br>Inner Packs:<br>1 | Each | 4.45 | 2282.85 |
| 4 | 810539839<br>Manufacturer's Part #: 30045<br>UPC #: 025217300507<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 838<br>Master Pack: 1 | AP RIDE ON TRIKE | 838<br>Inner Packs:<br>1 | Each | 9.95 | 8338.1 |
| 5 | 810755594<br>Manufacturer's Part #: 77002<br>UPC #: 025217770027<br>Size Code: 0002<br>Brand/Label: Brand<br>Qty Ordered: 275<br>Master Pack: 2 | 2 PC MEGA CONSTRUCTION SET | 550<br>Inner Packs:<br>2 | Each | 10.8 | 5940 |
| 6 | 810797321<br>Manufacturer's Part #: 77750<br>UPC #: 025217777507<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 787<br>Master Pack: 1 | MEGA CONSTRUCTION | 787<br>Inner Packs:<br>1 | Each | 9.95 | 7830.65 |
| 7 | 810797322<br>Manufacturer's Part #: 90050<br>UPC #: 025217900509<br>Size Code: 0004<br>Brand/Label: Brand<br>Qty Ordered: 268<br>Master Pack: 4 | FASHION DOLL PATIO | 1072<br>Inner Packs:<br>4 | Each | 5.35 | 5735.2 |

| Packing Slip: N | | |
|---|---|---|
| Special Instructions Type | | Mutually Defined |
| Comments | | BIG LOTS PO TERMS AND COMMENTS |

**Biglots Stores Inc**

# Purchase Order

Replace
Stand-alone Order
0095650827
10/23/2024

Special Instructions: BY
ACKNOWLEDGING THIS ORDER
 SHIPPING ANY ORDERED
GOODS OR ACCEPTING
PAYMENT
VENDOR AGREES TO ALL
TERMS OF BIG LOTS PO
VENDOR ROUTING AND
COMPLIANCE GUIDE
AND OTHER DOMESTIC
DOCUMENTS AT
BIGLOTS.COM/VENDOR AS IN
EFFECT ON THE ORDER DATE
DIP-24-11967

| | |
|---|---|
| **Total** | 43190.75 |

27-Jan-2025

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095650467
10/23/2024

**Bill To:**
DURANT DC - #0879
4900 E Dublin Granville Rd
Columbus , OH  43081 US

**Ship To:**
DURANT DC - #0879
Contact Name: DURANT DC - #0879 DURANT DC, LLC
2306 ENTERPRISE DR
 DURANT , OK  74701
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0879
Contact Phone: 580-931-2100

**Vendor:**
AMERICAN PLASTIC TOYS INC

**Distribution Center:**
DC #: 0879

**Store:**
Store #: 0879

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 10/25/2024 | 10/31/2024 | 11/4/2024 | 11/6/2024 | Net 45 |

| Location # | Location Type | | Vendor # |
|---|---|---|---|
| 0879 | Warehouse | | 0001000048 |

| Shipping/Service Level | Total Units | PO # |
|---|---|---|
| | 4195 | |

| FOB | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | **FOB Point** |
| Collect | On Vessel (Free On Board [FOB] point) | US MICHIGAN | Country of Origin | US | Collect |

| Buyer |
|---|
| **Name** |
| POVICH, JULIA |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

27-Jan-2025

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095650467
10/23/2024

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 810797318<br>Manufacturer's Part #: 12780<br>UPC #: 025217127807<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 732<br>Master Pack: 1 | MVO TOOL BENCH | 732<br>Inner Packs:<br>1 | Each | 10 | 7320 |
| 2 | 810797319<br>Manufacturer's Part #: 20140<br>UPC #: 025217201408<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 444<br>Master Pack: 1 | SUPERMARKET SET | 444<br>Inner Packs:<br>1 | Each | 7.15 | 3174.6 |
| 3 | 810797320<br>Manufacturer's Part #: 20180<br>UPC #: 025217201804<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 412<br>Master Pack: 1 | KIDS CART SET | 412<br>Inner Packs:<br>1 | Each | 4.45 | 1833.4 |
| 4 | 810539839<br>Manufacturer's Part #: 30045<br>UPC #: 025217300507<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 673<br>Master Pack: 1 | AP RIDE ON TRIKE | 673<br>Inner Packs:<br>1 | Each | 9.95 | 6696.35 |
| 5 | 810755594<br>Manufacturer's Part #: 77002<br>UPC #: 025217770027<br>Size Code: 0002<br>Brand/Label: Brand<br>Qty Ordered: 221<br>Master Pack: 2 | 2 PC MEGA CONSTRUCTION SET | 442<br>Inner Packs:<br>2 | Each | 10.8 | 4773.6 |
| 6 | 810797321<br>Manufacturer's Part #: 77750<br>UPC #: 025217777507<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 632<br>Master Pack: 1 | MEGA CONSTRUCTION | 632<br>Inner Packs:<br>1 | Each | 9.95 | 6288.4 |
| 7 | 810797322<br>Manufacturer's Part #: 90050<br>UPC #: 025217900509<br>Size Code: 0004<br>Brand/Label: Brand<br>Qty Ordered: 215<br>Master Pack: 4 | FASHION DOLL PATIO | 860<br>Inner Packs:<br>4 | Each | 5.35 | 4601 |

Packing Slip: N

Special Instructions Type

Comments

Mutually
Defined
BIG LOTS
PO TERMS
AND
COMMENTS

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095650467
10/23/2024

Special Instructions: BY ACKNOWLEDGING THIS ORDER
 SHIPPING ANY ORDERED GOODS OR ACCEPTING PAYMENT
VENDOR AGREES TO ALL TERMS OF BIG LOTS PO
VENDOR ROUTING AND COMPLIANCE GUIDE
AND OTHER DOMESTIC DOCUMENTS AT
BIGLOTS.COM/VENDOR AS IN EFFECT ON THE ORDER DATE
DIP-24-11967

| Total | 34687.35 |
|-------|----------|

27-Jan-2025

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095650466
10/23/2024

**Bill To:**
TREMONT DC - #0874
4900 E Dublin Granville Rd
Columbus , OH  43081 US

**Ship To:**
TREMONT DC - #0874
Contact Name: TREMONT DC - #0874 CLOSEOUT
DISTRIBUTION, LLC
50 RAUSCH CREEK RD
 TREMONT , PA  17981
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0874
Contact Phone: 570-695-2848
**Vendor:**
AMERICAN PLASTIC TOYS INC
**Distribution Center:**          **Store:**
DC #: 0874                          Store #: 0874

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 11/4/2024 | 11/8/2024 | 11/11/2024 | 11/14/2024 | Net 45 |

| Location # | Location Type | | Vendor # |
|---|---|---|---|
| 0874 | Warehouse | | 0001000048 |

| Shipping/Service Level | Total Units | PO # |
|---|---|---|
| | 6175 | |

| FOB | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | **FOB Point** |
| Collect | On Vessel (Free On Board [FOB] point) | US MICHIGAN | Country of Origin | US | Collect |

| Buyer |
|---|
| **Name** |
| POVICH, JULIA |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

**Biglots Stores Inc**

**Purchase Order**

Replace
Stand-alone Order
0095650466
10/23/2024

| 1 | 810797318<br>Manufacturer's Part #: 12780<br>UPC #: 025217127807<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 1077<br>Master Pack: 1 | MVO TOOL BENCH | 1077<br>Inner Packs:<br>1 | Each | 10 | 10770 |
|---|---|---|---|---|---|---|
| 2 | 810797319<br>Manufacturer's Part #: 20140<br>UPC #: 025217201408<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 653<br>Master Pack: 1 | SUPERMARKET SET | 653<br>Inner Packs:<br>1 | Each | 7.15 | 4668.95 |
| 3 | 810797320<br>Manufacturer's Part #: 20180<br>UPC #: 025217201804<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 606<br>Master Pack: 1 | KIDS CART SET | 606<br>Inner Packs:<br>1 | Each | 4.45 | 2696.7 |
| 4 | 810539839<br>Manufacturer's Part #: 30045<br>UPC #: 025217300507<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 990<br>Master Pack: 1 | AP RIDE ON TRIKE | 990<br>Inner Packs:<br>1 | Each | 9.95 | 9850.5 |
| 5 | 810755594<br>Manufacturer's Part #: 77002<br>UPC #: 025217770027<br>Size Code: 0002<br>Brand/Label: Brand<br>Qty Ordered: 325<br>Master Pack: 2 | 2 PC MEGA CONSTRUCTION<br>SET | 650<br>Inner Packs:<br>2 | Each | 10.8 | 7020 |
| 6 | 810797321<br>Manufacturer's Part #: 77750<br>UPC #: 025217777507<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 931<br>Master Pack: 1 | MEGA CONSTRUCTION | 931<br>Inner Packs:<br>1 | Each | 9.95 | 9263.45 |
| 7 | 810797322<br>Manufacturer's Part #: 90050<br>UPC #: 025217900509<br>Size Code: 0004<br>Brand/Label: Brand<br>Qty Ordered: 317<br>Master Pack: 4 | FASHION DOLL PATIO | 1268<br>Inner Packs:<br>4 | Each | 5.35 | 6783.8 |

| Packing Slip: N | | | | | |
|---|---|---|---|---|---|
| Special Instructions Type | | | | | Mutually<br>Defined |
| Comments | | | | | BIG LOTS<br>PO TERMS<br>AND<br>COMMENTS |

**Biglots Stores Inc**

# Purchase Order

Replace
Stand-alone Order
0095650466
10/23/2024

Special Instructions: BY
ACKNOWLEDGING THIS ORDER
 SHIPPING ANY ORDERED
GOODS OR ACCEPTING
PAYMENT
VENDOR AGREES TO ALL
TERMS OF BIG LOTS PO
VENDOR ROUTING AND
COMPLIANCE GUIDE
AND OTHER DOMESTIC
DOCUMENTS AT
BIGLOTS.COM/VENDOR AS IN
EFFECT ON THE ORDER DATE
DIP-24-11967

| | |
|---|---|
| **Total** | 51053.4 |

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095612515
9/16/2024

**Bill To:**
DURANT DC - #0879
4900 E Dublin Granville Rd
Columbus , OH  43081 US

**Ship To:**
DURANT DC - #0879
Contact Name: DURANT DC - #0879 DURANT DC, LLC
2306 ENTERPRISE DR
 DURANT , OK  74701
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0879
Contact Phone: 580-931-2100

**Vendor:**
AMERICAN PLASTIC TOYS INC

**Distribution Center:**                    **Store:**
DC #: 0879                                  Store #: 0879

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 10/17/2024 | 10/22/2024 | 11/4/2024 | 10/28/2024 | Net 45 |

| Location # | Location Type | | Vendor # |
|---|---|---|---|
| 0879 | Warehouse | | 0001000048 |

| Shipping/Service Level | Total Units | PO # |
|---|---|---|
| X | 2812 | |

| FOB | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | **FOB Point** |
| Collect | On Vessel (Free On Board [FOB] point) | US MICHIGAN-LTL | Country of Origin | US | Collect |

| Buyer |
|---|
| **Name** |
| LUMLEY, CHRISTINE |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 810486122<br>Manufacturer's Part #: 11680<br>UPC #: 025217116559<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 937<br>Master Pack: 1 | KITCHEN AND BASKET SET | 937<br>Inner Packs:<br>1 | Each | 13.49 | 12640.13 |
| 2 | 810111019<br>Manufacturer's Part #: 11425<br>UPC #: 025217114500<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 1071<br>Master Pack: 1<br>Volume (cf): 2678 | MY VERY OWN NURSERY & DOLL BUGGY | 1071<br>Inner Packs:<br>1 | Each | 14.29 | 15304.59 |
| 3 | 810785439<br>Manufacturer's Part #: 20037<br>UPC #: 025217200371<br>Size Code: 0004<br>Brand/Label: Brand<br>Qty Ordered: 201<br>Master Pack: 4 | TIDY UP VACUUM SET | 804<br>Inner Packs:<br>4 | Each | 3.99 | 3207.96 |

27-Jan-2025

**Biglots Stores Inc**

# Purchase Order

Replace
Stand-alone Order
0095612515
9/16/2024

Packing Slip: N

Special Instructions Type

Mutually
Defined
Comments
BIG LOTS
PO TERMS
AND
COMMENTS

Special Instructions: BY
ACKNOWLEDGING THIS ORDER
SHIPPING ANY ORDERED
GOODS OR ACCEPTING
PAYMENT
VENDOR AGREES TO ALL
TERMS OF BIG LOTS PO
VENDOR ROUTING AND
COMPLIANCE GUIDE
AND OTHER DOMESTIC
DOCUMENTS AT
BIGLOTS.COM/VENDOR AS IN
EFFECT ON THE ORDER DATE
DIP-24-11967

| | |
|---|---|
| **Total** | 31152.68 |

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095612514
9/16/2024

**Bill To:**
TREMONT DC - #0874
4900 E Dublin Granville Rd
Columbus , OH  43081  US

**Ship To:**
TREMONT DC - #0874
Contact Name: TREMONT DC - #0874 CLOSEOUT
DISTRIBUTION, LLC
50 RAUSCH CREEK RD
 TREMONT , PA  17981
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0874
Contact Phone: 570-695-2848
**Vendor:**
AMERICAN PLASTIC TOYS INC
**Distribution Center:**          **Store:**
DC #: 0874                        Store #: 0874

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 10/17/2024 | 10/22/2024 | 11/4/2024 | 10/28/2024 | Net 45 |

| Location # | Location Type | | Vendor # |
|---|---|---|---|
| 0874 | Warehouse | | 0001000048 |

| Shipping/Service Level | | Total Units | PO # |
|---|---|---|---|
| X | | 4713 | |

| FOB | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | **FOB Point** |
| Collect | On Vessel (Free On Board [FOB] point) | US MICHIGAN-LTL | Country of Origin | US | Collect |

| Buyer |
|---|
| **Name** |
| OPEN DIV 5 |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095612514
9/16/2024

| # | Item | Description | Qty | Unit | Price | Total |
|---|------|-------------|-----|------|-------|-------|
| 1 | 810486122<br>Manufacturer's Part #: 11680<br>UPC #: 025217116559<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 1570<br>Master Pack: 1 | KITCHEN AND BASKET SET | 1570<br>Inner Packs:<br>1 | Each | 13.49 | 21179.3 |
| 2 | 810111019<br>Manufacturer's Part #: 11425<br>UPC #: 025217114500<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 1795<br>Master Pack: 1<br>Volume (cf): 4488 | MY VERY OWN NURSERY &<br>DOLL BUGGY | 1795<br>Inner Packs:<br>1 | Each | 14.29 | 25650.55 |
| 3 | 810785439<br>Manufacturer's Part #: 20037<br>UPC #: 025217200371<br>Size Code: 0004<br>Brand/Label: Brand<br>Qty Ordered: 337<br>Master Pack: 4 | TIDY UP VACUUM SET | 1348<br>Inner Packs:<br>4 | Each | 3.99 | 5378.52 |

Packing Slip: N

Special Instructions Type

Comments

Mutually Defined
BIG LOTS
PO TERMS
AND
COMMENTS

Special Instructions: BY ACKNOWLEDGING THIS ORDER  SHIPPING ANY ORDERED GOODS OR ACCEPTING PAYMENT
VENDOR AGREES TO ALL TERMS OF BIG LOTS PO VENDOR ROUTING AND COMPLIANCE GUIDE
AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON THE ORDER DATE
DIP-24-11967

| | **Total** | 52208.37 |
|---|---|---|

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095612513
9/16/2024

**Bill To:**
MONTGOMERY DC - #0870
4900 E Dublin Granville Rd
Columbus , OH  43081 US

**Ship To:**
MONTGOMERY DC - #0870
Contact Name: MONTGOMERY DC - #0870 CSC
DISTRIBUTION, LLC
2855 SELMA HWY
 MONTGOMERY ,  AL  36108
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0870
Contact Phone: 334-286-6633
**Vendor:**
AMERICAN PLASTIC TOYS INC
**Distribution Center:**       **Store:**
DC #: 0870                      Store #: 0870

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 10/17/2024 | 10/22/2024 | 11/4/2024 | 10/28/2024 | Net 45 |

| Location # | Location Type | | Vendor # |
|---|---|---|---|
| 0870 | Warehouse | | 0001000048 |

| Shipping/Service Level | | Total Units | PO # |
|---|---|---|---|
| X | 2979 | | |

| FOB | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | **FOB Point** |
| Collect | On Vessel (Free On Board [FOB] point) | US MICHIGAN-LTL | Country of Origin | US | Collect |

| Buyer |
|---|
| **Name** |
| OPEN DIV 5 |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095612513
9/16/2024

| # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 810486122<br>Manufacturer's Part #: 11680<br>UPC #: 025217116559<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 993<br>Master Pack: 1 | KITCHEN AND BASKET SET | 993<br>Inner Packs:<br>1 | Each | 13.49 | 13395.57 |
| 2 | 810111019<br>Manufacturer's Part #: 11425<br>UPC #: 025217114500<br>Size Code: 0001<br>Brand/Label: Brand<br>Qty Ordered: 1134<br>Master Pack: 1<br>Volume (cf): 2835 | MY VERY OWN NURSERY &<br>DOLL BUGGY | 1134<br>Inner Packs:<br>1 | Each | 14.29 | 16204.86 |
| 3 | 810785439<br>Manufacturer's Part #: 20037<br>UPC #: 025217200371<br>Size Code: 0004<br>Brand/Label: Brand<br>Qty Ordered: 213<br>Master Pack: 4 | TIDY UP VACUUM SET | 852<br>Inner Packs:<br>4 | Each | 3.99 | 3399.48 |

| | | | |
|---|---|---|---|
| Packing Slip: N | | | |
| Special Instructions Type | | | Mutually<br>Defined |
| Comments | | | BIG LOTS<br>PO TERMS<br>AND<br>COMMENTS |
| Special Instructions: BY ACKNOWLEDGING THIS ORDER SHIPPING ANY ORDERED GOODS OR ACCEPTING PAYMENT VENDOR AGREES TO ALL TERMS OF BIG LOTS PO VENDOR ROUTING AND COMPLIANCE GUIDE AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON THE ORDER DATE DIP-24-11967 | | | |

| | | |
|---|---|---|
| | **Total** | 32999.91 |

# Biglots Stores Inc

# Purchase Order

Replace
Stand-alone Order
0095609928
9/11/2024

**Bill To:**
DURANT DC - #0879
4900 E Dublin Granville Rd
Columbus , OH  43081 US

**Ship To:**
DURANT DC - #0879
Contact Name: DURANT DC - #0879 DURANT DC, LLC
2306 ENTERPRISE DR
 DURANT ,  OK  74701
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0879
Contact Phone: 580-931-2100

**Vendor:**
AMERICAN PLASTIC TOYS INC

**Distribution Center:**                    **Store:**
DC #: 0879                                   Store #: 0879

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 10/17/2024 | 10/22/2024 | 11/4/2024 | 10/28/2024 | Net 45 |

| Location # | Location Type | | Vendor # |
|---|---|---|---|
| 0879 | Warehouse | | 0001000048 |

| Shipping/Service Level | Total Units | PO # |
|---|---|---|
| | 5884 | |

| FOB | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | **FOB Point** |
| Collect | On Vessel (Free On Board [FOB] point) | US MICHIGAN-LTL | Country of Origin | US | Collect |

| Buyer |
|---|
| **Name** |
| OPEN DIV 5 |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| 4 | 810752129 Manufacturer's Part #: 17950 Size Code: 0001 Qty Ordered: 318 Master Pack: 1 | COMBO GIGANTIC DUMP TRUCK | 318 Inner Packs: 1 | Each | 147.6 | 46936.8 |
| 7 | 810798318 Size Code: 0001 Qty Ordered: 208 Master Pack: 1 | COMBO DUMP TRUCK | 208 Inner Packs: 1 | Each | 154.2 | 32073.6 |
| | Packing Slip: N | | | | | |
| | Special Instructions Type | | | | | Mutually Defined |
| | Comments | | | | | BIG LOTS PO TERMS AND COMMENTS |

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095609928
9/11/2024

Special Instructions: BY
ACKNOWLEDGING THIS ORDER
SHIPPING ANY ORDERED
GOODS OR ACCEPTING
PAYMENT
VENDOR AGREES TO ALL
TERMS OF BIG LOTS PO
VENDOR ROUTING AND
COMPLIANCE GUIDE
AND OTHER DOMESTIC
DOCUMENTS AT
BIGLOTS.COM/VENDOR AS IN
EFFECT ON THE ORDER DATE
PO replaces :0095350997; Ship
only these quantities under the
new PO.

| | |
|---|---|
| **Total** | 79010.4 |

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095609791
9/11/2024

**Bill To:**
TREMONT DC - #0874
4900 E Dublin Granville Rd
Columbus , OH   43081  US

**Ship To:**
TREMONT DC - #0874
Contact Name: TREMONT DC - #0874 CLOSEOUT
DISTRIBUTION, LLC
50 RAUSCH CREEK RD
 TREMONT , PA   17981
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0874
Contact Phone: 570-695-2848
**Vendor:**
AMERICAN PLASTIC TOYS INC
**Distribution Center:**             **Store:**
DC #: 0874                           Store #: 0874

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 10/17/2024 | 10/22/2024 | 11/4/2024 | 10/28/2024 | Net 45 |

| Location # | Location Type | | Vendor # | |
|---|---|---|---|---|
| 0874 | Warehouse | | 0001000048 | |

| Shipping/Service Level | | Total Units | PO # | |
|---|---|---|---|---|
| | 4660 | | | |

| FOB | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | **FOB Point** |
| Collect | On Vessel (Free On Board [FOB] point) | US MICHIGAN-LTL | Country of Origin | US | Collect |

| Buyer |
|---|
| **Name** |
| LUMLEY, CHRISTINE |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| 4 | 810752129<br>Manufacturer's Part #: 17950<br>Size Code: 0001<br>Qty Ordered: 466<br>Master Pack: 1 | COMBO GIGANTIC DUMP TRUCK | 466<br>Inner Packs: 1 | Each | 147.6 | 68781.6 |
| | Packing Slip: N | | | | | |
| | Special Instructions Type | | | | | Mutually Defined |
| | | | | | | BIG LOTS |
| | Comments | | | | | PO TERMS AND COMMENTS |

**Biglots Stores Inc**

# Purchase Order

Replace
Stand-alone Order
0095609791
9/11/2024

Special Instructions: BY
ACKNOWLEDGING THIS ORDER
 SHIPPING ANY ORDERED
GOODS OR ACCEPTING
PAYMENT
VENDOR AGREES TO ALL
TERMS OF BIG LOTS PO
VENDOR ROUTING AND
COMPLIANCE GUIDE
AND OTHER DOMESTIC
DOCUMENTS AT
BIGLOTS.COM/VENDOR AS IN
EFFECT ON THE ORDER DATE
DIP number: 24-11967

| **Total** | 68781.6 |
| --- | --- |

27-Jan-2025

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095351000
5/1/2024

**Bill To:**
DURANT DC - #0879
4900 E Dublin Granville Rd
Columbus , OH  43081 US

**Ship To:**
DURANT DC - #0879
Contact Name: DURANT DC - #0879 DURANT DC, LLC
2306 ENTERPRISE DR
 DURANT ,  OK  74701
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0879
Contact Phone: 580-931-2100

**Vendor:**
AMERICAN PLASTIC TOYS INC

**Distribution Center:**            **Store:**
DC #: 0879                          Store #: 0879

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 10/17/2024 | 10/22/2024 | 11/4/2024 | 10/28/2024 | Net 45 |

| Location # | Location Type | | Vendor # |
|---|---|---|---|
| 0879 | Warehouse | | 0001000048 |

| Shipping/Service Level | Total Units | PO # |
|---|---|---|
| | 6624 | |

| FOB | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | **FOB Point** |
| Collect | On Vessel (Free On Board [FOB] point) | US MICHIGAN-LTL | Country of Origin | US | Collect |

| Buyer |
|---|
| **Name** |
| LUMLEY, CHRISTINE |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| 4 | 810752129<br>Manufacturer's Part #: 17950<br>Size Code: 0001<br>Qty Ordered: 288<br>Master Pack: 1 | COMBO GIGANTIC DUMP TRUCK | 288<br>Inner Packs:<br>1 | Each | 147.6 | 42508.8 |
| | Packing Slip: N<br>Special Instructions Type<br><br>Comments | | | | | Mutually Defined BIG LOTS PO TERMS AND COMMENTS |

**Biglots Stores Inc**

# Purchase Order

Replace
Stand-alone Order
0095351000
5/1/2024

Special Instructions: BY
ACKNOWLEDGING THIS ORDER
SHIPPING ANY ORDERED
GOODS OR ACCEPTING
PAYMENT
VENDOR AGREES TO ALL
TERMS OF BIG LOTS PO
VENDOR ROUTING AND
COMPLIANCE GUIDE
AND OTHER DOMESTIC
DOCUMENTS AT
BIGLOTS.COM/VENDOR AS IN
EFFECT ON THE ORDER DATE
DIP number: 24-11967

| **Total** | 42508.8 |
|---|---|

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095350999
5/1/2024

**Bill To:**
TREMONT DC - #0874
4900 E Dublin Granville Rd
Columbus , OH  43081  US

**Ship To:**
TREMONT DC - #0874
Contact Name: TREMONT DC - #0874 CLOSEOUT
DISTRIBUTION, LLC
50 RAUSCH CREEK RD
 TREMONT , PA  17981
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0874
Contact Phone: 570-695-2848
**Vendor:**
AMERICAN PLASTIC TOYS INC
**Distribution Center:**       **Store:**
DC #: 0874                     Store #: 0874

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 10/17/2024 | 10/22/2024 | 11/4/2024 | 10/28/2024 | Net 45 |

| Location # | Location Type | | Vendor # | |
|---|---|---|---|---|
| 0874 | Warehouse | | 0001000048 | |

| Shipping/Service Level | | Total Units | | PO # |
|---|---|---|---|---|
| | 8694 | | | |

| FOB | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | **FOB Point** |
| Collect | On Vessel (Free On Board [FOB] point) | US MICHIGAN-LTL | Country of Origin | US | Collect |

| Buyer |
|---|
| **Name** |
| LUMLEY, CHRISTINE |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| 4 | 810752129<br>Manufacturer's Part #: 17950<br>Size Code: 0001<br>Qty Ordered: 378<br>Master Pack: 1 | COMBO GIGANTIC DUMP TRUCK | 378<br>Inner Packs:<br>1 | Each | 147.6 | 55792.8 |
| | Packing Slip: N<br><br>Special Instructions Type<br><br>Comments | | | | | Mutually Defined BIG LOTS PO TERMS AND COMMENTS |

**Biglots Stores Inc**

## Purchase Order

Replace
Stand-alone Order
0095350999
5/1/2024

Special Instructions: BY ACKNOWLEDGING THIS ORDER SHIPPING ANY ORDERED GOODS OR ACCEPTING PAYMENT
VENDOR AGREES TO ALL TERMS OF BIG LOTS PO VENDOR ROUTING AND COMPLIANCE GUIDE AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON THE ORDER DATE
DIP number: 24-11967

| | |
|---|---|
| **Total** | 55792.8 |

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095350998
5/1/2024

**Bill To:**
MONTGOMERY DC - #0870
4900 E Dublin Granville Rd
Columbus , OH  43081 US

**Ship To:**
MONTGOMERY DC - #0870
Contact Name: MONTGOMERY DC - #0870 CSC
DISTRIBUTION, LLC
2855 SELMA HWY
 MONTGOMERY , AL  36108
Code Type: Assigned by Buyer or Buyer's Agent  US
Code: 0870
Contact Phone: 334-286-6633

**Vendor:**
AMERICAN PLASTIC TOYS INC

**Distribution Center:**
DC #: 0870

**Store:**
Store #: 0870

| Release # | Must Route By | Ship Not Before | Delivery Week | Cancel | Terms |
|---|---|---|---|---|---|
| 1 | 10/17/2024 | 10/22/2024 | 11/4/2024 | 10/28/2024 | Net 45 |

| Location # | Location Type | | Vendor # |
|---|---|---|---|
| 0870 | Warehouse | | 0001000048 |

| Shipping/Service Level | | Total Units | PO # |
|---|---|---|---|
| | 9223 | | |

| FOB | | | | | |
|---|---|---|---|---|---|
| **Payment Method** | **Location** | **Description** | **Location Qualifier** | **Payment Terms** | **FOB Point** |
| Collect | On Vessel (Free On Board [FOB] point) | US MICHIGAN-LTL | Country of Origin | US | Collect |

| Buyer |
|---|
| **Name** |
| LUMLEY, CHRISTINE |

| Line # | SKU # | Description | Qty | UOM | Price | Amount |
|---|---|---|---|---|---|---|
| 4 | 810752129<br>Manufacturer's Part #: 17950<br>Size Code: 0001<br>Qty Ordered: 401<br>Master Pack: 1 | COMBO GIGANTIC DUMP TRUCK | 401<br>Inner Packs: 1 | Each | 147.6 | 59187.6 |
| | Packing Slip: N<br>Special Instructions Type<br>Comments | | | | | Mutually Defined BIG LOTS PO TERMS AND COMMENTS |

27-Jan-2025

# Biglots Stores Inc

## Purchase Order

Replace
Stand-alone Order
0095350998
5/1/2024

Special Instructions: BY ACKNOWLEDGING THIS ORDER SHIPPING ANY ORDERED GOODS OR ACCEPTING PAYMENT
VENDOR AGREES TO ALL TERMS OF BIG LOTS PO VENDOR ROUTING AND COMPLIANCE GUIDE AND OTHER DOMESTIC DOCUMENTS AT BIGLOTS.COM/VENDOR AS IN EFFECT ON THE ORDER DATE
DIP number: 24-11967

| | |
|---|---|
| **Total** | 59187.6 |

27-Jan-2025

## EXHIBIT C

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390

Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A. | American Plastic Toys, Inc. | American Plastic Toys, Inc. |
| 8555 Eagle Point Blvd | LB #2782 | c/o SPECTRUM |
| Lake Elmo, MN 55042 | PO Box 9438 | Attn: Lockbox Department |
| ABA Routing Number: 096010415 | Minneapolis, MN 55440-9438 | 8120 Penn Avenue South, Suite 380 |
| Account Number: 430714512 | | Bloomington, MN 55431 |

| CUSTOMER NO. | | | | | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 0001220 | | | | | | 10/23/2024 | | 2496391 |

| CUSTOMER P.O. | | | APT ORDER NUMBER: | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0095351000 | | | 665103B | | | | | |

| PAGE NO. | TERMS | | DEPT # | | PPD/COL. | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Net 45 Days | | | | COL. | | | |

| | SHIP VIA | PRO/TRAILER NO. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ARVY | 53507 | | | | | | |

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that it will in respect to the production of the article and/or the performance of the services covered by this invoice has fully complied with Sections 6, 7, & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH  43081

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK  74701

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | UOM / CARTON | ORDERED | CARTONS BACKORD | CARTONS SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | 147.60 | 1 | 104 | 0 | 104 | 147.60 | 15,350.40 |

| TOTAL CTNS. | 104 | TOTAL WEIGHT | 6,240.00 | TOTAL CUBE | 2,889.12 | PAY LAST AMOUNT SHOWN --> | 15,350.40 |
|---|---|---|---|---|---|---|---|
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 15,350.40 | | |
| NO ANTICIPATION ALLOWE | | | | | | | |

# Biglots Stores Inc

**Invoice**
Debit Memo
2496391
10/23/2024

gent

| Date | Shipped Date | Transportation Method |
|---|---|---|
|  | 10/23/2024 | Customer Pickup |

| ading # | Carrier Pro # | Terms |
|---|---|---|
|  |  | Net 45 |

| oice # | Packing List # | BOL # |
|---|---|---|
| 0025217000 | 0025217000 | 0025217000 |

Dept #

FOB
Payment Method

| Customer Relations | Phone |
|---|---|
|  | 2486244881 |

| Sales Representative | Phone |
|---|---|
|  | 6147836666 |

| Quantity | UOM | Price | Amount |
|---|---|---|---|
| 104 | Case | 147.60 | 15350.4 |

RUCK

50.40

| | Total | 15350.40 |
|---|---|---|

# BILL OF LADING

Date: 10/17/2024 OCT 2 3 2024

Page 1 of 1

APT# 665103B

**Bill of Lading Number:** 0025217000321649

||||||||||||| 0025217000321649

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                    FOB: [X]

## SHIP TO

NAME: DURANT DC, LLC
ADDRESS: DURANT DC 879
2306 ENTERPRISE BLVD

CITY/STATE/ZIP: Durant, OK 74701
LOAD# RTS 32719006 - - DIP 24-11967      FOB: [ ]

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME:
ADDRESS:

CITY/STATE/ZIP:
SID#:

SPECIAL INSTRUCTIONS: 1pm

APPT TIME: 1pm   ARRIVED: 11:30   START: 11:40   FINISH: 12:30   Initial: FM

Carrier Name: ARRIVE LOGISTICS / MA Log.
Trailer Number: 53507
Seal Number(s): 111364

SCAC  **ARVY**
PRO NUMBER:

**Freight Charge Terms:**
( ) Prepaid   (X) Collect   ( ) Third Party FM FM

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | ADDITIONAL SHIPPER INFORMATION Destination   PO Type   Dept   Must Arrive By Date |
|---|---|---|---|---|
| 0095351000 | 104 | 6240 lbs | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| GRAND TOTALS | 104 | 6240 lbs | **Total Cube** | 2888.89 |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be marked and packaged as to ensure safe transportation with ordinary care. See Section 7(a) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| | | 104 | BOX | 6240 lbs | ( ) | PLASTIC TOYS | 094260-03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| 0 | GRAND TOTALS | 104 | | 6240 lbs | | AMERICAN PLASTIC TOYS | | |

COD Amount $
Fee Terms: ( ) Collect   ( ) Prepaid
( ) Customer check acceptable

**TOTAL CHGS $**

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

**Freight Counted**
( X ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

**Trailer Loaded**
( X ) By Shipper
( ) By Driver

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

OCT 2 3 2024

( ) APT COPY

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

( ) DRIVER COPY

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding:
_____ per _____

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390

Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | | CUSTOMER P.O. | | | | | | | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001220 | | 0095351000 | | | | | | | | 10/23/2024 | | 2496400 |

| POJO | PAGE NO. 1 | | SHIP VIA ARVY | | TERMS Net 45 Days | | PROF/RETAILER NO. 384 | | APT ORDER NUMBER. 665103D | DEPT # | | PT/DCOL COL |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK 74701

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | EACH CARTON | ORDERED | CARTONS BACKORD | CARTONS SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 80 | 147.60 | 1 | 80 | 0 | 80 | 147.60 | 11,808.00 |

| TOTAL CTNS. | 80 | TOTAL WEIGHT | 4,800.00 | TOTAL CUBE | 2,222.40 | | | | **PAY LAST AMOUNT SHOWN –>** | 11,808.00 |
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 11,808.00 | | | | | |
| NO ANTICIPATION ALLOWE | | | | | | | | | | |

# Biglots Stores Inc

**Invoice**

Debit Memo
2496400
10/23/2024

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK  74701
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0879

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0009351000 | 5/1/2024 | 10/23/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| ARVY | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2496400 | 0025217000 | 0025217000 |

| | | Dept # | |
|---|---|---|---|

| | | FOB | |
|---|---|---|---|
| Collect | | Payment Method | |

| Customer Relations | | | |
|---|---|---|---|
| | Name | | Phone |
| Customer Service | | | 2486244881 |

| Sales Representative | | | |
|---|---|---|---|
| | Sales Rep Name | | Phone |
| Jack Oberlin | | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217179509 | COMBO GIGANTIC DUMP TRUCK<br>Manufacturer's Part #: 17950<br>SKU #: 810752129<br>Master Pack: 1<br><br>Discounted Amount Due: 11808.00<br>Qty Shipped: 80<br>Qty Shipped UOM: Case<br>Type: Basic<br>Based On: Invoice Date<br>Discount Date: 10/23/2024<br>Due Date: 12/7/2024<br>Net Days Due: 45<br>Description: Net45 | 80 | Case | 147.60 | 11808 |
| | | | | **Total** | 11808.00 |

30-Dec-2024

Page 1 of 1

# BILL OF LADING

Date: 10/17/2024

Page 1 of 1

**Bill of Lading Number:** 0025217000321656

APT# 665103D

0025217000321656

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                    FOB: [X]

## SHIP TO

NAME: DURANT DC, LLC
ADDRESS: DURANT DC 879
2306 ENTERPRISE BLVD
CITY/STATE/ZIP: Durant, OK 74701
LOAD#: RTS 32719015 - DIP 24-11967        FOB: [ ]

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

Carrier Name: ARRIVE LOGISTICS (Hobby Lobby)
Trailer Number: 384
Seal Number(s): 111370

SCAC: **ARVY**

PRO NUMBER:

**Freight Charge Terms:**
( ) Prepaid    ( X ) Collect    ( ) Third Party
Initial: _____

SPECIAL INSTRUCTIONS

APPT TIME: 12m.    ARRIVED: 12:00    START: 12:10    FINISH: 1:40

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | |
|---|---|---|---|---|
| | | | Y | N |
| 0095351000 | 80 | 4800 lbs | | |
| | | | | |
| | | | | |
| | | | | |
| **GRAND TOTALS** | 80 | 4800 lbs | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| | | 80 | BOX | 4800 lbs | ( ) | PLASTIC TOYS | 084260-03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| 0 | **GRAND TOTALS:** | 80 | | 4800 lbs | | AMERICAN PLASTIC TOYS | | |

Total Cube: 2222.22

COD Amount $ ____
Fee Terms:   ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

**TOTAL CHGS** $
( ) Prepaid

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

OCT 2 3 2024

**Trailer Loaded**
( X ) By Shipper
( ) By Driver

**Freight Counted**
( ) By Shipper
( ) By Driver/pallets said to contain
( ) By Driver / Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order except as noted.

Shipper Signature

( ) APPT COPY        ( ) DRIVER COPY        ( ) DRIVER COPY

## ADDITIONAL SHIPPER INFORMATION

| Destination | POT Type | Dept. | Must Arrive By Date |
|---|---|---|---|
| | | | |

**GRAND TOTALS:**

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390

Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | CUSTOMER P.O. | | | | | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 0001220 | 0095609791 | | | | | | 10/23/2024 | | 2496403 |

| POJO | PAGE NO. 1 | SHIP VIA ARVY | TERMS Net 45 Days | PRO/RETAILER NO. 5305 | APT ORDER NUMBER: 665087B | DEPT # | PPD/COL. COL. |
|---|---|---|---|---|---|---|---|

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE
Seller represents that with respect to the production of the articles and/or the performance of the services covered by the Invoice they fully complied with Section 6, 7, & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA 17981

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | EACH CUBE/CARTON | CARTONS ORDERED | CARTONS BACKORD | CARTONS SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | 147.60 | 1 | 104 | 0 | 104 | 147.60 | 15,350.40 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL CTNS. 104 | | TOTAL WEIGHT | TOTAL CUBE 6,240.00 | 2,889.12 | | | **PAY LAST AMOUNT SHOWN ->** | | | 15,350.40 |
| IF PAID BY | | DEDUCT | AFTER DISCOUNT 0.00 | 15,350.40 | | | | | | |
| NO ANTICIPATION ALLOWE | | | | | | | | | | |

# Biglots Stores Inc

**Invoice**

Debit Memo
2496403
10/23/2024

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC – 874
50 RAUSCH CREEK ROAD
Tremont, PA 17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH 43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095609791 | 9/11/2024 | 10/23/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| ARVY | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2496403 | 0025217000 | 0025217000 |

| | Dept # |
|---|---|

| FOB | Payment Method |
|---|---|
| Collect | |

| Customer Relations | | |
|---|---|---|
| Name | | Phone |
| Customer Service | | 2486244881 |

| Sales Representative | | |
|---|---|---|
| Sales Rep Name | | Phone |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price # | Amount |
|---|---|---|---|---|---|
| 0252171179509 | COMBO GIGANTIC DUMP TRUCK | 104 | Case | 147.60 | 15350.4 |
| | Manufacturer's Part #: 17950 | | | | |
| | SKU #: 810752129 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 15350.40 | | | | |
| | Qty Shipped: 104 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 10/23/2024 | | | | |
| | Due Date: 12/7/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 15350.40 |
|---|---|---|

30-Dec-2024

Page 1 of 1

# BILL OF LADING

Page 1 of 1

Date: 10/17/2024

Bill of Lading Number: 0025217000321717

APT# 665087B

||||||||0025217000321717

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                    FOB: [X]

**SHIP TO**

NAME: CLOSEOUT DISTRIBUTION, INC
ADDRESS: TREMONT DC - 874
50 RAUSCH CREEK ROAD
CITY/STATE/ZIP: Tremont, PA 17981
LOAD#: RTS3272577-DIP 24-11967    FOB: [ ]
THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

Carrier Name: ARRIVE LOGISTICS IG-Linc
Trailer Number: 5305
Seal Number(s): 111378

SCAG    ARVY
**PRO NUMBER:**

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

SPECIAL INSTRUCTIONS    #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

APPT TIME: 1pm    ARRIVED: 12:00    START: 12:30    FINISH: 1:50    Initial:

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | ADDITIONAL SHIPPER INFORMATION |
| | | | | Destination PO Type    Dept    Must Arrive By Date |
| 0095609791 | 104 | 6240 lbs | | |
| | | | | |
| | | | | |
| **GRAND TOTALS** | 104 | 6240 lbs | Total Cube 2888.89 | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | (X) | | NMFC# | CLASS |
| | | 104 | BOX | 6240 lbs | | PLASTIC TOYS | 064260 -03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX: | | | | | |
| 0. | | 104 | | 6240 lbs | | AMERICAN PLASTIC TOYS | | |
| **GRAND TOTALS** | | | | | | | | |

COD Amount $
Fee Terms: ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

TOTAL CHGS $

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~1470§(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

OCT 2 3 2024

**Trailer Loaded**
(X) By Shipper
( ) By Driver

**Freight Counted**
(X) By Shipper
( ) By Driver/pallet said to contain
( ) By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Shipper Signature

( ) DRIVER COPY
( ) APPT COPY
( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|
| American Plastic Toys, Inc. | American Plastic Toys, Inc. |
| LB #2782 | c/o SPECTRUM |
| PO Box 9438 | Attn: Lockbox Department |
| Minneapolis, MN 55440-9438 | 8120 Penn Avenue South, Suite 380 |
| | Bloomington, MN 55431 |

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

| CUSTOMER NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| 0001220 | | 10/25/2024. | 2496463 |

| PAGE NO. | 1 | PPIXCOL | COL |
|---|---|---|---|

| APT ORDER NUMBER: | 666156B | DEPT # | |
|---|---|---|---|

| TERMS | Net 45 Days |
|---|---|

| PRO/TRAILER NO. | 944 |
|---|---|

| SHIP VIA | ARVY |
|---|---|

| CUSTOMER P.O. | 00956125515 |
|---|---|

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK 74701

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE
Seller represents that with respect to the production of the articles and/or the performance of the services covered by this Invoice it has fully complied with Sections 6, 7 & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | LAST CARTON | CARTONS | | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | | ORDERED | BACKORD | SHIPPED | | |
| 11880 | KITCHEN & SHOPPING CART SET | | 887 | 13.49 | 1 | 887 | 0 | 887 | 13.49 | 11,965.63 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL CTNS. | 887 | TOTAL WEIGHT | 7,983.00 | TOTAL CUBE | 2,829.53 | PAY LAST AMOUNT SHOWN --> | | 11,965.63 |
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 11,965.63 | | | |
| NO ANTICIPATION ALLOWE | | | | | | | | |

# Biglots Stores Inc

**Invoice**

Debit Memo    2498463
10/25/2024

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK  74701
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0879

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095612515 | 9/16/2024 | 10/25/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| ARVY | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2498463 | 0025217000 | 0025217000 |

| | | Dept # | |
|---|---|---|---|

| | FOB | | |
|---|---|---|---|
| Collect | Payment Method | | |

| Name | Customer Relations | Phone | |
|---|---|---|---|
| Customer Service | | 2486244881 | |

| Sales Rep Name | Sales Representative | Phone | |
|---|---|---|---|
| Jack Oberlin | | 6147836666 | |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217116801 | KITCHEN SET & SHOPPING CART | 887 | Case | 13.49 | 11965.63 |
| | Manufacturer's Part #: 11680 | | | | |
| | SKU #: 810486122 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 11965.63 | | | | |
| | Qty Shipped: 887 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 10/25/2024 | | | | |
| | Due Date: 12/9/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

**Total**    11965.63

30-Dec-2024

Page 1 of 1

# BILL OF LADING

Date: 10/18/2024

Page 1 of 1

Bill of Lading Number: 0025217000003218847

APT# 666156B

00252170000321847

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN          FOB: [X]

Carrier Name: ARRIVE LOGISTICS /zena
Trailer Number: 944
Seal Number(s): 111338

SCAC: ARVY
PRO NUMBER:

**SHIP TO**

NAME: DURANT DC, LLC
ADDRESS: DURANT DC 879
2306 ENTERPRISE BLVD
CITY/STATE/ZIP: Durant, OK 74701
LOAD#: RTS32758123-DIP 24-11967          FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

**Freight Charge Terms:**
( ) Prepaid     (X) Collect     ( ) Third Party

SPECIAL INSTRUCTIONS:     #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

APPT TIME: /pm      ARRIVED: 6.50      START: 7.00      FINISH: 7.90      Initial: GT

| CUSTOMER ORDER INFORMATION | | | | ADDITIONAL SHIPPER INFORMATION | | |
|---|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | Destination PO Type | Dept | Must Arrive By Date |
| 0095612515 | 887 | 7983 lbs | | | | |
| | | | | | | |
| | | | | | | |
| GRAND TOTALS | 887 | 7983 lbs. | Total Cube: 2867.37 | | | |

| CARRIER INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | (X) | | NMFC# | CLASS |
| | | 887 | BOX | 7983 lbs | | PLASTIC TOYS | 084260 - 03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | GRAND TOTALS | 887 | | 7983 lbs | | | | |

COD Amount $
Fee Terms: ( ) Collect     ( ) Prepaid
                 ( ) Customer check acceptable

TOTAL CHGS $

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**AMERICAN PLASTIC TOYS**

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Freight Counted
( ) By Shipper
(X) By Driver/ pallets said to contain
( ) By Driver / Pieces

Trailer Loaded
(X) By Shipper
( ) By Driver

OCT 25 2024

( ) APT COPY          ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | CUSTOMER P.O. | | | APT ORDER NUMBER | | | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|---|---|---|
| 0001220 | 0095609791 | | | 665087D | | | 10/28/2024 | 2496502 |
| POJO | PAGE NO. 1 | | | | DEPT # | | PPD/COL COL | |
| | SHIP VIA ARVY | TERMS Net 45 Days | PRO/TRAILER NO. 1032 | | | | | |

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE

Seller represents that, with respect to the production of the articles and/or the performance of the services covered by this invoice it has fully complied with Section 6 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the administrator of the Wage and Hour Division issued under Section 14 thereof.

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA 17981

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | ORDERED | BACK ORD | SHIPPED | EACH SHIPPED | EACH PRICE | EACH CARTON | CARTONS ORDERED | CARTONS BACK ORD | CARTONS SHIPPED | CARTONS PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | | 104 | 147.60 | 1 | 104 | 0 | 104 | 147.60 | 15,350.40 |

| TOTAL CTNS. 104 | TOTAL WEIGHT 6,240.00 | TOTAL CUBE 2,889.12 | | | | |
|---|---|---|---|---|---|---|
| IF PAID BY | DEDUCT 0.00 | AFTER DISCOUNT 15,350.40 | | PAY LAST AMOUNT SHOWN –> | | 15,350.40 |
| NO ANTICIPATION ALLOWE | | | | | | |

# Biglots Stores Inc

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA 17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS, OH 43228

## Invoice

Debit Memo
2496502
10/28/2024

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095609791 | 9/11/2024 | 10/28/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| ARVY | 00252170000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2496502 | 00252170000 | 00252170000 |

| | | Dept # | |
|---|---|---|---|

| | | FOB | |
|---|---|---|---|
| Collect | | Payment Method | |

| Customer Relations | | | |
|---|---|---|---|
| | Name | Phone | |
| Customer Service | | 2486244881 | |

| Sales Representative | | | |
|---|---|---|---|
| | Sales Rep Name | Phone | |
| Jack Oberlin | | 6147836666 | |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 02521717950 9 | COMBO DUMP TRUCK<br>Manufacturer's Part #: 17950<br>SKU #: 810798318<br>Master Pack: 1<br>Discounted Amount Due: 15350.40<br>Qty Shipped: 104<br>Qty Shipped UOM: Case<br>Type: Basic<br>Based On: Invoice Date<br>Discount Date: 10/28/2024<br>Due Date: 12/12/2024<br>Net Days Due: 45<br>Description: Net45 | 104 | Case | 147.60 | 15350.4 |

| | | | | Total | 15350.40 |
|---|---|---|---|---|---|

30-Dec-2024

Page 1 of 1

# BILL OF LADING

Date: 10/17/2024

Page 1 of 1

Bill of Lading Number: 0025217000000321731

APT# 665087D

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.,
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                FOB: [ X ]

**SHIP TO**

NAME: CLOSEOUT DISTRIBUTION, INC
ADDRESS: TREMONT DC - 874
50 RAUSCH CREEK ROAD
CITY/STATE/ZIP: Tremont, PA 17981
LOAD#: RTS32725832-DIP 24-11967    FOB: [ ]
THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

Carrier Name: ARRIVE LOGISTICS / Precision
Trailer Number: 1032
Seal Number(s): 111303

SCAC: ARVY
PRO NUMBER:

**Freight Charge Terms:**
( ) Prepaid    ( X ) Collect    ( ) Third Party

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

**SPECIAL INSTRUCTIONS**

APPT TIME:    ARRIVED: 10:00    START: 10:30    FINISH: 12:00    Initial: L.B

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | ADDITIONAL SHIPPER INFORMATION | | |
|---|---|---|---|---|---|---|
| | | | | Destination   PO Type   Dept   Must Arrive By Date | | |
| 0098609791 | 104 | 6240 lbs | | | | |
| | | | | | | |
| | | | | | | |
| GRAND TOTALS | 104 | 6240 lbs | Total Cube  2888.89 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| | | 104 | BOX | 6240 lbs | ( ) | PLASTIC TOYS | 084260 - 03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| 0  GRAND TOTALS | | 104 | | 6240 lbs | | AMERICAN PLASTIC TOYS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

____ per ____

COD Amount $
Fee Terms:    ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

TOTAL CHGS $

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request, and to all applicable state and federal regulations.

**Freight Counted**
( ) By Shipper
( X ) By Driver / pallets said to contain
( ) By Driver / Pieces

**Trailer Loaded**
( X ) By Shipper
( ) By Driver

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

OCT 2 8 2024

( ) APT COPY    ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic-Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A.<br>8555 Eagle Point Blvd<br>Lake Elmo, MN 55042<br>ABA Routing Number: 096010415<br>Account Number: 430714512 | American Plastic Toys, Inc.<br>LB #2782<br>PO Box 9438<br>Minneapolis, MN 55440-9438 | American Plastic Toys, Inc.<br>c/o SPECTRUM<br>Attn: Lockbox Department<br>8120 Penn Avenue South, Suite 380<br>Bloomington, MN 55431 |

| CUSTOMER NO. | CUSTOMER P.O. | | TERMS | | APT ORDER NUMBER: | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 0001220 | 0095609791 | | Net 45 Days | | 665087C | | 10/28/2024 | | 2496613 |
| | PAGE NO. | 1 | PRO#/TRAILER NO. | | DEPT # | | PPD/COL | COL | |
| POJO | | | 1028 | | | | | | |
| | | SHIP VIA | | | | | | | |
| | | ARVY | | | | | | | |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA  17981

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION. ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has fully complied with Section 6, 7 & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | ORDERED | BACK ORD | SHIPPED | CUBE/CARTON | EACH SHIPPED | EACH PRICE | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | 0 | 104 | 1 | 104 | 147.60 | 147.60 | 15,350.40 |

| | | | |
|---|---|---|---|
| TOTAL CTNS. | 104 | PAY LAST AMOUNT SHOWN --> | 15,350.40 |
| TOTAL WEIGHT | 6,240.00 | TOTAL CUBE | 2,889.12 |
| DEDUCT | 0.00 | AFTER DISCOUNT | 15,350.40 |
| IF PAID BY | | | |
| NO ANTICIPATION ALLOWE | | | |

# Biglots Stores Inc

**Invoice**
Debit Memo
2496513
10/28/2024

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont , PA  17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095609791 | 9/11/2024 | 10/28/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| ARVY | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2496513 | 0025217000 | 0025217000 |

| | | Dept # | |
|---|---|---|---|

| | FOB | Payment Method | |
|---|---|---|---|
| Collect | | | |

| Customer Relations | | Phone | |
|---|---|---|---|
| Name | | | |
| Customer Service | | 2486244881 | |

| Sales Representative | | Phone | |
|---|---|---|---|
| Sales Rep Name | | | |
| Jack Oberlin | | 6147836666 | |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 02521717179509 | COMBO DUMP TRUCK<br>Manufacturer's Part #: 17950<br>SKU #: 810798318<br>Master Pack: 1<br>Discounted Amount Due: 15350.40<br>Qty Shipped: 104<br>Qty Shipped UOM: Case<br>Type: Basic<br>Based On: Invoice Date<br>Discount Date: 10/28/2024<br>Due Date: 12/12/2024<br>Net Days Due: 45<br>Description: Net45 | 104 | Case | 147.60 | 15350.4 |

| | | | | Total | 15350.40 |

Page 1 of 1

30-Dec-2024

# BILL OF LADING

Date: 10/17/2024

Page 1 of 1

Bill of Lading Number: 0025217000032172

00252170000321724

APT# 665087C

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SIDE: MAIN                    FOB: [X]

**SHIP TO**

NAME: CLOSEOUT DISTRIBUTION, INC
ADDRESS: TREMONT DC - 874
50 RAUSCH CREEK ROAD

CITY/STATE/ZIP: Tremont, PA 17981
LOAD#: RTS32725801-DIP 24-11967    FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:

CITY/STATE/ZIP:
SIDE:

Carrier Name: Arrive Precision
Trailer Number: 1028
Seal Number(s): 111333

SCAC    Arrive
PRO NUMBER:

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

**SPECIAL INSTRUCTIONS**

APPT TIME: 1pm    ARRIVED: 1:40    START: 1:50    FINISH: 245    Initial: KF

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery# KF

| CUSTOMER ORDER INFORMATION | | | |
|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED |
| | | | |
| 0095609791 | 104 | 6240 lbs | |
| | | | |
| GRAND TOTALS | 104 | 6240 lbs | Total Cube 2888.89 |

| CARRIER INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION |
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 |
| | | 104 | BOX | 6240 lbs | ( ) | PLASTIC TOYS |
| | | | BOX | | | |
| | | | BOX | | | |
| | | | BOX | | | |
| | | | | | | AMERICAN PLASTIC TOYS |
| 0 | GRAND TOTALS | 104 | | 6240 lbs | | |

| | LTL ONLY | |
|---|---|---|
| | NMFC# | CLASS |
| | 094280 - 03 | 250 |

**ADDITIONAL SHIPPER INFORMATION**
Destination    PO Type    Dept    Must Arrive By Date

COD Amount $ _____    TOTAL CHGS $ _____
Fee Terms:    ( ) Collect    ( ) Prepaid
              ( ) Customer check acceptable

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

OCT 2 8 2024

**Trailer Loaded**
(X) By Shipper
( ) By Driver

**Freight Counted**
( ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has a DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

( ) APT COPY

( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 0001220 | | | 10/29/2024 | 2496562 |

| | PAGE NO. | | | PPD/COL. |
|---|---|---|---|---|
| POJO | 1 | | | COL. |

| CUSTOMER P.O. | APT ORDER NUMBER: | DEPT # |
|---|---|---|
| 0095612513 | 666158A | |

| TERMS | PRO/TRAILER NO. |
|---|---|
| Net 45 Days | 187261 |

| SHIP VIA |
|---|
| NTGO |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery, AL 36108

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.
Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has fully complied with Section 6, 7 & 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Wage and Hour Division issued under Section 14 thereof.

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | | CARTONS | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LAST CARTON | SHIPPED | PRICE | ORDERED | BACKORD | SHIPPED | PRICE | | |
| 11425 | NURSERY/DOLL BUGGY COMBO 810111019 | | 1 | 1,134 | 14.29 | 1,134 | 0 | 1,134 | 14.29 | | 16,204.86 |

| TOTAL CTNS. | 1,134 | TOTAL WEIGHT | 9,072.00 | TOTAL CUBE | 2,755.62 | **PAY LAST AMOUNT SHOWN -->** | 16,204.86 |
|---|---|---|---|---|---|---|---|
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 16,204.86 | | |
| NO ANTICIPATION ALLOWE | | | | | | | |

# Biglots Stores Inc

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery , AL  36108
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0870

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

## Invoice
Debit Memo
2496562
10/29/2024

| PO # | PO Date | Shipped Date | Transportation Method |
| --- | --- | --- | --- |
| 0095612513 | 9/16/2024 | 10/29/2024 | Customer Pickup |
| Routing | Bill of Lading # | Carrier Pro # | Terms |
| NTGO | 00252170000 | | Net 45 |
| Vendor # | Seller's Invoice # | Packing List # | BOL # |
| 1000048 | 2496562 | 00252170000 | 00252170000 |
| | | Dept # | |

| FOB | Payment Method |
| --- | --- |
| Collect | |

| Customer Relations | | |
| --- | --- | --- |
| Name | Phone | |
| Customer Service | 2486244881 | |

| Sales Representative | | |
| --- | --- | --- |
| Sales Rep Name | Phone | |
| Jack Oberlin | 6147836666 | |

| UPC # | Description | Quantity | UOM | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 02521711425B | APT ITEM 11425 | 1134 | Case | 14.29 | 16204.86 |
| | Manufacturer's Part #: 11425 | | | | |
| | SKU #: 810111019 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 16204.86 | | | | |
| | Qty Shipped: 1134 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 10/29/2024 | | | | |
| | Due Date: 12/13/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 16204.86 |
| --- | --- | --- |

30-Dec-2024

Page 1 of 1

Date: 10/28/2024

# BILL OF LADING

Page 1 of 1

**Bill of Lading Number:** 00252171700003 21861

APT# 666158A

|||||| 00252171700003 21861 (barcode)

## SHIP FROM

**NAME:** American Plastic Toys
**ADDRESS:** 799 Ladd Rd.
**CITY/STATE/ZIP:** Walled Lake, MI 48390
**SID#:** MAIN                    FOB: [X]

## SHIP TO

**NAME:** CSC DISTRIBUTION, INC.
**ADDRESS:** MONTGOMERY DC - 870
2855 SELMA HIGHWAY
**CITY/STATE/ZIP:** Montgomery, AL 36108
**LOAD#:** rts 32758394-DIP 24-11967    FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO

**NAME:**
**ADDRESS:**
**CITY/STATE/ZIP:**
**SID#:**

**Carrier Name:** NOLAN TRANS. GROUP _Rakan Trans_
**Trailer Number:** 187261
**Seal Number(s):** 111359

**SCAC** _NTGO_

**PRO NUMBER:**

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery✗ _A.M_

**SPECIAL INSTRUCTIONS** _2pm_

**APPT TIME:** _2pm_    **ARRIVED:** _11:55_    **START:** _12:05_    **FINISH:** _1:05_    Initial _L    A.M_

| ADDITIONAL SHIPPER INFORMATION | | |
|---|---|---|
| Destination   PO Type   Dept   Must Arrive By Date | | |

| | LTL ONLY | |
|---|---|---|
| NMFC# | CLASS | |
| 084280-02 | 300 | |

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | |
|---|---|---|---|---|
| 0095612513 | _1134_ | 9072 lbs | | |
| | | | | |
| **GRAND TOTALS** | 1134 | 9072 lbs | Total Cube | 3441.33 |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | |
|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | | |
| | | _1134_ | BOX | 9072 lbs | (X) | PLASTIC TOYS | |
| | | | BOX | | | | |
| | | | BOX | | | | |
| | | | BOX | | | | |
| **GRAND TOTALS** | | 1134 | | 9072 lbs | | | |
| 0 | **GRAND TOTALS** | 1134 | | | | | |

COD Amount $ _____
Fee Terms:  ( ) Collect    TOTAL CHGS $ _____
( ) Customer check acceptable
( ) Prepaid

**AMERICAN PLASTIC TOYS**

**Freight Counted**
( X) By Shipper
( ) By Driver/pallets
( ) By Driver / Pieces

Where this rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding:
___ per ___

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**SHIPPER SIGNATURE / DATE**
_(signature)_    OCT 2 9 2024

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded**
(X) By Shipper
( ) By Driver

**CARRIER SIGNATURE / PICKUP DATE**
X _(signature)_  10/29/2024
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

*Shipper Signature*

( ) DRIVER COPY

( ) APT COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390

Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH – U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 43071 4512

**Checks Mailed USPS**
American Plastic Toys, Inc.
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| 0001220 | | 10/31/2024 | 2496666 |

| CUSTOMER P.O. | APT ORDER NUMBER: | PPD/COL |
|---|---|---|
| 0095612515 | 666156C | COL |

| PAGE NO. | PRO/TRAILER NO. | DEPT # |
|---|---|---|
| 1 | 2020 | |

| TERMS | SHIP VIA |
|---|---|
| Net 45 Days | CH ROBINSON |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK 74701

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has fully complied with Section 6 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

**DIP-24-11967**

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | CARTONS | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | UNIT CARTON | ORDERED | BACKORD | SHIPPED | PRICE | |
| 20037 | Red VACUUM | 201 | 804 | 3.99 | 4 | 201 | 0 | 201 | 15.96 | 3,207.96 |

| | | | |
|---|---|---|---|
| TOTAL CTNS. | 201 | TOTAL WEIGHT | 1,608.00 | TOTAL CUBE | 755.76 | PAY LAST AMOUNT SHOWN --> | 3,207.96 |
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 3,207.96 | | |
| NO ANTICIPATION ALLOWE | | | | | | | |

POJO

# Biglots Stores Inc

**Invoice**
Debit Memo
2496666
10/31/2024

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK  74701
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0879

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095612515 | 9/16/2024 | 10/31/2024 | Customer Pickup |

| Routing: | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| CH ROBINSON | 00252170000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2496666 | 00252170000 | 00252170000 |

| | | Dept. # | FOB | Payment Method |
|---|---|---|---|---|
| Collect | | | | |

| Customer Relations | | Phone |
|---|---|---|
| Name: | | |
| Customer Service | 2486244881 | |

| Sales Representative | | Phone |
|---|---|---|
| Sales Rep Name: | | |
| Jack Oberlin | 6147836666 | |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 02521720037L | TIDY UP VACUUM SET | 201 | Case | 15.96 | 3207.96 |
| | Manufacturer's Part #: 20037 | | | | |
| | SKU #: 810785439 | | | | |
| | Master Pack: 4 | | | | |
| | Discounted Amount Due: 3207.96 | | | | |
| | Qty Shipped: 201 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 10/31/2024 | | | | |
| | Due Date: 12/15/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 3207.96 |
|---|---|---|

30-Dec-2024

# BILL OF LADING

Date: 10/29/2024

Page 1 of 1

Bill of Lading Number: **0025217000000321854**

APT# 666156C

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                     FOB: [X]

Carrier Name: CH ROBINSON 1 Bengi
Trailer Number: 2020
Seal Number(s): 111383

SCAC: **RBTW**

PRO NUMBER:

**SHIP TO**

NAME: DURANT DC, LLC
DURANT DC 879
ADDRESS: 2306 ENTERPRISE BLVD

CITY/STATE/ZIP: Durant, OK 74701
LOAD#: RTS32758329-DIP 24-11967     FOB: [ ]

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME: CHRLTL.
ADDRESS: 14800 Charlson Rd, Suite 2100
CITY/STATE/ZIP: Eden Prairie, MN 55344
SID#: CHRLTL.

**Freight Charge Terms:**
( ) Prepaid   ( ) Collect   (X) Third Party

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery $125

SPECIAL INSTRUCTIONS

APPT TIME: 2pm    ARRIVED: 11:45   START: 11:55   FINISH: 12:00   Initial Mr

**ADDITIONAL SHIPPER INFORMATION**
Destination   PO Type   Dept.   Must Arrive By Date

| | LTL ONLY | |
|---|---|---|
| | NMFC# | CLASS |
| 084260 - 03 | | 250 |

| CUSTOMER ORDER INFORMATION | | | |
|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED |
| 0095612515 | 201 | 1608 lbs | |
| | | | |
| | | | |
| | | | |
| GRAND TOTALS | 201 | 1608 lbs | Total Cube |
| | | | 794.58 |

| CARRIER INFORMATION | | | | |
|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. |
| QTY | TYPE | QTY | TYPE | | (X) |
| 201 | | 201 | BOX | 1608 lbs | ( ) |
| | | | BOX | | |
| | | | BOX | | |
| | | | BOX | | |
| 0 | GRAND TOTALS | 201 | | 1608 lbs | |

**COMMODITY DESCRIPTION**
Commodities requiring special or additional care or attention in handling or stowing must be marked and packaged as to ensure safe transportation with ordinary care.
See Section 2(e) of NMFC Item 360

PLASTIC TOYS

AMERICAN PLASTIC TOYS

See 49 U.S.C. - 14706(c)(1)(A) and (B).

COD Amount $
Fee Terms:   ( ) Collect   ( ) Prepaid
              ( ) Customer check acceptable

TOTAL CHGS $

**Freight Counted**
( ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

**Trailer Loaded**
(X) By Shipper
( ) By Driver

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

D. Noleth    OCT 3 1 2024

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Lings Oce  10/31/24

Shipper Signature

( ) APT COPY     ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 0001220 | 10/31/2024 | 2496669 |

| CUSTOMER P.O. | APT ORDER NUMBER: | PPD/COL |
|---|---|---|
| 0095612513 | 666158C | COL |

| PAGE NO. | DEPT # |
|---|---|
| 1 | |

| SHIP VIA | PROFTRAILER NO. |
|---|---|
| NTGO | 0718 |

| TERMS |
|---|
| Net 45 Days |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery, AL 36108

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | EA/ CARTON | ORDERED | BACK ORD | SHIPPED | CARTONS PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 11680 | KITCHEN & SHOPPING CART SET | | 93 | 13.49 | 1 | 93 | 0 | 93 | 13.49 | 1,254.57 |
| 20037 | Red VACUUM | | 852 | 3.99 | 4 | 213 | 0 | 213 | 15.96 | 3,399.48 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL CTNS. | 306 | TOTAL WEIGHT | 2,541.00 | TOTAL CUBE | 1,097.55 | | |
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 4,654.05 | **PAY LAST AMOUNT SHOWN -->** | 4,654.05 |
| NO ANTICIPATION ALLOWED | | | | | | | |

# Biglots Stores Inc

**Invoice**
Debit Memo
2496669
10/31/2024

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery , AL  36108
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0870

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095612513 | 9/16/2024 | 10/31/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| NTGO | 0025217O000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2496669 | 0025217O000 | 0025217O000 |

| | | Dept # | |
|---|---|---|---|

| | FOB | | |
|---|---|---|---|
| Collect | Payment Method: | | |

| | Name: | Customer Relations | Phone |
|---|---|---|---|
| Customer Service | | 2486244881 | |

| | Sales Rep Name | Sales Representative | Phone |
|---|---|---|---|
| Jack Oberlin | | 6147836666 | |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 02521711680 | KITCHEN SET & SHOPPING CART<br>Manufacturer's Part #: 11680<br>SKU #: 810486122<br>Master Pack: 1 | 93 | Case | 13.49 | 1254.57 |
| 025217200371 | TIDY UP VACUUM SET<br>Manufacturer's Part #: 20037<br>SKU #: 810785439<br>Master Pack: 4 | 213 | Case | 15.96 | 3399.48 |
| | Discounted Amount Due: 4654.05<br>Qty Shipped: 306<br>Qty Shipped UOM: Case<br>Type: Basic<br>Based On: Invoice Date<br>Discount Date: 10/31/2024<br>Due Date: 12/15/2024<br>Net Days Due: 45<br>Description: Net45 | | | | |
| | | | | **Total** | 4654.05 |

30-Dec-2024

# BILL OF LADING

Date: 10/28/2024

Page 1 of 1

Bill of Lading Number: 0025217000321885

APT# 666158C

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                    FOB: [X]

**SHIP TO**

NAME: CSC DISTRIBUTION, INC.
ADDRESS: MONTGOMERY DC - 870
2855 SELMA HIGHWAY
CITY/STATE/ZIP: Montgomery, AL 36108
LOAD#: RTS32758471-DIP 24-11967          FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

SPECIAL INSTRUCTIONS

APPT TIME: 1pm    ARRIVED: 12pm    START: 12pm FINISH: 11:55

Carrier Name: NOLAN TRANS. GROUP / W Express
Trailer Number: 0718
Seal Number(s): 111387

SCAC: **NTGO**
PRO NUMBER:

Freight Charge Terms:
( ) Prepaid    (X) Collect    ( ) Third Party

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery
Initial _____

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | |
|---|---|---|---|---|
| 0095612513 | 306 | 2541 lbs | | |
| | | | | |
| | | | | |
| | | | | |
| GRAND TOTALS | 306 | 2541 lbs | Total Cube | 1142.65 |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | | | | |
| | | 306 | BOX | 2541 lbs | ( ) | PLASTIC TOYS | | | |
| | | | BOX | | | | | | |
| | | | BOX | | | | | | |
| | | | BOX | | | | | | |
| 0 | GRAND TOTALS | 306 | | 2541 lbs | | | | | |

Total Cube 1142.65

**ADDITIONAL SHIPPER INFORMATION**

Destination  PO Type  Dept  Must Arrive By Date

**LTL ONLY**

| NMFC# | CLASS |
|---|---|
| 084260-03 | 250 |

COD Amount $
Fee Terms:    ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

TOTAL CHGS $

COMMODITY DESCRIPTION
Commodities requiring special or additional care or attention in handling or storing must be so marked and packaged as to ensure safe transportation with ordinary care.
See Section 2(e) of NMFC Item 360

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**AMERICAN PLASTIC TOYS**

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Shipper Signature _____

**Freight Counted**
(X) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

**Trailer Loaded**
(X) By Shipper
( ) By Driver

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

OCT 3 1 2024

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

( )  APT COPY

( )  DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

| CUSTOMER NO. | CUSTOMER P.O. | | APT ORDER NUMBER: | | | | INVOICE DATE | | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001220 | 0095609791 | | 665087E | | | | 11/1/2024 | | | | 2496686 |
| | PAGE NO. 1 | | DEPT # | | | | PPD/COL | | | | |
| POJO | | | | | | | COL | | | | |
| | TERMS | SHIP VIA | PRO/TRAILER NO. | | | | | | | | |
| | Net 45 Days | PTLC | 0124 | | | | | | | | |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA 17981

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that, with respect to the production of the articles within the performance of the services covered by this invoice it has full compliance with Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | UNIT CARTON | ORDERED | BACKORD | CARTONS SHIPPED | CARTONS PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 50 | 147.60 | 1 | 50 | 0 | 50 | 147.60 | 7,380.00 |

| | | | | |
|---|---|---|---|---|
| TOTAL CTNS. | 50 | TOTAL WEIGHT | 3,000.00 | TOTAL CUBE 1,389.00 |
| | | DEDUCT | 0.00 | AFTER DISCOUNT 7,380.00 |
| IF PAID BY | | | | |
| NO ANTICIPATION ALLOWE | | | **PAY LAST AMOUNT SHOWN --&gt;** | 7,380.00 |

# Biglots Stores Inc

## Invoice

Debit Memo
2498686
11/1/2024

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA 17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS, OH 43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095609791 | 9/11/2024 | 11/1/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| PTLC | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2498686 | 0025217000 | 0025217000 |

| | Dept # |
|---|---|

| FOB | |
|---|---|
| Collect | Payment Method |

| Customer Relations | | |
|---|---|---|
| Name | | Phone |
| Customer Service | | 2486244881 |

| Sales Representative | | |
|---|---|---|
| Sales Rep Name | | Phone |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 02521717179509 | COMBO DUMP TRUCK | 50 | Case | 147.60 | 7380 |
| | Manufacturer's Part #: 17950 | | | | |
| | SKU #: 810798318 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 7380.00 | | | | |
| | Qty Shipped: 50 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/1/2024 | | | | |
| | Due Date: 12/16/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 7380.00 |
|---|---|---|

30-Dec-2024

# BILL OF LADING

Date: 10/18/2024

Page 1 of 1

Bill of Lading Number: 0025217000032178

APT# 665087E

002521700003217148

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN

FOB: [ X ]

## SHIP TO

NAME: CLOSEOUT DISTRIBUTION, INC
ADDRESS: TREMONT DC - 874
50 RAUSCH CREEK ROAD
CITY/STATE/ZIP: Tremont, PA 17981
LOAD#: RTS327253849-DIP 24-11967

FOB: [ ]

## THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

Carrier Name: PLS LOGISTICS
Trailer Number: 0124
Seal Number(s): 111368

SCAC: PTLC
PRO NUMBER:

**Freight Charge Terms:**
( ) Prepaid    ( X ) Collect    ( ) Third Party

( X ) Collect at time of Delivery

START: 9:25    FINISH: 9:55    Initial:

SPECIAL INSTRUCTIONS    #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

APPT TIME: 1pm    ARRIVED: 9:15

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | ADDITIONAL SHIPPER INFORMATION |
| --- | --- | --- | --- | --- |
| | | | | Destination PO Type Dept Must Arrive By Date |
| 0095609791 | 50 | 3000 lbs | | |
| | | | | |
| | | | | |
| | | | | |
| **GRAND TOTALS:** | 50 | 3000 lbs | Total Cube 1388.89 | Total Cube |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | | LTL ONLY | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| QTY | TYPE | QTY | TYPE | | (X) | | | NMFC# | CLASS |
| | | 50 | BOX | 3000 lbs | ( ) | PLASTIC TOYS | | 094260 - 03 | 250 |
| | | | BOX | | | | | | |
| | | | BOX | | | | | | |
| | | | BOX | | | | | | |
| **GRAND TOTALS:** 0 | | 50 | | 3000 lbs | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

COD Amount $ _____
Fee Terms:    ( ) Collect    ( ) Prepaid
              ( ) Customer check acceptable

TOTAL CHGS $ _____

**AMERICAN PLASTIC TOYS**

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| Freight Counted |
| --- |
| (X) By Shipper |
| ( ) By Driver/ pallets said to contain |
| ( ) By Driver /Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded
( X ) By Shipper
( ) By Driver

NOV 0 1 2024

( ) APT COPY    ( ) DRIVER COPY

Shipper Signature

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic: Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | CUSTOMER P.O. | TERMS | APT ORDER NUMBER: | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 0001220 | 0095350998 | Net 45 Days | 665101B | 11/1/2024 | 2496687 |

| POJO | PAGE NO. 1 | SHIP VIA ARVY | PRO/TRAILER NO. 78938 | DEPT # | PPD/COL COL |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery, AL 36108

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that, with respect to the production of the articles and/or the performance of the services covered by this Invoice it has fully complied with Section 6/7 / 412 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section (14) hereof.

**DIP-24-11967**

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | CARTONS | | | | CUBE CARTON | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | ORDERED | BACK ORD | SHIPPED | PRICE | | | |
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | 147.60 | 104 | 0 | 104 | 147.60 | 1 | 147.60 | 15,350.40 |

| | | | |
|---|---|---|---|
| TOTAL CTNS. | 104 | PAY LAST AMOUNT SHOWN --> | 15,350.40 |
| TOTAL WEIGHT | 6,240.00 | TOTAL CUBE | 2,889.12 |
| DEDUCT | 0.00 | AFTER DISCOUNT | 15,350.40 |
| IF PAID BY | | | |
| NO ANTICIPATION ALLOWE | | | |

# Biglots Stores Inc

**Invoice**
Debit Memo
2496687
11/1/2024

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery , AL  36108
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0870

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
| --- | --- | --- | --- |
| 0095350998 | 5/1/2024 | 11/1/2024 | Customer Pickup |

| Routing | Bill Of Lading # | Carrier Pro # | Terms |
| --- | --- | --- | --- |
| ARVY | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | B.O.L. # |
| --- | --- | --- | --- |
| 1000048 | 2496687 | 0025217000 | 0025217000 |

| | | Dept # | |
| --- | --- | --- | --- |
| | | | |

| | FOB | | |
| --- | --- | --- | --- |
| Collect | Payment Method | | |

| Customer Relations | | Phone | |
| --- | --- | --- | --- |
| Customer Service | | 2486244881 | |

| Sales Representative | | Phone | |
| --- | --- | --- | --- |
| Sales Rep Name | Name | | |
| Jack Oberlin | | 6147836666 | |

| UPC # | Description | Quantity | UOM | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 02521717950.9 | COMBO DUMP TRUCK<br>Manufacturer's Part #: 17950<br>SKU #: 810798318<br>Master Pack: 1<br>Discounted Amount Due: 15350.40<br>Qty Shipped: 104<br>Qty Shipped UOM: Case<br>Type: Basic<br>Based On: Invoice Date<br>Discount Date: 11/1/2024<br>Due Date: 12/16/2024<br>Net Days Due: 45<br>Description: Net45 | 104 | Case | 147.60 | 15350.4 |

| | | | | Total | 15350.40 |

30-Dec-2024

# BILL OF LADING

Date: 10/16/2024

Page 1 of 1

**Bill of Lading Number:** 0025217000321601

APT# 665101B

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN

FOB: [X]

## SHIP TO

NAME: CSC DISTRIBUTION, INC.
ADDRESS: MONTGOMERY DC - 870
2855 SELMA HIGHWAY
CITY/STATE/ZIP: Montgomery, AL 36108
LOAD#: rts 32719427 - DIP24-11967

FOB: [ ]

Carrier Name: ARRIVE LOGISTICS / 53711
Trailer Number: 78938
Seal Number(s): 111392

SCAC: ARVV

PRO NUMBER:

THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

SPECIAL INSTRUCTIONS    #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery / MS

APPT TIME: 1:00    ARRIVED: 9:20    START: 9:30    FINISH: 11:00    Initial MS

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | | ADDITIONAL SHIPPER INFORMATION |
|---|---|---|---|---|---|
| | | | | | Destination    PO Type    Dept.    Must Arrive By Date |
| 0095350998 | 104 | 6240 lbs | | | |

GRAND TOTALS    104    6240 lbs

Total Cube    2888.89

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 |
| | | 104 | BOX | 6240 lbs | (X) | PLASTIC TOYS |
| | | | BOX | | ( ) | |
| | | | BOX | | | |
| | | | BOX | | | AMERICAN PLASTIC TOYS |
| GRAND TOTALS: | 0 | 104 | | 6240 lbs | | |

LTL ONLY

| NMFC# | CLASS |
|---|---|
| 084260 - 03 | 250 |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___.

COD Amount $
Fee Terms:    Collect ( )    Prepaid ( )
( ) Customer check acceptable

TOTAL CHGS $

**Freight Counted**
(X) By Shipper
( ) By Driver
( ) By Driver / pallets said to contain
( ) By Driver / Pieces

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

## SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded
(X) By Shipper
( ) By Driver

NOV 01 2024

## CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Martin Simons

( ) ART COPY    ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A.<br>8555 Eagle Point Blvd<br>Lake Elmo, MN 55042<br>ABA Routing Number: 096010415<br>Account Number: 43071451S | American Plastic Toys, Inc.<br>LB #2782<br>PO Box 9438<br>Minneapolis, MN 55440-9438 | American Plastic Toys, Inc.<br>c/o SPECTRUM<br>Attn: Lockbox Department<br>8120 Penn Avenue South, Suite 380<br>Bloomington, MN 55431 |

| CUSTOMER NO. | | | | | | | | INVOICE DATE | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001220 | | | | | | | | 11/1/2024 | | | 2496688 |

| CUSTOMER P.O. | | TERMS | SHIP VIA | PRO/TRAILER NO. | APT ORDER NUMBER: | DEPT # | PPD/COL. COL. |
|---|---|---|---|---|---|---|---|
| 0095350998 | | Net 45 Days | ARVY | 53711 | 6651101C | | |

| PAGE NO. |
|---|
| 1 |

POJO

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery, AL 36108

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF INVOICE.
Seller represents that with respect to the production of the goods and/or the performance of the services covered by this invoice, it has fully complied with Section 6 (a) (1)
of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | CARTONS ORDERED | CARTONS BACKORD | CARTONS SHIPPED | CARTONS PRICE | UNIT CARTON | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | 147.60 | 104 | 0 | 104 | 147.60 | 1 | 15,350.40 |

| TOTAL CTNS. | 104 | TOTAL WEIGHT | 6,240.00 | TOTAL CUBE | 2,889.12 | | PAY LAST AMOUNT SHOWN --> | 15,350.40 |
|---|---|---|---|---|---|---|---|---|
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 15,350.40 | | | |
| NO ANTICIPATION ALLOWE | | | | | | | | |

# Biglots Stores Inc

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery , AL  36108
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0870

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

# Invoice
Debit Memo
2496688
11/1/2024

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095350998 | 5/1/2024 | 11/1/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| ARVY | 00252170000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2496688 | 00252170000 | 00252170000 |

| | | Dept # | |
|---|---|---|---|

| FOB | Payment Method | | |
|---|---|---|---|
| Collect | | | |

| Name | | Customer Relations | Phone |
|---|---|---|---|
| Customer Service | | | 2486244881 |

| Sales Rep Name | | Sales Representative | Phone |
|---|---|---|---|
| Jack Oberlin | | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 02521717950.9 | COMBO DUMP TRUCK | 104 | Case | 147.60 | 15350.4 |
| | Manufacturer's Part #: 17950 | | | | |
| | SKU #: 810798318 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 15350.40 | | | | |
| | Qty Shipped: 104 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/1/2024 | | | | |
| | Due Date: 12/16/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 15350.40 |
|---|---|---|

30-Dec-2024

Page 1 of 1

# BILL OF LADING

Date: 10/16/2024

Page 1 of 1

**Bill of Lading Number:** 00252170000321618

APT# 6651101C

00252170000321618

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN    FOB: [X]

Carrier Name: ARRIVE LOGISTICS
Trailer Number: 53711
Seal Number(s): 111366

SCAC: **ARVY**
PRO NUMBER:

## SHIP TO

NAME: CSC DISTRIBUTION, INC.
ADDRESS: MONTGOMERY DC - 870
2855 SELMA HIGHWAY

CITY/STATE/ZIP: Montgomery, AL 36108
LOAD# RTS3219447 - DIP-24-11967    FOB: [ ]

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

SPECIAL INSTRUCTIONS

APPT TIME: 1pm  ARRIVED: 9:28  START: 9:40 FINISH: 10:50 Initial: LCB

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery LCB

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | |
|---|---|---|---|---|
| 0095350998 | 104 | 6240 lbs | | |
| | | | | |
| | | | | |
| | | | | |
| **GRAND TOTALS** | 104 | 6240 lbs | Total Cube  2888.89 | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | | | NMFC# | CLASS |
| | | 104 | BOX | 6240 lbs. | ( ) | PLASTIC TOYS | | 084260- 03 | 250 |
| | | | BOX | | | | | | |
| | | | BOX | | | | | | |
| | | | BOX | | | | | | |
| 0 | **GRAND TOTALS** | 104 | | 6240 lbs | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding:
_____ per _____."

COD Amount $ _____
Fee Terms:  ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

TOTAL CHGS $ _____

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**AMERICAN PLASTIC TOYS**

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**ADDITIONAL SHIPPER INFORMATION**
Destination  PO Type  Dept  Must Arrive By Date

COMMODITY DESCRIPTION
Commodities requiring special or additional care or attention in handling or stowing must be marked and packaged as to ensure safe transportation with ordinary care.
See Section 2(e) of NMFC Item 360

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

[signature]

**Trailer Loaded**
(X) By Shipper
( ) By Driver

**Freight Counted**
( ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver /Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

[signature] 11-2-2

NOV 01 2024

( ) APT COPY    ( ) DRIVER COPY

APT# 6651101C

Carrier Name: ARRIVE LOGISTICS  53711  111366

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A.<br>8555 Eagle Point Blvd<br>Lake Elmo, MN 55042<br>ABA Routing Number: 096010415<br>Account Number: 430714512 | American Plastic Toys, Inc.<br>LB #2782<br>PO Box 9438<br>Minneapolis, MN 55440-9438 | American Plastic Toys, Inc.<br>c/o SPECTRUM<br>Attn: Lockbox Department<br>8120 Penn Avenue South, Suite 380<br>Bloomington, MN 55431 |

| CUSTOMER NO. | CUSTOMER P.O. | | | | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 0001220 | 0095612513 | | | | | 11/1/2024 | 2496692 |

| | PAGE NO. | | APT ORDER NUMBER: | DEPT # | PPD/COL. | |
|---|---|---|---|---|---|---|
| POJO | 1 | | 666158B | | COL | |

| | TERMS | SHIP VIA | PRO/TRAILER NO. | |
|---|---|---|---|---|
| | Net 45 Days | NTGO | 5376270 | |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery, AL  36108

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.
Seller represents that with respect to the production of the merchandise or the performance of the services covered by this invoice it has fully complied with Section 6 (a) & (b) of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | TOTAL CARTON | CARTONS | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | | ORDERED | BACK ORD | SHIPPED | PRICE | |
| 11680 | KITCHEN & SHOPPING CART SET | | 900 | 13.49 | 1 | 900 | 0 | 900 | 13.49 | 12,141.00 |

| TOTAL CTNS. | 900 | TOTAL WEIGHT | 8,100.00 | TOTAL CUBE | 2,871.00 | PAY LAST AMOUNT SHOWN --> | 12,141.00 |
|---|---|---|---|---|---|---|---|
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 12,141.00 | | |
| NO ANTICIPATION ALLOWE | | | | | | | |

**Biglots Stores Inc**

**Invoice**
Debit Memo
2496692
11/1/2024

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery , AL  36108
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0870

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO #* | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095612513 | 9/16/2024 | 11/1/2024 | Customer Pickup |

| Routing: | Bill of Lading # | Carrier Pro * | Terms |
|---|---|---|---|
| NTGO | 00252170000 | | Net 45 |

| Vendor * | Seller's Invoice * | Packing List * | BOL * |
|---|---|---|---|
| 1000048 | 2496692 | 00252170000 | 00252170000 |

| | | FOB | Dept * |
|---|---|---|---|
| Collect | | Payment Method | |

| Customer Relations | | |
|---|---|---|
| Name: | Phone: | |
| Customer Service | 2486244881 | |

| Sales Representative: | | |
|---|---|---|
| Sales Rep Name | Phone | |
| Jack Oberlin | 6147836666 | |

| UPC * | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 02521716801 | KITCHEN SET & SHOPPING CART | 900 | Case | 13.49 | 12141 |
| | Manufacturer's Part #: 11680 | | | | |
| | SKU #: 810486122 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 12141.00 | | | | |
| | Qty Shipped: 900 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/1/2024 | | | | |
| | Due Date: 12/16/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | | | | Total | 12141.00 |
|---|---|---|---|---|---|

30-Dec-2024

Page 1 of 1

Date: 10/28/2024

# BILL OF LADING

Page 1 of 1

Bill of Lading Number: 0025217000003121878

APT# 666158B

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN

FOB: [X]

## SHIP TO

NAME: CSC DISTRIBUTION, INC.
ADDRESS: MONTGOMERY DC - 870
2855 SELMA HIGHWAY

CITY/STATE/ZIP: Montgomery, AL 36108
LOAD#: RTS32758410-DIP 24-11967

FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO:
NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

SPECIAL INSTRUCTIONS: #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

APPT TIME: 2pm    ARRIVED: 12:00    START: 12:00    FINISH: 1:00    Initial: [X]

Carrier Name: NOLAN TRANS. GROUP / A/A
Trailer Number: 5376270
Seal Number(s): 111374

SCAC: NTGO
PRO NUMBER:

Freight Charge Terms:
( ) Prepaid    (X) Collect    [X] Third Party

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | ADDITIONAL SHIPPER INFORMATION |
| --- | --- | --- | --- | --- |
| 00956125613 | 900 | 8100 lbs | | |
| GRAND TOTALS | 900 | 8100 lbs | Total Cube | 2909.39 |

ADDITIONAL SHIPPER INFORMATION
Destination    PO Type    Dept    Must Arrive By Date

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 900 | BOX | 8100 lbs | ( ) | PLASTIC-TOYS | 084260 - 03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| 0 | GRAND TOTALS | 900 | | 8100 lbs | | | | |

COD Amount $ _____    TOTAL CHGS $ _____
Fee Terms: ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

AMERICAN PLASTIC TOYS

Freight Counted
[X] By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

Trailer Loaded
(X) By Shipper
( ) By Driver

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding:
per _____

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV 01 2024

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

( ) APT COPY    ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A.<br>8555 Eagle Point Blvd<br>Lake Elmo, MN 55042<br>ABA Routing Number: 096010415<br>Account Number: 430714512 | American Plastic Toys, Inc.<br>LB #2782<br>PO Box 9438<br>Minneapolis, MN 55440-9438 | American Plastic Toys, Inc.<br>c/o SPECTRUM<br>Attn: Lockbox Department<br>8120 Penn Avenue South, Suite 380<br>Bloomington, MN 55431 |

| CUSTOMER NO. | CUSTOMER P.O. | | | | APT ORDER NUMBER: | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 0001220 | 0095650467 | | | | 668870A | | 11/1/2024 | | 2496697 |
| | PAGE NO. 1 | | TERMS<br>Net 45 Days | | DEPT # | | PPD/COL.<br>COL | | |
| POJO | | | SHIP VIA<br>CSD | PRO/TRAILER NO.<br>303313 | | | | | |

**Sold To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT, OK 74701

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | | UNIT/ CARTON | ORDERED | CARTONS BACK ORD | SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | | | | | | | |
| 12780 | MVO TOOL BENCH | | 732 | 10.00 | | 1 | 732 | 0 | 732 | 10.00 | 7,320.00 |
| 20140 | SUPERMARKET SET | | 444 | 7.15 | | 1 | 444 | 0 | 444 | 7.15 | 3,174.60 |
| 20180 | KID'S CART SET | | 412 | 4.45 | | 1 | 412 | 0 | 412 | 4.45 | 1,833.40 |
| 77750 | MEGA CONSTRUCTION SET | | 100 | 9.95 | | 1 | 100 | 0 | 100 | 9.95 | 995.00 |
| 90050 | FASHION DOLL PATIO GRILL SET | | 860 | 5.35 | | 4 | 215 | 0 | 215 | 21.40 | 4,601.00 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CTNS. 1,903 | TOTAL WEIGHT 1,903 | TOTAL CUBE 9,509.00 | TOTAL DISCOUNT 2,972.62 | PAY LAST AMOUNT SHOWN --> | 17,924.00 |
| IF PAID BY | DEDUCT | AFTER DISCOUNT 0.00 | 17,924.00 | | |
| NO ANTICIPATION ALLOWE | | | | | |

# Biglots Stores Inc

**Invoice**
Debit Memo
2496697
11/1/2024

**Ship To:**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT , OK  74701
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0879

**Bill To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095650467 | 10/23/2024 | 11/1/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| CSD | 00252170000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2496697 | 00252170000 | 00252170000 |

| | FOB | Dept # |
|---|---|---|
| Collect | Payment Method | |

| Customer Relations | | |
|---|---|---|
| Name | Phone | |
| Customer Service | 2486244881 | |

| Sales Representative | | |
|---|---|---|
| Sales Rep Name | Phone | |
| Jack Oberlin | 6147836666 | |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 02521712807 | MVO TOOL BENCH<br>Manufacturer's Part #: 12780<br>SKU #: 810797318<br>Master Pack: 1 | 732 | Case | 10.00 | 7320 |
| 025217201408 | SUPERMARKET SET<br>Manufacturer's Part #: 20140<br>SKU #: 810797319<br>Master Pack: 1 | 444 | Case | 7.15 | 3174.6 |
| 025217201804 | KIDS CART SET<br>Manufacturer's Part #: 20180<br>SKU #: 810797320<br>Master Pack: 1 | 412 | Case | 4.45 | 1833.4 |
| 025217777507 | MEGA CONSTRUCTION<br>Manufacturer's Part #: 77750<br>SKU #: 810797321<br>Master Pack: 1 | 100 | Case | 9.95 | 995 |
| 025217900509 | FASHION DOLL PATIO<br>Manufacturer's Part #: 90050<br>SKU #: 810797322<br>Master Pack: 4 | 215 | Case | 21.40 | 4601 |

Discounted Amount Due: 17924.00
Qty Shipped: 1903

Page 1 of 2

30-Dec-2024

# Biglots Stores Inc

**Invoice**
Debit Memo
2498697
11/1/2024

Qty Shipped UOM: Case
Type: Basic
Based On: Invoice Date
Discount Date: 11/1/2024
Due Date: 12/16/2024
Net Days Due: 45
Description: Net45

| | Total |
|---|---|
| | 17924.00 |

30-Dec-2024

Date: 10/31/2024

# BILL OF LADING

Page 1 of 1

APT# 668870A

Bill of Lading Number: 00252170000321908

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN          FOB: [X]

## SHIP TO

NAME: DURANT DC - #0879
ADDRESS: 2306 ENTERPRISE DR.
CITY/STATE/ZIP: DURANT, OK 74701
LOAD#: RT3 32926792          FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO
NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

Carrier Name: CSD EXPRESS / VS
Trailer Number: 303313
Seal Number(s): 111363

SCAC: CSXD
PRO NUMBER:

Freight Charge Terms:
( ) Prepaid     (X) Collect     ( ) Third Party

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery NT

SPECIAL INSTRUCTIONS:
APPT TIME: 1pm   ARRIVED: 11:45   START: 11:55   FINISH: 1:25   Initial KMT

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | ADDITIONAL SHIPPER INFORMATION |
|---|---|---|---|---|
| 0095650467 | 1903 | 9509 lbs | | |
| **GRAND TOTALS** | 1903 | 9509 lbs | Total Cube  3022.05 | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | (X) | | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|---|
| | | 1688 | BOX | 8004 lbs | ( ) | PLASTIC TOYS | 084280 - 03 | 250 |
| | | 215 | BOX | 1505 lbs | ( ) | PLASTIC TOYS | 084280 - 04 | 150 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| 0  **GRAND TOTALS** | | 1903 | | 9509 lbs | | | | |

COD Amount $ _____   Fee Terms: ( ) Collect   ( ) Prepaid
  ( ) Customer check acceptable

TOTAL CHGS $ _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Freight Counted
( ) By Shipper
(X) By Driver/pallets said to contain
( ) By Driver / Pieces

Trailer Loaded
(X) By Shipper
( ) By Driver

NOV 01 2024

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Shipper Signature

AMERICAN PLASTIC TOYS

X 11/1/24

( ) APT COPY     ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic: Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO: | CUSTOMER P.O. | TERMS | APT ORDER NUMBER: | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 0001220 | 0095609928 | Net 45 Days | 665089D | 11/1/2024 | 2496698 |

| POJO | PAGE NO. | SHIP VIA | PRO/TRAILER NO. | DEPT # | PPD/COL |
|---|---|---|---|---|---|
| | 1 | CH ROBINSON | 486 | | COL |

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.
Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has fully complied with Section 6, 7, & 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Administration of the Wage and Hour Division issued under Section 14 thereof.

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK 74701

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | UNIT CARTON | CARTONS ORDERED | CARTONS BACK ORD | CARTONS SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 6 | 147.60 | 1 | 6 | 0 | 6 | 147.60 | 885.60 |

| | | |
|---|---|---|
| TOTAL CTNS. | 6 | |
| TOTAL WEIGHT | 360.00 | TOTAL CUBE | 166.68 |
| DEDUCT | | |
| IF PAID BY | AFTER DISCOUNT | 0.00 | 885.60 |
| NO ANTICIPATION ALLOWE | | |

PAY LAST AMOUNT SHOWN --> 885.60

**Biglots Stores Inc**

**Invoice**
Debit Memo
2496698
11/1/2024

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK  74701
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0879

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH   43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095609928 | 9/11/2024 | 11/1/2024 | Customer Pickup |
| Routing | Bill of Lading # | Carrier Pro # | Terms |
| CH ROBINSON | 0025217000 | | Net 45 |
| Vendor # | Seller's Invoice # | Packing List # | BOL # |
| 1000048 | 2496698 | 0025217000 | 0025217000 |

| | FOB | Dept # |
| Collect | Payment Method | |

| | Customer Relations | | Phone |
| Name | | 2486244881 | |
| Customer Service | | | |

| | Sales Representative | | Phone |
| Sales Rep Name | | 6147836666 | |
| Jack Oberlin | | | |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217179509 | COMBO DUMP TRUCK | 6 | Case | 147.60 | 885.6 |
| | Manufacturer's Part #: 17950 | | | | |
| | SKU #: 810798318 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 885.60 | | | | |
| | Qty Shipped: 6 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/1/2024 | | | | |
| | Due Date: 12/16/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |
| | | | | Total | 885.60 |

30-Dec-2024

Page 1 of 1

Date: 11/1/2024

# BILL OF LADING

Page 1 of 1

Bill of Lading Number: 00252170000321786

APT# 665089D

## SHIP FROM

NAME: American Plastic Toys.
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                          FOB: [X]

## SHIP TO

NAME: DURANT DC, LLC
ADDRESS: DURANT DC 879
2306 ENTERPRISE BLVD

CITY/STATE/ZIP: Durant, OK 74701
LOAD#: rts 32907137/DIP 24-11967    FOB: [ ]

## THIRD PARTY FREIGHT CHARGES BILL TO

NAME: CHRLTL
ADDRESS: 14800 Charlson Rd, Suite 2100
CITY/STATE/ZIP: Eden Prairie, MN 55344
SID#: CHRLTL

Carrier Name: CH ROBINSON / Ex prelior
Trailer Number: 486
Seal Number(s): 111375

SCAC: **RBTW**
PRO NUMBER:

Freight Charge Terms:
( ) Prepaid    ( ) Collect    (X) Third Party
Initial _BD_

SPECIAL INSTRUCTIONS: #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

APPT TIME: _8AM_    ARRIVED: _11:45_    START: _11:55_    FINISH: _12:25_    Total Cube _116.608_

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | |
|---|---|---|---|---|
| 0095609928 | 6 | 360 lbs | (X) | |
| GRAND TOTALS | 6 | 360 lbs | Total Cube 116.608 | |

### CARRIER INFORMATION

ADDITIONAL SHIPPER INFORMATION
Destination    PO Type    Dept    Must Arrive By Date

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | | NMFC# | CLASS |
| | | 6 | BOX | 360 lbs | (X) | PLASTIC TOYS | | 084280-03 | 250 |
| | | | BOX | | ( ) | | | | |
| | | | BOX | | ( ) | | | | |
| | | | BOX | | | | | | |
| GRAND TOTALS | 0 | 6 | | 360 lbs | | AMERICAN PLASTIC TOYS | | | |

COD Amount $ ___    Fee Terms: ( ) Collect   ( ) Prepaid
( ) Customer check acceptable.

Freight Counted:
(X) By Shipper
( ) By Driver/ pallets
said to contain
( ) By Driver / Pieces

Trailer Loaded:
(X) By Shipper
( ) By Driver

NOV 0 1 2024

TOTAL CHGS $ ___

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. -14706(c)(1)(A) and (B).

RECEIVED, Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

( ) APT COPY    ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | CUSTOMER P.O. | | APT ORDER NUMBER: | | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 0001220 | 0095612515 | | 666156A | | | 11/4/2024 | 2496699 |

| POJO | PAGE NO. | SHIP VIA | TERMS | PRO#/TRAILER NO. | DEPT# | PPD/COL | |
| | 1 | ARVY | Net 45 Days | 261 | | COL | |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK 74701

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE

Seller represents that with respect to the production of the article and/or the performance of the services covered by this invoice it has fully complied with Sections 6, 7 & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division made under section 14 hereof

## DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | CASE CARTON | ORDERED | BACK ORD | SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 11680 | KITCHEN & SHOPPING CART SET | | 50 | 13.49 | 1 | 50 | 0 | 50 | 13.49 | 674.50 |
| 11425 | NURSERY/DOLL BUGGY COMBO 810111019 | | 1,071 | 14.29 | 1 | 1,071 | 0 | 1,071 | 14.29 | 15,304.59 |

|  |  CARTONS  |  |  |
|---|---|---|---|

| TOTAL CTNS. | 1,121 | TOTAL WEIGHT | | TOTAL CUBE | 9,018.00 | | | | PAY LAST AMOUNT SHOWN --> | 15,979.09 |
| IF PAID BY | | DEDUCT | | AFTER DISCOUNT | 0.00 | 2,762.03 | | | | |
| NO ANTICIPATION ALLOWE | | | | | | 15,979.09 | | | | |

# Biglots Stores Inc

**Invoice**
Debit Memo
2498699
11/4/2024

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant , OK  74701
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0879

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0099612515 | 9/16/2024 | 11/4/2024 | Customer Pickup |
| Routing | Bill of Lading # | Carrier Pro # | Terms |
| ARVY | 0025217000000 | | Net 45 |
| Vendor # | Seller's Invoice # | Packing List # | BOL # |
| 1000048 | 2498699 | 0025217000000 | 0025217000000 |
| | | Dept. # | |

| | FOB |
|---|---|
| Collect | Payment Method |

| Customer Relations | | |
|---|---|---|
| | Name | Phone |
| Customer Service | | 2498244881 |

| Sales Representative | | |
|---|---|---|
| | Sales Rep Name | Phone |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217116801 | KITCHEN SET & SHOPPING CART<br>Manufacturer's Part #: 11680<br>SKU #: 810486122<br>Master Pack: 1 | 50 | Case | 13.49 | 674.5 |
| 025217114258 | APT ITEM 11425<br>Manufacturer's Part #: 11425<br>SKU #: 810111019<br>Master Pack: 1<br>Discounted Amount Due: 15979.09<br>Qty Shipped: 1121<br>Qty Shipped UOM: Case<br>Type: Basic<br>Based On: Invoice Date<br>Discount Date: 11/4/2024<br>Due Date: 12/19/2024<br>Net Days Due: 45<br>Description: Net45 | 1071 | Case | 14.29 | 15304.59 |
| | | | | **Total** | 15979.09 |

30-Dec-2024

Page 1 of 1

# BILL OF LADING

Date: 10/18/2024

Page 1 of 1

Bill of Lading Number: 0025217000321830

APT# 666156A

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                FOB: [X]

Carrier Name: ARRIVE LOGISTICS / CDTrucking
Trailer Number: 261
Seal Number(s): 111381

SCAC: ARVY
PRO NUMBER:

**SHIP TO**

NAME: DURANT DC, LLC
ADDRESS: DURANT DC 879
2306 ENTERPRISE BLVD
CITY/STATE/ZIP: Durant, OK 74701
LOAD#: RTS32758011-DIP 24-11967        FOB: [ ]
THIRD PARTY FREIGHT CHARGES BILL TO

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

Must Arrive By Date: KRD

SPECIAL INSTRUCTIONS: 1pm    #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery. Initial: KRD

APPT TIME: ___ ARRIVED: 9:35    START: 9:45    FINISH: 10:50

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | | ADDITIONAL SHIPPER INFORMATION | |
|---|---|---|---|---|---|---|
| | | | | | Destination  PO Type  Dept | |
| 0095612515 | 1121 | 9018 lbs | | | | |
| **GRAND TOTALS** | 1121 | 9018 lbs | Total Cube | 3411.78 | | |

CUSTOMER ORDER INFORMATION

CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|---|
| | | 1071 | BOX | 8568 lbs | ( ) | PLASTIC TOYS | 084260 - 02 | 300 |
| | | 50 | BOX | 450 lbs | ( ) | PLASTIC TOYS | 084260 - 03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| **GRAND TOTALS** | 0 | **GRAND TOTALS** | 1121 | 9018 lbs | | | | |

COD Amount $ ___    TOTAL CHGS $
Fee Terms:    ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

AMERICAN PLASTIC TOYS

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV 0 4 2024

( ) APT COPY

**Trailer Loaded**
(X) By Shipper
( ) By Driver

**Freight Counted**
(X) By Shipper
( ) By Driver/ pallets
    said to contain
( ) By Driver / Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

11-4-2

Shipper Signature

( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A.<br>8555 Eagle Point Blvd<br>Lake Elmo, MN 55042<br>ABA Routing Number: 096010415<br>Account Number: 430714512 | American Plastic Toys, Inc.<br>LB #2782<br>PO Box 9438<br>Minneapolis, MN 55440-9438 | American Plastic Toys, Inc.<br>c/o SPECTRUM<br>Attn: Lockbox Department<br>8120 Penn Avenue South, Suite 380<br>Bloomington, MN 55431 |

| CUSTOMER NO. | CUSTOMER P.O. | | | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 0001220 | 0095350998 | | | | 11/4/2024 | 2496709 |

| | PAGE NO. | TERMS | APT ORDER NUMBER: | | | |
|---|---|---|---|---|---|---|
| POJO | 1 | Net 45 Days | 665101A | PPD/COL. | | COL |

| SHIP VIA | PRO/TRAILER NO. | DEPT # |
|---|---|---|
| ARVY | 53703 | |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery, AL 36108

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION. ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice or that fully complied with Sections 6,7, & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | | CARTONS | | | | TOTAL | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | CUBE/<br>CARTON | ORDERED | BACK ORD | SHIPPED | PRICE | | | |
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | 147.60 | 1 | 104 | 0 | 104 | 147.60 | | | 15,350.40 |

| | | | | |
|---|---|---|---|---|
| TOTAL CTNS. | 104 | TOTAL WEIGHT | 6,240.00 | TOTAL CUBE | 2,889.12 | PAY LAST AMOUNT SHOWN -> | 15,350.40 |
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 15,350.40 | | |
| NO ANTICIPATION ALLOWE | | | | | | | |

# Biglots Stores Inc

**Invoice**

Debit Memo
2496709
11/4/2024

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery , AL  36108
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0870

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO.# | | PO Date | | Shipped Date | | Transportation Method |
|---|---|---|---|---|---|---|
| 0095350998 | | 5/1/2024 | | 11/4/2024 | | Customer Pickup |
| Routing | | Bill of Lading # | | Carrier Pro # | | Terms |
| ARVY | | 00252170000 | | | | Net 45 |
| Vendor # | | Seller's Invoice # | | Packing List # | | BOL # |
| 1000048 | | 2496709 | | 00252170000 | | 00252170000 |
| | | | | Dept # | | |

| FOB | | Payment Method |
|---|---|---|
| Collect | | |

| Customer Relations | | |
|---|---|---|
| Name | | Phone |
| Customer Service | | 2486244881 |

| Sales Representative | | |
|---|---|---|
| Sales Rep Name | | Phone |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217179509 | COMBO DUMP TRUCK | 104 | Case | 147.60 | 15350.4 |
| | Manufacturer's Part #: 17950 | | | | |
| | SKU #: 810793318 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 15350.40 | | | | |
| | Qty Shipped: 104 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/4/2024 | | | | |
| | Due Date: 12/19/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 15350.40 |
|---|---|---|

30-Dec-2024

Date: 10/16/2024

# BILL OF LADING

Page 1 of 1

Bill of Lading Number: 0025217000321595

APT# 665101A

‖‖‖‖‖ 0025217000321595

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN

FOB: [X]

**SHIP TO**

NAME: CSC DISTRIBUTION, INC.
ADDRESS: MONTGOMERY DC - 870
2855 SELMA HIGHWAY

CITY/STATE/ZIP: Montgomery, AL 36108
LOAD#: rts32719423-DIP24-11967

FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:

CITY/STATE/ZIP:
SID#:

Carrier Name: ARRIVE LOGISTICS / Tylee Log.
Trailer Number: 53703
Seal Number(s): 111382

SCAC: ARVY
PRO NUMBER:

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

SPECIAL INSTRUCTIONS  1pm    APPT TIME: 1pm    ARRIVED: 10:35    START: 10:45    FINISH: 12:05    Initial: BP

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery BP

ADDITIONAL SHIPPER INFORMATION
Destination  PO Type  Dept  Must Arrive By Date

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | |
|---|---|---|---|---|
| 0095350998 | 104 | 6240 lbs | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **GRAND TOTALS** | 104 | 6240 lbs | Total Cube | 2888.89 |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|---|
| | | 104 | BOX | 6240 lbs | (X) | PLASTIC TOYS | 084260 - 03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| **0** | **GRAND TOTALS** | 104 | | 6240 lbs | | | | |

COD Amount $
Fee Terms:  ( ) Collect  ( ) Prepaid
            ( ) Customer check acceptable

TOTAL CHGS $
( ) Prepaid
( ) Customer check acceptable

**AMERICAN PLASTIC TOYS**

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding:
_____ per _____

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV 0 4 2024

( ) APT COPY

**Trailer Loaded**
(X) By Shipper
( ) By Driver

**Freight Counted**
( ) By Shipper
( ) By Driver / pallets said to contain
( ) By Driver / Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Shipper Signature

( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A. | American Plastic Toys, Inc. | American Plastic Toys, Inc. |
| 8555 Eagle Point Blvd | LB #2782 | c/o SPECTRUM |
| Lake Elmo, MN 55042 | PO Box 9438 | Attn: Lockbox Department |
| ABA Routing Number: 096010415 | Minneapolis, MN 55440-9438 | 8120 Penn Avenue South, Suite 380 |
| Account Number: 430714512 | | Bloomington, MN 55431 |

| CUSTOMER NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| 0001220 | | 11/4/2024 | 2496710 |

| CUSTOMER P.O. | APT ORDER NUMBER: | PP#XCOL |
|---|---|---|
| 0095609928 | 665089C | COL |

| PAGE NO. | DEPT # |
|---|---|
| 1 | |

| TERMS | PRO/TRAILER NO. |
|---|---|
| Net 45 Days | T0708 |

| SHIP VIA |
|---|
| ARVY |

POJO

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK 74701

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | UNIT CARTON | CARTONS ORDERED | CARTONS BACK ORD | CARTONS SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | 147.60 | 1 | 104 | 0 | 104 | 147.60 | 15,350.40 |

| TOTAL CTNS. | 104 | TOTAL WEIGHT | 6,240.00 | TOTAL CUBE | 2,889.12 | PAY LAST AMOUNT SHOWN --> | 15,350.40 |
|---|---|---|---|---|---|---|---|
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 15,350.40 | | |

NO ANTICIPATION ALLOWE

# Biglots Stores Inc

**Invoice**

Debit Memo
2496710
11/4/2024

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK 74701
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0879

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS, OH 43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095609928 | 9/11/2024 | 11/4/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| | 00252170000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| ARVY | | | |
| 1000048 | 2496710 | 00252170000 | 00252170000 |

| | | Dept # |
|---|---|---|

| FOB | Payment Method |
|---|---|
| Collect | |

| Customer Relations | | |
|---|---|---|
| Name | | Phone |
| Customer Service | | 2486244881 |

| Sales Representative | | |
|---|---|---|
| Sales Rep Name | | Phone |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217179509 | COMBO DUMP TRUCK | 104 | Case | 147.60 | 15350.4 |
| | Manufacturer's Part #: 17950 | | | | |
| | SKU #: 810798318 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 15350.40 | | | | |
| | Qty Shipped: 104 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/4/2024 | | | | |
| | Due Date: 12/19/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 15350.40 |
|---|---|---|

Page 1 of 1

30-Dec-2024

# BILL OF LADING

Date: 11/4/2024

Page 1 of 1

**Bill of Lading Number:** 0025217000321779

APT# 665089C

| SHIP FROM | |
|---|---|
| NAME: | American Plastic Toys |
| ADDRESS: | 799 Ladd Rd. |
| CITY/STATE/ZIP: | Walled Lake, MI 48390 |
| SID#: | FOB: [X] |

| SHIP TO | |
|---|---|
| NAME: | DURANT DC, LLC |
| | DURANT DC 879 |
| ADDRESS: | 2306 ENTERPRISE BLVD |
| CITY/STATE/ZIP: | Durant, OK 74701 |
| LOAD#: | RTS32739655-DIP 24-11967    FOB: [ ] |

THIRD PARTY FREIGHT CHARGES BILL TO

| | |
|---|---|
| NAME: | |
| ADDRESS: | |
| CITY/STATE/ZIP: | |
| SID#: | |

Carrier Name: ARRIVE LOGISTICS / LI Express
Trailer Number: T0708
Seal Number(s): 11390

SCAC ARVY
PRO NUMBER:

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

SPECIAL INSTRUCTIONS    #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery ☓ Jiale 240
APPT TIME: ___ 5pm    ARRIVED: 10:47    START: 11:30    FINISH: 12:35    Initial J7

ADDITIONAL SHIPPER INFORMATION
Must Arrive By Date

| | |
|---|---|
| Destination PO Type Dept | |

| CUSTOMER ORDER INFORMATION | | | |
|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED |
| 0095609928 | 104 | 6240 lbs | (X) |
| | | | |
| **GRAND TOTALS** | 104 | 6240 lbs | Total Cube 2888.89 |

| CARRIER INFORMATION | | | | | |
|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. |
| QTY | TYPE | QTY | TYPE | | (X) |
| | | 104 | BOX | 6240 lbs | ( ) |
| | | | BOX | | |
| | | | BOX | | |
| | | | BOX | | |
| **GRAND TOTALS** | 0 | 104 | | 6240 lbs | |

COMMODITY DESCRIPTION
Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to insure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360

| | | LTL ONLY | |
|---|---|---|---|
| | | NMFC# | CLASS |
| PLASTIC TOYS | | 004260 - 03 | 250 |

COD Amount $ _____    Fee Terms: ( ) Collect    ( ) Prepaid
                                              ( ) Customer check acceptable

TOTAL CHGS $

AMERICAN PLASTIC TOYS

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Where the rate is dependent on value, shippers are required to state specifically in writing the speed or declared value of the property.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding:
____ per ____

| Freight Counted | Trailer Loaded |
|---|---|
| (X) By Shipper | (X) By Shipper |
| ( ) By Driver/ pallets said to contain | ( ) By Driver |
| ( ) By Driver / Pieces | |

NOV 0 4 2024

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Shipper Signature

Jiale 240    11/4/2024

( ) APT COPY    ( ) DRIVER COPY

## Payment Info

**Originating Domestic Wire & ACH – U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 43071451Z

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight – FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| INVOICE DATE | INVOICE NO. |
|---|---|
| 11/4/2024 | 2496711 |

| TERMS | SHIP VIA | PRO/TRAILER NO. | APT ORDER NUMBER: | DEPT # | PPD/COL |
|---|---|---|---|---|---|
| Net 45 Days | BGLF | 5302 | 666157D | | COL |

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA 17981

MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION. ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

| CUSTOMER PART NO. | EACH SHIPPED | PRICE | EACH/CARTON | ORDERED | BACK ORD | CARTONS SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ING CART SET | 220 | 13.49 | 1 | 220 | 0 | 220 | 13.49 | 2,967.80 |
| | 1,348 | 3.99 | 4 | 337 | 0 | 337 | 15.96 | 5,378.52 |

| TOTAL WEIGHT | 4,676.00 | TOTAL CUBE | 1,968.92 | PAY LAST AMOUNT SHOWN --> | | 8,346.32 |
|---|---|---|---|---|---|---|
| DEDUCT | 0.00 | AFTER DISCOUNT | 8,346.32 | | | |

# Biglots Stores Inc

**Invoice**

Debit Memo  2498711
11/4/2024

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont , PA  17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095612514 | 9/16/2024 | 11/4/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| BGLF | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2498711 | 0025217000 | 0025217000 |

| | Dept. # |
|---|---|
| | |

| FOB | Payment Method |
|---|---|
| Collect | |

| Customer Relations | | |
|---|---|---|
| Name | | Phone |
| Customer Service | | 2486244881 |

| Sales Representative | | |
|---|---|---|
| Sales Rep Name | | Phone |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217116801 | KITCHEN SET & SHOPPING CART<br>Manufacturer's Part #: 11680<br>SKU #: 810486122<br>Master Pack: 1 | 220 | Case | 13.49 | 2967.8 |
| 025217200371 | TIDY UP VACUUM SET<br>Manufacturer's Part #: 20037<br>SKU #: 810785439<br>Master Pack: 4 | 337 | Case | 15.96 | 5378.52 |
| | Discounted Amount Due: 8346.32 | | | | |
| | Qty Shipped: 557 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/4/2024 | | | | |
| | Due Date: 12/19/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 8346.32 |
|---|---|---|

Page 1 of 1

30-Dec-2024

# BILL OF LADING

Date: 10/29/2024

Page 1 of 1

**Bill of Lading Number:** 0025217000321823

APT# 666157D

0025217000321823

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                    FOB: [X]

Carrier Name: Blue-Grace Logistics | GMV
Trailer Number: 5302
Seal Number(s): 111376

SCAC **BGLF**

PRO NUMBER:

## SHIP TO

NAME: CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
ADDRESS: 50 RAUSCH CREEK ROAD

CITY/STATE/ZIP: Tremont, PA 17981
LOAD# RTS3275957-DIP 24-11967      FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

APPT TIME: 11 AM    ARRIVED: 10:36    START: 10:45    FINISH: 12:05    Initial: LM / AM

SPECIAL INSTRUCTIONS    #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED |
| --- | --- | --- | --- |
| 0095612514 | 557 | 4676 lbs | |
| | | | |
| | | | |
| | | | |
| **GRAND TOTALS** | 557 | 4676 lbs | Total Cube 2043.38 |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION |
| --- | --- | --- | --- | --- | --- | --- |
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 |
| | | 557 | BOX | 4676 lbs | ( ) | PLASTIC TOYS |
| | | | BOX | | | |
| | | | BOX | | | |
| | | | BOX | | | |
| 0 | **GRAND TOTALS** | 557 | | 4676 lbs | | |

### ADDITIONAL SHIPPER INFORMATION

| | | | | LTL ONLY | |
| --- | --- | --- | --- | --- | --- |
| Destination | PO Type | Dept | Must Arrive By Date | NMFC# | CLASS |
| | | | | 084260 - 03 | 250 |

COD Amount $    Fee Terms: ( ) Collect ( ) Prepaid    TOTAL CHGS $
( ) Customer check acceptable

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**AMERICAN PLASTIC TOYS**

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV 0 4 2024

( ) APT COPY

**Freight Counted**
(X) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

**Trailer Loaded**
(X) By Shipper
( ) By Driver

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Shipper Signature

11/4/22 2

( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390

Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A.<br>8555 Eagle Point Blvd<br>Lake Elmo, MN 55042<br>ABA Routing Number: 096010415<br>Account Number: 430714512 | American Plastic Toys, Inc.<br>LB #2782<br>PO Box 9438<br>Minneapolis, MN 55440-9438 | American Plastic Toys, Inc.<br>c/o SPECTRUM<br>Attn: Lockbox Department<br>8120 Penn Avenue South, Suite 380<br>Bloomington, MN 55431 |

| CUSTOMER NO. | CUSTOMER P.O. | | | | | INVOICE DATE | | INVOICE NO |
|---|---|---|---|---|---|---|---|---|
| 0001220 | 0095350998 | | | | | 11/4/2024 | | 2496738 |

| | PAGE NO. | SHIP VIA | PRO/TRAILER NO | APT ORDER NUMBER: | DEPT # | | PO/COL. | |
|---|---|---|---|---|---|---|---|---|
| POJO | 1 | ARVY | 526080 | 665101D | | | COL | |

TERMS: Net 45 Days

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has fully complied with Sections 6, 7 & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery, AL 36108

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | QTY CARTON | ORDERED | BACK ORD | CARTONS SHIPPED | CARTONS PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 89 | 147.60 | 1 | 89 | 0 | 89 | 147.60 | 13,136.40 |

| TOTAL CTNS. | 89 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL WEIGHT | 5,340.00 | TOTAL CUBE | 2,472.42 | | | | | | | |
| DEDUCT | 0.00 | AFTER DISCOUNT | 13,136.40 | | | PAY LAST AMOUNT SHOWN --> | | | | 13,136.40 |

IF PAID BY
NO ANTICIPATION ALLOWE

# Biglots Stores Inc

**Invoice**

Debit Memo  2496738
11/4/2024

**Ship To:**
CSC DISTRIBUTION, INC.
MONTGOMERY DC - 870
2855 SELMA HIGHWAY
Montgomery , AL  36108
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0870

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095350998 | 5/1/2024 | 11/4/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier-Pro # | Terms |
|---|---|---|---|
| ARVY | 00252170000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2496738 | 00252170000 | 00252170000 |

| | | Dept. # | |
|---|---|---|---|

| | FOB | | |
|---|---|---|---|
| | Payment Method | | |
| Collect | | | |

| Customer Relations | | |
|---|---|---|
| Name | | Phone |
| Customer Service | | 2486244881 |

| Sales Representative | | |
|---|---|---|
| Sales Rep Name | | Phone |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217179509 | COMBO DUMP TRUCK | 89 | Case | 147.60 | 13136.4 |
| | Manufacturer's Part #: 17950 | | | | |
| | SKU #: 810798318 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 13136.40 | | | | |
| | Qty Shipped: 89 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/4/2024 | | | | |
| | Due Date: 12/19/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 13136.40 |
|---|---|---|

30-Dec-2024

Page 1 of 1

# BILL OF LADING

Date: 11/4/2024

Page 1 of 1

Bill of Lading Number: 0025217000321625

APT# 665101D

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                    FOB: [X]

**SHIP TO**

NAME: CSC DISTRIBUTION, INC.
ADDRESS: MONTGOMERY DC - 870
2856 SELMA HIGHWAY
CITY/STATE/ZIP: Montgomery, AL 36108
LOAD#: -DIP 24-11967          FOB: [ ]

Carrier Name: ARRIVE LOGISTICS / Keen Cargo
Trailer Number: 526080
Seal Number(s): 111310

SCAC: **ARVY**
PRO NUMBER:

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

SPECIAL INSTRUCTIONS

APPT TIME: 1pms    ARRIVED: 1.35pm    START: 1.45pm  FINISH: 3.60  Initial: KS

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | |
|---|---|---|---|---|
| 0095350998 | 89 | 5340 lbs | | |
| GRAND TOTALS | 89 | 5340 lbs | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | | | NMFC# | CLASS |
| | | 89 | BOX | 5340 lbs | ( ) | PLASTIC TOYS | | 084280 -03 | 250 |
| | | | BOX | | | | | | |
| | | | BOX | | | | | | |
| | | | BOX | | | | | | |
| 0 | GRAND TOTALS | 89 | | 5340 lbs | | | | | |

Total Cube 2472.22

**ADDITIONAL SHIPPER INFORMATION**
Destination   PO Type   Dept   Must Arrive By Date

COD Amount $
Fee Terms:    ( ) Collect    ( ) Prepaid
              ( ) Customer check acceptable

TOTAL CHGS $

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. – 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

AMERICAN PLASTIC TOYS

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____   Shipper Signature

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding:
_____ per _____"

**Freight Counted**
( ) By Shipper
( ) By Driver/pallets
    said to contain
( ) By Driver /Pieces

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded**
(X) By Shipper
( ) By Driver

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

( ) APT COPY          ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

| INVOICE NO. |
|---|
| 2496754 |

| INVOICE DATE | |
|---|---|
| 11/5/2024 | |

| PPD/COL |
|---|
| COL |

| CUSTOMER NO. | CUSTOMER P.O. | APT ORDER NUMBER: | DEPT # |
|---|---|---|---|
| 0001220 | 0095650467 | 668870B | |

| PAGE NO. | TERMS | SHIP VIA | PRO/TRAILER NO. |
|---|---|---|---|
| 1 | Net 45 Days | CSD | 526080 |

| | |
|---|---|
| POJO | |

**Sold To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT, OK 74701

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE
Seller represents that with respect to the production of the articles and/or the performance of the services covered by this Invoice it has fully complied with Sections 6, 7, 12 & 15 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the Wage and Hour Division issued under Section 7 thereof.

## DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | LAST CARTON | ORDERED | CARTONS | | SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | | | BACKORD | SHIPPED | | | |
| 30045 | BL MINI TRIKE | | 400 | 9.95 | 1 | 400 | 0 | 400 | 9.95 | | 3,980.00 |
| 77002 | 2 PC. Mega Construction Set | | 442 | 10.80 | 2 | 221 | 0 | 221 | 21.60 | | 4,773.60 |
| 77750 | MEGA CONSTRUCTION SET | | 532 | 9.95 | 1 | 532 | 0 | 532 | 9.95 | | 5,293.40 |

| TOTAL CTNS. | 1,153 | TOTAL WEIGHT | 8,286.00 | TOTAL CUBE | 2,995.33 | PAY LAST AMOUNT SHOWN --> | | 14,047.00 |
|---|---|---|---|---|---|---|---|---|
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 14,047.00 | | | |
| NO ANTICIPATION ALLOWE | | | | | | | | |

# Biglots Stores Inc

## Invoice

Debit Memo
2496754
11/5/2024

**Ship To:**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT , OK  74701
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0879

**Bill To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|------|---------|--------------|----------------------|
| 0095650467 | 10/23/2024 | 11/5/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---------|-----------------|---------------|-------|
| CSD | 00252170000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|----------|-------------------|----------------|-------|
| 1000048 | 2496754 | 00252170000 | 00252170000 |
| | | Dept: # | |

| FOB | | |
|-----|--|--|
| | Payment Method | |
| Collect | | |

| Customer Relations | | Phone |
|--------------------|--|-------|
| Name | | |
| Customer Service | | 2486244881 |

| Sales Representative | | Phone |
|----------------------|--|-------|
| Sales Rep Name | | |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|-------|-------------|----------|-----|-------|--------|
| 02521730050T | AP RIDE ON TRIKE<br>Manufacturer's Part #: 30045<br>SKU #: 810539839<br>Master Pack: 1 | 400 | Case | 9.95 | 3980 |
| 025217777027 | 2 PC MEGA CONSTRUCTION SET<br>Manufacturer's Part #: 77002<br>SKU #: 810755594<br>Master Pack: 2 | 221 | Case | 21.60 | 4773.6 |
| 02521777750T | MEGA CONSTRUCTION<br>Manufacturer's Part #: 77750<br>SKU #: 810797321<br>Master Pack: 1 | 532 | Case | 9.95 | 5293.4 |
| | Discounted Amount Due: 14047.00<br>Qty Shipped: 1153<br>Qty Shipped UOM: Case<br>Type: Basic<br>Based On: Invoice Date<br>Discount Date: 11/5/2024<br>Due Date: 12/20/2024<br>Net Days Due: 45<br>Description: Net45 | | | | |

30-Dec-2024

**Biglots Stores Inc**

**Invoice**
Debit Memo
2496754
11/5/2024

| Total | 14047.00 |

# BILL OF LADING

Date: 10/31/2024

Page 1 of 1

**Bill of Lading Number:** 0025217000032**1915**

APT# 668870B

0025217000032**1915**

## SHIP FROM

NAME: American Plastic Toys.
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SIDE: MAIN                    FOB: [X]

Carrier Name: CSD EXPRESS /Nations
Trailer Number: 526080
Seal Number(s): 111315

SCAC: **CSXD**

PRO NUMBER:

## SHIP TO

NAME: DURANT DC - #0879
ADDRESS: 2306 ENTERPRISE DR

CITY/STATE/ZIP: DURANT, OK 74701
LOAD#: RTS 32925826                FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:
CITY/STATE/ZIP:
SIDE:

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

START: 2:30    FINISH: 3:05    Initial: ___

## ADDITIONAL SHIPPER INFORMATION
Destination    PO Type    Dept    Must Arrive By Date

| | LTL ONLY | |
| NMFC# | CLASS |
| 084260 - 03 | 250 |

**SPECIAL INSTRUCTIONS:** 1TM    ARRIVED: 2:20

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

APPT TIME: 1PM

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | |
|---|---|---|---|---|
| 0095650467 | 1153 | 5302 lbs | | |
| | | | | |
| | | | | |
| GRAND TOTALS | 1153 | 5302 lbs | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 |
| | | 1153 | BOX | 5302 lbs | ( ) | PLASTIC TOYS |
| | | | BOX | | | |
| | | | BOX | | | |
| | | | BOX | | | |
| 0 GRAND TOTALS | 1153 | | | 5302 lbs | | |

Total Cube 3239.87

AMERICAN PLASTIC TOYS

COD Amount $ ____
Fee Terms:    ( ) Collect    ( ) Prepaid
              ( ) Customer check acceptable

TOTAL CHGS $

**Freight Counted**
( ) By Shipper
(X) By Driver/ pallets said to contain
( ) By Driver / Pieces

**Trailer Loaded**
(X) By Shipper
( ) By Driver

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV 04 2024

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

( ) APT COPY          ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390

Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | | APT ORDER NUMBER: | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|
| 0001200 | | 665089B | | 11/5/2024 | | 2496803 |

| CUSTOMER P.O. | | DEPT # | | PPD/COL | |
|---|---|---|---|---|---|
| 0095609928 | | | | COL | |

| PAGE NO. | | PRO/TRAILER NO. | |
|---|---|---|---|
| 1 | | 4687 | |

| TERMS | | SHIP VIA |
|---|---|---|
| Net 45 Days | | ARVY |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH  43081

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK  74701

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE
Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has fully complied with Section 6, 7, & 12
of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under section 14 thereof

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | EACH/CARTON | ORDERED | CARTONS BACKORD | CARTONS SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | 147.60 | 1 | 104 | 0 | 104 | 147.60 | 15,350.40 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CTNS. | 104 | TOTAL WEIGHT | 6,240.00 | TOTAL CUBE | 2,889.12 |
| | | DEDUCT | 0.00 | AFTER DISCOUNT | 15,350.40 |
| IF PAID BY | | | | | |
| NO ANTICIPATION ALLOWE | | | | PAY LAST AMOUNT SHOWN --> | 15,350.40 |

# Biglots Stores Inc

**Invoice**
Debit Memo
2496803
11/5/2024

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK 74701
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0879

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH 43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095609928 | 9/11/2024 | 11/5/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| ARVY | 00252170000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2496803 | 00252170000 | 00252170000 |

| | | Dept. # | |
|---|---|---|---|

| FOB | | |
|---|---|---|
| | Payment Method | |

| Collect | | |

| Customer Relations | | |
|---|---|---|
| Name | | Phone |
| Customer Service | | 2486244881 |

| Sales Representative | | |
|---|---|---|
| Sales Rep Name | | Phone |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217179509 | COMBO DUMP TRUCK | 104 | Case | 147.60 | 15350.4 |
| | Manufacturer's Part #: 17950 | | | | |
| | SKU #: 810798318 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 15350.40 | | | | |
| | Qty Shipped: 104 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/5/2024 | | | | |
| | Due Date: 12/20/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 15350.40 |
|---|---|---|

30-Dec-2024

Page 1 of 1

# BILL OF LADING

Date: 10/17/2024

Page 1 of 1

**Bill of Lading Number:** 0025217000321762

0025217000321762

APT# 665089B

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: FOB: [X]

## SHIP TO

NAME: DURANT DC, LLC
ADDRESS: DURANT DC 879
2306 ENTERPRISE BLVD

CITY/STATE/ZIP: Durant, OK 74701
LOAD#: RTS3273964B-DIP 24-11967    FOB: [ ]
THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:

CITY/STATE/ZIP:
SID#:

SPECIAL INSTRUCTIONS:

APPT TIME: 1pm.    ARRIVED: 11:38

Carrier Name: ARRIVE LOGISTICS / offshore
Trailer Number: 4687
Seal Number(s): 1113789

SCAC: **ARVY**

PRO NUMBER:

**Freight Charge Terms:**
( ) Prepaid    ( X ) Collect    ( ) Third Party

START: 11:50    FINISH: 12:50    Initial: LDO

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery: LDO

ADDITIONAL SHIPPER INFORMATION

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | | ADDITIONAL SHIPPER INFORMATION |
|---|---|---|---|---|---|
| | | | (Y) | (N) | Destination    PO Type    Dept    Must Arrive By Date |
| 0005609928 | 104 | 6240 lbs | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **GRAND TOTALS** | 104 | 6240 lbs | Total Cube | 2888.89 | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| | | 104 | BOX | 6240 lbs | ( ) | PLASTIC TOYS | 084280 - 03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| **0** | **GRAND TOTALS** | 104 | | 6240 lbs | | **AMERICAN PLASTIC TOYS** | | |

COD Amount $
Fee Terms:    ( ) Collect    TOTAL CHGS $
( ) Prepaid
( ) Customer check acceptable

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. – 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**Freight Counted**
( X ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

**Trailer Loaded**
( X ) By Shipper
( ) By Driver

NOV 05 2024

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Shipper Signature

11/5/24

( ) APT COPY    ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A.<br>8555 Eagle Point Blvd<br>Lake Elmo, MN 55042<br>ABA Routing Number: 096010415<br>Account Number: 43071451 2 | American Plastic Toys, Inc.<br>LB #2782<br>PO Box 9438<br>Minneapolis, MN 55440-9438 | American Plastic Toys, Inc.<br>c/o SPECTRUM<br>Attn: Lockbox Department<br>8120 Penn Avenue South, Suite 380<br>Bloomington, MN 55431 |

| CUSTOMER NO. | CUSTOMER P.O. | | TERMS | | APT ORDER NUMBER: | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 0001220 | 0095609928 | | Net 45 Days | | 665089A | | 11/5/2024 | | 2496805 |

| POJO | PAGE NO. | 1 | SHIP VIA<br>ARVY | PRO/TRAILER NO.<br>W1493 | DEPT # | PPD/COL.<br>COL | |

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.
Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has fully complied with Sections 6, 7, & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 hereof.

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant, OK 74701

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | UNIT CARTON | CARTONS | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | | ORDERED | BACK ORD | SHIPPED | PRICE | | |
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | 147.60 | 1 | 104 | 0 | 104 | 147.60 | | 15,350.40 |

| TOTAL CTNS. | 104 | TOTAL WEIGHT | 6,240.00 | TOTAL CUBE | 2,889.12 | | PAY LAST AMOUNT SHOWN --> | 15,350.40 |
|---|---|---|---|---|---|---|---|---|
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 15,350.40 | | | |
| NO ANTICIPATION ALLOWE | | | | | | | | |

**Biglots Stores Inc**

**Invoice**

Debit Memo
2498805
11/5/2024

**Ship To:**
DURANT DC, LLC
DURANT DC 879
2306 ENTERPRISE BLVD
Durant , OK  74701
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0879

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095609928 | 9/11/2024 | 11/5/2024 | Customer Pickup |
| **Routing** | **Bill of Lading #** | **Carrier Pro #** | **Terms** |
| ARVY | 0025217000 | | Net 45 |
| **Vendor #** | **Seller's Invoice #** | **Packing List #** | **BOL #** |
| 1000048 | 2498805 | 0025217000 | 0025217000 |
| | | **Dept #** | |

| FOB |
|---|
| **Payment Method** |
| Collect |

| Customer Relations | | |
|---|---|---|
| **Name** | **Phone** | |
| Customer Service | 2486244881 | |

| Sales Representative | | |
|---|---|---|
| **Sales Rep Name** | **Phone** | |
| Jack Oberlin | 6147836666 | |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217179509 | COMBO DUMP TRUCK | 104 | Case | 147.60 | 15350.4 |
| | Manufacturer's Part #: 17950 | | | | |
| | SKU #: 810798318 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 15350.40 | | | | |
| | Qty Shipped: 104 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/5/2024 | | | | |
| | Due Date: 12/20/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 15350.40 |
|---|---|---|

Page 1 of 1

30-Dec-2024

# BILL OF LADING

Date: 10/17/2024

Page 1 of 1

APT# 665089A

**Bill of Lading Number:** 0025217000321755

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN

FOB: [X]

## SHIP TO

NAME: DURANT DC, LLC
ADDRESS: DURANT DC 879
2306 ENTERPRISE BLVD

CITY/STATE/ZIP: Durant, OK 74701
LOAD#: RTS32739632-DIP 24-11967

FOB: [ ]

**Carrier Name:** ARRIVE LOGISTICS / Offshore
**Trailer Number:** W1493
**Seal Number(s):** 111388

SCAG   **ARVY**

**PRO NUMBER:**

THIRD PARTY FREIGHT CHARGES BILL TO:

NAME:
ADDRESS:

CITY/STATE/ZIP:
SID#:

**Freight Charge Terms:**
( ) Prepaid   (X) Collect   ( ) Third Party

SPECIAL INSTRUCTIONS   #Envelope Contains Packing Slip Which Must Accompany Your Delivery/Receipt at time of Delivery/ Initial:

APPT TIME: 2pm   ARRIVED: 1:45   START: 1:55   FINISH: 2:40

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | |
|---|---|---|---|---|
| | | | (X) | ( ) |
| 0095609928 | 104 | 6240 lbs | | |
| **GRAND TOTALS** | 104 | 6240 lbs | | |

Total Cube   6240 lbs
Total Cube   2888.89

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| | | 104 | BOX | 6240 lbs | ( ) | PLASTIC TOYS | 084260 - 03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| **0** | **GRAND TOTALS** | 104 | | 6240 lbs | | | | |

**COD Amount** $
**Fee Terms:** ( ) Collect   ( ) Prepaid
( ) Customer check acceptable

**TOTAL CHGS** $

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**AMERICAN PLASTIC TOYS**

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Shipper Signature**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Freight Counted**
(X) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver/ Pieces

**Trailer Loaded**
(X) By Shipper
( ) By Driver

NOV 0 5 2024

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

( ) DRIVER COPY

( ) APT COPY

( ) APT COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | CUSTOMER P.O. | | | | | APT ORDER NUMBER: | | INVOICE DATE: | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 0001220 | 0095650466 | | | | | 668869D | | 11/7/2024 | | 2496895 |

| POJO | PAGE NO. | TERMS | PRO#/TRAILER NO. | DEPT # | PPD/COL. |
|---|---|---|---|---|---|
| | 1 | Net 45 Days | 179420 | | COL |

| | SHIP VIA |
|---|---|
| | CH ROBINSON |

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.
Seller represents that, with respect to the production of the articles and/or in the performance of the services covered by this invoice it has fully complied with Sections 6, 7 & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

**Sold To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
TREMONT DC - #0874
50 RAUSCH CREEK RD
TREMONT, PA 17981

## DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | UNIT/CARTON | ORDERED | CARTONS | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | | | BACKORD | SHIPPED | PRICE | |
| 90050 | FASHION DOLL PATIO GRILL SET | | 1,268 | 5.35 | 4 | 317 | 0 | 317 | 21.40 | 6,783.80 |

| TOTAL CTNS. | 317 | TOTAL WEIGHT | 2,219.00 | TOTAL CUBE | 475.50 | PAY LAST AMOUNT SHOWN --> | 6,783.80 |
|---|---|---|---|---|---|---|---|
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 6,783.80 | | |
| NO ANTICIPATION ALLOWE | | | | | | | |

# Biglots Stores Inc

**Invoice**
Debit Memo
2496895
11/7/2024

**Ship To:**
TREMONT DC - #0874
50 RAUSCH CREEK RD
TREMONT , PA 17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD DIP-24-11967
COLUMBUS , OH 43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095650466 | 10/23/2024 | 11/7/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| CH ROBINSON | 00252170000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2496895 | 00252170000 | 00252170000 |

| | | Dept # | |
|---|---|---|---|

| | | FOB | |
|---|---|---|---|
| Collect | | Payment Method | |

| Customer Relations | | | |
|---|---|---|---|
| | Name | | Phone |
| Customer Service | | 2486244881 | |

| Sales Representative | | | |
|---|---|---|---|
| | Sales Rep Name | | Phone |
| Jack Oberlin | | 6147836666 | |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217900509 | FASHION DOLL PATIO | 317 | Case | 21.40 | 6783.8 |
| | Manufacturer's Part #: 90050 | | | | |
| | SKU #: 810797322 | | | | |
| | Master Pack: 4 | | | | |
| | Discounted Amount Due: 6783.80 | | | | |
| | Qty Shipped: 317 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/7/2024 | | | | |
| | Due Date: 12/22/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | | | | Total | 6783.80 |
|---|---|---|---|---|---|

30-Dec-2024

# BILL OF LADING

Date: 11/5/2024.

Page 1 of 1

**Bill of Lading Number:** 0025217000032198 4

APT# 668869D

0025217000032198 4

**SHIP FROM**

| | |
|---|---|
| NAME: | American Plastic Toys |
| ADDRESS: | 799 Ladd Rd. |
| CITY/STATE/ZIP: | Walled Lake, MI 48390 |
| SID#: | MAIN |

FOB: [ X ]

**Carrier Name:** CH ROBINSON / Gerome Transport
**Trailer Number:** 179420
**Seal Number(s):** 11385

**SCAC** RBTW
**PRO NUMBER:**

**SHIP TO**

| | |
|---|---|
| NAME: | TREMONT DC - #0874 |
| ADDRESS: | 50 RAUSCH CREEK RD |
| CITY/STATE/ZIP: | TREMONT, PA 17981 |
| LOAD#: | RTS 32926067 |

FOB: [ ]

**Freight Charge Terms:**
( ) Prepaid    ( ) Collect    (X) Third Party

**THIRD PARTY FREIGHT CHARGES BILL TO**

| | |
|---|---|
| NAME: | CHRL,TL |
| ADDRESS: | 14800 Charlson Rd, Suite 2100 |
| CITY/STATE/ZIP: | Eden Prairie, MN 55344 |
| SID#: | CHRL,TL |

SPECIAL INSTRUCTIONS: #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

APPT TIME: 2pm    ARRIVED: 10:08    START: 10:15    FINISH: 10:35    Initial ___

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | ADDITIONAL SHIPPER INFORMATION Destination  PO Type  Dept  Must Arrive By Date |
|---|---|---|---|---|
| 0095650466 | 317 | 2219 lbs | | 7701115 |
| | | | | |
| **GRAND TOTALS** | 317 | 2219 lbs | Total Cube   527.05 | |

Total Cube

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| | | 317 | BOX | 2219 lbs | ( ) | PLASTIC TOYS | 084250 - 04 | 150 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| **0  GRAND TOTALS** | | 317 | | 2219 lbs | | | | |

COD Amount $ _____
Fee Terms:   ( ) Collect   ( ) Prepaid
( ) Customer check acceptable

**TOTAL CHGS $** _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____
Shipper Signature

**AMERICAN PLASTIC TOYS**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded**
(X ) By Shipper
( ) By Driver

**Freight Counted**
( ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver/ Pieces

NOV 07 2024

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response information in the vehicle. Property described above is received in good order, except as noted.

( ) APT COPY    ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A.<br>8555 Eagle Point Blvd<br>Lake Elmo, MN 55042<br>ABA Routing Number: 096010415<br>Account Number: 430714512 | American Plastic Toys, Inc.<br>LB #2782<br>PO Box 9438<br>Minneapolis, MN 55440-9438 | American Plastic Toys, Inc.<br>c/o SPECTRUM<br>Attn: Lockbox Department<br>8120 Penn Avenue South, Suite 380<br>Bloomington, MN 55431 |

| CUSTOMER NO. | CUSTOMER P.O. | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|
| 0001220 | 0095650467 | | 11/7/2024 | | 2496896 |
| POJO | PAGE NO. 1 | | PPD/COL COL | | |

| | TERMS | SHIP VIA | PRO/TRAILER NO. | APT ORDER NUMBER: | DEPT # |
|---|---|---|---|---|---|
| | Net 45 Days | CH ROBINSON | 179420 | 668870C | |

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that with respect to the production the articles and/or the performance of the services covered by this Invoice it has fully complied with Section 6, 7, 8 12 of the Fair Labor Standards Act of 1938, as amended and that all regulations and orders of the administration of the Wage and Hour Division issued under section 14 thereof.

**Sold To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
DURANT DC - #0879
2306 ENTERPRISE DR
DURANT, OK 74701

## DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | PRICE | EACH/ CARTON | CARTONS ORDERED | BACK ORD | SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 30045 | BL MINI TRIKE | | 273 | 9.95 | 1 | 273 | 0 | 273 | 9.95 | 2,716.35 |

| TOTAL CTNS. | 273 | | TOTAL WEIGHT | 1,365.00 | TOTAL CUBE | 384.93 | PAY LAST AMOUNT SHOWN --> | 2,716.35 |
|---|---|---|---|---|---|---|---|---|
| IF PAID BY | | | DEDUCT | 0.00 | AFTER DISCOUNT | 2,716.35 | | |
| NO ANTICIPATION ALLOWE | | | | | | | | |

# Biglots Stores Inc

**Invoice**

Debit Memo
2496896
11/7/2024

**Ship To:**
DURANT DC- #0879
2306 ENTERPRISE DR
DURANT , OK 74701
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0879

**Bill To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD DIP-24-11967
COLUMBUS , OH 43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095650467 | 10/23/2024 | 11/7/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| CH ROBINSON | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2496896 | 0025217000 | 0025217000 |
| | | Dept. # | |

| | FOB | |
|---|---|---|
| Collect | Payment Method | |

| Customer Relations | | |
|---|---|---|
| | Name | Phone |
| Customer Service | | 2486244881 |

| Sales Representative | | |
|---|---|---|
| | Sales Rep Name | Phone |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217300507 | AP RIDE ON TRIKE Manufacturer's Part #: 30045 SKU #: 810539839 Master Pack: 1 Discounted Amount Due: 2716.35 Qty Shipped: 273 Qty Shipped UOM: Case Type: Basic Based On: Invoice Date Discount Date: 11/7/2024 Due Date: 12/22/2024 Net Days Due: 45 Description: Net45 | 273 | Case | 9.95 | 2716.35 |

| | Total | 2716.35 |
|---|---|---|

30-Dec-2024

# BILL OF LADING

Date: 11/5/2024

Page 1 of 1

Bill of Lading Number: 00252170000321946

APT# 668870C

| | |
|---|---|
| **SHIP FROM** | |
| NAME: | American Plastic Toys |
| ADDRESS: | 799 Ladd Rd. |
| CITY/STATE/ZIP: | Walled Lake, MI 48390 |
| SID#: | MAIN      FOB: [ X ] |

| | |
|---|---|
| **SHIP TO** | |
| NAME: | DURANT DC - #0879 |
| ADDRESS: | 2306 ENTERPRISE DR |
| CITY/STATE/ZIP: | DURANT, OK 74701 |
| LOAD#: | RTS 32925951      FOB: [ ] |

| | |
|---|---|
| **THIRD PARTY FREIGHT CHARGES BILL TO** | |
| NAME: | CHRLTL |
| ADDRESS: | 14800 Charlson Rd, Suite 2100 |
| CITY/STATE/ZIP: | Eden Prairie, MN 55344 |
| SID#: | CHRLTL |

Carrier Name: CH ROBINSON
Trailer Number: 179420
Seal Number(s): 111385

SCAC **RBTW**

PRO NUMBER:

**Freight Charge Terms:**
( ) Prepaid    ( ) Collect    ( X ) Third Party

**SPECIAL INSTRUCTIONS**

APPT TIME: 2pm    ARRIVED: 10.08    START: 10.15    FINISH: 10.35    Initial: JBL

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

| | | CUSTOMER ORDER INFORMATION | | |
|---|---|---|---|---|
| **CUSTOMER ORDER NUMBER** | **# PKGS** | **WEIGHT** | **PALLETIZED** | **ADDITIONAL SHIPPER INFORMATION** Destination  PO Type  Dept    Must Arrive By Date |
| 0095050467 | 273 | 1365 lbs | | |
| | | | | |
| **GRAND TOTALS** | 273 | 1365 lbs | | |

Total Cube 413.61

| | | | CARRIER INFORMATION | | |
|---|---|---|---|---|---|
| **HANDLING UNIT** | | | | **COMMODITY DESCRIPTION** | **LTL ONLY** |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| | | 273 | BOX | 1365 lbs | ( / ) | PLASTIC TOYS | 084260 - 03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| **GRAND TOTALS** 0 | | 273 | | 1365 lbs | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___"

COD Amount: $ ___
Fee Terms:  ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

TOTAL CHGS $ ___

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

AMERICAN PLASTIC TOYS

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV 07 2024

**Trailer Loaded**
( X ) By Shipper
( ) By Driver

**Freight Counted**
( ) By Shipper
( ) By Driver / pallets said to contain
( ) By Driver / Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

( ) APT COPY    ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390

Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | CUSTOMER P.O. | | | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 0001220 | 0095650827 | | | | 11/8/2024 | 2496952 |

| POJO | PAGE NO. 1 | APT ORDER NUMBER: 668868A | | PPD/COL COL |
|---|---|---|---|---|

| TERMS | | PRO/TRAILER NO. | DEPT # |
|---|---|---|---|
| Net 45 Days | 83274 | |

| SHIP VIA |
|---|
| UNED |

**Sold To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
MONTGOMERY DC - #0870
2855 SELMA HWY
MONTGOMERY, AL 36108

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.
Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has fully complied with Sections 6, 7, & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | EACH CARTON | ORDERED | BACKORD | CARTONS SHIPPED | CARTONS PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 12780 | MVO TOOL BENCH | | 911 | 10.00 | 1 | 911 | 0 | 911 | 10.00 | 9,110.00 |
| 20140 | SUPERMARKET SET | | 553 | 7.15 | 1 | 553 | 0 | 553 | 7.15 | 3,953.95 |
| 20180 | KID'S CART SET | | 513 | 4.45 | 1 | 513 | 0 | 513 | 4.45 | 2,282.85 |

| TOTAL CTNS. | 1,977 | TOTAL WEIGHT | 9,217.00 | TOTAL CUBE | 3,032.63 | PAY LAST AMOUNT SHOWN --> | 15,346.80 |
|---|---|---|---|---|---|---|---|
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 15,346.80 | | |
| NO ANTICIPATION ALLOWED | | | | | | | |

# Biglots Stores Inc

**Invoice**
Debit Memo
2496952
11/8/2024

**Ship To:**
MONTGOMERY DC - #0870
2855 SELMA HWY
MONTGOMERY , AL   36108
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0870

**Bill To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
| --- | --- | --- | --- |
| 0095660827 | 10/23/2024 | 11/8/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
| --- | --- | --- | --- |
| UNED | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
| --- | --- | --- | --- |
| 1000048 | 2496952 | 0025217000 | 0025217000 |
| | | Dept # | |

| | FOB | |
| --- | --- | --- |
| Collect | Payment Method | |

| Customer Relations | | |
| --- | --- | --- |
| Name | | Phone |
| Customer Service | | 2486244881 |

| Sales Representative | | |
| --- | --- | --- |
| Sales Rep Name | | Phone |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 02521712807 | MVO TOOL BENCH<br>Manufacturer's Part #: 12780<br>SKU #: 810797318<br>Master Pack: 1 | 911 | Case | 10.00 | 9110 |
| 025217201408 | SUPERMARKET SET<br>Manufacturer's Part #: 20140<br>SKU #: 810797319<br>Master Pack: 1 | 553 | Case | 7.15 | 3953.95 |
| 025217201804 | KIDS CART SET<br>Manufacturer's Part #: 20180<br>SKU #: 810797320<br>Master Pack: 1 | 513 | Case | 4.45 | 2282.85 |
| | Discounted Amount Due: 15346.80<br>Qty Shipped: 1977<br>Qty Shipped UOM: Case<br>Type: Basic<br>Based On: Invoice Date<br>Discount Date: 11/8/2024<br>Due Date: 12/23/2024<br>Net Days Due: 45<br>Description: Net45 | | | | |

30-Dec-2024

**Biglots Stores Inc**

**Invoice**
Debit Memo
2496952
11/8/2024

15346.80

Total

30-Dec-2024

# BILL OF LADING

Page 1 of 1

Date: 11/5/2024

APT# 668868A

**Bill of Lading Number:** 00252170000321953

Bill of Lading: 00252170000321953

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                          FOB: [ X ]

## SHIP TO

NAME: MONTGOMERY DC - #0870
ADDRESS: 2855 SELMA HWY
CITY/STATE/ZIP: MONTGOMERY, AL 36108
LOAD#: RTS 32926000              FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

Carrier Name: UNI Trans Inc
Trailer Number: 83274
Seal Number(s): 111389

SCAC: UNED
PRO NUMBER:

**Freight Charge Terms:**
( ) Prepaid    ( X ) Collect    ( ) Third Party

SPECIAL INSTRUCTIONS    #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery United Nans

APPT TIME: 12-1    ARRIVED: 11:45    START: 11:55    FINISH: 2:pm    Initial: 0

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | ADDITIONAL SHIPPER INFORMATION |
| --- | --- | --- | --- | --- |
| 0095650827 | 1977 | 9217 lbs | | Destination  PO Type  Dept  Must Arrive By Date |
| | | | | |
| | | | | |
| | | | | |
| GRAND TOTALS | 1977 | 9217 lbs | Total Cube  3029.64 | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION |
| --- | --- | --- | --- | --- | --- | --- |
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 |
| | | 1977 | BOX | 9217 lbs | ( ) | PLASTIC TOYS |
| | | | BOX | | | |
| | | | BOX | | | |
| | | | BOX | | | |
| | | | BOX | | | |
| 0 | GRAND TOTALS | 1977 | | 9217 lbs | | AMERICAN PLASTIC TOYS |

LTL ONLY

| NMFC# | CLASS |
| --- | --- |
| 084260 -03 | 250 |

COD Amount $ _____    TOTAL CHGS $ _____
Fee Terms:    ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**Freight Counted**
(X) By Shipper
( ) By Driver / pallets said to contain
( ) By Driver / Pieces

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV 08 2024

( ) APPT COPY

**Trailer Loaded**
(X) By Shipper
( ) By Driver

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390

Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic: Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A. | American Plastic Toys, Inc. | American Plastic Toys, Inc. |
| 8555 Eagle Point Blvd | LB #2782 | c/o SPECTRUM |
| Lake Elmo, MN 55042 | PO Box 9438 | Attn: Lockbox Department |
| ABA Routing Number: 096010415 | Minneapolis, MN 55440-9438 | 8120 Penn Avenue South, Suite 380 |
| Account Number: 430714512 | | Bloomington, MN 55431 |

| CUSTOMER NO. | CUSTOMER P.O. | | TERMS | SHIP VIA | PRO#/TRAILER NO. | APT ORDER NUMBER: | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 0001220 | 0095650827 | | Net 45 Days | | | 668868B | | 11/11/2024 | | 2496953 |
| POJO | PAGE NO. 1 | | | | | DEPT # | PPD/COL COL | | | |

**Sold To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
MONTGOMERY DC - #0870
2855 SELMA HWY
MONTGOMERY, AL  36108

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has fully complied with Sections 7, 8 12, of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

## DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | UNIT CARTON | ORDERED | CARTONS BACK ORD | CARTONS SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 30045 | BL MINI TRIKE | | 838 | 9.95 | 1 | 838 | 0 | 838 | 9.95 | 8,338.10 |
| 77002 | 2 PC. Mega Construction Set | | 550 | 10.80 | 2 | 275 | 0 | 275 | 21.60 | 5,940.00 |
| 77750 | MEGA CONSTRUCTION SET | | 75 | 9.95 | 1 | 75 | 0 | 75 | 9.95 | 746.25 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL CTNS. | 1,188 | TOTAL WEIGHT | | | 8,490.00 | TOTAL CUBE | 2,950.83 | **PAY LAST AMOUNT SHOWN -->** | | 15,024.35 |
| IF PAID BY | | DEDUCT | | | 0.00 | AFTER DISCOUNT | 15,024.35 | | | |
| NO ANTICIPATION ALLOWE | | | | | | | | | | |

# Biglots Stores Inc

**Invoice**
Debit Memo
2496953
11/11/2024

**Ship To:**
MONTGOMERY DC - #0870
2855 SELMA HWY
MONTGOMERY , AL  36108
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0870

**Bill To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
| --- | --- | --- | --- |
| 0095650827 | 10/23/2024 | 11/11/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
| --- | --- | --- | --- |
| UNED | 0025217000321960 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
| --- | --- | --- | --- |
| 1000048 | 2496953 | 0025217000000 | 0025217000000 |

| | | Dept # | |
| --- | --- | --- | --- |

| FOB | Payment Method | | |
| --- | --- | --- | --- |
| Collect | | | |

| Customer Relations | Name | Phone | |
| --- | --- | --- | --- |
| Customer Service | | 2486244881 | |

| Sales Representative | Sales Rep Name | Phone | |
| --- | --- | --- | --- |
| Jack Oberlin | | 6147836666 | |

| UPC # | Description | Quantity | UOM | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 025217300507 | AP RIDE ON TRIKE<br>Manufacturer's Part #: 30045<br>SKU #: 810539839<br>Master Pack: 1 | 838 | Case | 9.95 | 8338.1 |
| 025217777027 | 2 PC MEGA CONSTRUCTION SET<br>Manufacturer's Part #: 77002<br>SKU #: 810755594<br>Master Pack: 2 | 275 | Case | 21.60 | 5940 |
| 025217777507 | MEGA CONSTRUCTION<br>Manufacturer's Part #: 77750<br>SKU #: 810797321<br>Master Pack: 1 | 75 | Case | 9.95 | 746.25 |

Discounted Amount Due: 15024.35
Qty Shipped: 1188
Qty Shipped UOM: Case
Type: Basic
Based On: Invoice Date
Discount Date: 11/11/2024
Due Date: 12/26/2024
Net Days Due: 45
Description: Net45

30-Dec-2024

Page 1 of 2

**Biglots Stores Inc**

**Invoice**
Debit Memo
2498953
11/11/2024

15024.35

| Total |
|-------|

30-Dec-2024

Page 2 of 2

Date: 11/5/2024

# BILL OF LADING

Page 1 of 1

**Bill of Lading Number:** 0025217000321960

APT# 668868B

0025217000321960

## SHIP FROM

**NAME:** American Plastic Toys
**ADDRESS:** 799 Ladd Rd.
**CITY/STATE/ZIP:** Walled Lake, MI 48390
**SID#:** MAIN                    FOB: [X]

**Carrier Name:** UNI Trans Inc / Amer
**Trailer Number:** 010053
**Seal Number(s):** 111342

**SCAC** UNED

**PRO NUMBER:**

## SHIP TO

**NAME:** MONTGOMERY DC - #0870
**ADDRESS:** 2855 SELMA HWY
**CITY/STATE/ZIP:** MONTGOMERY, AL 36108
**LOAD#:** RTS 32926010          FOB: [ ]

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party
Initial: 1/25 AR

**THIRD PARTY FREIGHT CHARGES BILL TO**

**NAME:**
**ADDRESS:**
**CITY/STATE/ZIP:**
**SID#:**

**SPECIAL INSTRUCTIONS**

## ADDITIONAL SHIPPER INFORMATION
Must Arrive By Date

| Destination | PO Type | Dept |
|---|---|---|

APPT TIME: 1PM    ARRIVED: 11:47    START: 12:00 FINISH: 1:25

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery#

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | | ADDITIONAL SHIPPER INFORMATION | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | NMFC# | CLASS |
| 0095650827 | 1188 | 4777 lbs | | | | | 084260 -03 | 250 |
| | | | | | | | | |
| GRAND TOTALS | 1188 | 4777 lbs | Total Cube 3191.62 | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| | | 1188 | BOX | 4777 lbs | (X) | PLASTIC TOYS | | | |
| | | | BOX | | ( ) | | | | |
| | | | BOX | | | | | | |
| | | | BOX | | | | | | |
| 0 | GRAND TOTALS | 1188 | | 4777 lbs | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount $ _____
Fee Terms: ( ) Collect  ( ) Prepaid
( ) Customer check acceptable

TOTAL CHGS $ _____

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. * 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

**Freight Counted**
( ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

**Trailer Loaded**
(X) By Shipper
( ) By Driver

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

AMERICAN PLASTIC TOYS

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

( ) APT COPY          ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A.<br>8555 Eagle Point Blvd<br>Lake Elmo, MN 55042<br>ABA Routing Number: 096010415<br>Account Number: 430714512 | American Plastic Toys, Inc.<br>LB #2782<br>PO Box 9438<br>Minneapolis, MN 55440-9438 | American Plastic Toys, Inc.<br>c/o SPECTRUM<br>Attn: Lockbox Department<br>8120 Penn Avenue South, Suite 380<br>Bloomington, MN 55431 |

| CUSTOMER NO. | CUSTOMER P.O. | | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|
| 0001220 | 0095650466 | | | 11/12/2024 | | 2497075 |

| | PAGE NO. | SHIP VIA | TERMS | PRO/TRAILER NO. | APT ORDER NUMBER: | DEPT # | PP/COL |
|---|---|---|---|---|---|---|---|
| POJO | 1 | AMX | Net 45 Days | 93771 | 668869C | | COL |

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION. ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

**Sold To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
TREMONT DC - #0874
50 RAUSCH CREEK RD
TREMONT, PA 17981

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | EACH CARTON | ORDERED | BACK ORD | CARTONS SHIPPED | CARTONS PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 77002 | 2 PC. Mega Construction Set | | 350 | 10.80 | 2 | 175 | 0 | 175 | 21.60 | 3,780.00 |
| 77750 | MEGA CONSTRUCTION SET | | 310 | 9.95 | 1 | 931 | 621 | 310 | 9.95 | 3,084.50 |

| TOTAL CTNS. | 485 | TOTAL WEIGHT | 4,310.00 | TOTAL CUBE | 1,687.15 | | PAY LAST AMOUNT SHOWN --> | 6,864.50 |
|---|---|---|---|---|---|---|---|---|
| | | DEDUCT | 0.00 | AFTER DISCOUNT | 6,864.50 | | | |
| | | | | | | | | 6,864.50 |

IF PAID BY
NO ANTICIPATION ALLOWE

# Biglots Stores Inc

**Invoice**
Debit Memo
2497075
11/12/2024

**Ship To:**
TREMONT DC - #0874
50 RAUSCH CREEK RD
TREMONT , PA  17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
| --- | --- | --- | --- |
| 0095650466 | 10/23/2024 | 11/12/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
| --- | --- | --- | --- |
| AMX | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
| --- | --- | --- | --- |
| 1000048 | 2497075 | 00252170000 | 0025217000 |

| | Dept # | FOB | |
| --- | --- | --- | --- |
| Collect | | Payment Method | |

| | Customer Relations | | |
| --- | --- | --- | --- |
| Customer Service | Name | 2486244881 | Phone |

| | Sales Representative | | |
| --- | --- | --- | --- |
| Jack Oberlin | Sales Rep Name | 6147836666 | Phone |

| UPC # | Description | Quantity | UOM | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 025217770027 | 2 PC MEGA CONSTRUCTION SET<br>Manufacturer's Part #: 77002<br>SKU #: 810755594<br>Master Pack: 2 | 175 | Case | 21.60 | 3780 |
| 025217777507 | MEGA CONSTRUCTION<br>Manufacturer's Part #: 77750<br>SKU #: 810797321<br>Master Pack: 1 | 310 | Case | 9.95 | 3084.5 |
| | Discounted Amount Due: 6864.50<br>Qty Shipped: 485<br>Qty Shipped UOM: Case<br>Type: Basic<br>Based On: Invoice Date<br>Discount Date: 11/12/2024<br>Due Date: 12/27/2024<br>Net Days Due: 45<br>Description: Net45 | | | | |

| | Total | 6864.50 |
| --- | --- | --- |

30-Dec-2024

Page 1 of 1

# BILL OF LADING

Date: 11/5/2024

Page 1 of 1

Bill of Lading Number: 0025217000032l991

APT# 668869C

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN

FOB: [X]

Carrier Name: AMX TRUCKING / Tina
Trailer Number: 937771
Seal Number(s): 094989

SCAC: **ABXN**
PRO NUMBER:

**SHIP TO**

NAME: TREMONT DC - #0874
ADDRESS: 50 RAUSCH CREEK RD.
CITY/STATE/ZIP: TREMONT, PA 17981
LOAD#: RTS 32926048

FOB: [ ]

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

( ) Master Bill of Lading with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS**    #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

APPT TIME: 2pm    ARRIVED: 1:11    START: 1:20    FINISH: 1:55    Initial: AS

| CUSTOMER ORDER INFORMATION | | | | |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFORMATION |
| 0095650466 | 485 | 4310 lbs | | |
| | | | | |
| | | | | |
| | | | | |
| GRAND TOTALS | 485 | 4310 lbs | Total Cube: | Total Weight: 1828.71 |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY |
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| | | 485 | BOX | 4310 lbs | ( ) | PLASTIC TOYS | 084260 - 03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| 0 | GRAND TOTALS | 485 | | 4310 lbs | | | | |

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. -14706(c)(1)(A) and (B).

COD Amount $ ____    Fee Terms:    ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

TOTAL CHGS $ ____

**AMERICAN PLASTIC TOYS**

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____.

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV 12 2024

**Trailer Loaded**
(X) By Shipper
( ) By Driver

**Freight Counted**
( ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver/ Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

11/12/24

( ) APT COPY    ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

| CUSTOMER NO. | CUSTOMER P.O. | | APT ORDER NUMBER: | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 0001220 | 0095612514 | | 666157B | 11/13/2024 | 2497090 |

| | PAGE NO. | TERMS | DEPT # | PPD/COL. | |
| POJO | 1 | Net 45 Days | | COL | |

| | SHIP VIA | PRO/TRAILER NO. |
| | NTGO | 53248 |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA  17981

*NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION. ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE*

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | LAST ORDER | ORDERED | BACK ORD | CARTONS SHIPPED | CARTONS PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 11680 | KITCHEN & SHOPPING CART SET | | 450 | 13.49 | 1 | 450 | 0 | 450 | 13.49 | 6,070.50 |
| 11425 | NURSERY/DOLL BUGGY COMBO 810111019 | | 595 | 14.29 | 1 | 595 | 0 | 595 | 14.29 | 8,502.55 |

| TOTAL CTNS. | 1,045 | TOTAL WEIGHT | 8,810.00 | TOTAL CUBE | 2,881.35 | | PAY LAST AMOUNT SHOWN --> | | 14,573.05 |
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 14,573.05 | | | | |
| NO ANTICIPATION ALLOWE | | | | | | | | | |

# Biglots Stores Inc

**Invoice**

Debit Memo 2497090
11/13/2024

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA  17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
| --- | --- | --- | --- |
| 0095612514 | 9/16/2024 | 11/13/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
| --- | --- | --- | --- |
| NTGO | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
| --- | --- | --- | --- |
| 1000048 | 2497090 | 0025217000 | 0025217000 |

| | | Dept # |
| --- | --- | --- |

| FOB | Payment Method |
| --- | --- |
| Collect | |

| Customer Relations | Name | Phone |
| --- | --- | --- |
| Customer Service | | 2486244881 |

| Sales Representative | Sales Rep Name | Phone |
| --- | --- | --- |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 025217116801 | KITCHEN SET & SHOPPING CART<br>Manufacturer's Part #: 11680<br>SKU #: 810486122<br>Master Pack: 1 | 450 | Case | 13.49 | 6070.5 |
| 025217114258 | APT ITEM 11425<br>Manufacturer's Part #: 11425<br>SKU #: 810111019<br>Master Pack: 1 | 595 | Case | 14.29 | 8502.55 |
| | Discounted Amount Due: 14573.05<br>Qty Shipped: 1045<br>Qty Shipped UOM: Case<br>Type: Basic<br>Based On: Invoice Date<br>Discount Date: 11/13/2024<br>Due Date: 12/28/2024<br>Net Days Due: 45<br>Description: Net45 | | | | |
| | | | | **Total** | 14573.05 |

30-Dec-2024

# BILL OF LADING

Date: 10/29/2024

Page 1 of 1

Bill of Lading Number: **00252170000321809**

APT# 666157B

| SHIP FROM | |
|---|---|
| NAME: | American Plastic Toys |
| ADDRESS: | 799 Ladd Rd. |
| CITY/STATE/ZIP: | Walled Lake, MI 48390 |
| SID#: | MAIN    FOB: [X] |

**Carrier Name:** NOLAN TRANS. GROUP
**Trailer Number:** 53248
**Seal Number(s):** 111362

SCAG    **NTGO**
PRO NUMBER:

| SHIP TO | |
|---|---|
| NAME: | CLOSEOUT DISTRIBUTION, INC |
| ADDRESS: | TREMONT DC - 874<br>50 RAUSCH CREEK ROAD |
| CITY/STATE/ZIP: | Tremont, PA 17981 |
| LOAD#: | RTS 32757867-DIP 24-1196    FOB: [ ] |

Freight Charge Terms:
( X ) Prepaid    ( ) Collect    ( ) Third Party    **P.H**
Must Arrive By Date    **P.H**

| THIRD PARTY FREIGHT CHARGES BILL TO | |
|---|---|
| NAME: | |
| ADDRESS: | |
| CITY/STATE/ZIP: | |
| SID#: | |

SPECIAL INSTRUCTIONS    #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery
APPT TIME: _____  ARRIVED: **9.50**

START: **10:00**  FINISH: **1:10**  Initial: _____

ADDITIONAL SHIPPER INFORMATION
Destination    PO Type    Dept    Must Arrive By Date

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | ADDITIONAL SHIPPER INFORMATION |
|---|---|---|---|---|
| **0095612514** | 1045 | 8810 lbs | | |
| | | | | |
| **GRAND TOTALS** | 1045 | 8810 lbs | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| | | 595 | BOX | 4760 lbs | ( ) | PLASTIC TOYS | 084280 - 02 | 300 |
| | | 450 | BOX | 4050 lbs | ( ) | PLASTIC TOYS | 084280 - 03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| 0 | GRAND TOTALS | 1045 | | 8810 lbs | | | | |

Total Cube: 3260.32

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount $ _____
Fee Terms:  ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

TOTAL CHGS $ _____

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**AMERICAN PLASTIC TOYS**

Freight Counted
( X ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded
( X ) By Shipper
( ) By Driver

NOV 1 3 2024

( ) APT COPY    ( ) DRIVER COPY

( ) APT COPY    ( ) DRIVER-COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390

Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A.<br>8555 Eagle Point Blvd<br>Lake Elmo, MN 55042<br>ABA Routing Number: 096010415<br>Account Number: 430714512 | American Plastic Toys, Inc.<br>LB #2782<br>PO Box 9438<br>Minneapolis, MN 55440-9438 | American Plastic Toys, Inc.<br>c/o SPECTRUM<br>Attn: Lockbox Department<br>8120 Penn Avenue South, Suite 380<br>Bloomington, MN 55431 |

| CUSTOMER NO. | | | | | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 0001220 | | | | | | 11/13/2024 | | 2497111 |

| CUSTOMER P.O. | TERMS | | | APT ORDER NUMBER: | | | | |
|---|---|---|---|---|---|---|---|---|
| 0095612514 | Net 45 Days | | | 666157A | | | PPD/COL | |

| PAGE NO. | SHIP VIA | PRO/TRAILER NO. | | DEPT # | | | COL |
|---|---|---|---|---|---|---|---|
| 1 | NTGO | 4934 | | | | | |

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.
Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice that all fully complied with Sections 6,7 & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA 17981

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | ORDERED | BACK ORD | SHIPPED | EACH/CARTON | EACH | | CARTONS | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | SHIPPED | PRICE | SHIPPED | PRICE | |
| 11425 | NURSERY/DOLL BUGGY COMBO 810111019 | | 1,200 | 0 | 1,200 | 1 | 1,200 | 14.29 | 1,200 | 14.29 | 17,148.00 |

| TOTAL CTNS. | 1,200 | TOTAL WEIGHT | 9,600.00 | TOTAL CUBE | 2,916.00 | PAY LAST AMOUNT SHOWN --> | 17,148.00 |
|---|---|---|---|---|---|---|---|
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 17,148.00 | | |

NO ANTICIPATION ALLOWE

# Biglots Stores Inc

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA  17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

# Invoice

Debit Memo
2497111
11/13/2024

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095612514 | 9/16/2024 | 11/13/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| NTGO | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2497111 | 0025217000 | 0025217000 |
| | | Dept. # | |

| FOB | |
|---|---|
| Collect | Payment Method |

| Customer Relations | | |
|---|---|---|
| Name | | Phone |
| Customer Service | 2486244881 | |

| Sales Representative | | |
|---|---|---|
| Sales Rep Name | | Phone |
| Jack Oberlin | | 6147636666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 02521714258 | APT ITEM 11425 | 1200 | Case | 14.29 | 17148 |
| | Manufacturer's Part #: 11425 | | | | |
| | SKU #: 810111019 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 17148.00 | | | | |
| | Qty Shipped: 1200 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/13/2024 | | | | |
| | Due Date: 12/28/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 17148.00 |
|---|---|---|

30-Dec-2024

# BILL OF LADING

**Date:** NOV 1 3 2024

**Page 1 of 1**

**Bill of Lading Number:** 0025217000321793

APT# 666157A

**SHIP FROM**

**NAME:** American Plastic Toys
**ADDRESS:** 799 Ladd Rd.
**CITY/STATE/ZIP:** Walled Lake, MI 48390
**SID#:** MAIN    FOB: [X]

**SHIP TO**

**NAME:** CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
**ADDRESS:** 50 RAUSCH CREEK ROAD
**CITY/STATE/ZIP:** Tremont, PA 17981
**LOAD#:** RTS32757828-12# 24-11967    FOB: [ ]
THIRD PARTY FREIGHT CHARGES BILL TO

**NAME:**
**ADDRESS:**
**CITY/STATE/ZIP:**
**SID#:**

**SPECIAL INSTRUCTIONS**

APPT TIME: 2 pm    ARRIVED: 10:20    START: 10:50    FINISH: 1:00    Initial: RW

**Carrier Name:** NOLAN TRANS. GROUP / W-EXPRESS
**Trailer Number:** 4934
**Seal Number(s):** 094918
**SCAC** NTGO
**PRO NUMBER:**

**Freight Charge Terms:**
(X) Prepaid    ( ) Collect    ( ) Third Party

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt, at time of Delivery

**ADDITIONAL SHIPPER INFORMATION**

| | | | | LTL ONLY | |
|---|---|---|---|---|---|
| Destination | PO Type | Dept | Must Arrive By Date | NMFC# | CLASS |
| | | | | 08#260 -02 | 300 |

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0095612514 | 1200 | 9600 lbs | | | |
| | | | | | |
| **GRAND TOTALS** | 1200 | 9600 lbs | Total Cube | 3641.62 | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | |
| | | 1200 | BOX | 9600 lbs | ( ) | PLASTIC TOYS |
| | | | BOX | | | |
| | | | BOX | | | |
| | | | BOX | | | |
| | | | BOX | | | |
| **GRAND TOTALS** | 0 | 1200 | | 9600 lbs | | |

**COD Amount:** $
**Fee Terms:** ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

**TOTAL CHGS** $

**AMERICAN PLASTIC TOYS**

**Freight Counted**
(X) By Shipper
( ) By Driver/ pallets
( ) said to contain
( ) By Driver / Pieces

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.**

_____
Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV 13 2024

( ) APT COPY

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Robert Whitworth 11/14/2024
W-EXPRESS

( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Checks Overnight - FedEx, UPS, Other | Checks Mailed USPS | Originating Domestic Wire & ACH - U.S.A. |
|---|---|---|
| American Plastic Toys, Inc. c/o SPECTRUM Attn: Lockbox Department 8120 Penn Avenue South, Suite 380 Bloomington, MN 55431 | American Plastic Toys, Inc. LB #2782 PO Box 9438 Minneapolis, MN 55440-9438 | Bank: Bremer Bank, N.A. 8555 Eagle Point Blvd Lake Elmo, MN 55042 ABA Routing Number: 096010415 Account Number: 430714512 |

| INVOICE NO. | INVOICE DATE | PPD/COL | APT ORDER NUMBER: | DEPT # | TERMS | PRO/TRAILER NO. | SHIP VIA | PAGE NO. | CUSTOMER P.O. | CUSTOMER NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2497152 | 11/13/2024 | COL | 666157C | | Net 45 Days | 4533 | NTGO | 1 | 0095612514 | 0001220 |

POJO

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA 17981

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | PRICE | X-AT CARTON | CARTONS ORDERED | BACK ORD | SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 11680 | KITCHEN & SHOPPING CART SET | | 900 | 13.49 | 1 | 900 | 0 | 900 | 13.49 | 12,141.00 |

| | | | | |
|---|---|---|---|---|
| TOTAL CTNS. | 900 | TOTAL WEIGHT | 8,100.00 | TOTAL CUBE | 2,871.00 |
| | | DEDUCT | 0.00 | AFTER DISCOUNT | 12,141.00 |

IF PAID BY
NO ANTICIPATION ALLOWE

**PAY LAST AMOUNT SHOWN -->**    12,141.00

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has full complied with Sections 6, 7 & 10 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division, issued under Section 14 hereof.

# Biglots Stores Inc

**Invoice**

Debit Memo
2497152
11/13/2024

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont , PA  17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO #: | PO Date: | Shipped Date: | Transportation Method: |
| --- | --- | --- | --- |
| 0095612514 | 9/16/2024 | 11/13/2024 | Customer Pickup |
| **Routing** | **Bill of Lading #** | **Carrier Pro #** | **Terms:** |
| NTGO | 00252170000 | | Net 45 |
| **Vendor #** | **Seller's Invoice #** | **Packing List #** | **BOL #** |
| 1000048 | 2497152 | 00252170000 | 00252170000 |
| | | **Dept #** | |

| | FOB | |
| --- | --- | --- |
| | **Payment Method** | |
| Collect | | |

| **Customer Relations** | | |
| --- | --- | --- |
| **Name** | | **Phone** |
| Customer Service | | 2486244881 |

| **Sales Representative** | | |
| --- | --- | --- |
| **Sales Rep Name** | | **Phone** |
| Jack Oberlin | | 6147836666 |

| UPC #: | Description | Quantity | UOM | Price | Amount: |
| --- | --- | --- | --- | --- | --- |
| 025217116801 | KITCHEN SET & SHOPPING CART | 900 | Case | 13.49 | 12141 |
| | Manufacturer's Part #: 11680 | | | | |
| | SKU #: 810486122 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 12141.00 | | | | |
| | Qty Shipped: 900 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/13/2024 | | | | |
| | Due Date: 12/28/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 12141.00 |
| --- | --- | --- |

30-Dec-2024

Page 1 of 1

# BILL OF LADING

Date: 10/29/2024

Page 1 of 1

Bill of Lading Number: 0025217000321816

APT# 666157C

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                FOB: [X]

Carrier Name: NOLAN TRANS. GROUP / NGG500
Trailer Number: 4533
Seal Number(s): 111340

SCAC: NTGO
PRO NUMBER:

**SHIP TO**

NAME: CLOSEOUT DISTRIBUTION, INC
ADDRESS: TREMONT DC - 874
50 RAUSCH CREEK ROAD
CITY/STATE/ZIP: Tremont, PA 17981
LOAD#: RTS32757884-DIP 24-11967      FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

SPECIAL INSTRUCTIONS:

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at Time of Delivery

APPT TIME: 12m    ARRIVED: 10:05    START: 10:15    FINISH: 10:30    Initial: _____

**ADDITIONAL SHIPPER INFORMATION**

| | LTL ONLY | |
|---|---|---|
| Destination  PO Type    Dept    Must Arrive By Date | NMFC# | CLASS |
| | 08x260 - 03 | 250 |

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | | ADDITIONAL SHIPPER INFORMATION |
|---|---|---|---|---|---|
| | | | Y | N | |
| 0095612514 | 900 | 8100 lbs | | | |
| | | | | | |
| GRAND TOTALS | 900 | 8100 lbs | Total Cube   2909.39 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION |  |  |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | | |
| | | 900 | BOX | 8100 lbs | ( ) | PLASTIC TOYS | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| GRAND TOTALS | 0 | 900 | | 8100 lbs | | | | |

Trailer Loaded
(X) By Shipper
( ) By Driver

Freight Counted
( ) By Shipper
( ) By Driver / pallets said to contain
( ) By Driver / Pieces

NOV 13 2024

COD Amount:$
Fee Terms:  ( ) Collect  ( ) Prepaid
            ( ) Customer check acceptable

TOTAL CHGS $

**AMERICAN PLASTIC TOYS**

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Shipper Signature

( ) APT COPY      ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | CUSTOMER P.O. | | | | INVOICE DATE | | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 0001220 | 0095650466 | | | | 11/13/2024 | | | 2497183 |
| | PAGE NO. | | | | | | | |
| POJO | 1 | | | | | | | |

| | SHIP VIA | PRO/TRAILER NO. | APT ORDER NUMBER: | PPD/COL |
|---|---|---|---|---|
| TERMS | ABXN | 2292 | 668869A | COL |
| Net 45 Days | | | DEPT # | |

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that with respect to the production of the article and/or the performance of the services covered by this invoice that full compliance with Sections 6, 7, and 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

**Sold To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
TREMONT DC - #0874
50 RAUSCH CREEK RD
TREMONT, PA 17981

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | | | | CARTONS | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | EACH CARTON | ORDERED | BACKORD | SHIPPED | PRICE | | |
| 12780 | MVO TOOL BENCH | | 1,054 | 10.00 | 1 | 1,077 | 23 | 1,054 | 10.00 | | 10,540.00 |
| 20140 | SUPERMARKET SET | | 615 | 7.15 | 1 | 653 | 38 | 615 | 7.15 | | 4,397.25 |

| | | | | |
|---|---|---|---|---|
| TOTAL CTNS. | 1,669 | TOTAL WEIGHT | 8,784.00 | TOTAL CUBE | 2,924.19 | PAY LAST AMOUNT SHOWN –> | 14,937.25 |
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 14,937.25 | | |
| NO ANTICIPATION ALLOWE | | | | | | | |

# Biglots Stores Inc

**Ship To:**
TREMONT DC - #0874
50 RAUSCH CREEK RD
TREMONT , PA 17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD DIP-24-11967
COLUMBUS , OH 43228

## Invoice

Debit Memo
2497183
11/13/2024

| PO # | | PO Date | | Shipped Date | Transportation Method |
|---|---|---|---|---|---|
| 0095650466 | | 10/23/2024 | | 11/13/2024 | Customer Pickup |
| **Routing** | | **Bill of Lading #** | | **Carrier Pro #** | **Terms** |
| ABXN | | 0025217000 | | | Net 45 |
| **Vendor #** | | **Seller's Invoice #** | | **Packing List #** | **BOL #** |
| 1000048 | | 2497183 | | 0025217000 | 0025217000 |
| | | | | **Dept #** | |

| | FOB |
|---|---|
| Collect | Payment Method |

| **Customer Relations** | | |
|---|---|---|
| **Name** | | **Phone** |
| Customer Service | | 2486244881 |

| **Sales Representative** | | |
|---|---|---|
| **Sales Rep Name** | | **Phone** |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217127807 | MVO TOOL BENCH<br>Manufacturer's Part #: 12780<br>SKU #: 810797318<br>Master Pack: 1 | 1054 | Case | 10.00 | 10540 |
| 025217201408 | SUPERMARKET SET<br>Manufacturer's Part #: 20140<br>SKU #: 810797319<br>Master Pack: 1 | 615 | Case | 7.15 | 4397.25 |
| | Discounted Amount Due: 14937.25 | | | | |
| | Qty Shipped: 1669 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/13/2024 | | | | |
| | Due Date: 12/28/2024 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | 14937.25 |
|---|---|---|

Page 1 of 1

30-Dec-2024

# BILL OF LADING

Date: 11/4/2024

Page 1 of 1

**Bill of Lading Number:** 0025217000321922

APT# 668869A

|||
|---|---|
| | |

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                          FOB: [X]

## SHIP TO

NAME: TREMONT DC -#0874
ADDRESS: 50 RAUSCH CREEK RD

CITY/STATE/ZIP: TREMONT, PA 17981
LOAD#: RTS 32926026              FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:

CITY/STATE/ZIP:
SID#:

**Carrier Name:** AMX TRUCKING / 31 K
**Trailer Number:** 2292
**Seal Number(s):** 111339

SCAC: **ABXN**
PRO NUMBER:

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party    MK

Must Accompany Your Delivery Receipt at time of Delivery    MK

START: /30    FINISH: 3/0    Initial

SPECIAL INSTRUCTIONS  2pm

APPT TIME:  2pm    ARRIVED:  /23

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | | ADDITIONAL SHIPPER INFORMATION |
|---|---|---|---|---|---|
| | | | | | Destination  PO Type  Dept  Must Arrive By Date |
| 0095650466 | 1669 | 8784 lbs | | | PLASTIC TOYS |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| GRAND TOTALS | 1669 | 8784 lbs | Total Cube  2846.91 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| | | 1669 | BOX | 8784 lbs | ( ) | | 094260 - 03 | 250 |
| | | | BOX | | ( ) | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| 0 | GRAND TOTALS | 1669 | | 8784 lbs | | | | |

COD Amount $
Fee Terms:    ( ) Collect    ( ) Prepaid
           ( ) Customer check acceptable

TOTAL CHGS $

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Freight Counted**
( ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

**Trailer Loaded**
(X ) By Shipper
( ) By Driver

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

AMERICAN PLASTIC TOYS

NOV 1 4 2024

11/13/24

Shipper Signature

( ) APT COPY              ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A. 8555 Eagle Point Blvd Lake Elmo, MN 55042 ABA Routing Number: 096010415 Account Number: 430714512 | American Plastic Toys, Inc. LB #2782 PO Box 9438 Minneapolis, MN 55440-9438 | American Plastic Toys, Inc. c/o SPECTRUM Attn: Lockbox Department 8120 Penn Avenue South, Suite 380 Bloomington, MN 55431 |

| CUSTOMER NO. | CUSTOMER P.O. | | | APT ORDER NUMBER: | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 0001220 | 0095650466 | | | 668869B | | 11/13/2024 | 2497184 |
| | PAGE NO. 1 | | | DEPT # | | PPD/COL. COL | |
| POJO | | | | | | | |

| TERMS | SHIP VIA | PRO/TRAILER NO. |
|---|---|---|
| Net 45 Days | ABXN | 01 |

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.
Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has fully complied with Sections 6, 7 & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

**Sold To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
TREMONT DC - #0874
50 RAUSCH CREEK RD
TREMONT, PA 17981

## DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | | CARTONS | | | | | INVOICE NO. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | UNIT CARTON | ORDERED | BACK ORD | SHIPPED | PRICE | | 2497184 |
| 20180 | KID'S CART SET | | 529 | 4.45 | 1 | 606 | 77 | 529 | 4.45 | | 2,354.05 |
| 30045 | BL MINI TRIKE | | 990 | 9.95 | 1 | 990 | 0 | 990 | 9.95 | | 9,850.50 |
| 77002 | 2 PC. Mega Construction Set | | 300 | 10.80 | 2 | 150 | 0 | 150 | 21.60 | | 3,240.00 |

| TOTAL CTNS. | TOTAL WEIGHT | TOTAL CUBE | UNIT CARTON | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1,669 | 8,637.00 | 2,765.37 | | | | | | PAY LAST AMOUNT SHOWN --> | | 15,444.55 |
| IF PAID BY | DEDUCT | AFTER DISCOUNT | 15,444.55 | | | | | | | | |
| NO ANTICIPATION ALLOWE | | 0.00 | | | | | | | | | |

# Biglots Stores Inc

**Invoice**

Debit Memo 2497184
11/13/2024

**Ship To:**
TREMONT DC - #0874
50 RAUSCH CREEK RD
TREMONT , PA  17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095650466 | 10/23/2024 | 11/13/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| ABXN | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2497184 | 0025217000 | 0025217000 |
| | | Dept # | |

| FOB | Payment Method |
|---|---|
| Collect | |

| Customer Relations | | Phone |
|---|---|---|
| Name | | |
| Customer Service | | 2486244881 |

| Sales Representative | | Phone |
|---|---|---|
| Sales Rep Name | | |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217201804 | KIDS CART SET<br>Manufacturer's Part #: 20180<br>SKU #: 810797320<br>Master Pack: 1 | 529 | Case | 4.45 | 2354.05 |
| 025217300507 | AP RIDE ON TRIKE<br>Manufacturer's Part #: 30045<br>SKU #: 810539839<br>Master Pack: 1 | 990 | Case | 9.95 | 9850.5 |
| 025217770027 | 2 PC MEGA CONSTRUCTION SET<br>Manufacturer's Part #: 77002<br>SKU #: 810755594<br>Master Pack: 2 | 150 | Case | 21.60 | 3240 |

Discounted Amount Due: 15444.55
Qty Shipped: 1669
Qty Shipped UOM: Case
Type: Basic
Based On: Invoice Date
Discount Date: 11/13/2024
Due Date: 12/28/2024
Net Days Due: 45
Description: Net45

30-Dec-2024

**Biglots Stores Inc**

**Invoice**
Debit Memo
2497184
11/13/2024

15444.55

Total

# BILL OF LADING

Date: 11/4/2024

Page 1 of 1

Bill of Lading Number: 0025217000032<u>1</u>939

APT# 668869B

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.

CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                    FOB: [X]

**SHIP TO**

NAME: TREMONT DC - #0874
ADDRESS: 50 RAUSCH CREEK RD

CITY/STATE/ZIP: TREMONT, PA 17981
LOAD#: RTS 32926037          FOB: [ ]

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

Carrier Name: AMX TRUCKING
Trailer Number: 01
Seal Number(s): 111394

SCAC: **ABXN**
PRO NUMBER:

**Freight Charge Terms:**
( ) Prepaid   (X) Collect   ( ) Third Party

SPECIAL INSTRUCTIONS:   #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

APPT TIME: 2 <u>PM</u>   ARRIVED: <u>1.21</u>   START: <u>1.30</u>   FINISH: <u>2.10</u>   Initial: __

**ADDITIONAL SHIPPER INFORMATION**
Must Arrive By Date
Destination   PO Type   Dept

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | | |
|---|---|---|---|---|---|
| 0095650466 | 1669 | 6611 lbs | | | |
| GRAND TOTALS | 1669 | 6611 lbs | Total Cube | 3009.43 | |

**CUSTOMER ORDER INFORMATION**

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | | NMFC# | CLASS |
| | | 1669 | BOX | 6612 lbs | ( ) | PLASTIC TOYS | 084260 - 03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| 0 | GRAND TOTALS | 1669 | | 6612 lbs | | | | |

COD Amount $ ___
Fee Terms:   ( ) Collect   ( ) Prepaid
( ) Customer check acceptable

TOTAL CHGS $ ___

**AMERICAN PLASTIC TOYS**

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. – 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV 1 4 2024

**Trailer Loaded**
(X) By Shipper
( ) By Driver

**Freight Counted**
( ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

__ 11/13/24

( ) APT COPY   ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390

Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | CUSTOMER P.O. | | | | |
|---|---|---|---|---|---|
| 0001220 | 0095350999 | | | | |

| | PAGE NO. | | | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| POJO | 1 | | | | 11/14/2024 | | 2497196 |

| TERMS | SHIP VIA | PRO/TRAILER NO. | APT ORDER NUMBER: | DEPT # | PPD/COL. |
|---|---|---|---|---|---|
| Net 45 Days | PTLC | MJ20 | 665102D | | COL. |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA 17981

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION. ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that with respect to the production of the merchandise the performance of the services covered by this invoice it has fully complied with Section 6(7) & 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 hereof

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | CARTONS | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | CTNS CARTON | ORDERED | BACKORD | SHIPPED | PRICE | |
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 66 | 147.60 | 1 | 66 | 0 | 66 | 147.60 | 9,741.60 |

| TOTAL CTNS. | 66 | TOTAL WEIGHT | 3,960.00 | TOTAL CUBE | 1,833.48 | PAY LAST AMOUNT SHOWN --> | 9,741.60 |
|---|---|---|---|---|---|---|---|
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 9,741.60 | | |
| NO ANTICIPATION ALLOWE | | | | | | | |

**Biglots Stores Inc**

**Invoice**

Debit Memo
2497196
11/14/2024

Ship To:
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA  17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

Bill To:
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
| --- | --- | --- | --- |
| 0095350999 | 5/1/2024 | 11/14/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
| --- | --- | --- | --- |
| PTLC | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
| --- | --- | --- | --- |
| 1000048 | 2497196 | 0025217000 | 0025217000 |

| | | Dept. # |
| --- | --- | --- |

FOB
Collect

Payment Method

| Customer Relations | | |
| --- | --- | --- |
| Name | | Phone |
| Customer Service | | 2486244881 |

| Sales Representative | | |
| --- | --- | --- |
| Sales Rep Name | | Phone |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 025217179509 | COMBO DUMP TRUCK<br>Manufacturer's Part #: 17950<br>SKU #: 810798318<br>Master Pack: 1<br>Discounted Amount Due: 9741.60<br>Qty Shipped: 66<br>Qty Shipped UOM: Case<br>Type: Basic<br>Based On: Invoice Date<br>Discount Date: 11/14/2024<br>Due Date: 12/29/2024<br>Net Days Due: 45<br>Description: Net45 | 66 | Case | 147.60 | 9741.6 |

| | Total | 9741.60 |
| --- | --- | --- |

30-Dec-2024

Page 1 of 1

# BILL OF LADING

Date: 10/18/2024

Page 1 of 1

**Bill of Lading Number:** 0025217000321694

APT# 665102D

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                    FOB: [ X ]

## SHIP TO

NAME: CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
ADDRESS: 50 RAUSCH CREEK ROAD
CITY/STATE/ZIP: Tremont, PA 17981
LOAD#: RTS327230091DIF 24-11967     FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO
NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

**Carrier Name:** PLS LOGISTICS / M S Carlier
**Trailer Number:** MJ20
**Seal Number(s):** 111318

**SCAC**
**PRO NUMBER:** PTLC

**Freight Charge Terms:**
( ) Prepaid   ( X ) Collect   ( ) Third Party

LTL ONLY

NMFC# | CLASS
094260 - 03 | 250

Shipper Signature

SPECIAL INSTRUCTIONS:

APPT TIME: 1pm   ARRIVED: 9:18   START: 9:25   FINISH: 10:05   Initial: LS LS

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery   Must Arrive By Date

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | | ADDITIONAL SHIPPER INFORMATION |
| --- | --- | --- | --- | --- | --- |
| 0095350999 | 66 | 3960 lbs | | | Destination PO Type Dept |
| | | | | | |
| | | | | | |
| GRAND TOTALS | 66 | 3960 lbs | Total Cube 1833.33 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION |
| --- | --- | --- | --- | --- | --- | --- |
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 |
| | | 66 | BOX | 3960 lbs | ( ) | PLASTIC TOYS |
| | | | BOX | | | |
| | | | BOX | | | |
| | | | BOX | | | |
| GRAND TOTALS | 0 | 66 | | 3960 lbs | | AMERICAN PLASTIC TOYS |

Trailer Loaded
( X ) By Shipper
( ) By Driver

Freight Counted
( X ) By Shipper
( ) By Driver/pallets said to contain
( ) By Driver/Pieces

NOV 14 2024

COD Amount $ _____
Fee Terms:  ( ) Collect   ( ) Prepaid
( ) Customer check acceptable

TOTAL CHGS $
( ) Prepaid

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available to/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Shipper Signature

( ) APPT COPY        ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | CUSTOMER P.O. | | | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 0001220 | 0095350999 | | | | 11/18/2024 | 2497406 |

| PAGE NO. | TERMS | APT ORDER NUMBER: | DEPT # | PPD/COL |
|---|---|---|---|---|
| 1 | Net 45 Days | 665102C | | COL |

| SHIP VIA | PRO/TRAILER NO. |
|---|---|
| ARVY | 68181 |

POJO

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA 17981

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION. ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has full complied with Section 6(a) of 12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under section 14 thereof.

## DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | CUBE / CARTON | ORDERED | CARTONS | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | | | BACKORD | SHIPPED | PRICE | |
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | 147.60 | 1 | 104 | 0 | 104 | 147.60 | 15,350.40 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL CTNS. | 104 | TOTAL WEIGHT | 6,240.00 | TOTAL CUBE | 2,889.12 | | PAY LAST AMOUNT SHOWN --> | 15,350.40 |
| | | DEDUCT | 0.00 | AFTER DISCOUNT | 15,350.40 | | | |

IF PAID BY
NO ANTICIPATION ALLOWE

# Biglots Stores Inc

**Invoice**
Debit Memo
2497406
11/18/2024

Ship To:
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont , PA  17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

Bill To:
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095350999 | 5/1/2024 | 11/18/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| ARVY | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2497406 | 0025217000 | 0025217000 |

| | | Dept # | |
|---|---|---|---|

| | | FOB | |
|---|---|---|---|
| | | Payment Method | |

| Customer Relations | | | |
|---|---|---|---|
| | Name | | Phone |
| Collect | | | |
| Customer Service | | | 248624481 |

| Sales Representative | | | |
|---|---|---|---|
| | Sales Rep Name | | Phone |
| | Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 02521717950 | COMBO DUMP TRUCK | 104 | Case | 147.60 | 15350.4 |
| | Manufacturer's Part #: 17950 | | | | |
| | SKU #: 810798318 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 15350.40 | | | | |
| | Qty Shipped: 104 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Due Date: 11/18/2024 | | | | |
| | Due Date: 1/2/2025 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | | | | Total | 15350.40 |
|---|---|---|---|---|---|

30-Dec-2024

# BILL OF LADING

Date: 10/17/2024

Page 1 of 1

APT# 665102C

**Bill of Lading Number:** 00252170000321687

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN

FOB: [X]

**Bill of Lading Number:** 00252170000321687

Carrier Name: ARRIVE LOGISTICS / RTC
Trailer Number: 68181
Seal Number(s): 103281

SCAC **ARVY**
PRO NUMBER:

**SHIP TO**

NAME: CLOSEOUT DISTRIBUTION, INC
ADDRESS: TREMONT DC - 874
50 RAUSCH CREEK ROAD
CITY/STATE/ZIP: Tremont, PA 17981
LOAD# RTS 32722984-DIP 24-1195

FOB: [ ]

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

**THIRD PARTY FREIGHT CHARGES BILL TO**

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

SPECIAL INSTRUCTIONS: 1 pm.

START: 11.30   FINISH: 12.25   Initial: DM DM

APPT TIME: _____   ARRIVED: 10:59

**ADDITIONAL SHIPPER INFORMATION**
Must Arrive By Date

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

| CUSTOMER ORDER INFORMATION | | | |
|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED |
| 0095350999 | 104 | 6240 lbs | |
| | | | |
| | | | |
| | | | |
| GRAND TOTALS | 104 | 6240 lbs | |

Total Cube 2888.89

| CARRIER INFORMATION | | | | | |
|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. |
| QTY | TYPE | QTY | TYPE | | (X) |
| | | 104 | BOX | 6240 lbs | ( ) |
| | | | BOX | | |
| | | | BOX | | |
| | | | BOX | | |
| 0 | GRAND TOTALS | 104 | | 6240 lbs | |

**COMMODITY DESCRIPTION**
Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360

Destination    PO Type    Dept

PLASTIC TOYS

| | LTL ONLY | |
|---|---|---|
| NMFC# | | CLASS |
| 084280 - 03 | | 250 |

COD Amount $ _____
Fee Terms:    ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

**TOTAL CHGS $**

**AMERICAN PLASTIC TOYS**

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**Freight Counted**
(X) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

**Trailer Loaded**
(X) By Shipper
( ) By Driver

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Shipper Signature

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV 18 2024

11-13-24

( ) APT COPY    ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Originating Domestic Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 430714512

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

| CUSTOMER NO. | | | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|
| 0001220 | | | | 11/18/2024 | | 2497408 |

| CUSTOMER P.O. | APT ORDER NUMBER: | | DEPT # | | PPD/COL. |
|---|---|---|---|---|---|
| 0095650827 | 668868C | | | | COL. |

| PAGE NO. | PRO/TRAILER NO. | | TERMS | SHIP VIA |
|---|---|---|---|---|
| 1 | 282 | | Net 45 Days | CUST RTE |

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION. ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF INVOICE. Seller represents that, with respect to the production of the articles and/or the performance of the services covered by this invoice in full compliance with Sections 6, 7 & 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 hereof

**Sold To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
MONTGOMERY DC - #0870
2855 SELMA HWY
MONTGOMERY, AL 36108

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | PRICE | UNIT/CARTON | ORDERED | BACK ORD | CARTONS SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 77750 | MEGA CONSTRUCTION SET | | 703 | 9.95 | 1 | 712 | 9 | 703 | 9.95 | 6,994.85 |
| 90050 | FASHION DOLL PATIO GRILL SET | | 1,072 | 5.35 | 4 | 268 | 0 | 268 | 21.40 | 5,735.20 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL CTNS. | 971 | TOTAL WEIGHT | 6,094.00 | TOTAL CUBE | 1,906.42 | | PAY LAST AMOUNT SHOWN --> | 12,730.05 |
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 12,730.05 | | | |
| NO ANTICIPATION ALLOWED | | | | | | | | |

# Biglots Stores Inc

## Invoice

Debit Memo
2497408
11/18/2024

**Ship To:**
MONTGOMERY DC - #0870
2855 SELMA HWY
MONTGOMERY , AL  36108
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0870

**Bill To:**
BIG LOTS INC.
DIP-24-11967
4900 E DUBLIN GRANVILLE RD DIP-24-11967
COLUMBUS , OH  43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095650827 | 10/23/2024 | 11/18/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| CUST RTE | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2497408 | 0025217000 | 0025217000 |

| | Dept. # |
|---|---|

| FOB | Payment Method |
|---|---|
| | Collect |

| Customer Relations | | Phone |
|---|---|---|
| Name | | |
| Customer Service | | 2486244881 |

| Sales Representative | | Phone |
|---|---|---|
| Sales Rep Name | | |
| Jack Oberlin | | 6147836666 |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 02521777507 | MEGA CONSTRUCTION<br>Manufacturer's Part #: 77750<br>SKU #: 810797321<br>Master Pack: 1 | 703 | Case | 9.95 | 6994.85 |
| 025217900509 | FASHION DOLL PATIO<br>Manufacturer's Part #: 90050<br>SKU #: 810797322<br>Master Pack: 4 | 268 | Case | 21.40 | 5735.2 |
| | Discounted Amount Due: 12730.05<br>Qty Shipped: 971<br>Qty Shipped UOM: Case<br>Type: Basic<br>Based On: Invoice Date<br>Discount Date: 11/18/2024<br>Due Date: 1/2/2025<br>Net Days Due: 45<br>Description: Net45 | | | | |
| | | | | **Total** | 12730.05 |

30-Dec-2024

Page 1 of 1

# BILL OF LADING

Date: 11/5/2024

Page 1 of 1

Bill of Lading Number: **0025217000321977**

APT# 668868C

## SHIP FROM

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN                    FOB: [ X ]

## SHIP TO

NAME: MONTGOMERY DC - #0870
ADDRESS: 2855 SELMA HWY
CITY/STATE/ZIP: MONTGOMERY, AL 38108
LOAD#: RTS 32926021          FOB: [ ]

THIRD PARTY FREIGHT CHARGES BILL TO
NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

Carrier Name: UNI Trans Inc  Damatias
Trailer Number: 282
Seal Number(s): 103223

SCAC  **UNED**
PRO NUMBER:

Freight Charge Terms:
( ) Prepaid    ( X ) Collect    JB Third Party

SPECIAL INSTRUCTIONS  #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery
APPT TIME: 2pm    ARRIVED: 12:00    START: 1230    FINISH: 1230    Initial: JB

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | | ADDITIONAL SHIPPER INFORMATION |
|---|---|---|---|---|---|
| 0095650827 | 971 | 6094 lbs | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **GRAND TOTALS** | 971 | 6094 lbs | Total Cube | 2068.83 | Total Cube |

ADDITIONAL SHIPPER INFORMATION
Destination  PO Type  Dept  Must Arrive By Date

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| | | 703 | BOX | 4218 lbs | ( ) | PLASTIC TOYS | 084280 -03 | 250 |
| | | 268 | BOX | 1876 lbs | ( ) | PLASTIC TOYS | 084280 -04 | 150 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| **0** | **GRAND TOTALS** | **971** | | **6094 lbs** | | | | |

COMMODITY DESCRIPTION
Commodities requiring special or additional care or attention in handling or stowing must be marked and packaged as to ensure safe transportation with ordinary care.
See Section 2(e) of NMFC Item 360

COD Amount $ _____    Fee Terms:  ( ) Collect    ( ) Prepaid    TOTAL CHGS $ _____
( ) Customer check acceptable

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. - 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**AMERICAN PLASTIC TOYS**

Freight Counted
( X ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.
_____ per _____

NOV 18 2024

( ) APT COPY

Trailer Loaded
( X ) By Shipper
( ) By Driver

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is specifically stated by the shipper to be not exceeding:
_____ per _____

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Shipper Signature

( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390
Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

**Checks Overnight - FedEx, UPS, Other**
American Plastic Toys, Inc.
c/o SPECTRUM
Attn: Lockbox Department
8120 Penn Avenue South, Suite 380
Bloomington, MN 55431

**Checks Mailed USPS**
American Plastic Toys, Inc.
LB #2782
PO Box 9438
Minneapolis, MN 55440-9438

**Originating Domestic-Wire & ACH - U.S.A.**
Bank: Bremer Bank, N.A.
8555 Eagle Point Blvd
Lake Elmo, MN 55042
ABA Routing Number: 096010415
Account Number: 43071451Z

| INVOICE NO. | 2497538 |
| INVOICE DATE | 11/19/2024 |
| PPD/COL | COL |
| APT ORDER NUMBER: | 665102A |
| DEPT # | |
| PRO/TRAILER NO. | 1090 |
| TERMS | Net 45 Days |
| SHIP VIA | ARRIVE |
| CUSTOMER NO. | 0001220 |
| CUSTOMER P.O. | 0095350999 |
| PAGE NO. | 1 |
| POJO | |

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION.
ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.
Seller represents that, with respect to the production of the articles and/or the performance of the services covered by this invoice, it has fully complied with Sections 6, 7, & 12 of the Fair Labor Standards Act of 1938, as amended, and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA  17981

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH SHIPPED | EACH PRICE | EA/ CARTON | ORDERED | BACK ORD | CARTONS SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | 147.60 | 1 | 104 | 0 | 104 | 147.60 | 15,350.40 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CTNS. | 104 | TOTAL WEIGHT | 6,240.00 | TOTAL CUBE | 2,889.12 |
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 15,350.40 |
| NO ANTICIPATION ALLOWE | | | | | |

PAY LAST AMOUNT SHOWN ->    15,350.40

**Biglots Stores Inc**

**Invoice**

Debit Memo 2497538
11/19/2024

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont , PA  17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH  43228

| PO #: | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095350999 | 5/1/2024 | 11/1/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| ARRIVE | 0025217000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2497538 | 0025217000 | 0025217000 |

| | | Dept #: | |
|---|---|---|---|

| FOB | | | |
|---|---|---|---|
| Collect | | | |

| Payment Method | | | |
|---|---|---|---|

| Customer Relations: | | Phone | |
|---|---|---|---|
| Name | | | |
| Customer Service | 2486244881 | | |

| Sales Representative | | Phone | |
|---|---|---|---|
| Sales Rep Name | | | |
| Jack Oberlin | 6147836666 | | |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217179509 | COMBO DUMP TRUCK | 104 | Case | 147.60 | 15350.4 |
| | Manufacturer's Part #: 17950 | | | | |
| | SKU #: 810798318 | | | | |
| | Master Pack: 1 | | | | |
| | Discounted Amount Due: 15350.40 | | | | |
| | Qty Shipped: 104 | | | | |
| | Qty Shipped UOM: Case | | | | |
| | Type: Basic | | | | |
| | Based On: Invoice Date | | | | |
| | Discount Date: 11/19/2024 | | | | |
| | Due Date: 1/3/2025 | | | | |
| | Net Days Due: 45 | | | | |
| | Description: Net45 | | | | |

| | Total | | | | 15350.40 |
|---|---|---|---|---|---|

30-Dec-2024

Date: 10/17/2024

# BILL OF LADING

Page 1 of 1

APT# 665102A

Bill of Lading Number: 00252170000321663

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#:                                    FOB: [X]

**SHIP TO**

NAME: CLOSEOUT DISTRIBUTION, INC
ADDRESS: TREMONT DC - 874
50 RAUSCH CREEK ROAD
CITY/STATE/ZIP: Tremont, PA 17981
LOAD#: RTS32722916-DIP 24-11967                          FOB: [ ]
THIRD PARTY FREIGHT CHARGES BILL TO

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

SPECIAL INSTRUCTIONS:

APPT TIME: 1pm    ARRIVED: 10:45

Carrier Name: ARRIVE LOGISTICS / Mts Carmen
Trailer Number: 1090
Seal Number(s): 103216

SCAC: **ARVY**
PRO NUMBER:

Freight Charge Terms:
( ) Prepaid    (X) Collect    ( ) Third Party
Arrive Your Delivery Receipt at time of Delivery    ( ) ars
START: 11:00    FINISH: 12:20    Initial: 95

#Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | ADDITIONAL SHIPPER INFORMATION |
| --- | --- | --- | --- | --- |
| | | | | Destination | PO Type | Dept | Must Arrive By Date |
| 0095350999 | 104 | 6240 lbs | | | 1090 | 103216 | 2888.89 |
| | | | | | | | |
| **GRAND TOTALS** | 104 | | | Total Cube | 2888.89 |
| **GRAND TOTALS** | 0 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | | LTL ONLY | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| QTY | TYPE | QTY | TYPE | | (X) | | | NMFC# | CLASS |
| | | 104 | BOX | 6240 lbs | ( ) | PLASTIC TOYS | | 084260 - 03 | 250 |
| | | | BOX | | | | | | |
| | | | BOX | | | | | | |
| | | | BOX | | | | | | |
| GRAND TOTALS | 104 | | | 6240 lbs | | | | | |

Where this rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

COD Amount $    Fee Terms: ( ) Collect    ( ) Prepaid
( ) Customer check acceptable    TOTAL CHGS $

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**AMERICAN PLASTIC TOYS**

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV 19 2024

Trailer Loaded:
(X) By Shipper
( ) By Driver

Freight Counted:
(X) By Shipper
( ) By Driver/pallets said to contain
( ) By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Shipper Signature

( ) APT COPY    ( ) DRIVER COPY

# Invoice

**American Plastic Toys, Inc.**
799 Ladd Rd.
Walled Lake, MI 48390

Ph: (248) 624-4881
Fax: (248) 624-4918

## Payment Info

| Originating Domestic Wire & ACH - U.S.A. | Checks Mailed USPS | Checks Overnight - FedEx, UPS, Other |
|---|---|---|
| Bank: Bremer Bank, N.A. | American Plastic Toys, Inc. | American Plastic Toys, Inc. |
| 8555 Eagle Point Blvd | LB #2782 | c/o SPECTRUM |
| Lake Elmo, MN 55042 | PO Box 9438 | Attn: Lockbox Department |
| ABA Routing Number: 096010415 | Minneapolis, MN 55440-9438 | 8120 Penn Avenue South, Suite 380 |
| Account Number: 430714512 | | Bloomington, MN 55431 |

| CUSTOMER NO. | | | | | APT ORDER NUMBER: | | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 0001220 | | | | | 665102B | | | 11/20/2024 | | 2497621 |

| CUSTOMER P.O. | PAGE NO. | | TERMS | | | PRO/TRAILER NO. | DEPT # | | PPD/COL. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0095350999 | 1 | | Net 45 Days | SHIP VIA | | MJ40 | | | COL | |
| POJO | | | | ARVY | | | | | | |

**Sold To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont, PA  17981

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION. ALL CLAIMS MUST BE MADE WITHIN TEN DAYS FROM DATE OF NOTICE.

Seller represents that with respect to the production of the articles and/or the performance of the services covered by this invoice it has fully complied with Sections 6, 7, &12 of the Fair Labor Standards Act of 1938, as amended and all regulations and orders of the administration of the Wage and Hour Division issued under Section 14 thereof.

DIP-24-11967

| ITEM | DESCRIPTION | CUSTOMER PART NO. | EACH | | CARTONS | | | LAST CHECK | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SHIPPED | PRICE | ORDERED | BACKORD | SHIPPED | | | |
| 17950 | BL GIGANTIC HALF PALLET | 810752129 | 104 | 147.60 | 104 | 0 | 104 | 1 | 147.60 | 15,350.40 |

| TOTAL CTNS. | 104 | TOTAL WEIGHT | 6,240.00 | TOTAL CUBE | 2,889.12 | **PAY LAST AMOUNT SHOWN -->** | 15,350.40 |
|---|---|---|---|---|---|---|---|
| IF PAID BY | | DEDUCT | 0.00 | AFTER DISCOUNT | 15,350.40 | | |
| NO ANTICIPATION ALLOWE | | | | | | | |

# Biglots Stores Inc

**Invoice**

Debit Memo
2497621
11/20/2024

**Ship To:**
CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
50 RAUSCH CREEK ROAD
Tremont , PA 17981
Code Type: Assigned by Buyer or Buyer's Agent
Code: 0874

**Bill To:**
BIG LOTS INC.
4900 E DUBLIN GRANVILLE RD
DIP-24-11967
COLUMBUS , OH 43228

| PO # | PO Date | Shipped Date | Transportation Method |
|---|---|---|---|
| 0095350999 | 5/1/2024 | 11/20/2024 | Customer Pickup |

| Routing | Bill of Lading # | Carrier Pro # | Terms |
|---|---|---|---|
| ARVY | 00252170000 | | Net 45 |

| Vendor # | Seller's Invoice # | Packing List # | BOL # |
|---|---|---|---|
| 1000048 | 2497621 | 00252170000 | 00252170000 |
| | | Dept # | |

| | FOB | | |
|---|---|---|---|
| | Payment Method | | |
| Collect | | | |

| Customer Relations | | Phone |
|---|---|---|
| Name | | |
| Customer Service | 2486244881 | |

| Sales Representative | | Phone |
|---|---|---|
| Sales Rep Name | | |
| Jack Oberlin | 6147836666 | |

| UPC # | Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| 025217179509 | COMBO DUMP TRUCK Manufacturer's Part #: 17950 SKU #: 810752129 Master Pack: 1 | 104 | Case | 147.60 | 15350.4 |
| | Discounted Amount Due: 15350.40 Qty Shipped: 104 Qty Shipped UOM: Case Type: Basic Based On: Invoice Date Discount Date: 11/20/2024 Due Date: 1/4/2025 Net Days Due: 45 Description: Net45 | | | | |
| | | | | Total | 15350.40 |

30-Dec-2024

Date: 10/17/2024

# BILL OF LADING

Page 1 of 1

Bill of Lading Number: 0025217000321670

APT# 665102B

0025217000321670

**SHIP FROM**

NAME: American Plastic Toys
ADDRESS: 799 Ladd Rd.
CITY/STATE/ZIP: Walled Lake, MI 48390
SID#: MAIN    FOB: [X]

**SHIP TO**

NAME: CLOSEOUT DISTRIBUTION, INC
TREMONT DC - 874
ADDRESS: 50 RAUSCH CREEK ROAD
CITY/STATE/ZIP: Tremont, PA 17981
LOAD#: RTS32722939-DIP 24-11967    FOB: [ ]

Carrier Name: ARRIVE LOGISTICS / MJ Carrier
Trailer Number: MJ40
Seal Number(s): 103268

SCAC: ARVY
PRO NUMBER:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

NAME:
ADDRESS:
CITY/STATE/ZIP:
SID#:

**Freight Charge Terms:**
( ) Prepaid    (X) Collect    ( ) Third Party

SPECIAL INSTRUCTIONS:    #Envelope Contains Packing Slip Which Must Accompany Your Delivery Receipt at time of Delivery

APPT TIME:    ARRIVED: 10:15    START: 11:30    FINISH: 12:40    Initial: G.S.

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLETIZED | | ADDITIONAL SHIPPER INFORMATION |  |  |
|---|---|---|---|---|---|---|---|
| | | | | | Destination PO Type Dept Must Arrive By Date | | |
| 0095350999 | 104 | 6240 lbs | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| GRAND TOTALS | 104 | 6240 lbs | Total Cube | 2888.89 | | | |
| | | | Total Cube | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| | | 104 | BOX | 6240 lbs | ( ) | PLASTIC TOYS | 084260-03 | 250 |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| | | | BOX | | | | | |
| GRAND TOTALS | 0 | 104 | | 6240 lbs | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding:
_____ per _____

COD Amount $
Fee Terms:    ( ) Collect    ( ) Prepaid
( ) Customer check acceptable

TOTAL CHGS $
( ) Prepaid

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**AMERICAN PLASTIC TOYS**

Shipper Signature

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ~ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
(X) By Shipper
( ) By Driver

Freight Counted:
( ) By Shipper
( ) By Driver/ pallets said to contain
( ) By Driver / Pieces

NOV 20 2024

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Singh 11/20/24

( ) APT COPY    ( ) DRIVER COPY