# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | : | |
| Debtors. | : | Case No 24-11967 (JKS) (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2025, I caused the foregoing *American Plastic Toys, Inc.'s Motion for Allowance and Payment of Administrative Expense Claims* to be served electronically through the Court's CM/ECF system upon the names below and all registered electronic filers appearing in this case, and via Electronic Mail on the parties in the service list attached hereto.

Dated: March 7, 2025

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

By: *Gary Bressler*
Gary Bressler, Esq
Gaston Loomis
300 Delaware Ave., Suite 1014
Wilmington, DE 19801
Telephone: 302.300.4515
gbressler@mdmc-law.com
gloomis@mdmc-law.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

1

5439328.1

*Attorneys for American Plastic Toys, Inc.*

Andrew R. Remming, Esquire
Daniel B. Butz, Esquire
Tamara K. Mann, Esquire
Casey B. Sawyer, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
rdehney@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Brian M. Resnick, Esquire
Adam L. Shpeen, Esquire
Stephen D. Piraino, Esquire
Jonah A. Peppiatt , Esquire
Ethan Stem, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com
**Counsel to the Debtors and Debtors in Possession**

Linda Casey, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801
linda.casey@usdoj.gov

Justin R. Alberto, Esquire
Stacy L. Newman, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

Darren Azman, Esquire

Kristin K. Going, Esquire
McDermott Will & Emery
One Vanderbilt Avenue
New York, NY, 10017
dazman@mwe.com
kgoing@mwe.com
***Counsel to the Official Committee of Unsecured Creditors***