IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 28, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Landlords Service List attached hereto as **Exhibit A**:

- Notice of Filing of Fifteenth Post-Closing Designation Notice [Docket No. 2116]

Dated: March 6, 2025

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 6, 2025, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

SRF 86466

**Exhibit A**

Exhibit A
Landlords Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29413619 | 301-321 E BATTLEFIELD LLC | C/O JARED MANAGEMENT, LLC | 2870 S INGRAM MILL RD STE A | | | SPRINGFIELD | MO | 65804 | | KROVIG@JAREDMANAGEMENT.COM | First Class Mail and Email |
| 29436513 | B& B CASH GROCERY STORES, INC. | P.O. BOX 1808 | | | | TAMPA | FL | 33601-1802 | | | First Class Mail |
| 29433093 | BIG SCORE INVESTOR, LLC | C/O COLLIERS INTERNATIONAL | 11516 MIRACLE HILLS DRIVE, SUITE 400 | | | OMAHA | NE | 68154 | | | First Class Mail |
| 29892985 | Big Score Investors | c/o McGrath North | Attn: Lauren R. Goodman | First National Tower | 1601 Dodge St, Suite 3700 | Omaha | NE | 68102 | | lgoodman@mcgrathnorth.com | First Class Mail and Email |
| 29305428 | BOB BASSEL | ADDRESS ON FILE | | | | | | | | | First Class Mail |
| 29413503 | CLAREMORE BLUE STARR INVESTMENTS LLC | 1800 S BALTIMORE AVE STE 820 | | | | TULSA | OK | 74119-5255 | | | First Class Mail |
| 29433296 | DANIEL G KAMIN MIDDLETOWN EASTGATE, LLC | C/O KAMIN REALTY CO | 490 S. HIGHLAND AVENUE | | | PITTSBURGH | PA | 15206 | | rlang@kaminrealty.com | First Class Mail and Email |
| 29433263 | DANIEL G. KAMIN PALATINE BRIDGE LLC | C/O KAMIN REALTY CO. | P.O. BOX 10234 | | | PITTSBURGH | PA | 15232 | | | First Class Mail |
| 29436520 | DARBY YARD LLC | SAPP, FRANKLIN | PO BOX 93124 | | | AUSTIN | TX | 78709 | | ITS4SOMEWHERE@AOL.COM | First Class Mail and Email |
| 29413943 | DLC PROPERTIES LLC | PO BOX 37 | | | | HENDERSON | AR | 72544-0037 | | ncooper614@centurytel.net | First Class Mail and Email |
| 29413597 | DSM MB I LLC | 875 EAST ST | | | | TEWKSBURTY | MA | 01876-1469 | | cdahbour@demoulasmarketbasket.com | First Class Mail and Email |
| 29414060 | EAGLE NORTH HILLS SHOPPING CENTRE LP | P.O. BOX 12670 | | | | DALLAS | TX | 75225-0670 | | | First Class Mail |
| 29433189 | EL GATO GRANDE LIMITED PARTNERSHIP | TATRO, DAN | 76 TEN BROECK RD | | | CHATHAM | NY | 12037 | | | First Class Mail |
| 29433008 | ELLA PLAZA LP | C/O NANKANI MANAGEMENT LLC | 6644 ANTOINE DRIVE | | | HOUSTON | TX | 77091 | | suzzana@nankanimanagement.com | First Class Mail and Email |
| 29413432 | GATOR DANVILLE LLC | 7850 NW 146TH STREET | 4TH FLOOR | | | MIAMI LAKES | FL | 33016 | | leaseadmin@gatorinv.com | First Class Mail and Email |
| 29413985 | GBR ERWIN ONE LIMITED LIABILITY COMPANY | C/O GIBRALTAR MANAGEMENT COMPANY, INC | 150 WHITE PLAINS ROAD, SUITE 400 | | | TARRYTOWN | NY | 10591 | | | First Class Mail |
| 29413978 | GH2 NSB BB, LLC | C/O GC DEVELOPMENT | P.O. BOX 1273 | | | MOUNT DORA | FL | 32757 | | | First Class Mail |
| 29305560 | HERRERA PROPERTIES, LLC | 3294 PEACHTREE INDUSTRIAL BLVD | STE 2004 | | | DULUTH | GA | 30096 | | milleniarealty.sarah@gmail.com | First Class Mail and Email |
| 29413528 | ISAAC PROPERTY CO., LP | C/O REICHLE KLEIN GROUP | ONE SEAGATE, 26TH FLOOR | | | TOLEDO | OH | 43604 | | JREAU@RKGCOMMERCIAL.COM | First Class Mail and Email |
| 29306087 | LEBANON MARKETPLACE CENTER LLC | JARED, CURTIS | C/O ALLIANCE CAPITAL INVESTORS LLC | 2870 S INGRAM MILL RD., STE A | | SPRINGFIELD | MO | 65804 | | CJARED@JAREDENTERPRISES.COM | First Class Mail and Email |
| 29432706 | LONE STAR EQUITIES INC | INC. | C/O JRB MANAGEMENT, | 803 S CALHOUN ST., STE 600 | | FT. WAYNE | IN | 46802 | | jill@jrbmgmt.com | First Class Mail and Email |
| 29299523 | MILLAN ENTERPRISES | 126 MAIN STREET, SUITE A | | | | CLARKSVILLE | TN | 37040 | | rylan.kean@millanenterprises.com | First Class Mail and Email |
| 29413933 | ML PLAZA LLC | C/O HAMPTON PROPERTIES INC. | 2550 BATES ROAD, SUITE 110 | | | MONTREAL | QC | H3S 1A7 | CANADA | | First Class Mail |
| 29413546 | NORTHGATE ASSOCIATES LLC | C/O BLOCK REAL ESTATE SERVICES, LLC | 4622 PENNSYLVANIA AVE, SUITE 700 | | | KANSAS CITY | MO | 64112 | | tpernice@blockllc.com | First Class Mail and Email |

In re: Big Lots, Inc., et al.
Case No. 24-11967 (JKS)

Exhibit A
Landlords Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29432818 | PEACE AND GRACE REALTY, LLC | C/O GRACE PROPERTY MANAGEMENT | 25 MARY AGNES ROAD | | | FRAMINGHAM | MA | 01701 | | | First Class Mail |
| 29432959 | PETITE ESPLANADE COVINGTON, L.L.C. | C/O WILLIAM F KINGSMILL | 1200 BUSINESS HWY 190 STE 13 | | | COVINGTON | LA | 70433-3279 | | | First Class Mail |
| 29305547 | PILCHERS NORTH PARK LIMITED | 7001 PRESTON RD STE 200/LB-18 | | | | DALLAS | TX | 75205-1190 | | PILCHERS@PILCHERS.COM | First Class Mail and Email |
| 29414045 | REGENCY CSP IV LLC | 380 N CROSS POINTE BLVD | | | | EVANSVILLE | IN | 47715-4027 | | REGENCYBANKING@REGENCY-PROP.COM | First Class Mail and Email |
| 29432832 | RICHARD KLEMENT EAST LLC | 316 W. BROADWAY, SUITE 2 | P.O. BOX 996 | | | GAINESVILLE | TX | 76241 | | | First Class Mail |
| 29432797 | RPI COURTYARD LTD | C/O RETAIL PLAZA LTD | 2929 CARLISLE ST., SUITE #170 | | | DALLAS | TX | 75204 | | | First Class Mail |
| 29432843 | SOUTH SQUARE SHOPPING CENTER, LLC | SUE WIEMAN | 10912 N 56TH ST | | | TEMPLE TERRACE | FL | 33617 | | pasco.retail@ceqfl.com | First Class Mail and Email |
| 29432664 | SOUTHWOOD PLAZA, LLC | C/O TOLSON INVESTMENTS | 7150 W CENTRAL AVE, SUITE 200 | | | TOLEDO | OH | 43617 | | | First Class Mail |
| 29413557 | SUPER GAS & FOOD MART, INC. | C/O PRIORITY PROPERTIES, LLC | 1045 S WOODS MILL RD STE 1 | | | TOWN AND COUNTRY | MO | 63017 | | skosyan@prioritystl.com | First Class Mail and Email |
| 29413998 | TAYLOR CALLAHAN | C/O VEREIT, INC. | 2325 EAST CAMELBACK RD., 9TH FLOOR | | | PHOENIX | AZ | 85016 | | RELegal@vereit.com | First Class Mail and Email |
| 29413725 | THOMPSON HILLS INVESTMENT CORP | 906 THOMPSON BLVD | | | | SEDALIA | MO | 65301-2241 | | | First Class Mail |
| 29433144 | TIMES SQUARE REALTY LLC | C/O NAMDAR REALTY GROUP | 150 GREAT NECK ROAD SUITE 304 | | | GREAT NECK | NY | 11021 | | Charles@namdarllc.com | First Class Mail and Email |
| 29432996 | TRIFUR PARTNERS, LP | C/O MIMCO, INC. | 6500 MONTANA AVENUE | | | EL PASO | TX | 79925 | | | First Class Mail |
| 29433088 | VERNCO BELKNAP, LLC | GEAORGE C. VERNET, III, MANAGER & AUTHORIZED PERSON | KATHY FRANSON | 700 WASHINGTON STREET, SUITE 310 | | SALEM | MA | 01970 | | KATHY@VERNETPROPERTIES.COM | First Class Mail and Email |
| 29413686 | VILA CLARK ASSOCIATES | C/O DORADO DEVELOPMENT CO., LLC | 19787 IH-10 WEST, SUITE 201 | | | SAN ANTONIO | TX | 78257 | | mari@doradodev.com | First Class Mail and Email |
| 29432886 | VSC ASSOCIATES, LLC | C/O SAMCO PROPERTIES, INC | 455 FAIRWAY DRIVE, SUITE 301 | | | DEERFIELD BEACH | FL | 33441-1815 | | | First Class Mail |
| 29299391 | WMSC LLC / ROUTH GROUP | YOUNGLOVE , SIGOURNEY | 11701 BEE CAVES RD., STE 262 | ATTN: SIGOURNEY YOUNGLOVE | | AUSTIN | TX | 78738 | | sigourney@routhgroup.com | First Class Mail and Email |