**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al*.,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF APPEARANCE AND
<u>DEMAND FOR SERVICE OF PAPERS</u>**

The undersigned attorneys with the law firm of Barnes & Thornburg LLP hereby enters their appearance in the above-captioned cases ("<u>Cases</u>") as counsel to Jordan Manufacturing Company, Inc. ("<u>Jordan</u>") and request, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code ("<u>Bankruptcy Code</u>"), that any and all notices given or required to be given in the Case, and all papers served or required to be served in these Cases, be served upon them at the following addresses, and that they be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court and the Debtors' claims and noticing agent (if any) as set forth below:

> Mark R. Owens
> Amy E. Tryon
> BARNES & THORNBURG LLP
> 222 Delaware Avenue, Suite 1200
> Wilmington, DE 19801
> Telephone: (302) 300-3434
> Facsimile: (302) 300-3456
> Email: mark.owens@btlaw.com
> Email: amy.tryon@btlaw.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010.

**PLEASE TAKE FURTHER NOTICE** that neither this Appearance nor any subsequent pleading, proof of claim, or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All such rights hereby are reserved and preserved on behalf of Jordan without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these Cases.

Dated:  March 7, 2025

BARNES & THORNBURG LLP

*/s/ Amy E. Tryon*
Mark R. Owens (DE No. 4364)
Amy E. Tryon (DE No. 6945)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
Email: mark.owens@btlaw.com
Email: amy.tryon@btlaw.com

David A. Hall
171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503-2694
Telephone: (616) 742-3954
Facsimile: (616) 742-3999
Email: david.hall@btlaw.com

*Counsel to Jordan Manufacturing Company, Inc.*