## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, I caused a copy of the foregoing to be served on all parties that are registered to receive notice via the Court's CM/ECF notification system, and on counsel listed below by email:

| Counsel to the Debtors | |
|---|---|
| Robert J. Dehney, Sr.<br>Andrew R. Remming<br>Daniel B. Butz<br>Tamara K. Mann<br>Sophie Rogers Churchill<br>Casey B. Sawyer<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br>biglots.mnat@morrisnichols.com | Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Jonah A. Peppiatt<br>Ethan Stern<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>jonah.peppiatt@davispolk.com<br>ethan.stern@davispolk.com |
| **Counsel to the Committee** | |
| Darren Azman<br>Kristin G. Going<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>dazman@mwe.com<br>kgoing@mwe.com | Justin R. Alberto<br>Stacy L. Newman<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |
| **U.S. Trustee** | |
| Linda J. Casey<br>Office of United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Linda.Casey@usdoj.gov | |

Dated: March 7, 2025 /s/ Amy E. Tryon
Amy E. Tryon (DE No. 6945)