**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF PUBLICATION**

I, Rohany Tejada, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a certification verifying that the *Notice of Deadlines to File Certain Administrative Expense Claims,* as conformed for publication, was published on March 4, 2025, in the national edition of the *The Wall Street Journal*, as described in the affidavit attached hereto as **Exhibit A**.

Dated: March 7, 2025

/s/ Rohany Tejada
Rohany Tejada

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**Exhibit A**

## AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 03/04/2025

ADVERTISER: BIG LOTS, INC.

and that the foregoing statements are true and correct to the best of my knowledge.

Wayne Sidor

Sworn to
before me this
4th day of
March 2025

Notary Public



# BIGGEST 1,000 STOCKS

## How to Read the Stock Tables

The following explanations apply to NYSE, NYSE Arca, NYSE American and Nasdaq Stock Market listed securities. Prices are consolidated from trades reported by various market centers, including securities exchanges, Finra, electronic communications networks and other broker-dealers. The list comprises the 1,000 largest companies based on market capitalization.

**Underlined quotations** are those stocks with large changes in volume compared with the issue's average trading volume.

**Boldfaced quotations** highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

**Footnotes:**
▲-New 52-week high; ▼-New 52-week low; **dd**-Indicates loss in the most recent four quarters.

**Stock tables reflect composite regular trading as of 4 p.m. ET and changes in the official closing prices from 4 p.m. ET the previous day.**

**Monday, March 3, 2025**

### A B C

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| AECOM | ACM | 97.17 | -2.88 |
| AES | AES | 11.19 | -0.40 |
| Aflac | AFL | 110.14 | 0.67 |
| AGNC Invt | AGNC | 10.29 | -0.14 |
| Ansys | ANSS | 325.44 | -7.81 |
| ASE Tech | ASX | 9.74 | -0.39 |
| ASML | ASML | 699.86 | -9.22 |
| ▲ AT&T | T | 27.72 | 0.31 |
| ATI | ATI | 57.81 | -0.35 |
| ▲ AbbottLabs | ABT | 140.22 | 2.21 |
| ▲ AbbVie | ABBV | 211.48 | 2.45 |
| Accenture | ACN | 344.99 | -3.51 |
| AcuityBrands | AYI | 284.99 | -12.14 |
| Adobe | ADBE | 440.72 | 2.16 |
| ▼ AdvDrainageSys | WMS | 107.80 | -3.59 |
| ▼ AdvMicroDevices | AMD | 98.23 | -1.63 |
| Aegon | AEG | 6.36 | 0.08 |
| AerCap | AER | 101.00 | -2.10 |
| AffirmA | AFRM | 61.86 | -2.29 |
| AgilentTechs | A | 126.33 | -1.59 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| AgnicoEagleMines | AEM | 95.93 | -0.35 |
| AirProducts | APD | 310.65 | -5.50 |
| Airbnb | ABNB | 140.98 | 2.11 |
| AkamaiTech | AKAM | 81.00 | 0.32 |
| AlamosGold | AGI | 23.05 | 0.19 |
| AlaskaAir | ALK | 69.90 | -2.38 |
| ▼ **Albemarle** | **ALB** | **69.95** | **-7.08** |
| Albertsons | ACI | 20.69 | -0.35 |
| **Alcoa** | **AA** | **31.33** | **-1.92** |
| Alcon | ALC | 94.14 | 1.64 |
| AlexandriaRlEst | ARE | 101.50 | -0.76 |
| Alibaba | BABA | 130.81 | -1.70 |
| ▼ **AlignTech** | **ALGN** | **175.09** | **-11.94** |
| Allegion | ALLE | 126.52 | -2.19 |
| ▲ AlliantEnergy | LNT | 66.04 | 1.51 |
| AllisonTransm | ALSN | 98.55 | -2.93 |
| Allstate | ALL | 202.06 | 2.91 |
| **AllyFinancial** | **ALLY** | **35.21** | **-1.89** |
| AlnylamPharm | ALNY | 243.53 | -3.22 |
| Alphabet C | GOOG | 168.66 | -3.56 |
| Alphabet A | GOOGL | 167.01 | -3.27 |
| AltairEngg | ALTR | 111.43 | -0.17 |
| Altria | MO | 57.31 | 1.46 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| Amazon.com | AMZN | 205.02 | -7.26 |
| Ambev | ABEV | 2.08 | 0.01 |
| Amcor | AMCR | 10.13 | 0.01 |
| Amdocs | DOX | 86.82 | -0.43 |
| AmerSports | AS | 29.79 | -0.10 |
| ▲ Ameren | AEE | 103.67 | 2.11 |
| AmericaMovil | AMX | 14.12 | -0.11 |
| AmerAirlines | AAL | 13.87 | -0.48 |
| AEP | AEP | 107.70 | 1.65 |
| AmerExpress | AXP | 295.49 | -5.47 |
| AmericanFin | AFG | 128.54 | 2.26 |
| AmHomes4Rent | AMH | 37.31 | 0.30 |
| ▲ AIG | AIG | 82.59 | -0.35 |
| AmerTowerREIT | AMT | 209.61 | 3.99 |
| AmerWaterWorks | AWK | 139.57 | 3.60 |
| Ameriprise | AMP | 531.92 | -5.38 |
| Ametek | AME | 186.55 | -2.75 |
| Amgen | AMGN | 310.78 | 2.72 |
| Amphenol | APH | 63.45 | -3.15 |
| AnalogDevices | ADI | 228.53 | -1.53 |
| AngloGoldAsh | AU | 29.53 | 0.06 |
| AB InBev | BUD | 60.74 | 0.90 |
| AnnalyCap | NLY | 21.64 | -0.32 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| ▲ AnteroMidstream | AM | 16.80 | -0.15 |
| AnteroResources | AR | 36.15 | -0.55 |
| ▲ Aon | AON | 409.32 | 0.20 |
| APi Group | APG | 37.40 | -1.87 |
| ApolloGlbMgmt | APO | 144.58 | -4.69 |
| Apple | AAPL | 238.03 | -3.81 |
| AppliedIndlTechs | AIT | 240.30 | -10.28 |
| ▼ ApplMaterials | AMAT | 152.13 | -5.94 |
| AppLovin | APP | 337.34 | 11.60 |
| Aptargroup | ATR | 146.59 | -0.16 |
| Aptiv | APTV | 64.01 | -1.11 |
| Aramark | ARMK | 36.02 | -1.03 |
| ▲ **ArcelorMittal** | **MT** | **29.48** | **1.74** |
| ArchCapital | ACGL | 92.98 | 0.07 |
| ADM | ADM | 46.58 | -0.62 |
| AresMgmt | ARES | 169.76 | -1.18 |
| argenx | ARGX | 622.61 | -2.06 |
| **AristaNetworks** | **ANET** | **86.01** | **-7.04** |
| **Arm** | **ARM** | **121.10** | **-10.59** |
| ▲ AscendisPharma | ASND | 151.93 | -4.65 |
| AspenTech | AZPN | 265.00 | -0.25 |
| Assurant | AIZ | 209.92 | 2.03 |
| **AsteraLabs** | **ALAB** | **67.68** | **-6.67** |
| AstraZeneca | AZN | 76.10 | -0.11 |
| Atlassian | TEAM | 274.22 | -10.04 |
| ▲ AtmosEnergy | ATO | 153.63 | 1.50 |
| AuroraInnov | AUR | 6.94 | -0.33 |
| Autodesk | ADSK | 272.03 | -2.18 |
| ▲ ADP | ADP | 318.64 | 3.46 |
| ▲ AutoZone | AZO | 3477.76 | -15.25 |
| Avalonbay | AVB | 228.08 | 1.90 |
| ▼ Avantor | AVTR | 15.87 | -0.83 |
| AveryDennison | AVY | 185.92 | -2.05 |
| AxonEnterprise | AXON | 525.75 | -2.70 |
| BCE | BCE | 23.41 | 0.29 |
| BHP Group | BHP | 48.84 | 0.36 |
| BJ'sWholesale | BJ | 99.41 | -1.85 |
| BP | BP | 31.81 | -1.31 |
| BWX Tech | BWXT | 101.50 | -2.47 |
| BXP | BXP | 68.03 | -2.90 |
| Baidu | BIDU | 84.32 | -2.13 |
| BakerHughes | BKR | 43.60 | -0.99 |
| Ball | BALL | 52.14 | -0.35 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| ▲ BBVA | BBVA | 13.39 | 0.16 |
| BancoBradesco | BBDO | 1.87 | -0.01 |
| BancodeChile | BCH | 26.27 | 0.36 |
| BancSanBrasil | BSBR | 4.33 | -0.03 |
| BcoSantChile | BSAC | 21.99 | 0.35 |
| ▲ BancoSantander | SAN | 6.47 | 0.09 |
| BanColombia | CIB | 40.84 | -0.88 |
| BankofAmerica | BAC | 45.56 | -0.54 |
| BankMontreal | BMO | 101.62 | -1.20 |
| ▲ BankNY Mellon | BK | 88.35 | -0.60 |
| BankNovaScotia | BNS | 49.35 | -0.28 |
| ▲ Barclays | BCS | 15.83 | -0.01 |
| BarrickGold | GOLD | 17.69 | -0.06 |
| BaxterIntl | BAX | 34.86 | 0.35 |
| BectonDicknsn | BDX | 228.45 | 2.92 |
| **BeiGene** | **ONC** | **245.53** | **-26.27** |
| BellRing | BRBR | 71.56 | -1.72 |
| BentleySystems | BSY | 42.83 | -1.07 |
| Berkley | WRB | 63.73 | 0.73 |
| ▲ BerkHathwy A | BRK.A | 765160 | -9839.99 |
| ▲ BerkHathwy B | BRK.B | 510.08 | -3.75 |
| ▲ BerryGlobal | BERY | 71.84 | -0.02 |
| BestBuy | BBY | 86.74 | -3.17 |
| Bilibili | BILI | 19.80 | -0.54 |
| ▼ Bio-Techne | TECH | 61.19 | -0.56 |
| ▼ **Bio-RadLab B** | **BIO.B** | **265.82** | **-46.23** |
| Biogen | BIIB | 141.71 | 1.21 |
| BioMarinPharm | BMRN | 71.02 | -0.14 |
| BioNTech | BNTX | 111.56 | -1.36 |
| Birkenstock | BIRK | 48.06 | -1.42 |
| BlackRock | BLK | 966.47 | -11.31 |
| Blackstone | BX | 158.53 | -2.63 |
| Block | XYZ | 62.79 | -2.51 |
| BlueOwlCapital | OWL | 20.83 | -0.70 |
| Boeing | BA | 170.06 | -4.57 |
| Booking | BKNG | 4946.15 | -69.86 |
| ▼ BoozAllen | BAH | 102.72 | -3.34 |
| BostonSci | BSX | 104.87 | 1.08 |
| BristolMyers | BMY | 59.87 | 0.25 |
| BritishAmTob | BTI | 39.77 | 0.84 |
| BrixmorProp | BRX | 27.99 | 0.03 |
| **Broadcom** | **AVGO** | **187.37** | **-12.06** |
| ▲ BroadridgeFinl | BR | 244.83 | 3.61 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| BrookfieldAsset | BAM | 55.46 | -1.12 |
| Brookfield | BN | 56.60 | -1.34 |
| BrookfieldInfr | BIP | 31.01 | -0.71 |
| BrookfieldRenew | BEPC | 26.49 | -1.36 |
| BrookWealth | BNT | 56.39 | -1.46 |
| ▲ Brown&Brown | BRO | 119.87 | 1.33 |
| Brown-Forman A | BF.A | 33.04 | 0.01 |
| Brown-Forman B | BF.B | 33.04 | -0.07 |
| BuildersFirst | BLDR | 134.92 | -4.07 |
| BungeGlobal | BG | 71.83 | -2.36 |
| **BurlingtonStrs** | **BURL** | **235.63** | **-13.70** |
| **CAVA** | **CAVA** | **87.65** | **-7.38** |
| CBRE Group | CBRE | 140.62 | -1.32 |
| CDW | CDW | 172.50 | -5.70 |
| CF Industries | CF | 77.97 | -3.05 |
| CGI A | GIB | 103.24 | -0.38 |
| CH Robinson | CHRW | 100.37 | -1.25 |
| ▲ CME Group | CME | 256.88 | 3.11 |
| ▲ CMS Energy | CMS | 74.06 | 1.01 |
| CNA Fin | CNA | 49.85 | 0.88 |
| **CNH Indl** | **CNH** | **12.15** | **-0.73** |
| CRH | CRH | 99.97 | -2.55 |
| CSX | CSX | 31.93 | -0.08 |
| CVS Health | CVS | 64.90 | -0.82 |
| ▼ CadenceDesign | CDNS | 241.74 | -8.76 |
| CamdenProperty | CPT | 125.53 | 1.47 |
| **Cameco** | **CCJ** | **41.11** | **-2.93** |
| Campbell's | CPB | 41.29 | 1.23 |
| CIBC | CM | 59.74 | -0.84 |
| ▼ CanNtlRlwy | CNI | 98.25 | -3.11 |
| ▼ **CanadianNatRscs** | **CNQ** | **26.72** | **-1.55** |
| CdnPacKC | CP | 75.82 | -2.10 |
| CapitalOne | COF | 196.18 | -4.37 |
| CardinalHealth | CAH | 129.18 | -0.30 |
| ▼ Carlisle | CSL | 333.01 | -7.75 |
| Carlyle | CG | 48.27 | -1.57 |
| CarMax | KMX | 81.51 | -1.46 |
| Carnival | CCL | 23.26 | -0.67 |
| Carnival | CUK | 21.05 | -0.57 |
| ▲ CarpenterTech | CRS | 206.51 | -0.56 |
| CarrierGlobal | CARR | 63.26 | -1.54 |
| **Carvana** | **CVNA** | **219.45** | **-13.65** |
| CaseysGenStores | CASY | 408.00 | -6.21 |
| Caterpillar | CAT | 332.04 | -11.91 |
| **Celestica** | **CLS** | **92.80** | **-14.25** |
| Cemex | CX | 5.93 | -0.27 |
| Cencora | COR | 255.38 | 1.84 |
| ▼ **CenovusEnergy** | **CVE** | **12.71** | **-1.13** |
| Centene | CNC | 58.59 | 0.43 |
| ▲ CenterPointEner | CNP | 34.57 | 0.19 |
| CentraisElBras | EBR | 6.53 | 0.01 |
| CharlesRiverLabs | CRL | 163.50 | -1.81 |
| **ChartIndustries** | **GTLS** | **163.51** | **-27.04** |
| CharterComms | CHTR | 370.66 | 7.09 |
| CheckPoint | CHKP | 221.09 | 0.83 |
| Chemed | CHE | 591.27 | -9.53 |
| ChenierEnergy | LNG | 220.85 | -7.71 |
| ▲ ChenierEnerPtrs | CQP | 67.08 | -0.63 |
| Chevron | CVX | 153.09 | -5.53 |
| Chewy | CHWY | 35.90 | -1.36 |
| Chipotle | CMG | 54.33 | 0.36 |
| Chubb | CB | 289.69 | 4.21 |
| ChunghwaTel | CHT | 39.20 | 0.32 |
| Church&Dwight | CHD | 112.06 | 0.86 |
| ChurchillDowns | CHDN | 115.16 | -3.34 |
| **Ciena** | **CIEN** | **74.69** | **-4.88** |
| Cigna | CI | 311.51 | 2.66 |
| CincinnatiFinl | CINF | 147.48 | -0.33 |
| Cintas | CTAS | 207.43 | -0.07 |
| CiscoSystems | CSCO | 63.48 | -0.63 |
| Citigroup | C | 77.17 | -2.78 |
| CitizensFin | CFG | 45.05 | -0.72 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| CleanHarbors | CLH | 207.79 | -5.76 |
| Clorox | CLX | 155.89 | -0.50 |
| Cloudflare | NET | 142.91 | -2.39 |
| Coca-Cola | KO | 72.32 | 1.11 |
| CocaColaCon | COKE | 1407.15 | -9.97 |
| CocaColaEuropac | CCEP | 86.92 | 0.66 |
| CognizantTech | CTSH | 83.51 | 0.18 |
| **Coherent** | **COHR** | **68.27** | **-6.92** |
| CoinbaseGlbl | COIN | 205.75 | -9.87 |
| ColgatePalm | CL | 92.81 | 1.64 |
| Comcast A | CMCSA | 35.98 | 0.10 |
| Comerica | CMA | 62.62 | -1.71 |
| ComfortSystems | FIX | 345.58 | -17.75 |
| CommerceBcshrs | CBSH | 64.82 | -0.23 |
| SABESP | SBS | 16.19 | 0.08 |
| ConagraBrands | CAG | 26.05 | 0.51 |
| **Confluent** | **CFLT** | **29.77** | **-1.97** |
| ▼ **ConocoPhillips** | **COP** | **92.63** | **-6.52** |
| ConEd | ED | 104.02 | 2.50 |
| ConstBrands A | STZ | 175.28 | -0.22 |
| **ConstellationEner** | **CEG** | **232.29** | **-18.26** |
| Cooper | COO | 91.65 | 1.27 |
| Copart | CPRT | 54.65 | -0.15 |
| Core&Main | CNM | 49.28 | -1.73 |
| ▲ CorebridgeFin | CRBG | 34.20 | -0.48 |
| Corning | GLW | 48.25 | -1.90 |
| Corpay | CPAY | 365.94 | -1.11 |
| Corteva | CTVA | 60.40 | -2.41 |
| CoStar | CSGP | 75.39 | -0.86 |
| Costco | COST | 1046.85 | -1.76 |
| CoterraEnergy | CTRA | 26.28 | -0.71 |
| Coupang | CPNG | 23.81 | 0.11 |
| Crane | CR | 156.79 | -6.20 |
| Credicorp | BAP | 183.66 | 0.64 |
| **CredoTech** | **CRDO** | **50.42** | **-4.76** |
| CrowdStrike | CRWD | 382.73 | -6.93 |
| CrownCastle | CCI | 95.86 | 1.76 |
| Crown Holdings | CCK | 88.27 | -1.36 |
| CubeSmart | CUBE | 42.23 | 0.95 |
| Cullen/Frost | CFR | 134.92 | -2.11 |
| Cummins | CMI | 355.97 | -12.21 |
| Curtiss-Wright | CW | 315.36 | -6.30 |
| CyberArkSoftware | CYBR | 353.56 | -10.29 |

### D E F

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| ▲ DTE Energy | DTE | 135.24 | 1.54 |
| DT Midstream | DTM | 94.59 | -1.50 |
| Danaher | DHR | 205.69 | -2.07 |
| ▲ Darden | DRI | 195.91 | -4.55 |
| Datadog | DDOG | 113.17 | -3.38 |
| DaVita | DVA | 143.10 | -4.78 |
| Dayforce | DAY | 59.42 | -2.57 |
| DeckersOutdoor | DECK | 137.24 | -2.12 |
| Deere | DE | 465.83 | -14.96 |
| **DellTechC** | **DELL** | **95.56** | **-7.20** |
| DeltaAir | DAL | 58.45 | -1.67 |
| DescartesSystems | DSGX | 110.06 | -1.43 |
| ▲ DeutscheBank | DB | 21.58 | 0.09 |
| DevonEnergy | DVN | 34.41 | -1.81 |
| DexCom | DXCM | 85.99 | -2.38 |
| Diageo | DEO | 109.15 | 0.33 |
| ▼ **DiamondbkEner** | **FANG** | **148.00** | **-10.96** |
| Dick's | DKS | 214.45 | -10.65 |
| DigitalRealty | DLR | 155.31 | -1.01 |
| DiscoverFinSvcs | DFS | 190.27 | -4.92 |
| Disney | DIS | 112.79 | -1.01 |
| DocuSign | DOCU | 81.70 | -1.47 |
| DollarGeneral | DG | 71.89 | -2.29 |
| **DollarTree** | **DLTR** | **68.77** | **-4.09** |
| DominionEner | D | 56.87 | 0.25 |
| Domino's | DPZ | 483.82 | -5.89 |
| Donaldson | DCI | 68.76 | -0.33 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| DoorDash | DASH | 198.10 | -0.34 |
| Dover | DOV | 193.29 | -5.48 |
| ▼ **Dow** | **DOW** | **36.06** | **-2.05** |
| Doximity | DOCS | 68.45 | -2.05 |
| DrReddy'sLab | RDY | 12.76 | -0.02 |
| **DraftKings** | **DKNG** | **41.59** | **-2.27** |
| DukeEnergy | DUK | 118.67 | 1.18 |
| **Duolingo** | **DUOL** | **295.23** | **-16.84** |
| DuPont | DD | 78.83 | -2.53 |
| DutchBros | BROS | 76.34 | -2.82 |
| Dynatrace | DT | 55.74 | -1.51 |
| EMCOR | EME | 395.73 | -13.18 |
| ENI | E | 28.55 | -0.42 |
| **EOG Rscs** | **EOG** | **120.54** | **-6.40** |
| EPAM Systems | EPAM | 198.61 | -7.53 |
| EQT | EQT | 48.71 | 0.54 |
| EastWestBncp | EWBC | 93.62 | -0.81 |
| EastGroup | EGP | 184.98 | 2.13 |
| EastmanChem | EMN | 94.46 | -3.39 |
| **Eaton** | **ETN** | **278.46** | **-14.86** |
| eBay | EBAY | 65.22 | 0.48 |
| ▲ EchoStar | SATS | 31.07 | -0.16 |
| ▲ Ecolab | ECL | 269.82 | 0.81 |
| Ecopetrol | EC | 9.47 | -0.41 |
| EdisonIntl | EIX | 55.27 | 0.83 |
| EdwardsLife | EW | 71.39 | -0.23 |
| **Elastic** | **ESTC** | **107.15** | **-9.21** |
| ▲ **ElbitSystems** | **ESLT** | **334.60** | **23.61** |
| ElectronicArts | EA | 129.23 | 0.11 |
| ElevanceHealth | ELV | 395.50 | -1.38 |
| ▲ Embraer | ERJ | 49.95 | 2.30 |
| EmersonElec | EMR | 117.17 | -4.44 |
| Enbridge | ENB | 42.67 | -0.06 |
| EncompassHealth | EHC | 99.79 | -0.35 |
| **Endeavor** | **EDR** | **29.09** | **-3.50** |
| EnergyTransfer | ET | 19.03 | -0.26 |
| Entegris | ENTG | 96.62 | -4.60 |
| Entergy | ETR | 87.89 | 0.58 |
| EnterpriseProd | EPD | 33.73 | 0.32 |
| Equifax | EFX | 244.51 | -0.69 |
| Equinix | EQIX | 910.58 | 5.96 |
| Equinor | EQNR | 22.66 | -0.73 |
| Equitable | EQH | 54.30 | -0.72 |
| EquityLife | ELS | 69.06 | 0.48 |
| EquityResdntl | EQR | 75.02 | 0.85 |
| **ErieIndemnity** | **ERIE** | **449.69** | **21.62** |
| EssentialUtil | WTRG | 39.10 | 1.12 |
| EssexProp | ESS | 313.85 | 2.28 |
| EsteeLauder | EL | 70.18 | -1.73 |
| EvercoreA | EVR | 233.29 | -8.51 |
| Everest | EG | 356.10 | 2.88 |
| Evergy | EVRG | 69.52 | 0.61 |
| EversourceEner | ES | 63.01 | ... |
| ExactSciences | EXAS | 47.55 | 0.14 |
| ▲ Exelixis | EXEL | 38.55 | -0.14 |
| ▲ Exelon | EXC | 44.55 | 0.35 |
| ExpandEnergy | EXE | 98.35 | -0.53 |
| Expedia | EXPE | 193.50 | -4.46 |
| ExpeditorsIntl | EXPD | 118.55 | 1.19 |
| ExtraSpaceSt | EXR | 153.99 | 1.43 |
| ExxonMobil | XOM | 107.76 | -3.57 |
| F5 | FFIV | 284.15 | -8.28 |
| **FTAI Aviation** | **FTAI** | **118.61** | **-10.10** |
| FactSet | FDS | 458.09 | -3.65 |
| FairIsaac | FICO | 1864.88 | -21.47 |
| Fastenal | FAST | 74.38 | -1.35 |
| FederalRealty | FRT | 105.48 | 0.06 |
| FedEx | FDX | 258.77 | -4.13 |
| FergusonEnts | FERG | 173.53 | -3.97 |
| Ferrari | RACE | 464.20 | -0.37 |
| Ferrovial | FER | 44.45 | -0.14 |
| ▲ FidNatlFinl | FNF | 64.80 | 0.27 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| FidNatlInfo | FIS | 72.20 | 1.08 |
| FifthThirdBncp | FITB | 43.05 | -0.42 |
| FirstCitizBcshA | FCNCA | 1989.62 | -58.44 |
| FirstHorizon | FHN | 20.91 | -0.63 |
| ▼ **FirstSolar** | **FSLR** | **127.63** | **-8.55** |
| FirstEnergy | FE | 39.61 | 0.84 |
| FirstService | FSV | 176.03 | -0.40 |
| ▲ Fiserv | FI | 237.79 | 2.10 |
| Flex | FLEX | 36.07 | -1.82 |
| Floor&Decor | FND | 92.05 | -4.58 |
| FlutterEnt | FLUT | 271.20 | -9.39 |
| FomentoEconMex | FMX | 93.39 | -0.69 |
| FordMotor | F | 9.39 | -0.16 |
| Fortinet | FTNT | 106.54 | -1.47 |
| Fortis | FTS | 44.15 | 0.27 |
| Fortive | FTV | 79.00 | -0.54 |
| ▲ FoxA | FOXA | 57.03 | -0.57 |
| ▲ FoxB | FOX | 53.45 | -0.62 |
| ▲ Franco-Nevada | FNV | 141.21 | -1.73 |
| FranklinRscs | BEN | 19.85 | -0.40 |
| FreedomHolding | FRHC | 145.86 | -1.21 |
| FreeportMcM | FCX | 35.53 | -1.38 |
| FreseniusMedCare | FMS | 23.55 | -0.66 |
| FrontierComms | FYBR | 36.00 | 0.01 |
| FullTruck | YMM | 11.51 | -0.23 |

### G H I

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| GE Aerospace | GE | 201.96 | -5.02 |
| GE HealthCare | GEHC | 86.45 | -0.90 |
| **GE Vernova** | **GEV** | **315.98** | **-19.20** |
| GFLEnvironmental | GFL | 46.50 | 1.34 |
| GSK | GSK | 37.95 | 0.36 |
| ▲ Gallagher | AJG | 341.80 | 4.06 |
| GameStop | GME | 24.40 | -0.64 |
| Gaming&Leisure | GLPI | 49.86 | -0.29 |
| **Gap** | **GAP** | **21.35** | **-1.26** |
| Garmin | GRMN | 226.22 | -2.71 |
| Gartner | IT | 491.13 | -7.19 |
| GenDigital | GEN | 27.64 | 0.31 |
| Generac | GNRC | 130.88 | -5.27 |
| GeneralDynamics | GD | 254.04 | 1.44 |
| GeneralMills | GIS | 62.07 | 1.45 |
| GeneralMotors | GM | 47.38 | -1.75 |
| Genmab | GMAB | 22.96 | 0.28 |
| Genpact | G | 52.73 | -0.49 |
| GenuineParts | GPC | 124.00 | -0.88 |
| Gildan | GIL | 52.92 | -1.11 |
| ▲ GileadSciences | GILD | 115.99 | 1.68 |
| **GitLab** | **GTLB** | **56.25** | **-3.96** |
| GlobalPayments | GPN | 103.05 | -2.23 |
| GlobalFoundries | GFS | 36.88 | -1.89 |
| ▲ GlobeLife | GL | 128.59 | 1.16 |
| GlobusMedical | GMED | 79.25 | -1.07 |
| GoDaddy | GDDY | 177.69 | -1.81 |
| GoldFields | GFI | 18.41 | 0.44 |
| GoldmanSachs | GS | 605.26 | -17.03 |
| Grab | GRAB | 4.73 | -0.12 |
| Graco | GGG | 85.26 | -1.81 |
| Grainger | GWW | 999.50 | -21.71 |
| GraphicPkg | GPK | 26.15 | -0.53 |
| GpoAeroportuar | PAC | 186.76 | -3.29 |
| GpoAeroportSur | ASR | 264.99 | -5.83 |
| GpoFinGalicia | GGAL | 56.56 | -0.66 |
| Guidewire | GWRE | 196.31 | -5.01 |
| HCA Healthcare | HCA | 311.28 | 4.98 |
| HDFC Bank | HDB | 60.65 | -0.97 |
| HP | HPQ | 30.04 | -0.83 |
| ▲ HSBC | HSBC | 60.33 | 0.42 |
| H World | HTHT | 36.32 | 0.43 |
| Haleon | HLN | 10.58 | 0.40 |
| ▼ **Halliburton** | **HAL** | **25.01** | **-1.36** |
| HamiltonLane | HLNE | 152.59 | -3.73 |

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| HartfordIns | HIG | 119.77 | 2.01 |
| Hasbro | HAS | 63.69 | -0.72 |
| HealthEquity | HQY | 104.82 | -4.94 |
| HealthpeakProp | DOC | 20.40 | -0.06 |
| Heico | HEI | 265.85 | 1.17 |
| HeicoA | HEI.A | 211.74 | -1.42 |
| HenrySchein | HSIC | 70.81 | -1.36 |
| Hershey | HSY | 178.50 | 5.79 |
| Hess | HES | 144.09 | -4.85 |
| ▲ HessMidstream | HESM | 41.16 | -0.57 |
| HewlettPackard | HPE | 19.03 | -0.78 |
| Hilton | HLT | 263.58 | -1.38 |
| **Hims&HersHealth** | **HIMS** | **40.68** | **-4.41** |
| Hologic | HOLX | 63.27 | -0.12 |
| HomeDepot | HD | 389.69 | -6.91 |
| HondaMotor | HMC | 27.50 | -0.29 |
| Honeywell | HON | 212.02 | -0.87 |
| HormelFoods | HRL | 29.48 | 0.85 |
| DR Horton | DHI | 125.68 | -1.13 |
| HostHotels | HST | 16.14 | 0.01 |
| HoulihanLokey | HLI | 169.15 | -3.63 |
| HowmetAerospace | HWM | 131.02 | -5.58 |
| Hubbell | HUBB | 354.95 | -16.64 |
| HubSpot | HUBS | 707.63 | -16.36 |
| Humana | HUM | 261.54 | -8.88 |
| JBHunt | JBHT | 157.82 | -3.37 |
| HuntingtonBcshs | HBAN | 16.19 | -0.28 |
| HyattHotels | H | 139.88 | -1.07 |
| ICICI Bank | IBN | 27.89 | 0.01 |
| IdexxLab | IDXX | 437.15 | 0.04 |
| ▲ ING Groep | ING | 18.38 | 0.65 |
| ▼ IQVIA | IQV | 184.85 | -3.95 |
| ITT | ITT | 137.41 | -3.83 |
| IcahnEnterprises | IEP | 10.00 | -0.09 |
| ▼ Icon | ICLR | 184.81 | -5.21 |
| ▼ IDEX | IEX | 188.53 | -5.80 |
| IllinoisToolWks | ITW | 262.23 | -1.75 |
| ▼ **Illumina** | **ILMN** | **84.20** | **-4.54** |
| ImperialOil | IMO | 66.23 | -1.61 |
| Incyte | INCY | 70.26 | -3.24 |
| Infosys | INFY | 19.83 | -0.27 |
| IngersollRand | IR | 82.60 | -2.18 |
| Ingredion | INGR | 130.55 | -0.06 |
| **Insmed** | **INSM** | **76.29** | **-5.26** |
| Insulet | PODD | 272.64 | 0.37 |
| Intel | INTC | 22.74 | -0.99 |
| InteractiveBrkrs | IBKR | 201.53 | -2.87 |
| ▲ ICE | ICE | 173.20 | -0.03 |
| InterContHtls | IHG | 126.89 | 0.05 |
| IBM | IBM | 250.19 | -2.25 |
| IntlFlavors | IFF | 80.92 | -0.89 |
| IntlPaper | IP | 55.31 | -1.04 |
| Interpublic | IPG | 26.46 | -0.61 |
| ▲ Intra-Cellular | ITCI | 131.28 | 3.08 |
| Intuit | INTU | 601.09 | -12.75 |
| IntuitiveSurgical | ISRG | 566.98 | -6.17 |
| InvitatHomes | INVH | 34.37 | 0.36 |
| IronMountain | IRM | 90.21 | -2.96 |
| ItauUnibanco | ITUB | 5.51 | 0.02 |

### J K L

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| JD.com | JD | 40.24 | -1.66 |
| JPMorganChase | JPM | 260.62 | -4.03 |
| **Jabil** | **JBL** | **146.45** | **-8.47** |
| JackHenry | JKHY | 178.00 | 4.41 |
| JacobsSolns | J | 125.16 | -2.95 |
| JamesHardie | JHX | 31.14 | -0.46 |
| JazzPharm | JAZZ | 140.22 | -3.31 |
| JefferiesFinl | JEF | 63.77 | -2.43 |
| J&J | JNJ | 167.28 | 2.26 |
| JohnsonControls | JCI | 82.56 | -3.10 |

Continued on Page B8

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

CLASS ACTION

LEGAL NOTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SJUNDE AP-FONDEN and THE CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, individually and on behalf of all others similarly situated, Plaintiffs, v.

GENERAL ELECTRIC COMPANY, et al., Defendants.

Case No. 1:17-cv-8457-JMF

Hon. Jesse M. Furman

**SUMMARY NOTICE OF (I) PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

**TO: All persons and entities that purchased or acquired General Electric Company ("GE") common stock between February 29, 2016 and January 23, 2018, inclusive ("Class Period") and were damaged thereby ("Class").** Certain persons and entities are excluded from the Class as set forth in detail in the Stipulation and Agreement of Settlement dated November 22, 2024 ("Stipulation") and the Notice described below.

**PLEASE READ THIS NOTICE CAREFULLY; IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

**YOU ARE HEREBY NOTIFIED,** pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York ("Court"), that the Court-appointed Class Representatives Sjunde AP-Fonden and The Cleveland Bakers and Teamsters Pension Fund (together, "Class Representatives"), on behalf of themselves and the Court-certified Class in the above-captioned securities class action ("Action"), have reached a proposed settlement of the Action with defendants GE and Jeffrey S. Bornstein (together, "Defendants") for **$362,500,000** in cash that, if approved, will resolve all claims in the Action.

A hearing ("Settlement Hearing") will be held on **April 24, 2025 at 11:00 a.m.**, before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, either in person in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, or by telephone or videoconference (at the discretion of the Court), to determine, among other things: (i) whether the Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Class, and should be finally approved by the Court; (ii) whether the Action should be dismissed with prejudice against Defendants and the releases specified and described in the Stipulation (and in the Notice) should be granted; and (iii) whether Class Counsel's motion for attorneys' fees in an amount not to exceed 25% of the Settlement Fund and payment of expenses in an amount not to exceed $10 million (which amount may include a request for reimbursement of the reasonable costs incurred by Class Representatives directly related to their representation of the Class) should be approved. Any updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or remote appearances at the hearing, will be posted to the case website, www.GeneralElectricSecuritiesLitigation.com.

**If you are a member of the Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.**

This notice provides only a summary of the information contained in the full Notice of (I) Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses ("Notice"). You may obtain a copy of the Notice, along with the Claim Form, on the case website, www.GeneralElectricSecuritiesLitigation.com. You may also obtain a copy of the Notice and Claim Form by contacting the Claims Administrator by mail at *General Electric Securities Litigation*, c/o JND Legal Administration, P.O. Box 91449, Seattle, WA 98111; by calling toll free 1-844-202-9485; or by emailing info@GeneralElectricSecuritiesLitigation.com. Copies of the Notice and Claim Form can also be found on the websites for Class Counsel and Liaison Counsel, www.ktmc.com and www.gelaw.com, respectively.

If you are a Class Member, in order to be eligible to receive a payment from the proposed Settlement, you must submit a Claim Form ***postmarked (if mailed), or online via www.GeneralElectricSecuritiesLitigation.com, no later than June 20, 2025***, in accordance with the instructions set forth in the Claim Form. If you are a Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any releases, judgments, or orders entered by the Court in the Action.

Any objections to the proposed Settlement, the proposed Plan of Allocation, and/or Class Counsel's motion for attorneys' fees and Litigation Expenses must be filed with the Court and delivered to Class Counsel and Defendants' Counsel such that they are ***received no later than April 3, 2025***, in accordance with the instructions set forth in the Notice.

As this Class was previously certified and, in connection with class certification, Class Members had the opportunity to request exclusion from the Class, the Court has exercised its discretion not to allow a second opportunity to request exclusion in connection with the Settlement proceedings. If you previously requested exclusion from the Class in connection with class certification and wish to opt back into the Class to be eligible to receive a payment from the Settlement, you must submit a request to opt back into the Class so that it is ***received no later than April 3, 2025***, in accordance with the instructions set forth in the Notice.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.** All questions about this notice, the Settlement, or your eligibility to participate in the Settlement should be directed to Class Counsel or the Claims Administrator.

Requests for the Notice and Claim Form should be made to the Claims Administrator:

*General Electric Securities Litigation*
c/o JND Legal Administration
P.O. Box 91449
Seattle, WA 98111
1-844-202-9485

info@GeneralElectricSecuritiesLitigation.com
www.GeneralElectricSecuritiesLitigation.com

All other inquiries should be made to Class Counsel:

Kessler Topaz Meltzer & Check, LLP
Sharan Nirmul, Esq.
Richard A. Russo, Jr., Esq.
Joshua A. Materese, Esq.
280 King of Prussia Road
Radnor, PA 19087

1-610-667-7706

DATED: March 4, 2025

BY ORDER OF THE COURT
United States District Court
Southern District of New York

www.GeneralElectricSecuritiesLitigation.com 1-844-202-9485

BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: BIG LOTS, INC., *et al.*, Debtors.

Chapter 11
Case No. 24-11967 (JKS)
(Jointly Administered)

**NOTICE OF DEADLINES TO FILE CERTAIN ADMINISTRATIVE EXPENSE CLAIMS**

**To all persons or entities with claims against the following debtors:** Big Lots, Inc., Case No. 24-11967 (JKS); ADVC, LLC, Case No. 24-11981 (JKS); Big Lots eCommerce LLC, Case No. 24-11980 (JKS); Big Lots F&S, LLC, Case No. 24-11984 (JKS); Big Lots Management, LLC, Case No. 24-11969 (JKS); Big Lots Stores – CSR, LLC, Case No. 24-11976 (JKS); Big Lots Stores – PNS, LLC, Case No. 24-11970 (JKS); Big Lots Stores, LLC, Case No. 24-11973 (JKS); BLBO Tenant, LLC, Case No. 24-11972 (JKS); Broyhill LLC, Case No. 24-11971 (JKS); Closeout Distribution, LLC, Case No. 24-11978 (JKS); Consolidated Property Holdings, LLC, Case No. 24-11968 (JKS); CSC Distribution LLC, Case No. 24-11974 (JKS); Durant DC, LLC, Case No. 24-11975 (JKS); GAFDC LLC, Case No. 24-11977 (JKS); Great Basin, LLC, Case No. 24-11966 (JKS); INFDC, LLC, Case No. 24-11983 (JKS); PAFDC LLC, Case No. 24-11982 (JKS); and WAFDC, LLC, Case No. 24-11979 (JKS) (collectively, the "**Debtors**"). On September 9, 2024 (collectively, the "**Petition Date**"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

By order dated February 27, 2025 [D.I. 2110] (the "**Pre-Closing Administrative Expense Claims Procedures Order**"), the Court established claim filing deadlines as follows: all persons or entities with an administrative expense claim against any of the Debtors arising from the Petition Date through and including January 3, 2025 **MUST FILE A PROOF OF PRE-CLOSING ADMINISTRATIVE EXPENSE CLAIM** on or before (i) **April 3, 2025, 5:00 p.m. prevailing Eastern Time** or (ii) solely for claims arising pursuant to leases for non-residential real property that have neither been assumed nor rejected by the Debtors as of February 27, 2025 (the "**Outstanding Leases**"), the later of (a) April 3, 2025, 5:00 p.m. prevailing Eastern Time and (b) fourteen (14) days from the date of the entry of an order rejecting such Outstanding Lease. A Proof of Pre-Closing Administrative Expense Claim must be submitted **so as to be actually received** on or before the applicable deadline to be deemed timely.

Copies of the Pre-Closing Administrative Expense Claims Procedures Order, the Debtors' schedule of post-petition liabilities and other documents and information regarding the Debtors' Chapter 11 Cases are available free of charge at https://cases.ra.kroll.com/BigLots or by calling at (844) 217-1398 (toll-free) or +1 (646) 809-2073 (International). Consult the Pre-Closing Administrative Expense Claims Procedures Order for additional details on whether you are required to file a Proof of Pre-Closing Administrative Expense Claim, as well as instructions and procedures for completing and filing Proofs of Pre-Closing Administrative Expense Claim. Do not contact the Clerk of Court for legal advice.

**ANY PERSON OR ENTITY THAT IS REQUIRED TO TIMELY FILE A PROOF OF PRE-CLOSING ADMINISTRATIVE EXPENSE CLAIM BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH PRE-CLOSING ADMINISTRATIVE EXPENSE CLAIM FOR THE PURPOSE OF PAYMENT IN THE DEBTORS' CHAPTER 11 CASES.**

***BY ORDER OF THE COURT***

NOTICE OF SALE

**NOTICE OF PUBLIC SALE**

NOTICE IS HEREBY GIVEN that, pursuant to (i) Section 9-611 of the Massachusetts Uniform Commercial Code; (ii) that certain Amended and Restated Pledge Agreement, dated as of July 16, 2023 (the "*First Pledge Agreement*"), made by Mr. Moshe Yanai and Ms. Rachel Yanai (collectively, the "*Pledgors*") to Scintilla Fund, LP (the "*Secured Party*") as lender, and (iii) that certain Pledge Agreement, dated as of September 10, 2023, by and among the Pledgors and the Secured Party (the "*Second Pledge Agreement*", and together with the First Pledge Agreement, the "*Pledge Agreements*"), the Secured Party shall sell 100% of the membership interests in Michal International Investment LLC, a limited liability company organized under the laws of the Commonwealth of Massachusetts (referred to herein as the "*Sale Assets*") of the Pledgors to the highest or otherwise best qualified bidder at a public disposition to be conducted on March 27, 2025, at 10:00 a.m., prevailing Eastern time, at the offices of Chapman and Cutler LLP, 1270 Avenue of the Americas, 30th Floor, New York, NY 10020 and via zoom (the "*Public Sale*").

Pursuant to the Pledge Agreements, the Pledgors granted the Secured Party a security interest in the Pledged Collateral (as defined in the Pledge Agreements), all as set forth in the Pledge Agreements.

In addition, upon request to counsel for the Secured Party at the contact information listed below, information available to the Secured Party regarding the Sale Assets will also be made available including via a secured data room to prospective bidders who execute a non-disclosure agreement.

TERMS OF SALE: The Sale Assets shall, in the Secured Party's sole discretion, be offered at the Public Sale in bulk or in piecemeal, subject to the Secured Party's security interests and any other valid liens and security interests in existence, and shall be sold to the highest bidder on an "AS IS, WHERE IS," "WITH ALL FAULTS," BASIS, WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND, express or implied, including, without limitation, merchantability, fitness for a particular purpose, condition or title and without any right of setoff or recoupment. All parties desiring to qualify as a bidder at the Public Sale shall be required to deliver to the Secured Party reasonable proof of financial ability and their proposed bid amounts no later than five (5) business days prior to the Public Sale. The purchase price for any successful bid must be paid to the Secured Party by 12:00 p.m. prevailing Eastern time on the first business day after the acceptance of any such bid. All payments toward the purchase of the Sale Assets must be paid by wire transfer payable to the Secured Party. The Secured Party reserves the right to: (i) bid all or a portion of its claim at the Public Sale without cash, certified check or cashier's check as required of other bidders; (ii) adjourn or cancel the Public Sale without notice; (iii) alter the terms of payment; (iv) abandon or elect not to dispose of certain Sale Assets and/or (v) reject all bids. If the Secured Party accepts a bid, the prevailing bidder will receive a secured party bill of sale with no representations or warranties of any kind or nature whatsoever. Additional terms of sale may be announced at the time of the Public Sale.

OTHER INQUIRIES: For further information about how to attend the Public Sale either in person or via remote link please contact: Michael Friedman. Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, NY 10020 (telephone: 212.655.2508, email: friedman@chapman.com).

THE WALL STREET JOURNAL.

THE MARKETPLACE

ADVERTISE TODAY

(800) 366-3975

For more information visit: wsj.com/classifieds

© 2025 Dow Jones & Company, Inc. All Rights Reserved.

## Dividend Changes

| Company | Symbol | Yld % | Amount New/Old | Frq | Payable / Record |
|---|---|---|---|---|---|
| **Increased** | | | | | |
| First Savings Fincl Gp | FSFG | 2.3 | .16 / .15 | Q | Mar31 / Mar14 |
| L3Harris Technologies | LHX | 2.3 | 1.20 / 1.16 | Q | Mar21 / Mar10 |
| LeMaitre Vascular | LMAT | 0.9 | .20 / .16 | Q | Mar27 / Mar13 |
| Macy's | M | 5.0 | .1824 / .1737 | Q | Apr01 / Mar14 |
| Nuveen Preferred & Incm | NPFI | 4.8 | .1205 / .1017 | M | Mar04 / Mar03 |
| Old Republic Intl | ORI | 3.0 | .29 / .265 | Q | Mar20 / Mar10 |
| PROG Holdings | PRG | 1.7 | .13 / .12 | Q | Mar25 / Mar13 |
| Range Resources | RRC | 0.9 | .09 / .08 | Q | Mar28 / Mar14 |
| Unity Bancorp | UNTY | 1.2 | .14 / .13 | Q | Mar28 / Mar14 |
| US Physical Therapy | USPH | 2.3 | .45 / .44 | Q | Apr11 / Mar14 |
| **Initial** | | | | | |
| Aspen Insurance Pfd. | AHLpF | 6.9 | .6125 | | Apr01 / Mar15 |
| **Foreign** | | | | | |
| Aspen Ins 5.625% Pfd. | AHLpD | 7.0 | .3516 | Q | Apr01 / Mar15 |
| Aspen Ins Pfd. | AHLpE | 7.0 | .35156 | Q | Apr01 / Mar15 |
| DRDGOLD ADR | DRD | 1.8 | .16279 | A | Mar27 / Mar14 |
| Frontline | FRO | 10.9 | .20 | Q | Mar31 / Mar14 |
| Hafnia | HAFN | 28.8 | .0294 | Q | Mar13 / Mar07 |
| Haleon ADR | HLN | 1.6 | .11661 | | Jun05 / Apr25 |
| LyondellBasell Inds | LYB | 7.3 | 1.34 | Q | Mar17 / Mar10 |
| Millicom Intl Cellular | TIGO | 3.9 | .75 | A | Apr15 / Apr08 |
| Nordic American Tankers | NAT | 13.8 | .06 | Q | Mar24 / Mar10 |
| Pearson ADR | PSO | 1.7 | .20916 | SA | May16 / Mar21 |
| PLDT ADR | PHI | 5.4 | .81195 | SA | Apr17 / Mar12 |
| Trip.com Group ADR | TCOM | | .30 | | Apr04 / Mar17 |
| Tuya ADR | TUYA | 6.1 | .0608 | | Apr15 / Mar13 |
| Ultrapar Part ADR | UGP | 3.8 | .07738 | SA | Mar24 / Mar10 |
| **Special** | | | | | |
| Affinity Bancshares | AFBI | ... | 1.50 | | Mar27 / Mar13 |
| American Financial Group | AFG | 2.5 | 2.00 | | Mar28 / Mar17 |
| Natural Resource Ptrs | NRP | 3.0 | 1.21 | | Mar18 / Mar11 |
| Venture Global | VG | ... | .0165 | | Mar31 / Mar10 |

Note: Dividend yields as of 3:30 p.m. ET

Sources: FactSet; Dow Jones Market Data

**KEY: A: annual; M: monthly; Q: quarterly; r: revised; SA: semiannual; S2:1: stock split and ratio; SO: spin-off.**

## Bonds | wsj.com/market-data/bonds/benchmarks

## Global Government Bonds: Mapping Yields

Yields and spreads over or under U.S. Treasurys on benchmark two-year and 10-year government bonds in selected other countries; arrows indicate whether the yield rose(▲) or fell (▼) in the latest session

| Coupon (%) | Country/ Maturity, in years | Yield (%) Latest | Previous | Month ago | Year ago | Spread Under/Over U.S. Treasurys, in basis points Latest | Prev | Year ago |
|---|---|---|---|---|---|---|---|---|
| 4.125 | U.S. 2 | 3.981 ▼ | 3.993 | 4.263 | 4.531 | | | |
| 4.625 | 10 | 4.178 ▼ | 4.228 | 4.542 | 4.180 | | | |
| 4.750 | Australia 2 | 3.771 ▲ | 3.736 | 3.778 | 3.820 | -21.8 | -27.1 | -72.2 |
| 3.500 | 10 | 4.340 ▲ | 4.308 | 4.390 | 4.152 | 15.8 | 8.8 | -3.3 |
| 2.500 | France 2 | 2.182 ▲ | 2.150 | 2.212 | 2.887 | -180.7 | -185.7 | -165.5 |
| 3.000 | 10 | 3.175 ▲ | 3.086 | 3.118 | 2.907 | -100.7 | -113.4 | -127.8 |
| 2.200 | Germany 2 | 2.079 ▲ | 2.031 | 2.044 | 2.891 | -191.0 | -197.6 | -165.1 |
| 2.500 | 10 | 2.493 ▲ | 2.411 | 2.391 | 2.421 | -168.9 | -180.9 | -176.4 |
| 2.950 | Italy 2 | 2.333 ▲ | 2.323 | 2.353 | 3.470 | -165.6 | -168.4 | -107.2 |
| 3.650 | 10 | 3.603 ▲ | 3.530 | 3.505 | 3.880 | -57.9 | -69.0 | -30.5 |
| 0.800 | Japan 2 | 0.832 ▲ | 0.813 | 0.724 | 0.181 | -315.7 | -319.4 | -436.1 |
| 1.200 | 10 | 1.410 ▲ | 1.376 | 1.249 | 0.720 | -277.2 | -284.4 | -346.6 |
| 2.500 | Spain 2 | 2.271 ▲ | 2.238 | 2.246 | 3.079 | -171.8 | -176.9 | -146.3 |
| 3.450 | 10 | 3.114 ▲ | 3.035 | 3.006 | 3.300 | -106.8 | -118.5 | -88.5 |
| 4.125 | U.K. 2 | 4.192 ▲ | 4.192 | 4.167 | 4.559 | 20.3 | 18.5 | 1.7 |
| 4.250 | 10 | 4.512 ▲ | 4.485 | 4.488 | 4.214 | 33.0 | 26.5 | 2.9 |

Source: Tullett Prebon, Tradeweb FTSE U.S. Treasury Close

## Corporate Debt

Prices of firms' bonds reflect factors including investors' economic, sectoral and company-specific expectations

### Investment-grade spreads that tightened the most...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Spread*, in basis points Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Verizon Communications | VZ | 4.500 | 4.86 | Aug. 10, '33 | 67 | –18 | 73 |
| Sprint Capital | ... | 6.875 | 4.68 | Nov. 15, '28 | 71 | –12 | n.a. |
| NatWest Markets | NWG | 5.416 | 4.44 | May 17, '27 | 45 | –10 | 46 |
| CNO Global Funding | CNO | 2.650 | 4.80 | Jan. 6, '29 | 81 | –7 | n.a. |
| Corebridge Global Funding* | CRBG | 5.200 | 4.64 | June 24, '29 | 67 | –6 | 63 |
| Hess | HES | 5.600 | 5.44 | Feb. 15, '41 | 93 | –6 | n.a. |
| Boston Gas | ... | 4.487 | 5.74 | Feb. 15, '42 | 124 | –6 | n.a. |
| Caterpillar | CAT | 3.803 | 5.23 | Aug. 15, '42 | 72 | –5 | 65 |

### ...And spreads that widened the most

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Caterpillar Financial Services | ... | 4.600 | 4.31 | Nov. 15, '27 | 36 | 12 | 29 |
| American Honda Finance | ... | 3.500 | 4.60 | Feb. 15, '28 | 65 | 12 | 50 |
| Toyota Motor Credit | ... | 4.350 | 4.35 | Oct. 8, '27 | 37 | 12 | 28 |
| KeyCorp | KEY | 4.100 | 4.82 | April 30, '28 | 85 | 11 | 73 |
| Toronto–Dominion Bank | TD | 4.693 | 4.40 | Sept. 15, '27 | 45 | 11 | 40 |
| Ascension Health Alliance | ... | 3.945 | 5.25 | Nov. 15, '46 | 75 | 8 | 69 |
| Siemens Financieringsmaatschappij | ... | 4.200 | 5.28 | March 16, '47 | 80 | 8 | n.a. |
| Bank of New York Mellon | BK | 3.850 | 4.24 | April 28, '28 | 30 | 7 | 28 |

### High-yield issues with the biggest price increases...

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Bond Price as % of face value Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Bombardier | ... | 7.450 | 6.71 | May 1, '34 | 104.998 | 0.47 | 104.500 |
| Ford Motor | F | 4.750 | 6.87 | Jan. 15, '43 | 78.369 | 0.45 | 78.099 |
| Toledo Hospital | ... | 5.325 | 5.91 | Nov. 15, '28 | 98.060 | 0.43 | n.a. |
| Nissan Motor Acceptance | ... | 6.950 | 5.18 | Sept. 15, '26 | 102.573 | 0.32 | n.a. |
| Tenet Healthcare | THC | 6.875 | 6.33 | Nov. 15, '31 | 102.930 | 0.26 | n.a. |
| Occidental Petroleum | OXY | 6.200 | 6.02 | March 15, '40 | 101.764 | 0.24 | 100.431 |
| Bath & Body Works | BBWI | 6.750 | 6.46 | July 1, '36 | 102.287 | 0.24 | 102.413 |
| Teva Pharmaceutical Finance Netherlands III | ... | 3.150 | 5.16 | Oct. 1, '26 | 97.000 | 0.23 | 96.892 |

### ...And with the biggest price decreases

| Issuer | Symbol | Coupon (%) | Yield (%) | Maturity | Current | One-day change | Last week |
|---|---|---|---|---|---|---|---|
| Transocean | RIG | 6.800 | 9.87 | March 15, '38 | 77.750 | –0.68 | 80.703 |
| Verde Purchaser | ... | 10.500 | 7.72 | Nov. 30, '30 | 108.843 | –0.41 | 109.147 |
| Bausch Health | ... | 11.000 | 10.67 | Sept. 30, '28 | 100.938 | –0.31 | 98.954 |
| Bath & Body Works | BBWI | 6.875 | 6.38 | Nov. 1, '35 | 103.750 | –0.25 | 103.831 |
| Navient | NAVI | 5.625 | 7.39 | Aug. 1, '33 | 89.062 | –0.21 | 88.977 |
| Occidental Petroleum | OXY | 7.875 | 5.52 | Sept. 15, '31 | 112.738 | –0.21 | 112.638 |
| Time Warner Cable | CHTR | 6.550 | 6.62 | May 1, '37 | 99.418 | –0.16 | 98.866 |
| Advance Auto Parts | AAP | 5.900 | 5.64 | March 9, '26 | 100.250 | –0.14 | n.a. |

*Estimated spread over 2-year, 3-year, 5-year, 10-year or 30-year hot-run Treasury; 100 basis points=one percentage pt.; change in spread shown is for Z-spread.
Note: Data are for the most active issue of bonds with maturities of two years or more

Source: MarketAxess