IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

**PLEASE TAKE NOTICE** that Kevin G. Collins of Barnes & Thornburg LLP hereby withdraws his appearance as counsel to Jordan Manufacturing Company, Inc. ("Jordan") in the above-captioned chapter 11 cases (the "Cases").

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that he be removed from all service lists in the Cases, including the Court's CM/ECF electronic notification list.

**PLEASE TAKE FURTHER NOTICE** that the representation of Jordan by all of the other attorneys of record of Barnes & Thornburg LLP in the Cases is unaffected by this notice.

Dated: March 7, 2025
Wilmington, Delaware

BARNES & THORNBURG LLP

*/s/ Kevin G. Collins*
Kevin G. Collins (DE No. 5149)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
kevin.collins@btlaw.com

*Counsel to Jordan Manufacturing Company, Inc.*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.