UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: Big Lots, Inc., et al.          Chapter  11

Case No.  24 - 11967  ( JKS )

GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent  the State of Ohio, Ohio Environmental Protection  Agency in this action: I am admitted to practice law in __(court(s))

Ohio Courts (#0034629), U.S. District Courts for the Southern and Northern Districts of Ohio

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

/s/ Timothy J. Kern

Agency/Organization Name: Ohio Attorney General's Office

Address: Timothy J. Kern, Assist. Attorney General

30 E. Broad St., 25th Fl., Col., OH 43215

Phone: (614) 558-5156 (Cell)

Email: Timothy.Kern@OhioAGO.gov

Local Form 105A