**SERVICE LIST**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Robert J. Dehney, Sr.
Andrew R. Remming
Tamara K. Mann
Daniel B. Butz
Sophie Rogers Churchill
Casey B. Sawyer
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

DAVIS POLK & WARDWELL LLP
Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Jonah A. Peppiatt
Ethan Stern
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

COLE SCHOTZ P.C.
Justin R. Alberto
Stacy L. Newman
Sarah Carnes
jalberto@coleschotz.com
snewman@coleschotz.com
scarnes@coleschotz.com

McDERMOTT WILL & EMERY
Darren Azman
Kristin K. Going
dazman@mwe.com
kgoing@mwe.com

Linda J. Casey
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Linda.Casey@usdoj.gov

Riemer Braunstein LLP
Steven E. Fox, Esquire
sfox@riemerlaw.com

Pete Federowicz
Pfederowicz@nelliscorp.com

Berat Corporation
David G. Zallie
David.Zallie@wakefern.com
c/o Rachel Weidler, Esq.
rweidler@mccarthypc.com
Blake Kahlich
blake@primesqft.com
c/o Amanda Halstead, Esq.
ahh@mhzlegal.com

ABQ Liquidation LLC
Aref Musa
arefmusa1@yahoo.com

Michael Alesia
malesia@alesialaw.com

Forrest Wyatt Cook
jwcook12@gmail.com
fwcook55@gmail.com

South Lubbock FP LLC
chris@pfnocritics.com

Fine Furniture Décor (d/b/a Fine Gallery, LLC)
Al Khrawish
khrawish_k@yahoo.com

Ernst Bell
ErnstBell@regencycenters.com
c/o Robert LeHane, Esq.
RLeHane@KelleyDrye.com

Madesa Inc.
douglas@ranafurniture.com
c/o Christian Lacayo, Esq.
chris@gmilaw.com

Tanja Ritter
TRitter@ritterdallas.com
Susan Self
SSelf@ritterdallas.com
c/o Rachael Smiley
rsmiley@fbfk.law

Rina Kiri
allegiant@allegiantpmgt.com

Goodwill Industries of
Dallas, Inc.
c/o Marcus Neupert, Esq.
mneupert@spcllp.com