# **CERTIFICATE OF SERVICE**

       I hereby certify that on this 10th day of March 2025, a true and correct copy of the foregoing was served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system and to the persons listed below as indicated:

**Via Electronic Mail**

Robert J. Dehney
Andrew R. Remming
Daniel B. Butz
Tamara K. Mann
Casey B. Sawyer
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
Email: biglots.mnat@morrisnichols.com
(*Counsel to the Debtors*)

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
David Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Email: notice.biglots@davispolk.com
(*Counsel to the Debtors*)

Justin R. Alberto
Stacy L. Newman
Sarah Carnes
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com
          snewman@coleschotz.com
          scarnes@coleschotz.com
(*Counsel to the Committee*)

Darren Azman
Kristin K. Going
McDermott, Will & Emery
One Vanderbilt Avenue
New York, NY 10017
Email: dazman@mwe.com
          kgoing@mwe.com
(*Counsel to the Committee*)

Linda Casey
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: Linda.Casey@usdoj.gov
(*U.S. Trustee*)

                        /s/ *J. Cory Falgowski*
                        J. Cory Falgowski (No. 4546)

60359481 v1