**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Request for Production of Documents Directed to Debtors by Beacon Plaza, LLC* were caused to be served on March 10, 2025, upon respective counsel listed below via electronic mail.

| | |
|---|---|
| Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Ethan Stern<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stepehen.piraino@davispolk.com<br>ethan.stern@davispolk.com | Robert J. Dehney, Sr.<br>Andrew R. Remming<br>Daniel B. Butz<br>Tamara K. Mann<br>Casey B. Sawyer<br>MORRIS, NICHOLAS, ARSHT<br>& TUNNELL LLP<br>1201 N. Market St., 16th Floor<br>Wilmington, DE 19801<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com |

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated:  March 10, 2025
Wilmington, Delaware

*/s/ Nicholas J. Brannick*
Leslie C. Heilman (DE No. 4716)
Laurel D. Roglen (DE No. 5759)
Nicholas J. Brannick (DE No. 5721)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
            roglenl@ballardspahr.com
            brannickn@ballardspahr.com

*Counsel for Beacon Plaza, LLC*

## CERTIFICATE OF SERVICE

Nicholas J. Brannick certifies that the foregoing *Notice of Service* was served upon all parties receiving notice in this matter through the Court's CM/ECF filing system.

/s/ Nicholas J. Brannick
Nicholas J. Brannick (DE No. 5721)