**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 18, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: March 25, 2025 at 10:00 a.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on March 11, 2025, Denzel Anderson, by and through undersigned counsel, filed *Denzel Anderson's Motion for Relief from the Automatic Stay* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on undersigned counsel by **March 18, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **March 25, 2025 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles, U.S. Bankruptcy Judge in the Bankruptcy Court located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution, LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

IMPAC - 12079939v.5

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Bankruptcy Court may grant the relief requested by the Motion without further notice or hearing.

Dated: Wilmington, Delaware
March 11, 2025

/s/ *James R. Risener III*
L. Katherine Good (No. 5101)
Brett M. Haywood (No. 6166)
James R. Risener III (No. 7334)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON CORROON LLP**
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Tel: (302) 984-6026
Fax: (302) 658-1192
Email: kgood@potteranderson.com
bhaywood@potteranderson.com
jrisener@potteranderson.com
aehrmann@potteranderson.com

*Counsel for Denzel Anderson*

IMPAC - 12079939v.5