# EXHIBIT A

# Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>      Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. __** |

**ORDER GRANTING DENZEL ANDERSON'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the motion (the "Motion"),[2] of Denzel Anderson for entry of an order granting relief the automatic stay to allow Mr. Anderson to file and prosecute to judgment a complaint against the Debtors, and granting related relief; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion was appropriate and no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution, LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Motion.

just cause for the relief granted herein; and upon due deliberation and sufficient cause appearing therefor,

       IT IS HEREBY ORDERED THAT:

       1.      The Motion is GRANTED to the extent set forth herein.

       2.      The automatic stay is hereby lifted pursuant to 11 U.S.C. § 362(d) to allow Mr. Anderson to commence, prosecute, and litigate the Causes of Action to judgment, including any subsequent appeals therefrom, with any recovery thereon limited to proceeds of the Debtors' applicable insurance policies.

       3.      The provisions of Bankruptcy Rule 4001(a)(3) are waived, and this Order shall be effectively immediately upon its entry.

       4.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.