## CERTIFICATE OF SERVICE

I, James R. Risener III, do hereby certify that on March 11, 2025, a copy of the foregoing **Denzel Anderson's Motion for Relief from the Automatic Stay** was served on the parties listed on the attached service list in manners indicated.

*/s/ James R. Risener III*
James R. Risener III (No. 7334)

# **SERVICE LIST**

| | | |
|---|---|---|
| Counsel to Collin County, City of Paris, City of Sherman, Collin College, Paris Junior College, City of Plano, Mckinney ISD, City of McKinney<br>Abernathy Roeder Boyd & Hullet PC<br>Attn: Paul Lopez, Larry Boyd, Emily Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069<br>Email: plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com; lboyd@abernathy-law.com<br>**Via Email** | Counsel to Capital Plaza, Inc.<br>ALEXANDER & VANN, LLP<br>Attn: John Turner Holt<br>411 Gordon Avenue<br>Thomasville, GA 31792<br>**Via First-Class Mail** | Town N' Country Plaza, LLC f/k/a Town N' Country Plaza, L.P.<br>Anthony & Partners, LLC<br>Attn: Townsend J. Belt<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602<br>Email: tbelt@anthonyandpartners.com; lortega@anthonyandpartners.com; eservice@anthonyandpartners.com<br>**Via Email** |
| Counsel to Gordon Brothers Retail Partners, LLC<br>Ashby & Geddes, P.A.<br>Attn: Gregory A. Taylor<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>Email: GTaylor@ashbygeddes.com<br>**Via Email** | Counsel to Dell Financial Services, L.L.C.<br>Austria Legal, LLC<br>Attn: Matthew P. Austria<br>1007 N. Orange Street, 4th Floor<br>Wilmington, DE 19801<br>Email: maustria@austriallc.com<br>**Via Email** | Counsel to Allura Imports, Inc.<br>Balasiano & Associates, PLLC<br>Attn: Steven Balasiano, Judah S. Balasiano<br>6701 Bay Parkway, 3rd Floor<br>Brooklyn, NY 11204<br>Email: steven@balasianolaw.com; judah@balasianolaw.com<br>**Via Email** |
| Counsel to Sun Plaza, LLC<br>Ballard Spahr LLP<br>Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br>Email: heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com<br>**Via Email** | Counsel to Brixmor Operating Partnership LP, Beacon Plaza, LLC<br>Ballard Spahr LLP<br>Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br>Email: heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; brannickn@ballardspahr.com<br>**Via Email** | Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP<br>Barclay Damon LLP<br>Attn: Kevin M. Newman<br>125 East Jefferson Street<br>Syracuse, NY 13202<br>Email: knewman@barclaydamon.com<br>**Via Email** |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP<br>Barclay Damon LLP<br>Attn: Niclas A. Ferland<br>545 Long Wharf Drive, Ninth Floor<br>New Haven, CT 06511<br>Email: nferland@barclaydamon.com<br>**Via Email** | Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP<br>Barclay Damon LLP<br>Attn: Scott L. Fleischer<br>1270 Avenue of the Americas, Suite 501<br>New York, NY 10020<br>Email: sfleischer@barclaydamon.com<br>**Via Email** | Counsel to Jordan Manufacturing Company, Inc.<br>BARNES & THORNBURG LLP<br>Attn: David A. Hall<br>171 Monroe Avenue NW, Suite 1000<br>Grand Rapids, MI 49503-2694<br>Email: david.hall@btlaw.com<br>**Via Email** |
| Counsel to Jordan Manufacturing Company, Inc.<br>BARNES & THORNBURG LLP<br>Attn: Kevin G. Collins<br>222 Delaware Avenue. Suite 1200<br>Wilmington, DE 19801<br>Email: kevin.collins@btlaw.com<br>**Via Email** | Counsel to Pea Ridge Partners, LLC, Pearl Road Shopping Center, LLC, Cumberland Square Partners, LLC, Evansville Partners, LLC, Gastonia Restoration Partners, LLC, Harrison OH Partners, LLC, Malone Plaza Partners LLC, Sevierville Forks Partners, LLC, and<br>Bass, Berry & Sims PLC<br>Attn: Paul G. Jennings, Gene L. Humphreys<br>21 Platform Way South, Suite 3500<br>Nashville, TN 37203<br>Email: pjennings@bassberry.com; ghumphreys@bassberry.com<br>**Via Email** | Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and J<br>Bayard, P.A.<br>Attn: Ericka F. Johnson<br>600 N. Market Street, Suite 400<br>Wilmington, DE 19801<br>Email: ejohnson@bayardlaw.com<br>**Via Email** |
| Counsel to Accertify, Inc<br>Becket & Lee LLP<br>Attn: Larry Butler<br>PO Box 3002<br>Malvern, PA 19355-0702<br>**Via First-Class Mail** | Counsel to Infosys Ltd.<br>Benesch Friedlander Coplan & Aronoff LLP<br>Attn: Kevin M. Capuzzi, Steven L. Walsh<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801-6101<br>Email: kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com<br>**Via Email** | Counsel to Twin Rivers Equity Partners, LLC<br>Best Law, PA<br>Attn: Tara E. Naufu<br>P.O. Box 2374<br>Mount Pleasant, SC 29465<br>Email: tara@bestlawsc.com<br>**Via Email** |
| Town N' Country Plaza, LLC f/k/a Town N' Country Plaza, L.P., Yunis Enterprises, Inc., , Townley, Inc.<br>Bielli & Klauder, LLC<br>Attn: David M. Klauder<br>1204 N. King Street<br>Wilmington, DE 19801<br>Email: dklauder@bk-legal.com<br>**Via Email** | Cousnel to Upper Canada Soap and Candle Makers Corporation<br>Bielli & Klauder, LLC<br>Attn: David M. Klauder<br>1204 N. King Street<br>Wilmington, DE 19801<br>Email: dklauder@bk-legal.com<br>**Via Email** | Debtor<br>Big Lots, Inc.<br>Attn: Attn: Ronald A. Robins<br>4900 E. Dublin-Granville Road<br>Columbus, OH 43081<br>Email: rrobins@biglots.com<br>**Via Email** |

| | | |
|---|---|---|
| Counsel to PNC Bank, National Association<br>Blank Rome LLP<br>Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Email: regina.kelbon@blankrome.com; stanley.tarr@blankrome.com; jordan.williams@blankrome.com<br>**Via Email** | Counsel to DIP ABL Agent and Prepetition ABL Agent<br>Blank Rome, LLP<br>Attn: Attn: Regina Kelbon<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Email: regina.kelbon@blankrome.com<br>**Via Email** | Counsel United Properties Corp.,<br>Aldrich Management Co., LLC, Hauppauge Properties, LLC, New Castle Equities, LLC, Miamisburg Properties, LLC, Dublin Equities, LLC, Glenwood Ave Binghamton, LLC, Snellville Pavillion, LLC, Indiana Equities, LLC and TN Equi<br>Bond, Schoeneck & King, PLLC<br>Attn: Edward J. LoBello<br>225 Old Country Road<br>Melville, NY 11747<br>Email: elobello@bsk.com<br>**Via Email** |
| Counsel to Kenney Manufacturing Company<br>Borges & Associates, LLC<br>Attn: Wanda Borges, Sue L Chin<br>575 Underhill Blvd, Suite 118<br>Syosset, NY 11791<br>Email: wborges@borgeslawllc.com; schin@borgeslawllc.com<br>**Via Email** | Counsel to Paragon Windermere, LLC and Lebanon Windermere, LLC<br>Bose Mckinney & Evans LLP<br>Attn: James P. Moloy<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204<br>Email: jmoloy@boselaw.com<br>**Via Email** | Counsel to DKR Investments LLC<br>Brouse McDowell, LPA<br>Attn: Timothy M. Reardon<br>6550 Seville Drive, Suite B<br>Canfield, OH 44406<br>Email: treardon@brouse.com<br>**Via Email** |
| Counsel to MBM Investments LLC<br>Brouse McDowell, LPA<br>Attn: Timothy M. Reardon<br>6550 Seville Drive, Suite B<br>Canfield, OH 44406<br>Email: treardon@brouse.com<br>**Via Email** | Counsel to Burdkidz LLC and S.R. 170 Properties LLC<br>Brouse McDowell, LPA<br>Attn: Timothy M. Reardon<br>6550 Seville Drive, Suite B<br>Canfield, OH 44406<br>Email: treardon@brouse.com<br>**Via Email** | Counsel to Scott Andron<br>Broward County<br>Attn: Andrew J. Meyers<br>115 South Andrews Avenue<br>Governmental Center, Suite 423<br>Fort Lauderdale, FL 33301<br>Email: sandron@broward.org<br>**Via Email** |
| Counsel to Pro-Mart Industries, Inc.<br>Bryan Cave Leighton Paisner LLP<br>Attn: Jarret P. Hitchings<br>301 S. College Street, Suite 2150<br>Charlotte, NC 28202<br>Email: jarret.hitchings@bclplaw.com<br>**Via Email** | Counsel to Oracle America, Inc.<br>Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson<br>425 Market Street, Suite 2900<br>San Francisco, CA 94105-3493<br>Email: schristianson@buchalter.com<br>**Via Email** | Counsel to Albertsons LLC and Safeway Inc<br>Buchanan Ingersoll & Rooney PC<br>Attn: Geoffrey G. Grivner<br>500 Delaware Avenue, Ste. 720<br>Wilmington, DE 19801<br>Email: geoffrey.grivner@bipc.com<br>**Via Email** |
| Counsel to Comenity Capital Bank and CTO Realty Growth, Inc.<br>Burr & Forman LLP<br>Attn: J. Cory Falgowski<br>222 Delaware Avenue, Suite 1030<br>Wilmington, DE 19801<br>Email: jfalgowski@burr.com<br>**Via Email** | Counsel to CTO Realty Growth, Inc.<br>Burr & Forman LLP<br>Attn: J. Ellsworth Summers, Jr., Dana L. Robbins<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202<br>Email: esummers@burr.com; drobbins@burr.com<br>**Via Email** | Counsel to Comenity Capital Bank<br>Burr & Forman LLP<br>Attn: James H. Haithcock, III<br>420 N. 20th Street, Suite 3400<br>Birmingham, AL 35203<br>Email: jhaithcock@burr.com<br>**Via Email** |
| Counsel to California Department of Resources Recycling and Recovery<br>California Department of Justice<br>Attn: Barbara C. Spiegel<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Email: Barbara.Spiegel@doj.ca.gov<br>**Via Email** | Counsel to California Department of Resources Recycling and Recovery<br>California Department of Justice<br>Attn: Natalie E. Collins<br>600 West Broadway, Suite 1800<br>San Diego, CA 92186-5266<br>Email: Natalie.Collins@doj.ca.gov<br>**Via Email** | Counsel to Tropicana Palm Plaza LLC<br>Carlyon Cica CHTD.<br>Attn: Candace Carlyon, Dawn M. Cica<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119<br>Email: ccarlyon@carlyoncica.com; dcica@carlyoncica.com<br>**Via Email** |
| Counsel to Liberty Mutual Insurance Company<br>Chiesa Shahinian & Giantomasi PC<br>Attn: Scott A. Zuber, Terri Jane Freedman<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>Email: szuber@csglaw.com; tfreedman@csglaw.com<br>**Via Email** | Counsel to 5620 Nolensville Pike, LLC<br>Chipman Brown Cicero & Cole, LLP<br>Attn: Alan M.Root<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>Email: root@chipmanbrown.com<br>**Via Email** | Cousnel to  D.H. Pace Company, Inc.<br>Chipman Brown Cicero & Cole, LLP<br>Attn: Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>Email: desgross@chipmanbrown.com<br>**Via Email** |
| Counsel to DIP ABL Agent and Prepetition ABL Agent, and PNC Bank, National Association<br>Choate, Hall & Stewart LLP<br>Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang<br>Two International Place<br>Boston, MA 02110<br>Email: jventola@choate.com; jmarshall@choate.com; jslang@choate.com<br>**Via Email** | Counsel to USPG Franklin LLC, USPG Portfolio Eight, LLC, USPG Portfolio Two, LLC, SanTan MP LP, GPR Investments LLC, Warm Springs Promenade, LLC, and Bellevue Holdings, LLC<br>Clark Hill PLC<br>Attn: Audrey L. Hornisher<br>901 Main Street, Suite 6000<br>Dallas, TX 75202<br>Email: ahornisher@clarkhill.com<br>**Via Email** | Counsel to USPG Franklin LLC, USPG Portfolio Eight, LLC, USPG Portfolio Two, LLC, SanTan MP LP, GPR Investments LLC, Warm Springs Promenade, LLC, and Bellevue Holdings, LLC<br>Clark Hill PLC<br>Attn: Karen M. Grivner<br>824 N. Market Street, Suite 710<br>Wilmington, DE 19801<br>Email: kgrivner@clarkhill.com<br>**Via Email** |

3

| | | |
|---|---|---|
| Counsel to Bellevue Holdings, LLC<br>Clark Hill PLC<br>Attn: Kevin H. Morse<br>130 E. Randolph Street, Suite 3900<br>Chicago, IL 60601<br>Email: kmorse@clarkhill.com<br>**Via Email** | Counsel to the Official Committee of Unsecured Creditors<br>Cole Schotz, P.C.<br>Attn: Justin R. Alberto, Stacy L. Newman<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com; snewman@coleschotz.com<br>**Via Email** | Counsel to Commonwealth of Pennsylvania Department of Labor and Industry<br>Commonwealth of Pennsylvania Department of Labor and Industry<br>Attn: Ryan Starnowsky<br>Collections Support Unit<br>PO Box 68568<br>Harrisburg, PA 17106-8568<br>Email: ra-li-ucts-bankrupt@state.pa.us<br>**Via Email** |
| Counsel to Aldi Inc<br>Connolly Gallagher LLP<br>Attn: Karen C. Bifferato<br>1201 N Market St, 20th Fl<br>Wilmington, DE 19801<br>Email: kbifferato@connollygallagher.com<br>**Via Email** | Counsel to Paragon Windermere, LLC and Lebanon Windermere, LLC<br>Cross & Simon, LLC<br>Attn: Christopher P. Simon<br>1105 N. Market Street, Suite 901<br>Wilmington, DE 19801<br>Email: csimon@crosslaw.com<br>**Via Email** | Counsel to Corpus Christi Firefighters' Retirement System<br>Cross & Simon, LLC<br>Attn: Christopher P. Simon<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>Email: csimon@crosslaw.com<br>**Via Email** |
| Counsel to CORTA Stevens Point, LLC, Ross Stores, Inc. and Ross Dress for Less, Inc.<br>Cross & Simon, LLC<br>Attn: Kevin S. Mann<br>1105 N. Market Street, Suite 901<br>Wilmington, DE 19801<br>Email: kmann@crosslaw.com<br>**Via Email** | Counsel to Yunis Enterprises, Inc.<br>Davidson Fink LLP<br>Attn: Sean P. Williams, Carla Augino<br>400 Meridian Centre Boulevard, Suite 200<br>Rochester, NY 14818<br>Email: spwilliams@davidsonfink.com; caugino@davidsonfink.com<br>**Via Email** | Counsel to the Debtor and Debtor in Possession<br>Davis Polk & Wardwell LLP<br>Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: brian.resnick@davispolk.com; adam.shpeen@davispolk.com; stephen.piraino@davispolk.com; ethan.stern@davispolk.com;<br>**Via Email** |
| Counsel to Southgate Shopping Center LLP<br>DLA Piper LLP (US)<br>Attn: Dale K. Cathell, Virginia R. Callahan<br>650 S. Exeter Street, Suite 1100<br>Baltimore, MD 21202-4576<br>Email: dale.cathell@us.dlapiper.com; virginia.callahan@us.dlapiper.com<br>**Via Email** | Counsel to Southgate Shopping Center LLP<br>DLA Piper LLP (US)<br>Attn: R. Craig Martin<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>Email: craig.martin@us.dlapiper.com<br>**Via Email** | Counsel to Oracle America, Inc.<br>Doshi Legal Group, P.C.<br>Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042<br>Email: amish@doshilegal.com<br>**Via Email** |
| Counsel to Hart Estate Investment Company, a California general partnership, NP-AC Industrial Holdings LLC<br>Duane Morris LLP<br>Attn: Drew S. McGehrin, Lawerence J. Kotler<br>1201 N. Market Street, Suite 501<br>Wilmington, DE 19801<br>Email: dsmcgehrin@duanemorris.com; ljkotler@duanemorris.com<br>**Via Email** | Counsel to Hart Estate Investment Company, a California general partnership<br>Duane Morris LLP<br>Attn: Marcus O. Colabianchi<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127<br>Email: mcolabianchi@duanemorris.com<br>**Via Email** | Counsel to West American Construction Corp.<br>Elkins Kalt Weintraub Reuben Gartside LLP<br>Attn: Michael I. Gottfried<br>10345 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Email: mgottfried@elkinskalt.com<br>**Via Email** |
| Counsel to Maureen Scullon<br>Elliott Greenleaf, P.C.<br>Attn: Deirdre M. Richards<br>1105 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Email: dmr@elliottgreenleaf.com<br>**Via Email** | Counsel to Red Mountain Asset Fund I, LLC, Desert Sky Esplanade, LLC, and Clovis I, LLC<br>Ervin Cohen & Jessup LLP<br>Attn: Byron Z. Moldo<br>9401 Wilshire Boulevard, 12th Floor<br>Beverly Hills, CA 90212<br>Email: bmoldo@ecjlaw.com<br>**Via Email** | Counsel to Edgewater Park Urban Renewal, LLC<br>Fox Rothschild LLP<br>Attn: Michael G. Menkowitz<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103-3222<br>Email: mmenkowitz@foxrothschild.com<br>**Via Email** |
| Counsel to Edgewater Park Urban Renewal, LLC<br>Fox Rothschild LLP<br>Attn: Seth A. Niederman<br>1201 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>Email: sniederman@foxrothschild.com<br>**Via Email** | Counsel to PepsiCo, Inc., PepsiCo Sales, Inc., Rolling Frito-Lay Sales, LP, Quacker Sales & Distribution, Inc<br>FrankGecker LLP<br>Attn: Joseph D. Frank, Jeremy C. Kleinnman<br>1327 W. Washington Blvd, Suite 5 G-H<br>Chicago, IL 60607<br>Email: jfrank@fgllp.com; jkleinman@fgllp.com<br>**Via Email** | Counsel to Divisions Inc.<br>Frost brown Todd LLP<br>Attn: A.J. Webb, Joy D. Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202<br>Email: awebb@fbtlaw.com; jkleisinger@fbtlaw.com<br>**Via Email** |
| Counsel to Tempur Sealy International, Inc. WPG Legacy, LLC<br>Frost brown Todd LLP<br>Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202<br>Email: rgold@fbtlaw.com; eseverini@fbtlaw.com; jkleisinger@fbtlaw.com<br>**Via Email** | Counsel to Roundtripping Ltd. and Geiger Brothers, Inc.<br>Gibbons P.C.<br>Attn: Katharina Earle<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801-1671<br>Email: kearle@gibbonslaw.com<br>**Via Email** | Counsel to Geiger Brothers, Inc.<br>Gibbons P.C.<br>Attn: Kyle P. McEvilly<br>One Gateway Center<br>Newark, NJ 07102<br>Email: kmcevilly@gibbonslaw.com<br>**Via Email** |
| Counsel to Roundtripping Ltd.<br>Gibbons P.C.<br>Attn: Mark Conlan<br>One Gateway Center<br>Newark, NJ 07102<br>Email: mconlan@gibbonslaw.com<br>**Via Email** | Counsel to Creditor CC Fund 1 Big Lots, LLC, Creditor Blum Boulders Associates 1, LLC<br>Gilbert Bird Law Firm, PC<br>Attn: Ryan J. Bird<br>10575 North 114th Street, Suite 115<br>Scottsdale, AZ 85259<br>Email: rbird@gilbertbirdlaw.com<br>**Via Email** | Golden Goodrich LLP<br>Attn: Jeffrey I. Golden<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626<br>Email: jgolden@go2.law<br>**Via Email** |

| | | |
|---|---|---|
| Counsel to Cedars Enterprises Too, Inc.<br>Golden Goodrich LLP<br>Attn: Ryan W. Beall<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626<br>Email: rbeall@go2.law<br>**Via Email** | Counsel to American National Insurance Company<br>Greer, Herz & Adams, LLP<br>Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young<br>One Moody Plaza, 18th Floor<br>Galveston, TX 77550<br>Email: tannweiler@greerherz.com<br>**Via Email** | Counsel to USRP Watt Town Center Retail Partners<br>Hahn & Hahn LLP<br>Attn: Dean G. Rallis Jr.<br>301 E. Colorado Blvd., 9th Fl.<br>Pasadena, CA 91101-1977<br>Email: drallis@hahnlawyers.com<br>**Via Email** |
| Counsel to Nissin Foods (USA) Co., Inc.<br>Hahn Loeser & Parks LLP<br>Attn: Rocco I. Debitetto<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114<br>Email: ridebitetto@hahnlaw.com<br>**Via Email** | Counsel to Oliveira Plaza SPE, LLC, and Rim Country Mall SPE, LLC<br>Hill, Farrer & Burrill, LLP<br>Attn: Daniel J. McCarthy<br>300 South Grand Avenue<br>One California Plaza, 37th Floor<br>Los Angeles, CA 90071-3147<br>Email: dmccarthy@hillfarrer.com<br>**Via Email** | Counsel to WRP Washington Plaza LLC, Wallace Properties–Kennewick LLC, and WRP Gateway LLC<br>Hillis Clark Martin & Peterson, P.S.<br>Attn: Brian C. Free<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104<br>Email: brian.free@hcmp.com<br>**Via Email** |
| Counsel to Nancy C. Millan, Hillsborough County Tax Collector<br>Hillsborough County Tax Collector<br>Attn: Brian T. FitzGerald<br>Post Office Box 1110<br>Tampa, FL 33601-1110<br>Email: fitzgeraldb@hcfl.gov; stroupj@hcfl.gov; connorsa@hcfl.gov<br>**Via Email** | Counsel to FGX International, Inc.<br>Hinckley, Allen & Snyder LLP<br>Attn: Jennifer V. Doran<br>28 State Street<br>Boston, MA 02109<br>Email: jdoran@hinckleyallen.com<br>**Via Email** | HJH Investments<br>Attn: Teanna L. Liess, Cory Harkleroad<br>300 W Douglas Ave<br>Suite 1031<br>Wichita, KS 67202<br>Email: teanna@hjhinvestments.com<br>**Via Email** |
| Counsel to 1255 Sunrise Realty, LLC, 4101 Transit Realty LLC, The Stop & Shop Supermarket Company LLC, and Food Lion LLC<br>Hunton Andrews Kurth LLP<br>Attn: Gregory G. Hesse<br>Fountain Place<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202<br>Email: ghesse@huntonak.com<br>**Via Email** | Counsel to BVB-NC, LLC<br>Hutchens Law Firm LLP<br>Attn: William Walt Pettit<br>6230 Fairview Road, Suite 315<br>Charlotte, NC 28210<br>Email: walt.pettit@hutchenslawfirm.com<br>**Via Email** | IRS Insolvency Section<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>1111 Constitution Ave NW<br>Washington, DC 20224<br>**Via First-Class Mail** |
| IRS Insolvency Section<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>**Via First-Class Mail** | Counsel to Burlington Coat Factory Warehouse Corporation<br>Jackson Walker LLP<br>Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>Email: kpeguero@jw.com; jwertz@jw.com; wfarmer@jw.com<br>**Via Email** | Counsel to Dorsan Developments Limited<br>c/o Levy Realty Advisors LLC<br>Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C.<br>Attn: Raymond M. Patella<br>505 Morris Avenue<br>Springfield, NJ 07081<br>Email: rpatella@lawjw.com<br>**Via Email** |
| Counsel to Allen Road Retail Business Center, LLC, Dade City Shopping Plaza, LLC, South Square Shopping Center, LLC and Lawrenceville Commercial Properties, LLC<br>Johnson, Pope, Bokor, Ruppel & Burns, LLP<br>Attn: James B. Eising II<br>400 N. Ashley Dr., Suite 3100<br>Tampa, FL 33602<br>Email: jeising@jpfirm.com<br>**Via Email** | Counsel to Griffith, McCague & Happel, P.C.<br>Jonnet National Properties Corporation<br>Attn: J. Michael McCague<br>408 Cedar Avenue<br>Pittsburgh, PA 15212<br>Email: jmm@gmwpclaw.com<br>**Via Email** | Counsel to Donlen Corporation<br>K&L Gates LLP<br>Attn: David S. Catuogno, Esq.<br>One Newark Center Tenth Floor<br>1085 Raymond Boulevard<br>Newark, NJ 07102<br>Email: david.catuogno@klgates.com<br>**Via Email** |
| Counsel to Dauphin Plaza LLC, Dauphin Plaza TIC 1 LLC, Dauphin Plaza TIC 2 LLC, Dauphin Plaza TIC 3 LLC, Dauphin Plaza TIC 4 LLC, Dauphin Plaza TIC 5 LLC, Dauphin Plaza TIC 6 LLC, Dauphin Plaza TIC 8 LLC, and Dauphin Plaza TIC 9 LLC<br>Kaplin Stewart Meloff Reiter & Stein, PC<br>Attn: William J. Levant<br>910 Harvest Drive<br>PO Box 3037<br>Blue Bell, PA 19422<br>Email: wlevant@kaplaw.com<br>**Via Email** | Counsel to Ryder Last Mile, Inc.<br>Kelley Drye & Warren LLP<br>Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Email: jcarr@kelleydrye.com; kelliott@kelleydrye.com; kcavins@kelleydrye.com<br>**Via Email** | Counsel to Big Milf2 Owner, LLC<br>Kerrick Bachert PSC<br>Attn: Scott A. Bachert<br>1411 Scottsville Road<br>PO Box 9547<br>Bowling Green, KY 42102-9547<br>Email: sbachert@kerricklaw.com<br>**Via Email** |
| Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA O<br>Kirkland & Ellis LLP<br>Attn: Conor K. Casas<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Email: connor.casas@kirkland.com<br>**Via Email** | Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA O<br>Kirkland & Ellis LLP<br>Attn: Steven N Serajeddini<br>601 Lexington Avenue<br>New York, NY 10022<br>Email: steven.serajeddini@kirkland.com<br>**Via Email** | Counsel to Gateway BL Acquisition, LLC<br>Kirkland & Ellis LLP, Kirkland & Ellis International LLP<br>Attn: Christopher Marcus, Nicholas Adzima<br>601 Lexington Avenue<br>New York, NY 10022<br>Email: christopher.marcus@kirkland.com; nicholas.adzima@kirkland.com<br>**Via Email** |

Counsel to Gateway BL Acquisition, LLC
Kirkland & Ellis LLP, Kirkland & Ellis International LLP
Attn: Judson Brown, McClain Thompson
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Email: judson.brown@kirkland.com; mcclain.thompson@kirkland.com
**Via Email**

Counsel to Franco Manufacturing Co. Inc.
Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
Washington Building, Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Email: swisotzkey@kmksc.com
**Via Email**

Counsel to Palatka Gas Authority
La Fleur Law Firm
Attn: Nina M. LaFleur
Post Office Box 840158
St. Augustine, FL 32080
Email: nina@lafleurlaw.com
**Via Email**

Counsel to Jetrich Canada Ltd.
Law Offices of Gilbert A. Lazsarus, PLLC
Attn: Gilbert A. Lazarus
92-12 68th Avenue
Forest Hills, NY 11375
Email: gillazarus@gmail.com
**Via Email**

Counsel to City of El Paso, Bexar County, Ector CAD
Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
Email: sanantonio.bankruptcy@lgbs.com
**Via Email**

Counsel to Hood CAD, Greenville ISD, Stephenville ISD, City of Stephenville, Tom Green CAD, Lamar CAD, Rockwall CAD, Gregg County, City of Frisco, Gainesville ISD, Irving ISD, City of Carrollton, Lewisville ISD, Little Elm ISD, Sherman ISD
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
Email: dallas.bankruptcy@lgbs.com;
**Via Email**

Counsel to Cypress-Fairbanks ISD, Harris CO ESD # 29, Harris CO ESD # 12, Harris CO ESD # 08, Harris CO ESD # 11, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Houston Comm Coll System, City of Jefferson, Harris CO ESD # 48, Harris CO
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064
Email: houston_bankruptcy@lgbs.com;
**Via Email**

Counsel to Allen Road Retail Business Center, LLC, Dade City Shopping Plaza, LLC, South Square Shopping Center, LLC and Lawrenceville Commercial Properties, LLC
Loizides P.A.
Attn: Christopher D. Loizides
1225 King Street, Suite 800
Wilmington, DE 19801
Email: loizides@loizides.com
**Via Email**

Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA O
Klehr Harrison Harvey Branzburg LLP
Attn: Morton R. Branzburg
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Email: mbranzburg@klehr.com;
**Via Email**

Claims and Noticing Agent
Kroll Restructuring Administration LLC
Attn: Herb Baer, Jessica Berman, Christine Porter
1 World Trade Center
31st Floor
New York, NY 10007
Email: ProjectHilt@ra.kroll.com; serviceqa@ra.kroll.com
**Via Email**

Counsel to Horizon Media LLC, Horizon Next
Landis Rath & Cobb LLP
Attn: Kimberly A. Brown, Joshua B. Brooks
919 Market Street
Suite 1800
Wilmington, DE 19801
Email: brown@lrclaw.com; brooks@lrclaw.com
**Via Email**

Counsel to SquareTrade, Inc.
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
Attn: Eve H. Karasik, Jeffrey S. Kwong
2818 La Cienega Avenue
Los Angeles, CA 90034
Email: EHK@lnbyg.com; JSK@lnbyg.com
**Via Email**

Counsel to Tarant County
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
Email: dallas.bankruptcy@lgbs.com
**Via Email**

Counsel to Smith County
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
3500 Maple Avenue, Suite 800
Dallas, TX 75219
Email: dallas.bankruptcy@lgbs.com
**Via Email**

Counsel to Jefferson County, Orange County, City of Humble
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064
Email: houston_bankruptcy@lgbs.com
**Via Email**

Counsel to Corpus Christi Firefighters' Retirement System
Lowenstein Sandler LLP
Attn: Michael S. Etkin, Esq., Nicole Fulfree Esq.
One Lowenstein Drive
Roseland, NJ 07068
Email: metkin@lowenstein.com; nfulfree@lowenstein.com
**Via Email**

Counsel to The Grove Shops LLC, Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI
Klehr Harrison Harvey Branzburg LLP
Attn: Raymond H. Lemisch, Domenic E. Pacitti
919 N. Market Street, Suite 1000
Wilmington, DE 19801-3062
Email: rlemisch@klehr.com; dpacitti@klehr.com
**Via Email**

Counsel to City View Towne Crossing Fort Worth, TX LP
Kurtzman Steady, LLC
Attn: Jeffrey Kurtzman
101 N. Washington Avenue, Suite 4A
Margate, NJ 08402
Email: kurtzman@kurtzmansteady.com
**Via Email**

Counsel to Claremont Associates and Allegheny Plaza Associates I Limited Partnership
Lasser Hochman, LLC
Attn: Richard L. Zucker
75 Eisenhower Parkway
Suite 1200
Roseland, NJ 07068
Email: rzucker@lasserhochman.com
**Via Email**

Counsel to San Patricio County, Nueces County, City Of Mcallen, Hidalgo County, Cameron County, Victoria County, Kerr County
Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
PO Box 17428
Austin, TX 78760-7428
Email: austin.bankruptcy@lgbs.com
**Via Email**

Counsel to Grayson County
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
Email: dallas.bankruptcy@lgbs.com
**Via Email**

Counsel to Galveston County
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064
Email: houston_bankruptcy@lgbs.com
**Via Email**

Counsel to Horizon Media LLC, Horizon Next
Loeb & Loeb LLP
Attn: William M. Hawkins, Noah Weingarten
345 Park Avenue
New York, NY 10154
Email: whawkins@loeb.com; nweingarten@loeb.com
**Via Email**

Counsel to Madison County, Alabama, 100 Northside Square, Huntsville, Alabama 35801
Madison County, Alabama
Attn: J. Jeffery Rich
100 Northside Square, Suite 700
Huntsville, AL 35801
Email: jrich@madisoncountyal.gov
**Via Email**

5

IMPAC - 12100599v.1

| | | |
|---|---|---|
| Counsel to TKG Sheridan Crossing Dev LLC, GKT University Square Greeley, TKG Norwichtown Commons, LLC, The Paducah Development LP and THF Greengate East Dev LP<br>Manning Gross + Massenburg LLP<br>Attn: David P. Primack<br>1007 N. Orange Street, Suite 711<br>Wilmington, DE 19801<br>Email: DPrimack@mgmlaw.com<br>**Via Email** | Counsel to Judith Owczarkowski, as Administratrix for the Estate of Norman Owczarkowski<br>Margolis Edelstein<br>Attn: James E. Huggett<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>Email: jhuggett@margolisedelstein.com<br>**Via Email** | Counsel to Milelli Realty-Lehigh Street, L.L.C.<br>McCarter & English, LLP<br>Attn: Jeffrey T. Testa<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Email: jtesta@mccarter.com<br>**Via Email** |
| Counsel to Goodwill Gulf Coast, B & C Properties of Dunn, LLC and Perry's, Inc.<br>McCarter & English, LLP<br>Attn: Kate Roggio Buck, Esq., Maliheh Zare, Esq.<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>Email: kbuck@mccarter.com; mzare@mccarter.com<br>**Via Email** | Counsel to Milelli Realty-Lehigh Street, L.L.C.<br>McCarter & English, LLP<br>Attn: Shannon D. Humiston<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Email: shumiston@mccarter.com<br>**Via Email** | Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent Sch<br>McCreary, Veselka, Bragg, & Allen, P.C.<br>Attn: Julie Anne Parsons<br>700 Jeffrey Way, Suite 100<br>Round Rock, TX 78665<br>Email: jparsons@mvbalaw.com<br>**Via Email** |
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent Sch<br>McCreary, Veselka, Bragg, & Allen, P.C.<br>Attn: Julie Anne Parsons<br>PO Box 1269<br>Round Rock, TX 78680-1269<br>Email: jparsons@mvbalaw.com;<br>**Via Email** | Counsel to the Official Committee of Unsecured Creditors<br>McDermott Will & Emery<br>Attn: Darren Azman, Kristin K. Going<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com; kgoing@mwe.com<br>**Via Email** | Counsel to Triple Bar Ridgeview Hanover, LLC<br>McNees Wallace & Nurick LLC<br>Attn: Kendall A. Camuti<br>8490 Progress Drive, Suite 225<br>Frederick, MD 21701<br>Email: KCamuti@mcneeslaw.com<br>**Via Email** |
| Counsel to Prince George's County, Maryland<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Attn: Nicole C. Kenworthy<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385<br>Email: bdept@mrrlaw.net<br>**Via Email** | Counsel to Ken Burton Jr., Manatee County Tax Collector<br>Michelle Leeson, Paralegal, Collections Specialist, CFCA<br>Attn: Michelle Leeson<br>1001 3rd Ave W, Suite 240<br>Bradenton, FL 34205-7863<br>Email: legal@taxcollector.com<br>**Via Email** | Counsel to Sun Life Assurance Company of Canada<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Paul W. Carey<br>100 Front Street<br>Worcester, MA 01608<br>Email: pcarey@mirickoconnell.com<br>**Via Email** |
| Counsel to Sun Life Assurance Company of Canada<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Shannah L. Colbert<br>1800 West Park Dr, Suite 400<br>Westborough, MA 01581<br>Email: scolbert@miricklaw.com<br>**Via Email** | Counsel to Woodcrest Management Company<br>Monzack Mersky and Browder, P.A<br>Attn: Rachel B. Mersky<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801<br>Email: rmersky@monlaw.com<br>**Via Email** | Counsel to Kimco Realty Corporation<br>Monzack Mersky and Browder, P.A.<br>Attn: Rachel B. Mersky<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801<br>Email: rmersky@monlaw.com<br>**Via Email** |
| Counsel to Vitamin Energy, Inc.<br>Morris James LLP<br>Attn: Brya M. Keilson, Siena B. Cerra<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Email: bkeilson@morrisjames.com; scerra@morrisjames.com<br>**Via Email** | Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C.<br>Morris James LLP<br>Attn: Carl N. Kunz III and Christopher M. Donnelly<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Email: ckunz@morrisjames.com; cdonnelly@morrisjames.com<br>**Via Email** | Counsel to Ogden Plaza LLC<br>Morris James LLP<br>Attn: Carl N. Kunz, Christopher M. Donnelly<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Email: ckunz@morrisjames.com; cdonnelly@morrisjames.com<br>**Via Email** |
| Counsel to the Debtor and Debtor in Possession<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer,<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: rdehney@morrisnichols.com; aremming@morrisnichols.com; dbutz@morrisnichols.com; tmann@morrisnichols.com; csawyer@morrisnichols.com<br>**Via Email** | Counsel to Grey Matter Concepts<br>Morrison Cohen LLP<br>Attn: David J. Kozlowski, Esq.<br>909 Third Avenue, 27th Floor<br>New York, NY 10022-4784<br>Email: dkozlowski@morrisoncohen.com<br>**Via Email** | Counsel to B & C Properties of Dunn, LLC and Perry's, Inc.<br>Narron Wenzel, PA<br>Attn: David F. Mills<br>102 S Third St<br>PO Box 1567<br>Smithfield, NC 27577<br>Email: dmills@narronwenzel.com<br>**Via Email** |
| Counsel to Bayshore Mall Acquisition<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Attn: Edmond M. George<br>Centre Square West, Suite 3400<br>1500 Market Street<br>Philadelphia, PA 19102<br>Email: edmond.george@obermayer.com<br>**Via Email** | Counsel to Bayshore Mall Acquisition<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Attn: Leslie B. Spoltore<br>123 S. Justison Street, Suite 100<br>Wilmington, DE 19801-5364<br>Email: leslie.spoltore@obermayer.com<br>**Via Email** | Counsel to New York State Department of Taxation and Finance ("NYSTAX")<br>Office of the New York State Attorney General<br>Attn: Robert J. Rock<br>Civil Recoveries Bureau Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341<br>Email: robert.rock@ag.ny.gov<br>**Via Email** |

| | | |
|---|---|---|
| United States Trustee for the District of Delaware<br>Office of the United States Trustee for the District of Delaware<br>Attn: Linda Casey<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Email: Linda.Casey@usdoj.gov<br>**Via Email** | Counsel to Saul Holdings Limited Partnership<br>Offit Kurman PA<br>Attn: Brian J McLaughlin<br>222 Delaware Avenue. Suite 1105<br>Wilmington, DE 19801<br>Email: brian.mclaughlin@offitkurman.com<br>**Via Email** | Counsel to Oklahoma County Treasurer<br>Oklahoma County Treasurer<br>Attn: Tammy Jones<br>320 Robert S. Kerr, Room 307<br>Oklahoma City, OK 73102<br>Email: tammy.jones@oklahomacounty.org<br>**Via Email** |
| Counsel to Hall Park, LLC<br>Olsen Taggart PLLC<br>Attn: Steven L. Taggart, Esq.<br>PO Box 3005<br>Idaho Falls, ID 83403-3005<br>Email: staggart@olsentaggart.com; rparson@olsentaggart.com; rlyon@olsentaggart.com; taggartoffice01@gmail.com<br>**Via Email** | Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC<br>Otterbourg, P.C<br>Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger<br>230 Park Ave Ste 29<br>New York, NY 10169<br>Email: csimon@otterbourg.com; jdrew@otterbourg.com; shautzinger@otterbourg.com<br>**Via Email** | Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC<br>Pashman Stein Walder Hayden, P.C<br>Attn: David E. Sklar<br>Court Plaza South, East Wing<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br>Email: dsklar@pashmanstein.com<br>**Via Email** |
| Counsel to 415 Orchard Associates, LLC<br>Pashman Stein Walder Hayden, P.C<br>Attn: John W. Weiss, Alexis R. Gambale<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Email: jweiss@pashmanstein.com; agambale@pashmanstein.com<br>**Via Email** | Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC<br>Pashman Stein Walder Hayden, P.C<br>Attn: Joseph C. Barsalona II<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Email: jbarsalona@pashmanstein.com<br>**Via Email** | Counsel to City of Cleburne, Cleburne ISD, City of Burleson, Burleson ISD, Johnson County, City of Lake Worth, City of Grapevine, Grapevine-Colleyville ISD, Richardson ISD<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Attn: Elizabeth Banda Calvo<br>500 E. Border Street, Suite 640<br>Arlington, TX 76010<br>Email: ebcalvo@pbfcm.com<br>**Via Email** |
| Lubbock Central Appraisal District Midland County<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Attn: Laura J. Monroe<br>P.O. Box 817<br>Lubbock, TX 79408<br>Email: lmbkr@pbfcm.com<br>**Via Email** | Counsel to City of Garland, Garland ISD, Bonham ISD, Carrollton-Farmers Branch ISD, Frisco ISD, Plano ISD<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Attn: Linda D. Reece<br>1919 S. Shiloh Rd., Suite 640, LB 40<br>Garland, TX 75042<br>Email: lreece@pbfcm.com<br>**Via Email** | Counsel to Brazoria County, Brazoria Drainage District # 4, Special Road And Bridge District, Brazosport Independent School District, City of Lake Jackson, Brazosport College, Velasco Drainage District, Pearland Independent School District and City of Pea<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Attn: Melissa E. Valdez<br>1235 North Loop West, Suite 600<br>Houston, TX 77008<br>Email: mvaldez@pbfcm.com<br>**Via Email** |
| Counsel to Cooke County and Wichita County<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Attn: Mollie Lerew<br>P.O. Box 8188<br>Wichita Falls, TX 76307<br>Email: wichitafalls@pbfcm.com<br>**Via Email** | Counsel to Taxing Districts Collected by Potter County and Taxing Districts Collected<br>by Randall County<br>Perdue, Brandon, Fielder, Collins, and Mott, LLP<br>Attn: Alysia Cordova<br>PO Box 9132<br>Amarillo, TX 79105<br>Email: amabkr@pbfcm.com; acordova@pbfcm.com<br>**Via Email** | Counsel to Brownsville Independent School District, Weslaco Independent School District<br>Perdue, Brandon, Fielder, Collins, and Mott, LLP<br>Attn: Hiram Gutierrez<br>PO Box 2916<br>McAllen, TX 78502<br>Email: edinburgbankruptcy@pbfcm.com<br>**Via Email** |
| Counsel to Topaz Distribution, LLC<br>Perkins Coie LLP<br>Attn: Amir Gamliel<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>Email: AGamliel@perkinscoie.com<br>**Via Email** | Counsel to Creative Home and Kitchen, LLC<br>Peter Spindel, Esq.<br>Attn: Peter Spindel<br>8181 NW 154 St. #204<br>Miami Lakes, FL 33016-5861<br>Email: peterspindel@gmail.com<br>**Via Email** | Counsel to Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc.<br>Phelps Dunbar LLP<br>Attn: Danielle Mashburn-Myrick<br>101 Dauphin Street, Suite 1000<br>Mobile, AL 36602<br>Email: danielle.mashburn-myrick@phelps.com<br>**Via Email** |
| Counsel to Big Milf2 Owner, LLC<br>Pierson Ferdinand LLP<br>Attn: Jeffrey M. Carbino<br>1007 N. Orange Street, Suite 420<br>Wilmington, DE 19801<br>Email: jeffrey.carbino@pierferd.com<br>**Via Email** | Counsel to Topaz Distribution, LLC, Squaretrade, Inc.<br>Polsinelli PC<br>Attn: Christopher A. Ward, Michael V. DiPietro<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Email: cward@polsinelli.com; mdipietro@polsinelli.com<br>**Via Email** | Counsel to Giftree Crafts Company Limited<br>Porzio, Bromberg & Newman, P.C.<br>Attn: Cheryl A. Santaniello<br>300 Delaware Avenue, Suite 1220<br>Wilmington, DE 19801<br>Email: casantaniello@pbnlaw.com<br>**Via Email** |
| Counsel to Giftree Crafts Company Limited<br>Porzio, Bromberg & Newman, P.C.<br>Attn: Kelly D. Curtin, Jenny Zhou<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962<br>Email: kdcurtin@pbnlaw.com; jzhou@pbnlaw.com<br>**Via Email** | Counsel to Gateway BL Acquisition, LLC<br>Young Conaway Stargatt & Taylor, LLP<br>Attn: Joseph Barry, Kenneth J. Enos, Jared W. Kochenash<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: jbarry@ycst.com; kenos@ycst.com; jkochenash@ycst.com<br>**Via Email** | Counsel to Ocean Network Express (North America) Inc.<br>Price Meese Shulman & D'Arminio, P.C.<br>Attn: Rick A. Steinberg<br>50 Tice Boulevard, Suite 380<br>Woodcliff Lake, NJ 07677<br>Email: rsteinberg@pricemeese.com<br>**Via Email** |

| | | |
|---|---|---|
| Counsel to Parkridge Main LLC and Gratiot, LLC<br>Rashti and Mitchell, Attorneys at law<br>Attn: Timothy T. Mitchell, Donna Kaye Rashti<br>4422 Ridgeside Drive<br>Dallas, TX 75244<br>Email: tim@rashtiandmitchell.com; dkrm@aol.com;<br>donna@rashtiandmitchell.com<br>**Via Email** | Counsel to City of Alexandria, Louisiana and Cleco Power LLC<br>Richard A. Rozanski, APLC<br>Attn: Richard A. Rozanski<br>P.O. Box 13199<br>Alexandria, LA 71315-3199<br>Email: richard@rarlaw.net<br>**Via Email** | Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC<br>Richards, Layton & Finger, P.A.<br>Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: knight@rlf.com; collins@rlf.com; javorsky@rlf.com<br>**Via Email** |
| Counsel to CORTA Stevens Point, LLC<br>Richman & Richman LLC<br>Attn: Michael P. Richman, Esq.<br>122 W. Washington Avenue, Suite 850<br>Madison, WI 53703<br>Email: mrichman@randr.law<br>**Via Email** | Counsel to Gordon Brothers Retail Partners, LLC<br>Riemer & Braunstein LLP<br>Attn: Steven Fox<br>Times Square Tower<br>7 Times Sq, Suite 2506<br>New York, NY 10036<br>Email: SFox@riemerlaw.com<br>**Via Email** | Counsel to Steve Silver Company<br>Ritter Spencer Cheng PLLC<br>Attn: David D. Ritter<br>15305 Dallas Parkway, 12th Floor<br>Addison, TX 75001<br>Email: dritter@ritterspencercheng.com<br>**Via Email** |
| Counsel to Corpus Christi Firefighters' Retirement System<br>Robbins Geller Rudman & Dowd LLP<br>Attn: Randall J. Baron, Esq., Steven F. Hubachek, Esq., Benny C. Goodman, III, Esq., Erik W. Luedeke, Esq., Heather G. Geiger, Esq.<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Email: randyb@rgrdlaw.com; shubachek@rgrdlaw.com;<br>bennyg@rgrdlaw.com; eluedeke@rgrdlaw.com; hgeiger@rgrdlaw.com<br>**Via Email** | Counsel to Triple Bar Ridgeview Hanover, LLC<br>Robinson & Cole LLP<br>Attn: Jamie L. Edmonson<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Email: jedmonson@rc.com<br>**Via Email** | Counsel to Tropicana Palm Plaza LLC<br>Robinson & Cole LLP<br>Attn: Jamie L. Edmonson<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Email: jedmonson@rc.com<br>**Via Email** |
| Counsel to Katie J. Jennings and Allen Jennings<br>Robinson & Cole LLP<br>Attn: Jamie L. Edmonson<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Email: jedmonson@rc.com<br>**Via Email** | Counsel to Serta, Inc.<br>Rogers Law Offices<br>Attn: Beth E. Rogers Scott Kuperberg<br>River Ridge 9040 Roswell Rd, Suite 205<br>Atlanta, GA 30350<br>Email: brogers@berlawoffice.com; skuperberg@berlawoffice.com<br>**Via Email** | Counsel to 7023 Broward LLC<br>Roth & Scholl<br>Attn: Jeffrey C. Roth<br>866 South Dixie Highway<br>Coral Gables, FL 33146<br>Email: jeff@rothandscholl.com<br>**Via Email** |
| Counsel to 415 Orchard Associates, LLC<br>Royer Cooper Cohen Braunfeld LLC<br>Attn: Marc Skapof<br>1120 Avenue of the Americas, 4th Floor<br>New York, NY 10036<br>Email: MSkapof@rccblaw.com<br>**Via Email** | Counsel to Aldi Inc<br>Rubine & Levin, PC<br>Attn: James E. Rossow Jr.<br>135 N. Pennsylvania St, Suite 1400<br>Indianapolis, IN 46204<br>Email: jim@rubin-levin.net<br>**Via Email** | Counsel to Attic Products, Dewan & Sons, and Dan Dee International LLC<br>Sarachek Law Firm<br>Attn: Zachary E. Mazur, Joseph E. Sarachek<br>670 White Plains Road<br>Penthouse Suite<br>Scarsdale, NY 10583<br>Email: zachary@saracheklawfirm.com; joe@sarachecklawfirm.com<br>**Via Email** |
| Counsel to Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc.<br>Saul Ewing LLP<br>Attn: Evan T. Miller<br>1201 N. Market St, Suite 2300<br>PO Box 1266<br>Wilmington, DE 19899<br>Email: evan.miller@saul.com<br>**Via Email** | Counsel to Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc.<br>Saul Ewing LLP<br>Attn: Jorge Garcia<br>701 Brickell Avenue, Suite 1700<br>Miami, FL 33131<br>Email: jorge.garcia@saul.com<br>**Via Email** | Counsel to Logo Brands, Inc.<br>Saul Ewing LLP<br>Attn: Lucian B. Murley<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Email: luke.murley@saul.com<br>**Via Email** |
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc.<br>Saul Ewing LLP<br>Attn: Monique B. DiSabatino<br>1201 North Market Street Suite 2300<br>PO Box 1266<br>Wilmington, DE 19899<br>Email: monique.disabatino@saul.com;<br>**Via Email** | Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc.<br>Saul Ewing LLP<br>Attn: Turner N Falk<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Email: turner.falk@saul.com<br>**Via Email** | Counsel to Y&O Faulkner, LLC, Y & O Town & Country, LLC, and Y &O 240, LLC<br>Scheef & Stone, L.L.P.<br>Attn: Peter C. Lewis<br>500 N. Akard St., Ste. 2700<br>Dallas, TX 75201<br>Email: peter.lewis@solidcounsel.com<br>**Via Email** |
| Counsel to Prestige Patio, Co., LTD<br>Schrier Shayne P.C.<br>Attn: Richard E. Schrier<br>64 Fulton Street<br>New York, NY 10038<br>Email: resincourt@aol.com; richardschrier@gmail.com<br>**Via Email** | Securities and Exchange Commission<br>Securities & Exchange Commission - NY Office<br>Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>Email: bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov<br>**Via Email** | Securities and Exchange Commission<br>Securities & Exchange Commission - Philadelphia Office<br>Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia, PA 19103<br>Email: secbankruptcy@sec.gov<br>**Via Email** |

| | | |
|---|---|---|
| Counsel to Levin Properties, L.P.<br>Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>Email: egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com<br>**Via Email** | Counsel to Norman Owczarkowski<br>Simon PLC Attorneys & Counselors<br>Attn: Craig T. Mierzwa<br>363 W. Big Beaver Road<br>Suite 410<br>Troy, MI 48084<br>Email: cmierzwa@simonattys.com<br>**Via Email** | Counsel to B33 Centereach II LLC and B33 Great Northern II LLC, and RPI Ridgmar Town Square Ltd, RPI Courtyard Ltd and RPI Overland Ltd<br>Singer & Levick, P.C.<br>Attn: Michelle E. Shriro<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>Email: mshriro@singerlevick.com<br>**Via Email** |
| Counsel to Meadowbrook V, LP, ARD MAC Commons LLC, ARD West Whiteland LLC, The View at Marlton LLC, and Village Green Realty L.P., Rising Sun Owner, LP<br>Sirlin Lesser & Benson, P.C.<br>Attn: Dana S. Plon<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109<br>Email: dplon@sirlinlaw.com<br>**Via Email** | Counsel to Woodbridge Crossing Urban Renew LLC<br>Sirlin Lesser & Benson, P.C.<br>Attn: Dana S. Plon<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109<br>Email: dplon@sirlinlaw.com<br>**Via Email** | Counsel to STL Global Sales LLC<br>Sirlin Lesser & Benson, P.C.<br>Attn: Dana S. Plon<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109<br>Email: dplon@sirlinlaw.com<br>**Via Email** |
| Counsel to Conopco, Inc d/b/a Unilever United States, 1600 Eastchase Parkway Leasing LLC<br>Stark & Stark, P.C.<br>Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin<br>PO Box 5315<br>Princeton, NJ 08543<br>Email: jlemkin@stark-stark.com; tonder@stark-stark.com; jlemkin@stark-stark.com<br>**Via Email** | State of Alabama Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery, AL 36130-0152<br>**Via First-Class Mail** | State of Alaska Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau, AK 99811-0300<br>Email: ATTORNEY.GENERAL@ALASKA.GOV<br>**Via Email** |
| State of Arizona Attorney General<br>Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926<br>Email: AGINFO@AZAG.GOV<br>**Via Email** | State of Arkansas Attorney General<br>Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock, AR 72201-2610<br>**Via First-Class Mail** | State of California Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Email: BANKRUPTCY@COAG.GOV<br>**Via Email** |
| State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10Th Floor<br>Denver, CO 80203<br>**Via First-Class Mail** | State of Connecticut Attorney General<br>Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford, CT 06106<br>Email: ATTORNEY.GENERAL@CT.GOV; DENISE.MONDELL@CT.GOV<br>brendan.flynn@ct.gov<br>**Via Email** | State of Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801<br>Email: ATTORNEY.GENERAL@STATE.DE.US<br>**Via Email** |
| State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee, FL 32399-1050<br>**Via First-Class Mail** | State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, Sw<br>Atlanta, GA 30334-1300<br>**Via First-Class Mail** | State of Hawaii Attorney General<br>Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu, HI 96813<br>Email: HAWAIIAG@HAWAII.GOV<br>**Via Email** |
| State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-1000<br>**Via First-Class Mail** | State of Illinois Attorney General<br>Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago, IL 60601<br>Email: WEBMASTER@ATG.STATE.IL.US<br>**Via Email** | State of Indiana Attorney General<br>Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5Th Floor<br>Indianapolis, IN 46204<br>Email: INFO@ATG.IN.GOV<br>**Via Email** |
| State of Iowa Attorney General<br>Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines, IA 50319<br>Email: WEBTEAM@AG.IOWA.GOV<br>**Via Email** | State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 Sw 10Th Ave., 2Nd Floor<br>Topeka, KS 66612-1597<br>**Via First-Class Mail** | State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601<br>**Via First-Class Mail** |
| State of Louisiana Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095<br>**Via First-Class Mail** | State of Maine Attorney General<br>Attn: Bankruptcy Department<br>6 State House Station<br>Augusta, ME 04333-0000<br>**Via First-Class Mail** | State of Maryland Attorney General<br>Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore, MD 21202-2202<br>Email: OAG@OAG.STATE.MD.US<br>**Via Email** |

State of Massachusetts Attorney General
Attn: Bankruptcy Department
One Ashburton Place
Boston, MA 02108-1698
**Via First-Class Mail**

State of Michigan Attorney General
Attn: Bankruptcy Department
G. Mennen Williams Building, 7Th Floor
525 W. Ottawa St., P.O. Box 30212
Lansing, MI 48909-0212
Email: MIAG@MICHIGAN.GOV; AG-COD@michigan.gov
**Via Email**

State of Minnesota Attorney General
Attn: Bankruptcy Department
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2131
Email: Bankruptcy.Notices@ag.state.mn.us
**Via Email**

State of Mississippi Attorney General
Attn: Bankruptcy Department
Walter Sillers Building
550 High Street, Suite 1200, P.O. Box 220
Jackson, MS 39201
**Via First-Class Mail**

State of Missouri Attorney General
Attn: Bankruptcy Department
Supreme Court Building
207 W. High St.
Jefferson City, MO 65102
Email: ATTORNEY.GENERAL@AGO.MO.GOV
**Via Email**

State of Montana Attorney General
Attn: Bankruptcy Department
215 N Sanders, Third Floor
Po Box 201401
Helena, MT 59620-1401
Email: CONTACTDOJ@MT.GOV
**Via Email**

State of Nebraska Attorney General
Attn: Bankruptcy Department
2115 State Capitol
2Nd Fl, Rm 2115
Lincoln, NE 68509-8920
Email: AGO.INFO.HELP@NEBRASKA.GOV
**Via Email**

State of Nevada Attorney General
Attn: Bankruptcy Department
100 North Carson Street
Carson City, NV 89701
Email: AGINFO@AG.NV.GOV
**Via Email**

State of New Hampshire Attorney General
Attn: Bankruptcy Department
33 Capitol St.
Concord, NH 03301-0000
Email: ATTORNEYGENERAL@DOJ.NH.GOV
**Via Email**

State of New Jersey Attorney General
Attn: Bankruptcy Department
Rj Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080
Email: ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US; Jeff.Koziar@law.njoag.gov
**Via Email**

State of New Mexico Attorney General
Attn: Bankruptcy Department
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Email: aserrato@nmdoj.gov; aswenson@nmdoj.gov
**Via Email**

State of New York Attorney General
Attn: Bankruptcy Department
The Capitol
Albany, NY 12224-0341
**Via First-Class Mail**

State of North Carolina Attorney General
Attn: Bankruptcy Department
9001 Mail Service Center
Raleigh, NC 27699-9001
**Via First-Class Mail**

State of North Dakota Attorney General
Attn: Bankruptcy Department
State Capitol
600 E Boulevard Ave Dept 125
Bismarck, ND 58505-0040
Email: NDAG@ND.GOV
**Via Email**

State of Ohio Attorney General
Attn: Bankruptcy Department
30 E. Broad St., 14Th Floor
Columbus, OH 43215
Email: Mahisha.Sanson@OhioAGO.gov
**Via Email**

State of Oklahoma Attorney General
Attn: Bankruptcy Department
313 Ne 21St Street
Oklahoma City, OK 73105
Email: consumerprotection@oag.ok.gov
**Via Email**

State of Oregon Attorney General
Attn: Bankruptcy Department
1162 Court Street Ne
Salem, OR 97301
Email: CONSUMER.HOTLINE@DOJ.STATE.OR.US; justin.leonard@doj.oregon.gov
**Via Email**

State of Pennsylvania Attorney General
Attn: Bankruptcy Department
Strawberry Square
16Th Floor
Harrisburg, PA 17120
**Via First-Class Mail**

State of Rhode Island Attorney General
Attn: Bankruptcy Department
150 South Main Street
Providence, RI 02903-0000
**Via First-Class Mail**

State of South Carolina Attorney General
Attn: Bankruptcy Department
P.O. Box 11549
Columbia, SC 29211-1549
**Via First-Class Mail**

State of South Dakota Attorney General
Attn: Bankruptcy Department
1302 East Highway 14
Suite 1
Pierre, SD 57501-8501
Email: CONSUMERHELP@STATE.SD.US
**Via Email**

State of Tennessee Attorney General
Attn: Bankruptcy Dept; Stephen R. Butler
P.O. Box 20207
Nashville, TN 37202-0207
Email: STEVE.BUTLER@AG.TN.GOV
**Via Email**

State of Texas Attorney General
Attn: Bankruptcy Department
Capitol Station
PO Box 12548
Austin, TX 78711-2548
Email: public.information@oag.state.tx.us
**Via Email**

State of Utah Attorney General
Attn: Bankruptcy Department
Po Box 142320
Salt Lake City, UT 84114-2320
Email: bankruptcy@agutah.gov
**Via Email**

State of Vermont Attorney General
Attn: Bankruptcy Department
109 State St.
Montpelier, VT 05609-1001
**Via First-Class Mail**

State of Virginia Attorney General
Attn: Bankruptcy Department
Financial Recovery Section
Post Office Box 610
Richmond, VA 23218-0610
**Via First-Class Mail**

State of Washington Attorney General
Attn: Bankruptcy Department
1125 Washington St. Se
P.O. Box 40100
Olympia, WA 98504-0100
**Via First-Class Mail**

State of West Virginia Attorney General
Attn: Bankruptcy Department
State Capitol Bldg 1 Room E 26
Charleston, WV 25305
Email: CONSUMER@WVAGO.GOV
**Via Email**

State of Wisconsin Attorney General
Attn: Bankruptcy Department
Wisconsin Department Of Justice
17 West Main Street, Post Office Box 7857
Madison, WI 53707
Email: DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US
**Via Email**

State of Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24Th Street
Cheyenne, WY 82002
**Via First-Class Mail**

Counsel to Edifis, USC, LLC and Edifis LJC, LTD
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A
Attn: Eric J. Silver
150 West Flagler Street, Suite 2200
Miami, FL 33120
Email: esilver@stearnsweaver.com
**Via Email**

Counsel to Eagle Enterprises of Jefferson, Inc.
Steeg Law Firm, LLC
Attn: Henry Opotowsky
201 St. Charles Avenue, Suite 3201
New Orleans, LA 70170
Email: hopotowsky@steeglaw.com
**Via Email**

Counsel to Dell Financial Services L.L.C.
Streusand, Landon, Ozburn & Lemmon, LLP
Attn: Sabrina L. Streusand
1801 S. MoPac Expressway, Suite 320
Austin, TX 78746
Email: streusand@slollp.com
**Via Email**

Counsel to Dole Packaged Foods, LLC
Sullivan Hazeltine Allinson LLC
Attn: Elihu E. Allinson, III
919 North Market Street, Suite 420
Wilmington, DE 19801
Email: zallinson@sha-llc.com
**Via Email**

Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and J
Tayman Lane Chaverri LLP
Attn: Jeffrey Rhodes
2001 L Street, NW, Suite 500
Washington, DC 20036
Email: jrhodes@tlclawfirm.com;
**Via Email**

Counsel to Carrollton-White Marsh, LLC
Tenenbaum & Saas, P.C.
Attn: Bradshaw Rost
4504 Walsh Street, Suite 200
Chevy Chase, MD 20815
Email: BRost@tspclaw.com
**Via Email**

Counsel to Unison Mooresville, LLC
Tenenbaum & Saas, P.C.
Attn: Bradshaw Rost
4504 Walsh Street, Suite 200
Chevy Chase, MD 20815
Email: brost@tspclaw.com
**Via Email**

Counsel to Texas Comptroller of Public Accounts
Texas Attorney General's Office
Attn: Jamie Kirk
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, TX 75251
Email: jamie.kirk@oag.texas.gov
**Via Email**

Counsel to Amy Eskra-Brown and Carol Donnelly
The Chiurazzi Law Group
Attn: Wayne M. Chiurazzi
101 Smithfield Street
Pittsburgh, PA 15222
Email: wchiurazzi@the-attorneys.com
**Via Email**

Counsel to Siegen Village Shopping Center, LLC
The Cohn Law Firm LLC
Attn: David M. Cohn, D Brian Cohn, Bartley P. Bourgeois, Allyson S. Jarreau
10754 Linkwood Court, Suite 1
Baton Rouge, LA 70810
Email: bartley@thecohnlawfirm.com; dmcohn@thecohnlawfirm.com; contact@thecohnlawfirm.com
**Via Email**

Counsel to AP Growth Properties, LP, Mesilla Valley Business Partners, LLC, Ten East Partners, L.P., Cielo Paso Parke Green, L.P., Kams Partners, LP, Pleasanton Partners, LP
The Ehrlich Law Firm
Attn: William Ehrlich
444 Executive Center Blvd, Suite 240
El Paso, TX 79902
Email: william@ehrlichlawfirm.com
**Via Email**

Counsel to John Florence, District & Urban Texas, Inc.
The Law Office of James Tobia, LLC
Attn: James Tobia
1716 Wawaset Street
Wilmington, DE 19806
Email: jtobia@tobialaw.com
**Via Email**

Counsel to T'ron Bowie, Prestige Patio Co., LTD
The Law Office of James Tobia, LLC
Attn: James Tobia
1716 Wawaset Street
Wilmington, DE 19806
Email: jtobia@tobialaw.com
**Via Email**

Counsel to Oracle America, Inc.
The Magnozzi Law Firm, P.C.
Attn: Mark F. Magnozzi, Benjamin Rachelson
23 Green Street, Suite 302
Huntington, NY 11743
Email: mmagnozzi@magnozzilaw.com
**Via Email**

Counsel to SJL Wholesale Group, Steve Silver Company
The Powell Firm, LLC
Attn: Jason C. Powell, Thomas J. Reichert
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Email: jpowell@delawarefirm.com
**Via Email**

Counsel to Liberty Mutual Insurance Company
The Rosner Law Group LLC
Attn: Frederick B. Rosner, Zhao (Ruby) Liu
824 N. Market St.
Suite 810
Wilmington, DE 19801
Email: rosner@teamrosner.com; liu@teamronser.com
**Via Email**

Counsel to Hybrid Promotions, LLC d/b/a Hybrid Apparel
The Williams Law Firm, P.A.
Attn: John Legaré Williams, Brian Charles Crawford
1201 N. Orange Street, Suite 600
Wilmington, DE 19801
Email: John@TrustWilliams.com; Brian@TrustWilliams.com
**Via Email**

Counsel to The Malon D. Mimms Company
Thompson, O'Brien, Kappler & Nasuti, P.C.
Attn: Michael B. Pugh
2 Sun Court, Suite 400
Peachtree Corners, GA 30092
Email: mpugh@tokn.com
**Via Email**

Tennessee Department of Revenue
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207
**Via First-Class Mail**

Counsel to Travis County
Travis County
Attn: Jason A. Starks
P.O. Box 1748
Austin, TX 78767
Email: Jason.Starks@traviscountytx.gov
**Via Email**

Counsel to 1600 Eastchase Parkway Leasing LLC
Turner Law APC
Attn: John M. Turner, Esq.
600 B Street, Suite 1700
San Diego, CA 92101
Email: jmt@tmsdlaw.com
**Via Email**

11

IMPAC - 12100599v.1

| | | |
|---|---|---|
| Counsel to The J. M. Smucker Company<br>Tydings & Rosenberg LLP<br>Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark, DE 19713<br>Email: sgerald@tydings.com<br>**Via Email** | Counsel to The J.M. Smucker Company and Hostess Brands, Inc.<br>Tydings & Rosenberg LLP<br>Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark, DE 19713<br>Email: sgerald@tydings.com<br>**Via Email** | Counsel to Post Consumer Brands, LLC and Post Brands Pet Care, LLC<br>Tydings & Rosenberg LLP<br>Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark, DE 19713<br>Email: sgerald@tydings.com<br>**Via Email** |
| U.S. Attorney for the District of Delaware<br>Attn: David C. Weiss<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington, DE 19801<br>**Via First-Class Mail** | Securities and Exchange Commission<br>U.S. Securities and Exchange Commission - Headquarters<br>Secretary of the Treasury<br>100 F. Street NE<br>Washington, DC 20549<br>Email: secbankruptcy@sec.gov<br>**Via Email** | Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C.<br>UB Greensfelder LLP<br>Attn: Randall F. Scherck<br>10 S. Broadway, Suite 2000<br>St. Louis, MO 63102<br>Email: rscherck@ubglaw.com<br>**Via Email** |
| United States of America Attorney General<br>Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave Nw<br>Washington, DC 20530-0001<br>**Via First-Class Mail** | United Texas Bank<br>Attn: Loan Operations<br>13101 Preston Road, Suite 200<br>Dallas, TX 75240<br>**Via First-Class Mail** | Counsel to 5620 Nolensville Pike, LLC<br>Varnum LLP<br>Attn: Brendan G. Best<br>480 Pierce Street, Suite 300<br>Birmingham, MI 48009<br>Email: bgbest@varnumlaw.com<br>**Via Email** |
| Counsel to Perrigo Direct, Inc.<br>Warner Norcross + Judd LLP<br>Attn: Gordon J. Toering<br>150 Ottawa Avenue, NW, Suite 1500<br>Grand Rapids, MI 49503<br>Email: gtoering@wnj.com<br>**Via Email** | Washington Dc Attorney General<br>Attn: Bankruptcy Department<br>441 4Th Street, Nw<br>Washington, DC 20001<br>Email: OAG@DC.GOV<br>**Via Email** | Counsel to Serta, Inc.<br>Werb & Sullivan<br>Attn: Brian A. Sullivan<br>1225 N King Street, Suite 600<br>Wilmington, DE 19801<br>Email: bsullivan@werbsullivan.com<br>**Via Email** |
| Counsel to Sky Crossroads, LLC, Sky Irondequoit, LLC, Sky NY Holdings, LLC<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>Attn: Jeff Carruth<br>24 Greenway Plaza, Suite 2050<br>Houston, TX 77046<br>Email: jcarruth@wkpz.com<br>**Via Email** | Counsel to Cambridge Investment Inc.<br>Whiteford, Taylor & Preston LLC<br>Attn: William F. Taylor, Jr<br>600 North King Street, Suite 300<br>Wilmington, DE 19801<br>Email: wtaylor@whitefordlaw.com<br>**Via Email** | Counsel to Cambridge Investment Inc.<br>Whiteford, Taylor & Preston LLP<br>Attn: David W. Gaffey<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, VA 22042-4510<br>Email: dgaffey@whitefordlaw.com<br>**Via Email** |
| Counsel to Homestar North America, LLC and Prima Holdings International Limited<br>Williams Mullen<br>Attn: Michael D. Mueller, Jennifer M. McLemore<br>200 South 10th, Street, Suite 1600<br>Richmond, VA 23219-3095<br>Email: mmueller@williamsmullen.com;<br>jmclemore@williamsmullen.com<br>**Via Email** | Co-Counsel to Jetrich Canada Ltd.<br>Womble Bond Dickinson (US) LLP<br>Attn: Kevin J. Mangan<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Email: kevin.mangan@wbd-us.com<br>**Via Email** | Counsel to NCR Voyix Corporation, Everstar Merchandise Co., Ltd., and Everstar Merchandise Co.<br>Womble Bond Dickinson (US) LLP<br>Attn: Matthew P. Ward, Lisa Bittle Tancredi<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Email: matthew.ward@wbd-us.com; lisa.tancredi@wbd-us.com<br>**Via Email** |