IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 JKS<br><br>Hearing: March 25, 2025 at 10:00 a.m. (et)<br>Obj. Deadline: March 18, 2025 at 4:00 p.m. (et) |

**NOTICE OF MOTION OF THE AMERICAN BOTTLING COMPANY
TO MODIFY THE AUTOMATIC STAY PURSUANT TO
SECTION 362(d) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that Fox Rothschild LLP, attorneys for The American Bottling Company ("ABC"), has filed a motion (the "Motion") seeking the entry of an order modifying the automatic stay pursuant to section 362(d) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that if you seek to object or otherwise respond to the Motion, you must file a response/objection to the Motion on or before **March 18, 2025, at 4:00 p.m. (et)** in writing, with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19899-2323. If a copy of the Motion is not enclosed, you may obtain it by sending a written request to ABC's counsel at the address listed below.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response/objection upon ABC's counsel:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

        Stephanie Slater Ward, Esquire
        Fox Rothschild LLP
        1201 N. Market St., Suite 1201
        Wilmington, DE 19801
        sward@foxrothschild.com

**A HEARING IS SCHEDULED FOR <u>MARCH 25, 2025 AT 10:00 A.M. (ET).</u>**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

        **FOX ROTHSCHILD LLP**

By: */s/ Stephane Slater Ward*
    Stephanie Slater Ward, Esquire (No. 6922)
    1201 N. Market Street, Suite 1200
    Wilmington, DE 19801
    (302) 654-7444/Fax (302) 656-8920
    Email: sward@foxrothschild.com

Dated: March 11, 2025        *Attorneys for The American Bottling Company*