## **CERTIFICATE OF SERVICE**

I, Stephanie Slater Ward, hereby certify that on March 11, 2025, I did cause to be served true and correct copies of the foregoing *Motion of The American Bottling Company to Modify the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* on the parties on the attached service list as indicated thereon.

                                                                     */s/ Stephanie Slater Ward*
                                                                     Stephanie Slater Ward

**SERVICE LIST**
**VIA CM/ECF**
All parties on the Clerk's service list.

**VIA FIRST-CLASS MAIL**
Big Lots, Inc.
4900 E. Dublin-Granville Road
Columbus, OH 43081

**Debtors**
**VIA EMAIL AND FIRST-CLASS MAIL**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
(notice.biglots@davispolk.com)

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
and Casey B. Sawyer, Esq.
(biglots.mnat@morrisnichols.com)

*Counsel to the Debtors and Debtors in Possession*

**VIA EMAIL**
Choate, Hall & Stewart LLP
Two International Place, Boston, MA 02110,
John F. Ventola, Esq. (jventola@choate.com)
Jonathan D. Marshall, Esq.
(jmarshall@choate.com)
Jacob S. Lang, Esq. (jslang@choate.com)

Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Regina Stango Kelbon, Esq.
(regina.kelbon@blankrome.com)
Stanley Tarr, Esq.
(stanley.tarr@blankrome.com)

*Counsel to the ABL Agent*

Otterbourg P.C.
230 Park Avenue,
New York, NY 10169,
Chad B. Simon, Esq.
(CSimon@otterbourg.com)
James V. Drew, Esq.
(JDrew@otterbourg.com)
Sarah L. Hautzinger, Esq.
(shautzinger@otterbourg.com)

Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
John H. Knight, Esq. (knight@rlf.com)
*Counsel to the Term Agent*

McDermott Will & Emery LLP
One Vanderbilt Avenue,
New York NY 10017
Darren Azman, Esq. (dazman@mwe.com)
Kristin G. Going, Esq. (kgoing@mwe.com)

Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Justin R. Alberto, Esq.
(jalberto@coleschotz.com)
Stacy L. Newman, Esq.
(snewman@coleschotz.com)

*Counsel to the Committee*

The U.S. Trustee
Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35,
Wilmington, Delaware 19801,
Linda J. Casey (linda.casey@usdoj.gov)

*Counsel to the Office of the United States Trustee*