**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　Debtor(s). | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>Jointly Administered<br><br>**Hrg. Date: 3/25/25 at 10:00 a.m.**<br><br>**Obj. Deadline: 3/18/25** |

**NOTICE OF HOMEVIEW DESIGN INC.'S MOTION FOR**
**ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE**
**EXPENSE CLAIMS, PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A) AND 503(B)(9)**

PLEASE TAKE NOTICE that administrative priority creditor, Homeview Design Inc. (hereinafter, "**Creditor**"), has filed *HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(9)* (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the entry of an order approving the Motion must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and served on Creditor through its undersigned counsel on or before  March 18, 2025  (prevailing Eastern Standard Time) (the "**Objection Deadline**");

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on March 25, 2025  at   10:00 am   (Eastern Standard Time) before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom #6, Wilmington, Delaware 19801;

2

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 12, 2025

Respectfully submitted,

KASEN & KASEN, P.C.
*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to Creditor*