**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>                Debtor(s). | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>Jointly Administered<br><br>**Ref. Docket No.** |

**ORDER GRANTING HOMEVIEW DESIGN INC.'S MOTION FOR**
**ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE**
**EXPENSE CLAIMS, PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A) AND 503(b)(9)**

Upon consideration of *HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(9)* (the "**Motion**") and accompanying *Declaration in Support of HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(9)* (the "**Declaration**"), and any responses thereto; and the Court having determined that it has subject matter jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and sufficient notice was given under the circumstances; and the Court having found and determined that the Motion, and legal and factual bases set forth in the Motion and Declaration establish just cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.  The Motion is GRANTED;

2.  HomeView Design is hereby allowed an administrative expense claims in the aggregate amount of $654,599.28, comprised of a § 503(b)(9) claim in the amount of $3,778; a 503(b)(1)(A) claim for the post-petition pre-closing period (9/9/24 petition date through 1/3/25 closing) in the amount of $96,712.00; and a 503(b)(1)(A) claim for the post-closing period (1/3/25 closing to date) in the amount of $554,109.28.

3.  The Debtor(s) shall remit payment of $654,599.28 within three (3) business days of the date of this Order via check made payable to "HomeView Design Inc." and mailed to the following address:

> HomeView Design Inc
> c/o Edmund Tong
> PO BOX 790
> La Verne, CA 91750

4.  This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.