# **EXHIBIT A**

# Invoice

**HomeView Design, Inc.**
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

Page:

Invoice Number: 0048333-IN
Invoice Date: 8/28/2024
Order Number: 0020941
Order Date: 7/30/2024
Salesperson: HOU
Customer Number: 10B6545

**Sold To:**
CSC DISTRIBUTION, LLC
4900 E. DUBLIN GRANVILLE RD,
COLUMBUS, OH 43081-7651

**Ship To:**
MONTGOMERY DC-#0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY, AL 36108-5035

Confirm To: MERRIMAN, SAVANNAH

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 95540497 | WILL CALL | LA VERNE CA | 2% NET 30 DAYS |

| Item Code | Description | Unit | Ordered Qty | Shipped Qty | Back Ordered | Unit Price USD$ | Total Amount USD$ |
|---|---|---|---|---|---|---|---|
| 22161 | CONSOLE TABLE SET/2, WOODEN BO( | SET | 59 | 59 | 0 | 38.00 | 2,242.00 |
| 22230 | STAND TABLE SET/2, PATCH WOOD | SET | 64 | 64 | 0 | 24.00 | 1,536.00 |

TOTALLY 91 CASES ON 8 PALLETS/G.W. 2231 LBS/712 CUFT/123 UNITS
SHIPMENT #828080
LOAD #48688584

Shipped by: C H ROBINSON ON 08/29/24
THANK YOU FOR YOUR ORDER
FINANCE CHARGE IS 1.5 % PER MONTH AFTER DUE DATE

| | |
|---|---|
| Net Invoice: | 3,778.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 3,778.00 |

# BILL OF LADING

Date: 08/26/2024 8/29/24 @ 9:00a

Page 1

## SHIP FROM

Name: HomeView Design., Inc.
Address: 1775 Curtiss Ct
City/State/Zip: La Verne, CA 91750
SID#: 828080
FOB: ☐

Bill of Lading Number: 828080

LOAD # 486855841

## SHIP TO

Name: Big Lots Montgomery DC - Location #: #0870
Address: 2855 Selma Hwy
City/State/Zip: Montgomery, AL 36108
CID#: 26896117
FOB: ☐

CARRIER NAME: CH ROBINSON LTL
Trailer number:
Seal number(s): 074827
SCAC: RBCL
Pro number: 1651192893

(9012K)RBCL1651192893

## THIRD PARTY FREIGHT CHARGES BILL TO

Name: CH LTL
Address: 14800 Charlson Road, Suite 2100
City/State/Zip: Eden Prairie, MN 55347

SPECIAL INSTRUCTIONS:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ☐    Collect [X]    3rdParty ☐

☐ Master Bill of Lading: with attached underlying Bills of Lading

## Customer Order Info

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLI | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095540497 | 8 | 2,231 | N | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| GRAND TOTAL | 8 | 2231 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to | NMFC | CLASS |
| 8 | Pps | 8 | Pps | | | | | 85 |
| 8 | | 8 | | 2231 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $
Fee Terms:   Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Signature: 8-29-24

Trailer Loaded:
[✓] By Shipper
☐ By Driver

Freight Counted:
[✓] By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.