## **EXHIBIT B**

## Invoice

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

| | |
|---|---|
| Invoice Number: | 0048412-IN |
| Invoice Date: | 12/6/2024 |
| Order Number: | 0021034 |
| Order Date: | 10/30/2024 |
| Salesperson: | HOU |
| Customer Number: | 10B6545 |

**Sold To:**
BIG LOTS STOTRES, LLC
4900 E. DUBLIN GRANVILLE RD,
CSC DISTRIBUTION, LLC
TEL: 614-278-6800
COLUMBUS, OH 43081-7651
Confirm To:       HARKER, SAVANNAH

**Ship To:**
MONTHOMERY DC- #0870
CSC DISTRIBUTION, LLC.
2855 SELMA HWY
TEL: 334-286-6633
MONTGOMERY, AL 36108-5035

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 95660553 | WILL CALL | POE, CA | NET 30 DAYS ROG |

| Item Code | Description | Unit | Ordered Qty | Shipped Qty | Back Ordered | Unit Price USD$ | Total Amount USD$ |
|---|---|---|---|---|---|---|---|
| 20028 | STAND TABLE SET/2, IVORY MARBL | SET | 122 | 100 | 0 | 55.00 | 5,500.00 |
| | ZCSU7438386 PICKED UP 12/4/24 | | | | | | |
| 20028 | STAND TABLE SET/2, IVORY MARBL | SET | 22 | 22 | 0 | 55.00 | 1,210.00 |
| | ZCSU6828672 PICKED UP 12/4/24 | | | | | | |
| 16040S | STAND TABLE SET/2, IVORY MARBL | SET | 220 | 220 | 0 | 44.60 | 9,812.00 |
| | ZCSU7438386 PICKED UP 12/4/24 | | | | | | |
| 16011S | STAND TABLE SET/2, IVORY MARBL | SET | 220 | 220 | 0 | 44.60 | 9,812.00 |
| | ZCSU7438386 PICKED UP 12/4/24 | | | | | | |
| 16037 | ACCENT STAND SET/2, ROUND MIR | SET | 234 | 234 | 0 | 32.00 | 7,488.00 |
| | ZCSU6828672 PICKED UP 12/4/24 | | | | | | |

ADDITIONAL COMMENTS:
DIP 24-11967

Shipped by:  MULTIPLE CONTAINERS ETA12/1/24
THANK YOU FOR YOUR ORDER
FINANCE CHARGE IS 1.5 % PER MONTH AFTER DUE DATE

| | |
|---|---|
| Net Invoice: | 33,822.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 33,822.00 |

## Invoice

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

| | |
|---|---|
| Invoice Number: | 0048413-IN |
| Invoice Date: | 12/6/2024 |
| Order Number: | 0021035 |
| Order Date: | 10/30/2024 |
| Salesperson: | HOU |
| Customer Number: | 10B6545 |

**Sold To:**
BIG LOTS STOTRES, LLC
4900 E. DUBLIN GRANVILLE RD,
CLOSEOUT DISTRIBUTION, LLC
TEL: 614-278-6800
COLUMBUS, OH 43081-7651
Confirm To:      HARKER, SAVANNAH

**Ship To:**
TREMONT DC- #0874
CLOSEOUT DISTRUBUTION, LLC.
50 RAUSCH CREEK RD.
TEL: 570-695-2848
TREMONT, PA 17981-1734

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 95660554 | WILL CALL | POE, CA | NET 30 DAYS ROG |

| Item Code | Description | Unit | Ordered Qty | Shipped Qty | Back Ordered | Unit Price USD$ | Total Amount USD$ |
|---|---|---|---|---|---|---|---|
| 20028 | STAND TABLE SET/2, IVORY MARBL | SET | 133 | 66 | 0 | 55.00 | 3,630.00 |
| | SEGU5284193 PICKED UP 12/4/24 | | | | | | |
| 20028 | STAND TABLE SET/2, IVORY MARBL | SET | 67 | 67 | 0 | 55.00 | 3,685.00 |
| | ZCSU6828672 PICKED UP 12/4/24 | | | | | | |
| 16040S | STAND TABLE SET/2, IVORY MARBL | SET | 238 | 238 | 0 | 44.60 | 10,614.80 |
| | SEGU5284193 PICKED UP 12/4/24 | | | | | | |
| 16011S | STAND TABLE SET/2, IVORY MARBL | SET | 238 | 238 | 0 | 44.60 | 10,614.80 |
| | SEGU5284193 PICKED UP 12/4/24 | | | | | | |
| 16037 | ACCENT STAND SET/2, ROUND MIR | SET | 254 | 254 | 0 | 32.00 | 8,128.00 |
| | ZCSU6828672 PICKED UP 12/4/24 | | | | | | |

ADDITIONAL COMMENTS:
DIP 24-11967

Shipped by:  MULTIPLE CONTAINERS ETA12/1/24
THANK YOU FOR YOUR ORDER
FINANCE CHARGE IS 1.5 % PER MONTH AFTER DUE DATE

| | |
|---|---|
| Net Invoice: | 36,672.60 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 36,672.60 |

Invoice

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

| | |
|---|---|
| Invoice Number: | 0048414-IN |
| Invoice Date: | 12/6/2024 |
| Order Number: | 0021036 |
| Order Date: | 10/30/2024 |
| Salesperson: | HOU |
| Customer Number: | 10B6545 |

**Sold To:**
BIG LOTS STOTRES, LLC
4900 E. DUBLIN GRANVILLE RD,
DURANT DC, LLC
TEL: 614-278-6800
COLUMBUS, OH 43081-7651
Confirm To:        HARKER, SAVANNAH

**Ship To:**
DURANT DC- #0879
DURANT DC, LLC
2306 ENTERPRISE DR.
TEL: 580-931-2100
DURANT, OK 74701-1964

| Customer P.O. | Ship VIA | F.O.B. | Terms | | |
|---|---|---|---|---|---|
| 95660555 | WILL CALL | POE, CA | NET 30 DAYS ROG | | |

| Item Code | Description | Unit | Ordered Qty | Shipped Qty | Back Ordered | Unit Price USD$ | Total Amount USD$ |
|---|---|---|---|---|---|---|---|
| 20028 | STAND TABLE SET/2, IVORY MARBL | SET | 85 | 85 | 0 | 55.00 | 4,675.00 |
| | CICU6797095 PICKED UP 12/5/24 | | | | | | |
| 16040S | STAND TABLE SET/2, IVORY MARBL | SET | 152 | 152 | 0 | 44.60 | 6,779.20 |
| | CICU6797095 PICKED UP 12/5/24 | | | | | | |
| 16011S | STAND TABLE SET/2, IVORY MARBL | SET | 152 | 152 | 0 | 44.60 | 6,779.20 |
| | CICU6797095 PICKED UP 12/5/24 | | | | | | |
| 16037 | ACCENT STAND SET/2, ROUND MIR | SET | 162 | 162 | 0 | 32.00 | 5,184.00 |
| | CICU6797095 PICKED UP 12/5/24 | | | | | | |

.
ADDITIONAL COMMENTS:
DIP 24-11967

Shipped by:  CICU6797095 ETA 12/1/24
THANK YOU FOR YOUR ORDER
FINANCE CHARGE IS 1.5 % PER MONTH AFTER DUE DATE

| | |
|---|---|
| Net Invoice: | 23,417.40 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 23,417.40 |



Zim American Integrated Shipping Services Co., LLC
as Agent for Zim Integrated Shipping Services Ltd.
4425 ZIM Way
Virginia Beach, VA 23462-3462
Tel: 757-228-1300, Fax: 757-228-1400



Digitally Signed
Electronic Document

Signed by
Zim American Integrated Shipping
Services Co., LLC
28/12/2024

INTERGLOBO NORTH AMERICA  (NJ)
PLS SEND ALL A/N'S VIA E-MAIL ONLY
miaimports@interglobo.com
2 COLONY ROAD
JERSEY CITY NJ  07305
Payer Code:              USINGLB

| Final  Invoice DLAX1670131484 | |
|---|---|
| Debit | |
| Invoice date | Dec 28, 2024 |
| Client code | USINGLB |
| Client name | INTERGLOBO NORTH AMERICA  (NJ) |
| Payment due date | Dec 28, 2024 |

## ZIM EXPEDITED SERVICE (ZEX)

| DETENTION - IMPORT | | | | BL: ZIMUXIA8437571 | | VVL: | ZIM PELICAN/002/W | | Place of Delivery | USLAX | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Container No / Chassis | Type | Free Time Start Date | End Free Time | Start Calculation Date | End Calculation Date | Total Days | Free Days | Excluded Days | Previous Invoices Amount | Due Days | Calculated Amount | Discount Amount |
| SEGU5284193 / HDMZ502610 | HC40 | Dec 4, 2024 | Dec 17, 2024 | Dec 18, 2024 | Dec 26, 2024 | 23 | 10 | 7 | | 6 | 1,000 | 0.00 |

Excluded Days Dates: 12/07/2024, 12/08/2024, 12/14/2024, 12/15/2024, 12/21/2024, 12/22/2024, 12/25/2024

| Imports: |
|---|
| Container Available - 12/04/2024 |

| Chargeable period calendar: **Business Days** | Free days period calendar: **Business Days** |
|---|---|

| Demurrage Rule: |
|---|
| ZIMU-136 / Rule: 5 / Contract: 7110205330 |

| Level | Days | Amount Per Day |
|---|---|---|
| 1 | 1-10 | Free Time |
| 2 | 11-14 | 150.00 |
| 3 | 15-18 | 200.00 |
| 4 | 19+ | 220.00 |

| Totals: | |
|---|---|
| Calculated Amount | 1,000.00 |
| **Final amount** | **1,000.00  USD** |

To expedite the release of your shipping document(s) and allow accurate application of funds, please ensure the below mandatory information is included on your Wire/ACH and remittance details to ZIM Accounts Receivable team at

NEWSTAR AGENCIES SDN BHD
Company No.: 200601021610 (741363-H)
SST No.: B10-2403-32000245

Authorized signature

Int.Ref.Doc    7074806789

Page# of 2



**Zim American Integrated Shipping Services Co., LLC**
as Agent for Zim Integrated Shipping Services Ltd.
4425 ZIM Way
Virginia Beach, VA 23462-3462
Tel: 757-228-1300, Fax: 757-228-1400



INTERGLOBO NORTH AMERICA  (NJ)
PLS SEND ALL A/N'S VIA E-MAIL ONLY
miaimports@interglobo.com
2 COLONY ROAD
JERSEY CITY NJ  07305
Payer Code:              USINGLB

| Final invoice DLAX1670131475 | |
|---|---|
| | Debit |
| Invoice date | Dec 28, 2024 |
| Client code | USINGLB |
| Client name | INTERGLOBO NORTH AMERICA (NJ) |
| Payment due date | Dec 28, 2024 |

### ZIM EXPEDITED SERVICE (ZEX)

| DETENTION - IMPORT | | | | BL: ZIMUXIA8437571 | | VVL: | ZIM PELICAN/002/W | | Place of Delivery | USLAX | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Container No | Type | Free Time Start Date | End Free Time | Start Calculation Date | End Calculation Date | Total Days | Free Days | Excluded Days | Previous Invoices Amount | Due Days | Calculated Amount | Discount Amount |
| ZCSU7438386 | HC40 | Dec 4, 2024 | Dec 17, 2024 | Dec 18, 2024 | Dec 26, 2024 | 23 | 10 | 7 | | 6 | 1,000 | 0.00 |

Excluded Days Dates: 12/07/2024, 12/08/2024, 12/14/2024, 12/15/2024, 12/21/2024, 12/22/2024, 12/25/2024

| Imports: |
|---|
| Container Available - 12/04/2024 |

| Chargeable period calendar: **Business Days** | Free days period calendar: **Business Days** |
|---|---|

| Demurrage Rule: |
|---|
| ZIMU-136 / Rule: 5 / Contract: 7110205330 |

| Level | Days | Amount Per Day |
|---|---|---|
| 1 | 1-10 | Free Time |
| 2 | 11-14 | 150.00 |
| 3 | 15-18 | 200.00 |
| 4 | 19+ | 220.00 |

| Totals: | |
|---|---|
| Calculated Amount | 1,000.00 |
| **Final amount** | **1,000.00  USD** |

To expedite the release of your shipping document(s) and allow accurate application of funds, please ensure the below mandatory information is included on your Wire/ACH and remittance details to ZIM Accounts Receivable team at

**NEWSTAR AGENCIES SDN BHD**
Company No.: 200601021610 (741363-H)
SST No.: B10-2403-32000245

Authorized signature

Int.Ref.Doc    7074806706



**Zim American Integrated Shipping Services Co., LLC**
**as Agent for Zim Integrated Shipping Services Ltd.**
**4425 ZIM Way**
**Virginia Beach, VA 23462-3462**
**Tel: 757-228-1300, Fax: 757-228-1400**



INTERGLOBO NORTH AMERICA  (NJ)
PLS SEND ALL A/N'S VIA E-MAIL ONLY
miaimports@interglobo.com
2 COLONY ROAD
JERSEY CITY NJ  07305
Payer Code:                USINGLB

| Final  invoice DLAX1670131470 | |
|---|---|
| | Debit |
| Invoice date | Dec 28, 2024 |
| Client code | USINGLB |
| Client name | INTERGLOBO NORTH AMERICA  (NJ) |
| Payment due date | Dec 28, 2024 |

## ZIM EXPEDITED SERVICE (ZEX)

| DETENTION - IMPORT | | | BL: ZIMUXIA8437571 | | VVL: | ZIM PELICAN/002/W | | Place of Delivery | USLAX | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Container No | Type | Free Time Start Date | End Free Time | Start Calculation Date | End Calculation Date | Total Days | Free Days | Excluded Days | Previous Invoices Amount | Due Days | Calculated Amount | Discount Amount |
| CICU6797095 | HC40 | Dec 5, 2024 | Dec 18, 2024 | Dec 19, 2024 | Dec 26, 2024 | 22 | 10 | 7 | | 5 | 800 | 0.00 |

Excluded Days Dates: 12/07/2024, 12/08/2024, 12/14/2024, 12/15/2024, 12/21/2024, 12/22/2024, 12/25/2024

| Imports: |
|---|
| Container Available - 12/05/2024 |

| Chargeable period calendar: | Free days period calendar: |
|---|---|
| **Business Days** | **Business Days** |

| Demurrage Rule: |
|---|
| ZIMU-136 / Rule: 5 / Contract: 7110205330 |

| Level | Days | Amount Per Day |
|---|---|---|
| 1 | 1-10 | Free Time |
| 2 | 11-14 | 150.00 |
| 3 | 15-18 | 200.00 |
| 4 | 19+ | 220.00 |

| Totals: | |
|---|---|
| Calculated Amount | 800.00 |
| **Final amount** | **800.00  USD** |

To expedite the release of your shipping document(s) and allow accurate application of funds, please ensure the below
mandatory information is included on your Wire/ACH and remittance details to ZIM Accounts Receivable team at

**NEWSTAR AGENCIES SDN BHD**
**Company No.: 200601021610 (741363-H)**
**SST No.: B10-2403-32000245**

Authorized signature

Container:   **CICU6797095**

| **Type & Size** | HC40 | **Last Activity** |
|---|---|---|
| | | Empty container gate in by Truck |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **26-Dec-2024**<br>18:25 PM | Empty container gate in by Truck | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **05-Dec-2024**<br>13:49 PM | Import truck departure from Port of Discharge to Customer | LOS ANGELES (CA), U.S.A. | ZIM PELICAN/2/W |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **02-Dec-2024**<br>08:34 AM | Container was discharged at Port of Destination | LOS ANGELES (CA), U.S.A. | ZIM PELICAN/2/W |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **02-Dec-2024**<br>08:34 AM | Container is available to be released / delivered | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **01-Dec-2024**<br>06:00 AM | Vessel arrival to Port of Discharge | LOS ANGELES (CA), U.S.A. | <u>ZIM PELICAN/2/W</u> |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **26-Nov-2024**<br>15:31 PM | Customs release | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **25-Nov-2024**<br>11:53 AM | Carrier Release | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **13-Nov-2024**<br>15:15 PM | Vessel departure from Port of Loading to Port of Discharge | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | <u>ZIM PELICAN/2/E</u> |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **13-Nov-2024**<br>09:25 AM | Container was loaded at Port of Loading to Port of Discharge | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | <u>ZIM PELICAN/2/E</u> |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **08-Nov-2024**<br>10:45 AM | Export gate-in from Customer to Port of Loading | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | <u>ZIM PELICAN/2/E</u> |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **07-Nov-2024**<br>21:10 PM | Empty container dispatched from inland point to Customer | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | <u>ZIM PELICAN/2/E</u> |

## Container:  **ZCSU7438386**

| **Type & Size** | HC40 | **Last Activity** |
|---|---|---|
| | | Empty container gate in by Truck |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **26-Dec-2024**<br>19:25 PM | Empty container gate in by Truck | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **04-Dec-2024**<br>14:31 PM | Import truck departure from Port of Discharge to Customer | LOS ANGELES (CA), U.S.A. | ZIM PELICAN/2/W |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **01-Dec-2024**<br>20:10 PM | Container was discharged at Port of Destination | LOS ANGELES (CA), U.S.A. | ZIM PELICAN/2/W |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **01-Dec-2024**<br>20:10 PM | Container is available to be released / delivered | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|------|----------|----------|-----------------|
| **01-Dec-2024**<br>06:00 AM | Vessel arrival to Port of Discharge | LOS ANGELES (CA), U.S.A. | ZIM PELICAN/2/W |

| Date | Activity | Location | Vessel / Voyage |
|------|----------|----------|-----------------|
| **26-Nov-2024**<br>15:31 PM | Customs release | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|------|----------|----------|-----------------|
| **25-Nov-2024**<br>11:53 AM | Carrier Release | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|------|----------|----------|-----------------|
| **13-Nov-2024**<br>15:15 PM | Vessel departure from Port of Loading to Port of Discharge | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | ZIM PELICAN/2/E |

| Date | Activity | Location | Vessel / Voyage |
|------|----------|----------|-----------------|
| **13-Nov-2024**<br>04:09 AM | Container was loaded at Port of Loading to Port of Discharge | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | ZIM PELICAN/2/E |

| Date | Activity | Location | Vessel / Voyage |
|------|----------|----------|-----------------|
| **08-Nov-2024**<br>13:12 PM | Export gate-in from Customer to Port of Loading | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | ZIM PELICAN/2/E |

| Date | Activity | Location | Vessel / Voyage |
|------|----------|----------|-----------------|
| **08-Nov-2024**<br>07:30 AM | Empty container dispatched from inland point to Customer | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | ZIM PELICAN/2/E |

Container:  **SEGU5284193**

**Type & Size**          HC40          **Last Activity**

Empty container gate in by Truck

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **26-Dec-2024** <br> 23:04 PM | Empty container gate in by Truck | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **04-Dec-2024** <br> 23:55 PM | Import truck departure from Port of Discharge to Customer | LOS ANGELES (CA), U.S.A. | ZIM PELICAN/2/W |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **02-Dec-2024** <br> 01:57 AM | Container was discharged at Port of Destination | LOS ANGELES (CA), U.S.A. | ZIM PELICAN/2/W |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **02-Dec-2024** <br> 01:57 AM | Container is available to be released / delivered | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **01-Dec-2024**<br>06:00 AM | Vessel arrival to Port of Discharge | LOS ANGELES (CA), U.S.A. | ZIM PELICAN/2/W |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **26-Nov-2024**<br>15:31 PM | Customs release | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **25-Nov-2024**<br>11:53 AM | Carrier Release | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **13-Nov-2024**<br>15:15 PM | Vessel departure from Port of Loading to Port of Discharge | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | ZIM PELICAN/2/E |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **13-Nov-2024**<br>08:04 AM | Container was loaded at Port of Loading to Port of Discharge | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | ZIM PELICAN/2/E |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **08-Nov-2024**<br>16:11 PM | Export gate-in from Customer to Port of Loading | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | ZIM PELICAN/2/E |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **08-Nov-2024**<br>10:21 AM | Empty container dispatched from inland point to Customer | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | ZIM PELICAN/2/E |

Container: **ZCSU6828672**

| Type & Size | HC40 | Last Activity |
| --- | --- | --- |
| | | Empty container gate in by Truck |

| Date | Activity | Location | Vessel / Voyage |
| --- | --- | --- | --- |
| **17-Dec-2024**<br>23:07 PM | Empty container gate in by Truck | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
| --- | --- | --- | --- |
| *wed*<br>**11-Dec-2024**<br>10:36 AM<br>*Actual out<br>gate @12/4 wed* | Import truck departure from Port of Discharge to Customer | LOS ANGELES (CA), U.S.A. | ZIM PELICAN/2/W |

| Date | Activity | Location | Vessel / Voyage |
| --- | --- | --- | --- |
| **01-Dec-2024**<br>23:03 PM | Container was discharged at Port of Destination | LOS ANGELES (CA), U.S.A. | ZIM PELICAN/2/W |

| Date | Activity | Location | Vessel / Voyage |
| --- | --- | --- | --- |
| **01-Dec-2024**<br>23:03 PM | Container is available to be released / delivered | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **01-Dec-2024**<br>09:04 AM | Vessel arrival to Port of Discharge | LOS ANGELES (CA), U.S.A. | ZIM PELICAN/2/W |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **26-Nov-2024**<br>15:31 PM | Customs release | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **25-Nov-2024**<br>11:53 AM | Carrier Release | LOS ANGELES (CA), U.S.A. | N/A |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **13-Nov-2024**<br>15:15 PM | Vessel departure from Port of Loading to Port of Discharge | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | ZIM PELICAN/2/E |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **13-Nov-2024**<br>12:41 PM | Container was loaded at Port of Loading to Port of Discharge | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | ZIM PELICAN/2/E |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **08-Nov-2024**<br>17:54 PM | Export gate-in from Customer to Port of Loading | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | ZIM PELICAN/2/E |

| Date | Activity | Location | Vessel / Voyage |
|---|---|---|---|
| **08-Nov-2024**<br>11:33 AM | Empty container dispatched from inland point to Customer | XIAMEN (FJ), CHINA. PEOPLE'S REPUBLIC | ZIM PELICAN/2/E |

Re: Big Lots POE PO# 95660553, 95660554, 95660555      mailbox:///C:/Users/connie/AppData/Roaming/Thunderbird/Prof...

Case 24-11967-JKS     Doc 2207-5     Filed 03/11/25     Page 16 of 21

**Subject:** Re: Big Lots POE PO# 95660553, 95660554, 95660555
**From:** Connie Wong <connie@homeviewdesign.com>
**Date:** 12/27/2024, 9:20 AM
**To:** "Ruff, Brad" <bruff@biglots.com>
**CC:** Edmund Tong <edmund@homeviewdesign.com>

Dec 27, 24

Good afternoon Brad,

Thank you for your reply!  All other 3 empties have been empty returned to Terminal last night. Appreciated your help!

ZCSU7438386 - Out gate 12/4 ==> Empty returned @ 12/26
CICU6797095 - Out gate 12/5 ==> Empty returned @ 12/26
SEGU5284193 - Out gate 12/4 ==> Empty returned @ 12/26
ZCSU6828672 - Out gate 12/4 => Empty returned @ 12/17


Thank you!
B. regards,
Connie

```
HomeView Design, Inc.
Tel: 909-593-2800
Email: connie@homeviewdesign.com
```
On 12/26/2024 9:38 AM, Ruff, Brad wrote:

> Thank you and noted from the previous email. Carrier is aware and been trying to get appointments but not available or the port was closed the last day or so due to the Holiday.
>
> Thank you
> Brad Ruff
> Big Lots Global Analyst
>
> ---
>
> **From:** Connie Wong <connie@homeviewdesign.com>
> **Sent:** Thursday, December 26, 2024 12:30:06 PM
> **To:** Ruff, Brad <bruff@biglots.com>
> **Cc:** Edmund Tong <edmund@homeviewdesign.com>
> **Subject:** Re: Big Lots POE PO# 95660553, 95660554, 95660555
>
> Dec 26, 24
>
> Good afternoon Brad,
>
> Do you have any updates from your Dray Carrier regarding the 3 empties?  The Per diem is increasing day by day.

Re: Big Lots POE PO# 95660553, 95660554, 95660555     mailbox:///C:/Users/connie/AppData/Roaming/Thunderbird/Prof...

Case 24-11967-JKS     Doc 2207-5     Filed 03/11/25     Page 17 of 21

ZCSU7438386 - Out gate 12/4
CICU6797095 - Out gate 12/5
SEGU5284193 - Out gate 12/4


Appreciated your prompt response!

Thank you!
B. regards,
Connie

```
HomeView Design, Inc.
Tel: 909-593-2800
Email: connie@homeviewdesign.com
```
On 12/23/2024 12:46 PM, Ruff, Brad wrote:

> Good Afternoon. Yes I'm reaching out to the dray carrier to find out what is going on.
>
>
>
> **Brad Ruff**
> **Global Logistics Analyst**
> 4900 E. Dublin Granville Rd.
> Columbus, OH 43081-7651
>
>
> _____
>
> **From:** Connie Wong <connie@homeviewdesign.com>
> **Sent:** Monday, December 23, 2024 2:38 PM
> **To:** Ruff, Brad <bruff@biglots.com>
> **Cc:** Edmund Tong <edmund@homeviewdesign.com>
> **Subject:** Re: Big Lots POE PO# 95660553, 95660554, 95660555
>
>
> Dec 23, 24
>
> Good afternoon Brad,
>
> Regarding those 3 empties, they have not empty returned yet as of today.  Could you please kindly ask your Dray Carrier to return all empties asap?
>
> ZCSU7438386 - Out gate 12/4
> CICU6797095 - Out gate 12/5
> SEGU5284193 - Out gate 12/4

Re: Big Lots POE PO# 95660553, 95660554, 95660555                    mailbox:///C:/Users/connie/AppData/Roaming/Thunderbird/Prof...

Case 24-11967-JKS     Doc 2207-5     Filed 03/11/25     Page 18 of 21

Appreciated your prompt response!

Thank you!
B. regards,
Connie
HomeView Design, Inc.
Tel: 909-593-2800
Email: connie@homeviewdesign.com
On 12/20/2024 10:23 AM, Ruff, Brad wrote:

Good Afternoon. They should all be returned by end of day tomorrow.

**Brad Ruff**
**Global Logistics Analyst**
4900 E. Dublin Granville Rd.
Columbus, OH 43081-7651

---

**From:** Connie Wong <connie@homeviewdesign.com>
**Sent:** Friday, December 20, 2024 1:07 PM
**To:** Ruff, Brad <bruff@biglots.com>; edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**Subject:** Re: Big Lots POE PO# 95660553, 95660554, 95660555

Dec 20, 24

Good afternoon Brad,

Appreciated your follow-up.  We'd like to get the updates regarding the empties return?
Could you please kindly ask your Dray trucker to return empties?

As per our Ocean Carrier," *Only one container has been returned on ZCSU6828672, and Still pending the other 3 to be returned* "

ZCSU7438386 - Out gate 12/4
CICU6797095 - Out gate 12/5
SEGU5284193 - Out gate 12/4

ZCSU6828672 - Out gate 12/4 => Empty returned @ 12/17

Re: Big Lots POE PO# 95660553, 95660554, 95660555      mailbox:///C:/Users/connie/AppData/Roaming/Thunderbird/Prof...

Case 24-11967-JKS     Doc 2207-5     Filed 03/11/25     Page 19 of 21

Appreciated your prompt response!

Thank you!
B. regards,
Connie

```
HomeView Design, Inc.
Tel: 909-593-2800
Email: connie@homeviewdesign.com
```

On 12/18/2024 4:06 AM, Ruff, Brad wrote:

> Thank you for the note. We are working on getting the containers returned as soon as possible.
>
>
>
> **Brad Ruff**
> **Global Logistics Analyst**
> 4900 E. Dublin Granville Rd.
> Columbus, OH 43081-7651
>
> _____
>
> **From:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>
> **Sent:** Tuesday, December 17, 2024 6:51 PM
> **To:** connie@homeviewdesign.com <connie@homeviewdesign.com>; Ruff, Brad <bruff@biglots.com>
> **Subject:** RE: Big Lots POE PO# 95660553, 95660554, 95660555
>
> Hi Brad,
>
>        Good evening, Those the container was empty on Dec 6, and should be return to terminal last week,  Please check and advise when should be returned avoid the demurrage charge on those 4 containers,
>
> Best Regards
>
> **Edmund Tong**
> **HomeView Design., Inc.**
> **Tel: 909-593-2800 X 110**
>
> **From:** Connie Wong <connie@homeviewdesign.com>
> **Sent:** Tuesday, December 17, 2024 2:52 PM
> **To:** Ruff, Brad <bruff@biglots.com>; Ivan Ortuoste <iortuoste@edraycpl.com>; Riggs, Joe <jriggs@biglots.com>; Shinlever, Kory <KShinlev@biglots.com>
> **Cc:** Edmund Tong <edmund@homeviewdesign.com>
> **Subject:** Re: Big Lots POE PO# 95660553, 95660554, 95660555

Re: Big Lots POE PO# 95660553, 95660554, 95660555     mailbox:///C:/Users/connie/AppData/Roaming/Thunderbird/Prof...

Case 24-11967-JKS    Doc 2207-5    Filed 03/11/25    Page 20 of 21

Dec 17, 24

Good afternoon Brad,

Could you please push your Dray trucker to return all 4 empties to terminal asap?   As per our Ocean Carrier, all 4 containers have not been empty returned yet to terminal as of today.

ZCSU7438386 - Out gate 12/4
ZCSU6828672 - Out gate 12/4
CICU6797095 - Out gate 12/5
SEGU5284193 - Out gate 12/4


Appreciated your prompt response!

Thank you!
B. regards,
Connie
HomeView Design, Inc.
Tel: 909-593-2800
Email: connie@homeviewdesign.com

-------- Forwarded Message --------
**Subject:** Re: Big Lots POE PO# 95660553, 95660554, 95660555
**Date:** Thu, 12 Dec 2024 11:42:52 -0800
**From:** Connie Wong <connie@homeviewdesign.com>
**Reply-To:** connie@homeviewdesign.com
**Organization:** Homeview Design, Inc.
**To:** Ruff, Brad <bruff@biglots.com>


Dec 12, 24

Hello Brad,

Could you please check w/your Dray Carrier when will these plan to return empty to Terminal?

ZCSU7438386
ZCSU6828672
CICU6797095
SEGU5284193


Thank you!
B. regards,
Connie
HomeView Design, Inc.
Tel: 909-593-2800
Email: connie@homeviewdesign.com
On 12/6/2024 10:24 AM, Ruff, Brad wrote:

> Connie - I have already reached out to the dray carrier and they confirmed the container was picked up. I have asked them to send me documentation and will provide when I receive.

Re: Big Lots POE PO# 95660553, 95660554, 95660555          mailbox:///C:/Users/connie/AppData/Roaming/Thunderbird/Prof...

Case 24-11967-JKS     Doc 2207-5     Filed 03/11/25     Page 21 of 21

**Brad Ruff**
**Global Logistics Analyst**
4900 E. Dublin Granville Rd.
Columbus, OH 43081-7651

---

**From:** Connie Wong <connie@homeviewdesign.com>
**Sent:** Friday, December 6, 2024 1:07 PM
**To:** Ruff, Brad <bruff@biglots.com>; Ivan Ortuoste <iortuoste@edraycpl.com>; Riggs, Joe
<jriggs@biglots.com>; Shinlever, Kory <KShinlev@biglots.com>
**Cc:** Edmund Tong <edmund@homeviewdesign.com>
**Subject:** Re: Big Lots POE PO# 95660553, 95660554, 95660555

Dec 6, 24

Hello Brad,

1) Could you please contact your Dray trucker " Road One " immediately regarding ZCSU6828672
?  As per WBCT terminal, the " Road One " driver might not out gate properly and that is why
WBCT is still showing inside terminal and waiting for schedule pick up and Demurrage has
starting occurred today $245.

*" This container is still showing as a load here in the terminal. This container might
have been picked up on **12/4**. But, the driver might not have out gated properly.  You
may want to reach out to the trucker(road one)(in copy) to see if they actually picked
this up."*

2) Please see below email from WBCT terminal regarding ZCSU6828672.


Appreciated your prompt response.

Thank you!
HomeView Design, Inc.
Tel: 909-593-2800
Email: connie@homeviewdesign.com


-------- Forwarded Message --------
**Subject:** ZCSU6828672 possible GATE RUNNER
   **Date:** Fri, 6 Dec 2024 17:50:15 +0000
   **From:** WBCTTOW – TOW <WBCTTOW@wbct.us>
      **To:** connie@homeviewdesign.com <connie@homeviewdesign.com>