# **EXHIBIT C**

# BIG LOTS

| | |
|---|---|
| PO # | 95558537 |
| Date Created | 08/08/2024 |
| Version: | 3 |
| Buyer: | HARKER, SAVANNAH |
| Do Not Ship Before: | 01/31/2025 |
| Cancel if not Shipped by: | 02/06/2025 |
| Must be Routed by: | 01/26/2025 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE , CA |

**SHIP TO**
MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035
Telephone: 334-286-6633    Fax: 334-286-7024

**BILL TO**
CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US
Telephone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor: 1008278
HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750
Contact:   HOMEVIEW DESIGN INC
Telephone: 909-593-2800    Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF 1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**ADDITIONAL COMMENTS**

Case 24-11967

| Units | Vendor Cost |
|---|---|
| 1,642 | 70,165.20 |

Vendor Signature
Signee's Name
Title
Date

VENDOR-COPY

S/O # 20959

Ed rec 11/5/24 hue
@ 11/5/24 hue
10 AM

Page 1 of 9

**BIG LOTS**

| | |
|---|---|
| PO # | 95558538 |
| Date Created: | 08/08/2024 |
| Version: | 3 |
| Buyer: | HARKER, SAVANNAH |
| Do Not Ship Before: | 01/31/2025 |
| Cancel if not Shipped by: | 02/06/2025 |
| Must be Routed by: | 01/26/2025 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE , CA |

**SHIP TO**
TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734
Telephone: 570-695-2848    Fax: 570-695-2862

**BILL TO**
CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US
Telephone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor: 1008278
HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750
Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800    Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF 1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**ADDITIONAL COMMENTS**
Case 24-11967

SO# 20960

| Units | Vendor Cost |
|---|---|
| 1,642 | 70,165.20 |

Vendor Signature
Signee's Name
Title
Date

VENDOR-COPY

Ed @ 4/5/24 tre
@ 104 un

Page 1 of 9

**BIG LOTS**

| | |
|---|---|
| PO # | 95558539 |
| Date Created: | 08/08/2024 |
| Version: | 4 |
| Buyer: | HARKER, SAVANNAH |
| Do Not Ship Before: | 01/31/2025 |
| Cancel if not Shipped by: | 02/06/2025 |
| Must be Routed by: | 01/26/2025 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE , CA |

SHIP TO
DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK  74701-1964

Telephone:  580-931-2100       Fax:   580-931-2197

BILL TO
DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone:  614-278-6800       Fax: 614-278-6871

Purchase From Vendor:  1008278
HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA  91750

Contact:       HOMEVIEW DESIGN INC
Telephone:   909-593-2800         Fax
E-Mail:          EDMUND@HOMEVIEWDESIGN.COM

SO # 20961

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF 1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

ADDITIONAL COMMENTS

Case 24-11967

| Units | Vendor Cost |
|---|---|
| 1,026 | 43,856.40 |

Vendor Signature                                Date
Signee's Name
Title

Ed rec @ 11/5/24
@ 10am

VENDOR-COPY



**BIG LOTS!**

| | |
|---|---|
| PO # | 95610243 |
| Date Created | 09/11/2024 |
| Version: | 2 |
| Buyer: | HARKER, SAVANNAH |
| Do Not Ship Before: | 02/24/2025 |
| Cancel if not Shipped by: | 03/03/2025 |
| Must be Routed by: | 02/03/2025 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE |

**SHIP TO**
FREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
171 RAUSCH CREEK RD
FREMONT PA 17981-1734
Telephone: 570-695-2848    Fax: 570-695-2862
, CA

**BILL TO**
CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US
Telephone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor: 1008278
HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1575 CURTISS CT.
LA VERNE CA 91750
Contact:        HOMEVIEW DESIGN INC
Telephone:   909-593-2800        Fax
eMail:           EDMUND@HOMEVIEWDESIGN.COM

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF 1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**ADDITIONAL COMMENTS**

PO replaces :009555540; Ship only these quantities under the new PO.

Case 24-11967

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 1,916 | 187,268.64 | 81,855.20 | 56.290 |

OFFICE-COPY

Vendor Signature _____    Signee's Name _____    Title _____    Date _____

Slot# 209662 RVSP Ship loc date @2/11/24

vcdd cnfrm w/edmund cnfrm 2/11/24 wdm

# BIG LOTS

| | |
|---|---|
| **PO #** | **95643797** |
| Date Created | 10/16/2024 |
| Version: | 1 |
| Buyer: | HARKER, SAVANNAH |
| Do Not Ship Before: | 01/31/2025 |
| Cancel if not Shipped by: | 02/06/2025 |
| Must be Routed by: | 01/28/2025 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE , CA |

Page 1 of 9

**SHIP TO**
DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100      Fax: 580-931-2197

**BILL TO**
DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800      Fax: 614-278-6871

Purchase From Vendor: 1008278
HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact:     HOMEVIEW DESIGN INC
Telephone:   909-593-2800     Fax
E-Mail:      EDMUND@HOMEVIEWDESIGN.COM

**ADDITIONAL COMMENTS**

PO replaces :0095558536; Ship only these quantities under the new PO.

Case 24-11967

| Units | Vendor Cost |
|---|---|
| 604 | 25,784.00 |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

Vendor Signature _____

Signee's Name _____

Title _____

Date _____

VENDOR-COPY

_handwritten: S/O# 20958_
_handwritten: Ed
VCC @ 11/5/24 4:10
@ 10:10 am_

# BIG LOTS

**PO #** 95678063

Date Created: 11/14/2024
Version: 3
Buyer: INMAN, ANNE
Do Not Ship Before: 12/30/2024
Cancel if not Shipped by: 01/03/2025
Must be Routed by: 12/25/2024
Payment Terms: Not 30 Days ROC
Freight Terms: Collect
FOB: CALIFORNIA , US

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

### ADDITIONAL COMMENTS

DIP-24-11967

### SHIP TO
DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100     Fax: 580-931-2197

### BILL TO
DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800     Fax: 614-278-6871

Purchase From Vendor:  1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800     Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

| Units | Vendor Cost |
|---|---|
| 1,598 | 31,318.88 |

Vendor Signature: [signature]

Signee's Name

Title

Date

VENDOR-COPY

rec: 12/6/24  Tm 4m



| | | |
|---|---|---|
| PO # | 95696535 | |
| Date Created | 11/20/2024 | |
| Version: | 2 | |
| Buyer: | MASON, KAYLA | |
| Do Not Ship Before: | 02/07/2025 | |
| Cancel if not Shipped by: | 02/13/2025 | |
| Must be Routed by: | 02/02/2025 | |
| Payment Terms: | Net 30 Days ROG | |
| Freight Terms: | Collect | |
| FOB: | POE    , CA | |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL  36108-5035

Telephone:   334-286-6633          Fax:    334-286-7024

**BILL TO**

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone:   614-278-6800          Fax:  614-278-6871

Purchase From Vendor:   1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA  91750

Contact:       HOMEVIEW DESIGN INC
Telephone:   909-593-2800              Fax
E-Mail:         EDMUND@HOMEVIEWDESIGN.COM

**ADDITIONAL COMMENTS**

DIP 24-11967

Vendor Signature  _____

Signee's Name    _____

Title    _____

Date    _____

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 1,588 | 128,535.59 | 68,310.60 | 46.855 |

OFFICE-COPY



| | | |
|---|---|---|
| PO # | **95696536** | |
| Date Created | 11/20/2024 | |
| Version: | 2 | |
| Buyer: | MASON, KAYLA | |
| Do Not Ship Before: | 02/07/2025 | |
| Cancel if not Shipped by: | 02/13/2025 | |
| Must be Routed by: | 02/02/2025 | |
| Payment Terms: | Net 30 Days ROG | |
| Freight Terms: | Collect | |
| FOB: | POE               , CA | |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:   570-695-2848           Fax:     570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone:  614-278-6800            Fax:  614-278-6871

Purchase From Vendor:   1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA  91750

Contact:       HOMEVIEW DESIGN INC
Telephone:    909-593-2800          Fax
E-Mail:         EDMUND@HOMEVIEWDESIGN.COM

**ADDITIONAL COMMENTS**

DIP 24-11967

Vendor Signature  _____

Signee's Name  _____

Title  _____

Date  _____

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 1,562 | 126,451.05 | 67,246.00 | 46.821 |

OFFICE-COPY



| | | |
|---|---|---|
| PO # | 95696537 | |
| Date Created | 11/20/2024 | |
| Version: | 2 | |
| Buyer: | MASON, KAYLA | |
| Do Not Ship Before: | 02/07/2025 | |
| Cancel if not Shipped by: | 02/13/2025 | |
| Must be Routed by: | 02/02/2025 | |
| Payment Terms: | Net 30 Days ROG | |
| Freight Terms: | Collect | |
| FOB: | POE , CA | |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK  74701-1964

Telephone:   580-931-2100        Fax:    580-931-2197

ADDITIONAL COMMENTS

DIP 24-11967

BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone:  614-278-6800          Fax:  614-278-6871

Purchase From Vendor:   1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA  91750

Contact:       HOMEVIEW DESIGN INC
Telephone:    909-593-2800           Fax
E-Mail:         EDMUND@HOMEVIEWDESIGN.COM

Vendor Signature  _____

Signee's Name  _____

Title  _____

Date  _____

| | Units | Retail | Vendor Cost | IMU |
|---|---|---|---|---|
| | 2,217 | 179,468.92 | 95,407.80 | 46.839 |

OFFICE-COPY