# EXHIBIT D

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[X] No Copy Provided

Received
SEP 2 3 2024
Kroll Restructuring Administration

# United States Bankruptcy Court, District of Delaware

**Fill in this information to identify the case (Select only one Debtor per claim form):**

- [✓] Big Lots, Inc. (Case No. 24-11967)
- [ ] Big Lots Stores, LLC (Case No. 24-11973)
- [ ] GAFDC LLC (Case No. 24-11977)
- [ ] AVDC, LLC (Case No. 24-11981)
- [ ] BLBO Tenant, LLC (Case No. 24-11972)
- [ ] Great Basin, LLC (Case No. 24-11966)
- [ ] Big Lots eCommerce LLC (Case No. 24-11980)
- [ ] Broyhill LLC (Case No. 24-11971)
- [ ] INFDC, LLC (Case No. 24-11983)
- [ ] Big Lots F&S, LLC (Case No. 24-11984)
- [ ] Closeout Distribution, LLC (Case No. 24-11978)
- [ ] PAFDC LLC (Case No. 24-11982)
- [ ] Big Lots Management, LLC (Case No. 24-11969)
- [ ] Consolidated Property Holdings, LLC (Case No. 24-11968)
- [ ] WAFDC, LLC (Case No. 24-11979)
- [ ] Big Lots Stores - CSR, LLC (Case No. 24-11976)
- [ ] CSC Distribution LLC (Case No. 24-11974)
- [ ] Big Lots Stores - PNS, LLC (Case No. 24-11970)
- [ ] Durant DC, LLC (Case No. 24-11975)

241196780000076

## Modified Official Form 410

# Proof of Claim
04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

HomeView Design., Inc
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

- [✓] No
- [ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

HomeView Design., Inc
Name
1775 Curtiss Ct
Number  Street
La Verne    CA    91750
City    State    ZIP Code

Contact phone  Edmund
Contact email  Esther

Where should payments to the creditor be sent? (if different)

HomeView Design., inc
Name
Po Box 790
Number  Street
La Verne    CA    91750
City    State    ZIP Code

Contact phone  909-5932800
Contact email  909-593-2800

**4. Does this claim amend one already filed?**

- [✓] No
- [ ] Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/____ (MM/DD/YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

- [✓] No
- [ ] Yes. Who made the earlier filing? _____

Proof of Claim    page 1

Claim Number: 1246

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**
☐ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 3778.00 . **Does this amount include interest or other charges?**
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Good Cost on invoice

**9. Is all or part of the claim secured?**
☐ No
☒ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☒ Other. Describe: Bankrupt Court Law 503B9

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) 12.00 %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Modified Official Form 410      Proof of Claim      page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check one:*<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies.<br><br>\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____ |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   09/16/2024   (mm/dd/yyyy)

*Signature*

Print the name of the person who is completing and signing this claim:

| | | |
|---|---|---|
| Name | Edmund    Tong | |
| | First name     Middle name     Last name | |
| Title | Manager | |
| Company | HomeView Design., inc | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | Po BOX  790 | |
| | Number      Street | |
| | La Varne                                    CA        91750 | |
| | City                                        State    ZIP Code | |
| Contact phone | 909-593-2800        Email    edmund@homeviewdesign.com | |

Modified Official Form 410                Proof of Claim                page 3

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                    12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://cases.ra.kroll.com/BigLots.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

Page: 1

# Invoice

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

Invoice Number: 0048333-IN
Invoice Date: 8/28/2024
Order Number: 0020941
Order Date: 7/30/2024
Salesperson: HOU
Customer Number: 10B6545

**Sold To:**
CSC DISTRIBUTION, LLC
4900 E. DUBLIN GRANVILLE RD,
COLUMBUS, OH  43081-7651

**Ship To:**
MONTGOMERY DC-#0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY, AL  36108-5035

Confirm To: MERRIMAN, SAVANNAH

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 95540497 | WILL CALL | LA VERNE  CA | 2% NET 30 DAYS |

| Item Code | Description | Unit | Ordered Qty | Shipped Qty | Back Ordered | Unit Price USD$ | Total Amount USD$ |
|---|---|---|---|---|---|---|---|
| 22161 | CONSOLE TABLE SET/2, WOODEN BO | SET | 59 | 59 | 0 | 38.00 | 2,242.00 |
| 22230 | STAND TABLE SET/2, PATCH WOOD | SET | 64 | 64 | 0 | 24.00 | 1,536.00 |

TOTALLY 91 CASES ON 8 PALLETS/G.W. 2231 LBS/712 CUFT/123 UNITS
SHIPMENT #828080
LOAD #48688584

Shipped by: C H ROBINSON ON 08/29/24
THANK YOU FOR YOUR ORDER
FINANCE CHARGE IS 1.5 % PER MONTH AFTER DUE DATE

Net Invoice: 3,778.00
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
Invoice Total: 3,778.00

# BILL OF LADING

Date: 08/26/2024 8/29/24 @ 9:00 AM

Page 1

Bill of Lading Number: 828080

LOAD # 486885841

## SHIP FROM
- Name: HomeView Design., Inc.
- Address: 1775 Curtiss Ct
- City/State/Zip: La Verne, CA 91750
- SID#: 828080
- FOB: ☐

## SHIP TO
- Name: Big Lots Montgomery DC - Location #: #0870
- Address: 2855 Selma Hwy
- City/State/Zip: Montgomery, AL 36108
- CID#: 26896117
- FOB: ☐

## THIRD PARTY FREIGHT CHARGES BILL TO
- Name: CH LTL
- Address: 14800 Charlson Road, Suite 2100
- City/State/Zip: Eden Prairie, MN 55347

SPECIAL INSTRUCTIONS:

CARRIER NAME: CH ROBINSON LTL
Trailer number:
Seal number(s): 074827
SCAC: RBCL
Pro number: 1651192893

(9012K)RBCL1651192893

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)
- Prepaid ☐
- Collect ☒
- 3rd Party ☐

Master Bill of Lading: with attached underlying Bills of Lading ☐

## Customer Order Info

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLI | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095540497 | 8 | 2,231 | N | |
| | | | | |
| | | | | |
| | | | | |
| **GRAND TOTAL** | **8** | **2231** | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to | NMFC | CLASS |
| 8 | Pps | 8 | Pps | | | | | 85 |
| 8 | | 8 | | 2231 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $
Fee Terms: Collect ☐   Prepaid ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

### SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

8-25-24

Trailer Loaded:
- ☒ By Shipper
- ☐ By Driver

Freight Counted:
- ☒ By Shipper
- ☐ By Driver/pallets said to contain
- ☐ By Driver/Pieces

### CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

HomeView Design, Inc.
1775 Curtiss Ct, La Verne, CA 91750
Tel: 909-593-2800
email@homeviewdesign.com

SEP 17, 2024
$5.58
10163
RDC 99
S2324M503509-23



Big lots. Inc. Claims processing center,
c/o Kroll Restructuring Administration Cent.
Grand Central station
P.O. Box 4850
New York NY 10163-4850

RECEIVED
SEP 23 2024
KROLL RESTRUCTURING ADMINISTRATION



CERTIFIED MAIL
9589 0710 5270 1445 4796