## **EXHIBIT E**

**United States Bankruptcy Court, District of Delaware**

| Fill in this information to identify the case (Select only one Debtor per claim form): |
| --- |

**Debtor:** CSC Distribution LLC

**Case Number:** 24-11974

Modified Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 1. | **Who is the current creditor?** | HomeView Design.,Inc. | |
| | | Name of the current creditor (the person or entity to be paid for this claim) | |
| | | Other names the creditor used with the debtor | |
| 2. | **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? | |
| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Address1:  1775 Curtiss Court<br>Address2:<br>Address3:<br>Address4:<br>City:  La Verne<br>State:  CA<br>Postal Code:  91750<br>Country:<br>Contact phone  9095932800<br>Contact email  edmund@homeviewdesign.com | **Where should payments to the creditor be sent?** (if different)<br><br>Address1:  PO BOX 790<br>Address2:<br>Address3:<br>Address4:<br>City:  La Verna<br>State:  CA<br>Postal Code:  91750<br>Country:<br>Contact phone  909932800<br>Contact email  email@homeviewdesign.com |
| 4. | **Does this claim amend one already filed?** | ☐ No<br>☑ Yes.   Claim number on court claims registry (if known) 6197465 | 09/16/2024<br>Filed on _____<br>MM  /  DD  /  YYYY |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? | |

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☐ No <br> ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  5  2  3  2 |

---

7. **How much is the claim?**    $ 3,778.00

. **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods invoice cost

---

9. **Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:    Under babkrupt court law 503b9

**Basis for perfection:**

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $

**Amount of the claim that is secured:**    $

**Amount of the claim that is unsecured:**    $                  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $

**Annual Interest Rate** (when case was filed)    12% %

☐ Fixed

☑ Variable

---

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $

---

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property:

---

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $ 3,778.00 |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☐ No

☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**     $ Bill of landing

---

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

*Edmund Tong*     12/14/2024

Electronic Signature          Date

**Name of the person who is completing and signing this claim**

Name    Edmund Tong

First name          Middle name          Last name

Title/Company    Manager Director

Identify the corporate servicer as the company if the authorized agent is a servicer.

PO BOX 790

Address

Number     Street

La Verne          CA          91750

City          State          ZIP Code     Country

Contact phone    9095932800          Email    edmund@homeviewdesign.com

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:

City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
 Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

SCAN0058.PDF

**KROLL**

# Invoice

Page:

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

Invoice Number: 0048333-IN
Invoice Date: 8/28/2024
Order Number: 0020941
Order Date: 7/30/2024
Salesperson: HOU
Customer Number: 10B6545

Sold To:

CSC DISTRIBUTION, LLC
4900 E. DUBLIN GRANVILLE RD,
COLUMBUS, OH  43081-7651

Ship To:

MONTGOMERY DC-#0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY, AL  36108-5035

Confirm To:    MERRIMAN, SAVANNAH

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 95540497 | WILL CALL | LA VERNE  CA | 2% NET 30 DAYS |

| Item Code | Description | Unit | Ordered Qty | Shipped Qty | Back Ordered | Unit Price  USD$ | Total Amount  USD$ |
|---|---|---|---|---|---|---|---|
| 22161 | CONSOLE TABLE SET/2, WOODEN BO | SET | 59 | 59 | 0 | 38.00 | 2,242.00 |
| 22230 | STAND TABLE SET/2, PATCH WOOD | SET | 64 | 64 | 0 | 24.00 | 1,536.00 |

TOTALLY 91 CASES ON 8 PALLETS/G.W. 2231 LBS/712 CUFT/123 UNITS
SHIPMENT #828080
LOAD #48688584

Shipped by: C H ROBINSON ON 08/29/24
THANK YOU FOR YOUR ORDER
FINANCE CHARGE IS 1.5 % PER MONTH AFTER DUE DATE

| | |
|---|---|
| Net Invoice: | 3,778.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 3,778.00 |

# BILL OF LADING

Date: 08/26/2024  *8/29/24 @ 9:30am*

Page 1

## SHIP FROM

Name: HomeView Design., Inc.

Address: 1775 Curtiss Ct

City/State/Zip: La Verne    CA    91750

SID#: 828080    FOB ☐

Bill of Lading Number: 828080

*LOAD # 486855841*

## SHIP TO

Name: Big Lots Montgomery DC -Location #: #0870

Address: 2855 Selma Hwy

City/State/Zip: Montgomery    AL    36108

CID#: 26896117    FOB ☐

CARRIER NAME: CH ROBINSON LTL

Trailer number:

Seal number(s): *079897*

SCAC: RBCL

Pro number: 1651192893

(9012K)RBCL1651192893

## THIRD PARTY FREIGHT CHARGES BILL TO

Name: CH LTL

Address: 14800 Charlson Road, Suite 2100

City/State/Zip: Eden Prairie,    MN    55347

SPECIAL INSTRUCTIONS:

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid ☐    Collect ☒    3rdParty ☐

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

## Customer Order Info

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLI | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0095540497 | 8 | 2,231 | N | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| GRAND TOTAL | 8 | 2231 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to | NMFC | CLASS |
| 8 | Pps | 8 | Pps | | | | | 85 |
| 8 | | 8 | | 2231 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $

Fee Terms:    Collect: ☐    Prepaid: ☐

Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

SHIPPER SIGNATURE / DATE

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

_____ 8-25-24

Trailer Loaded

☑ By Shipper

☐ By Driver

Freight Counted

☑ By Shipper

☐ By Driver/pallets said to contain

☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

**Property described above is received in good order, except as noted.**

Electronic Proof of Claim Confirmation:  3735-1-GHBWY-030887113

Claim Electronically Submitted on (UTC) :  2024-12-14T01:45:09.009Z

Submitted by:  homeview design
edmund@homeviewdesign.com

KROLL