# **EXHIBIT F**

United States Bankruptcy Court, District of Delaware

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Big Lots, Inc.

**Case Number:** 24-11967

Modified Official Form 410

# Proof of Claim

**04/22**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**

HomeView Design., Inc
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

2. **Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| Address1: | PO BOX 790 | |
| Address2: | | |
| Address3: | | |
| Address4: | | |
| City: | La Verne | |
| State: | CA | |
| Postal Code: | 91750 | |
| Country: | | |
| Contact phone | 9093952800 | |
| Contact email | edmund@homeviewdesign.com | |

4. **Does this claim amend one already filed?**

☐ No
☑ Yes. Claim number on court claims registry (if known) 6197465

Filed on 09/16/2024 (MM / DD / YYYY)

5. **Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 5 2 3 2

**7. How much is the claim?**

$ 654,599.28. **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold, addtional container demurrage charge from trucker,

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ____________________

**Basis for perfection:** ____________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $__________

**Amount of the claim that is secured:** $__________

**Amount of the claim that is unsecured:** $__________ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $__________

**Annual Interest Rate** (when case was filed) ______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $__________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ____________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- [x] No
- [ ] Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $________ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $________ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $________ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $________ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $________ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $________ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

- [ ] No
- [x] Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** $654,599.28

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- [x] I am the creditor.
- [ ] I am the creditor's attorney or authorized agent.
- [ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- [ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Edmund Tong 01/15/2025

Electronic Signature Date

**Name of the person who is completing and signing this claim**

Name: Edmund Tong (First name / Middle name / Last name)

Title/Company: Manager Director

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1775 Curtiss Court. (Number Street)

La Verne (City) CA (State) 91750 (ZIP Code) (Country)

Contact phone: 9095932800 Email: edmund@homeviewdesign.com

## Additional Noticing Addresses (if provided):

**Additional Address 1**

Name: HomeView Design., Inc
Address1: 1775 Curtiss Court.
Address2:
Address3:
Address4:
City: La Verne
State: CA
Postal Code: 91750
Country:

Contact Phone: 9095932800
Contact Email: edmund@homeviewdesign.com

---

**Additional Address 2**

Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

## Additional Supporting Documentation Provided

- [x] Yes
- [ ] No

---

Attachment Filename:

Biglot Chapter 11 Claim proof documents.pdf

12/27/2024 ORDER SHIPPED ALREADY

| BIG LOTS PO DATE | BIG LOTS PO NO. | BIG LOTS PO VERSON NO. | PO LAST REVISED DATE | BIG LOTS PO SHIP DATE | INVOICE DATE | INVOICE TOTAL AMOUNT $ | TERM | FOB | COMMENT | S/O |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/30/2024 | 95540497 | 4 | 9/10/2024 | 9/6/24-9/12/24 | 8/28/2024 | $ 3,778.00 | 2% NET 30 DAYS | CA, US | | 20941 |
| 10/30/2024 | 95660553 | 1 | 11/5/2024 | 11/29/24-12/5/24 | 12/6/2024 | $ 33,822.00 | NET 30 DAYS ROG | POE, CA | CASE DIP-24-11967 | 21034 |
| 10/30/2024 | 95660554 | 1 | 11/5/2024 | 11/29/24-12/5/24 | 12/6/2024 | $ 36,672.60 | NET 30 DAYS ROG | POE, CA | CASE DIP-24-11967 | 21035 |
| 10/30/2024 | 95660555 | 1 | 11/5/2024 | 11/29/24-12/5/24 | 12/6/2024 | $ 23,417.40 | NET 30 DAYS ROG | POE, CA | CASE DIP-24-11967 | 21036 |

| | |
|---|---|
| | $ 97,690.00 |
| tainer Demrrage Subcharge | $ 2,800.00 |



Customer Inquiry (HDI) 12/27/2024

Customer No. 10B6545
Name BIG LOTS STOTRES, LLC

1. Main | 2. Additional | 3. Statistics | 4. Summary | 5. History | 6. Invoices | 7. Transactions | 8. S/Os

| Date | Inv Due Date | Dis... | Amount | Discount | Balance | Customer PO No. | Comment | Terms |
|---|---|---|---|---|---|---|---|---|
| 6/2024 | 4/16/2024 | | 15,214.04 | 0.00 | 0.00 | 94941489 | TRANSFIX ON 02... | 67 |
| 6/2024 | 10/16/2024 | | 15,386.20 | 0.00 | 0.00 | 95540498 | J. B. HUNT ON 09... | 64 |
| 6/2024 | 10/16/2024 | | 15,925.00 | 0.00 | 0.00 | 95540497 | J. B. HUNT ON 09... | 64 |
| 7/2024 | 10/17/2024 | | 17,296.00 | 0.00 | 0.00 | 95540498 | J. B. HUNT ON 09... | 64 |
| 26/2024 | 10/26/2024 | | 17,754.40 | 0.00 | 0.00 | 95610240 | LANDSTAR ON 0... | 64 |
| 7/2024 | 10/17/2024 | | 17,883.00 | 0.00 | 0.00 | 95540497 | J. B. HUNT ON 09/... | 64 |
| 2/2024 | 4/12/2024 | | 19,717.16 | 0.00 | 0.00 | 94941493 | J. B. HUNT ON 02... | 67 |
| 4/2024 | 4/14/2024 | | 23,052.64 | 0.00 | 0.00 | 94941490 | J. B. HUNT ON 02... | 67 |
| 6/2024 | 4/16/2024 | | 23,360.16 | 0.00 | 0.00 | 94941491 | UBER FREIGHT O... | 67 |
| '6/2024 | 1/5/2025 | | 23,417.40 | 0.00 | 23,417.... | 95660555 | CICU6797095 ETA... | 31 |
| '6/2024 | 1/5/2025 | | 33,822.00 | 0.00 | 33,822.... | 95660553 | MULTIPLE CONT... | 31 |
| '6/2024 | 1/5/2025 | | 36,672.60 | 0.00 | 36,672.... | 95660554 | MULTIPLE CONT... | 31 |

| Trans Date | Trans Type | Trans Amount | Pay Date | Check No. | Payment Ref | Cr Card |
|---|---|---|---|---|---|---|
| 9/17/2024 | Invoice | 17,296.00 | | | | |
| 10/11/2024 | Payment | 16,950.08- | 10/11/2024 | 1502314786 | | |
| 10/11/2024 | Payment | 345.92- | 10/11/2024 | 1502314786 | DSCNT APPL | |

| Balance | Current | 30 Days | 45 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 97,690.00 | 93,912.00 | 0.00 | 0.00 | 0.00 | 3,778.00 |

OK

Customer Inquiry (HDI) 12/27/2024

Customer No. 10B6545
Name BIG LOTS STOTRES, LLC

1. Main | 2. Additional | 3. Statistics | 4. Summary | 5. History | 6. Invoices | 7. Transactions | 8. S/Os

| Number | Type | Order Date | Ship/Expire | Customer PO No. | Ship To | Order Amount | Last Inv/Or |
|---|---|---|---|---|---|---|---|
| 0008090 | Quote | 1/20/2011 | | | | 0.00 | |
| 0008091 | Quote | 1/20/2011 | 12/31/5999 | | | 0.00 | |
| 0009228 | Quote | 3/29/2012 | 5/15/2012 | | | 0.00 | |
| 0009414 | Quote | 6/13/2012 | 7/15/2012 | | | 0.00 | |
| 0010151 | Quote | 4/5/2013 | 10/31/2013 | | | 0.00 | |
| 0020958 | Standard | 10/16/2024 | 2/6/2025 | 95643797 | 0879 | 25,784.00 | |
| 0020959 | Standard | 8/8/2024 | 2/6/2025 | 95558537 | 0870 | 70,165.20 | |
| 0020960 | Standard | 8/8/2024 | 2/6/2025 | 95558538 | 0874 | 70,165.20 | |
| 0020961 | Standard | 8/8/2024 | 2/6/2025 | 95558539 | 0879 | 43,856.40 | |
| 0020962 | Standard | 9/11/2024 | 3/3/2025 | 95610243 | 0874 | 81,855.20 | |
| 0021047 | Standard | 11/14/2024 | 1/3/2025 | 95678063 | 0879 | 31,318.88 | |
| 0021049 | Standard | 11/20/2024 | 2/13/2025 | 95696535 | 0870 | 68,310.60 | |
| 0021050 | Standard | 11/20/2024 | 2/13/2025 | 95696536 | 0874 | 67,246.00 | |
| 0021051 | Standard | 11/20/2024 | 2/13/2025 | 95696537 | 0879 | 95,407.80 | |

Total Ordered 554,109.28

OK

BIG LOTS!

**PO #** **95660553**

| | |
|---|---|
| Date Created | 10/30/2024 |
| Version: | 1 |
| Buyer: | HARKER, SAVANNAH |
| Do Not Ship Before: | 11/29/2024 |
| Cancel if not Shipped by: | 12/05/2024 |
| Must be Routed by: | 11/24/2024 |
| Payment Terms: | Net 30 Days ROG |
| Freight Terms: | Collect |
| FOB: | POE , CA |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035

Telephone: 334-286-6633 Fax: 334-286-7024

BILL TO

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800 Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

ADDITIONAL COMMENTS

DIP 24-11967

Vendor Signature __________

Signee's Name __________

Title __________

Date __________

| Units | Vendor Cost |
|---|---|
| 796 | 33,822.00 |

VENDOR-COPY

# Invoice

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

**Invoice Number:** 0048412-IN
**Invoice Date:** 12/6/2024
**Order Number:** 0021034
**Order Date:** 10/30/2024
**Salesperson:** HOU
**Customer Number:** 10B6545

**Sold To:**
BIG LOTS STOTRES, LLC
4900 E. DUBLIN GRANVILLE RD,
CSC DISTRIBUTION, LLC
TEL: 614-278-6800
COLUMBUS, OH 43081-7651
**Confirm To:** HARKER, SAVANNAH

**Ship To:**
MONTHOMERY DC- #0870
CSC DISTRIBUTION, LLC.
2855 SELMA HWY
TEL: 334-286-6633
MONTGOMERY, AL 36108-5035

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 95660553 | WILL CALL | POE, CA | NET 30 DAYS ROG |

| Item Code | Description | Unit | Ordered Qty | Shipped Qty | Back Ordered | Unit Price USD$ | Total Amount USD$ |
|---|---|---|---|---|---|---|---|
| 20028 | STAND TABLE SET/2, IVORY MARBL | SET | 122 | 100 | 0 | 55.00 | 5,500.00 |
| | ZCSU7438386 PICKED UP 12/4/24 | | | | | | |
| 20028 | STAND TABLE SET/2, IVORY MARBL | SET | 22 | 22 | 0 | 55.00 | 1,210.00 |
| | ZCSU6828672 PICKED UP 12/4/24 | | | | | | |
| 16040S | STAND TABLE SET/2, IVORY MARBL | SET | 220 | 220 | 0 | 44.60 | 9,812.00 |
| | ZCSU7438386 PICKED UP 12/4/24 | | | | | | |
| 16011S | STAND TABLE SET/2, IVORY MARBL | SET | 220 | 220 | 0 | 44.60 | 9,812.00 |
| | ZCSU7438386 PICKED UP 12/4/24 | | | | | | |
| 16037 | ACCENT STAND SET/2, ROUND MIR | SET | 234 | 234 | 0 | 32.00 | 7,488.00 |
| | ZCSU6828672 PICKED UP 12/4/24 | | | | | | |

ADDITIONAL COMMENTS:
DIP 24-11967

Shipped by: MULTIPLE CONTAINERS ETA12/1/24
THANK YOU FOR YOUR ORDER
FINANCE CHARGE IS 1.5 % PER MONTH AFTER DUE DATE

| | |
|---|---|
| Net Invoice: | 33,822.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 33,822.00 |

BIG LOTS!

**PO #** **95660554**

| | |
|---|---|
| Date Created | 10/30/2024 |
| Version: | 1 |
| Buyer: | HARKER, SAVANNAH |
| Do Not Ship Before: | 11/29/2024 |
| Cancel if not Shipped by: | 12/05/2024 |
| Must be Routed by: | 11/24/2024 |
| Payment Terms: | Net 30 Days ROG |
| Freight Terms: | Collect |
| FOB: | POE , CA |

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848 Fax: 570-695-2862

BILL TO

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800 Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

ADDITIONAL COMMENTS

DIP 24-11967

Vendor Signature ______________________

Signee's Name ______________________

Title ______________________

Date ______________________

| Units | Vendor Cost |
|---|---|
| 863 | 36,672.60 |

VENDOR-COPY

# Invoice

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

**Invoice Number:** 0048413-IN
**Invoice Date:** 12/6/2024
**Order Number:** 0021035
**Order Date:** 10/30/2024
**Salesperson:** HOU
**Customer Number:** 10B6545

**Sold To:**
BIG LOTS STOTRES, LLC
4900 E. DUBLIN GRANVILLE RD,
CLOSEOUT DISTRIBUTION, LLC
TEL: 614-278-6800
COLUMBUS, OH 43081-7651
**Confirm To:** HARKER, SAVANNAH

**Ship To:**
TREMONT DC- #0874
CLOSEOUT DISTRUBUTION, LLC.
50 RAUSCH CREEK RD.
TEL: 570-695-2848
TREMONT, PA 17981-1734

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 95660554 | WILL CALL | POE, CA | NET 30 DAYS ROG |

| Item Code | Description | Unit | Ordered Qty | Shipped Qty | Back Ordered | Unit Price USD$ | Total Amount USD$ |
|---|---|---|---|---|---|---|---|
| 20028 | STAND TABLE SET/2, IVORY MARBL | SET | 133 | 66 | 0 | 55.00 | 3,630.00 |
| | SEGU5284193 PICKED UP 12/4/24 | | | | | | |
| 20028 | STAND TABLE SET/2, IVORY MARBL | SET | 67 | 67 | 0 | 55.00 | 3,685.00 |
| | ZCSU6828672 PICKED UP 12/4/24 | | | | | | |
| 16040S | STAND TABLE SET/2, IVORY MARBL | SET | 238 | 238 | 0 | 44.60 | 10,614.80 |
| | SEGU5284193 PICKED UP 12/4/24 | | | | | | |
| 16011S | STAND TABLE SET/2, IVORY MARBL | SET | 238 | 238 | 0 | 44.60 | 10,614.80 |
| | SEGU5284193 PICKED UP 12/4/24 | | | | | | |
| 16037 | ACCENT STAND SET/2, ROUND MIR | SET | 254 | 254 | 0 | 32.00 | 8,128.00 |
| | ZCSU6828672 PICKED UP 12/4/24 | | | | | | |

ADDITIONAL COMMENTS:
DIP 24-11967

Shipped by: MULTIPLE CONTAINERS ETA12/1/24
THANK YOU FOR YOUR ORDER
FINANCE CHARGE IS 1.5 % PER MONTH AFTER DUE DATE

| | |
|---|---|
| Net Invoice: | 36,672.60 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 36,672.60 |



**PO #** **95660555**

| | |
|---|---|
| Date Created | 10/30/2024 |
| Version: | 1 |
| Buyer: | HARKER, SAVANNAH |
| Do Not Ship Before: | 11/29/2024 |
| Cancel if not Shipped by: | 12/05/2024 |
| Must be Routed by: | 11/24/2024 |
| Payment Terms: | Net 30 Days ROG |
| Freight Terms: | Collect |
| FOB: | POE , CA |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100 Fax: 580-931-2197

BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800 Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

ADDITIONAL COMMENTS

DIP 24-11967

Vendor Signature ______________________

Signee's Name ______________________

Title ______________________

Date ______________________

| Units | Vendor Cost |
|---|---|
| 551 | 23,417.40 |

VENDOR-COPY

# Invoice

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

**Invoice Number:** 0048414-IN
**Invoice Date:** 12/6/2024
**Order Number:** 0021036
**Order Date:** 10/30/2024
**Salesperson:** HOU
**Customer Number:** 10B6545

**Sold To:**
BIG LOTS STOTRES, LLC
4900 E. DUBLIN GRANVILLE RD,
DURANT DC, LLC
TEL: 614-278-6800
COLUMBUS, OH 43081-7651
**Confirm To:** HARKER, SAVANNAH

**Ship To:**
DURANT DC- #0879
DURANT DC, LLC
2306 ENTERPRISE DR.
TEL: 580-931-2100
DURANT, OK 74701-1964

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 95660555 | WILL CALL | POE, CA | NET 30 DAYS ROG |

| Item Code | Description | Unit | Ordered Qty | Shipped Qty | Back Ordered | Unit Price USD$ | Total Amount USD$ |
|---|---|---|---|---|---|---|---|
| 20028 | STAND TABLE SET/2, IVORY MARBL | SET | 85 | 85 | 0 | 55.00 | 4,675.00 |
| | CICU6797095 PICKED UP 12/5/24 | | | | | | |
| 16040S | STAND TABLE SET/2, IVORY MARBL | SET | 152 | 152 | 0 | 44.60 | 6,779.20 |
| | CICU6797095 PICKED UP 12/5/24 | | | | | | |
| 16011S | STAND TABLE SET/2, IVORY MARBL | SET | 152 | 152 | 0 | 44.60 | 6,779.20 |
| | CICU6797095 PICKED UP 12/5/24 | | | | | | |
| 16037 | ACCENT STAND SET/2, ROUND MIR | SET | 162 | 162 | 0 | 32.00 | 5,184.00 |
| | CICU6797095 PICKED UP 12/5/24 | | | | | | |

ADDITIONAL COMMENTS:
DIP 24-11967

Shipped by: CICU6797095 ETA 12/1/24
THANK YOU FOR YOUR ORDER
FINANCE CHARGE IS 1.5 % PER MONTH AFTER DUE DATE

| | |
|---|---|
| Net Invoice: | 23,417.40 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 23,417.40 |

RETURN FORM TO JOE RIGGS & JRIGGS@BIGLOTS.CC BRUFF@BIGLOTS.COM

| PO Numbers | Mother Vessel Name | Mother Vessel Voyage | POL | POL ETD/ATD | POD | POD ETA | OUT GATE POD | EMPTY RETURN | END FREE TIME |
|---|---|---|---|---|---|---|---|---|---|
| 95660555 | ZIM PELICAN | 2E | XIAMEN | 11/13/2024 | LOS ANGELES, CA | 12/1/2024 | 12/5/2024 | 12/26/2024 | 12/18/2024 |
| 95660553 | ZIM PELICAN | 2E | XIAMEN | 11/13/2024 | LOS ANGELES, CA | 12/1/2024 | 12/4/2024 | 12/26/2024 | 12/17/2024 |
| 95660554 | ZIM PELICAN | 2E | XIAMEN | 11/13/2024 | LOS ANGELES, CA | 12/1/2024 | 12/4/2024 | 12/26/2024 | 12/17/2024 |
| | | | | | | | | | |
| 660553 & 956605 | ZIM PELICAN | 2E | XIAMEN | 11/13/2024 | LOS ANGELES, CA | 12/1/2024 | 12/4/2024 | 12/17/2024 | 12/17/2024 |



ZIM

Zim American Integrated Shipping Services Co., LLC
as Agent for Zim Integrated Shipping Services Ltd.
4425 ZIM Way
Virginia Beach, VA 23462-3462
Tel: 757-228-1300, Fax: 757-228-1400

INTERGLOBO NORTH AMERICA (NJ)
PLS SEND ALL A/N'S VIA E-MAIL ONLY
miaimports@interglobo.com
2 COLONY ROAD
JERSEY CITY NJ 07305
Payer Code: USINGLB

## Final invoice DLAX1670131484

Debit

| | |
|---|---|
| Invoice date | Dec 28, 2024 |
| Client code | USINGLB |
| Client name | INTERGLOBO NORTH AMERICA (NJ) |
| Payment due date | Dec 28, 2024 |

ZIM EXPEDITED SERVICE (ZEX)

**DETENTION - IMPORT** **BL: ZIMUXIA8437571** **VVL: ZIM PELICAN/002/W** **Place of Delivery USLAX**

| Container No / Chassis | Type | Free Time Start Date | End Free Time | Start Calculation Date | End Calculation Date | Total Days | Free Days | Excluded Days | Previous invoices Amount | Due Days | Calculated Amount | Discount Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEGU5284193 / HDMZ502610 | HC40 | Dec 4, 2024 | Dec 17, 2024 | Dec 18, 2024 | Dec 26, 2024 | 23 | 10 | 7 | | 6 | 1,000 | 0.00 |

Excluded Days Dates: 12/07/2024, 12/08/2024, 12/14/2024, 12/15/2024, 12/21/2024, 12/22/2024, 12/25/2024

Imports:
Container Available - 12/04/2024

| Chargeable period calendar: | Free days period calendar: |
|---|---|
| **Business Days** | **Business Days** |

Demurrage Rule:
ZIMU-136 / Rule: 5 / Contract: 7110205330

| Level | Days | Amount Per Day |
|---|---|---|
| 1 | 1-10 | Free Time |
| 2 | 11-14 | 150.00 |
| 3 | 15-18 | 200.00 |
| 4 | 19+ | 220.00 |

## Totals:

| | |
|---|---|
| Calculated Amount | 1,000.00 |
| **Final amount** | 1,000.00 USD |

To expedite the release of your shipping document(s) and allow accurate application of funds, please ensure the below mandatory information is included on your Wire/ACH and remittance details to ZIM Accounts Receivable team at

**NEWSTAR AGENCIES SDN BHD**
**Company No.: 200601021610 (741363-H)**
**SST No.: B10-2403-32000245**

Authorized signature



**ZIM**

**Zim American Integrated Shipping Services Co., LLC**
**as Agent for Zim Integrated Shipping Services Ltd.**
**4425 ZIM Way**
**Virginia Beach, VA 23462-3462**
**Tel: 757-228-1300, Fax: 757-228-1400**

INTERGLOBO NORTH AMERICA (NJ)
PLS SEND ALL A/N'S VIA E-MAIL ONLY
miaimports@interglobo.com
2 COLONY ROAD
JERSEY CITY NJ 07305
Payer Code: USINGLB

## Final invoice DLAX1670131475

Debit

| | |
|---|---|
| Invoice date | Dec 28, 2024 |
| Client code | USINGLB |
| Client name | INTERGLOBO NORTH AMERICA (NJ) |
| Payment due date | Dec 28, 2024 |

ZIM EXPEDITED SERVICE (ZEX)

**DETENTION - IMPORT** **BL: ZIMUXIA8437571** **VVL: ZIM PELICAN/002/W** **Place of Delivery USLAX**

| Container No | Type | Free Time Start Date | End Free Time | Start Calculation Date | End Calculation Date | Total Days | Free Days | Excluded Days | Previous invoices Amount | Due Days | Calculated Amount | Discount Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZCSU7438386 | HC40 | Dec 4, 2024 | Dec 17, 2024 | Dec 18, 2024 | Dec 26, 2024 | 23 | 10 | 7 | | 6 | 1,000 | 0.00 |

Excluded Days Dates: 12/07/2024, 12/08/2024, 12/14/2024, 12/15/2024, 12/21/2024, 12/22/2024, 12/25/2024

Imports:
Container Available - 12/04/2024

| Chargeable period calendar: | Free days period calendar: |
|---|---|
| **Business Days** | **Business Days** |

Demurrage Rule:
ZIMU-136 / Rule: 5 / Contract: 7110205330

| Level | Days | Amount Per Day |
|---|---|---|
| 1 | 1-10 | Free Time |
| 2 | 11-14 | 150.00 |
| 3 | 15-18 | 200.00 |
| 4 | 19+ | 220.00 |

## Totals:

| | |
|---|---|
| Calculated Amount | 1,000.00 |
| **Final amount** | 1,000.00 USD |

To expedite the release of your shipping document(s) and allow accurate application of funds, please ensure the below mandatory information is included on your Wire/ACH and remittance details to ZIM Accounts Receivable team at

**NEWSTAR AGENCIES SDN BHD**
**Company No.: 200601021610 (741363-H)**
**SST No.: B10-2403-32000245**

Authorized signature

Int.Ref.Doc 7074806706



ZIM

**Zim American Integrated Shipping Services Co., LLC**
**as Agent for Zim Integrated Shipping Services Ltd.**
**4425 ZIM Way**
**Virginia Beach, VA 23462-3462**
**Tel: 757-228-1300, Fax: 757-228-1400**

INTERGLOBO NORTH AMERICA (NJ)
PLS SEND ALL A/N'S VIA E-MAIL ONLY
miaimports@interglobo.com
2 COLONY ROAD
JERSEY CITY NJ 07305

Payer Code: USINGLB

## Final invoice DLAX1670131470

Debit

| | |
|---|---|
| Invoice date | Dec 28, 2024 |
| Client code | USINGLB |
| Client name | INTERGLOBO NORTH AMERICA (NJ) |
| Payment due date | Dec 28, 2024 |

ZIM EXPEDITED SERVICE (ZEX)

**DETENTION - IMPORT** **BL: ZIMUXIA8437571** **VVL: ZIM PELICAN/002/W** **Place of Delivery USLAX**

| Container No | Type | Free Time Start Date | End Free Time | Start Calculation Date | End Calculation Date | Total Days | Free Days | Excluded Days | Previous invoices Amount | Due Days | Calculated Amount | Discount Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CICU6797095 | HC40 | Dec 5, 2024 | Dec 18, 2024 | Dec 19, 2024 | Dec 26, 2024 | 22 | 10 | 7 | | 5 | 800 | 0.00 |

Excluded Days Dates: 12/07/2024, 12/08/2024, 12/14/2024, 12/15/2024, 12/21/2024, 12/22/2024, 12/25/2024

Imports:
Container Available - 12/05/2024

| Chargeable period calendar: | Free days period calendar: |
|---|---|
| **Business Days** | **Business Days** |

Demurrage Rule:
ZIMU-136 / Rule: 5 / Contract: 7110205330

| Level | Days | Amount Per Day |
|---|---|---|
| 1 | 1-10 | Free Time |
| 2 | 11-14 | 150.00 |
| 3 | 15-18 | 200.00 |
| 4 | 19+ | 220.00 |

**Totals:**

| | |
|---|---|
| Calculated Amount | 800.00 |
| **Final amount** | 800.00 USD |

To expedite the release of your shipping document(s) and allow accurate application of funds, please ensure the below mandatory information is included on your Wire/ACH and remittance details to ZIM Accounts Receivable team at

**NEWSTAR AGENCIES SDN BHD**
**Company No.: 200601021610 (741363-H)**
**SST No.: B10-2403-32000245**

Authorized signature

Int.Ref.Doc 7074806685

# Invoice

Page:

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

Invoice Number: 0048333-IN
Invoice Date: 8/28/2024
Order Number: 0020941
Order Date: 7/30/2024
Salesperson: HOU
Customer Number: 10B6545

Sold To:
CSC DISTRIBUTION, LLC
4900 E. DUBLIN GRANVILLE RD,
COLUMBUS, OH 43081-7651

Ship To:
MONTGOMERY DC-#0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY, AL 36108-5035

Confirm To: MERRIMAN, SAVANNAH

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 95540497 | WILL CALL | LA VERNE CA | 2% NET 30 DAYS |

| Item Code | Description | Unit | Ordered Qty | Shipped Qty | Back Ordered | Unit Price USD$ | Total Amount USD$ |
|---|---|---|---|---|---|---|---|
| 22161 | CONSOLE TABLE SET/2, WOODEN BO | SET | 59 | 59 | 0 | 38.00 | 2,242.00 |
| 22230 | STAND TABLE SET/2, PATCH WOOD | SET | 64 | 64 | 0 | 24.00 | 1,536.00 |

TOTALLY 91 CASES ON 8 PALLETS/G.W. 2231 LBS/712 CUFT/123 UNITS
SHIPMENT #828080
LOAD #48683584

Shipped by: C H ROBINSON ON 08/29/24
THANK YOU FOR YOUR ORDER
FINANCE CHARGE IS 1.5 % PER MONTH AFTER DUE DATE

| | |
|---|---|
| Net Invoice: | 3,778.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 3,778.00 |

Date: 08/26/2024 8/29/24 @ 9:00 am

# BILL OF LADING

Page 1

**SHIP FROM**

Name: HomeView Design., Inc.
Address: 1775 Curtiss Ct
City/State/Zip: La Verne CA 91750
SID# 828080
FOB ☐

Bill of Lading Number: 828080

LOAD #- 48685584

**SHIP TO**

Name: Big Lots Montgomery DC - Location #: #0870
Address: 2955 Selma Hwy
City/State/Zip: Montgomery AL 36108
CID#: [illegible]
FOB ☐

CARRIER NAME: CH ROBINSON LTL
Trailer number:
Seal number(s): 074897
SCAC: RBCL
Pro number: 1651192893

(9012K)RBCL1651192893

**THIRD PARTY FREIGHT CHARGES BILL TO**

Name: CH LTL
Address: 14800 Charlson Road, Suite 2100
City/State/Zip: Eden Prairie, MN 55347

SPECIAL INSTRUCTIONS:

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

Prepaid ☐ Collect ☒ 3rdParty ☐

☐ (check box) Master Bill of Lading: with attached underlying Bills of Lading

**Customer Order Info**

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 0025540497 | 8 | 2,231 | N | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| GRAND TOTAL | 8 | 2231 | | |

**CARRIER INFORMATION**

| HANDLING UNIT QTY | HANDLING UNIT TYPE | PACKAGE QTY | PACKAGE TYPE | WEIGHT | H.M. | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to* | LTL ONLY NMFC | LTL ONLY CLASS |
|---|---|---|---|---|---|---|---|---|
| 8 | Pcs | 8 | Pcs | | | | | |
| 8 | | 8 | | 2231 | | GRAND TOTAL | | 85 |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ______ per ______

COD Amount: $
Fee Terms: Collect: ☐ Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature [signature]

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

[signature] 8-29-24

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☑ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

1/15/2025 PO NOT SHIPPED YET

| BIG LOTS PO DATE | BIG LOTS PO NO. | PO VERSON NO. | BIG LOTS PO REVISED DATE | DIP NO. | BIG LOTS PO SHIP DATE | BIG LOTS PO CANCEL DATE | BIG LOTS PO AMOUNT | W SALES ORDER | TERM | FOB |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2024 | 95643797 | 1 | 11/5/2024 | CASE 24-11967 | 1/31/2025 | 2/6/2025 | $ 25,784.00 | 20958 | 2% NET 30 DAYS | POE LGB, CA |
| 8/8/2024 | 95558537 | 3 | 11/5/2024 | CASE 24-11967 | 1/31/2025 | 2/6/2025 | $ 70,165.20 | 20959 | 2% NET 30 DAYS | POE LGB, CA |
| 8/8/2024 | 95558538 | 3 | 11/5/2024 | CASE 24-11967 | 1/31/2025 | 2/6/2025 | $ 70,165.20 | 20960 | 2% NET 30 DAYS | POE LGB, CA |
| 8/8/2024 | 95558539 | 4 | 11/5/2024 | CASE 24-11967 | 1/31/2025 | 2/6/2025 | $ 43,856.40 | 20961 | 2% NET 30 DAYS | POE LGB, CA |
| 9/11/2024 | 95610243 | 2 | 12/11/2024 | CASE 24-11967 | 2/24/2025 | 3/3/2025 | $ 81,855.20 | 20962 | 2% NET 30 DAYS | POE LGB, CA |
| 11/14/2024 | 95678063 | 3 | 12/6/2024 | CASE DIP-24-11967 | 12/30/2024 | 1/3/2025 | $ 31,318.88 | 21047 | NET 30 DAYS ROG | LA VERNE, CA |
| 11/20/2024 | 95696535 | 2 | 12/9/2024 | CASE DIP-24-11967 | 2/7/2025 | 2/13/2025 | $ 68,310.60 | 21049 | NET 30 DAYS ROG | POE, CA |
| 11/20/2024 | 95696536 | 2 | 12/9/2024 | CASE DIP-24-11967 | 2/7/2025 | 2/13/2025 | $ 67,246.00 | 21050 | NET 30 DAYS ROG | POE, CA |
| 11/20/2024 | 95696537 | 2 | 12/9/2024 | CASE DIP-24-11967 | 2/7/2025 | 2/132025 | $ 95,407.80 | 21051 | NET 30 DAYS ROG | POE, CA |

$ 554,109.28

1/15/2025 PO NOT SHIPPED YET

| BIG LOTS PO DATE | BIG LOTS PO NO. | BIG LOTS PO VERSON NO. | BIG LOTS PO REVISED DATE | DIP NO. | BIG LOTS PO SHIP DATE | BIG LOTS PO CANCEL DATE | BIG LOTS PO AMOUNT | HOMEVIEW SALES ORDER NO. | TERM | FOB |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2024 | 95643797 | 1 | 11/5/2024 | CASE 24-11967 | 1/31/2025 | 2/6/2025 | $ 25,784.00 | 20958 | 2% NET 30 DAYS | POE LGB, CA |
| 8/8/2024 | 95558537 | 3 | 11/5/2024 | CASE 24-11967 | 1/31/2025 | 2/6/2025 | $ 70,165.20 | 20959 | 2% NET 30 DAYS | POE LGB, CA |
| 8/8/2024 | 95558538 | 3 | 11/5/2024 | CASE 24-11967 | 1/31/2025 | 2/6/2025 | $ 70,165.20 | 20960 | 2% NET 30 DAYS | POE LGB, CA |
| 8/8/2024 | 95558539 | 4 | 11/5/2024 | CASE 24-11967 | 1/31/2025 | 2/6/2025 | $ 43,856.40 | 20961 | 2% NET 30 DAYS | POE LGB, CA |
| 9/11/2024 | 95610243 | 2 | 12/11/2024 | CASE 24-11967 | 2/24/2025 | 3/3/2025 | $ 81,855.20 | 20962 | 2% NET 30 DAYS | POE LGB, CA |
| 11/14/2024 | 95678063 | 3 | 12/6/2024 | CASE DIP-24-11967 | 12/30/2024 | 1/3/2025 | $ 31,318.88 | 21047 | NET 30 DAYS ROG | LA VERNE, CA |
| 11/20/2024 | 95696535 | 2 | 12/9/2024 | CASE DIP-24-11967 | 2/7/2025 | 2/13/2025 | $ 68,310.60 | 21049 | NET 30 DAYS ROG | POE, CA |
| 11/20/2024 | 95696536 | 2 | 12/9/2024 | CASE DIP-24-11967 | 2/7/2025 | 2/13/2025 | $ 67,246.00 | 21050 | NET 30 DAYS ROG | POE, CA |
| 11/20/2024 | 95696537 | 2 | 12/9/2024 | CASE DIP-24-11967 | 2/7/2025 | 2/13/2025 | $ 95,407.80 | 21051 | NET 30 DAYS ROG | POE, CA |

$ 554,109.28



**PO # 95610243**

Date Created: 09/11/2024
Version: 2
Buyer: HARKER, SAVANNAH
Do Not Ship Before: 02/24/2025
Cancel if not Shipped by: 03/03/2025
Must be Routed by: 02/03/2025
Payment Terms: 2% Net 30 Days
Freight Terms: Collect
FOB: POE , CA

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848 Fax: 570-695-2862

BILL TO

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800 Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

## ADDITIONAL COMMENTS

PO replaces :0095558540; Ship only these quantities under the new PO.

Case 24-11967

Vendor Signature ______________________

Signee's Name ______________________

Title ______________________

Date ______________________

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 1,916 | 187,268.64 | 81,855.20 | 56.290 |

OFFICE-COPY

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

0020962
9/11/2024

HOU
10B6545

CLOSEOUT DISTRIBUTION, LLC
4900 E. DUBLIN GRANVILLE RD,
TEL: 614-278-6800
REMARKS: CASE 24-11967
COLUMBUS, OH 43081-7651

TREMONT DC- #0874
CLOSEOUT DISTRUBUTION, LLC.
50 RAUSCH CREEK RD.
TEL: 570-695-2848
TREMONT, PA 17981-1734

MERRIMAN, SAVANNAH

95610243 BEST POE LGB, CA 2% NET 30 DAYS

| | | | | | | |
|---|---|---|---|---|---|---|
| 21901 | PC | 348 | 0 | 0 | 21.20 | 7,377.60 |
| TABLE STAND MARBLE ON GOLDEN W | | **Whse:** 500 | | | | |
| 21901S | PC | 348 | 0 | 0 | 21.20 | 7,377.60 |
| TABLE STAND MARBLE ON SILVER G | | **Whse:** 500 | | | | |
| 20028 | SET | 307 | 0 | 0 | 55.00 | 16,885.00 |
| STAND TABLE SET/2, IVORY MARBL | | **Whse:** 500 | | | | |
| 20028S | SET | 307 | 0 | 0 | 55.00 | 16,885.00 |
| STAND TABLE SET/2, IVORY MARBL | | **Whse:** 500 | | | | |
| 20029 | SET | 303 | 0 | 0 | 55.00 | 16,665.00 |
| STAND TABLE SET/2, IVORY MARBL | | **Whse:** 500 | | | | |
| 20029B | SET | 303 | 0 | 0 | 55.00 | 16,665.00 |
| STAND TABLE SET/2, IVORY MARBL | | **Whse:** 500 | | | | |

REMARKS: PO REPLACES: 95558540; SHIP ONLY THESE QUANTITIES UNDER THE NEW PO.

REMARKS: CASE 24-11967

* REMARKS: UPDATED BIG LOTS PO SHIP/CANCEL DATE version 2:
* DO NOT SHIP BEFORE 2/24/205; CANCEL IF NOT SHIPPED BY: 3/3/2025
* MUST BE ROUTED BY: 2/3/2025

THANKS!

| | |
|---|---|
| Net Order: | 81,855.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 81,855.20 |

BIG LOTS!

**PO # 95558537**

| | |
|---|---|
| Date Created | 08/08/2024 |
| Version: | 2 |
| Buyer: | MERRIMAN, SAVANNAH |
| Do Not Ship Before: | 12/06/2024 |
| Cancel if not Shipped by: | 12/12/2024 |
| Must be Routed by: | 12/01/2024 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE , CA |

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035

Telephone: 334-286-6633 Fax: 334-286-7024

BILL TO

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800 Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

ADDITIONAL COMMENTS

Case 24-11967

Vendor Signature ______________________

Signee's Name ______________________

Title ______________________

Date ______________________

| Units | Vendor Cost |
|---|---|
| 1,642 | 70,165.20 |

VENDOR-COPY

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

0020959
8/8/2024

HOU
10B6545

CSC DISTRIBUTION, LLC
4900 E. DUBLIN GRANVILLE RD,
TEL: 614-278-6800
REMARKS: CASE 24-11967
COLUMBUS, OH 43081-7651

MONTHOMERY DC- #0870
CSC DISTRIBUTION, LLC.
2855 SELMA HWY
TEL: 334-286-6633
MONTGOMERY, AL 36108-5035

MERRIMAN, SAVANNAH

95558537 BEST POE, LGB, CA 2% NET 30 DAYS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21901 | PC | 298 | | 0 | 0 | 21.20 | 6,317.60 |
| TABLE STAND MARBLE ON GOLDEN W | | | Whse: 500 | | | | |
| 21901S | PC | 298 | | 0 | 0 | 21.20 | 6,317.60 |
| TABLE STAND MARBLE ON SILVER G | | | Whse: 500 | | | | |
| 20028 | SET | 263 | | 0 | 0 | 55.00 | 14,465.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |
| 20028S | SET | 263 | | 0 | 0 | 55.00 | 14,465.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |
| 20029 | SET | 260 | | 0 | 0 | 55.00 | 14,300.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |
| 20029B | SET | 260 | | 0 | 0 | 55.00 | 14,300.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |

REMARKS: CASE 24-11967

REMARKS: UPDATED BIG LOTS PO SHIP/CANCEL DATE

THANKS!

| | |
|---|---|
| Net Order: | 70,165.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 70,165.20 |



**PO #** **95643797**

Date Created: 10/16/2024
Version: 0
Buyer: MERRIMAN, SAVANNAH
Do Not Ship Before: 12/06/2024
Cancel if not Shipped by: 12/12/2024
Must be Routed by: 12/01/2024
Payment Terms: 2% Net 30 Days
Freight Terms: Collect
FOB: POE , CA

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100 Fax: 580-931-2197

BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800 Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

ADDITIONAL COMMENTS

PO replaces :0095558536; Ship only these quantities under the new PO.

Case 24-11967

Vendor Signature ______________________

Signee's Name ______________________

Title ______________________

Date ______________________

| Units | Vendor Cost |
|---|---|
| 604 | 25,784.00 |

VENDOR-COPY

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

0020958
10/16/2024

HOU
10B6545

DURANT DC, LLC
4900 E. DUBLIN GRANVILLE RD,
TEL: 614-278-6800
REMARK: CASE 24-11967
COLUMBUS, OH 43081-7651

DURANT DC- #0879
DURANT DC, LLC
2306 ENTERPRISE DR.
DURANT, OK 74701-1964

MERRIMAN, SAVANNAH

95643797 BEST POE LGB, CA 2% NET 30 DAYS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21901 | PC | 110 | | 0 | 0 | 21.20 | 2,332.00 |
| TABLE STAND MARBLE ON GOLDEN W | | | Whse: 500 | | | | |
| 21901S | PC | 110 | | 0 | 0 | 21.20 | 2,332.00 |
| TABLE STAND MARBLE ON SILVER G | | | Whse: 500 | | | | |
| 20028 | SET | 97 | | 0 | 0 | 55.00 | 5,335.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |
| 20028S | SET | 97 | | 0 | 0 | 55.00 | 5,335.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |
| 20029 | SET | 95 | | 0 | 0 | 55.00 | 5,225.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |
| 20029B | SET | 95 | | 0 | 0 | 55.00 | 5,225.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |

REMARKS: PO REPLACES 95558536; SHIP ONLY THESE QUANTITIES UNDER THE NEW PO

REMARKS: CASE 24-11967

REMARKS: UPDATED BIG LOTS PO SHIP/CANCEL DATE

THANKS!

| | |
|---|---|
| Net Order: | 25,784.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 25,784.00 |

BIG LOTS!

**PO #** **95558539**

| | |
|---|---|
| Date Created | 08/08/2024 |
| Version: | 2 |
| Buyer: | MERRIMAN, SAVANNAH |
| Do Not Ship Before: | 12/06/2024 |
| Cancel if not Shipped by: | 12/12/2024 |
| Must be Routed by: | 12/01/2024 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE , CA |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100 Fax: 580-931-2197

BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800 Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

ADDITIONAL COMMENTS

Case 24-11967

Vendor Signature ______________________

Signee's Name ______________________

Title ______________________

Date ______________________

| Units | Vendor Cost |
|---|---|
| 1,026 | 43,856.40 |

VENDOR-COPY

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

0020961
8/8/2024

HOU
10B6545

DURANT DC, LLC
4900 E. DUBLIN GRANVILLE RD,
TEL: 614-278-6800
REMARKS: CASE 24-11967
COLUMBUS, OH 43081-7651

DURANT DC- #0879
DURANT DC, LLC
2306 ENTERPRISE DR.
TEL: 580-931-2100
DURANT, OK 74701-1964

MERRIMAN, SAVANNAH

95558539 BEST POE LGB, CA 2% NET 30 DAYS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21901 | PC | 186 | | 0 | 0 | 21.20 | 3,943.20 |
| TABLE STAND MARBLE ON GOLDEN W | | | Whse: 500 | | | | |
| 21901S | PC | 186 | | 0 | 0 | 21.20 | 3,943.20 |
| TABLE STAND MARBLE ON SILVER G | | | Whse: 500 | | | | |
| 20028 | SET | 165 | | 0 | 0 | 55.00 | 9,075.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |
| 20028S | SET | 165 | | 0 | 0 | 55.00 | 9,075.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |
| 20029 | SET | 162 | | 0 | 0 | 55.00 | 8,910.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |
| 20029B | SET | 162 | | 0 | 0 | 55.00 | 8,910.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |

REMARKS: CASE 24-11967

REMARKS: UPDATED BIG LOTS PO SHIP/CANCEL DATE

THANKS!

| | |
|---|---|
| Net Order: | 43,856.40 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 43,856.40 |

BIG LOTS!

**PO #** **95558538**

| | |
|---|---|
| Date Created | 08/08/2024 |
| Version: | 2 |
| Buyer: | MERRIMAN, SAVANNAH |
| Do Not Ship Before: | 12/06/2024 |
| Cancel if not Shipped by: | 12/12/2024 |
| Must be Routed by: | 12/01/2024 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE , CA |

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848 Fax: 570-695-2862

BILL TO

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800 Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

ADDITIONAL COMMENTS

Case 24-11967

Vendor Signature ____________________

Signee's Name ____________________

Title ____________________

Date ____________________

| Units | Vendor Cost |
|---|---|
| 1,642 | 70,165.20 |

VENDOR-COPY

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

0020960
8/8/2024

HOU
10B6545

CLOSEOUT DISTRIBUTION, LLC
4900 E. DUBLIN GRANVILLE RD,
TEL: 614-278-6800
REMARKS: CASE 24-11967
COLUMBUS, OH 43081-7651

TREMONT DC- #0874
CLOSEOUT DISTRUBUTION, LLC.
50 RAUSCH CREEK RD.
TEL: 570-695-2848
TREMONT, PA 17981-1734

MERRIMAN, SAVANNAH

| 95558538 | BEST | POE LGB, CA | 2% NET 30 DAYS |
|---|---|---|---|

| Item | Unit | Qty | Whse | | | Price | Amount |
|---|---|---|---|---|---|---|---|
| 21901 | PC | 298 | | 0 | 0 | 21.20 | 6,317.60 |
| TABLE STAND MARBLE ON GOLDEN W | | | Whse: 500 | | | | |
| 21901S | PC | 298 | | 0 | 0 | 21.20 | 6,317.60 |
| TABLE STAND MARBLE ON SILVER G | | | Whse: 500 | | | | |
| 20028 | SET | 263 | | 0 | 0 | 55.00 | 14,465.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |
| 20028S | SET | 263 | | 0 | 0 | 55.00 | 14,465.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |
| 20029 | SET | 260 | | 0 | 0 | 55.00 | 14,300.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |
| 20029B | SET | 260 | | 0 | 0 | 55.00 | 14,300.00 |
| STAND TABLE SET/2, IVORY MARBL | | | Whse: 500 | | | | |

REMARKS: CASE 24-11967

REMARKS: UPDATED BIG LOTS PO SHIP/CANCEL DATE

THANKS!

| | |
|---|---|
| Net Order: | 70,165.20 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 70,165.20 |

BIG LOTS!

**PO #** **95696535**

Date Created: 11/20/2024
Version: 0
Buyer: MASON, KAYLA
Do Not Ship Before: 02/07/2025
Cancel if not Shipped by: 02/13/2025
Must be Routed by: 02/02/2025
Payment Terms: Net 30 Days ROG
Freight Terms: Collect
FOB: POE , CA

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035

Telephone: 334-286-6633 Fax: 334-286-7024

BILL TO

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800 Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

ADDITIONAL COMMENTS

DIP 24-11967

Vendor Signature ______________________

Signee's Name ______________________

Title ______________________

Date ______________________

| Units | Vendor Cost |
|---|---|
| 1,780 | 68,393.00 |

VENDOR-COPY

Print Date: 12/09/2024
Page 1 of 1

# HomeView Design, Inc.

## SALES ORDER

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

ORDER NUMBER: 0021049
ORDER DATE: 11/20/2024
SALESPERSON: HOU
CUSTOMER NO: 10B6545

Sold To:
BIG LOTS STOTRES, LLC
4900 E. DUBLIN GRANVILLE RD,
CSC DISTRIBUTION, LLC
COLUMBUS, OH 43081-7651
CONTACT: MASON, KAYLA
TEL: 614-278-6800

Ship To:
MONTHOMERY DC- #0870
CSC DISTRIBUTION, LLC.
2855 SELMA HWY
MONTGOMERY, AL 36108-5035
TEL: 334-286-6633

Ship Date
02/07/2025

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | Cancel Date |
|---|---|---|---|---|
| 95696535 | BEST | POE, CA | NET 30 DAYS ROG | 02/13/2025 |

| ITEM NO | DESCRIPTION | WHSE | ORDERED | UNIT | SHIPPED | B / O | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22579 | ACCENT STAND C-FOLD SET/3, TIL | 500 | 380 | SET | 0 | 0 | $41.20 | $15,656.00 |
| | # 22579 CASE PACK: 2 SET/CTN | | | | | | | |
| 22573 | ACCENT STAND COFFEE TABLE ROUN | 500 | 330 | PC | 0 | 0 | $38.60 | $12,738.00 |
| 22574 | ACCENT STAND TABLE ROUND BOARD | 500 | 400 | PC | 0 | 0 | $27.00 | $10,800.00 |
| 22576 | ACCENT STAND SET/3, WOODEN BOA | 500 | 305 | SET | 0 | 0 | $50.00 | $15,250.00 |
| 22577 | ACCENT STAND SET/2, WOODEN BOA | 500 | 363 | SET | 0 | 0 | $38.20 | $13,866.60 |

ADDITIONAL COMMENTS:
1) CASE NO.: DIP 24-11967

SHIPPED BY: Case no. DIP 24-11967
***Accepted By:*** ______________________________

THANK YOU FOR YOUR ORDER!

| | |
|---|---|
| NET ORDER: | $68,310.60 |
| LESS DISCOUNT: | $0.00 |
| FREIGHT: | $0.00 |
| **ORDER TOTAL:** | $68,310.60 |



**PO #** **95696536**

| | |
|---|---|
| Date Created | 11/20/2024 |
| Version: | 0 |
| Buyer: | MASON, KAYLA |
| Do Not Ship Before: | 02/07/2025 |
| Cancel if not Shipped by: | 02/13/2025 |
| Must be Routed by: | 02/02/2025 |
| Payment Terms: | Net 30 Days ROG |
| Freight Terms: | Collect |
| FOB: | POE , CA |

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734

Telephone: 570-695-2848 Fax: 570-695-2862

BILL TO

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800 Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

ADDITIONAL COMMENTS

DIP 24-11967

Vendor Signature __________

Signee's Name __________

Title __________

Date __________

| Units | Vendor Cost |
|---|---|
| 1,749 | 67,204.80 |

VENDOR-COPY

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

0021050
11/20/2024

HOU
10B6545

BIG LOTS STOTRES, LLC
4900 E. DUBLIN GRANVILLE RD,
CLOSEOUT DISTRIBUTION, LLC
TEL: 614-278-6800
COLUMBUS, OH 43081-7651

TREMONT DC- #0874
CLOSEOUT DISTRUBUTION, LLC.
50 RAUSCH CREEK RD.
TEL: 570-695-2848
TREMONT, PA 17981-1734

MASON, KAYLA

| 95696536 | BEST | POE, CA | NET 30 DAYS ROG |
|---|---|---|---|

| Item | Unit | Qty | Whse | | | Price | Amount |
|---|---|---|---|---|---|---|---|
| 22579<br>ACCENT STAND C-FOLD SET/3, TIL<br># 22579 CASE PACK: 2 SET/CTN | SET | 376 | **Whse:** 500 | 0 | 0 | 41.20 | 15,491.20 |
| 22573<br>ACCENT STAND COFFEE TABLE ROUN | PC | 324 | **Whse:** 500 | 0 | 0 | 38.60 | 12,506.40 |
| 22574<br>ACCENT STAND TABLE ROUND BOARD | PC | 393 | **Whse:** 500 | 0 | 0 | 27.00 | 10,611.00 |
| 22576<br>ACCENT STAND SET/3, WOODEN BOA | SET | 300 | **Whse:** 500 | 0 | 0 | 50.00 | 15,000.00 |
| 22577<br>ACCENT STAND SET/2, WOODEN BOA | SET | 357 | **Whse:** 500 | 0 | 0 | 38.20 | 13,637.40 |

ADDITIONAL COMMENTS:
1) CASE NO.: DIP 24-11967

THANKS!

| | |
|---|---|
| Net Order: | 67,246.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 67,246.00 |

BIG LOTS!

**PO #** **95696537**

| | |
|---|---|
| Date Created | 11/20/2024 |
| Version: | 0 |
| Buyer: | MASON, KAYLA |
| Do Not Ship Before: | 02/07/2025 |
| Cancel if not Shipped by: | 02/13/2025 |
| Must be Routed by: | 02/02/2025 |
| Payment Terms: | Net 30 Days ROG |
| Freight Terms: | Collect |
| FOB: | POE , CA |

See attached Terms and Conditions for additional Big Lots requirements. A complete list of requirements can be found on the Big Lots website www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100 Fax: 580-931-2197

BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800 Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

ADDITIONAL COMMENTS

DIP 24-11967

tiare

Vendor Signature ______________________

Signee's Name ______________________

Title ______________________

Date ______________________

| Units | Vendor Cost |
|---|---|
| 2,484 | 95,449.00 |

VENDOR-COPY

1

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

0021051
11/20/2024

HOU
10B6545

BIG LOTS STOTRES, LLC
4900 E. DUBLIN GRANVILLE RD,
DURANT DC, LLC
TEL: 614-278-6800
COLUMBUS, OH 43081-7651

DURANT DC- #0879
DURANT DC, LLC
2306 ENTERPRISE DR.
TEL: 580-931-2100
DURANT, OK 74701-1964

MASON, KAYLA

95696537 BEST POE, CA NET 30 DAYS ROG

| | | | | | | |
|---|---|---|---|---|---|---|
| 22579 | SET | 532 | 0 | 0 | 41.20 | 21,918.40 |
| ACCENT STAND C-FOLD SET/3, TIL<br># 22579 CASE PACK: 2 SET/CTN | | **Whse:** 500 | | | | |
| 22573 | PC | 460 | 0 | 0 | 38.60 | 17,756.00 |
| ACCENT STAND COFFEE TABLE ROUN | | **Whse:** 500 | | | | |
| 22574 | PC | 558 | 0 | 0 | 27.00 | 15,066.00 |
| ACCENT STAND TABLE ROUND BOARD | | **Whse:** 500 | | | | |
| 22576 | SET | 426 | 0 | 0 | 50.00 | 21,300.00 |
| ACCENT STAND SET/3, WOODEN BOA | | **Whse:** 500 | | | | |
| 22577 | SET | 507 | 0 | 0 | 38.20 | 19,367.40 |
| ACCENT STAND SET/2, WOODEN BOA | | **Whse:** 500 | | | | |

ADDITIONAL COMMENTS:
1) CASE NO. DIP 24-11967

THANKS!

| | |
|---|---|
| Net Order: | 95,407.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 95,407.80 |

BIG LOTS!

**PO #** **95678063**

Date Created: 11/14/2024
Version: 3
Buyer: INMAN, ANNE
Do Not Ship Before: 12/30/2024
Cancel if not Shipped by: 01/03/2025
Must be Routed by: 12/25/2024
Payment Terms: Net 30 Days ROG
Freight Terms: Collect
FOB: CALIFORNIA , US

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100 Fax: 580-931-2197

BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800 Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800 Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

ADDITIONAL COMMENTS

DIP-24-11967

Vendor Signature ____________________

Signee's Name ____________________

Title ____________________

Date ____________________

| Units | Vendor Cost |
|---|---|
| 1,598 | 31,318.88 |

VENDOR-COPY

HomeView Design, Inc.
PO BOX 790 LA VERNE CA 91750
1775 CURTISS COURT
LA VERNE
CA 91750
(909) 593-2800

0021047
11/14/2024

HOU
10B6545

BIG LOTS STOTRES, LLC
4900 E. DUBLIN GRANVILLE RD,
DURANT DC, LLC
TEL: 614-278-6800
COLUMBUS, OH 43081-7651

DURANT DC- #0879
DURANT DC, LLC
2306 ENTERPRISE DR.
TEL: 580-931-2100
DURANT, OK 74701-1964

ANNE INMAN

95678063 WILL CALL LA VERNE CA NET 30 DAYS ROG

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 22654 | SET | 78 | | 0 | 0 | 17.40 | 1,357.20 |
| PLANTER STAND SET/3, SQUARE ME | | | **Whse:** 000 | | | | |
| 22652 | SET | 190 | | 0 | 0 | 17.40 | 3,306.00 |
| PLANTER STAND SET/3, SQUARE ME | | | **Whse:** 000 | | | | |
| 22657 | SET | 320 | | 0 | 0 | 10.82 | 3,462.40 |
| PLANTER STAND SET/2, SQUARE ME | | | **Whse:** 000 | | | | |
| 22656 | SET | 352 | | 0 | 0 | 10.82 | 3,808.64 |
| PLANTER STAND SET/2, ROUND MET | | | **Whse:** 000 | | | | |
| 22662 | PC | 760 | | 0 | 0 | 20.40 | 15,504.00 |
| CORNER BAKER RACK 3 TIER WIRE | | | **Whse:** 000 | | | | |
| 22659 | PC | 536 | | 0 | 0 | 7.24 | 3,880.64 |
| PLANTER POT STAND TRICYCLE W/L | | | **Whse:** 000 | | | | |

ADDITIONAL COMMENTS:
1) CASE NO.: DIP-24-11967
2) TERM: NET 30 DAYS ROG
3) DO NOT SHIP BEFORE 12/30/24; CANCEL IF NOT SHIPPED BY 1/3/25; MUST BE ROUTED BY 12/25/24
4) FREIGHT: COLLECT

THANKS!

| | |
|---|---|
| Net Order: | 31,318.88 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 31,318.88 |

Electronic Proof of Claim Confirmation: 3735-1-XCDZY-262713091

Claim Electronically Submitted on (UTC) : 2025-01-15T23:25:20.999Z

Submitted by: HomeView Design., Inc
edmund@homeviewdesign.com