# **EXHIBIT G**

| | |
|---|---|
| **Subject:** | In re Big Lots, Inc., No. 24-11967 (JKS) - Admin Claims Procedures Motion [D.I. 1962] |
| **Date:** | Saturday, February 8, 2025 at 2:49:12 PM Eastern Standard Time |
| **From:** | Winiarski, Kevin L. <kevin.winiarski@davispolk.com> |
| **CC:** | Piraino, Stephen D. <stephen.piraino@davispolk.com>, Stern, Ethan <ethan.stern@davispolk.com>, Cahill, Vincent <vincent.cahill@davispolk.com>, Winiarski, Kevin L. <kevin.winiarski@davispolk.com>, Goldberger, Jacob <jacob.goldberger@davispolk.com>, Carpenter, Cameron <cameron.carpenter@davispolk.com>, Rogers Churchill, Sophie <srchurchill@morrisnichols.com>, Sawyer, Casey <csawyer@morrisnichols.com> |
| **Attachments:** | Big Lots - D.I. 1962 - Administrative Claims Procedures Motion.pdf |

Good afternoon, Counsel –

We are reaching out to all those who have filed motions to allow and compel payment of administrative claims in the above-captioned chapter 11 proceedings with respect to goods and services provided post-petition. As the Debtors previewed at the January 21st omnibus hearing, we have now filed the *Motion of Debtors for Entry of an Order (I) Setting a Bar Date for Filing Proofs of Pre-Closing Administrative Expense Claims Against the Debtors, (II) Establishing Pre-Closing Administrative Expense Claims Procedures, and (III) Granting Related Relief, Including Notice and Filing Procedures* [D.I. 1962] (the "Procedures Motion"). Attached to the Procedures Motion as Exhibit B is a schedule of pre-sale closing administrative expense claims, the amounts of which are based on the Debtors' records. A copy of the Procedures Motion (with exhibits) is attached hereto.

As set forth in the Procedures Motion, the Debtors believe that the most orderly and equitable path to reconciling administrative expense claims in the chapter 11 cases is through the proposed procedures. To that end, **the Debtors respectfully request that each of you agree to participate in the procedures and work with us to reconcile any differences rather than the Debtors having to formally file an objection to each and every motion to compel**. We would like to represent to the Court at the upcoming February 26th omnibus hearing that the only motion going forward is the Procedures Motion, rather than each individual motion.

If you are amenable to proceeding in this manner, and to the extent your asserted claim differs from that set forth in Exhibit B, we kindly ask that you reach out to the Davis Polk and Morris Nichols team members copied here to (1) confirm that your motion is adjourned pending reconciliation of your claim and (2) indicate your willingness to engage in the claims reconciliation process with the Debtors. For the avoidance of doubt, if you are in agreement with the claim amount listed in Exhibit B, no further action is required at this time.

Please let us know of any questions.

Best,
Kevin

**Kevin L. Winiarski**

+1 212 450 3319 office
+1 917 984 4228 mobile
kevin.winiarski@davispolk.com

**Davis Polk & Wardwell** LLP

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

| | |
|---|---|
| **Subject:** | Re: In re Big Lots, Inc., No. 24-11967 (JKS) - Admin Claims Procedures Motion [D.I. 1962] - HomeView Design Response |
| **Date:** | Monday, February 17, 2025 at 12:21:33 PM Eastern Standard Time |
| **From:** | Jenny Kasen <jkasen@kasenlaw.com> |
| **To:** | Winiarski, Kevin L. <kevin.winiarski@davispolk.com> |
| **CC:** | Piraino, Stephen D. <stephen.piraino@davispolk.com>, Stern, Ethan <ethan.stern@davispolk.com>, Cahill, Vincent <vincent.cahill@davispolk.com>, Winiarski, Kevin L. <kevin.winiarski@davispolk.com>, Goldberger, Jacob <jacob.goldberger@davispolk.com>, Carpenter, Cameron <cameron.carpenter@davispolk.com>, Rogers Churchill, Sophie <srchurchill@morrisnichols.com>, Sawyer, Casey <csawyer@morrisnichols.com> |
| **Attachments:** | Biglots Support claim Doc. 1st lot[35].pdf |

Dear Kevin:

Thank you for your email below. I write on behalf of my client, HomeView Design. The admin procedures motion includes a schedule listing HomeView Design's administrative claim in the amount of $85,784. However, based on HomeView Design's records, this amount does not accurately reflect the full value of HomeView Design's post-petition admin claim. A detailed summary and supporting documents of HomeView Design's post-petition pre-closing claim is attached. As you can see, HomeView Design's total unpaid administrative expense claim for the period between September 9, 2024, and January 3, 2025, is $100,490.00.

While we are open to engaging in discussions to reconcile the amount of HomeView Design's claim, we have significant concerns regarding the lack of a definitive timeline for resolving disputed claims under the proposed procedures. The motion does not impose any deadline for the Debtors to object to claims, and the motion does not establish a clear timeframe for resolving claim disputes, leaving creditors uncertain as to when they will be paid. This open-ended approach creates undue delay and presents unnecessary risk for administrative claimants such as HomeView Design, who have provided post-petition goods in reliance on the Debtors' obligations under the Bankruptcy Code.

To avoid the need for a formal objection to the procedures motion, we request a prompt resolution of HomeView Design's claim prior to the February 19, 2025, objection deadline, and an appropriate update to the admin claim schedule. Our goal is to ensure that HomeView Design's claim is properly scheduled at the correct amount and that the timing of payment is not left indefinite. Please let me know when you are available to discuss this matter.

I appreciate your prompt attention to this matter, and I look forward to working towards a consensual resolution.

Very truly yours,

**Jenny R. Kasen, Esquire**
Kasen & Kasen, P.C.
Tel: 302.652.3300 | Fax: 856.424.7565
E-Mail: jkasen@kasenlaw.com
www.kasenlaw.com

New Jersey | Pennsylvania | Delaware | Florida | New York

| | |
|---|---|
| **Subject:** | Re: In re Big Lots, Inc., No. 24-11967 (JKS) - Admin Claims Procedures Motion [D.I. 1962] - HomeView Design Response |
| **Date:** | Tuesday, February 18, 2025 at 10:30:21 AM Eastern Standard Time |
| **From:** | Jenny Kasen <jkasen@kasenlaw.com> |
| **To:** | Winiarski, Kevin L. <kevin.winiarski@davispolk.com> |
| **CC:** | Piraino, Stephen D. <stephen.piraino@davispolk.com>, Stern, Ethan <ethan.stern@davispolk.com>, Cahill, Vincent <vincent.cahill@davispolk.com>, Winiarski, Kevin L. <kevin.winiarski@davispolk.com>, Goldberger, Jacob <jacob.goldberger@davispolk.com>, Carpenter, Cameron <cameron.carpenter@davispolk.com>, Rogers Churchill, Sophie <srchurchill@morrisnichols.com>, Sawyer, Casey <csawyer@morrisnichols.com> |

Dear Kevin:

I'd like to have a call today to discuss HomeView's post-petition pre-closing admin. Priority claim, as well as its post-closing admin. Priority claim.  Can you please let me know your availability for a call this afternoon.

Very truly yours,

**Jenny R. Kasen, Esquire**
Kasen & Kasen, P.C.
Tel: 302.652.3300 | Fax: 856.424.7565
E-Mail: jkasen@kasenlaw.com
www.kasenlaw.com

New Jersey | Pennsylvania | Delaware | Florida | New York

**Subject:** RE: In re Big Lots, Inc., No. 24-11967 (JKS) - Admin Claims Procedures Motion [D.I. 1962] - HomeView Design Response

**Date:** Tuesday, February 18, 2025 at 10:39:51 AM Eastern Standard Time

**From:** Winiarski, Kevin L. <kevin.winiarski@davispolk.com>

**To:** Jenny Kasen <jkasen@kasenlaw.com>

**CC:** Piraino, Stephen D. <stephen.piraino@davispolk.com>, Stern, Ethan <ethan.stern@davispolk.com>, Cahill, Vincent <vincent.cahill@davispolk.com>, Goldberger, Jacob <jacob.goldberger@davispolk.com>, Carpenter, Cameron <cameron.carpenter@davispolk.com>, Rogers Churchill, Sophie <srchurchill@morrisnichols.com>, Sawyer, Casey <csawyer@morrisnichols.com>

Thanks, Jenny – responding to both of your emails, we're available between 1-2pm and at 2:30pm for a call. Let us know if there's a time that works in there, and we'll send a Zoom.

**Kevin L. Winiarski**

**Davis Polk & Wardwell** LLP
+1 212 450 3319 office
+1 917 984 4228 mobile
kevin.winiarski@davispolk.com

**Subject:** Re: In re Big Lots, Inc., No. 24-11967 (JKS) - Admin Claims Procedures Motion [D.I. 1962] - HomeView Design Response
**Date:** Tuesday, February 18, 2025 at 10:41:00 AM Eastern Standard Time
**From:** Jenny Kasen <jkasen@kasenlaw.com>
**To:** Winiarski, Kevin L. <kevin.winiarski@davispolk.com>
**CC:** Piraino, Stephen D. <stephen.piraino@davispolk.com>, Stern, Ethan <ethan.stern@davispolk.com>, Cahill, Vincent <vincent.cahill@davispolk.com>, Goldberger, Jacob <jacob.goldberger@davispolk.com>, Carpenter, Cameron <cameron.carpenter@davispolk.com>, Rogers Churchill, Sophie <srchurchill@morrisnichols.com>, Sawyer, Casey <csawyer@morrisnichols.com>

Dear Kevin:

Ok, great.  1pm ET works for me.  Please send zoom link.  Thanks!

Very truly yours,

**Jenny R. Kasen, Esquire**
Kasen & Kasen, P.C.
Tel: 302.652.3300 | Fax: 856.424.7565
E-Mail: jkasen@kasenlaw.com
www.kasenlaw.com

New Jersey | Pennsylvania | Delaware | Florida | New York

| | |
|---|---|
| **Subject:** | Re: In re Big Lots, Inc., No. 24-11967 (JKS) - Admin Claims Procedures Motion [D.I. 1962] - HomeView Design Response |
| **Date:** | Friday, February 21, 2025 at 3:42:28 PM Eastern Standard Time |
| **From:** | Jenny Kasen <jkasen@kasenlaw.com> |
| **To:** | Winiarski, Kevin L. <kevin.winiarski@davispolk.com> |
| **CC:** | Piraino, Stephen D. <stephen.piraino@davispolk.com>, Stern, Ethan <ethan.stern@davispolk.com>, Cahill, Vincent <vincent.cahill@davispolk.com>, Goldberger, Jacob <jacob.goldberger@davispolk.com>, Carpenter, Cameron <cameron.carpenter@davispolk.com>, Rogers Churchill, Sophie <srchurchill@morrisnichols.com>, Sawyer, Casey <csawyer@morrisnichols.com> |
| **BCC:** | edmund@homeviewdesign.com <edmund@homeviewdesign.com> |
| **Priority:** | High |

**Attachments:** Supporting Docs.zip

Dear Kevin:

As a follow up to our call yesterday regarding Home View Designs –

HomeView Designs has a 503(b)(9) claim in the amount of $3,778 for goods received by the Debtors in the 20 day pre-petition period (8/20/24 through 9/9/24 petition date).  See attached invoice no. 0048333 with corresponding bill of lading.

HomeView Designs also has an administrative priority claim in the amount of $96,712.00 for goods received by the Debtors and charges incurred in the post-petition pre-closing period (9/9/24 petition date through 1/3/25 closing).  See attached invoice nos. 0048412, 0048413, 0048414, DLAX1670131484, DLAX1670131475, and DLAX1670131470 with corresponding proof of delivery.

Also, in the post-petition post-closing period (1/3/25 closing to the present), the Debtors ordered a total of $554,109.28 of additional goods. See attached order nos. 95558537, 95558538, 95558539, 95643797, 95678063, 95696535, 95696536, 95696537, 95610243.  HomeView Designs has worked to fulfil these orders, and have incurred significant costs in connection therewith.  The ordered goods are presently located in China, in a factory warehouse ready to be shipped.  HomeView Designs has previously requested, but has not yet received any written confirmation to move forward with shipment, and confirmation that the Debtors will indeed pay for these goods immediately and in accordance with the terms agreed upon – Net 30 days.

Based on the foregoing, I'd like to know when HomeView's 503(b)(9) claim will be paid.

Also, I'd like confirmation that the schedule attached to the debtors' administrative claims procedures motion will be revised to accurately reflect that HomeView is owed $96,712 for the goods received by the Debtors and charges incurred in the post-petition pre-closing period (9/9/24 petition date through 1/3/25 closing).

Finally, I'd like written confirmation to move forward with shipment of the $554,109.28 of goods ordered post-closing, and confirmation that the Debtors will indeed pay for these goods immediately and in accordance with the terms agreed upon – Net 30 days.

Thanks in advance for your prompt response to these requests.

Very truly yours,

**Jenny R. Kasen, Esquire**
Kasen & Kasen, P.C.
Tel: 302.652.3300 | Fax: 856.424.7565
E-Mail: jkasen@kasenlaw.com
www.kasenlaw.com

New Jersey | Pennsylvania | Delaware | Florida | New York

| | |
|---|---|
| **Subject:** | RE: In re Big Lots, Inc., No. 24-11967 (JKS) - Admin Claims Procedures Motion [D.I. 1962] - HomeView Design Response |
| **Date:** | Friday, February 21, 2025 at 4:23:15 PM Eastern Standard Time |
| **From:** | Winiarski, Kevin L. <kevin.winiarski@davispolk.com> |
| **To:** | Jenny Kasen <jkasen@kasenlaw.com> |
| **CC:** | Piraino, Stephen D. <stephen.piraino@davispolk.com>, Stern, Ethan <ethan.stern@davispolk.com>, Cahill, Vincent <vincent.cahill@davispolk.com>, Goldberger, Jacob <jacob.goldberger@davispolk.com>, Carpenter, Cameron <cameron.carpenter@davispolk.com>, Rogers Churchill, Sophie <srchurchill@morrisnichols.com>, Sawyer, Casey <csawyer@morrisnichols.com> |

Thanks, Jenny – we'll review and revert.

**Kevin L. Winiarski**

**Davis Polk & Wardwell LLP**
+1 212 450 3319 office
+1 917 984 4228 mobile
kevin.winiarski@davispolk.com

| | |
|---|---|
| **Subject:** | Re: In re Big Lots, Inc., No. 24-11967 (JKS) - Admin Claims Procedures Motion [D.I. 1962] - HomeView Design Response |
| **Date:** | Tuesday, February 25, 2025 at 3:19:01 PM Eastern Standard Time |
| **From:** | Jenny Kasen <jkasen@kasenlaw.com> |
| **To:** | Winiarski, Kevin L. <kevin.winiarski@davispolk.com> |
| **CC:** | Piraino, Stephen D. <stephen.piraino@davispolk.com>, Stern, Ethan <ethan.stern@davispolk.com>, Cahill, Vincent <vincent.cahill@davispolk.com>, Goldberger, Jacob <jacob.goldberger@davispolk.com>, Carpenter, Cameron <cameron.carpenter@davispolk.com>, Rogers Churchill, Sophie <srchurchill@morrisnichols.com>, Sawyer, Casey <csawyer@morrisnichols.com> |

Dear Kevin:

I'm following up on my email from last week dated 2/21/25 regarding my client, Home View Designs. Please get back to me ASAP.

Thanks in advance!

Very truly yours,

**Jenny R. Kasen, Esquire**
Kasen & Kasen, P.C.
Tel: 302.652.3300 | Fax: 856.424.7565
E-Mail: jkasen@kasenlaw.com
www.kasenlaw.com

New Jersey | Pennsylvania | Delaware | Florida | New York

| | |
|---|---|
| **Subject:** | RE: In re Big Lots, Inc., No. 24-11967 (JKS) - Admin Claims Procedures Motion [D.I. 1962] - HomeView Design Response |
| **Date:** | Tuesday, February 25, 2025 at 3:33:59 PM Eastern Standard Time |
| **From:** | Winiarski, Kevin L. <kevin.winiarski@davispolk.com> |
| **To:** | Jenny Kasen <jkasen@kasenlaw.com> |
| **CC:** | Piraino, Stephen D. <stephen.piraino@davispolk.com>, Stern, Ethan <ethan.stern@davispolk.com>, Cahill, Vincent <vincent.cahill@davispolk.com>, Goldberger, Jacob <jacob.goldberger@davispolk.com>, Carpenter, Cameron <cameron.carpenter@davispolk.com>, Rogers Churchill, Sophie <srchurchill@morrisnichols.com>, Sawyer, Casey <csawyer@morrisnichols.com> |

Thanks, Jenny – the AlixPartners team is working through the reconciliations in real time, and we'll post you as soon as we have an update on HomeView.

**Kevin L. Winiarski**

**Davis Polk & Wardwell LLP**
+1 212 450 3319 office
+1 917 984 4228 mobile
kevin.winiarski@davispolk.com

**Subject:** Re: In re Big Lots, Inc., No. 24-11967 (JKS) - Admin Claims Procedures Motion [D.I. 1962] - HomeView Design Response
**Date:** Thursday, February 27, 2025 at 2:18:45 PM Eastern Standard Time
**From:** Jenny Kasen <jkasen@kasenlaw.com>
**To:** Winiarski, Kevin L. <kevin.winiarski@davispolk.com>
**CC:** Piraino, Stephen D. <stephen.piraino@davispolk.com>, Stern, Ethan <ethan.stern@davispolk.com>, Cahill, Vincent <vincent.cahill@davispolk.com>, Goldberger, Jacob <jacob.goldberger@davispolk.com>, Carpenter, Cameron <cameron.carpenter@davispolk.com>, Rogers Churchill, Sophie <srchurchill@morrisnichols.com>, Sawyer, Casey <csawyer@morrisnichols.com>

Dear Kevin:

I'm following back up on this. My client needs immediate written confirmation to move forward with shipment of the $554,109.28 of goods ordered post-closing, and confirmation that the Debtors will indeed pay for these goods immediately and in accordance with the terms agreed upon – Net 30 days.

Very truly yours,

**Jenny R. Kasen, Esquire**
Kasen & Kasen, P.C.
Tel: 302.652.3300 | Fax: 856.424.7565
E-Mail: jkasen@kasenlaw.com
www.kasenlaw.com

New Jersey | Pennsylvania | Delaware | Florida | New York