## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　　Debtor(s). | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>Jointly Administered |

## CERTIFICATION OF SERVICE

JENNY R. KASEN, of full age, hereby certifies as follows:

I caused a copy of the following document(s) to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case, as well as upon the parties listed and in the manner indicated below:

*HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(9)*;

*Declaration in Support of HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(9)*; and

Proposed *Order Granting HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(9)*;

I hereby certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

Dated: March 12, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　KASEN & KASEN, P.C.
　　　　　　　　　　　　　　　　　　*/s/ Jenny R. Kasen*
　　　　　　　　　　　　　　　　　　Jenny R. Kasen, Esquire (DE Bar No. 5849)
　　　　　　　　　　　　　　　　　　1213 N. King Street, Suite 2
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 652-3300
　　　　　　　　　　　　　　　　　　Facsimile: (856) 424-7565
　　　　　　　　　　　　　　　　　　E-Mail: jkasen@kasenlaw.com

　　　　　　　　　　　　　　　　　　*Counsel to Creditor*

**Service List**

**Via First Class Mail 3/12/25**

Big Lots, Inc., et al.
Attn: Jonathan Ramsden, CFO
4900 E. Dublin-Granville Road
Columbus, OH 43081

Big Lots, Inc., et al.
c/o Morris, Nichols, Arsht & Tunnell LLP
Attn: David S. Bloomfield, Esq.
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

Big Lots, Inc., et al.
c/o Davis Polk & Wardwell LLP
Attn: Matthew R. Brock, Esq.
450 Lexington Avenue
New York, NY 10017

Big Lots, Inc. Unsecured Creditor Committee
c/o Cole Schotz P.C.
Attn: Justin R. Alberto, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Big Lots, Inc. Unsecured Creditor Committee
c/o McDermott Will & Emery LLP
Attn: Darren Azman, Esq.
One Vanderbilt Avenue
New York, NY 10017

United States Trustee
c/o Office of the United States Trustee
Attn: Linda J. Casey, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801