# **Exhibit A**

Leases with Objections

| Store # | Store Address | D.I. |
|---|---|---|
| 51 | 1090 MILLWOOD PIKE, WINCHESTER ,VA | 2019 |
| 451 | 3961 HOOVER RD, GROVE CITY ,OH | 2017 |
| 499 | 1811 S CHURCH ST, BURLINGTON ,NC | 2019 |
| 541 | 4901 PALM BEACH BLVD STE 230, FORT MYERS ,FL | 2001 |
| 560 | 843 W BLOOMINGDALE AVE, BRANDON ,FL | 2015 |
| 815 | 408 BLUEBELL DR NW, NEW PHILADELPHIA ,OH | 2054 |
| 835 | 659 24TH ST, PORT HURON ,MI | 2041 |
| 1052 | 2342 E ANDREW JOHNSON HWY, MORRISTOWN ,TN | 2000 |
| 1235 | 1475 E ANDREW JOHNSON HWY, GREENEVILLE ,TN | 2000 |
| 1369 | 3048 E COLLEGE AVE, RUSKIN ,FL | 1985 |
| 1507 | 4420 ALTAMA AVE STE C2, BRUNSWICK ,GA | 2041 |
| 1528 | 730 CENTER ST, AUBURN ,ME | 2119 |
| 1775 | 3845 BAYSHORE RD, CAPE MAY ,NJ | Informal Comments |
| 1781 | 1641 CHURCH ST, CONWAY ,SC | 2000 |
| 1842 | 400 CAMPBELLSVILLE BYP, CAMPBELLSVILLE ,KY | 2041 |
| 1891 | 685 S HUGHES BLVD, ELIZABETH CITY ,NC | 2041 |
| 1996 | 3850 UNION DEPOSIT RD, HARRISBURG ,PA | Informal Comments |
| 1997 | 900 NORMAN ESKRIDGE HWY, SEAFORD ,DE | 2062 |
| 4572 | 893 S KUNER RD., BRIGHTON ,CO | Informal Comments |
| 4691 | 416 SOUTHBRIDGE ST, AUBURN ,MA | Informal Comments |
| 4723 | 14333 EUREKA RD, SOUTHGATE ,MI | 2041 |
| 5182 | 915 S ST STE A, SIMPSONVILLE ,SC | 2076 |
| 5205 | 10 VILLAGE PLAZA, DANSVILLE ,NY | 2063 |
| 5237 | 601 PARK ST, BELMONT ,NC | 2042 |
| 5259 | 24 KENT TOWNE MARKET, CHESTER ,MD | 2164 |
| 5282 | 389 N. READING RD., EPHRATA ,PA | 2000 |
| 5312 | 1023A S PENDLETON ST, EASLEY ,SC | 1995 |
| 5332 | 201 FORKS OF THE RIVER PARKWAY, SEVIERVILLE ,TN | 1993 |
| 5333 | 515 DUPONT HWY, DOVER ,DE | 2094 |
| 5339 | 2715 W MAIN ST, WAYNESBORO ,VA | 2000 |
| 5352 | 367 COUNTY RD 406 STE B, SOUTH POINT ,OH | 2005 |
| 5361 | 10560 HARRISON AVE, HARRISON ,OH | 1993 |
| 5369 | 15715 US HIGHWAY 36, MARYSVILLE ,OH | Informal Comments |
| 5379 | 1677 WESTCHESTER DR, HIGH POINT ,NC | Informal Comments |
| 5380 | 110 S 7TH ST, MARIETTA ,OH | 2011 |
| 5414 | 4125 HIGHWAY 20, STE A-2, BUFORD ,GA | 1986 |
| 5416 | 260 REMOUNT RD, FRONT ROYAL ,VA | 1996 |
| 5428 | 12295 CAPITAL BLVD, WAKE FOREST ,NC | 1999 |
| 5432 | 1728 E DIXON BLVD, SHELBY ,NC | 2002; 2003 |
| 5439 | 210 MARLBORO AVE, STE 55, EASTON ,MD | 2161 |
| 5440 | 328 ROBERT SMALLS PKWY, BEAUFORT ,SC | 2035 |
| 5448 | 1700 E MAIN ST, LANCASTER ,OH | 2016 |

2

| 5490 | 225 S TYNDALL PKWY, CALLAWAY ,FL | 2028 |
| --- | --- | --- |
| 5276 | 711 E. INNES ST., SALISBURY ,NC | 1996 |
| 4742 | 2855 RIDGE RD, ROCKWALL ,TX | 2066 |