Exhibit "2"

3/12/2025 10:34 AM

## Lease Ledger
Date: 05/08/2024
Property: cmpp
Tenant: t0000266 Big Lots #1649
From Date: 10/28/2001 To Date: 01/31/2032
Move In Date: 10/28/2001
Unit(S): 2

| Date | Description | Charge | Payment | Balance | Summary section | | |
|---|---|---:|---:|---:|---:|---:|---|
| 11/1/2023 | | | | -6.57 | (6.57) | (6.57) | |
| 11/27/2023 | Chk# :ACH ACH Big T266 | 0.00 | 31,220.26 | -31,226.83 | (31,220.26) | | |
| 12/1/2023 | Estimated CAM (12/2023) | 2,706.71 | 0.00 | -28,520.12 | | | |
| 12/1/2023 | Sales Tax for Estimated CAM (12/2023) | 148.87 | 0.00 | -28,371.25 | | | |
| 12/1/2023 | Estimated Insurance (12/2023) | 5,000.00 | 0.00 | -23,371.25 | | | |
| 12/1/2023 | Sales Tax for Estimated Insurance (12/2023) | 275.00 | 0.00 | -23,096.25 | | | |
| 12/1/2023 | Estimated RE Tax (12/2023) | 4,513.08 | 0.00 | -18,583.17 | | | |
| 12/1/2023 | Sales Tax for Estimated RE Tax (12/2023) | 248.22 | 0.00 | -18,334.95 | | | |
| 12/1/2023 | Rent - Base (12/2023) | 17,095.00 | 0.00 | -1,239.95 | | | |
| 12/1/2023 | Sales Tax for Rent - Base (12/2023) | 940.23 | 0.00 | -299.72 | 30,927.11 | (293.15) | Dec over (stax changed) |
| 12/26/2023 | Chk# :ACH ACH Big 1649 T266 | 0.00 | 30,927.11 | -31,226.83 | (30,927.11) | | |
| 12/31/2023 | Management Fee (01/2023 - 12/2023) | 1,760.50 | 0.00 | -29,466.33 | | | |
| 12/31/2023 | Recoverable CAM (01/2023 - 12/2023) | -1,418.62 | 0.00 | -30,884.95 | | | |
| 12/31/2023 | Recoverable Insurance (01/2023 - 12/2023) | 41,735.46 | 0.00 | 10,850.51 | 41,735.46 | | |
| 12/31/2023 | Recoverable Tax (01/2023 - 12/2023) | 2,210.28 | 0.00 | 13,060.79 | 2,210.28 | | |
| 12/31/2023 | 5.50% Tax applied to ($-78.02 + $96.83 MgmtFee) | 18.81 | 0.00 | 13,079.60 | 360.69 | 360.69 | 2023 Exp Rec CAM |
| 12/31/2023 | 5.50% Tax applied to Ctrl 140765 | 2,295.45 | 0.00 | 15,375.05 | 2,295.45 | | |
| 12/31/2023 | 5.50% Tax applied to Ctrl 140766 | 121.57 | 0.00 | 15,496.62 | 121.57 | | |
| 1/1/2024 | Estimated CAM (01/2024) | 2,706.71 | 0.00 | 18,203.33 | | | |
| 1/1/2024 | Sales Tax for Estimated CAM (01/2024) | 148.87 | 0.00 | 18,352.20 | | | |
| 1/1/2024 | Estimated Insurance (01/2024) | 5,000.00 | 0.00 | 23,352.20 | | | |
| 1/1/2024 | Sales Tax for Estimated Insurance (01/2024) | 275.00 | 0.00 | 23,627.20 | | | |
| 1/1/2024 | Estimated RE Tax (01/2024) | 4,513.08 | 0.00 | 28,140.28 | | | |
| 1/1/2024 | Sales Tax for Estimated RE Tax (01/2024) | 248.22 | 0.00 | 28,388.50 | | | |
| 1/1/2024 | Rent - Base (01/2024) | 17,095.00 | 0.00 | 45,483.50 | | | |
| 1/1/2024 | Sales Tax for Rent - Base (01/2024) | 940.23 | 0.00 | 46,423.73 | 30,927.11 | - | Perfect |
| 2/1/2024 | Estimated CAM (02/2024) | 2,706.71 | 0.00 | 49,130.44 | | | |
| 2/1/2024 | Sales Tax for Estimated CAM (02/2024) | 148.87 | 0.00 | 49,279.31 | | | |
| 2/1/2024 | Estimated Insurance (02/2024) | 5,000.00 | 0.00 | 54,279.31 | | | |
| 2/1/2024 | Sales Tax for Estimated Insurance (02/2024) | 275.00 | 0.00 | 54,554.31 | | | |
| 2/1/2024 | Estimated RE Tax (02/2024) | 5,128.50 | 0.00 | 59,682.81 | | | |
| 2/1/2024 | Sales Tax for Estimated RE Tax (02/2024) | 282.07 | 0.00 | 59,964.88 | | | |
| 2/1/2024 | Estimated Non-Taxable CAM (02/2024) | 273.52 | 0.00 | 60,238.40 | | | |
| 2/1/2024 | Rent - Base (02/2024) | 17,095.00 | 0.00 | 77,333.40 | | | |
| 2/1/2024 | Sales Tax for Rent - Base (02/2024) | 940.23 | 0.00 | 78,273.63 | 31,849.90 | | |
| 2/5/2024 | Chk# :ACH ACH Big T266 | 0.00 | 30,633.95 | 47,639.68 | (30,633.95) | 1,215.95 | February short |
| 2/20/2024 | Chk# :ACH ACH Big T266 | 0.00 | 2,692.54 | 44,947.14 | (2,692.54) | (2,692.54) | |
| 3/1/2024 | Estimated CAM (03/2024) | 2,706.71 | 0.00 | 47,653.85 | | | |
| 3/1/2024 | Sales Tax for Estimated CAM (03/2024) | 148.87 | 0.00 | 47,802.72 | | | |
| 3/1/2024 | Estimated Insurance (03/2024) | 5,000.00 | 0.00 | 52,802.72 | | | |
| 3/1/2024 | Sales Tax for Estimated Insurance (03/2024) | 275.00 | 0.00 | 53,077.72 | | | |
| 3/1/2024 | Estimated RE Tax (03/2024) | 5,128.50 | 0.00 | 58,206.22 | | | |
| 3/1/2024 | Sales Tax for Estimated RE Tax (03/2024) | 282.07 | 0.00 | 58,488.29 | | | |
| 3/1/2024 | Estimated Non-Taxable CAM (03/2024) | 273.52 | 0.00 | 58,761.81 | | | |
| 3/1/2024 | Rent - Base (03/2024) | 17,095.00 | 0.00 | 75,856.81 | | | |
| 3/1/2024 | Sales Tax for Rent - Base (03/2024) | 940.23 | 0.00 | 76,797.04 | 31,849.90 | | |
| 3/4/2024 | Chk# :ACH ACH #1649 T266 | 0.00 | 1,947.80 | 74,849.24 | (1,947.80) | 384.05 | 2023 Exp Rec RE Tax short |
| 3/4/2024 | Chk# :ACH ACH #1649 T266 | 0.00 | 30,927.11 | 43,922.13 | (30,927.11) | 922.79 | March short |
| 3/25/2024 | Chk# :ACH ACH Big Lot T266 | 0.00 | 44,029.86 | -107.73 | (44,029.86) | 1.05 | 2023 Exp Rec ins short |
| 4/1/2024 | Estimated CAM (04/2024) | 2,706.71 | 0.00 | 2,598.98 | | | |
| 4/1/2024 | Sales Tax for Estimated CAM (04/2024) | 148.87 | 0.00 | 2,747.85 | | | |
| 4/1/2024 | Estimated Insurance (04/2024) | 5,000.00 | 0.00 | 7,747.85 | | | |
| 4/1/2024 | Sales Tax for Estimated Insurance (04/2024) | 275.00 | 0.00 | 8,022.85 | | | |
| 4/1/2024 | Estimated RE Tax (04/2024) | 5,128.50 | 0.00 | 13,151.35 | | | |
| 4/1/2024 | Sales Tax for Estimated RE Tax (04/2024) | 282.07 | 0.00 | 13,433.42 | | | |
| 4/1/2024 | Estimated Non-Taxable CAM (04/2024) | 273.52 | 0.00 | 13,706.94 | | | |
| 4/1/2024 | Rent - Base (04/2024) | 17,095.00 | 0.00 | 30,801.94 | | | |
| 4/1/2024 | Sales Tax for Rent - Base (04/2024) | 940.23 | 0.00 | 31,742.17 | 31,849.90 | | |

3/12/2025 10:34 AM

# Lease Ledger

Date: 05/08/2024
Property: cmpp
Tenant: t0000266 Big Lots #1649
From Date: 10/28/2001  To Date: 01/31/2032
Move In Date: 10/28/2001
Unit(S): 2

| Date | Description | Charge | Payment | Balance | Summary section | | |
|---|---|---|---|---|---|---|---|
| 4/4/2024 | Chk# :ACH ACH Big Lot T266 | 0.00 | 31,576.38 | 165.79 | (31,576.38) | 273.52 | April short nontaxable Util |
| 5/1/2024 | Estimated CAM (05/2024) | 2,706.71 | 0.00 | 2,872.50 | | | |
| 5/1/2024 | Sales Tax for Estimated CAM (05/2024) | 148.87 | 0.00 | 3,021.37 | | | |
| 5/1/2024 | Estimated Insurance (05/2024) | 5,000.00 | 0.00 | 8,021.37 | | | |
| 5/1/2024 | Sales Tax for Estimated Insurance (05/2024) | 275.00 | 0.00 | 8,296.37 | | | |
| 5/1/2024 | Estimated RE Tax (05/2024) | 5,128.50 | 0.00 | 13,424.87 | | | |
| 5/1/2024 | Sales Tax for Estimated RE Tax (05/2024) | 282.07 | 0.00 | 13,706.94 | | | |
| 5/1/2024 | Estimated Non-Taxable CAM (05/2024) | 273.52 | 0.00 | 13,980.46 | | | |
| 5/1/2024 | Rent - Base (05/2024) | 17,095.00 | 0.00 | 31,075.46 | | | |
| 5/1/2024 | Sales Tax for Rent - Base (05/2024) | 940.23 | 0.00 | 32,015.69 | 31,849.90 | | |
| 5/6/2024 | Chk# :ACH ACH-Big Lots-t266 | 0.00 | 31,576.38 | 439.31 | (31,576.38) | 273.52 | May short nontaxable Util |
| 6/1/2024 | Estimated CAM (06/2024) | 2,706.71 | 0.00 | 3,146.02 | | | |
| 6/1/2024 | Sales Tax for Estimated CAM (06/2024) | 81.20 | 0.00 | 3,227.22 | | | |
| 6/1/2024 | Estimated Insurance (06/2024) | 5,000.00 | 0.00 | 8,227.22 | | | |
| 6/1/2024 | Sales Tax for Estimated Insurance (06/2024) | 150.00 | 0.00 | 8,377.22 | | | |
| 6/1/2024 | Estimated RE Tax (06/2024) | 5,128.50 | 0.00 | 13,505.72 | | | |
| 6/1/2024 | Sales Tax for Estimated RE Tax (06/2024) | 153.86 | 0.00 | 13,659.58 | | | |
| 6/1/2024 | Estimated Non-Taxable CAM (06/2024) :Revised by ctrl# 155327 | 273.52 | 0.00 | 13,933.10 | | | |
| 6/1/2024 | Rent - Base (06/2024) | 17,095.00 | 0.00 | 31,028.10 | | | |
| 6/1/2024 | Sales Tax for Rent - Base (06/2024) | 512.85 | 0.00 | 31,540.95 | 31,101.64 | | |
| 6/3/2024 | Chk# :ACH ACH-Big Lots-t266 | 0.00 | 31,576.38 | -35.43 | (31,576.38) | (474.74) | |
| 7/1/2024 | Estimated CAM (07/2024) | 2,706.71 | 0.00 | 2,671.28 | | | |
| 7/1/2024 | Sales Tax for Estimated CAM (07/2024) | 81.20 | 0.00 | 2,752.48 | | | |
| 7/1/2024 | Estimated Insurance (07/2024) | 5,000.00 | 0.00 | 7,752.48 | | | |
| 7/1/2024 | Sales Tax for Estimated Insurance (07/2024) | 150.00 | 0.00 | 7,902.48 | | | |
| 7/1/2024 | Estimated RE Tax (07/2024) | 5,128.50 | 0.00 | 13,030.98 | | | |
| 7/1/2024 | Sales Tax for Estimated RE Tax (07/2024) | 153.86 | 0.00 | 13,184.84 | | | |
| 7/1/2024 | Estimated Non-Taxable CAM (07/2024) :Revised by ctrl# 155328 | 273.52 | 0.00 | 13,458.36 | | | |
| 7/1/2024 | Rent - Base (07/2024) | 17,095.00 | 0.00 | 30,553.36 | | | |
| 7/1/2024 | Sales Tax for Rent - Base (07/2024) | 512.85 | 0.00 | 31,066.21 | 31,101.64 | | |
| 7/5/2024 | Chk# :ACH ACH-Big Lots-t266 | 0.00 | 30,079.86 | 986.35 | (30,079.86) | 1,021.78 | |
| 8/1/2024 | Estimated CAM (08/2024) | 2,706.71 | 0.00 | 3,693.06 | | | |
| 8/1/2024 | Sales Tax for Estimated CAM (08/2024) | 81.20 | 0.00 | 3,774.26 | | | |
| 8/1/2024 | Estimated Insurance (08/2024) | 5,000.00 | 0.00 | 8,774.26 | | | |
| 8/1/2024 | Sales Tax for Estimated Insurance (08/2024) | 150.00 | 0.00 | 8,924.26 | | | |
| 8/1/2024 | Estimated RE Tax (08/2024) | 5,128.50 | 0.00 | 14,052.76 | | | |
| 8/1/2024 | Sales Tax for Estimated RE Tax (08/2024) | 153.86 | 0.00 | 14,206.62 | | | |
| 8/1/2024 | Estimated Non-Taxable CAM (08/2024) :Revised by ctrl# 155329 | 273.52 | 0.00 | 14,480.14 | | | |
| 8/1/2024 | Rent - Base (08/2024) | 17,095.00 | 0.00 | 31,575.14 | | | |
| 8/1/2024 | Sales Tax for Rent - Base (08/2024) | 512.85 | 0.00 | 32,087.99 | 31,101.64 | | |
| 8/5/2024 | Chk# :ACH ACH-Big Lots-t266 | 0.00 | 30,828.12 | 1,259.87 | (30,828.12) | 273.52 | |
| 9/1/2024 | Estimated CAM (09/2024) :Revised by ctrl# 153891 | 2,706.71 | 0.00 | 3,966.58 | | | |
| 9/1/2024 | Sales Tax for Estimated CAM (09/2024) :Revised by ctrl# 153896 | 81.20 | 0.00 | 4,047.78 | | | |
| 9/1/2024 | Estimated Insurance (09/2024) :Revised by ctrl# 153892 | 5,000.00 | 0.00 | 9,047.78 | | | |
| 9/1/2024 | Sales Tax for Estimated Insurance (09/2024) :Revised by ctrl# 153897 | 150.00 | 0.00 | 9,197.78 | | | |
| 9/1/2024 | Estimated RE Tax (09/2024) :Revised by ctrl# 153893 | 5,128.50 | 0.00 | 14,326.28 | | | |
| 9/1/2024 | Sales Tax for Estimated RE Tax (09/2024) :Revised by ctrl# 153898 | 153.86 | 0.00 | 14,480.14 | | | |
| 9/1/2024 | Estimated Non-Taxable CAM (09/2024) :Revised by ctrl# 153899 | 273.52 | 0.00 | 14,753.66 | | | |
| 9/1/2024 | Rent - Base (09/2024) :Revised by ctrl# 153894 | 17,095.00 | 0.00 | 31,848.66 | | | |
| 9/1/2024 | Sales Tax for Rent - Base (09/2024) :Revised by ctrl# 153895 | 512.85 | 0.00 | 32,361.51 | | | |
| 9/1/2024 | Reversed Estimated CAM (09/2024) :Revises charge ctrl# 152831 | -2,706.71 | 0.00 | 29,654.80 | | | |
| 9/1/2024 | Reversed Estimated Insurance (09/2024) :Revises charge ctrl# 152833 | -5,000.00 | 0.00 | 24,654.80 | | | |

Page 2 of 4

## Lease Ledger

Date: 05/08/2024
Property: cmpp
Tenant: t0000266 Big Lots #1649
From Date: 10/28/2001  To Date: 01/31/2032
Move In Date: 10/28/2001
Unit(S): 2

| Date | Description | Charge | Payment | Balance | Summary section | | |
|---|---|---:|---:|---:|---:|---:|---:|
| 9/1/2024 | Reversed Estimated RE Tax (09/2024) :Revises charge ctrl# 152835 | -5,128.50 | 0.00 | 19,526.30 | | | |
| 9/1/2024 | Reversed Rent - Base (09/2024) :Revises charge ctrl# 152838 | -17,095.00 | 0.00 | 2,431.30 | | | |
| 9/1/2024 | Reversed Sales Tax for Rent - Base (09/2024) :Revises charge ctrl# 152839 | -512.85 | 0.00 | 1,918.45 | | | |
| 9/1/2024 | Reversed Sales Tax for Estimated CAM (09/2024) :Revises charge ctrl# 152832 | -81.20 | 0.00 | 1,837.25 | | | |
| 9/1/2024 | Reversed Sales Tax for Estimated Insurance (09/2024) :Revises charge ctrl# 152834 | -150.00 | 0.00 | 1,687.25 | | | |
| 9/1/2024 | Reversed Sales Tax for Estimated RE Tax (09/2024) :Revises charge ctrl# 152836 | -153.86 | 0.00 | 1,533.39 | | | |
| 9/1/2024 | Reversed Estimated Non-Taxable CAM (09/2024) :Revises charge ctrl# 152837 | -273.52 | 0.00 | 1,259.87 | - | September abated | |
| 10/1/2024 | Estimated CAM (10/2024) | 2,706.71 | 0.00 | 3,966.58 | | | |
| 10/1/2024 | Estimated Insurance (10/2024) | 5,000.00 | 0.00 | 8,966.58 | | | |
| 10/1/2024 | Estimated RE Tax (10/2024) | 5,128.50 | 0.00 | 14,095.08 | | | |
| 10/1/2024 | Rent - Base (10/2024) | 17,095.00 | 0.00 | 31,190.08 | | | |
| 10/1/2024 | Sales Tax for Rent - Base (10/2024) | 512.85 | 0.00 | 31,702.93 | | | |
| 10/1/2024 | Sales Tax for Estimated Insurance (10/2024) | 150.00 | 0.00 | 31,852.93 | | | |
| 10/1/2024 | Sales Tax for Estimated CAM (10/2024) | 81.20 | 0.00 | 31,934.13 | | | |
| 10/1/2024 | Sales Tax for Estimated RE Tax (10/2024) | 153.86 | 0.00 | 32,087.99 | | | |
| 10/1/2024 | Estimated Non-Taxable CAM (10/2024) :Revised by ctrl# 155330 | 273.52 | 0.00 | 32,361.51 | | | |
| 10/1/2024 | Reversed Estimated Non-Taxable CAM (02/2024) :Revises charge ctrl# 142384 | -273.52 | 0.00 | 32,087.99 | | | |
| 10/1/2024 | Reversed Estimated Non-Taxable CAM (03/2024) :Revises charge ctrl# 143944 | -273.52 | 0.00 | 31,814.47 | | | |
| 10/1/2024 | Reversed Estimated Non-Taxable CAM (04/2024) :Revises charge ctrl# 145390 | -273.52 | 0.00 | 31,540.95 | | | |
| 10/1/2024 | Reversed Estimated Non-Taxable CAM (05/2024) :Revises charge ctrl# 146899 | -273.52 | 0.00 | 31,267.43 | | | |
| 10/1/2024 | Reversed Estimated Non-Taxable CAM (06/2024) :Revises charge ctrl# 148366 | -273.52 | 0.00 | 30,993.91 | | | |
| 10/1/2024 | Reversed Estimated Non-Taxable CAM (07/2024) :Revises charge ctrl# 149886 | -273.52 | 0.00 | 30,720.39 | | | |
| 10/1/2024 | Reversed Estimated Non-Taxable CAM (08/2024) :Revises charge ctrl# 151389 | -273.52 | 0.00 | 30,446.87 | | | |
| 10/1/2024 | Reversed Estimated Non-Taxable CAM (10/2024) :Revises charge ctrl# 155307 | -273.52 | 0.00 | 30,173.35 | 28,913.48 | | |
| 10/2/2024 | Chk# :ACH ACH- Big Lots-t266 | 0.00 | 30,828.12 | -654.77 | (30,828.12) | (1,914.64) | |
| 11/1/2024 | Estimated CAM (11/2024) | 2,706.71 | 0.00 | 2,051.94 | | | |
| 11/1/2024 | Sales Tax for Estimated CAM (11/2024) | 81.20 | 0.00 | 2,133.14 | | | |
| 11/1/2024 | Estimated Insurance (11/2024) | 5,000.00 | 0.00 | 7,133.14 | | | |
| 11/1/2024 | Sales Tax for Estimated Insurance (11/2024) | 150.00 | 0.00 | 7,283.14 | | | |
| 11/1/2024 | Estimated RE Tax (11/2024) | 5,128.50 | 0.00 | 12,411.64 | | | |
| 11/1/2024 | Sales Tax for Estimated RE Tax (11/2024) | 153.86 | 0.00 | 12,565.50 | | | |
| 11/1/2024 | Rent - Base (11/2024) | 17,095.00 | 0.00 | 29,660.50 | | | |
| 11/1/2024 | Sales Tax for Rent - Base (11/2024) | 512.85 | 0.00 | 30,173.35 | | | |
| 11/1/2024 | Sales Tax for Rent Abatement (11/2024) | -512.85 | 0.00 | 29,660.50 | | | |
| 11/1/2024 | Rent Abatement (11/2024) | -17,095.00 | 0.00 | 12,565.50 | 13,220.27 | | |
| 11/5/2024 | Chk# :ACH ACH- Big Lots-t266 | 0.00 | 13,220.27 | -654.77 | (13,220.27) | | |
| 12/1/2024 | Estimated CAM (12/2024) | 2,706.71 | 0.00 | 2,051.94 | | | |
| 12/1/2024 | Sales Tax for Estimated CAM (12/2024) | 81.20 | 0.00 | 2,133.14 | | | |
| 12/1/2024 | Estimated Insurance (12/2024) | 5,000.00 | 0.00 | 7,133.14 | | | |
| 12/1/2024 | Sales Tax for Estimated Insurance (12/2024) | 150.00 | 0.00 | 7,283.14 | | | |
| 12/1/2024 | Estimated RE Tax (12/2024) | 5,128.50 | 0.00 | 12,411.64 | | | |
| 12/1/2024 | Sales Tax for Estimated RE Tax (12/2024) | 153.86 | 0.00 | 12,565.50 | | | |
| 12/1/2024 | Rent - Base (12/2024) | 17,095.00 | 0.00 | 29,660.50 | | | |
| 12/1/2024 | Sales Tax for Rent - Base (12/2024) | 512.85 | 0.00 | 30,173.35 | | | |
| 12/1/2024 | Rent Abatement (12/2024) | -17,949.75 | 0.00 | 12,223.60 | | | |
| 12/1/2024 | Sales Tax for Rent Abatement (12/2024) | -538.49 | 0.00 | 11,685.11 | 12,339.88 | | |
| 12/4/2024 | Chk# :ACH ACH-Big Lots-t266 | 0.00 | 13,220.27 | -1,535.16 | (13,220.27) | (880.39) | |
| 12/31/2024 | Management Fee (01/2024 - 12/2024) | 2,978.86 | 0.00 | 1,443.70 | | | |
| 12/31/2024 | Recoverable CAM (01/2024 - 12/2024) | 14.74 | 0.00 | 1,458.44 | | | |

3/12/2025 10:34 AM

## Lease Ledger

Date: 05/08/2024
Property: cmpp
Tenant: t0000266 Big Lots #1649
From Date: 10/28/2001  To Date: 01/31/2032
Move In Date: 10/28/2001
Unit(S): 2

| Date | Description | Charge | Payment | Balance | | Summary section | | |
|---|---|---|---|---|---|---|---|---|
| 12/31/2024 | Recoverable Insurance (01/2024 - 12/2024) | 46,067.75 | 0.00 | 47,526.19 | | | | |
| 12/31/2024 | Recoverable Tax (01/2024 - 12/2024) | 691.16 | 0.00 | 48,217.35 | | | | |
| 12/31/2024 | 3.00% Tax applied to ($0.44 + $89.37 MgmtFee) | 89.81 | 0.00 | 48,307.16 | | | | |
| 12/31/2024 | 3.00% Tax applied to Ctrl 159881 | 1,382.03 | 0.00 | 49,689.19 | | | | |
| 12/31/2024 | 3.00% Tax applied to Ctrl 159882 | 20.73 | 0.00 | 49,709.92 | | 51,245.08 | 51,245.08 | 2024 Exp Rec |
| 1/1/2025 | Estimated CAM (01/2025) | 3,077.10 | 0.00 | 52,787.02 | | | | |
| 1/1/2025 | Sales Tax for Estimated CAM (01/2025) | 92.31 | 0.00 | 52,879.33 | | | | |
| 1/1/2025 | Estimated Insurance (01/2025) | 5,000.00 | 0.00 | 57,879.33 | | | | |
| 1/1/2025 | Sales Tax for Estimated Insurance (01/2025) | 150.00 | 0.00 | 58,029.33 | | | | |
| 1/1/2025 | Estimated RE Tax (01/2025) | 4,991.74 | 0.00 | 63,021.07 | | | | |
| 1/1/2025 | Sales Tax for Estimated RE Tax (01/2025) | 149.75 | 0.00 | 63,170.82 | | | | |
| 1/1/2025 | Rent - Base (01/2025) | 13,676.00 | 0.00 | 76,846.82 | | | | |
| 1/1/2025 | Sales Tax for Rent - Base (01/2025) | 410.28 | 0.00 | 77,257.10 | | 27,547.18 | | |
| 1/6/2025 | Chk# :ACH ACH-Big Lots-t266 | 0.00 | 27,306.55 | 49,950.55 | | (27,306.55) | 240.63 | |
| 2/1/2025 | Estimated CAM (02/2025) | 3,077.10 | 0.00 | 53,027.65 | | | | |
| 2/1/2025 | Sales Tax for Estimated CAM (02/2025) | 92.31 | 0.00 | 53,119.96 | | | | |
| 2/1/2025 | Estimated Insurance (02/2025) | 5,000.00 | 0.00 | 58,119.96 | | | | |
| 2/1/2025 | Sales Tax for Estimated Insurance (02/2025) | 150.00 | 0.00 | 58,269.96 | | | | |
| 2/1/2025 | Estimated RE Tax (02/2025) | 4,991.74 | 0.00 | 63,261.70 | | | | |
| 2/1/2025 | Sales Tax for Estimated RE Tax (02/2025) | 149.75 | 0.00 | 63,411.45 | | | | |
| 2/1/2025 | Rent - Base (02/2025) | 13,676.00 | 0.00 | 77,087.45 | | | | |
| 2/1/2025 | Sales Tax for Rent - Base (02/2025) | 410.28 | 0.00 | 77,497.73 | | 27,547.18 | | |
| 2/3/2025 | Chk# :ACH ACH-Big Lots-t266 | 0.00 | 27,306.55 | 50,191.18 | | (27,306.55) | 240.63 | |
| 2/19/2025 | Chk# :ACH ACH-Big Lots-t266 | 0.00 | 711.89 | 49,479.29 | | (711.89) | (711.89) | |
| 3/1/2025 | Estimated CAM (03/2025) | 3,077.10 | 0.00 | 52,556.39 | | | | |
| 3/1/2025 | Sales Tax for Estimated CAM (03/2025) | 92.31 | 0.00 | 52,648.70 | | | | |
| 3/1/2025 | Estimated Insurance (03/2025) | 5,000.00 | 0.00 | 57,648.70 | | | | |
| 3/1/2025 | Sales Tax for Estimated Insurance (03/2025) | 150.00 | 0.00 | 57,798.70 | | | | |
| 3/1/2025 | Estimated RE Tax (03/2025) | 4,991.74 | 0.00 | 62,790.44 | | | | |
| 3/1/2025 | Sales Tax for Estimated RE Tax (03/2025) | 149.75 | 0.00 | 62,940.19 | | | | |
| 3/1/2025 | Rent - Base (03/2025) | 13,676.00 | 0.00 | 76,616.19 | | | | |
| 3/1/2025 | Sales Tax for Rent - Base (03/2025) | 410.28 | 0.00 | 77,026.47 | | 27,547.18 | 240.63 | March short paid |
| 3/4/2025 | Chk# :ACH ACH-Big Lots-t266 | 0.00 | 27,306.55 | 49,719.92 | | (27,306.55) | | |
| | | | | | | Charge/pymnt | difference | summary |
| | | | | **Account Balance** | | | **49,719.92** | |

Page 4 of 4