**CERTIFICATE OF SERVICE**

      I, Kevin S. Mann, hereby certify that on March 12, 2025, I caused a copy of the *Objection of B & B Cash Grocery Stores, Inc. to Notice of Filing of Fifteenth Post-Closing Designation Notice* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

                                                     */s/ Kevin S. Mann*
                                                     Kevin S. Mann (No. 4576)

## Service List

Robert J. Dehney, Sr., Esq.
rdehney@morrisnichols.com

Andrew R. Remming, Esq.
aremming@morrisnichols.com

Daniel B. Butz, Esq.
dbutz@morrisnichols.com

Sophie Rogers Churchill, Esq.
srchurchill@morrisnichols.com

Casey B. Sawyer, Esq.
csawyer@morrisnichols.com

Brian M. Resnick, Esq.
brian.resnick@davispolk.com

Adam L. Shpeen, Esq.
adam.shpeen@davispolk.com

Stephen D. Piraino, Esq.
stephen.piraino@davispolk.com

Ethan Stern, Esq.
ethan.stern@davispolk.com

Steven E. Fox, Esq.
sfox@riemerlaw.com

Josef Mintz, Esq.
josef.mintz@blankrome.com

Lorenzo Thomas, Esq.
lorenzo.thomas@blankrome.com