# **EXHIBIT C**

dotloop signature verification: dtlp.us/DCNJ-0qqB-6Yd1

**TT&L Realty LLC**

210 Main St
Cherry Valley, Ma 01611
603-677-2641 / 508-735-5283

TO: Gordon Brothers
Reference to Big Lots Stores LLC lease

On behalf of the Purchaser/ Lessee, I am pleased to provide you with the following proposal, subject to the following and a mutually acceptable assumption of the lease.

| | |
|---|---|
| **Location** | 416 Southbridge St. Auburn MA 01501 |
| **Premise** | Building of former Big Lots Store Number **4691** |
| Lessor | Owner of Record |
| Lessee | TTL Realty LLC |
| Use | Family Entertainment/Indoor recreational use |
| Initial Term | Assume remaining options on Big Lots Lease |
| | |
| Purchase Price for lease rights | 450,000 |
| Earnest Deposit | 25% (112,500) |
| Option Period | In addition to the remaining lease buyer has rights to any extensions opportunities layed out in the current lease agreement. |
| | |
| CAM Charges | Buyer (tenant) to assume proposed CAM rates |
| **Rent Commencement** | As soon as the vacation date is prepared TBD. |
| Due Diligence | |
| **NNN Charges** | |

dotloop signature verification: dtlp.us/DCNJ-0qqB-6Yd1

| | |
|---|---|
| Coverage | |
| **Additional Terms** | |
| Base Year | 2025 |
| | |
| | |
| Access | 24/7/365 access granted to lessee. |
| Condition of Premise | Premises delivered in "as-is" condition. Lessee responsible for improvements upon Lessor's approval. |
| Parking | All surface lots available in parking lot |
| Signage | Lessee may install signage at their expense, subject to code compliance and Lessor approval. |
| Proposed Status | This proposal is non-binding and creates no legal obligation until a mutually acceptable Lease Agreement is signed |
| | |

**This Proposal creates no legal obligation on the part of the Tenant or the Landlord. Any agreement between the parties shall be nonbinding until such time that both parties sign a mutually acceptable Lease Agreement. I look forward to hearing from you.**

**Thank you**


**Timothy Johnson**

*Timothy Johnson*  
dotloop verified  
02/05/25 1:23 PM EST  
0YP3-ITT1-3ZSF-MWYY

**Lee Morse**

*Lee Morse*  
dotloop verified  
02/05/25 1:03 PM EST  
FO0P-F1VN-BTTA-6EAX

**Nate Sobiech**

*Nate Sobiech*  
dotloop verified  
02/05/25 12:41 PM EST  
RO3O-BK66-CO2Z-JHCQ

# The Zone Arcade and Family Entertainment Center

Introducing a new family entertainment destination in Central Massachusetts



# Executive Summary



### Mission Statement
To provide an exciting, safe, and memorable experience for families, offering entertainment options for all ages under one roof.



### Product/Service
A variety of fun, family-friendly entertainment options such as arcade games, indoor Laser tag, Bumper cars, Tech Mini Golf, Sports Simulators, and party rooms for birthdays and corporate events.



### Business Objectives
Become the go-to family destination in Central Massachusetts, achieve $4.5M in revenue in the first year, and expand offerings by year 3. Host 80+ birthday parties and group events per month within the first 12 months.



### Financial Summary
Expecting an initial investment of $5.5M with projected revenue of $4.5M in the first year. Break even point estimated in 14 operating months.

# Company Description

## Business Opportunity
Families are increasingly looking for local, all-in-one entertainment solutions. Our Family Entertainment Center will offer a variety of activities in one space, reducing the need for multiple outings.

## Competitive Advantage
A modern, fun, clean, and safe space that offers a variety of activities, loyalty programs for frequent visitors, and a focus on creating a unique experience for each age group.

## Industry Background
The family entertainment industry is growing as families seek more options for shared experiences. Consumers are moving towards integrated entertainment spaces that offer something for everyone. Key trends include indoor entertainment, experiential venues, and gamification.

## Target Market
Our target market includes families with children (ages 4-14) looking for weekend fun, teens and young adults interested in arcades and active entertainment, corporate clients for team-building activities and events, as well as birthday parties, school groups, and local community events.

# Market Research

- Industry Growth
- Family Entertainment Participation
- Competitive Differentiation
- Demographic Trends

# Market Trends

- ## Experiential Entertainment
  Increasing demand for interactive and immersive gaming experiences that offer a unique and memorable experience for families.

- ## Family-Friendly Spaces
  Consumers are seeking all-in-one entertainment venues that offer a variety of activities, dining options, and spaces for the whole family to enjoy together.

- ## Gamification and Rewards
  The incorporation of game-like elements, such as point systems and loyalty programs, to enhance the entertainment experience and encourage repeat visits.

- ## Tech-Driven Attractions
  The integration of cutting-edge technology, such as virtual reality, sports simulators, and interactive mini-golf, to provide a modern and technologically advanced entertainment experience.

5

# Core Entertainment Options



### Birthday Parties & Group Events
Customizable party packages with food, games, and activities for celebrations of all kinds.



### Laser Tag
A fun, immersive group activity that can be popular for parties and team-building events.



### Mini Golf
A classic attraction that appeals to all ages with interactive and challenging courses.



### Arcade Games
Classic video games, modern simulator games, and skill-based games that reward players with prizes.

## Food & Beverage

- The Zone's Food & Beverage offerings provide a well-rounded dining experience for guests of all ages. Visitors can enjoy a variety of tasty and nourishing options, from classic crowd-pleasers to healthier alternatives, all within the lively atmosphere of the family entertainment center.

7

# Marketing & Sales Strategy

### Brand Positioning

Positioning THE ZONE as the premier family entertainment destination in Central Massachusetts, offering a diverse range of activities and experiences under one roof for kids and adults alike.

### Marketing Plan

Utilizing a multi-channel approach including online marketing (website, social media, digital ads), local partnerships (with schools, daycares, community centers), event promotions (opening events, holiday parties, back-to-school specials), and loyalty/referral programs to drive brand awareness and customer engagement.

### Sales Strategy

Implementing a user-friendly fast pass reloadable card system, offering membership options (monthly/yearly passes for families), and bundled packages (arcade cards with meal deals or birthday party specials) to optimize the guest experience and drive repeat business.

# Operations Plan

| Category | Details |
|---|---|
| Location | The location of THE ZONE 416 Southbridge St. Auburn MA 01501. This is a standalone location with high visibility in the center of town and plenty of parking and accessibility to the building. |
| Hours of Operation | THE ZONE will be open 12-9pm Monday-Thursday, 12-11pm Friday, 9am-11pm Saturday, and on Sundays and Holidays. |

*Based on the information provided in the 'Operations Plan' section.

# Management and Ownership

Ownership: Timothy Johnson, Lee Morse and Nathan Sobiech Combined

Net worth $40+M, PFS's available upon request.

Tim Johnson 42 Lifelong resident of Auburn, MA Proud father of two: ▆▆▆▆ His wife is a kindergarten teacher at a nearby elementary school. Experienced contractor with over 50 years of family history in residential property building in Auburn Owner of multiple commercial properties and involved in large-scale development projects throughout Worcester County

Lee Morse 43 Originally from Sturbridge, MA, now residing in Westborough Proud Father to ▆▆▆▆ U.S. Army Veteran, Served overseas in Operation Iraqi Freedom Extensive business experience in the rental equipment industry. Owner of multiple commercial properties in the area, currently renovating 30,000sq ft industrial warehouse in Leicester MA for mixed use including GYM & Pickleball spaces.

Nathan Sobiech 43 Originally from Worcester, MA, now residing in Oxford, MA Proud Father to ▆▆▆▆ Accomplished Sales Manager with a proven track record of identifying and creating profitable business opportunities and cultivating strong partnerships. 16+ years of experience working for the leading financial advisor marketing firms, building and refining sales strategies, managing sales operations, and leading both SDRs and full-cycle sales teams.

# The Zone

A modern, fun, family entertainment center offering various attractions such as arcade games, laser tag, mini golf, and more.





client.schwab.com

**Summary**

### Investment

| Account | Value, Day Change |
|---|---|
| **Designated Beneficiary IN** ...112 Brokerage | $572,115.64 -$1,380.65 (-0.24%) |
| **Designated Beneficiary IN** ...840 Brokerage | $1,355,686.80 +$16,314.88 (1.22%) |
| **Designated Beneficiary IN** ...708 Brokerage | $373,097.43 -$984.97 (-0.26%) |
| **Contributory** ...691 IRA | $0.00 $0.00 (0.00%) |
| **Designated Beneficiary IN** ...355 Brokerage | $1,941,078.52 +$7,261.02 (0.38%) |
| Schwab 529 Plan ...-01 Education | $3,704.31 |
| Schwab 529 Plan ...-02 Education | $3,703.55 |
| **Investment Total** | **$4,249,386.25** +$21,210.28 (0.50%) |

Disclosures

| Location | Store # | Address | City | State | ZIP | Open Date | Total Sq Ft | Sales Sq.ft | Annual Base Rent | Annual Base Rent PSF | CAM & Misc | Real Estate Taxes | Insurance | Current Lease Expiration | Remaining Options (years) | Estimated Arrears | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4691 | 54691 | 416 SOUTHBRIDGE ST | AUBURN | MA | 01501-2442 | 11/24/2018 | 43,908 | 27,603 | 108,898 | 2.48 | - | 52,118 | - | 01/31/2027 | 5 | $158,195 | Accepting Backup Bids |