## EXHIBIT D



# Kin Properties, Inc.

185 N.W. Spanish River Blvd., Suite 100 • Boca Raton, FL 33431-4230
Tel (561) 620-9200 • Fax (561) 955-9921
www.kinproperties.com

January 29, 2003

Toys "R" Us - Delaware, Inc.
Toys "R" Us-NY LLC
Toys "R" Us-Texas LLC
Toys "R" Us-Mass., Inc.
Toys "R" Us-Penn., Inc.
461 From Road
Paramus, New Jersey 07652-3524

**Re:    Amendment to Leases**

Ladies and Gentlemen:

This letter will serve as an agreement between the parties executing this letter agreement with respect to the leases listed on Schedule A attached hereto ("Leases"). Whenever in this letter the term, Landlord, Tenant, or Demised Premises is used it shall be deemed to include landlord, lessor, or owner; tenant or lessee; or demised premises, premises or property, respectively, under each of the Leases. By mesne conveyances, the Sandelman Family-related entity listed as the Current Owner and the Toys "R" Us related entity listed as Current Tenant on Schedule A have succeeded to the interests of the Landlord and Tenant, respectively under the listed Leases.

1.    The Leases are amended by adding thereto the following provision:

"Right of First Refusal: In the event Landlord, during the Term of this Lease, Landlord receives an arms length, bona fide written offer to purchase the Demised Premises from a third party purchaser, which Landlord desires to accept (the "Third-Party Offer"), Landlord hereby grants Tenant a right of first refusal (the "First Refusal Right") to purchase the Demised Premises on the same terms and conditions [except that Tenant shall be credited, against the purchase price to be paid by Tenant, with a sum equal to the amount of any brokerage commission, if any, which Landlord shall save by a sale to Tenant] as are contained in the Third-Party Offer. Landlord agrees to promptly notify Tenant in writing of the Third-Party Offer (including delivery of a true and exact copy of the written offer. Tenant shall have thirty (30) days after receipt of Landlord's notice to Tenant to exercise the First Refusal Right (the "Acceptance Period"). Tenant may elect to exercise the First Refusal Right by delivery of a written notice of its desire on or

Toys R Us, Inc.
January 29, 2003
Page 2

before the last day of the Acceptance Period and promptly thereafter Tenant shall execute an agreement of sale on the same terms and conditions as the Third-Party Offer and Tenant shall thereafter complete said purchase according to the terms of such executed agreement of sale. Any default by Tenant under such agreement of sale shall constitute a default by Tenant under this Lease.   To the extent any portion of the price in the Third-Part Offer is to be paid by non-cash consideration, such consideration shall be valued at the fair market value thereof as certified by an independent certified public account acceptable to Landlord and Tenant. If any acceptable Third-Party Offer shall include property other than the Demised Premises, Tenant's First Refusal Right shall be applicable to the Demised Premises alone, at a purchase price which shall be part of the price offered by the third party, which the value of the Demised Premises shall bear to the value of all property included in such offer.

        Should Tenant by written notice elect not to exercise the First Refusal Right or fails to timely exercise the First Refusal Right within the Acceptance Period, the same shall lapse and Landlord shall, subject to terms of this Lease, be free to consummate the sale to the third party submitting the Third-Party Offer provided the sale is closed on the same material terms and conditions as contained in the Third-Party Offer, without substantive modification thereto, but provided that the closing must occur within one (1) year of date of the Third-Party Offer. In the event the material terms and conditions of the Third-Party Offer are changed or modified Landlord shall promptly provide Tenant with written notification of such changes or modifications.  If Tenant fails to or elects not to exercise the First Refusal Right and the third party submitting the Third-Party Offer does not purchase the Demised Premises, the Demised Premises shall remain subject to the First Refusal Right herein contained as to any subsequent Third-Party Offer submitted to Landlord.

        In the event Landlord or the owners of the Demised Premises desire to transfer ownership of the Demised Premises, or parts thereof or interests therein, to any relative or to any corporation, partnership, limited partnership, limited liability company, limited liability partnership, trust or other legal entity owned or controlled by the principals, partners, beneficiaries, trustees, or shareholders of Landlord and/or the owners of the Demised Premises and/or any corporation, partnership, limited partnership, limited liability company, limited liability partnership, trust, or other legal entity owned or controlled by any relative of the principals, partners, beneficiaries, trustees or shareholders of Landlord and/or the owners of the Demised Premises, then, in such event, the First Refusal Right set forth herein shall not apply to such transfer and Landlord and/or the property owners shall be entitled to so transfer ownership of the Demised Premises, or parts thereof or interests therein," and Tenant shall continue to have the First Refusal Right as hereinabove provided.

Toys R Us, Inc.
January 29, 2003
Page 3


2.     The Leases listed on Schedule B attached hereto, are amended by deleting therefrom, "Article XXXVII, Tenant's Option to Purchase," and all references to Tenant's option to purchase pursuant thereto.  Hereafter, as a result, Tenant shall not have the right to exercise an option to purchase the Property at either January 31, 2003 or January 31, 2010.

3.     Concurrent with execution of this agreement, the Landlord's of the Albany, Auburn and Moline properties shall pay Toys "R" Us-NY LLC, Toys "R" Us-Mass., Inc and Toys "R" Us – Delaware, Inc. respectively, by wire transfer, the sum of One Hundred Thousand Dollars ($100,000.00) each.

4.     To commemorate the amendment of each of the Leases in a formal manner, but not in any way to indicate or evidence that this document does not serve as the amendment, the parties shall execute formal amendments and memoranda of leases with respect to each of the Leases.  The applicable memorandum of lease shall be recorded with the appropriate state and county officials as a ministerial act.  The parties shall share the cost of recording, equally.

5.     This agreement may be executed and delivered by facsimile, and in mutual counterparts with the same force and effect as if delivered with original signatures and in one document.


[Signature Pages Follow]

Toys R Us, Inc.
January 29, 2003
Page 4


IN WITNESS WHEREOF, the parties have caused this letter agreement to be executed
by appropriate authorized individuals and their signatures witnessed.

Pensacola, FL

Witness

Susan Sandelman as Trustee of the Mascot
Trust

Witness

Susan Sandelman as Trustee of the Muffrey
Trust

Albany, NY
Auburn, MA
Flint, MI
Mesquite, TX
Moline, IL

Witness

Toysan Limited Partnership, a Delaware
Limited Partnership

Witness

By:    Sanland Company, Inc., a Delaware
       Corporation, its General Partner

By:
Name: Jeffrey Sandelman
Title:   President

Aurora, IL

Witness

Aursan Company, LLC, a Delaware limited
liability company

Witness

By:
Name: Jeffrey Sandelman
Title:   President

Springfield, MA

Witness

Springsan Company, Inc., a Delaware
limited liability company

Witness

By:
Name: Jeffrey Sandelman
Title:   President

Toys R Us, Inc.
January 29, 2003
Page 5

Riverside, IL

_____     _____
Witness                     Susan Sandelman as Trustee of the Jefan
                            Trust

_____     _____
Witness                     Susan Sandelman as Trustee of the Mascot
                            Trust

Saginaw, MI

_____     _____
Witness                     Sanford Sandelman as Trustee of the Alisue
                            Trust

_____     _____
Witness                     Susan Sandelman as Successor Trustee of
                            the Diajeff Trust

Waldorf, MD

_____     Fundamentals Company, Inc.
Witness

_____     By:_____
Witness                     Name: Jeffrey Sandelman
                            Title:  President

                            General Delta Company, Inc.

                            By:_____
                            Name: Jeffrey Sandelman
                            Title:  President

                            _____
                            Susan Sandelman as Trustee of the
                            Fundamentals Company Trust

                            _____
                            Jeffrey Sandelman as Trustee of the Ansan
                            Trust

Toys R Us, Inc.
January 29, 2003
Page 6

Pittsburgh, PA

_____
Witness

Stowsan Limited Partnership

By:    Stowsan Company, Inc., a Delaware
       Corporation, its General Partner

By_____
Name:  Jeffrey Sandelman
Title:  President

_____
Witness

_____
Susan Sandelman as Successor Trustee of
the Diajeff Trust

_____
Susan Sandelman as Trustee of the Alisan
Trust

Livingston, NJ

_____
Witness

_____
Susan Sandelman as Trustee of the Alisan
Trust

_____
Witness

_____
Susan Sandelman as Successor Trustee of
the Diajeff Trust

**AGREED AND ACCEPTED:**

Pensacola, FL
Flint, MI
Moline, IL
Aurora, IL
Riverside, IL
Saginaw, MI
Waldorf, MD
Livingston, NJ
and as evidence of the consent
of Toys "R" Us-Delaware, Inc.,
a Delaware Corporation

_____
Witness

_____
Witness

Toys "R" Us-Delaware, Inc., a Delaware
corporation

By:_____
Name:_____
Title:_____

Toys R Us, Inc.
January 29, 2003
Page 6

Pittsburgh, PA

_____
Witness

_____
Witness

Stowsan Limited Partnership

By:    Stowsan Company, Inc., a Delaware
       Corporation, its General Partner


By:_____
Name: Jeffrey Sandelman
Title:   President


_____
Susan Sandelman as Successor Trustee of
the Diajeff Trust

_____
Susan Sandelman as Trustee of the Alisan
Trust

Livingston, NJ

_____
Witness

_____
Susan Sandelman as Trustee of the Alisan
Trust

_____
Witness

_____
Susan Sandelman as Successor Trustee of
the Diajeff Trust

**AGREED AND ACCEPTED:**

Pensacola, FL
Flint, MI
Moline, IL
Aurora, IL
Riverside, IL
Saginaw, MI
Waldorf, MD
Livingston, NJ
and as evidence of the consent
of Toys "R" Us-Delaware, Inc.,
a Delaware Corporation

_____
Witness

_____
Witness

Toys "R" Us-Delaware, Inc., a Delaware
corporation

By:_____
Name:    DAVID P. PICOT
Title:    VP REAL ESTATE

Toys R Us, Inc.
January 29, 2003
Page 7

| | | |
|---|---|---|
| Albany, NY | _Witness_ | Toys "R" Us-NY LLC, a New York limited liability company |
| | _Witness_ | By: _____<br>Name: DAVID P. PICOT<br>Title: VP REAL ESTATE |
| Auburn, MA<br>Springfield, MA | _Witness_ | Toys "R" Us-Mass., Inc., a Massachusetts corporation |
| | _Witness_ | By: _____<br>Name: DAVID P. PICOT<br>Title: VP REAL ESTATE |
| Mesquite, TX | _Witness_ | Toys "R" Us-Texas LLC, a Delaware limited liability company |
| | _Witness_ | By: _____<br>Name: DAVID P. PICOT<br>Title: VP REAL ESTATE |
| Pittsburgh, PA | _Witness_ | Toys "R" Us-Penn., Inc., a Pennsylvania corporation |
| | _Witness_ | By: _____<br>Name: DAVID P. PICOT<br>Title: VP REAL ESTATE |

**CONSENTED TO BY:**

Toys "R" Us, Inc.

By: _____
Name: DAVID P. PICOT
Title: VP REAL ESTATE

| | | | SCHEDULE A | | |
|---|---|---|---|---|---|
| Sandelman Property # | Toys "R" Us Store # | Address | Lease Identification | Current Owner | Current Tenant |
| 3254 | 8819 | Pensacola, Florida<br>9th Avenue & Bayou Boulevard | Sublease dated June 3, 1987 between Channel Home Centers Realty Corporation, a Delaware corporation, ad landlord, and Toys "R" Us, Inc., a Delaware corporation, as tenant | Susan Sandelman as Trustee of the Mascot Trust and Susan Sandelman as Trustee of the Muffrey Trust | Toys "R" Us-Delaware, Inc., a Delaware corporation |
| 3396 | 6314 | Albany, New York<br>38 Wolf Road | Lease dated November 13, 1978 by and between American Property Investors VIII, a California limited partnership, as landlord, and Toys "R" Us, Inc., as tenant | Toysan Limited Partnership, a Delaware limited partnership | Toys "R" Us–NY LLC, a New York limited liability company |
| 3397 | 7504 | Auburn, Massachusetts<br>416 Southbridge Street | Lease dated November 13, 1978 by and between American Property Investors VIII, as landlord, and Toys "R" Us, Inc., as tenant | Toysan Limited Partnership, a Delaware limited partnership | Toys "R" Us—Mass. , Inc., a Massachusetts corporation |
| 3398 | 7207 | Flint, Michigan<br>3250 S. Linden Boulevard | Lease dated March 16, 1978 by and between American Property Investors VII, a Colorado limited partnership, as landlord, and Joseph R. Crowley and Hebert B. Siegel, as Trustees of the Toys "R" Us, Inc., a New Jersey corporation, as tenant | Toysan Limited Partnership, a Delaware limited partnership | Toys "R" Us-Delaware, Inc., a Delaware corporation |
| 3399 | 1343 | Mesquite, Texas<br>2100 Town East Boulevard | Lease dated March 16, 1978 by and between American Property Investors VII, a Colorado limited partnership, as landlord, and Joseph R. Crowley and Hebert B. Siegel, as Trustees of the Toys "R" Us, Inc., a New Jersey corporation, as tenant | Toysan Limited Partnership, a Delaware limited partnership | Toys "R" Us-Texas, LLC, a Delaware limited liability company |

L:\3254\LEASE DOCS\Amendment to Leases\Schedule A to Lease Amendments(v1).doc

| | | | | |
|---|---|---|---|---|
| 3400 | 6049 | Moline, Illinois 4555 16th Street | Lease dated December 6, 1978 by and between American Property Investors VIII, as landlord, and Toys "R" Us, Inc., a Delaware corporation, as tenant | Toysan Limited Partnership, a Delaware limited partnership | Toys "R" Us-Delaware, Inc, a Delaware corporation |
| 3441 | 6017 | Aurora, Illinois 4070 Fox Valley Drive | Amended and Restated Lease dated April 2, 1981 by and between Toy Associates, Inc., a Florida corporation, as landlord, and Toys "R" Us, Inc., a Delaware corporation, as tenant | Aursan Company, LLC, a Delaware limited liability company | Toys "R" Us-Delaware, Inc, a Delaware corporation |
| 3442 | 6003 | Springfield, Massachusetts 1686 Boston Road | Amended and Restated Lease dated April 2, 1981 by and between Toy Associates, Inc., a Florida corporation, as landlord, and Toys "R" Us, Inc., a Delaware corporation, as tenant | Springsan Company, Inc, a Delaware limited liability company | Toys "R" Us-Mass., Inc., a Massachusetts company |
| 3462 | 6016 | Riverside, Illinois 7451 West Cermak Road | Amended and Restated Lease dated January 15, 1980 by and between One Amy Associates, a Massachusetts limited partnership, as landlord, and Toys "R" Us, Inc., a Delaware corporation, as tenant | Susan Sandelman as Trustee of the Jefan Trust and Susan Sandelman as Trustee of the Mascot Trust | Toys "R" Us-Delaware, Inc, a Delaware corporation |
| 3463 | 6069 | Saginaw, Michigan 2780 Tittabawassee Road | Amended and Restated Lease dated January 15, 1980 by and between One Amy Associates, a Massachusetts limited partnership, as landlord, and Toys "R" Us, Inc., a Delaware corporation, as tenant | Sanford Sandelman as Trustee of the Alisue Trust and Susan Sandelman as Successor Trustee of the Diajeff Trust | Toys "R" Us-Delaware, Inc, a Delaware corporation |
| 3513 | 8333 | Waldorf, Maryland 11055 Mall Circle Drive | Lease dated June 18, 1990 by and between Charles Mall Company Limited Partnership, a Maryland limited partnership, as landlord, and Toys "R" Us, Inc., a Delaware corporation, as tenant | Fundamentals Company, Inc., Susan Sandelman as Trustee of the Fundamentals Co. Trust, General Delta Company, Inc. and Jeffrey Sandelman as | Toys "R" Us-Delaware, Inc, a Delaware corporation |

2

L:\3354\LEASE DOCS\Amendment to Lease\Schedule A to Lease Amendment(v).doc

| | | | Trustee of the Ansan Trust | |
|---|---|---|---|---|
| 3518 | Pittsburgh, Pennsylvania 2003 Cheryl Drive (Ross Park Mall) | Lease dated December 9, 1986 by and between Penn Ross Joint Venture, as landlord, and Toys "R" Us – Penn., Inc., as tenant | Stowsan Limited Partnership, Susan Sandelman as Successor Trustee of the Diajeff Trust and Susan Sandelman as Trustee of the Alisan Trust | Toys "R" Us-Penn, Inc., a Pennsylvania corporation |
| 3519 | Livingston, New Jersey 599 West Mount Pleasant Avenue | Lease Agreement dated November 19, 1980 by and between Winthrop Partners 80, as landlord, and Toys "R" Us, Inc., as tenant | Susan Sandelman as Trustee of the Alisan Susan Sandelman as Successor Trustee of the Diajeff Trust | Toys "R" Us-Delaware, Inc, a Delaware corporation |

L:\334\LEASE DOCS\Amendment to Lease\Schedule A to Lease Amendment(v).doc

## SCHEDULE B

| Sandelman Property # | Toys "R" Us Store # | Address | Lease Identification | Current Owner | Current Tenant |
|---|---|---|---|---|---|
| 3396 | 6314 | Albany, New York 38 Wolf Road | Lease dated November 13, 1978 by and between American Property Investors VIII, a California limited partnership, as landlord, and Toys "R" Us, Inc., as tenant | Toysan Limited Partnership, a Delaware limited partnership | Toys "R" Us–NY LLC, a New York limited liability company |
| 3397 | 7504 | Auburn, Massachusetts 416 Southbridge Street | Lease dated November 13, 1978 by and between American Property Investors VIII, as landlord, and Toys "R" Us, Inc., as tenant | Toysan Limited Partnership, a Delaware limited partnership | Toys "R" Us—Mass. , Inc., a Massachusetts corporation |
| 3400 | 6049 | Moline, Illinois 4555 16th Street | Lease dated December 6, 1978 by and between American Property Investors VIII, as landlord, and Toys "R" Us, Inc., a Delaware corporation, as tenant | Toysan Limited Partnership, a Delaware limited partnership | Toys "R" Us–Delaware, Inc., a Delaware corporation |

1

LA\3254\LEASE DOCS\Amendment to Lease\Schedule B to Lease Amendment(v1).doc