# **<u>EXHIBIT E</u>**



## LIMITED FACILITY CONDITION ASSESSMENT REPORT

Kin Property #3397
416 Southbridge Street
Auburn, Massachusetts 01501

Blew Project # 24-6789.00
Report Date: September 25, 2024

***Prepared for****:*
Kin Properties, Inc.
185 NW Spanish River Drive, Suite 100
Boca Raton, Florida 33431

***Prepared by****:*
Blew & Associates, P.A.
3825 N. Shiloh Drive
Fayetteville, Arkansas 72703
888.933.2111
www.blewinc.com

KPI.Auburn00001



September 25, 2024

Corliss Miller
Kin Properties, Inc.
185 NW Spanish River Drive, Suite 100
Boca Raton, Florida  33431

RE: Limited Facility Condition Assessment of:
Blew Project #24-6789.00

Kin Property #3397
416 Southbridge Street
Auburn, Massachusetts 01501

Dear Ms. Miller,

Blew & Associates, L.P (Blew) has completed a Limited Facility Condition Assessment (LFCA) of the above-referenced Property in accordance with ASTM International (ASTM) E2018-24 Standard Guide for Property Condition Assessments: Baseline Property Condition Assessment Process and generally accepted industry standards.

This report was prepared solely for the use of Kin Properties, Inc. and its subsidiaries, and their successors assigns and affiliates (hereinafter "Client" or "User"). No other party shall have the right to rely on this report or the findings herein without the prior written consent of BLEW.

Please contact me at (908) 875-3324 or matt.wagenr@blewinc.com should you have any questions or require additional information. Thank you for the opportunity to be of service.

Sincerely,

Signature for Unknown User
Matthew A. Wagner
Managing Director | Assessment



## Summary Table

| Construction System | Good | Fair | Poor | Action | Immediate |
|---|---|---|---|---|---|
| 3.2.1 Utilities | X | | | None | |
| 3.2.2 Water and Sanitary Lines | X | | | None | |
| 3.2.3 Site Configuration and Size | X | | | None | |
| 3.2.4 Grading, Drainage and Site Landscaping | | X | | Refurbish | $30,000 |
| 3.2.5 Ingress/Egress | X | | | None | |
| 3.2.6 Parking, Flatwork and Walkways | | X | | Repair | $42,000 |
| 3.2.7 Site Lighting | | X | X | Replace | $3,400 |
| 3.2.8 Site Fencing and Retaining Walls | | NA | | None | |
| 3.3.1 Foundations | X | | | None | |
| 3.3.2 Framing | X | | | None | |
| 3.3.3 Building Cladding / Exteriors | | X | X | Repair | $57,125 |
| 3.3.4 Roof Systems | | | X | Replace | $213,720 |
| 3.3.5 Doors and Windows | X | | | None | |
| 3.4.1 Water Distribution and Domestic Hot Water | X | | | None | |
| 3.4.2 Sanitary Waste and Vent | X | | | None | |
| 3.4.3 Heating/Cooling System and Controls | X | X | | Replace | |
| 3.4.4 Ventilation Systems | X | | | None | |
| 3.4.5 Electrical Service | X | | | None | |
| 3.4.6 Fire and Life Safety Systems | | X | | Inspect | $2,000 |
| 3.4.7 Site Security | | NA | | None | |
| 3.5.1 Tenant Suites Observed | X | | | None | |
| 3.5.2 Tenant Finishes | X | | | None | $500 |
| 3.5.3 Bathroom Sinks and Toilets | X | | | None | |
| 3.5.4 Tenant Appliances | | NA | | None | |
| 4.1.2 ACCESSIBILITY | X | | | None | |
| Totals | | | | | $348,745 |

| Summary | Today's Dollars | $/Square Foot |
|---|---|---|
| Immediate Repairs | $348,745 | $348,745.00 |

## Immediate Repair Cost

| Item | Quantity | Unit | Unit Cost | Replacement Percent | Immediate Total | Comments |
|------|----------|------|-----------|--------------------|-----------------|----------|
| 3.2.4 Grading, Drainage and Site Landscaping | | | | | | |
| Replace railing system at stairs and accessible rampway | 1 | EA | $30,000.00 | 100% | $30,000 | Blew observed rusted tubular metal railings. The rust indicates a lack of preventive maintenance. The railings should be sanded and painted. The railings need to be painted to prevent further damage to the metal and to prevent rust stains on the concrete flatwork. |
| 3.2.6 Parking, Flatwork and Walkways | | | | | | |
| Asphalt Mill & Resurface | 80,000 | SF | $2.30 | 10% | $18,400 | Deferred maintenance - extensive map cracking and vegetation growing through the cracks |
| Asphalt Seal Coating and Striping | 80,000 | SF | $0.28 | 100% | $22,400 | The seal coating and striping was observed to be worn throughout the paved areas. |
| Asphalt curbing repairs | 1 | Allow | $1,200.00 | 100% | $1,200 | Blew observed damaged areas of asphalt curbing. The damaged areas need to be repaired. |
| 3.2.7 Site Lighting | | | | | | |
| Install new pole light with LED fixture | 1 | EA | $3,000.00 | 100% | $3,000 | Pole is missing; base is in place. a new pole needs to be installed to ensure proper site lighting. |
| Replace or repair wall pack light at east elevation | 1 | EA | $400.00 | 100% | $400 | Blew observed damaged wall lighting. The damaged fixture needs to be repaired. |
| 3.3.3 Building Cladding / Exteriors | | | | | | |
| EIFS Repairs | 275 | SF | $35.00 | 100% | $9,625 | Several locations adjacent to loading docks and approaches to loading docks |
| EIFS - clean and repaint | 16,000 | SF | $2.50 | 100% | $40,000 | Stained and dirty throughout. Paint required after repairs to damaged sections and the remaining facade. |
| Prime and Paint Metal Elements | 1 | Allow | $7,500.00 | 100% | $7,500 | Rusted metal elements throughout including bollards, downspout cowlings, metal railings, loading dock metal elements. |
| 3.3.4 Roof Systems | | | | | | |
| TPO Roof replacement | 1 | Allow | $213,720.00 | 100% | $213,720 | Blew was provided a proposal from Kidd-Luuko Corp dated 7/10/24 in the Dura Last report. The indicated costs are from the proposal. |
| 3.4.6 Fire and Life Safety Systems | | | | | | |

| Item | Quantity | Unit | Unit Cost | Replacement Percent | Immediate Total | Comments |
|------|----------|------|-----------|---------------------|-----------------|----------|
| Provide current Sprinkler Inspection tag | 1 | EA | $1,000.00 | 100% | $1,000 | Blew observed that the fire sprinkler tag was expired - April 2023. The sprinkler needs to be inspected. |
| Provide current fire panel inspection tag | 1 | EA | $1,000.00 | 100% | $1,000 | Blew was not provided with current fire alarm inspection information. The fire alarm panel needs to be inspected. |
| 3.5.2 Tenant Finishes | | | | | | |
| Replace ceiling grid panels | 1 | Allow | $500.00 | 100% | $500 | Stained from prior leaks which are reportedly repaired, the ceiling tiles need to be replaced. |
| Total Repair Cost | | | | | $348,745.00 | |



# Table of Contents

1. **INTRODUCTION** ................................................................. **1**
    1.1  Scope of Work ............................................................. 1
    1.2  Reliance ................................................................. 3
2. **CONSULTANT TEAM** ............................................................ **3**
3. **PROPERTY CHARACTERISTICS** ................................................... **5**
    3.1  INTRODUCTION ......................................................... 5
    3.2  SITE COMPONENTS ..................................................... 6
    3.3  ARCHITECTURAL COMPONENTS .......................................... 12
    3.4  MECHANICAL/ELECTRICAL/PLUMBING COMPONENTS ........................ 16
    3.5  INTERIOR COMPONENTS ................................................ 22
4. **SPECIAL HAZARDS** ............................................................. **25**
    4.1  REGULATORY COMPLIANCE .............................................. 25
5. **AREAS OF ADDITIONAL ASSESSMENT** ............................................ **32**
    5.1  REPORTED PAST CAPITAL REPAIRS ...................................... 32
    5.2  WORK IN PROGRESS OBSERVED ......................................... 32
6. **REFERENCES, PROCEDURES AND LIMITATIONS** ................................... **33**
    6.1  REFERENCES .......................................................... 33
    6.2  PROCEDURES .......................................................... 34
    6.3  LIMITATIONS ........................................................... 37

**BLEW**
Surveying | Engineering
Environmental

# TABLE OF APPENDICES

A: PHOTO DOCUMENTATION

B: SITE MAP, LOCATION MAP

C: SUPPLEMENTARY DOCUMENTATION

D: RESUMES

**BLEW**
Surveying | Engineering
Environmental

## 1.0 INTRODUCTION

### 1.1 Scope of Work

**Limited Facility Condition Assessment Scope:** The LFCA will be performed in general accordance with scope of work as provided by KIN Properties Inc. This Report and Scope of Work and is subject limitations and scope considerations. The scope of this Limited Facility Condition Assessment will include the following:

**Site and Grounds –**

- Pavement type(s) and condition,
- Parking count,
- Curb type(s) and condition,
- Flatwork type(s) and condition,
- Site Drainage type and condition, of storm drains, including sketch of approx. locations,
- Loading Dock type(s) and condition
- Exterior Lighting type and operational condition, including sketch of approximate locations, and
- Directional Site Signage presence.

**Building Envelope –**

- Ceiling Heights
- Facade type(s) and condition,
- Window type(s) and condition,
- Exterior door type(s) and condition,
- Roofing System type(s) and condition,
    - Estimated layer(s)
    - Roof access means

**Mechanical, Electrical and Plumbing Systems –**

- HVAC type(s) and condition, including sketch of approximate locations,
    - Manufacturer, Model, and Serial number,
    - Heating or cooling capacity, tonnage, location, photos
    - Estimated age of equipment,
    - Equipment documented individually,
    - Three-year replacement / repair projection

- Electrical equipment type(s), condition, including sketch of approximate locations of major equipment,
  - Transformer(s) including Serial #, Voltage, and Amperage
  - Electric meter number
  - Main switch manufacturer, voltage, amperage, phase
  - All electric panels manufacturer, voltage, amperage, phase

- Hot water type(s) and condition
  - Determine capacity
  - Manufacturer, Model, and Serial Number,
  - Estimated age

- Backflow device type(s) and condition, including sketch of approximate locations,
  - Size(s) in inches
  - Usage one fire or domestic supply

- Document presence of double detector valve
  - Date of last inspection
  - Inspection entity

- Water meter # and service line size, including sketch of approximate locations,
- Document and sketch location of exterior building overflow sewer trap location,
- Document if natural gas is provided to site, including sketch of approximate location,

**Fire detection, notification, and suppression systems**

- Type(s) and condition of suppression systems for building
- Wet, dry, chemical, antifreeze.
- Last inspection date and frequency.
- Type(s) of sprinkler heads present
  - Pendent, recessed, semi-recessed, and ESFR

- Include sketch of approximate locations of post indicator valves, riser locations, fire hydrants, and exterior building hose connections
- Fire alarm panel type(s) and condition, including sketch of approximate location(s)
  - Manufacturer and model number,
  - Last inspection date
  - Documents presence of water gong and jurisdictional requirements

**Interior Space –**

- Document if restroom spaces meet ADA requirements (Tier II)

**Interviews and Research -**



- Conduct interviews and make requests of readily available records with individuals and public agencies familiar with the property to gather readily available property information.

**Building Department Records –**

- Inquiry to local building department regarding
- Open or closed permits – 5 Year time period
- Document date permit requested, permit number, permit type, permit requested by contractor performing work, and date permit was closed.

This report complies with ASTM 2018-24, with adjustments as agreed with the User, Baseline Property Condition Assessment Process, the scope of work provided by Client, and generally-accepted industry standards.

## 1.2 Reliance

The investigation was conducted on behalf of and for the exclusive use of Client solely for the understanding of deferred maintenance. This report and findings contained herein shall not, in whole or in part, be disseminated or conveyed to any other party, nor used by any other party, in whole or in part without prior written consent of Blew. Blew acknowledges and agrees that the report may be conveyed to and relied upon by the Client, their successors assigns and affiliates.

Reliance is provided in accordance with Blew's Proposal and Terms and Conditions executed by the Client. The limitation of liability defined in the Terms and Conditions is the aggregate limit of Blew's liability to the client and all relying parties.

## 2.0 CONSULTANT TEAM

The property evaluator for this report is Clifford W. Ageloff, CEM, BPI, MA CSL.

The senior reviewer of this report is Matthew A. Wagner.

Resumes of the property evaluator and the senior reviewer are appended to this report. Blew certifies that the assessment was conducted in accordance with ASTM E2018-24 Standard Guide for Property Condition Assessments: Baseline Property Condition Assessment Process, any client specific scope of work provided, and generally accepted industry standards.

Signature for Clifford W. Ageloff, CEM, BPI, MA CSL

Signature for Clifford W. Ageloff, CEM, BPI, MA CSL

Project Manager

Signature for Matthew A. Wagner



Signature for Matthew A. Wagner

Managing Director

Case 24-11967-JKS    Doc 2212-5    Filed 03/12/25    Page 13 of 116

**BLEW**
Surveying | Engineering
Environmental

Kin Property #3397
Auburn, Massachusetts

## 3.0 PROPERTY CHARACTERISTICS

Blew was retained by Kin Properties, Inc. to conduct a Limited Facility Condition Assessment. The property is a freestanding discount sales store with a rear warehouse area, a limited mezzanine with access to the roof through a roof hatch, parking, and rear service and delivery areas. The property was constructed in 1978 and renovated in 2004 and then again in 2008 for the current tenant. The building is built with EIFS cladding over load-bearing CMU, steel roof framing,
and has a white TPO roof.

A summary of the Property improvements is provided in the following table.

| Property Name | Kin Property #3397 |
|---|---|
| Property Address | 416 Southbridge Street, Auburn, Massachusetts 01501 |
| Property Age | The Property was constructed in 1978, and is 45 years old. |
| Property Acreage and Parcels | The site consists of 4.25 acres, and has 1, Irregular, Singular parcels. |
| Number of Buildings | There are 0 on site. . |
| Gross Building Square Footage | 44,111 square feet |
| Net Rentable Square Footage | 44,111 square feet |
| Number of Parking Spaces | There are a total of 105 parking spaces. 6 of those spaces are designated as ADA accessible spaces. |
| Date of Site Visit | 9/17/2024 |
| Site Contact | Sean Barron, Assistant Store Manager |
| Weather on the Date off the Site Visit | Sunny, 70F degrees F |

## 3.1 INTRODUCTION

The report includes the following indicators of recommended action:

**RM** = Routine Maintenance

**IM** = Immediate Repair

**INV** = Investigation is Recommended

**NA** = Not Applicable

This voice of this report assumes that all systems are generally acceptable in condition and function, except as specifically noted.

**Reconciliation of Data Provided at Engagement**

The Property was found to be generally in conformance with the information provided at engagement for this report.

## 3.2 SITE COMPONENTS

### 3.2.1 Utilities

| Item | Description | Action |
|------|-------------|--------|
| Domestic Water | Domestic water is provided by Town of Auburn | NA |
| Domestic Sewer | Domestic sewage service is provided byTown of Auburn | NA |
| Storm Drainage | The Property storm water is collected by the municipal system. | |
| Electricity | Electricity is provided by National Grid | NA |
| Natural Gas | Natural gas service is provided by National Grid | |

**Comments and Observations**

Utilities are performing as expected, with no reported deficiencies. Routine maintenance activities are expected to occur periodically.

### 3.2.2 Water and Sanitary Lines

| Item | Description | Action |
|------|-------------|--------|
| Site Water Lines | The site water lines were underground and could not be observed. | RM |
| Site Sanitary Lines | The site underground sanitary lines are reportedly cast iron. | RM |

**Comments and Observations**

No concerns were reported or observed regarding the site water supply and site sanitary lines. No history of frequent breaks or leakage was reported. Routine maintenance activities are expected to occur periodically.



### 3.2.3 Site Configuration and Size

| Item | Description | Action |
|------|-------------|--------|
| Number of Parcels | The Property consists of 1 parcels. | RM |
| Acreage | 4.25 acres. | RM |
| Topography | The Property is generally flat, with mild slopes to drain. | RM |

**Comments and Observations**

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.

### 3.2.4 Grading, Drainage and Site Landscaping

| Item | Description | Action |
|------|-------------|--------|
| Property Storm Water Drainage | Property storm water is positively connected from roofs to the municipal underground storm water system. | RM |
| Catch Basins | Concrete catch basins are located throughout the site. | RM |
| Retention/ Detention Ponds | There are no retention or detention facilities at this Property. | NA |
| Grading | Grading appears to slope away from the buildings. | RM |
| Landscaping | Landscaping appears to be hearty varieties that are appropriate for the climate. | RM |
| Irrigation | Irrigation is not provided at this Property. | NA |
| Landscape Stairs and Rails | Cast-in-place concrete landscape stairs are provided at changes of grade on site. Rails are painted tubular metal. | IM |
| Waste Enclosures | There are no waste enclosures at the Property. | NA |

**Comments and Observations**

Blew observed rusted tubular metal railings. The railings should be sanded and painted. The railings need to be painted to prevent further damage to the metal and to prevent rust stains on the concrete flatwork. An opinion for these costs are included in the Tables.

No other deficiencies were reported or observed.



**Photographs**



Site - railing conditions



Site - railing at ramp condition



Site - railings



Site - flatwork and railings

### 3.2.5 Ingress/Egress

| Item | Description | Action |
|------|-------------|--------|
| Site Vehicular Access and Egress | Vehicles access the site from a driveway from Southbridge Street | RM |
| Site Pedestrian Access to Municipal Walkways | Site sidewalks were observed to not connect to municipal walkways. | NA |



| Item | Description | Action |
|------|-------------|--------|
| Secured Access | There is no secured access to the site, beyond access to individual buildings. | NA |
| Site Signage | Property pylon signage is located on a freestanding sign located at Southbridge Street and lighted trade signage attached to the building facades | RM |

**Comments and Observations**

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.

### 3.2.6 Parking, Flatwork and Walkways

| Item | Description | Action |
|------|-------------|--------|
| Asphalt Pavement | Asphalt pavement is utilized for driving and parking surfaces. | IM |
| Concrete Pavement | There is no concrete pavement at this Property. | NA |
| Other Pavement | There is no other type of pavement at this Property. | NA |
| Pedestrian Sidewalks | Pedestrian sidewalks are constructed of concrete. | RM |
| Curb and Gutter | Curb and gutter are constructed of extruded asphalt. | IM |

**Comments and Observations**

The parking area sealant and striping are in generally fair condition, with indications of wear. Based on the observed condition of the parking and drive areas, and the average effective useful life of pavement and pavement sealants, seal coating, and striping, periodic seal coating and striping is required.

The asphalt pavement exhibited some localized alligatoring, cracks, and deterioration in several locations throughout the site. To prevent further deterioration and mitigate tripping hazards, these should be repaired. Budgets for this work are included in the Cost Schedule.



**Photographs**



Site - asphalt condition





Site - condition at drainage grate



Site - map cracking



 

Site - asphalt condition and drainage          Site - curbing and asphalt

### 3.2.7 Site Lighting

| Item | Description | Action |
|------|-------------|--------|
| Site Lighting | Site lighting consists of pole lights in the parking areas, and building-mounted lighting. One pole light is missing and replacement is advised. One wall pack on the west facade is dislocated from the mounting. Repair or replacement is advised. | IM |

**Comments and Observations**

The site lighting appears to be in good condition, and is anticipated to require routine maintenance activities periodically. The light fixtures appear operational. The covers are free of excessive staining. The fixtures do not appear to be obstructed by landscaping or other materials. The Property appears to have sufficient lighting. Assessment of the "effectiveness" of the site lighting is a result of a visual inspection during the site visit, as a night visit is outside the scope of work of these instructions.

Installation of a new pole light in the parking lot is advised. Repair or replacement of a wall pack is advised. An opinion of cost is provided in the Capital Expenditures table.



**Photographs**




Site - lighting defect                    Site - missing site lighting

### 3.2.8 Site Fencing and Retaining Walls

| Item | Description | Action |
|------|-------------|--------|
| Site Perimeter Fencing | There is no site fencing at this Property. | RM |
| Retaining Walls | No retaining walls were observed at the Property. | RM |

**Comments and Observations**

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.

## 3.3 ARCHITECTURAL COMPONENTS

### 3.3.1 Foundations

| Item | Description | Action |
|------|-------------|--------|
| Grade at the Foundation | The grade at the foundations slopes away from the building. | RM |
| Foundation Structure | Construction documents were not available, but based on experience and location, the foundations consist of a concrete slab-on-grade, with continuous perimeter reinforced concrete spread footings and interior isolated spread footings and column pads. | RM |



| Item | Description | Action |
|------|-------------|--------|
| Basements | There are no basements at this Property. | RM |
| Concrete Floor Slabs | Concrete floor slabs appeared level, with an acceptable level of minor shrinkage cracking. | RM |
| Sumps | Sumps were not observed at the Property. | RM |

**Comments and Observations**

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.

### 3.3.2 Framing

| Item | Description | Action |
|------|-------------|--------|
| Wall Framing System | The superstructure appears to be load bearing CMU | RM |
| Upper Floor Framing System | Upper floor framing consists of corrugated metal panel, with concrete fill. | RM |
| Roof Framing System | Roof framing consists of steel frame with corrugated metal panel with concrete fill. | RM |
| Interior Stair Framing | Interior stairs to the mezzanine below the roof are steel framed, with steel risers and treads. | RM |

**Comments and Observations**

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.

### 3.3.3 Building Cladding / Exteriors

| Item | Description | Action |
|------|-------------|--------|
| Facade Finishes | Facades are finished with EIFS. Finishes are stained and damaged | IM |
| Exterior Insulation and Finishing System (EIFS) | EIFS finishes are present at the Property, and exhibit damage at several locations especially adjacent to the loading docks and the south and easterly elevations. | IM |
| Sealants and Caulking | Sealant and caulking at dissimilar surfaces are patent and appear flexible. | RM |



**Comments and Observations**

The EIFS facades are damaged at several locations adjacent to the loading docks and the approaching drive aisles. To prevent water infiltration, these areas should be repaired immediately. EIFS facades throughout are stained and dirty; painting the entire building after the repairs are completed is advised to present a uniform appearance of the exteriors.

**Photographs**





Exterior - EIFS and metal condition

Exterior - EIFS condition





Exterior - EIFS staining at FD connection

Exterior - facade condition







Facade - EIFS condition

Site - lighting at facade

### 3.3.4 Roof Systems

| Item | Description | Action |
|------|-------------|--------|
| Roof Type | The roof is low-slope. | RM |
| Roof Access Provided | Access to the flat roofs was provided by a roof hatch accessed by a wall-mount ladder. | RM |
| Roof Material - Main Roof | The roof is a single-ply thermoplastic polyolefin (TPO) membrane. | RM |
| Roof Material - Ancillary Roof | Not applicable | NA |
| Roof History | No roofing history was available. Satellite imagery indicates a likely roof replacement occurred in approximately 2009 and coordinates to the date of the older HVAC equipment. | RM |
| Roof Age | Roof age is estimated to be 18 years old. | RM |
| Parapets | Parapets were observed and were roofed with TPO | RM |
| Roof Flashing | The roof membrane is self-flashed at penetrations. | RM |
| Roof Drainage | The flat roof is drained by internal drains positively connected to the storm drainage system, and overflow scuppers that drain to the pavement below. | RM |
| Roof-Mounted Equipment | Roof mounted equipment consists of the expected HVAC equipment. | RM |
| Ponding | Ponding was not observed at the Property. | RM |
| Debris | Debris was not observed on the roof surfaces. | RM |

**BLEW**
Surveying | Engineering
Environmental

Kin Property #3397
Auburn, Massachusetts

| Item | Description | Action |
|------|-------------|--------|
| Active Roof Leaks | No evidence of active roof leaks was reported or observed. | RM |
| Historic Roof Leaks | The site contact reported that there have been leaks in the past, but that roof leaks are repaired as soon as they are reported. | RM |
| Roof Warranties | No information regarding roof warranties was available. | RM |
| Roof Maintenance | No information regarding roof maintenance was available. | RM |

**Comments and Observations**

Blew was provided with a roof report from Duro Last. A copy of the report is included in the Appendix. The report indicates that the roof is in poor condition and requires replacement. An opinion for these costs are included in the Tables.

### 3.3.5 Doors and Windows

| Item | Description | Action |
|------|-------------|--------|
| Windows | Windows are aluminum framed. | RM |
| Unit Entry Doors and Hardware | Hardware is commercial grade, automatic sliding / folding activated by sensors | RM |
| Service Doors and Hardware | Hardware is commercial grade, panic-bar activated | RM |
| Overhead Doors | Roll-up overhead doors were observed at the loading area. | RM |

**Comments and Observations**

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.

## 3.4 MECHANICAL/ELECTRICAL/PLUMBING COMPONENTS

### 3.4.1 Water Distribution and Domestic Hot Water

| Item | Description | Action |
|------|-------------|--------|
| Water Source | Water is provided by the municipal utility. | NA |
| Domestic Water Piping | Domestic pipe was observed at the water heater and meter to be copper. | NA |
| Galvanized Pipe | No galvanized pipe was observed or reported at the Property. | NA |



| Item | Description | Action |
|---|---|---|
| Polybutylene Pipe | Polybutylene pipe was not observed or reported at the Property. | NA |
| Domestic Water Heaters | The water heater is electric, 15 gallon unit. | RM |
| Domestic Water Boilers | There are no boilers for domestic water heating at the Property. | NA |
| Natural Gas Pipe | Natural gas pipe was observed to be painted black steel pipe. | NA |

**Water Heater Information**

| Water Heater | Heater Type | Area Served | Date of Manufacturer | Manufacturer | Model # | Serial Number |
|---|---|---|---|---|---|---|
| 15 gallon unit | Electric | Restrooms only | Not accessible | Not accessible | Not accessible | Not accessible |

**Comments and Observations**

The electric water heater provide heated water to the common area restrooms. The water heaters have an EUL of 15 years.

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.

### 3.4.2 Sanitary Waste and Vent

| Item | Description | Action |
|---|---|---|
| Waste and Vent Pipe | Waste and vent pipe was observed to be cast iron. | RM |
| ABS Pipe | ABS pipe was not reported or observed on site. | NA |

**Comments and Observations**

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.



### 3.4.3 Heating/Cooling System and Controls

| Item | Description | Action |
|---|---|---|
| Heating and Cooling System | Heating and cooling are provided by packaged units. | RM |
| Split Systems | No split systems were observed at the Property. | NA |
| Packaged Units | Electric packaged units are mounted on the roof. | IM |
| HVAC Unit Capacities | Packaged units have capacities ranging from 5 to 10 tons. | RM |
| Thermostats | Each unit's heating and cooling is controlled by thermostats. | RM |
| Maintenance | Maintenance practices appear sufficient. Equipment and maintenance areas are orderly and well-maintained. | NA |
| Warranties | No information regarding warranties was available. | NA |

**Mechanical Equipment**

| Equipment Designation | Equipment Type | Areas Served | Unit Tonnage | Date of Manufacture | Manufacturer | Model # | Serial # |
|---|---|---|---|---|---|---|---|
| RTU 1 | Rooftop Unit | Retail space | 20 | 2009 | Lenox | LGA240H2 BH3G | 5606C09156 |
| RTU 2 | Rooftop Unit | Retail space | 20 | 2009 | Lenox | LGA240H2 BH3G | 5606C09155 |
| RTU 3 | Rooftop Unit | Retail space | 20 | 2009 | Lenox | LGA240H2 BH3G | 5606C09158 |
| RTU 4 | Rooftop Unit | Retail space | 20 | 2009 | Lenox | LGA240H2 BH3G | 5606C09157 |
| RTU 5 | Rooftop Unit | Retail space | 20 | 2009 | Lenox | LGA240H2 BH3G | Not legible |
| RTU 6 | Rooftop unit | Retail space | 20 | 2009 | Lenox | LGA240H2 BH3G | Not legible |
| RTU 7 | Rooftop Unit | Retail space | 20 | 2009 | Lenox | LGA240H2 BH3G | Not legible |
| RTU 9 | Rooftop Unit | Retail space | 15 | 2018 | Trane | YSD180G4 RLA0GM0 A0A1A000 A0B | Not legible |



| Equipment Designation | Equipment Type | Areas Served | Unit Tonnage | Date of Manufacture | Manufacturer | Model # | Serial # |
|---|---|---|---|---|---|---|---|
| RTU 10 | Rooftop Unit | Retail space | 15 | 2018 | Trane | YSD180G4 RLA0GM0 A0A1A000 A0B | 183810022 D |

**Comments and Observations**

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.

### 3.4.4 Ventilation Systems

| Item | Description | Action |
|---|---|---|
| Type | Bathroom vents are provided. | RM |
| Vents | Vent openings are clean and well-maintained. Vent chases could not be observed. | RM |
| Controls | Bath vent controlled with local switches. | RM |

**Comments and Observations**

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.

### 3.4.5 Electrical Service

| Item | Description | Action |
|---|---|---|
| Service Supply | Electrical service to the Property was observed to be 120/240 volt, single phase, three wire alternating current (AC). The main service supply was identified as a 600-amp 3-phase, 4-wire switchgear rated at 277/480 volts | RM |
| Service Capacity | There are no 'units' being served. Panels were typically 225 amps. | RM |
| Wiring | Branch wiring was observed to be copper. | RM |
| Meters | The Property has a single meter. | RM |
| Breakers | Breakered, labeled subpanels were observed. | RM |
| Fuses | Fused subpanels were not observed. | RM |
| GFCI | GFCI outlets were noted at all appropriate locations. | RM |



| Item | Description | Action |
|------|-------------|--------|
| Transformers | Transformers are pad-mounted, and are the property of the electric utility. | RM |
| Generator | No generators were observed or reported. | NA |

**Electrical Panel Information**

| Electrical Panel Designation | Location | Voltage | | Panel Amperage | Phase | Manufacturer |
|------|----------|---------|--|----------------|-------|--------------|
| LP- HA | Electrical load center | 277/480 | | 200 | 3 | General Electric |
| LP - HB | Electrical load center | 240/120 | | 255 | 1 | General Electric |
| HB | Electrical load center | 240/120 | | 200 | 1 | General Electric |
| - | Adjacent to baler in storage area | 240/120 | | 225 | 1 | General Electric |

**Comments and Observations**

Overall, the electrical service appears adequate by today's standards to service the lighting and power needs of the complex. Distribution panels were found to be in satisfactory condition; no major deficiencies were reported or observed.  No further action is recommended with respect to the service's capacity and the existing electrical loads.

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.

### 3.4.6 Fire and Life Safety Systems

| Item | Description | Action |
|------|-------------|--------|
| Fire Sprinklers | The Property is 100% served by fire sprinklers. | RM |
| Fire Sprinkler Inspection | The most recent fire sprinkler inspection is dated April 7, 2023, by LHR Fire Protection | IM |
| Type of Sprinkler head | No recalled fire sprinkler heads, by Omega, Central, CSC, Central or Star, were observed. | NA |

**BLEW**
Surveying | Engineering
Environmental

Kin Property #3397
Auburn, Massachusetts

| Item | Description | Action |
|------|-------------|--------|
| Fire Alarm | A central fire alarm system is employed, in concert with the sprinkler system. | RM |
| Fire Alarm Inspection | The date of the last fire alarm system inspection could not be determined. | IM |
| Emergency Exit Lighting | Emergency exit lighting was observed in the appropriate locations. | RM |
| Fire Extinguishers | Fire extinguishers are located in the retail space and back of the house areas | RM |
| Fire Extinguisher Inspection | Fire extinguisher inspection tags are current. | RM |
| Smoke Detectors | Smoke detectors were observed in appropriate locations. | RM |
| Fire Hydrants | Fire hydrants are provided along Southbridge Street | NA |
| Water Gong | A water gong was not identified | |

**Comments and Observations**

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.

**Photographs**



FLS - current sprinkler status (expired)

### 3.4.7 Site Security

| Item | Description | Action |
|------|-------------|--------|
| Site Security | There is no site security at the Property. | NA |
| Tenant Suite Security | Unit security consists of conventional door locks. | RM |

**Comments and Observations**

No deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically.

### 3.5 INTERIOR COMPONENTS

#### 3.5.1 Tenant Suites Observed

**Tenant Mix**

| Tenant Type | Quantity | Total Area Per Unit Type (sqft) |
|-------------|----------|----------------------------------|
| Retail commercial single tenant | 1 | 44,000 |

**Tenant Suites Observed**

| Suite Number | Tenant Name | Status | Comments |
|--------------|-------------|--------|----------|
| 416 | Big Lots | Occupied | Well maintained retail area and back-of-the-house areas |

#### 3.5.2 Tenant Finishes

| Item | Description | Action |
|------|-------------|--------|
| Ceilings | Ceilings are open structure in the main store area. Suspended grid-style ceilings were identified in the vestibule / entry lobbies and office area | IM |
| Wall finishes | Painted CMU | RM |
| Flooring | Flooring is vinyl tile throughout. | RM |

| Item | Description | Action |
|---|---|---|
| Window Coverings | Window coverings are not provided. | NA |

**Comments and Observations**

Replace the stained ceiling tiles in the rear office area.

No other deficiencies were observed or reported. Routine maintenance activities are expected to occur periodically. Tenant is responsible for repair, replacement, and refurbishment of finishes within their suite.

**Photographs**



Interior - office area

### 3.5.3 Bathroom Sinks and Toilets

| Item | Description | Action |
|---|---|---|
| Bathroom Lavatory | The bath lavatory is a wall-mounted porcelain unit. | RM |
| Toilet | The toilet is a low-flow, standard flush unit. | RM |

**Tenant Toilet Rooms**

| Toilet Room Types | Quantity | Action |
|---|---|---|
| Number of Public Restroom | 2 | RM |
| Number of Employee Restrooms | 0 | RM |



**Comments and Observations**

Toilet room fixtures and finishes were observed to be in generally good condition. No significant deficiencies were noted.  Wall and floor finishes were observed to be in generally good condition with the expected wear and tear. Toilet partitioning where observed was noted to be in good condition. Routine maintenance activities are expected to occur periodically. Tenant is responsible for repair, replacement, and refurbishment of bathroom sinks and toilets within their suite.

### 3.5.4 Tenant Appliances

**Comments and Observations**

No appliances were identified.



## 4.0 SPECIAL HAZARDS

### 4.1 REGULATORY COMPLIANCE

#### 4.1.1 CODE ENFORCEMENT

| Department | Contacts | Findings |
|------------|----------|----------|
| Building Department | https://www.mapsonline.net/auburnma/forms/standalone.html.php?id=262683108 | A FOIA request was filed. No information has been received as of the date of this report. |
| Planning/Zoning Department | https://www.mapsonline.net/auburnma/forms/standalone.html.php?id=262683108 | A FOIA request was filed. No information has been received as of the date of this report. |
| Fire Department | https://www.mapsonline.net/auburnma/forms/standalone.html.php?id=262683108 | A FOIA request was filed. No information has been received as of the date of this report. |
| Health Department | https://www.mapsonline.net/auburnma/forms/standalone.html.php?id=262683108 | A FOIA request was filed. No information has been received as of the date of this report. |

A FOIA request was filed via the Town of Auburn's Records Access Portal. No information has been received as of the date of this report.

#### 4.1.2 ACCESSIBILITY

**4.1.2.1 Americans with Disabilities Act**

Title III of the Americans with Disabilities Act of 1990 (ADA) prohibits discrimination on the basis of disability by public accommodations and requires places of public accommodation and commercial facilities to be designed, constructed and altered in compliance with the accessibility standards outlined in the regulations. Places of public accommodation are facilities, or portions thereof, that are operated by a public entity, whose operations affect commerce and would be open to the public. General categories include: 1) Hotels or other place of lodging; 2) Restaurants other establishments serving food or drink; 3) Theaters or other places of exhibition or entertainment; 4) Convention centers or other places of public gathering; 5) Grocery stores or other sales or rental establishments; 6) Banks or other service establishments; 7) Bus terminals or other transportation stations; 8) Museums or other places of public display; 9) Parks or other places of amusement; 10) Nurseries, schools or other places of education; 11) Day care centers or


other social service centers; and, 12) Bowling alleys or other places of exercise or recreation. Commercial facilities include facilities whose operations will affect commerce and are intended for non-residential use by a private entity such as manufacturing facilities and office buildings. Private clubs and residences are not covered under the ADA. A facility can be a mixture of any of these categories, for example a manufacturing facility that has an extensive customer service operation would be considered a public accommodation at the service area and a commercial facility for the remainder of the facility.

All places of public accommodation and commercial facilities constructed for first occupancy after January 26, 1993 must be constructed to be accessible. Any alteration made to a place of public accommodation or commercial facility after January 26, 1993, must be made so as to ensure that, to the maximum extent feasible, the altered portions of the facility are readily accessible to and useable by individuals with disabilities. Alterations include, but are not limited to, remodeling, renovations, rehabilitation, reconstruction, historic restoration, changes or rearrangement in the plan configuration of walls and full-height partitions. Normal maintenance, reroofing, painting or wallpapering, asbestos removal, or changes to mechanical and electrical systems are not alterations unless they affect the usability of the building or facility.

The Architectural and Transportation Barriers Compliance Board (also known as the Access Board) published a final rule adopting revised guidelines to implement the ADA and the Architectural Barriers Act (ABA) in the Federal Register. 69 Fed. Reg.44083 on July 23, 2004. The revised guidelines became effective on September 15, 2010 as guidance for the Federal ADA standard setting agencies and the ABA standard setting agencies (Department of Defense, Department of Housing and Urban Development, the General Services Administration, and the U.S Postal Service).

Each of these standard setting agencies is required to publish enforceable regulations that include design standards that are consistent with the Access Board's guidelines. The Access Board's guidelines have no legal effect on the public until the standard setting agencies have completed their rule making process.

A public accommodation is required to remove architectural barriers in existing facilities, prior to the making of any alterations, where such removal is readily achievable, i.e., easily accomplished and able to be carried out without much difficulty or expense. Examples include, but are not limited to, providing designated handicapped parking spaces, adding small ramps and curb cuts, widening doorways, rearranging furniture, adding raised markings on elevators, installing grab bars in toilet stalls and rearranging toilet partitions to increase maneuvering space. If not readily achievable, alternative methods of providing service, such as access to the management office, must be offered. Alternative methods include, but are not limited to, installing an intercom system between the leasing office and an accessible area, or relocating activities to accessible locations. It is the property owner's burden to prove that a modification is not readily achievable, or would pose an undue financial or administrative burden.

The scope of this limited visual survey is specifically limited to the following five areas: path-of- travel, parking, public toilet restrooms, and ADA compliant guestrooms and elevators. Due to the visual nature of the Tier I survey, the reliability of the results will be less accurate than a Tier II survey, which includes representative sampling measurements and counts. The opinions regarding ADA compliance should be considered preliminary. The purpose of the limited visual survey is to provide a general observation of the level of attention paid to keeping the property ADA compliant.



**ASTM E 2018-24 Uniform Abbreviated Screening Checklist for the 2010 Americans with Disabilities Act.**

| Section | Subject | YES | NO | UNK | NA | COMMENTS |
|---------|---------|-----|----|----|----|----------|
| **A. HISTORY** | | | | | | |
| 1. | Has an ADA survey previously been completed for this property? | | | ✔ | | |
| 2. | Have any ADA improvements been made to the property since original construction? | | | ✔ | | |
| 3. | Has building ownership/management reported any ADA complaints or litigation? | | | ✔ | | |
| **B. PARKING** | | | | | | |
| 1. | Does the required number of standard ADA-designated spaces appear to be provided? | ✔ | | | | |
| 2. | 2. Does the required number of van-accessible designated spaces appear to be provided? | ✔ | | | | |
| 3. | 3. Are accessible spaces part of the shortest accessible route to an accessible building entrance? | ✔ | | | | |
| 4. | 4. Is a sign with the International Symbol of Accessibility at the head of each space? | ✔ | | | | |
| 5. | 5. Does each accessible space have an adjacent access aisle? | ✔ | | | | |
| 6. | 6. Do parking spaces and access aisles appear to be relatively level and without obstruction? | ✔ | | | | |
| **C. EXTERIOR ACCESSIBLE ROUTE** | | | | | | |
| 1. | Is an accessible route present from public transportation stops and municipal sidewalks on the property? | | | ✔ | | |
| 2. | Are curb cut ramps present at transitions through curbs on an accessible route? | ✔ | | | | |
| 3. | Do the curb cut ramps appear to have the proper slope for all components? | ✔ | | | | |
| 4. | Do ramps on an accessible route appear to have a compliant slope? | ✔ | | | | |
| 5. | Do ramps on an accessible route appear to have a compliant length and width? | ✔ | | | | |



| Section | Subject | YES | NO | UNK | NA | COMMENTS |
|---------|---------|-----|----|----|----|----------|
| 6. | Do ramps on an accessible route appear to have compliant end and intermediate landings? | ✔ | | | | |
| 7. | Do ramps on an accessible route appear to have compliant handrails? | ✔ | | | | |
| **D. BUILDING ENTRANCES** | | | | | | |
| 1. | Do a sufficient number of accessible entrances appear to be provided? | ✔ | | | | |
| 2. | If the main entrance is not accessible, is an alternate accessible entrance provided? | | | | ✔ | |
| 3. | Is signage provided indicating the location of alternate accessible entrances? | | | | ✔ | |
| 4. | Do doors at accessible entrances appear to have compliant clear floor area on each side? | ✔ | | | | |
| 5. | Do doors at accessible entrances appear to have compliant hardware? | ✔ | | | | |
| 6. | Do doors at accessible entrances appear to have a compliant clear opening width? | ✔ | | | | |
| 7. | Do pairs of accessible entrance doors in series appear to have the minimum clear space between them? | ✔ | | | | |
| 8. | Do thresholds at accessible entrances appear to have a compliant height? | ✔ | | | | |
| **E. INTERIOR ACCESSIBLE ROUTES AND AMENITIES** | | | | | | |
| 1. | Does an accessible route appear to connect with all public areas inside the building? | ✔ | | | | |
| 2. | Do accessible routes appear free of obstructions and/or protruding objects? | ✔ | | | | |
| 3. | Do ramps on accessible routes appear to have a compliant slope? | | | | ✔ | |
| 4. | Do ramps on accessible routes appear to have a compliant length and width? | ✔ | | | | |
| 5. | Do ramps on accessible routes appear to have compliant end and intermediate landings? | | | | ✔ | |
| 6. | Do ramps on accessible routes appear to have compliant handrails? | | | | ✔ | |

**BLEW**
Surveying | Engineering
Environmental

| Section | Subject | YES | NO | UNK | NA | COMMENTS |
|---------|---------|-----|----|----|----|----------|
| 7. | Are adjoining public areas and areas of egress identified with accessible signage? | | | | ✔ | |
| 8. | Do public transaction areas have an accessible, lowered counter section? | | | | ✔ | |
| 9. | Do public telephones appear mounted with an accessible height and location? | | | | ✔ | |
| 10. | Are publicly-accessible swimming pools equipped with an entrance lift? | | | | ✔ | |
| **F. INTERIOR DOORS** | | | | | | |
| 1. | Do doors at interior accessible routes appear to have compliant clear floor area on each side? | ✔ | | | | |
| 2. | Do doors at interior accessible routes appear to have compliant hardware? | ✔ | | | | |
| 3. | Do doors at interior accessible routes appear to have compliant opening force? | ✔ | | | | |
| 4. | Do doors at interior accessible routes appear to have a compliant clear opening width? | ✔ | | | | |
| **G. ELEVATORS** | | | | | | |
| 1. | Are hallway call buttons configured with the "UP" button above the "DOWN" button? | | | | ✔ | |
| 2. | Is accessible floor identification signage present on the hoistway sidewalls? | | | | ✔ | |
| 3. | Do the elevators have audible and visual arrival indicators at the entrances? | | | | ✔ | |
| 4. | Do the elevator hoistway and car interior appear to have a minimum compliant clear floor area? | | | | ✔ | |
| 5. | Do the elevator car doors have automatic re-opening devices to prevent closure on obstructions? | | | | ✔ | |
| 6. | Do elevator car control buttons appear to be mounted at a compliant height? | | | | ✔ | |
| 7. | Are tactile and Braille characters mounted to the left of each elevator car control button? | | | | ✔ | |
| 8. | Are audible and visual floor position indicators provided in the elevator car? | | | | ✔ | |

Case 24-11967-JKS   Doc 2212-5   Filed 03/12/25   Page 38 of 116

BLEW
Surveying | Engineering
Environmental

Kin Property #3397
Auburn, Massachusetts

| Section | Subject | YES | NO | UNK | NA | COMMENTS |
|---|---|---|---|---|---|---|
| 9. | Is the emergency call system at the base of the control panel and not require voice communication? | | | | ✔ | |
| **H. TOILET ROOMS** | | | | | | |
| 1. | Do publicly-accessible toilet rooms appear to have a minimum compliant floor area? | ✔ | | | | |
| 2. | Does the lavatory appear to be mounted at a compliant height and with compliant knee area? | ✔ | | | | |
| 3. | Does the lavatory faucet have compliant handles? | ✔ | | | | |
| 4. | Is the plumbing piping under lavatories configured to protect against contact? | ✔ | | | | |
| 5. | Are grab bars provided at compliant locations around the toilet? | ✔ | | | | |
| 6. | Do toilet stall doors appear to provide the minimum compliant clear width? | ✔ | | | | |
| 7. | Do toilet stalls appear to provide the minimum compliant clear floor area? | ✔ | | | | |
| 8. | Do urinals appear to be mounted at a compliant height and with compliant approach width? | ✔ | | | | |
| 9. | Do accessories and mirrors appear to be mounted at a compliant height? | ✔ | | | | |
| **I. HOSPITALITY GUESTROOMS** | | | | | | |
| 1. | Does property management report the minimum required accessible guestrooms? | | | | ✔ | |
| 2. | Does property management report the minimum required accessible guestrooms with roll-in showers? | | | | ✔ | |

This checklist does not cover all of the requirements for ADA compliance; therefore it is not for facilities undergoing new construction, remodels or alterations, for determining what new construction, remodel or alterations should occur in order to provide ADA compliance. In addition, this checklist does not attempt to illustrate all possible barriers/problems or propose all possible barrier removal and modifications solutions. Not all situations are covered above.

This ADA General Observation Checklist is intended as a general screening of the existing subject property and shall not be construed as an "ADA Survey." Additionally, not all areas of the subject property may have



been accessed during the Property Condition Assessment or Evaluation. Recommendations are offered and are based upon visual observations of deficiencies that are considered to be readily achievable. Further study of the recommendations may be necessary in order to determine if they may constitute an undue financial bu

**Assessment of ADA Priorities**

| Priority Concern | Deficiencies Observed | Readily achievable and not a financial burden? | Recommendation | Possible Solution |
|---|---|---|---|---|
| Parking | No | Not Applicable | Not Applicable | |
| Site Circulation | No | Not Applicable | Not Applicable | |

**Comments and Observations**



## 5.0 AREAS OF ADDITIONAL ASSESSMENT

### 5.1 REPORTED PAST CAPITAL REPAIRS

Site management did not report any recent substantial improvements to the property, and Blew did not observe any improvements outside of normal maintenance while onsite.

### 5.2 WORK IN PROGRESS OBSERVED

No work in progress was identified

## 6.0 REFERENCES, PROCEDURES AND LIMITATIONS

## 6.1 REFERENCES

### 6.1.1 Interviews and Documents Reviewed

For municipal interviews, please see the Section "CODE ENFORCEMENT" above.

**Interviews**

| Name | Contacts | Findings |
|------|----------|----------|
| Sean Barron, Assistant Store Manager | 774-415-0052 | The Site Contact has been with the Property for 5 months |

**Documents Requested and Reviewed**

| Documentation | Received and Reviewed |
|---------------|:---------------------:|
| Pre-Survey Questionnaire | |
| Prior Reports | |
| Certificate of Occupancy | |
| Current Rent Roll | |
| Maintenance records and warranty information | |
| Receipts for major repairs within the past 12 months | |
| Operating and Maintenance Plans in place. | |
| Wood Destroying Organism reports, and if applicable, repairs | |
| Elevator, boiler and safety inspection records and certificates | |
| Information or copies of Building, Zoning, and Fire Code Violations, and if applicable, clearance of violations. | |
| Planned Capital Improvement Budgets, and Completed Capital Improvement Budgets | |
| Information regarding legislated or voluntary energy benchmarking, and copies of reporting documents. | |
| Property information typically provided to prospective tenants. | |


### 6.1.2 Report Guidance and Purpose

This assessment along with findings, conclusions and recommendations (collectively, the Report) is intended to identify material physical deficiencies to facilitate Client's evaluation of the property. The supporting work was not intended to be exhaustive or to guarantee of the identification of every possible issue of potential concern, and may not be construed as a warranty or guarantee of:

·    The present or future condition of the subject property, correct or adequate installation or design, remaining useful life, repair or replacement cost of any improvement or system; including, without limitation, roofing, superstructure, caulking, etc.

·    Compliance with any federal, state or local statute, ordinance, rule or regulation including, but not limited to, fire and building codes, life safety codes, environmental regulations, health codes, zoning ordinances, compliance with trade/design standards, or standards developed by the insurance industry.

·    Compliance of any material, equipment, or system with any certification or actuation rate program, vendor's or manufacturer's warranty provisions, or provisions established by any standards that are related to insurance industry acceptance/approval.

## 6.2 PROCEDURES

### 6.2.1 Assessment Methodology

This PCA was conducted in accordance with ASTM Standard Guide for Property Condition Assessments: Baseline Property Condition Assessment Process E2018-24 and any additional requirements of the client. The specific scope included the following:

Documentation Review and Interviews – The objective of the document review and interviews is to augment the walk-through survey and to assist Blew in its understanding of the Subject Property and its identification of physical deficiencies. Blew will provide a cursory review of readily available records or documents to specifically identify, or assist in the identification of, physical deficiencies, as well as any preceding or ongoing efforts, or costs to investigate or remediate the physical deficiencies, or a combination thereof. Blew will attempt to review information such as Certificates of Occupancy, outstanding and recorded building and fire code violations, property-maintained maintenance records, inspection reports and warranties. This assessment is not to be considered a regulatory or code compliance audit of the facility.

A property questionnaire will be provided to the property owner and/or owner's representative. The questionnaire will ask about general property information as well as specific questions regarding known code violations and the condition of the substructure, superstructure and roofs of improvements, interior finishes, mechanical, electrical and plumbing elements (MEP) and the surrounding grounds. Accuracy and completeness of information varies among information sources. It is not Blew's obligation to independently verify the information provided or to identify mistakes or insufficiencies in the information provided. Blew will, however, make reasonable effort to compensate for mistakes or insufficiencies of information reviewed that are obvious in light of other information obtained in the process of conducting the PCA or otherwise known to the consultant.


Walk-Through Survey – The objective of the walk-through survey is to visually observe the Subject Property so as to obtain information on material systems and components. The walk-through survey consists of nonintrusive visual observations of readily accessible, easily visible components and systems of the Subject Property. Concealed physical deficiencies are excluded. The walk-through survey should not be considered technically exhaustive. It excludes the operation of equipment by the field observer and is to be conducted without the aid of special protective clothing, exploratory probing, removal or relocation of materials, testing, or the use of equipment, such as ladders, except as required for roof access, stools, scaffolding, metering/ testing equipment, or devices of any kind. Of note, the Blew field assessor does not provide their own ladder.

A single visit will be made to the Subject Property during which time Blew shall make a visual observation of material systems and components and identify physical deficiencies and any unusual features. An attempt will be made to observe representative observations of the exterior of each major property improvement. On the interior of structures on the Subject Property, accessible common areas, expected to be used by occupants or the public, such as lobbies, hallways and restrooms, maintenance and repair areas, and a representative sample of occupant spaces, will be visually observed. Observations of interior areas will generally be limited to representative observations. Generally including 10% of occupiable spaces made available to Blew at the time of the field assessment. However lower percentages may be sufficient as deemed by the field assessor to achieve sufficient representative observations. The observations of the building façade will be conducted from street/grade level or balcony level. The riding of scaffolding equipment is not part of the scope of work.

The walk-through will be conducted by a single assessor with a well-rounded knowledge of pertinent building systems and components. Additional re-visits to the site may be requested, however at additional fees and additional time shall be provided. The use of system subspecialists can frequently provide increased detail in reporting and insight into site conditions. Unless specified in the proposal, no such specialists will be retained in the performance of this work. And such specialists (if requested) shall be provided at additional fees to the single assessor.

The condition of the building structures and components evaluated will be broken down into one of three categories: 1) Poor – not in working condition or requires immediate repairs substantially above an agreed threshold; 2) Fair – in working condition, but may require immediate repairs above an agreed threshold; and 3) Good – in working condition and does not require immediate repair above an agreed threshold.

The walk-through survey will focus on the following items:

• Property/Site Features – Observations will be made of the type, condition and adequacy of the general topography, storm water drainage, ingress and egress, paving, curbing and parking areas, flatwork, landscaping and appurtenances, recreation facilities, amenities and ancillary structures, and utilities.

• Structural Frame and Building Envelope – Observations will be made of the type and condition of the foundation, building frame, façade and curtain walls, and the roofing systems. Structural systems are frequently concealed and may be inaccessible during an assessment. When this occurs, Blew's assessment will be limited to the identification of readily visible indicators of common problems

Case 24-11967-JKS   Doc 2212-5   Filed 03/12/25   Page 44 of 116

BLEW
Surveying | Engineering
Environmental

Kin Property #3397
Auburn, Massachusetts

• Mechanical, Electrical and Plumbing Systems - Observations will be made of the type, condition and adequacy of the heating, ventilation and air conditioning (HVAC) systems, electrical systems and plumbing systems. Vertical Transportation – Observations will be made regarding the presence and condition of any elevators or escalators present on the Subject Property.

• Life Safety/Fire Protection - Observations will be made of the type, condition and adequacy of sprinkler systems, fire alarm systems or any other life safety and fire protection systems.

• Interior Elements - Observations will be made of the type, condition and adequacy of the interior finishes, fixtures, appliances and furnishings.

• Microbial Growth – The potential for microbial growth at the Subject Property was based on visual observations for signs of water intrusion, water damage, and suspect mold growth and interviews with property representatives. These observations were limited to the areas walked and should not be considered a comprehensive survey of the Subject Property. A finding in this report that "mold is not a significant concern" or "no significant mold was identified" should not be interpreted as the building is free of mold.

• Accessibility –A baseline evaluation will be made to determine if the Subject Property is in general compliance with the Americans with Disabilities Act (ADA) and, if applicable, the Fair Housing Act (FHA). The baseline evaluation will consist of a limited scope visual survey of the Subject Property. The baseline scope of work excludes measurements and counts and is not a full survey or audit of compliance. Since the evaluation is limited in scope and is based on representative sampling, non-compliant conditions may exist which will not be identified as a result of the assessment.

Opinions of Cost to Remedy Physical Deficiencies – Based on the documentation cursory review, interviews and walk-through survey conducted, Blew will identify readily observable physical deficiencies and indications of deferred maintenance.

A physical deficiency is a conspicuous defect or deferred maintenance of a Property's material systems, components, or equipment as observed during completion of the PCA. Deferred maintenance is defined as physical deficiencies that could have been remedied with routine maintenance, normal operating maintenance, etc., excluding de minimis conditions that generally do not represent a material physical deficiency to the Subject Property.

Blew will provide opinions of the cost to address the physical deficiencies and deferred maintenance identified. Immediate Costs include (1) material existing or potentially unsafe conditions, (2) material building or fire code violations, or (3) physical deficiencies that if left uncorrected would be expected to result in or contribute to critical element or system failure within one year or will result most probably in a significant escalation of its remedial cost. Opinions of cost will only be provided for material physical deficiencies and not for repairs or improvements that could be classified as: (1) cosmetic or decorative; (2) part or parcel of a building renovation program (3) tenant improvements/finishes; (4) enhancements to reposition the Subject Property in the marketplace; (5) for warranty transfer purposes; or (6) routine or normal preventive maintenance, or a combination thereof.



Opinions of cost that are either individually or in the aggregate less than a threshold amount of $3,000 for like items are considered part of routine maintenance and are not included in this report. If there are more than four separate like items that are below this threshold requirement, but collectively total over $10,000, such items may be grouped and included. These opinions are to assist the user of the report in developing a general understanding of the physical condition of the Subject Property.

Opinions of costs should only be construed as preliminary, order of magnitude budgets. Actual costs will likely vary from the consultant's opinions of cost depending on such matters as type and design of remedy, quality of materials and installation, manufacturer and type of equipment or system selected, field conditions, whether a physical deficiency is repaired or replaced in whole, phasing of the work (if applicable), quality of contractor, quality of project management exercised, market conditions, and whether competitive pricing is solicited. It is not the intent of this assessment for Blew to determine exact quantities, locations, item counts or system configurations as a basis for preparing opinions of cost.

Opinions of cost may derive from extrapolation of representative observations, conditions deemed as probable, results from information received, or the commonly encountered expected useful lives of the components or systems, or a combination thereof. The source(s) of cost information are one or more of the following resources: (1) Client-provided unit costs; (2) owner's historical experience; (3) consultant's cost database or files; (4) commercially-available cost information; (5) third-party information from contractors, vendors, or suppliers; and/or (6) other qualified sources that the consultant deems appropriate. In the absence of client/owner provided cost information, Blew will generally be using our cost database based on standard historic unit prices. Blew does not conduct measurements or detailed takeoffs of sizes and item quantities.

Useful life estimates of components are based on published sources including, but not limited to, Life Expectancy Guidelines published by Marshall & Swift, United States Department of Housing and Urban Development guidelines, industry standards, and Blew's professional experience in evaluating life and performance of elements, components and systems. Expected remaining useful lives for the building and components assume the current level of maintenance is continued and that the recommendations in this report are implemented.

### 6.2.2 Opinions of Costs

Blew has provided an opinion of the cost to address the physical deficiencies, if any, identified based on the property reconnaissance, interviews conducted, and information collected. The opinion of cost does not address normal maintenance items. These opinions of cost are provided in the Immediate Repair Cost Table at the beginning of this report. An outline of information from the tables is presented in the Summary of Findings table at the front of this report.

### 6.3 LIMITATIONS

The scope of work completed was designed solely to meet the needs of Blew's Client. Blew's recommendations and opinions of cost are only as of the date of the walk-through. Repair needs and associated costs can change significantly over a relatively short period of time due to damage, acts of



nature and other factors. No PCA can wholly eliminate uncertainty regarding the potential for physical deficiencies. There is an inherent subjective nature of opinions as to such issues as workmanship, quality of original installation, and estimating the remaining useful life of a given component or system.

This PCA was designed to reduce but not eliminate uncertainty regarding the existence of such conditions in a manner that recognizes reasonable limits of time and cost. Blew has completed this PCA in accordance with generally accepted consulting practices, and makes no other warranties, either expressed or implied, as to the character and nature of such services or product.

A PCA is a non-intrusive visual assessment. Concealed and obstructed areas, and areas not closely observable from typical vantage points, were not accessed unless and except as specifically described herein. Examples of such areas and items include plenums, pipe chases, shafts attics, crawl spaces, fire escapes and other items mounted to upper stories of structures, elevated signs, below grade areas, underwater areas, etc.

Blew makes no warranties regarding exterior insulation and finishing systems (EIFS), curtain walls or other building skin conditions that would not be readily observable and, therefore, outside the scope of this assignment. Except as specifically determined in advance by agreement between Blew and the Client, elements of the Subject Property that are atypical or unusual, or are owned by the tenant, are not included in this PCA. Examples of such items include sea walls, docks, piers, hydraulic lifts, gantry cranes, and materials handling equipment.

This PCA is not intended to be a Professional Architectural or Engineering Service and the person conducting the walk-through survey or reviewing the report should not be considered practicing architecture or engineering.

This PCA does not constitute a regulatory or code compliance audit of the building or management systems at the Subject Property. Testing, measuring, or preparing calculations for any system or component to determine adequacy, capacity, or compliance with any standard or code is outside the scope of this assessment.

Information needed to complete the PCA is based on personal interviews, government records and published resources. Accuracy and completeness of information varies among information sources and is often inaccurate or incomplete. Per the ASTM Standard, Blew does not independently verify provided information, and may rely on information provided to the extent that the information appears reasonable or unless it is obvious that certain information is incorrect based on other information obtained or otherwise known to Blew.

Future engineering calculations, testing, exploratory probing, and removal of materials may identify additional concerns, or suggest methods to remedy a physical deficiency other than those presented in a PCA. While the general environmental setting of the Subject Property is described, this assessment is not intended to be a formal flood plain determination. Any fungi, mold, or microbial growth reference included in this report does not constitute a professional mold inspection and is not based upon testing or sampling.



Blew shall have no ongoing obligation to obtain and include information that was not reasonably ascertainable, practically reviewable, or provided to Blew in a reasonable timeframe to formulate an opinion and complete the assessment by the agreed-upon due date. If information from a department of government, property manager or other source is provided to Blew subsequent to preparation of this report, Blew may discuss the relevance of such information with the client. Unless specifically identified throughout this report, the above limitations did not materially affect Blew's observations, recommendations, comments, or conclusions.

# A: PHOTO DOCUMENTATION



#1 Roof parapet and hatchway



#2 Site - ADA parking



#3 Site - asphalt condition



#4 Site - asphalt condition



#5 Site - asphalt condition and drainage



#6 Site - asphalt cracking



#7 Site - asphalt overview



#8 Site - asphalt overview (2)



#9 Site - asphalt sealcoat condition



#10 Site - condition at drainage grate



#11 Site - curbing and asphalt



#12 Site - curbing and asphalt



#13 Site - flatwork



#14 Site - flatwork and asphalt



#15 Site - flatwork at entryway



#16 Site - lighti



#17 Site - lighting at facade



#18 Site - missing site lighting



#19 Site - overview



#20 Site - pavement markings



#21 Site - pavers curbing railings



#22 Site - pavers and asphalt markings



#23 Site - railing at ramp condition



#24 Site - railing conditions



#25 Site - railings



#26 Site - refuse collection



#27 Site - signage and landscaping



#28 Site and building



#29 Site and building overview



#30 Site utilities - transformer



#31 Structure - EIFS cladding



#32 Structure - exterior



#33 Structure - overhang and EIfs



#34 Structure at interior



#35 Exterior - cladding condition



#36 Exterior - cladding overview



#37 Exterior - EIFS and metal condition



#38 Exterior - EIFS condition



#39 Exterior - EIFS condition



#40 Exterior - EIFS staining at FD connection



#41 Exterior - elevation



#42 Exterior - facade at main entry doors



#43 Exterior - facade condition



#44 Exterior - facade condition



#45 Exterior - facade condition



#46 Exterior - facasde glazing and storefront



#47 Exterior - glazing and EIFS



#48 Exterior - loading docks



#49 Facade - EIFS condition



#50 Facade - entryway and storefront



#51 Facade - secondary egress and EIFS



#52 Facade - windows EIFS signage



#53 HVAC



#54 HVAC - distribution ductwork



#55 HVAC - refrigeration unit (not in use)



#56 HVAC - Rooftop unit



#57 HVAC - rooftop unit (RTU)



#58 HVAC - RTU



#59 HVAC - RTU



#60 HVAC - RTU



#61 HVAC - RTU



#62 HVAC - RTU Pad - #8



#63 HVAC - RTU



#64 HVAC - RTU and gas piping



#65 HVAC - RTU at interior



#66 HVAC - unit heater



#67 HVAC - unit heater (



#68 HVAC and gas piping



#69 Electrical - main disconnect



#70 Electrical - main switchgear



#71 Electrical - sub panel



#72 Electrical - switchgear



#73 Fire Life Safety - fire panel



#74 FLS - annunciation device



#75 FLS - current sprinkler status



#76 FLS - fire panel



#77 FLS - lighted exit singage



#78 FLS - sprinkler piping



#79 FLS - sprinkler supply and backflow devices



#80 FLS - Sprinkler system



#81 Interior - access to roof



#82 Interior - egress



#83 Interior - entryway doors



#84 Interior - loading docks



#85 Interior - office area



#86 Interior - restroom



#87 Interior - restroom



#88 Interior - retail area



#89 Interior - retail area (



#90 Interior - retail displays



#91 Interior - retail displays



#92 Interior - storage and exit



#93 Interior - storage area



#94 Interior - storage area



#95 Interior - wall condition



#96 Interior - water fountains



#97 Interior at entryway



#98 Interior at entrywayh



#99 Interior finishes



#100 Interior finishes



#101 Interior overview



#102 Interior overview



#103 Interior retail space



#104 MEP - backflow devices



#105 Plumbing - water heater



#106 Plumbing - check valves and meter



#107 Roof - overview



#108 Roof - overview



#109 Roof and HVAC



#110 Roof and parapet



#111 Roof and parapet



#112 Roof overview





#113 Roof overview

#114 Roof overview and HVAC



#115 Site - map cracking

# B: SITE MAP, LOCATION MAP



Missing pole light

Leaflet | Powered by Esri | Esri Community Maps Contributors, Maxar, M...

**Site Sketch**

Kin Property #3397
416 Southbridge Street
Auburn, Massachusetts 01501
Blew & Associates Project Number: 24-6789.00



KPI.Auburn00078



BLEW
Surveying | Engineering
Environmental



**Mechanical & Utility Sketch**

Kin Property #3397
416 Southbridge Street
Auburn, Massachusetts 01501
Blew & Associates Project Number: 24-6789.00



KPI.Auburn00079





**Fire Equipment Sketch**

Kin Property #3397
416 Southbridge Street
Auburn, Massachusetts 01501
Blew & Associates Project Number: 24-6789.00



KPI.Auburn00080



# Legend

Catch Basins

Sewer Cleanout

Pole mounted lighting

Building mounted lighting

Dumpster

Transformer

HVAC

Roof Hatch / Ladder

Gas Meter

Water Meter

Backflow valve

Electric Meter

Main electric

Electric panel

Fire Riser

Fire Alarm Panel    FP

Post Indicator Valve    PIV

Fire Hydrants -

**BLEW**
Surveying | Engineering
Environmental

# C: SUPPLEMENTARY DOCUMENTATION

**DURO-LAST**
THE WORLD'S BEST ROOF®

Service Center
525 E. Morley Dr
Saginaw, MI 48601

ws@duro-last.com
866-284-9424
989-753-6486

# Roof Assessment

Date of Visit: **Not Listed** | WO #: **154013**

Property Name and #: Kin Properties #3397

Investigating Contractor: KIDD-LUUKKO CORPORATION

Address: 416 Southbridge St

Duro-Last Account #: 1-690600

City, St., Zip: Auburn, MA 01501-2442

Warranty #: _____

Contact: Ms. Corliss Miller

Phone: (561)620-9200 ext.120 (office)

## Existing Conditions – Main Roof

**Is the Roof Leaking?** Yes ✓ No ☐    **Were temporary repairs made?** Yes ☐ No ✓

*Note: Repairs must be approved by an authorized building representative.*

**Auth. Bldg. Representative Signature:** _____    **Printed Name**: _____

**Type of roof:** Modified ☐  BUR ☐  Single-ply ✓  Other: _____

**Type of deck:** Tectum ☐  Metal ✓  Concrete ☐  Wood ☐  Gyp. ☐  Other: _____

**Condition of roof:** Good ☐  Fair ☐  Poor ✓  Comments: Chalky, old, PVC membrane that has been patched in many places. Poor details at some areas. Areas of water damage of insulation near gutter

**Condition of parapets:** Good ☐  Fair ☐  Poor ✓  Comments: Chalky, dirty, old PVC. Many patches. Poor details at many penetrations.

**Condition of flashings/edge details:** Good ☐  Fair ✓  Poor ☐  Comments: Gutter is damaged across a long section. Other edge metal appeared to be in fair condition, color fading.

**Condition of rooftop units (HVAC units, fans, skylights, etc.):** Good ✓  Fair ☐  Poor ☐  Comments: _____ One exhaust fan was very low. One RTU was covered with a tarp.

**Can the existing roof be repaired economically?** Yes ☐  No ✓  If yes, estimated repair cost: $ _____ and additional life of roof: _____ years.  Comments: _____

**If no, can the existing roof be overlayed?** Yes ✓  No ☐  Comments: Building inspector must approve scope of work outlined in the proposal.

**Comments and Recommendations:** Roof appears to be at a stage where replacement is recommended.

*Please submit pictures of the roof including areas of concern.*

*Submit form to: ws@duro-last.com*

KPI.Auburn00083

5/11/2024

**DURO-LAST®**
THE WORLD'S BEST ROOF®

## Roofing Evaluation Form (continued)

### Existing Conditions – Secondary Roof

**Location and slope of roof?** _____

**Is the roof leaking?**  Yes ☐  No ☐        **Were temporary repairs made?**  Yes ☐  No ☐

*Note: Repairs must be approved by an authorized building representative.*

**Auth. Bldg. Representative Signature:** _____    **Printed Name**: _____

**Type of roof:**    Modified ☐    BUR ☐    Single-ply ☐    Other: _____

**Type of deck:**    Tectum ☐    Metal ☐    Concrete ☐    Wood ☐    Gyp. ☐    Other: _____

**Condition of roof:**    Good ☐    Fair ☐    Poor ☐    Comments: _____
_____

**Condition of parapets:**    Good ☐    Fair ☐    Poor ☐    Comments: _____
_____

**Condition of flashings:**    Good ☐    Fair ☐    Poor ☐    Comments: _____
_____

**Condition of rooftop units (HVAC units, fans, skylights, etc.):**    Good ☐    Fair ☐    Poor ☐    Comments: _____
_____

**Can the existing roof be repaired economically?**    Yes ☐    No ☐    If yes, estimated repair cost: $ _____  and
additional life of roof: _____ years.    Comments: _____
_____
_____

**If no, can the existing roof be overlayed?**    Yes ☐    No ☐    Comments: _____
_____
_____

**Comments and Recommendations:** _____
_____
_____
_____
_____
_____
_____
_____
_____

*Please submit pictures of the roof including areas of concern.*

KPI.Auburn00084



525 E. Morley Dr          866-284-9424
Saginaw, MI 48601         ws@duro-last.com

## *Service Recap*

| | |
|---|---|
| | Work Order #154013 |
| | Purchase Order # 3397 |
| | Service Requested On:   06/26/2024 |
| | Service Completed On:   07/03/2024 |
| | Service Requested By:   Ms. Corliss Miller |
| | Kin Properties #3397 |
| | 416 Southbridge st |
| | Auburn, MA  01501-2442 |
| | Warranty Type: 15YR NDL VERSION 2020 AND PREVIOUS |
| | Warranty Issue Date: 04/29/2018 |

Work Performed: Roof assessment has been completed. Please see report and photos.

Work to Be Completed:

Repairs Covered by Warranty?      ☐ Yes      ☒ No      Note  _____



 

KPI.Auburn00086







KPI.Auburn00087





KPI.Auburn00089



KPI.Auburn00090







KPI.Auburn00091



KPI.Auburn00092





KPI.Auburn00093



KPI.Auburn00094



KPI.Auburn00095



KPI.Auburn00096



KPI.Auburn00097



KPI.Auburn00098



KPI.Auburn00099

*Proposal #CH5546CPG*

**KIDD-LUUKKO CORPORATION**

Tel 508.799.9500
Fax 508.792.3745

*Commercial and Residential Roofing Solutions*

23 North Street
Worcester, MA 01605

July 10, 2024

Duro-Last
Attn: Ms. Jennifer Stein
525 Morley Dr.
Saginaw, MI 48601

RE:     Roof Replacement
        Big Lot's – Auburn, MA

Dear Ms. Stein,

Thank you for considering Kidd-Luukko Corporation for your roofing needs. Upon site inspection and review of the roof at 416 Southbridge St in Auburn, MA we have prepared the following proposal for your review with products from Duro-Last Roofing, Inc.. The roof as it exists presently is composed of the following: PVC membrane over 1" polyiso over ½" built-up-roof and ½" fiberglass insulation on 3" polyiso and a metal deck. Due to the presence of multiple roof systems, building code requires the removal of all layers of roofing down to the structural roof deck before installing any additional roofing. Building code also dictates that when existing insulation is exposed or removed, the combined insulation installed must be in compliance with current Energy Conservation code. Current Energy Conservation code requires R30 for roof assemblies. We offer a scope that must be approved by building officials.

**Please note this proposal is not turnkey**. There is HVAC equipment that **may need to** be disconnected in order to replace the roof.

Due to the volatility of the markets and magnitude of price increases we are receiving from our vendors, we may be forced to implement price increases as they occur.



Red = Work Area
Yellow = High Parapet
Green = Majority of Parapet
Lt. Blue = Gutter Edge
Dk. Blue = Non-Gutter Edge

<u>**We propose the following scope of work:**</u>

*Please note that this proposal is based on **removing the existing mechanically attached PVC membrane** and **installing a new PVC membrane** over the existing insulation underneath. This proposal **will require approval** from the building inspector prior to acceptance.*

*Please note that areas of EIFs will need to be cut to properly flash the new roof membrane, repair of EIFs will need to be repaired by others after roofing work is complete.*

**Prep:**
- Obtain roofing permit, **if needed**. Actual cost of permit to be determined and **added** to contract.
- Customer shall be responsible for any interior protection required.
- If needed, customer shall provide mechanical technicians to properly disconnect units, duct work, and other equipment as necessary for proper sequencing and installation of roof and flashing details.
- Remove and properly dispose of existing edge metal & PVC membrane down to underlying polyisocyanurate insulation. Existing gutter to remain.

*1*

- Soft spots in existing roof will be investigated for damaged, deteriorated or rotted material. Results will be provided to customer and repair/replacement/recovery can be provided for **$5.50/sf** for ¾" plywood, **$12.00/sf** for B panel metal decking, and **$2.25/sf** per 1" of thickness for standard polyisocyanurate insulation. Square footage in excess of 32sf will be performed only with customer's pre-approval. Welding not offered. Concrete/gypsum deck repair not offered.
- Load materials by means of crane.
- Customer shall provide adequate location for crane and dumpsters to set up on property. Additional charges and permits may be required for street/sidewalk occupancy, road closure, or police details.
- Existing blocking to be reused whenever possible. Furnish and install additional wood blocking as needed at roof edges to sufficiently match insulation height. Blocking shall be secured to roof deck with standard roofing mechanical fasteners. Existing damaged wood blocking may be replaced at **$4.90/lf** for 2x6

**Substrate:**
- No thermal board is included with this scope of work
- No vapor barrier is included with this scope of work

**Insulation:**

*Please note, no insulation is included with this scope of work. The only material considered are tapered crickets installed behind curbs wider than 24".*

- Furnish and install tapered insulation crickets at curbs wider than 24" in direction of roof slope.
- All insulation shall have a standard Class 1 reinforced felt facer.
- All insulation shall be loose laid and commonly fastened through top layer with #14 fasteners.

**Coverboard:**
- No coverboard is included with this scope of work.

**Membrane:**
- Furnish and install Duro-Last Roofing, Inc. Prefabricated 40 mil, mechanically fastened, white, reinforced, PVC membrane. Membrane shall be mechanically fastened in seam to substrate.
- Seams and details to be hot air welded
- At exterior parapet walls membrane shall extend up and over, fully encapsulating wall and terminate under edge metal as described below.
- At exterior roof edges membrane shall extend over roof edge and terminate under edge metal as described below.

**Penetrations:**
- Properly flash all existing* equipment, to consist of:
  - Sixteen (16) curbs for a total of 298 lf. Additional curbs can be flashed at **$33**/lf
  - Eleven (11) pitch pockets. Additional pitch pockets offered at **$550/ea**
  - Eight (8) stack style flashings. Additional 1"-6" pipe boots offered at **$250/ea**
- No additional penetrations are included
- Any/All new HVAC and mechanical equipment located, marked, loaded and installed by others.
  *new equipment priced separately

**Edge Treatment:**
- At majority of parapet edges, furnish and install 9" face two-piece compression style gravel-stop at roof edges. Face metal to be fabricated from 040 aluminum in standard Kynar color.
- At high parapet wall with cornice edges, furnish and install 6" face two-piece compression style gravel-stop at roof edges. Face metal to be fabricated from 24ga metal in standard Kynar color.
- At limited area of non-gutter roof edge, furnish and install 4" face two-piece compression style gravel-stop at roof edges. Face metal to be fabricated from 24ga metal in standard Kynar color.
- At existing gutter roof edge, furnish and install 3" face vinyl drip-edge at roof edges. Face to be fabricated from vinyl.

*2*

*Proposal #CH5546CPG*

- All metal work shall have *standard* Kynar color selected from manufacturer's color palette. Custom colors available for additional charge
- Customer to select and confirm metal color in timely fashion to avoid additional crane and delivery charges. Inaction to select color will result in these delivery charges passed along to customer
- Fascia wrap, break metal and soffits are **not** included

## Drainage:
*Please note that the existing gutter is damaged in areas, replacement is advised.*

- No gutters are included.
- Existing gutters to remain
- Properly flash zero (0) roof drains.

## Accessories:
- Furnish and install Duro-Last two-way breather vents, as required
- Furnish and install one (1) **30"x60" walk pad**(s) at point of roof access. Additional walk pads may be provided **$46/ea**.
- No additional equipment or accessories included.

## Close-out:
- Any additional work not outlined in this scope of work is offered at **$95**/man-hour plus the cost of materials
- Provide Kidd-Luukko 1-Year Workmanship Warranty at new work only.
- Furnish 15-year Duro-Last Supreme system warranty with standard wind speeds.
- Warranty includes consequential damages coverage.
- Removal of associated construction debris to be disposed of in proper fashion - premises to be left in broom clean condition.

**Kidd-Luukko Corporation can furnish materials and labor for an investment of $213,720.00**

## Options:

1. **Coverboard:** Furnish and install 1/2" HD-MA 80 psi polyisocyanurate coverboard, mechanically fastened over existing insulation. **Add $53,230**

2. **Duro-Last Gutter:** In lieu of the proposed gutter-side edge-metal, furnish and install Duro-Last LX style 9" commercial style box gutter. To include matching **6"x4"** downspouts, downspouts shall spill onto ground or into underground drainage with no special adapters. All metal work shall be 24 ga galvalume with *standard* Kynar color from manufacturer's color palette. Custom colors available for additional charge, customer to select and confirm metal color in timely fashion to avoid additional crane and delivery charges. Inaction to select color will result in these delivery charges passed along to customer. **Add $14,410**

## Qualifications:
- This proposal is consistent with the following:
  - Current materials pricing. Any materials increases shall apply thereafter.
  - Compliance with standard roofing industry practices. Should special conditions exist for regulations that create unusual or unique circumstances, additional charges may apply.
  - Existing conditions penetrations etc.
  - The existing roof deck having adequate slope to drains/gutters. Unless noted otherwise, additional materials needed for proper roof drainage will require an add to the contract price and charged accordingly.
- The industry standard windspeed warranty covers gusts up to 55 mph.
- It shall be noted that there is existing water ponding on roof surface. This scope does not address the

*3*

prevention of ponding water with the use of tapered insulation. Water may still collect at existing location after replacement.

- Balance of any required insulation R-value is assumed to be within attic/ceiling structure. Customer to confirm. Should additional insulation materials be required to meet code minimums, Kidd-Luukko Corporation can provide materials for an additional fee.
- This proposal is inclusive of 1 mobilization. Phasing of project is not included
- Unless noted otherwise, base scope of work is from roof edge to roof edge. Soffit, fasciae, trim wrapping not included unless specifically noted above. Other services available for additional charges to be determined upon request.
- Unless noted otherwise, base scope of work does not include carpentry or blocking. Blocking available for an additional charge to be determined upon request
- Supply, installation, and locating of all curbs and equipment by others. K-LC will set and flash curbs. Curbs furnished, loaded and assembled by others, unless otherwise specifically noted.
- Kidd-Luukko may require the services of a crane, plumbing contractor, electrician and/or an HVAC contractor for necessary modifications or removal of the roof top units, drain systems, and perimeter lighting. Customer shall provide necessary trades to perform such work.
- Kidd-Luukko Corp is not responsible for any building systems below the roof deck that may be damaged by roofing fasteners during the roofing process.
- Kidd-Luukko Corporation has no knowledge of condition of existing air conditioning equipment prior to beginning the work. If equipment is not working for any reason upon replacement, K-LC cannot be held responsible.
- Some jurisdictions require an architectural/engineering review for a permit. Should such a review be required, additional fees will be charged.
- Permit and acquisition fees are **not included** in this proposal. All permitting costs incurred by Kidd-Luukko Corporation will require an add to the contract.
- Should you have any questions or concerns regarding the scope of work, or the terminology used, please clarify prior to accepting these terms.

**Exclusions:**
- Price escalation
- Additional insulation
- Additional demo or disposal of materials beyond the top layer of existing roof membrane.
- Water infiltration through ductwork and other mechanical equipment
- Permits – roofing, building, dumpster, street or sidewalk occupancy, road closure, police details.
- Architectural/Engineering Review
- Asbestos testing or abatement, if necessary. The roof has not been tested for asbestos
- Winter Conditions. Cold weather installation is available for additional charges and/or alternative methods.
- Temporary weather protection of curbs and mechanical penetrations
- Structural reinforcement and marking of locations of new equipment by others.
- Fine tuning of satellite equipment
- Awnings/Canopies
- Removal/disposal of abandoned HVAC equipment
- Reglets/counter-flashings. Kidd-Luukko Corporation will provide primary flashings. Siding and masonry counter-flashings by respective trades.
- Work related to soffits, fasciae, or siding
- EIFS reconstruction/restorative work
- Interior protection
- Latent conditions. Some conditions cannot be anticipated prior to deconstruction.
- Non-roofing trades required to perform roofing scope, unless noted otherwise above:
  - Painting/staining.
  - Mechanical tradesmen; mechanical, plumbing, electrical disconnect/reconnection for roof replacement
  - Masonry
  - Carpentry/blocking that is not specifically mentioned in the above scope of work.

KPI.Auburn00103

If you have any questions, please call. Should you choose Kidd-Luukko to perform this work, please sign this proposal, notate the selections desired, and fax or mail to our office or call toll-free **1-866-915-ROOF (7663).** We'll order materials right away (to increase curb appeal and protect your property immediately).

Thank you for the opportunity to bid on your project. The above quote maintains the highest level of quality products and installation techniques available. All who perform work on your property work directly for Kidd-Luukko Corporation. There are no sub-contractors.

Respectfully,

Chad Halliday
Estimator
Kidd-Luukko Corporation



KPI.Auburn00104

## Terms and Conditions

**Nature of Work.** Kidd-Luukko Corporation (hereinafter referred to as K-LC) shall furnish the labor and material to perform the work described herein or in Scope of Work (SOW) in the referenced contract documents. K-LC does not provide engineering, consulting or architectural services. It is the Owner's responsibility to retain a licensed architect or engineer to determine proper design and code compliance. K-LC is not responsible for structural integrity and design, Including compliance with codes. If plans, specifications or other design documents have been furnished to K-LC, Customer warrants that they are sufficient and conform to all applicable laws and building codes. K-LC is not responsible for loss, damage or expense due to defects in plans or specifications or building code violations unless such damage results from a deviation by K-LC from the contract documents. Customer warrants all structures to be in sound condition capable of withstanding normal roofing construction equipment and operations. K-LC is not responsible for location of roof drains, adequacy of drainage or ponding on the roof.

**1. Payment.** Deposit of 30% due upon acceptance of proposal. Unless stated otherwise in the job specific scope of work for this proposal, Owner shall pay the contract price plus any additional charges for changed or extra work within ten (10) days of "Substantial Completion" of the Work. Substantial Completion will be defined by all Work, relative to the project's applicable SOW, being completed by K-LC with only punch list items, as agreed between the parties, remaining and provided the manufacturer certifies the work for warranty coverage by the manufacturer. If completion of the Work extends beyond one month, Owner shall make monthly progress payments to K-LC by or before the fifth (5th) day of each month for the value of Work completed during the preceding month, plus the value of materials suitably stored for the project. All sums not paid when due shall earn interest at the rate of 1-1/2% per month. K-LC shall be entitled to recover from Owner costs of collection, including attorney's fees, resulting from Owner's failure to make proper payment when due. Customer may cancel this transaction, without any penalty or obligation, within three (3) business days from the date of signing this contract. Customer reserves the right to cancel project at any time, however, K-LC must receive written notification within three (3) days of scheduled job start date. 20% re-stocking fees may be charged.

**2. Asbestos and Toxic Materials.** This proposal and contract is based upon the work to be performed by K-LC not involving asbestos containing or toxic materials and that such materials will not be encountered or disturbed during the course of performing the roofing work. K-LC is not responsible for expenses, claims or damages arising out of the presence, disturbance or removal of asbestos containing or toxic material. In the event that such materials are encountered, K-LC shall be entitled to reasonable compensation for all additional expenses incurred as a result of the presence of asbestos containing or toxic materials at the work site.

**3. Insurance.** K-LC shall carry worker's compensation, automobile liability, commercial general liability and such other insurance as required by law. K-LC will furnish a Certificate of Insurance, evidencing the types and amounts of coverages, upon request. Customer shall purchase and maintain builder's risk and property insurance, upon the full value of the entire Project, including the labor, material and equipment furnished by K-LC, covering fire, extended coverage, windstorm, vandalism and theft on the premises to protect against loss or damage to material and equipment and partially completed work until the job is completed and accepted and K-LC's equipment is removed from the premises.

**4. Additional Insured.** If Customer requires and K-LC agrees to name Customer or others as an additional insured on K-LC's liability insurance policy, Customer and K-LC agree that the naming of Customer or other parties as an additional insured is intended to apply to claims made against the additional insured to the extent the claim is due to the negligence of K-LC and is not intended to make the K-LC's insurer liable for claims that are due to the fault of the additional insured.

**5. Changes in the Work and Extra Work.** Customer shall be entitled to order changes in the Work and the total contact price adjusted accordingly. Any penetrations through the roofing to be Installed by K-LC not shown on the plans provided to K-LC prior to submittal of this proposal shall be considered an order for extra work. Any carpentry work required to replace rotten or missing wood or deteriorated decking shall be done on a time and material basis as an extra unless specifically included in the Scope of Work section.

**6. Availability of Site.** K-LC shall be provided with direct access to the work site for the passage of trucks and materials and direct access to the roof. K-LC shall not be required to begin work until underlying areas are ready and acceptable to receive K-LC's work and sufficient areas of roof deck are available and free from dirt, snow, ice, water or debris to allow continuous full operation until job completion. The expense of snow, ice, water or debris removal and any extra trips by K-LC to the job as a result of the job not being ready for roof application after K-LC has been notified to proceed will be charged as an extra. Customer understands and agrees to permit and allow access for manufacturer inspections, and any subsequent work that may be required, with or without specific prior notification for a period of up to one year after substantial completion.

**7. Site Conditions.** K-LC shall not be responsible for additional costs due to the existence of utilities, wet insulation, deteriorated deck or other subsurface or latent conditions that are not disclosed in writing to K-LC. The raising, disconnection or re-connection of any mechanical equipment on the roof that may be necessary for K-LC to perform the roofing work shall be performed by others or treated as an extra.

**8. Price Volatility.** Asphalt, metal products, polyisocyanurate, and other roofing products, including cost of delivery are at times subject to unusual price volatility due to conditions that are beyond the control or anticipation of K-LC. If there is an increase in these or other products between the date of this proposal and the time when the work is to be performed, the amount of this proposal/contract may be increased to reflect the additional cost 8% consumables/sundries, 3% fuel surcharge & 12% overhead. K-LC will provide written documentation and advance notice to Customer.

**9. Fumes and Emissions.** Owner and K-LC acknowledge that thermoplastic membranes may be heated by K-LC, odors and emissions from other roofing products will be released and noise will be generated as part of the roofing operations to be performed by K-LC. Customer shall be responsible for interior air quality, including controlling mechanical equipment, HVAC units, intake vents, wall vents, windows, doors and other openings to prevent fumes and odors from entering the building. Customer is aware that roofing products emit fumes, vapors and odors during the application process. Customer shall hold K-LC harmless from claims from third parties relating to fumes and odors that are emitted during the normal roofing process

**10. Back Charges.** No back charges or claims for payment of services rendered or materials and equipment furnished by Customer to K-LC shall be valid unless previously authorized in writing to K-LC and unless written notice is given to K-LC within ten (10) days of the event, act or omission which is the basis of the back charge.

**11. Damages and Delays.** K-LC will not be responsible for damage done to K-LC's work by others. Any repairing of the same by K-LC will be charged at regular scheduled rates over and above the amount of this proposal. K-LC shall not be responsible for loss, damage or delay caused by circumstances beyond its reasonable control, including but not limited to acts of God, weather, accidents, fire, vandalism, strikes, jurisdictional disputes, failure or delay of transportation, shortage of or inability to obtain materials, equipment or labor; changes in the work and delays caused by others. In, the event of these occurrences, K-LC's time for performance under this proposal shall be extended for a time sufficient to permit completion of the Work.

**12. Electrical Conduit.** K-LC's price Is based upon there not being electrical conduit or other materials embedded within the roof assembly or up against underside of roof deck unless expressly identified in the job specific scope of work for this proposal. Customer will indemnify K-LC from any personal injury, damage, claim, loss or expense resulting from the presence of electrical conduit; shall render the conduit harmless so as to avoid injury to K-LC's personnel, and shall compensate K-LC for additional time, labor and expense resulting from the presence of such materials

**13. Right to Stop Work.** The failure of Customer to make proper payment to K-LC when due shall entitle K-LC, at its discretion, to suspend all work and shipments, including furnishing warranty, until full payment is made or terminate this contract. The contract sum to be paid K-LC shall be increased by the amount of K-LC's reasonable costs of shut-down, delay and start-up.

**14. Interior Protection.** Customer acknowledges that re-roofing of an existing building may cause disturbance, dust or debris to fall into the interior and possibly, if liquid adhesives are used, dripping may occur depending upon deck conditions. Customer agrees to remove or protect property directly below the roof in order to minimize potential interior damage. K-LC shall not be responsible for disturbance, damage, clean-up or loss to interior property that Customer did not remove or protect prior to commencement of roofing operations. Customer shall notify tenants of re-roofing and the need to provide protection underneath areas being re-roofed. Customer agrees to hold K-LC harmless from claims of tenants who were not so notified and did not provide protection.

**15. Working Hours.** This proposal is based upon the performance of all work during K-LC's regular working hours. Extra charges will be made for overtime and all work performed other than during K-LC's regular working hours, if required by Customer.

**16. Warranty.** K-LC's work will be warranted by K-LC in accordance with its standard warranty, which is made a part of this proposal and contract and incorporated by reference. A copy of K-LC's standard warranty is attached or, if not, will be furnished upon request. K-LC SHALL NOT BE LIABLE FOR SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES. The acceptance of this proposal by the Customer signifies his agreement that this warranty shall be and is the exclusive remedy against K-LC for all defects in workmanship furnished by K-LC. A manufacturer's warranty shall be furnished to Customer if a manufacturer's warranty is listed in the job specific scope of work for this proposal. It is expressly agreed that in the event of any defects in the materials furnished pursuant to this contract, Customer shall have recourse only against the manufacturer of such material. K-LC's Liability is waived if Customer does not maintain the roof in accordance with the manufacturer's instructions.

**17. Indemnification.** To the fullest extent permitted by law, K-LC shall indemnify and hold harmless the customer, and all of their agents, officers, directors, and employees from and against all claims, damages, and losses directly caused by K-LC's work under this Contract provided that any such claim, damage, loss or expense is caused in whole or in part, and only to the extent from a negligent act or omission of K-LC or anyone for whose work K-LC is responsible for under this contract. IN NO EVENT SHALL SUCH LIABILITY INCLUDE INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE, UNMITIGATED, OR CONSEQUENTIAL DAMAGES.

**18. Mold.** Customer is aware that mold, especially in structures where there have been instances of water leaks or condensation, can grow in unseen places including walls, underneath beams and floors and within insulated areas. Certain types of mold may pose a danger to health. Customer acknowledges and agrees to the following: (1) K-LC's scope of work shall not include the identification, detection, abatement, remediation or removal of any type of mold or mildew. (2) K-LC does not assume in the performance of its work, any obligation or liability to the Customer if any party claiming by, through, or under the Customer, arising out of any failure to identify, detect, abate, remedy or remove mold or mildew. (3) K-LC shall not be liable in any respect for any personal injury or property damage, including, without limitation, damage to any structure or its component parts, or if any contents thereof, which may result from or arise out of the presence or growth of mold or mildew of any type of nature, and regardless of whether such mold was present before or after the work was performed.

**19. Metal Aesthetics.** Customer acknowledges that materials are typically obtained from a single source, but that colors of materials are subject to slight variation within color family. Metal roofing and especially lengthy flat-span sheet-metal panels often will exhibit waviness, commonly referred to as "oil- canning." The degree of oil-canning and the appearance of the panels will vary depending on factor such as the length and color of the panels, alloy, gauge, galvanizing process, substrate condition, and exposure to sunlight. Oil-canning pertains to aesthetics and not the performance of the panels and is not controlled by K-LC. The type of metal roofing panels specified can affect the degree of oil-canning. Provided K-LC uses metal roofing panels that are of equal dimensions, gauge and strength of the existing panels and panels that are to be replaced, Contractor is not responsible for oil-canning or aesthetics. Oil-canning shall not be grounds to withhold payment or reject panels of the type specified.

**20. Wind Loads or Uplift Pressures** . K-LC is responsible for the Work to be in compliance with applicable codes and regulations and to specify or show how the Work that is to be performed. K-LC Is not responsible for design of the actual roof materials or roof design, including calculation or verification of wind-load design, except to the extent such materials or roof design do not perform as anticipated because of negligent or improper installation by K-LC or K-LC's subcontractors or agents. To the extent minimum wind loads or uplift pressures are required, K-LC's scope is based solely on manufacturer's printed test results. K-LC itself makes no representation regarding wind uplift capacity and assumes no liability for wind uplift except as explicitly stated in this Agreement.

**21. Material References.** K-LC is not responsible for the actual verification of Technical specifications of product manufacturers; i.e., R value or ASTM or UL compliance, but rather the materials used are represented as such by the material manufacturer

**22. Arbitration.** If a dispute shall arise between K-LC and Customer with respect to any matters or questions arising out of or relating to this Agreement or the breach thereof, such dispute shall be decided by arbitration administered by and in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association. This Agreement to arbitrate shall be specifically enforceable under the prevailing arbitration law. The award rendered by the arbitrators shall be final, and judgment may be entered upon it in any Court having jurisdiction thereof. Any legal claim against K-LC, including a claim alleging any breach of this contract or negligence by K-LC must be initiated no later than two (2) years after K-LC completed roof installation. Collection matters may be processed through litigation or arbitration at the discretion of K-LC.

**23. Permits.** K-LC can apply for and acquire all necessary building permits; however, proposed job cost does not include the costs associated with the proper acquisition, posting, and close-out of any applicable and required permits. All permit fees such as, but not limited to roofing, building, dumpster, street or sidewalk occupancy, road closure, police details and associated costs are payable by the customer, in addition to the above proposal. These costs may include, but are not limited to, actual permit fees, charges of required architects and/or engineers, acquisition charges, posting charges, inter-office processing costs, close-out charges, etc. These permit costs are compiled, and the total is added to above proposal. These charges become part of the contract total and are subject to all contract terms.

**24. Dumpsters.** Dumpsters will be placed on Customer's property temporarily to accommodate the rubbish and debris generated by K-LC. These containers are large and heavy and may weigh up to 15 tons (30,000 lbs) when loaded. The default placement of these roll-off containers will be "on pavement, closest to roof, not blocking garages and other on-site vehicles or building access points if possible". In some instances, these containers can cause damage to pavement, landscaping, and/or other objects of value. If Customer requires special placement of dumpster or requires lumber or other materials to protect the placement surface to prevent damage to property, please notify our office in writing so that arrangements can be made to meet these needs. Very small amounts of construction debris and fasteners may remain at work site, especially under the dumpster after removal. This debris is the responsibility of the Customer and shall not be construed as improper clean-up. Customer releases K-LC from liability and holds them harmless regarding any damage resulting from dumpster placement, removal, and remaining debris. Any materials, hazardous or otherwise, placed in dumpster by any party other than a K-LC representative, will result in an appropriate charge to the Customer. These charges include, but are not limited to; hazardous material charges, return trip charges, and overweight charges.

**25. Miscellaneous.** Unless noted otherwise, K-LC will provide **primary** flashings. Siding and masonry **counter-**flashings by respective trades. Anything not specifically mentioned in the job specific scope of work for this proposal is not implied or included. This shall include but not be limited to any trades required for completion of K-LC scope such as carpentry, painting, masonry, electrical, mechanical, plumbing. Winter conditions are not included, such as snow and ice removal, or requirements necessary for temperature specific application processes. Exterior devices such as but not limited to lighting fixtures and satellite dishes may be temporarily removed and re-attached at their approximate original location. K-LC is not responsible for any and all signal/satellite reception loss or fine tuning by provider to regain reception. Final positioning of such devices shall be responsibility of customer. Photos may be taken before, during and upon completion for advertising purposes. Customer is aware of the risks involved with demolition and construction. More specifically, Customer is aware of the risks involved in material storage, dumpster utilization, roof removal, roof construction, and clean-up. This process is performed by professionals trained and experienced in the roofing trade using methods, techniques, and judgments in line with industry standards and typical of "roof removal and installation". Any additional protections and compliances required to protect the property and surroundings remain the responsibility of Customer. Customer agrees to render and hold harmless K-LC, its agents, sub-contractors, waste haulers and associates in regard to dumpster placement and removal, material storage, protection of objects of value, strikes, inclement weather, failures of existing roof systems, and any subsequent damage.

By accepting this proposal, you are agreeing to the terms and conditions of Kidd-Luukko Corporation. If you do not understand or agree to any of these terms, please contact our office immediately for clarification. If you feel an agreement has been made or expressed that is not printed in this document, please contact our office immediately for verification and documentation.

| OWNER/CUSTOMER: | KIDD-LUUKKO CORPORATION: |
|---|---|
| Signature: | Signature: |
| Name: | Name: |
| Title: | Title: |
| Date: | Date: |

Proposal # CH5546CPG - MACS License #081045 - Properly Insured - HIC License #136063 - GAFMC # ME09208

Please sign above, initial each page, and circle any options you desire.

*7*



ail: Email from G...         The Point | Inde

PeopleForms - Copyright 2

**n of Aubur**

lic Records

**www.mapsonline.net says**

We have received your request pursuant to the Massachusetts Public Records Law. You will be contacted within 10 business days. if your request will incur a fee, you will be contacted with an estimate of the fee for approval. Thank you.

OK

**Zip Code**

**Phone Number**    978    273    5149    ext.

**Fax Number**    999    999    9999    ext.

**Email Address**    cliff.ageloff@gmail.com

When submitting your request, please be as descriptive as possible.    (in the format email@host.com)

**Public Records Requested**

416 Southbridge Street, Auburn, MA - Occupancy permit(s), current code enforcement actions for fire, building, health, and zoning if any.  Currently, 'open' building permits include electrical, plumbing, and general building—any records of inspections by

**How would you like your request delivered? \***

| | | | |
|---|---|---|---|
| **Location** | 416 SOUTHBRIDGE ST | **Mblu** | 32/ 2/ / / |
| **Acct#** | 0003434 | **Owner** | ALISAN LLC & ESAN LLC |
| **PBN** | | **Assessment** | $3,681,300 |
| **Appraisal** | $3,681,300 | **PID** | 3434 |
| **Building Count** | 1 | | |

## Current Value

| Appraisal | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2024 | $2,309,200 | $1,372,100 | $3,681,300 |

| Assessment | | | |
|---|---|---|---|
| **Valuation Year** | **Improvements** | **Land** | **Total** |
| 2024 | $2,309,200 | $1,372,100 | $3,681,300 |

## Owner of Record

| | | | |
|---|---|---|---|
| **Owner** | ALISAN LLC & ESAN LLC | **Sale Price** | $1 |
| **Co-Owner** | C/O KIN PROPERTIES | **Certificate** | |
| **Address** | 185 N W SPANISH RIVER BLVD | **Book & Page** | 52441/0327 |
| | BOCA RATON, FL 33431 | **Sale Date** | 06/17/2014 |
| | | **Instrument** | 1F |

## Building Information

### Building 1 : Section 1

| | |
|---|---|
| **Year Built:** | 1978 |
| **Living Area:** | 44,023 |
| **Replacement Cost:** | $3,280,614 |
| **Building Percent Good:** | 66 |
| **Replacement Cost Less Depreciation:** | $2,165,200 |

| Building Attributes | |
|---|---|
| **Field** | **Description** |
| Style: | Store |
| Model KPI.Auburn00108 | Commercial |

| | |
|---|---|
| Grade | Average |
| Stories: | 1 |
| Occupancy | |
| Exterior Wall 1 | Stucco/Masonry |
| Exterior Wall 2 | |
| Roof Structure | Flat |
| Roof Cover | Tar & Gravel |
| Interior Wall 1 | Minim/Masonry |
| Interior Wall 2 | |
| Interior Floor 1 | Concr-Finished |
| Interior Floor 2 | Vinyl/Asphalt |
| Heating Fuel | Gas |
| Heating Type | Forced Air-Duc |
| AC Type | Partial |
| Struct Class | |
| Bldg Use | STORE/SHOP MDL-94 |
| Total Rooms | |
| Total Bedrms | 00 |
| Total Baths | 2 |
| 1st Floor Use: | 3220 |
| Heat/AC | HEAT/AC PKGS |
| Frame Type | MASONRY |
| Baths/Plumbing | AVERAGE |
| Ceiling/Wall | NONE |
| Rooms/Prtns | LIGHT |
| Wall Height | 16.00 |
| % Comn Wall | 0.00 |

**Building Photo**



(https://images.vgsi.com/photos/AuburnMAPhotos/\0024\P6280014_2439&

**Building Layout**



(ParcelSketch.ashx?pid=3434&bid=3433)

| Building Sub-Areas (sq ft) | | | Legend |
|---|---|---|---|
| Code | Description | Gross Area | Living Area |
| BAS | First Floor | 44,023 | 44,023 |
| CAN | Canopy | 88 | 0 |
| | | 44,111 | 44,023 |

## Extra Features

| Extra Features | | | | Legend |
|---|---|---|---|---|
| Code | Description | Size | Value | Bldg # |
| SPR1 | SPRINKLERS-WET | 44453.00 S.F. | $23,500 | 1 |
| A/C | AIR CONDITION | 38090.00 UNITS | $50,300 | 1 |
| MEZ1 | MEZZANINE-UNF | 430.00 S.F. | $2,300 | 1 |

## Land

lbllndfront

KPI.Auburn00109

## Land Use

| | |
|---|---|
| **Use Code** | 3220 |
| **Description** | STORE/SHOP MDL-94 |
| **Zone** | LB |
| **Neighborhood** | 525 |
| **Alt Land Appr** | No |
| **Category** | |

## Land Line Valuation

| | |
|---|---|
| **Size (Acres)** | 4.25 |
| **Frontage** | 0 |
| **Depth** | 0 |
| **Assessed Value** | $1,372,100 |
| **Appraised Value** | $1,372,100 |

## Outbuildings

### Outbuildings    Legend

| Code | Description | Sub Code | Sub Description | Size | Value | Bldg # |
|---|---|---|---|---|---|---|
| LT2 | DOUBLE LIGHT | | | 4.00 UNITS | $8,500 | 1 |
| LT9 | HGH PRE-SOD PL | | | 1.00 UNITS | $800 | 1 |
| PAV1 | PAVING-ASPHALT | | | 103000.00 S.F. | $55,600 | 1 |
| SGN2 | DOUBLE SIDED | | | 20.00 S.F.&HGT | $400 | 1 |
| PAV2 | PAVING-CONC | | | 2300.00 S.F. | $2,600 | 1 |

## Valuation History

### Appraisal

| Valuation Year | Improvements | Land | Total |
|---|---|---|---|
| 2023 | $2,221,700 | $1,372,100 | $3,593,800 |
| 2022 | $2,090,300 | $1,372,100 | $3,462,400 |
| 2021 | $2,002,800 | $1,372,100 | $3,374,900 |

### Assessment

| Valuation Year | Improvements | Land | Total |
|---|---|---|---|
| 2023 | $2,221,700 | $1,372,100 | $3,593,800 |
| 2022 | $2,090,300 | $1,372,100 | $3,462,400 |
| 2021 | $2,002,800 | $1,372,100 | $3,374,900 |

(c) 2024 Vision Government Solutions, Inc. All rights reserved.

U.S. Geological Survey - Earthquake Hazards Program

# Unified Hazard Tool

⚠️ Please do not use this tool to obtain ground motion parameter values for the design code reference documents covered by the U.S. Seismic Design Maps web tools (e.g., the International Building Code and the ASCE 7 or 41 Standard). The values returned by the two applications are not identical.

Please also see the new USGS Earthquake Hazard Toolbox for access to the most recent NSHMs for the conterminous U.S. and Hawaii.

---

∧ Input

**Edition**

Conterminous U.S. 2014 (v4.0.x)

**Latitude**
Decimal degrees

42.195

**Longitude**
Decimal degrees, negative values for western longitudes

-71.844

**Site Class**

760 m/s (B/C boundary)

**Spectral Period**

Peak Ground Acceleration

**Time Horizon**
Return period in years

475

KPI.Auburn00111

## ∧  Hazard Curve



[View Raw Data](https://earthquake.gov/hazards/interactive/)

KPI.Auburn00112

# D: RESUMES



**Surveying | Engineering**
**Environmental**

## Clifford W. Ageloff
### ASSOCIATE CONSULTANT

## OVERVIEW

**Education**: Clark University, B.A.  Science & Technology; M.A. Environmental Affairs

**Experience**: Mr. Ageloff has worked in the property condition due diligence industry since 2009. He has conducted Property Condition Assessments (PCAs), and Environmental Site Assessments (ESAs) for a wide range of local and national clients, including banks, agency lenders, investment banks, life companies, law firms and property owners. The properties he has evaluated have included multifamily residential, retail, office, healthcare, senior living, skilled nursing, manufactured housing, industrial and hospitality facilities.

Mr. Ageloff has personally assessed hundreds of properties in accordance with ASTM 2018, Fannie Mae Delegated Underwriting Standards, Freddie Mac guidelines and custom 'equity' PCA reports. He has complete energy audits for hundreds of multifamily buildings. He is experienced in assessing site improvements, building structures and envelopes, and mechanical, electrical, and plumbing systems for evidence of deferred maintenance or problematic or deleterious materials. He has been responsible for estimating Immediate Needs Reserves as well as ongoing reserves needed to maintain a property, based on his observations and interviews with personnel familiar with the property.

## CERTIFICATIONS

**CERTIFICATIONS /
PROFESSIONAL
AFFILIATIONS**

Construction Supervisor Unrestricted,
Massachusetts Board of Building Regulations
and Standards License CS -069134

 479-443-4506    blewinc.com   3825 N Shiloh Dr.
Fayetteville, AR 72703

KPI.Auburn00114





Building Analyst, Building Performance Institute, License #5043767

Certified Energy Auditor, Association of Energy Engineers, License #1101

Certified Energy Manager, Association of Energy Engineers, License #13526

 479-443-4506    blewinc.com    3825 N Shiloh Dr. Fayetteville, AR 72703