# **EXHIBIT F**

# KIN PROPERTIES

February 11, 2025

PNS Stores, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081
Attn: Michael Stengel, Sr. Lease Auditor

Re:  Kin Property #3397 – 416 Southbridge St., Auburn, MA
     Tenant #33970000

Dear Tenant:

In accordance with the provisions of your lease, you are responsible for all Real Estate Taxes on the above-referenced property.

Therefore, we ask that you please remit to us your check in the amount of **$15,531.13** representing the **Town Of Auburn Fiscal 2025 Third Quarter Actual Real Estate Tax bill**. Attached is a copy of the Tax bill for your records.

*[handwritten: 2025 3rd Qtr RE Taxes]*

**Please make your check payable to the Entity to whom you pay your Rent.**

Should you have any questions or need anything further, please feel free to contact me at (561) 620-9200, Ext.152 or by E-Mail at akarca@kinproperties.com. Thank you for your prompt attention and cooperation in this matter.

Very truly yours,

Ana Karca
Real Estate Tax Compliance

AK
Enclosure

Cc:  Trish Rhodes, Kin Properties, Inc A/R Mgr.

(561) 620-9200    (888) KIN-PROP toll-free    185 NW Spanish River Blvd., Suite100, Boca Raton, FL 33431
W:\3397\CORR\BIG LOTS\33970000 RE Tax Ltr to Big Lots 02-11-2025ak.docx

WWW.KINPROPERTIES.COM

*Auburn, MA   #3397*



**TOWN OF AUBURN**
OFFICE OF THE TAX COLLECTOR
104 CENTRAL ST
AUBURN, MA 01501
000018  0006556

PAY ON-LINE AT
AUBURNMA.GOV

# TOWN OF AUBURN
## FISCAL 2025 THIRD QUARTER ACTUAL REAL ESTATE TAX BILL

Owner of Record 01/01/2024: ALISAN LLC & ESAN LLC

| VOLUNTARY CHECK OFF FOR CONTRIBUTION TO LOCAL FUNDS |
|---|
| **SCHOLARSHIP** — ☐ $5   ☐ $10   ☐ $20   $_____ OTHER |
| **SENIORS / DISABLED** — ☐ $5   ☐ $10   ☐ $20   $_____ OTHER |

Check off amount you wish to contribute & add to total.
Please submit top and bottom copy if making a contribution to Local Funds.

MIXED AADC 021
ALISAN LLC & ESAN LLC
C/O KIN PROPERTIES
185 N W SPANISH RIVER BLVD
BOCA RATON, FL 33431-4227

| Remove Remit Copy at perforation and mail with your payment to: Town of Auburn P.O. Box 733 Reading, MA 01867-0405 | Office Hours: Monday, 8:00AM - 7:00PM Tues. - Thurs., 8:00AM - 4:00PM Friday, 8:00AM - 1:00PM |

Phone:  Office of the Collector:  (508) 832-7705
        Office of the Assessor:   (508) 832-7708

APPLICATIONS FOR ABATEMENTS DUE TO ASSESSOR'S OFFICE BY: 02/03/2025

---

**TAXPAYER COPY — FISCAL 2025 — REAL ESTATE TAX**

Collector of Taxes
Mary Ann Murphy

Your actual Real Estate Tax for the fiscal year beginning July 1, 2024 and ending June 30, 2025 on the parcel of REAL ESTATE described below is as follows:

The Commonwealth of Massachusetts
Town of Auburn
P.O. Box 733
Reading, MA 01867-0405

ISSUE DATE: 12/31/2024
BILL NUMBER: 3607
MAP/BLOCK/LOT: 32/002/0000

### PROPERTY DESCRIPTION

| Tax Rate per $1000 | Value |
|---|---|
| Assessed Value | $3,899,200 |
| Exemption Value | |
| Total Taxable Value | $3,899,200 |
| Residential - $14.29 | |
| Commercial - $16.10 | $3,899,200 |
| Industrial - $16.10 | |

ACRES: 4.250     CLASS: 3220
BOOK/PAGE: 52441/0327

ALISAN LLC & ESAN LLC
C/O KIN PROPERTIES
185 N W SPANISH RIVER BLVD
BOCA RATON, FL 33431

LOCATION: 416 SOUTHBRIDGE ST
SPECIAL ASSESSMENTS

| | |
|---|---|
| Total Special Assessments | |
| Total Real Estate Tax | $62,777.12 |
| Abatement / Exemptions | $0.00 |
| Tax & Special Assessments | $62,777.12 |

| | |
|---|---|
| Preliminary Tax | $31,714.86 |
| Preliminary Credits | $31,714.86 |
| Preliminary Balance | $0.00 |
| Interest on Balance | $0.00 |
| Third Quarter Due | $15,531.13 |
| Pay this Amount ➡ | $15,531.13 |
| Due & Payable ➡ | 02/03/2025 |

05472082025500003607900015531130

---

**REMIT COPY — FISCAL 2025 — REAL ESTATE TAX**

Collector of Taxes
Mary Ann Murphy

Your actual Real Estate Tax for the fiscal year beginning July 1, 2024 and ending June 30, 2025 on the parcel of REAL ESTATE described below is as follows:

ALISAN LLC & ESAN LLC
C/O KIN PROPERTIES
185 N W SPANISH RIVER BLVD
BOCA RATON, FL 33431

ISSUE DATE: 12/31/2024
BILL NUMBER: 3607
MAP/BLOCK/LOT: 32/002/0000

### PROPERTY DESCRIPTION

ACRES: 4.250     CLASS: 3220
BOOK/PAGE: 52441/0327

| | |
|---|---|
| Total Special Assessments | |
| Total Real Estate Tax | $62,777.12 |
| Abatement / Exemptions | $0.00 |
| Tax & Special Assessments | $62,777.12 |

LOCATION: 416 SOUTHBRIDGE ST

| | |
|---|---|
| Preliminary Tax | $31,714.86 |
| Preliminary Credits | $31,714.86 |
| Preliminary Balance | $0.00 |
| Interest on Balance | $0.00 |
| Third Quarter Due | $15,531.13 |
| Pay this Amount ➡ | $15,531.13 |
| Due & Payable ➡ | 02/03/2025 |

MAIL PAYMENTS AND MAKE PAYABLE TO:

Town of Auburn
P.O. Box 733
Reading, MA 01867-0405

05472082025500003607900015531130