# 03/12/2025 Appearances

## 3:30 PM

☐ **24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing |
|---|---|---|
| ☐ Nicholas Brannick | Ballard Spahr | Beacon Plaza |
| ☐ Matthew Brock | Davis Polk | Debtor |
| ☐ Joshua Brooks | Landis Rath & Cobb LLP | Divisions Inc., Horizon Media LLC, The Kroger Co |
| ☐ Amy D. Brown | Gellert Seitz Busenkell & Brown, LLC | 5 Point |
| ☐ Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | Debtor |
| ☐ Vincent Cahill | Davis Polk | Debtor |
| ☐ Linda J. Casey | Office of United States Trustee | U.S. Trustee |
| ☐ Howard A. Cohen | Fox Rothschild LLP | various parties |
| ☐ Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Debtor |
| ☐ Monique Bair DiSabatino | Saul Ewing LLP | County of Hudson |
| ☐ Gregory T Donilon | Montgomery McCracken Walker & Rhoads | KPR Landlords |
| ☐ David Edmonson | Goldstein, Edgar & Reagan | Todd Shopping Center, L.L.C. |
| ☐ Cory Falgowski | Burr & Forman LLP | Eden Limited Partnership & Collins Corner |
| ☐ Will Tex Farmer | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation |
| ☐ Robert R. Feuille | ScottHulse, P.C. | KAMS Partners, AP Growth, et al. |
| ☐ Steven A. Fox | Riemer Braunstein LLP | Gordon Brothers Retail Partners |
| ☐ Steven E. Fox | Riemer & Braunstein LLP | Gordon Brothers Retail Partners, LLC |

| | Name | Firm | Client |
|---|---|---|---|
| ☐ | David W. Gaffey | Whiteford Taylor & Preston, LLP | FGX International Inc. |
| ☐ | Kristin Going | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors |
| ☐ | Jacob Goldberger | Davis Polk | Debtor |
| ☐ | James Haithcock | Burr & Forman LLP | Comenity Bank |
| ☐ | Taylor Harrison | iongroup.com | iongroup.com |
| ☐ | William Hazeltine | Sullivan Hazeltine Allinson LLC | Various Landlords |
| ☐ | Leslie C. Heilman | Ballard Spahr LLP | Certain Landlords |
| ☐ | Gregory G Hesse | Hunton Andrews Kurth | Food Lion |
| ☐ | Audrey Hornisher | Clark Hill PLC | US Properties Group |
| ☐ | Zachary Javorsky | Richards, Layton & Finger | Richards, Layton & Finger |
| ☐ | Jeff Kaplan | crgfinancial.com | crgfinancial.com |
| ☐ | Gregory Kopacz | Sills Cummis & Gross P.C. | Bricktown Plaza Associates |
| ☐ | Raymond H. Lemisch | Klehr Harrison | The Grove Shops LLC |
| ☐ | Andrew Lennox | Lennox Law, P.A. | Lennox Law, P.A. |
| ☐ | Scott J. Leonhardt | Esbrook P.C. | BVB-NC, LLC |
| ☐ | christopher Lucas | Regency Properties | Regency Properties |
| ☐ | Tamara K. Mann | Morris, Nichols, Arsht & Tunnell LLP | Debtor |
| ☐ | Danielle Mashburn-Myrick | phelps.com | phelps.com |
| ☐ | James McClammy | Davis Polk | Debtor |
| ☐ | Rachel B. Mersky | Monzack Mersky McLaughlin & Browder, PA | Kimco |
| ☐ | Michael D Mueller | Williams Mullen | Multiple landlords |
| ☐ | Emily L. Pagorski | Stoll Keenon Ogden PLLC | Regency Commercial Associates LLC |

| | Name | Firm | Representing |
|---|---|---|---|
| ☐ | Mark Pfeiffer | Buchanan Ingersoll & Rooney PC | Albertsons LLC and Safeway Inc |
| ☐ | Marc J. Phillips | Montgomery McCracken Walker & Rhoads LLP | Attleboro Crossing |
| ☐ | Stephen Piraino | Davis Polk | Debtor |
| ☐ | Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtor |
| ☐ | Brian Resnick | Davis Polk | Debtor |
| ☐ | Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. |
| ☐ | Robert A. Rich | Hunton Andrews Kurth LLP | N/A - Observing |
| ☐ | Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty Growth |
| ☐ | Sophie B. Rogers Churchill | Morris Nichols | Debtor |
| ☐ | Laurel D. Roglen | Ballard Spahr LLP | Certain Landlords |
| ☐ | Natalie Rowles | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors |
| ☐ | Jeffery L Sanches | Tuggle Duggins P.A. | Homelegance |
| ☐ | Maria Aprile Sawczuk | Goldstein & McClintock LLLP | Respawn |
| ☐ | Casey Sawyer | Morris Nichols Arsht and Tunnell | Debtor |
| ☐ | Keith A Schofner | Lambert Leser | DGN Properties, LLC |
| ☐ | Jennifer Seifried | lennoxlaw.com | lennoxlaw.com |
| ☐ | Megan Seliber | | US Trustee |
| ☐ | Allison Selick | Kelley Drye | landlords |
| ☐ | Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC |
| ☐ | Michelle Shriro | Singer & Levick, PC | Retail Plaza |
| ☐ | Christopher Page Simon | Cross & Simon, LLC | Kentex Corporation |

| | | |
|---|---|---|
| ☐ Rachael L Smiley | Ferguson Braswell Fraser Kubasta PC | Steger Towne Crossing, LP |
| ☐ Steven J Solomon | GrayRobinson, P.A. | GH2 |
| ☐ Aaron H. Stulman | Potter Anderson & Corroon LLP | Westerville Square |
| ☐ Ellsworth Summers | Burr & Forman LLP | CTO Realty Growth |
| ☐ Cathy Ta | reorg.com | reorg.com |
| ☐ Gregory A. Taylor | Ashby & Geddes, P.A. | Gordon Brothers Retail Partners |
| ☐ Michael S. Tucker | Ulmer & Berne LLP | Shurmer |
| ☐ Michael S. Tucker | UB Greensfelder LLP | Shurmer Strongsville, LLC |
| ☐ Brianna Turner | Morris Nichols Arsht and Tunnell | Debtor |
| ☐ Lyndel Anne Vargas | Cavazos Hendricks Poirot, PC | Walmart |
| ☐ Lyndel Anne Vargas | Cavazos Hendricks Poirot, PC | Walmart |
| ☐ Grace Venit | Morris Nichols Arsht and Tunnell | Debtor |
| ☐ Margaret A Vesper | Ballard Spahr LLP | Certain Landlords |
| ☐ Keyashia M Willis | Barclay Damon LLP | DLC Management Corporation and other landlords |
| ☐ david f mills | Narron Wenzel PA | B & C Properties; Perry Management |