**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 1 | 5162 | 7132 KNIGHTDALE BLVD. KNIGHTDALE, NC | Big Lots Stores, LLC | TRI & TAMMY DOAN | C/O TRI PLAZA LLC, 3809 MITCHELL MILL ROAD, RALEIGH, NC, 27616 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 1747 | 4723 NC HWY 55 DURHAM, NC | Big Lots Stores, LLC | TRIANGLE SQUARE, LLC | ATTN: JENNIFER GONZALEZ, 13041 W LINEBAUGH AVE, TAMPA, FL, 33626 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 1834 | 150 VESTAL PKWY W VESTAL, NY | Big Lots Stores, LLC | VESTAL PROPERTY, LLC | ATTN: LEGAL DEPARTMENT, 7248 MORGAN ROAD, LIVERPOOL, NY, 13090-4535 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 4 | 5159 | 160 GREAT OAKS TRAIL WADSWORTH, OH | Big Lots Stores, LLC | WADSWORTH ASSOCIATES | 320 MARTIN STREET SUITE 100, BIRMINGHAM, MI, 48009-1486 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 5 | 823 | 14347 B WARWICK BLVD NEWPORT NEWS, VA | Big Lots Stores, LLC | WARWICK DENBIGH CO | 7232 SHIRLAND AVE, NORFOLK, VA, 23505-2938 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 6 | 1123 | 825 FAIRPORT RD EAST ROCHESTER, NY | Big Lots Stores, LLC | WEGMANS FOOD MARKETS, INC. | DEVELOPMENT GROUP, P.O. BOX 30844, ROCHESTER, NY, 14603 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 7 | 1740 | 30 FRANKLIN VILLAGE MALL KITTANNING, PA | Big Lots Stores, LLC | WHLR-FRANKLIN VILLAGE LLC | 2529 VIRGINIA BEACH BLVD, VIRGINIA BEACH, VA, 23452-7650 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 8 | 5134 | 5600 MERCURY DR DEARBORN, MI | Big Lots Stores, LLC | YOUNIS ENTERPRISES LLC | 5728 SCHAEFER RD STE 200, DEARBORN, MI, 48126-2287 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |