**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Sonia Akter, depose and say that I am employed by Kroll Restructuring Administration LLC (***Kroll***), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 19, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email and First Class Mail on the Movants Service List attached hereto as **Exhibit A**:

- Debtors' Omnibus Objection to and Reservation of Rights Regarding Motions for Allowance and Payment of Administrative Expense Claims [Docket No. 2022]

Dated: February 26, 2025

*/s/ Sonia Akter*
Sonia Akter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 26, 2025, by Sonia Akter, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

## Exhibit A

Exhibit A
Movants Service List
Served via Email and First Class Mail

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| 30161171 | A.T.N., Inc. | Gellert Seitz Busenkell & Brown, LLC | Ronald S. Gellert (DE 4259) | 1201 North Orange Street | Suite 300 | Wilmington | DE | 19801 | rgellert@gsbblaw.com |
| 30183817 | Allura Imports Inc. | Joyce LLC | Attn: Michael J. Joyce | 1225 King Street, Suite 800 | | Wilmington | DE | 19801 | mjoyce@mjlawoffices.com |
| 29442479 | Allura Imports, Inc. | c/o Balasiano & Associates, PLLC | Judah S. Balasiano, Esq | 6701 Bay Parkway | 3rd Floor | Brooklyn | NY | 11204 | judah@balasianolaw.com; steven@balasianolaw.com |
| 30193177 | BRAMLI USA, Inc. | c/o ECKERT SEAMANS CHERIN & MELLOTT, LLC | Attn: Alexandra Rogin | 222 Delaware Avenue | 7th Floor | Wilmington | DE | 19801 | arogin@eckertseamans.com |
| 29898421 | Church & Dwight Co., Inc. | TROUTMAN PEPPER LOCKE LLP | Attn: Tori L. Remington | Hercules Plaza | 1313 Market Street, Suite 1000 | Wilmington | DE | 19899-1709 | tori.remington@troutman.com |
| 30162082 | Church & Dwight Co., Inc. | TROUTMAN PEPPER LOCKE LLP | Attn: Francis J. Lawall | 3000 Two Logan Square | 18th & Arch Streets | Philadelphia | PA | 19103-2799 | francis.lawall@troutman.com |
| 30183937 | Cookies United LLC | Archer & Greiner PC | Natasha M. Songonuga | 300 Delaware Avenue, Suite 1100 | | Wilmington | DE | 19801 | nsongonuga@archerlaw.com |
| 30184970 | Cookies United LLC | Archer & Greiner PC | Gerard DiConza | 1211 Avenue of the Americas | | New York | NY | 10036 | gdiconza@archerlaw.com |
| 30183971 | Craig Electronics LLC | Greenberg Traurig LLP | Dennis A. Meloro | 222 Delaware Avenue, Suite 1600 | | Wilmington | DE | 19801 | melorod@gtlaw.com |
| 30165287 | Doskocil Manufacturing Company, Inc. | c/o Cooch and Taylor, P.A | Attn: R. Grant Dick IV | The Brandywine Building | 1000 N. West Street, Suite 1500 | Wilmington | DE | 19801 | gdick@coochtaylor.com |
| 30165906 | Doskocil Manufacturing Company, Inc. | c/o Foley & Lardner LLP | Attn: Matthew D. Lee | 150 E Gilman St | Suite 5000 | Madison | WI | 53703-1482 | mdlee@foley.com |
| 29898440 | East West Import Export, Inc. | Werb & Sullivan | Attn: Brian A. Sullivan | 1225 N. King Street, Suite 600 | | Wilmington | DE | 19801 | bsullivan@werbsullivan.com |
| 30184128 | Enchante Companies | Balasiano & Associates PLLC | Steven Balasiano | 6701 Bay Parkway, 3rd Floor | | Brooklyn | NY | 11204 | Steven@balasianolaw.com |
| 30183812 | Enchante Companies | Joyce LLC | Attn: Michael J. Joyce | 1225 King Street, Suite 800 | | Wilmington | DE | 19801 | mjoyce@mjlawoffices.com |
| 30193181 | European Home Companies | c/o BALASIANO & ASSOCIATES, PLLC | Attn: Steven Balasiano | 6701 Bay Parkway | 3rd Floor | Brooklyn | NY | 11204 | steven@balasianolaw.com |
| 30193180 | European Home Companies | c/o JOYCE, LLC | Attn: Michael J. Joyce | 1225 King Street | Suite 800 | Wilmington | DE | 19801 | mjoyce@mjlawoffices.com |
| 30193178 | FGX International Inc. | c/o Whiteford, Taylor & Preston LLC | Attn: William F. Taylor, Jr. | 600 North King Street, Suite 300 | | Wilmington | DE | 19801 | wtaylor@whitefordlaw.com |
| 30193179 | FGX International Inc. | c/o Whiteford, Taylor & Preston LLP | Attn: David W. Gaffey, Esq. | 3190 Fairview Park Drive, Suite 800 | | Falls Church | VA | 22042-4510 | dgaffey@whitefordlaw.com |
| 30162236 | Gina Concepts LLC | Balasiano & Associates, PLLC | Attn: Steven Balasiano | 6701 Bay Parkway, 3rd Floor | | Brooklyn | NY | 11204 | Steven@balasianolaw.com |
| 30161152 | Gina Concepts LLC | Joyce, LLC | Attn: Michael J. Joyce | 1225 King Street | Suite 800 | Wilmington | DE | 19801 | mjoyce@mjlawoffices.com |
| 30184127 | Gourmet Companies | Balasiano & Associates PLLC | Attn: Steven Balasiano | 6701 Bay Parkway, 3rd Floor | | Brooklyn | NY | 11204 | Steven@balasianolaw.com |
| 30183800 | Gourmet Companies | Joyce LLC | Attn: Michael J. Joyce | 1225 King Street, Suite 800 | | Wilmington | DE | 19801 | mjoyce@mjlawoffices.com |
| 30186365 | Home Creations Inc. | Brower Law Group, APC | John W. Kim | 100 Pacifica, Suite 160 | | Irvine | CA | 92618 | john@browerlawgroup.com |
| 30183932 | Home Creations Inc. | Sullivan Hazeltine Allinson LLC | Elihu Ezekiel Allinson, III, Esq. | 919 North Market Street, Suite 420 | | Wilmington | DE | 19801 | zallinson@sha-llc.com |
| 30183822 | Home Essentials and Beyond Inc. | Avrom R. Vann Esq. | 2 University Plaza, Suite 600 | | | Hackensack | NJ | 07601 | a2442@aol.com |
| 30183982 | Horizon Media LLC a/k/a Horizon Big LLC | Landis Rath & Cobb LLP | Kimberly A. Brown | Joshua B. Brooks | 919 Market Street, Suite 1800 | Wilmington | DE | 19801 | brown@lrclaw.com; brooks@lrclaw.com |
| 30183985 | Horizon Media LLC a/k/a Horizon Big LLC | Loeb & Loeb LLP | William M. Hawkins, Noah Weingarten | Alexis Zobeideh | 345 Park Avenue | New York | NY | 10154 | whawkins@loeb.com; nweingarten@loeb.com; azobeideh@loeb.com |
| 30183926 | Infosys Limited | Benesch Friedlander Coplan & Aronoff LLP | Kevin M. Capuzzi | Steven L. Walsh | 1313 North Market Street, Suite 1201 | Wilmington | DE | 19801-6101 | kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com |
| 29898235 | JBL/Crest Mills | Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | 1313 North Market Street, Suite 1201 | | Wilmington | DE | 19801-6101 | kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com |
| 30162078 | JBL/Crest Mills | Olshan Frome Wolosky LLP | Attn: Michael S. Fox | 1325 Avenue of Americas | | New York | NY | 10019 | mfox@olshanlaw.com |
| 30183905 | McKee Foods Corporation | Bayard PA | Ericka F. Johnson, Esq. | 600 North King Street, Suite 400 | | Wilmington | DE | 19801 | ejohnson@bayardlaw.com |
| 30184130 | McKee Foods Corporation | Chambliss, Bahner & Stophel PC | Liberty Tower | Jeffrey W. Maddux | 605 Chestnut Street, Suite 1700 | Chattanooga | TN | 37450 | jmaddux@chamblisslaw.com |
| 30184977 | Meta Platforms Inc | Arentfox Schiff LLP | George P. Angelich | 1301 Avenue of the Americas, 42nd Floor | | New York | NY | 10019 | George.Angelich@afslaw.com |
| 30184978 | Meta Platforms Inc | Arentfox Schiff LLP | James E. Britton | 800 Boylston Street, 32nd Floor | | Boston | MA | 02199 | James.Britton@afslaw.com |
| 30183964 | Meta Platforms Inc | Carothers & Hauswirth LLP | Gregory W. Hauswirth | 1007 N. Orange Street, 4th Floor | | Wilmington | DE | 19801 | ghauswirth@ch-legal.com |
| 29898502 | Midwest Quality Gloves, Inc. d/b/a Midwest Gloves & Gear | Gellert Seitz Busenkell & Brown, LLC | Attn: Ronald S. Gellert | 1201 N. Orange Street, 3rd Floor | | Wilmington | DE | 19801 | rgellert@gsbblaw.com |
| 30163848 | Northpoint Companies | Balasiano & Associates, PLLC | Steven Balasiano | 6701 Bay Parkway | 3rd Floor | Brooklyn | NY | 11204 | Steven@balasianolaw.com |
| 30161291 | Northpoint Companies | Joyce, LLC | Michael J. Joyce (No. 4563) | 1225 King Street | Suite 800 | Wilmington | DE | 19801 | mjoyce@mjlawoffices.com |
| 30184096 | Popcorn Alley Inc d/b/a Stonehedge Farms | Gellert Seitz Busenkell & Brown LLC | Margaret T. England | Ronald S. Gellert | 1201 North Orange Street, Suite 300 | Wilmington | DE | 19801 | mengland@gsbblaw.com |
| 30163256 | Prestige Patio, Inc. | SchrierShayne P.C. | Richard E. Schrier, Esq (admitted Pro Hac Vice) | 64 Fulton Street | Suite 1000 | New York | NY | 10038 | richardschrier@gmail.com |
| 30161165 | Prestige Patio, Inc. | The Law Office of James Tobia, LLC | James Tobia (No. 3798) | 1716 Wawaset Street | | Wilmington | DE | 19806 | jtobia@tobialaw.com |
| 29898231 | Pro-Mart Industries, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings | 301 S. College Street, Suite 2150 | | Charlotte | NC | 28202 | jarret.hitchings@bclplaw.com |
| 29786467 | Roundtripping Ltd. | c/o Gibbons P.C. | Mark B. Conlan | One Gateway Center | 3rd Floor | Newark | NJ | 07102 | mconlan@gibbonslaw.com |
| 29898432 | Roundtripping Ltd. | Gibbons P.C. | Katharina Earle (No. 6348) | 300 Delaware Avenue, Suite 1015 | | Wilmington | DE | 19801-1671 | kearle@gibbonslaw.com |
| 30183773 | Sage Freight | Benesch Friedlander Coplan & Aronoff LLP | Kevin M. Capuzzi | Steven L. Walsh | 1313 North Market Street, Suite 1201 | Wilmington | DE | 19801-6101 | kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com |
| 30193176 | Shandong Taipeng Intelligent Household Products Co., LTD | c/o GELLERT SEITZ BUSENKELL & BROWN, LLC | Attn: Michael Busenkell | 1201 N. Orange Street, Suite 300 | | Wilmington | DE | 19801 | mbusenkell@gsbblaw.com |
| 30183957 | Stalwart Homestyles | McCarter & English LLP | Attn: Kate Roggio Buck / Shannon D. Humiston | Renaissance Centre | 405 N. King Street, 8th Floor | Wilmington | DE | 19801 | kbuck@mccarter.com; shumiston@mccarter.com |
| 30183954 | Steve Silver Furniture Company | Ritter Spencer Cheng PLLC | David D. Ritter | 15305 Dallas Parkway, 12th Floor | | Addison | TX | 75001 | dritter@ritterspencercheng.com |
| 30162096 | Tempur Sealy International, Inc. | Frost Brown Todd LLP | Attn: Ronald E. Gold | 3300 Great American Tower | 301 East Fourth Street | Cincinnati | OH | 45202 | rgold@fbtlaw.com |
| 29898459 | Tempur Sealy International, Inc. | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | 919 N. Market Street, Suite 460 | | Wilmington | DE | 19801 | skaufman@skaufmanlaw.com |
| 30162097 | Tempur Sealy International, Inc. | Rebecca L. Matthess (TX Bar No. 2406776) | (Admitted pro hac vice) | Frost Brown Todd LLP | 2101 Cedar Springs Road, Suite 900 | Dallas | TX | 75201 | rmatthews@fbtlaw.com |
| 30162244 | Texas Star Nut and Food Co., Inc. | Jackson Walker LLP | Attn: Bruce J. Ruzinsky, Emily Meraia | 1401 McKinney Street | Suite 1900 | Houston | TX | 77010 | emeraia@jw.com; bruzinsky@jw.com |
| 30161144 | Texas Star Nut and Food Co., Inc. | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Marcy J. McLaughlin Smith | 1313 North Market Street, Suite 1200 | | Wilmington | DE | 19801 | matthew.ward@wbd-us.com; marcy.smith@wbd-us.com |
| 29898498 | Thrasio, LLC | Joyce, LLC | Michael J. Joyce (No. 4563) | 1225 King Street | Suite 800 | Wilmington | DE | 19801 | mjoyce@mjlawoffices.com |
| 29474852 | Topaz Distribution, LLC | Amir Gamliel/Perkins Coie LLP | 1888 Century Park East | Suite 1700 | | Los Angeles | CA | 90067 | agamliel@perkinscoie.com |
| 29322907 | Topaz Distribution, LLC | Attn: Christopher A. Ward, Michael V. DiPietro | c/o Polsinelli PC | 222 Delaware Avenue | Suite 1101 | Wilmington | DE | 19801 | cward@polsinelli.com; mdipietro@polsinelli.com |

Exhibit A
Movants Service List
Served via Email and First Class Mail

| ADDRESSID | NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| 29898477 | Uncas International LLC | Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | 1105 North Market Street, Suite 901 | | Wilmington | DE | 19801 | csimon@crosslaw.com; kmann@crosslaw.com |
| 30162103 | Uncas International LLC | Nixon Peabody LLP | Attn: Christopher M. Desiderio, Esq. | 55 West 46th Street | | New York | NY | 10036 | cdesiderio@nixonpeabody.com |
| 30184102 | Williams Scotsman Inc. | Benesch Friedlander Coplan & Aronoff LLP | Kevin M. Capuzzi | Steven L. Walsh | 1313 North Market Street, Suite 1201 | Wilmington | DE | 19801-6101 | kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com |

In re: Big Lots, Inc., et al.
Case No. 24-11967 (JKS)

Page 2 of 2