**CERTIFICATE OF SERVICE**

       I, Garvan McDaniel, hereby certify that on March 13, 2025, I caused the foregoing *Herrera Properties, LLC's (I) Objection to Notice Of Designation of Designated Asset and (II) Motion for Allowance of Administrative Claim for Unpaid Post-Petition Lease Obligations and Directing Debtor's Immediate Payment of Such Claim* to be served upon all parties registered to receive electronic service via CM/ECF as well as via electronic mail to the following:

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
notice.biglots@davispolk.com)

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Sophie Rogers Churchill, Esq.
Casey B. Sawyer, Esq.
biglots.mnat@morrisnichols.com,

Steven E. Fox
sfox@riemerlaw.com

Josef Mintz
josef@blankrome.com

Lorenzo Thomas
Lorenzo.thomas@blankrome.com

                                                  */s/Garvan F. McDaniel*
                                                  Garvan F. McDaniel (#4167)