## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 2176** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "**Debtors**") hereby withdraw the *Certification of Counsel Regarding Notice of Filing of Eighth Post-Closing Designation Notice* [D.I. 2176].

*[Remainder of page intentionally left blank]*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: March 13, 2025
Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ *Brianna N. V. Turner*
        Robert J. Dehney, Sr. (No. 3578)
        Andrew R. Remming (No. 5120)
        Daniel B. Butz (No. 4227)
        Casey B. Sawyer (No. 7260)
        Brianna N. V. Turner (No. 7468)
        1201 N. Market Street, 16th Floor
        Wilmington, DE 19801
        Tel: (302) 658-9200
        rdehney@morrisnichols.com
        aremming@morrisnichols.com
        dbutz@morrisnichols.com
        csawyer@morrisnichols.com
        bturner@morrisnichols.com

        -*and*-

        DAVIS POLK & WARDWELL LLP

        Brian M. Resnick (admitted *pro hac vice*)
        Adam L. Shpeen (admitted *pro hac vice*)
        Stephen D. Piraino (admitted *pro hac vice*)
        Ethan Stern (admitted *pro hac vice*)
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000
        brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        stephen.piraino@davispolk.com
        ethan.stern@davispolk.com

        *Counsel to the Debtors and Debtors in Possession*