# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors. | Re: D.I. 2181 |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Variety Stores, LLC, by and through their undersigned counsel, hereby withdraws the *Certification of Counsel Regarding Assumption and Assignment of Nonresidential Real Property Lease* [D.I. 2181], filed on March 6, 2025.

                                            **COZEN O'CONNOR**

Dated: March 14, 2025                    */s/ Simon E. Fraser*
                                                 Simon E. Fraser (#5335)
                                                 1201 N. Market Street, Suite 1001
                                                 Wilmington, DE 19801
                                                 (302) 295-2000
                                                 SFraser@cozen.com

                                                 *Counsel to Variety Stores, LLC*

LEGAL\76263031\1