5

## CERTIFICATE OF SERVICE

I, Amy D. Brown, hereby certify that, on this 14th day of March, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

| | |
|---|---|
| Dated: March 14, 2025<br>Wilmington, Delaware | */s/ Amy D. Brown*<br>Amy D. Brown (DE 4077)<br>GELLERT SEITZ BUSENKELL & BROWN, LLC |