# **EXHIBIT 1**

30849053.6

| Landlord | Shopping Center | Location | Store No. | Debtors' Proposed Cure Amount | Landlord's Cure Amount* (as of) |
|---|---|---|---|---|---|
| **Rivercrest Realty Associates, LLC** | | | | | |
| Lexington (Village), UY, LLC | Lexington Village Shopping Center | Lexington, SC | 5422 | $0 | $84,987.41 (3/12/2025) |

*Exclusive of attorneys' fees, Accrued but Unbilled or Not Yet Due Rent and Charges, and Indemnity Obligations.*

10

30849053.6

# Lease Ledger

Date: 03/12/2025

Property: 2083vill

Tenant: biglot04 BIG LOTS #5422 (BIG LOTS STORES, INC.)

From Date: 07/16/2020  To Date: 01/31/2030

Move In Date: 07/16/2020

Unit(S): 421

| Date | Description | Unit | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 9/1/2024 | REMOVED DAMAGED SHOPPING CART 7/2/2024 | | 327.21 | 0.00 | 327.21 |
| 9/1/2024 | ESTIMATED CAM (09/2024) | 421 | 2,101.33 | 0.00 | 2,428.54 |
| 9/1/2024 | BASE RENT (09/2024) | 421 | 18,502.50 | 0.00 | 20,931.04 |
| 10/1/2024 | SEALED AND PAINTED THE BLOCK ON STORAGE ROOM WALLS | | 3,380.00 | 0.00 | 24,311.04 |
| 10/1/2024 | ESTIMATED CAM (10/2024) | 421 | 2,101.33 | 0.00 | 26,412.37 |
| 10/1/2024 | BASE RENT (10/2024) | 421 | 18,502.50 | 0.00 | 44,914.87 |
| 10/2/2024 | Chk# WT#10022024 OCT RENT PYMT | | 0.00 | 20,603.83 | 24,311.04 |
| 11/1/2024 | ESTIMATED CAM (11/2024) | 421 | 2,101.33 | 0.00 | 26,412.37 |
| 11/1/2024 | BASE RENT (11/2024) | 421 | 18,502.50 | 0.00 | 44,914.87 |
| 11/5/2024 | Chk# WT#11052024 RENT PYMT WAS DEFERRED ON THE REMIT. | | 0.00 | 2,101.33 | 42,813.54 |
| 12/1/2024 | ESTIMATED CAM (12/2024) | 421 | 2,101.33 | 0.00 | 44,914.87 |
| 12/1/2024 | BASE RENT (12/2024) | 421 | 18,502.50 | 0.00 | 63,417.37 |
| 12/4/2024 | Chk# WT#12042024 RENT DEFERRED ON REMIT | | 0.00 | 2,101.33 | 61,316.04 |
| 12/16/2024 | 2024 REAL ESTATE TAXES | | 92,009.74 | 0.00 | 153,325.78 |
| 12/16/2024 | 2024 ANNUAL INSURANCE | | 12,867.59 | 0.00 | 166,193.37 |
| 1/1/2025 | ESTIMATED CAM (01/2025) | 421 | 2,101.33 | 0.00 | 168,294.70 |
| 1/1/2025 | BASE RENT (01/2025) | 421 | 18,502.50 | 0.00 | 186,797.20 |
| 1/6/2025 | Chk# WT 010625 | | 0.00 | 2,101.33 | 184,695.87 |
| 1/21/2025 | Chk# WT#01212025 INS & RET PYMT | | 0.00 | 104,877.33 | 79,818.54 |
| 2/1/2025 | ESTIMATED CAM (02/2025) | 421 | 2,101.33 | | 81,919.87 |
| 2/1/2025 | BASE RENT (02/2025) | 421 | 19,427.63 | | 101,347.50 |
| 2/3/2025 | WT#02032025 | | | 3,026.46 | 98,321.04 |
| 2/19/2025 | WT#02192025 | | | 19,427.63 | 78,893.41 |
| 3/1/2025 | ESTIMATED CAM (03/2025) | 421 | 2,101.33 | | 80,994.74 |
| 3/1/2025 | BASE RENT (03/2025) | 421 | 19,427.63 | | 100,422.37 |
| 3/4/2025 | WT#03042025 RENT DEFERRED ($6,094.00) | | | 15,434.96 | **84,987.41** |