## **CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, hereby certify that, on this 14th day of March, 2025, I caused a true and correct copy of the foregoing *Objection of Rivercrest Realty Associates, LLC to Notice of Filing of Fourteenth Post-Closing Designation Notice* to be served by electronic service via Court's CM/ECF system on all parties who have registered for electronic service in these cases, as well as on the following parties in the manner indicated.

*Via Hand Delivery & E-mail*
Robert J. Dehney, Sr.
Andrew R. Remming
Daniel B. Butz
Sophie Rogers Churchill
Casey B. Sawyer
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
E-mail: rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

*Counsel to the Debtors*

*Via First-Class Mail & E-mail*
Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors*

*Via Hand Delivery & E-mail*
Steven E. Fox
Riemer Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
E-mail: sfox@riemerlaw.com)

*Counsel for Golden Brothers Retail Partners, LLC*

*Via Hand Delivery & E-mail*
Mark Felger
Simon E. Fraser
Cozen O'Connor
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
E-mail: mfelger@cozen.com
sfraser@cozen.com

*Counsel to Variety Wholesalers, Inc.*

| | |
|---|---|
| *Via Hand Delivery and E-mail*<br>Office of the United States Trustee<br>Attn: Linda J. Casey<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Linda.Casey@usdoj.gov<br><br>*Office of the United States Trustee* | *Via Hand Delivery and E-mail*<br>Justin R. Alberto<br>Stacy L. Newman<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com<br>snewman@coleschotz.com<br><br>*Counsel to the Creditors' Committee* |

*Via First-Class Mail and E-mail*
Darren Azman
Kristin K. Going
Stacy Lutkus
Natalie Rowles
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY, 10017
Email: dazman@mwe.com
kgoing@mwe.com
salutkus@mwe.com
nrowles@mwe.com

*Counsel to the Creditors' Committee*

| | |
|---|---|
| Dated: March 14, 2025<br>Wilmington, Delaware | */s/ Laurel D. Roglen*<br>Laurel D. Roglen (No. 5759)<br>BALLARD SPAHR LLP |