# EXHIBIT A

| Post Date | Post Month | Memo | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 5-Mar-25 | Mar-25 | Check Payment CK# ACH | | ($18,187.88) | $49,190.63 |
| 1-Mar-25 | Mar-25 | Monthly Commercial Rent - Posted from 03/01/2025 to 03/31/2025 | $14,662.92 | | $67,378.51 |
| 1-Mar-25 | Mar-25 | Monthly CAM Monthly Estimate - Posted from 03/01/2025 to 03/31/2025 | $3,422.30 | | $52,715.59 |
| 3-Feb-25 | Feb-25 | Check Payment CK# ACH | | ($18,187.88) | $49,293.29 |
| 1-Feb-25 | Feb-25 | CAM Monthly Estimate | $3,422.30 | | $67,481.17 |
| 1-Feb-25 | Feb-25 | Monthly Commercial Rent - Posted from 02/01/2025 to 02/28/2025 | $14,662.92 | | $64,058.87 |
| 10-Jan-25 | Jan-25 | Check Payment CK# ACH | | ($8,607.03) | $49,395.95 |
| 6-Jan-25 | Jan-25 | Check Payment CK# ACH | | ($18,085.22) | $58,002.98 |
| 1-Jan-25 | Jan-25 | Monthly CAM Monthly Estimate - Posted from 01/01/2025 to 01/31/2025 | $3,422.30 | | $76,088.20 |
| 1-Jan-25 | Jan-25 | Monthly Commercial Rent - Posted from 01/01/2025 to 01/31/2025 | $14,662.92 | | $72,665.90 |
| 31-Dec-24 | Dec-24 | NNN BillBack - 2024 Billback | $55,652.78 | | $58,002.98 |
| 4-Dec-24 | Dec-24 | Check Payment CK# ACH | | ($18,085.22) | $2,350.20 |
| 1-Dec-24 | Dec-24 | Monthly Commercial Rent - Posted from 12/01/2024 to 12/31/2024 | $14,662.92 | | $20,435.42 |
| 1-Dec-24 | Dec-24 | Monthly CAM Monthly Estimate - Posted from 12/01/2024 to 12/31/2024 | $3,422.30 | | $5,772.50 |
| 5-Nov-24 | Nov-24 | Check Payment CK# ACH | | ($18,085.22) | $2,350.20 |
| 1-Nov-24 | Nov-24 | Monthly Commercial Rent - Posted from 11/01/2024 to 11/30/2024 | $14,662.92 | | $20,435.42 |
| 1-Nov-24 | Nov-24 | Monthly CAM Monthly Estimate - Posted from 11/01/2024 to 11/30/2024 | $3,422.30 | | $5,772.50 |
| 2-Oct-24 | Oct-24 | Check Payment CK# ACH | | ($18,085.22) | $2,350.20 |
| 1-Oct-24 | Oct-24 | Monthly CAM Monthly Estimate - Posted from 10/01/2024 to 10/31/2024 | $3,422.30 | | $20,435.42 |
| 1-Oct-24 | Oct-24 | Monthly Commercial Rent - Posted from 10/01/2024 to 10/31/2024 | $14,662.92 | | $17,013.12 |
| 10-Sep-24 | Sep-24 | Check Payment CK# 1972 | | ($4,882.07) | $2,350.20 |
| 1-Sep-24 | Sep-24 | Monthly Commercial Rent - Posted from 09/01/2024 to 09/30/2024 | $14,662.92 | | $7,232.27 |
| 1-Sep-24 | Sep-24 | Monthly CAM Monthly Estimate - Posted from 09/01/2024 to 09/30/2024 | $3,422.30 | | ($7,430.65) |
| 9-Aug-24 | Aug-24 | Check Payment CK# 1950 | | ($14,662.92) | ($10,852.95) |
| 5-Aug-24 | Aug-24 | Check Payment CK# ACH | | ($3,422.30) | $3,809.97 |
| 1-Aug-24 | Aug-24 | Monthly CAM Monthly Estimate - Posted from 08/01/2024 to 08/31/2024 | $3,422.30 | | $7,232.27 |
| 1-Aug-24 | Aug-24 | Monthly Commercial Rent - Posted from 08/01/2024 to 08/31/2024 | $14,662.92 | | $3,809.97 |
| 12-Jul-24 | Jul-24 | Check Payment CK# 1931 | | ($14,662.92) | ($10,852.95) |
| 5-Jul-24 | Jul-24 | Check Payment CK# ACH | | ($3,422.30) | $3,809.97 |
| 1-Jul-24 | Jul-24 | Monthly CAM Monthly Estimate - Posted from 07/01/2024 to 07/31/2024 | $3,422.30 | | $7,232.27 |
| 1-Jul-24 | Jul-24 | Monthly Commercial Rent - Posted from 07/01/2024 to 07/31/2024 | $14,662.92 | | $3,809.97 |
| 10-Jun-24 | Jun-24 | Check Payment CK# 1907 | | ($14,662.92) | ($10,852.95) |
| 3-Jun-24 | Jun-24 | Check Payment CK# ACH | | ($3,422.30) | $3,809.97 |
| 1-Jun-24 | Jun-24 | Monthly Commercial Rent - Posted from 06/01/2024 to 06/30/2024 | $14,662.92 | | $7,232.27 |
| 1-Jun-24 | Jun-24 | Monthly CAM Monthly Estimate - Posted from 06/01/2024 to 06/30/2024 | $3,422.30 | | ($7,430.65) |
| 10-May-24 | May-24 | Check Payment CK# 1893 | | ($14,662.92) | ($10,852.95) |
| 6-May-24 | May-24 | Check Payment CK# ACH | | ($3,422.30) | $3,809.97 |
| 1-May-24 | May-24 | Monthly Commercial Rent - Posted from 05/01/2024 to 05/31/2024 | $14,662.92 | | $7,232.27 |
| 1-May-24 | May-24 | Monthly CAM Monthly Estimate - Posted from 05/01/2024 to 05/31/2024 | $3,422.30 | | ($7,430.65) |
| 19-Apr-24 | Apr-24 | Check Payment CK# 1878 | | ($14,662.92) | ($10,852.95) |
| 4-Apr-24 | Apr-24 | Check Payment CK# ACH | | ($3,422.30) | $3,809.97 |
| 1-Apr-24 | Apr-24 | Monthly Commercial Rent - Posted from 04/01/2024 to 04/30/2024 | $14,662.92 | | $7,232.27 |
| 1-Apr-24 | Apr-24 | Monthly CAM Monthly Estimate - Posted from 04/01/2024 to 04/30/2024 | $3,422.30 | | ($7,430.65) |
| 15-Mar-24 | Mar-24 | Check Payment CK# 1855 | | ($14,662.92) | ($10,852.95) |
| 4-Mar-24 | Mar-24 | Check Payment CK# ACH - Tax and Ins | | ($66,410.37) | $3,809.97 |
| 4-Mar-24 | Mar-24 | Check Payment CK# ACH | | ($3,422.30) | $70,220.34 |
| 1-Mar-24 | Mar-24 | Monthly CAM Monthly Estimate - Posted from 03/01/2024 to 03/31/2024 | $3,422.30 | | $73,642.64 |
| 1-Mar-24 | Mar-24 | Monthly Commercial Rent - Posted from 03/01/2024 to 03/31/2024 | $14,662.92 | | $70,220.34 |
| 19-Feb-24 | Feb-24 | Check Payment CK# 1834 | | ($14,662.92) | $55,557.42 |
| 5-Feb-24 | Feb-24 | Check Payment CK# ACH | | ($3,422.30) | $70,220.34 |
| 1-Feb-24 | Feb-24 | Monthly CAM Monthly Estimate - Posted from 02/01/2024 to 02/29/2024 | $3,422.30 | | $73,642.64 |
| 1-Feb-24 | Feb-24 | Monthly Commercial Rent - Posted from 02/01/2024 to 02/29/2024 | $14,662.92 | | $70,220.34 |
| 18-Jan-24 | Jan-24 | Check Payment CK# 1814 | | ($14,662.92) | $55,557.42 |
| 1-Jan-24 | Jan-24 | Monthly Commercial Rent - Posted from 01/01/2024 to 01/31/2024 | $14,662.92 | | $70,220.34 |
| 1-Jan-24 | Jan-24 | Monthly CAM Monthly Estimate - Posted from 01/01/2024 to 01/31/2024 | $3,322.62 | | $55,557.42 |
| 31-Dec-23 | Dec-23 | NNN BillBack - 2023 Billback | $55,557.42 | | $52,234.80 |
| 26-Dec-23 | Dec-23 | Check Payment CK# ACH | | ($3,322.62) | ($3,322.62) |
| 12-Dec-23 | Dec-23 | Check Payment CK# 1793 | | ($14,662.92) | $0.00 |
| 1-Dec-23 | Dec-23 | Monthly Commercial Rent - Posted from 12/01/2023 to 12/31/2023 | $14,662.92 | | $14,662.92 |
| 1-Dec-23 | Dec-23 | Monthly CAM Monthly Estimate - Posted from 12/01/2023 to 12/31/2023 | $3,322.62 | | $0.00 |