# EXHIBIT A
## (Lease ledger)

3/13/2025 9:04 AM

## Lease Ledger

Date: 03/13/2025
Property: nj
Tenant: biglots1 BNKRPT2 - Big Lots Stores, Inc. No. 1926
From Date: 08/08/2003  To Date: 01/31/2030
Move In Date: 08/08/2003
Unit(S): 1590

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 9/1/2024 | Recon Insurance (09/2024) | 1590 | 1,129.00 | 0.00 | 1,129.00 | C-1603433 | No |
| 9/1/2024 | Recon Repairs & Maintenance (09/2024) | 1590 | 1,019.00 | 0.00 | 2,148.00 | C-1603434 | No |
| 9/1/2024 | Recon Taxes & Reduction (09/2024) | 1590 | 3,122.00 | 0.00 | 5,270.00 | C-1603435 | No |
| 9/1/2024 | Rent (09/2024) | 1590 | 15,588.55 | 0.00 | 20,858.55 | C-1603436 | No |
| 9/11/2024 | Late Fee, 10% of $20858.55 | | 2,085.86 | 0.00 | 22,944.41 | C-1605255 | No |
| 10/1/2024 | Recon Insurance (10/2024) | 1590 | 1,129.00 | 0.00 | 24,073.41 | C-1612094 | No |
| 10/1/2024 | Recon Repairs & Maintenance (10/2024) | 1590 | 1,019.00 | 0.00 | 25,092.41 | C-1612095 | No |
| 10/1/2024 | Recon Taxes & Reduction (10/2024) | 1590 | 3,122.00 | 0.00 | 28,214.41 | C-1612096 | No |
| 10/1/2024 | Rent (10/2024) | 1590 | 15,588.55 | 0.00 | 43,802.96 | C-1612097 | No |
| 10/2/2024 | Chk# Direct deposit Direct deposit | | 0.00 | 20,858.55 | 22,944.41 | R-684504 | |
| 11/1/2024 | Recon Insurance (11/2024) | 1590 | 1,129.00 | 0.00 | 24,073.41 | C-1620420 | No |
| 11/1/2024 | Recon Repairs & Maintenance (11/2024) | 1590 | 1,019.00 | 0.00 | 25,092.41 | C-1620421 | No |
| 11/1/2024 | Recon Taxes & Reduction (11/2024) | 1590 | 3,122.00 | 0.00 | 28,214.41 | C-1620422 | No |
| 11/1/2024 | Rent (11/2024) | 1590 | 15,588.55 | 0.00 | 43,802.96 | C-1620423 | No |
| 11/5/2024 | Chk# Direct deposit Direct deposit | | 0.00 | 20,858.55 | 22,944.41 | R-686744 | |
| 12/1/2024 | Recon Insurance (12/2024) | 1590 | 1,129.00 | 0.00 | 24,073.41 | C-1628615 | No |
| 12/1/2024 | Recon Repairs & Maintenance (12/2024) | 1590 | 1,019.00 | 0.00 | 25,092.41 | C-1628616 | No |
| 12/1/2024 | Recon Taxes & Reduction (12/2024) | 1590 | 3,122.00 | 0.00 | 28,214.41 | C-1628617 | No |
| 12/1/2024 | Rent (12/2024) | 1590 | 15,588.55 | 0.00 | 43,802.96 | C-1628618 | No |
| 12/4/2024 | Chk# Direct deposit Direct deposit | | 0.00 | 20,858.55 | 22,944.41 | R-689957 | |
| 1/1/2025 | Recon Insurance (01/2025) | 1590 | 1,129.00 | 0.00 | 24,073.41 | C-1636969 | No |
| 1/1/2025 | Recon Repairs & Maintenance (01/2025) | 1590 | 1,019.00 | 0.00 | 25,092.41 | C-1636970 | No |
| 1/1/2025 | Recon Taxes & Reduction (01/2025) | 1590 | 3,122.00 | 0.00 | 28,214.41 | C-1636971 | No |
| 1/1/2025 | Rent (01/2025) | 1590 | 15,588.55 | 0.00 | 43,802.96 | C-1636972 | No |
| 1/1/2025 | Recon Insurance (01/2025) | 1590 | -176.65 | 0.00 | 43,626.31 | C-1656045 | No |
| 1/1/2025 | Recon Insurance (02/2025):Revises charge ctrl# 1645086 | 1590 | -176.65 | 0.00 | 43,449.66 | C-1656046 | No |
| 1/1/2025 | Recon Insurance (03/2025):Revises charge ctrl# 1654152 | 1590 | -176.65 | 0.00 | 43,273.01 | C-1656047 | No |
| 1/1/2025 | Recon Repairs & Maintenance (01/2025) | 1590 | 87.60 | 0.00 | 43,360.61 | C-1656048 | No |
| 1/1/2025 | Recon Repairs & Maintenance (02/2025):Revises charge ctrl# 1645087 | 1590 | 87.60 | 0.00 | 43,448.21 | C-1656049 | No |
| 1/1/2025 | Recon Repairs & Maintenance (03/2025):Revises charge ctrl# 1654153 | 1590 | 87.60 | 0.00 | 43,535.81 | C-1656050 | No |
| 1/1/2025 | Recon Taxes & Reduction (01/2025) | 1590 | 739.70 | 0.00 | 44,275.51 | C-1656051 | No |
| 1/1/2025 | Recon Taxes & Reduction (02/2025):Revises charge ctrl# 1645088 | 1590 | 739.70 | 0.00 | 45,015.21 | C-1656052 | No |
| 1/1/2025 | Recon Taxes & Reduction (03/2025):Revises charge ctrl# 1654154 | 1590 | 739.70 | 0.00 | 45,754.91 | C-1656053 | No |
| 1/6/2025 | Chk# Direct deposit Direct deposit | | 0.00 | 20,858.55 | 24,896.36 | R-692953 | |
| 2/1/2025 | Recon Insurance (02/2025):Revised by ctrl# 1656046 | 1590 | 1,129.00 | 0.00 | 26,025.36 | C-1645086 | No |
| 2/1/2025 | Recon Repairs & Maintenance (02/2025):Revised by ctrl# 1656049 | 1590 | 1,019.00 | 0.00 | 27,044.36 | C-1645087 | No |
| 2/1/2025 | Recon Taxes & Reduction (02/2025):Revised by ctrl# 1656052 | 1590 | 3,122.00 | 0.00 | 30,166.36 | C-1645088 | No |
| 2/1/2025 | Rent (02/2025) | 1590 | 17,147.41 | 0.00 | 47,313.77 | C-1645089 | No |
| 2/3/2025 | Chk# Direct deposit Direct deposit | | 0.00 | 22,417.41 | 24,896.36 | R-695695 | |
| 3/1/2025 | Recon Insurance (03/2025):Revised by ctrl# 1656047 | 1590 | 1,129.00 | 0.00 | 26,025.36 | C-1654152 | No |
| 3/1/2025 | Recon Repairs & Maintenance (03/2025):Revised by ctrl# 1656050 | 1590 | 1,019.00 | 0.00 | 27,044.36 | C-1654153 | No |
| 3/1/2025 | Recon Taxes & Reduction (03/2025):Revised by ctrl# 1656053 | 1590 | 3,122.00 | 0.00 | 30,166.36 | C-1654154 | No |
| 3/1/2025 | Rent (03/2025) | 1590 | 17,147.41 | 0.00 | 47,313.77 | C-1654155 | No |
| 3/1/2025 | Reconciled CAM, Tax, & Ins (01/2024 - 12/2024) | | 5,251.72 | 0.00 | 52,565.49 | C-1655929 | No |
| 3/5/2025 | Chk# Direct deposit Direct deposit | | 0.00 | 22,417.41 | 30,148.08 | R-699234 | |

### Outstanding Balance Breakdown

| Date | Description | Amount |
|---|---|---|
| 9/1/2024 | Recon Insurance (09/2024) | $ 1,129.00 |
| 9/1/2024 | Recon Repairs & Maintenance (09/2024) | $ 1,019.00 |
| 9/1/2024 | Recon Taxes & Reduction (09/2024) | $ 3,122.00 |
| 9/1/2024 | Rent (09/2024) | $ 15,588.55 |
| 9/11/2024 | Late Fee, 10% of $20858.55 | $ 2,085.86 |
| 1/1/2025 | Recon Repairs & Maintenance (01/2025) | $ 87.60 |
| 1/1/2025 | Recon Insurance (01/2025) | $ (176.65) |
| 1/1/2025 | Recon Taxes & Reduction (01/2025) | $ 739.70 |
| 1/1/2025 | Recon Repairs & Maintenance (02/2025) | $ 87.60 |
| 1/1/2025 | Recon Insurance (02/2025) | $ (176.65) |
| 1/1/2025 | Recon Taxes & Reduction (02/2025) | $ 739.70 |
| 1/1/2025 | Recon Repairs & Maintenance (03/2025) | $ 87.60 |
| 1/1/2025 | Recon Insurance (03/2025) | $ (176.65) |
| 1/1/2025 | Recon Taxes & Reduction (03/2025) | $ 739.70 |
| 3/1/2025 | Reconciled CAM, Tax, & Ins (01/2024 - 12/2024) | $ 5,251.72 |
| | **TOTAL CURE AMOUNT** | **$30,148.08** |

**Footnotes**

1. All 1/1/2025 charges above are adjustment charges to TN's monthly escrows for cam, insurance, and taxes. Monthly increase was $650.65.

2. Refer to highlighted cells on accompanying lease ledger.