**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, a true and correct copy of the foregoing *Objection of Landlord AP Growth Properties, LP to Proposed Cure for Store No. 1926 (1590 George Dieter, El Paso, Texas) and Limited Objection to Proposed Assumption and Assignment With Reservation of Rights w*as sent to the following as indicated:

<u>**VIA E-MAIL ONLY**</u>

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Notice.biglots@davispolk.com
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Sophie Rogers Churchill, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Biglots.mnat@morrisnichols.com
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com

srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Steven E. Fox, Esquire
Riemer Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, New York 10036
sfox@riemerlaw.com

Josef Mintz, Esquire
Lorenzo Thomas, Esquire
Blank Rome
1201 N. Market Street
Suite 800
Wilmington, DE 19801
josef.mintz@blankrome.com
lorenzo.thomas@blankrome.com

Ollie's Bargain Outlet, Inc.
Steven Horowitz
Kelly Lane Martin
shorowitz@olies.us
klmartin@ollies.us

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Dated: March 14, 2025