# EXHIBIT A

| Post Date | Post Month | Memo | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 5-Mar-25 | Mar-25 | Check Payment CK# ACH | | ($20,730.10) | $6,990.40 |
| 1-Mar-25 | Mar-25 | Monthly Insurance Monthly Estimate - Posted from 03/01/2025 to 03/31/2025 | $242.73 | | $27,720.50 |
| 1-Mar-25 | Mar-25 | Monthly CAM Monthly Estimate - Posted from 03/01/2025 to 03/31/2025 | $1,394.87 | | $27,477.77 |
| 1-Mar-25 | Mar-25 | Monthly Commercial Rent - Posted from 03/01/2025 to 03/31/2025 | $19,092.50 | | $26,082.90 |
| 28-Feb-25 | Feb-25 | Check Payment CK# ACH | | ($67,885.37) | $6,990.40 |
| 3-Feb-25 | Feb-25 | Check Payment CK# ACH | | ($20,730.10) | $74,875.77 |
| 1-Feb-25 | Feb-25 | Monthly Commercial Rent - Posted from 02/01/2025 to 02/28/2025 | $19,092.50 | | $95,605.87 |
| 1-Feb-25 | Feb-25 | Monthly CAM Monthly Estimate - Posted from 02/01/2025 to 02/28/2025 | $1,394.87 | | $76,513.37 |
| 1-Feb-25 | Feb-25 | Monthly Insurance Monthly Estimate - Posted from 02/01/2025 to 02/28/2025 | $242.73 | | $75,118.50 |
| 10-Jan-25 | Jan-25 | Reimburse Landlord For Tenant Repairs - loading dock | $5,770.00 | | $74,875.77 |
| 10-Jan-25 | Jan-25 | Check Payment CK# ACH - 22 days | | ($15,202.07) | $69,105.77 |
| 6-Jan-25 | Jan-25 | Check Payment CK# ACH - reallocated | | ($20,730.10) | $84,307.84 |
| 1-Jan-25 | Jan-25 | Monthly Insurance Monthly Estimate - Posted from 01/01/2025 to 01/31/2025 | $242.73 | | $105,037.94 |
| 1-Jan-25 | Jan-25 | Monthly Commercial Rent - Posted from 01/01/2025 to 01/31/2025 | $19,092.50 | | $104,795.21 |
| 1-Jan-25 | Jan-25 | Monthly CAM Monthly Estimate - Posted from 01/01/2025 to 01/31/2025 | $1,394.87 | | $85,702.71 |
| 31-Dec-24 | Dec-24 | NNN BillBack | $63,577.74 | | $84,307.84 |
| 4-Dec-24 | Dec-24 | Check Payment CK# ACH | | ($20,730.10) | $20,730.10 |
| 1-Dec-24 | Dec-24 | Monthly Commercial Rent - Posted from 12/01/2024 to 12/31/2024 | $19,092.50 | | $41,460.20 |
| 1-Dec-24 | Dec-24 | Monthly CAM Monthly Estimate - Posted from 12/01/2024 to 12/31/2024 | $1,394.87 | | $22,367.70 |
| 1-Dec-24 | Dec-24 | Monthly Insurance Monthly Estimate - Posted from 12/01/2024 to 12/31/2024 | $242.73 | | $20,972.83 |
| 5-Nov-24 | Nov-24 | Check Payment CK# ACH | | ($20,730.10) | $20,730.10 |
| 1-Nov-24 | Nov-24 | Monthly CAM Monthly Estimate - Posted from 11/01/2024 to 11/30/2024 | $1,394.87 | | $41,460.20 |
| 1-Nov-24 | Nov-24 | Monthly Insurance Monthly Estimate - Posted from 11/01/2024 to 11/30/2024 | $242.73 | | $40,065.33 |
| 1-Nov-24 | Nov-24 | Monthly Commercial Rent - Posted from 11/01/2024 to 11/30/2024 | $19,092.50 | | $39,822.60 |
| 2-Oct-24 | Oct-24 | Check Payment CK# ACH - REALLOCATED | | ($20,730.10) | $20,730.10 |
| 1-Oct-24 | Oct-24 | Monthly Commercial Rent - Posted from 10/01/2024 to 10/31/2024 | $19,092.50 | | $41,460.20 |
| 1-Oct-24 | Oct-24 | Monthly CAM Monthly Estimate - Posted from 10/01/2024 to 10/31/2024 | $1,394.87 | | $22,367.70 |
| 1-Oct-24 | Oct-24 | Monthly Insurance Monthly Estimate - Posted from 10/01/2024 to 10/31/2024 | $242.73 | | $20,972.83 |
| 1-Sep-24 | Sep-24 | Monthly Insurance Monthly Estimate - Posted from 09/01/2024 to 09/30/2024 | $242.73 | | $20,730.10 |
| 1-Sep-24 | Sep-24 | Monthly Commercial Rent - Posted from 09/01/2024 to 09/30/2024 | $19,092.50 | | $20,487.37 |
| 1-Sep-24 | Sep-24 | Monthly CAM Monthly Estimate - Posted from 09/01/2024 to 09/30/2024 | $1,394.87 | | $1,394.87 |
| 5-Aug-24 | Aug-24 | Check Payment CK# ACH | | ($20,730.10) | $0.00 |
| 1-Aug-24 | Aug-24 | Monthly CAM Monthly Estimate - Posted from 08/01/2024 to 08/31/2024 | $1,394.87 | | $20,730.10 |
| 1-Aug-24 | Aug-24 | Monthly Commercial Rent - Posted from 08/01/2024 to 08/31/2024 | $19,092.50 | | $19,335.23 |
| 1-Aug-24 | Aug-24 | Monthly Insurance Monthly Estimate - Posted from 08/01/2024 to 08/31/2024 | $242.73 | | $242.73 |