## CERTIFICATE OF SERVICE

I, Laurel D. Roglen, hereby certify that, on this 14th day of March, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic service via Court's CM/ECF system on all parties who have registered for electronic service in these cases, as well as on the following parties in the manner indicated.

| *Via Hand Delivery & E-mail* | *Via First-Class Mail & E-mail* |
|---|---|
| Robert J. Dehney, Sr. | Brian M. Resnick |
| Andrew R. Remming | Adam L. Shpeen |
| Daniel B. Butz | Stephen D. Piraino |
| Sophie Rogers Churchill | Ethan Stern |
| Casey B. Sawyer | DAVIS POLK & WARDWELL LLP |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 450 Lexington Avenue |
| 1201 N. Market Street, 16th Floor | New York, NY 10017 |
| Wilmington, DE 19801 | brian.resnick@davispolk.com |
| E-mail: rdehney@morrisnichols.com | adam.shpeen@davispolk.com |
| aremming@morrisnichols.com | stephen.piraino@davispolk.com |
| dbutz@morrisnichols.com | ethan.stern@davispolk.com |
| srchurchill@morrisnichols.com | |
| csawyer@morrisnichols.com | *Counsel to the Debtors* |
| | |
| *Counsel to the Debtors* | |
| | |
| *Via Hand Delivery & E-mail* | *Via Hand Delivery & E-mail* |
| Steven E. Fox | Josef Mintz |
| Riemer Braunstein LLP | Lorenzo Thomas |
| Times Square Tower, Suite 2506 | Blank Rome |
| Seven Times Square | One Logan Square |
| New York, NY 10036 | 130 North 18th Street |
| E-mail: sfox@riemerlaw.com) | Philadelphia, PA 19103 |
| | E-mail: josef.mintz@blankrome.com |
| *Counsel for Golden Brothers Retail Partners, LLC* | Lorenzo.thomas@blankrome.com |
| | |
| | *Counsel to Ollie's Bargain Outlet, Inc.* |

SPR 19193732.1

| | |
|---|---|
| *Via Hand Delivery and E-mail* <br> Office of the United States Trustee <br> Attn: Linda J. Casey <br> J. Caleb Boggs Federal Building <br> 844 King Street, Suite 2207 <br> Lockbox 35 <br> Wilmington, DE 19801 <br> Linda.Casey@usdoj.gov <br><br> *Office of the United States Trustee* | *Via Hand Delivery and E-mail* <br> Justin R. Alberto <br> Stacy L. Newman <br> COLE SCHOTZ P.C. <br> 500 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> Email: jalberto@coleschotz.com <br> snewman@coleschotz.com <br><br> *Counsel to the Creditors' Committee* |
| *Via First-Class Mail and E-mail* <br> Darren Azman <br> Kristin K. Going <br> Stacy Lutkus <br> Natalie Rowles <br> MCDERMOTT WILL & EMERY LLP <br> One Vanderbilt Avenue <br> New York, NY, 10017 <br> Email: dazman@mwe.com <br> kgoing@mwe.com <br> salutkus@mwe.com <br> nrowles@mwe.com <br><br> *Counsel to the Creditors' Committee* | |
| Dated: March 14, 2025 <br> Wilmington, Delaware | */s/ Laurel D. Roglen* <br> Laurel D. Roglen (No. 5759) <br> BALLARD SPAHR LLP |

SPR 19193732.1