# EXHIBIT A

# Tenant Ledger

**Tenants:** Big Lots
**Phone:** (614) 278-3355
**Mobile:** (614) 278-3355
**Office:** (614) 278-7350
**Office:** (800) 877-3375
**Unit:** 2106-A
**Property:** Centre Stage - 2008 Memorial Blvd. Springfield, TN 37172
**Status:** Current
**Move in date:** 02/01/2018
**Move out date:** --
**Lease Expiration:** 01/31/2028
**Rent:** 15,000.00
**Deposit Paid:** 0.00

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| | | | | | 0.00 Starting Balance |
| 09/01/2024 | | Recoverable Income - Insurance - Charge Forward | 999.01 | | 999.01 |
| 09/01/2024 | | Recoverable income - Taxes - Charge Forward | 701.08 | | 1,700.09 |
| 10/01/2024 | | Recoverable income - CAM - Charge Forward | 620.13 | | 2,320.22 |
| 10/01/2024 | | Recoverable Income - Insurance - Charge Forward | 999.01 | | 3,319.23 |
| 10/01/2024 | | Recoverable income - Taxes - Charge Forward | 2,290.80 | | 5,610.03 |
| 10/01/2024 | | Rental - Charge Forward | 15,000.00 | | 20,610.03 |
| 11/01/2024 | | Recoverable income - CAM - Charge Forward | 620.13 | | 21,230.16 |
| 11/01/2024 | | Recoverable Income - Insurance - Charge Forward | 999.01 | | 22,229.17 |
| 11/01/2024 | | Recoverable income - Taxes - Charge Forward | 2,290.80 | | 24,519.97 |
| 11/01/2024 | | Rental - Charge Forward | 15,000.00 | | 39,519.97 |
| 12/01/2024 | | Recoverable income - CAM - Charge Forward | 620.13 | | 40,140.10 |
| 12/01/2024 | | Recoverable Income - Insurance - Charge Forward | 999.01 | | 41,139.11 |
| 12/01/2024 | | Recoverable income - Taxes - Charge Forward | 2,290.80 | | 43,429.91 |
| 12/01/2024 | | Rental - Charge Forward | 15,000.00 | | 58,429.91 |
| 01/01/2025 | | Recoverable income - Taxes - January 2025 | 2,290.80 | | 60,720.71 |
| 01/01/2025 | | Recoverable Income - Insurance - January 2025 | 999.01 | | 61,719.72 |
| 01/01/2025 | | Rental - January 2025 | 15,000.00 | | 76,719.72 |
| 01/01/2025 | | Recoverable income - CAM - January 2025 | 620.13 | | 77,339.85 |
| 01/06/2025 | Big Lots | Payment Rent | | 16,933.16 | 60,406.69 |
| 01/06/2025 | | Late Fee - Late Fee for Jan 2025 | 1,500.00 | | 61,906.69 |
| 01/10/2025 | Big Lots | Payment | | 12,417.65 | 49,489.04 |
| 02/01/2025 | | Recoverable income - Taxes - February 2025 | 2,290.80 | | 51,779.84 |
| 02/01/2025 | | Recoverable Income - Insurance - February 2025 | 999.01 | | 52,778.85 |
| 02/01/2025 | | Rental - February 2025 | 15,000.00 | | 67,778.85 |
| 02/01/2025 | | Recoverable income - CAM - February 2025 | 620.13 | | 68,398.98 |
| 02/03/2025 | Big Lots | Payment rent | | 16,933.16 | 51,465.82 |
| 02/06/2025 | | Late Fee - Late Fee for Feb 2025 | 1,500.00 | | 52,965.82 |
| 03/01/2025 | | Recoverable income - Taxes - March 2025 | 2,290.80 | | 55,256.62 |
| 03/01/2025 | | Recoverable Income - Insurance - March 2025 | 999.01 | | 56,255.63 |
| 03/01/2025 | | Rental - March 2025 | 15,000.00 | | 71,255.63 |
| 03/01/2025 | | Recoverable income - CAM - March 2025 | 620.13 | | 71,875.76 |
| 03/05/2025 | Big Lots | Payment rent | | 16,933.16 | 54,942.60 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 03/06/2025 | | Late Fee - Late Fee for Mar 2025 | 1,500.00 | | 56,442.60 |
| **Total** | | | | | **56,442.60** |

# Transactions

## Tenant Information

| | | | |
|---|---|---|---|
| Tenant: | Big Lots | Account: | 11142 |
| Property: | Centre Stage | Unit: | 2106-A |

| Date | Reference # | Description | Comment | Amount | Balance |
|---|---|---|---|---:|---:|
| 12/04/24 | DD | Payment Received | | -16,933.16 | 58,429.91 |
| 12/01/24 | | Recoverable Income - Insurance | | 999.01 | 75,363.07 |
| 12/01/24 | | Recoverable Income - Tax | | 2,290.80 | 74,364.06 |
| 12/01/24 | | Recoverable Income - CAM | | 620.13 | 72,073.26 |
| 12/01/24 | | Rent Charge | | 15,000.00 | 71,453.13 |
| 11/05/24 | DD | Payment Received | | -16,933.16 | 56,453.13 |
| 11/01/24 | | Recoverable Income - Insurance | | 999.01 | 73,386.29 |
| 11/01/24 | | Recoverable Income - Tax | | 2,290.80 | 72,387.28 |
| 11/01/24 | | Recoverable Income - CAM | | 620.13 | 70,096.48 |
| 11/01/24 | | Rent Charge | | 15,000.00 | 69,476.35 |
| 10/02/24 | DD | Payment Received | | -16,933.16 | 54,476.35 |
| 10/01/24 | | Recoverable Income - Insurance | | 999.01 | 71,409.51 |
| 10/01/24 | | Recoverable Income - Tax | | 2,290.80 | 70,410.50 |
| 10/01/24 | | Recoverable Income - CAM | | 620.13 | 68,119.70 |
| 10/01/24 | | Rent Charge | | 15,000.00 | 67,499.57 |
| 09/01/24 | | Recoverable Income - Insurance | | 999.01 | 52,499.57 |
| 09/01/24 | | Recoverable Income - Tax | | 2,290.80 | 51,500.56 |
| 09/01/24 | | Recoverable Income - CAM | | 620.13 | 49,209.76 |
| 09/01/24 | | Rent Charge | | 15,000.00 | 48,589.63 |
| 08/04/24 | DD | Payment Received | | -16,933.16 | 33,589.63 |
| 08/01/24 | | Recoverable Income - Insurance | | 999.01 | 50,522.79 |
| 08/01/24 | | Recoverable Income - Tax | | 2,290.80 | 49,523.78 |
| 08/01/24 | | Recoverable Income - CAM | | 620.13 | 47,232.98 |
| 08/01/24 | | Rent Charge | | 15,000.00 | 46,612.85 |
| 07/05/24 | DD | Payment Received | | -16,933.16 | 31,612.85 |
| 07/01/24 | | Recoverable Income - Insurance | | 999.01 | 48,546.01 |
| 07/01/24 | | Recoverable Income - Tax | | 2,290.80 | 47,547.00 |
| 07/01/24 | | Recoverable Income - CAM | | 620.13 | 45,256.20 |
| 07/01/24 | | Rent Charge | | 15,000.00 | 44,636.07 |
| 06/01/24 | DD | Payment Received | | -16,933.16 | 29,636.07 |

## Transactions

| Date | Reference # | Description | Comment | Amount | Balance |
|---|---|---|---|---:|---:|
| 06/01/24 | | Recoverable Income - Insurance | | 999.01 | 46,569.23 |
| 06/01/24 | | Recoverable Income - CAM | | 620.13 | 45,570.22 |
| 06/01/24 | | Rent Charge | | 15,000.00 | 44,950.09 |
| 05/31/24 | | Recoverable Income - Tax | | 2,290.80 | 29,950.09 |
| 05/31/24 | | Recoverable Income - Reconciliation | 2023 CAM Reconciliation | 27,860.36 | 27,659.29 |
| 05/04/24 | DD | Payment Received | | -16,933.16 | -201.07 |
| 05/01/24 | | Recoverable Income - Insurance | | 608.24 | 16,732.09 |
| 05/01/24 | | Recoverable Income - CAM | | 1,324.92 | 16,123.85 |
| 05/01/24 | | Rent Charge | | 15,000.00 | 14,798.93 |
| 04/04/24 | DD | Payment Received | | -16,933.16 | -201.07 |
| 04/01/24 | | Recoverable Income - Insurance | | 608.24 | 16,732.09 |
| 04/01/24 | | Recoverable Income - CAM | | 1,324.92 | 16,123.85 |
| 04/01/24 | | Rent Charge | | 15,000.00 | 14,798.93 |
| 03/02/24 | DD | Payment Received | | -16,933.16 | -201.07 |
| 03/01/24 | | Recoverable Income - Insurance | | 608.24 | 16,732.09 |
| 03/01/24 | | Recoverable Income - CAM | | 1,324.92 | 16,123.85 |
| 03/01/24 | | Rent Charge | | 15,000.00 | 14,798.93 |
| 02/05/24 | DD | Payment Received | | -16,933.16 | -201.07 |
| 02/01/24 | | Recoverable Income - Insurance | | 608.24 | 16,732.09 |
| 02/01/24 | | Recoverable Income - CAM | | 1,324.92 | 16,123.85 |
| 02/01/24 | | Rent Charge | | 15,000.00 | 14,798.93 |
| 01/01/24 | | Recoverable Income - Insurance | | 608.24 | -201.07 |
| 01/01/24 | | Recoverable Income - CAM | | 1,324.92 | -809.31 |
| 01/01/24 | | Rent Charge | | 15,000.00 | -2,134.23 |
| 12/26/23 | DD | Payment Received | | -16,933.16 | -17,134.23 |
| 12/01/23 | | Insurance | | 608.24 | -201.07 |
| 12/01/23 | | Recoverable Income - CAM | | 1,324.92 | -809.31 |
| 12/01/23 | | Rent Charge | | 15,000.00 | -2,134.23 |
| 11/26/23 | DD | Payment Received | | -16,933.16 | -17,134.23 |
| 11/01/23 | | Insurance | | 608.24 | -201.07 |
| 11/01/23 | | Recoverable Income - CAM | | 1,324.92 | -809.31 |
| 11/01/23 | | Rent Charge | | 15,000.00 | -2,134.23 |
| 10/28/23 | DD | Payment Received | | -16,933.16 | -17,134.23 |
| 10/01/23 | | Insurance | | 608.24 | -201.07 |
| 10/01/23 | | Recoverable Income - CAM | | 1,324.92 | -809.31 |
| 10/01/23 | | Rent Charge | | 15,000.00 | -2,134.23 |
| 09/25/23 | DD | Payment Received | | -16,933.16 | -17,134.23 |

## Transactions

| Date | Reference # | Description | Comment | Amount | Balance |
|---|---|---|---|---:|---:|
| 09/01/23 | | Insurance | | 608.24 | -201.07 |
| 09/01/23 | | Recoverable Income - CAM | | 1,324.92 | -809.31 |
| 09/01/23 | | Rent Charge | | 15,000.00 | -2,134.23 |
| 08/28/23 | DD | Payment Received | | -16,933.16 | -17,134.23 |
| 08/01/23 | | Recoverable Income - Insurance | | 608.24 | -201.07 |
| 08/01/23 | | Recoverable Income - CAM | | 1,324.92 | -809.31 |
| 08/01/23 | | Rent Charge | | 15,000.00 | -2,134.23 |
| 07/30/23 | DD | Payment Received | | -16,933.16 | -17,134.23 |
| 07/10/23 | DD | Payment Received | | -30,054.07 | -201.07 |
| 07/02/23 | DD | Payment Received | | -7,566.55 | 29,853.00 |
| 07/01/23 | | Recoverable Income - Insurance | | 608.24 | 37,419.55 |
| 07/01/23 | | Recoverable Income - CAM | | 1,324.92 | 36,811.31 |
| 07/01/23 | | Rent Charge | | 15,000.00 | 35,486.39 |
| 06/24/23 | DD | Payment Received | | -16,933.16 | 20,486.39 |
| 06/13/23 | | Recoverable Income - Reconciliation | 2022 CAM Reconciliation | 7,364.48 | 37,419.55 |
| 06/13/23 | | Recoverable Income - Tax | 2022 Real Property Tax | 30,054.57 | 30,055.07 |
| 06/01/23 | | Rent Charge | | 15,000.00 | 0.50 |
| 06/01/23 | | Recoverable Income - Insurance | | 284.70 | -14,999.50 |
| 06/01/23 | | Recoverable Income - CAM | | 958.62 | -15,284.20 |
| 05/30/23 | DD | Payment Received | | -16,243.32 | -16,242.82 |
| 05/01/23 | | Rent Charge | | 15,000.00 | 0.50 |
| 05/01/23 | | Recoverable Income - Insurance | | 284.70 | -14,999.50 |
| 05/01/23 | | Recoverable Income - CAM | | 958.62 | -15,284.20 |
| 04/29/23 | DD | Payment Received | | -16,243.32 | -16,242.82 |
| 04/01/23 | | Rent Charge | | 15,000.00 | 0.50 |
| 04/01/23 | | Recoverable Income - Insurance | | 284.70 | -14,999.50 |
| 04/01/23 | | Recoverable Income - CAM | | 958.62 | -15,284.20 |
| 03/27/23 | DD | Payment Received | | -16,243.32 | -16,242.82 |
| 03/01/23 | | Rent Charge | | 15,000.00 | 0.50 |
| 03/01/23 | | Recoverable Income - Insurance | | 284.70 | -14,999.50 |
| 03/01/23 | | Recoverable Income - CAM | | 958.62 | -15,284.20 |
| 02/27/23 | DD | Payment Received | | -16,243.32 | -16,242.82 |
| 02/01/23 | | Rent Charge | | 15,000.00 | 0.50 |
| 02/01/23 | | Recoverable Income - Insurance | | 284.70 | -14,999.50 |
| 02/01/23 | | Recoverable Income - CAM | | 958.62 | -15,284.20 |
| 01/30/23 | DD | Payment Received | | -16,243.32 | -16,242.82 |
| 01/01/23 | | Recoverable Income - | | 284.70 | 0.50 |

# Transactions

| Date | Reference # | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|
| | | Insurance | | | |
| 01/01/23 | | Recoverable Income - CAM | | 958.62 | -284.20 |
| 01/01/23 | | Rent Charge | | 13,500.00 | -1,242.82 |
| 12/27/22 | DD | Payment Received | | -14,743.32 | -14,742.82 |
| 12/02/22 | 113357412 | Payment Received | Insurance payment for loss of rent | -11,322.58 | 0.50 |
| 12/01/22 | | Insurance | | 284.70 | 11,323.08 |
| 12/01/22 | | Recoverable Income - CAM | | 958.62 | 11,038.38 |
| 12/01/22 | | Rent Charge | | 13,500.00 | 10,079.76 |
| 11/28/22 | DD | Payment Received | | -14,743.32 | -3,420.24 |
| 11/01/22 | | Insurance | | 284.70 | 11,323.08 |
| 11/01/22 | | Recoverable Income - CAM | | 958.62 | 11,038.38 |
| 11/01/22 | | Rent Charge | | 13,500.00 | 10,079.76 |
| 10/31/22 | DD | Payment Received | | -14,743.32 | -3,420.24 |
| 10/01/22 | | Insurance | | 284.70 | 11,323.08 |
| 10/01/22 | | Recoverable Income - CAM | | 958.62 | 11,038.38 |
| 10/01/22 | | Rent Charge | | 13,500.00 | 10,079.76 |
| 09/28/22 | | General Rent Credit | rent credit per Leo-see 10/3 notes | -40,500.00 | -3,420.24 |
| 09/26/22 | DD | Payment Received | | -14,743.32 | 37,079.76 |
| 09/01/22 | | Insurance | | 284.70 | 51,823.08 |
| 09/01/22 | | Recoverable Income - CAM | | 958.62 | 51,538.38 |
| 09/01/22 | | Rent Charge | | 13,500.00 | 50,579.76 |
| 08/26/22 | DD | Payment Received | | -14,743.32 | 37,079.76 |
| 08/22/22 | DD | Payment Received | | -2,177.42 | 51,823.08 |
| 08/01/22 | DD | Payment Received | | -1,243.32 | 54,000.50 |
| 08/01/22 | | Insurance | | 284.70 | 55,243.82 |
| 08/01/22 | | Recoverable Income - CAM | | 958.62 | 54,959.12 |
| 08/01/22 | | Rent Charge | | 13,500.00 | 54,000.50 |
| 07/01/22 | | Insurance | | 284.70 | 40,500.50 |
| 07/01/22 | | Recoverable Income - CAM | | 958.62 | 40,215.80 |
| 07/01/22 | | Rent Charge | | 13,500.00 | 39,257.18 |
| 06/27/22 | DD | Payment Received | | -1,243.32 | 25,757.18 |
| 06/01/22 | | Insurance | | 284.70 | 27,000.50 |
| 06/01/22 | | Recoverable Income - CAM | | 958.62 | 26,715.80 |
| 06/01/22 | | Rent Charge | | 13,500.00 | 25,757.18 |
| 05/31/22 | DD | Payment Received | | -634.24 | 12,257.18 |
| 05/09/22 | DD | Payment Received | | -26,399.64 | 12,891.42 |
| 05/02/22 | DD | Payment Received | | -1,547.86 | 39,291.06 |
| 05/01/22 | | Insurance | | 284.70 | 40,838.92 |
| 05/01/22 | | Recoverable Income - CAM | | 958.62 | 40,554.22 |
| 05/01/22 | | Rent Charge | | 13,500.00 | 39,595.60 |
| 04/01/22 | DD | Payment Received | | -15,047.86 | 26,095.60 |
| 04/01/22 | | Insurance | | 284.70 | 41,143.46 |

## Transactions

| Date | Reference # | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|
| 04/01/22 | | Recoverable Income - CAM | | 958.62 | 40,858.76 |
| 04/01/22 | | Rent Charge | | 13,500.00 | 39,900.14 |
| 03/07/22 | | Customer tax payments | 2021 share of taxes | 30,054.57 | 26,400.14 |
| 03/07/22 | | Insurance | 2021 Insurance credit | -3,102.67 | -3,654.43 |
| 03/07/22 | | Recoverable Income - CAM | 2021 CAM rec credit | -551.76 | -551.76 |
| 03/01/22 | | Insurance | | 543.26 | 0.00 |
| 03/01/22 | | Recoverable Income - CAM | | 1,004.60 | -543.26 |
| 03/01/22 | | Rent Charge | | 13,500.00 | -1,547.86 |
| 02/25/22 | DD | Payment Received | | -8,515.60 | -15,047.86 |
| 02/18/22 | | General Rent Credit | Rent Credit per section 13A of lease | -6,532.26 | -6,532.26 |
| 02/01/22 | | Insurance | | 543.26 | 0.00 |
| 02/01/22 | | Recoverable Income - CAM | | 1,004.60 | -543.26 |
| 02/01/22 | | Rent Charge | | 13,500.00 | -1,547.86 |
| 01/31/22 | DD | Payment Received | | -15,047.86 | -15,047.86 |
| 01/01/22 | | Insurance | | 543.26 | 0.00 |
| 01/01/22 | | Recoverable Income - CAM | | 1,004.60 | -543.26 |
| 01/01/22 | | Rent Charge | | 13,500.00 | -1,547.86 |
| 12/27/21 | DD | Payment Received | | -15,047.86 | -15,047.86 |
| 12/01/21 | | Insurance | | 543.26 | 0.00 |
| 12/01/21 | | Recoverable Income - CAM | | 1,004.60 | -543.26 |
| 12/01/21 | | Rent Charge | | 13,500.00 | -1,547.86 |
| 11/30/21 | DD | Payment Received | | -15,047.86 | -15,047.86 |
| 11/01/21 | DD | Payment Received | | -15,047.86 | 0.00 |
| 11/01/21 | | Insurance | | 543.26 | 15,047.86 |
| 11/01/21 | | Recoverable Income - CAM | | 1,004.60 | 14,504.60 |
| 11/01/21 | | Rent Charge | | 13,500.00 | 13,500.00 |
| 10/01/21 | | Insurance | | 543.26 | 0.00 |
| 10/01/21 | | Recoverable Income - CAM | | 1,004.60 | -543.26 |
| 10/01/21 | | Rent Charge | | 13,500.00 | -1,547.86 |
| 09/27/21 | DD | Payment Received | | -15,047.86 | -15,047.86 |
| 09/01/21 | | Insurance | | 543.26 | 0.00 |
| 09/01/21 | | Recoverable Income - CAM | | 1,004.60 | -543.26 |
| 09/01/21 | | Rent Charge | | 13,500.00 | -1,547.86 |
| 08/30/21 | DD | Payment Received | | -15,047.86 | -15,047.86 |
| 08/01/21 | DD | Payment Received | | -15,047.86 | 0.00 |
| 08/01/21 | | Insurance | | 543.26 | 15,047.86 |
| 08/01/21 | | Recoverable Income - CAM | | 1,004.60 | 14,504.60 |
| 08/01/21 | | Rent Charge | | 13,500.00 | 13,500.00 |
| 07/01/21 | | Insurance | | 543.26 | 0.00 |
| 07/01/21 | | Recoverable Income - CAM | | 1,004.60 | -543.26 |
| 07/01/21 | | Rent Charge | | 13,500.00 | -1,547.86 |

## Transactions

| Date | Reference # | Description | Comment | Amount | Balance |
|---|---|---|---|---:|---:|
| 06/28/21 | DD | Payment Received | | -15,047.86 | -15,047.86 |
| 06/01/21 | DD | Payment Received | | -15,047.86 | 0.00 |
| 06/01/21 | | Insurance | | 543.26 | 15,047.86 |
| 06/01/21 | | Recoverable Income - CAM | | 1,004.60 | 14,504.60 |
| 06/01/21 | | Rent Charge | | 13,500.00 | 13,500.00 |
| 05/03/21 | DD | Payment Received | | -15,047.86 | 0.00 |
| 05/01/21 | | Insurance | | 543.26 | 15,047.86 |
| 05/01/21 | | Recoverable Income - CAM | | 1,004.60 | 14,504.60 |
| 05/01/21 | | Rent Charge | | 13,500.00 | 13,500.00 |
| 04/01/21 | | Insurance | | 543.26 | 0.00 |
| 04/01/21 | | Recoverable Income - CAM | | 1,004.60 | -543.26 |
| 04/01/21 | | Rent Charge | | 13,500.00 | -1,547.86 |
| 03/29/21 | DD | Payment Received | | -15,047.86 | -15,047.86 |
| 03/15/21 | DD | Payment Received | | -31,814.14 | 0.00 |
| 03/01/21 | DD | Payment Received | | -15,047.86 | 31,814.14 |
| 03/01/21 | | Insurance | | 543.26 | 46,862.00 |
| 03/01/21 | | Recoverable Income - CAM | | 1,004.60 | 46,318.74 |
| 03/01/21 | | Rent Charge | | 13,500.00 | 45,314.14 |
| 02/16/21 | | Customer tax payments | 2020 real estate tax prorata share | 30,054.57 | 31,814.14 |
| 02/16/21 | | Insurance | 2020 insurance credit | -1,324.88 | 1,759.57 |
| 02/16/21 | | Recoverable Income - CAM | balance 2020 CAM charges | 3,084.45 | 3,084.45 |
| 02/01/21 | DD | Payment Received | Received 2/1/21 | -15,047.86 | 0.00 |
| 02/01/21 | DD | Payment Received | Recieved 2/1/21 | -15,047.86 | 15,047.86 |
| 02/01/21 | | Insurance | | 543.26 | 30,095.72 |
| 02/01/21 | | Recoverable Income - CAM | | 1,004.60 | 29,552.46 |
| 02/01/21 | | Rent Charge | | 13,500.00 | 28,547.86 |
| 01/01/21 | | Insurance | | 543.26 | 15,047.86 |
| 01/01/21 | | Recoverable Income - CAM | | 1,004.60 | 14,504.60 |
| 01/01/21 | | Rent Charge | | 13,500.00 | 13,500.00 |
| 12/23/20 | transfer | Payment Received | Wire from Phillips Edison | -15,047.86 | 0.00 |
| 12/01/20 | | Insurance | | 543.26 | 15,047.86 |
| 12/01/20 | | Recoverable Income - CAM | | 1,004.60 | 14,504.60 |
| 12/01/20 | | Rent Charge | | 13,500.00 | 13,500.00 |
| 11/13/20 | Credit | Payment Received | credit on closing statement | -9,028.72 | 0.00 |
| 11/13/20 | | Insurance | November prorated | 325.96 | 9,028.72 |
| 11/13/20 | | Recoverable Income - CAM | November prorated | 602.76 | 8,702.76 |
| 11/13/20 | | Rent Charge | November prorated | 8,100.00 | 8,100.00 |