# CERTIFICATE OF SERVICE

I, Laurel D. Roglen, hereby certify that, on this 14th day of March, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic service via Court's CM/ECF system on all parties who have registered for electronic service in these cases, as well as on the following parties in the manner indicated.

*Via Hand Delivery & E-mail*
Robert J. Dehney, Sr.
Andrew R. Remming
Daniel B. Butz
Sophie Rogers Churchill
Casey B. Sawyer
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
E-mail: rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

*Counsel to the Debtors*

*Via First-Class Mail & E-mail*
Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors*

*Via Hand Delivery & E-mail*
Steven E. Fox
Riemer Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY  10036
E-mail: sfox@riemerlaw.com)

*Counsel for Golden Brothers Retail Partners, LLC*

*Via Hand Delivery  & E-mail*
Josef Mintz
Lorenzo Thomas
Blank Rome
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
E-mail: josef.mintz@blankrome.com
Lorenzo.thomas@blankrome.com

*Counsel to Ollie's Bargain Outlet, Inc.*

*Via Hand Delivery and E-mail*
Office of the United States Trustee
Attn: Linda J. Casey
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Linda.Casey@usdoj.gov

*Office of the United States Trustee*

*Via First-Class Mail and E-mail*
Darren Azman
Kristin K. Going
Stacy Lutkus
Natalie Rowles
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY, 10017
Email: dazman@mwe.com
kgoing@mwe.com
salutkus@mwe.com
nrowles@mwe.com

*Counsel to the Creditors' Committee*

*Via Hand Delivery and E-mail*
Justin R. Alberto
Stacy L. Newman
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com
snewman@coleschotz.com

*Counsel to the Creditors' Committee*

Dated: March 14, 2025
Wilmington, Delaware

*/s/ Laurel D. Roglen*
Laurel D. Roglen (No. 5759)
BALLARD SPAHR LLP