# **EXHIBIT 1**

| Landlord | Shopping Center | Location | Store No. | Debtors' Proposed Cure Amount | Landlord's Cure Amount* (as of) |
|---|---|---|---|---|---|
| **Gibraltar Management Co., Inc.** | | | | | |
| GBR Erwin One Limited Liability Company Corning Erwin Holdings L.P. | Corning Plaza | Painted Post (Corning), NY | 5294 | $0 | $8,197.99 (3/12/2025) |
| **Gator Development Corp.** | | | | | |
| Gator Danville LLC | N/A | Danville, IL | 407 | $0 | $4,956.00 (3/6/2025) |

*Exclusive of attorneys' fees, Accrued but Unbilled or Not Yet Due Rent and Charges, and Indemnity Obligations.