# EXHIBIT 3

**Statement of Account**
**Urban Edge Properties**
**RWON:  Wonderland**
**Big lots #4658**
**Master Occupant ID:  000000613**
**Satement Date:  03-12-2025**

| Invoice Date | Category | Category Description | Transaction Description | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months | Additional Description |
|---|---|---|---|---:|---:|---:|---:|---:|---:|---|
| 1/13/2021 | NTT | RET NonMnth Pr Yr | Revised Recovery Recon Q1 2020 | 2,099.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2,099.54 | |
| 1/13/2021 | NTT | RET NonMnth Pr Yr | Revised Recovery Recon Q2 2020 | 2,099.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2,099.54 | |
| 5/5/2021 | REP | Tax before Prior Year | Revised Recovery Recon Q4 2019 | 14,513.83 | 0.00 | 0.00 | 0.00 | 0.00 | 14,513.83 | |
| 5/20/2024 | PIN | Insurance - Prior Yr | 2020 Ins Rec Net Balance Due | 10,348.86 | 0.00 | 0.00 | 0.00 | 0.00 | 10,348.86 | |
| 7/25/2024 | TRF | Refunds-Prior Yrs Tax | 2021-22 Tax Refund | (155.29) | 0.00 | 0.00 | 0.00 | 0.00 | (155.29) | |
| 7/22/2024 | DIR | AR Direct Tenant Billing | Violation #081078 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | |
| 7/25/2024 | TRF | Refunds-Prior Yrs Tax | 2021-22 Tax Refund | (4,997.60) | 0.00 | 0.00 | 0.00 | 0.00 | (4,997.60) | |
| 7/25/2024 | TRF | Refunds-Prior Yrs Tax | 2022-23 Tax Refund | (5,033.97) | 0.00 | 0.00 | 0.00 | 0.00 | (5,033.97) | |
| 8/1/2024 | TTT | Real Estate Tax | AUTOCHRG @T10/31/2024 @R | 28,449.02 | 0.00 | 0.00 | 0.00 | 0.00 | 28,449.02 | Rate Change: 28,233.65 to 28,449.02 |
| 8/20/2024 | NTT | RET NonMnth Pr Yr | Recovery Reconciliation 06/24 | 265.99 | 0.00 | 0.00 | 0.00 | 0.00 | 265.99 | |
| 9/1/2024 | BRR | Base Rent - Retail | AUTOCHRG @T9/30/2024 | 6,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,200.00 | |
| 9/1/2024 | CCF | ReimbOperating Fixed CAM | AUTOCHRG @T9/30/2024 | 1,526.70 | 0.00 | 0.00 | 0.00 | 0.00 | 1,526.70 | |
| 9/11/2024 | DIR | AR Direct Tenant Billing | Violation #081933 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | |
| 2/24/2025 | TTT | Real Estate Tax | Estimate Reconciliation | 33,021.45 | 0.00 | 33,021.45 | 0.00 | 0.00 | 0.00 | |
| **Big Lots #4658 Total:** | | | | **88,548.07** | **0.00** | **33,021.45** | **0.00** | **0.00** | **55,526.62** | |

| | | |
|---|---:|---|
| Plus, Estimated Attorney Fees: | 25,000 | |
| Plus, Pecuniary Losses - Loss of 50% Marshalls' Lease Rents | 3,186,337.21 | |
| **TOTAL CURE:** | **3,299,885.28** | |