# EXHIBIT 4

| Rent Type | Total Rents | Start Date | End Date | Penalty - 50% |
|---|---|---|---|---|
| Minimum Rent - Current Term (2nd Option) | 1,303,649.42 | 4/1/2025 | 1/30/2028 | 651,824.71 |
| Minimum Rent - Renewal Term (3rd Option) | 2,456,527.50 | 2/1/2028 | 1/31/2033 | 1,228,263.75 |
| Minimum Rent - Renewal Term (4th Option) | 2,612,497.50 | 2/1/2033 | 1/31/2038 | 1,306,248.75 |
| **Total** | | | | **3,186,337.21** |