# CERTIFICATE OF SERVICE

I, Leslie C. Heilman, hereby certify that, on this 17th day of March, 2025, I caused a true and correct copy of the foregoing *Objection of UE Revere LLC to Notice of Filing of Seventeenth Post-Closing Designation Notice and Notice of Amended Cure Amounts for Seventeenth Post-Closing Designation Notice* to be served by electronic service via Court's CM/ECF system on all parties who have registered for electronic service in these cases, as well as on the following parties in the manner indicated.

*Via Hand Delivery & E-mail*
Robert J. Dehney, Sr.
Andrew R. Remming
Daniel B. Butz
Sophie Rogers Churchill
Casey B. Sawyer
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

*Counsel to the Debtors*

*Via First-Class Mail & E-mail*
Brian M. Resnick
Adam L. Shpeen
Stephen D. Piraino
Ethan Stern
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors*

*Via Hand Delivery & E-mail*
Steven E. Fox
Riemer Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, NY 10036
sfox@riemerlaw.com

*Counsel for Golden Brothers Retail Partners, LLC*

*Via E-mail*
Burlington Coat Factory of Texas, L.P.
Stephanie Short
Robin Piree
stephanie.short@burlington.com
robin.piree@burlington.com

*Burlington Coat Factory of Texas, L.P.*

| | |
|---|---|
| *Via First-Class Mail & E-mail*<br>Will Farmer<br>Jackson Walker LLP<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>kpeguero@jw.com | *Via First-Class Mail & E-mail*<br>Will Farmer<br>Jackson Walker LLP<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>wfarmer@jw.com |
| *Counsel to Burlington Coat Factory of Texas, L.P.* | *Counsel to Burlington Coat Factory of Texas, L.P.* |
| *Via Hand Delivery and E-mail*<br>Office of the United States Trustee<br>Attn: Linda J. Casey<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Linda.Casey@usdoj.gov | *Via Hand Delivery and E-mail*<br>Justin R. Alberto<br>Stacy L. Newman<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>jalberto@coleschotz.com<br>snewman@coleschotz.com |
| *Office of the United States Trustee* | *Counsel to the Creditors' Committee* |

*Via First-Class Mail and E-mail*
Darren Azman
Kristin K. Going
Stacy Lutkus
Natalie Rowles
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY, 10017
dazman@mwe.com
kgoing@mwe.com
salutkus@mwe.com
nrowles@mwe.com

*Counsel to the Creditors' Committee*

| | |
|---|---|
| Dated: March 17, 2025<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Leslie C. Heilman (No. 4716)<br>BALLARD SPAHR LLP |