**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 1 | 1400 | 631 N Dupont Blvd Milford, DE 19963 | Big Lots Stores, LLC | Kodiak Properties | Finmarc Management, Inc. 7200 Wisconsin Ave., Ste 1100 Bethesda, MD 20814 Attn: David Fink | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |