**EXHIBIT B**
**EXPENSE SUMMARY**

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**January 1, 2025, through January 31, 2025**

| Expense Category | Total Expenses |
|---|---|
| Pacer | 938.50 |
| In-House Printing - black & white | 1,803.90 |
| In-House Printing - color | 1,572.80 |
| Computer Research - Westlaw | 82.80 |
| Supplemental Tech Trial Support Services | 282.52 |
| Paralegal Overtime | 34.15 |
| Messenger Service | 10.00 |
| Use of Facilities/Equipment | 1,385.00 |
| Courier/Delivery Service | 321.26 |
| Transcripts | 6,193.18 |
| Meals | 2,465.81 |
| Court Costs | 349.00 |
| Miscellaneous | 10.00 |
| **Grand Total Expenses** | **$15,448.92** |

**Cost Detail**

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 10/25/24 | Meals - Lunch for 10 people for 10/25/24 hearing, including special dietary accommodations | 1.0 | 222.56 |
| 12/17/24 | Court Costs - Pro Hac Vice filing fee for M. Brock | 1.0 | 50.00 |
| 12/18/24 | Court Costs - Pro Hac Vice filing fee for V. Cahill | 1.0 | 50.00 |
| 12/19/24 | Meals - Lunch for 10 people for 12/19/24 hearing | 1.0 | 206.96 |
| 12/19/24 | Meals - Breakfast for 10 people for 12/19/24 hearing | 1.0 | 91.06 |
| 12/27/24 | Court Costs - Sale Motion filing fee | 1.0 | 199.00 |
| 12/30/24 | Transcripts - Expedited transcript of K. Percy 12/30/24 deposition, including certified copy | 1.0 | 2,393.63 |
| 12/30/24 | Meals - JIMMY JOHNS - LUNCH FOR 15 PEOPLE IN 16B - BIG LOTS - 12/30/2025 | 1.0 | 202.20 |
| 12/30/24 | Meals - Breakfast for 15 people for 12/30/24 hearing | 1.0 | 197.95 |
| 12/31/24 | Meals - MIKIMOTOS - LUNCH FOR TRIAL TEAM - BIG LOTS - SOPHIE ROGERS - 12/31/2025 | 1.0 | 330.00 |
| 12/31/24 | Meals - EINSTEINBROS-ONLINE CATERING - BREAKFAST FOR 15 PEOPLE IN 16B - BIG LOTS HEARING - 12/31/2025 | 1.0 | 136.59 |
| 12/31/24 | Meals - MIKIMOTOS - DINNER FOR 15 PEOPLE IN 16B – BIG LOTS - 12/31/2024 | 1.0 | 380.00 |
| 12/31/24 | Transcripts - Transcript of December 30-31 hearing | 1.0 | 3,314.70 |
| 01/02/25 | In-House Printing - black & white | 8,635.0 | 863.50 |
| 01/02/25 | Pacer | 437.0 | 43.70 |
| 01/02/25 | In-House Printing - color | 1,966.0 | 1,572.80 |
| 01/02/25 | Meals - JIMMY JOHNS - LUNCH FOR 5 PEOPLE IN 16B - BIG LOTS - CASEY SAWYER - 01/02/2025 | 1.0 | 54.91 |
| 01/02/25 | Meals - MANHATTAN BAGEL - BREAKFAST FOR 5 PEOPLE IN 16B - BIG LOTS - CASEY SAWYER - 01/02/2025 | 1.0 | 130.41 |
| 01/02/25 | Transcripts - Transcript of continued January 2 hearing | 1.0 | 334.05 |
| 01/02/25 | Messenger Service - USBC - 01/02/2025 | 1.0 | 5.00 |
| 01/05/25 | Paralegal Overtime (R. Weidman) | 1.0 | 34.15 |
| 01/06/25 | Pacer | 219.0 | 21.90 |
| 01/07/25 | Pacer | 116.0 | 11.60 |
| 01/08/25 | Pacer | 147.0 | 14.70 |
| 01/09/25 | Pacer | 33.0 | 3.30 |
| 01/10/25 | Pacer | 63.0 | 6.30 |
| 01/13/25 | Computer Research - Westlaw | 1.0 | 55.20 |
| 01/13/25 | Pacer | 68.0 | 6.80 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 01/13/25 | In-House Printing - black & white | 24.0 | 2.40 |
| 01/14/25 | Pacer | 186.0 | 18.60 |
| 01/15/25 | Pacer | 1,326.0 | 132.60 |
| 01/15/25 | In-House Printing - black & white | 6,305.0 | 630.50 |
| 01/16/25 | Pacer | 1,002.0 | 100.20 |
| 01/16/25 | In-House Printing - black & white | 775.0 | 77.50 |
| 01/16/25 | Court Costs - COURTS/USDC-DE - RECEIPT ADEDC-4592141 - PHV FILING FEE FOR KEVIN L. WINIARSKI - SOPHIE ROGERS CHURCHILL - 01/16/2025 | 1.0 | 50.00 |
| 01/17/25 | Pacer | 266.0 | 26.60 |
| 01/17/25 | In-House Printing - black & white | 184.0 | 18.40 |
| 01/21/25 | Pacer | 612.0 | 61.20 |
| 01/21/25 | Supplemental Tech Trial Support Services (D. Kelley) | 1.0 | 226.40 |
| 01/21/25 | Supplemental Tech Trial Support Services (I. Murphy) | 1.0 | 56.12 |
| 01/21/25 | In-House Printing - black & white | 978.0 | 97.80 |
| 01/21/25 | Messenger Service - USBC - 01/21/2025 | 1.0 | 5.00 |
| 01/21/25 | Use of Facilities/Equipment - Trial 16 + E - Big Lots - 01/21/2025 | 1.0 | 1,385.00 |
| 01/21/25 | Courier/Delivery Service - DELIVERY SERVICES FOR PERIOD ENDING 01/25/2025 | 1.0 | 321.26 |
| 01/21/25 | Transcripts - DAILY TRANSCRIPT - 1ST COPY - 01/24/2025 | 1.0 | 150.80 |
| 01/21/25 | Meals - EINSTEIN BROS-ONLINE- BREAKFAST FOR 18 PEOPLE IN THE 16TH FLOOR TRIAL SUITE - BIG LOTS HEARING -TRIAL SUITE - 01/21/2025 | 1.0 | 136.59 |
| 01/21/25 | Meals - WEGMANS.COM - LUNCH FOR 18 PEOPLE IN THE 16TH FLOOR TRIAL SUITE - BIG LOTS HEARING - 01/21/25 | 1.0 | 376.58 |
| 01/21/25 | Miscellaneous - Big Lots - Lost Security Cards - 01/21/2025 | 1.0 | 10.00 |
| 01/22/25 | Pacer | 757.0 | 75.70 |
| 01/22/25 | In-House Printing - black & white | 71.0 | 7.10 |
| 01/23/25 | Pacer | 93.0 | 9.30 |
| 01/23/25 | In-House Printing - black & white | 126.0 | 12.60 |
| 01/24/25 | Pacer | 280.0 | 28.00 |
| 01/27/25 | Pacer | 1,424.0 | 142.40 |
| 01/27/25 | In-House Printing - black & white | 97.0 | 9.70 |
| 01/28/25 | Pacer | 264.0 | 26.40 |
| 01/28/25 | Computer Research - Westlaw | 1.0 | 27.60 |

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 01/28/25 | In-House Printing - black & white | 53.0 | 5.30 |
| 01/29/25 | Pacer | 1,078.0 | 107.80 |
| 01/29/25 | In-House Printing - black & white | 161.0 | 16.10 |
| 01/30/25 | Pacer | 745.0 | 74.50 |
| 01/30/25 | In-House Printing - black & white | 197.0 | 19.70 |
| 01/31/25 | Pacer | 269.0 | 26.90 |
| 01/31/25 | In-House Printing - black & white | 433.0 | 43.30 |
| | | **Total** | **$15,448.92** |