**<u>Exhibit A</u>**

**Proposed Order with Resolved Lease Schedule**