# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors. | Re: D.I. 2252 |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Variety Stores, LLC, by and through their undersigned counsel, hereby withdraws the *Certification of Counsel Regarding Assumption and Assignment of Nonresidential Real Property Leases* [D.I. 2252], filed on March 17, 2025.

Dated: March 17, 2025

**COZEN O'CONNOR**

*/s/ Simon E. Fraser*
Simon E. Fraser (#5335)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
SFraser@cozen.com

*Counsel to Variety Stores, LLC*

LEGAL\76328439\1