# EXHIBIT A

**Designated Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 9 | 205 | 345 N HWY 27 STE 5 SOMERSET, KY | Big Lots Stores, LLC | Universal Guaranty Life Ins Co Inc | P.O. BOX 430, SOMERSET, KY, 42502 | - | $0 |
| 12 | 222 | 420 PARK BLVD ROGERSVILLE, TN | Big Lots Stores, LLC | Parkview Plaza Associates, LLC | C/O SIGNET REALTY CORP., 2343 S.E. MANITON TERRACE, PORT ST. LUCIE, FL, 34952 | - | $0 |
| 16 | 254 | 195 S US HWY 231 JASPER, IN | Big Lots Stores, LLC | Jasper Southgate Industries, Inc. | 385 S. US HWY 231, JASPER, IN, 47546 | - | $0 |
| 17 | 275 | 207 OCONEE SQUARE DR SENECA, SC | Big Lots Stores, LLC | Woodland Village, LLC | ATTN: ROBIN H. DIAL, 2700 MIDDLEBURG DR STE 218, COLUMBIA, SC, 29204 | - | $5,420.06 |
| 22 | 340 | 110 EAGLE SCHOOL RD MARTINSBURG, WV | Big Lots Stores, LLC | Martinsburg Center Associates LLC | 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-3256 | - | $0 |
| 28 | 405 | 840 25TH ST NW CLEVELAND, TN | Big Lots Stores, LLC | PGP Cleveland Corners Operations LLC | C/O PRUDENT GROWTH OPERATIONS, LLC, PO BOX 17119, CHAPEL HILL, NC, 27516 | - | $0 |
| 31 | 458 | 710 BEVERLY PIKE ELKINS, WV | Big Lots Stores, LLC | Two Center Corp | 4848 ROUTE 8 UNIT 2, ALLISON PARK, PA, 15101 | - | $0 |
| 34 | 467 | 1425 SCALP AVE STE 130 JOHNSTOWN, PA | Big Lots Stores, LLC | University Park Associates LP | C/O ZAMIAS SERVICES, INC., 1219 SCALP AVE , JOHNSTOWN, PA, 15904 | - | $9,718.41 |
| 35 | 475 | 750 OHIO RIVER BLVD ROCHESTER, PA | Big Lots Stores, LLC | Rochester Plaza Associates, LLC | ATTN: ASSET MANAGER, 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-3256 | - | $0 |
| 38 | 514 | 3401 13TH ST STE 100 SAINT CLOUD, FL | Big Lots Stores, LLC | Westgate Plaza Associates | C/O THE SEMBLER COMPANY, 5858 CENTRAL AVENUE, ST. PETERSBURG, FL, 33707 | - | $0 |
| 57 | 1058 | 1403 S POLLOCK ST SELMA, NC | Big Lots Stores, LLC | Johnston Square Center, L.L.C. | ATTN: TERRY SLATE, 4201 FAYETTEVILLE ROAD, RALEIGH, NC, 27603 | - | $3,804.45 |
| 82 | 1361 | 4318 GEORGE WASHINGTON MEM HWY YORKTOWN, VA | Big Lots Stores, LLC | Prudential Growth Operations, LLC | PO BOX 17119, CHAPEL HILL, NC, 27516 | - | $0 |
| 86 | 1371 | 2305 E 1ST ST VIDALIA, GA | Big Lots Stores, LLC | Brice Square, LLC | C/O THE TEMPLES CO, PO BOX 405, VIDALIA, GA, 30475-0405 | - | $0 |
| 108 | 1622 | 1336 WHIPPLE AVE NW CANTON, OH | Big Lots Stores, LLC | GDC Investment Company | C/O GOLDMAN & ROSEN, LTD, 11 SOUTH FORGE STREET, AKRON, OH, 44304 | - | $0 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 113 | 1751 | 4331 MAHONING AVE NW WARREN, OH | Big Lots Stores, LLC | Champion Hills | C/O CENTER ASSOCIATES, 1146 FREEPORT RD, PITTSBURGH, PA, 15238 | – | $0 |
| 117 | 1806 | 3718 BATTLEGROUND AVE GREENSBORO, NC | Big Lots Stores, LLC | Battleground Acquisitions, LLC | C/O THE BEDRIN ORGANIZATION, 65 HARRISTOWN ROAD, SUITE 301, GLEN ROCK, NJ, 7452 | – | $0 |
| 121 | 1840 | 4700 HIGHWAY 90 MARIANNA, FL | Big Lots Stores, LLC | Regency Csp Iv LLC | 380 N CROSS POINTE BLVD, EVANSVILLE, IN, 47715-4027 | Emily Pagorski, emily.pagorski@skofirm.com | $21,183.64 |
| 123 | 1843 | 8489 MARKET ST MENTOR, OH | Big Lots Stores, LLC | Mentor Property LLC | C/O CARNEGIE COMPANIES, INC, 6190 COCHRAN ROAD, STE A, SOLON, OH, 44139-3323 | bronationalecf@weltman.com | $2,997.88 |
| 132 | 1899 | 1371 N SANDHILLS BLVD ABERDEEN, NC | Big Lots Stores, LLC | Glenwood Development Co., LLC | 9525 BIRKDALE CROSSING DRIVE, SUITE 200, HUNTERSVILLE, NC, 28078 | – | $20,896 |
| 154 | 5261 | 1826 W US HWY 421 STE K WILKESBORO, NC | Big Lots Stores, LLC | Winklers Mill, LLC | PO BOX 3608, MOORESVILLE, NC, 28117 | – | $5,359.93 |
| 172 | 5348 | 5260 OAKLAWN BLVD NORTH PRINCE GEORGE, VA | Big Lots Stores, LLC | Ardena Lr LLC | C/O COLLIERS-RICHMOND, 6641 WEST BROAD ST, STE 101, RICHMOND, VA, 23230 | Jennifer M. McLemore, jmclemore@williamsmullen.com | $0 |
| 177 | 5372 | 10150 DORCHESTER RD UNIT 227 SUMMERVILLE, SC | Big Lots Stores, LLC | Dorchester Realty LLC | 400 BROADHOLLOW RD STE 302, MELVILLE, NY, 11747-4810 | – | $0 |
| 184 | 5396 | 2750C N ROBERTS AVE LUMBERTON, NC | Big Lots Stores, LLC | K. M. Biggs, Incorporated | PO BOX 967, LUMBERTON, NC, 28359-0967 | – | $0 |
| 185 | 5411 | 2318 W MERCURY BLVD HAMPTON, VA | Big Lots Stores, LLC | Todd Shopping Center, LLC | C/O TOWER PARK MANAGEMENT CORP., 735 THIMBLE SHOALS BLVD., STE 100, NEWPORT NEWS, VA, 23606 | – | $0 |