**EXHIBIT B**

**Designated Leases**

| Store # | Store Address | Debtor Entity | Landlord | Assignee | Cure |
|---|---|---|---|---|---|
| **1718** | 985 N. BRIDGE ST., Chillicothe, OH 45601 | Big Lots Stores, LLC | RCG<br><br>Brett Lesley<br>brettl@rcgventures.com | Home Buys, Inc.<br><br>Mark O'Connor<br>m.oconnor@osjl.com<br><br>John Conforti<br>j.conforti@osjl.com<br><br>Tracy Baran<br>t.baran@ojsl.com<br><br>Evan Portno<br>e.portno@ojsl.com<br><br>Andrew Sholes<br>agsholes@sholeslaw.com | $6,052 |
| **5176** | 1171 HILL RD N., Pickerington, OH 43147 | Big Lots Stores, LLC | Paradigm Properties<br><br>Tim Maly<br>tmaly@goblackgate.com | Home Buys, Inc.<br><br>Mark O'Connor<br>m.oconnor@osjl.com<br><br>John Conforti<br>j.conforti@osjl.com<br><br>Tracy Baran<br>t.baran@ojsl.com<br><br>Evan Portno<br>e.portno@ojsl.com<br><br>Andrew Sholes<br>agsholes@sholeslaw.com | $0 |