**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>**March 31, 2025, at 4:00 p.m. (ET)** |

**NOTICE OF TWENTY-SECOND POST-CLOSING DESIGNATION NOTICE**

**PLEASE TAKE NOTICE** that on January 2, 2025, the Court entered the *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Debtors' Assets Free and Clear of all Claims, Liens, Rights, Interests, and Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1556] (the "**Sale Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 43 of the Sale Order, the Buyer notified the Debtors on March 15, 2025 of its determination to designate the lease(s) and/or contract(s) described in the Post-Closing Designation Notice attached hereto as **Exhibit A** (each a "**Designated 365 Contract**") for assumption and assignment to the assignees listed on **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the proposed assignees will send adequate assurance of future performance information to the landlords (and their counsel, if known) of the properties identified in **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed assumption and assignment of the Designated 365 Contracts must be filed with the United States Bankruptcy Court for the District of Delaware so as to be received no later than **March 31, 2025, at 4:00 p.m. (ET)** and served on (a) the undersigned counsel to the Debtors, (b) counsel to the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined herein are defined in the Sale Order.

Buyer, Riemer Braunstein LLP (Attn: Steven E. Fox, sfox@riemerlaw.com), and (c) the applicable proposed assignee(s) or their counsel, as listed in **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that proposed forms of order authorizing the assumption and assignment of the Designated 365 Contracts are attached hereto as **Exhibit C.**

PLEASE TAKE FURTHER NOTICE THAT, IF NECESSARY, A HEARING WITH RESPECT TO ONE OF MORE OF THE DESIGNATED 365 CONTRACTS WILL BE SCHEDULED AT A LATER DATE AND HELD BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THIS NOTICE ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 17, 2025
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Brianna N. V. Turner*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Brianna N. V. Turner (No. 7468)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
bturner@morrisnichols.com
*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*