## EXHIBIT A

**Post-Closing Designation Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF DESIGNATION OF DESIGNATED ASSET

WHEREAS, Gordon Brothers Retail Partners, LLC, as buyer ("Buyer"), and Big Lots, Inc., a Delaware corporation and debtor and debtor in possession ("Seller"), are parties to that certain Asset Purchase Agreement dated as of January 3, 2025 (the "Purchase Agreement"), pursuant to which Buyer agreed to acquire the Assets from Seller and the other the Selling Entities[2].

WHEREAS, pursuant to an order of the Bankruptcy Court entered January 2, 2025 (the "Sale Order")[ECF No. 1556], the Bankruptcy Court approved the Selling Entities' sale of the Assets to Buyer pursuant to the Purchase Agreement;

WHEREAS, on January 3, 3025, the Initial Closing under the Purchase Agreement occurred; and

WHEREAS, in accordance with Sections 2.01(a) and 2.05(b) of the Purchase Agreement, Buyer desires to (a) designate each of those 365 Contracts identified in Exhibit "A" hereto and incorporated herein (collectively, the "Designated Contracts") as a "Designated Asset" for assumption and assignment, and (b) designate Variety Wholesalers, Inc. (or a designated affiliate, "VW") as the Designated Buyer with respect to the acquisition, assumption and assignment of the Designated Contracts.

## DESIGNATION OF DESIGNATED ASSET

1. In accordance with Sections 2.01(a) and 2.05(b) of the Purchase Agreement, Buyer hereby (a) designates each of the Designated Contracts as a "Designated Asset", and (b) designates VW as the Designated Buyer with respect to the acquisition, assumption and assignment of each Designated Contract(s) with an effective date being the effective date set forth in an order of the Bankruptcy Court authorizing an approving such assumption and assignment.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] All capitalized undefined terms used in this Notice shall have the same meaning as in the Purchase Agreement.

IN WITNESS WHEREOF, this Notice of Designation has been signed by as of the date hereof.

Dated: March 6, 2025
New York, New York

Respectfully submitted,

**RIEMER & BRAUNSTEIN LLP**

By: */s/ Steven E. Fox*
Times Square Tower, Suite 2506
Seven Times Square
New York, New York 10036
Tel: 212-789-3150
Email: sfox@riemerlaw.com

*Attorneys for Gordon Brothers Retail Partners, LLC*

3

**EXHIBIT A**

**DESIGNATED CONTRACTS**

- Arista
- Cisco ELA
- SolarWinds
- Snowflake
- Rand Worldwide Auto Cad LT 2025
- Siemens