## EXHIBIT B

**Designated Contracts**

|   | **Vendor Name (Counsel)** | **Contract** | **Address** | **Assignee** | **Cure** |
|---|---|---|---|---|---|
| 1 | Arista Networks | Arista | 5453 Great American Pkwy<br>Santa Clara, CA 95054 | Variety Wholesalers, Inc.<br><br>Counsel:<br>SFraser@cozen.com | $0 |
| 2 | Cisco Systems, Inc. | Cisco ELA | 1135 Walsh Avenue<br>Santa Clara, CA 95050 | Variety Wholesalers, Inc.<br><br>Counsel:<br>SFraser@cozen.com | $0 |
| 3 | SolarWinds | SolarWinds | 7171 Southwest Pkwy Bldg 400<br>Austin, TX 78735 | Variety Wholesalers, Inc.<br><br>Counsel:<br>SFraser@cozen.com | $0 |
| 4 | Snowflake | Snowflake | 450 Concar Dr<br>San Mateo, CA 94402 | Variety Wholesalers, Inc.<br><br>Counsel:<br>SFraser@cozen.com | $0 |
| 5 | Rand Worldwide, Inc. | Rand Worldwide Auto Cad LT 2025 | 44 Montgomery St., Suite 820<br>San Francisco, CA 94104 | Variety Wholesalers, Inc.<br><br>Counsel:<br>SFraser@cozen.com | $0 |
| 6 | Siemens Industry Inc.<br><br>Jeffrey R. Waxman (jwaxman@morrisjames.com)<br>Angela Z. Miller (amiller@phillipslytle.com) | Siemens | 9225 Bee Caves Rd, Bldg B, Ste 100<br>Austin, TX 78733 | Variety Wholesalers, Inc.<br><br>Counsel:<br>SFraser@cozen.com | $0 |