# **<u>EXHIBIT A</u>**

| tran | trandate | desc | ref | store | age | amount | company | division |
|---|---|---|---|---|---|---|---|---|
| 703950 | 9/30/2024 | INVOICE | 009542959 | 0870 | 91 | $3,382.80 | Enchante Accessories | Direct |
| 703924 | 9/30/2024 | INVOICE | 009543017 | 0874 | 91 | $7,298.88 | Enchante Accessories | Kitchen |
| 705500 | 10/1/2024 | INVOICE | 009543151 | 0874 | 90 | $90.00 | Enchante Accessories | Direct |
| 705501 | 10/1/2024 | INVOICE | 009543151 | 0874 | 90 | $32,834.67 | Enchante Accessories | Kitchen |
| 706060 | 10/2/2024 | INVOICE | 009543151 | 0874 | 89 | $32,673.20 | Enchante Accessories | Kitchen |
| 706079 | 10/2/2024 | INVOICE | 009543151 | 0874 | 89 | $26,468.40 | Enchante Accessories | Kitchen |
| 706168 | 10/2/2024 | INVOICE | 009543151 | 0874 | 89 | $21,796.80 | Enchante Accessories | Kitchen |
| 706184 | 10/7/2024 | INVOICE | 009561044 | 0879 | 84 | $3,021.00 | Enchante Accessories | Frames |
| 710063 | 10/10/2024 | INVOICE | 009543017 | 0869 | 81 | $57.91 | Enchante Accessories | Kitchen |
| 712920 | 10/16/2024 | INVOICE | 009543149 | 0874 | 75 | $24,733.20 | Enchante Accessories | Kitchen |
| 712921 | 10/16/2024 | INVOICE | 009560988 | 0874 | 75 | $18,550.10 | Enchante Accessories | Kitchen |
| 715188 | 10/21/2024 | INVOICE | 009560935 | 0874 | 70 | $3,090.00 | Enchante Accessories | Hair/Jewelry |
| 721536 | 10/29/2024 | INVOICE | 009562489 | 0879 | 62 | $23,266.00 | Enchante Accessories | Candles |
| 723372 | 10/31/2024 | INVOICE | 009563498 | 0870 | 60 | $1,334.40 | Enchante Accessories | Direct |
| 723373 | 10/31/2024 | INVOICE | 009563637 | 0870 | 60 | $1,843.20 | Enchante Accessories | Direct |
| 723416 | 10/31/2024 | INVOICE | 009547326 | 0870 | 60 | $3,869.20 | Enchante Accessories | Frames |
| 724564 | 11/4/2024 | INVOICE | 009563704 | 0870 | 56 | $3,756.00 | Enchante Accessories | Frames |
| 724576 | 11/4/2024 | INVOICE | 009563705 | 0879 | 56 | $2,929.90 | Enchante Accessories | Frames |
| 724577 | 11/4/2024 | INVOICE | 009562863 | 0870 | 56 | $12,367.10 | Enchante Accessories | Frames |
| 724580 | 11/4/2024 | INVOICE | 009563704 | 0874 | 56 | $4,903.20 | Enchante Accessories | Frames |
| 724581 | 11/4/2024 | INVOICE | 009547326 | 0874 | 56 | $4,120.00 | Enchante Accessories | Frames |
| 726628 | 11/6/2024 | INVOICE | 009563849 | 0870 | 54 | $7,848.00 | Enchante Accessories | Frames |
| 726191 | 11/6/2024 | INVOICE | 009543149 | 0869 | 54 | $2,319.00 | Enchante Accessories | Kitchen |
| 727473 | 11/7/2024 | INVOICE | 009563498 | 0879 | 53 | $182.40 | Enchante Accessories | Direct |
| 727474 | 11/7/2024 | INVOICE | 009563637 | 0879 | 53 | $1,483.20 | Enchante Accessories | Direct |
| 727459 | 11/7/2024 | INVOICE | 009563849 | 0874 | 53 | $11,736.00 | Enchante Accessories | Frames |
| 729036 | 11/11/2024 | INVOICE | 009563498 | 0870 | 49 | $79,212.90 | Enchante Accessories | Kitchen |
| 731689 | 11/13/2024 | INVOICE | 009563498 | 0874 | 47 | $28,120.20 | Enchante Accessories | Kitchen |
| 732951 | 11/14/2024 | INVOICE | 009562460 | 0874 | 46 | $37,376.40 | Enchante Accessories | Candles |
| 732949 | 11/14/2024 | INVOICE | 009563498 | 0874 | 46 | $273.60 | Enchante Accessories | Direct |
| 732950 | 11/14/2024 | INVOICE | 009563637 | 0874 | 46 | $2,673.60 | Enchante Accessories | Direct |
| 733919 | 11/15/2024 | INVOICE | 009563499 | 0879 | 45 | $12,030.30 | Enchante Accessories | Kitchen |
| 733920 | 11/15/2024 | INVOICE | 009563498 | 0870 | 45 | $12,666.00 | Enchante Accessories | Kitchen |
| 734741 | 11/18/2024 | INVOICE | 009562434 | 0874 | 42 | $48,762.00 | Enchante Accessories | Appliances |
| 736326 | 11/19/2024 | INVOICE | 009562434 | 0874 | 41 | $29,310.00 | Enchante Accessories | Appliances |
| 736439 | 11/19/2024 | INVOICE | 009562434 | 0874 | 41 | $34,320.00 | Enchante Accessories | Appliances |
| 736534 | 11/19/2024 | INVOICE | 009563498 | 0879 | 41 | $60,138.00 | Enchante Accessories | Kitchen |
| 736959 | 11/20/2024 | INVOICE | 009563499 | 0879 | 40 | $36,678.00 | Enchante Accessories | Kitchen |
| 736960 | 11/20/2024 | INVOICE | 009563498 | 0870 | 40 | $35,972.40 | Enchante Accessories | Kitchen |
| 737302 | 11/21/2024 | INVOICE | 009562434 | 0874 | 39 | $39,015.00 | Enchante Accessories | Appliances |
| 737407 | 11/21/2024 | INVOICE | 009566724 | 0879 | 39 | $6,782.10 | Enchante Accessories | Frames |
| 737578 | 11/21/2024 | INVOICE | 009563498 | 0874 | 39 | $71,559.60 | Enchante Accessories | Kitchen |
| 737828 | 11/22/2024 | INVOICE | 009563498 | 0874 | 38 | $36,096.00 | Enchante Accessories | Kitchen |
| 738821 | 11/25/2024 | INVOICE | 009564448 | 0870 | 35 | $9,634.20 | Enchante Accessories | Frames |
| 738822 | 11/25/2024 | INVOICE | 009566723 | 0870 | 35 | $6,651.70 | Enchante Accessories | Frames |
| 738823 | 11/25/2024 | INVOICE | 009566724 | 0874 | 35 | $5,120.70 | Enchante Accessories | Frames |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 738767 | 11/25/2024 | INVOICE | 009563498 0874 | 35 | $37,193.40 | Enchante Accessories | Kitchen |
| 741324 | 11/27/2024 | INVOICE | 009567700 0870 | 33 | $17,496.00 | Enchante Accessories | Fabrics |
| 741325 | 11/27/2024 | INVOICE | 009567701 0874 | 33 | $17,280.00 | Enchante Accessories | Fabrics |
| 741326 | 11/27/2024 | INVOICE | 009567701 0879 | 33 | $13,824.00 | Enchante Accessories | Fabrics |
| 741323 | 11/27/2024 | INVOICE | 009564448 0874 | 33 | $14,556.00 | Enchante Accessories | Frames |
| 741604 | 12/2/2024 | INVOICE | 009568507 0874 | 28 | $51,779.00 | Enchante Accessories | Appliances |
| 741605 | 12/2/2024 | INVOICE | 009568507 0879 | 28 | $64,923.00 | Enchante Accessories | Appliances |
| 745262 | 12/3/2024 | INVOICE | 009568507 0870 | 27 | $60,998.00 | Enchante Accessories | Appliances |
| 745263 | 12/3/2024 | INVOICE | 009567700 0870 | 27 | $20,462.40 | Enchante Accessories | Fabrics |
| 745264 | 12/3/2024 | INVOICE | 009567701 0874 | 27 | $19,611.20 | Enchante Accessories | Fabrics |
| 745265 | 12/3/2024 | INVOICE | 009569162 0870 | 27 | $897.50 | Enchante Accessories | Kitchen |
| 746766 | 12/4/2024 | INVOICE | 009564448 0879 | 26 | $7,980.00 | Enchante Accessories | Frames |
| 746780 | 12/5/2024 | INVOICE | 009567182 0870 | 25 | $50,520.00 | Enchante Accessories | Kitchen |
| 748063 | 12/9/2024 | INVOICE | 009567182 0874 | 21 | $41,526.00 | Enchante Accessories | Kitchen |
| 748064 | 12/9/2024 | INVOICE | 009567183 0874 | 21 | $9,204.00 | Enchante Accessories | Kitchen |
| 748065 | 12/9/2024 | INVOICE | 009567182 0879 | 21 | $36,705.00 | Enchante Accessories | Kitchen |
| 748066 | 12/9/2024 | INVOICE | 009567182 0879 | 21 | $10,140.00 | Enchante Accessories | Kitchen |
| 750733 | 12/11/2024 | INVOICE | 009567747 0870 | 19 | $19,776.20 | Enchante Accessories | Candles |
| 750734 | 12/11/2024 | INVOICE | 009567747 0874 | 19 | $15,570.60 | Enchante Accessories | Candles |
| 750735 | 12/11/2024 | INVOICE | 009567747 0879 | 19 | $10,882.60 | Enchante Accessories | Candles |
| 750732 | 12/11/2024 | INVOICE | 009567701 0879 | 19 | $16,766.40 | Enchante Accessories | Fabrics |
| 750573 | 12/11/2024 | INVOICE | 009569661 0874 | 19 | $12,010.50 | Enchante Accessories | Frames |
| 750574 | 12/11/2024 | INVOICE | 009570343 0874 | 19 | $25,121.20 | Enchante Accessories | Frames |
| 752022 | 12/12/2024 | INVOICE | 009569654 0870 | 18 | $11,054.25 | Enchante Accessories | Frames |
| 752023 | 12/12/2024 | INVOICE | 009569661 0879 | 18 | $7,688.25 | Enchante Accessories | Frames |
| 752024 | 12/12/2024 | INVOICE | 009570343 0870 | 18 | $25,214.40 | Enchante Accessories | Frames |
| 752025 | 12/12/2024 | INVOICE | 009570343 0879 | 18 | $17,581.00 | Enchante Accessories | Frames |

| Cust Num | Customer Name | Doc Date | Doc Type | Doc Num | Grand Total | DC | Notes | PO | Company |
|---|---|---|---|---|---|---|---|---|---|
| | | Nov 12 2024 | 11/12/2024 INVOICE | 780388 | $10,785.00 | | 870 | 95628659 | AMG |
| | | Nov 12 2024 | 11/12/2024 INVOICE | 780389 | $13,860.00 | | 874 | 95628660 | AMG |
| | | Nov 12 2024 | 11/12/2024 INVOICE | 780390 | $6,146.25 | | 879 | 95628661 | AMG |
| | | Dec 18 2024 | 12/18/2024 INVOICE | 780787 | $48,271.00 | | 870 | 95691768 | AMG |
| | | Dec 24 2024 | 12/24/2024 INVOICE | 780821 | $16,152.00 | | 874 | 95691769 | AMG |
| | | Dec 24 2024 | 12/24/2024 INVOICE | 780822 | $15,035.50 | | 874 | 95691769 | AMG |
| | | Dec 24 2024 | 12/24/2024 INVOICE | 780823 | $4,136.50 | | 879 | 95696770 | AMG |
| | | | | | $114,386.25 | | | | |