# **EXHIBIT B**

| tran | trandate | desc | ref | store | age | amount | company | division |
|---|---|---|---|---|---|---|---|---|
| 538528 | 11/25/2024 | INVOICE | 95646702 | 0870 | 35 | $14,770.80 | Tzumi Innovations | Tzumi Innovations |
| 538529 | 11/25/2024 | INVOICE | 95646703 | 0874 | 35 | $22,037.04 | Tzumi Innovations | Tzumi Innovations |
| 538530 | 11/25/2024 | INVOICE | 95646704 | 0879 | 35 | $15,228.96 | Tzumi Innovations | Tzumi Innovations |