# **<u>EXHIBIT C</u>**

| name | vendor | tran | trandate | desc | ref | store | age | amount | COMPANY | |
|---|---|---|---|---|---|---|---|---|---|---|
| BIG LOTS STORES | 40007 | 977539 | 10/23/2024 | INVOICE | 95625042 | 0874 | 135 | $239,368.20 | TZUMI ELECTRONICS | $239,368.20 |