# **<u>Exhibit D</u>**

| Cust Num | Customer Name | Doc Date | Doc Type Desc | Doc Num | Grand Total | DC | Notes | PO | Company |
|---|---|---|---|---|---|---|---|---|---|
| | Big Lots | 10/31/2024 | INVOICE | 7713221 | 9,028.00 | | | 95635457 | Inspired Home Décor |
| | Big Lots | 10/31/2024 | INVOICE | 7713222 | 41,699.00 | | | 95635458 | Inspired Home Décor |
| | Big Lots | 10/31/2024 | INVOICE | 7713894 | 2,442.00 | | | 95642352 | Inspired Home Décor |
| | Big Lots | 10/31/2024 | INVOICE | 7713895 | 4,000.00 | | | 95642353 | Inspired Home Décor |
| | Big Lots | 10/31/2024 | INVOICE | 7713896 | 2,194.00 | | | 95642354 | Inspired Home Décor |
| | Big Lots | 10/31/2024 | INVOICE | 7713897 | 23,190.00 | | | 95642355 | Inspired Home Décor |
| | Big Lots | 10/31/2024 | INVOICE | 7713898 | 29,715.00 | | | 95642356 | Inspired Home Décor |
| | Big Lots | 10/31/2024 | INVOICE | 7713899 | 19,470.00 | | | 95642357 | Inspired Home Décor |
| | Big Lots | 10/31/2024 | INVOICE | 7713900 | 31,245.00 | | | 95642358 | Inspired Home Décor |
| | Big Lots | 10/31/2024 | INVOICE | 7713901 | 46,660.00 | | | 95642359 | Inspired Home Décor |
| | Big Lots | 10/31/2024 | INVOICE | 7713902 | 23,406.00 | | | 95642360 | Inspired Home Décor |
| | Big Lots | 10/31/2024 | INVOICE | 7714355 | 5,180.00 | | | 95642356 | Inspired Home Décor |
| | | | | | **238,229.00** | | | | |