# **<u>Exhibit E</u>**

| Cust Num | Customer Name | Doc Date | Doc Type Desc | Doc Num | Grand Total | DC | Company | Notes |
|---|---|---|---|---|---|---|---|---|
| BIG001 | BIG LOTS | 10/31/2024 | INVOICE | 205545 | $29,937.60 | Montgomery | DreamGro | |