# **<u>Exhibit F</u>**

| Cust Num | Customer | Doc Date | Doc Type | Doc Num | Grand Total | DC | Company | Notes |
|---|---|---|---|---|---|---|---|---|
| CO261 | BIG LOTS | 10/29/2024 | INVOICE | 2100271 | $42,568.50 | Tremont | Madison Home International | |
| CO261 | BIG LOTS | 10/29/2024 | INVOICE | 2100276 | $39,467.40 | Montgomery | Madison Home International | |
| CO261 | BIG LOTS | 11/4/2024 | INVOICE | 2100272 | $39,195.40 | Tremont | Madison Home International | |
| CO261 | BIG LOTS | 11/12/2024 | INVOICE | 2100270 | $30,570.00 | Tremont | Madison Home International | |
| CO261 | BIG LOTS | 11/13/2024 | INVOICE | 2100274 | $41,203.00 | Durant | Madison Home International | |
| | | | | | **$193,004.30** | | | |