# **Exhibit G**

| tran | trandate | desc | ref | store | age | amount | company | division |
|---|---|---|---|---|---|---|---|---|
| 10405 | 9/10/2024 | INVOICE | 95462382 | | | $8,236.80 | AYC | AYC |
| 10406 | 9/10/2024 | INVOICE | 95462383 | | | $8,236.80 | AYC | AYC |
| 10407 | 9/10/2024 | INVOICE | 95478031 | | | $20,282.40 | AYC | AYC |
| 10408 | 9/10/2024 | INVOICE | 95478032 | | | $20,188.80 | AYC | AYC |
| 10409 | 9/10/2024 | INVOICE | 95406033 | | | $5,040.00 | AYC | AYC |
| 10410 | 9/10/2024 | INVOICE | 95406034 | | | $6,720.00 | AYC | AYC |
| 10411 | 9/10/2024 | INVOICE | 95406036 | | | $5,040.00 | AYC | AYC |
| 10412 | 9/10/2024 | INVOICE | 95406035 | | | $8,400.00 | AYC | AYC |
| 10413 | 9/10/2024 | INVOICE | 95406037 | | | $6,720.00 | AYC | AYC |
| 103570 | 10/22/2024 | INVOICE | 0095635456 | | | $10,854.00 | AYC | AYC |
| 103574 | 10/24/2024 | INVOICE | 0095635454 | | | $58,117.00 | AYC | AYC |
| 103568 | 10/28/2024 | INVOICE | 0095635454 | | | $13,972.50 | AYC | AYC |
| 103564 | 10/31/2024 | INVOICE | 0095635456 | | | $13,425.00 | AYC | AYC |
| 103565 | 10/31/2024 | INVOICE | 0095635460 | | | $17,850.00 | AYC | AYC |
| 103567 | 10/31/2024 | INVOICE | 0095635454 | | | $10,890.00 | AYC | AYC |
| 103569 | 10/31/2024 | INVOICE | 0095635456 | | | $55,874.20 | AYC | AYC |
| 103674 | 10/31/2024 | INVOICE | 0095635456 | | | $19,032.00 | AYC | AYC |
| 103657 | 11/1/2024 | INVOICE | 0095635455 | | | $38,610.00 | AYC | AYC |
| 103572 | 11/4/2024 | INVOICE | 0095635455 | | | $42,233.00 | AYC | AYC |
| 103658 | 11/5/2024 | INVOICE | 0095635455 | | | $55,908.00 | AYC | AYC |
| 103571 | 11/14/2024 | INVOICE | 0095635455 | | | $27,499.50 | AYC | AYC |
| 103566 | 11/15/2024 | INVOICE | 0095635461 | | | $35,812.50 | AYC | AYC |
| 103673 | 11/26/2024 | INVOICE | 95635454 | | | $19,140.00 | AYC | AYC |
| 103752 | 12/9/2024 | INVOICE | 95693232 | | | $8,629.20 | AYC | AYC |
| 103751 | 12/11/2024 | INVOICE | 95693230 | | | $9,625.20 | AYC | AYC |
| 103753 | 12/11/2024 | INVOICE | 95693231 | | | $17,112.60 | AYC | AYC |