# **EXHIBIT H**

| tran | trandate | desc | ref | store | age | amount | company | division |
|---|---|---|---|---|---|---|---|---|
| 3084693 | 10/31/2024 | INVOICE | 95641061 | | | $745.80 | CRN | CRN |
| 3084691 | 11/1/2024 | INVOICE | 95641059 | | | $542.40 | CRN | CRN |
| 3084703 | 11/1/2024 | INVOICE | 95642609 | | | $15,264.80 | CRN | CRN |
| 3084706 | 11/1/2024 | INVOICE | 95642611 | | | $29,642.20 | CRN | CRN |
| 3084780 | 11/5/2024 | INVOICE | 95504252 | | | $2,180.40 | CRN | CRN |
| 3084692 | 11/8/2024 | INVOICE | 95641060 | | | $610.20 | CRN | CRN |
| 3084694 | 11/8/2024 | INVOICE | 95641062 | | | $678.00 | CRN | CRN |
| 3084782 | 11/8/2024 | INVOICE | 95615646 | | | $2,547.40 | CRN | CRN |
| 3084708 | 11/11/2024 | INVOICE | 95642613 | | | $29,516.80 | CRN | CRN |
| 3084702 | 11/13/2024 | INVOICE | 95642608 | | | $8,764.00 | CRN | CRN |
| 3084705 | 11/13/2024 | INVOICE | 95642610 | | | $8,226.80 | CRN | CRN |
| 3084856 | 11/13/2024 | INVOICE | 95660200 | | | $43,644.40 | CRN | CRN |
| 3084860 | 11/13/2024 | INVOICE | 95660202 | | | $30,933.00 | CRN | CRN |
| 3084774 | 11/19/2024 | INVOICE | 95642611 | | | $3,721.20 | CRN | CRN |
| 3084786 | 11/19/2024 | INVOICE | 95642613 | | | $749.00 | CRN | CRN |
| 3084858 | 11/19/2024 | INVOICE | 95660200 | | | $9,014.40 | CRN | CRN |
| 3084707 | 11/20/2024 | INVOICE | 95642612 | | | $55,944.40 | CRN | CRN |
| 3084859 | 11/20/2024 | INVOICE | 95660201 | | | $11,275.60 | CRN | CRN |
| 3084857 | 11/22/2024 | INVOICE | 95660201 | | | $50,762.00 | CRN | CRN |
| 3084866 | 11/22/2024 | INVOICE | 95660202 | | | $816.00 | CRN | CRN |