# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ENCHANTE COMPANIES' AMENDED MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the amended motion (the "Motion") filed by Enchante Accessories Inc. ("EA"), Tzumi Innovations LLC ("TI"), Tzumi Electronics LLC ("TE"), Inspired Home Décor LLC ("IHD"), DreamGro Enterprises LLC ("DGE"), Madison Home International LLC ("MHI"), AYC Naturals LLC ("AYC"), and Code Red Novelties LLC ("CRN") (collectively, the "Enchante Companies"), for allowance and payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b), and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots  Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores -  PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182);  CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400);  GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC  (9612); and Big Lots F&S, LLC (3277).

1.          The Enchante Companies administrative expense claims against the Debtors are approved under 11 U.S.C. § 503(b) in the total amount of <u>$3,252,098.61</u> itemized as follows:

      a.  EA is allowed an administrative expense claim against the Debtors in the amount of $1,599,494.41.

      b.  TI is allowed an administrative expense claim against the Debtors in the amount of $52,036.80.

      c.  TE is allowed an administrative expense claim against the Debtors in the amount of $239,368.20.

      d.  IHD is allowed an administrative expense claim against the Debtors in the amount of $289,229.00.

      e.  DGE is allowed an administrative expense claim against the Debtors in the amount of $29,937.60.

      f.  MHI is allowed an administrative expense claim against the Debtors in the amount of $193,004.30.

      g.  AYC is allowed an administrative expense claim against the Debtors in the amount of $543,449.50.

      h.  CRN is allowed an administrative expense claim against the Debtors in the amount of $305,578.80.

2.          The Debtors are directed to pay the allowed administrative expense claims of the Enchante Companies in the total amount of <u>**$3,252,098.61**</u> within seven (7) days of the entry of this Order.

3.          Nothing in this Order shall prejudice the rights of the Enchante

Companies to seek additional relief or assert further claims related to the matters set forth in the Motion or any other matter.

4.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.