# EXHIBIT A

**Designation Rights Extension Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**BUYER'S SECOND NOTICE OF EXTENSION
OF DESIGNATION RIGHTS PERIOD**

1.  Gordon Brothers Retail Partners, LLC, as buyer ("Buyer"), and Big Lots, Inc., a Delaware corporation and debt or and debtor in possession ("Seller"), are parties to that certain Asset Purchase Agreement dated as of January 3, 2025 (the "Purchase Agreement"), pursuant to which Buyer agreed to acquire the Assets from Seller and the other the Selling Entities[2].

2.  Pursuant to an order of the Bankruptcy Court entered January 2, 2025 (the "Sale Order")[ECF No. 1556], the Bankruptcy Court approved the Selling Entities' sale of the Assets to Buyer pursuant to the Purchase Agreement.

3.  On January 3, 3025, the Initial Closing under the Purchase Agreement occurred.

4.  In accordance with Section 1.01 of the Purchase Agreement (definition of "Designation Rights Period"), Buyer hereby exercises its right to extend the Designation Rights Period to and including 11:59 p.m. (Eastern time) on March 31, 2025 with respect to those locations identified in Exhibit "A" attached hereto and incorporated herein.

5.  The foregoing extension(s) are without prejudice to Buyer's right to exercise any additional extension rights under the Purchase Agreement and/or Agency Agreement, as applicable.

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]  All capitalized undefined terms used in this Notice shall have the same meaning as in the Purchase Agreement or Agency Agreement, as the context makes applicable.

4283174.1

IN WITNESS WHEREOF, this Notice has been signed as of the date hereof.

Dated: March 17, 2025
New York, New York

Respectfully submitted,

**RIEMER & BRAUNSTEIN LLP**

By: <u>/s/ Steven E. Fox</u>
Times Square Tower, Suite 2506
Seven Times Square
New York, New York 10036
Tel: 212-789-3150
Email: sfox@riemerlaw.com

*Attorneys for Gordon Brothers Retail Partners, LLC*

## EXHIBIT "A"

## DESIGNATION RIGHTS PERIOD EXTENSION LOCATIONS (3/31/25)

| Location | Address | City | State |
|---|---|---|---|
| 5190 | 4233 S FLORIDA AVE | LAKELAND | FL |
| 518 | 1520 3RD ST SW | WINTER HAVEN | FL |
| 4666 | 1350 NE STEPHENS ST STE 50 | ROSEBURG | OR |
| 5119 | 3129 HWY 74 W | MONROE | NC |
| 4623 | 8960 TAMPA AVENUE | NORTHRIDGE | CA |
| 4262 | 7930 PINES BOULEVARD | PEMBROKE PINES | FL |
| 5433 | 630 S. RANGELINE ROAD | JOPLIN | MO |
| 5218 | 1501 WESEL BOULEVARD | HAGERSTOWN | MD |
| 4458 | 909 FARMINGTON AVENUE | FARMINGTON | NM |

4283174.1