## EXHIBIT A

| Store Number | Address | Base Rent PSF | Lease Expiration Date | Options | Purchaser Entity | Cure |
|---|---|---|---|---|---|---|
| **4341** | 7777 W. Jewell Avenue, Lakewood, CO 80232 | $6.29 | 1/31/2026 | 2-5 Years | ABQ Liquidation LLC | $89,030.45 |

11

#100033759v1