IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1861 & 2025** |

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER APPROVING FINAL FEE APPLICATION OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 9, 2024 TO AND INCLUDING JANUARY 27, 2025**

The undersigned counsel hereby certify as follows:

1. On January 28, 2025, Guggenheim Securities, LLC ("Guggenheim Securities") filed its *Final Fee Application for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the period from September 9, 2024 to and Including January 27, 2025* [Docket No. 1861] (the "Application").

2. Guggenheim Securities received informal comments to the Application from the United States Trustee (the "U.S. Trustee").

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

3. In resolution of U.S. Trustee's comments, Guggenheim Securities filed a proposed form of order (the "Proposed Order") under certification of counsel on February 19, 2025 [Docket No. 2025].

4. Following the hearing on February 26, 2025, the Court provided comments on the Application and Proposed Order.

5. In resolution of the Court's comments, Guggenheim Securities has agreed to further reduce its total fees and expenses as set forth in the revised Proposed Order (the "Revised Proposed Order") attached as **Exhibit A** hereto.

6. A redline comparing the Revised Proposed Order to the proposed form of order originally attached to the Application is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors and Guggenheim Securities respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

[*Signature Page Follows*]

Dated: March 18, 2025
       Wilmington, Delaware

                **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                */s/ Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

-and-

**DAVIS POLK & WARDWELL LLP**

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*