## **EXHIBIT A**

| Store Number | Address | Base Rent PSF | Lease Expiration Date | Options | Purchaser Entity |
|---|---|---|---|---|---|
| **4765** | 2306 S. Jefferson Ave., Unit 160, Mount Pleasant, TX 75455 | $4.28 | 1/31/2030 | 4-5 Years | JP & A Holdings, LLC |

#100034019v2