## EXHIBIT A

**Designated Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 158 | 5293 | 2660 WEIR PLACE CHESTER, VA | Big Lots Stores, LLC | Realty Income Corporation | 11995 El Camino Real San Diego, CA 92130 | Yelena.archiyan@katten.com | $14,361.74 |

12