**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 1451 |

**ORDER APPROVING STIPULATION RESOLVING THE MOTION OF BDPM
GROUP, LLC TO COMPEL IMMEDIATE PAYMENT OF STUB RENT
AND POST-PETITION RENT AND OBLIGATIONS
PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)(1)(A)**

Upon consideration of the *Certification of Counsel Regarding Order Approving Stipulation Resolving the Motion of BDPM Group, LLC to Compel Immediate Payment of Stub Rent and Post-Petition Rent and Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* (the "Certification of Counsel") and the *Stipulation Between Big Lots, Inc., and BDPM Group, LLC*, a copy of which is attached to this Order as **Exhibit 1** (the "Stipulation"); and the Court having jurisdiction over the matters raised in the Certification of Counsel and Stipulation, and the relief requested in the Certification of Counsel being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Certification

---

[1] The debtors and debtors-in-possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163) INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

17205094/1

of Counsel and Stipulation is in the best interest of the Debtors, their estates, and all parties-in-interest, and just cause exists for the relief granted herein; IT IS HEREBY ORDER THAT:

1. The Stipulation attached to this Order as **Exhibit 1** is hereby APPROVED.

2. The Court shall retain jurisdiction to resolve any disputes arising from or related to this Order or Stipulation.

3. This Order and the Stipulation shall become effective and binding immediately upon entry of this Order notwithstanding anything in the Federal Rules of Bankruptcy Procedure, or any other rules of procedures, that may be interpreted to the contrary.

**Dated: March 18th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE