**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*[1], | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF AFFIDAVIT OF SERVICE**

**PLEASE TAKE NOTICE** that on February 28, 2025, Debtors did cause to be filed a Notice of Filing of Fourteenth Post-Closing Designation Notice [D.I 2117] (the "Notice"). The Notice includes a provision that Variety Stores, LLC ("Variety") will send adequate assurance of future performance information to the landlords, and their counsel, if known, as identified in Exhibit B of the Notice (*see* Notice, ¶3).

**PLEASE TAKE FURTHER NOTICE** that service of information evidencing Variety's adequate assurance of future performance was effectuated on February 28, 2025. An Affidavit of Service (the "Affidavit") is attached hereto as **Exhibit 1**, which affirms that the adequate assurance of future performance information was served in the manner indicated on (I) the Landlords Service List (attached as **Exhibit A** to the Affidavit); and (II) the Counsel Service List (attached as **Exhibit B** to the Affidavit).

**COZEN O'CONNOR**

Dated: March 18, 2025

*/s/ Simon E. Fraser*
Mark E. Felger (#3919)
Simon E. Fraser (#5335)
1201 N. Market Street, Ste. 1001
Wilmington, DE 19801
Tel: (302) 295-2000
Email: mfelger@cozen.com
         sfraser@cozen.com

*Counsel for Variety Stores, LLC*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182);CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.