**EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Mary Clifton, also known as, Mary Bridges, depose and say that I am employed by Rebekah Fisher & Associates, PLLC ("*Fisher*"), counsel for Variety Stores, LLC in the above-captioned chapter 11 cases.

On February 28, 2025, at my direction and under my supervision, employees of Fisher caused the following document to be served by the method set forth on (1) the Landlords Service List attached hereto as **Exhibit A**, and (2) the Counsel Service List attached hereto as **Exhibit B**:

- Information evidencing Variety Stores, LLC's adequate assurance of future performance.

Dated: March 12, 2025

_____
Mary Clifton, also known as, Mary Bridges

STATE OF TENNESSEE
COUNTY OF WILLIAMSON

On this 12th day of March 2025, before me personally appeared Mary Clifton, also known as, Mary Bridges, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that such person executed the same as such person's free act and deed.

Witness my hand, at office, this 12th day of March 2025.

_____
Notary Public

My Commission Expires:

3/20/28

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**Exhibit A**

| Location # | Landlord Name | Landlord Address | Landlord City | Landlord State | Landlord Zip | Method of Service |
|---|---|---|---|---|---|---|
| 3 | Yellow Tail Georgia, LLC<br>C/O Brookside Properties, Inc. | 2002 Richard Jones Rd. | Nashville | TN | 37215 | FedEx Priority Overnight & Email |
| 62 | Country Club Shops, Inc.<br>C/O Lou Spatafore | 14 Regency Dr. | Fairmont | WV | 26554 | FedEx Priority Overnight & Email |
| 206 | Harolds Heirs LLC<br>Christopher Godwin | 2513 Raeford RD | Fayetteville | NC | 28305 | FedEx Priority Overnight & Email |
| 225 | NS Retail Holdings, LLC<br>C/O Netstreit Management | 2021 McKinney Ave, Suite 1150 | Dallas | TX | 75201 | FedEx Priority Overnight & Email |
| 282 | Scot Luther | 3903-A Bellaire Blvd | Houston | TX | 77025 | FedEx Priority Overnight & Email |
| 294 | Clyde J. Peery, JR. and Mary Helen Peery | 1407 Old Niles Ferry RD | Maryville | TN | 37803 | FedEx Priority Overnight & Email |
| 347 | Core Highland Plaza, LLC<br>ATTN: Core Equity Partners | P.O. Box 11126 | Fayetteville | AR | 72703 | USPS Priority Mail & Email |
| 378 | Seven Players Club Drive, LLC | 104 Dee Drive | Charleston | WV | 25311 | FedEx Priority Overnight & Email |
| 1081 | Southgate Shopping Center | 300 W. Market Street Suite 3 | Decatur | AL | 35601 | FedEx Priority Overnight & Email |
| 1125 | Glasgow Retail, LLC | 678 Reisterstown Rd | Baltimore | MD | 21208 | FedEx Priority Overnight & Email |

| Location # | Landlord Name | Landlord Address | Landlord City | Landlord State | Landlord Zip | Method of Service |
|---|---|---|---|---|---|---|
| 1536 | Gastonia Restoration Partners, LLC | 2926B Foster Creighton Drive | Nashville | TN | 37204 | FedEx Priority Overnight & Email |
| 1609 | Penn Commercial, Inc. | 242 Oak Spring RD | Washington | PA | 15301 | FedEx Priority Overnight & Email |
| 1648 | Kin Properties, Inc. Tennant #1000097091 | 185 NW Spanish River Blvd, Suite 100 | Boca Raton | FL | 33431 | FedEx Priority Overnight & Email |
| 1703 | Perry's, Inc. C/O Perry Management, Inc. | 518 Plaza Blvd. | Kinston | NC | 28501 | FedEx Priority Overnight & Email |
| 1726 | B&C Properties of Dunn, LLC | 770 Fleming Rd | Coats | NC | 27521 | FedEx Priority Overnight & Email |
| 4729 | NS Retail Holdings, LLC C/O Netstreit Management Office | 2021 McKinney Ave. Suite 1150 | Dallas | TX | 75201 | FedEx Priority Overnight & Email |
| 5121 | Tenth Street Building Corporation C/O Baldwin Brothers, Inc. | 2540 Village Common Drive | Erie | PA | 16506 | FedEx Priority Overnight & Email |
| 5126 | Ishaan Rockwood, LLC C/O American Management Services, Inc. | 5675 Jimmy Carter Blvd Suite 500 | Norcross | GA | 30071 | FedEx Priority Overnight & Email |
| 5239 | NS Retail Holdings, LLC C/O Netstreit Management Office | 2021 McKinney Ave. Suite 1150 | Dallas | TX | 75201 | FedEx Priority Overnight & Email |
| 5243 | Mores Road Company-l, LLC | 4300 East Fifth Avenue | Columbus | OH | 43219 | FedEx Priority Overnight & Email |

| Location # | Landlord Name | Landlord Address | Landlord City | Landlord State | Landlord Zip | Method of Service |
|---|---|---|---|---|---|---|
| 5422 | Rivercrest Realty Investors John Bullitis | 8816 Six Forks RD Suite 201 | Raleigh | NC | 27615 | FedEx Priority Overnight & Email |
| 5462 | Ogden Plaza, LLC (Susan Arredondo) C/O Cameron Management, Inc. | 1201 Glen Mead RD | Wilmington | NC | 28401 | FedEx Priority Overnight & Email |

**Exhibit B**

| Location # | Landlord Name | Landlord Counsel Address | Method of Service |
|---|---|---|---|
| 206 | HAROLDS HEIRS LLC | Karen C. Bifferato<br>Connolly Gallagher LLP<br>1201 N. Market Street, 20th Floor<br>Wilmington, DE 19801 | FedEx Priority Overnight & Email |
| 206 | HAROLDS HEIRS LLC | Michael D. Mueller<br>Williams Mullen<br>200 South 10th Street, Suite 1600<br>Richmond, VA 23219 | FedEx Priority Overnight & Email |
| 206 | HAROLDS HEIRS LLC | Lonnie M. Player, Jr.<br>Player McLean LLP<br>1019 Hay Street<br>Fayetteville, NC 28305 | FedEx Priority Overnight & Email |
| 225 | NS RETAIL HOLDINGS, LLC | Laurel D. Roglen<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 | FedEx Priority Overnight & Email |
| 225 | NS RETAIL HOLDINGS, LLC | Joel F. Newell<br>Ballard Spahr LLP<br>1 East Washington Street, Suite 2300<br>Phoenix, AZ 85004 | FedEx Priority Overnight & Email |
| 347 | CORE HIGHLAND PLAZA LLC | Lucian B. Murley<br>Saul Ewing LLP<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | FedEx Priority Overnight & Email |
| 347 | CORE HIGHLAND PLAZA LLC | Turner N. Falk<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 | FedEx Priority Overnight & Email |
| 1081 | SOUTHGATE SHOPPING CENTER | R. Craig Martin<br>DLA Piper LLP (US)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801 | FedEx Priority Overnight & Email |

| Location # | Landlord Name | Landlord Counsel Address | Method of Service |
|---|---|---|---|
| 1081 | SOUTHGATE SHOPPING CENTER | Dale K. Cathell<br>Virginia R. Callahan<br>DLA Piper LLP (US)<br>650 S. Exeter Street, Suite 1100<br>Baltimore, MD 21202 | FedEx Priority Overnight<br>&<br>Email |
| 1536 | GASTONIA RESTORATION PARTNERS | Gene L. Humphreys<br>Paul G. Jennings<br>Bass, Berry & Sims PLC<br>21 Platform Way South, Suite 3500<br>Nashville, TN 37203 | FedEx Priority Overnight<br>&<br>Email |
| 1648 | KIN PROPERTIES, INC. | Jeffrey Rhodes, Esq.<br>Tayman Lane Chaverri LLP<br>2001 L Street, NW, Suite 500<br>Washington, DC 20036 | FedEx Priority Overnight<br>&<br>Email |
| 1648 | KIN PROPERTIES, INC. | Ericka F. Johnson, Esq.<br>Bayard, P.A.<br>600 N. Market Street, Suite 400<br>Wilmington, DE 19801 | FedEx Priority Overnight<br>&<br>Email |
| 1703 | PERRY'S INC. | David F. Mills<br>Narron Wenzel PA<br>1202 S. Third Street<br>P.O. Box 1567<br>Smithfield, NC 27577 | FedEx Priority Overnight<br>&<br>Email |
| 1703 | PERRY'S INC. | Kate Roggio Buck<br>Maliheh Zare<br>McCarter & English, LLP<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | FedEx Priority Overnight<br>&<br>Email |
| 1726 | B&C PROPERTIES OF DUNN LLC | David F. Mills<br>Narron Wenzel PA<br>1202 S. Third Street<br>P.O. Box 1567<br>Smithfield, NC 27577 | FedEx Priority Overnight<br>&<br>Email |
| 1726 | B&C PROPERTIES OF DUNN LLC | Kate Roggio Buck<br>Maliheh Zare<br>McCarter & English, LLP<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | FedEx Priority Overnight<br>&<br>Email |

| Location # | Landlord Name | Landlord Counsel Address | Method of Service |
|---|---|---|---|
| 4729 | NS RETAIL HOLDINGS, LLC | Laurel D. Roglen<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 | FedEx Priority Overnight<br>&<br>Email |
| 4729 | NS RETAIL HOLDINGS, LLC | Joel F. Newell<br>Ballard Spahr LLP<br>1 East Washington Street, Suite 2300<br>Phoenix, AZ 85004 | FedEx Priority Overnight<br>&<br>Email |
| 5239 | NS RETAIL HOLDINGS, LLC | Laurel D. Roglen<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 | FedEx Priority Overnight<br>&<br>Email |
| 5239 | NS RETAIL HOLDINGS, LLC | Joel F. Newell<br>Ballard Spahr LLP<br>1 East Washington Street, Suite 2300<br>Phoenix, AZ 85004 | FedEx Priority Overnight<br>&<br>Email |
| 5462 | OGDEN PLAZA, LLC | Carl N. Kunz, III<br>Christopher M. Donnelly<br>Morris James LLP<br>500 Delaware Ave., Suite 1500<br>Wilmington, De 19801 | FedEx Priority Overnight<br>&<br>Email |