## EXHIBIT B

**EXPENSE SUMMARY**
**BIG LOTS, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**
**January 1, 2025 through January 31, 2025**

| Expense Category | Total Expenses |
|---|---|
| Computer Research | $4,181.25 |
| Court and Related Fees | $22.40 |
| Meals | $392.39 |
| Outside Documents & Research | $71.69 |
| Travel | $3,984.62 |
| **Grand Total Expenses** | **$8,652.35**[1] |

---

[1] This amount reflects a reduction in expenses in the amount of $3,977.76 on account of voluntary write-offs.

| **DISBURSEMENT DETAIL** | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 01/31/25 | Court and related fees | Pacer transactions 01/2025 | $22.40 |
| 01/02/25 | Meals | Resnick, Brian M., travel meal from Cafetero Coffee Company Popup at New Rochelle train station | $15.81 |
| 01/06/25 | Meals | Goldberger, Jacob, 8:30 PM, OT Meal from Mendy's | $37.88 |
| 01/08/25 | Meals | Goldberger, Jacob, 8:13 PM, OT Meal from Eden Wok | $40.66 |
| 01/15/25 | Meals | Stern, Ethan, 6:39 PM, OT Meal from Kosher Deluxe | $33.37 |
| 01/15/25 | Meals | Goldberger, Jacob, 3:42 AM, OT Meal from Kosher Sushi by PG | $41.42 |
| 01/20/25 | Meals | Goldberger, Jacob, Travel Meal from Evergreen Uptown prior to January 21 omnibus hearing. | $39.82 |
| 01/20/25 | Meals | Goldberger, Jacob, Travel Meal from Evergreen Uptown prior to January 21 omnibus hearing. | $38.90 |
| 01/20/25 | Meals | Winiarski, Kevin L., Travel Meal from Hotel Dupont prior to January 21 omnibus hearing. | $44.00 |
| 01/21/25 | Meals | Goldberger, Jacob, Travel Meal from Sheraton Suites Wilmington Coffee Bar prior to January 21 omnibus hearing. | $4.50 |
| 01/27/25 | Meals | Piraino, Stephen D., 7:43 PM OT Meal from Davis Polk Cafeteria | $23.40 |
| 01/28/25 | Meals | Cahill, Vincent, 7:34 PM, OT Meal from TAP | $37.00 |
| 01/30/25 | Meals | Stern, Ethan, 8:30 PM, OT Meal, Holy Schnitzel-UWS | $35.63 |
| 01/06/25 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 1/6/2025 11:56:00 AM; Description: Downloaded N0158: Docket #1178 (Main Document); Charge id: 549522 | $3.27 |
| 01/06/25 | Outside Documents & Research | Restructuring Concepts/netDockets: Ethan Stern; 1/6/2025 10:31:00 AM; Description: Multiple case search; Charge id: 549500 | $21.78 |
| 01/06/25 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 1/6/2025 11:54:00 AM; Description: Multiple case search; Charge id: 549520 | $21.78 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 01/06/25 | Outside Documents & Research | Restructuring Concepts/netDockets: Ethan Stern; 1/6/2025 10:32:00 AM; Description: Multiple case search; Charge id: 549501 | $21.78 |
| 01/24/25 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For LOUIS CHISHOLM | $2.88 |
| 01/24/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For LOUIS CHISHOLM | $0.20 |
| 01/01/25 | Travel | Winiarski, Kevin L., Amtrak from New York, NY to Wilmington, DE for continued sale hearing | $136.00 |
| 01/02/25 | Travel | Winiarski, Kevin L. Amtrak from Wilmington, DE to New York, NY after continued sale hearing | $115.00 |
| 01/02/25 | Travel | Winiarski, Kevin L., Uber from Home to Penn Station after continued sale hearing | $30.46 |
| 01/02/25 | Travel | Winiarski, Kevin L. Uber from Morris Nichols office to Wilmington train station after continued sale hearing | $8.05 |
| 01/02/25 | Travel | Winiarski, Kevin L., Uber from Wilmington train station to Morris Nichols offices prior to continued sale hearing | $8.61 |
| 01/02/25 | Travel | Piraino, Stephen D., Sheraton Suites Wilmington Downtown prior to continued sale hearing | $173.60 |
| 01/02/25 | Travel | Piraino, Stephen D., Amtrak from Wilmington, DE to New York, NY after continued sale hearing | $128.00 |
| 01/02/25 | Travel | Piraino, Stephen D. Amtrak from New Rochelle, NY to Wilmington, DE | $190.00 |
| 01/02/25 | Travel | Resnick, Brian M., Amtrak from New Rochelle, NY to Wilmington, DE for continued sale hearing | $190.00 |
| 01/02/25 | Travel | Resnick, Brian M., Lyft from home to New Rochelle train station prior to continued sale hearing | $19.69 |
| 01/14/25 | Travel | Piraino, Stephen, Amtrak to/from New York NY to Wilmington, DE (refund) | $(226.80) |
| 01/14/25 | Travel | Piraino, Stephen, Amtrak to/from Wilmington, DE to New York, NY (refund) | $(230.00) |

61

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 01/14/25 | Travel | Piraino, Stephen, round-trip Amtrak to/from New York, NY and Wilmington, DE | $551.13 |
| 01/15/25 | Travel | Stern, Ethan, 9:35 PM, OT Lyft from Davis Polk offices to Home | $87.16 |
| 01/20/25 | Travel | Goldberger, Jacob, Uber from home to Amtrak Penn Station prior to January omnibus hearing. | $93.31 |
| 01/20/25 | Travel | Goldberger, Jacob, Sheraton Suites Wilmington Downtown prior to January omnibus hearing. | $196.90 |
| 01/20/25 | Travel | Goldberger, Jacob, Amtrak train from New York, NY to Philadelphia, PA prior to January omnibus hearing. | $64.00 |
| 01/20/25 | Travel | Winiarski, Kevin L., Amtrak train from New York, NY to Wilmington prior to January omnibus hearing. | $144.00 |
| 01/20/25 | Travel | Shpeen, Adam L., Hotel Du Pont Wilmington prior to January omnibus hearing. | $350.00 |
| 01/20/25 | Travel | Winiarski, Kevin L., Uber from Wilmington train station to Hotel Du Pont Wilmington prior to January omnibus hearing. | $8.58 |
| 01/20/25 | Travel | Winiarski, Kevin L., Hotel Du Pont Wilmington prior to January omnibus hearing. | $350.00 |
| 01/21/25 | Travel | Piraino, Stephen D. Amtrak train from New York, NY to Philadelphia, PA after January omnibus hearing. | $33.13 |
| 01/21/25 | Travel | Winiarski, Kevin L., Uber from Hotel Du Pont Wilmington to Wilmington train station after January omnibus hearing. | $8.10 |
| 01/21/25 | Travel | Piraino, Stephen D., Amtrak train from Wilmington to New Rochelle, NY after January omnibus hearing | $161.00 |
| 01/21/25 | Travel | Piraino, Stephen D., Uber from Morris Nichols office to Wilmington train station after January omnibus hearing. | $11.11 |
| 01/21/25 | Travel | Piraino, Stephen D., Uber from New Rochelle train station to home after January omnibus hearing. | $41.87 |
| 01/21/25 | Travel | Piraino, Stephen D., Sheraton Suites Wilmington Downtown after January omnibus hearing. | $160.60 |
| 01/21/25 | Travel | Shpeen, Adam L., Amtrak train from New York, NY to Wilmington, DE after January omnibus hearing. | $370.00 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---:|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 01/21/25 | Travel | Brock, Matthew R., Amtrak train from New York, NY to Wilmington, DE after January omnibus hearing. | $370.00 |
| 01/21/25 | Travel | Brock, Matthew R., Amtrak train from Wilmington, DE to New York, NY after January omnibus hearing. | $74.00 |
| 01/21/25 | Travel | Brock, Matthew R., Uber from Morris Nichols offices to Wilmington train station after January omnibus hearing. | $11.67 |
| 01/22/25 | Travel | Winiarski, Kevin L., Amtrak train from Wilmington, DE to New York after January omnibus hearing. | $248.00 |
| 01/29/25 | Travel | Cahill, Vincent, OT Uber, from Davis Polk office to home | $26.17 |
| 01/30/25 | Travel | Stern, Ethan, OT Lyft, from Davis Polk office to home | $81.28 |
| | | Lexis | $3,785.80 |
| | | Westlaw | $395.45 |
| **TOTAL** | | | **$8,652.35** |

63