UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| BIG LOTS, INC., et al., | Case No. 24-11967 (JKS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 14, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 03/14/2025 | 2247 | Reservation of Rights Horizon Media LLC's Reservation of Rights to Twenty-Third Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (related document(s)2148) Filed by Horizon Media LLC. (Brooks, Joshua) (Entered: 03/14/2025) |

Dated: March 18, 2025

/s/ Laurie Heggan
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

| **VIA FIRST CLASS MAIL** | **VIA ELECTRONIC MAIL** |
|---|---|
| U.S. Trustee Attn: Linda Casey<br>844 N. King Street<br>Wilmington, DE 19801 | Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Brian M. Resnick, Adam L. Shpeen,<br>Stephen D. Piraino and Ethan Stern<br>notice.biglots@davispolk.com |
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>Wilmington, DE 19801<br>Attn: Robert J. Dehney, Sr., Andrew R. Remming,<br>Daniel B. Butz, Tamara K. Mann, and Casey B. Sawyer<br>biglots.mnat@morrisnichols.com | Cole Schotz P.C.,<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington, DE 19801<br>Attn: Justin R. Alberto, Esq.<br>(jalberto@coleschotz.com),<br>Stacy L. Newman, Esq. (snewman@coleschotz.com)<br>and Sarah Carnes Esq. (scarnes@colescholtz.com) |
| **VIA ELECTRONIC MAIL** | |
| McDermott Will & Emery<br>One Vanderbilt Avenue<br>New York, NY, 10017<br>Attn: Darren Azman (dazman@mwe.com)<br>and Kristin K. Going (kgoing@mwe.com); | |