**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BIG LOTS, INC.,** *et al.*, | **Case No. 24-11967 (JKS)** |
| **Debtors.** | **(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Monique B. DiSabatino, hereby certify that on March 19, 2025, I caused a copy of the *Declaration of S. Susan Self, Vice-President of Ritter Management, Inc., in Support of Objection of Steger Towne Crossing, LP to Notice of Filing of Eighth Post-Closing Designation Notice with Respect to Adequate Assurance of Future Performance and Proposed Cure* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

                                    **SAUL EWING LLP**

                                By: */s/ Monique B. DiSabatino*
                                    Monique B. DiSabatino (DE Bar No. 6027)
                                    1201 North Market Street, Suite 2300
                                    P.O. Box 1266
                                    Wilmington, DE 19899
                                    (302) 421-6806

Dated: March 19, 2025

**Service List**

Robert J. Dehney, Sr., Esquire
Andrew R. Remming, Esquire
Daniel B. Butz, Esquire
Tamara K. Mann, Esquire
Casey B. Sawyer, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Brian M. Resnick, Esquire
Adam L. Shpeen, Esquire
Stephen D. Piraino, Esquire
Jonah A. Peppiatt , Esquire
Ethan Stern, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and
Debtors in Possession*


Linda Casey, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801
linda.casey@usdoj.gov

Justin R. Alberto, Esquire
Stacy L. Newman, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

Darren Azman, Esquire
Kristin K. Going, Esquire
McDermott Will & Emery
One Vanderbilt Avenue
New York, NY, 10017
dazman@mwe.com
kgoing@mwe.com

*Co-Counsel to the Official Committee of
Unsecured Creditors*


Steven E. Fox, Esq.
Times Square Tower, Suite 2506
Seven Times Square
New York, New York 10036
sfox@riemerlaw.com

*Counsel to Gordon Brothers Retail Partners*


Goodwill Industries of Dallas, Inc.
c/o Marcus Neupert, Esq.
Sutton, Pakfar & Courtney, LLP
132 S. Rodeo Drive, 4th Floor
Beverly Hills, CA 90212
mneupert@spcllp.com