**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, |  |
| Debtors.[1] | (Jointly Administered) |
|  | **Re: D.I. Nos. 461, 2143, 2144, 2145, 2146, 2147, 2148, 2149, 2150, 2151, 2152, 2153, 2154, 2155, 2156 & 2157** |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER (I)
AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS
AND/OR UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025, AND
(II) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession

(the "**Debtors**") hereby certify as follows:

1.      On October 9, 2024, the Court entered an *Order (I) Authorizing Debtors to*

*Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Authorizing and*

*Establishing Procedures to Reject Executory Contracts and Unexpired Leases* [D.I. 461] (the

"**Lease Rejection Procedures Order**").

2.      Pursuant to the Lease Rejection Procedures Order, on February 28, 2025,

the Debtors filed fifteen rejection notices, rejecting certain executory contracts and/or unexpired

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

leases as of February 28, 2025 [D.I. 2143–2157] (each a "**Rejection Notice**" and, collectively, "**Rejection Notices**").

3.      The deadline to object to each of the Rejection Notices was March 14, 2025, at 4:00 p.m. (ET) (the "**Objection Deadline**").

4.      Prior to the Objection Deadline, Horizon Media LLC a/k/a Horizon Big, LLC ("**Horizon**"), filed *Horizon Media LLC's Reservation of Rights to Twenty-Third Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [D.I. 2247] regarding certain Horizon contracts noticed for rejection in the *Twenty-Third* Rejection Notice [D.I. 2148]. The Debtors have confirmed with counsel for Horizon that Horizon does not object to entry of the Proposed Order (as defined below).

5.      Pursuant to paragraph 4(f) of the *Order (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Authorizing and Establishing Procedures to Reject Executory Contracts and Unexpired Leases* [D.I. 461], the Debtors have removed two contracts, one between the Debtors and Rand Worldwide Subsidiary, Inc., and one between the Debtors and Rand Worldwide, Inc., (together, the "**Rand Worldwide Contracts**") from the schedule of contracts rejected by the *Thirtieth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases Effective as of February 28, 2025 and (II) Granting Related Relief* [D.I. 2155] (the "**Thirtieth Rejection Notice**").[2]

6.      Attached hereto as **Exhibit A** is a proposed form of omnibus order approving the Rejection Notices and authorizing the Debtors to reject certain unexpired leases

---

[2] As set forth in the *Notice of Filing of Twenty-Third Post-Closing Designation Notice* [D.I. 2258] (the "**Twenty-Third Designation Notice**"), the Rand Worldwide Contracts were designated by Gordon Brothers Retail Partners, LLC for assumption and assignment by Variety Wholesalers, Inc. in accordance with the Sale Order (as defined in the Twenty-Third Designation Notice).

effective as of February 28, 2025 (the "**Proposed Order**").  For the convenience of the Court and all parties in interest, a redline reflecting the removal of the Rand Worldwide Contracts from the Thirtieth Rejection Notice [D.I. 2155] is attached as **<u>Exhibit B</u>** hereto.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed

Order attached hereto as **<u>Exhibit A</u>** at its earliest convenience.

Dated: March 19, 2025
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

<u>/s/ *Casey B. Sawyer*</u>
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*