# EXHIBIT B

**PARAMOUNT LMS LLC**
120 NORTH POINTE BLVD
SUITE 301
LANCASTER, PA 17601

**Statement**

| | |
|---|---|
| **Account** | big005 Big Lots #1754 |
| **Prop Name** | Madeira Plaza Power LLC |
| **Assigned Spaces** | 1 |
| **Remit Payment To** | Madeira Plaza Power LLC |
| **Date** | 03/10/2025 |
| **Payment** | $ |

Big Lots #1754
Attn: Lease Administration
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 03/01/2024 | ach | 0.00 | 20,962.50 | -20,962.50 |
| 03/01/2024 | Estimated CAM Charges (03/2024) | 2,150.00 | 0.00 | -18,812.50 |
| 03/01/2024 | Rent Charges (03/2024) | 18,812.50 | 0.00 | 0.00 |
| 03/27/2024 | 2024 Spring Tax Recovery Billing | 20,680.61 | 0.00 | 20,680.61 |
| 04/01/2024 | ach | 0.00 | 20,962.50 | -281.89 |
| 04/01/2024 | Estimated CAM Charges (04/2024) | 2,150.00 | 0.00 | 1,868.11 |
| 04/01/2024 | Rent Charges (04/2024) | 18,812.50 | 0.00 | 20,680.61 |
| 05/01/2024 | ach | 0.00 | 20,962.50 | -281.89 |
| 05/01/2024 | Estimated CAM Charges (05/2024) | 2,150.00 | 0.00 | 1,868.11 |
| 05/01/2024 | Rent Charges (05/2024) | 18,812.50 | 0.00 | 20,680.61 |
| 05/07/2024 | Year End CAM Reconciliation | 2,540.00 | 0.00 | 23,220.61 |
| 05/24/2024 | ach | 0.00 | 2,540.00 | 20,680.61 |
| 05/31/2024 | ach | 0.00 | 20,962.50 | -281.89 |
| 06/01/2024 | Estimated CAM Charges (06/2024) | 2,150.00 | 0.00 | 1,868.11 |
| 06/01/2024 | Rent Charges (06/2024) | 18,812.50 | 0.00 | 20,680.61 |
| 07/01/2024 | ach | 0.00 | 20,962.50 | -281.89 |
| 07/01/2024 | Estimated CAM Charges (07/2024) | 2,150.00 | 0.00 | 1,868.11 |
| 07/01/2024 | Rent Charges (07/2024) | 18,812.50 | 0.00 | 20,680.61 |
| 08/01/2024 | ach | 0.00 | 20,962.50 | -281.89 |
| 08/01/2024 | Estimated CAM Charges (08/2024) | 2,150.00 | 0.00 | 1,868.11 |
| 08/01/2024 | Rent Charges (08/2024) | 18,812.50 | 0.00 | 20,680.61 |
| 08/23/2024 | 2024 School Tax Recovery | 53,974.23 | 0.00 | 74,654.84 |
| 09/01/2024 | Estimated CAM Charges (09/2024) | 2,150.00 | 0.00 | 76,804.84 |
| 09/01/2024 | Rent Charges (09/2024) | 18,812.50 | 0.00 | 95,617.34 |
| 10/01/2024 | Estimated CAM Charges (10/2024) | 2,150.00 | 0.00 | 97,767.34 |
| 10/01/2024 | Rent Charges (10/2024) | 18,812.50 | 0.00 | 116,579.84 |
| 10/02/2024 | ach | 0.00 | 20,962.50 | 95,617.34 |
| 11/01/2024 | Estimated CAM Charges (11/2024) | 2,150.00 | 0.00 | 97,767.34 |
| 11/01/2024 | Rent Charges (11/2024) | 18,812.50 | 0.00 | 116,579.84 |
| 11/20/2024 | Estimated CAM Charges (11/2024) Abatement per | -2,150.00 | 0.00 | 114,429.84 |
| 11/20/2024 | Rent Charges (11/2024) Abatement per Amendment | -18,812.50 | 0.00 | 95,617.34 |
| 11/20/2024 | Estimated CAM Charges (09/2024) Abatement per | -2,150.00 | 0.00 | 93,467.34 |
| 11/20/2024 | Rent Charges (09/2024) Abatement per Amendment | -18,812.50 | 0.00 | 74,654.84 |
| 12/01/2024 | Estimated CAM Charges (12/2024) | 2,150.00 | 0.00 | 76,804.84 |
| 12/01/2024 | Rent Charges (12/2024) | 18,812.50 | 0.00 | 95,617.34 |
| 12/06/2024 | ach | 0.00 | 20,962.50 | 74,654.84 |
| 12/20/2024 | Water & Sewer | 279.41 | 0.00 | 74,934.25 |
| 01/01/2025 | Estimated CAM Charges (01/2025) | 2,150.00 | 0.00 | 77,084.25 |
| 01/01/2025 | Rent Charges (01/2025) | 18,812.50 | 0.00 | 95,896.75 |
| 01/03/2025 | ach | 0.00 | 20,962.50 | 74,934.25 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 30,097.91 | 0.00 | 279.41 | 74,654.84 | 105,032.16 |

**PARAMOUNT LMS LLC**
120 NORTH POINTE BLVD
SUITE 301
LANCASTER, PA 17601

**Statement**

| | |
|---|---|
| **Account** | big005 Big Lots #1754 |
| **Prop Name** | Madeira Plaza Power LLC |
| **Assigned Spaces** | 1 |
| **Remit Payment To** | **Madeira Plaza Power LLC** |
| **Date** | 03/10/2025 |
| **Payment** | $ |

Big Lots #1754
Attn: Lease Administration
4900 E. Dublin Granville Road
Columbus, OH 43081-7651

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 02/01/2025 | Estimated CAM Charges (02/2025) | 2,150.00 | 0.00 | 77,084.25 |
| 02/01/2025 | Rent Charges (02/2025) | 18,812.50 | 0.00 | 95,896.75 |
| 02/03/2025 | ach | 0.00 | 20,962.50 | 74,934.25 |
| 02/19/2025 | Year End 2024 CAM Reconciliation | 30,097.91 | 0.00 | 105,032.16 |
| 03/01/2025 | Estimated CAM Charges (03/2025) | 2,150.00 | 0.00 | 107,182.16 |
| 03/01/2025 | Rent Charges (03/2025) | 18,812.50 | 0.00 | 125,994.66 |
| 03/05/2025 | ach | 0.00 | 20,962.50 | 105,032.16 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| 30,097.91 | 0.00 | 279.41 | 74,654.84 | 105,032.16 |