## EXHIBIT A

| Store Number | Address | Base Rent PSF | Lease Expiration Date | Cure | Purchaser Entity |
|---|---|---|---|---|---|
| **5196** | 4212 US Highway 98 N. Lakeland, FL 33809 | | | $6,892.33 | Fine Furniture Decor DBA Bay Furniture Gallery |

11