## EXHIBIT A

### Leases and Applicable Assignees

| Store Number | Address | Cure Costs | OSJL Assignee |
|---|---|---|---|
| 1883 | 8015 Oswego Rd, Liverpool, NY | None | Ocean State Job Lot of NY2025, LLC |
| 1958 | 801 E Pulaski Hwy, Elkton, MD | None | Ocean State Job Lot of MD2025, LLC |
| 1973 | 66 Morrisville Plaza, Morrisville VT | None | Ocean State Job Lot of VT2025, LLC |
| 5249 | 580 N Main St, Barnegat, NJ | None | Ocean State Job Lot of NJ2025, LLC |
| 4669 | 116 E Main St, Webster, MA | $6,771.17 | Ocean State Job Lot of Webster, LLC |