**EXHIBIT A**

**Designated Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|---|
| 1 | 62 | 1228 Country Club Rd, Fairmont, WV | Big Lots Stores, LLC | Country Club Shops Inc | 14 Regency Drive, C/O Lou Spatafore Fairmont, Wv 26554 | | | $4,428 |
| 2 | 294 | 116 S. Hall Rd, Alcoa, TN | Big Lots Stores, LLC | Clyde J. Peery, Jr. And Mary Helen Peery | 1407 Old Niles Ferry Rd Maryville, Tn 37803 | | | $0 |
| 6 | 1726 | 1140 W. Broad St., Dunn, NC | Big Lots Stores, LLC | B&C Properties Of Dunn Llc | 770 Fleming Rd Coats, Nc 27521-8217 | David F. Mills Narron Wenzel Pa 1202 S. Third Street P.O. Box 1567 Smithfield, Nc 27577 | dmills@narronwenzel.com | $0 |
| | 1726 | 1140 W. Broad St., Dunn, NC | Big Lots Stores, LLC | B&C Properties Of Dunn Llc | 770 Fleming Rd Coats, Nc 27521-8217 | Kate Roggio Buck Maliheh Zare Mccarter & English, Llp 405 N. King Street, 8th Floor Wilmington, De 19801 | kbuck@mccarter.com mzare@mccarter.com | See Above |
| 8 | 5462 | 6832 F. Market St., Wilmington, NC | Big Lots Stores, LLC | Ogden Plaza, Llc | C/O Cameron Management, Inc. 1201 Glen Meade Road Wilmington, Nc 28401 | Carl N. Kunz, Iii Christopher M. Donnelly Morris James Llp 500 Delaware Ave., Suite 1500 Wilmington, De 19801 | ckunz@morrisjames.com cdonnelly@morrisjames.com | $26,993.48 |
| 9 | 378 | 7200 McCorkle Ave SE., Charleston, WV | Big Lots Stores, LLC | Seven Players Club Drive, Llc | 104 Dee Drive Charleston, Wv 25311 | | | $19,680 |
| 10 | 5121 | 2215 W 12th St., Erie, PA | Big Lots Stores, LLC | Tenth Street Building Corporation | C/O Baldwin Brothers, Inc. 2540 Village Common Drive Erie, Pa 16506 | | | $0 |
| 11 | 282 | 633 S. Jefferson Ave., Cookeville, TN | Big Lots Stores, LLC | Scot Luther | 3903-A Bellaire Blvd Houston, Tx 77025-1120 | | | $4,193 |
| 13 | 5126 | 1426 N. Gateway Ave., Rockwood, TN | Big Lots Stores, LLC | Ishaan Rockwood, Llc | C/O American Management Services, Inc, 5675 Jimmy Carter Blvd Ste 500 Norcross, Ga 30071 | | | $0 |
| 14 | 1081 | 14228 US Highway 431 Guntersville, AL | Big Lots Stores, LLC | Southgate Shopping Center | 300 W. Market Street Suite 3 Decatur, Al 35601 | R. Craig Martin Dla Piper Llp (Us) 1201 N. Market Street, Suite 2100 Wilmington, De 19801 | craig.martin@us.dlapiper.com | $0 |
| | 1081 | 14228 US Highway 431, Guntersville, AL | Big Lots Stores, LLC | Southgate Shopping Center | 300 W. Market Street Suite 3 Decatur, Al 35601 | Dale K. Cathell Virginia R. Callahan Dla Piper Llp (Us) 650 S. Exeter Street, Suite 1100 Baltimore, Md 21202 | dale.cathell@us.dlapiper.com virginia.callahan@us.dlapiper.com | See Above |
| 16 | 1703 | 2407 N. Herritage St., STE E, Kinston, NC | Big Lots Stores, LLC | Perry's Inc. | C/O Perry Management, Inc. 518 Plaza Blvd. | David F. Mills Narron Wenzel Pa | dmills@narronwenzel.com | $0 |

76346903\1

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|---|
| | | | | | Kinston, Nc 28501 | 1202 S. Third Street P.O. Box 1567 Smithfield, Nc 27577 | | |
| | 1703 | 2407 N. Herritage St., STE E, Kinston, NC | Big Lots Stores, LLC | Perry's Inc. | C/O Perry Management, Inc. 518 Plaza Blvd. Kinston, Nc 28501 | Kate Roggio Buck Maliheh Zare Mccarter & English, Llp 405 N. King Street, 8th Floor Wilmington, De 19801 | kbuck@mccarter.com mzare@mccarter.com | See Above |
| 17 | 1125 | 942 Happy Valley Rd., Glasgow, KY | Big Lots Stores, LLC | Glasgow Retail Llc | 11155 Red Run Blvd Ste 320 Owings Mills, Md 21117-3256 | | | $0 |
| 18 | 347 | 3901 Hixson Pike, STE 157, Chattanooga, TN | Big Lots Stores, LLC | Core Highland Plaza Llc | Attn: Core Equity Partners, Po Box 11126 Fayetteville, Ar 72703-0053 | Lucian B. Murley Saul Ewing Llp 1201 N. Market Street, Suite 2300 P.O. Box 1266 Wilmington, De 19899 | luke.murley@saul.com | $0 |
| | 347 | 3901 Hixson Pike, STE 157, Chattanooga, TN | Big Lots Stores, LLC | Core Highland Plaza Llc | Attn: Core Equity Partners, Po Box 11126 Fayetteville, Ar 72703-0053 | Turner N. Falk Saul Ewing Llp Centre Square West 1500 Market Street, 38th Floor Philadelphia, Pa 19102 | turner.falk@saul.com | See Above |
| 19 | 3 | 2708 Peach Orchard Rd., Augusta, GA | Big Lots Stores, LLC | Yellow Tail Georgia, Llc | 2002 Richard Jones Rd., Suite C-200, C/O Brookside Properties, Inc Nashville, Tn 37215 | | | $0 |

76346903\1