**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 1 | 4572 | 893 S Kunar Rd Brighton, CO 80601 | Big Lots Stores – PNS, LLC | LEJ Properties, LLC | 11400 W. Olympic Blvd. Ste. 330, Los Angeles, CA 90064 | 3/19/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |