**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., et al.[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11967 JKS<br><br>Re: D.I. 2205 |

## CERTIFICATION OF NO OBJECTION REGARDING D.I. NO. 2205

The undersigned hereby certifies that, as of the date hereof, she received no answer, objection or other responsive pleading to the *Motion of the American Bottling Company to Modify the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* [D.I. 2205; filed on March 11, 2025]. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than March 18, 2025 at 4:00 p.m. (et).

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

　　　　　　　　　　　　　　　　　　　　**FOX ROTHSCHILD LLP**

　　　　　　　　　　　　　　　　　　　　By: */s/ Stephane Slater Ward*
　　　　　　　　　　　　　　　　　　　　Stephanie Slater Ward, Esquire (No. 6922)
　　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　(302) 654-7444/Fax (302) 656-8920
　　　　　　　　　　　　　　　　　　　　Email: sward@foxrothschild.com

Dated:  March 20, 2025　　　　　　　　　　*Attorneys for The American Bottling Company*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182);CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400);GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC(9612); and Big Lots F&S, LLC (3277).