## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 20, 2025, 1255 Sunrise Realty, LLC (the "Landlord"), by and through its undersigned counsel, caused the following documents:

1.     1255 Sunrise Realty, LLC's First Set of Interrogatories to Forman Mills Inc. in Connection with the Proposed Assumption and Assignment of the Copiague Lease;

2.     1255 Sunrise Realty, LLC's First Requests for Production of Documents to Forman Mills Inc. in Connection with the Proposed Assumption and Assignment of the Copiague Lease;

3.     1255 Sunrise Realty, LLC's First Set of Interrogatories to the Debtors in Connection with the Proposed Assumption and Assignment of the Copiague Lease; and

4.     1255 Sunrise Realty, LLC's First Requests for Production of Documents to the Debtors in Connection with the Proposed Assumption and Assignment of the Copiague Lease

to be served on the Debtors and Forman Mills Inc. (the "Assignee") via email:

---

[1]   The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Jacob Goldberger
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
jacob.goldberger@davispolk.com
*Counsel to the Debtors*

John Lucian
Blank Rome
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
john.lucian@blankrome.com
*Counsel to the Assignee*


Dated: March 20, 2025
Wilmington, Delaware

GELLERT SEITZ BUSENKELL & BROWN, LLC

 */s/  Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5812
Facsimile: 302-425-5814
Email: mbusenkell@gsbblaw.com

-and-

HUNTON ANDREWS KURTH LLP
Gregory G. Hesse (DE 005710)
Fountain Place
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Telephone: (214) 979-3000
Email: ghesse@hunton.com

Robert A. Rich (application *pro hac vice* to be filed)
200 Park Avenue
New York, NY 10166
Telephone: 212-309-1132
Email: rrich@hunton.com

*Counsel to 1255 Sunrise Realty, LLC*