# **CERTIFICATE OF SERVICE**

I, Ericka F. Johnson, hereby certify that on March 20, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below via electronic mail:

Robert J. Dehney, Sr., Esquire
Andrew R. Remming, Esquire
Daniel B. Butz, Esquire
Tamara K. Mann, Esquire
Casey B. Sawyer, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Email: rdehney@morrisnichols.com; aremming@morrisnichols.com; tmann@morrisnichols.com
srchurchill@morrisnichols.com; csawyer@morrisnichols.com

Brian M. Resnick, Esquire
Adam L. Shpeen, Esquire
Stephen D. Piraino, Esquire
Jonah A. Peppiatt , Esquire
Ethan Stern, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Email: brian.resnick@davispolk.com; adam.shpeen@davispolk.com;
stephen.piraino@davispolk.com; jonah.peppiatt@davispolk.com;
ethan.stern@davispolk.com

Riemer Braunstein LLP
Attn: Steven E. Fox
Email: sfox@riemerlaw.com

Forman Mills Inc.
Email: sdushey@formanmills.com

                                                  */s/ Ericka F. Johnson*
                                                  Ericka F. Johnson (No. 5024)