# EXHIBIT A

**Designated Leases**

| Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|
| 1 | 2837 WINCHESTER PIKE COLUMBUS, OH | Big Lots Stores-CSR, LLC | Benbrook Real Estate, LLC | 70 NE LOOP 410, SUITE 185, SAN ANTONIO, TX, 78216 | - | $0 |
| 303 | 1965 W STATE ST ALLIANCE, OH | Big Lots Stores-CSR, LLC | RJB Enterprises LLC | 663 RARITAN ROAD, CRANFORD, NJ, 07016-3604 | - | $30,000.00 |
| 397 | 1851 E LITTLE CREEK RD NORFOLK, VA | Big Lots Stores, LLC | Wedgewood Sc Investors LLC | 3265 MERIDIAN PKWY STE 130, WESON, FL, 33331-3506 | - | $3,376.82 |
| 1103 | 5363 HWY 90 W STE C MOBILE, AL | Big Lots Stores, LLC | Eli Erlich | 1840 NICHOLAS DR, HUNTINGDON VALLEY, PA, 19006 | - | $15,955.50 |
| 1158 | 603 US HWY 72 W ATHENS, AL | Big Lots Stores, LLC | Athens Investors, LLC | 3265 MERIDIAN PKWY STE 130, WESTON, FL, 33331-3506 | - | $0 |
| 1184 | 520 BERNE SQ NEW BERN, NC | Big Lots Stores, LLC | BZA Berne Square LLC | C/O BEARS MANAGEMENT GROUP, LLC, 990 PEACHTREE INDUSTRIAL BLVD, PO BOX 3258, SUWANEE, GA, 30024 | - | $0 |
| 1536 | 2587 W. Franklin Blvd., Gastonia, NC | Big Lots Stores, LLC | Gastonia Restoration Partners | 2926b Foster Creighton Drive Nashville, Tn 37204 | ghumphreys@bassberry.com pjennings@bassberry.com | $2,247.42 |
| 1609 | 254 Oak Spring Rd., Washington, PA | Big Lots Stores, LLC | Penn Commercial, Inc. | 242 Oak Spring Road Washington, Pa 15301 | | $43,515.41 |
| 1826 | 2384 COMMERCIAL WAY SPRING HILL, FL | Big Lots Stores, LLC | Springhill Two LLC | C/O HARRIS & CO, 3005 STATE ROAD 590, SUITE 200, CLEARWATER, FL, 33759 | - | $22,747.54 |
| 1844 | 720 NC 24 27 BYP E ALBEMARLE, NC | Big Lots Stores, LLC | Centre Point Investors, LLC | ATTN: JENNIFER SMITH, 3265 MERIDIAN PARKWAY, SUITE 130, WESTON, FL, 33331 | - | $1,576.84 |
| 1961 | 2349 CHERRY RD STE 79 ROCK HILL, SC | Big Lots Stores, LLC | Market On Cherry | C/O PROVIDENCE GROUP MANAGEMENT SERVICES, 300 WEST SUMMIT AVE, STE 250, CHARLOTTE, NC, 28203 | - | $669.45 |
| 5122 | 2932 CANTON RD STE 210 MARIETTA, GA | Big Lots Stores, LLC | MSG Realty LLC | C/O BLASS PROPERTIES INC , 1333 SUNLAND DR NE , BROOKHAVEN , GA, 30319 | - | $0 |
| 5182 | 915 S ST STE A SIMPSONVILLE, SC | Big Lots Stores, LLC | Garrett Simpsonville Center, LLC | C/O GARRETT AND GARRETT, P.O. BOX 36, FOUNTAIN INN, SC, 29644 | - | $0 |

| Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|
| 5183 | 1700 RALEIGH RD PKWY W STE 104 WILSON, NC | Big Lots Stores, LLC | Forest Hills Investors LLC | 3265 MERIDIAN PARKWAY, SUITE 130, WESTON, FL, 33331 | – | $6,384.40 |
| 5209 | 1450 ANDREWS RD MURPHY, NC | Big Lots Stores, LLC | Soar Management Inc | 821 HIAWASSEE STREET, MURPHY, NC, 28906 | – | $0.00 |
| 5243 | 4260 West Broad St., Columbus, OH | Big Lots Stores, LLC | Morse Road Company-I, Llc | C/O Schottenstein Property Group 4300 East Fifth Avenue Columbus, Oh 43219 | | $0 |
| 5312 | 1023A S PENDLETON ST EASLEY, SC | Big Lots Stores, LLC | 5 Point Church | C/O LEGACY PROPERTY SERVICES, LLC, 109 S MCDUFFIE ST, ANDERSON, SC, 29624-1626 | Michael Busenkell, mbusenkell@gsbblaw.com | $5,165 |
| 5332 | 201 FORKS OF THE RIVER PARKWAY SEVIERVILLE, TN | Big Lots Stores, LLC | Sevierville Forks Partners, LLC | C/O ANCHOR INVESTMENTS, LLC, 2926 FOSTER CREIGHTON DR, NASHVILLE, TN, 37204 | Paul G. Jennings, pjennings@bassberry.com; Gene L. Humphreys, ghumphreys@bassberry.com | $19,663.10 |
| 5346 | 56104 NATIONAL RD BRIDGEPORT, OH | Big Lots Stores-CSR, LLC | Bridgeport Plaza Associates LLC | 11155 RED RUN BLVD STE 320, OWINGS MILLS, MD, 21117-3256 | – | $0 |
| 5361 | 10560 HARRISON AVE HARRISON, OH | Big Lots Stores-CSR, LLC | Harrison OH Partners, LLC | 2926 FOSTER CREIGHTON DR, NASHVILLE, TN, 37204 | Paul G. Jennings, pjennings@bassberry.com; Gene L. Humphreys, ghumphreys@bassberry.com | $0.00 |
| 5428 | 12295 CAPITAL BLVD WAKE FOREST, NC | Big Lots Stores, LLC | Food Lion, LLC | C/O RETAIL BUSINESS SERVICES LLC, 1385 HANCOCK ST., ATTN: VP, REAL ESTATE LAW, QUINCY, MA, 2169 | Gregory G. Hesse, ghesse@HuntonAK.com | $16,978.80 |
| 5434 | 4956 LONG BEACH RD SE, STE 8 SOUTHPORT, NC | Big Lots Stores, LLC | Jordan & Riddle, LLC | 4200 MORGANTOWN ROAD, SUITE 150, FAYETTEVILLE, NC, 28314 | – | $0 |

76393491\1