# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AVDC, LLC<br>      Debtor | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 24-11981 <br> ) <br> ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TG Distressed Opportunities Fund LP | New View Gifts and Accessories, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Attention: Joseph Azarbad
1460 Broadway, New York, NY  10036

Last known address:

311 E. Baltimore Ave., Suite 300
Media, PA 19063

Court Claim # (if known): 3471
Amount of Claim: $19,127.55
Date Claim Filed: 11/24/2024

Phone: (212) 970-1102
Last Four Digits of Acct #:

Phone: (610) 627-0190 Ext 5156
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____  Date:_____3/20/2025_____
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, New View Gifts and Accessories, Ltd. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to TG Distressed Opportunities Fund LP ("Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against AVDC, LLC (24-11981) (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Big Lots, Inc. Chapter 11 (Case No. Case No. 24-11967) (JKS) (Jointly Administered)*, pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), in the amount of $19,127.55 (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 6th day of March, 2025.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **NEW VIEW GIFTS AND ACCESSORIES, LTD.** | **TG DISTRESSED OPPORTUNITIES FUND LP** |
| By: *W. Kitzinger* (signature) | By: (signature) |
| Name: William Kitzinger | Name: Steven Azarbad |
| Title: CFO | Title: Managing Director |