**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BIG LOTS, INC., *et al.*,**[1] | **Case No. 24-11967 (JKS)** |
| **Debtors.** | **(Jointly Administered)** |
| | **Related D.I. 1964, 2066 and 2208** |

**STEGER TOWNE CROSSING, LP'S WITNESS AND EXHIBIT LIST FOR THE
HEARING SCHEDULED ON MARCH 25, 2025 AT 10:00 A.M. (ET)**

Steger Towne Crossing, LP (the "**Landlord**"), by and through its undersigned counsel, submits this Witness and Exhibit List for the hearing scheduled for **March 25, 2025 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "**Hearing**"), at which time the *Notice of Filing of Eighth Post-Closing Designation Notice* [D.I. 1964] and *Objection of Steger Towne Crossing, LP to Notice of Filing of Eighth Post-Closing Designation Notice with Respect to Adequate Assurance of Future Performance and Proposed Cure* [D.I. 2066] (the "**Objection**") are scheduled to be heard:

**WITNESSES**

Counsel to Landlord may call the following witnesses in connection with the Objection:

1.  S. Susan Self

2.  Any witness called by any other party.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin- Granville Road, Columbus, OH 43081.

Counsel to the Landlord reserves the right to cross examine any witness called by another party.

## **EXHIBITS**

| EXHIBIT | D.I. | DOCUMENT DESCRIPTION |
|---|---|---|
| 1 | 2066-1 | Operation and Easement Agreement between Dayton Hudson Corporation, Albertson's, Inc. and Steger Towne Crossing, L.P. |
| 2 | 2066-2 | Lease Agreement between Steger Towne Crossing II, LP and PNS Stores, Inc., dba Big Lots (now Big Lots PNS, LLC) |
| 3 | 2066-3 | Transcript of Hearing on January 21, 2025 |
| 4 | 2066-4 | Emails between Ritter Dallas and Big Lots providing the OEA in conjunction with negotiations regarding conforming use of the pylon for its signage at the Shopping Center |
| 5 | 2288-1 | Letter of Intent from Goodwill Industries of Dallas, Inc. to Inroads Realty dated 12-23-2024 |
| 6 | 2288 | Declaration of S. Susan Self, Vice President of Ritter Management, Inc. in Support of Objection of Steger Towne Crossing, LP to Notice of Filing of Eighth Post-Closing Designation Notice with Respect to Adequate Assurance of Future Performance and Proposed Cure |

The Landlord reserves the right to seek to introduce into evidence any exhibit identified by any other party.

## **RESERVATION OF RIGHTS**

The Landlord reserves the right to amend or supplement these lists.

Dated: March 20, 2025
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email:  monique.disabatino@saul.com

-and-

**FERGUSON BRASWELL FRASER KUBASTA P.C.**
Rachael L. Smiley (admitted *pro hac vice*)
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Telephone: (972) 826-4457
Email: rsmiley@fbfk.law

*Attorneys for Steger Towne Crossing, LP*