IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>March 25, 2025, at 10:00 a.m. (ET)<br><br>Re: D.I. 2116, 2117, 2178, 2224, 2235, 2236, 2237, 2238, 2243, 2244, 2245, 2292 & 2293 |

### SUPPLEMENTAL[2] NOTICE OF HEARING REGARDING ASSUMPTION AND ASSIGNMENT OBJECTIONS RELATING TO POST-CLOSING DESGINATION NOTICES

**PLEASE TAKE NOTICE** that on January 2, 2025, the Court entered the *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1556] (the "**Sale Order**").[3]

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 43 of the Sale Order, the the Debtors have filed multiple Desginated 365 Contract Notices (the "**Notices**")[4] to designate the lease(s) and/or contract(s) described in the Notices (each a "**Designated 365 Contract**") for assumption and assignment to the assignees listed therein.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] The Debtors previously noticed certain objections for hearing through the *Notice of Hearing Regarding Assumption and Assignment Objections Relating to Post-Closing Designation Notices* [D.I. 2208], filed on March 11, 2025, which is incorporated herein by reference.

[3] Capitalized terms used but not defined herein are defined in the Sale Order.

[4] The relevant Notices filed as of the date here of are D.I. Nos. 1923, 1964, 1994, 2084, 2116, 2117, 2159 & 2178.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 46 of the Sale Order, the Debtors have the right to schedule a hearing on objections to any Notices. The Debtors are currently aware of formal or informal objections pertaining to the Designated 365 Contracts listed on **Exhibit A** attached hereto.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON ANY DESGNATED 365 CONTRACT FOR WHICH THERE IS AN UNRESOLVED OBJECTION WILL BE HELD ON **March 25, 2024, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

Dated: March 20, 2025
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*