## **Exhibit A**

Leases with Objections

| Store # | Store Address | D.I. |
|---|---|---|
| 5422 | 421 Columbia Ave, Lexington SC | 2236 |
| 225 | 1912 Sherwood Rd., Kingsport, TN | 2245 |
| 4729 | 3000 Scottsville Rd., Bowling Green, KY | 2245 |
| 5239 | 2821 Montgomery Hwy., Dothan, AL | 2245 |
| 1754 | 3215 N. 5th Street Hwy., Reading, PA | 2292 |
| 1753 | 1255 Sunrise Hwy., Copiague, NY 11726 | 2293[1] |
| 407 | 20 N GILBERT ST, Danville, IL | 2244 |
| 1491 | 1209 W SPRING ST, Monroe, GA | 2224 |
| 1797 | 2008 MEMORIAL BLVD, Springfield, TN | 2243 |
| 1926 | 1590 GEORGE DIETER DR, El Paso, TX | 2238[2] |
| 5185 | 759 HWY 62 E STE 311, Mountain Home, AR | 2235 |
| 5294 | 98 VICTORY HWY, Painted Post, NY | 2244 |
| 5443 | 1707 SOUTHDALE AVE, Lebanon, MO | 2237 |

---

[1] The landlord has indicated that they do not wish to proceed with a hearing on 3/25.

[2] The landlord has indicated that they do not wish to proceed with a hearing on 3/25.