# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| BIG LOTS, INC., *et al.*[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 2178, 2292** |

## EXHIBIT LIST OF MADEIRA PLAZA POWER, LLC RELATED TO MATTERS SCHEDULED FOR HEARING ON MARCH 25, 2025 AT 10:00 A.M.

Madeira Plaza Power, LLC ("Madeira" or "Landlord"), by and through its undersigned counsel, hereby submits this Exhibit List for the hearing to be held on the following matters on March 25, 2025 at 10:00 a.m.

1. Objection of Madeira Plaza Power, LLC to Eighteenth Post-Closing Designation Notice (DI 2292) (the "Objection").

## EXHIBITS

| Exhibit | Description | Docket No. |
|---|---|---|
| 1 | Lease Agreement between Madeira and Burlington Coat Factory Warehouse Corporation (Attached as Exhibit A to the Objection) | 2292-1 |
| 2 | Lease Agreement between Madeira and Big Lots Stores, Inc. | |
| 3 | Statement of Big Lots Unpaid Rent and Charges - dated March 10, 2025 (attached as Exhibit B to the Objection) | 2292-2 |
| 4 | Website of Forman Mills – screenshot of "About Us" page (attached hereto and **Exhibit 1**) | |

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

60501538 v1

Madeira reserves the right to supplement this list to include one or more witnesses, and further reserves the right to reply upon any other exhibit(s) or witness(es) of another party-in-interest.

Dated:  March 21, 2025                              **BURR & FORMAN LLP**

*/s/  J. Cory Falgowski*
J. Cory Falgowski (No. 4546)
222 Delaware Avenue, Suite 1030
Wilmington, DE  19801
Telephone:  (302) 830-2312
Email:  jfalgowski@burr.com

- and –

William J. Levant
**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
910 Harvest Drive
Blue Bell, PA  19422
Telephone:  (610) 941-2474
Email:  wlevant@kaplaw.com

*Attorneys for Madeira Plaza Power, LLC*