# Exhibit 1

**Up to 80% Off Department Store Prices Every Day!**



(https://formanmills.com/)

customerservice@formanmills.com (mailto:customerservice@formanmills.com)

---

**TAP HERE FOR HOTTEST SOCIAL HIGHLIGHTS & LATEST POSTS
(HTTPS://WWW.INSTAGRAM.COM/FORMANMILLS1/)**

# About Us



## Our Story

In 1977, with an $80 loan from his father, Rick Forman began his retail career selling t-shirts, sweat-shirts and sportswear in local flea markets on weekends.

The business expanded rapidly to become one of the biggest flea market operations and in 1981 Rick opened the first Forman Mills Clothing store in an old alleyway on Frankford Avenue in Philadelphia. The store combined an outdoor flea market with an indoor showroom. With hard work, fair prices and quality merchandise, the first Forman Mills quickly became a major success.

In 1985 the first Forman Mills Clothing Factory Warehouse superstore opened in an old warehouse in South Philadelphia. With 16,000 square feet the product assortment expanded beyond just "tees and sweats" to include a wide array of Men's, Ladies' and Children's clothing.

From 1989 to 2007 the business grew from a single store to a chain of "Big Box" warehouse-style stores, serving communities in Philadelphia, New Jersey, Delaware, Maryland, and now Michigan and New York. From a weekend concession in a flea market to a fast-growing major retailer in the off-price apparel sector, our company has grown to multi-location, multi-state enterprise.

# But that is just the beginning – The Vision Continues!

Forman Mills
1070 Thomas Busch Memorial Highway
Pennsauken, NJ 08110



(https://formanmills.com/careers/)



**DEPARTMENTS**          **INFORMATION**

Mens
(https://formanmills.com/product/mens/)

Jobs
(https://formanmills.com/careers/)

Ladies
(https://formanmills.com/product/ladies/)

Store Locator
(https://formanmills.com/home/stores/)

Kids & Toys
(https://formanmills.com/product/kids/)

Community & Events
(https://formanmills.com/news-events/)

School Uniforms
(https://formanmills.com/go/school-uniforms/)

About Us
(https://formanmills.com/about-us/)

Team Gear
(https://formanmills.com/product/team-gear/)

Routing Guide
(https://formanmills.com/routing-guide/)

Shoes
(https://formanmills.com/product/shoes/)

Legal Information
(https://formanmills.com/legal-information/)

Home
(https://formanmills.com/product/home/)

Contact Us
(https://formanmills.com/contact/)

Employee Swag Shop
(https://formanmills.com/employee-swag-shop/)

## Offers

Recent Ad & Videos
(https://formanmills.com/recent-ad/)

Exclusive Savings
(https://formanmills.com/exclusive-savings/)

Layaway & Return
Policy
(https://formanmills.com/layaway-returns/)

Amazon Lockers
(https://formanmills.com/amazon-locker/)

Rewards Program
(https://formanmills.com/wp-content-uploads-2025-01-forman-mills-loyalty-tc-01152025-update-pdf/)

# Want Exclusive Savings?

Get special deals & coupons sent right to your inbox when you sign up for our email! Enter your email address & mobile number below.

| MM | / | DD |
|----|---|----|

**\* Email Lists**

[ ]
[ ]
[ ]
[ ]
[ ]
[ ]
[ ]
[ ]
[ ]

☐

☐

☐

☐

☐

☐

By submitting this form, you are consenting to receive marketing emails from: Forman Mills, 1070 Thomas Busch Highway, Pennsauken, NJ, 08110, US, http://formanmills.com. You can revoke your consent to receive emails at any time by using the SafeUnsubscribe® link, found at the bottom of every email.

**Sign Up!**

# Follow Us!

Copyright © 2025 Forman Mills. All Rights Reserved. We retarget to visitors of this site on other publications. We also may use this information to advertise special deals and rebates to you on other publications.