# **CERTIFICATE OF SERVICE**

       I hereby certify that on this 21st day of March 2025, a true and correct copy of the foregoing was served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system and to the persons listed below as indicated:

## **Via Electronic Mail**

Robert J. Dehney
Sophie Rogers Churchill
Casey Sawyer
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
Email:  rdehney@morrisnichols.com
        srchurchill@morrisnichols.com
        csawyer@morrisnichols.com
(*Counsel to the Debtor*)

Brian Resnick
Adam Shpeen
Stephen Piraino
Ethan Stern
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Email:  brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        stephen.piraino@davispolk.com
        ethan.stern@davispolk.com
(*Counsel to the Debtor*)

Steven E. Fox
Riemer & Braunstein
Seven Times Square
Times Square Tower, Suite 2506
New York, NY  10036
Email:  sfox@riemerlaw.com
(*Counsel to the Buyer Gordon Brothers*)

Sam A. Dushey
Forman Mills
1070 Thomas Busch Highway
Pennsauken, NJ  08110
Email:  sdushey@formanmills.com
(*Counsel to Proposed Assignee*)

Linda Casey
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email:  Linda.Casey@usdoj.gov
(*U.S. Trustee*)

                /s/  *J. Cory Falgowski*
                J. Cory Falgowski (No. 4546)