# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 2159, 2199, 2249** |

## WITNESS AND EXHIBIT LIST OF BURLINGTON STORES, INC. RELATING TO MATTERS SCHEDULED FOR HEARING ON MARCH 25, 2025 AT 10:00 A.M. (ET)

Burlington Stores, Inc.[2] ("Burlington"), by and through its undersigned counsel, hereby submits this Witness and Exhibit List for the hearing to be held on March 25, 2025, at 10:00 a.m. (ET) (the "Hearing") with respect to the following matters and any related matters going forward at the Hearing:

1.    *Notice of Seventeenth Post-Closing Designation Notice* [D.I. 2159].

2.    *Notice of Amended Cure Amounts for Seventeenth Post-Closing Seventeenth Notice* [D.I. 2199].

3.    *Objection of UE Revere LLC to Notice of Filing of Seventeenth Post-Closing Designation Notice and Notice of Amended Cure Amounts for Seventeenth Post-Closing Designation Notice* [D.I. 2249].

---

[1]    The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]    Burlington Stores, Inc. is the parent of the Purchaser Entity listed at Docket No. 2159, Burlington Coat Factory of Texas, Inc., a designee of Burlington Coat Factory Warehouse Corporation.

## WITNESS LIST

Burlington reserves the right to call the following witnesses:

1. Dante Fratarcangelo, Senior Director of Real Estate at Burlington;

    a. Mr. Fratarcangelo's testimony will relate to Burlington's adequate assurance of performance consistent with the Marshall's use exclusive and restrictive provision under the Revere, MA Lease.

2. Any witness listed or called by any other party; and

3. Rebuttal witnesses as necessary.

Burlington reserves the right to cross-examine any witness called by any other party.

## EXHIBITS

Burlington designates the following exhibits that may be used at the Hearing:

| Exhibit | Description | Docket No./ Bates No. |
|---|---|---|
| 1. | *Declaration of Dante Fratarcangelo in Support of the Assumption and Assignment of the Revere, Massachusetts Lease to Burlington Coat Factory of Texas, Inc.* | [To be filed] |

## RESERVATION OF RIGHTS

Burlington reserves (a) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing and add witnesses and/or exhibits, as applicable, and (b) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. Burlington also reserves the right to rely upon and use as evidence (a) exhibits included on the exhibit list of any other parties in interest, and (b) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

*[Signature page follows]*

Dated: March 21, 2025

/s/ *Marcy J. McLaughlin Smith*
**WOMBLE BOND DICKINSON (US) LLP**
Matthew P. Ward (DE Bar No. 4471)
Marcy J. McLaughlin Smith (DE Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
      marcy.smith@wbd-us.com

-and-

**JACKSON WALKER LLP**
Kristhy M. Peguero (TX Bar No. 24102776)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email:   kpeguero@jw.com

Jennifer F. Wertz (TX Bar No. 24072822)
100 Congress Ave., Suite 1100
Austin, TX 78701
Telephone: (512) 236-2247
Email:   jwertz@jw.com

Christopher R. Bankler (TX Bar No. 24066754)
William Farmer (TX Bar No. 24127156)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-5859
Email: cbankler@jw.com
      wfarmer@jw.com

*Co-Counsel for Burlington Stores, Inc.*