IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,*[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, do herby certify that on March 21, 2025, I caused a true and correct copy of the *Witness and Exhibit List of Burlington Stores, Inc. Relating to Matters Scheduled for Hearing on March 25, 2025 at 10:00 a.m. (ET)* to be electronically filed and served via CM/ECF upon all parties authorized to receive electronic notice in this matter, and on the parties listed in the attached service list via Electronic Mail.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE Bar No. 6184)

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**Service List**

| | |
|---|---|
| *Counsel to the Debtors*<br>Robert J. Dehney, Sr<br>Andrew R. Remming<br>Daniel B. Butz<br>Tamara K. Mann<br>Casey B. Sawyer<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: biglots.mnat@morrisnichols.com | *Counsel to the Debtors*<br>Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Jonah A. Peppiatt<br>Ethan Stern<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: notice.biglots@davispolk.com |
| *Counsel to the Official Committee of Unsecured Creditors*<br>Justin R. Alberto<br>Stacy L. Newman<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com<br>          snewman@coleschotz.com | *Counsel to the Official Committee of Unsecured Creditors*<br>Darren Azman<br>Kristen G. Going<br>**MCDERMOTT WILL & EMERY LLP**<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com<br>          kgoing@mwe.com |
| *Office of the United States Trustee for the District of Delaware*<br>Linda J. Casey<br>Caleb Boggs Federal Building<br>844 King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Email: linda.casey@usdoj.gov | *Counsel to UE Revere LLC*<br>Leslie C. Heilman<br>Laurel D. Roglen<br>Margaret A. Vesper<br>**BALLARD SPAHR LLP**<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>E-mail: heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com |