# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　　Debtor(s). | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>Jointly Administered<br><br>**Re: DI 2207** |

## HOMEVIEW DESIGN INC.'S WITNESS AND EXHIBIT LIST
## FOR HEARING TO BE HELD ON MARCH 25, 2025

HomeView Design Inc. ("**Creditor**"), by and through counsel, Kasen & Kasen P.C., hereby submits this Witness and Exhibit List ("**W&E List**") regarding exhibit(s) that may be used or introduced and/or witnesses that may be called by each of the above parties at the hearing scheduled for Tuesday, March 25, 2025 at 10:00 a.m., Eastern Time, before the Honorable J. Kate Stickles, in the United States Bankruptcy Court for the District of Delaware.

## WITNESS LIST

1. Edmund Tong

    a. Mr. Tong will appear in person.

    b. Mr. Tong will be available to introduce documents and testify regarding the outstanding post-closing liability

    c. Mr. Tong will have access to all exhibits.

2. Any witness called or listed by any other party.

3. Any witness necessary to lay the foundation for the admission of exhibits; and

4. Any rebuttal and/or impeachment witnesses.

**EXHIBIT LIST**

| No. | Description |
|---|---|
| 1 | Purchase Orders for Post-Closing Administrative Claim |
| 2 | Emails November 15 2024 through January 15 2025 |
| 3 | Press Release 12/19/24 |
| 4 | Press Release 12/27/24 |
| 5 | DI 1962 – Pre-Closing Administrative Claims Procedures Motion |
| 6 | DI 2110 – Pre-Closing Administrative Claims Procedures Order |

Dated: March 22, 2025            Respectfully submitted,

KASEN & KASEN, P.C.
*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to Creditor*