**From:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**Sent:** Friday, November 15, 2024 12:27 PM
**To:** Inman, Anne <ainman@biglots.com>
**Cc:** Wunderlich, Abigail <AWunderl@biglots.com>
**Subject:** RE: Vendor 1008278 for PO#: 95678063

Hi Anne,

Happy Friday,  Thanks so much for your order No. 95678063 today,  Please review and amend the following.;

Ship date:  Please amend the ship date to;  Dec 16-23,   Dec 23 - Dec 27 is Christmas Holiday,
Payment  Term  Net 30  Match with other dept.  Please adding the Biglot Store DIP No. on PO.  See the attachment for records.
Please clarify those planter stand set cost is correct  $34.80/per Case lot, or not,  22654, 22652, 22657,  22656, Are those bought by case unit?



TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:   570-695-2848          Fax:     570-695-2862

11.00 x 8.50 in      <

DIP 24-

Thanks so much for your support,   Have a great  weekend,

Best Regards

Edmund Tong
HomeView Design., Inc.
Tel: 909-593-2800 X 110

-----Original Message-----
From: Anne Inman <ainman@biglots.com>
Sent: Friday, November 15, 2024 6:31 AM
To: EDMUND@HOMEVIEWDESIGN.COM
Subject: Vendor 1008278 for PO#: 95678063

NOTICE: This email message is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately contact the sender by reply email and destroy all copies of the original message. No contract shall exist and no binding obligations or liabilities shall be imposed on Big Lots or its affiliates by virtue of this email or its contents, any attachment or any verbal or written representations or other statements of Big Lots (including its affiliates and their respective representatives) unless and until an officer of Big Lots and representatives of the other parties have duly executed and delivered a written, integrated contract. Any party may terminate negotiations at any time for any or no reason.

**From:** Knaul, Sarah <SKnaul@biglots.com>
**Sent:** Monday, November 18, 2024 7:08 AM
**To:** edmund@homeviewdesign.com
**Subject:** Homeview Expired COI 11.18.24

Hello,

We were made aware that your COI has expired 11/17/2024 and are in need of an updated one.  It takes a couple of weeks for them to process the information and for the system to update.  If we do not have this information in time, please note that orders will not be able to be written for you.  Please send an updated COI to Biglots@Ebix com, and let us know when you send it.  Please also send it to me as well, just so I can keep it for our files.

Please let me know if you have any questions or if I can be of any help!

Thank you,
**Sarah Knaul**
**Merchandise Coordinator | RTA Furniture**



4860 E. Dublin Granville Rd.
Columbus, OH 43081-7651

NOTICE: This email message is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately contact the sender by reply email and destroy all copies of the original message. No contract shall exist and no binding obligations or liabilities shall be imposed on Big Lots or its affiliates by virtue of this email or its contents, any attachment or any verbal or written representations or other statements of Big Lots (including its affiliates and their respective representatives) unless and until an officer of Big Lots and representatives

**From:** Wunderlich, Abigail <AWunderl@biglots.com>
**Sent:** Monday, November 18, 2024 7:08 AM
**To:** edmund@homeviewdesign.com; Inman, Anne <ainman@biglots.com>
**Subject:** RE: Vendor 1008278 for PO#: 95678063

Hi Edmund,

Can you please clarify is the cost of $17.40 is per 3 planters, making the whole case pack of 6 $34.80, or if the cost of both sets (6 planters) is $17.40?

Thank you,
**ABBY WUNDERLICH**
Merchandise Coordinator
Decorative Pillows, Outdoor Cushions, & Gardening
**BIG LOTS!**

4900 E. Dublin Granville Rd.
Columbus, OH 43081-7651

**From:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**Sent:** Monday, November 18, 2024 10:09 AM
**To:** 'Wunderlich, Abigail' <AWunderl@biglots.com>; 'Inman, Anne' <ainman@biglots.com>
**Subject:** RE: Vendor 1008278 for PO#: 95678063

Thanks Abby, Wells received,

Best Regards

**Edmund Tong**
**HomeView Design., Inc.**
**Tel: 909-593-2800 X 110**

**From:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**Sent:** Monday, November 18, 2024 12:54 PM
**To:** Wunderlich, Abigail <AWunderl@biglots.com>; Inman, Anne <ainman@biglots.com>
**Subject:** RE: Vendor 1008278 for PO#: 95678063

Hi Abby,

      Good Morning, Hope you have a great weekend,

       It is correct, There are 2 set ( 6 pcs) in carton box,  Each set of 3 pcs $17.40/set, and full carton box 2 set is $34.80/carton,  We do receive the revised terms in this PO, Can you please adding the DIP No. on this purchase order,

       Thanks so much for your order,

Best Regards

**Edmund Tong**
**HomeView Design., Inc.**
**Tel: 909-593-2800 X 110**

**Subject:**     RE: Vendor 1008278 for PO#: 95678063

**Date:**        Monday, November 18, 2024 at 12:58:14 PM Eastern Standard Time

**From:**        Wunderlich, Abigail <AWunderl@biglots.com>

**To:**          edmund@homeviewdesign.com <edmund@homeviewdesign.com>, Inman, Anne <ainman@biglots.com>

**Attachments:** 95678063 11.18.pdf, image001.png

Hi Edmund,

Thanks for the clarification! The cost you are seeing on the PO is for the entire case pack, so two sets.

Also, the DIP# is available in the header text!

Thank you,
**ABBY WUNDERLICH**
Merchandise Coordinator
Decorative Pillows, Outdoor Cushions, & Gardening
**BIG LOTS!**
4900 E. Dublin Granville Rd.
Columbus, OH 43081-7651

**From:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**Sent:** Tuesday, November 19, 2024 5:48 PM
**To:** Knaul, Sarah <SKnaul@biglots.com>
**Subject:** RE: Homeview Expired COI 11.18.24

Here you go, Just receive the updated COI,

Best Regards

Edmund Tong
HomeView Design., Inc.
Tel: 909-593-2800 X 110

**From:** Knaul, Sarah
**Sent:** Wednesday, November 20, 2024 9:56 AM
**To:** edmund@homeviewdesign.com
**Subject:** RE: Homeview Expired COI 11.18.24

Hi Edmund,

Just got this to our team and everything has been updated so I can go ahead and write POs to you today. POs should be over to you shortly.

Thank you so much for your help!

**SARAH KNAUL**
**Merchandise Coordinator | RTA, Accent Furniture**

**Subject:**      RE: Homeview Expired COI 11.18.24
**Date:**         Wednesday, November 20, 2024 at 10:19:03 AM Eastern Standard Time
**From:**         Knaul, Sarah <SKnaul@biglots.com>
**To:**           edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**CC:**           Mason, Kayla <KMason@biglots.com>
**Attachments:** image001.png

Hello,

POs below have been written.

PO#
95696535
95696536
95696537

Vendor messages have been sent out automatically. If these changes do not reflect on your end, please let me know so I can either resend vendor messages or attached PDF copies of these POs.

Please let me know if you have any questions or if I can be of any help!

Thank you,
SARAH KNAUL
**Merchandise Coordinator | RTA, Accent Furniture**



4860 E. Dublin Granville Rd.
Columbus, OH 43081-7651

| | |
|---|---|
| **Subject:** | FW: URGENT: CEO Vendor Update for Distribution |
| **Date:** | Friday, November 22, 2024 at 3:37:36 PM Eastern Standard Time |
| **From:** | Mason, Kayla <KMason@biglots.com> |
| **To:** | Mason, Kayla <KMason@biglots.com> |
| **Priority:** | High |
| **Attachments:** | VENDOR UPDATE Big Lots Nexus Sale Approved_11222024.pdf, image003.png |

Hi there,

I wanted to provide you with an exciting update!  Today we received court approval for the sale of Big Lots to Nexus.  Please see attached for a letter from our CEO, Bruce Thorn.  There are still some customary closing conditions to be met before the sale is final, and we anticipate that to be completed in early December. Please let me know if you have any questions surrounding this.

Thank you and I hope you have a wonderful weekend!

**KAYLA MASON**
**Senior Buyer | RTA, Accent Furniture**



4860 E. Dublin Granville Rd.
Columbus, OH 43081-7651

NOTICE: This email message is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately contact the sender by reply email and destroy all copies of the original message. No contract shall exist and no binding obligations or liabilities shall be imposed on Big Lots or its affiliates by virtue of this email or its contents, any attachment or any verbal or written representations or other statements of Big Lots (including its affiliates and their respective representatives) unless and until an officer of Big Lots and representatives of the other parties have duly executed and delivered a written, integrated contract. Any party may terminate negotiations at any time for any or no reason.



**Subject: Nexus Sale Approved**

**November 22, 2024**

I'm happy to share that today we received court approval for the sale of substantially all of the Company's assets and ongoing business operations to Nexus. We are now one step closer toward finalizing this process, paving the way for us to begin a new phase for our company and our future. We expect to formally complete the transaction in early December.

Partnering with Nexus, which believes in our business and long-term success, will ensure that Big Lots is best positioned to emerge as a stronger company for 2025 and beyond, making us an even better partner to you.

We hope that you share our excitement in reaching this milestone and our future potential under Nexus' ownership.

As we have done throughout this process, Big Lots will continue to work with you as usual. We deeply value our relationship, which is a vital component of our success, and we remain laser-focused on delivering outstanding value to our customers.

Thank you for your partnership and support!

Sincerely,

Bruce Thorn
President & CEO

**From:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**Sent:** Thursday, December 5, 2024 2:08 PM
**To:** Wunderlich, Abigail <AWunderl@biglots.com>; Inman, Anne <ainman@biglots.com>
**Subject:** RE: Vendor 1008278 for PO#: 95678063

Hi Anne,

    Good Afternoon, Just receive the oversea container updated information, There are some item short ship on this PO due to closeout item quality issue we have to sort out before shipped, Please see the attached updated list which highlighted in red for your revised the order qty.

    By the way, The container schedule arrival on Long Beach Port on Dec 16, 2024 which pass the order routing out day, Please amend the cancellation date to December 30,2024,

    Thanks so much for your supporting, Have a great day,


Best Regards

**Edmund Tong**
**HomeView Design., Inc.**
**Tel: 909-593-2800 X 110**

**Subject:**    RE: Vendor 1008278 for PO#: 95678063

**Date:**    Thursday, December 5, 2024 at 2:10:46 PM Eastern Standard Time

**From:**    Inman, Anne <ainman@biglots.com>

**To:**    edmund@homeviewdesign.com <edmund@homeviewdesign.com>, Wunderlich, Abigail <AWunderl@biglots.com>

**Attachments:** image001.png

Abby→ can you adjust the Po as requested below?

Thanks!


Anne Inman
Senior Buyer- Patio
Furniture, Gazebos/Umbrellas, Planters, Grills/Firepits

Big Lots! 4900 East Dublin Granville Rd
Columbus, OH 43081-7651
614-278-4366

**From:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**Sent:** Monday, December 9, 2024 6:11 PM
**To:** Knaul, Sarah <SKnaul@biglots.com>; Mason, Kayla <KMason@biglots.com>; Harker, Savannah <SHarker@biglots.com>
**Cc:** connie@homeviewdesign.com
**Subject:** RE: UGF-PO#0000282 - # 22573/22574/22576/22577/22579

Hi Sarah,

        Good afternoon, Thanks for your sending the revised PO, We do review those  and found out the unit cost on item No 22579 is $41.20 /set, But the master case cost should be $ 82.40/mass carton,  Please revised the PO according,


22579   Unit cost$ 41.20/set,   2 case per carton  which is $82.40/carton on your PO.

Thanks

Best Regards

Edmund Tong
HomeView Design., Inc.
Tel: 909-593-2800 X 110

**From:** Mason, Kayla <<KMason@biglots.com>>
**Sent:** Monday, December 09, 2024 6:25 AM
**To:** Knaul, Sarah <<SKnaul@biglots.com>>; edmund@homeviewdesign.com; Harker, Savannah <<SHarker@biglots.com>>
**Subject:** RE: UGF-PO#0000282 - # 22573/22574/22576/22577/22579

Hi Edmund,

I have a few questions just to make sure we are updating correctly!

1. For sku 22579, you are saying that our orders have it as a master carton of 1, but 2 units are packed in 1 box, correct?
   a. These are the Pos that need to be updated to reflect 2 units per carton?  Example, the 382 just need updated to 191 in the below first example?
      i. 1) LOAD QTY PER CUSTOMER PO 95696535: 382 SET (191 CTNS)
      2) LOAD QTY PER CUSTOMER PO 95696536: 376SET (188 CTNS)
      3) LOAD QTY PER CUSTOMER PO 95696537: 534 SET (267 CTNS)
2. In the email subject, you have 4 additional sku numbers (22573/22574/22576/22577).  Do these all come as 2 units per carton as well?
   a. If so are there additional Pos affected?
3. For the POE container needing 1 load per PO, you are saying that each individual container needs to have just one PO# on it?
   a. 2) LOAD QTY PER CUSTOMER PO 95696536: 376SET (188 CTNS)
   3) LOAD QTY PER CUSTOMER PO 95696537: 534 SET (267 CTNS)

**KAYLA MASON**
**Senior Buyer | RTA, Accent Furniture**



4860 E. Dublin Granville Rd.
Columbus, OH 43081-7651

**From:** Mason, Kayla <KMason@biglots.com>
**Sent:** Monday, December 09, 2024 8:57 AM
**To:** edmund@homeviewdesign.com
**Cc:** Knaul, Sarah <SKnaul@biglots.com>
**Subject:** Homeview

Hi Edmund,

Hope you had a great weekend!  The below 2 Pos are currently scheduled for Feb 2025 delivery dates.  However, we already have Pos that are arriving at that same time for the same product in those DCs.  Are we able to push the below 2 Pos from Feb to March delivery dates?  This would help to break up the flow of these items and help keep them moving to stores.  Please confirm.  Thank you!

| PO Num | Item2 | Merchandise Category2 | Fiscal Period |
|---|---|---|---|
| 95610243 | **23" LG BLK HEX MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **23" LG SLV HEX MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **22" LG BLK RND MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **22" LG GLD RND MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **22" SLV RND MRBL TOP WIRE END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **22" GLD RND MRBL TOP WIRE END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **21" SM BLK HEX MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **21" SM SLV HEX MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **20" SM BLK RND MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **20" SM GLD RND MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| 95610243 Total | | | |

| | | | |
|---|---|---|---|
| 95643797 | **23" LG BLK HEX MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **23" LG SLV HEX MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **22" LG BLK RND MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **22" LG GLD RND MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **22" SLV RND MRBL TOP WIRE END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **22" GLD RND MRBL TOP WIRE END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **21" SM BLK HEX MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **21" SM SLV HEX MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **20" SM BLK RND MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| | **20" SM GLD RND MRBL TOP END TABLE** | SIDE TABLES | Pd 1 Yr 2025 |
| 95643797 Total | | | |

**KAYLA MASON**
**Senior Buyer | RTA, Accent Furniture**



4860 E. Dublin Granville Rd.
Columbus, OH 43081-7651

NOTICE: This email message is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately contact the sender by reply email and destroy all copies of the original message. No contract shall exist and no binding obligations or liabilities shall be imposed on Big Lots or its affiliates by virtue of this email or its contents, any attachment or any verbal or written representations or other statements of Big Lots (including its affiliates and their respective representatives) unless and until an officer of Big Lots and representatives of the other parties have duly executed and delivered a written, integrated contract. Any party may terminate negotiations at any time for any or no reason.

**From:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**Sent:** Monday, December 09, 2024 9:46 AM
**To:** 'Mason, Kayla' <KMason@biglots.com>
**Cc:** 'Knaul, Sarah' <SKnaul@biglots.com>
**Subject:** RE: Homeview

Hi Kayla

　　　　Good Morning, Savannah have push me so hard on this order ship date and we have request to ship those order completed ASAP, Please allow me to check with oversea and let me know what we can do on this,　Thanks


Best Regards

**Edmund Tong**
**HomeView Design., Inc.**
**Tel: 909-593-2800 X 110**

**From:** Knaul, Sarah <<u>SKnaul@biglots.com</u>>
**Sent:** Monday, December 09, 2024 11:28 AM
**To:** <u>edmund@homeviewdesign.com</u>; Mason, Kayla <<u>KMason@biglots.com</u>>; Harker, Savannah <<u>SHarker@biglots.com</u>>
**Subject:** RE: UGF-PO#0000282 - # 22573/22574/22576/22577/22579

Hi Edmund,

These POs have been updated to the quantities below.

PO#

95696535: 380 SET (190 CTNS)
95696536: 376 SET (188 CTNS)
95696537: 532 SET (266 CTNS)

We had to round containers down so that they are divisible by the update case packs.

I have attached PDF versions of these POs. Please let me know if these changes do not reflect on your side or if anything needs updated.

Thank you,
**SARAH KNAUL**
**Merchandise Coordinator | RTA, Accent Furniture**



4860 E. Dublin Granville Rd.
Columbus, OH 43081-7651

**From:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**Sent:** Monday, December 9, 2024 12:30 PM
**To:** Mason, Kayla <KMason@biglots.com>; Knaul, Sarah <SKnaul@biglots.com>; Harker, Savannah <SHarker@biglots.com>
**Subject:** RE: UGF-PO#0000282 - # 22573/22574/22576/22577/22579

Hi Kayla,

Good Morning, Hope you have a great weekend,

On those 3 Purchase order No. 95696535- 95696537,  We have only requested to amend the item No 22579 case pack from 1 set/carton change to 2 set/carton. ( 2 set nestled pack) , Other item No. 22573, 22574, 22576, 22577 on the Subject are remind the same not need to change,

Yes,  We do need those 3 purchase order change order qty. to divided to 2 which on following qty. details,

2 SET/CTN/0.154 cbm, 5.44 CUFT @ 28 LBS, Total qty. 1,292 set, 646 master carton.

1) LOAD QTY PER CUSTOMER PO 95696535: 382 SET (191 CTNS)
2) LOAD QTY PER CUSTOMER PO 95696536: 376SET (188 CTNS)
3) LOAD QTY PER CUSTOMER PO 95696537: 534 SET (267 CTNS)

Please let me know if you have any questions, Looking forward to hearing from you,


Best Regards

Edmund Tong
HomeView Design., Inc.
Tel: 909-593-2800 X 110

**From:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**Sent:** Tuesday, December 10, 2024 3:34 PM
**To:** Mason, Kayla <KMason@biglots.com>
**Cc:** Knaul, Sarah <SKnaul@biglots.com>
**Subject:** RE: Homeview

Hi Kayla,

      Good afternoon, After check with oversea and they almost done all the production as today and waiting for container booking, But we are valued your business and hope can build up A+ with your dept.  We are keeping this order No. 95610243 to ship after Chinese New Year and Cancel date on March 4,2025,

      On PO 95643797, Please allow us to ship as original delivery date, Those was POE shipment and must to ship in fully container, There are may be some qty. balance need to loading with other PO together, We will updating the balance qty. after oversea loading those containers for your revised records,

      Thanks for your support our business,


Best Regards

**Edmund Tong**
**HomeView Design., Inc.**
**Tel: 909-593-2800 X 110**

**From:**          Knaul, Sarah <SKnaul@biglots.com>
**Sent:**          Wednesday, December 11, 2024 6:02 AM
**To:**            edmund@homeviewdesign.com; Mason, Kayla; Harker, Savannah
**Cc:**             connie@homeviewdesign.com
**Subject:**       RE: UGF-PO#0000282 - # 22573/22574/22576/22577/22579
**Attachments:**   PO# 95696537.pdf; PO# 95696536.pdf; PO# 95696535.pdf


Hi Edmund,

I apologize for the delay. I have competed cost change to $82.40 for Item No 22579 on the below POs.

PO#
95696535: 380 SET (190 CTNS) $82.40
95696536: 376 SET (188 CTNS) $82.40
95696537: 532 SET (266 CTNS) $82.40

I have also attached PDF versions of these updated POs to this message. If these changes do not reflect on your end, please let me know.

Please reach out if you have any questions or if anything else needs updated!

Thank you,
**SARAH KNAUL**
**Merchandise Coordinator | RTA, Accent Furniture**



4860 E. Dublin Granville Rd.
Columbus, OH 43081-7651

**Subject:** RE: Homeview

**Date:** Wednesday, December 11, 2024 at 9:09:21 AM Eastern Standard Time

**From:** Mason, Kayla <KMason@biglots.com>

**To:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>

**CC:** Knaul, Sarah <SKnaul@biglots.com>

**Attachments:** image001.png

HI Edmund,

Thank you very much and we truly appreciate your partnership!  Noted that PO 95643797 needs to remain as is.  For PO 95610243, are you meaning the ship date is 3/4 now?  We do NOT want to cancel.  Thank you!

**KAYLA MASON**

**Senior Buyer | RTA, Accent Furniture**



4860 E. Dublin Granville Rd.
Columbus, OH 43081-7651

**From:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**Sent:** Wednesday, December 11, 2024 11:59 AM
**To:** Mason, Kayla <KMason@biglots.com>
**Cc:** Knaul, Sarah <SKnaul@biglots.com>
**Subject:** RE: Homeview

Hi Kayla,

       Good Morning, Thanks for your reply,  Here is the order need to revised as below.:

PO 95610243    Change ship date to Feb 25  and  Cancelled on March 1, 2025,
PO 95643797     Keep as same right now, We will notice the balance qty. need to revised to ship with
PO 95610243 together after first lot ship out on Jan, 2025,
       Let m know if you have any other questions,
        Did you receive the new item PDF picture to review and check out?


Best Regards

Edmund Tong
HomeView Design., Inc.
Tel: 909-593-2800 X 110

**Subject:**     RE: Homeview

**Date:**        Wednesday, December 11, 2024 at 2:33:29 PM Eastern Standard Time

**From:**        Knaul, Sarah <SKnaul@biglots.com>

**To:**          edmund@homeviewdesign.com <edmund@homeviewdesign.com>, Mason, Kayla
                 <KMason@biglots.com>

**Attachments:** PO# 95610243.pdf, image001.png

Hi Edmund,

I changed the delivery date on PO#95610243 to 4/14/2025. This got us as close as we can to the
ship window you asked for (2/25-3/1).

I attached a PDF copy of the PO to this message. Please let me know if this change does not reflect
on your end.

Please let me know if you have any questions!

Thank you,

**SARAH KNAUL**

**Merchandise Coordinator | RTA, Accent Furniture**



4860 E. Dublin Granville Rd.
Columbus, OH 43081-7651

**From:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>
**Sent:** Wednesday, January 15, 2025 12:50 PM
**To:** Inman, Anne <ainman@biglots.com>
**Subject:** RE: Your order No. 95678063 Under DIP No. 24-11967

Hi Anne,

I hope this message finds you well.

We are writing regarding the purchase order No. 95678063 under DIP No. 24-11967. These orders have been ready for shipment.

To ensure a smooth and timely delivery, we kindly request your guidance on how to proceed with the shipment delivery. Please advise us on:

1. The preferred delivery schedule and destination.
2. Any specific instructions or requirements for the shipment.
3. Confirmation of the receiver contact details for coordination.

Your prompt response would be greatly appreciated, as it will allow us to finalize the arrangements and meet your expectations.

Thank you for your attention to this matter. Looking forward to your instructions

Best Regards

**Edmund Tong**
**HomeView Design., Inc.**
**Tel: 909-593-2800 X 110**

NOTICE: This email message is intended only for the person or entity to which it is addressed and may contain confidential information and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please immediately contact the sender by reply email and destroy all copies of the original message. No contract shall exist and no binding obligations or liabilities shall be imposed on Big Lots or its affiliates by virtue of this email or its contents, any attachment or any verbal or written representations or other statements of Big Lots (including its affiliates and their respective representatives) unless and until an officer of Big Lots and representatives of the other parties have duly executed and delivered a written, integrated contract. Any party may terminate negotiations at any time for any or no reason.

**Subject:** RE: Your order No. 95678063 Under DIP No. 24-11967

**Date:**    Wednesday, January 15, 2025 at 12:53:57 PM Eastern Standard Time

**From:**    Inman, Anne <ainman@biglots.com>

**To:**    edmund@homeviewdesign.com <edmund@homeviewdesign.com>

Hi Edmund,

With the recent news of our going into liquidation and then Gordon Brothers/Variety Wholesalers all current PO's that were issued were cancelled off if not already shipped, so we will not be picking these goods up as originally planned and they will not be re-instated.

There are a lot of questions that don't have answers yet but as Variety determines the go forward. If they would like to wait until we know more information regarding our sale to Variety, we are happy to review the product then to see if would make sense for the go-forward strategy once we know more.

Thanks!

Anne Inman
Senior Buyer- Patio
Furniture, Gazebos/Umbrellas, Planters, Grills/Firepits

Big Lots! 4900 East Dublin Granville Rd
Columbus, OH 43081-7651
614-278-4366

**Subject:** Re: Your order No. 95643797, 95558537-9, 95610243 Under DIP No. 24-11967
**Date:** Wednesday, January 15, 2025 at 1:55:59 PM Eastern Standard Time
**From:** Mason, Kayla <KMason@biglots.com>
**To:** edmund@homeviewdesign.com <edmund@homeviewdesign.com>

Hi Edmund,

All of these POs were canceled a few weeks ago when the Nexus sale fell through. At this time they will remain canceled.

| PO# | Status |
|---|---|
| 95558537 | Cancelled |
| 95558538 | Cancelled |
| 95558539 | Cancelled |
| 95643797 | Cancelled |
| 95610243 | Cancelled |

Get Outlook for iOS