# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | Re: D.I. 2178 |

## WITNESS AND EXHIBIT LIST OF PROPOSED ASSIGNEE, FORMAN MILLS, INC., REGARDING MARCH 25, 2025 HEARING ON DEBTORS' ASSUMPTION AND ASSIGNMENT OF NON-RESIDENTIAL REAL PROPERTY LEASES

Proposed assignee, Forman Mills, Inc. ("Forman Mills"), discloses the following witness it intends to call and exhibits it may introduce at the hearing on March 25, 2025 regarding Debtors' proposed assumption and assignment of certain unexpired leases of non-residential real property to Forman Mills.

**WITNESS**

    (1)    Sam Dushey, CEO of Forman Mills

**EXHIBITS**

    (a)    The set of adequate assurance materials provided to landlords by Forman Mills;

    (b)    Any documents produced by Forman Mills in response to requests for production of documents served by one or more objecting landlords; and

    (c)    Any documents referenced or introduced by any other party at the hearing.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Because multiple objections have been filed as of the date hereof to the proposed lease assignments, Forman Mills reserves the right to introduce other exhibits and to call additional witnesses and/or cross-examine any witnesses called by any of the objectors or any other party in interest in opposition to such proposed assignments, including for the purposes of impeachment and/or rebuttal.

Dated: March 22, 2025

**BLANK ROME LLP**

*/s/ Lawrence R. Thomas III*
Lawrence R. Thomas III (DE No. 6935)
**BLANK ROME LLP**
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
E-mail: Lorenzo.thomas@blankrome.com

-and-

John Lucian (pro hace vice)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone:  (215) 569-5442
Email: John.lucian@blankrome.com

*Counsel for Forman Mills, Inc.*