IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 1923, 2013 and 2332 |

**B&B KINGS ROW HOLDINGS, LLC'S LIST OF
WITNESSES AND EXHIBITS FOR HEARING ON
OBJECTIONS RELATING TO POST-CLOSING DESGINATION NOTICE**

B&B Kings Row Holdings, LLC (the "Brandon, Florida Landlord" or "Landlord"), by and through its undersigned counsel, hereby submits this list of witnesses that it may call, and list of exhibits that it may introduce, at the hearing beginning on March 25, 2025 (the "Hearing"), before this Court on:

-*the Fifth Post-Closing Designation Notice* [D.I. 1923];

-*the Brandon, Florida Landlord's Objection to Fifth Post-Closing Designation Notice and Reservation of Rights* [D.I. 2015]; and

-*the Supplement to the Brandon, Florida Landlord's Objection to the Fifth Post-Closing Designation Notice and Reservation of Rights* [D.I. 2332];

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081

32090362v.1

-2-

**WITNESSES**

1. Subject to the Court's approval, Landlord presently expects to call or may call the following witnesses at the Hearing:

    A. Michael Bichimer, authorized representative of Landlord

    B. Any witness called by any other party

Counsel to the Landlord reserves the right to cross examine any witness called by another party.

**EXHIBITS**

2. The Landlord reserves the right to supplement or amend its Exhibit List to: (i) address documents produced by other parties recently or in the future; (ii) use and/or admit into evidence any exhibit identified on the exhibit list of any other party; and (iii) use and/or admit into evidence any exhibit used for impeachment purposes. The Landlord reserves the right to object to the admissibility of any of the exhibits in its Exhibit List and does not waive any objections by including any exhibit on its Exhibit List. The Landlord reserves the right to present demonstratives for use during witness testimony and cross examination. The Landlord also reserves the right to request the Court to take judicial notice of any exhibits (whether or not on the exhibit list) as necessary. Finally, the Landlord reserves the right to use any exhibit on its Exhibit List in an order other than identified below.

| **Exhibit No.** | **Exhibit (Description)** |
|---|---|
| B&B | Lease Agreement between Landlord and Family Dollar Stores of Florida, Inc. and all amendments thereof |

32090362v.1

-3-

Dated: March 22, 2025
      Wilmington, Delaware

**ESBROOK P.C.**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE Bar No. 4885)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 650-7540
Email: scott.leonhardt@esbrook.com

*Counsel for the Landlord*