**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Marla S. Benedek, hereby certify that on March 23, 2025, I caused the foregoing Variety Stores, LLC's Witness and Exhibit List for Hearing on March 25, 2025, at 10:00 a.m. to be served via the Court's CM/ECF system on all parties who have registered to receive such electronic notifications in these cases and, further, upon the parties listed in the attached Service List by electronic mail.

**COZEN O'CONNOR**

Dated: March 23, 2025

/s/ *Marla S. Benedek*
Marla S. Benedek (No. 6638)
Simon E. Fraser (No. 5335)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 250-4498
Email: mbenedek@cozen.com
Email: sfraser@cozen.com

*Counsel to Variety Stores, LLC*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**Service List**

| | |
|---|---|
| ***Counsel to the Debtors***<br>Robert J. Dehney, Sr<br>Andrew R. Remming<br>Daniel B. Butz<br>Tamara K. Mann<br>Casey B. Sawyer<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: biglots.mnat@morrisnichols.com | ***Counsel to the Debtors***<br>Brian M. Resnick<br>Adam L. Shpeen<br>Stephen D. Piraino<br>Jonah A. Peppiatt<br>Ethan Stern<br>**DAVIS POLK & WARDWELL LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: notice.biglots@davispolk.com |
| ***Counsel to the Official Committee of Unsecured Creditors***<br>Justin R. Alberto<br>Stacy L. Newman<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com<br>Email: snewman@coleschotz.com | ***Counsel to the Official Committee of Unsecured Creditors***<br>Darren Azman<br>Kristen G. Going<br>**MCDERMOTT WILL & EMERY LLP**<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com<br>Email: kgoing@mwe.com |
| ***Office of the United States Trustee for the District of Delaware***<br>Linda J. Casey<br>Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Email: linda.casey@usdoj.gov | ***Counsel to Warren Terra Inc.***<br>Robert Berner<br>**BAILEY CAVALIERI LLC**<br>409 E. Monument Ave., Suite 103<br>Dayton, OH 45402<br>Email: rberner@baileycav.com<br><br>Scott J. Leonhardt<br>**ESBROOK P.C.**<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Email: scott.leonhardt@esbrook.com |

| ***Counsel to Eastgrove Shopping Center, LLC***<br>Robert Berner<br>**BAILEY CAVALIERI LLC**<br>409 E. Monument Ave., Suite 103<br>Dayton, OH 45402<br>Email: rberner@baileycav.com<br><br>Scott J. Leonhardt<br>**ESBROOK P.C.**<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Email: scott.leonhardt@esbrook.com | ***Counsel to William R. Roth Lancaster, LLC***<br>Robert Berner<br>**BAILEY CAVALIERI LLC**<br>409 E. Monument Ave., Suite 103<br>Dayton, OH 45402<br>Email: rberner@baileycav.com<br><br>Scott J. Leonhardt<br>**ESBROOK P.C.**<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Email: scott.leonhardt@esbrook.com |
|---|---|
| ***Counsel to B&B Kings Row Holdings LLC***<br>Robert Berner<br>**BAILEY CAVALIERI LLC**<br>409 E. Monument Ave., Suite 103<br>Dayton, OH 45402<br>Email: rberner@baileycav.com<br><br>Scott J. Leonhardt<br>**ESBROOK P.C.**<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Email: scott.leonhardt@esbrook.com | ***Counsel to BVB-NC, LLC***<br>Walt Pettit<br>**HUTCHENS LAW FIRM LLP**<br>6230 Fairview Road, Suite 315<br>Charlotte, NC  28210<br>Email: Walt.Pettit@hutchenslawfirm.com<br><br>Scott J. Leonhardt<br>**ESBROOK P.C.**<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Email: scott.leonhardt@esbrook.com |
| ***Counsel to DGN Properties LLC***<br>Keith A. Schofner<br>900 Wilshire Dr., Ste. 105<br>Troy, MI 48084<br>Email: kschofner@lambertleser.com | |