## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nataly Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 12, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Notice of Agenda for Status Conference Scheduled for March 12, 2025, at 2:30 p.m. (ET) [Docket No. 2209]

- Amended Notice of Agenda for Status Conference Scheduled for March 12, 2025, at 3:30 p.m. (ET) [Docket No. 2211]

*[Remainder of page intentionally left blank]*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: March 18, 2025

*/s/ Nataly Diaz*
Nataly Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 18, 2025, by Nataly Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 86779

**Exhibit A**

## Exhibit A

Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Abernathy Roeder Boyd & Hullet PC | Attn: Paul Lopez, Larry Boyd, Emily Hahn | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com<br>lboyd@abernathy-law.com |
| Anthony & Partners, LLC | Attn: Townsend J. Belt | tbelt@anthonyandpartners.com<br>lortega@anthonyandpartners.com<br>eservice@anthonyandpartners.com |
| Ashby & Geddes, P.A. | Attn: Gregory A. Taylor | GTaylor@ashbygeddes.com |
| Austria Legal, LLC | Attn: Matthew P. Austria | maustria@austriallc.com |
| Balasiano & Associates, PLLC | Attn: Steven Balasiano, Judah S. Balasiano | steven@balasianolaw.com<br>judah@balasianolaw.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com<br>brannickn@ballardspahr.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com |
| Barclay Damon LLP | Attn: Scott L. Fleischer | sfleischer@barclaydamon.com |
| Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Barclay Damon LLP | Attn: Niclas A. Ferland | nferland@barclaydamon.com |

## Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BARNES & THORNBURG LLP | Attn: Mark R. Owens, Amy E. Tryon | mark.owens@btlaw.com<br>amy.tryon@btlaw.com |
| BARNES & THORNBURG LLP | Attn: David A. Hall | david.hall@btlaw.com |
| Bass, Berry & Sims PLC | Attn: Paul G. Jennings, Gene L. Humphreys | pjennings@bassberry.com<br>ghumphreys@bassberry.com |
| Bayard, P.A. | Attn: Ericka F. Johnson | ejohnson@bayardlaw.com |
| Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | kcapuzzi@beneschlaw.com<br>swalsh@beneschlaw.com |
| Best Law, PA | Attn: Tara E. Naufu | tara@bestlawsc.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com |
| Blank Rome, LLP | Attn: Attn: Regina Kelbon | regina.kelbon@blankrome.com |
| Bond, Schoeneck & King, PLLC | Attn: Edward J. LoBello | elobello@bsk.com |
| Borges & Associates, LLC | Attn: Wanda Borges, Sue L Chin | wborges@borgeslawllc.com<br>schin@borgeslawllc.com |
| Bose Mckinney & Evans LLP | Attn: James P. Moloy | jmoloy@boselaw.com |

## Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | treardon@brouse.com |
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | treardon@brouse.com |
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | treardon@brouse.com |
| Broward County | Attn: Andrew J. Meyers | sandron@broward.org |
| Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings | jarret.hitchings@bclplaw.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner | geoffrey.grivner@bipc.com |
| Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Burr & Forman LLP | Attn: James H. Haithcock, III | jhaithcock@burr.com |
| Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins | esummers@burr.com drobbins@burr.com |
| California Department of Justice | Attn: Barbara C. Spiegel | Barbara.Spiegel@doj.ca.gov |
| California Department of Justice | Attn: Natalie E. Collins | Natalie.Collins@doj.ca.gov |
| Carlyon Cica CHTD. | Attn: Candace Carlyon, Dawn M. Cica | ccarlyon@carlyoncica.com dcica@carlyoncica.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Terri Jane Freedman | szuber@csglaw.com tfreedman@csglaw.com |
| Chipman Brown Cicero & Cole, LLP | Attn: Alan M.Root | root@chipmanbrown.com |

## Exhibit A

Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com |
| Clark Hill PLC | Attn: Karen M. Grivner | kgrivner@clarkhill.com |
| Clark Hill PLC | Attn: Audrey L. Hornisher | ahornisher@clarkhill.com |
| Clark Hill PLC | Attn: Kevin H. Morse | kmorse@clarkhill.com |
| Cole Schotz, P.C. | Attn: Justin R. Alberto, Stacy L. Newman | jalberto@coleschotz.com<br>snewman@coleschotz.com |
| Commonwealth of Pennsylvania Department of Labor and Industry | Attn: Ryan Starnowsky | ra-li-ucts-bankrupt@state.pa.us |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato | kbifferato@connollygallagher.com |
| Cross & Simon, LLC | Attn: Kevin S. Mann | kmann@crosslaw.com |
| Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com |
| Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com |
| Davidson Fink LLP | Attn: Sean P. Williams, Carla Augino | spwilliams@davidsonfink.com<br>caugino@davidsonfink.com |

## Exhibit A

Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Davis Polk & Wardwell LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com |
| DLA Piper LLP (US) | Attn: R. Craig Martin | craig.martin@us.dlapiper.com |
| DLA Piper LLP (US) | Attn: Dale K. Cathell, Virginia R. Callahan | dale.cathell@us.dlapiper.com<br>virginia.callahan@us.dlapiper.com |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. | amish@doshilegal.com |
| Duane Morris LLP | Attn: Drew S. McGehrin, Lawerence J. Kotler | dsmcgehrin@duanemorris.com<br>ljkotler@duanemorris.com |
| Duane Morris LLP | Attn: Marcus O. Colabianchi | mcolabianchi@duanemorris.com |
| Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried | mgottfried@elkinskalt.com |
| Elliott Greenleaf, P.C. | Attn: Deirdre M. Richards | dmr@elliottgreenleaf.com |
| Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | bmoldo@ecjlaw.com |
| Fox Rothschild LLP | Attn: Seth A. Niederman | sniederman@foxrothschild.com |
| Fox Rothschild LLP | Attn: Michael G. Menkowitz | mmenkowitz@foxrothschild.com |
| FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinnman | jfrank@fgllp.com<br>jkleinman@fgllp.com |

## Exhibit A

Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Frost brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger | rgold@fbtlaw.com<br>eseverini@fbtlaw.com<br>jkleisinger@fbtlaw.com |
| Frost brown Todd LLP | Attn: A.J. Webb, Joy D. Kleisinger | awebb@fbtlaw.com<br>jkleisinger@fbtlaw.com |
| Gibbons P.C. | Attn: Katharina Earle | kearle@gibbonslaw.com |
| Gibbons P.C. | Attn: Mark Conlan | mconlan@gibbonslaw.com |
| Gibbons P.C. | Attn: Kyle P. McEvilly | kmcevilly@gibbonslaw.com |
| Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird | rbird@gilbertbirdlaw.com |
| Golden Goodrich LLP | Attn: Jeffrey I. Golden | jgolden@go2.law |
| Golden Goodrich LLP | Attn: Ryan W. Beall | rbeall@go2.law |
| Greer, Herz & Adams, LLP | Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Hahn & Hahn LLP | Attn: Dean G. Rallis Jr. | drallis@hahnlawyers.com |
| Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto | ridebitetto@hahnlaw.com |
| Hill, Farrer & Burrill, LLP | Attn: Daniel J. McCarthy | dmccarthy@hillfarrer.com |
| Hillis Clark Martin & Peterson, P.S. | Attn: Brian C. Free | brian.free@hcmp.com |

## Exhibit A

Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Hillsborough County Tax Collector | Attn: Brian T. FitzGerald | fitzgeraldb@hcfl.gov<br>stroupj@hcfl.gov<br>connorsa@hcfl.gov |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| HJH Investments | Attn: Teanna L. Liess, Cory Harkleroad | teanna@hjhinvestments.com |
| Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Hutchens Law Firm LLP | Attn: William Walt Pettit | walt.pettit@hutchenslawfirm.com |
| Jackson Walker LLP | Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer | kpeguero@jw.com<br>jwertz@jw.com<br>wfarmer@jw.com |
| Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. | Attn: Raymond M. Patella | rpatella@lawjw.com |
| Johnson, Pope, Bokor, Ruppel & Burns, LLP | Attn: James B. Eising II | jeising@jpfirm.com |
| Jonnet National Properties Corporation | Attn: J. Michael McCague | jmm@gmwpclaw.com |
| K&L Gates LLP | Attn: David S. Catuogno, Esq. | david.catuogno@klgates.com |
| Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant | wlevant@kaplaw.com |
| Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins | jcarr@kelleydrye.com<br>kelliott@kelleydrye.com<br>kcavins@kelleydrye.com |
| Kerrick Bachert PSC | Attn: Scott A. Bachert | sbachert@kerricklaw.com |

## Exhibit A

Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Kirkland & Ellis LLP | Attn: Steven N Serajeddini | steven.serajeddini@kirkland.com |
| Kirkland & Ellis LLP | Attn: Conor K. Casas | connor.casas@kirkland.com |
| Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Christopher Marcus, Nicholas Adzima | christopher.marcus@kirkland.com nicholas.adzima@kirkland.com |
| Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Judson Brown, McClain Thompson | judson.brown@kirkland.com mcclain.thompson@kirkland.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch, Domenic E. Pacitti | rlemisch@klehr.com dpacitti@klehr.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | swisotzkey@kmksc.com |
| Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| La Fleur Law Firm | Attn: Nina M. LaFleur | nina@lafleurlaw.com |
| Landis Rath & Cobb LLP | Attn: Kimberly A. Brown, Joshua B. Brooks | brown@lrclaw.com brooks@lrclaw.com |
| Lasser Hochman, LLC | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Law Offices of Gilbert A. Lazsarus, PLLC | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Levene, Neale, Bender, Yoo & Golubchik L.L.P. | Attn: Eve H. Karasik, Jeffrey S. Kwong | EHK@lnbyg.com JSK@lnbyg.com |

## Exhibit A

Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Loeb & Loeb LLP | Attn: William M. Hawkins, Noah Weingarten | whawkins@loeb.com nweingarten@loeb.com |
| Loizides P.A. | Attn: Christopher D. Loizides | loizides@loizides.com |
| Lowenstein Sandler LLP | Attn: Michael S. Etkin, Esq., Nicole Fulfree Esq. | metkin@lowenstein.com nfulfree@lowenstein.com |
| Madison County, Alabama | Attn: J. Jeffery Rich | jrich@madisoncountyal.gov |
| Manning Gross + Massenburg LLP | Attn: David P. Primack | DPrimack@mgmlaw.com |
| Margolis Edelstein | Attn: James E. Huggett | jhuggett@margolisedelstein.com |

## Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| McCarter & English, LLP | Attn: Shannon D. Humiston | shumiston@mccarter.com |
| McCarter & English, LLP | Attn: Jeffrey T. Testa | jtesta@mccarter.com |
| McCarter & English, LLP | Attn: Kate Roggio Buck, Esq.,  Maliheh Zare, Esq. | kbuck@mccarter.com mzare@mccarter.com |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| McDermott Will & Emery | Attn: Darren Azman, Kristin K. Going | dazman@mwe.com kgoing@mwe.com |
| McNees Wallace & Nurick LLC | Attn: Kendall A. Camuti | KCamuti@mcneeslaw.com |
| Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Michelle Leeson, Paralegal, Collections Specialist, CFCA | Attn: Michelle Leeson | legal@taxcollector.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | pcarey@mirickoconnell.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Shannah L. Colbert | scolbert@miricklaw.com |
| Monzack Mersky and Browder, P.A | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Morris James LLP | Attn: Carl N. Kunz III and Christopher M. Donnelly | ckunz@morrisjames.com cdonnelly@morrisjames.com |

## Exhibit A

Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Morris James LLP | Attn: Carl N. Kunz, Christopher M. Donnelly | ckunz@morrisjames.com<br>cdonnelly@morrisjames.com |
| Morris James LLP | Attn: Brya M. Keilson, Siena B. Cerra | bkeilson@morrisjames.com<br>scerra@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer, | rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com |
| Morrison Cohen LLP | Attn: David J. Kozlowski, Esq. | dkozlowski@morrisoncohen.com |
| Narron Wenzel, PA | Attn: David F. Mills | dmills@narronwenzel.com |
| Obermayer Rebmann Maxwell & Hippel LLP | Attn: Leslie B. Spoltore | leslie.spoltore@obermayer.com |
| Obermayer Rebmann Maxwell & Hippel LLP | Attn: Edmond M. George | edmond.george@obermayer.com |
| Office of the New York State Attorney General | Attn: Robert J. Rock | robert.rock@ag.ny.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Linda Casey | Linda.Casey@usdoj.gov |
| Offit Kurman PA | Attn: Brian J McLaughlin | brian.mclaughlin@offitkurman.com |
| Oklahoma County Treasurer | Attn: Tammy Jones | tammy.jones@oklahomacounty.org |

## Exhibit A

Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Olsen Taggart PLLC | Attn: Steven L. Taggart, Esq. | staggart@olsentaggart.com<br>rparson@olsentaggart.com<br>rlyon@olsentaggart.com<br>taggartoffice01@gmail.com |
| Otterbourg, P.C | Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger | csimon@otterbourg.com<br>jdrew@otterbourg.com<br>shautzinger@otterbourg.com |
| Pashman Stein Walder Hayden, P.C | Attn: Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Pashman Stein Walder Hayden, P.C | Attn: David E. Sklar | dsklar@pashmanstein.com |
| Pashman Stein Walder Hayden, P.C | Attn: John W. Weiss, Alexis R. Gambale | jweiss@pashmanstein.com<br>agambale@pashmanstein.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | lreece@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Mollie Lerew | wichitafalls@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Alysia Cordova | amabkr@pbfcm.com<br>acordova@pbfcm.com |
| Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |

## Exhibit A
### Core/2002 Email Service List
### Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Perkins Coie LLP | Attn: Amir Gamliel | AGamliel@perkinscoie.com |
| Peter Spindel, Esq. | Attn: Peter Spindel | peterspindel@gmail.com |
| Phelps Dunbar LLP | Attn: Danielle Mashburn-Myrick | danielle.mashburn-myrick@phelps.com |
| Pierson Ferdinand LLP | Attn: Jeffrey M. Carbino | jeffrey.carbino@pierferd.com |
| Polsinelli PC | Attn: Christopher A. Ward, Michael V. DiPietro | cward@polsinelli.com<br>mdipietro@polsinelli.com |
| Porzio, Bromberg & Newman, P.C. | Attn: Cheryl A. Santaniello | casantaniello@pbnlaw.com |
| Porzio, Bromberg & Newman, P.C. | Attn: Kelly D. Curtin, Jenny Zhou | kdcurtin@pbnlaw.com<br>jzhou@pbnlaw.com |
| Potter Anderson & Corroon LLP | Attn: Brett M. Haywood, James R. Risener III, Andrew C. Ehrmann | bhaywood@potteranderson.com<br>jrisener@potteranderson.com<br>aehrmann@potteranderson.com |
| Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Rashti and Mitchell, Attorneys at law | Attn: Timothy T. Mitchell, Donna Kaye Rashti | tim@rashtiandmitchell.com<br>dkrm@aol.com<br>donna@rashtiandmitchell.com |
| Richard A. Rozanski, APLC | Attn: Richard A. Rozanski | richard@rarlaw.net |
| Richards, Layton & Finger, P.A. | Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky | knight@rlf.com<br>collins@rlf.com<br>javorsky@rlf.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Richman & Richman LLC | Attn: Michael P. Richman, Esq. | mrichman@randr.law |
| Riemer & Braunstein LLP | Attn: Steven Fox | SFox@riemerlaw.com |
| Ritter Spencer Cheng PLLC | Attn: David D. Ritter | dritter@ritterspencercheng.com |
| Robbins Geller Rudman & Dowd LLP | Attn: Randall J. Baron, Esq., Steven F. Hubachek, Esq., Benny C. Goodman, III, Esq., Erik W. Luedeke, Esq., Heather G. Geiger, Esq. | randyb@rgrdlaw.com<br>shubachek@rgrdlaw.com<br>bennyg@rgrdlaw.com<br>eluedeke@rgrdlaw.com<br>hgeiger@rgrdlaw.com |
| Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Rogers Law Offices | Attn: Beth E. Rogers Scott Kuperberg | brogers@berlawoffice.com<br>skuperberg@berlawoffice.com |
| Roth & Scholl | Attn: Jeffrey C. Roth | jeff@rothandscholl.com |
| Royer Cooper Cohen Braunfeld LLC | Attn: Marc Skapof | MSkapof@rccblaw.com |
| Rubine & Levin, PC | Attn: James E. Rossow Jr. | jim@rubin-levin.net |
| Sarachek Law Firm | Attn: Zachary E. Mazur, Joseph E. Sarachek | zachary@saracheklawfirm.com<br>joe@saracheklawfirm.com |
| Saul Ewing LLP | Attn: Monique B. DiSabatino | monique.disabatino@saul.com |

## Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Saul Ewing LLP | Attn: Turner N Falk | turner.falk@saul.com |
| Saul Ewing LLP | Attn: Lucian B. Murley | luke.murley@saul.com |
| Saul Ewing LLP | Attn: Evan T. Miller | evan.miller@saul.com |
| Saul Ewing LLP | Attn: Jorge Garcia | jorge.garcia@saul.com |
| Scheef & Stone, L.L.P. | Attn: Peter C. Lewis | peter.lewis@solidcounsel.com |
| Schrier Shayne P.C. | Attn: Richard E. Schrier | resincourt@aol.com<br>richardschrier@gmail.com |
| Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Simon PLC Attorneys & Counselors | Attn: Craig T. Mierzwa | cmierzwa@simonattys.com |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |

## Exhibit A

Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin | jlemkin@stark-stark.com<br>tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| State of Alaska Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@ALASKA.GOV |
| State of Arizona Attorney General | Attn: Bankruptcy Department | AGINFO@AZAG.GOV |
| State of California Attorney General | Attn: Bankruptcy Department | BANKRUPTCY@COAG.GOV |
| State of Connecticut Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV<br>brendan.flynn@ct.gov |
| State of Delaware Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@STATE.DE.US |
| State of Hawaii Attorney General | Attn: Bankruptcy Department | HAWAIIAG@HAWAII.GOV |
| State of Illinois Attorney General | Attn: Bankruptcy Department | WEBMASTER@ATG.STATE.IL.US |
| State of Indiana Attorney General | Attn: Bankruptcy Department | INFO@ATG.IN.GOV |
| State of Iowa Attorney General | Attn: Bankruptcy Department | WEBTEAM@AG.IOWA.GOV |
| State of Maryland Attorney General | Attn: Bankruptcy Department | OAG@OAG.STATE.MD.US |
| State of Michigan Attorney General | Attn: Bankruptcy Department | MIAG@MICHIGAN.GOV<br>AG-COD@michigan.gov |

## Exhibit A
### Core/2002 Email Service List
### Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| State of Minnesota Attorney General | Attn: Bankruptcy Department | Bankruptcy.Notices@ag.state.mn.us |
| State of Missouri Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@AGO.MO.GOV |
| State of Montana Attorney General | Attn: Bankruptcy Department | CONTACTDOJ@MT.GOV |
| State of Nebraska Attorney General | Attn: Bankruptcy Department | AGO.INFO.HELP@NEBRASKA.GOV |
| State of Nevada Attorney General | Attn: Bankruptcy Department | AGINFO@AG.NV.GOV |
| State of New Hampshire Attorney General | Attn: Bankruptcy Department | ATTORNEYGENERAL@DOJ.NH.GOV |
| State of New Jersey Attorney General | Attn: Bankruptcy Department | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US<br>Jeff.Koziar@law.njoag.gov |
| State of New Mexico Attorney General | Attn: Bankruptcy Department | aserrato@nmdoj.gov<br>aswenson@nmdoj.gov |
| State of North Dakota Attorney General | Attn: Bankruptcy Department | NDAG@ND.GOV |
| State of Ohio Attorney General | Attn: Bankruptcy Department | Mahisha.Sanson@OhioAGO.gov |
| State of Oklahoma Attorney General | Attn: Bankruptcy Department | consumerprotection@oag.ok.gov |
| State of Oregon Attorney General | Attn: Bankruptcy Department | CONSUMER.HOTLINE@DOJ.STATE.OR.US<br>justin.leonard@doj.oregon.gov |
| State of South Dakota Attorney General | Attn: Bankruptcy Department | CONSUMERHELP@STATE.SD.US |
| State of Tennessee Attorney General | Attn: Bankruptcy Dept; Stephen R. Butler | STEVE.BUTLER@AG.TN.GOV |

In re: Big Lots, Inc., *et al.*
Case No. 24-11967 (JKS)

## Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| State of Texas Attorney General | Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| State of Utah Attorney General | Attn: Bankruptcy Department | bankruptcy@agutah.gov |
| State of West Virginia Attorney General | Attn: Bankruptcy Department | CONSUMER@WVAGO.GOV |
| State of Wisconsin Attorney General | Attn: Bankruptcy Department | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Steeg Law Firm, LLC | Attn: Henry Opotowsky | hopotowsky@steeglaw.com |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Sullivan Hazeltine Allinson LLC | Attn: Elihu E. Allinson, III | zallinson@sha-llc.com |
| Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | jrhodes@tlclawfirm.com |
| Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | brost@tspclaw.com |
| Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | BRost@tspclaw.com |
| Texas Attorney General's Office | Attn: Jamie Kirk | jamie.kirk@oag.texas.gov |
| The Chiurazzi Law Group | Attn: Wayne M. Chiurazzi | wchiurazzi@the-attorneys.com |
| The Cohn Law Firm LLC | Attn: David M. Cohn, D Brian Cohn, Bartley P. Bourgeois, Allyson S. Jarreau | bartley@thecohnlawfirm.com dmcohn@thecohnlawfirm.com contact@thecohnlawfirm.com |
| The Ehrlich Law Firm | Attn: William Ehrlich | william@ehrlichlawfirm.com |

## Exhibit A

Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| The Law Office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| The Law Office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| The Magnozzi Law Firm, P.C. | Attn: Mark F. Magnozzi, Benjamin Rachelson | mmagnozzi@magnozzilaw.com |
| The Powell Firm, LLC | Attn: Jason C. Powell, Thomas J. Reichert | jpowell@delawarefirm.com |
| The Rosner Law Group LLC | Attn: Frederick B. Rosner, Zhao (Ruby) Liu | rosner@teamrosner.com<br>liu@teamronser.com |
| The Williams Law Firm, P.A. | Attn: John Legaré Williams, Brian Charles Crawford | John@TrustWilliams.com<br>Brian@TrustWilliams.com |
| Thompson, O'Brien, Kappler & Nasuti, P.C. | Attn: Michael B. Pugh | mpugh@tokn.com |
| Travis County | Attn: Jason A. Starks | Jason.Starks@traviscountytx.gov |
| Turner Law APC | Attn: John M. Turner, Esq. | jmt@tmsdlaw.com |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | sgerald@tydings.com |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | sgerald@tydings.com |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | sgerald@tydings.com |
| U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | secbankruptcy@sec.gov |
| UB Greensfelder LLP | Attn: Randall F. Scherck | rscherck@ubglaw.com |
| Varnum LLP | Attn: Brendan G. Best | bgbest@varnumlaw.com |

## Exhibit A
### Core/2002 Email Service List
### Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Washington DC Attorney General | Attn: Bankruptcy Department | OAG@DC.GOV |
| Werb & Sullivan | Attn: Brian A. Sullivan | bsullivan@werbsullivan.com |
| Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth | jcarruth@wkpz.com |
| Whiteford, Taylor & Preston LLC | Attn: William F. Taylor, Jr | wtaylor@whitefordlaw.com |
| Whiteford, Taylor & Preston LLP | Attn: David W. Gaffey | dgaffey@whitefordlaw.com |
| Williams Mullen | Attn: Michael D. Mueller, Jennifer M. McLemore | mmueller@williamsmullen.com<br>jmclemore@williamsmullen.com |
| Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Lisa Bittle Tancredi | matthew.ward@wbd-us.com<br>lisa.tancredi@wbd-us.com |
| Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan | kevin.mangan@wbd-us.com |
| Young Conaway Stargatt & Taylor, LLP | Attn: Joseph Barry, Kenneth J. Enos, Jared W. Kochenash | jbarry@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com |