# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | Jointly Administered |
| Debtor(s). | **Re: DI 2328, 2207** |

## NOTICE OF CREDITOR'S SUPPLEMENT TO AGENDA FOR HEARING SCHEDULED FOR MARCH 25, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE J. KATE STICKLES, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

PLEASE TAKE NOTICE that the following additional contested matter is scheduled for hearing on March 25, 2025 at 10:00 a.m., but was left off of the *Debtor's Notice of Agenda for Hearing Scheduled for March 25, 2025, at 10:00 a.m. (ET)* [D.I. 2328]:

## MATTERS GOING FORWARD (Supplement)

1. HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(B)(9) [D.I. 2207] [Filed 3/11/25]

    **Response Deadline:** March 18, 2025

    **Responses Received:**

    A. No formal responses or opposition filed on docket

    B. Debtors have informally expressed opposition to the motion

        a. Debtors dispute administrative expense status for the orders they cancelled *post-closing*. And, Debtors dispute any *post-closing* liability therefore. Instead, Debtors take the position that, to the extent there is administrative expense liability for the orders cancelled *post-closing*, the liability should be deemed a *pre-closing* liability subject to the *pre-closing* administrative expense procedures order [D.I. 2110]

        b. HomeView submits that there should be administrative expense status for the orders cancelled *post-closing*. And, HomeView submits that the

administrative expense liability for orders cancelled *post-closing* must be deemed a *post-closing* liability, which in turn requires immediate payment, and is not subject to the *pre-closing* administrative expense procedures order [D.I. 2110]

**Related Documents:**

A. HomeView Design Inc.'s Witness and Exhibit List for Hearing to be Held on March 25, 2025 [D.I. 2334] [Filed 3/21/25]

**Status:**

A. The matter is going forward.

Dated: March 24, 2025                                         Respectfully submitted,

KASEN & KASEN, P.C.
*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to Creditor*