**EXHIBIT 2**

Fort Myers LEMA

#541

## LEASE EXTENSION AND MODIFICATION AGREEMENT

This Lease Extension and Modification Agreement is made and entered into this 25th day of October, 1999, by and between CenterAmerica Property Trust ("Landlord") with its business address at 3901 Bellaire Boulevard, Houston, TX 77025 and Consolidated Stores Corporation, an Ohio corporation ("Tenant") with its business address at 300 Phillipi Road, P.O. Box 28512, Department 10051, Columbus, OH 43228-0512.

WHEREAS, Landlord and Tenant entered into a Lease dated April 25, 1994 (the "Lease") for the premises located in Ft. Myers, Florida more particularly described in the Lease.

WHEREAS, Landlord and Tenant mutually desire to provide for certain additions and modifications to the terms and provisions of said Lease.

NOW THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties hereto agree as follows:

1. Landlord and Tenant hereby agree to extend the Lease for five (5) years (hereinafter referred to as "the Extended Term"). Commencing February 1, 2000 and continuing through and including January 31, 2005, Tenant shall pay Guaranteed Minimum Rent of One Hundred Five Thousand Six Hundred and No/100 Dollars ($105,600.00) per annum, payable in equal monthly installments of Eight Thousand Eight Hundred and No/100 Dollars ($8,800.00);

2. Tenant shall retain its three (3), five (5) year options to renew the Lease pursuant to the terms specified therein;

3. The following clause is hereby added to the Lease:

Reasonable Consent "If the consent, approval or permission of either party is required or desired by the other party hereunder, such party agrees that it shall not unreasonably or arbitrarily withhold or delay such consent, approval or permission.";

4. The following clause is hereby added to the Lease:

Continuous Operation "It is expressly understood that, notwithstanding anything to the contrary contained herein, Tenant may close the Demised Premises when in Tenant's reasonable judgment the operation of the Demised Premises as provided herein cannot be economically justified or when the operation of the Demised Premises would expose Tenant's employees to any condition or event which threatens the safety of such employees; provided, however, that any such closing shall not relieve Tenant from any of its obligations hereunder. In the event that Tenant closes the Demised Premises under this Section and fails to reopen the Demised Premises within ninety (90) days thereafter, Landlord may terminate this Lease upon thirty (30) days' notice to Tenant, in which event Tenant shall be released from all further liability hereunder."; and

5. The following clause is hereby added to the Lease:

Limitation of Liability of Trust Managers, Shareholders, Officers, Employees and Agents of HHC Holdings REIT "Any obligation or liability whatsoever of CenterAmerica Property Trust, L.P. ("CenterAmerica") or of HHC Holdings REIT, a Texas real estate investment trust which is the general partner of CenterAmerica which may arise at any time under this Shopping Center Lease or any obligation or liability which may be incurred by CenterAmerica or by HHC Holdings REIT pursuant to any other instrument, transaction, or undertaking contemplated hereby shall not be personally binding upon, nor shall resort for the enforcement thereof be had to the property of, the trust managers, shareholders, officers, employees or agents of HHC Holdings REIT for satisfaction of any obligation or liability of HHC Holdings REIT, if any.";

Except as herein amended and modified, all other terms, conditions, covenants and agreements thereof are hereby incorporated by reference and shall control and govern.

In the event there is a conflict between the terms and provision of this Lease Extension and Modification Agreement and the original Lease or any subsequent extension and/or modification agreement prior to the date of this Lease Extension and Modification Agreement, the terms and provisions of this Lease Extension and Modification Agreement shall control.

This Lease Extension and Modification Agreement shall bind and inure to the benefit of the successors and assigns of Landlord and the successors and assigns of Tenant.

This Lease Extension and Modification Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original.

**IN WITNESS WHEREOF**, Landlord and Tenant have caused this Lease Extension and Modification Agreement to be executed as of the date first written above.

Signed acknowledged in the presence of:

Witnesses as to Landlord:        LANDLORD: CenterAmerica Property Trust

_[signatures]_                    By: _____
                                       J. LAMAR HAGGARD
                                  Title: Chief Operating Officer

Witnesses as to Tenant:           TENANT: Consolidated Stores Corporation, an Ohio corporation

_[signatures]_                    By _____
                                       Albert J. Bell
                                  Title: Executive Vice President

STATE OF Texas                    CENTERAMERICA PROPERTY TRUST, L.P.   J. Lamar Haggard
County of Harris                  a Delaware limited partnership        Chief Operating Officer

Before me, a Notary Public. in and for said State and County, personally appeared the above named Landlord, _____ its _____, who acknowledged that he/she did sign the foregoing instrument and that the same is the free act and deed of said corporation, and the free act and deed of him/her personally and of said officer.

IN WITNESS WHEREOF, I hereunto set my hand and the official seal, at Houston Texas, this 25th day of October, 1999.

_[Notary Seal: LUCINDA EDWARDS, NOTARY PUBLIC]_

_Lucinda E. Edwards_
Notary Public

STATE OF Ohio      )
County of Franklin

Before me, a Notary Public, in and for said State and County, personally appeared the above named Tenant, **Consolidated Stores Corporation, an Ohio corporation**, by **Albert J. Bell**, its **Executive Vice President**, who acknowledged that he did sign the foregoing instrument and that the same is the free act and deed of said corporation, and the free act and deed of him personally and of said officer.

IN WITNESS WHEREOF, I hereunto set my hand and the official seal, at Columbus, Ohio, this 15th day of October, 1999.

_[signature]_
Notary Public

_[Notary Seal]_
BRANDIE FLOWERS
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES OCTOBER 14, 2003