**EXHIBIT A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. \_\_\_** |

**ORDER AUTHORIZING THE DEBTORS TO FILE DEBTORS' REPLIES TO CERTAIN OBJECTIONS TO DEBTORS' ASSUMPTION AND ASSIGNMENT OF <u>NON-RESIDENTIAL REAL PROPERTY LEASES</u>**

Upon consideration of the *Motion of Debtors for Leave To File Debtors' Replies To Certain Objections To Debtors' Assumption and Assignment of Non-Residential Real Property Leases* (the "**Motion**"),[1] it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Debtors are authorized to file the Replies.

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.