## **EXHIBIT A**

### Lease and Applicable Assignee

| Store Number | Address | Cure Costs | OSJL Assignee |
|---|---|---|---|
| 5439 | 210 Marlboro Ave, Easton, MD | None | Ocean State Job Lot of MD2025, LLC |

13