**EXHIBIT A**

**Designated Lease**

11

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---------|---------------|---------------|-----------------|------------------|-----------------------------------|------|
| 150 | 5237 | 601 PARK ST BELMONT, NC | Big Lots Stores, LLC | The Southern Benedictine Society of North Carolina, Inc. | 100 BELMONT-MT. HOLLY ROAD, BELMONT, NC, 28012 | - | $30,622.70 |

12