IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 2178, 2335** |

**SUPPLEMENTAL EXHIBIT LIST OF PROPOSED ASSIGNEE, FORMAN MILLS, INC., REGARDING MARCH 25, 2025 HEARING ON DEBTORS' ASSUMPTION AND ASSIGNMENT OF NON-RESIDENTIAL REAL PROPERTY LEASES**

Proposed assignee, Forman Mills, Inc. ("Forman Mills"), supplements its exhibit list for the hearing on March 25, 2025 regarding Debtors' proposed assumption and assignment of certain unexpired leases of non-residential real property to Forman Mills and the objection of 1255 Sunrise Realty, LLC ("Sunrise") regarding the leased premises located at 1255 Sunrise Highway, Copiague, NY 11726 *aka* Store #1753. Forman Mills designates these exhibits as confidential because they contain sensitive, proprietary business/financial information and thus are not being filed herewith on the docket. Copies have been provided to counsel for Sunrise in response to their formal discovery requests and to the Debtors.

**EXHIBITS**

1. The set of adequate assurance materials emailed to Sunrise by Forman Mills on February 26, 2025;

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2. Forman Mills' 2025-26 revenue projections for the Copiague store;

3. Credit Reference Letter from Eclipse Business Capital dated March 22, 2025;

4. Certificate of Liability Insurance; and

5. Architectural renderings for the Copiague store.

| | |
|---|---|
| Dated: March 24, 2025 | **BLANK ROME LLP** |
| | */s/ Lawrence R. Thomas III* |
| | Lawrence R. Thomas III (DE No. 6935) |
| | 1201 Market Street, Suite 800 |
| | Wilmington, Delaware 19801 Telephone: (302) 425-6400 |
| | E-mail: Lorenzo.thomas@blankrome.com |
| | |
| | -and- |
| | |
| | John Lucian (pro hace vice) |
| | One Logan Square |
| | 130 N. 18th Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 569-5442 |
| | Email: John.lucian@blankrome.com |
| | |
| | *Counsel for Forman Mills, Inc.* |