IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>**BIG LOTS, INC.,** *et al.*,<br><br>Debtor. | CHAPTER 11<br>CASE NO. 24-11967 (JKS)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Leslie Pineyro, Esq. of the law firm Jones & Walden, LLC, to represent Herrera Properties, LLC in this action.

Dated: March 24, 2025

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE #4167)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540
gfmcdaniel@dkhogan.com
*Counsel to Herrera Properties, LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 24, 2025

*/s/ Leslie Pineyro*
Leslie Pineyro
**Jones & Walden, LLC**
699 Piedmont Ave NE
Atlanta, GA 30308
(404) 564-9300
lpineyro@joneswalden.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: March 24th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE