## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered) |

**WITNESS AND EXHIBIT LIST OF KIN PROPERTIES INC. AND ITS AFFILIATED LANDLORDS FOR HEARING SCHEDULED FOR MARCH 25, 2025, AT 10:00 A.M.**

Kin Properties Inc., as managing agent, and Esan LLC and Alisan LLC, as landlords (collectively, the "Kin Landlords"), by and through its undersigned counsel, hereby submit this list of witnesses and exhibits (the "Witness and Exhibit List") upon which the Kin Landlords may rely in support of its *Objection and Reservation of Rights of Kin Properties Inc. and its Affiliated Landlords to Debtors' Proposed Assumption and Assignment of Lease* [D.I. 2212] with respect to Debtors' *Notice of Filing of Twelfth Post-Closing Designation Notice* [D.I. 2084] (the "Notice").

### KIN LANDLORDS' WITNESSES

1. Any witness listed or called by any other party.

2. Any necessary rebuttal or impeachment witness.

3. Kin Landlords reserve the right to cross-examine any witness called by any other party.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

1

**KIN LANDLORDS' EXHIBIT LIST**

| Exhibit No. | Description |
|---|---|
| 1 | Lease dated November 13, 1978 for Demised Premises, Auburn, MA |
| 2 | Assignment and Assumption of Lease, October 23, 1997 – Toysan Limited Partnership |
| 3 | Amendment to Leases, January 29, 2003 |
| 4 | Correction – Second Amendment of Lease and Memorandum of Amendment for Recording, July 6, 2004 |
| 5 | Assignment & Assumption of Lease, July 21, 2005 - Toys "R" US – Mass, Inc. to Map Real Estate, LLC |
| 6 | Assignment and Assumption of Lease, December 9, 2005 - Map Real Estate, LLC to MAP 2005 Real Estate, LLC |
| 7 | Assignment and Assumption of Lease, December 4, 2012, Toysan Limited Partnership to Esan Trust (undivided 50% interest) |
| 8 | Assignment and Assumption of Lease, December 4, 2012, Toysan Limited Partnership to Alisan Trust (undivided 50% interest) |
| 9 | Assignment and Assumption of Lease, April 1, 2014, Alisan Trust to Alisan LLC |
| 10 | Assignment and Assumption of Lease, April 1, 2014, Esan Trust to Esan LLC |
| 11 | Assumption and Assignment Agreement, June 25, 2018, Map 2005 Real Estate, LLC to PNS Stores, Inc. |
| 12 | Articles of Organization – Conversion, PNS Stores, Inc. to Big Lots Stores – PNS, LLC |
| 13 | *Objection and Reservation of Rights of Kin Properties Inc. and its Affiliated Landlords to Debtors' Proposed Assumption and Assignment of Lease* [D.I. 2212] |
|  | Any other document or pleading filed in the Debtors' bankruptcy cases. |
|  | Any exhibit necessary for impeachment and/or rebuttal purposes. |
|  | Any exhibit identified or offered by any other party. |

[*Remainder of the page intentionally left blank*]

Kin Landlords reserve the right to amend, withdraw, or supplement this Witness and Exhibit List in whole or in part at any time and/or in compliance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and orders of the Bankruptcy Court.

Dated: March 24, 2025

**BAYARD, P.A.**
By: */s/ Ericka F. Johnson*
Ericka F. Johnson (No. 5024)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com

and

**TAYMAN LANE CHAVERRI LLP**
Jeffrey Rhodes (admitted *pro hac vice*)
2001 L Street, NW, Suite 500
Washington, DC 20036
Email: jrhodes@tlclawfirm.com

*Counsel for Kin Properties, Inc., Esan LLC, and Alisan LLC*