**EXHIBIT "A"**

**LEASE LEDGER**

3/24/2025 9:52 AM

## Lease Ledger
Date: 03/20/2025
Property: k6
Tenant: biglots4 BNKRPT2 - Big Lots Stores, Inc. #1742
From Date: 02/27/2003  To Date: 01/31/2029
Move In Date: 02/27/2003
Unit(S): 1601F

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 8/1/2024 | Recon R/M.Disposal & Utilities (08/2024) | 1601F | 1,948.80 | 0.00 | 3.44 | C-1593875 | No |
| 8/1/2024 | Rent (08/2024) | 1601F | 15,625.00 | 0.00 | 15,628.44 | C-1593876 | No |
| 8/5/2024 | Chk# Direct deposit Direct deposit | | 0.00 | 18,168.96 | -2,540.52 | R-677274 | |
| 9/1/2024 | Recon R/M.Disposal & Utilities (09/2024) | 1601F | 1,948.80 | 0.00 | -591.72 | C-1602088 | No |
| 9/1/2024 | Rent (09/2024) :Revised by ctrl# 1629988 | 1601F | 15,625.00 | 0.00 | 15,033.28 | C-1602089 | No |
| 9/1/2024 | Reversed Rent (09/2024) :Revises charge ctrl# 1602089 | 1601F | -15,625.00 | 0.00 | -591.72 | C-1629988 | No |
| 9/1/2024 | Rent (09/2024) :Revises charge ctrl# 1629988 | 1601F | 15,625.00 | 0.00 | 15,033.28 | C-1638170 | No |
| 9/11/2024 | Late Fee, 10% of $15354.32 :Reversed by Charge Ctrl# 1629980 | | 1,535.43 | 0.00 | 16,568.71 | C-1605203 | No |
| 9/11/2024 | :Reverse Charge Ctrl#1605203 LFR: per Amendment | | -1,535.43 | 0.00 | 15,033.28 | C-1629980 | Yes |
| 10/1/2024 | Recon R/M.Disposal & Utilities (10/2024) | 1601F | 1,948.80 | 0.00 | 16,982.08 | C-1610725 | No |
| 10/1/2024 | Rent (10/2024) | 1601F | 15,625.00 | 0.00 | 32,607.08 | C-1610726 | No |
| 10/2/2024 | Chk# Direct deposit Direct deposit Reversed by ctrl# 684497 Reapply to Oct rent | | 0.00 | 18,168.96 | 14,438.12 | R-683330 | |
| 10/2/2024 | Chk# Direct deposit :Prog Gen Reverses receipt Ctrl# 683330 Reapply to Oct rent | | 0.00 | -18,168.96 | 32,607.08 | R-684497 | |
| 10/2/2024 | Chk# Direct deposit Direct deposit | | 0.00 | 18,168.96 | 14,438.12 | R-684499 | |
| 11/1/2024 | Recon R/M.Disposal & Utilities (11/2024) | 1601F | 1,948.80 | 0.00 | 16,386.92 | C-1619064 | No |
| 11/1/2024 | Rent (11/2024) :Revised by ctrl# 1629990 | 1601F | 15,625.00 | 0.00 | 32,011.92 | C-1619065 | No |
| 11/1/2024 | Rent (11/2024) :Revised by ctrl# 1638171 | | 14,750.00 | 0.00 | 46,761.92 | C-1629989 | No |
| 11/1/2024 | Reversed Rent (11/2024) :Revises charge ctrl# 1619065 | 1601F | -15,625.00 | 0.00 | 31,136.92 | C-1629990 | No |
| 11/1/2024 | Reversed Rent (11/2024) :Revises charge ctrl# 1629989 | | -14,750.00 | 0.00 | 16,386.92 | C-1638171 | No |
| 11/1/2024 | Rent (11/2024) :Revises charge ctrl# 1629990 | 1601F | 15,625.00 | 0.00 | 32,011.92 | C-1638172 | No |
| 11/5/2024 | Chk# Direct deposit Direct deposit | | 0.00 | 18,168.96 | 13,842.96 | R-686746 | |
| 12/1/2024 | Recon R/M.Disposal & Utilities (12/2024) | 1601F | 1,948.80 | 0.00 | 15,791.76 | C-1627256 | No |
| 12/1/2024 | Rent (12/2024) :Revised by ctrl# 1629992 | 1601F | 15,625.00 | 0.00 | 31,416.76 | C-1627257 | No |
| 12/1/2024 | Rent (12/2024) :Revised by ctrl# 1638173 | | 14,750.00 | 0.00 | 46,166.76 | C-1629991 | No |
| 12/1/2024 | Reversed Rent (12/2024) :Revises charge ctrl# 1627257 | 1601F | -15,625.00 | 0.00 | 30,541.76 | C-1629992 | No |
| 12/1/2024 | Reversed Rent (12/2024) :Revises charge ctrl# 1629991 | | -14,750.00 | 0.00 | 15,791.76 | C-1638173 | No |
| 12/1/2024 | Rent (12/2024) :Revises charge ctrl# 1629992 | 1601F | 15,625.00 | 0.00 | 31,416.76 | C-1638174 | No |
| 12/4/2024 | Chk# Direct deposit Direct deposit | | 0.00 | 18,168.96 | 13,247.80 | R-689959 | |
| 1/1/2025 | Recon R/M.Disposal & Utilities (01/2025) | 1601F | 1,948.80 | 0.00 | 15,196.60 | C-1635618 | No |
| 1/1/2025 | Rent (01/2025) :Revised by ctrl# 1638175 | | 14,750.00 | 0.00 | 29,946.60 | C-1635619 | No |
| 1/1/2025 | Addtl. Rec. CAM, Tax & Ins. (01/2024 - 12/2024) | | 58,971.64 | 0.00 | 88,918.24 | C-1638051 | No |

Summary:

| | |
|---|---|
| Credit Balance preceeding Bankruptcy filing | ($2,540.52) |
| September Rent not paid | $17,573.80 |
| October Rent overpaid | ($595.16) |
| November Rent overpaid | ($595.16) |
| December Rent overpaid | ($595.16) |
| January Rent underpaid | $2,029.84 |
| February Rent underpaid | 279.84 |
| March Rent underpaid | $279.84 |
| 2024 Recon unpaid - posted on 3/1/25 | 697.60 |
| Balance | $16,534.92 |

Page 1 of 2

3/24/2025 9:52 AM

## Lease Ledger

Date: 03/20/2025
Property: k6
Tenant: biglots4 BNKRPT2 - Big Lots Stores, Inc. #1742
From Date: 02/27/2003  To Date: 01/31/2029
Move In Date: 02/27/2003
Unit(S): 1601F

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 1/1/2025 | Reversed Rent (01/2025) :Revises charge ctrl# 1635619 | | -14,750.00 | 0.00 | 74,168.24 | C-1638175 | No |
| 1/1/2025 | Rent (01/2025) | 1601F | 15,625.00 | 0.00 | 89,793.24 | C-1638176 | No |
| 1/6/2025 | Chk# Direct deposit Direct deposit | | 0.00 | 15,543.96 | 74,249.28 | R-692955 | |
| 1/11/2025 | Late Fee, 10% of $875.00 | | 87.50 | 0.00 | 74,336.78 | C-1638484 | No |
| | Reverse late fee | | -87.50 | | 74,249.28 | | |
| 2/1/2025 | Recon R/M.Disposal & Utilities (02/2025) | 1601F | 1,948.80 | 0.00 | 76,198.08 | C-1643727 | No |
| 2/1/2025 | Rent (02/2025) | 1601F | 15,625.00 | 0.00 | 91,823.08 | C-1643728 | No |
| 2/3/2025 | Chk# Direct deposit Direct deposit | | 0.00 | 17,293.96 | 74,529.12 | R-695697 | |
| 2/10/2025 | Chk# Direct deposit Direct deposit "2024 Recovery" | | 0.00 | 58,971.64 | 15,557.48 | R-696892 | |
| 2/11/2025 | Late Fee, 10% of $279.84 | | 27.98 | 0.00 | 15,585.46 | C-1647070 | No |
| | Reverse Late Fee | | -27.98 | | 15,557.48 | | |
| 3/1/2025 | Recon R/M.Disposal & Utilities (03/2025) | 1601F | 1,948.80 | 0.00 | 17,506.28 | C-1652814 | No |
| 3/1/2025 | Rent (03/2025) | 1601F | 15,625.00 | 0.00 | 33,131.28 | C-1652815 | No |
| 3/1/2025 | Reconciled CAM, Tax, & Ins (01/2024 - 12/2024) | | 697.60 | 0.00 | 33,828.88 | C-1660543 | No |
| 3/5/2025 | Chk# Direct deposit Direct deposit | | 0.00 | 17,293.96 | 16,534.92 | R-699235 | |
| 3/11/2025 | Late Fee, 10% of $279.84 | | 27.98 | 0.00 | 16,562.90 | C-1656911 | No |
| | Reverse Late fee | | -27.98 | | 16,534.92 | | |