**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, a true and correct copy of the foregoing ***Objection of Landlord KAMS Partners, L.P. to Proposed Cure for Store No. 1742 (Brownsville, Texas) and Limited Objection to Proposed Assumption and Assignment With Reservation of Rights*** was sent to the following as indicated:

**VIA E-MAIL ONLY**

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Notice.biglots@davispolk.com
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Sophie Rogers Churchill, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Biglots.mnat@morrisnichols.com
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com

srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Steven E. Fox, Esquire
Riemer Braunstein LLP
Times Square Tower, Suite 2506
Seven Times Square
New York, New York 10036
sfox@riemerlaw.com

Burlington Coat Factory of Texas, L.P.
Stephanie Short
Robin Piree
Stephanie.short@burlington.com
Robin.piree@burlington.com

                              LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                              */s/ Susan E. Kaufman*
                              Susan E. Kaufman, (DSB# 3381)
                              919 North Market Street, Suite 460
                              Wilmington, DE 19801
                              (302) 472-7420
                              (302) 792-7420 Fax
                              skaufman@skaufmanlaw.com

Dated: March 24, 2025