## **CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esq., hereby certify that on March 24, 2025, I caused a true and correct copy of the foregoing *Objection to Debtors' Proposed Assumption and Assignment of Its Unexpired Lease in Eighteenth Post-Closing Designation Notice* to be electronically filed and served through the Court's CM/ECF system which will send notification that such filing is available for viewing and downloading to all registered participants, and additionally served via electronic mail upon the parties listed below.

Dated: March 24, 2025                     */s/ Michael Busenkell*
                                          Michael Busenkell (DE 3933)

**Via Electronic Mail**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com
Forman Mills Inc.
sdushey@formanmills.com
Knight@rlf.com
Kandestin@rlf.com
Mathews@rlf.com
Riemer Braunstein LLP
Attn: Steven E. Fox
sfox@riemerlaw.com

DAVIS POLK & WARDWELL LLP
Brian M. Resnick (admitted pro hac vice)
Adam L. Shpeen (admitted pro hac vice)
Stephen D. Piraino (admitted pro hac vice)
Ethan Stern (admitted pro hac vice)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

Office of the United States Trustee
Linda J. Casey, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801
Linda.Casey@usdoj.gov