## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BIG LOTS, INC., *et al.*,<br>　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 24-11967 (JKS)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JOHN E. LUCIAN

　　Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John E. Lucian of the law firm Blank Rome LLP to represent Forman Mills, Inc. in the above-captioned chapter 11 bankruptcy cases and any related adversary proceedings.

Dated: March 24, 2025　　　　　　　　　　　　　　*/s/ Lawrence R. Thomas III*
　　　　Wilmington, Delaware　　　　　　　　　　Lawrence R. Thomas III (Bar No. 6935)
　　　　　　　　　　　　　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　　　　　　　　　　　　　1201 Market Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 425-6400
　　　　　　　　　　　　　　　　　　　　　　　　*Counsel to Forman Mills, Inc.*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealths of Pennsylvania and Virginia, the States of Maryland and Florida, and the District of Columbia; the United States District Courts for the Eastern and Middle Districts of Pennsylvania, the Middle and Southern Districts of Florida, the District of Maryland, the Eastern District of Virginia and the District of Columbia; the United States Bankruptcy Court for the Northern District of Florida; and the United States Courts of Appeals for the Third, Fourth and Eleventh Circuits; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the course of this case or any proceeding or action in this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John E. Lucian*
　　　　　　　　　　　　　　　　　　　　　　　　John E. Lucian
　　　　　　　　　　　　　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　　　　　　　　　　　　　One Logan Square, 130 North 18th Street
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:　　(215) 569-5500
　　　　　　　　　　　　　　　　　　　　　　　　John.Lucian@blankrome.com

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 24th, 2025**　　　　　　　　　　　*/s/ Kate Stickles*
**Wilmington, Delaware**　　　　　　　　　　　　**J. KATE STICKLES**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**