# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| BIG LOTS, INC., *et al.* | ) | CASE NO. 24-11967 (JKS) |
| | ) | |
| Debtors[1] | ) | (Jointly Administered) |
| | ) | |

## WITHDRAWAL OF OBJECTION OF MBM INVESTMENTS, LLC TO DEBTORS' TENTH POST-CLOSING DESIGNATION NOTICE

MBM Investments, LLC ("Landlord") hereby withdraws its Objection (D.I. 2063) to the Debtors' Tenth Post-Closing Designation Notice (D.I. 1994, the "**Designation Notice**"), filed on February 24, 2025.

**ROETZEL & ANDRESS LPA**

*/s/ Timothy M. Reardon*
Timothy M. Reardon (0059631)
6550 Seville Drive
Canfield, Ohio 44406
Phone: 330-533-6195
Fax: 330-533-6198
treardon@ralaw.com

*Counsel for MBM Investments, LLC*

---

[1] The debtors and debtors-in-possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163) INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2025, I caused a true and correct copy of the *Withdrawal of Objection of MBM Investments, LLC to Debtors' Tenth Post-Closing Designation Notice* to be electronically filed and served via the Court's CM/ECF notification system upon all parties requesting electronic notices in this case.

                    */s/ Timothy M. Reardon*
                    Timothy M. Reardon (0059631)
                    6550 Seville Drive
                    Canfield, Ohio 44406
                    Phone:  330-533-6195
                    Fax: 330-533-6198
                    treardon@ralaw.com

                    *Counsel for MBM Investments, LLC*

22992574 _1