## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the 24th day of March 2025, a copy of the foregoing *Limited Objection to Proposed Assumption and Assignment of Lease* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel to the Debtors:*

Brian M. Resnick, Esq.,
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
notice.biglots@davispolk.com

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.,
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
Casey B. Sawyer, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
biglots.mnat@morrisnichols.com

*Counsel to the Buyer:*

Riemer Braunstein LLP
Attn: Steven E. Fox, Esq.
sfox@riemerlaw.com

*Proposed Assignee:*

Burlington Coat Factory of Texas, L.P.

Attn: Stephanie Short and Robin Piree
stephanie.short@burlington.com
robin.piree@burlington.com

*Counsel to the Committee:*

Darren Azman, Esq.
Kristin G. Going, Esq.
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
dazman@mwe.com
kgoing@mwe.com

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
jalberto@coleschotz.com
snewman@coleschotz.com

*U.S. Trustee:*

Linda J. Casey, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
linda.casey@usdoj.gov

March 24, 2025                                                                                  */s/ William A. Hazeltine*
Date                                                                                                       William A. Hazeltine