**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 1 | 5218 | 1501 Wesel Blvd., Hagerstown, MD 21740 | Big Lots Stores, LLC | Santay Realty of Hagerstown, LLC | 7900 Cedarville Road, Brandywine, MD 20612 | 3/24/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |