# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 2193** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 2193

**PLEASE TAKE NOTICE** AVTEX Collins Corner Associates, LLC, as the landlord of Store No. 5407 located at 14154 E. Wade Hampton Blvd., Greer, South Carolina ("Landlord"), hereby withdraws, without prejudice, the *Limited Objection and Reservation of Rights of AVTEX Collins Corner Associates, LLC to the Proposed Rejection of the Unexpired Lease for Store No. 5407 and the Abandonment of Property* [Docket No. 2193] filed in the above-captioned case.

Dated: March 25, 2025

**BURR & FORMAN LLP**

/s/ J. Cory Falgowski
J. Cory Falgowski (No. 4546)
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
Telephone: (302) 830-2312
jfalgowski@burr.com

*Counsel for AVTEX Collins Corner Associates, LLC*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin - Granville Road, Columbus, OH 43081.

60522042 v1