**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 2228** |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING**
**LEASE TERMINATION AGREEMENT**

The undersigned counsel to the above-captioned debtors and debtors in possession

(the "**Debtors**") hereby certify as follows:

1.        On January 2, 2025, the Bankruptcy Court entered its *Order (I) Approving
the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors'
Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed
Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and
Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related
Relief* [D.I. 1556] (the "**GBRP Sale Order**"[2]), pursuant to which, among other things, the Debtors

sold substantially all of their assets to Gordon Brothers Retail Partners, LLC ("**GBRP**"), including

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their
respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots
Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores -
PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182);
CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400);
GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC
(9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-
Granville Road, Columbus, OH 43081.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed thereto in the
GBRP Sale Order.

"Designation Rights" with respect to certain leasehold interests, including the Lease (as defined below).

2.    BZA Cedar Crest SPE, as landlord (the "**Landlord**"), and Big Lots Stores, LLC as lessee, are parties to a lease for non-residential real property located at 1031 W. Main St., Lebanon, Tennessee 37087 (the "**Lease**").

3.    In furtherance of the Designation Rights, GBRP and the Landlord have agreed to terminate the Lease in exchange for valuable consideration, as detailed in the lease termination agreement (the "**Lease Termination Agreement**") included as Exhibit B to the *Notice of Filing of Twentieth Post-Closing Designation Notice* [D.I. 2228].

4.    This Court's entry of an order approving the entirety of the Lease Termination Agreement is a condition precedent to the effectiveness of the Lease Termination Agreement.

5.    To that end, the parties request that this Court enter the proposed form of order approving the Lease Termination Agreement (the "**Proposed Order**"), attached hereto as **<u>Exhibit 1</u>**.

6.    Counsel for the Landlord and GBRP have reviewed the Proposed Order and have agreed to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

*[Signature page follows]*

Dated:  March 25, 2025
         Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*