# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 2228** |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING LEASE TERMINATION AGREEMENTS

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certify as follows:

1. On January 2, 2025, the Bankruptcy Court entered its *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1556] (the "**GBRP Sale Order**"[2]), pursuant to which, among other things, the Debtors sold substantially all of their assets to Gordon Brothers Retail Partners, LLC ("**GBRP**"), including

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed thereto in the GBRP Sale Order.

"Designation Rights" with respect to certain leasehold interests, including the Leases (as defined below).

2. Evans Best, LLC ("**Evans Best**"), as landlord, and Big Lots Stores, LLC as lessee, are parties to a lease for non-residential real property located at 1004 Bankhead Hwy Ste A3, Carrollton, Georgia 30117 (the "**Carrollton Lease**").

3. Ishaan Towne Plaza, LLC ("**Ishaan Towne**" and together with Evans Best, the "**Landlords**"), as landlord, and Big Lots Stores, LLC as lessee, are parties to a lease for non-residential real property located at 2204 Shorter Avenue NW, Suite 6, Rome, Georgia 30165 (the "**Rome Lease**" and together with the Carrollton Lease, the "**Leases**").

4. In furtherance of the Designation Rights, GBRP and the Landlords have agreed to terminate the Leases in exchange for valuable consideration, as detailed in the lease termination agreements (the "**Lease Termination Agreements**") included as Exhibit B to the *Notice of Filing of Twentieth Post-Closing Designation Notice* [D.I. 2228].

5. This Court's entry of an order approving the entirety of the Lease Termination Agreements is a condition precedent to the effectiveness of the Lease Termination Agreements.

6. To that end, the parties request that this Court enter the proposed form of order approving the Lease Termination Agreements (the "**Proposed Order**"), attached hereto as **Exhibit 1**.

7. Counsel for the Landlords and GBRP have reviewed the Proposed Order and have agreed to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: March 25, 2025
Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        <u>*/s/ Sophie Rogers Churchill*</u>
        Robert J. Dehney, Sr. (No. 3578)
        Andrew R. Remming (No. 5120)
        Daniel B. Butz (No. 4227)
        Tamara K. Mann (No. 5643)
        Sophie Rogers Churchill (No. 6905)
        1201 N. Market Street, 16th Floor
        Wilmington, DE 19801
        Tel: (302) 658-9200
        rdehney@morrisnichols.com
        aremming@morrisnichols.com
        dbutz@morrisnichols.com
        tmann@morrisnichols.com
        srchurchill@morrisnichols.com

        -and-

        DAVIS POLK & WARDWELL LLP

        Brian M. Resnick (admitted *pro hac vice*)
        Adam L. Shpeen (admitted *pro hac vice*)
        Stephen D. Piraino (admitted *pro hac vice*)
        Ethan Stern (admitted *pro hac vice*)
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000
        brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        stephen.piraino@davispolk.com
        ethan.stern@davispolk.com

        *Counsel to the Debtors and Debtors in Possession*