# SIGN-IN SHEET

| CASE NAME Big Lots, Inc | COURTROOM #5 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 3/25/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard A. Cohen | Fox Rothschild LLP | DGW, Sun Point Lees Crossing |
| Steven Fox | Riemer & Braunstein LLP | Gosden Brothers Retail Partner LLC |
| Gregory Taylor | Ashby + Geddes LLP | " |
| Stephen Piraino | Davis Polk | Big Lots |
| Jacob Goldberger | Davis Polk | Big Lots |
| Kevin Winiarski | Davis Polk | |
| Andrew Remming | MNAT | Big Lots |
| Sophie Rogers Churchill | MNAT | |
| Cory Falgowski | Burr Forman | Madeira Plaza Power, LLC |
| Ashly Riches | Bayard, P.A. | Plaza at Speedway LLC |
| Rob Rich | Hunton | 1255 Sunrise |
| Mike Busenkell | GSBB | " " " |
| Stacy Newman | Cole Schotz | Committee |
| Nicholas Brannick | Ballard Spahr | Beacon |

# SIGN-IN SHEET

| CASE NAME  Big Lots, Inc | COURTROOM #5 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 3/25/2025 |

| **NAME** | **LAW FIRM or COMPANY** | **CLIENT REPRESENTING** |
|---|---|---|
| Leslie Heilman | Ballard Spahr LLP | Various Landlords |
| Monique DiSabatino | Saul Ewing | Seeger Towne |
| Rachael Smiley | Ferguson Braswell | Steger Towne |
| Jenny Kasen | Kasen & Kasen | Homeview Designs, Inc |
| John Lucian | Blank Rome | Forman Mills |
| Josef Mintz | Blank Rome | Ollie's Bargain Outlet |
| Lawrence Thomas | " | " |

## SIGN-IN SHEET

| CASE NAME Big Lots, Inc | COURTROOM #5 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 3/25/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Simon Fraser | Cozen | Variety Wholesalers |
| Marla Benedek | Cozen | Variety Wholesalers |
| | | |

## 10:00 AM

**24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Therene Alston | Davis Polk & Wardwell LLP | Davis Polk & Wardwell LLP | 10:00 AM | Audio Only | yes |
| Gary Balyezyan | ejlglaw.com | ejlglaw.com | 10:00 AM | Zoom(Video and Audio) | yes |
| Karen C Bifferato | Connolly Gallagher LLP | Tranel, Inc. and Horizon Commons, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Phillip J. Block | Riemer Braunstein LLP | Gordon Brothers Retail Partners | 10:00 AM | Zoom(Video and Audio) | yes |
| Matthew Brock | Davis Polk | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Steven J Brown | Steve Brown & Associates | Show Low Yale Casitas | 10:00 AM | Zoom(Video and Audio) | yes |
| Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey M. Carbino | Pierson Ferdinand LLP | Big Mifl2 Owner LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Weyman Carter | Burr & Forman LLP | Eden Limited Partnership + Collins Corner | 10:00 AM | Zoom(Video and Audio) | yes |
| Connor Casas | kirkland.com | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| Cristian Catanese | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Appearance | ? |
|---|---|---|---|---|---|
| Roza Chervinsky | reorg.com | reorg.com | 10:00 AM | Audio Only | no |
| Howard A. Cohen | Fox Rothschild LLP | various parties | 10:00 AM | Zoom(Video and Audio) | yes |
| Catherine Corey | 9fin.com | 9fin.com | 10:00 AM | Audio Only | no |
| Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Katherine M. Devanney | Polsinelli PC | Hivelocity LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| James Drew | Otterbourg P.C. | | 10:00 AM | Zoom(Video and Audio) | yes |
| Lauren Eastburn | Potter Anderson & Corroon LLP | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| Mark W. Eckard | Raines Feldman Littrell LLp | Industrias Mediasist, S.A. de C.V. d/b/a Cottonell | 10:00 AM | Zoom(Video and Audio) | yes |
| David Edmonson | Goldstein, Edgar & Reagan | Todd Shopping Center, L.L.C. | 10:00 AM | Zoom(Video and Audio) | yes |
| James B Eising | Johnson Pope | Allen Road; South Square; Dade City; Lawrenceville | 10:00 AM | Zoom(Video and Audio) | yes |
| Will Tex Farmer | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 10:00 AM | Zoom(Video and Audio) | yes |
| Robert R. Feuille | ScottHulse, P.C. | AP Growth Properties, LP | 10:00 AM | Zoom(Video and Audio) | yes |
| Scott L. Fleischer | Barclay Damon LLP | Various Landlords | 10:00 AM | Zoom(Video and Audio) | yes |

| | | [D.I. 2000, 2236, 2244] | | | |
|---|---|---|---|---|---|
| Heather Fleming | Millan Enterprises | Millan Enterprises | 10:00 AM | Zoom(Video and Audio) | yes |
| Steven Fox | Riemer Braunstein LLP | Gordon Brothers Retail Partners | 10:00 AM | Zoom(Video and Audio) | yes |
| Gill Frazier | Variety Stores, LLC | | 10:00 AM | Zoom(Video and Audio) | yes |
| Tali L Frey | Carlyon Cica Chtd | Tropicana Palm Plaze | 10:00 AM | Audio Only | yes |
| David W. Gaffey | Whiteford Taylor & Preston, LLP | FGX International Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Mark Gensburg | Jones & Walden LLC | Herrera Properties, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| William Graves | lyfe.com | Destiny Gibson | 10:00 AM | Zoom(Video and Audio) | yes |
| James Haithcock | Burr & Forman LLP | Comenity Bank | 10:00 AM | Zoom(Video and Audio) | yes |
| Taylor Harrison | | | 10:00 AM | Audio Only | no |
| Melissa M. Hartlipp | Cole Schotz P.C. | Official Committee of Unsecured Creditors | 10:00 AM | Zoom(Video and Audio) | yes |
| Brett Michael Haywood | Potter Anderson & Corroon | Denzel Anderson | 10:00 AM | Zoom(Video and Audio) | yes |
| Katherine Hemming | Campbell & Levine, LLC | Pem-America, Inc. and Pem-America (H.K.) Co. Ltd. | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Party | Time | Mode | |
|---|---|---|---|---|---|
| Audrey Hornisher | Clark Hill PLC | USPG, SanTan, Bellevue Holdings, et al | 10:00 AM | Zoom(Video and Audio) | yes |
| Richard Howell | Kirkland & Ellis LLP | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| Sijia Huang | Davis Polk | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Lauren Huber | Potter Anderson & Corroon LLP | Westerville | 10:00 AM | Zoom(Video and Audio) | yes |
| Shannon Dougherty Humiston | McCarter & English, LLP | Stalwart Homestyles | 10:00 AM | Zoom(Video and Audio) | yes |
| Jacob Itzkowitz | Manatt Phelps & Phillips LLP | Hybrid Promotions | 10:00 AM | Zoom(Video and Audio) | yes |
| Zachary Javorsky | Richards, Layton & Finger | | 10:00 AM | Zoom(Video and Audio) | yes |
| James Jeffers | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 10:00 AM | Zoom(Video and Audio) | yes |
| Elizabeth Kardos | AlixPartners, LLP | Debtors | 10:00 AM | Zoom(Video and Audio) | yes |
| Shanti M. Katona | Polsinelli PC | Hivelocity LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Dietrich Knauth | Reuters | media | 10:00 AM | Audio Only | no |
| Jane Komsky | | | 10:00 AM | Audio Only | no |
| Gregory Kopacz | Sills Cummis & Gross P.C. | Bricktown Plaza Associates | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| Robert LeHane | Kelley Drye | landlords | 10:00 AM | Zoom(Video and Audio) | yes |
| Mike Legge | | | 10:00 AM | Audio Only | no |
| Raymond H Lemisch | Klehr Harrison | The Grove Shops | 10:00 AM | Zoom(Video and Audio) | yes |
| Andrew Lennox | Lennox Law, P.A. | Lennox Law, P.A. | 10:00 AM | Audio Only | no |
| Christopher Macke | Big Lots | Variety Stores, LLC | 10:00 AM | Audio Only | yes |
| Kevin Mann | Cross & Simon, LLC | Simpsonville Plaza LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Tamara K. Mann | Morris, Nichols, Arsht & Tunnell LLP | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Ida Danielle Mashburn-Myrick | Phelps Dunbar LLP | Creditor | 10:00 AM | Zoom(Video and Audio) | yes |
| Akiko Matsuda | | Wall Street Journal | 10:00 AM | Audio Only | no |
| James McClammy | Davis Polk | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Garvan F McDaniel | Hogan McDaniel | Herrera | 10:00 AM | Zoom(Video and Audio) | yes |
| Maura P McIntyre | Squire Patton Boggs (US) LLP | | 10:00 AM | Audio Only | no |
| Marcy J. McLaughlin Smith | Womble Bond Dickinson (US) LLP | Burlington Coat Factory | 10:00 AM | Zoom(Video and Audio) | yes |
| Dennis A. Meloro | Greenberg Traurig, P.A | Greenberg Traurig, LLP | 10:00 AM | Zoom(Video and Audio) | yes |
| Rachel B. Mersky | Monzack Mersky | Kimco | 10:00 AM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| | McLaughlin & Browder, PA | | | | |
| David F Mills | Narron Wenzel, PA | B&C Properties of Dunn, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Michael D Mueller | Williams Mullen | Multiple landlords | 10:00 AM | Zoom(Video and Audio) | yes |
| Emily L. Pagorski | Stoll Keenon Ogden PLLC | Regency Commercial Associates LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Kristhy M. Peguero | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 10:00 AM | Zoom(Video and Audio) | yes |
| Mark Pfeiffer | Buchanan Ingersoll & Rooney PC | Albertsons | 10:00 AM | Zoom(Video and Audio) | yes |
| Leslie Pineyro | Jones & Walden LLC | Herrera Properties, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Robin Piree | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 10:00 AM | Zoom(Video and Audio) | yes |
| Veronica Polnick | Jackson Walker LLP | Burlington Coat Factory Warehouse Corporation | 10:00 AM | Zoom(Video and Audio) | yes |
| Thomas J. Reichert | The Powell Firm, LLC | Steve Silver Company | 10:00 AM | Zoom(Video and Audio) | yes |
| Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Brian Resnick | Davis Polk | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Method | Live |
|---|---|---|---|---|---|
| Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. et al. | 10:00 AM | Zoom(Video and Audio) | yes |
| Bob Rich | Zraick Nahas & Rich | N/A - Observing only | 10:00 AM | Audio Only | no |
| Robert A Rich | Hunton Andrews Kurth LLP | N/A - Observing | 10:00 AM | Audio Only | no |
| Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty Growth | 10:00 AM | Zoom(Video and Audio) | yes |
| Sophie B. Rogers Churchill | Morris Nichols | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Casey Sawyer | Morris Nichols Arsht and Tunnell | | 10:00 AM | Zoom(Video and Audio) | yes |
| Keith A Schofner | Lambert Leser | DGN Properties, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Jennifer Seifried | | | 10:00 AM | Audio Only | no |
| S. Susan Self | Ritter Dallas | Steger Towne Crossing, LP | 10:00 AM | Zoom(Video and Audio) | yes |
| Allison Selick | Kelley Drye | landlords | 10:00 AM | Zoom(Video and Audio) | yes |
| Steven Serajeddini | | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Adam Shpeen | Davis Polk | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Michelle Shriro | Singer & Levick, PC | B33 Capital/Retail Plaza | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Party | Time | Mode | Live |
|---|---|---|---|---|---|
| Michael Solimani | Cole Schotz P.C. | UCC | 10:00 AM | Zoom(Video and Audio) | yes |
| Steven J Solomon | GrayRobinson, P.A. | GH2 NSB BB, LLC | 10:00 AM | Zoom(Video and Audio) | yes |
| Ethan Stern | Davis Polk | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 10:00 AM | Audio Only | no |
| Ellsworth Summers | Burr & Forman LLP | CTO Realty Growth | 10:00 AM | Zoom(Video and Audio) | yes |
| Cathy Ta | | | 10:00 AM | Audio Only | no |
| Gregory A. Taylor | Ashby & Geddes, P.A. | Gordon Brothers Retail Partners | 10:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey Testa | McCarter & English, LLP | Stalwart Homestyles | 10:00 AM | Zoom(Video and Audio) | yes |
| Christine Thain | | | 10:00 AM | Audio Only | no |
| Katina L Tsaganos | Ashby & Geddes | Gordon Brothers | 10:00 AM | Zoom(Video and Audio) | yes |
| Michael S. Tucker | UB Greensfelder LLP | Shurmer Strongsville | 10:00 AM | Zoom(Video and Audio) | yes |
| Brianna Turner | Morris Nichols Arsht and Tunnell | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| John Vantine | | Harold's Heirs | 10:00 AM | Zoom(Video and Audio) | yes |
| Paul Veazey | Stinson LLP | | 10:00 AM | Zoom(Video and Audio) | yes |
| Robert Westermann | Hirschler Fleischer | PPJ, LLC | 10:00 AM | Zoom(Video and Audio) | yes |

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Carter Wietecha | Kirkland & Ellis LLp | Interested Party | 10:00 AM | Zoom(Video and Audio) | yes |
| Nichole Wilcher | Womble Bond Dickinson (US) LLP | Burlington Coat Factory | 10:00 AM | Zoom(Video and Audio) | yes |
| Al Williams | Gordon Brothers | Gordon Brothres | 10:00 AM | Audio Only | yes |
| Kevin Winiarski | Davis Polk | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |

**24-11976-JKS Big Lots Stores - CSR, LLC**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rachel B. Mersky | Monzack Mersky McLaughlin & Browder, PA | landlords | 10:00 AM | Zoom(Video and Audio) | yes |