# EXHIBIT A

## BIG LOTS, INC., *et al.*

### COMPENSATION BY PROJECT CATEGORY
### FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases (Section 363) | 4.5 | $4,065.00 |
| Automatic Stay Matters/Litigation | 1.2 | $995.00 |
| Case Administration | 10.4 | $7,159.50 |
| Cash Collateral and DIP Financing | 1.4 | $1,010.00 |
| Claims Analysis, Administration and Objections | 6.2 | $5,692.50 |
| Committee Matters and Creditor Meetings | 13.2 | $9,887.50 |
| Creditor Inquiries | 2.9 | $2,670.00 |
| Executory Contracts | 0.1 | $80.00 |
| Fee Application Matters/Objections | 13.4 | $6,968.00 |
| Leases (Real Property) | 5.9 | $5,102.50 |
| Litigation/ Gen. (Except Automatic Stay Relief) | 5.8 | $4,696.00 |
| Preparation For and Attendance at Hearings | 4.7 | $2,459.00 |
| Retention Matters | 0.2 | $115.00 |
| Utilities/Sec. 366 Issues | 0.2 | $160.00 |
| Vendor Matters | 0.3 | $129.00 |
| **Total:** | **70.4** | **$51,189.00** |

**BIG LOTS, INC.,** *et al.*

**SUMMARY OF BILLING BY PROFESSIONAL**
**FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| Attorney Name | Year Admitted | Position (Department) | Hourly Billing Rate[1] | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) | $925.00 | 25.8 | $23,865.00 |
| Stacy L. Newman | 2007 | Member (Bankruptcy) | $800.00 | 13.9 | $11,120.00 |
| Sarah A. Carnes | 2015 | Member (Bankruptcy) | $900.00 | 6.9 | $6,210.00 |
| Jack M. Dougherty | 2021 | Associate (Bankruptcy) | $575.00 | 1.5 | $862.50 |
| Melissa M. Hartlipp | 2022 | Associate (Bankruptcy) | $430.00 | 4.8 | $2,064.00 |
| Elazar A. Kosman | 2022 | Associate (Bankruptcy) | $430.00 | 0.5 | $215.00 |
| Michael A. Solimani | 2024 | Associate (Bankruptcy) | $405.00 | 10.5 | $4,252.50 |
| Larry S. Morton | N/A | Paralegal | $400.00 | 6.5 | $2,600.00 |
| **Blended Rate: $727.12** | | | **TOTALS:** | **70.4** | **$51,189.00** |

---

[1] This rate is Cole Schotz P.C.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2024).

**EXHIBIT B**

**BIG LOTS, INC.,** *et al.*

**EXPENSE SUMMARY**
**FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Fees | PACER | $1.10 |
| **TOTAL** | | **$1.10** |

## EXHIBIT C

## BIG LOTS, INC., *et al.*

## ITEMIZED TIME RECORDS
## FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
500 Delaware Avenue
Suite 200
Wilmington, DE  19801

FEDERAL ID# 22-2113414

New Jersey — New York — Maryland — Texas — Florida

BIG LOTS, INC.
N/A

| | |
|---|---|
| Invoice Date: | March 11, 2025 |
| Invoice Number: | 1001247 |
| Matter Number: | 68457-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2025

| **ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363)** | | | **4.50** | **4,065.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 02/05/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING HQ SALE MOTION (.2); | 0.20 | 160.00 |
| 02/05/25 | JRA | CORRESPOND WITH DPW, MWE AND CS TEAMS RE HQ SALE | 0.70 | 647.50 |
| 02/05/25 | SYC | REVIEW HQ SALE MOTION AND SUPPORTING DECLARATION (.9) AND CORRES WITH DEBTORS RE: SAME (.5) | 1.40 | 1,260.00 |
| 02/06/25 | JRA | REVIEW HQ SALE MOTION AND DOCS (1.5) AND EMAILS WITH S. CARNES RE UCC UPDATE RE SAME (.3) | 1.80 | 1,665.00 |
| 02/19/25 | JRA | REVIEW WPG RESERVATION OF RIGHTS RE HQ SALE | 0.10 | 92.50 |
| 02/24/25 | SLN | REVIEW REVISED HEADQUARTERS SALE ORDER AND CORRESPONDENCE WITH DEBTORS REGARDING SAME (.2); | 0.20 | 160.00 |
| 02/28/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING APA (.1); | 0.10 | 80.00 |

| **AUTOMATIC STAY MATTERS/LITIGATION** | | | **1.20** | **995.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 02/10/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING LIFT STAY MOTION (.1); | 0.10 | 80.00 |
| 02/10/25 | JMD | REVIEW EMAIL FROM M. BROCK RE: LIFT STAY MOTION | 0.10 | 57.50 |
| 02/11/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING STAY RELIEF (.1); | 0.10 | 80.00 |
| 02/18/25 | SYC | REVIEW EMAIL FROM MWE RE: STAY RELIEF AND RESPOND TO SAME | 0.20 | 180.00 |
| 02/23/25 | SLN | REVIEW JENNINGS STAY RELIEF MOTION (.4); | 0.40 | 320.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 1001247 |
| | Client/Matter No. 68457-0001 | | | March 11, 2025 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/23/25 | JRA | REVIEW STAY RELIEF MOTION FOR PI CLAIMANT | 0.30 | 277.50 |

| **CASE ADMINISTRATION** | | | **10.40** | **7,159.50** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/03/25 | SLN | CORRESPONDENCE WITH DEBTOR REGARDING REVISED PRE-CLOSING ADMINISTRATIVE EXPENSE CLAIMS BAR DATE MOTION (.1); | 0.10 | 80.00 |
| 02/04/25 | SLN | REVIEW REVISED PRE-CLOSING ADMINISTRATIVE EXPENSE CLAIMS BAR DATE MOTION (.8); CORRESPONDENCE WITH DEBTORS (.1); CORRESPONDENCE WITH UCC PROFESSIONALS (.2); | 1.10 | 880.00 |
| 02/05/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING PRE-CLOSING ADMINISTRATIVE BAR DATE MOTION (.1); CORRESPONDENCE WITH DEBTORS (.1); | 0.20 | 160.00 |
| 02/06/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING PRE-CLOSING ADMINISTRATIVE BAR DATE MOTION (.1); | 0.10 | 80.00 |
| 02/06/25 | LSM | REVIEW BANKRUPTCY DOCKET FOR CRITICAL DATES. | 0.20 | 80.00 |
| 02/07/25 | SLN | REVIEW REVISED PRE-CLOSING ADMINISTRATIVE EXPENSE CLAIMS BAR DATE MOTION (.2); CORRESPONDENCE WITH DEBTORS (.2); CORRESPONDENCE WITH UCC (.1); | 0.50 | 400.00 |
| 02/18/25 | SLN | CORRESPONDENCE WITH LANDLORDS REGARDING ADMIN CLAIMS MOTION (.1); CORRESPONDENCE WITH DEBTORS REGARDING SAME (.1); CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING MOTION TO ALLOW ADVANCEMENT OF DEFENSE COSTS (.1); REVIEW REVISED ADMIN CLAIMS MOTION AND CORRESPONDENCE WITH DEBTORS (.1); | 0.40 | 320.00 |
| 02/19/25 | SLN | CORRESPONDENCE WITH LANDLORDS REGARDING COMMENTS TO ADMINISTRATIVE CLAIMS PROCEDURES ORDER (.2); CORRESPONDENCE WITH DEBTORS REGARDING UCC COMMENTS TO MOTION TO ALLOW THE PAYMENT AND ADVANCEMENT OF DEFENSE COSTS (.1); | 0.30 | 240.00 |
| 02/20/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING MOTION TO ALLOW THE PAYMENT AND ADVANCEMENT OF DEFENSE COSTS (.1); | 0.10 | 80.00 |
| 02/20/25 | EAK | REVIEW AND CIRCULATE HEARING TRANSCRIPTS. | 0.50 | 215.00 |
| 02/20/25 | MMH | CORRESPONDENCE WITH CS TEAM RE: SALE HEARING TRANSCRIPTS | 0.40 | 172.00 |
| 02/20/25 | LSM | ORDER TRANSCRIPT FOR JANUARY 2, 2025 HEARING AND FORWARD SAME TO E. KOSMAN | 0.30 | 120.00 |
| 02/21/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING MOTION TO ALLOW THE PAYMENT AND ADVANCEMENT OF DEFENSE COSTS (.1); | 0.10 | 80.00 |
| 02/21/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
      Client/Matter No. 68457-0001

Invoice Number  1001247  
March 11, 2025  
Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/23/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING MOTION TO ALLOW THE PAYMENT AND ADVANCEMENT OF DEFENSE COSTS (.1); REVIEW VARIOUS RESPONSES TO ADMIN BAR DATE MOTION (X2) (.2); | 0.30 | 240.00 |
| 02/24/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING MOTION TO ALLOW PAYMENT AND ADVANCEMENT OF DEFENSE COSTS (.1); TELEPHONE CALL WITH DPW REGARDING ADMIN PROCEDURES MOTION AND FOLLOW UP CORRESPONDENCE WITH MWE (.2); REVIEW COC AND REVISED PROPOSED ORDER ALLOWING DEBTORS TO ADVANCE AND PAY DEFENSE COSTS (.1); REVIEW REVISED ADMIN BAR DATE ORDER (.1); REVIEW DEBTORS OMNIBUS REPLY TO ADMIN BAR DATE OBJECTIONS (.5); REVIEW MOTION FOR LEAVE TO FILE LATE REPLY (.1); CORRESPONDENCE WITH MWE REGARDING 2/26 HEARING (.1); | 1.20 | 960.00 |
| 02/24/25 | LSM | ARRANGE FIVE ATTORNEYS FOR ZOOM APPEARANCE FOR FEBRUARY 26, 2025 HEARING | 0.60 | 240.00 |
| 02/25/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS AND CS TEAM REGARDING FEE ESTIMATES (.2); | 0.20 | 160.00 |
| 02/25/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 120.00 |
| 02/26/25 | SLN | REVIEW PLEADINGS IN ADVANCE OF HEARING (.5); ATTENDANCE AT BIG LOTS HEARING (2.2); | 2.70 | 2,160.00 |
| 02/26/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 02/27/25 | JRA | REVIEW SUPPLEMENTAL OCP LIST | 0.10 | 92.50 |
| 02/28/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 120.00 |

**CASH COLLATERAL AND DIP FINANCING**     **1.40**     **1,010.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/04/25 | MAS | REVIEW EMAILS FROM AND PREPARE EMAILS TO M. PAGAN AND M. HYLAND RE: WEEKLY PROFESSIONAL FEES FOR DIP ESCROW | 0.10 | 40.50 |
| 02/04/25 | JRA | EMAILS WITH M. HYLAND AND M. SOLIMANI RE BUDGET ISSUE | 0.20 | 185.00 |
| 02/11/25 | MAS | CORRESPONDENCE WITH CS TEAM AND M. HYLAND RE: DIP REQUIREMENTS | 0.10 | 40.50 |
| 02/18/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING BUDGET (.1); | 0.10 | 80.00 |
| 02/18/25 | MAS | EMAILS WITH CS AND FTI TEAMS RE: DIP PROFESSIONAL FEE ESCROW | 0.10 | 40.50 |
| 02/18/25 | JRA | EMAILS WITH M. HYLAND RE BUDGET ISSUES | 0.10 | 92.50 |
| 02/25/25 | MAS | EMAILS WITH M. HYLAND AND CS TEAM RE: DIP PROFESSIONAL FEE ESCROW | 0.20 | 81.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number  1001247
Client/Matter No. 68457-0001  March 11, 2025
Page 4

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/28/25 | SYC | EMAIL TO K&E RE: 503(B)(9) AND DIP | 0.50 | 450.00 |

**CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS**  6.20  5,692.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/04/25 | JRA | CORRESPOND WITH D. AZMAN, DPW AND MWE RE ADMIN CLAIMS BAR DATE | 0.60 | 555.00 |
| 02/05/25 | JRA | REVIEW AND COMMENT ON DRAFT ADMIN BAR DATE MOTION (.5); CORRESPOND WITH MWE RE SAME (.2) | 0.70 | 647.50 |
| 02/05/25 | SYC | BRIEF REVIEW OF ADMIN CLAIMS PROCESS MOTION AND CORRES FROM MWE RE: SAME | 0.50 | 450.00 |
| 02/06/25 | SYC | REVIEW ADMIN CLAIM MOTIONS | 0.30 | 270.00 |
| 02/07/25 | SYC | REVIEW CORRES RE: ADMIN CLAIM MOTION (.5); REVIEW REDLINE OF SAME (.4) | 0.90 | 810.00 |
| 02/07/25 | JRA | REVIEW OBJECTION TO BAYSHORE MOTION TO COMPEL | 0.10 | 92.50 |
| 02/07/25 | JRA | REVIEW REVISED ADMIN BAR DATE (.4); EMAILS WITH MWE TEAM RE SAME (.2) | 0.60 | 555.00 |
| 02/09/25 | JRA | REVIEW BAR DATE MOTION AS FILED | 1.00 | 925.00 |
| 02/13/25 | JRA | EMAIL WITH VENDOR RE CLAIMS | 0.10 | 92.50 |
| 02/18/25 | JRA | CORRESPOND WITH S. CARNES AND LANDLORDS RE ADMIN CLAIMS BAR DATE | 0.30 | 277.50 |
| 02/19/25 | JRA | REVIEW OBJECTIONS TO ADMIN BAR DATE MOTION | 0.20 | 185.00 |
| 02/19/25 | JRA | REVIEW BLACKLINED ADMIN BAR DATE ORDER (.1); EMAILS WITH LANDLORDS RE SAME (.1) | 0.20 | 185.00 |
| 02/26/25 | JRA | EMAILS WITH LANDLORD RE ADMIN BAR DATE | 0.10 | 92.50 |
| 02/27/25 | JRA | CORRESPOND WITH LANDLORDS RE ADMIN CLAIMS BAR DATE | 0.40 | 370.00 |
| 02/27/25 | JRA | EMAILS WITH S. NEWMAN RE ADMIN CLAIMS BARDATE | 0.10 | 92.50 |
| 02/28/25 | JRA | T/C WITH D. AZMAN RE ADMIN CLAIMS AND STRATEGY RE PAYMENT OF SAME | 0.10 | 92.50 |

**COMMITTEE MATTERS AND CREDITOR MEETINGS**  13.20  9,887.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/03/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); REVIEW MATERIALS FOR UCC (.1); EMAIL TO UCC (.1); | 0.30 | 240.00 |
| 02/03/25 | JMD | PARTICIPATE IN 2/3 UCC PROFESSIONALS WEEKLY CALL | 0.20 | 115.00 |
| 02/03/25 | MAS | CALL WITH MWE AND FTI TEAMS RE: DISCOVERY UPDATES AND STRATEGY | 0.20 | 81.00 |
| 02/03/25 | MMH | ATTEND WEEKLY UCC PROFESSIONALS CALL | 0.30 | 129.00 |
| 02/03/25 | JRA | CORRESPOND WITH MWE AND VENDORS RE EX OFFICIO MEMBER | 0.70 | 647.50 |
| 02/03/25 | JRA | REVIEW UCC UPDATES MATERIALS | 0.50 | 462.50 |
| 02/03/25 | JRA | EMAILS WITH MWE AND CS TEAM RE UCC UPDATES | 0.60 | 555.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  1001247 |
|---|---|---|
| | Client/Matter No. 68457-0001 | March 11, 2025 |
| | | Page 5 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 02/03/25 | SYC | ATTEND WEEKLY PREP CALL (.3) AND REVIEW EMAILS RE: SAME (.5) | 0.80 | 720.00 |
| 02/04/25 | JRA | CORRESPOND WITH MWE AND UCC MEMBERS RE EX OFFICIO MEMBER | 0.40 | 370.00 |
| 02/05/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); | 0.10 | 80.00 |
| 02/06/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING DRAFT EMAIL TO UCC (.1); EMAIL TO UCC (.1); | 0.20 | 160.00 |
| 02/06/25 | MMH | REVIEW DRAFT UPDATE TO THE COMMITTEE | 0.10 | 43.00 |
| 02/06/25 | SYC | EMAIL TO COMMITTEE RE: HQ SALE | 0.90 | 810.00 |
| 02/07/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING UCC (.1); | 0.10 | 80.00 |
| 02/07/25 | JRA | EMAILS WITH N. RAMSEY RE EX OFFICIO MEMBER | 0.10 | 92.50 |
| 02/10/25 | SLN | ATTENDANCE AT UCC PROFESSIONALS CALL (.1); REVIEW MATERIALS FOR UCC (.1); CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); EMAIL TO UCC (.1); | 0.40 | 320.00 |
| 02/10/25 | MAS | CALL WITH FTI, MWE AND CS TEAMS RE: WEEKLY UPDATES | 0.10 | 40.50 |
| 02/10/25 | MMH | ATTEND WEEKLY PROFESSIONALS CALL | 0.10 | 43.00 |
| 02/10/25 | JMD | REVUEW EMAIL FROM N. ROWLES RE: CASE UPDATE | 0.10 | 57.50 |
| 02/10/25 | JRA | REVIEW FTI UPDATE MATERIALS (.4); EMAILS WITH N. ROWLES AND UCC MEMBERS RE SAME AND CASE UPDATE (.2) | 0.60 | 555.00 |
| 02/10/25 | SYC | REVIEW UCC CORRESPONDENCE | 0.30 | 270.00 |
| 02/11/25 | JRA | EMAILS WITH MWE AND CS TEAMS RE PROFESSIONALS' UPDATE CALL (.3); CORRESPOND WITH D. AZMAN RE AGENDA FOR SAME AND INVESTIGATION (.2) | 0.50 | 462.50 |
| 02/17/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS (.1); CORRESPONDENCE WITH UCC (.1); | 0.20 | 160.00 |
| 02/17/25 | MAS | CALL WITH MWE AND FTI TEAMS RE: INVESTIGATION AND OTHER UPDATES | 0.10 | 40.50 |
| 02/17/25 | JRA | EMAILS WITH S. CARNES AND N. ROWLES RE UCC UPDATE CALL | 0.20 | 185.00 |
| 02/18/25 | SLN | REVIEW UCC MATERIALS (.1); EMAIL TO UCC (.1); | 0.20 | 160.00 |
| 02/18/25 | JRA | FURTHER EMAILS WITH S. CARNES AND N. ROWLES RE UCC UPDATE CALLS | 0.20 | 185.00 |
| 02/19/25 | JRA | REVIEW FTI UCC UPDATE MATERIALS | 0.30 | 277.50 |
| 02/24/25 | SLN | CORRESPONDENCE WITH UCC REGARDING UCC MEETING AND 2/26 HEARING (.1); | 0.10 | 80.00 |
| 02/26/25 | JMD | REVIEW EMAIL FROM N. ROWLES RE: CASE UPDATE | 0.10 | 57.50 |
| 02/26/25 | SLN | REVIEW UCC MATERIALS (.1); CORRESPONDENCE WITH MWE REGARDING EMAIL TO UCC (.1); EMAIL TO UCC (.1); | 0.30 | 240.00 |
| 02/26/25 | JRA | EMAILS WITH N. ROWLES RE DRAFT UCC UDPATE EMAIL | 0.20 | 185.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 1001247 |
|---|---|---|
| | Client/Matter No. 68457-0001 | March 11, 2025 |
| | | Page 6 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/27/25 | SLN | REVIEW OF AND REVISIONS TO DRAFT EMAIL TO UCC REGARDING RECENTLY FILED PLEADINGS AND ORDERS (.4); CORRESPONDENCE WITH MWE AND CS TEAMS (.2); EMAIL TO UCC (.1); | 0.70 | 560.00 |
| 02/27/25 | MAS | DRAFT UPDATE EMAIL TO UCC RE: REJECTION NOTICES AND ADMINISTRATIVE BAR DATE ORDER (1.4); EMAILS WITH S. NEWMAN RE: SAME (.2); EMAILS WITH S. LUTKUS RE: SAME (.1) | 1.70 | 688.50 |
| 02/27/25 | MAS | REVIEW ORDER RE: PRE-CLOSING ADMINISTRATIVE BAR DATE (.6); REVIEW CLAIMS SCHEDULE RE: SAME (.3) | 0.90 | 364.50 |
| 02/27/25 | JRA | REVIEW FTI UCC UPDATE MATERIALS | 0.40 | 370.00 |

**CREDITOR INQUIRIES** — **2.90** **2,670.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/03/25 | SLN | CORRESPONDENCE WITH CREDITOR (.1); | 0.10 | 80.00 |
| 02/04/25 | JRA | RETURN VENDOR INQUIRIES RE CLAIMS AND BAR DATE PROCESS | 0.70 | 647.50 |
| 02/05/25 | JRA | CORRESPOND WITH LANDLORD RE CLAIMS AND STATUS | 0.50 | 462.50 |
| 02/06/25 | JRA | T/C WITH CREDITOR RE CASE STATUS, CLAIMS AND VENDOR ISSUES | 0.50 | 462.50 |
| 02/06/25 | JRA | RETURN ADDITIONAL CREDITOR INQUIRIES RE BAR DATE PROCESS | 0.60 | 555.00 |
| 02/07/25 | JRA | RESPOND TO ADMIN CREDITOR INQUIRY RE BAR DATE PROCESS | 0.40 | 370.00 |
| 02/19/25 | JRA | RESPOND TO CREDITOR INQUIRY | 0.10 | 92.50 |

**EXECUTORY CONTRACTS** — **0.10** **80.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/27/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING REJECTION NOTICES (.1); | 0.10 | 80.00 |

**FEE APPLICATION MATTERS/OBJECTIONS** — **13.40** **6,968.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/12/25 | JRA | EMAILS WITH M. HARTLIPP RE FEE APP | 0.10 | 92.50 |
| 02/03/25 | MAS | DRAFT CNO RE: CS THIRD MONTHLY FEE APPLICATION (.2); REVIEW/FINALIZE CNO PRIOR TO FILING RE: SAME (.1); REVIEW EMAIL FROM AND PREPARE EMAIL TO J. CHAN RE: SAME (.1) | 0.40 | 162.00 |
| 02/03/25 | MAS | EMAILS WITH L. MORTON RE: FILING CNO FOR CS THIRD MONTHLY FEE APPLICATION | 0.10 | 40.50 |
| 02/03/25 | LSM | REVISE, FILE AND CIRCULATE TO M. SOLIMANI THE CNO REGARDING THIRD MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.30 | 120.00 |
| 02/10/25 | JRA | EMAILS WITH M. HARTLIPP RE FEE APPS | 0.20 | 185.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 1001247 |
| | Client/Matter No. 68457-0001 | | | March 11, 2025 |
| | | | | Page 7 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/10/25 | JRA | REVISE FEE APP | 0.40 | 370.00 |
| 02/11/25 | JRA | EMAILS WITH M. SOLIMANI RE FEE APPS | 0.20 | 185.00 |
| 02/14/25 | MMH | REVIEW CNO TO FT DECEMBER FEE APP | 0.20 | 86.00 |
| 02/14/25 | MMH | CORRESPONDENCE WITH M. HYLAND RE: FTI DECEMBER FEE APP | 0.10 | 43.00 |
| 02/14/25 | MMH | CALL WITH S. CHURCHILL ROGERS RE: INTERIM FEE HEARING | 0.10 | 43.00 |
| 02/14/25 | MMH | CONFER WITH M. SOLIMANI RE: INTERIM FEE APP HEARING | 0.10 | 43.00 |
| 02/14/25 | LSM | DRAFT CNO REGARDING THIRD MONTHLY FEE APPLICATION FOR FTI CONSULTING AND FORWARD SAME TO M. HARTLIPP WITH COMMENTS. | 0.30 | 120.00 |
| 02/17/25 | MAS | DRAFT CNO RE: MWE THIRD MONTHLY FEE APPLICATION | 0.20 | 81.00 |
| 02/17/25 | MAS | EMAILS WITH M. HYLAND RE: FTI THIRD MONTHLY FEE APPLICATION CNO (.1); EMAILS WITH L. MORTON RE: SAME (.1) | 0.20 | 81.00 |
| 02/17/25 | MAS | EMAILS WITH N. ROWLES RE: MWE THIRD MONTHLY FEE APPLICATION CNO | 0.10 | 40.50 |
| 02/18/25 | MAS | EMAIL TO L. MORTON RE: MWE THIRD MONTHLY FEE APP CNO | 0.10 | 40.50 |
| 02/18/25 | LSM | REVISE, FILE AND CIRCULATE TO M. SOLIMANI THE CNO REGARDING FTI CONSULTING THIRD MONTHLY FEE APPLICATION | 0.30 | 120.00 |
| 02/19/25 | LSM | REVISE, FILE AND CIRCULATE TO M. SOLIMANI THE CNO REGARDING THIRD MONTHLY FEE APPLICATION FOR MWE | 0.30 | 120.00 |
| 02/20/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPLICATIONS (.1); CORRESPONDENCE WITH DEBTORS REGARDING FIRST OMNIBUS INTERIM FEE ORDER (.2); FOLLOW UP WITH UCC PROFESSIONALS (.2); | 0.50 | 400.00 |
| 02/20/25 | MAS | CALL WITH M. HARTLIPP RE: INTERIM FEE ORDER | 0.20 | 81.00 |
| 02/20/25 | MAS | REVIEW DRAFT RE: FIRST INTERIM FEE ORDER (.6); EDITS RE: SAME (.8); EMAILS WITH FTI AND MWE RE: SAME (.1); EMAILS WITH S. CHURCHILL RE: SAME (.1); EMAILS WITH CS TEAM RE: SAME (.2) | 1.80 | 729.00 |
| 02/20/25 | MAS | REVIEW AND MAKE EDITS RE: FTI FOURTH MONTHLY FEE APPLICATION (.4); EMAIL TO M. HYLAND RE: SAME (.1) | 0.50 | 202.50 |
| 02/20/25 | MMH | CONFER WITH M. SOLIMANI RE: INTERIM FEE ORDER | 0.20 | 86.00 |
| 02/21/25 | MMH | CONTINUE PREPARING CS JANUARY FEE APP | 0.80 | 344.00 |
| 02/22/25 | JRA | REVIEW AP COMPLETION FEE APPLICATION | 0.60 | 555.00 |
| 02/23/25 | JRA | EMAILS WITH M. SOLIMANI RE FEE APPS | 0.20 | 185.00 |
| 02/24/25 | SLN | CORRESPONDENCE WITH UST REGARDING OMNIBUS INTERIM FEE ORDER (.1); | 0.10 | 80.00 |
| 02/24/25 | LSM | DRAFT/REVISE NOTICE TO FOURTH MONTHLY FEE APPLICATION FOR FTI CONSULTING AND FORWARD SAME TO M. SOLIMANI | 0.30 | 120.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 1001247 |
| | Client/Matter No. 68457-0001 | | | March 11, 2025 |
| | | | | Page 8 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/25/25 | SLN | CORRESPONDENCE WITH UST REGARDING INTERIM FEE ORDER (.1); | 0.10 | 80.00 |
| 02/25/25 | LSM | UPDATE FOURTH MONTHLY FEE APPLICATION FOR FTI CONSULTING AND FORWARD SAME TO M. SOLIMANI | 0.20 | 80.00 |
| 02/25/25 | LSM | REVIEW, FILE AND ORGANIZE SERVICE OF FOURTH MONTHLY FEE APPLICATION FOR FTI CONSULTING | 0.40 | 160.00 |
| 02/26/25 | SLN | CORRESPONDENCE WITH UST REGARDING INTERIM FEE APPLICATIONS (.1); | 0.10 | 80.00 |
| 02/26/25 | MAS | REVIEW EMAILS FROM AND PREPARE EMAILS TO N. ROWLES RE: MWE FOURTH MONTHLY FEE APPLICATION | 0.10 | 40.50 |
| 02/27/25 | MAS | REVIEW EMAILS FROM AND PREPARE EMAILS TO L. MORTON RE: MWE FOURTH MONTHLY FEE APPLICATION (.1); REVIEW AND EDIT DRAFT NOTICE RE: SAME (.1) | 0.20 | 81.00 |
| 02/27/25 | MMH | CONTINUE DRAFTING CS JANUARY FEE APP | 0.70 | 301.00 |
| 02/27/25 | MMH | CORRESPONDENCE WITH S. NEWMAN RE: JANUARY FEE APP | 0.10 | 43.00 |
| 02/27/25 | LSM | DRAFT NOTICE TO FOURTH MONTHLY FEE APPLICATION FOR MWE AND FORWARD SAME TO M. SOLIMANI | 0.20 | 80.00 |
| 02/28/25 | SLN | EMAIL FROM COURT REGARDING UCC FEE APPLICATIONS (.1);REVIEW OF AND REVISIONS TO CS JANUARY FEE APPLICATION (.4); CORRESPONDENCE WITH M. HARTLIPP (.2); | 0.70 | 560.00 |
| 02/28/25 | MMH | CONFER WITH J. DOUGHERTY RE: JANUARY FEE APP | 0.10 | 43.00 |
| 02/28/25 | MMH | REVIEW S. NEWMAN COMMENTS TO FEE APP AND ADDRESS | 0.70 | 301.00 |
| 02/28/25 | MMH | COORDINATE FILING OF JANUARY FEE APP | 0.10 | 43.00 |
| 02/28/25 | LSM | REVIEW, FILE AND ORGANIZE SERVICE OF FOURTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 160.00 |
| 02/28/25 | LSM | UPDATE, FILE AND ORGANIZE SERVICE OF FOURTH MONTHLY FEE APPLICATION FOR MCDERMOTT WILL AND EMERY | 0.40 | 160.00 |
| **LEASES (REAL PROPERTY)** | | | **5.90** | **5,102.50** |
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 02/05/25 | JRA | REVIEW SIXTH DESIGNATION NOTICE | 0.30 | 277.50 |
| 02/05/25 | JRA | REVIEW FITH POST CLOSING DESIGNATION NOTICE | 0.40 | 370.00 |
| 02/07/25 | SLN | EMAIL FROM LANDLORD (.1); | 0.10 | 80.00 |
| 02/10/25 | JRA | CORRESPONDENCE WITH LANDLORDS RE RENT ISSUES | 0.60 | 555.00 |
| 02/11/25 | JRA | REVIEW 8TH POST CLOSING DESIGNATION NOTICE | 0.40 | 370.00 |
| 02/11/25 | JRA | CORRESPOND WITH LANDLORDS RE RENT AND RECONCILIATIONS OF AMOUNTS FOR SAME | 0.80 | 740.00 |
| 02/12/25 | SLN | EMAIL FROM LANDLORD (.1); | 0.10 | 80.00 |
| 02/12/25 | SLN | CORRESPONDENCE WITH LANDLORDS REGARDING ADMIN CLAIMS MOTION (.1): | 0.10 | 80.00 |
| 02/18/25 | SLN | CORRESPONDENCE WITH LANDLORD AND FOLLOW UP CORRESPONDENCE WITH UCC COUNSEL (.2); | 0.20 | 160.00 |

**COLE SCHOTZ P.C.**

| | | | Invoice Number 1001247 |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | March 11, 2025 |
| | Client/Matter No. 68457-0001 | | Page 9 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/18/25 | SYC | REVIEW EMAILS FROM MWE RE: LEASES AND RESPOND TO SAME | 0.30 | 270.00 |
| 02/19/25 | SLN | CORRESPONDENCE WITH LANDLORD REGARDING LEASE (.1); | 0.10 | 80.00 |
| 02/19/25 | JRA | REVIEW GIBRALTAR OBJECTION TO FIFTH POST CLOSING DESIGNATION NOTICE | 0.20 | 185.00 |
| 02/20/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING LEASES (.1); | 0.10 | 80.00 |
| 02/23/25 | JRA | REVIEW RL OBJECTION TO FIFTH DESIGNATION NOTICE | 0.50 | 462.50 |
| 02/24/25 | JRA | REVIEW 11TH POST CLOSING DESIGNATION NOTICE | 0.30 | 277.50 |
| 02/24/25 | JRA | REVIEW 12TH REJECTION NOTICE | 0.10 | 92.50 |
| 02/27/25 | MAS | REVIEW AND ANALYZE NOTICES RE: REJECTION OF LEASES | 0.50 | 202.50 |
| 02/27/25 | JRA | REVIEW 15TH POST CLOSING DESIGNATION | 0.40 | 370.00 |
| 02/27/25 | JRA | REVIEW 13-17 REJECTION NOTICES (.2); EMAILS WITH CS AND MWE TEAM RE SAME AND UCC UPDATE (.1) | 0.30 | 277.50 |
| 02/28/25 | JRA | EMAILS WITH UCC MEMBER RE 15H POST CLOSING DESIGNATION | 0.10 | 92.50 |

| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **5.80** | **4,696.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/02/25 | JRA | EMAIL WITH M. BROCK RE MEET AND CONFER | 0.10 | 92.50 |
| 02/03/25 | SYC | PREPARE FOR AND ATTEND MEET AND CONFER RE: INVESTIGATION | 0.30 | 270.00 |
| 02/04/25 | JRA | FURTHER CORRESPONDENCE WITH D. AZMAN RE D&O INVESTIGATION | 0.40 | 370.00 |
| 02/06/25 | JRA | EMAILS WITH DPW AND MWE TEAM RE D&O INVESTIGATION AND PRODUCTION | 0.30 | 277.50 |
| 02/07/25 | SLN | CORRESPONDENCE WITH MWE REGARDING DOCUMENT PRODUCTION AND REVIEW (.1); | 0.10 | 80.00 |
| 02/07/25 | JRA | RESEARCH RE D&O CLAIMS (1.3); CORRESPOND WITH D. AZMAN AND MWE RE SAME (.2) | 1.50 | 1,387.50 |
| 02/10/25 | JRA | EMAIL WITH M. BROCK RE IP LITIGATION | 0.10 | 92.50 |
| 02/11/25 | MAS | CALL WITH S. CARNES AND MWE TEAM RE: INVESTIGATION UPDATE AND WORKSTREAMS | 0.30 | 121.50 |
| 02/11/25 | MAS | CREATE MWE RELATIVITY ACCESS RE: INVESTIGATION | 0.10 | 40.50 |
| 02/11/25 | MAS | EMAILS WITH E. SHEREFF RE: INVESTIGATION | 0.10 | 40.50 |
| 02/11/25 | SYC | CALL WITH MWE RE: INVESTIGATION | 0.50 | 450.00 |
| 02/16/25 | JRA | REVIEW ADVANCEMENT MOTION | 1.00 | 925.00 |
| 02/18/25 | MAS | REVIEW EMAIL FROM N. ROWLES RE: D&O POLICY MOTION | 0.10 | 40.50 |
| 02/18/25 | JRA | EMAILS WITH N. ROWLES AND S. CARNES RE ADVANCEMENT MOTION | 0.20 | 185.00 |
| 02/20/25 | MAS | REVIEW TRANSCRIPTS RE: NEXUS SALE HEARINGS (.3); EMAIL TO M. HARTLIPP RE: SAME (.1) | 0.40 | 162.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 1001247 |
| | Client/Matter No. 68457-0001 | March 11, 2025 |
| | | Page 10 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/24/25 | MAS | CALL WITH MWE AND FTI TEAMS RE: INVESTIGATION UPDATE AND ADDITIONAL MATTERS | 0.20 | 81.00 |
| 02/28/25 | SLN | CORRESPONDENCE WITH MWE REGARDING DOCUMENT REVIEW (.1); | 0.10 | 80.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS** — 4.70 — 2,459.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/24/25 | JMD | REVIEW AGENDA FOR 2/26 OMNIBUS HEARING (.2); EMAILS W/ N. ROWLES RE: BINDER PREPARATION AND ZOOM REGISTRATION RE: SAME (.2); EMAILS W/ S. NEWMAN, S. CARNES, AND L. MORTON RE: HEARING LOGISTICS, BINDER PREPARATION, AND HEARING COVERAGE (.2) | 0.60 | 345.00 |
| 02/24/25 | JMD | CALL W/ L. MORTON RE: HEARING BINDERS | 0.10 | 57.50 |
| 02/24/25 | JMD | CORRES. W/ M. SOLIMANI RE: COORDINATE LISTEN ONLY LINE FOR 2/26 OMNIBUS HEARING | 0.10 | 57.50 |
| 02/24/25 | MMH | REVIEW 2/26 HEARING AGENDA | 0.10 | 43.00 |
| 02/24/25 | LSM | COMPILE, REVIEW AND CIRCULATE TO CS TEAM THE AGENDA FOR THE FEBRUARY 26, 2025 HEARING | 0.20 | 80.00 |
| 02/24/25 | JRA | CORRESPOND WITH D. AZMAN, S. CARNES AND S. NEWMAN RE WEDNESDAY'S HEARING | 0.30 | 277.50 |
| 02/25/25 | JRA | CORRESPOND WITH LANDLORD RE TOMORROW'S HEARING | 0.10 | 92.50 |
| 02/25/25 | JRA | CORRESPOND WITH D. AZMAN RE TOMORROW'S HEARING | 0.20 | 185.00 |
| 02/25/25 | LSM | REVIEW AND UPDATE HEARING BINDERS FOR FEBRUARY 26, 2025 HEARING AND FORWARD SAME TO S. NEWMAN | 0.60 | 240.00 |
| 02/26/25 | MAS | VIRTUALLY ATTEND AND RUN DIAL IN RE: FEBRUARY 26 HEARING | 1.40 | 567.00 |
| 02/26/25 | MMH | PREPARE MATERIALS FOR HEARING | 0.30 | 129.00 |
| 02/26/25 | JRA | CORRESPOND WITH S. NEWMAN AND M. HARTLIPP RE TODAY'S HEARING | 0.20 | 185.00 |
| 02/26/25 | LSM | ASSIST WITH HEARING PREPARATIONS FOR FEBRUARY 26, 2025 HEARING | 0.50 | 200.00 |

**RETENTION MATTERS** — 0.20 — 115.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/28/25 | JMD | EMAILS W/ M. HARTLIPP RE: COLE SCHOTZ RETENTION APP | 0.20 | 115.00 |

**UTILITIES/SEC. 366 ISSUES** — 0.20 — 160.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/06/25 | SLN | CORRESPONDENCE WITH UTILITY (.1); | 0.10 | 80.00 |
| 02/13/25 | SLN | EMAIL FROM UTILITY (.1); | 0.10 | 80.00 |

**VENDOR MATTERS** — 0.30 — 129.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 1001247 |
|---|---|---|
| | Client/Matter No. 68457-0001 | March 11, 2025 |
| | | Page 11 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 02/03/25 | MMH | REVIEW AND ANALYZE FTI UPDATE RE: ADMIN CLAIMS | 0.10 | 43.00 |
| 02/04/25 | MMH | CORRESPONDENCE WITH MWE TEAM RE: ADMIN CLAIMS RECONCILICATION PROCESS | 0.20 | 86.00 |
| | | TOTAL HOURS | 70.40 | |

PROFESSIONAL SERVICES: $51,189.00

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Elazar A. Kosman | Associate | 0.50 | 430.00 | 215.00 |
| Jack M. Dougherty | Associate | 1.50 | 575.00 | 862.50 |
| Justin R. Alberto | Member | 25.80 | 925.00 | 23,865.00 |
| Larry S. Morton | Paralegal | 6.50 | 400.00 | 2,600.00 |
| Melissa M. Hartlipp | Associate | 4.80 | 430.00 | 2,064.00 |
| Michael A. Solimani | Associate | 10.50 | 405.00 | 4,252.50 |
| Sarah A. Carnes | Member | 6.90 | 900.00 | 6,210.00 |
| Stacy L. Newman | Member | 13.90 | 800.00 | 11,120.00 |
| | **Total** | **70.40** | | **$51,189.00** |

**COST DETAIL**

| **DATE** | **Description** | **QUANTITY** | **AMOUNT** |
|---|---|---|---|
| 01/10/25 | COURT FEES | 4.00 | 0.40 |
| 01/10/25 | COURT FEES | 7.00 | 0.70 |
| | **Total** | | **$1.10** |

TOTAL SERVICES AND COSTS: $ 51,190.10

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number  1001247
Client/Matter No. 68457-0001  March 11, 2025
Page 12

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| DM02 | ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363) | 4.50 | 4,065.00 |
| DM03 | AUTOMATIC STAY MATTERS/LITIGATION | 1.20 | 995.00 |
| DM05 | CASE ADMINISTRATION | 10.40 | 7,159.50 |
| DM06 | CASH COLLATERAL AND DIP FINANCING | 1.40 | 1,010.00 |
| DM07 | CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS | 6.20 | 5,692.50 |
| DM08 | COMMITTEE MATTERS AND CREDITOR MEETINGS | 13.20 | 9,887.50 |
| DM09 | CREDITOR INQUIRIES | 2.90 | 2,670.00 |
| DM13 | EXECUTORY CONTRACTS | 0.10 | 80.00 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 13.40 | 6,968.00 |
| DM20 | LEASES (REAL PROPERTY) | 5.90 | 5,102.50 |
| DM21 | LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF) | 5.80 | 4,696.00 |
| DM24 | PREPARATION FOR AND ATTENDANCE AT HEARINGS | 4.70 | 2,459.00 |
| DM29 | RETENTION MATTERS | 0.20 | 115.00 |
| DM33 | UTILITIES/SEC. 366 ISSUES | 0.20 | 160.00 |
| DM34 | VENDOR MATTERS | 0.30 | 129.00 |
| | **Total** | **70.40** | **$51,189.00** |