**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SERVICE

I, Jordan L. Williams, do hereby certify that I served or caused to be served a true and correct copy of *Forman Mills, Inc.'s Notice of Deposition of 1255 Sunrise Realty, LLC Pursuant To Fed. R. Civ. P. 30(b)(6) And Fed. R. Bankr. P. 7030* on counsel for Sunrise listed below via electronic mail.

**GELLERT SEITZ BUSENKELL & BROWN, LLC**
Michael Busenkell
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Email: mbusenkell@gsbblaw.com

**HUNTON ANDREWS KURTH LLP**
Gregory G. Hesse
Fountain Place
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Email: ghesse@hunton.com

Robert A. Rich
200 Park Avenue
New York, NY 10166
Email: rrich@hunton.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: March 26, 2025
      Wilmington, Delaware

**BLANK ROME LLP**

By: */s/ Jordan L. Williams*
Lawrence R. Thomas III (No. 6935)
Jordan L. Williams (No. 7128)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email: lorenzo.thomas@blankrome.com
      Jordan.williams@blankrome.com

-and-

John E. Lucian (*pro hac vice*)
One Logan Square
130 N. 18th Street
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-5500
Facsimile:    (215) 569-5555
Email: john.lucian@blankrome.com

*Counsel for Plaintiff*

2