**EXHIBIT A**

**<u>Time Detail</u>**


# McDermott
# Will & Emery

Invoice: 3993398                                                03/18/2025
Client: 125264

Big Lots, Inc. Creditors' Committee
N/A
Wilmington, DE

For Services Rendered in Connection with:

Matter: 0011          Big Lots Unsecured Creditors' Committee

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 02/03/25 | Case Administration C. Catanese | 0.20 | 229.00 | Conference with MWE, CS, FTI team re case strategy (.2). |
| B110 02/11/25 | Case Administration C. Catanese | 0.40 | 458.00 | Prepare for professional call (.1); attend professional call with MWE, CS, FTI teams (.3). |
| B110 02/13/25 | Case Administration E. Shereff | 0.20 | 254.00 | Analyzed newest docket entries (.2). |
| B110 02/24/25 | Case Administration K. Going | 0.30 | 558.00 | Internal professionals meeting (.3). |


McDermott
Will & Emery

**Big Lots, Inc. Creditors' Committee**

Client:        125264
Invoice:       3993398
Invoice Date:  03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 02/27/25 | Case Administration N. Rowles | 0.20 | 289.00 | Correspondence with D. Azman re go-forward budget matters (.1); correspondence with M. Hyland re same (.1). |
| B130 02/19/25 | Asset Disposition S. Lutkus | 0.20 | 365.00 | E-mail correspondence from/to L. Tancredi (Womble Bond) (.1), then to FTI and Cole Schotz teams (.1) re matters relevant to expected store closing activity. |
| B130 02/20/25 | Asset Disposition S. Lutkus | 0.30 | 547.50 | E-mail correspondence from/to T. Rodrigues (FTI) (.1), then to L. Tancredi (Womble Bond) (.1) re matters relevant to expected store closing activity; follow-up e-mail correspondence with L. Tancredi relevant to same (.1). |
| B130 02/23/25 | Asset Disposition N. Rowles | 0.30 | 433.50 | Correspondence with T. Rodrigues re GBRP consulting agreement budget matters (.3). |
| B130 02/24/25 | Asset Disposition N. Rowles | 0.30 | 433.50 | Correspondence with T. Rodrigues re GBRP Consulting Agreement budget matters (.2); review motion to assume consulting agreement and related docket items in connection with same (.1). |
| B130 02/24/25 | Asset Disposition S. Lutkus | 0.20 | 365.00 | E-mail correspondence with L. Tancredi (Womble Bond) re matters relevant to query in respect of store closing procedures and timing (.2). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       3993398
Invoice Date:  03/18/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130<br>02/28/25 | Asset Disposition<br>K. Going | 1.60 | 2,976.00 | Review materials from FTI related to dispute with GB (1.6). |
| B140<br>02/10/25 | Relief from Stay/Adequate Protection Proceedings<br>S. Lutkus | 0.10 | 182.50 | Review/analysis of Davis Polk e-mail update re matters relevant to anticipated Debtor motion in respect of certain pending D&O litigation (.1). |
| B140<br>02/18/25 | Relief from Stay/Adequate Protection Proceedings<br>N. Rowles | 2.70 | 3,901.50 | Analyze motion to pay proceeds of D&O policies (.8); research related to same (.6); draft internal summary re same (.5); revise draft email to Cole Schotz and FTI teams re same (.3); teleconference with S. Lutkus regarding same (.2); email DPW team re same (.3). |
| B140<br>02/18/25 | Relief from Stay/Adequate Protection Proceedings<br>D. Thomson | 1.20 | 1,764.00 | Call with S. Lutkus re advancement of D&O policy proceeds (.2); research and review orders granting same (.7); draft summary of relevant order provisions for S. Lutkus (.3). |
| B140<br>02/18/25 | Relief from Stay/Adequate Protection Proceedings<br>C. Catanese | 2.40 | 2,748.00 | Review motion to pay advancement and indemnification of directors (.2); conduct research re same (.4); draft and revise summary and analysis re same (1.8). |



McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | | | | Client: | 125264 |
| | | | | Invoice: | 3993398 |
| | | | | Invoice Date: | 03/18/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B140 02/18/25 | Relief from Stay/Adequate Protection Proceedings S. Lutkus | 2.50 | 4,562.50 | E-mail correspondence from M. Brock (Davis Polk), then to N. Rowles re matters relevant to Debtors' lift stay motion in respect of advancement of defense costs under D&O policy (.2); review/analysis of motion (.3); review of N. Rowles e-mail summary of motion and proposed response (.2); review/analysis of case law relevant to same (.6); telephone conference with D. Thomson re matters relevant to same (.3); multiple follow-up internal e-mail messages (with N. Rowles, then D. Azman) in connection with same (.5); telephone conference with N. Rowles re matters relevant to same (.4). |
| B140 02/19/25 | Relief from Stay/Adequate Protection Proceedings N. Rowles | 0.50 | 722.50 | Call with S. Lutkus, M. Brock and S. Piraino regarding motion to pay D&O proceeds (.2); meeting with S. Lutkus and D. Thomson re same (.1); teleconference with M. Brock re same (.1); correspondence with S. Lutkus re same (.1). |
| B140 02/19/25 | Relief from Stay/Adequate Protection Proceedings S. Lutkus | 1.90 | 3,467.50 | E-mail correspondence with M. Brock (DPW) (.1), then N. Rowles (.1) re matters relevant to Debtors' motion to lift stay in connection with proposed advancement of defense costs under D&O policy; Zoom conference with MWE (N. Rowles and D. Thomson) and Davis Polk teams re matters relevant to same (.2); follow up conference with N. |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:       125264
Invoice:      3993398
Invoice Date: 03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Rowles and D. Thomson re same (.2); receipt and review of/further revisions to proposed revised order approving lift stay motion to reflect proposed reporting procedures (1.2); e-mail correspondence with Davis Polk team re same (.1). |
| B140 02/19/25 | Relief from Stay/Adequate Protection Proceedings D. Thomson | 2.10 | 3,087.00 | Conference with MWE and DPW teams re order advancing defense costs (.2); follow up conference with S. Lutkus and N. Rowles re same (.1); review motion to advance defense costs and related exhibits (.7); review and revise proposed order granting motion (.5); draft summary for MWE team of issues related to same (.4); correspond with S. Lutkus re same (.1); review additional edits to proposed order (.1). |
| B140 02/20/25 | Relief from Stay/Adequate Protection Proceedings N. Rowles | 0.20 | 289.00 | Correspondence with S. Lutkus re Debtors' motion to advance and pay defense and settlement amounts from D&O insurance policy (.1); correspondence with DPW team re same (.1). |
| B140 02/20/25 | Relief from Stay/Adequate Protection Proceedings S. Lutkus | 0.20 | 365.00 | Follow up e-mail correspondence from/to N. Rowles (.1), then from M. Brock (Davis Polk) (.1) re matters relevant to Debtors' lift stay motion in respect of advancement of defense costs under D&O policy. |

 **McDermott**
**Will & Emery**

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       3993398
Invoice Date:  03/18/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B140<br>02/21/25 | Relief from Stay/Adequate<br>Protection Proceedings<br>S. Lutkus | 0.20 | 365.00 | Follow-up e-mail correspondence with N. Rowles (.1), then M. Brock (Davis Polk) (.1) re matters relevant to Debtors' lift stay motion in respect of proposed advancement of defense costs. |
| B140<br>02/23/25 | Relief from Stay/Adequate<br>Protection Proceedings<br>S. Lutkus | 0.30 | 547.50 | Multiple follow-up e-mail messages with N. Rowles re matters relevant to Debtors' lift stay motion in respect of proposed advancement of defense costs (.3). |
| B140<br>02/24/25 | Relief from Stay/Adequate<br>Protection Proceedings<br>S. Lutkus | 0.20 | 365.00 | Multiple e-mail messages with N. Rowles and M. Brock (Davis Polk) re matters relevant to ongoing discussions in respect of Debtor motion to lift stay in connection with proposed advancement of defense costs under D&O policy (.2). |
| B140<br>02/25/25 | Relief from Stay/Adequate<br>Protection Proceedings<br>S. Lutkus | 0.40 | 730.00 | Receipt and review of certification of counsel re revised proposed order in respect of Debtors' lift stay motion to allow for advancement of defense costs from D&O policy (.2); conference with K. Going re same, other matters relevant to preparation for upcoming court hearing (.2). |
| B150<br>02/03/25 | Mtgs/Communications<br>w/Creditor<br>K. Going | 1.00 | 1,860.00 | Review UCC update and comment on same (.5); participate in team call (.5). |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



**McDermott Will & Emery**

Big Lots, Inc. Creditors' Committee

Client:      125264
Invoice:     3993398
Invoice Date:  03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 02/03/25 | Mtgs/Communications w/Creditor N. Rowles | 1.50 | 2,167.50 | Analyze FTI draft presentation on winddown and administrative budget for Committee update (.5); draft update email to Committee re same and re matter updates (.4); correspondence with Cole Schotz and MWE teams re same (.3); correspondence with D. Mashburn-Myrick re American Furniture administrative matters (.3). |
| B150 02/03/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.60 | 1,095.00 | Review draft Committee update e-mail and FTI materials prepared in connection with same (.4); e-mail correspondence with N. Rowles re matters relevant to same, addition of ex-officio Committee member (.2). |
| B150 02/04/25 | Mtgs/Communications w/Creditor N. Rowles | 0.90 | 1,300.50 | Multiple correspondence with D. Mashburn-Myrick re items needed from ex-officio members of Committee (.4); review bylaws in connection with same (.2); email correspondence with D. Azman re same (.1); email correspondence with J. Alberto re same (.2). |
| B150 02/06/25 | Mtgs/Communications w/Creditor N. Rowles | 0.40 | 578.00 | Review motion for administrative expense claims, post-closing designation notice, and headquarters sale motion in connection with providing updates to Committee members re same (.4). |



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 3993398
Invoice Date: 03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 02/07/25 | Mtgs/Communications w/Creditor N. Rowles | 0.50 | 722.50 | Correspondence with D. Mashburn-Myrick re ex-officio Committee member (.3); correspondence with MWE, FTI, and Cole Schotz teams re same (.2). |
| B150 02/10/25 | Mtgs/Communications w/Creditor N. Rowles | 0.70 | 1,011.50 | Participate in call with Committee professionals re Committee updates (.1); draft email update to Committee (.4); revise same (.1); email Committee with update (.1). |
| B150 02/10/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.60 | 1,095.00 | Participate in regular weekly Committee professionals' call (.1); receipt and review of draft FTI materials prepared in connection with Committee update (.3); e-mail correspondence from/to N. Rowles re matters relevant to draft Committee e-mail update in lieu of meeting (.2). |
| B150 02/10/25 | Mtgs/Communications w/Creditor K. Going | 1.30 | 2,418.00 | Review and comment on Committee correspondence (.5); review FTI materials (.8). |
| B150 02/12/25 | Mtgs/Communications w/Creditor N. Rowles | 0.50 | 722.50 | Review recently filed objections to cure amounts and motions for administrative expense claims in connection with providing email updates to Committee (.3); correspondence with counsel to creditor regarding pre-closing administrative expense claims bar date motion (.2). |

**One Vanderbilt Avenue**  New York, NY  10017-3852  **Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*


## McDermott
## Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       3993398
Invoice Date:  03/18/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150<br>02/17/25 | Mtgs/Communications<br>w/Creditor<br>S. Lutkus | 0.30 | 547.50 | Multiple e-mail messages with S. Carnes (Cole Schotz) (.1), then T. Rodrigues (FTI) (.1), then N. Rowles (.1) re matters relevant to cancellation of regular weekly committee meeting and e-mail update in lieu of same. |
| B150<br>02/18/25 | Mtgs/Communications<br>w/Creditor<br>N. Rowles | 0.60 | 867.00 | Correspondence with MWE and Cole Schotz teams re landlord email inquiry re status of cases (.2); analyze FTI presentation regarding administrative and winddown budgets for Committee (.3); email Committee re same (.1). |
| B150<br>02/18/25 | Mtgs/Communications<br>w/Creditor<br>C. Catanese | 0.10 | 114.50 | Draft email to FTI, CS teams re UCC meeting coordination (.1). |
| B150<br>02/18/25 | Mtgs/Communications<br>w/Creditor<br>S. Lutkus | 0.60 | 1,095.00 | E-mail correspondence with unsecured creditor counsel re query in respect of creditor distribution (.1); multiple e-mail messages with MWE and Cole Schotz teams re matters relevant to same (.2); receipt and review of FTI-prepared Committee update materials (.2); e-mail correspondence with FTI team re matters relevant to same (.1). |
| B150<br>02/23/25 | Mtgs/Communications<br>w/Creditor<br>N. Rowles | 0.20 | 289.00 | Review stipulation regarding stay relief motion and 12th notice of lease rejections in connection with preparing Committee update email (.2). |



McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 3993398 |
| Invoice Date: | 03/18/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150<br>02/24/25 | Mtgs/Communications<br>w/Creditor<br>N. Rowles | 0.50 | 722.50 | Participate in weekly Committee professionals call (.2); draft Committee email update (.3). |
| B150<br>02/24/25 | Mtgs/Communications<br>w/Creditor<br>S. Lutkus | 0.30 | 547.50 | Participate in regular weekly Committee professionals' call (.2); follow up e-mail correspondence with K. Going re issues arising out of same (.1). |
| B150<br>02/26/25 | Mtgs/Communications<br>w/Creditor<br>N. Rowles | 0.90 | 1,300.50 | Draft email to Committee regarding omnibus hearing (.5); revise same in accordance with S. Lutkus comments (.1); review FTI deck regarding administrative and winddown budgets in connection with same (.2); review certification of counsel regarding motion to advance D&O insurance policies in connection with same (.1). |
| B150<br>02/26/25 | Mtgs/Communications<br>w/Creditor<br>S. Lutkus | 0.40 | 730.00 | Receipt and review/analysis of N. Rowles draft Committee update (including FTI budget update materials) (.3); e-mail correspondence with N. Rowles re same (.1). |
| B150<br>02/27/25 | Mtgs/Communications<br>w/Creditor<br>S. Lutkus | 0.20 | 365.00 | Receipt and review of initial and follow-up draft e-mail summaries to Committee re lease rejection matters, entry of administrative expense claim procedures order (.1); multiple e-mail messages with Cole Schotz team re same (.1). |


## McDermott
## Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:      3993398
Invoice Date: 03/18/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155<br>02/21/25 | Court Hearings<br>N. Rowles | 0.20 | 289.00 | Email correspondence with D. Azman, K. Going, and S. Lutkus re February 26, 2025 hearing matters (.2). |
| B155<br>02/24/25 | Court Hearings<br>K. Going | 1.30 | 2,418.00 | Review recent filings in preparation for upcoming hearing (1.3). |
| B155<br>02/24/25 | Court Hearings<br>N. Rowles | 1.90 | 2,745.50 | Multiple correspondence with Cole Schotz team re Feb. 26, 2025 hearing matters (.3); correspondence with K. Going and S. Newman re same (.3); correspondence with S. Churchill re agenda for hearing (.1); begin drafting hearing preparation materials related to motion to set pre-closing administrative expense motion (.5); email correspondence with C. Catanese re same (.3); review revised proposed order related to same (.3); correspondence with K. Going re same (.1). |
| B155<br>02/25/25 | Court Hearings<br>N. Rowles | 3.40 | 4,913.00 | Draft outline regarding items on for hearing on Feb. 26, 2025 (1.2); multiple correspondence with K. Going re same (.3); revise chart related to objections to Debtors' motion to set pre-closing administrative expense claims bar date (1.6); multiple correspondence with C. Catanese re same (.2); |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:         125264
Invoice:        3993398
Invoice Date:   03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | teleconference with C. Catanese re same (.1). |
| B155 02/25/25 | Court Hearings C. Catanese | 3.20 | 3,664.00 | Prepare for hearing (3.1); conference with N. Rowles re same (.1). |
| B155 02/25/25 | Court Hearings K. Going | 2.40 | 4,464.00 | Prepare for hearing on admin claims motion and lift stay for insurance (2.4). |
| B155 02/26/25 | Court Hearings N. Rowles | 1.40 | 2,023.00 | Attend omnibus hearing (1.4). |
| B155 02/26/25 | Court Hearings K. Going | 3.40 | 6,324.00 | Participate in hearing (1.7); prepare for omnibus hearing (1.7). |
| B155 02/26/25 | Court Hearings C. Catanese | 1.60 | 1,832.00 | Attend omnibus hearing on Feb 26, 2025 (1.3); revise notes re same (.3). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



Big Lots, Inc. Creditors' Committee

Client:         125264
Invoice:       3993398
Invoice Date:  03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155 02/26/25 | Court Hearings S. Lutkus | 1.40 | 2,555.00 | Attend court hearing re Debtors' motion to approve procedures in respect of asserted administrative expense claims (1.4). |
| B160 02/03/25 | Fee/Employment Applications N. Rowles | 0.70 | 1,011.50 | Review Guggenheim final fee application (.4); correspondence with FTI team re same (.3). |
| B160 02/07/25 | Fee/Employment Applications D. Hurst | 1.80 | 3,348.00 | Review McDermott January time detail for privilege and compliance with local rules (1.8). |
| B160 02/10/25 | Fee/Employment Applications N. Rainey | 0.10 | 55.00 | Correspond with S. Cushman re LEDES file re MWE's third monthly fee application (.1). |
| B160 02/11/25 | Fee/Employment Applications N. Rainey | 0.10 | 55.00 | Email transmission and correspondence with the US Trustee's office re MWE third monthly fee application and related LEDES file (.1). |
| B160 02/13/25 | Fee/Employment Applications D. Hurst | 1.10 | 2,046.00 | Begin to review and revise McDermott January fee application (1.1). |



McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       3993398
Invoice Date:  03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 02/14/25 | Fee/Employment Applications D. Hurst | 1.40 | 2,604.00 | Review revised McDermott January time detail for privilege and compliance with local rules (1.4). |
| B160 02/14/25 | Fee/Employment Applications N. Rainey | 1.40 | 770.00 | Multiple communications with D. Hurst re expense items to be included on MWE's January monthly fee application and proposed edits to same (.2); edit/revise expense detail re MWE January monthly fee application (1.0); correspond with A. Jackson re same (.2). |
| B160 02/17/25 | Fee/Employment Applications N. Rowles | 0.30 | 433.50 | Analyze Guggenheim fee application (.3). |
| B160 02/18/25 | Fee/Employment Applications D. Hurst | 1.30 | 2,418.00 | Review further revised McDermott January time detail for privilege and compliance with local rules (1.1); draft correspondence to N. Rowles re information needed for McDermott January fee application (.1); draft correspondence to N. Rainey re same (.1). |
| B160 02/19/25 | Fee/Employment Applications N. Rainey | 1.00 | 550.00 | Edit/revise MWE fourth monthly fee application (.9); correspond with D. Hurst re same (.1). |

**One Vanderbilt Avenue**  New York, NY  10017-3852  **Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:      3993398
Invoice Date:  03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 02/19/25 | Fee/Employment Applications C. Catanese | 2.20 | 2,519.00 | Draft and revise task descriptions for McDermott fee application (2.2). |
| B160 02/20/25 | Fee/Employment Applications N. Rowles | 1.10 | 1,589.50 | Revise narratives for January monthly fee statement (.8); analyze numbers included in draft order on first interim fee applications (.2); email correspondence with FTI team re same (.1). |
| B160 02/20/25 | Fee/Employment Applications C. Catanese | 1.40 | 1,603.00 | Draft and revise task descriptions for monthly fee application (1.4). |
| B160 02/21/25 | Fee/Employment Applications N. Rowles | 0.80 | 1,156.00 | Further revise task category narratives for fee application (.8). |
| B160 02/21/25 | Fee/Employment Applications N. Rainey | 0.60 | 330.00 | Edit/revise MWE fourth monthly fee application (.5); communicate with D. Hurst re same (.1). |
| B160 02/22/25 | Fee/Employment Applications D. Hurst | 1.70 | 3,162.00 | Review and revise McDermott January fee application (1.7). |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



**McDermott Will & Emery**

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:      3993398
Invoice Date:  03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 02/24/25 | Fee/Employment Applications D. Hurst | 0.10 | 186.00 | Draft correspondence to D. Azman, K. Going re McDermott January fee application (.1). |
| B160 02/26/25 | Fee/Employment Applications D. Hurst | 1.70 | 3,162.00 | Review and finalize McDermott January fee application, in preparation for filing (1.4); draft multiple correspondence to N. Rainey re preparation of filing version of fee application, related matters (.2); draft correspondence to N. Rowles re same (.1). |
| B160 02/26/25 | Fee/Employment Applications N. Rowles | 0.50 | 722.50 | Review draft fourth monthly fee application (.3); correspondence with D. Hurst re same (.1); correspondence with Cole Schotz team re filing same (.1). |
| B190 02/03/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Correspondence with McDermott team about D&O investigation, Debtor document production, and strategy (1.0). |
| B190 02/03/25 | Other Contested Matters E. Shereff | 4.20 | 5,334.00 | Prepare to lead meet and confer (1.3); attend meet and confer with opposing counsel re discovery status (.5); draft narrative for D&O claims (1.6); analyze circulated call notes and update internal task list accordingly (.3); meeting with J. Haims re discovery status (.5). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:      125264
Invoice:     3993398
Invoice Date: 03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 02/03/25 | Other Contested Matters S. Lutkus | 0.20 | 365.00 | Participate in meet and confer with MWE, Cole Schotz and Davis Polk teams re matters relevant to outstanding Committee document requests (.2). |
| B190 02/03/25 | Other Contested Matters C. Catanese | 0.40 | 458.00 | Participate in meeting with MWE, DP teams re discovery meet and confer (.2); revise notes re same (.2). |
| B190 02/04/25 | Other Contested Matters E. Shereff | 2.90 | 3,683.00 | Conduct targeted document review (2.9). |
| B190 02/05/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Correspondence re Debtor document production, investigation, and strategy (.5). |
| B190 02/05/25 | Other Contested Matters E. Shereff | 7.50 | 9,525.00 | Analyze drafts of APA with Gordon Brothers (3.1); compare and annotate unredacted Board memos to redacted versions previously produced (3.6); update task list, deadlines, and production tracker (.8). |
| B190 02/06/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Correspondence re Debtor document production, D&O claims investigation (.5). |


# McDermott
# Will & Emery

Big Lots, Inc. Creditors' Committee

Client:       125264
Invoice:     3993398
Invoice Date:  03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 02/06/25 | Other Contested Matters A. Garcia | 1.00 | 295.00 | Import production data and load into the review platform (1.0). |
| B190 02/06/25 | Other Contested Matters S. Wright | 0.50 | 297.50 | Analyze and prepare supplemental Debtors' production for loading into document review repository (.3); perform quality assurance on data load and release the same for attorney review (.2). |
| B190 02/06/25 | Other Contested Matters E. Shereff | 3.20 | 4,064.00 | Conduct first pass document review of newest production (2.9); oversee uploading and organizing of newest production (.3). |
| B190 02/07/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Correspondence about Debtor document production issues (.5). |
| B190 02/07/25 | Other Contested Matters E. Shereff | 0.60 | 762.00 | Draft correspondence to MWE team re recent production contents (.6). |
| B190 02/10/25 | Other Contested Matters J. Haims | 1.50 | 3,022.50 | Correspondence about Debtor document production, D&O claims investigation (.5); review documents relevant to investigation (1.0). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:       125264
Invoice:      3993398
Invoice Date: 03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 02/10/25 | Other Contested Matters E. Shereff | 3.90 | 4,953.00 | Conduct targeted document review of board materials (3.9). |
| B190 02/11/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Correspondence about Debtor document production and D&O claims investigation (1.0). |
| B190 02/11/25 | Other Contested Matters N. Rowles | 0.60 | 867.00 | Correspondence with Cole Schotz team and C. Catanese re call re investigation update (.3); review C. Catanese notes re same (.3). |
| B190 02/11/25 | Other Contested Matters E. Shereff | 5.40 | 6,858.00 | Prepare talking points and statistics for Committee professionals call (.8); meeting with J. Haims to discuss ongoing investigation (.5); attend Committee professionals call Regarding 7th set of RFPs (.5); draft multiple correspondence to opposing counsel re upcoming meet and confer (.6); draft summary of discovery work completed and go-forward plan (1.7); review and analyze precedent investigation review memos and conclusion memos (1.3). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | | |
|---|---|---|
| Client: | 125264 |
| Invoice: | 3993398 |
| Invoice Date: | 03/18/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 02/11/25 | Other Contested Matters S. Lutkus | 0.90 | 1,642.50 | E-mail correspondence with Cole Schotz and MWE teams re matters relevant to D&O investigation (.2); participate in Zoom conference with E. Shereff, C. Catanese, S. Carnes, and M. Solimani re matters relevant to same (.5); follow-up e-mail correspondence with M. Solimani, then E. Shereff re matters relevant to same (.2). |
| B190 02/12/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Correspondence about Debtor document production (.5). |
| B190 02/12/25 | Other Contested Matters E. Shereff | 0.30 | 381.00 | Communicate with opposing counsel re meet and confer (.3). |
| B190 02/14/25 | Other Contested Matters S. Lutkus | 0.20 | 365.00 | E-mail correspondence with E. Shereff re matters relevant to anticipated Debtor productions in response to Committee requests for production in respect of ongoing D&O investigation (.2). |
| B190 02/14/25 | Other Contested Matters E. Shereff | 2.20 | 2,794.00 | Call with Davis Polk re production (.1); edit fact chronologies (2.1). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*

 McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       3993398
Invoice Date:  03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 02/18/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Correspondence about Debtor document production and D&O claims investigation (.5). |
| B190 02/18/25 | Other Contested Matters E. Shereff | 1.50 | 1,905.00 | Analyze theory of cause of action over inventory issues (.2); analyze and annotate Kent Percy deposition transcript (1.3). |
| B190 02/18/25 | Other Contested Matters S. Lutkus | 0.90 | 1,642.50 | E-mail correspondence with K. Going (.1), then to/from K. Going, J. Haims, and E. Shereff (.1) re matters relevant to Committee requests for production in respect of D&O investigation; follow-up e-mail correspondence to/from E. Shereff and N. Rowles re matters relevant to same (.1); receipt and review/analysis of background documentation relevant to same (.6). |
| B190 02/18/25 | Other Contested Matters N. Rowles | 0.20 | 289.00 | Email correspondence with S. Lutkus and E. Shereff re K. Percy deposition in connection with investigation of estate claims and causes of action (.2). |
| B190 02/19/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Correspondence about Debtor document production and D&O insurance (1.0). |


## McDermott
## Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:        3993398
Invoice Date:    03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 02/19/25 | Other Contested Matters E. Shereff | 0.50 | 635.00 | Correspondence with J. Haims to discuss status of ongoing investigation (.5). |
| B190 02/20/25 | Other Contested Matters E. Shereff | 2.10 | 2,667.00 | Draft investigation fact patterns (2.1). |
| B190 02/21/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Analyze D&O claims investigation issues (1.0). |
| B190 02/24/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Continue to analyze D&O claims investigation issues (.5). |
| B190 02/24/25 | Other Contested Matters E. Shereff | 0.10 | 127.00 | Communicate with opposing counsel re ongoing production (.1). |
| B190 02/24/25 | Other Contested Matters S. Lutkus | 0.10 | 182.50 | Multiple e-mail messages with E. Shereff re matters relevant to outstanding requests for production in respect of D&O investigation (.1). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | Client: | 125264 |
|---|---|---|
| | Invoice: | 3993398 |
| | Invoice Date: | 03/18/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 02/25/25 | Other Contested Matters J. Haims | 2.00 | 4,030.00 | Continue to analyze D&O claims investigation issues (1.8); correspondence re same (.2). |
| B190 02/25/25 | Other Contested Matters Z. Irfan | 0.50 | 447.50 | Meet with J. Haims re document review to investigate potential claims (.5). |
| B190 02/25/25 | Other Contested Matters E. Shereff | 5.00 | 6,350.00 | Organize documents received in production by type and date (.8); conduct first level document review of newest batch of documents (3.3); outline review protocols for litigation review team (.9). |
| B190 02/25/25 | Other Contested Matters R. Lee | 0.50 | 510.00 | Meet with J. Haims and Z. Irfan to discuss D&O claims investigation (.5). |
| B190 02/25/25 | Other Contested Matters S. Lutkus | 0.20 | 365.00 | Telephone conference with (.1), then e-mail Correspondence from D. Azman/to E. Shereff (.1) re matters relevant to Committee outstanding requests for production in respect of D&O investigation. |
| B190 02/26/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Continue to work on D&O claims investigation (.8); correspondence re same (.2). |


## McDermott Will & Emery

Big Lots, Inc. Creditors' Committee

Client:          125264
Invoice:        3993398
Invoice Date:   03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 02/26/25 | Other Contested Matters D. Valentino | 1.00 | 295.00 | Load incoming production set, volume: BIGLOTS008 (1.0) |
| B190 02/26/25 | Other Contested Matters S. Wright | 0.90 | 535.50 | Analyze and prepare supplemental Debtors' production for loading into document review repository (.4); perform quality assurance on data load and release the same for attorney review (.2); prepare searches to identify dates for documents in production, as requested by case team (.3). |
| B190 02/26/25 | Other Contested Matters S. Lutkus | 0.20 | 365.00 | Multiple e-mail messages with J. Haims and E. Shereff re matters relevant to debtor 02.25.25 production, other D&O investigation matters (.2). |
| B190 02/27/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Continue to work on D&O claims investigation (1.0). |
| B190 02/27/25 | Other Contested Matters R. Lee | 0.30 | 306.00 | Correspondence with E. Shereff and Z. Irfan about next steps (.3). |


McDermott
Will & Emery

**Big Lots, Inc. Creditors' Committee**

Client:       125264
Invoice:      3993398
Invoice Date: 03/18/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>02/27/25 | Other Contested Matters<br>E. Shereff | 3.20 | 4,064.00 | Formulated document review plans including bucketizing and coding in relativity (1.3); analyze solvency analyses in newest production (1.9). |
| B190<br>02/27/25 | Other Contested Matters<br>S. Lutkus | 0.50 | 912.50 | Telephone conference with D. Azman re matters relevant to D&O investigation (.1); e-mail correspondence to/from J. Haims and E. Shereff re matters relevant to same (.2); multiple follow up e-mail messages with E. Shereff in connection with same (.2). |
| B190<br>02/28/25 | Other Contested Matters<br>E. Shereff | 6.70 | 8,509.00 | Call with litigation team re document review and process (.5); worked on dividend issue fact conclusion work product (3.9); targeted document review of existing documents for proof for dividend work product (2.3). |
| B190<br>02/28/25 | Other Contested Matters<br>J. Haims | 0.70 | 1,410.50 | Continue to analyze issues re D&O claims investigation (.7). |
| B190<br>02/28/25 | Other Contested Matters<br>R. Lee | 6.70 | 6,834.00 | Review documents for issues related to possible claim (6.2); meet with E. Shereff and Z. Irfan regarding next steps for document review (.5). |

 McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:      3993398
Invoice Date:  03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 02/28/25 | Other Contested Matters Z. Irfan | 5.60 | 5,012.00 | Meet with E. Shereff re investigation status (.5); review documents to identify documents relevant to investigation (5.1). |
| B190 02/28/25 | Other Contested Matters S. Wright | 0.30 | 178.50 | Create and customize new coding panel in review repository to facilitate attorney review (.3). |
| B190 02/28/25 | Other Contested Matters S. Lutkus | 0.30 | 547.50 | E-mail correspondence to/from Cole Schotz team re matters relevant to work streams arising from Debtor production in respect of Committee requests for production (.2); follow-up e-mail correspondence with E. Shereff re matters relevant to same (.1). |
| B195 02/26/25 | Non-Working Travel K. Going | 3.90 | 7,254.00 | Travel to and from hearing (time reduced by 50%) (3.9). |
| B310 02/04/25 | Claims Administration & Object N. Rowles | 1.40 | 2,023.00 | Review and revise motion to establish administrative expense claims bar date (1.0); email correspondence with Cole Schotz and MWE teams re same (.3); email correspondence with DPW team re same (.1). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*

 **McDermott**
**Will & Emery**

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       3993398
Invoice Date:  03/18/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 02/05/25 | Claims Administration & Object K. Going | 1.30 | 2,418.00 | Review and comment on administrative claims process (1.3). |
| B310 02/07/25 | Claims Administration & Object N. Rowles | 1.70 | 2,456.50 | Analyze revised version of pre-closing administrative expense claims bar date motion (.4); correspondence with FTI re same (.2); teleconference with M. Hyand re same (.3); correspondence with FTI and MWE teams re same (.3); multiple correspondence with DPW team re same (.3); email correspondence with counsel to vendor re administrative expense claims bar date motion (.2). |
| B310 02/19/25 | Claims Administration & Object N. Rowles | 0.50 | 722.50 | Analyze multiple objections to motion to set bar date and procedures related to filing of administrative expense claims in preparation for hearing on same (.5). |
| B310 02/21/25 | Claims Administration & Object N. Rowles | 0.70 | 1,011.50 | Analysis of objections to pre-closing administrative expense claims bar date motion in connection with preparation  for February 26 hearing on same (.3); analysis of objections to designation notices in connection with same (.2); analysis of and Debtors' omnibus objection to motions to pay administrative expense claims (.2). |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 3993398 |
| Invoice Date: | 03/18/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 02/24/25 | Claims Administration & Object S. Lutkus | 0.40 | 730.00 | Review Debtors' omnibus reply to administrative bar date procedures motion (.4). |

| | | | | |
|---|---|---|---|---|
| | **Total Hours** | **165.10** | **Total For Services** | **$237,040.00** |

**Task Code Summary**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.30 | 1,788.00 |
| B130 | Asset Disposition | 2.90 | 5,120.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 14.90 | 23,097.00 |
| B150 | Mtgs/Communications w/Creditor | 12.10 | 19,549.00 |
| B155 | Court Hearings | 20.20 | 31,227.50 |
| B160 | Fee/Employment Applications | 19.30 | 27,721.00 |
| B190 | Other Contested Matters | 84.50 | 111,921.50 |
| B195 | Non-Working Travel | 3.90 | 7,254.00 |
| B310 | Claims Administration & Object | 6.00 | 9,361.50 |
| | | 165.10 | 237,040.00 |

| | |
|---|---|
| **Total This Invoice** | **$237,040.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C. Catanese | 11.90 | 1,145.00 | 13,625.50 |
| A. Garcia | 1.00 | 295.00 | 295.00 |
| K. Going | 16.50 | 1,860.00 | 30,690.00 |
| J. Haims | 13.20 | 2,015.00 | 26,598.00 |


## McDermott
## Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:      3993398
Invoice Date:  03/18/2025

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| D. Hurst | 9.10 | 1,860.00 | 16,926.00 |
| Z. Irfan | 6.10 | 895.00 | 5,459.50 |
| R. Lee | 7.50 | 1,020.00 | 7,650.00 |
| S. Lutkus | 14.80 | 1,825.00 | 27,010.00 |
| N. Rainey | 3.20 | 550.00 | 1,760.00 |
| N. Rowles | 26.30 | 1,445.00 | 38,003.50 |
| E. Shereff | 49.50 | 1,270.00 | 62,865.00 |
| D. Thomson | 3.30 | 1,470.00 | 4,851.00 |
| D. Valentino | 1.00 | 295.00 | 295.00 |
| S. Wright | 1.70 | 595.00 | 1,011.50 |
| **Totals** | **165.10** | | **$237,040.00** |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*