# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

IN THE MATTER OF:

| | |
|---|---|
| BIG LOTS, INC., | Case No. 24-11967-jks |
| | Honorable J KATE STICKLES |
| Debtor. | Chapter 11 |

4900 E. Dublin-Granville Road
Columbus, OH 43081
TAX ID/EIN: 06-1119097
_____/

## NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX

**PLEASE TAKE NOTICE** that Richardo I. Kilpatrick of SHERMETA, KILPATRICK & ASSOCIATES, PLLC, hereby appears as counsel for Creditor Wayne County Treasurer, and pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address: Shermeta, Kilpatrick & Associates, PLLC, 1030 Doris, Auburn Hills, Michigan 48326.

    Respectfully submitted,

    SHERMETA, KILPATRICK & ASSOCIATES, PLLC
    Attorney for the Wayne County Treasurer


    /S/*RICHARDO I. KILPATRICK*
    RICHARDO I. KILPATRICK (P35275)
    615 Griswold, Suite 1305
    Detroit, MI 48226-3985
    (248) 519-1700
    ecf@kaalaw.com

Dated: March 28, 2025

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

**IN THE MATTER OF:**

BIG LOTS, INC.,　　　　　　　　　　　　　　　Case No. 24-11967-jks
　　　　　　　　　　　　　　　　　　　　　　　Honorable J KATE STICKLES
　　　Debtor.　　　　　　　　　　　　　　　　Chapter 11

4900 E. Dublin-Granville Road
Columbus, OH 43081
TAX ID/EIN: 06-1119097
_____/

## **CERTIFICATE OF SERVICE**

**MAGDELINE DUKE** certifies that on the 28th day of March, 2025, she served a copy of the NOTICE OF APPEARANCE AND REQUEST TO BE PLACED ON MATRIX and this CERTIFICATE OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David S. Bloomfield　　　　　　　　　　dbloomfield@porterwright.com

Office of the United States Trustee

Office of the U.S. Trustee　　　　　　　via ecf e-mail

And by depositing same in a United States postal receptacle, with first class postage affixed thereto, addressed to:

Big Lots, Inc.
4900 E. Dublin-Granville Road
Columbus, OH 43081

　　　　　　　　　　　　　　　　　　/S/*Magdeline Duke*
　　　　　　　　　　　　　　　　　　**MAGDELINE DUKE**, an employee of
　　　　　　　　　　　　　　　　　　SHERMETA, KILPATRICK & ASSOCIATES, PLLC
　　　　　　　　　　　　　　　　　　615 Griswold, Ste. 1305
　　　　　　　　　　　　　　　　　　Detroit, MI 48226-3985
　　　　　　　　　　　　　　　　　　(248)519-1700
　　　　ecf@kaalaw.com