## Schedule A

| Invoice No. | Invoice Date | Customer PO. | Sales doc. | Amount Due |
|---|---|---|---|---|
| 5331464943 | 7/19/2024 | 154875 | 5004841466 | $410.08 |
| 5331473819 | 7/10/2024 | WO-153630 | 5004832560 | $693.10 |
| 5331483709 | 7/10/2024 | WO-154546 | 5004838996 | $170.00 |
| 5331486987 | 7/10/2024 | WO-154254 | 5004838010 | $215.04 |
| 5331496965 | 7/4/2024 | 461971882 | 3010708371 | $11,793.19 |
| 5331497046 | 7/10/2024 | WO-154659 | 5004814911 | $920.17 |
| 5331497047 | 7/10/2024 | WO-153884 | 5004833890 | $852.10 |
| 5331500359 | 7/10/2024 | WO-154566 | 5004839275 | $230.05 |
| 5331500377 | 7/10/2024 | WO-153892 | 5004835093 | $179.00 |
| 5331500460 | 7/10/2024 | WO-154240 | 5004837346 | $850.04 |
| 5331500461 | 7/10/2024 | WO-153838 | 5004834406 | $215.04 |
| 5331500470 | 7/10/2024 | WO-154558 | 5004839324 | $655.00 |
| 5331500475 | 7/10/2024 | WO-153841 | 5004833950 | $227.94 |
| 5331500480 | 7/10/2024 | WO-154255 | 5004838061 | $2,515.12 |
| 5331503100 | 7/12/2024 | WO-154776 | 5004840943 | $101.65 |
| 5331503105 | 7/12/2024 | WO-154636 | 5004840988 | $231.71 |
| 5331503110 | 7/12/2024 | WO-154753 | 5004840903 | $1,925.00 |
| 5331503285 | 7/12/2024 | 148610 | 5004803432 | $170.00 |
| 5331503311 | 7/12/2024 | WO-151085 | 5004813299 | $215.04 |
| 5331505886 | 7/16/2024 | WO-154872 | 5004842633 | $175.00 |
| 5331506051 | 7/16/2024 | WO-154200 | 5004835018 | $150.85 |
| 5331507220 | 7/17/2024 | WO-155101 | 5004841030 | $75.43 |
| 5331507221 | 7/17/2024 | WO-154923 | 5004842039 | $215.04 |
| 5331508013 | 8/21/2024 | 154790 | 3010844614 | $967.74 |
| 5331508790 | 7/18/2024 | WO-155099 | 5004843375 | $170.00 |
| 5331511453 | 8/7/2024 | WO-154557 | 5004813304 | $728.81 |
| 5331538342 | 8/9/2024 | WO-155622 | 5004847038 | $700.00 |
| 5331538420 | 8/5/2024 | WO-156319 | 5004853303 | $215.00 |
| 5331539139 | 8/8/2024 | WO-155057 | 5004842040 | $230.09 |
| 5331540296 | 8/27/2024 | PO - 140695 | 3010816536 | $5,363.84 |
| 5331540379 | 8/8/2024 | WO-155092 | 5004842918 | $95.00 |
| 5331540550 | 8/7/2024 | WO-154726 | 5004838195 | $2,806.86 |
| 5331541377 | 8/8/2024 | WO-154835 | 5004840599 | $181.90 |
| 5331542368 | 8/10/2024 | WO-155571 | 5004847034 | $215.04 |
| 5331543725 | 8/11/2024 | WO-156611 | 5004854418 | $145.00 |
| 5331547569 | 8/22/2024 | WO-157081 | 5004858052 | $992.86 |
| 5331549618 | 9/4/2024 | 157447 | 3010845749 | $1,709.68 |
| 5331549911 | 8/23/2024 | 155382 | 3010864055 | $1,608.80 |
| 5331552827 | 8/21/2024 | WO-154492 | 5004836405 | $557.88 |

| | | | | |
|---|---|---|---|---|
| 5331555010 | 8/21/2024 | WO-157424 | 5004855002 | $184.88 |
| 5331555011 | 8/21/2024 | WO-157418 | 5004861124 | $4,785.00 |
| 5331555865 | 8/22/2024 | 156665 | 3010864954 | $743.24 |
| 5331556495 | 8/22/2024 | WO-157446 | 5004862169 | $156.96 |
| 5331557883 | 8/29/2024 | PO - 152208 | 3010703424 | $5,966.15 |
| 5331569187 | 8/27/2024 | WO-157528 | 5004863025 | $230.09 |
| 5331569965 | 8/27/2024 | WO-157761 | 5004862758 | $410.08 |
| 5449017421 | 7/26/2024 | Big Lots Data Mo | ion2600148637 | $25,637.20 |
| 5449017422 | 7/26/2024 | Big Lots Data Mo | ion2600148637 | $9,292.96 |
| 5449020905 | 8/26/2024 | Big Lots Data Mo | ion2600148637 | $25,756.70 |
| 5449020906 | 8/26/2024 | Big Lots Data Mo | ion2600148637 | $9,352.50 |
| 5449020991 | 9/25/2024 | Big Lots Data Mo | ion2600148637 | $2,250.97 |
| 5331587916 | 09/11/2024 | WO-157175 | 5004843772 | $70.00 |
| 5331593556 | 09/19/2024 | PO - 157060 | 3010908222 | $3,690.08 |
| 5449020991 | 09/25/2024 | Big Lots Data Monitoring | 2600148637 | $9,325.44 |
| 5331592423 | 10/11/2024 | WO-160055 | 5004889270 | $95.00 |
| 5331634389 | 10/16/2024 | 158846 | 3010977133 | $2,400.70 |
| 5331603707 | 10/21/2024 | WO-159687 | 5004885747 | $95.00 |
| 5331627817 | 10/22/2024 | PO - 160248 | 3010984916 | $608.33 |
| 5331644480 | 10/24/2024 | WO-160922 | 5004894941 | $655.00 |
| 5331643977 | 10/24/2024 | WO-159562 | 5004884248 | $495.47 |
| 5449018303 | 10/26/2024 | Big Lots Data Monitoring | 2600148637 | $5,716.65 |
| 5449018302 | 10/26/2024 | Big Lots Data Monitoring | 2600148637 | $25,794.72 |
| 5331667835 | 11/06/2024 | WO-161724 | 5004900901 | $95.00 |
| 5331667402 | 11/06/2024 | WO-161256 | 5004898784 | $709.04 |
| 5331671326 | 11/11/2024 | 10162024-DO | 5004892048 | $140.00 |
| 5331672281 | 11/12/2024 | WO-161090 | 5004897695 | $151.20 |
| 5331671036 | 11/12/2024 | WO-161806 | 5004902483 | $655.00 |
| 5331659403 | 11/13/2024 | WO-159893 | 5004886834 | $767.14 |
| 5331676384 | 11/19/2024 | 3802643747 | 5004905286 | $151.55 |
| 5331675603 | 11/19/2024 | PO - 161994 | 3011017897 | $1,379.31 |
| 5449021106 | 11/25/2024 | Big Lots Data Monitoring | 2600148637 | $5,716.65 |
| 5449021105 | 11/25/2024 | Big Lots Data Monitoring | 2600148637 | $25,794.72 |
| 5331696760 | 11/26/2024 | 162300 | 3011032468 | $1,286.18 |
| 5331698091 | 12/05/2024 | WO-162533 | 5004905748 | $415.99 |
| 5331709318 | 12/06/2024 | WO-163245 | 5004912762 | $170.00 |
| 5331686853 | 12/09/2024 | WO-161895 | 5004903153 | $2,881.29 |
| 5331712997 | 12/10/2024 | WO-163233 | 5004916474 | $215.04 |
| 5331720060 | 12/16/2024 | WO-163441 | 5004920178 | $346.00 |
| 5331710273 | 12/16/2024 | WO-163611 | 5004918676 | $140.00 |
| 5331722468 | 12/19/2024 | WO-163537 | 5004915077 | $1,818.29 |
| 5331709343 | 12/19/2024 | WO-163889 | 5004921763 | $655.00 |

- 3 -

| | | | | |
|---|---|---|---|---|
| 5449021141 | 12/26/2024 | Big Lots Data Monitoring | 2600148637 | $5,716.65 |
| 5449021140 | 12/26/2024 | Big Lots Data Monitoring | 2600148637 | $25,794.72 |
| 5331741930 | 12/31/2024 | WO-163619 | 5004915535 | $1,102.14 |
| 5331741661 | 01/02/2025 | WO-160300 | 5004891581 | $62.06 |
| 5331755964 | 01/16/2025 | 157447 | 3010845749 | $2,072.30 |
| 5331767008 | 01/23/2025 | WO-163539 | 5004914148 | $927.14 |
| 5449021261 | 01/26/2025 | Big Lots Data Monitoring | 2600148637 | $5,716.78 |
| 5449021260 | 01/26/2025 | Big Lots Data Monitoring | 2600148637 | $25,793.85 |
| 5331782434 | 01/29/2025 | WO-162770 | 5004908772 | $2,112.48 |
| 5331778821 | 01/29/2025 | 300657908 | 5004931065 | $170.00 |
| 5331760168 | 01/30/2025 | WO-161845 | 5004902938 | $1,111.88 |
| 5331795369 | 02/11/2025 | WO-163536 | 5004917403 | $701.43 |
| 5331800448 | 02/13/2025 | WO-163316 | 5004915076 | $1,821.43 |
| 5449021310 | 02/23/2025 | Big Lots Data Monitoring | 2600148637 | $25,793.85 |
| 5449021311 | 02/23/2025 | Big Lots Data Monitoring | 2600148637 | $5,716.78 |
| 5331805123 | 03/03/2025 | WO-163316 | 5004915076 | $1,821.43 |
| 5331822098 | 03/03/2025 | 10312024-DO | 5300284202 | $1,142.86 |