**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 1 | 870 | 2855 SELMA HWY MONTGOMERY, AL | CSC Distribution, LLC | BIGMOAL001, LLC c/o OAK STREET REAL ESTATE CAPITAL | 20 N LASALLE ST. SUITE 4140, ATTN: ASSET MANAGEMENT, CHICAGO , IL, 60602 | 3/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Trailers, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 874 | 50 RAUSCH CREEK RD TREMONT, PA | Closeout Distribution, Inc. | BIGTRPA001, LLC c/o OAK STREET REAL ESTATE CAPITAL | 20 N LASALLE ST. SUITE 4140, ATTN: ASSET MANAGEMENT, CHICAGO , IL, 60602 | 3/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Trailers, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |