## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF AGENDA FOR HEARING SCHEDULED
### FOR APRIL 2, 2025, AT 9:30 A.M. (ET)

> This proceeding will be conducted **in-person**. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.
>
> Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

**MATTER GOING FORWARD**

1. Notice of Filing of Eighteenth Post-Closing Designation Notice (D.I. 2178, filed 3/5/25).

   Objection Deadline: March 20, 2025, at 4:00 p.m. (ET).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Responses Received:

a)      Objection of 1255 Sunrise Realty, LLC to Debtors' Proposed Assumption and Assignment of Its Unexpired Lease in Eighteenth Post-Closing Designation Notice (D.I. 2293, filed 3/19/25).

Related Documents:

a)      [SEALED] Debtors' Omnibus Reply to the Objections to Debtors Assumption and Assignment of Non-Residential Real Property Leases to Forman Mills (D.I. 2343, filed 3/23/25).

b)      Notice of Filing of Redacted Version of Debtors' Omnibus Reply to the Objections to Debtors' Assumption and Assignment of Non-Residential Real Property Leases to Forman Mills (D.I. 2350, filed 3/24/25).

c)      [SEALED] Objection of 1255 Sunrise Realty, LLC to Debtors' Proposed Assumption and Assignment of Its Unexpired Lease in Eighteenth Post-Closing Designation Notice (D.I. 2367, filed 3/24/25).

d)      Notice of Hearing on Objection of 1255 Sunrise Realty, LLC to Debtors' Proposed Assumption and Assignment of Its Unexpired Lease in Eighteenth Post-Closing Designation Notice (D.I. 2383, filed 3/25/25).

e)      Notice of 1255 Sunrise Realty, LLC Intent to Offer Witness Testimony at the Hearing Scheduled for April 2, 2025, at 9:30 a.m. (ET) (D.I. 2413, filed 3/31/25).

Status: This matter is going forward solely with respect to the objection listed herein.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 31, 2025
Wilmington, Delaware

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Sophie Rogers Churchill*
    Robert J. Dehney, Sr. (No. 3578)
    Andrew R. Remming (No. 5120)
    Daniel B. Butz (No. 4227)
    Sophie Rogers Churchill (No. 6905)
    Casey B. Sawyer (No. 7260)
    1201 N. Market Street, 16th Floor
    Wilmington, DE 19801
    Tel: (302) 658-9200
    rdehney@morrisnichols.com
    aremming@morrisnichols.com
    dbutz@morrisnichols.com
    srchurchill@morrisnichols.com
    csawyer@morrisnichols.com

    -and-

    DAVIS POLK & WARDWELL LLP

    Brian M. Resnick (admitted *pro hac vice*)
    Adam L. Shpeen (admitted *pro hac vice*)
    Stephen D. Piraino (admitted *pro hac vice*)
    Ethan Stern (admitted *pro hac vice*)
    450 Lexington Avenue
    New York, NY 10017
    Tel.: (212) 450-4000
    brian.resnick@davispolk.com
    adam.shpeen@davispolk.com
    stephen.piraino@davispolk.com
    ethan.stern@davispolk.com

    *Counsel to the Debtors and Debtors in Possession*