**EXHIBIT A**

(Proposed Order)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## ORDER GRANTING MOTION OF INTELLIGRATED SYSTEMS, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon *Motion for Allowance and Payment of Administrative Expense Claim* (this "Motion")[2] pursuant to Sections 503(a), 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code filed by Intelligrated Systems, LLC ("ISL"); and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. ISL shall have and is hereby granted an allowed administrative expense claim against Durant DC, LLC in the amount of $86,044.10.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein are ascribed their meaning pursuant to the Motion.

- 2 -

      3.      Durant DC, LLC shall pay ISL's administrative expense claim pursuant to the February 27, 2025 Order of this Court.

      4.      No stay of this Order shall be in effect, including, but not limited to, any stay contemplated under Federal Rule of Bankruptcy Procedure 4001(a)(3).

      5.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or enforcement of this Order.