**EXHIBIT 1**

(Schedule of Post-petition Services)

**Honeywell Intelligrated**

**REMIT TO:**
Intelligrated Systems, LLC
16996 Collections Center Drive
Chicago IL 60693-0169
United States

Phone: 513-701-7300
Fax:     513-701-7320

| BILL TO: | SHIP TO: | |
|---|---|---|
| Accounts Payable<br>Durant DC LLC<br>2306 Enterprise Dr<br>Durant OK 74701-1964<br>United States | Durant DC LLC<br>2306 Enterprise Dr<br>Durant OK 74701-1964<br>United States | **INVOICE#** 184209<br>**PURCHASE ORDER** 461794689<br>**OUR ORDER** S-20-24322<br>**DATE** 16-OCT-24  **PAGE** 1 of 1<br>**CUSTOMER ID** 202925 |

| Terms | Due Date | Sales Rep | Bill To Attn | Ship Date | Ship Via | Waybill # |
|---|---|---|---|---|---|---|
| 30 NET | 15-NOV-24 | | Accounts Payab | | | |

| Line | Item | Description | QTY | UM | Unit Price | Ext. Amount |
|---|---|---|---|---|---|---|
| 1 | PO Line 1 | 10% Final Acceptance | 0 | | 0.00 | 0.00 |
| 2 | PO Line 2 | Mechanical and Electrical Hardware | .1 | | 62,955.00 | 6,295.50 |
| 3 | PO Line 3 | Mechanical and Electrical Installation | .1 | | 0.00 | 0.00 |
| 4 | PO Line 4 | Project Management, Engineering, and Services | .1 | | 776,889.00 | 77,688.90 |
| 5 | PO Line 5 | HSE Fee | .1 | | 19,185.00 | 1,918.50 |
| 6 | PO Line 6 | Freight | .1 | | 1,412.00 | 141.20 |

| | |
|---|---|
| SUBTOTAL | 86,044.10 |
| FREIGHT | 0.00 |
| INVOICE TOTAL | 86,044.10 |
| CURRENCY | USD |

COMMENTS:    Reference Proposal SQ-20-24322.

\* If no taxes have been charged, and you are obligated to pay sales taxes on these items, it is your responsibility to report this purchase to the proper taxing authority.

**Intelligrated Systems, LLC:**                               EIN/TIN 31-1815356
7901 Innovation Way Mason, OH 45040