**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on March 31, 2025, a true and correct copy of the foregoing *Motion of Intelligrated Systems, LLC for Allowance and Payment of Administrative Expense Claim* was served electronically by the Court's PACER system on all parties who have entered their appearance in these chapter 11 proceedings.

| | |
|---|---|
| Dated: March 31, 2025 | */s/ Scott D. Cousins* |
| | Scott D. Cousins |