# EXHIBIT A

**Designated Leases**

| Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|
| 5282 | 389 N. READING RD. EPHRATA, PA | Big Lots Stores, LLC | GBR Ephrata LLC And Ephrata Holdings LP | C/O GIBRALTAR MANAGEMENT COMPANY, INC., 150 WHITE PLAINS ROAD, SUITE 400, TARRYTOWN, NY 10591 | Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, knewman@barclaydamon.com | $10,028.86 |
| 1235 | 1475 E ANDREW JOHNSON HWY GREENEVILLE, TN | Big Lots Stores, LLC | GBR Greeneville LP | C/O GIBRALTAR MANAGEMENT CO, INC., 150 WHITE PLAINS ROAD, SUITE 400, TARRYTOWN, NY 10591 | Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, knewman@barclaydamon.com | $5,720.00 |
| 1052 | 2342 E ANDREW JOHNSON HWY MORRISTOWN, TN | Big Lots Stores, LLC | GBR Morelock LLC | C/O GIBRALTAR MANAGEMENT CO, INC., 150 WHITE PLAINS ROAD, TARRYTOWN, NY 10591 | Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, knewman@barclaydamon.com | $22,845.00 |
| 5339 | 2715 W MAIN ST WAYNESBORO, VA | Big Lots Stores, LLC | Waynesboro Holdings L.P., GBR West Main LLC, and WLR Waynesboro LLC | C/O NATIONAL REALTY & DEVELOPMENT CORP, 3 MANHATTANVILLE ROAD, SUITE 202, PURCHASE, NY 10577 | Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, knewman@barclaydamon.com | $7,288.12 |
| 1781 | 1641 CHURCH ST CONWAY, SC | Big Lots Stores, LLC | Gator Waccamaw Shopp. Ctr. Ltd. | 7850 NW 146TH ST 4TH FLOOR, MIAMI LAKES, FL, 33016-1564 | Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, knewman@barclaydamon.com | $7,656.26 |
| 5422 | 421 COLUMBIA AVE., LEXINGTON, SC | Big Lots Stores, LLC | Lexington (Village), UY, LLC | C/O Rivercrest Realty Associates, LLC 8816 Six Forks Rd., Suite 201 Raleigh, NC 27615 | Scott L. Fleischer, sfleischer@barclaydamon.com, Kevin Newman, knewman@barclaydamon.com | $88,318.54 * |

* this number includes amounts referenced in the amendment to the lease for Store No. 5422, entered into by Variety, LLC and Lexington (Village) UY, LLC.