**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 2116** |

**CERTIFICATION OF COUNSEL REGARDING NOTICE OF FILING OF FIFTEENTH POST-CLOSING DESIGNATION NOTICE**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certify as follows:

1. On January 2, 2025, the Bankruptcy Court entered the *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1556] (the "**Sale Order**").[2]

2. On February 27, 2025, pursuant to the Sale Order, the Debtors filed the *Notice of Filing of Fifteenth Post-Closing Designation Notice* [D.I. 2116] (the "**Notice**"). Attached

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein are used as defined in the Sale Order.

as Exhibit A to the Notice was the *Notice of Designation of Designated Asset* from Gordon Brothers Retail Partners, LLC ("**GBRP**") that designated forty of the Debtors' unexpired leases of nonresidential real property (the "**Leases**" on the "**Lease Schedule**") for assumption by the Debtors and assignment to the Ollie's Bargain Outlet, Inc. ("**Ollie's**"), and identified the landlord associated with each Lease (collectively, the "**Landlords**").

3. Attached as Exhibit C to the Notice was a proposed form of order (the "**Proposed Order**") approving the assumption and assignment for the Leases scheduled on the Lease Schedule and the Cure Costs were set forth on Exhibit B to the Notice.

4. Pursuant to the Notice, objections to the assumption and assignment of the Leases were to be filed no later than March 14, 2025, at 4:00 p.m. (ET).

5. The Debtors, GBRP and Ollie's received an informal response seeking adequate assurance from Store #1586 (the "**Objecting Landlord**").

6. On March 25, 2025, the Court held a hearing (the "**Hearing**") on the proposed assumption and assignment of the Leases.

7. As reported on the record at the Hearing, the Debtors, GBRP and Ollie's worked with the Objecting Landlord and reached a consensual resolution of the informal response seeking adequate assurance.

8. Counsel for the Objecting Landlord did not appear at the Hearing.

9. Following the Hearing, on March 25, 2025, counsel for Ollie's provided a revised Proposed Order to counsel to the Objecting Landlord to review and confirm compliance with the resolution reached with Objecting Landlord.

10. On March 26, 2025, counsel for the Objecting Landlord alerted counsel for the Debtors, GBRP and Ollie's that it may assert an additional, untimely objection to the Notice.

The Debtors, GBRP and Ollie's worked with the Objecting Landlord and reached a consensual resolution on the proposed assignment to Ollie's. The Objecting Landlord has agreed to accept total consideration of $28,890.05 to resolve its informal cure objection, allocated as follows: (i) $15,568.55 paid by the Debtors on account of outstanding post-petition, pre-assignment amounts and (ii) $13,321.50 paid by GBRP on account of obligations owed by GBRP.

11. The Proposed Order with the Modified Lease Schedule is attached as **Exhibit 1** hereto. For the convenience of the Court and all parties in interest, a redline comparing the Modified Lease Schedule to the schedule filed with the Notice is attached hereto as **Exhibit 2**.

12. In addition to the Modified Lease Schedule, the Debtors have modified the Proposed Order to make certain non-substantive confirming edits and to clarify that the Debtors will not abandon third party property and to remove the representation that the Debtors are unaware of any third parties with interests in the FF&E (as defined in the Proposed Order).

13. GBRP, Ollie's and the Objecting Landlord have all reviewed the Proposed Order and Modified Lease Schedule and consent to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: March 31, 2025
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
Wilmington, DE 19899-1347
Tel.: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*