**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | ) Chapter 11 |
| In re: | ) |
| | ) Case No. 24-11967 (JKS) |
| BIG LOTS, INC., et al.,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: D.I. 2178, 2293 |

**NOTICE OF 1255 SUNRISE REALTY, LLC EXHIBIT LIST FOR THE
HEARING SCHEDULED FOR APRIL 2, 2025, AT 9:30 A.M. (ET)**

Undersigned counsel for 1255 Sunrise Realty, LLC ("1255 Sunrise") hereby submits this

Exhibit List (the "Notice") in connection with the hearing on April 2, 2025, at 9:30 A.M.

(prevailing Eastern Time) in the above-captioned case as follows:

| Exhibit | Description |
|---|---|
| 1. | Store Lease date as of Dec 13, 2002 (Copiague, New York) |
| 2. | Big Lots Form 10-K for Fiscal Year Ended Feb 1, 2003[2] |
| 3. | Bloomberg Screenshot – Big Lots Market Cap Dec 13, 2002[3] |
| 4. | Article - Forbes, *The Forman Mills Tragedy* published Jun. 26, 2023[4] |
| 5. | Article - Retail Dive, Forman Mills Fought Off Bankruptcy but Faces New Legal Battles, published Jul. 21, 2023[5] |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

[2] Referenced in ¶19 of Landlord's objection. Available at
https://www.sec.gov/Archives/edgar/data/768835/000095015203004335/l00215ae10vk.htm and
https://www.annualreports.com/Company/big-lots-inc.

[3] Referenced in ¶ 19 of Landlord's objection.

[4] Referenced in ¶ 21, fn 5 of Landlord's objection. Available at:
https://www.forbes.com/sites/walterloeb/2023/06/26/the-foreman-mills-tragedy/

[5] Referenced in ¶ 21, fn 5 of Landlord's objection. Available at: https://sourcingjournal.com/topics/retail/forman-mills-lawsuit-employees-warn-notice-landlord-crown-enterprise-shoppers-world-446245/

| 6. | About Us – Forman Mills[6] |
| 7. | Pictures of Shopping Center |
| 8. | Email Chain – Information Requests (Debtors/GB) |
| 9. | Email Chain – Information Requests (Forman Mills) |
| 10. | Landlord RFP's to Debtors |
| 11. | Landlord ROGs to Debtors |
| 12. | Landlord RFP's to Forman Mills |
| 13. | Landlord ROGs to Forman Mills |
| 14. | Forman Mills informal response to RFPs |
| 15. | Eighteenth Post-Closing Designation Notice |
| 16. | Objection of 1255 Sunrise Realty, LLC **(CONFIDENTIAL)** [D.I. 2293, 2367] |
| 17 | Debtors' Omnibus Reply  **(CONFIDENTIAL)** [D.I. 2343] |
| 18. | Deposition Transcript – Sam Dushey March 27, 2025 **(CONFIDENTIAL)** |
| 19. | Summary of Certain Financials of Debtor and Forman Mills **(CONFIDENTIAL)** |

## **RESERVATION OF RIGHTS**

1255 Sunrise reserves (a) the right to amend and/or supplement this Exhibit List at any time prior to the Hearing and add exhibits, as applicable, and (b) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Exhibit List as appropriate. 1255 Sunrise also reserves the right to rely upon and use as evidence (a) exhibits included on the exhibit list of any other parties in interest, and (b) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

WHEREFORE, should this Honorable Court have any questions or concerns regarding this Notice, counsel is available at the earliest convenience of the Court to address them.

Dated: March 31, 2025
Wilmington, Delaware

GELLERT SEITZ BUSENKELL & BROWN, LLC


 /s/  Michael Busenkell
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5812

---

[6] Referenced in ¶ 21, fn 6 of Landlord's objection.  Available at: https://formanmills.com/about-us/

Facsimile: 302-425-5814
Email: mbusenkell@gsbblaw.com

-and-

HUNTON ANDREWS KURTH LLP
Gregory G. Hesse (DE 005710)
Fountain Place
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Telephone: (214) 979-3000
Email: ghesse@hunton.com

Robert A. Rich (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: 212-309-1132
Email: rrich@hunton.com

*Counsel to 1255 Sunrise Realty, LLC*