**EXHIBIT A**

**Designated Leases**

| Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|
| 206 | 3910 RAEFORD RD, FAYETTEVILLE, NC | Big Lots Stores, LLC | Harolds Heirs LLC | 2513 RAEFORD RD FAYETTEVILLE, NC 28305 | Karen C. Bifferato kbifferato@connollygallagher.com Michael D. Mueller mmueller@williamsmullen.com Lonnie M. Player, Jr. lonnie@playermclean.com | $0 |
| 1005 | 838 WINSTON RD LEXINGTON, NC | Big Lots Stores, LLC | Hull-Norlex, LLC | C/O MARKETPLACE MANAGEMENT, INC., PO BOX 5778, HIGH POINT, NC, 27262 | - | $8,830.05 |
| 1138 | 2725 NORTHWEST BLVD NEWTON, NC | Big Lots Stores, LLC | Rvs Realty, LLC | C/O MetCap Management, LLC, P.O. BOX 11908, CHARLOTTE, NC, 28220 | - | $0 |
| 1372 | 100 WESTWOOD VILLAGE DR CLEMMONS, NC | Big Lots Stores, LLC | Village Investment Properties, LLC | C/O METCAP MANAGEMENT, LLC, P O BOX 11908, CHARLOTTE, NC, 28220 | - | $0 |
| 5347 | 1262 NW BROAD ST MURFREESBORO, TN | Big Lots Stores, LLC | Meriden Associates LLC | 277 FAIRFIELDRD SUITE 205, FAIRFIELD, NJ, 07004-1937 | - | $0 |
| 5379 | 1677 WESTCHESTER DR HIGH POINT, NC | Big Lots Stores, LLC | Baderco LLC | 3180 ABBEY RD, ROCKY MOUNT, NC, 27804-7843 | - | $0 |
| 5391 | 1251 BURKEMONT AVE MORGANTON, NC | Big Lots Stores, LLC | Evans Best, LLC | C/O MetCap Management, LLC, P O BOX 11908, CHARLOTTE , NC, 28220 | - | $0 |