## EXHIBIT A

**Designated Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 2 | 51 | 1090 MILLWOOD PIKE WINCHESTER, VA | Big Lots Stores, LLC | Horizon Commons, LLC | 40 EAST 69TH, FOURTH FLOOR, C/O ROSE EQUITIES, LLC NEW YORK, NY 10021 | mmitchell@rtlaw.com | $0 |
| 37 | 499 | 1811 S CHURCH ST BURLINGTON, NC | Big Lots Stores, LLC | Tranel, Inc. | C/O ROSE EQUITIES, LLC 40 EAST 69TH, FOURTH FLOOR. NEW YORK, NY 10021 | mmitchell@rtlaw.com | $17,653.33 |

11