## EXHIBIT A

**Designated Lease**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|---|
| 173 | 5352 | 367 COUNTRY RD 406 STE B SOUTH POINT, OH | Big Lots Stores-CSR, LLC | Ireland Lawrence, Ltd. | c/o IRELAND CO, 85 WESTON ROAD, SUITE 101, WESTON, FL 33326 | dstern@bn-lawyers.com | $7,810.82 |

12