**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 2207 & 2416** |

**ORDER SCHEDULING CERTAIN DATES AND DEADLINES FOR**
**ADJUDICATION OF ISSUES RAISED IN MOTION OF HOMEVIEW DESIGN**
**INC.'S MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF**
**ADMINISTRATIVE EXPENSE CLAIM [D.I. 2207]**

Upon the Certification[2] of the above-captioned debtors and debtors-in-possession (the "**Debtors**") for entry of an order scheduling certain dates and deadlines for the adjudication of the issues raised by HomeView Design Inc. ("**HomeView**") in its Motion; and the Court having jurisdiction to consider the Certification and the relief requested therein pursuant to 28 U.S.C. § 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Certification and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined herein are defined in the Certification.

Certification having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is scheduled to be heard at the omnibus hearing scheduled for May 13, 2025, at 1:00 p.m. (ET).

2. Responses or objections to the Motion must be filed on or before April 11, 2025, at 4:00 p.m. (ET).  Any reply in support of the Motion must be filed on or before April 25, 2025, at 4:00 p.m. (ET).

3. The Debtors' right to file a surreply to any reply in support of the Motion filed by HomeView is reserved in all respects.

4. Briefing submitted pursuant to this Order shall be filed in letter format.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

**Dated: March 31st, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE