## EXHIBIT A

## Leases and Applicable Assignee

| Store Number | Address | Cure Costs | OSJL Assignee |
|---|---|---|---|
| 1528 | 730 Center St, Auburn, ME | $15,000.00 | Ocean State Job Lot of ME2025, LLC |

#100096374v1