## EXHIBIT A

## Leases and Applicable Assignees

| Store Number | Address | Cure Costs | OSJL Assignee |
|---|---|---|---|
| 5205 | 10 Village Plaza, Dansville, NY | $11,637.30 | Ocean State Job Lot of NY2025, LLC |
| 1997 | 900 Norman A. Eskridge Highway, Unit #50, Seaford, DE | $14,355.96 | Ocean State Job Lot of DE2025, LLC |