## **EXHIBIT A**

| Store Number | Address | Landlord | Assignee | Cure |
|---|---|---|---|---|
| **387** | 16100 E Mile Rd, Eastpointe, MI 48021 | Yono Properties | Forman Mills Inc. | $0 |
| **1697** | 5009 Salem Ave., Trotwood, OH 45426 | Linda Barnett Properties, LLC | Forman Mills Inc. | $0 |