**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2025 TO FEBRUARY 28, 2025**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Steven Simms | Senior Managing Director | 1,525 | 2.2 | $3,355.00 |
| Clifford Zucker | Senior Managing Director | 1,445 | 2.3 | $3,323.50 |
| Elizabeth Hu | Senior Managing Director | 1,305 | 2.2 | $2,871.00 |
| Megan Hyland | Managing Director | 1,155 | 8.4 | $9,702.00 |
| Thiago Nunes Rodrigues | Senior Director | 1,020 | 10.2 | $10,404.00 |
| Calvin Aas | Senior Consultant | 760 | 26.4 | $20,064.00 |
| Sophia Cassidy | Consultant | 575 | 7.7 | $4,427.50 |
| Marili Hellmund-Mora | Manager | 355 | 3.7 | $1,313.50 |
| **GRAND TOTAL** | | | **63.1** | **$55,460.50** |

**EXHIBIT B**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD FEBRUARY 1, 2025 TO FEBRUARY 28, 2025**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 9.2 | $6,647.50 |
| 2 | Cash & Liquidity Analysis | 34.5 | $32,765.50 |
| 5 | Real Estate Issues | 5.7 | $3,957.50 |
| 6 | Asset Sales | 0.5 | $607.50 |
| 11 | Prepare for and Attendance at Court Hearings | 1.4 | $1,617.00 |
| 13 | Analysis of Other Miscellaneous Motions | 0.8 | $1,011.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 0.4 | $520.00 |
| 21 | General Meetings with Committee & Committee Counsel | 1.1 | $1,535.50 |
| 24 | Preparation of Fee Application | 9.5 | $6,799.00 |
| | **GRAND TOTAL** | **63.1** | **$55,460.50** |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2025 TO FEBRUARY 28, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/3/2025 | Calvin Aas | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/3/2025 | Clifford Zucker | 0.3 | Review and analyze monthly operating reports for December. |
| 1 | 2/4/2025 | Calvin Aas | 0.7 | Review monthly operating reports for December. |
| 1 | 2/4/2025 | Calvin Aas | 1.7 | Prepare analysis of monthly operating reports for December. |
| 1 | 2/4/2025 | Calvin Aas | 0.6 | Draft update to FTI team re: monthly operating analysis for December. |
| 1 | 2/4/2025 | Calvin Aas | 0.4 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/4/2025 | Megan Hyland | 0.2 | Review monthly operating reports for December. |
| 1 | 2/5/2025 | Calvin Aas | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/6/2025 | Calvin Aas | 0.6 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/7/2025 | Calvin Aas | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/10/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/11/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/12/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/13/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/14/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/17/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/18/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/19/2025 | Sophia Cassidy | 0.1 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/20/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/21/2025 | Sophia Cassidy | 0.1 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/24/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/25/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/26/2025 | Sophia Cassidy | 0.4 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/27/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 2/28/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| **1 Total** | | | **9.2** | |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2025 TO FEBRUARY 28, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 2/3/2025 | Calvin Aas | 1.2 | Finalize Committee presentation re: liquidity. |
| 2 | 2/3/2025 | Clifford Zucker | 0.3 | Review liquidity update for the Committee. |
| 2 | 2/3/2025 | Elizabeth Hu | 0.3 | Review and provide comments on liquidity update for the Committee. |
| 2 | 2/3/2025 | Megan Hyland | 0.3 | Review and provide comments on liquidity update for the Committee. |
| 2 | 2/4/2025 | Steven Simms | 0.4 | Review items related to wind-down budget. |
| 2 | 2/7/2025 | Calvin Aas | 0.5 | Review and assess weekly liquidity reporting. |
| 2 | 2/7/2025 | Calvin Aas | 0.3 | Participate on call with the Debtors' financial advisors re: liquidity reporting on administrative, wind-down and store operating budgets. |
| 2 | 2/7/2025 | Megan Hyland | 0.3 | Participate on call with the Debtors' financial advisors re: liquidity reporting on administrative, wind-down and store operating budgets. |
| 2 | 2/7/2025 | Steven Simms | 0.4 | Draft correspondence on wind-down items. |
| 2 | 2/7/2025 | Thiago Nunes Rodrigues | 1.7 | Prepare materials for the Committee re: weekly liquidity update. |
| 2 | 2/7/2025 | Thiago Nunes Rodrigues | 0.3 | Participate on call with the Debtors' financial advisors re: liquidity reporting. |
| 2 | 2/9/2025 | Megan Hyland | 0.2 | Review and provide comments on liquidity update for the Committee. |
| 2 | 2/9/2025 | Thiago Nunes Rodrigues | 0.5 | Revise materials for the weekly Committee liquidity update with comments from the FTI team. |
| 2 | 2/10/2025 | Clifford Zucker | 0.3 | Review liquidity update for the Committee. |
| 2 | 2/10/2025 | Megan Hyland | 0.2 | Assess update on cash flow budgets to actual. |
| 2 | 2/10/2025 | Steven Simms | 0.2 | Review correspondence on wind-down items. |
| 2 | 2/10/2025 | Steven Simms | 0.1 | Assess case items and liquidity. |
| 2 | 2/14/2025 | Calvin Aas | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 2/14/2025 | Calvin Aas | 1.5 | Assess updated cash flow budget reporting. |
| 2 | 2/14/2025 | Megan Hyland | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 2/14/2025 | Thiago Nunes Rodrigues | 2.2 | Assess adjustments to administrative and wind-down expense actuals previously reported. |
| 2 | 2/14/2025 | Thiago Nunes Rodrigues | 0.5 | Prepare correspondence to FTI team with updates from the Debtors' financial advisors re: liquidity. |
| 2 | 2/14/2025 | Thiago Nunes Rodrigues | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 2/16/2025 | Calvin Aas | 1.0 | Prepare draft presentation for the Committee re: budgets. |
| 2 | 2/17/2025 | Calvin Aas | 1.5 | Finalize draft presentation for the Committee re: budgets. |
| 2 | 2/17/2025 | Elizabeth Hu | 0.3 | Review and comment on liquidity deck for the Committee. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2025 TO FEBRUARY 28, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 2/17/2025 | Megan Hyland | 0.3 | Review and provide comments on liquidity update for the Committee. |
| 2 | 2/17/2025 | Thiago Nunes Rodrigues | 0.8 | Review and revise materials for the Committee re: liquidity update with comments from the FTI team. |
| 2 | 2/18/2025 | Clifford Zucker | 0.3 | Review liquidity update for the Committee. |
| 2 | 2/18/2025 | Thiago Nunes Rodrigues | 0.8 | Revise materials for the Committee regarding liquidity with additional comments from the FTI team. |
| 2 | 2/18/2025 | Thiago Nunes Rodrigues | 0.5 | Prepare update to Committee counsel on administrative and wind-down budgets variance analysis. |
| 2 | 2/19/2025 | Steven Simms | 0.4 | Correspond with FTI team re: wind-down. |
| 2 | 2/20/2025 | Megan Hyland | 0.3 | Assess liquidity updates. |
| 2 | 2/21/2025 | Calvin Aas | 0.2 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 2/21/2025 | Calvin Aas | 1.6 | Prepare draft presentation for the Committee re: budgets. |
| 2 | 2/21/2025 | Elizabeth Hu | 0.2 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 2/21/2025 | Megan Hyland | 0.2 | Assess weekly liquidity variances. |
| 2 | 2/21/2025 | Megan Hyland | 0.2 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 2/21/2025 | Steven Simms | 0.3 | Correspond with FTI team re: wind-down. |
| 2 | 2/23/2025 | Calvin Aas | 2.0 | Finalize draft presentation for the Committee re: budgets. |
| 2 | 2/24/2025 | Calvin Aas | 0.5 | Review bankruptcy docket for case updates re: budgets. |
| 2 | 2/24/2025 | Calvin Aas | 0.8 | Update draft presentation for the Committee re: budgets. |
| 2 | 2/24/2025 | Megan Hyland | 0.4 | Review and revise liquidity update for the Committee. |
| 2 | 2/25/2025 | Calvin Aas | 0.3 | Prepare correspondence to the Debtors' advisors re: budget reporting. |
| 2 | 2/25/2025 | Calvin Aas | 0.7 | Respond to FTI team comments re: liquidity update presentation for the Committee. |
| 2 | 2/25/2025 | Calvin Aas | 0.7 | Finalize update presentation for Committee re: budgets variances. |
| 2 | 2/25/2025 | Elizabeth Hu | 0.2 | Review liquidity update deck and provide comments. |
| 2 | 2/25/2025 | Megan Hyland | 0.3 | Review liquidity update for the Committee. |
| 2 | 2/25/2025 | Thiago Nunes Rodrigues | 0.3 | Review materials for the Committee re: budgets variances. |
| 2 | 2/26/2025 | Calvin Aas | 0.8 | Review presentation for Committee re: budgets variance. |
| 2 | 2/26/2025 | Calvin Aas | 0.1 | Prepare correspondence to Debtors' financial advisors re: budgets. |
| 2 | 2/26/2025 | Clifford Zucker | 0.3 | Review and analyze financial report for the Committee re: budgets. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2025 TO FEBRUARY 28, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 2/27/2025 | Calvin Aas | 0.1 | Correspond with the Debtors' financial advisors re: budgets. |
| 2 | 2/28/2025 | Calvin Aas | 0.3 | Participate on call with the Debtors' financial advisors re: administrative and wind-down variance analysis and extended budget. |
| 2 | 2/28/2025 | Calvin Aas | 0.5 | Review the Debtors' weekly liquidity reporting. |
| 2 | 2/28/2025 | Calvin Aas | 2.7 | Prepare presentation materials for the Committee re: budgets and related case updates. |
| 2 | 2/28/2025 | Megan Hyland | 0.2 | Review weekly liquidity variance update. |
| 2 | 2/28/2025 | Megan Hyland | 0.3 | Participate on call with the Debtors' financial advisors re: administrative and wind-down variance analysis and extended budget. |
| 2 | 2/28/2025 | Thiago Nunes Rodrigues | 0.6 | Prepare correspondence to FTI team and Committee counsel re: funding for the administrative and wind-down budgets. |
| 2 | 2/28/2025 | Thiago Nunes Rodrigues | 0.3 | Participate on call with the Debtors' financial advisors re: administrative and wind-down variance analysis and extended budget. |
| **2 Total** | | | **34.5** | |
| 5 | 2/19/2025 | Elizabeth Hu | 0.2 | Correspond with FTI team re: store closing question from Committee counsel. |
| 5 | 2/20/2025 | Thiago Nunes Rodrigues | 0.3 | Prepare correspondence to Committee counsel re: non-go-forward leases. |
| 5 | 2/21/2025 | Sophia Cassidy | 1.2 | Update lease tracker regarding recent docket filings. |
| 5 | 2/21/2025 | Thiago Nunes Rodrigues | 0.4 | Review required updates to the lease tracker from the lease termination agreements. |
| 5 | 2/25/2025 | Sophia Cassidy | 0.7 | Update lease tracker regarding recent docket filings. |
| 5 | 2/26/2025 | Sophia Cassidy | 0.6 | Update lease tracker regarding recent docket filings. |
| 5 | 2/27/2025 | Sophia Cassidy | 1.2 | Update lease tracker regarding recent docket filings. |
| 5 | 2/27/2025 | Thiago Nunes Rodrigues | 0.5 | Review updated lease tracker for recent lease rejection notices. |
| 5 | 2/28/2025 | Sophia Cassidy | 0.6 | Update lease tracker regarding recent docket filings. |
| **5 Total** | | | **5.7** | |
| 6 | 2/3/2025 | Megan Hyland | 0.3 | Assess asset purchase price components. |
| 6 | 2/5/2025 | Elizabeth Hu | 0.2 | Review Committee counsel's update on the headquarters sale. |
| **6 Total** | | | **0.5** | |
| 11 | 2/26/2025 | Megan Hyland | 1.4 | Listen to omnibus hearing re: administrative claims motion and headquarters sale. |
| **11 Total** | | | **1.4** | |
| 13 | 2/4/2025 | Clifford Zucker | 0.3 | Review and analyze administrative bar date motion. |
| 13 | 2/6/2025 | Megan Hyland | 0.2 | Provide update on administrative payments motion to the FTI team. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2025 TO FEBRUARY 28, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 2/7/2025 | Megan Hyland | 0.1 | Prepare follow up update on administrative payments motion for the FTI team. |
| 13 | 2/18/2025 | Megan Hyland | 0.2 | Review D&O proceeds motion. |
| **13 Total** | | | **0.8** | |
| 14 | 2/24/2025 | Clifford Zucker | 0.2 | Participate on call with Committee professionals re: update for upcoming hearing re: administrative claims. |
| 14 | 2/24/2025 | Megan Hyland | 0.2 | Participate on call with Committee professionals re: update for upcoming hearing re: administrative claims. |
| **14 Total** | | | **0.4** | |
| 21 | 2/3/2025 | Elizabeth Hu | 0.2 | Participate on weekly call with Committee professionals regarding key case updates. |
| 21 | 2/3/2025 | Megan Hyland | 0.2 | Participate on weekly call with Committee professionals regarding key case updates. |
| 21 | 2/3/2025 | Steven Simms | 0.4 | Correspond with creditor on deal issues. |
| 21 | 2/17/2025 | Clifford Zucker | 0.3 | Participate on call with Committee counsel on case issues and activity. |
| **21 Total** | | | **1.1** | |
| 24 | 2/7/2025 | Marili Hellmund-Mora | 1.8 | Prepare the January fee application. |
| 24 | 2/10/2025 | Marili Hellmund-Mora | 1.9 | Incorporate updates to the January fee application. |
| 24 | 2/11/2025 | Calvin Aas | 1.0 | Review January fee application. |
| 24 | 2/12/2025 | Calvin Aas | 1.1 | Review and provide comments on the January fee application. |
| 24 | 2/13/2025 | Calvin Aas | 0.2 | Review updates to the January fee application. |
| 24 | 2/13/2025 | Megan Hyland | 0.5 | Review January fee application for compliance with bankruptcy guidelines. |
| 24 | 2/17/2025 | Megan Hyland | 0.8 | Review and revise January fee application to ensure compliance with bankruptcy guidelines. |
| 24 | 2/18/2025 | Calvin Aas | 1.0 | Incorporate updates to the January fee application exhibits. |
| 24 | 2/18/2025 | Megan Hyland | 0.3 | Finalize the January fee application. |
| 24 | 2/19/2025 | Elizabeth Hu | 0.6 | Review and comment on January fee application. |
| 24 | 2/19/2025 | Megan Hyland | 0.3 | Revise January fee application with comments from the FTI team. |
| **24 Total** | | | **9.5** | |
| **Grand Total** | | | **63.1** | |