**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 1 | 375 | 1619 Town Square SW, Cullman, AL | Big Lots Stores, LLC | Town Square, LP | C/O JASON GRIMMETT - REAL ESTATE, 1630 TOWN SQUARE, P.O. BOX 996, CULLMAN, AL 35056-0996 | 3/31/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Trailers, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |