# EXHIBIT A

**Post-Closing Designation Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF DESIGNATION OF DESIGNATED ASSET

WHEREAS, Gordon Brothers Retail Partners, LLC, as buyer ("Buyer"), and Big Lots, Inc., a Delaware corporation and debtor and debtor in possession ("Seller"), are parties to that certain Asset Purchase Agreement dated as of January 3, 2025 (the "Purchase Agreement"), pursuant to which Buyer agreed to acquire the Assets from Seller and the other the Selling Entities[2].

WHEREAS, pursuant to an order of the Bankruptcy Court entered January 2, 2025 (the "Sale Order") [ECF No. 1556], the Bankruptcy Court approved the Selling Entities' sale of the Assets to Buyer pursuant to the Purchase Agreement;

WHEREAS, on January 3, 3025, the Initial Closing under the Purchase Agreement occurred; and

WHEREAS, in accordance with Section 2.01(b) of the Purchase Agreement, Buyer desires to (a) designate each of the 365 Contracts identified on Exhibit A hereto and incorporated herein (each, a "Designated Lease" and, collectively, the "Designated Leases") as a "Designated Asset" for assumption and assignment, and (b) designate the applicable party listed as "Assignee" on Exhibit A with respect to each Designated Lease as the "Designated Buyer" with respect to the acquisition, assumption and assignment of such Designated Lease.

## DESIGNATION OF DESIGNATED ASSET

1. In accordance with Section 2.05(b) of the Purchase Agreement, Buyer hereby (a) designates each of the Designated Leases as a "Designated Asset", and (b) designates the "Assignee" listed on Exhibit A with respect to such Designated Lease as the "Designated Buyer" for such Designated Lease.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] All capitalized undefined terms used in this Notice shall have the same meaning as in the Purchase Agreement.

IN WITNESS WHEREOF, this Notice of Designation has been signed by as of the date hereof.

Dated: March 31, 2025
       Boston, Massachusetts

                Respectfully submitted,

**GORDON BROTHERS RETAIL PARTNERS, LLC**

By: */s/ David Braun*
     101 Huntington Avenue, 11th Floor
     Boston, MA 02199
     Email: dbraun@gordonbrothers.com

*Attorney for Gordon Brothers Retail Partners, LLC*

# EXHIBIT A

# DESIGNATED LEASES

| Store Number | Address | City | State | Designated Buyer |
|---|---|---|---|---|
| 925 | 165 GREENWOOD INDUSTRIAL PKWY, BLDG 500 | MCDONOUGH | GA | GORDON BROTHERS RETAIL PARTNERS, LLC |
| 5190 | 4233 S FLORIDA AVE | LAKELAND | FL | TRACTOR SUPPLY COMPANY |
| 518 | 1520 3RD ST SW | WINTER HAVEN | FL | TRACTOR SUPPLY COMPANY |
| 4666 | 1350 NE STEPHENS ST STE 50 | ROSEBURG | OR | TRACTOR SUPPLY COMPANY WEST, LLC |
| 4262 | 1930 PINES BLVD | PEMBROKE PINES | FL | O'REILLY AUTOMOTIVE STORES, INC. |
| 5433 | 630 S RANGELINE RD | JOPLIN | MO | O'REILLY AUTOMOTIVE STORES, INC. |
| 4458 | 909 FARMINGTON AVE | FARMINGTON | NM | O'REILLY AUTOMOTIVE STORES, INC. |
| 4623 | 8960 TAMPA AVENUE | NORTHRIDGE | CA | O'REILLY AUTO ENTERPRISES, LLC |