# EXHIBIT B

**Designated Leases**

| Location | Address | City | State | Debtor Entity | Landlord | Assignee | Cure Cost |
|---|---|---|---|---|---|---|---|
| 925 | 165 Greenwood Industrial Pkwy, Building 500 | Mcdonough | GA | GAFDC | Clarion Partners<br><br>Susan Ansel<br>susan.ansel@clarionpartners.com | Gordon Brothers Retail Partners, LLC<br><br>Caleb Smith<br>csmith@gordonbrothers.com | $0.00 |
| 5190 | 4233 S FLORIDA AVE | LAKELAND | FL | Big Lots Stores, LLC | Americas Realty<br><br>Bob Waugh<br>bwaugh@amrealco.com | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com; ccombs@tractorsupply.com | $0.00 |
| 518 | 1520 3RD ST SW | WINTER HAVEN | FL | Big Lots Stores, LLC | Riverwood Ruskin LLC<br><br>Stephen McGucken<br>smcgucken@mcguckenrealestate.com | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com; ccombs@tractorsupply.com | $7,408 |
| 4666 | 1350 NE STEPHENS ST STE 50 | ROSEBURG | OR | Big Lots Stores-PNS, LLC | Zanchi's<br><br>Gary Pond<br>gary@commercialassociates.org | **Tractor Supply Company West, LLC**<br><br>jrowland@bakerdonelson.com; ccombs@tractorsupply.com | $0.00 |
| 4262 | 7930 PINES BLVD | PEMBROKE PINES | FL | Big Lots Stores-PNS, LLC | Ross Realty<br><br>Bob Sherman<br>bsherman@ross-realty.com | *O'Reilly Automotive Stores, Inc*<br><br>Ron Greenway<br>rgreenway@oreillyauto.com<br><br>Justin Hedges<br>jhedges2@oreillyauto.com | $0.00 |
| 5433 | 630 S RANGELINE RD | JOPLIN | MO | Big Lots Stores, LLC | Warren Davis Properties<br><br>Patrick Herrington<br>pharrington@warrendavisproperties.com | *O'Reilly Automotive Stores, Inc*<br><br>Ron Greenway<br>rgreenway@oreillyauto.com<br><br>Justin Hedges<br>jhedges2@oreillyauto.com | $0.00 |
| 4458 | 909 FARMINGTON AVE | FARMINGTON | NM | Big Lots Stores-PNS, LLC | DARIO PINI<br><br>David Koris<br>korisdavid@gmail.com | *O'Reilly Automotive Stores, Inc*<br><br>Ron Greenway<br>rgreenway@oreillyauto.com<br><br>Justin Hedges<br>jhedges2@oreillyauto.com | $0.00 |
| 4623 | 8960 TAMPA AVENUE | NORTHRIDGE | CA | Big Lots Stores-PNS, LLC | GWP-Northridge Grove Shopping Center LP<br><br>Dulce Cruz<br>dulce@etcres.com | *O'Reilly Auto Enterpises, LLC*<br><br>Ron Greenway<br>rgreenway@oreillyauto.com<br><br>Justin Hedges<br>jhedges2@oreillyauto.com | $81,645.11 |