## EXHIBIT A

| Store Number | Address | Lease Expiration Date | Assignee | Purchaser Entity |
|---|---|---|---|---|
| 809 | 1335 W WALNUT AVE, Dalton, GA 30720 | Ledbedder Properties<br><br>David Ledbetter<br>dledbetter@LEDBETTERPROPERTIES.COM | Burlington Coat Factory Warehouse Corporation | $5,233 |
| 1012 | 6880 GARNERS FERRY RD, Columbia, SC 29209 | ALEC H. CHAPLIN<br><br>Alec Chaplin<br>alecjr@chaplin-co.com | Burlington Coat Factory Warehouse Corporation | $0 |
| 1155 | 125 HWY 332 W STE BB, Lake Jackson, TX 77566 | Edifis Group<br><br>Dawn Haywood<br>DAWN@EDIFISGROUP.COM | Burlington Coat Factory of Texas, L.P. | $50,944 |
| 1218 | 19142 MONTGOMERY VILLAGE AVE, Montgomery Village, MD 20886 | Atlantic Realy Companies<br><br>David Ross<br>david@arcrealty.com | Burlington Coat Factory Warehouse Corporation | $9,750 |
| 1595 | 1400 MERRITT BLVD, Dundalk, MD 21222 | VEI DUNDALK LLC<br><br>MADELINE SPENCER<br>mspencer@vanguardretaildev.com | Burlington Coat Factory Warehouse Corporation | $50,697 |
| 1742 | 1601 E PRICE RD, Brownsville, TX 78521 | MIMCO<br><br>McGee Sauls<br>MSauls@mimcoproperties.com | Burlington Coat Factory of Texas, L.P. | $21,434.92 |
| 1890 | 5781 SW GREEN OAKS BLVD, Arlington, TX 76017 | Retail Plazas, Inc.<br><br>Kay Mead<br>kmead@retailplazas.com | Burlington Coat Factory of Texas, L.P. | $6,285 |
| 4753 | 9500 MONTGOMERY BLVD NE, SUITE, Albuquerque, NM 87111 | COMMERCIAL REAL ESTATE MANAGEMENT<br><br>Rick Margolis<br>rick@columbuspacific.com | Burlington Coat Factory Warehouse Corporation | $0 |
| 5118 | 1507 WEST MASON STREET, Green Bay, WI 54303 | Anenberg Asset Management<br><br>JJ Alaily<br>jj.alaily@icap-dev.com | Burlington Coat Factory Warehouse Corporation | $0 |
| 5144 | 380 UNIVERSAL DRIVE N, North Haven, CT 06473 | August America LLC<br><br>Paul C. Bernard<br>PaulCBernard25@gmail.com | Burlington Coat Factory Warehouse Corporation | $0 |
| 5238 | 11 MCKENNA RD, Arden, NC 28704 | Collett & Associates<br><br>DJ Mugano | Burlington Coat Factory Warehouse Corporation | $10,836 |

#100107999v2

| Store Number | Address | Lease Expiration Date | Assignee | Purchaser Entity |
|---|---|---|---|---|
|  |  | DMugnano@collettre.com |  |  |