**EXHIBIT A**

**Designated Leases**

| Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|
| 225 | 1913 SHERWOOD RD., KINGSPORT, TN | Big Lots Stores, LLC | NS Retail Holdings, LLC | C/O NETSTREIT MANAGEMENT 2021 MCKINNEY AVE, SUITE 1150 DALLAS, TX 75201 | Joel F. Newell newellj@ballardspahr.com Leslie C. Heilman heilmanl@ballardspahr.com | $0 |
| 815 | 408 BLUEBELL DR NW NEW PHILADELPHIA, OH | Big Lots Stores-CSR, LLC | R.L. Wittbold - New Philadelphia | ATTN: LOU ANN COUNIHAN, 1361 CLUB DRIVE, BLOOMFIELD HILLS, MI, 48302 | Leslie C. Heilman heilmanl@ballardspahr.com | $17,761.38 |
| 835 | 659 24TH ST PORT HURON, MI | Big Lots Stores, LLC | MFBG Port Huron LLC | C/O RD MANAGEMENT CORP., 810 SEVENTH AVENUE, 10TH FLOOR, NEW YORK, NY, 10019 | Leslie C. Heilman heilmanl@ballardspahr.com | $0 |
| 1507 | 4420 ALTAMA AVE STE C2 BRUNSWICK, GA | Big Lots Stores, LLC | NS Retail Holdings, LLC | C/O NETSTREIT MANAGEMENT OFFICE, 2021 MCKINNEY AVE, SUITE 1150, DALLAS, TX, 75201 | Joel F. Newell newellj@ballardspahr.com Leslie C. Heilman heilmanl@ballardspahr.com | $0 |
| 1842 | 400 CAMPBELLSVILLE BYP CAMPBELLSVILLE, KY | Big Lots Stores, LLC | F & F Investments, LLC | C/O INSPIRED VENTURES, LLC, 1616 ANACAPA STREET, 1ST FLOOR, SANTA BARBARA, CA, 93101 | Leslie C. Heilman heilmanl@ballardspahr.com | $0 |
| 1891 | 685 S HUGHES BLVD ELIZABETH CITY, NC | Big Lots Stores, LLC | Netstreit LP | 2021 MCKINNEY AVE SUITE 1150, DALLAS, TX, 75201-7625 | Joel F. Newell newellj@ballardspahr.com Leslie C. Heilman heilmanl@ballardspahr.com | $0 |
| 4723 | 14333 EUREKA RD SOUTHGATE, MI | Big Lots Stores, LLC | NS Retail Holdings, LLC | C/O NETSTREIT MANAGEMENT, LLC, 2021 MCKINNEY AVE, SUITE 1150, DALLAS, TX, 75201 | Joel F. Newell newellj@ballardspahr.com Leslie C. Heilman heilmanl@ballardspahr.com | $0 |

| Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|
| 4729 | 3000 SCOTTSVILLE RD., BOWLING GREEN, KY | Big Lots Stores-PNS, LLC | NS Retail Holdings, LLC | C/O NETSTREIT MANAGEMENT, LLC, 2021 MCKINNEY AVE, SUITE 1150, DALLAS, TX, 75201 | Leslie C. Heilman heilmanl@ballardspahr.com | $0 |
| 5239 | 2821 MONTGOMERY HIGHWAY, DOTHAN, AL | Big Lots Stores, LLC | NS Retail Holdings, LLC | C/O NETSTREIT MANAGEMENT, LLC, 2021 MCKINNEY AVE, SUITE 1150, DALLAS, TX, 75201 | Leslie C. Heilman heilmanl@ballardspahr.com | $0 |
| 5490 | 225 S TYNDALL PKWY CALLAWAY, FL | Big Lots Stores, LLC | Beacon Plaza LLC | 1018 THOMASVILLE RD., STE 200A, TALLAHASSEE, FL, 32303 | Nicholas J. Brannick brannickn@ballardspahr.com | $0 |