**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | Hearing Date: April 2, 2025 at 9:30 a.m. (ET) <br> Re: D.I. 2178, 2293 & 2350 |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION OF FACT BETWEEN DEBTORS, FORMAN MILLS INC. AND 1255 SUNRISE REALTY, LLC FOR APRIL 2, 2025 HEARING**

I, Michael G. Busenkell, Esquire, of Gellert Seitz Busenkell & Brown, LLC, counsel to 1255 Sunrise Realty, LLC, (the "Landlord"), hereby certify as follows:

1. On March 5, 2025, the Debtors file the Notice of Filing of Eighteenth Post-Closing Designation Notice [DI 2178] where the Landlord's unexpired lease for the property (the "Property") located at 1255 Sunrise Highway, Copiague, NY (the "Copiague Lease") was identified as being assumed and assigned to Forman Mills (the "Assignee").

2. On March 19, 2025, the Landlord filed the Objection of 1255 Sunrise Realty, LLC to Debtors' Proposed Assumption and Assignment of its Unexpired Lease in Eighteenth Post-Closing Designation Notice [DI 2293].

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin- Granville Road, Columbus, OH 43081.

3. In advance of the hearing scheduled for April 2, 2025, counsel for the Landlord, the Debtors, and the Assignee conferred and stipulated to certain facts reflected in the attached Stipulation of Fact Between Debtors, Forman Mills Inc. and 1255 Sunrise Realty, LLC for April 2, 2025 Hearing (the "Stipulation of Fact"), attached to this Certification as Exhibit "A".

4. Counsel for each of the Parties has reviewed the Stipulation of Fact, and each Party, though its counsel, agrees to the entry of the Stipulation of Fact.

Dated: April 1, 2025

Respectfully submitted,

GELLERT SEITZ BUSENKELL & BROWN, LLC

/s/ Michael Busenkell
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5812
Facsimile: 302-425-5814
Email: mbusenkell@gsbblaw.com

-and-

Robert A. Rich (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: 212-309-1132
Email: rrich@hunton.com

*Counsel to 1255 Sunrise Realty, LLC*