## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | Chapter 11 |
| In re: | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 2097, 2098, 2099, 2100 & 2101** |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER
(I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES
EFFECTIVE AS OF FEBRUARY 28, 2025 AND (B) ABANDON CERTAIN PERSONAL
PROPERTY AND (II) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certify as follows:

1.      On October 9, 2024, the Court entered an *Order (I) Authorizing Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property and (II) Authorizing and Establishing Procedures to Reject Executory Contracts and Unexpired Leases* (D.I. 461) (the "**Lease Rejection Procedures Order**").

2.      Pursuant to the Lease Rejection Procedures Order, on February 26, 2025, the Debtors filed the *Thirteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and the Abandonment of Property)* (D.I. 2097) (the "**Thirteenth Rejection Notice**"), the *Fourteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and the Abandonment of Property)* (D.I. 2098) (the "**Fourteenth Rejection Notice**"), the

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

*Fifteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and the Abandonment of Property)* (D.I. 2099) (the "**Fifteenth Rejection Notice**"), the *Sixteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and the Abandonment of Property)* (D.I. 2100) (the "**Sixteenth Rejection Notice**"), and the *Seventeenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and the Abandonment of Property)* (D.I. 2101) (the "**Seventeenth Rejection Notice**" and, together with the Thirteenth, Fourteenth, Fifteenth and Sixteenth Rejection Notices, the "**Rejection Notices**").

3.      The deadline to object to each of the Rejection Notices was March 10, 2025, at 4:00 p.m. (ET).  Prior to the objection deadline, landlords for the leases for the stores located in Tampa, Florida (Store #547) and Greer, South Carolina (Store #5407) filed objections to the Sixteenth and Thirteenth Rejection Notices, respectively (D.I.s 2192 & 2193). The landlord for the store located in Fort Lauderdale, Florida (Store #553) made informal comments and has since confirmed its consent to entry of the proposed rejection order. The landlord for the Greer, South Carolina location has withdrawn its objection (D.I. 2388) and now consents to the entry of the rejection order. The Debtors now seek entry of a rejection order with respect to those leases.

4.      In the filings of the Rejection Notices, the schedule of personal property to be abandoned was inadvertently omitted. The schedule of such personal property has remained the same for all notices of rejection for non-residential real property leases that the Debtors have abandoned in these cases and the Debtors submit that parties were on adequate notice of the Debtors' intention to abandon all personal property remaining on the Lease locations subject to the Rejection Notices despite the omittance of the schedule.

5.      Attached hereto as __**Exhibit A**__ is a proposed form of omnibus order and revised schedule (which includes personal property to be abandoned) approving the Rejection

Notices and authorizing the Debtors to reject the Greer, South Carolina and Fort Lauderdale, Florida leases effective as of February 28, 2025.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the order attached hereto as **Exhibit A** at its earliest convenience.

Dated: April 1, 2025
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*