## SIGN-IN SHEET

| CASE NAME Big Lots, Inc. | COURTROOM #5 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 4/2/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stephen Piraino | Davis Polk | Debtors |
| Jacob Goldberger | Davis Polk | ↓ |
| Andrew Remming | Morris Nichols | ↓ |
| Sophie Rogers Churchill | Morris Nichols | ↓ |
| Robert Rich | Hunton Andrews Kurth | 1255 Sunrise Realty |
| Mike Busenkell | Gellert Seitz Busenkell & Brown | " " " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 09:30 AM

**24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | Debtor | 09:30 AM | Zoom(Video and Audio) | yes |
| Cristian Catanese | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors | 09:30 AM | Zoom(Video and Audio) | yes |
| Catherine Corey | 9fin.com | 9fin.com | 09:30 AM | Audio Only | no |
| Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Debtor | 09:30 AM | Zoom(Video and Audio) | yes |
| Lauren Eastburn | Potter Anderson & Corroon LLP | Interested Party | 09:30 AM | Zoom(Video and Audio) | yes |
| David Edmonson | Goldstein, Edgar & Reagan | Todd Shopping Center, L.L.C. | 09:30 AM | Zoom(Video and Audio) | yes |
| Robert R. Feuille | ScottHulse, P.C. | KAMS Partners, LP | 09:30 AM | Zoom(Video and Audio) | yes |
| Steven A. Fox | Riemer Braunstein LLP | Gordon Brothers | 09:30 AM | Zoom(Video and Audio) | yes |
| James Haithcock | Burr & Forman LLP | Comenity Bank | 09:30 AM | Zoom(Video and Audio) | yes |
| Taylor Harrison | | | 09:30 AM | Audio Only | no |
| Melissa M. Hartlipp | Cole Schotz P.C. | Official Committee of | 09:30 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Audio |
|---|---|---|---|---|---|
| Audrey Hornisher | Clark Hill PLC | Unsecured Creditors USPG, Bellevue, SanTan Village | 09:30 AM | Zoom(Video and Audio) | yes |
| Andrew Lennox | Lennox Law, P.A. | | 09:30 AM | Audio Only | no |
| Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtor | 09:30 AM | Zoom(Video and Audio) | yes |
| Brian Resnick | Davis Polk | Debtor | 09:30 AM | Zoom(Video and Audio) | yes |
| Robert P Rich | Zraick Nahas & Rich | N/A - Observing only | 09:30 AM | Audio Only | no |
| Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty | 09:30 AM | Zoom(Video and Audio) | yes |
| Sophie Rogers Churchill | Morris Nichols Arsht & Tunnell | Debtor | 09:30 AM | Zoom(Video and Audio) | yes |
| Natalie Rowles | McDermott Will & Emery LLP | Official Committee of Unsecured Creditors | 09:30 AM | Zoom(Video and Audio) | yes |
| Ross Rubin | Hunton Andrews Kurth LLP | | 09:30 AM | Audio Only | no |
| Casey Sawyer | Morris Nichols Arsht and Tunnell | Debtor | 09:30 AM | Zoom(Video and Audio) | yes |
| Jennifer Seifried | | | 09:30 AM | Audio Only | no |
| Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC | 09:30 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Client | Time | Method | |
|---|---|---|---|---|---|
| Adam Shpeen | Davis Polk | Debtor | 09:30 AM | Zoom(Video and Audio) | yes |
| Michael Solimani | Cole Schotz P.C. | UCC | 09:30 AM | Zoom(Video and Audio) | yes |
| Ellsworth Summers | Burr & Forman LLP | CTO Realty | 09:30 AM | Zoom(Video and Audio) | yes |
| Gregory A. Taylor | Ashby & Geddes, P.A. | Gordon Brothers | 09:30 AM | Zoom(Video and Audio) | yes |
| Brianna Turner | Morris Nichols Arsht and Tunnell | Debtors | 09:30 AM | Zoom(Video and Audio) | yes |
| Kevin Winiarski | Davis Polk | Debtor | 09:30 AM | Zoom(Video and Audio) | yes |
| Blanka Wolfe | | | 09:30 AM | Audio Only | no |