## Exhibit A

**Revised Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 2116, 2117 & 2250** |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES EFFECTIVE AS OF MARCH 17, 2025 AND (B) ABANDON CERTAIN PERSONAL PROPERTY AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notices of rejection (the "**Rejection**

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**Notices**") by the Debtors [D.I. 2116, 2117 & 2250]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notices and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notices, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notices and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Contracts and Leases listed on **<u>Schedule 1</u>** attached hereto are hereby rejected as of March 17, 2025 (the "**Rejection Date**") or, for a real property Lease, the later of (A) the Rejection Date; (B) the date upon which the applicable Debtor surrenders in writing (including via email) the premises to the landlord and returns the keys, key codes, or security codes, as applicable (or certifies in writing that the landlord is authorized to change the locks); and (C) such other date to which the Debtors and the applicable Counterparty have agreed to.

2.      The Debtors are authorized, but not directed, to abandon any abandoned property described on **<u>Schedule 1</u>** attached hereto, and any abandoned property of the Debtors remaining

in the leased premises after the Rejection Date shall be deemed abandoned as of the Rejection Date.

3.      All applicable landlords or their designees shall be authorized to use or dispose of any abandoned property without notice or liability to any Debtor or consenting non-Debtor third party and without further order of the Court, and, to the extent applicable, the automatic stay is modified to allow such disposition.  For the avoidance of doubt, nothing contained in this Order shall sever or otherwise impact any ownership interest of PepsiCo, Inc., its affiliates and/or affiliated bottlers (collectively, the "Pepsi Entities") in coolers and/or refrigerators owned by the Pepsi Entities.

4.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

5.      Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

6.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on

property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

7.    Notice of the Rejection Notices is deemed good and sufficient notice of the relief requested therein.

8.    Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

9.    The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

10.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## **Schedule 1**

Rejected Leases

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 1 | 245 | 1050 W ARGYLE ST JACKSON, MI | Big Lots Stores, LLC | 1100 W ARGYLE ST LLC | c/o GROCERY MANAGEMENT PARNERS LLC, 1221 BRICKELL AVE, SUITE 1400, MIAMI, FL, 33131 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 1827 | 801 DIXON BLVD STE 1131 COCOA, FL | Big Lots Stores, LLC | 12550 LC | C/O HARRY VORHAND, 1399 CONEY ISLAND AVENUE, BROOKLYN, NY, 11230 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 1217 | 2413 BREWERTON RD MATTYDALE, NY | Big Lots Stores, LLC | 2413 BREWERTON ROAD PLAZA LLC | 2117 BREWERTON RD, MATTYDALE, NY, 13211-1759 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 4 | 1217 - Storage | 2413 BREWERTON RD MATTYDALE, NY | Big Lots Stores, LLC | 2413 BREWERTON ROAD PLAZA LLC | 2117 BREWERTON RD, MATTYDALE, NY, 13211-1759 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 5 | 5442 | 3234 SECOR RD, STE 2 & 3 TOLEDO, OH | Big Lots Stores-CSR, LLC | 3320 SECOR LLC | C/O MKIEZI INVESTMENTS, 888 W. BIG BEAVER RD., STE 300, TROY, MI, 48084 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 6 | 5149 | 1101 N BERKELEY BLVD STE C GOLDSBORO, NC | Big Lots Stores, LLC | 501 PRAIRIE VIEW LLC | 50051 GOVERNORS DRIVE STE A, CHAPEL HILL, NC, 27517-7018 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 7 | 831 | 5987 S TRANSIT RD LOCKPORT, NY | Big Lots Stores, LLC | 5897 ASSOCIATES, LLC | C/O SRI, LLC, 135 ROCKAWAY TURNPIKE, SUITE 101, LAWRENCE, NY, 11559 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 8 | 5296 | 820 WASHINGTON ST MIDDLETOWN, CT | Big Lots Stores, LLC | 820-900 WASHINGTON STREET LLC | GROSSMAN RETAIL ADVISORS ("GRA") C/O GROSSMAN DEVELOPMENT GROUP, 405 COCHITUATE RD STE 302, FRAMINGHAM, MA, 1701 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 9 | 5334 | 600 RT 33 HAMILTON, NJ | Big Lots Stores, LLC | ABNET REALTY COMPANY | 2100 S OCEAN BLVD APT 501N, PALM BEACH, FL, 33480-5226 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 10 | 83 | 1211 TOWER BLVD LORAIN, OH | Big Lots Stores-CSR, LLC | AGREE LIMITED PARTNERSHIP | 70 E LONG LAKE RD, BLOOMFIELD HILLS, MI, 48304-2356 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 11 | 1501 | 4840 ALLEN RD ZEPHYRHILLS, FL | Big Lots Stores, LLC | ALLEN ROAD RETAIL BUSINESS CENTER LLC | D/B/A WESTGATE SQUARE CENTER, 6137 STATE RD 54, NEW PORT RICHEY, FL, 34653 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 12 | 1666 | 6569 SAWMILL RD DUBLIN, OH | Big Lots Stores, LLC | ASHTON WOODS LIMITED PARTNERSHIP | C/O SEYMAN L. STERN, GEN'L PARTNER, 500 S PARKVIEW AVE. UNIT 403, COLUMBUS, OH, 43209 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 13 | 1471 | 360 GRANT AVE RD STE 2 AUBURN, NY | Big Lots Stores, LLC | AUBURN ASSOC. LLC | c/o G&A GROUP, INC., 215 WEST CHURCH RD., SUITE 107, KING OF PRUSSIA, PA, 19406 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 14 | 550 | 818 US HWY 27 S AVON PARK, FL | Big Lots Stores, LLC | AVON SQUARE ASSOCIATES, LLC | C/O FRANKLIN STREET MANAGEMENT SERVICES, 1311 N WESTSHORE BLVD, SUITE 200, TAMPA, FL, 33607 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 15 | 152 | 33100 SCHOENHERR RD STERLING HEIGHTS, MI | Big Lots Stores, LLC | B.M.R.S. PROPERTY LLC | 19135 SAXON DRIVE, BEVERLY HILLS, MI, 48025 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 16 | 1744 | 501 W MONTAUK HWY WEST BABYLON, NY | Big Lots Stores, LLC | BASSER KAUFMAN 228 LLC | 151 IRVING PLACE, WOODMERE, NY, 11598-1223 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 17 | 1744 - Storage | 501 W MONTAUK HWY WEST BABYLON, NY | Big Lots Stores, LLC | BASSER KAUFMAN 228 LLC | 151 IRVING PLACE, WOODMERE, NY, 11598-1223 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 18 | 1783 | 600 NEW HAVEN AVE DERBY, CT | Big Lots Stores, LLC | BASSER-KAUFMAN OF DERBY #1783 | 151 IRVING PLACE, WOODMERE, NY, 11598-1223 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 19 | 517 | 9718 OLD SAINT AUGUSTINE RD JACKSONVILLE, FL | Big Lots Stores, LLC | BEAUCLERC SDC, LLC | 290 NW 165TH ST PH2, MIAMI, FL, 33169 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 20 | 517 - Storage | 9718 OLD SAINT AUGUSTINE RD JACKSONVILLE, FL | Big Lots Stores, LLC | BEAUCLERC SDC, LLC | 290 NW 165TH ST PH2, MIAMI, FL, 33169 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 21 | 5215 | 535 W 23RD ST PANAMA CITY, FL | Big Lots Stores, LLC | BRIXMOR GA PANAMA CITY, LLC | C/O BRIXMOR PROPERTY GROUP GENERAL CNSEL, 200 RIDGE PIKE SUITE 100 , CONSHOHOCKEN , PA, 19428 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 22 | 5156 | 2311 West Vine St. KISSIMMEE, FL | Big Lots Stores, LLC | CAMACHO VENTURE, LLC | 3001 NW 17TH AVE, MIAMI, FL, 33142 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 23 | 5266 | 20 COURT HOUSE S DENNIS RD. CAPE MAY COURT HOUSE, NJ | Big Lots Stores, LLC | CAPE MAY GROCERY OWNERS LLC | C/O RESOLUTION CAPITOL MANAGMENT , 7910 WOODMONT AVE. #360, BETHESDA , MD, 20814 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 24 | 5366 | 15083 US HWY 19 S THOMASVILLE, GA | Big Lots Stores, LLC | CAPITAL PLAZA INC | 2286-3 WEDNESDAY STREET, TALLAHASSEE, FL, 32308 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 25 | 5202 | 9977 PULASKI HWY MIDDLE RIVER, MD | Big Lots Stores, LLC | CARROLLTON-WHITE MARSH, LLC | c/o DIVARIS PROPERTY MANAGEMENT CORP, 4525 MAIN ST. SUITE 900 , VIRGINIA BEACH , VA, 23462 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 26 | 1802 | 344 TIMPANY BLVD GARDNER, MA | Big Lots Stores, LLC | CEDAR-TIMPANY, LLC - ATTN: BRENDA J. WALKER | C/O WHEELER REAL ESTATE COMPANY, 2529 VIRGINIA BEACH BLVD, VIRGINIA BEACH, VA, 23452-7650 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 27 | 4706 | 3170 CHILI AVE UNIT #T5 ROCHESTER, NY | Big Lots Stores-PNS, LLC | CHILI MZL LLC | C/O KPR LLC, 535 5TH AVE FL 12, NEW YORK, NY, 10017-3628 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 28 | 5430 | 3075 E 25TH ST COLUMBUS, IN | Big Lots Stores, LLC | CLOVER CENTER MANAGEMENT CORP | 2405 BEAM RD, COLUMBUS, IN, 47203-3406 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 29 | 5171 | 5584 CORTEZ RD. WEST BRADENTON, FL | Big Lots Stores, LLC | CLOVER CORTEZ, LLC | ATTN: COMMONWEALTH COMMERCIAL PARTNERS, LLC, 4198 COX ROAD, STE 200, GLEN ALLEN, VA, 23060 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 30 | 1177 | 560 UNION ST LUZERNE, PA | Big Lots Stores, LLC | CONNOLLY REALTY COMPANY | C/O MIKE CONNOLLY, 481 UNION STREET, LUZERNE, PA, 18709 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 31 | 5468 | 709 ROUTE 113 SOUDERTON, PA | Big Lots Stores, LLC | COUNTY LINE PLAZA REALTY ASSOCIATES LP | C/O BRIXMOR PROPERTY GROUP , 200 RIDGE PIKE, SUITE 100 , CONSHOHOCKEN , PA , 19428 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 32 | 5468 - Storage | 709 ROUTE 113 SOUDERTON, PA | Big Lots Stores, LLC | COUNTY LINE PLAZA REALTY ASSOCIATES LP | C/O BRIXMOR PROPERTY GROUP , 200 RIDGE PIKE, SUITE 100 , CONSHOHOCKEN , PA , 19428 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 33 | 1603 | 940 SILVER LN STE 3 EAST HARTFORD, CT | Big Lots Stores, LLC | CP PLAZA HOLDINGS LLC | C/O LEXINGTON REALTY INTERNATIONAL LLC, 911 E COUNTY LINE RD STE 203, LAKEWOOD, NJ, 8701 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 34 | 411 | 20722 TIMBERLAKE RD STE A LYNCHBURG, VA | Big Lots Stores, LLC | CROSSPOINT PROPERTIES LLC | 20722 TIMBERLAKE RD, STE 5, LYNCHBURG, VA, 24502-7219 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 35 | 4680 | 1416 S MAIN ST, STE 100 ADRIAN, MI | Big Lots Stores-PNS, LLC | CROSSROADS SHOPPING CENTER INVESTMENTS, LLC | C/O PRIORITY PROPERTIES, TRACY SEXTON, 8154 MONTGOMERY ROAD, STE 200, CINCINNATI, OH, 45236 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 36 | 491 | 106 CUMBERLAND SQ CROSSVILLE, TN | Big Lots Stores, LLC | CUMBERLAND SQUARE PARTNERS, LLC | C/O ANCHOR INVESTMENTS, LLC, 2926 FOSTER CREIGHTON DRIVE, NASHVILLE, TN, 37204 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 37 | 546 | 12820 US HIGHWAY 301 DADE CITY, FL | Big Lots Stores, LLC | DADE CITY SHOPPING PLAZA, LLC | 10912 N. 56TH STREET, TEMPLE TERRACE, FL, 33617 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 38 | 5204 | 12177 ROUTE 16 CHAFFEE, NY | Big Lots Stores, LLC | DANIEL G KAMIN YORKSHIRE LLC | C/O KAMIN REALTY CO, 490 S. HIGHLAND AVENUE, PITTSBURGH, PA, 15206 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 39 | 526 | 1345 S BABCOCK ST MELBOURNE, FL | Big Lots Stores, LLC | DDRM MELBOURNE S/C, LLC | C/O DEVELOPERS, ATTN: GENERAL COUNSEL, 3300 ENTERPRISE | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | PARKWAY, BEACHWOOD, OH, 44122 | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 40 | 1293 | 110 DEKALB PLAZA BLVD SW FORT PAYNE, AL | Big Lots Stores, LLC | DEKALB PLAZA SPE, LLC | C/O DRINKARD DEVELOPMENT, LLC, 1630 TOWN SQUARE S.W., CULLMAN, AL, 35055 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 41 | 540 | 2900 34TH ST N SAINT PETERSBURG, FL | Big Lots Stores, LLC | DELHAIZE US HOLDING INC | PO BOX 198135, ATLANTA, GA, 30384-8135 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 42 | 523 | 1013 S DILLARD ST WINTER GARDEN, FL | Big Lots Stores, LLC | DEW SEVEN LLC | C/O SIGNET REALTY CORP., 2343 SE MANITON TERRACE, PORT ST LUCIE, FL, 34952 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 43 | 5263 | 1250 STATE ROUTE 104 ONTARIO, NY | Big Lots Stores, LLC | DKR INVESTMENTS L.L.C. | C/O REDSTONE INVESTMENTS, 5050 BELMONT AVENUE, YOUNGSTOWN, OH, 44505 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 44 | 515 | 405 PLAZA DR EUSTIS, FL | Big Lots Stores, LLC | EDGEWOOD ISLE, LLC | ATTN: SAM MARK C/O SMI MANAGEMENT CO, 9355 KIRKSIDE RD, LOS ANGELES, CA, 90035 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 45 | 568 | 2311 S US HWY 1 FORT PIERCE, FL | Big Lots Stores, LLC | EHDEN INVESTMENTS INC | 2600 S DOUGLAS RD, SUITE 610, CORAL GABLES , FL, 33134 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 46 | 117 | 1401 SAM RITTENBERG BLVD. STE 15 CHARLESTON, SC | Big Lots Stores, LLC | FAISON-ASHLEY LANDING, LLC | C/O ASTON PROPERTIES, 2825 SOUTH BLVD, SUITE 300 , CHARLOTTE, NC, 28209 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 47 | 1514 | 809 LYCOMING MALL RD MUNCY, PA | Big Lots Stores, LLC | FAMVEST XXI LM BIG LOTS LLC | 120 W CHERRY LANE, STATE COLLEGE, PA, 16803-2935 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 48 | 1265 | 390 COOLEY ST SPRINGFIELD, MA | Big Lots Stores, LLC | FIVE TOWN STATION LLC | C/O PHILLIPS EDISON & COMPANY, LTD, 11501 NORTHLAKE DRIVE, CINCINNATI, OH, 45249 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 49 | 5299 | 526 N. BELAIR RD EVANS, GA | Big Lots Stores, LLC | FOOD LION, LLC | ATTN: REAL ESTATE DEPARTMENT, P.O. BOX 1330, SALISBURY, NC, 28145-1330 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 50 | 5460 | 765 SOLOMONS ISLAND RD N PRINCE FREDERICK, MD | Big Lots Stores, LLC | FOX RUN LIMITED PARTNERSHIP | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE, STE 100, | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | CONSHOHOCKEN, PA, 19428 | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 51 | 522 | 5241 US HWY 19 NEW PORT RICHEY, FL | Big Lots Stores, LLC | G&I IX SOUTHGATE SHOPPING CENTER LLC | C/O WOOLBRIGHT DEVELOPMENT INC, ATTN: LEGAL DEPARTMENT, 3200 NORTH MILITARY TRAIL, 4TH FLOOR, BOCA RATON, FL, 33431 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 52 | 5370 | 501 N BENEVA RD SARASOTA, FL | Big Lots Stores, LLC | GATOR SARASOTA LLC | C/O GATOR INVESTMENTS, 7850 NORTHWEST 146TH STREET, MIAMI LAKES, FL, 33016 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 53 | 5192 | 200 MARKET ST. POTSDAM, NY | Big Lots Stores, LLC | GBR MARKET STREET LLC | C/O GIBRALTAR MANAGEMENT COMPANY, INC, 150 WHITE PLAINS ROAD, TARRYTOWN, NY, 10591 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 54 | 5135 | 6515 BROCKPORT SPENCERPORT RD BROCKPORT, NY | Big Lots Stores, LLC | GBR SPENCERPORT LLC BROCKPORT 31, LP | C/O GIBRALTAR MANAGEMENT COMPANY INC, 150 WHITE PLAINS ROAD, TARRYTOWN, NY, 10591-5535 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 55 | 5152 | 2311 WEST US HWY 90 LAKE CITY, FL | Big Lots Stores, LLC | GLEASON MALL LP | C/O GLEASON GENERAL PARTNER, INC, 1190 INTERSTATE PARKWAY, AUGUSTA, GA, 30909 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 56 | 5395 | 1308 W PATRICK ST FREDERICK, MD | Big Lots Stores, LLC | GOLDEN MILE MARKETPLACE | P.O. BOX 280, STEVENSON, MD, 21153-0280 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 57 | 1871 | 1401 W MAIN ST GAYLORD, MI | Big Lots Stores, LLC | GPR INVESTMENTS LLC | ATTN: JEFF THOMPSON, 350 NORTH OLD WOODWARD AVE, SUITE 300, BIRMINGHAM, MI, 48009 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 58 | 372 | 5055 AUSTELL RD AUSTELL, GA | Big Lots Stores, LLC | GSA PLAZA LLC | 1746 ATLANTA RD SE, SMYRNA, GA, 30080 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 59 | 1757 | 521 W OGLETHORPE HWY HINESVILLE, GA | Big Lots Stores, LLC | HINESVILLE CENTER, LLC | C/O TOBIN PROPERTIES, INC., 1101 HILLCREST DRIVE, HOLLYWOOD, FL, 33021 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 60 | 5179 | 465 BERLIN CROSS KEYS RD. SICKLERVILLE, NJ | Big Lots Stores, LLC | HKJV, LLC | C/O METRO COMMERCIAL MANAGEMENT SERVICES, 303 FELLOWSHIP ROAD, SUITE 202, MT. LAUREL, NJ, 8054 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 61 | 5423 | 1806 N JACKSON ST TULLAHOMA, TN | Big Lots Stores, LLC | HOBBY LOBBY STORES, INC. | ATTN: REAL ESTATE DEPARTMENT, 7707 SOUTHWEST 44TH | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | STREET, OKLAHOMA CITY, OK, 73179 | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 62 | 1875 | 1214 ROUTE 37 E ste 1 TOMS RIVER, NJ | Big Lots Stores, LLC | IANTHA, INC - ATTN: DIRECTOR OF LEASING | C/O GARDEN COMMERCIAL PROPERTIES, 820 MORRIS TURNPIKE, SUITE 301, SHORT HILLS, NJ, 07078-2619 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 63 | 1815 | 8602 SW HIGHWAY 200 OCALA, FL | Big Lots Stores, LLC | JAJOLO LIMITED PARTNERSHIP | 4065 N LECANTO HIGHWAY, SUITE 500, BEVERLY HILLS, FL, 34465-3565 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 64 | 5184 | 205 MILAN AVE NORWALK, OH | Big Lots Stores, LLC | JOSEPH D HAMMERSCHMIDT CO | 25068 CENTER RIDGE RD, WESTLAKE, OH, 44145-4113 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 65 | 5427 | 3010 NAVARRE AVE OREGON, OH | Big Lots Stores-CSR, LLC | JOSEPH NAVARRE PLAZA LLC | 4133 TALMADGE RD, TOLEDO, OH, 43623-3503 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 66 | 5113 | 725 N. UNIVERSITY DR. CORAL SPRINGS, FL | Big Lots Stores, LLC | KIMCO CORAL SPRINGS 623 LLC | 6060 PIEDMONT ROW DRIVE SOUTH, SUITE 200, CHARLOTTE, NC, 28287 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 67 | 1748 | 128 KILMAYNE DR CARY, NC | Big Lots Stores, LLC | KROGER LIMITED PARTNERSHIP I | ATTN: LAW DEPARTMENT - SMITHS DIVISION, 1014 VINE STREET, CINCINNATI, OH, 45202 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 68 | 5371 | 845 BLOWING ROCK BLVD LENOIR, NC | Big Lots Stores, LLC | LENOIR 2019 LLC | C/O GFD MANAGEMENT INC. ATTN: EXECUTIVE VICE PRESIDENT, 222 CLOISTER COURT, CHAPEL HILL, NC, 27514 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 69 | 1950 | 1006 ROUTE 46 CLIFTON, NJ | Big Lots Stores, LLC | LEVIN PROPERTIES, L.P. | C/O LEVIN MANAGEMENT CORPORATION, P. O. BOX 326, PLAINFIELD, NJ, 07061-0326 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 70 | 1950 - Storage | 1006 ROUTE 46 CLIFTON, NJ | Big Lots Stores, LLC | LEVIN PROPERTIES, L.P. | C/O LEVIN MANAGEMENT CORPORATION, P. O. BOX 326, PLAINFIELD, NJ, 07061-0326 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 71 | 459 | 1716 OPELIKA RD AUBURN, AL | Big Lots Stores, LLC | MARKET SQUARE SHOPPING CENTER, LLC | P.O. BOX 1363, ATTN.: DANIEL F. JACKSON, III, DOTHAN, AL, 36302 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 72 | 1260 | 138 HARTE HAVEN PLZ MASSENA, NY | Big Lots Stores, LLC | MASSENA HHSC, INC. | C/O G & A GROUP, INC., 215 WEST CHURCH RD., STE | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | 107, KING OF PRUSSIA, PA, 19406 | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 73 | 5242 | 5440 BECKLEY RD. BATTLE CREEK, MI | Big Lots Stores, LLC | MCM II LLC | C/O SIEGFRIED CRANDALL PC, 246 E. KILGORE ROAD, PORTAGE, MI, 49002 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 74 | 5403 | 3550 NW FEDERAL HIGHWAY JENSEN BEACH, FL | Big Lots Stores, LLC | MDC COAST 17, LLC | C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 75 | 528 | 2412 S VOLUSIA AVE ORANGE CITY, FL | Big Lots Stores, LLC | MILLSTONE COMMERCIAL LLC | C/O EQUITY INVESTMENT SERVICES, 7575 DR PHILLIPS BLVD STE 390, ORLANDO, FL, 32819 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 76 | 1769 | 2429 MILITARY RD NIAGARA FALLS, NY | Big Lots Stores, LLC | MILWAUKEE FALLS LLC | ATTN: LEASE ADMINISTRATION, 570 DELAWARE AVENUE, BUFFALO, NY, 14202 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 77 | 5244 | 3660 DEWEY AVE ROCHESTER, NY | Big Lots Stores, LLC | MORGAN BRITTON LLC | 2213 BRIGHTON HENRIETTA, ROCHESTER, NY, 14623-2705 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 78 | 548 | 923 N 14TH ST LEESBURG, FL | Big Lots Stores, LLC | MSF GATEWAY, LLC | ATTN: LEASE ADMINISTRATION, 570 DELAWARE AVENUE, BUFFALO, NY, 14202 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 79 | 335 | 2111 N PLEASANTBURG DR GREENVILLE, SC | Big Lots Stores, LLC | NALLEY COMMERCIAL PROPERTIES | PO BOX 1929, EASLEY, SC, 29641-0000 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 80 | 5114 | 26 PENN MART CENTER NEW CASTLE, DE | Big Lots Stores, LLC | NEW CASTLE SHOPPING, LLC | C/O INTERSTATE MANAGEMENT CORP, 337 WASHINGTON AVE, CEDARHURST, NY, 11516 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 81 | 5413 | 340 SEVILLE ST FLORENCE, AL | Big Lots Stores, LLC | NNN REIT, INC | ATTN: SENIOR VICE PRESIDENT, ASSET MANAGEMENT , 450 SOUTH ORANGE AVE STE 900, ORLANDO, FL, 32801 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 82 | 509 | 308 STATE ROAD 312 SAINT AUGUSTINE, FL | Big Lots Stores, LLC | NOBLE PROPERTIES RIVERSIDE CTR, LLC | C/O NOBLE MGMT CO., ATTN: LEGAL DEPT., 4280 PROFESSIONAL CENTER DR., STE 100, PALM BEACH GARDENS, FL, 33410 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 83 | 1477 | 3464 PLAINFIELD AVE NE GRAND RAPIDS, MI | Big Lots Stores, LLC | NORTHTOWN SHOPPING CENTER INC | 2920 FULLER AVE NE STE 200, GRAND RAPIDS, MI, 49505-3458 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 84 | 1980 | 686 OAK TREE AVE SOUTH PLAINFIELD, NJ | Big Lots Stores, LLC | PLAINFIELD ASSOCIATES | C/O SKYLINE MANAGEMENT CORP., 600 OLD COUNTRY RD, SUITE 555, GARDEN CITY, NY, 11530 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 85 | 5094 | 7512 BROADVIEW RD PARMA, OH | Big Lots Stores, LLC | PLEASANT VALLEY SHOPPG CTR LTD | 30050 CHAGRIN BLVD STE 360, CLEVELAND, OH, 44124-5774 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 86 | 1489 | 968 N COLONY RD STE B WALLINGFORD, CT | Big Lots Stores, LLC | POMEROY ENTERPRISES LLC | 1625 STRAITS TPKE STE 208, MIDDLEBURY, CT, 06762-1836 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 87 | 5363 | 3225 RAINBOW DR STE 200D RAINBOW CITY, AL | Big Lots Stores, LLC | RAINBOW PLAZA ASSOCIATES LTD | C/O AMERICAN DIVERSIFIED DEV. INC., 26150 VILLAGE LANE #110, BEACHWOOD, OH, 44122 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 88 | 1391 | 59 NEW STATE HWY UNIT 2 RAYNHAM, MA | Big Lots Stores, LLC | RAYNHAM CROSSING LIMITED PARTNERSHIP | C/O CGI MANAGEMENT, INC., 651 WASHINGTON STREET, STE 200, BROOKLINE, MA, 02446-4518 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 89 | 420 | 1001 N EUCLID AVE BAY CITY, MI | Big Lots Stores, LLC | RAY'S FAMILY CENTER, INC. | P.O. BOX 0903, ATTN.: MARGE TOMCZAK, BAY CITY, MI, 48707 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 90 | 5220 | 929 N LEXINGTON SPRINGMILL RD ONTARIO, OH | Big Lots Stores, LLC | RCG MANSFIELD LLC | C/O RCG VENTURES I, LLC, PO BOX 53483, ATLANTA, GA, 30355 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 91 | 5283 | 1636 ROUTE 38 LUMBERTON, NJ | Big Lots Stores, LLC | SAUL HOLDINGS LIMITED PARTNERSHIP | C/O SAUL CENTERS, INC, 7501 WISCONSIN AVENUE SUITE 1500E, BETHESDA, MD, 20814 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 92 | 512 | 445 E HIGHLAND BLVD INVERNESS, FL | Big Lots Stores, LLC | SEMBLER FAMILY LAND TRUST | C/O THE SEMBLER COMPANY, 5858 CENTRAL AVENUE, ST. PETERSBURG, FL, 33707 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 93 | 5231 | 801 E PHILADELPHIA AVE STE 4 BOYERTOWN, PA | Big Lots Stores, LLC | SJS TOWN CENTER, LLC | C/O SJS REALTY MANAGEMENT, INC, 1114 WYNWOOD AVENUE, CHERRY HILL, NJ, 08002-3256 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 94 | 1629 | 750 YOUNG ST TONAWANDA, NY | Big Lots Stores, LLC | SKY NEW YORK HOLDINGS LLC | 10101 FONDREN RD STE 545, HOUSTON, TX, 77096-5148 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 95 | 1853 | 1855 ENGLEWOOD RD ENGLEWOOD, FL | Big Lots Stores, LLC | SL LAPWING LLC | 8388 S TAMIAMI TRAIL, SUITE 220, SARASOTA, FL, 34238 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 96 | 1461 | 5300 SIDNEY SIMONS BLVD STE 32 COLUMBUS, GA | Big Lots Stores, LLC | SOUTH LANDINGS TEI INV. LLC - ATTN: M. SCHLADENSKY | C/O WOODRUFF BROKERAGE COMPANY, P.O. BOX 7727, COLUMBUS, GA, 31908-7727 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 97 | 5483 | 1528 OHIO AVE S LIVE OAK, FL | Big Lots Stores, LLC | SOUTH OAKS STATION LLC | C/O PHILLIPS EDISON , 11501 NORTHLAKE DR , CINCINNATI , OH, 45249 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 98 | 1283 | 350 LELAND AVE UTICA, NY | Big Lots Stores, LLC | SPL LELAND AVENUE LLC | 126 INDUSTRIAL PARK DRIVE, FRANKFORT, NY, 13340 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 99 | 5217 | 5755 SUNRISE HWY HOLBROOK, NY | Big Lots Stores, LLC | SUN LAKES PLAZA ASSOCIATES | 1161 MEADOWBROOK RD, N MERRICK, NY, 11566-1332 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 100 | 4626 | 634 WILTON RD (US 2) FARMINGTON, ME | Big Lots Stores-PNS, LLC | TEJAS CORPORATION | C/O KING REAL ESTATE, 198 SACO AVENUE, OLD ORCHARD BEACH, ME, 4064 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 101 | 5162 | 7132 KNIGHTDALE BLVD. KNIGHTDALE, NC | Big Lots Stores, LLC | TRI & TAMMY DOAN | C/O TRI PLAZA LLC, 3809 MITCHELL MILL ROAD, RALEIGH, NC, 27616 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 102 | 1747 | 4723 NC HWY 55 DURHAM, NC | Big Lots Stores, LLC | TRIANGLE SQUARE, LLC | ATTN: JENNIFER GONZALEZ, 13041 W LINEBAUGH AVE, TAMPA, FL, 33626 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 103 | 1834 | 150 VESTAL PKWY W VESTAL, NY | Big Lots Stores, LLC | VESTAL PROPERTY, LLC | ATTN: LEGAL DEPARTMENT, 7248 MORGAN ROAD, LIVERPOOL, NY, 13090-4535 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 104 | 5159 | 160 GREAT OAKS TRAIL WADSWORTH, OH | Big Lots Stores, LLC | WADSWORTH ASSOCIATES | 320 MARTIN STREET SUITE 100, BIRMINGHAM, MI, 48009-1486 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 105 | 823 | 14347 B WARWICK BLVD NEWPORT NEWS, VA | Big Lots Stores, LLC | WARWICK DENBIGH CO | 7232 SHIRLAND AVE, NORFOLK, VA, 23505-2938 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 106 | 1123 | 825 FAIRPORT RD EAST ROCHESTER, NY | Big Lots Stores, LLC | WEGMANS FOOD MARKETS, INC. | DEVELOPMENT GROUP, P.O. BOX 30844, ROCHESTER, NY, 14603 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 107 | 1740 | 30 FRANKLIN VILLAGE MALL KITTANNING, PA | Big Lots Stores, LLC | WHLR-FRANKLIN VILLAGE LLC | 2529 VIRGINIA BEACH BLVD, VIRGINIA BEACH, VA, 23452-7650 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 108 | 5134 | 5600 MERCURY DR DEARBORN, MI | Big Lots Stores, LLC | YOUNIS ENTERPRISES LLC | 5728 SCHAEFER RD STE 200, DEARBORN, MI, 48126-2287 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 109 | 1400 | 631 N Dupont Blvd Milford, DE 19963 | Big Lots Stores, LLC | Kodiak Properties | Finmarc Management, Inc. 7200 Wisconsin Ave., Ste 1100 Bethesda, MD 20814 Attn: David Fink | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |