**<u>Schedule 1</u>**

Rejected Leases

| Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|
| 5407 | 14154 E WADE HAMPTON BLVD GREER, SC | Big Lots Stores, LLC | AVTEX COLLINS CORNER ASSOCIATES, LLC | C/O AVTEX COMMERCIAL PROPERTIES, PO DRAWER 10287, GREENVILLE, SC, 29603 | 2/28/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 553 | 1003 W STATE RD 84 FORT LAUDERDALE, FL | Big Lots Stores, LLC | DTS II PROPERTIES, LLC | C/O PREMIUM ASSET MANAGEMENT, 1111 N PLAZA DR STE 200, SCHAUMBURG, IL, 60173 | 2/28/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| ~~547~~ | ~~7565 W HILLSBOROUGH AVE TAMPA, FL~~ | ~~Big Lots Stores, LLC~~ | ~~TOWN 'N' COUNTRY PLAZA, LP~~ | ~~C/O STUART S. GOLDING COMPANY, 204 N HOWARD AVE, TAMPA, FL, 33606-1552~~ | ~~2/28/2025~~ | ~~Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers~~ |