# EXHIBIT A

## Designated Leases

| Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|
| 541 | 4901 PALM BEACH BLVD STE 230 FORT MYERS, FL | Big Lots Stores, LLC | DGN Properties LLC | C/O CAM REALTY OF SW FL, 201 W MARION AVE, STE 1214, PUNTA GORDA, FL, 33950 | Keith Schofner kschofner@lambertleser.com | $4,220 |