## Schedule 1

Rejected Leases

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 1 | 245 | 1050 W ARGYLE ST JACKSON, MI | Big Lots Stores, LLC | 1100 W ARGYLE ST LLC | c/o GROCERY MANAGEMENT PARNERS LLC, 1221 BRICKELL AVE, SUITE 1400, MIAMI, FL, 33131 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 2 | 1827 | 801 DIXON BLVD STE 1131 COCOA, FL | Big Lots Stores, LLC | 12550 LC | C/O HARRY VORHAND, 1399 CONEY ISLAND AVENUE, BROOKLYN, NY, 11230 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 3 | 1217 | 2413 BREWERTON RD MATTYDALE, NY | Big Lots Stores, LLC | 2413 BREWERTON ROAD PLAZA LLC | 2117 BREWERTON RD, MATTYDALE, NY, 13211-1759 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 4 | 1217 - Storage | 2413 BREWERTON RD MATTYDALE, NY | Big Lots Stores, LLC | 2413 BREWERTON ROAD PLAZA LLC | 2117 BREWERTON RD, MATTYDALE, NY, 13211-1759 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 5 | 5442 | 3234 SECOR RD, STE 2 & 3, TOLEDO, OH | Big Lots Stores-CSR, LLC | 3320 SECOR LLC | C/O MKIEZI INVESTMENTS, 888 W. BIG BEAVER RD,, STE 300, TROY, MI, 48084 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 6 | 5149 | 1101 N BERKELEY BLVD STE C GOLDSBORO, NC | Big Lots Stores, LLC | 501 PRAIRIE VIEW LLC | 50051 GOVERNORS DRIVE STE A, CHAPEL HILL, NC, 27517-7018 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 7 | 831 | 5987 S TRANSIT RD LOCKPORT, NY | Big Lots Stores, LLC | 5897 ASSOCIATES, LLC | C/O SRI, LLC, 135 ROCKAWAY TURNPIKE, SUITE 101, LAWRENCE, NY, 11559 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 8 | 5296 | 820 WASHINGTON ST MIDDLETOWN, CT | Big Lots Stores, LLC | 820-900 WASHINGTON STREET LLC | GROSSMAN RETAIL ADVISORS ("GRA") C/O GROSSMAN DEVELOPMENT GROUP, 405 COCHITUATE RD STE 302, FRAMINGHAM, MA, 1701 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 9 | 5334 | 600 RT 33 HAMILTON, NJ | Big Lots Stores, LLC | ABNET REALTY COMPANY | 2100 S OCEAN BLVD APT 501N, PALM BEACH, FL, 33480-5226 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 10 | 83 | 1211 TOWER BLVD LORAIN, OH | Big Lots Stores-CSR, LLC | AGREE LIMITED PARTNERSHIP | 70 E LONG LAKE RD, BLOOMFIELD HILLS, MI, 48304-2356 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 11 | 1501 | 4840 ALLEN RD ZEPHYRHILLS, FL | Big Lots Stores, LLC | ALLEN ROAD RETAIL BUSINESS CENTER LLC | D/B/A WESTGATE SQUARE CENTER, 6137 STATE RD 54, NEW PORT RICHEY, FL, 34653 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|-------------------------|-------------------|
| 12 | 1666 | 6569 SAWMILL RD STE 2 DUBLIN, OH | Big Lots Stores, LLC | ASHTON WOODS LIMITED PARTNERSHIP | C/O SEYMAN L. STERN, GEN'L PARTNER, 500 S PARKVIEW AVE. UNIT 403, COLUMBUS, OH, 43209 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 13 | 1471 | 360 GRANT AVE AUBURN, NY | Big Lots Stores, LLC | AUBURN ASSOC. LLC | c/o G&A GROUP, INC., 215 WEST CHURCH RD., SUITE 107, KING OF PRUSSIA, PA, 19406 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 14 | 550 | 818 US HWY 27 S AVON PARK, FL | Big Lots Stores, LLC | AVON SQUARE ASSOCIATES, LLC | C/O FRANKLIN STREET MANAGEMENT SERVICES, 1311 N WESTSHORE BLVD, SUITE 200, TAMPA, FL, 33607 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 15 | 152 | 33100 SCHOENHERR RD STERLING HEIGHTS, MI | Big Lots Stores, LLC | B.M.R.S. PROPERTY LLC | 19135 SAXON DRIVE, BEVERLY HILLS, MI, 48025 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 16 | 1744 | 501 W MONTAUK HWY WEST BABYLON, NY | Big Lots Stores, LLC | BASSER KAUFMAN 228 LLC | 151 IRVING PLACE, WOODMERE, NY, 11598-1223 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 17 | 1744 - Storage | 501 W MONTAUK HWY WEST BABYLON, NY | Big Lots Stores, LLC | BASSER KAUFMAN 228 LLC | 151 IRVING PLACE, WOODMERE, NY, 11598-1223 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 18 | 1783 | 600 NEW HAVEN AVE DERBY, CT | Big Lots Stores, LLC | BASSER-KAUFMAN OF DERBY #1783 | 151 IRVING PLACE, WOODMERE, NY, 11598-1223 | 3/17/2025 | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 19 | 517 | 9718 OLD SAINT AUGUSTINE RD JACKSONVILLE, FL | Big Lots Stores, LLC | BEAUCLERC SDC, LLC | 290 NW 165TH ST PH2, MIAMI, FL, 33169 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 20 | 517 - Storage | 9718 OLD SAINT AUGUSTINE RD JACKSONVILLE, FL | Big Lots Stores, LLC | BEAUCLERC SDC, LLC | 290 NW 165TH ST PH2, MIAMI, FL, 33169 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 21 | 5215 | 535 W 23RD ST PANAMA CITY, FL | Big Lots Stores, LLC | BRIXMOR GA PANAMA CITY, LLC | C/O BRIXMOR PROPERTY GROUP GENERAL CNSEL, 200 RIDGE PIKE SUITE 100, CONSHOHOCKEN, PA, 19428 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 22 | 5156 | 2311 West Vine St. KISSIMMEE, FL | Big Lots Stores, LLC | CAMACHO VENTURE, LLC | 3001 NW 17TH AVE, MIAMI, FL, 33142 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 23 | 5266 | 20 COURT HOUSE S DENNIS RD. CAPE MAY COURT HOUSE, NJ | Big Lots Stores, LLC | CAPE MAY GROCERY OWNERS LLC | C/O RESOLUTION CAPITOL MANAGMENT, 7910 WOODMONT AVE. #360, BETHESDA, MD, 20814, | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 24 | 5366 | 15083 US HWY 19 S THOMASVILLE, GA | Big Lots Stores, LLC | CAPITAL PLAZA INC | 2286-3 WEDNESDAY STREET, TALLAHASSEE, FL, 32308 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 25 | 5202 | 9977 PULASKI HWY MIDDLE RIVER, MD | Big Lots Stores, LLC | CARROLLTON-WHITE MARSH, LLC | c/o DIVARIS PROPERTY MANAGEMENT CORP, 4525 MAIN ST. SUITE 900, VIRGINIA BEACH, VA, 23462 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 26 | 1802 | 344 TIMPANY BLVD GARDNER, MA | Big Lots Stores, LLC | CEDAR-TIMPANY, LLC - ATTN: BRENDA J. WALKER | C/O WHEELER REAL ESTATE COMPANY, 2529 VIRGINIA BEACH BLVD, VIRGINIA BEACH, VA, 23452-7650 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 27 | 4706 | 3170 CHILI AVE UNIT #T5 ROCHESTER, NY | Big Lots Stores-PNS, LLC | CHILI MZL LLC | C/O KPR LLC, 535 5TH AVE FL 12, NEW YORK, NY, 10017-3628 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 28 | 5430 | 3075 E 25TH ST COLUMBUS, IN | Big Lots Stores, LLC | CLOVER CENTER MANAGEMENT CORP | 2405 BEAM RD, COLUMBUS, IN, 47203-3406 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 29 | 5171 | 5584 CORTEZ RD. WEST BRADENTON, FL | Big Lots Stores, LLC | CLOVER CORTEZ, LLC | ATTN: COMMONWEALTH COMMERCIAL PARTNERS, LLC, 4198 COX ROAD, STE 200, GLEN ALLEN, VA, 23060 | 3/17/2025 | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 30 | 1177 | 560 UNION ST LUZERNE, PA | Big Lots Stores, LLC | CONNOLLY REALTY COMPANY | C/O MIKE CONNOLLY, 481 UNION STREET, LUZERNE, PA, 18709 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 31 | 5468 | 709 ROUTE 113 SOUDERTON, PA | Big Lots Stores, LLC | COUNTY LINE PLAZA REALTY ASSOCIATES LP | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN, PA, 19428 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 32 | 5468 - Storage | 709 ROUTE 113 SOUDERTON, PA | Big Lots Stores, LLC | COUNTY LINE PLAZA REALTY ASSOCIATES LP | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE, SUITE 100, CONSHOHOCKEN, PA, 19428 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 33 | 1603 | 940 SILVER LN STE 3 EAST HARTFORD, CT | Big Lots Stores, LLC | CP PLAZA HOLDINGS LLC | C/O LEXINGTON REALTY INTERNATIONAL LLC, 911 E COUNTY LINE RD STE 203, LAKEWOOD, NJ, 8701 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 34 | 411 | 20722 TIMBERLAKE RD STE A LYNCHBURG, VA | Big Lots Stores, LLC | CROSSPOINT PROPERTIES LLC | C/O PRIORITY PROPERTIES, TRACY SEXTON, 8154 MONTGOMERY ROAD, STE 200, CINCINNATI, OH, 45236 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 35 | 4680 | 1416 S MAIN ST, STE 100 ADRIAN, MI | Big Lots Stores-PNS, LLC | CROSSROADS SHOPPING CENTER INVESTMENTS, LLC | 20722 TIMBERLAKE RD, STE 5, LYNCHBURG, VA, 24502-7219 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 36 | 491 | 106 CUMBERLAND SQ CROSSVILLE, TN | Big Lots Stores, LLC | CUMBERLAND SQUARE PARTNERS, LLC | C/O ANCHOR INVESTMENTS, LLC, 2926 FOSTER CREIGHTON DRIVE, NASHVILLE, TN, 37204 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 37 | 546 | 12820 US HIGHWAY 301 DADE CITY, FL | Big Lots Stores, LLC | DADE CITY SHOPPING PLAZA, LLC | 10912 N. 56TH STREET, TEMPLE TERRACE, FL, 33617 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 38 | 5204 | 12177 ROUTE 16 CHAFFEE, NY | Big Lots Stores, LLC | DANIEL G KAMIN YORKSHIRE LLC | C/O KAMIN REALTY CO., 490 S. HIGHLAND AVENUE, PITTSBURGH, PA, 15206 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 39 | 526 | 1345 S BABCOCK ST MELBOURNE, FL | Big Lots Stores, LLC | DDRM MELBOURNE S/C, LLC | C/O DEVELOPERS, ATTN: GENERAL COUNSEL, 3300 ENTERPRISE | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | PARKWAY, BEACHWOOD, OH, 44122 |  | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 40 | 1293 | 110 DEKALB PLAZA BLVD SW FORT PAYNE, AL | Big Lots Stores, LLC | DEKALB PLAZA SPE, LLC | C/O DRINKARD DEVELOPMENT, LLC, 1630 TOWN SQUARE S.W., CULLMAN, AL, 35055 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 41 | 540 | 2900 34TH ST N SAINT PETERSBURG, FL | Big Lots Stores, LLC | DELHAIZE US HOLDING INC | PO BOX 198135, ATLANTA, GA, 30384-8135 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 42 | 523 | 1013 S DILLARD ST WINTER GARDEN, FL | Big Lots Stores, LLC | DEW SEVEN LLC | C/O SIGNET REALTY CORP., 2343 SE MANITON TERRACE, PORT ST LUCIE, FL, 34952 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 43 | 5263 | 1250 STATE ROUTE 104 ONTARIO, NY | Big Lots Stores, LLC | DKR INVESTMENTS L.L.C. | C/O REDSTONE INVESTMENTS, 5050 BELMONT AVENUE, YOUNGSTOWN, OH, 44505 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 44 | 515 | 405 PLAZA DR EUSTIS, FL | Big Lots Stores, LLC | EDGEWOOD ISLE, LLC | ATTN: SAM MARK C/O SMI MANAGEMENT CO, 9355 KIRKSIDE RD, LOS ANGELES, CA, 90035 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 45 | 568 | 2311 S US HWY 1 FORT PIERCE, FL | Big Lots Stores, LLC | EHDEN INVESTMENTS INC | 2600 S DOUGLAS RD, SUITE 610, CORAL GABLES , FL, 33134 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 46 | 117 | 1401 SAM RITTENBERG BLVD, STE 15 CHARLESTON, SC | Big Lots Stores, LLC | FAISON-ASHLEY LANDING, LLC | C/O ASTON PROPERTIES, 2825 SOUTH BLVD, SUITE 300 , CHARLOTTE, NC, 28209 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 47 | 1514 | 809 LYCOMING MALL RD MUNCY, PA | Big Lots Stores, LLC | FAMVEST XXI LM BIG LOTS LLC | 120 W CHERRY LANE, STATE COLLEGE, PA, 16603-2935 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 48 | 1265 | 390 COOLEY ST SPRINGFIELD, MA | Big Lots Stores, LLC | FIVE TOWN STATION LLC | C/O PHILLIPS EDISON & COMPANY, LTD, 11501 NORTHLAKE DRIVE, CINCINNATI, OH, 45249 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 49 | 5299 | 526 N. BELAIR RD EVANS, GA | Big Lots Stores, LLC | FOOD LION, LLC | ATTN: REAL ESTATE DEPARTMENT, P.O. BOX 1330, SALISBURY, NC, 28145-1330 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 50 | 5460 | 765 SOLOMONS ISLAND RD N PRINCE FREDERICK, MD | Big Lots Stores, LLC | FOX RUN LIMITED PARTNERSHIP | C/O BRIXMOR PROPERTY GROUP, 200 RIDGE PIKE, STE 100, | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | CONSHOHOCKEN, PA, 19428 | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 51 | 522 | 5241 US HWY 19 NEW PORT RICHEY, FL | Big Lots Stores, LLC | G&I IX SOUTHGATE SHOPPING CENTER LLC | C/O WOOLBRIGHT DEVELOPMENT INC., ATTN: LEGAL DEPARTMENT, 3200 NORTH MILITARY TRAIL, 4TH FLOOR, BOCA RATON, FL, 33431 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 52 | 5370 | 501 N BENEVA RD SARASOTA, FL | Big Lots Stores, LLC | GATOR SARASOTA LLC | C/O GATOR INVESTMENTS, 7850 NORTHWEST 146TH STREET, MIAMI LAKES, FL, 33016 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 53 | 5192 | 200 MARKET ST. POTSDAM, NY | Big Lots Stores, LLC | GBR MARKET STREET LLC | C/O GIBRALTAR MANAGEMENT COMPANY, INC, 150 WHITE PLAINS ROAD, TARRYTOWN, NY, 10591 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 54 | 5135 | 6515 BROCKPORT SPENCERPORT RD BROCKPORT, NY | Big Lots Stores, LLC | GBR SPENCERPORT LLC BROCKPORT 31, LP | C/O GIBRALTAR MANAGEMENT COMPANY INC, 150 WHITE PLAINS ROAD, TARRYTOWN, NY, 10591-5535 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 55 | 5152 | 2311 WEST US HWY 90 LAKE CITY, FL | Big Lots Stores, LLC | GLEASON MALL LP | C/O GLEASON GENERAL PARTNER, INC, 1190 INTERSTATE PARKWAY, AUGUSTA, GA, 30909 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

10

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 56 | 5395 | 1308 W PATRICK ST FREDERICK, MD | Big Lots Stores, LLC | GOLDEN MILE MARKETPLACE | P.O. BOX 280, STEVENSON MD, 21153-0280 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 57 | 1871 | 1401 W MAIN ST GAYLORD, MI | Big Lots Stores, LLC | GPR INVESTMENTS LLC | ATTN: JEFF THOMPSON, 350 NORTH OLD WOODWARD AVE, SUITE 300, BIRMINGHAM, MI, 48009 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 58 | 372 | 5055 AUSTELL RD AUSTELL, GA | Big Lots Stores, LLC | GSA PLAZA LLC | 1746 ATLANTA RD SE, SMYRNA, GA, 30080 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 59 | 1757 | 521 W OGLETHORPE HWY HINESVILLE, GA | Big Lots Stores, LLC | HINESVILLE CENTER, LLC | C/O TOBIN PROPERTIES, INC., 1101 HILLCREST DRIVE, HOLLYWOOD, FL, 33021 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 60 | 5179 | 465 BERLIN CROSS KEYS RD. SICKLERVILLE, NJ | Big Lots Stores, LLC | HKJV, LLC | C/O METRO COMMERCIAL MANAGEMENT SERVICES, 303 FELLOWSHIP ROAD, SUITE 202, MT. LAUREL, NJ, 8054 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 61 | 5423 | 1806 N JACKSON ST TULLAHOMA, TN | Big Lots Stores, LLC | HOBBY LOBBY STORES, INC. | ATTN: REAL ESTATE DEPARTMENT, 7707 SOUTHWEST 44TH | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| | | | | | STREET, OKLAHOMA CITY, OK, 73179 | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 62 | 1875 | 1214 ROUTE 37 E ste 1 TOMS RIVER, NJ | Big Lots Stores, LLC | IANTHA, INC - ATTN: DIRECTOR OF LEASING | C/O GARDEN COMMERCIAL PROPERTIES, 820 MORRIS TURNPIKE, SUITE 301, SHORT HILLS, NJ, 07078-2619 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 63 | 1815 | 8602 SW HIGHWAY 200 OCALA, FL | Big Lots Stores, LLC | JAJOLO LIMITED PARTNERSHIP | 4065 N LECANTO HIGHWAY, SUITE 500, BEVERLY HILLS, FL, 34465-3565 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 64 | 5184 | 205 MILAN AVE NORWALK, OH | Big Lots Stores, LLC | JOSEPH D HAMMERSCHMIDT CO | 25068 CENTER RIDGE RD, WESTLAKE, OH, 44145-4113 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 65 | 5427 | 3010 NAVARRE AVE OREGON, OH | Big Lots Stores-CSR, LLC | JOSEPH NAVARRE PLAZA LLC | 4133 TALMADGE RD, TOLEDO, OH, 43623-3503 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 66 | 5113 | 725 N. UNIVERSITY DR. CORAL SPRINGS, FL | Big Lots Stores, LLC | KIMCO CORAL SPRINGS 623 LLC | 6060 PIEDMONT ROW DRIVE SOUTH, SUITE 200, CHARLOTTE, NC, 28287 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 67 | 1748 | 128 KILMAYNE DR CARY, NC | Big Lots Stores, LLC | KROGER LIMITED PARTNERSHIP I | C/O GFD MANAGEMENT INC. ATTN: EXECUTIVE VICE PRESIDENT, 222 CLOISTER COURT, CHAPEL HILL, NC., 27514 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 68 | 5371 | 845 BLOWING ROCK BLVD LENOIR, NC | Big Lots Stores, LLC | LENOIR 2019 LLC | ATTN: LAW DEPARTMENT - SMITHS DIVISION, 1014 VINE STREET, CINCINNATI, OH., 45202 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 69 | 1950 | 1006 ROUTE 46 CLIFTON, NJ | Big Lots Stores, LLC | LEVIN PROPERTIES, L.P. | C/O LEVIN MANAGEMENT CORPORATION, P. O. BOX 326, PLAINFIELD., NJ, 07061-0326 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 70 | 1950 - Storage | 1006 ROUTE 46 CLIFTON, NJ | Big Lots Stores, LLC | LEVIN PROPERTIES, L.P. | C/O LEVIN MANAGEMENT CORPORATION, P. O. BOX 326, PLAINFIELD, NJ, 07061-0326 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 71 | 459 | 1716 OPELIKA RD AUBURN, AL | Big Lots Stores, LLC | MARKET SQUARE SHOPPING CENTER, LLC | P.O. BOX 1363, ATTN.: DANIEL F. JACKSON, III., DOTHAN, AL, 36302 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 72 | 1260 | 138 HARTE HAVEN PLZ MASSENA, NY | Big Lots Stores, LLC | MASSENA HHSC, INC. | C/O G & A GROUP, INC., 215 WEST CHURCH RD., STE | | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and |

13

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| | | | | | 107, KING OF PRUSSIA, PA, 19406 | | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 73 | 5242 | 5440 BECKLEY RD, BATTLE CREEK, MI | Big Lots Stores, LLC | MCM II LLC | C/O SIEGFRIED CRANDALL PC, 246 E. KILGORE ROAD, PORTAGE, MI, 49002 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 74 | 5403 | 3550 NW FEDERAL HIGHWAY JENSEN BEACH, FL | Big Lots Stores, LLC | MDC COAST 17, LLC | C/O REALTY INCOME CORPORATION; ATTN: LEGAL DEPARTMENT, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 75 | 528 | 2412 S VOLUSIA AVE ORANGE CITY, FL | Big Lots Stores, LLC | MILLSTONE COMMERCIAL LLC | C/O EQUITY INVESTMENT SERVICES, 7575 DR PHILLIPS BLVD STE 390, ORLANDO, FL, 32819 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 76 | 1769 | 2429 MILITARY RD NIAGARA FALLS, NY | Big Lots Stores, LLC | MILWAUKEE FALLS LLC | ATTN: LEASE ADMINISTRATION, 570 DELAWARE AVENUE, BUFFALO, NY, 14202 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 77 | 5244 | 3660 DEWEY AVE ROCHESTER, NY | Big Lots Stores, LLC | MORGAN BRITTON LLC | 2213 BRIGHTON HENRIETTA, ROCHESTER, NY, 14623-2705 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 78 | 548 | 923 N 14TH ST LEESBURG, FL | Big Lots Stores, LLC | MSF GATEWAY, LLC | ATTN: LEASE ADMINISTRATION, 570 DELAWARE AVENUE, BUFFALO, NY, 14202 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 79 | 335 | 2111 N PLEASANTBURG DR GREENVILLE, SC | Big Lots Stores, LLC | NALLEY COMMERCIAL PROPERTIES | PO BOX 1929, EASLEY, SC, 29641-0000 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 80 | 5114 | 26 PENN MART CENTER NEW CASTLE, DE | Big Lots Stores, LLC | NEW CASTLE SHOPPING, LLC | C/O INTERSTATE MANAGEMENT CORP, 337 WASHINGTON AVE, CEDARHURST, NY, 11516 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 81 | 5413 | 340 SEVILLE ST FLORENCE, AL | Big Lots Stores, LLC | NNN REIT, INC | ATTN: SENIOR VICE PRESIDENT, ASSET MANAGEMENT , 450 SOUTH ORANGE AVE STE 900, ORLANDO, FL, 32801 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 82 | 509 | 308 STATE ROAD 312 SAINT AUGUSTINE, FL | Big Lots Stores, LLC | NOBLE PROPERTIES RIVERSIDE CTR, LLC | C/O NOBLE MGMT CO., ATTN: LEGAL DEPT., 4280 PROFESSIONAL CENTER DR., STE 100, PALM BEACH GARDENS, FL, 33410 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 83 | 1477 | 3464 PLAINFIELD AVE NE GRAND RAPIDS, MI | Big Lots Stores, LLC | NORTHTOWN SHOPPING CENTER INC | 2920 FULLER AVE NE STE 200, GRAND RAPIDS, MI, 49505-3458 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 84 | 1980 | 686 OAK TREE AVE SOUTH PLAINFIELD, NJ | Big Lots Stores, LLC | PLAINFIELD ASSOCIATES | C/O SKYLINE MANAGEMENT CORP., 600 OLD COUNTRY RD, SUITE 555, GARDEN CITY, NY, 11530 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 85 | 5094 | 7512 BROADVIEW RD PARMA, OH | Big Lots Stores, LLC | PLEASANT VALLEY SHOPPG CTR LTD | 30050 CHAGRIN BLVD STE 360, CLEVELAND, OH, 44124-5774 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 86 | 1489 | 968 N COLONY RD STE B WALLINGFORD, CT | Big Lots Stores, LLC | POMEROY ENTERPRISES LLC | 1625 STRAITS TPKE STE 208, MIDDLEBURY, CT, 06762-1836 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 87 | 5363 | 3225 RAINBOW DR STE 200D RAINBOW CITY, AL | Big Lots Stores, LLC | RAINBOW PLAZA ASSOCIATES LTD | C/O AMERICAN DIVERSIFIED DEV. INC., 26150 VILLAGE LANE #110, BEACHWOOD, OH, 44122 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 88 | 1391 | 59 NEW STATE HWY UNIT 2 RAYNHAM, MA | Big Lots Stores, LLC | RAYNHAM CROSSING LIMITED PARTNERSHIP | C/O CGI MANAGEMENT, INC., 651 WASHINGTON STREET, STE 200, BROOKLINE, MA, 02446-4518 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 89 | 420 | 1001 N EUCLID AVE BAY CITY, MI | Big Lots Stores, LLC | RAY'S FAMILY CENTER, INC. | P.O. BOX 0903, ATTN.: MARGE TOMCZAK, BAY CITY, MI, 48707 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 90 | 5220 | 929 N SPRINGMILL RD ONTARIO, OH | Big Lots Stores, LLC | RCG MANSFIELD LLC | C/O RCG VENTURES I, LLC, PO BOX 53483, ATLANTA, GA, 30355 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 91 | 5283 | 1636 ROUTE 38 LUMBERTON, NJ | Big Lots Stores, LLC | SAUL HOLDINGS LIMITED PARTNERSHIP | C/O SAUL CENTERS, INC. 7501 WISCONSIN AVENUE SUITE 1500E, BETHESDA, MD, 20814 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 92 | 512 | 445 E HIGHLAND BLVD INVERNESS, FL | Big Lots Stores, LLC | SEMBLER FAMILY LAND TRUST | C/O THE SEMBLER COMPANY, 5858 CENTRAL AVENUE, ST. PETERSBURG, FL, 33707 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 93 | 5231 | 801 E PHILADELPHIA AVE STE 4 BOYERTOWN, PA | Big Lots Stores, LLC | SJS TOWN CENTER, LLC | C/O SJS REALTY MANAGEMENT, INC, 1114 WYNNWOOD AVENUE, CHERRY HILL, NJ, 08002-3256 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 94 | 1629 | 750 YOUNG ST TONAWANDA, NY | Big Lots Stores, LLC | SKY NEW YORK HOLDINGS LLC | 10101 FONDREN RD STE 545, HOUSTON, TX, 77096-5148 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 95 | 1853 | 1855 ENGLEWOOD RD ENGLEWOOD, FL | Big Lots Stores, LLC | SL LAPWING LLC | 8388 S TAMIAMI TRAIL, SUITE 220, SARASOTA, FL, 34238 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 96 | 1461 | 5300 SIDNEY SIMONS BLVD STE 32 COLUMBUS, GA | Big Lots Stores, LLC | SOUTH LANDINGS TEI INV. LLC - ATTN: M. SCHLADENSKY | C/O WOODRUFF BROKERAGE COMPANY, P.O. BOX 7727, COLUMBUS, GA, 31908-7727 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 97 | 5483 | 1528 OHIO AVE S LIVE OAK, FL | Big Lots Stores, LLC | SOUTH OAKS STATION LLC | C/O PHILLIPS EDISON , 11501 NORTHLAKE DR , CINCINNATI , OH, 45249 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 98 | 1283 | 350 LELAND AVE UTICA, NY | Big Lots Stores, LLC | SPL LELAND AVENUE LLC | 126 INDUSTRIAL PARK DRIVE, FRANKFORT, NY, 13340 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 99 | 5217 | 5755 SUNRISE HWY HOLBROOK, NY | Big Lots Stores, LLC | SUN LAKES PLAZA ASSOCIATES | 1161 MEADOWBROOK RD, N MERRICK, NY, 11566-1332 | 3/17/2025 | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 100 | 4626 | 634 WILTON RD (US 2) FARMINGTON, ME | Big Lots Stores-PNS, LLC | TEJAS CORPORATION | C/O KING REAL ESTATE, 198 SACO AVENUE, OLD ORCHARD BEACH, ME, 4064 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 101 | 5162 | 7132 KNIGHTDALE BLVD. KNIGHTDALE, NC | Big Lots Stores, LLC | TRI & TAMMY DOAN | C/O TRI PLAZA LLC, 3809 MITCHELL MILL ROAD, RALEIGH, NC, 27616 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 102 | 1747 | 4723 NC HWY 55 DURHAM, NC | Big Lots Stores, LLC | TRIANGLE SQUARE, LLC | ATTN: JENNIFER GONZALEZ, 13041 W LINEBAUGH AVE, TAMPA, FL, 33626 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 103 | 1834 | 150 VESTAL PKWY W VESTAL, NY | Big Lots Stores, LLC | VESTAL PROPERTY, LLC | ATTN: LEGAL DEPARTMENT, 7248 MORGAN ROAD, LIVERPOOL, NY, 13090-4535 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 104 | 5159 | 160 GREAT OAKS TRAIL WADSWORTH, OH | Big Lots Stores, LLC | WADSWORTH ASSOCIATES | 320 MARTIN STREET SUITE 100, BIRMINGHAM, MI, 48009-1486 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 105 | 823 | 14347 B WARWICK BLVD NEWPORT NEWS, VA | Big Lots Stores, LLC | WARWICK DENBIGH CO | 7232 SHIRLAND AVE, NORFOLK, VA, 23505-2938 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and |

19

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 106 | 1123 | 825 FAIRPORT RD EAST ROCHESTER, NY | Big Lots Stores, LLC | WEGMANS FOOD MARKETS, INC. | DEVELOPMENT GROUP, P.O. BOX 30844, ROCHESTER, NY, 14603 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 107 | 1740 | 30 FRANKLIN VILLAGE MALL KITTANNING, PA | Big Lots Stores, LLC | WHLR-FRANKLIN VILLAGE LLC | 2529 VIRGINIA BEACH BLVD, VIRGINIA BEACH, VA, 23452-7650 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 108 | 5134 | 5600 MERCURY DR DEARBORN, MI | Big Lots Stores, LLC | YOUNIS ENTERPRISES LLC | 5728 SCHAEFER RD STE 200, DEARBORN, MI, 48126-2287 | 3/17/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A Items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |
| 109 | 1400 | 631 N Dupont Blvd Milford, DE 19963 | Big Lots Stores, LLC | Kodiak Properties | Finmarc Management, Inc. 7200 Wisconsin Ave., Ste 1100 Bethesda, MD 20814 Attn: David Fink | 3/17/2025 | Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |