## 11:00 AM

**24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Michael G. Busenkell | Gellert Seitz Busenkell & Brown, LLC | 1125 Sunrise Realty LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Sam Dushey | Forman Mills Inc. | Forman Mills Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Cory Falgowski | Burr & Forman LLP | Madeira, Eden, Collins | 11:00 AM | Zoom(Video and Audio) | yes |
| Steven F. Fox | Riemer Braunstein LLP | Gordon Brothers Retail Partners | 11:00 AM | Zoom(Video and Audio) | yes |
| James Haithcock | Burr & Forman LLP | Comenity Bank | 11:00 AM | Zoom(Video and Audio) | yes |
| Taylor Harrison | iongroup.com | iongroup.com | 11:00 AM | Audio Only | no |
| John Lucian | Blank Rome LLP | Forman Mills Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Stacy L. Newman | Cole Schotz P.C. | Committee | 11:00 AM | Zoom(Video and Audio) | yes |
| Kristhy M. Peguero | Jackson Walker LLP | Burlington | 11:00 AM | Zoom(Video and Audio) | yes |
| Robert Rich | hunton.com | 1255 Sunrise Realty, LLC | 11:00 AM | Zoom(Video and Audio) | yes |
| Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty | 11:00 AM | Zoom(Video and Audio) | yes |
| Ross Rubin | Hunton Andrews Kurth | Hunton Andrews Kurth | 11:00 AM | Audio Only | no |

| Name | Firm | Client | Time | Type | Live |
|---|---|---|---|---|---|
| Vince Sullivan | Law360 | Law360 | 11:00 AM | Audio Only | no |
| Ellsworth Summers | Burr & Forman LLP | CTO Realty Growth | 11:00 AM | Zoom(Video and Audio) | yes |
| Cathy Ta | reorg.com | reorg.com | 11:00 AM | Audio Only | no |
| Gregory A. Taylor | Ashby & Geddes, P.A. | Gordon Brothers Retail Partners | 11:00 AM | Zoom(Video and Audio) | yes |
| Lawrence Raymond Thomas | Blank Rome LLP | Forman Mills Inc. | 11:00 AM | Zoom(Video and Audio) | yes |
| Lyndel A Vargas | Cavazos Hendricks | Walmart | 11:00 AM | Zoom(Video and Audio) | yes |
| Keyashia M Willis | Barclay Damon LLP | DLC Management Corporation and other Landlords | 11:00 AM | Zoom(Video and Audio) | yes |
| Alex Wittenberg | Law360 | Law360 | 11:00 AM | Audio Only | no |
| Blanka Wolfe | reorg.com | reorg.com | 11:00 AM | Audio Only | no |