IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 1556, 1923** |

**CERTIFICATION OF COUNSEL REGARDING ASSUMPTION AND ASSIGNMENT OF NONRESIDENTIAL REAL PROPERTY LEASES**

I, Marla S. Benedek, counsel to Variety Stores, LLC ("Variety"), certify as follows:

1. On January 2, 2025 the Court entered the *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1556] (the "Sale Order").[2]

2. On February 3, 2025, pursuant to paragraph 43 of the Sale Order, the Debtors filed their *Notice of Fifth Post-Closing Designation Notice* with the Court [D.I. 1923] (the "Fifth Designation Notice").

---

[1] The Debtors in these cases, together with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not otherwise defined in this Certification shall have the meanings provided in the Sale Order.

76704759\1

3. Among other things, the Fifth Designation Notice attached a list of 200 of the Debtors' unexpired leases of nonresidential real property that had been designated for assumption by the Debtors and assignment to Variety (the "Leases") and identified the landlord associated with each Lease (together, the "Landlords").

4. The Debtors served the Fifth Designation Notice on the Landlords as described in their claims agent's Affidavit of Service [D.I. 2032]. Variety separately served its information regarding adequate assurance of future performance pursuant to section 365(f)(2)(B) of the Bankruptcy Code on the Landlords as described in Variety's Affidavit of Service [D.I. 2049].

5. The Designation Notice attached, as Exhibit C, a form of *Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Authorizing the Debtors-In-Possession to Assume, Assign and Sell Certain Non-Residential Real Property Leases* (the "Proposed Order"). Among other things, the Proposed Order provides for the assumption of the Leases by the Debtors, the assignment of the Leases to Variety, and the fixing of the Cure Costs for the Leases at the amounts set forth on the Lease schedule attached as Exhibit A to the Proposed Order.

6. The Debtors, Variety, and/or Gordon Brothers Retail Partners, LLC ("Gordon Brothers" and, together with Variety and the Debtors, the "Parties") have engaged, or are engaging, in discussions with certain Landlords who informally objected to or otherwise responded to one or more aspects of the relief set out in the Proposed Order with respect to their Leases, regarding potential resolution of their objections.

7. The Parties have now resolved the informal objections or concerns of three (3) of these Landlords, whose Leases (the "Resolved Leases") are listed on a new Lease schedule (the "Resolved Lease Schedule"). The Resolved Leases on the Resolved Lease Schedule: (i) were the subject of informal objections that are now resolved, (ii) were the subject of amendments to the

applicable Resolved Leases that had the effect of resolving the applicable Landlords' objections, and/or (iii) were resolved through agreements to revised Cure Cost figures, as set forth on the Resolved Lease Schedule. The Landlords for the Resolved Leases have agreed to the assumption by the Debtors, and assignment to Variety, of their Leases, as may have been amended, pursuant to the Proposed Order and with the Cure Costs listed on the Resolved Lease Schedule.

8. Finally, counsel for the Parties note that in accordance with the Court's comment at the March 12th status conference, the Parties have revised the second sentence of paragraph 7 of the Proposed Order to clarify that the Debtors will leave in place, as opposed to "abandon," any property owned by a Landlord, and to remove the representation of the Debtors that they are unaware of any third parties with interests in the FF&E (as defined in the Proposed Order). A Proposed Order containing this revised sentence, and attaching the Resolved Lease Schedule, is attached to this Certification as Exhibit "A." A comparison of this Proposed Order to the original form showing this revision to paragraph 7 is attached to this Certification as Exhibit "B."

9. The Parties each agree to the entry of the Proposed Order attached as Exhibit "A." Because the revision does not prejudice the Landlords, the Parties respectfully submit that the Proposed Order attached as Exhibit "A" may be entered without the need for further solicitation of comment from the seven (7) Landlords on the Resolved Lease Schedule.

10. Accordingly, the Parties respectfully request that the Court enter the Proposed Order attached hereto as Exhibit "A" at its earliest convenience.

**COZEN O'CONNOR**

Dated: April 3, 2025

*/s/ Marla S. Benedek*
Simon E. Fraser (No. 5335)
Marla S. Benedek (No. 6638)
1201 N. Market St., Ste. 1001
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
E-mail:  sfraser@cozen.com
E-mail:  mbenedek@cozen.com

*Counsel to Variety Stores, LLC*