**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 1 | 1753 | 1255 Sunrise Highway, Copiague, NY 11726 | Big Lots Stores, LLC | 1255 Sunrise Realty, LLC | C/O George Butsikaris Realty, Inc 9210 Fourth Avenue Brooklyn, NY 11209 | 4/3/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Trailers, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |