## Exhibit B

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:   Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 12/17/2024 | Taxi/Car Service Kent Percy Newark, nj airport to Connecticut - client site travel | 228.00 |
| 12/17/2024 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 20.52 |
| 12/21/2024 | Taxi/Car Service Kent Percy Connecticut to Newark , nj airport - client site travel | 228.00 |
| 12/26/2024 | Airfare Kent Percy 2024-12-29 PVR- EWR (one-way, economy, client site travel) | 718.81 |
| 12/29/2024 | Individual Meal Kent Percy - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 12/29/2024 | Lodging Kent Percy Sheraton - Wilmington, DE 2024-12-29 2024-12-30 - Court hearing travel | 155.70 |
| 12/29/2024 | Parking/Tolls Kent Percy | 24.00 |
| 12/30/2024 | Individual Meal Kent Percy - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 12/30/2024 | Lodging Kent Percy Sheraton - Wilmington, DE 2024-12-30 2024-12-31 - Court hearing travel | 155.70 |
| 12/30/2024 | Parking/Tolls Kent Percy | 24.00 |
| 01/01/2025 | Taxi/Car Service Kent Percy Connecticut to Ewr airport - client site travel | 228.00 |
| 01/01/2025 | Taxi/Car Service Kent Percy Ewr airport to Connecticut - client site travel | 308.00 |
| 01/01/2025 | Taxi/Car Service Kent Percy Connecticut to Ewr airport - client site travel | 288.00 |
| 01/04/2025 | Airfare Rowan Steere 2025-01-09 CMH- ORD (one-way, economy, client site travel) | 299.40 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/04/2025 | Airfare Rowan Steere 2025-01-06 ORD- CMH (one-way, economy, client site travel) | 299.40 |
| 01/06/2025 | Airfare Jimmy Jang 2025-01-13 LGA- CMH (round-trip, economy, client site travel) | 547.36 |
| 01/06/2025 | Car Rental Rowan Steere 4 Days - Columbus, OH - client site travel | 231.90 |
| 01/06/2025 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 21.09 |
| 01/06/2025 | Taxi/Car Service Rowan Steere Home to Airport - Chicago, IL - client site travel | 43.10 |
| 01/06/2025 | Lodging Rowan Steere RHR Westerville, OH 2025-01-06 2025-01-09 - Client site travel | 675.00 |
| 01/07/2025 | Airfare Kent Percy 2025-01-13 EWR- CMH (round-trip, economy, client site travel) | 782.40 |
| 01/07/2025 | Individual Meal Anthony Perrella - Breakfast - Columbus, OH - Out of town meal | 15.95 |
| 01/07/2025 | Taxi/Car Service Anthony Perrella Home to Airport - New York, NY - client site travel | 61.21 |
| 01/07/2025 | Individual Meal Anthony Perrella - Lunch - Columbus, OH - Out of town meal | 9.99 |
| 01/07/2025 | Lodging Anthony Perrella RHR Westerville, OH 2025-01-07 2025-01-09 - Client site travel | 417.08 |
| 01/07/2025 | Individual Meal Rowan Steere - Breakfast - Columbus, OH - Out of town meal | 21.60 |
| 01/07/2025 | Group Meal Rowan Steere - Dinner - Anthony Perrella; Rowan Steere - Columbus, OH - Out of town meal | 100.00 |
| 01/08/2025 | Airfare Anthony Perrella 2025-01-13 LGA- CMH (round-trip, economy, client site travel) | 829.27 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/08/2025 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 44.40 |
| 01/08/2025 | Group Meal Rowan Steere - Breakfast - Anthony Perrella; Rowan Steere - Columbus, OH - Out of town meal | 20.00 |
| 01/08/2025 | Group Meal Rowan Steere - Lunch - Anthony Perrella; Rowan Steere - Columbus, OH - Out of town meal | 53.50 |
| 01/08/2025 | Airfare Rowan Steere 2025-01-16 CMH- ORD (one-way, economy, client site travel) | 271.49 |
| 01/08/2025 | Airfare Rowan Steere 2025-01-13 ORD- CMH (one-way, economy, client site travel) | 299.40 |
| 01/08/2025 | Airfare Sam Lemack 2025-01-16 CMH- DFW (one-way, economy, client site travel) | 374.52 |
| 01/08/2025 | Airfare Sam Lemack 2025-01-13 DFW- CMH (one-way, economy, client site travel) | 112.17 |
| 01/09/2025 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 40.63 |
| 01/09/2025 | Group Meal Anthony Perrella - Lunch - Anthony Perrella; Rowan Steere - Columbus, OH - Out of town meal | 36.35 |
| 01/09/2025 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 5.36 |
| 01/09/2025 | Group Meal Rowan Steere - Breakfast - Anthony Perrella; Rowan Steere - Columbus, OH - Out of town meal | 20.00 |
| 01/09/2025 | Taxi/Car Service Rowan Steere Airport to Home - Chicago, IL - client site travel | 31.96 |
| 01/10/2025 | Taxi/Car Service Anthony Perrella Airport to Home - New York, NY - client site travel | 58.91 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:   Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/10/2025 | Car Rental Rowan Steere 3 Days CMH - Columbus, OH - client site travel | 55.79 |
| 01/10/2025 | Airfare Jason Miller 2025-01-12 ORD- CMH (round-trip, economy, client site travel) | 621.39 |
| 01/10/2025 | Airfare Aditya Yadav 2025-01-12 ORD- CMH (one-way, economy, client site travel) | 323.20 |
| 01/12/2025 | Taxi/Car Service Jason Miller Airport to Hotel - Columbus, OH - client site travel | 61.49 |
| 01/12/2025 | Taxi/Car Service Jason Miller Home to Airport - Chicago, IL - client site travel | 96.57 |
| 01/12/2025 | Individual Meal Jason Miller - Dinner - Columbus, OH - Out of town meal | 24.31 |
| 01/12/2025 | Lodging Jason Miller RHR Weserville, OH 2025-01-12 2025-01-13 - Client site travel | 173.59 |
| 01/12/2025 | Lodging Aditya Yadav Hilton Hotels - Columbus, OH 2025-01-12 2025-01-15 - Client site travel | 653.12 |
| 01/12/2025 | Individual Meal Aditya Yadav - Lunch - Columbus, OH - Out of town meal | 6.65 |
| 01/12/2025 | Taxi/Car Service Aditya Yadav Home to Airport - Chicago, IL - client site travel | 28.94 |
| 01/12/2025 | Taxi/Car Service Aditya Yadav Airport to Hotel - Columbus, OH - client site travel | 29.98 |
| 01/13/2025 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 2.50 |
| 01/13/2025 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 10.97 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:    Expenses
Code:  20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/13/2025 | Lodging Kent Percy Columbus Westerville Polaris Hotel - Westerville, OH 2025-01-13 2025-01-16 - Client site travel | 590.67 |
| 01/13/2025 | Individual Meal Anthony Perrella - Dinner - Columbus, OH - Out of town meal | 31.40 |
| 01/13/2025 | Lodging Anthony Perrella Renaissance - Westerville, OH  2025-01-13 2025-01-16 - Client site travel | 788.72 |
| 01/13/2025 | Individual Meal Jimmy Jang - Lunch - Columbus, OH - Out of town meal | 25.00 |
| 01/13/2025 | Taxi/Car Service Jimmy Jang Home to Lga - New York, NY - client site travel | 63.05 |
| 01/13/2025 | Taxi/Car Service Jimmy Jang Cmh to Hotel - Columbus, OH - client site travel | 47.93 |
| 01/13/2025 | Lodging Jimmy Jang RHR Westerville, OH 2025-01-13 2025-01-16 - Client site travel | 675.00 |
| 01/13/2025 | Taxi/Car Service Rowan Steere Airport to Hotel - Columbus, OH - client site travel | 33.93 |
| 01/13/2025 | Taxi/Car Service Rowan Steere Home to Airport - Chicago, IL - client site travel | 41.92 |
| 01/13/2025 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 22.32 |
| 01/13/2025 | Lodging Rowan Steere RHR Westerville, OH 2025-01-13 2025-01-16 - Client site travel | 675.00 |
| 01/13/2025 | Taxi/Car Service Jason Miller Airport to Home - Chicago, IL - client site travel | 112.81 |
| 01/13/2025 | Taxi/Car Service Jason Miller Hotel to Airport - Columbus, OH - client site travel | 33.90 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:       Expenses
Code:    20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/13/2025 | Taxi/Car Service Jason Miller Hotel to Client site - Columbus, OH - client site travel | 24.95 |
| 01/13/2025 | Individual Meal Jason Miller - Lunch - Columbus, OH - Out of town meal | 9.68 |
| 01/13/2025 | Individual Meal Jason Miller - Dinner - Columbus, OH - Out of town meal | 9.99 |
| 01/13/2025 | Individual Meal Jason Miller - Breakfast - Columbus, OH - Out of town meal | 6.83 |
| 01/13/2025 | Taxi/Car Service Jarod Clarrey Cmh airport to Hotel - Columbus, OH - client site travel | 59.43 |
| 01/13/2025 | Individual Meal Jarod Clarrey - Dinner - Columbus, OH - Out of town meal | 16.56 |
| 01/13/2025 | Lodging Jarod Clarrey Columbus New Albany - Westerville, OH 2025-01-13 2025-01-16 - Client site travel | 337.24 |
| 01/13/2025 | Airfare Job Chan 2025-01-23 CMH- DFW (one-way, economy, client site travel) | 357.12 |
| 01/13/2025 | Airfare Job Chan 2025-01-22 LGA- CMH (one-way, economy, client site travel) | 312.34 |
| 01/13/2025 | Individual Meal Sam Lemack - Dinner - Columbus, OH - Out of town meal | 37.47 |
| 01/13/2025 | Individual Meal Sam Lemack - Lunch - Columbus, OH - Out of town meal | 27.16 |
| 01/13/2025 | Lodging Sam Lemack Columbus Westerville Polaris Hotel - Westerville, OH 2025-01-13 2025-01-14 - Client site travel | 207.37 |
| 01/13/2025 | Taxi/Car Service Sam Lemack Dallas to Dfw - client site travel | 65.09 |
| 01/13/2025 | Individual Meal Aditya Yadav - Lunch - Columbus, OH - Out of town meal | 30.46 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:  Expenses
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/13/2025 | Taxi/Car Service Aditya Yadav Hotel to Big lots hq - Columbus, OH - client site travel | 15.92 |
| 01/13/2025 | Taxi/Car Service Aditya Yadav Big lots hq to Hotel - Columbus, OH - client site travel | 16.26 |
| 01/14/2025 | Group Meal - Engagement Team Kent Percy - Dinner - Jarod Clarrey; Anthony Perrella; Sam Lemack; Kent Percy; Jimmy Jang; Rowan Steere - Columbus, OH - Out of town meal | 300.00 |
| 01/14/2025 | Group Meal Anthony Perrella - Breakfast - Anthony Perrella; Kent Percy; Jimmy Jang; Rowan Steere - Columbus, OH - Out of town meal | 50.00 |
| 01/14/2025 | Group Meal Anthony Perrella - Lunch - Anthony Perrella; Sam Lemack; Kent Percy; Jimmy Jang; Rowan Steere - Columbus, OH - Out of town meal | 148.69 |
| 01/14/2025 | Taxi/Car Service Anthony Perrella Home to Airport - New York, NY - client site travel | 67.85 |
| 01/14/2025 | Individual Meal Sam Lemack - Breakfast - Columbus, OH - Out of town meal | 20.00 |
| 01/14/2025 | Lodging Sam Lemack Columbus New Albany - New Albany, OH 2025-01-14 2025-01-15 - Client site travel | 156.28 |
| 01/14/2025 | Airfare Aditya Yadav 2025-01-16 CMH- ORD (one-way, economy, client site travel) | 299.40 |
| 01/14/2025 | Individual Meal Aditya Yadav - Lunch - Columbus, OH - Out of town meal | 4.60 |
| 01/14/2025 | Taxi/Car Service Aditya Yadav Hotel to Big lots hq - Columbus, OH - client site travel | 17.95 |
| 01/14/2025 | Taxi/Car Service Aditya Yadav Big lots hq to Hotel - Columbus, OH - client site travel | 15.97 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/14/2025 | Individual Meal Aditya Yadav - Dinner - Columbus, OH - Out of town meal | 48.68 |
| 01/15/2025 | Individual Meal Kent Percy - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 01/15/2025 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 4.30 |
| 01/15/2025 | Group Meal Anthony Perrella - Breakfast - Anthony Perrella; Jimmy Jang; Rowan Steere - Columbus, OH - Out of town meal | 50.00 |
| 01/15/2025 | Group Meal - Engagement Team Jimmy Jang - Dinner - Jarod Clarrey; Anthony Perrella; Jimmy Jang; Rowan Steere - Columbus, OH - Out of town meal | 200.00 |
| 01/15/2025 | Group Meal Rowan Steere - Lunch - Jarod Clarrey; Anthony Perrella; Sam Lemack; Kent Percy; Jimmy Jang; Aditya Yadav; Rowan Steere - Columbus, OH - Out of town meal | 191.06 |
| 01/15/2025 | Taxi/Car Service Jarod Clarrey Dinner to Hotel - Columbus, OH - client site travel | 31.86 |
| 01/15/2025 | Individual Meal Sam Lemack - Breakfast - Columbus, OH - Out of town meal | 25.00 |
| 01/15/2025 | Individual Meal Sam Lemack - Dinner - Columbus, OH - Out of town meal | 34.97 |
| 01/15/2025 | Lodging Sam Lemack Columbus Westerville Polaris Hotel - Westerville, OH 2025-01-15 2025-01-16 - Client site travel | 196.89 |
| 01/15/2025 | Individual Meal Aditya Yadav - Dinner - Columbus, OH - Out of town meal | 29.00 |
| 01/15/2025 | Taxi/Car Service Aditya Yadav Hotel to Big lots hq - Columbus, OH - client site travel | 30.33 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/15/2025 | Taxi/Car Service Aditya Yadav Big lots hq to Hotel - Columbus, OH - client site travel | 17.20 |
| 01/15/2025 | Lodging Aditya Yadav Hilton Hotels - Columbus, OH 2025-01-15 2025-01-16 - Client site travel | 210.61 |
| 01/16/2025 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 5.27 |
| 01/16/2025 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 5.81 |
| 01/16/2025 | Individual Meal Kent Percy - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 01/16/2025 | Car Rental Anthony Perrella 2 Days Columbus, OH - client site travel | 185.57 |
| 01/16/2025 | Group Meal Anthony Perrella - Dinner - Anthony Perrella; Jimmy Jang - Columbus, OH - Out of town meal | 92.24 |
| 01/16/2025 | Group Meal Anthony Perrella - Breakfast - Anthony Perrella; Jimmy Jang; Rowan Steere - Columbus, OH - Out of town meal | 35.00 |
| 01/16/2025 | Taxi/Car Service Anthony Perrella Airport to Home - New York, NY - client site travel | 70.86 |
| 01/16/2025 | Airfare Jimmy Jang 2025-01-20 JFK- CMH (round-trip, economy, client site travel) | 597.57 |
| 01/16/2025 | Group Meal - Engagement Team Jimmy Jang - Lunch - Jarod Clarrey; Anthony Perrella; Sam Lemack; Jimmy Jang; Rowan Steere - Columbus, OH - Out of town meal | 72.35 |
| 01/16/2025 | Taxi/Car Service Rowan Steere Airport to Home - Chicago, IL - client site travel | 45.95 |
| 01/16/2025 | Individual Meal Jarod Clarrey - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 01/16/2025 | Parking/Tolls Jarod Clarrey | 96.00 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 01/16/2025 | Individual Meal Jarod Clarrey - Breakfast - Columbus, OH - Out of town meal | 4.72 |
| 01/16/2025 | Taxi/Car Service Sam Lemack Dfw to Dallas - client site travel | 92.68 |
| 01/16/2025 | Individual Meal Sam Lemack - Breakfast - Columbus, OH - Out of town meal | 20.00 |
| 01/16/2025 | Individual Meal Sam Lemack - Dinner - Columbus, OH - Out of town meal | 27.00 |
| 01/16/2025 | Taxi/Car Service Aditya Yadav Airport to Home - Chicago, IL - client site travel | 54.00 |
| 01/16/2025 | Taxi/Car Service Aditya Yadav Hotel to Big lots hq - Columbus, OH - client site travel | 15.87 |
| 01/16/2025 | Individual Meal Aditya Yadav - Lunch - Columbus, OH - Out of town meal | 31.79 |
| 01/17/2025 | Taxi/Car Service Jimmy Jang Lga to Home - New York, NY - client site travel | 60.49 |
| 01/17/2025 | Airfare Rowan Steere 2025-01-27 ORD- CMH (one-way, economy, client site travel) | 267.23 |
| 01/17/2025 | Car Rental Sam Lemack 2 Days Columbus, OH - client site travel | 162.68 |
| 01/18/2025 | Taxi/Car Service Kent Percy Ewr airport to Connecticut - client site travel | 228.00 |
| 01/18/2025 | Taxi/Car Service Kent Percy Connecticut to Ewr airport - client site travel | 228.00 |
| 01/19/2025 | Car Rental Kent Percy 4 Days Columbus, OH - client site travel | 672.64 |
| 01/19/2025 | Airfare Kent Percy 2025-01-27 EWR- CMH (round-trip, economy, client site travel) | 759.88 |
| 01/19/2025 | Airfare Kent Percy 2025-01-20 LGA- CMH (one-way, economy, client site travel) | 379.08 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/20/2025 | Individual Meal Kent Percy - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 01/20/2025 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 10.19 |
| 01/20/2025 | Lodging Kent Percy Columbus Westerville Polaris Hotel - Westerville, OH 2025-01-20 2025-01-23 - Client site travel | 590.67 |
| 01/20/2025 | Taxi/Car Service Jimmy Jang Home to Jfk - New York, NY - client site travel | 71.99 |
| 01/20/2025 | Lodging Jimmy Jang RHR Westerville, OH 2025-01-20 2025-01-23 - Client site travel | 637.27 |
| 01/21/2025 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 6.45 |
| 01/21/2025 | Airfare Kent Percy 2025-01-23 CMH- EWR (one-way, economy, client site travel) | 466.23 |
| 01/21/2025 | Individual Meal Jimmy Jang - Breakfast - Columbus, OH - Out of town meal | 25.00 |
| 01/21/2025 | Group Meal - Engagement Team Jimmy Jang - Lunch - Kent Percy; Jimmy Jang - Columbus, OH - Out of town meal | 33.06 |
| 01/21/2025 | Taxi/Car Service Jimmy Jang Cmh to Hotel - Columbus, OH - client site travel | 70.65 |
| 01/21/2025 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 50.00 |
| 01/21/2025 | Airfare Rowan Steere 2025-01-26 ORD- CMH (one-way, economy, client site travel) | 87.25 |
| 01/21/2025 | Airfare Job Chan 2025-01-27 Dallas- Columbus (one-way, economy, client site travel) | 412.56 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/22/2025 | Group Meal - Engagement Team Jimmy Jang - Lunch - Job Chan; Kent Percy; Jimmy Jang - Columbus, OH - Out of town meal | 49.55 |
| 01/22/2025 | Group Meal - Engagement Team Jimmy Jang - Breakfast - Job Chan; Kent Percy; Jimmy Jang - Columbus, OH - Out of town meal | 30.00 |
| 01/22/2025 | Airfare Jimmy Jang 2025-01-23 CMH- LGA (one-way, economy, client site travel) | 305.35 |
| 01/22/2025 | Airfare Rowan Steere 2025-01-30 CMH- ORD (one-way, economy, client site travel) | 276.23 |
| 01/22/2025 | Individual Meal Job Chan - Lunch - Columbus, OH - Out of town meal | 20.58 |
| 01/22/2025 | Lodging Job Chan Hyatt Regency - Columbus, OH 2025-01-22 2025-01-23 - Client site travel | 190.35 |
| 01/23/2025 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 5.27 |
| 01/23/2025 | Group Meal - Engagement Team Kent Percy - Dinner - Anthony Perrella; Job Chan; Kent Percy - Columbus, OH - Out of town meal | 150.00 |
| 01/23/2025 | Taxi/Car Service Jimmy Jang Lga to Home - New York, NY - client site travel | 64.37 |
| 01/23/2025 | Group Meal - Engagement Team Jimmy Jang - Lunch - Job Chan; Kent Percy; Jimmy Jang - Columbus, OH - Out of town meal | 80.47 |
| 01/23/2025 | Parking/Tolls Job Chan | 44.00 |
| 01/24/2025 | Car Rental Kent Percy 3 Days Columbus, OH - client site travel | 234.03 |
| 01/24/2025 | Individual Meal Jimmy Jang - Dinner - Columbus, OH - Out of town meal | 13.60 |
| 01/24/2025 | Taxi/Car Service Job Chan Airport to Home - Dallas, TX - client site travel | 80.00 |
| 01/24/2025 | Individual Meal Sam Lemack - Breakfast - Columbus, OH - Out of town meal | 20.00 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:    Expenses
Code:  20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/25/2025 | Car Rental Job Chan 2 Days Columbus, OH - Columbus, OH - client site travel | 132.86 |
| 01/26/2025 | Taxi/Car Service Rowan Steere Home to Airport - Chicago, IL - client site travel | 44.70 |
| 01/26/2025 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 20.53 |
| 01/26/2025 | Lodging Rowan Steere RHR Westerville, OH 2025-01-26 2025-01-29 - Client site travel | 637.27 |
| 01/27/2025 | Taxi/Car Service Kent Percy Ewr airport to Connecticut - client site travel | 228.00 |
| 01/27/2025 | Taxi/Car Service Kent Percy Ewr airport to Connecticut - client site travel | 228.00 |
| 01/27/2025 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 6.25 |
| 01/27/2025 | Taxi/Car Service Kent Percy Connecticut to Ewr airport - client site travel | 168.00 |
| 01/27/2025 | Lodging Kent Percy Columbus Westerville Polaris Hotel - Westerville, OH 2025-01-27 2025-01-30 - Client site travel | 590.67 |
| 01/27/2025 | Airfare Job Chan 2025-01-30 CMH- DFW (one-way, economy, client site travel) | 438.96 |
| 01/27/2025 | Group Meal - Engagement Team Job Chan - Lunch - Job Chan; Rowan Steere - Columbus, OH - Out of town meal | 50.10 |
| 01/27/2025 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 22.27 |
| 01/27/2025 | Group Meal - Engagement Team Job Chan - Dinner - Job Chan; Kent Percy; Rowan Steere - Columbus, OH - Out of town meal | 150.00 |

# AlixPartners

Big Lots, Inc.  
4900 E. Dublin Granville Road  
Columbus, OH 43081

Re:   Expenses  
Code: 20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/27/2025 | Taxi/Car Service Job Chan Home to Airport - Dallas, TX - client site travel | 80.00 |
| 01/27/2025 | Lodging Job Chan Hyatt Place - Columbus, OH 2025-01-27 2025-01-30 - Client site travel | 516.75 |
| 01/28/2025 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 12.79 |
| 01/28/2025 | Individual Meal Rowan Steere - Breakfast - Columbus, OH - Out of town meal | 25.00 |
| 01/28/2025 | Group Meal - Engagement Team Job Chan - Lunch - Job Chan; Rowan Steere - Columbus, OH - Out of town meal | 48.41 |
| 01/28/2025 | Group Meal - Engagement Team Job Chan - Dinner - Job Chan; Kent Percy; Rowan Steere - Columbus, OH - Out of town meal | 150.00 |
| 01/28/2025 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 8.33 |
| 01/29/2025 | Individual Meal Jimmy Jang - Lunch - Columbus, OH - Out of town meal | 15.73 |
| 01/29/2025 | Individual Meal Rowan Steere - Breakfast - Columbus, OH - Out of town meal | 17.98 |
| 01/29/2025 | Lodging Rowan Steere Hyatt Place Polaris - Columbus, OH 2025-01-29 2025-01-30 - Client site travel | 172.25 |
| 01/29/2025 | Group Meal - Engagement Team Job Chan - Lunch - Job Chan; Kent Percy; Rowan Steere - Columbus, OH - Out of town meal | 62.92 |
| 01/29/2025 | Group Meal - Engagement Team Job Chan - Dinner - Job Chan; Kent Percy; Rowan Steere - Columbus, OH - Out of town meal | 150.00 |
| 01/29/2025 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 9.85 |

# AlixPartners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:     Expenses
Code:   20008940PA0003.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/30/2025 | Individual Meal Kent Percy - Lunch - Columbus, OH - Out of town meal | 8.39 |
| 01/30/2025 | Individual Meal Kent Percy - Breakfast - Columbus, OH - Out of town meal | 6.75 |
| 01/30/2025 | Public Transportation Rowan Steere - client site travel | 5.00 |
| 01/30/2025 | Individual Meal Rowan Steere - Dinner - Columbus, OH - Out of town meal | 6.58 |
| 01/30/2025 | Group Meal Rowan Steere - Breakfast - Kent Percy; Rowan Steere - Columbus, OH - Out of town meal | 15.00 |
| 01/30/2025 | Individual Meal Job Chan - Dinner - Columbus, OH - Out of town meal | 44.54 |
| 01/30/2025 | Individual Meal Job Chan - Breakfast - Columbus, OH - Out of town meal | 4.05 |
| 01/31/2025 | Car Rental Kent Percy 3 Days Columbus, OH - client site travel | 226.68 |
| 01/31/2025 | Car Rental Job Chan 4 Days Columbus, OH - Columbus, OH - client site travel | 266.26 |
| 01/31/2025 | Taxi/Car Service Job Chan Airport to Home - Dallas, TX - client site travel | 80.00 |
| **Total Expenses** | | **30,203.50** |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Client: 20008940Pa0003

| **Expenses** | | **Amount** |
|---|---|---:|
| Airfare | | 10,438.01 |
| Ground Transportation | | 6,473.48 |
| Lodging | | 9,403.20 |
| Meals | | 3,700.81 |
| Parking & Tolls | | 188.00 |
| **Total Expenses** | **USD** | **30,203.50** |