## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 3, 2025, a true and correct copy of the foregoing Motion of Canyon Grande Properties, LP for Allowance and Payment of Administrative Expense Claim was served electronically by the Court's PACER system on all parties who have entered their appearance in these chapter 11 proceedings.

Dated: April 3, 2025

*Kelly Adele*
_____
Kelly M. Adele

0.0