**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

_____

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al*., | Case No. 24-11967 (JKS) |
| Debtors[1]. | (Jointly Administered) |

_____

**MOTION OF COTTONWOOD MEADOW PROPERTIES, LP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Cottonwood Meadow Properties, LP ("Cottonwood") by and through its undersigned counsel, submits this *Motion for Allowance and Payment of Administrative Expense Claim*, and in support states as follows:

**JURISDICTION**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue before this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), (M), and (O).

2. The statutory predicates for the relief sought herein are 11 U.S.C. §§ 105, 503(a), 503(b)(1)(A), and 507(a)(2).

_____

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**BACKGROUND**

3. On September 9, 2024 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

4. Prior to the Petition Date, Stater Bros. Markets ("Stater Bros") and PNS Stores ("PNS Stores") entered into a Lease Agreement (the "Lease") whereby PNS Stores agreed to lease the Premises (as defined therein) located at 155 East Baseline Avenue, Rialto, CA (the "Property") for use as a retail store. Thereafter, Stater Bros assigned the Lease to Cottonwood by way of an Assignment of Lease.

5. Cottonwood is owed stub rent from September 9, 2024 through September 30, 2024 in the amount of TEN THOUSAND NINE-HUNDRED AND FIFTY-TWO AND 33/100 ($10,952.33).

6. On January 31, 2025, Cottonwood filed its proof of claim in the amount of $540,533.79 and asserting an administrative expense claim, in the form of prorated/stub rent, in the amount of $10,952.33. A true and correct copy of the proof of claim is attached hereto as Exhibit 1.

7. On February 7, 2025, the Debtors filed their *Motion for Entry of an Order (I) Setting Bar Date for Filing Proofs of Claims for Pre-Closing Administrative Expense Claims against the Debtors, (II) Establishing Pre-Closing Administrative Expense Claims Procedures, and (III) Granting Related Relief, Including Notice and Filing Procedures* [Dkt. No. 1962] ("Administrative Claims Motion").

8. On February 27, 2025, this Court entered the Order approving the Administrative Claims Motion and setting the deadline of April 3, 2025 for filing Pre-Closing Administrative Expense Claims.[2]

9. In addition to filing the proof of claim and out of an abundance of caution, Cottonwood hereby files this Motion seeking recognition and payment of its administrative expense claim in the amount of $10,952.33.

## BASIS FOR RELIEF REQUESTED

10. Section 503(b)(1)(A) affords administrative priority to claims for the actual, necessary costs and expenses of preserving an estate. "When third parties are induced to supply goods or services to the debtor-in-possession ... the purposes of [Section 503] plainly require that their claims be afforded priority." *In re Goody's Family Clothing, Inc.*, 610 F.3d 812, 818 (3rd Cir. 2010). Section 507(a) of the Bankruptcy Code adds that administrative expense claims allowed under Section 503(b) will be given high priority.

11. Here, PNS Stores failed to pay Cottonwood $10,952.33 in stub rents. Accordingly, Cottonwood is entitled to allowance and payment of the stub rent, an administrative expense claim, in the aforementioned amount pursuant to Sections 503(a), 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code.

## CONCLUSION

12. In accordance with Tenant's obligations under Sections 503(a), 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code, Cottonwood respectfully requests entry of an order

---

[2] As defined in the Administrative Claims Motion.

substantially in the form attached hereto as Exhibit 2 (the "Order") (a) allowing Cottonwood's

administrative expense claim in the amount of $10,952.33; (b) ordering payment of the

administrative expense claim pursuant to the Order entered on February 27, 2025; and (c)

granting such other and further relief as this Court deems necessary and appropriate.


Dated: April 3, 2025                                  /s/Jeffrey I. Golden

                                                     _____
                                                     Jeffrey I. Golden (133040)
                                                     **GOLDEN GOODRICH LLP**
                                                     3070 Bristol Street, Suite 640
                                                     Costa Mesa, CA 92626
                                                     (714) 966-1000
                                                     jgolden@go2.law