## EXHIBIT A

**Designated Leases**

| Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|
| 1185 | 1803 KNIGHT AVE STE A2 WAYCROSS, GA | Big Lots Stores, LLC | Satilla Square Mall LLC | 10158 WINDWARD WAY N , JACKSONVILLE, FL , 32256 | Kim Dwoskin, kdwoskin@ackermanco .net | $0 |
| 1366 | 9119 MERRILL RD STE 50 JACKSONVILLE, FL | Big Lots Stores, LLC | Midgard Self Storage Jacksonville Fl, LLC | ATTN: PAUL RAGAINI, 1146 CANTON STREET, ROSWELL, GA, 30075 | | $0 |
| 1849 | 500 LINCOLN HWY STE 4 FAIRLESS HILLS, PA | Big Lots Stores, LLC | K4 At Fairless LP | C/O THE KLEIN GROUP, LLC, 25A HANOVER ROAD, SUITE 350, FLORHAM PARK, NJ, 07932-1425 | | $27,570.67 |