# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

_____

### CERTIFICATE OF SERVICE FOR MOTION OF HAYFORD PROPERTIES LP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on April 3, 2025, a true and correct copy of the foregoing Motion of Hayford Properties LP for Allowance and Payment of Administrative Expense Claim was served electronically by the Court's PACER system on all parties who have entered their appearance in these chapter 11 proceedings.

Dated: April 4, 2025

*Kelly Adele*
Kelly M. Adele

0.0