**Exhibit B**

**Outstanding Leases**

| Location | Address | City | State | Debtor Entity | LL Email | Assignee Email |
|---|---|---|---|---|---|---|
| 518 | 1520 3RD ST SW | WINTER HAVEN | FL | Big Lots Stores, LLC | Riverwood Ruskin LLC<br><br>Stephen McGucken<br>smcgucken@mcguckenrealestate.com | *Tractor Supply Company*<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 4666 | 1350 NE STEPHENS ST STE 50 | ROSEBURG | OR | Big Lots Stores-PNS, LLC | Zanchi's<br><br>Gary Pond<br>gary@commercialassociates.org | *Tractor Supply Company West, LLC*<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 5190 | 4233 S FLORIDA AVE | LAKELAND | FL | Big Lots Stores, LLC | Americas Realty<br><br>Bob Waugh<br>bwaugh@amrealco.com | *Tractor Supply Company*<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 4262 | 7930 PINES BLVD | PEMBROKE PINES | FL | Big Lots Stores-PNS, LLC | Ross Realty<br><br>Bob Sherman<br>bsherman@ross-realty.com | *O'Reilly Automotive Stores, Inc*<br><br>Ron Greenway<br>rgreenway@oreillyauto.com<br><br>Justin Hedges<br>jhedges2@oreillyauto.com |
| 4458 | 909 FARMINGTON AVE | FARMINGTON | NM | Big Lots Stores-PNS, LLC | DARIO PINI<br><br>David Koris<br>korisdavid@gmail.com | *O'Reilly Automotive Stores, Inc*<br><br>Ron Greenway<br>rgreenway@oreillyauto.com<br><br>Justin Hedges<br>jhedges2@oreillyauto.com |
| 4623 | 8960 TAMPA AVENUE | NORTHRIDGE | CA | Big Lots Stores-PNS, LLC | GWP-Northridge Grove Shopping Center LP<br><br>Dulce Cruz<br>dulce@etcres.com | *O'Reilly Auto Enterprises, LLC*<br><br>Ron Greenway<br>rgreenway@oreillyauto.com<br><br>Justin Hedges<br>jhedges2@oreillyauto.com |
| 5433 | 630 S RANGELINE RD | JOPLIN | MO | Big Lots Stores, LLC | Warren Davis Properties<br><br>Patrick Herrington<br>pharrington@warrendavisproperties.com | *O'Reilly Automotive Stores, Inc*<br><br>Ron Greenway<br>rgreenway@oreillyauto.com<br><br>Justin Hedges<br>jhedges2@oreillyauto.com |
| 925 | 165 Greenwood Industrial Pkwy, Building 500 | Mcdonough | GA | GAFDC | Clarion Partners<br><br>Susan Ansel<br>susan.ansel@clarionpartners.com | **Gordon Brothers Retail Partners, LLC**<br><br>Caleb Smith csmith@gordonbrothers.com |
| 4691 | 416 SOUTHBRIDGE ST | AUBURN | MA | Big Lots Stores-PNS, LLC | KIN<br><br>Lee Cherney<br>lcherney@kinproperties.com | **TT&L Realty**<br><br>Michelle Roberts<br>mroberts@goodhappenshere.org |
| 4658 | 151 VFW PARKWAY, SUITE 50 | REVERE | MA | Big Lots Stores-PNS, LLC | Urban Edge<br><br>Leigh Lyons<br>llyons@uedge.com | **Burlington Coat Factory of Texas, LP**<br><br>Stephanie Short<br>stephanie.short@burlington.com<br><br>Robin Piree<br>robin.piree@burlington.com |
| 487 | 1103 VOLUNTEER PKWY | BRISTOL | TN | Big Lots Stores, LLC | Brenda Rigsby<br><br>skytrace7@gmail.com | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 4641 | 8318 FM 78 | CONVERSE | TX | Big Lots Stores-PNS, LLC | TJ Elite Properties, LLC<br><br>Troy Lott<br>troylott17@gmail.com | **Tractor Supply Co. of Texas, LP**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 1244 | 101 N SEVEN OAKS DR | KNOXVILLE | TN | Big Lots Stores, LLC | Windsor 15, LLC<br><br>Patrick Frese<br>patrick@tarantino.com | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 1555 | 3830 S NOVA RD | PORT ORANGE | FL | Big Lots Stores, LLC | Port Orange Retail I, LLC<br><br>Tim O'Neil<br>tim@vanguardassociates.net | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 1145 | 2565 N KANSAS EXPY | SPRINGFIELD | MO | Big Lots Stores, LLC | Morris Loan & Investment, Inc<br><br>Neal Wood<br>morrisloan@sbcglobal.net | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 1820 | 404 N CANAL BLVD | THIBODAUX | LA | Big Lots Stores, LLC | Levert-St. John, LLC<br><br>Troy Bellanger<br>tbellanger@levert.net | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 1429 | 3190 ATLANTA HWY | ATHENS | GA | Big Lots Stores, LLC | BAC West, LLC<br><br>Bart Nunley<br>bartnunley@yahoo.com | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1854 | 70 PEARL ST | ESSEX JUNCTION | VT | Big Lots Stores, LLC | Handy's Hotels & Rentals, LLC<br><br>Shawn Handy<br>handysrentals@yahoo.com | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 5425 | 1170 MAE ST | HUMMELSTOWN | PA | Big Lots Stores, LLC | U & ME Hershey LLC<br><br>Marc Underberg<br>marc@ahconco.com | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 5291 | 40 RISING SUN TOWN CENTER | RISING SUN | MD | Big Lots Stores, LLC | Rising Sun Owner, LP<br><br>Leo Ullman<br>lsu@vastgood.com<br><br>(Dana Plon dplon@sirlinlaw.com | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 1982 | 465 COORS BLVD NW | ALBUQUERQUE | NM | Big Lots Stores, LLC | 465 COORSALBQ LLC<br><br>Robert Faussner<br>rfaussner@aol.com<br>(Jeff Kirchmann jkrichmann@lubinolson.com) | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 4512 | 3834 S 6TH | KLAMATH FALLS | OR | Big Lots Stores-PNS, LLC | Rodeo Inn Lynnwood Inc<br><br>Justin Mullens<br>jmullens@bluestonemgt.com<br>(Holly Hayman hhayman@fwwlaw.com) | **Tractor Supply Company West, LLC**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 5130 | 4310 SHIPYARD BLVD | WILMINGTON | NC | Big Lots Stores, LLC | ZP NO. 183 LLC<br><br>Herbert Zimmer<br>herbertzimmer@zdc.com | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 1939 | 1530 E 17TH ST | IDAHO FALLS | ID | Big Lots Stores, LLC | Hall Park, LLC<br><br>Ryan Meikle<br>ryan.meikle@bradhallcompanies.com | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 4696 | 4555 16TH ST | MOLINE | IL | Big Lots Stores-PNS, LLC | KIN Properties<br><br>Lee Cherney<br>lcherney@kinproperties.com<br>vbarducci@kinproperties.com<br>Jeffrey Rhodes jrhodes@tlclawfirm.com; Erika Johnson ejohnson@bayardlaw.com | **Tractor Supply Company**<br><br>jrowland@bakerdonelson.com;<br>ccombs@tractorsupply.com |
| 5440 | 328 ROBERT SMALLS PKWY | BEAUFORT | SC | Big Lots Stores, LLC | USPG Portfolio Eight LLC<br><br>Audrey L. Hornisher<br>ahornisher@clarkhill.com<br>kgrivner@clarkhill.com | **Variety Stores, LLC**<br><br>gfrazier@vwstores.com |
| 5416 | 260 REMOUNT RD | FRONT ROYAL | VA | Big Lots Stores, LLC | Gateway Plaza - Front Royal, LLC<br><br>aselick@kelleydrye.com | **Variety Stores, LLC**<br><br>gfrazier@vwstores.com |
| 5276 | 711 E. INNES ST | SALISBURY | NC | Big Lots Stores, LLC | MFW Associates<br>c/o Aston Properties<br><br>aselick@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com | **Variety Stores, LLC**<br><br>gfrazier@vwstores.com |
| 5432 | 1728 E DIXON BLVD | SHELBY | NC | Big Lots Stores, LLC | BVB-NC, LLC<br>c/o BV Belk Properties<br><br>walt.pettit@hutchenslawfirm.com<br>scott.leonhardt@esbrook.com | **Variety Stores, LLC**<br><br>gfrazier@vwstores.com |
| 5380 | 110 S 7TH ST | MARIETTA | OH | Big Lots Stores-CSR, LLC | Warren Terra Inc<br><br>rberner@baileycav.com<br>scott.leonhardt@esbrook.com | **Variety Stores, LLC**<br><br>gfrazier@vwstores.com |
| 560 | 843 W BLOOMINGDALE AVE | BRANDON | FL | Big Lots Stores, LLC | B&B Kings Row Holdings LLC<br><br>rberner@baileycav.com<br>scott.leonhardt@esbrook.com | **Variety Stores, LLC**<br><br>gfrazier@vwstores.com |
| 5448 | 1700 E MAIN ST | LANCASTER | OH | Big Lots Stores-CSR, LLC | William R. Roth Lancaster, LLC<br><br>rberner@baileycav.com<br>scott.leonhardt@esbrook.com | **Variety Stores, LLC**<br><br>gfrazier@vwstores.com |
| 451 | 3961 HOOVER RD | GROVE CITY | OH | Big Lots Stores-CSR, LLC | Eastgrove Shopping Center, LLC<br><br>rberner@baileycav.com<br>scott.leonhardt@esbrook.com | **Variety Stores, LLC**<br><br>gfrazier@vwstores.com |

| | | | | | |
|---|---|---|---|---|---|
| 1648 | 875 MAIN ST | SOUTHAVEN | MS | Big Lots Stores, LLC | KIN Properties<br><br>Lee Cherney<br>lcherney@kinproperties.com<br>vbarducci@kinproperties.com<br>Jeffrey Rhodes jrhodes@tlclawfirm.com; Erika Johnson ejohnson@bayardlaw.com | **Variety Stores, LLC**<br><br>gfrazier@vwstores.com |
| 5176 | 1711 HILL RD N | PICKERINGTON | OH | Big Lots Stores, LLC | Paradigm Properties<br><br>Tim Maly<br>tmaly@goblackgate.com | **Home Buys, Inc.**<br><br>Mark O'Connor m.oconnor@osjl.com John Conforti j.conforti@osjl.com Tracy Baran t.baran@ojsl.com Evan Portno e.portno@ojsl.com Andrew Sholes agsholes@sholeslaw.com |
| 1718 | 985 N BRIDGE ST | CHILLICOTHE | OH | Big Lots Stores, LLC | RCG<br><br>Brett Lesley<br>brettl@rcgventures.com | **Home Buys, Inc.**<br><br>Mark O'Connor m.oconnor@osjl.com John Conforti j.conforti@osjl.com Tracy Baran t.baran@ojsl.com Evan Portno e.portno@ojsl.com Andrew Sholes agsholes@sholeslaw.com |
| 4742 | 2855 RIDGE RD | ROCKWALL | TX | Big Lots Stores-PNS, LLC | Tanja Ritter<br>TRitter@ritterdallas.com<br>Susan Self<br>SSelf@ritterdallas.com<br>c/o Rachael Smiley<br>rsmiley@fbfk.law | **Goodwill Industries of Dallas, Inc.**<br><br>c/o Marcus Neupert, Esq.<br>mneupert@spcllp.com |
| 5369 | 15715 US HIGHWAY 36 | MARYSVILLE | OH | Big Lots Stores-CSR, LLC | R&A Properties<br>Kevin Hall<br><br>kevin.hall@colliers.com | **Marion Goodwill Industries, Inc.**<br><br>Tim Johnson<br>t.johnson716@gmail.com |
| 5259 | 24 KENT TOWNE MARKET | CHESTER | MD | Big Lots Stores, Inc. | Safeway<br><br>Eric Holzer<br>Eric.holzer@albertsons.com | **Ocean State Job Lot of Webster, LLC**<br><br>Mark O'Connor m.oconnor@osjl.com; John Conforti j.conforti@osjl.com; Tracy Baran t.baran@osjl.com; Evan Portno e.portno@osjl.com; Andrew Sholes agsholes@sholeslaw.com |
| 1195 | 257 WEST NEW RD | SOMERS POINT | NJ | Big Lots Stores, Inc. | Somers Point Builders, Inc.<br><br>Lee Brahin<br>lbrahin@brahin.com | **Ocean State Job Lot of NJ2025, LLC**<br><br>Mark O'Connor m.oconnor@osjl.com; John Conforti j.conforti@osjl.com; Tracy Baran t.baran@osjl.com; Evan Portno e.portno@osjl.com; Andrew Sholes agsholes@sholeslaw.com |
| 1956 | 7150 HAMILTON BOULEVARD | TREXLERTOWN | PA | Big Lots Stores, Inc. | Katz Properties<br><br>Tom Smith<br>tsmith@kprcenters.com | **Ocean State Job Lot of Trexlertown, LLC**<br><br>Mark O'Connor m.oconnor@osjl.com; John Conforti j.conforti@osjl.com; Tracy Baran t.baran@osjl.com; Evan Portno e.portno@osjl.com; Andrew Sholes agsholes@sholeslaw.com |
| 387 | 16100 E 10 MILE RD | EASTPOINTE | MI | Big Lots Stores, LLC | Yono Properties<br><br>Mike Yono<br>MSY87@aol.com | **Forman Mills Inc.**<br><br>sdushey@formanmills.com |
| 1697 | 5009 SALEM AVE | TROTWOOD | OH | Big Lots Stores, LLC | Linda Barnett Properties, LLC<br><br>Michael DuBois<br>michael@greenearthrealty.com | **Forman Mills Inc.**<br><br>sdushey@formanmills.com |
| 1754 | 3215 N 5TH STREET HWY | READING | PA | Big Lots Stores, LLC | Madeira Plaza Power LLC<br><br>Lee Zekaria<br>lz@paramountrealty.com | **Forman Mills Inc.**<br><br>sdushey@formanmills.com |
| 5331 | 6121 CRAWFORDSVILLE RD | SPEEDWAY | IN | Big Lots Stores, LLC | HR Property Group<br><br>Eli Mashiach<br>eli@hrpropertygroup.com | **Forman Mills Inc.**<br><br>sdushey@formanmills.com |