# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: April 4, 2025

                                                */s/ Thomas Evangelista*
                                                Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 4, 2025, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Case 24-11967-JKS    Doc 2506    Filed 04/07/25    Page 3 of 4

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2316 | New View Gifts and Accessories, Ltd.<br>311 E. Baltimore Ave.<br>Suite 300<br>Media, PA 19063 | TG Distressed Opportunities Fund LP<br>Attn: Joseph Azarbad<br>1460 Broadway<br>New York, NY 10036 | March 28, 2025 |
| 2318 | New View Gifts and Accessories, Ltd.<br>311 E. Baltimore Ave.<br>Suite 300<br>Media, PA 19063 | TG Distressed Opportunities Fund LP<br>Attn: Joseph Azarbad<br>1460 Broadway<br>New York, NY 10036 | March 28, 2025 |
| 2320 | New View Gifts and Accessories, Ltd.<br>311 E. Baltimore Ave<br>Suite 300<br>Media, PA 19063 | TG Distressed Opportunities Fund LP<br>Attn: Joseph Azarbad<br>1460 Broadway<br>New York, NY 10036 | March 28, 2025 |
| 2322 | New View Gifts and Accessories, Ltd.<br>311 E. Baltimore Ave<br>Suite 300<br>Media, PA 19063 | TG Distressed Opportunities Fund LP<br>Attn: Joseph Azarbad<br>1460 Broadway<br>New York, NY 10036 | March 28, 2025 |