## EXHIBIT B

**EXPENSE SUMMARY**
**BIG LOTS, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**
**February 1, 2025 through February 28, 2025**

| Expense Category | Total Expenses |
|---|---|
| Computer Research | $907.01 |
| Meals | $515.78 |
| Outside Documents & Research | $102.86 |
| Postage, Courier & Freight | $33.96 |
| Travel | $3,853.33 |
| **Grand Total Expenses** | **$5,412.94**[1] |

---

[1] This amount reflects a voluntary reduction in expenses in the amount of $4,099.76.

| **DISBURSEMENT DETAIL** | | | |
| Date | Expense Type | Description | Amount |
| 02/05/25 | Meals | Cahill, Vincent, 7:00 PM, OT Meal from TAP 100% Gluten-Free Sandwiches & Acai Bowl | $37.00 |
| 02/06/25 | Meals | Stern, Ethan, 8:45 PM, OT Kosher Meal | $35.34 |
| 02/11/25 | Meals | Amir, Gennie A., 6:00 PM, OT Meal from Al Horno Lean Mexican Kitchen | $35.00 |
| 02/18/25 | Meals | Goldberger, Jacob, 6:35 PM, OT Meal from Eden Wok-Midtown East | $40.00 |
| 02/18/25 | Meals | Cahill, Vincent, 6:33 PM, OT meal from TAP 100% Gluten-Free Sandwiches & Acai Bowl | $37.00 |
| 02/19/25 | Meals | Cahill, Vincent, 6:42 PM, OT Meal from TAP 100% Gluten-Free Sandwiches & Acai Bowl | $37.00 |
| 02/20/25 | Meals | Cahill, Vincent, 7:00 PM, OT Meal from Davis Polk Cafeteria | $19.20 |
| 02/24/25 | Meals | Piraino, Stephen D., 7:22 PM, OT Meal from Davis Polk Cafeteria. | $20.87 |
| 02/25/25 | Meals | Goldberger, Jacob, Travel Meal from Jus By Julie – NYC prior to February 26 omnibus hearing. | $38.39 |
| 02/25/25 | Meals | Goldberger, Jacob, Travel Meal from Sushi Fusion prior to February 26 omnibus hearing. | $38.26 |
| 02/25/25 | Meals | Piraino, Stephen D., Travel Meal from Sheraton Suites Wilmington prior to February 26 omnibus hearing. | $32.00 |
| 02/26/25 | Meals | Resnick, Brian M., Travel Meal from The Quoin Hotel prior to February 26 omnibus hearing. | $40.00 |
| 02/26/25 | Meals | Resnick, Brian M., Travel Meal from Currito following February 26 omnibus hearing. | $14.47 |
| 02/26/25 | Meals | Resnick, Brian M., Travel Meal from The Quoin Hotel following February 26 omnibus hearing. | $36.50 |
| 02/26/25 | Meals | Goldberger, Jacob, Travel Meal from Sheraton Suites Wilmington Coffee Bar prior to February 26 omnibus hearing. | $6.75 |
| 02/26/25 | Meals | Winiarski, Kevin L., Travel Meal from Sheraton Suites Downtown Wilmington prior to February 26 omnibus hearing. | $8.00 |

| **DISBURSEMENT DETAIL** | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 02/26/25 | Meals | Lent, Andrew, 8:30 PM, OT Meal from Pita Grill Kosher. | $40.00 |
| 02/03/25 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For LOUIS CHISHOLM | $16.93 |
| 02/03/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For LOUIS CHISHOLM | $0.72 |
| 02/03/25 | Outside Documents & Research | courtlink: US PLEADINGS DOC ACCESS For LOUIS CHISHOLM | $3.42 |
| 02/06/25 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For KAMALI HOUSTON | $0.24 |
| 02/06/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For KAMALI HOUSTON | $0.24 |
| 02/06/25 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For MATTHEW BROCK | $0.24 |
| 02/06/25 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For MATTHEW BROCK | $6.77 |
| 02/06/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For MATTHEW BROCK | $0.24 |
| 02/10/25 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For MATTHEW BROCK | $3.38 |
| 02/10/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For MATTHEW BROCK | $1.68 |
| 02/11/25 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For MATTHEW BROCK | $0.24 |
| 02/11/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For MATTHEW BROCK | $0.24 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---:|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 02/13/25 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For VINCENT CAHILL | $6.77 |
| 02/20/25 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For MATTHEW BROCK | $2.87 |
| 02/24/25 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For MARJORIE RICHMOND | $0.24 |
| 02/24/25 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For MARJORIE RICHMOND | $3.38 |
| 02/24/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For MARJORIE RICHMOND | $1.91 |
| 02/24/25 | Outside Documents & Research | Restructuring Concepts/netDockets: Marjorie Richmond; 2/24/2025 1:21:00 PM; Description: Single case search; Charge id: 555038 | $5.44 |
| 02/25/25 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 2/25/2025 5:59:00 PM; Description: Multiple case search; Charge id: 555268 | $21.78 |
| 02/26/25 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 2/26/2025 3:07:00 PM; Description: Single case search; Charge id: 555351 | $5.44 |
| 02/26/25 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 2/26/2025 4:21:00 PM; Description: Single case search; Charge id: 555361 | $5.44 |
| 02/26/25 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 2/26/2025 4:22:00 PM; Description: Downloaded T0260: Docket #732; Charge id: 555362 | $3.27 |
| 02/26/25 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 2/26/2025 4:26:00 PM; Description: Downloaded T0260: Docket #1544; Charge id: 555363 | $3.27 |
| 02/26/25 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 2/26/2025 3:07:00 PM; Description: Single case search; Charge id: 555352 | $5.44 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 02/26/25 | Outside Documents & Research | Restructuring Concepts/netDockets: Kevin Winiarski; 2/26/2025 3:09:00 PM; Description: Downloaded T0260: Docket #1007; Charge id: 555353 | $3.27 |
| 02/12/25 | Postage, courier & freight | FedEx mailing to WPG Management Associates, Inc. | $33.96 |
| 02/05/25 | Travel | Cahill, Vincent 10:15 PM, OT Uber from Davis Polk offices to Home | $34.81 |
| 02/06/25 | Travel | Stern, Ethan, 10:00 PM, OT Lyft from Davis Polk offices to Home | $80.21 |
| 02/18/25 | Travel | Cahill, Vincent, 9:09 PM, OT Uber from Davis Polk Office to Home | $23.66 |
| 02/19/25 | Travel | Cahill, Vincent, 10:00 PM, OT Uber from Davis Polk Office to Home | $21.75 |
| 02/20/25 | Travel | Piraino, Stephen D., Round-trip Amtrak New York, NY to/from Wilmington, DE for February 26 omnibus hearing. | $332.57 |
| 02/23/25 | Travel | Cahill, Vincent, Round-trip Amtrak from New York, NY to Wilmington, DE for February 26 omnibus hearing. | $333.00 |
| 02/25/25 | Travel | Winiarski, Kevin L., Amtrak from New York, NY to Wilmington, DE prior to February 26 omnibus hearing. | $188.00 |
| 02/25/25 | Travel | Brock, Matthew R., Amtrak from Newark, NJ to Wilmington, DE prior to February 26 omnibus hearing. | $156.00 |
| 02/25/25 | Travel | Cahill, Vincent, Stay at Sheraton Suites Wilmington Downtown prior to February 26 omnibus hearing. | $199.00 |
| 02/25/25 | Travel | Cahill, Vincent, Stay at Sheraton Suites Wilmington Downtown prior to February 26 omnibus hearing (tax only). | $19.90 |
| 02/25/25 | Travel | Cahill, Vincent, Uber from Wilmington train station to Sheraton Suites Wilmington Downtown prior to February 26 omnibus hearing. | $8.90 |
| 02/25/25 | Travel | Brock, Matthew R. Stay at The Quoin Hotel prior to February 26 omnibus hearing. | $350.00 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 02/25/25 | Travel | Goldberger, Jacob, Stay at Sheraton Suites Wilmington Downtown prior to February 26 omnibus hearing. | $240.90 |
| 02/25/25 | Travel | Goldberger, Jacob, Lyft from Davis Polk Office to Penn Station Amtrak prior to February 26 omnibus hearing. | $67.20 |
| 02/25/25 | Travel | Goldberger, Jacob, Amtrak from New York, NY to Wilmington, DE prior to February 26 omnibus hearing. | $128.00 |
| 02/25/25 | Travel | Brock, Matthew R., Uber from Home to Newark, NJ Amtrak prior to February 26 omnibus hearing. | $25.94 |
| 02/25/25 | Travel | Brock, Matthew R., Uber from Wilmington, DE Train Station to The Quoin Hotel prior to February 26 omnibus hearing. | $10.94 |
| 02/26/25 | Travel | Brock, Matthew R., Uber from Newark Amtrak Station to Home after February 26 omnibus hearing. | $26.93 |
| 02/26/25 | Travel | Goldberger, Jacob, Amtrak from Wilmington, DE to New York, NY after February 26 omnibus hearing. | $164.00 |
| 02/26/25 | Travel | Goldberger, Jacob, Uber from Amtrak station to Home after February 26 omnibus hearing. | $158.79 |
| 02/26/25 | Travel | Cahill, Vincent, Uber from Hotel to Wilmington Amtrak station after February 26 omnibus hearing. | $20.87 |
| 02/26/25 | Travel | Winiarski, Kevin L., Uber from Wilmington, DE Amtrak Station to Sheraton Suites Downtown Wilmington prior to February 26 omnibus hearing. | $5.16 |
| 02/26/25 | Travel | Piraino, Stephen D., Uber from Morris Nichols offices to Wilmington Amtrak station after February 26 omnibus hearing. | $16.19 |
| 02/26/25 | Travel | Resnick, Brian M., Stay at The Quoin Hotel before February 26 omnibus hearing. | $350.00 |
| 02/26/25 | Travel | Piraino, Stephen D., Stay at Sheraton Suites Wilmington night before February 26 omnibus hearing. | $174.90 |
| 02/26/25 | Travel | Winiarski, Kevin L., Stay at Sheraton Suites Downtown Wilmington the night before February 26 omnibus hearing. | $196.90 |

| **DISBURSEMENT DETAIL** | | | |
|---|---|---|---:|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 02/26/25 | Travel | Brock, Matthew R., Amtrak from Wilmington, DE to Newark, NJ after February 26 omnibus hearing. | $182.00 |
| 02/26/25 | Travel | Winiarski, Kevin L., Amtrak from Wilmington, DE to New York, NY after February 26 omnibus hearing. | $188.00 |
| 02/26/25 | Travel | Stephen D., Car from New York Amtrak Station to Home after February 26 omnibus hearing. | $148.81 |
| | | Lexis | $212.04 |
| | | Westlaw | $694.97 |
| **TOTAL** | | | **$5,412.94** |