# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re:  D.I. 2178, 2293, 2367 & 2391** |

<u>**ORDER DENYING ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE**</u>
**(Store No. 1753)**

Upon the Designation Notice (as defined herein) of Big Lots, Inc. and certain of its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the Chapter 11 Cases, and the Debtors having received a Notice of Designation of Designated Asset from Gordon Brothers Retail Partners, LLC ("**GBRP**") in accordance with Section 2.05(b) of the APA[2] and Paragraph 43 of the Sale Order, with respect to (among other leases) that certain unexpired lease of non-residential real property for the premises located at 1255 Sunrise Highway, Copiague, NY 11726 (designated Store # 1753) (the "**Lease**"); and the Debtors having filed and served a Designated 365 Contract Notice (the "**Designation Notice**") seeking, *inter alia*, to assume and assign the Lease to Forman Mills Inc.; and 1255 Sunrise Realty, LLC, the landlord under the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used herein and not otherwise defines shall have the meanings ascribed thereto in the Court's *Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1556] (the "**Sale Order**").

2

Lease, having filed and served an objection to the proposed assumption and assignment of the Lease (D.I. 2367) (the "**Objection**"); and an evidentiary hearing having been held on April 2, 2025; and the Court having considered all the pleadings hereon and the arguments and evidence submitted at the hearing; and, for the reasons set forth on the record on April 3, 2025, after due deliberation and good and sufficient cause appearing therefor;

     **IT IS HEREBY ORDERED THAT:**

     1.     The Debtors' assumption and assignment of the Lease is DENIED.

     2.     This Court shall retain jurisdiction to construe and determine any disputes under this Order.