## EXHIBIT A

**Designated Lease**

| Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|
| 5440 | 328 ROBERT SMALLS PARKWAY BEAUFORT, SC | Big Lots Stores, LLC | USPG Portfolio Eight LLC | PO BOX 645781, CINCINNATI, OH, 45264-5781 | Audrey L. Hornisher, ahornisher@clarkhill.com; kgrivner@clarkhill.com | $13,337.77 |