# EXHIBIT A

**Designated Leases**

| Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|
| 5276 | 711 E. INNES ST. SALISBURY, NC | Big Lots Stores, LLC | MFW Associates | C/O ASTON PROPERTIES, 610 E. MOREHEAD STREET SUITE 100, CHARLOTTE, NC, 28202 | Robert LeHane, rlehane@kelleydrye.com; Jennifer D. Raveile, JRaviele@KelleyDrye.com; Allison Selick, ASelick@KelleyDrye.com | $10,000.00 |
| 5416 | 260 REMOUNT RD FRONT ROYAL, VA | Big Lots Stores, LLC | Gateway Plaza - Front Royal, LLC | 610 E. MOREHEAD STREET, SUITE 100, CHARLOTTE, NC, 28202 | Robert LeHane, rlehane@kelleydrye.com; Jennifer D. Raveile, JRaviele@KelleyDrye.com; Allison Selick, ASelick@KelleyDrye.com | $41,801.75 |