## Exhibit A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BIG LOTS, INC. *et al.*,[1] | ) Case No. 24-11967 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. [●]** |
| | ) |

### ORDER FURTHER EXTENDING THE DEBTORS' EXCLUSIVE
### PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "**Motion**")[2] of the above-captioned Debtors for entry of an order

extending their Exclusive Periods pursuant to 11 U.S.C. § 1121(d)(1), Bankruptcy Rule 9006(b),

and Local Rule 9006; and the Court having jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334 and the *Amended Standing Order of Reference* of the United States District Court

for the District of Delaware, dated as of February 29, 2012; and this Court having found that this

is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order

consistent with Article III of the United States Constitution; and this Court having found that venue

in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that

the notice of the Motion and of the opportunity to be heard at the hearing thereon were appropriate

under the circumstances and that no other notice need be provided; and this Court having reviewed

---

[1] The debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the Motion and having heard the statements and argument in support of the relief requested at a

hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal

and factual bases set forth in the Motion and at the Hearing establish just cause for granting the

requested relief; and upon all of the proceedings had before this Court; and after due deliberation

and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.       The Motion is granted as set forth herein.

2.       Pursuant to section 1121(d) of the Bankruptcy Code, the Debtors' Exclusive Filing

Period is extended through and including July 6, 2025, and the Exclusive Solicitation Period is

extended through and including September 7, 2025.

3.       The relief granted in this Order is without prejudice to the Debtors' right to seek

further extensions of the Exclusive Filing Period and the Exclusive Solicitation Period.

4.       The Debtors are authorized to take all actions that are necessary and appropriate to

effectuate the relief granted in this Order.

5.       This Order shall be effective and enforceable by its terms immediately upon entry.

6.       The Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.