**<u>Exhibit A</u>**

**Graiser Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ANDY GRAISER**

I, ANDY GRAISER, hereby declare the following under penalty of perjury:

1. I am the Co-President of A&G Realty Partners, LLC ("A&G"). I have personally performed many of the real estate services rendered by A&G as real estate advisor to the Debtors and am familiar with all other work performed on behalf of the Debtors by the personnel of A&G.

2. The facts set forth in this First and Final Fee Application are true and correct to the best of my knowledge, information, and belief.

3. In connection therewith, I hereby certify that to the best of my knowledge, information and belief after reasonable inquiry:

    a) the fees and expenses sought in this Final Fee Application were billed at rates customarily employed by A&G for clients similar to that of the Debtors and are permissible under the relevant rules, court orders, and the Bankruptcy Code provisions, except as specifically set forth herein;

    b) the fees sought in this Final Fee Application are billed at rates customarily employed by A&G and generally accepted by A&G's clients;

    c) in accordance with Bankruptcy Rule 2016(a) and section 504 of the Bankruptcy Code, no agreement or understanding exists between A&G and any other person for the sharing of compensation to be received in

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

          connection with the above case except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Rules; and

d)     all services for which compensation is sought were professional services rendered on behalf of the Debtors and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 8, 2025

                                                */s/ Andy Graiser*
                                                ANDY GRAISER, Co-President