**<u>Exhibit C</u>**

**Expense Detail**



# INVOICE

445 Broadhollow Rd, Suite 410

Melville, NY 11747

**DATE:** January 7, 2025

**Invoice #** BIGLOTS20250107

**BILL TO:**

Jonathan Ramsden

Big Lots Inc.

4900 E. Dublin-Granville Road

Columbus, OH 43081

| DESCRIPTION | AMOUNT |
|---|---|
| Dropbox Access | $1,050.00 |
| Big Lots LL Recording Call for Lease Sales | $270.45 |
| Big Lots LL Call for Lease Sales | $759.08 |
| Columbus Travel Reimbursement | $2,016.66 |
| **TOTAL:** | **$4,096.19** |

**Send Checks to Above address or Make All Wires Payable To:**

JP Morgan Chase Bank

A&G Realty Partners

445 Broadhollow Rd, Suite 410

Melville, NY 11747

Account #: 404526712

Routing #: 021000021

If you have any questions, please contact Emilio Amendola (631) 465-9507

| Name | Company | Dropbox Access Date | Months Billed | Monthly Cost | Total Cost |
|---|---|---|---|---|---|
| Bradley Miller | Vory's | 9/10/2024 | 4 | $ 15.00 | $ 60.00 |
| Deanna Cook | Vory's | 9/19/2024 | 4 | $ 15.00 | $ 60.00 |
| Mary Stanley | Vory's | 9/23/2024 | 4 | $ 15.00 | $ 60.00 |
| Alex Iammarino | Vory's | 9/19/2024 | 4 | $ 15.00 | $ 60.00 |
| Michael Gibbons | Vory's | 9/18/2024 | 4 | $ 15.00 | $ 60.00 |
| Kalie Bagent | Vory's | 9/20/2024 | 4 | $ 15.00 | $ 60.00 |
| Haley Dominique | Vory's | 9/19/2024 | 4 | $ 15.00 | $ 60.00 |
| John Nevergall | Vory's | 9/19/2024 | 4 | $ 15.00 | $ 60.00 |
| Becca Meginnis | Big Lots | 9/9/2024 | 4 | $ 15.00 | $ 60.00 |
| Chris Macke | Big Lots | 9/17/2024 | 4 | $ 15.00 | $ 60.00 |
| Janelle Lopez | Big Lots | 9/19/2024 | 4 | $ 15.00 | $ 60.00 |
| Jodi Bommer | Big Lots | 7/31/2024 | 6 | $ 15.00 | $ 90.00 |
| Joe Gallagher | Big Lots | 9/9/2024 | 4 | $ 15.00 | $ 60.00 |
| Josh Nanberg | Big Lots | 9/9/2024 | 4 | $ 15.00 | $ 60.00 |
| Paula Jones | Big Lots | 9/9/2024 | 4 | $ 15.00 | $ 60.00 |
| Vince Cattano | Big Lots | 9/9/2024 | 4 | $ 15.00 | $ 60.00 |
| Stacey McPherson | Big Lots | 9/10/2024 | 4 | $ 15.00 | $ 60.00 |
| Total | | | 70 | $ 15.00 | $ 1,050.00 |

| **Big Lots Landlord Record Call** |
|---|---|---|---|---|---|---|

| Date | Reference | Participant | Start Time | Call Type | Minutes | Cost |
|---|---|---|---|---|---|---|
| | | | Setup | Setup | | $25.00 |
| 11/08/2024 | 110457 | Todd Eyler | Nov 08 2024 11:29:53.000AM | 8MM | 20 | $3.38 |
| 11/08/2024 | 110457 | Transport | Nov 08 2024 11:30:00.000AM | Transport OA | 20 | $0.20 |
| 11/08/2024 | 110457 | Recording | Nov 08 2024 11:30:00.000AM | Recording | 1 | $25.00 |
| 11/08/2024 | 110457 | Operator | Nov 08 2024 11:30:00.000AM | Operator | 1 | $95.00 |
| 11/08/2024 | 110457 | Pre Record Edit | Nov 08 2024 11:30:00.000AM | Pre Record Edit | 1 | $95.00 |
| | | | | | | |
| | | | Sub-Total | | 43 | $243.58 |
| | | | | | | |
| | | | Surcharges | | | $26.79 |
| | | | USF | | | $0.07 |
| | | | | | | |
| | | | Total | | | $270.45 |

| Big Lots Landlord Call |
|---|

| Date | Reference | Participant | Start Time | Call Type | Minutes | Cost |
|---|---|---|---|---|---|---|
| | | | Setup | Setup | | $25.00 |
| 11/12/2024 | 110466 | Cell Phone   NC | Nov 12 2024 02:23:47.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | ROBERT HANASAB | Nov 12 2024 02:25:22.000PM | 8MM | 1 | $0.17 |
| 11/12/2024 | 110466 | SIEGEL GRANT | Nov 12 2024 01:30:42.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | GATOR DEVELOPME | Nov 12 2024 01:37:16.000PM | 8MM | 30 | $5.07 |
| 11/12/2024 | 110466 | LANDA ADAM | Nov 12 2024 01:38:58.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | GREEN,JOEL | Nov 12 2024 01:43:22.000PM | 8MM | 24 | $4.06 |
| 11/12/2024 | 110466 | STERN,SEYMAN | Nov 12 2024 01:44:06.000PM | 8MM | 23 | $3.89 |
| 11/12/2024 | 110466 | GATOR INVESTMEN | Nov 12 2024 01:44:13.000PM | 8MM | 23 | $3.89 |
| 11/12/2024 | 110466 | SCMG INC. | Nov 12 2024 01:44:26.000PM | 8MM | 23 | $3.89 |
| 11/12/2024 | 110466 | TERRI CANADY | Nov 12 2024 01:44:34.000PM | 8MM | 23 | $3.89 |
| 11/12/2024 | 110466 | AMERICAL MGMT C | Nov 12 2024 01:45:22.000PM | 8MM | 22 | $3.72 |
| 11/12/2024 | 110466 | THE HADLER CO | Nov 12 2024 01:45:38.000PM | 8MM | 22 | $3.72 |
| 11/12/2024 | 110466 | FRANK ROBSON | Nov 12 2024 01:45:55.000PM | 8MM | 22 | $3.72 |
| 11/12/2024 | 110466 | STERN,MICHAEL | Nov 12 2024 01:46:27.000PM | 8MM | 21 | $3.55 |
| 11/12/2024 | 110466 | LANDA ADAM | Nov 12 2024 01:48:03.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | WESTAR REAL PRO | Nov 12 2024 01:48:31.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | HOLT MICHAEL | Nov 12 2024 01:48:49.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | LOTT TROY | Nov 12 2024 01:49:00.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | JONNET,GLENN | Nov 12 2024 01:49:27.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | WIRELESS CALLER | Nov 12 2024 01:49:32.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | J LIEBERMAN | Nov 12 2024 01:49:54.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | MALON D MIMMS C | Nov 12 2024 01:49:56.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | FRED MERRILL | Nov 12 2024 01:50:31.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | KALIKOW BROS | Nov 12 2024 01:50:53.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | MIMCO INC | Nov 12 2024 01:51:23.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | REGENCY PROP MG | Nov 12 2024 01:51:58.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | RCG VENTURES | Nov 12 2024 01:52:02.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | METZMEIER CHRIS | Nov 12 2024 01:52:13.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | LUCAS CHRISTOPH | Nov 12 2024 01:52:23.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | WIRELESS CALLER | Nov 12 2024 01:52:55.000PM | 8MM | 1 | $0.17 |
| 11/12/2024 | 110466 | BERNER LAURA | Nov 12 2024 01:53:06.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | MARTINEZ HSU, P | Nov 12 2024 01:53:09.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | BB CORP HOLD | Nov 12 2024 01:53:21.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | Eisenberg | Nov 12 2024 01:53:22.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | HHH COMMERCE CT | Nov 12 2024 01:53:25.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | REGENCY PROP MG | Nov 12 2024 01:53:25.000PM | MM | 20 | $3.38 |
| 11/12/2024 | 110466 | ZIFF PROPERTIES | Nov 12 2024 01:53:34.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | WIRELESS CALLER | Nov 12 2024 01:53:36.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | WIRELESS CALLER | Nov 12 2024 01:53:50.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | JBL ASSET MGMT | Nov 12 2024 01:54:16.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | TODD SIEGEL | Nov 12 2024 01:54:18.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | NEWMARK MERRILL | Nov 12 2024 01:54:31.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | AARON MESMER | Nov 12 2024 01:54:41.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | ELLISOR BRIAN | Nov 12 2024 01:54:58.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | MEHRAN BANAYAN | Nov 12 2024 01:55:22.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | WIRELESS CALLER | Nov 12 2024 01:55:27.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | MARLOW HGTS SHO | Nov 12 2024 01:55:35.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | LAKSHMI CAPITAL | Nov 12 2024 01:56:15.000PM | MM | 20 | $3.38 |
| 11/12/2024 | 110466 | A FAUSSNER | Nov 12 2024 01:56:23.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | JESSE CASTON | Nov 12 2024 01:56:58.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | PENTACO | Nov 12 2024 01:57:48.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | AINBINDER MARIA | Nov 12 2024 01:58:07.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | AINBINDER JON | Nov 12 2024 01:58:08.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | EDMONSON JAMIE | Nov 12 2024 01:58:10.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | AUSTIN      TX | Nov 12 2024 01:58:11.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | ENNIS       TX | Nov 12 2024 01:58:12.000PM | MM | 20 | $3.38 |
| 11/12/2024 | 110466 | PONTIAC     MI | Nov 12 2024 01:58:13.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | M AND M HOSPITA | Nov 12 2024 01:58:21.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | WIRELESS CALLER | Nov 12 2024 01:58:25.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | RUBIN REALTY | Nov 12 2024 01:58:55.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | Todd Eyler | Nov 12 2024 01:59:08.000PM | 8MM | 20 | $3.38 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/12/2024 | 110466 | LIPOVAC SCOTT | Nov 12 2024 01:59:09.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | BEAU BOX INC | Nov 12 2024 01:59:10.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | WIRELESS CALLER | Nov 12 2024 01:59:16.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | PANTTAJA RALPH | Nov 12 2024 01:59:19.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | MIMMS ENTERPRIS | Nov 12 2024 01:59:24.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | BOLLER JIMMY | Nov 12 2024 01:59:26.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | BALLARD SPAHR | Nov 12 2024 01:59:26.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | GREWE CARLA | Nov 12 2024 01:59:27.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | HOLT MICHAEL | Nov 12 2024 01:59:39.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | ABELLA MANUEL | Nov 12 2024 01:59:48.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | MEHRDA SAFAVIEH | Nov 12 2024 01:59:53.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | TIME EQUITIES | Nov 12 2024 01:59:56.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | ANGEL GREG | Nov 12 2024 02:00:04.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | PANDA RESTAURAN | Nov 12 2024 02:00:13.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | RELIABLEPROPERT | Nov 12 2024 02:00:26.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | CURTISS JOHNSON | Nov 12 2024 02:00:27.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | MIMMS ENTERPRIS | Nov 12 2024 02:00:33.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | BEN SWENSON | Nov 12 2024 02:00:34.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | ROBY HACKNEY | Nov 12 2024 02:00:49.000PM | MM | 20 | $3.38 |
| 11/12/2024 | 110466 | WILSON WILLIAM | Nov 12 2024 02:00:56.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | Cell Phone   IL | Nov 12 2024 02:01:04.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | EQUIMAX | Nov 12 2024 02:01:06.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | JONES CATHY | Nov 12 2024 02:01:38.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | AARON MESMER | Nov 12 2024 02:01:58.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | MICHAEL WANG | Nov 12 2024 02:02:23.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | LESLEY BRETT | Nov 12 2024 02:02:54.000PM | MM | 20 | $3.38 |
| 11/12/2024 | 110466 | CAPITALSTACK | Nov 12 2024 02:03:34.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | PARK RIDGE   NJ | Nov 12 2024 02:03:48.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | AVERY | Nov 12 2024 02:03:56.000PM | 8MM | 1 | $0.17 |
| 11/12/2024 | 110466 | LNR PROPERTY CO | Nov 12 2024 02:04:43.000PM | 8MM | 1 | $0.17 |
| 11/12/2024 | 110466 | WOODCREST ENTER | Nov 12 2024 02:59:30.000PM | 8MM | 105 | $17.75 |
| 11/12/2024 | 110466 | MCDANIEL RICHAR | Nov 12 2024 03:16:08.000PM | 8MM | 1 | $0.17 |
| 11/12/2024 | 110466 | WOODCREST ENTER | Nov 12 2024 03:54:12.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | KIM,EUN | Nov 12 2024 02:04:44.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | LNR PROPERTY CO | Nov 12 2024 02:05:19.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | RETAIL PLAZAS | Nov 12 2024 02:09:02.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | KIM,EUN | Nov 12 2024 02:09:48.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | JERRY SPIEGEL A | Nov 12 2024 02:10:30.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | PAVIA REALTY | Nov 12 2024 02:12:04.000PM | 8MM | 20 | $3.38 |
| 11/12/2024 | 110466 | JERRY SPIEGEL A | Nov 12 2024 02:12:07.000PM | MM | 1 | $0.17 |
| 11/12/2024 | 110466 | Transport | Nov 12 2024 02:00:00.000PM | Transport OA | 2024 | $20.24 |
| 11/12/2024 | 110466 | Participant List | Nov 12 2024 02:00:00.000PM | Participant List | 1 | $25.00 |
| 11/12/2024 | 110466 | Replay Setup | Nov 12 2024 02:00:00.000PM | Replay Setup | 1 | $25.00 |
| 11/12/2024 | 110466 | Recording | Nov 12 2024 02:00:00.000PM | Recording | 1 | $25.00 |
| 11/12/2024 | 110466 | Operator | Nov 12 2024 02:00:00.000PM | Operator | 1 | $95.00 |
| 11/12/2024 | 110466 | 30 Days | Nov 12 2024 02:00:00.000PM | Replay Minimum | 30 | $120.00 |
| | | | | | | |
| | | | Sub-Total | | 4,082 | $677.33 |
| | | | | | | |
| | | | Surcharges | | | $74.51 |
| | | | USF | | | $7.25 |
| | | | | | | |
| | | | Total | | | $759.08 |

**Jonathon Graub**
**Expenses**

| | Monday | Tuesday | Big Lots Columbus Wednesday | Thursday | Friday | Total |
|---|---|---|---|---|---|---|
| Date | | | October 16, 2024 | October 17, 2024 | | |
| Number of Miles | | | | 67 | | |
| Rate per Mile .655 | | | | 43.89 | | |
| Tolls | | | | 6.10 | | |
| Total Auto Reimbursement | | | | 49.99 | | $49.99 |
| Parking | | | | | | $0.00 |
| Lyft | | | 103.59 | | | $103.59 |
| Air | | | | 733.95 | | $733.95 |
| Hotel | | | | 171.55 | | $171.55 |
| ICSC | | | | | | |
| Breakfast | | | | 8.78 | | $8.78 |
| Lunch | | | | | | $0.00 |
| Dinner | | | | | | $0.00 |
| Postage | | | | | | $0.00 |
| Phone | | | | | | |
| Parking | | | | | | $0.00 |
| Other (Specify) supplies | | | | | | |
| **Total** | $ - | $ - | $ 103.59 | $ 964.27 | $ - | $ 1,067.86 |

Signed

American Airlines <no-reply@info.email.aa.com>  10/2/2024 10:02 PM

## Your trip confirmation (PHL - CMH)

To real106@comcast.net



Issued: October 3, 2024

## Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Confirmation code: OESKAE**

### Wednesday, October 16, 2024

| | | |
|---|---|---|
| **PHL** Philadelphia 10:25 AM | AA 5461 Operated by PSA Airlines as American Eagle | |
| **CMH** Columbus 12:06 PM | Seat: 16D<br>Class: Economy (G)<br>Meals: | |

### Thursday, October 17, 2024

Confirmation code: **OESKAE**

✈ **CMH**  
Columbus  
8:00 AM

AA 4469  
Operated by Republic Airways  
as American Eagle

○ **PHL**  
Philadelphia  
9:32 AM

Seat: 12D  
Class: Economy (S)  
Meals:

[ Manage your trip ]

## Your purchase

**Jonathon Graub - AAdvantage® #: 0W9****

| | |
|---|---|
| New ticket (0012181162269) [$654.65 + Taxes & carrier-imposed fees $79.30] | $733.95 |
| **Total cost** | **$733.95** |

## Your payment

| | |
|---|---|
| MasterCard (ending 2761) | $733.95 |
| **Total paid** | **$733.95** |

## Bag information

| Checked Bag (Airport) | | Checked Bag (Online*) | |
|---|---|---|---|
| 1st bag | No charge | 1st bag | No charge |
| 2nd bag | No charge | 2nd bag | No charge |



**Fairfield by Marriott® Columbus Airport**
4300 Int. Gateway, Columbus, OH 43219  P 614.237.2100
Fairfield.Marriott.com

Jonathon/Mr Graub
19 Copper Beech Dr
Lafayette HI PA 19444-2417

Room: 323
Room Type: KING
Number of Guests: 1
Rate: $146.00   Clerk: DAM

Arrive: 16Oct24   Time: 05:58PM   Depart: 17Oct24   Time: 05:59AM   Folio Number: 70785

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 16Oct24 | Room Charge | 146.00 | |
| 16Oct24 | Occupancy Tax | 14.60 | |
| 16Oct24 | Room Tax | 10.95 | |
| 17Oct24 | Master Card | | 171.55 |

Card #: MCXXXXXXXXXXXX2761/XXXX
Card Type: MASTERCARD Card Entry: MANUAL Approval Code: 04828Z

**BALANCE:**   0.00

**Marriott Bonvoy Account # XXXXX0668.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

Take the comfort of the Fairfield sleep experience home. Visit Fairfield's official retail store FairfieldStore.com.

← Back

Lyft Receipts <no-reply@lyftmail.com>
To real106@comcast.net

# Your ride with Adeyemi on October 16
10:49 PM



**OCTOBER 16, 2024 AT 7:50 AM**

## Thanks for riding with Adeyemi!

| | |
|---|---|
| Standard fare (25.46mi, 49m 9s) | $59.85 |
| Tip | $10.77 |

Apple Pay (MasterCard) — **$70.62**



https://connect.xfinity.com/appsuite/#!!&app=io.ox/mail&folder=default0/INBOX

10/20/24, 10:49 PM
Page 1 of 1

❮ Back

Standard fare (11.45mi, 15m 16s) — $27.94
Tip — $5.03

---

 Pay  Apple Pay (MasterCard)    **$32.97**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on October 16, 2024. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or other changes.



https://connect.xfinity.com/appsuite/#!!&app=io.ox/mail&folder=default0/INBOX

10/20/24, 10:48 PM
Page 1 of 1

OPERATED BY



EDDIE GEORGE'S GRILLE 27
JOHN GLENN COLUMBUS INTL AIRPORT

495154 Arthony
-------------------------------------
5748                          GST 1
     OCT17'24  6:24AM
-------------------------------------
        TO GO

  1 RTE FCUP MIXED          5.79
    FAS Fruit Cup NEW 2022
    Fresh Mixed
  1 COFFEE M                2.99
    AT05373Z XXX2761
    MSTRCD CC               8.78

    SUBTOTAL                8.78
    AMOUNT PAID     8.78
--495154 Closed OCT17 06:25AM---


       We value your feedback!
    Scan the QR code below to share
           your experience!



https://www.hmshost.com/contact



**Pennsylvania Turnpike Commission**
E-ZPass Customer Service Center
300 East Park Drive
Harrisburg, PA 17111

Transactions For:
JONATHON GRAUB
19 COPPER BEECH DR
LAFAYETTE HILL, PA 19444-2417
Account Number: 11751

Search Filter:
Date Range: 10/14/2024 - 10/21/2024.

| Post Date | Transaction | Tag | License / State | Entry Date | Entry Interchange | Exit Date | Exit Interchange | Class | Amount | Payment Method | Payment Account Number | Adjusted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/2024 | AWAY AGENCY TOLL | 4594706 | | | South Jersey Transportation Authority - *** | 10/18/2024 02:56 PM | South Jersey Transportation Authority - APL | 0 | $1.40 | | | |
| 10/20/2024 | AWAY AGENCY TOLL | 4594706 | | | South Jersey Transportation Authority - *** | 10/18/2024 02:49 PM | South Jersey Transportation Authority - AML | 0 | $1.40 | | | |
| 10/19/2024 | AWAY AGENCY TOLL | 4594706 | | | South Jersey Transportation Authority - *** | 10/17/2024 11:02 AM | South Jersey Transportation Authority - APL | 0 | $1.40 | | | |
| 10/19/2024 | AWAY AGENCY TOLL | 4594706 | | | South Jersey Transportation Authority - *** | 10/17/2024 10:51 AM | South Jersey Transportation Authority - AEH | 0 | $4.70 | | | |
| | | | | | | | | 0 | ($8.90) | Total Amount | | |

f.10

**Erik Potocek**
**Expenses**
**Big Lots Columbus Trip 10/16/2024 - 10/17/2024**

| Receipt # | Type | Date | Expense | Amount |
|---|---|---|---|---|
| 1 | Taxi | 10/16/2024 | Uber to Ohare Airport | $ 42.99 |
| 2 | Breakfast | 10/16/2024 | Breakfast at Ohare Aiprort | $ 16.42 |
| 3 | Lunch | 10/16/2024 | Lunch at Big Lots HQ | $ 9.25 |
| 4 | Breakfast | 10/17/2024 | Breakfast at Columbus Airport | $ 9.98 |
| 5 | Taxi | 10/17/2024 | Uber from Ohare to Home | $ 34.98 |
| 6 | Airfaire / Trainfare | 10/16/2024 | Round trip flight | $ 596.95 |
| 7 | Hotel | 10/16/2024 | Hotel 1 Night in Columbus | $ 238.23 |
| Total | | | | $ 948.80 |



Uber to Ohare Airport: 42.99

GREAT AM BAG T3 RB O CHICAGO USA  $ 16.42
Oct 16, 2024                      Pending

Breakfast at airport: $16.42



Lunch at Big Lots: $9.25



Breakfast in Columbus Airport: $9.98



Uber from Ohare to Home: $34.98



Flight to Columbus and Back: $596.95

| | |
|---|---|
| Check-In: | Wednesday, 16 October, 2024 (3:00 PM - midnight) |
| Check-Out: | Thursday, 17 October, 2024 (12:00 PM) |
| Nights: | 1 |
| Guests: | ERIK POTOCEK, 1 adult, 0 children |
| Rooms: | 1 |

Cancellation Policy

| | |
|---|---|
| Customer Name: | ERIK POTOCEK |
| Customer Email: | potocek17@gmail.com |
| Customer Phone: | +16303527110 |

| | |
|---|---|
| Subtotal: | $177.95 |
| Taxes and Fees: | $42.29 |
| Service Fee: | $17.99 |
| Total Cost: | $238.23 |

| | |
|---|---|
| Billing Name: | Erik Potocek |
| CC Type: | Mastercard |
| CC Number: | XXXX - XXXX - XXXX - 3085 |

Hotel for 1 night:  $238.23