## Exhibit A

**Illustrative Floor Plan for Revere, MA**



| REVERE, MASSACHUSETTS - FIXTURE PLAN | | |
|---|---|---|
| MERCHANDISE CATEGORY | SF | TOTAL SF |
| **ACCESSORIES** | | |
| Women's | 1,464 | |
| Men's accessories/furnishings | 220 | |
| Youth | 430 | |
| Infant | 415 | 2,529 |
| **SHOES** | | |
| Women's | 970 | |
| Men's | 586 | |
| Youth | 507 | 2,063 |
| **APPAREL** | | |
| Women's (sports apparel) | 4,551 | |
| Men's | 2,093 | |
| Youth | 1,154 | |
| Infant | 428 | |
| Coats | 479 | |
| Outerwear | 475 | 9,180 |
| **TOYS AND BOOKS** | 456 | 456 |
| **HOME** | 3,029 | 3,029 |
| | | 17,257   TOTAL SF OF SALES FLOOR/DISPLAY AREA |

| TOTAL SQUARE FOOTAGE OF PREMISES: | 31,241 |
|---|---|
| TOTAL SF OF SALES FLOOR/DISPLAY AREA | 17,257 |
| TOTAL SF OF AISLES AREA | 3,453 |
| TOTAL SF OF RECEIVING AREA (LESS LAYAWAY) | 4,132 |
| TOTAL LAYAWAY (LOCATED IN RECEIVING AREA) | 326 |
| NON-SELLING SPACE (OFFICE, BREAK ROOM, ETC.) | 6,073 |
| | 31,241   TOTAL SQUARE FOOTAGE OF PREMISES |