# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.,*[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, do herby certify that on April 8, 2025, I caused a true and correct copy of the (i) *Witness and Exhibit List of Burlington Stores, Inc. Relating to Matters Scheduled for Hearing on April 10, 2025 at 3:00 p.m. (ET)* (D.I. 2526); and (ii) *Declaration of William Vrettas in Support of Assumption and Assignment of the Revere, MA Lease to Burlington* (D.I. 2525) to be electronically filed and served via CM/ECF upon all parties authorized to receive electronic notice in this matter, and on the parties listed in the attached service list via Electronic Mail.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE Bar No. 6184)

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**Service List**

| | |
|---|---|
| ***Counsel to the Debtors*** <br> Robert J. Dehney, Sr <br> Andrew R. Remming <br> Daniel B. Butz <br> Tamara K. Mann <br> Casey B. Sawyer <br> **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** <br> 1201 N. Market Street, 16th Floor <br> Wilmington, DE 19801 <br> Email: biglots.mnat@morrisnichols.com | ***Counsel to the Debtors*** <br> Brian M. Resnick <br> Adam L. Shpeen <br> Stephen D. Piraino <br> Jonah A. Peppiatt <br> Ethan Stern <br> **DAVIS POLK & WARDWELL LLP** <br> 450 Lexington Avenue <br> New York, NY 10017 <br> Email: notice.biglots@davispolk.com |
| ***Counsel to the Official Committee of Unsecured Creditors*** <br> Justin R. Alberto <br> Stacy L. Newman <br> **COLE SCHOTZ P.C.** <br> 500 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> Email: jalberto@coleschotz.com <br>        snewman@coleschotz.com | ***Counsel to the Official Committee of Unsecured Creditors*** <br> Darren Azman <br> Kristen G. Going <br> **MCDERMOTT WILL & EMERY LLP** <br> One Vanderbilt Avenue <br> New York, NY 10017 <br> Email: dazman@mwe.com <br>        kgoing@mwe.com |
| ***Office of the United States Trustee for the District of Delaware*** <br> Linda J. Casey <br> Caleb Boggs Federal Building <br> 844 King Street, Suite 2207, <br> Lockbox 35 <br> Wilmington, Delaware 19801 <br> Email: linda.casey@usdoj.gov | ***Counsel to UE Revere LLC*** <br> Leslie C. Heilman <br> Laurel D. Roglen <br> Margaret A. Vesper <br> **BALLARD SPAHR LLP** <br> 919 N. Market Street, 11th Floor <br> Wilmington, Delaware 19801-3034 <br> E-mail: heilmanl@ballardspahr.com <br> roglenl@ballardspahr.com <br> vesperm@ballardspahr.com |