IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>Re:  D.I. <u>2293 &</u> |

**ORDER (I) AUTHORIZING (A) REDACTION OF CERTAIN CONFIDENTIAL INFORMATION FROM PARAGRAPH 20 TO OBJECTION TO DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF ITS UNEXPIRED LEASE IN EIGHTEENTH POST-CLOSING DESIGNATION NOTICE, AND (B) FILING OF UNREDACTED VERSION UNDER SEAL; AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "<u>Motion</u>")[2] of 1255 Sunrise Realty, LLC ("Landlord") for entry of an order (this "<u>Order</u>") authorizing Landlord to file under seal the Confidential Information set forth in the Motion and file the unredacted under seal; and the Court having jurisdiction over this matter pursuant to <u>28 U.S.C. §§ 157</u> and <u>1334</u> and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of <u>28 U.S.C. § 157(b)(2)</u>; and venue of this proceeding and the Motion in this District being proper pursuant to <u>28 U.S.C. §§ 1408</u> and <u>1409</u>; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.
[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Plaintiffs, their bankruptcy estates, creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted as set forth herein.

2. Landlord is authorized to file the Confidential Information set forth in paragraph 20 under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b).

3. To the extent not already filed, Landlord is directed to file an unredacted version of paragraph 20 to the Response under seal; *provided*, *however*, that Landlord shall provide unredacted versions of paragraph 20 to: (i)(a) the U.S. Trustee, (b) counsel to the Reorganized Debtor, (c) the Court and (d) any party-in-interest that obtains, after notice and a hearing, authorization from this Court.

4. Landlord is authorized to take all actions necessary to implement the relief granted in this Order.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: April 8th, 2025  
Wilmington, Delaware

J. KATE STICKLES  
UNITED STATES BANKRUPTCY JUDGE