**Exhibit 2**

**Redline of Revised Lease Schedule**

| Store # | Location | LL Entity | LL Contact | LL Email (Counsel) | Assignee | Cure |
|---|---|---|---|---|---|---|
| 487 | 1103 VOLUNTEER PKWY BRISTOL TN | BRENDA RIGSBY | BRENDA RIGSBY | skytrace7@gmail.com | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com<br>ccombs@TractorSupply.com | $0 |
| 4641 | 8318 FM 78 CONVERSE TX | TJ ELITE PROPERTIES, LLC | Troy Lott | troylott17@gmail.com<br><br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com<br>williamsone@ballardspahr.com<br>branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com<br>shahbazis@ballardspahr.com<br>ganzc@ballardspahr.com<br>myersm@ballardspahr.com<br>newellj@ballardspahr.com | Tractor Supply Co. of Texas, LP, a Texas limited partnership<br><br>jrowland@bakerdonelson.com<br>ccombs@TractorSupply.com | $0 |
| 1244 | 101 N SEVEN OAKS DR KNOXVILLE TN | WINDSOR 15 LLC | Patrick Frese | patrick@tarantino.com (Daniel Reitz dreitz@brickergraydon.com) | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com<br>ccombs@TractorSupply.com | $0 |
| 1555 | 3830 S NOVA RD PORT ORANGE FL | PORT ORANGE RETAIL I, LLC | Tim O'Neil | tim@vanguardassociates.net | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com | $0 |

| | | | | | ccombs@TractorSupply.com | |
|---|---|---|---|---|---|---|
| 1145 | 2565 N KANSAS EXPY SPRINGFIELD MO | MORRIS LOAN & INVESTMENT, INC | Neal Wood | morrisloan@sbcglobal.net | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com<br>ccombs@TractorSupply.com | $0 |
| 1820 | 404 N CANAL BLVD THIBODAUX LA | LEVERT-ST. JOHN, LLC | Troy Bellanger | tbellanger@levert.net | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com<br>ccombs@TractorSupply.com | $0 |
| 1429 | 3190 ATLANTA HWY ATHENS GA | BAC WEST, LLC | Bart Nunley | bartnunley@yahoo.com | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com<br>ccombs@TractorSupply.com | $0 |
| 1854 | 70 PEARL ST ESSEX JUNCTION VT | HANDY'S HOTELS & RENTALS, LLC | Shawn Handy | handysrentals@yahoo.com | Tractor Supply Company Northeast, LLC, a Delaware limited liability company<br><br>jrowland@bakerdonelson.com<br>ccombs@TractorSupply.com | $0 |
| 542 | 1170 MAE ST | U & ME | Marc | marc@ahconco.com | Tractor Supply Company, a | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | HUMMELSTOWN PA | HERSHEY LLC | Underberg | | Delaware Corporation<br><br>jrowland@bakerdonelson.com<br>ccombs@TractorSupply.com | |
| 5291 | 40 RISING SUN TOWN CENTER RISING SUN MD | RISING SUN OWNER, LP | Leo Ullman | lsu@vastgood.com<br><br>(Dana Plon dplon@sirlinlaw.com) | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com<br>ccombs@TractorSupply.com | $50,901 |
| 1982 | 465 COORS BLVD NW ALBUQUERQUE NM | 465COORSALBQ LLC | Robert Faussner | rfaussner@aol.com<br>(Jeff Kirchmann Jkrichmann@lubinolson.com) | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com<br>ccombs@TractorSupply.com | $~~46,113~~0.00 |
| 4512 | 3834 S 6TH KLAMATH FALLS OR | RODEO INN LYNNWOOD INC | Justin Mullens | jmullens@bluestonemgt.com<br>(Holly Hayman hhayman@fwwlaw.com) | Tractor Supply Company West, LLC, a Delaware limited liability company<br><br>jrowland@bakerdonelson.com<br>ccombs@TractorSupply.com | $~~5,318~~0.00 |
| 5130 | 4310 SHIPYARD BLVD. WILMINGTON NC | ZP NO. 183, LLC | Herbert Zimmer | herbertzimmer@zdc.com | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com | $~~6,778~~0.00 |

3

| | | | | | ccombs@TractorSupply.com | |
|---|---|---|---|---|---|---|
| 1939 | 1530 E 17TH ST IDAHO FALLS ID | HALL PARK, LLC | Ryan Meikle | ryan.meikle@bradhallcompanies.com | Tractor Supply Company West, LLC, a Delaware limited liability company<br><br>jrowland@bakerdonelson.com<br>ccombs@TractorSupply.com | $4,770 |
| 4696 | ~~4555 16TH ST MOLINE IL~~ | ~~KIN PROPERTIES~~ | ~~Lee Cherney~~ | ~~lcherney@kinpproperties.com vbarducci@kinproperties.com (Jeffrey Rhodes jrhodes@tlclawfirm.com; Ericka Johnson ejohnson@bayardlaw.com)~~ | ~~Tractor Supply Company, a Delaware Corporation~~<br><br>~~jrowland@bakerdonelson.com ccombs@TractorSupply.com~~ | ~~$184,211~~ |