## EXHIBIT A

**PROPOSED ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>Re: |

**ORDER GRANTING THE FIRST AND FINAL FEE APPLICATION OF PORTER, WRIGHT, MORRIS & ARTHUR LLP FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 31, 2024 TO AND INCLUDING JANUARY 31, 2025**

Upon the application (the "**Final Fee Application**") of Porter, Wright, Morris & Arthur LLP ("**Porter Wright**") for final approval and allowance of compensation for services rendered and reimbursement of expenses incurred as special counsel for the Debtors for the period from October 31, 2024, to and including January 31, 2025 (the "**Final Compensation Period**"); and the Court having reviewed the Final Fee Application; and all applicable requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules having been satisfied; and the compensation earned and expenses incurred by Porter Wright during the Final Compensation

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Period having been actual, reasonable and necessary; and sufficient notice of the Final Fee Application having been provided such that no other or further notice is required; and

all persons with standing having been afforded an opportunity to be heard on the Final Fee Application at a hearing held to consider approval thereof; and after due deliberation thereon and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1.      The Final Fee Application is GRANTED as set forth herein.

2.      Porter Wright is allowed compensation in the amount of $290,339.50 for professional services rendered during the Final Compensation Period, which compensation is approved on a final basis.

3.      Porter Wright is allowed reimbursement of expenses incurred during the Final Compensation Period in connection with its services to the Debtors in the amount of $4,701.66, which reimbursement is approved on a final basis.

4.      The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

5.      This Order shall be effective immediately upon entry.