# EXHIBIT C

## EXPENSE DETAIL



Q3479

| Workflow ID | Date | Amount |
|---|---|---|
| CR-5123 | 11/5/2024 | $913.96 |



# Your Direct Itinerary

Agency reference: **X060V6**

| Traveler name | Client reference |
|---|---|
| JAMES ARMAND KING | 4025259-245864 |

Thank you for choosing Direct Travel. Complete details for your trip are below. Please review this document and the trip details thoroughly. If a discrepancy exists please contact us within 24 hours of receipt.

Government issued photo I.D. is required for all travel and the name on your photo I.D. must match the name on your ticket.

COMPANY: PORTER WRIGHT MORRIS AND ARTHUR LLP
.
FOR AGENCY ASSISTANCE CALL 440-602-8020 OR 888-740-8747
AFTER HOURS PRESS 1 FOR EMERGENCY
HOURS OF OPERATION: 8:30AM-5:00PM MONDAY-FRIDAY
.
AMERICAN AIRLINES RESTRICTS CHANGES WITHIN
2 HOURS OF DEPARTURE
CHANGES WITHIN 2 HOURS OF DEPARTURE MUST BE MADE
DIRECTLY WITH AMERICAN.
-





**Quick links**



Passport & Visa Requirements

Airport Status

Weather

Currency Converter

Hazmat Info

## Itinerary summary

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| Flight | Tue Nov 12, 2024<br>John Glenn Columbus Intl Airport(CMH) - Philadelphia(PHL) | American Airlines AA5240<br>OPERATED BY PSA AIRLINES AS AMERICAN EAGLE | 6:00 AM-<br>7:38 AM | Check in |
| Flight | Tue Nov 12, 2024<br>Philadelphia(PHL) - John Glenn Columbus Intl Airport(CMH) | American Airlines AA5581<br>OPERATED BY PSA AIRLINES AS AMERICAN EAGLE | 7:20 PM-<br>9:06 PM | Check in |



**TRAVEL INTELLIGENCE HUB**
Get the latest information & advisories    LEARN MORE

| ✈ AA 5240 | Columbus<br>John Glenn Columbus Intl Airport (CMH) | | Philadelphia<br>Philadelphia (PHL) |
|---|---|---|---|
| Departure | Tue Nov 12, 2024 6:00 AM | Arrival | Tue Nov 12, 2024 7:38 AM |
| Terminal | | Terminal | F |
| Class | Economy(S) | Seat | 19D |
| Status | Confirmed | Airline check-in ID | CASVBS |
| Special requests | | Frequent traveler | 8Y172J6 |
| Equipment | Canadair 900 | Duration/<br>Meal service | 01:38/No meal service |
| eTicket | 0017057400758 | | |
| Remarks | OPERATED BY PSA AIRLINES AS AMERICAN EAGLE<br>**CHECK IN WITH PSA AIRLINES AS AMERICAN EAGLE** | | |

Baggage ▶                    Travel information for Philadelphia ▶

| AA 5581 | Philadelphia Philadelphia (PHL) | | Columbus John Glenn Columbus Intl Airport (CMH) |
|---|---|---|---|
| Departure | Tue Nov 12, 2024 7:20 PM | Arrival | Tue Nov 12, 2024 9:06 PM |
| Terminal | F | Terminal | |
| Class | Individual airline use(G) | Seat | |
| Status | Confirmed | Airline check-in ID | CASVBS |
| Special requests | | Frequent traveler | 8Y172J6 |
| Equipment | Canadair 900 | Duration/ Meal service | 01:46/No meal service |
| eTicket | 0017057400758 | | |
| Remarks | OPERATED BY PSA AIRLINES AS AMERICAN EAGLE **CHECK IN WITH PSA AIRLINES AS AMERICAN EAGLE** | | |

Baggage ▶                                           Travel information for Columbus ▶

---

### Invoice/Ticket information for JAMES ARMAND KING

Client reference: 4025259-245864

| Ticket: | American Airlines 0017057400758 | Invoice: | 039619456 | Amount: | USD878.96 |
|---|---|---|---|---|---|
| Payment: | CA XXXXXXXXXXXX8622 | Issue date: | 05-Nov-2024 | | |
| | | | | | |
| Service fee: | 8900887976215 | | | Amount: | USD35.00 |
| Payment: | CA XXXXXXXXXXXX8622 | Issue date: | 05-Nov-2024 | | |
| | | | | Total invoiced amount: | USD913.96 |

General remarks
AIRFARES ARE NOT GUARANTEED UNTIL TICKETED
AIRLINES RECOMMEND CHECKING IN 2 HOURS PRIOR TO FLIGHT.
TRANSPORT OF HAZARDOUS MATERIALS IS PROHIBITED.
SEE HAZMAT DISCLOSURE.
TSA PRECHECK NUMBER HAS BEEN APPLIED



Q1263

| Workflow ID | Date | Amount |
|---|---|---|
| EX-2499 | 11/13/2024 | $1,411.95 |

**Ruyf, Mary E.**

| | |
|---|---|
| **From:** | Bloomfield, David S. |
| **Sent:** | Thursday, November 14, 2024 9:07 AM |
| **To:** | Ruyf, Mary E. |
| **Subject:** | FW: #EXT#  Your trip confirmation (CMH - PHL) |

For Big Lots.  To defend deposition of Jim King in Wilmington, DE on Nov. 21.

**DAVID S. BLOOMFIELD, JR.**
Pronouns: he / him / his

Porter Wright Morris & Arthur LLP
Bio   /   DBloomfield@porterwright.com
D: 614.227.2169   /   F: 614.227.2100
41 South High Street, Suites 2800 - 3200   /   Columbus, OH 43215
Twitter: @DSBJr

**/ MANSFIELD CERTIFIED PLUS**
We are moving the needle on diversity, equity, and inclusion. Learn more

**From:** American Airlines <no-reply@info.email.aa.com>
**Sent:** Wednesday, November 13, 2024 5:59 PM
**To:** Bloomfield, David S. <DBloomfield@porterwright.com>
**Subject:** #EXT# Your trip confirmation (CMH - PHL)

**#External Email#**



Issued: November 13, 2024

# Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **SLJUMG**

## Wednesday, November 20, 2024



**CMH**
Columbus
8:05 AM

**AA 4434**
Operated by Republic Airways as American Eagle

**PHL**
Philadelphia
9:37 AM

Seat:   **20F**
Class: **Economy (S)**
Meals:



## Thursday, November 21, 2024

**PHL**
Philadelphia
7:18 PM

**AA 5253**
Operated by PSA Airlines as American Eagle

**CMH**
Columbus
9:03 PM

Seat:   **4D**
Class: **Business (C)**
Meals:

Manage your trip

# Find the card that earns you more miles

Learn more



## Your purchase

**David Bloomfield** - **AAdvantage® #: 6C9****

New ticket (0012191352504)                                    $1,411.95
[$1,285.35 + Taxes & carrier-imposed fees $126.60]

## Total cost                                                  **$1,411.95**

2

# Your payment

Visa (ending 3844 )                                                      $1,411.95

## Total paid                                                    **$1,411.95**

## Bag information

### Checked Bag (Airport)

CMH - PHL

| | |
|---|---|
| 1st bag | $40.00 |
| 2nd bag | $45.00 |

### Checked Bag (Online*)

CMH - PHL

| | |
|---|---|
| 1st bag | $35.00 |
| 2nd bag | $45.00 |

PHL - CMH

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | No charge |

CMH - PHL

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

PHL - CMH

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms
Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply.
For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags (American Airlines)

| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|



Q3481

| Workflow ID | Date | Amount |
| --- | --- | --- |
| CR-5128 | 11/14/2024 | $242.00 |



## Your Direct Itinerary

Agency reference: **X060V6**

| Traveler name | Client reference |
|---|---|
| JAMES ARMAND KING | 4025259-245864 |

Thank you for choosing Direct Travel. Complete details for your trip are below. Please review this document and the trip details thoroughly. If a discrepancy exists please contact us within 24 hours of receipt.

Government issued photo I.D. is required for all travel and the name on your photo I.D. must match the name on your ticket.

COMPANY: PORTER WRIGHT MORRIS AND ARTHUR LLP
.
FOR AGENCY ASSISTANCE CALL 440-602-8020 OR 888-740-8747
AFTER HOURS PRESS 1 FOR EMERGENCY
HOURS OF OPERATION: 8:30AM-5:00PM MONDAY-FRIDAY
.
AMERICAN AIRLINES RESTRICTS CHANGES WITHIN
2 HOURS OF DEPARTURE
CHANGES WITHIN 2 HOURS OF DEPARTURE MUST BE MADE
DIRECTLY WITH AMERICAN.
-





Join today. Earn 1,000 points. REGISTER NOW

**Quick links**



- Passport & Visa Requirements
- Airport Status
- Weather
- Currency Converter
- Hazmat Info

### Itinerary summary

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| Flight | Wed Nov 20, 2024<br>John Glenn Columbus Intl Airport(CMH) - Philadelphia(PHL) | American Airlines AA5506<br>OPERATED BY PSA AIRLINES AS AMERICAN EAGLE | 4:11 PM-<br>5:43 PM | Check in |
| Flight | Thu Nov 21, 2024<br>Philadelphia(PHL) - John Glenn Columbus Intl Airport(CMH) | American Airlines AA5253<br>OPERATED BY PSA AIRLINES AS AMERICAN EAGLE | 7:18 PM-<br>9:03 PM | Check in |

**TRAVEL INTELLIGENCE HUB**
Get the latest information & advisories   LEARN MORE

DIRECT TRAVEL
ONE CLICK.
ONE QUESTION.
TAKE SURVEY

| ✈ AA 5506 | Columbus<br>John Glenn Columbus Intl Airport (CMH) | | Philadelphia<br>Philadelphia (PHL) |
|---|---|---|---|
| Departure | Wed Nov 20, 2024 4:11 PM | Arrival | Wed Nov 20, 2024 5:43 PM |
| Terminal | | Terminal | F |
| Class | Economy(M) | Seat | 22F |
| Status | Confirmed | Airline check-in ID | CASVBS |
| Special requests | | Frequent traveler | 8Y172J6 |
| Equipment | Canadair 900 | Duration/ Meal service | 01:32/No meal service |
| eTicket | 0017057400902 | | |
| Remarks | OPERATED BY PSA AIRLINES AS AMERICAN EAGLE<br>**CHECK IN WITH PSA AIRLINES AS AMERICAN EAGLE** | | |

Baggage ▶                    Travel information for Philadelphia ▶

| ✈ AA 5253 | Philadelphia Philadelphia (PHL) | | Columbus John Glenn Columbus Intl Airport (CMH) |
|---|---|---|---|
| Departure | Thu Nov 21, 2024 7:18 PM | Arrival | Thu Nov 21, 2024 9:03 PM |
| Terminal | F | Terminal | |
| Class | Economy(V) | Seat | |
| Status | Confirmed | Airline check-in ID | CASVBS |
| Special requests | | Frequent traveler | 8Y172J6 |
| Equipment | Canadair 900 | Duration/ Meal service | 01:45/No meal service |
| eTicket | 0017057400902 | | |
| Remarks | OPERATED BY PSA AIRLINES AS AMERICAN EAGLE **CHECK IN WITH PSA AIRLINES AS AMERICAN EAGLE** | | |

Baggage ▶                                      Travel information for Columbus ▶

### Invoice/Ticket information for JAMES ARMAND KING

Client reference: 4025259-245864

| | | | | | |
|---|---|---|---|---|---|
| Ticket: | American Airlines 0017057400758 | Invoice: | 039619456 | Amount: | USD878.96 |
| Payment: | CA XXXXXXXXXXXX8622 | Issue date: | 05-Nov-2024 | | |
| Ticket: | American Airlines 0017057400902 | Invoice: | 039619663 | Amount: | USD1,085.96 |
| Exch ticket: | American Airlines 0017057400758 | | | Amount: | USD-878.96 |
| Penalty: | | | | | USD0.00 |
| Total charge: | | | | | USD207.00 |
| Payment: | CAXXXXXXXXXXXX8622 | Issue date: | 11-Nov-2024 | | |
| Service fee: | 8900887976215 | | | Amount: | USD35.00 |
| Payment: | CA XXXXXXXXXXXX8622 | Issue date: | 05-Nov-2024 | | |
| Service fee: | 8900887976439 | | | Amount: | USD35.00 |
| Payment: | CA XXXXXXXXXXXX8622 | Issue date: | 11-Nov-2024 | | |
| | | | | Total invoiced amount: | USD1,155.96 |

General remarks
AIRFARES ARE NOT GUARANTEED UNTIL TICKETED
AIRLINES RECOMMEND CHECKING IN 2 HOURS PRIOR TO FLIGHT.
TRANSPORT OF HAZARDOUS MATERIALS IS PROHIBITED.
SEE HAZMAT DISCLOSURE.
TSA PRECHECK NUMBER HAS BEEN APPLIED

Generated: November 14, 2024 - 11:44AM (EST)



## Your Direct Itinerary

Agency reference: **X060V6**

| Traveler name | Client reference |
|---|---|
| JAMES ARMAND KING | 4025259-245864 |

Thank you for choosing Direct Travel. Complete details for your trip are below. Please review this document and the trip details thoroughly. If a discrepancy exists please contact us within 24 hours of receipt.

Government issued photo I.D. is required for all travel and the name on your photo I.D. must match the name on your ticket.

COMPANY: PORTER WRIGHT MORRIS AND ARTHUR LLP
.
FOR AGENCY ASSISTANCE CALL 440-602-8020 OR 888-740-8747
AFTER HOURS PRESS 1 FOR EMERGENCY
HOURS OF OPERATION: 8:30AM-5:00PM MONDAY-FRIDAY
.
AMERICAN AIRLINES RESTRICTS CHANGES WITHIN
2 HOURS OF DEPARTURE
CHANGES WITHIN 2 HOURS OF DEPARTURE MUST BE MADE
DIRECTLY WITH AMERICAN.
-



Join today. Earn 1,000 points
IHG ONE REWARDS
REGISTER NOW

**Quick links**


Passport & Visa Requirements

Airport Status

Weather

Currency Converter

Hazmat Info

### Itinerary summary

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| Flight | Wed Nov 20, 2024 John Glenn Columbus Intl Airport(CMH) - Philadelphia(PHL) | American Airlines AA4434 OPERATED BY REPUBLIC AIRWAYS AS AMERICAN EAGLE | 8:05 AM- 9:37 AM | Check in |
| Flight | Thu Nov 21, 2024 Philadelphia(PHL) - John Glenn Columbus Intl Airport(CMH) | American Airlines AA5253 OPERATED BY PSA AIRLINES AS AMERICAN EAGLE | 7:18 PM- 9:03 PM | Check in |

**TRAVEL INTELLIGENCE HUB**
Get the latest information & advisories    LEARN MORE


DIRECT TRAVEL
ONE CLICK. ONE QUESTION.
TAKE SURVEY

| ✈ AA 4434 | Columbus John Glenn Columbus Intl Airport (CMH) | | Philadelphia Philadelphia (PHL) |
|---|---|---|---|
| Departure | Wed Nov 20, 2024 8:05 AM | Arrival | Wed Nov 20, 2024 9:37 AM |
| Terminal | | Terminal | |
| Class | Economy(S) | Seat | 22C |
| Status | Confirmed | Airline check-in ID | CASVBS |
| Special requests | | Frequent traveler | 8Y172J6 |
| Equipment | EMBRAER 175 | Duration/ Meal service | 01:32/No meal service |
| eTicket | 0017057517733 | | |
| Remarks | OPERATED BY REPUBLIC AIRWAYS AS AMERICAN EAGLE **CHECK IN WITH REPUBLIC AIRWAYS AS AMERICAN EAGLE** | | |

Baggage ▶                                        Travel information for Philadelphia ▶

| AA 5253 | Philadelphia<br>Philadelphia (PHL) | | Columbus<br>John Glenn Columbus Intl Airport (CMH) |
|---|---|---|---|
| Departure | Thu Nov 21, 2024 7:18 PM | Arrival | Thu Nov 21, 2024 9:03 PM |
| Terminal | F | Terminal | |
| Class | Bus/1st USonly Excp Apply(J) | Seat | 02D |
| Status | Confirmed | Airline check-in ID | CASVBS |
| Special requests | | Frequent traveler | 8Y172J6 |
| Equipment | Canadair 900 | Duration/ Meal service | 01:45/No meal service |
| eTicket | 0017057517733 | | |
| Remarks | OPERATED BY PSA AIRLINES AS AMERICAN EAGLE<br>**CHECK IN WITH PSA AIRLINES AS AMERICAN EAGLE** | | |

Baggage ▶                                    Travel information for Columbus ▶

## Invoice/Ticket information for JAMES ARMAND KING

### Client reference: 4025259-245864

| Ticket: | American Airlines<br>0017057517733 | Invoice: | 039619823 | Amount: | USD2,506.96 |
|---|---|---|---|---|---|
| Exch ticket: | American Airlines<br>0017057400902 | | | Amount: | USD-1,085.96 |
| Penalty: | | | | | USD0.00 |
| Total charge: | | | | | USD1,421.00 |
| Payment: | CAXXXXXXXXXXXX8622 | Issue date: | 14-Nov-2024 | | |
| | | | | | |
| Service fee: | 8900887976589 | | | Amount: | USD35.00 |
| Payment: | CA XXXXXXXXXXXXX8622 | Issue date: | 14-Nov-2024 | | |
| | | | | Total invoiced amount: | USD1,456.00 |

General remarks
AIRFARES ARE NOT GUARANTEED UNTIL TICKETED
AIRLINES RECOMMEND CHECKING IN 2 HOURS PRIOR TO FLIGHT.
TRANSPORT OF HAZARDOUS MATERIALS IS PROHIBITED.
SEE HAZMAT DISCLOSURE.
TSA PRECHECK NUMBER HAS BEEN APPLIED



Q3583

| Workflow ID | Date | Amount |
|---|---|---|
| CR-5271 | 11/14/2024 | $1,456.00 |



## Your Direct Itinerary

Agency reference: **X060V6**

| Traveler name | Client reference |
|---|---|
| JAMES ARMAND KING | 4025259-245864 |

Thank you for choosing Direct Travel. Complete details for your trip are below. Please review this document and the trip details thoroughly. If a discrepancy exists please contact us within 24 hours of receipt.

Government issued photo I.D. is required for all travel and the name on your photo I.D. must match the name on your ticket.

COMPANY: PORTER WRIGHT MORRIS AND ARTHUR LLP
.
FOR AGENCY ASSISTANCE CALL 440-602-8020 OR 888-740-8747
AFTER HOURS PRESS 1 FOR EMERGENCY
HOURS OF OPERATION: 8:30AM-5:00PM MONDAY-FRIDAY
.
AMERICAN AIRLINES RESTRICTS CHANGES WITHIN
2 HOURS OF DEPARTURE
CHANGES WITHIN 2 HOURS OF DEPARTURE MUST BE MADE
DIRECTLY WITH AMERICAN.
-




**Quick links**



Passport &
Visa
Requirements

Airport Status

Weather

Currency
Converter

Hazmat Info

### Itinerary summary

| | From / To | Flight / Provider | Departure / Arrival | |
|---|---|---|---|---|
| Flight | Wed Nov 20, 2024<br>John Glenn Columbus Intl Airport(CMH) - Philadelphia(PHL) | American Airlines AA4434<br>OPERATED BY REPUBLIC AIRWAYS AS AMERICAN EAGLE | 8:05 AM-<br>9:37 AM | Check in |
| Flight | Thu Nov 21, 2024<br>Philadelphia(PHL) - John Glenn Columbus Intl Airport(CMH) | American Airlines AA5253<br>OPERATED BY PSA AIRLINES AS AMERICAN EAGLE | 7:18 PM-<br>9:03 PM | Check in |

**TRAVEL INTELLIGENCE HUB**
Get the latest information & advisories   LEARN MORE


DIRECT TRAVEL
ONE CLICK.
ONE QUESTION.
TAKE SURVEY

| AA 4434 | Columbus<br>John Glenn Columbus Intl Airport (CMH) | | Philadelphia<br>Philadelphia (PHL) |
|---|---|---|---|
| Departure | Wed Nov 20, 2024 8:05 AM | Arrival | Wed Nov 20, 2024 9:37 AM |
| Terminal | | Terminal | |
| Class | Economy(S) | Seat | 22C |
| Status | Confirmed | Airline check-in ID | CASVBS |
| Special requests | | Frequent traveler | 8Y172J6 |
| Equipment | EMBRAER 175 | Duration/ Meal service | 01:32/No meal service |
| eTicket | 0017057517733 | | |
| Remarks | OPERATED BY REPUBLIC AIRWAYS AS AMERICAN EAGLE<br>**CHECK IN WITH REPUBLIC AIRWAYS AS AMERICAN EAGLE** | | |

Baggage ▸                               Travel information for Philadelphia ▸

| ✈ AA 5253 | Philadelphia Philadelphia (PHL) | | Columbus John Glenn Columbus Intl Airport (CMH) |
|---|---|---|---|
| Departure | Thu Nov 21, 2024 7:18 PM | Arrival | Thu Nov 21, 2024 9:03 PM |
| Terminal | F | Terminal | |
| Class | Bus/1st USonly Excp Apply(J) | Seat | 02D |
| Status | Confirmed | Airline check-in ID | CASVBS |
| Special requests | | Frequent traveler | 8Y172J6 |
| Equipment | Canadair 900 | Duration/ Meal service | 01:45/No meal service |
| eTicket | 0017057517733 | | |
| Remarks | OPERATED BY PSA AIRLINES AS AMERICAN EAGLE **CHECK IN WITH PSA AIRLINES AS AMERICAN EAGLE** | | |

Baggage ▶                                    Travel information for Columbus ▶

---

**Invoice/Ticket information for JAMES ARMAND KING**

Client reference: 4025259-245864

| Ticket: | American Airlines 0017057517733 | Invoice: | 039619823 | Amount: | USD2,506.96 |
|---|---|---|---|---|---|
| Exch ticket: | American Airlines 0017057400902 | | | Amount: | USD-1,085.96 |
| Penalty: | | | | | USD0.00 |
| Total charge: | | | | | USD1,421.00 |
| Payment: | CAXXXXXXXXXXXX8622 | Issue date: | 14-Nov-2024 | | |
| | | | | | |
| Service fee: | 8900887976589 | | | Amount: | USD35.00 |
| Payment: | CA XXXXXXXXXXXX8622 | Issue date: | 14-Nov-2024 | | |
| | | | | Total invoiced amount: | USD1,456.00 |

General remarks
AIRFARES ARE NOT GUARANTEED UNTIL TICKETED
AIRLINES RECOMMEND CHECKING IN 2 HOURS PRIOR TO FLIGHT.
TRANSPORT OF HAZARDOUS MATERIALS IS PROHIBITED.
SEE HAZMAT DISCLOSURE.
TSA PRECHECK NUMBER HAS BEEN APPLIED



Q1693

| Workflow ID | Date | Amount |
|---|---|---|
| EX-3045 | 11/21/2024 | $213.20 |

Sheraton Suites Wilmington Downtown
422 Delaware Ave
Wilmington, DE 19801
United States
Tel: 302-654-8300 Fax: 302-654-6036



SHERATON
EST. 1937

DAVID BLOOMFIELD

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | Invoice Nbr | : | 1000103205 |
| Guest Number | : | 1329734 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 20-NOV-24 | 15:04 | | |
| Depart Date | : | 21-NOV-24 | 08:21 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 704 | | | |
| Marriott Bonvoy Number : | | 0585 | | | |

Tax Invoice

Tax ID :

Sheraton Wilmi ILGSI NOV-21-2024 08:30 ERYAN639

| Date | Reference | Description | | | Charges (USD) | Credits (USD) |
|---|---|---|---|---|---|---|
| 20-NOV-24 | RT704 | Rm Chrg - AAA | | | 152.00 | |
| 20-NOV-24 | RT704 | County Tax | | | 3.04 | |
| 20-NOV-24 | RT704 | Occupancy/Tourism | | | 12.16 | |
| 21-NOV-24 | VI | Visa-3844 | | | | -167.20 |
| | ***For Authorization Purpose Only*** | | | | | |
| | xxxxxx3844 | | | | | |
| | Date | Time | Code | Authorized | | |
| | 20-NOV-24 | 15:04 | 026211 | 228.00 | | |

|  |  |  |  |
|---|---|---|---|
| | ** Total | 167.20 | -167.20 |
| | *** Balance | 0.00 | |

```
   Main Level 1 and 2
     DATE: 11/21/24
     TIME: 09:11 PM

Receipt No.   155/948/83/21
        * Original *
    Ticket:210173224
    Entry : 11/20/24 06:56 AM
     LPR   :
Amount              46.00

Credit:          46.00
Trans ID : 785538657
Card No. : xxxxxxxxxxxx3844
Card Type: VISA

     Please drive safely
```

you can too with thoughtful service, exceptional experiences and everything you seek when traveling. Book

Continued on the next page



Q1694

| Workflow ID | Date | Amount |
|---|---|---|
| EX-3100 | 11/21/2024 | $464.55 |

Sheraton Suites Wilmington Downtown
422 Delaware Ave
Wilmington, DE 19801
United States
Tel: 302-654-8300 Fax: 302-654-6036


SHERATON
EST. 1937

JAMES KING

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | Invoice Nbr | : | 1000103192 |
| Guest Number | : | 1329316 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 20-NOV-24 | 15:03 | | |
| Depart Date | : | 21-NOV-24 | | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 1520 | | | |
| Marriott Bonvoy Number : | | 7490 | | | |

Information Invoice

Tax ID :

Sheraton Wilmi ILGSI NOV-21-2024 02:20 9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 20-NOV-24 | GIFT | Gift Shop | 4.00 | |
| 20-NOV-24 | RT1520 | Room Chrg - Other Discount | 169.00 | |
| 20-NOV-24 | RT1520 | County Tax | 3.38 | |
| 20-NOV-24 | RT1520 | Occupancy/Tourism | 13.52 | |
| NOV-21-2024 AX | | American Express | | -189.90 |
| | | ** Total | 189.90 | -189.90 |
| | | *** Balance | 0.00 | |

Continued on the next page

Sheraton Suites Wilmington Downtown
422 Delaware Ave
Wilmington, DE  19801
United States
Tel: 302-654-8300 Fax: 302-654-6036



SHERATON
EST. 1937

JAMES KING

| | | | | |
|---|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : 1000103192 |
| Guest Number | : | 1329316 | | |
| Folio ID | : | A | | |
| Arrive Date | : | 20-NOV-24 | 15:03 | |
| Depart Date | : | 21-NOV-24 | | |
| No. Of Guest | : | 1 | | |
| Room Number | : | 1520 | | |
| Marriott Bonvoy Number : | | 7490 | | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

When you stay with us, we Go Beyond so you can too with thoughtful service, exceptional experiences and everything you seek when traveling. Book your next stay at Sheraton.com
Tell us about your stay. www.sheraton.com/reviews

Signature_____

Bring the Sheraton sleep experience home with you.  Visit SheratonStore.com.

**King, James A.**

| | |
|---|---|
| **From:** | Uber Receipts <noreply@uber.com> |
| **Sent:** | Wednesday, November 20, 2024 10:06 AM |
| **To:** | King, James A. |
| **Subject:** | #EXT#  Your Wednesday morning trip with Uber |

**#External Email#**

## Uber

Total **$58.77**
November 20, 2024

# Total                    $58.77

**AM EX**  $15.00 of your Amex Benefit has been applied to this trip.

---

| | |
|---|---|
| Trip fare | $48.14 |
| | |
| Subtotal | $48.14 |
| PHL Airport Del Co Surcharge | $0.40 |
| Booking Fee ❓ | $5.14 |
| PHL Airport Pickup Surcharge | $4.35 |
| Philadelphia TNC Assessment Fee | $0.74 |

1

## Payments

| | Uber Cash | $15.00 |
|---|---|---|
| | 11/20/24 10:06 AM | |

| | AmEx ••••2009 | $43.77 |
|---|---|---|
| | 11/20/24 10:06 AM | |

**Switch Payment Method**

**Download PDF**

# You rode with Md

**4.99** ★ Rating       👤   Has passed a multi-step safety screen

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more >**

**9:38 AM**

Terminals A and B,
Philadelphia, PA 19153, US

**10:05 AM**

422 Delaware Ave,
Wilmington, DE 19801, US



Report lost item ›          Contact support›          My trips ›

3

**King, James A.**

| | |
|---|---|
| **From:** | noreply=uber.com@mgt.uber.com on behalf of Uber Receipts <noreply@uber.com> |
| **Sent:** | Thursday, November 21, 2024 4:32 PM |
| **To:** | King, James A. |
| **Subject:** | #EXT# Your Thursday afternoon trip with Uber |

**#External Email#**

# Uber

Total **$44.00**
November 21, 2024

# Total                                     $44.00

| | |
|---|---|
| Trip fare | $40.31 |
| | |
| Subtotal | $40.31 |
| PHL Airport Dropoff Surcharge | $4.35 |
| PHL Airport Del Co Surcharge | $0.40 |
| Booking Fee ❓ | $6.71 |
| Promotion | -$7.77 |

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

# You rode with DIMITRI

**4.94** ★ Rating                    Has passed a multi-step safety screen

Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more** ›

**3:59 PM**

101 W 10th St, Wilmington,
DE 19801-1609, US

**4:31 PM**

Terminal F, Philadelphia
International Airport (PHL),
Philadelphia, PA 19153, US



Report lost item ›        Contact support›        My trips ›

3

```
            Main Garage
           Columbus, Ohio
          Main Lane Exit 2
          DATE: 11/21/24
          TIME: 09:07 PM

Receipt No.    53/2386/93/1
          * Original *
     Ticket:10221818
     Entry : 11/20/24 06:54 AM
     LPR   : GAQ4207
Amount                  46.00

Credit:              46.00
Trans ID : 785538457
Card No. : xxxxxxxxxxxx2009
Card Type: AMEX

     Please drive safely
```

Parking 46.—
Ubers 102.77
Meals 125.88
Room 189.90



Washington Street Ale House
1206 Washington Street
Wilmington, DE 19801
wsalehouse.com

Server: PM B
Check #93                        Table 21
Guest Count: 2
Ordered:              11/20/24 6:07 PM

1 16oz Garage Beer              $7.00
1 Short Rib Entree             $32.00
  Mashed Potatoes
  Broccoli
1 16oz Stella Artois            $7.00
2 16oz Dogfish Head 90 Minute Imperial IPA
                               $16.00
1 Fish & Chips                 $24.00
  Fries
  Coleslaw
  Tartar

Subtotal                       $86.00
Total                          $86.00

Input Type          C (EMV Chip Read)
AMERICAN EXPRESS        xxxxxxxx2009
Time                         7:15 PM

Transaction Type                Sale
Authorization               Approved
Approval Code                 830797
Payment ID              hzyxKwbhRmkJ
Application ID      A000000025010801
Application Label   AMERICAN EXPRESS
Terminal ID
Merchant ID                061233136
Card Reader                    BBPOS

        Amount               $86.00

        + Tip:           _____

        = Total:          106 -

X_____
           JAMES A KING





Brew Haha - Delaware Ave
222 Delaware Ave
Wilmington, DE 19801

---
## Take Out
---

Server: Justin S
Check #117
Ordered:              11/20/24 10:13 AM

Classic Egg and Cheese          $6.35
  Bagel
    Sesame Seed
    Toasted
Short (12oz) Coffee             $2.90
  Hot
    House
    Room
Classic Plus                    $7.15
  Bagel
    Super Cinnamon
    Toasted
    Bacon

Subtotal                       $16.40
Tip                             $3.28
Total                          $19.68

Credit Card               Contactless
Amex                    xxxxxxxx2009

Transaction Type                Sale
Authorization               Approved
Approval Code                 840812
Payment ID              nYdbWjXqThgq
Application ID      A000000C25010801
Application Label   AMERICAN EXPRESS
Merchant ID              324000000018
Card Reader                    BBPOS

Lunch w/ David

Powered by Toast

Bloomfield

125.88