**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re D.I. 2251** |

**CERTIFICATE OF NO OBJECTION REGARDING FIFTH MONTHLY FEE STATEMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS BANKRUPTCY CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2025, THROUGH AND INCLUDING JANUARY 31, 2025**

The undersigned counsel to the debtors and debtors in possession (the "**Debtors**") hereby certify that, as of the date hereof, they have received no answer, objection or other responsive pleading to the *Fifth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period January 1, 2025, Through and Including January 31, 2025* [D.I. 2251] (the "**Application**"), filed on March 17, 2025.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

The undersigned further certifies that no answer, objection or other responsive pleading to the Application appears on the Court's docket in these cases. Pursuant to the notice filed with the Application, objections to the approval of the Application were to be filed and served no later than April 7, 2025, at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [D.I. 519] entered on October 17, 2024, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Application upon the filing of this Certificate of No Objection without any further court order. The chart below details the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $377,279.00 | $15,448.92 | $301,823.20 | $317,272.12 |

*[Remainder of page left intentionally blank]*

Dated: April 9, 2025
Wilmington, Delaware

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    /s/ *Sophie Rogers Churchill*
                    Robert J. Dehney, Sr. (No. 3578)
                    Andrew R. Remming (No. 5120)
                    Tamara K. Mann (No. 5643)
                    Sophie Rogers Churchill (No. 6905)
                    Casey B. Sawyer (No. 7260)
                    1201 N. Market Street, 16th Floor
                    Wilmington, DE 19801
                    Tel: (302) 658-9200
                    rdehney@morrisnichols.com
                    aremming@morrisnichols.com
                    tmann@morrisnichols.com
                    srchurchill@morrisnichols.com
                    csawyer@morrisnichols.com

                    *-and-*

                    DAVIS POLK & WARDWELL LLP

                    Brian M. Resnick (admitted *pro hac vice*)
                    Adam L. Shpeen (admitted *pro hac vice*)
                    Stephen D. Piraino (admitted *pro hac vice*)
                    Jonah A. Peppiatt (admitted *pro hac vice*)
                    Ethan Stern (admitted *pro hac vice*)
                    450 Lexington Avenue
                    New York, NY 10017
                    Tel.: (212) 450-4000
                    brian.resnick@davispolk.com
                    adam.shpeen@davispolk.com
                    stephen.piraino@davispolk.com
                    jonah.peppiatt@davispolk.com
                    ethan.stern@davispolk.com

                    *Counsel to the Debtors and Debtors in Possession*