**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re D.I. 2282** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIFTH MONTHLY**
**FEE STATEMENT OF DAVIS POLK & WARDWELL LLP, AS BANKRUPTCY**
**COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR**
**ALLOWANCE OF MONTHLY COMPENSATION AND**
**FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY**
**EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2025,**
**THROUGH AND INCLUDING JANUARY 31, 2025**

The undersigned counsel to the debtors and debtors in possession (the "**Debtors**")

hereby certify that, as of the date hereof, they have received no answer, objection or other

responsive pleading to the *Fifth Monthly Fee Statement of Davis Polk & Wardwell, LLP, as*

*Bankruptcy Counsel for the Debtors and Debtors In Possession, for Allowance of Monthly*

*Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the*

*Period January 1, 2025, Through and Including January 31, 2025* [D.I. 2282] (the "**Application**"),

filed on March 18, 2025.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

The undersigned further certifies that no answer, objection or other responsive pleading to the Application appears on the Court's docket in these cases.  Pursuant to the notice filed with the Application, objections to the approval of the Application were to be filed and served no later than April 8, 2025 at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [D.I. 519] entered on October 17, 2024, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Application upon the filing of this Certificate of No Objection without any further court order.  The chart below details the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $2,232,226.00 | $8,652.35 | $1,785,780.80 | $1,794,433.15 |

*[Remainder of page left intentionally blank]*

Dated: April 9, 2025
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Brianna N. V. Turner*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Casey B. Sawyer (No. 7260)
Brianna N. V. Turner (No. 7468)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
csawyer@morrisnichols.com
bturner@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Jonah A. Peppiatt (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*

3