**EXHIBIT A**

| Store # | Location | LL Entity | LL Contact | LL Email (Counsel) | Assignee | Cure |
|---|---|---|---|---|---|---|
| 487 | 1103 VOLUNTEER PKWY BRISTOL TN | BRENDA RIGSBY | BRENDA RIGSBY | skytrace7@gmail.com | Tractor Supply Company, a Delaware Corporation  jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0 |
| 4641 | 8318 FM 78 CONVERSE TX | TJ ELITE PROPERTIES, LLC | Troy Lott | troylott17@gmail.com  heitmanl@ballardspahr.com roglenl@ballardspahr.com vesperm@ballardspahr.com williamsone@ballardspahr.com branchd@ballardspahr.com zarnighiann@ballardspahr.com shahbazis@ballardspahr.com ganzc@ballardspahr.com myersm@ballardspahr.com newellj@ballardspahr.com | Tractor Supply Co. of Texas, LP, a Texas limited partnership  jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0 |
| 1244 | 101 N SEVEN OAKS DR KNOXVILLE TN | WINDSOR 15 LLC | Patrick Frese | patrick@tarantino.com (Daniel Reitz dreitz@brickergraydon.com) | Tractor Supply Company, a Delaware Corporation  jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0 |
| 1555 | 3830 S NOVA RD PORT ORANGE FL | PORT ORANGE RETAIL I, LLC | Tim O'Neil | tim@vanguardassociates.net | Tractor Supply Company, a Delaware Corporation  jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0 |

| | | | | | |
|---|---|---|---|---|---|
| 1145 | 2565 N KANSAS EXPY SPRINGFIELD MO | MORRIS LOAN & INVESTMENT, INC | Neal Wood | morrisloan@sbcglobal.net | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0 |
| 1820 | 404 N CANAL BLVD THIBODAUX LA | LEVERT-ST. JOHN, LLC | Troy Bellanger | tbellanger@levert.net | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0 |
| 1429 | 3190 ATLANTA HWY ATHENS GA | BAC WEST, LLC | Bart Nunley | bartnunley@yahoo.com | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0 |
| 1854 | 70 PEARL ST ESSEX JUNCTION VT | HANDY'S HOTELS & RENTALS, LLC | Shawn Handy | handysrentals@yahoo.com | Tractor Supply Company Northeast, LLC, a Delaware limited liability company<br><br>jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0 |
| 5425 | 1170 MAE ST HUMMELSTOWN PA | U & ME HERSHEY LLC | Marc Underberg | marc@ahconco.com | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0 |
| 5291 | 40 RISING SUN TOWN CENTER RISING SUN MD | RISING SUN OWNER, LP | Leo Ullman | lsu@vastgood.com<br><br>(Dana Plon dplon@sirlinlaw.com) | Tractor Supply Company, a Delaware Corporation<br><br>jrowland@bakerdonelson.com ccombs@TractorSupply.com | $50,901 |

2

| | 465 COORS BLVD NW ALBUQUERQUE NM | 465COORSALBQ LLC | Robert Faussner | rfaussner@aol.com (Jeff Kirchmann Jkrichmann@lubinolson.com) | Tractor Supply Company, a Delaware Corporation jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0.00 |
| 1982 | | | | | | |
| | 3834 S 6TH KLAMATH FALLS OR | RODEO INN LYNNWOOD INC | Justin Mullens | jmullens@bluestonemgt.com (Holly Hayman hhayman@fwwlaw.com) | Tractor Supply Company West, LLC, a Delaware limited liability company jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0.00 |
| 4512 | | | | | | |
| | 4310 SHIPYARD BLVD. WILMINGTON NC | ZP NO. 183, LLC | Herbert Zimmer | herbertzimmer@zdc.com | Tractor Supply Company, a Delaware Corporation jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0.00 |
| 5130 | | | | | | |
| | 1530 E 17TH ST IDAHO FALLS ID | HALL PARK, LLC | Ryan Meikle | ryan.meikle@bradhallcompanies.com | Tractor Supply Company West, LLC, a Delaware limited liability company jrowland@bakerdonelson.com ccombs@TractorSupply.com | $4,770 |
| 1939 | | | | | | |

3