**EXHIBIT A**

| Store # | Location | LL Entity | LL Contact | LL Email (Counsel) | Assignee | Cure |
|---|---|---|---|---|---|---|
| 4696 | 4555 16TH ST MOLINE IL | KIN PROPERTIES | Lee Cherney | lcherney@kinproperties.com vbarducci@kinproperties.com (Jeffrey Rhodes jrhodes@tlclawfirm.com; Ericka Johnson ejohnson@bayardlaw.com) | Tractor Supply Company, a Delaware Corporation jrowland@bakerdonelson.com ccombs@TractorSupply.com | $0.00 |

3