## Schedule 1

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---|---|---|---|---|---|---|
| 1 | 5119 | 3129 HWY 74 W., Monroe, NC 28110 | Big Lots Stores, LLC | IA Monroe Poplin, L.L.C. | InvenTrust Property Management LLC 3025 Highland Parkway, Ste. 350, Downers Grove, IL 60515 | 3/24/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |