## EXHIBIT A

**Designated Leases**

| Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Landlord Counsel Email Address(es) | Cure |
|---|---|---|---|---|---|---|
| 451 | 3961 HOOVER RD GROVE CITY, OH | Big Lots Stores-CSR, LLC | Eastgrove Shopping Center, LLC | C/O WILLIAM R. ROTH & ASSOCIATES, 395 LIBRARY PARK SOUTH, COLUMBUS, OH, 43215 | Robert B. Berner, rberner@baileycav.com Scott J. Leonhardt scott.leonhardt@esbrook.com | $15,739.00 |
| 560 | 843 W BLOOMINGDALE AVE BRANDON, FL | Big Lots Stores, LLC | B&B Kings Row Holdings LLC | C/O BRUCE STRUMPF, INC, 2120 DREW STREET, CLEARWATER, FL, 33765 | Robert B. Berner, rberner@baileycav.com Scott J. Leonhardt scott.leonhardt@esbrook.com | $0.00 |
| 5380 | 110 S 7TH ST MARIETTA, OH | Big Lots Stores-CSR, LLC | Warren Terra Inc | 108B SOUTH 7TH STREET, MARIETTA, OH, 45750 | Robert B. Berner, rberner@baileycav.com Scott J. Leonhardt scott.leonhardt@esbrook.com | $0.00 |
| 5432 | 1728 E DIXON BLVD SHELBY, NC | Big Lots Stores, LLC | BVB-NC, LLC | C/O BV BELK PROPERTIES, 204-C WEST WOODLAWN ROAD, CHARLOTTE, NC, 28217 | W. Walt Pettit, walt.pettit@hutchenslawfirm.com Scott J. Leonhardt scott.leonhardt@esbrook.com | $7,250.15 |
| 5448 | 1700 E MAIN ST LANCASTER, OH | Big Lots Stores-CSR, LLC | William R. Roth Lancaster, LLC | C/O ROTH REAL ESTATE GROUP, 395 LIBRARY PARK SOUTH, COLUMBUS, OH, 43215 | W. Walt Pettit, walt.pettit@hutchenslawfirm.com Scott J. Leonhardt scott.leonhardt@esbrook.com | $782.00 |