IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

*SECOND AMENDED*[2] **NOTICE OF AGENDA FOR HEARING SCHEDULED FOR APRIL 10, 2025, AT 3:00 P.M. (ET)**

**THERE ARE NO MATTERS GOING FORWARD.**

**WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

**ADJOURNED MATTERS**

1. Gerald Bogle's Motion for Relief from the Automatic Stay (D.I. 672, filed 10/31/24).

    Objection Deadline: November 14, 2024, at 4:00 p.m. (ET); extended to March 21, 2025, at 11:59 a.m. for the Debtors.

    Responses Received: None at this time.

    Related Documents: None at this time.

    Status: This matter is adjourned to the omnibus hearing scheduled for May 13, 2025, at 1:00 p.m. (ET).

2. Motion of Amy Eskra-Brown for Relief from Bankruptcy Automatic Stay to Proceed Against Insurance Proceeds (D.I. 674, filed 10/31/24).

    Objection Deadline: November 14, 2024, at 4:00 p.m. (ET).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Amended items appear in **bold**.

    Responses Received:

    a)     Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1103, filed 11/14/24).

    Related Documents:

    a)     Notice of Hearing in Support of Motion for Relief from Stay (D.I. 858, filed 11/4/24).

    b)     Declaration of Jonathan Caruso in Support of Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1352, filed 12/16/24).

    Status: This matter is adjourned to the omnibus hearing scheduled for May 13, 2025, at 1:00 p.m. (ET).

3.     Motion of Carol Donnelly for Relief from Bankruptcy Automatic Stay to Proceed Against Insurance Proceeds (D.I. 676, filed 10/31/24).

    Objection Deadline: November 14, 2024, at 4:00 p.m. (ET).

    Responses Received:

    a)     Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1103, filed 11/14/24).

    Related Documents:

    a)     Notice of Hearing in Support of Motion for Relief from Stay (D.I. 861, filed 11/4/24).

    b)     Declaration of Jonathan Caruso in Support of Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1352, filed 12/16/24).

    Status: This matter is adjourned to the omnibus hearing scheduled for May 13, 2025, at 1:00 p.m. (ET).

4.     Motion of Belkis Millan for Relief from the Automatic Stay (D.I. 1625, filed 1/7/25).

    Objection Deadline: January 14, 2025, at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Related Documents: None at this time.

Status: This matter is adjourned to the omnibus hearing scheduled for May 13, 2025, at 1:00 p.m. (ET).

5. Motion of Katie J. Jennings and Allen Jennings for Relief from the Automatic Stay (D.I. 2047, filed 2/21/25).

   Objection Deadline: March 18, 2025, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents: None at this time.

   Status: This matter is adjourned to the omnibus hearing scheduled for May 13, 2025, at 1:00 p.m. (ET).

6. Denzel Anderson's Motion for Relief from the Automatic Stay (D.I. 2201, filed 3/11/25).

   Objection Deadline: March 18, 2025, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents: None at this time.

   Status: This matter is adjourned to the omnibus hearing scheduled for May 13, 2025, at 1:00 p.m. (ET).

**MATTERS GOING FORWARD**

7. Notice of Filing of Fifth Post-Closing Designation Notice (D.I. 1923, filed 2/3/25).

   Objection Deadline: February 18, 2025, at 4:00 p.m. (ET).

   Responses Received:

   a) Limited Objection by BVB-NC, LLC to Debtor's Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 2003, filed 2/18/25).

   b) The Marietta, Ohio Landlord's Objection to Fifth Post-Closing Designation Notice and Reservation of Rights (D.I. 2011, filed 2/19/25).

   c) The Brandon, Florida Landlord's Objection to Fifth Post-Closing Designation Notice and Reservation of Rights (D.I. 2015, filed 2/19/25).

   d) The Lancaster, Ohio Landlord's Objection to Fifth Post-Closing Designation Notice and Reservation of Rights (D.I. 2016, filed 2/19/25).

    e)    The Grove City, Ohio Landlord's Objection to Fifth Post-Closing Designation Notice and Reservation of Rights (D.I. 2017, filed 2/19/25).

Related Documents:

    a)    Debtors' Omnibus Reply to Certain Objections to Debtors' Assumption and Assignment of Non-Residential Real Property Leases (D.I. 2347, filed 3/24/25).

    b)    Certification of Counsel Regarding Assumption and Assignment of Nonresidential Real Property Leases (D.I. 2541, filed 4/9/25).

Status: A certification of counsel has been filed. No hearing is necessary unless the Court directs otherwise.

8. Notice of Filing of Twelfth Post-Closing Designation Notice (D.I. 2084, filed 2/25/25).

Objection Deadline: March 12, 2025, at 4:00 p.m. (ET).

Responses Received:

    a)    Objection and Reservation of Rights of Kin Properties Inc. and its Affiliated Landlords to Debtors' Proposed Assumption and Assignment of Lease (D.I. 2212, filed 3/12/25).

    b)    Informal comments received from R&A Properties, landlord to Store #5369.

Related Documents:

    a)    [SEALED] Debtors' Reply to the Objection of Kin Properties to Debtors' Assumption and Assignment of Non-Residential Real Property Lease (D.I. 2342, filed 3/23/25).

    b)    Debtors' Omnibus Reply to Certain Objections to Debtors' Assumption and Assignment of Non-Residential Real Property Leases (D.I. 2347, filed 3/24/25).

    c)    Motion of Debtors for Leave to File Debtors' Replies to Certain Objections to Debtors' Assumption and Assignment of Non-Residential Real Property Leases (D.I. 2348, filed 3/24/25).

    d)    Notice of Filing of Redacted Version of Debtors' Reply to the Objection of Kin Properties to Debtors' Assumption and Assignment of Non-Residential Real Property Lease (D.I. 2349, filed 3/24/25).

Status: For response (a), the Debtors are engaged in discussions with the landlord on a consensual alternate resolution that will be the subject of an amended designation notice. Response (b) is not going forward at this time.

9.  Notice of Filing of Seventeenth Post-Closing Designation Notice (D.I. 2159, filed 3/2/25).

    Objection Deadline: March 17, 2025, at 4:00 p.m. (ET).

    Responses Received:

    a)  Objection of UE Revere LLC to Notice of Filing of Seventeenth Post-Closing Designation Notice and Notice of Amended Cure Amounts for Seventeenth Post-Closing Designation Notice (D.I. 2249, filed 3/17/25).

    Related Documents:

    a)  Declaration of William Vrettas in Support of Assumption and Assignment of the Revere, MA Lease to Burlington (D.I. 2525, filed 4/8/25).

    b)  Witness and Exhibit List of Burlington Stores, Inc. Relating to Matters Scheduled for Hearing on April 10, 2025 at 3:00 p.m. (D.I. 2526, filed 4/8/25).

    Status: The parties have reached an agreement in principle and intend to file a form of order under certification of counsel.

10. Motion to File Under Seal Certain Confidential Information in Its Objection to Debtors' Proposed Assumption and Assignment of Its Unexpired Lease in Eighteenth Post-Closing Designation Notice (D.I. 2366, filed 3/24/25).

    Objection Deadline: April 7, 2025, at 4:00 p.m. (ET).

    Responses Received:

    a)  None.

    Related Documents:

    a)  Notice of Hearing of 1255 Sunrise Realty, LLC's Motion to File Under Seal Certain Confidential Information in Its Objection to Debtors Proposed Assumption and Assignment of Its Unexpired Lease in Eighteenth Post-Closing Designation Notice (D.I. 2374, filed 3/24/25).

    b)  Order (I) Authorizing (A) Redaction of Certain Confidential Information from Paragraph 20 To Objection To Debtors' Proposed Assumption and Assignment of its Unexpired Lease in Eighteenth Post-Closing Designation Notice, and (B) Filing of Unredacted Version Under Seal; and (II) Granting Related Relief (D.I. 2528, entered 4/8/25).

    Status: An order has been entered on this matter. No hearing is necessary.

11. Debtors' Motion for Entry of an Order Authorizing the Debtors To File Under Seal the (1) Debtors' Reply to the Objection of Kin Properties to Debtors' Assumption and Assignment of Non-Residential Real Property Lease and the (2) Debtors' Omnibus Reply to the Objections to Debtors' Assumption and Assignment of Non-Residential Real Property to Forman Mills (D.I. 2391, filed 3/25/25).

    Objection Deadline: April 10, 2025, at 3:00 p.m. (ET).

    Responses Received:

    a) None at this time.

    Related Documents:

    a) [SEALED] Debtors' Reply to the Objection of Kin Properties to Debtors' Assumption and Assignment of Non-Residential Real Property Lease (D.I. 2342, filed 3/23/25).

    b) [SEALED] Debtors' Omnibus Reply to the Objections to Debtors' Assumption and Assignment of Non-Residential Real Property Leases to Forman Mills (D.I. 2343, filed 3/23/25).

    Status: Pursuant to Local Rule 9018-1(d)(vi), this matter is not going forward because agenda item eight (8) is no longer going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 10, 2025
Wilmington, Delaware

      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Casey B. Sawyer*
      Robert J. Dehney, Sr. (No. 3578)
      Andrew R. Remming (No. 5120)
      Daniel B. Butz (No. 4227)
      Sophie Rogers Churchill (No. 6905)
      Casey B. Sawyer (No. 7260)
      1201 N. Market Street, 16th Floor
      Wilmington, DE 19801
      Tel: (302) 658-9200
      rdehney@morrisnichols.com
      aremming@morrisnichols.com
      dbutz@morrisnichols.com
      srchurchill@morrisnichols.com
      csawyer@morrisnichols.com

      -and-

      DAVIS POLK & WARDWELL LLP

      Brian M. Resnick (admitted *pro hac vice*)
      Adam L. Shpeen (admitted *pro hac vice*)
      Stephen D. Piraino (admitted *pro hac vice*)
      Ethan Stern (admitted *pro hac vice*)
      450 Lexington Avenue
      New York, NY 10017
      Tel.: (212) 450-4000
      brian.resnick@davispolk.com
      adam.shpeen@davispolk.com
      stephen.piraino@davispolk.com
      ethan.stern@davispolk.com

      *Counsel to the Debtors and Debtors in Possession*