**Exhibit 2**

**Redline**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** [●]2100 |

### ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES EFFECTIVE AS OF FEBRUARY 28, 2025 AND (B) ABANDON CERTAIN PERSONAL PROPERTY AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]2100]; and this Court having jurisdiction over this matter

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Contracts and Leases listed on **Schedule 1** attached hereto are hereby rejected as of February 28, 2025 (the "**Rejection Date**") or, for a real property Lease, the later of (A) the Rejection Date; (B) the date upon which the applicable Debtor surrenders in writing (including via email) the premises to the landlord and returns the keys, key codes, or security codes, as applicable (or certifies in writing that the landlord is authorized to change the locks); and (C) such other date to which the Debtors and the applicable Counterparty have agreed to.

2. The Debtors are authorized, but not directed, to abandon any abandoned property described on **Schedule 1** attached hereto, and any abandoned property of the Debtors remaining in the leased premises after the Rejection Date shall be deemed abandoned as of the Rejection Date.

3. All applicable landlords or their designees shall be authorized to use or dispose of any abandoned property without notice or liability to any Debtor or consenting non-Debtor third party and without further order of the Court, and, to the extent applicable, the automatic stay is modified to allow such disposition.

4. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

5. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for, or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

7. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

8.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

9.      The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

10.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases Abandoned Property**

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 1. | 316 | 371 VILLAGE DR PRESTONSBURG, KY | Big Lots Stores, LLC | REGENCY COMMERCIAL ASSOCIATES LLC | 380 N. CROSS POINTE BLVD, EVANSVILLE, IN, 47715-4027 | 2/28/2025 |
| 2. | 1243 | 888 GREEN BLVD AURORA, IN | Big Lots Stores, LLC | REGENCY CSP IV LLC | REGENCY PROPERTIES, 380 N. CROSS POINTE BLVD., EVANSVILLE, IN, 47715-4027 | 2/28/2025 |
| 3. | 256 | 2000 E TIPTON ST SEYMOUR, IN | Big Lots Stores, LLC | REGENCY MADBEDSEY LLC | 380 N. CROSS POINTE BLVD, EVANSVILLE, IN, 47715-4027 | 2/28/2025 |
| 4. | 257 | 3309 16TH ST BEDFORD, IN | Big Lots Stores, LLC | REGENCY MADBEDSEY LLC | 380 N. CROSS POINTE BLVD, EVANSVILLE, IN, 47715-4027 | 2/28/2025 |
| 5. | 4668 | 197 MERCHANTS WALK SUMMERSVILLE, WV | Big Lots Stores-PNS, LLC | REGENCY SUMMERSVILLE LLC | PO BOX 772302, DETROIT, MI, 48277-2302 | 2/28/2025 |
| 6. | 4420 | 104 ARMOUR DR HOUMA, LA | Big Lots Stores-PNS, LLC | RHINO HOLDINGS HOUMA LLC | 2200 PASEO VERDE PKWY STE 260, HENDERSON, NV, 89052-2703 | 2/28/2025 |
| 7. | 4450 | 755 DESERT FLOWER BLVD PUEBLO, CO | Big Lots Stores-PNS, LLC | RHINO HOLDINGS PUEBLO, LLC | C/O 1045, LLC, 1045 S WOODS MILL RD, SUITE ONE, TOWN AND COUNTRY, MO, 63017 | 2/28/2025 |
| 8. | 1247 | 3779 NATIONAL RD E RICHMOND, IN | Big Lots Stores, LLC | RICHMOND COMMONS LLC | C/O H.L. LIBBY CORPORATION, 803 COMMONWEALTH DRIVE, WARRENDALE, PA, 15086 | 2/28/2025 |
| 9. | 1927 | 1660 RIO RANCHO DR SE RIO RANCHO, NM | Big Lots Stores, LLC | RIO RANCHO OF NEW MEXICO LP | 5350 W HILLSBORO BLVD, SUITE B-104, COCONUT CREEK, FL, 33073-4396 | 2/28/2025 |
| 10. | 4702 | 6375 MONTANA AVE SUITE 101 EL PASO, TX | Big Lots Stores-PNS, LLC | RIVER OAKS PROPERTIES LTD | 5678 N MESA STREET, EL PASO, TX, 79912 | 2/28/2025 |
| 11. | 1900 | 2350 MIRACLE MILE STE 500 BULLHEAD CITY, AZ | Big Lots Stores, LLC | RIVERMART, LLC | C/O FRED LEEDS PROPERTY MANAGEMENT, 3860 CRENSHAW BLVD., STE 201, LOS ANGELES, CA, 90008 | 2/28/2025 |
| 12. | 5092 | 5419 ROBERTS RD HILLIARD, OH | Big Lots Stores, LLC | ROBERTS CROSSING LLC | C/O CARNEGIE COMPANIES, INC, 6190 COCHRAN RD SUITE A, SOLON, OH, 44139 | 2/28/2025 |
| 13. | 1983 | 820 E 21ST ST CLOVIS, NM | Big Lots Stores, LLC | ROCKRIDGE PLAZA SHOPPING CENTER LP | C/O STERLING PROPERTIES, 1018 S VAN BUREN ST, AMARILLO, TX, 79101 | 2/28/2025 |
| 14. | 4661 | 10771 GATEWAY SOUTH BLVD STE G EL PASO, TX | Big Lots Stores-PNS, | ROP NORTH HILLS | 5678 N MESA STREET, EL PASO, TX, 79912 | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| | | | LLC | CROSSING, LLC | | |
| 15. | 1388 | 15501 BUSTLETON AVE PHILADELPHIA, PA | Big Lots Stores, LLC | RP SANSOM, LP | 555 E LANCASTER AVE STE 120, RADNOR, PA, 19087 | 2/28/2025 |
| 16. | 1746 | 1588 SPRING MEADOWS DR HOLLAND, OH | Big Lots Stores, LLC | RPT SPRING MEADOWS LLC | 500 NORTH BROADWAY, STE 201, PO BOX 9010, JERICHO, NY, 11753 | 2/28/2025 |
| 17. | 1850 | 3240 MEMORIAL PKWY NW HUNTSVILLE, AL | Big Lots Stores, LLC | RR HUNTSVILLE, LLC, SR HUNTSVILLE, LLC | AND MH HUNTSVILLE, LLC, 110 EAST ANDREWS DRIVE, SUITE 211, ATLANTA, GA, 30305 | 2/28/2025 |
| 18. | 1848 | 648 E MAIN ST LANSDALE, PA | Big Lots Stores, LLC | RREF IV D MLVN PA LLC | 550 E SWEDESFORD RD STE 150, WAYNE, PA, 19087-1607 | 2/28/2025 |
| 19. | 1497 | 4200 WADE GREEN RD NW STE 144 KENNESAW, GA | Big Lots Stores, LLC | RTC WADE GREEN LLC | C/O MACLAY PROPERTIES COMPANY, INC, 7557 RAMBLER ROAD, STE 915, DALLAS, TX, 75231-2367 | 2/28/2025 |
| 20. | 1402 | 3923 KELL BLVD WICHITA FALLS, TX | Big Lots Stores, LLC | RUBY PROPERTY CORPORATION | 5755 EASTEX FRWY, BEAUMONT, TX, 77706 | 2/28/2025 |
| 21. | 1633 | 2525 E MARKET ST LOGANSPORT, IN | Big Lots Stores, LLC | RYNALCO, INC. | ATTN: MARK A. WASTL, 4462 WELLSWOOD BEND, CARMEL, IN, 46033-7006 | 2/28/2025 |
| 22. | 1143 | 207 AIRPORT RD HOT SPRINGS NATIONAL PARK, AR | Big Lots Stores, LLC | S & M INVESTORS, LLC | C/O COLLIERS, PO BOX 3546, LITTLE ROCK, AR, 72203 | 2/28/2025 |
| 23. | 1707 | 15977 STATE ROUTE 170 EAST LIVERPOOL, OH | Big Lots Stores, LLC | S.R. 170 PROPERTIES, LLC | 1990 NILES - CORTLAND ROAD, CORTLAND, OH, 44410 | 2/28/2025 |
| 24. | 1581 | 404 N FRUITLAND BLVD SALISBURY, MD | Big Lots Stores, LLC | SALISBURY HOLDINGS, L.P. | C/O NATIONAL REALTY & DEVELOPMENT CORP, 225 LIBERTY STREET, 31ST FLOOR, NEW YORK, NY, 10281-1089 | 2/28/2025 |
| 25. | 1895 | 6777 WINCHESTER RD MEMPHIS, TN | Big Lots Stores, LLC | SAPALA MEMPHIS LLC | 6410 POPLAR AVE STE 1000, MEMPHIS, TN, 38109 | 2/28/2025 |
| 26. | 5491 | 300 S FAYETTE ST, STE D SHIPPENSBURG, PA | Big Lots Stores, LLC | SASSAN EMRAL SHAOOL | ADAM EMRAL SHAOOL, 1741 DUAL HWY , HAGERSTOWN , MD , 21740 | 2/28/2025 |
| 27. | 1018 | 21 S MAIN ST JAMESTOWN, NY | Big Lots Stores, LLC | SAVARINA CORPORATION | 102 HARDENBURGH RD, PINE BUSH, NY, 12566-5717 | 2/28/2025 |
| 28. | 1018 - Storage | 21 S MAIN ST JAMESTOWN, NY | Big Lots Stores, LLC | SAVARINA CORPORATION | 102 HARDENBURGH RD, PINE BUSH, NY, 12566-5717 | 2/28/2025 |
| 29. | 1969 | 2466 W PROSPECT RD ASHTABULA, OH | Big Lots Stores, LLC | SAYBROOK PLAZA SHOPPING | C/O VINAY SIKKA, 7636 S FLANDERS ST, CENTENNIAL, CO, 80016 | 2/28/2025 |

2

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| | | | | CENTER LLC | | |
| 30. | 4751 | 2302 W PIERCE ST CARLSBAD, NM | Big Lots Stores-PNS, LLC | SB RETAIL GROUP CARLSBAD LLC | 1601 PALOMINO RIDGE DRIVE, AUSTIN, TX, 78733-6047 | 2/28/2025 |
| 31. | 1692 | 1121 BROAD ST SUMTER, SC | Big Lots Stores, LLC | SELECT WESMARK PLAZA LLC ATTN: GARRISON CENTRAL | C/O SELECT STRATEGIES BROKERAGE LLC, 400 TECHNE CENTER DRIVE, STE 320, MILFORD, OH, 45150-3710 | 2/28/2025 |
| 32. | 412 | 115 SEMINOLE PLZ MADISON HEIGHTS, VA | Big Lots Stores, LLC | SEMINOLE PROPERTIES LLC | ATTN: BETH BIBLE LAMBERT, 450 SOUTH CHURCH STREET, FINCASTLE, VA, 24090 | 2/28/2025 |
| 33. | 1923 | 1515 MAIN ST BILLINGS, MT | Big Lots Stores, LLC | SFH, LLC | C/O AARON SPARBOE, PO BOX 1942, BILLINGS, MT, 59103 | 2/28/2025 |
| 34. | 4463 | 1717 OAKDALE RD MODESTO, CA | Big Lots Stores-PNS, LLC | SHEILA L. ORTLOFF, TRUSTEE OF THE | ORTLOFF FAMILY LIVING TRUST DATED 7/17/92, 702 MARSHALL STREET #420, REDWOOD CITY, CA, 94063 | 2/28/2025 |
| 35. | 1164 | 1840 E MICHIGAN RD SHELBYVILLE, IN | Big Lots Stores, LLC | SHELBYVILLE PARTNERS, LLC | C/O ANCHOR INVESTMENTS, 2926 FOSTER CREIGHTON DR., NASHVILLE, TN, 37204 | 2/28/2025 |
| 36. | 4477 | 903 E BENDER BLVD HOBBS, NM | Big Lots Stores-PNS, LLC | SHERWOOD OAKS SHOPPING CENTER LP | 7420 GOLDEN POND PLACE STE 100, AMARILLO, TX, 79121-1977 | 2/28/2025 |
| 37. | 5226 | 139 WESTFIELDS STREET HARTSVILLE, SC | Big Lots Stores, LLC | SHOPS AT NEWBERRY DE LLC | PO BOX 746432, ATLANTA, GA, 30374-6432 | 2/28/2025 |
| 38. | 4519 | 4421 S WHITE MOUNTAIN RD STE A SHOW LOW, AZ | Big Lots Stores-PNS, LLC | SHOW LOW YALE CASITAS, LLC | C/O CAPITAL ASSET MANAGEMENT, 2701 E CAMELBACK RD, SUITE 170, PHOENIX, AZ, 85016 | 2/28/2025 |
| 39. | 5129 | 15177 PEARL ROAD STRONGSVILLE, OH | Big Lots Stores, LLC | SHURMER STRONGSVILLE, LLC | C/O EMMCO CORPORATION, 3681 S. GREEN RD SUITE 201, BEACHWOOD, OH, 44122 | 2/28/2025 |
| 40. | 5301 | 102 UTICA STREET HAMILTON, NY | Big Lots Stores, LLC | SILVER HAMILTON, LLC | C/O SILVER BUILDERS REAL ESTATE CORP, 3109 STIRLING ROAD, SUITE 200, FT. LAUDERDALE, FL, 33312 | 2/28/2025 |
| 41. | 1075 | 86 APPALACHIAN PLZ SOUTH WILLIAMSON, KY | Big Lots Stores, LLC | SKSO PROPERTIES, INC. | 215 LOGAN STREET, SUITE 10, WILLIAMSON, WV, 25661 | 2/28/2025 |
| 42. | 1221 | 6408 WESLEY ST | Big Lots Stores, | SOUTH CENTRAL | 340 OWEN LANE, WACO, TX, 76710 | 2/28/2025 |

3

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| | | GREENVILLE, TX | LLC | INDUSTRIAL PROPERTIES XIV, L.P. | | |
| 43. | 1723 | 2603 THORNTON LN TEMPLE, TX | Big Lots Stores, LLC | SOUTH LOOP SHOPPING CENTER, LTD | C/O QUINE AND ASSOCIATES, P.O. BOX 833009, RICHARDSON, TX, 75083-3009 | 2/28/2025 |
| 44. | 1157 | 1362 SOUTHERN HILLS CTR WEST PLAINS, MO | Big Lots Stores, LLC | SOUTHERN HILLS CENTER LTD | 3335 N US HIGHWAY 63, WEST PLAINS, MO, 65775-6497 | 2/28/2025 |
| 45. | 5344 | 400 N NAVY BLVD STE 11-14 PENSACOLA, FL | Big Lots Stores, LLC | SOUTHGATE PLAZA, LLC | 3636 N CAUSEWAY BLVD STE 200, METAIRIE, LA, 70002 | 2/28/2025 |
| 46. | 1608 | 344 HOSPITAL DR GLEN BURNIE, MD | Big Lots Stores, LLC | SOUTHGATE SHOPPING CENTER LLP | C/O GSG BOOKKEEPING SERVICES LLC, 10045 RED RUN BLVD SUITE 100, OWINGS MILLS, MD, 21117 | 2/28/2025 |
| 47. | 4552 | 1404 N LOOP 336 W CONROE, TX | Big Lots Stores-PNS, LLC | SOUTHWEST PROPERTY MANAGEMENT, INC. | ATTN: DEXTER BRABAND, 900 TOWN & COUNTRY LANE, SUITE 210, HOUSTON, TX, 77024 | 2/28/2025 |
| 48. | 1484 | 3415 BELL ST AMARILLO, TX | Big Lots Stores, LLC | SPANISH CROSSROADS DUNHILL LLC | 3100 MONTICELLO AVE., SUITE 300, DALLAS, TX, 75205 | 2/28/2025 |
| 49. | 5424 | 11912 SEMINOLE BLVD, UNIT A LARGO, FL | Big Lots Stores, LLC | SPI LARGO VILLAGE, LLC | C/O CF PROPERTIES CORP., 6625 MIAMI LAKES DRIVE, #340, MIAMI LAKES, FL, 33014 | 2/28/2025 |
| 50. | 5258 | 28 WHITES CROSSING LN WHITEVILLE, NC | Big Lots Stores, LLC | SPIRIT MASTER FUNDING IV, LLC | ATTN: REALTY INCOME CORPORATION, 11995 EL CAMINO REAL, SAN DIEGO, CA, 92130 | 2/28/2025 |
| 51. | 49 | 825 MAIN ST MILFORD, OH | Big Lots Stores-CSR, LLC | ST VINCENT DePAUL STORES INC | 1125 BANK ST, CINCINNATI, OH, 45214 | 2/28/2025 |
| 52. | 1390 | 1200 SMALLWOOD DR W WALDORF, MD | Big Lots Stores, LLC | ST. CHARLES PLAZA LLC | C/O WPG, 4900 EAST DUBLIN GRANVILLE RD, 4TH FLOOR, COLUMBUS, OH, 43081 | 2/28/2025 |
| 53. | 226 | 4121 SHELBYVILLE RD LOUISVILLE, KY | Big Lots Stores, LLC | ST. MATTHEWS PAVILION, LLC | C/O TIM HELSON, PO BOX 30, SMITHFIELD, KY, 40068-0030 | 2/28/2025 |
| 54. | 228 | 503 BENNER PIKE STATE COLLEGE, PA | Big Lots Stores, LLC | SUBURBAN REALTY JOINT VENTURE | C/O KEYSTONE REAL ESTATE GROUP, 431 SCIENCE PARK RD STE 301, STATE COLLEGE, PA, 16803 | 2/28/2025 |
| 55. | 228 - Storage | 503 BENNER PIKE STATE | Big Lots Stores, | SUBURBAN | C/O KEYSTONE REAL ESTATE GROUP, | 2/28/2025 |

4

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| | | COLLEGE, PA | LLC | REALTY JOINT VENTURE | 431 SCIENCE PARK RD STE 301, STATE COLLEGE, PA, 16803 | |
| 56. | 4662 | 1733 WEST LOOP 281 LONGVIEW, TX | Big Lots Stores-PNS, LLC | SUMMIT NORTHWEST VILLAGE, LLC | C/O THE WOODMONT COMPANY, 2100 WEST 7TH STREET, FORT WORTH, TX, 76107 | 2/28/2025 |
| 57. | 229 | 105 LONGMIRE RD CLINTON, TN | Big Lots Stores, LLC | SUMMIT PROPERTIES PARTNERSHIP | C/O HOLLINGSWORTH COMPANIES, TWO CENTRE PLAZA, CLINTON, TN, 37716 | 2/28/2025 |
| 58. | 1680 | 1227 W MAIN ST SALEM, VA | Big Lots Stores, LLC | SVS HOSPITALITY INC | 1535 LINKS VIEW DR, SALEM, VA, 24153-8905 | 2/28/2025 |
| 59. | 1729 | 4650 S US HIGHWAY 41 TERRE HAUTE, IN | Big Lots Stores, LLC | SWG-TERRE HAUTE, LLC | C/O GARNER GROUP, 3715 NORTHSIDE PARKWAY, SUITE 4-325, ATLANTA, GA, 30327 | 2/28/2025 |
| 60. | 1534 | 2500 E WASHINGTON ST EAST PEORIA, IL | Big Lots Stores, LLC | TBF GROUP FONDULAC LLC | 175 GREAT NECK RD STE 201, GREAT NECK, NY, 11021-3351 | 2/28/2025 |
| 61. | 1696 | 2211 W MAIN ST NORMAN, OK | Big Lots Stores, LLC | TC NORMAN INVESTMENTS | 15640 QUORUM DRIVE, ADDISON, TX, 75001 | 2/28/2025 |
| 62. | 4245 | 7025 N MESA ST EL PASO, TX | Big Lots Stores-PNS, LLC | TEN EAST PARTNERS, LP | C/O MIMCO, INC., 6500 MONTANA AVENUE, EL PASO, TX, 79925 | 2/28/2025 |
| 63. | 1999 | 1651 PARIS PIKE GEORGETOWN, KY | Big Lots Stores, LLC | THE DEERFIELD COMPANY, INC. | C/O WALTER WAGNER JR CO., LLC, 2115 LEXINGTON ROAD, #110, LOUISVILLE, KY, 40207 | 2/28/2025 |
| 64. | 122 | 1760 S MAIN ST BELLEFONTAINE, OH | Big Lots Stores-CSR, LLC | THE LEATHERY COMPANY | 5 EAST LONG STREET, SUITE 1200, COLUMBUS, OH, 43215-2915 | 2/28/2025 |
| 65. | 1814 | 35507 FORD RD WESTLAND, MI | Big Lots Stores, LLC | THE POINT INVESTMENT, L.L.C. | PO BOX 252451, WEST BLOOMFIELD, MI, 48323 | 2/28/2025 |
| 66. | 1954 | 2485 WARWICK AVE WARWICK, RI | Big Lots Stores, LLC | THE STOP & SHOP SUPERMARKET CO., LLC | ATT: SENIOR VICE PRESIDENT/GEN. COUNSEL, 1385 HANCOCK STREET, QUINCY, MA, 2169 | 2/28/2025 |
| 67. | 1089 | 3200 IRVIN COBB RD PADUCAH, KY | Big Lots Stores, LLC | THF PADUCAH DEVELOPMENT , LP | C/O TKG MANAGEMENT, INC, 211 N. STADIUM BLVD., STE 201, COLUMBIA, MO, 65203-1161 | 2/28/2025 |
| 68. | 5148 | 163 VIRGINIA AVE S STE C TIFTON, GA | Big Lots Stores, LLC | TIFTON RETAIL I LLC | 1003 ALPHARETTA ST STE 100, ROSWELL, GA, 30075 | 2/28/2025 |

5

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| 69. | 1383 | 455 HWY 321 N LENOIR CITY, TN | Big Lots Stores, LLC | TN EQUITIES LLC | C/O UNITED PROPERTIES CORP, 1975 HEMPSTEAD TURNPIKE, STE 309, EAST MEADOW, NY, 11554-1703 | 2/28/2025 |
| 70. | 1487 | 1374 W MAIN ST LEWISVILLE, TX | Big Lots Stores, LLC | TOP HOME LLC | 16545 LOCH KATRINE LANE, HOUSTON, TX, 77084-2766 | 2/28/2025 |
| 71. | 547 | 7565 W HILLSBOROUGH AVE TAMPA, FL | Big Lots Stores, LLC | TOWN 'N' COUNTRY PLAZA, LP | C/O STUART S. GOLDING COMPANY, 204 N HOWARD AVE, TAMPA, FL, 33606-1552 | 2/28/2025 |
| 72. | 1623 | 7408 NIEMAN RD SHAWNEE, KS | Big Lots Stores, LLC | TRAILRIDGE CENTER, L.P. | C/O VARNUM/ARMSTRONG/DEETER, LLC, 11837 COLLEGE BLVD, OVERLAND PARK, KS, 66210 | 2/28/2025 |
| 73. | 1752 | 1109 PARIS RD MAYFIELD, KY | Big Lots Stores, LLC | TRIFECTA CAPITAL LLC | PO BOX 447, MAYFIELD, KY, 42066-0030 | 2/28/2025 |
| 74. | 5406 | 2525 DAWSON RD ALBANY, GA | Big Lots Stores, LLC | TRIGROUP PROPERTIES LLC | 709 CANTON RD STE 240, MARIETTA, GA, 30060-8971 | 2/28/2025 |
| 75. | 1246 | 1146 ERIE BLVD W ROME, NY | Big Lots Stores, LLC | TRIPLE KAP REALTY CORP | C/O CA KAPLAN REAL ESTATE, 1300 FLOYD AVE, ROME, NY, 13440 | 2/28/2025 |
| 76. | 296 | 6829 BURLINGTON PIKE FLORENCE, KY | Big Lots Stores, LLC | TURFWAY PLAZA ASSOCIATES LLC | C/O COTSWOLD GROUP, 550 MAMARONECK AVE, SUITE 411, HARRISON, NY, 10528 | 2/28/2025 |
| 77. | 1682 | 8787 N OWASSO EXPY STE F OWASSO, OK | Big Lots Stores, LLC | TWENTY FIRST PROPERTIES INC | 2121 S COLUMBIA AVE STE 650, TULSA, OK, 74114-3506 | 2/28/2025 |
| 78. | 5355 | 6650 DIXIE HWY LOUISVILLE, KY | Big Lots Stores, LLC | TYLER CENTER LLC | 6060 DUTCHMANS LN STE 110, LOUISVILLE, KY, 40205-3277 | 2/28/2025 |
| 79. | 5198 | 830 STATE ROUTE 35 MIDDLETOWN, NJ | Big Lots Stores, LLC | URBAN EDGE PROPERTIES | C/O MIDDLETOWN UE LLC, 210 ROUTE 4 EAST ATTN LEGAL, PARAMUS, NJ, 7652 | 2/28/2025 |
| 80. | 5360 | 108 FRANKLIN AVE SPARTANBURG, SC | Big Lots Stores, LLC | US PROPERTIES GROUP | ATTN: CINDY HICKS, 800 COLUMBIANA DRIVE SUITE 220, IRMO, SC, 29063 | 2/28/2025 |
| 81. | 86 | 1751 HOMER M ADAMS PKWY ALTON, IL | Big Lots Stores, LLC | VALCOUR DEVELOPMENT | C/O BREIHAN PROPERTIES LLC, 8330 WATSON RD, SUITE 200, ST. LOUIS, MO, 63119 | 2/28/2025 |
| 82. | 1599 | 13926 NACOGDOCHES RD SAN ANTONIO, TX | Big Lots Stores, LLC | VALENCIA HILLS PARTNERS, LP | PO BOX 1390, BEAUMONT, TX, 77704 | 2/28/2025 |
| 83. | 1160 | 1155 S SHANNON ST VAN WERT, OH | Big Lots Stores-CSR, LLC | VAN WERT RE, LLC | ATTN: REAL ESTATE, 317 WEST MAIN CROSS STREET, FINDLAY, OH, 45840 | 2/28/2025 |
| 84. | 1245 | 719 N HAMPTON RD STE 217 DESOTO, TX | Big Lots Stores, LLC | VANYARMOUTH, LLC | C/O CALITEX, LLC, 1625 N STORY ROAD #168, IRVING, TX, 75061 | 2/28/2025 |
| 85. | 1073 | 116 VILLAGE CENTER RD | Big Lots Stores, | VILLAGE | 400 VILLAGE CENTER, HARLAN, KY, | 2/28/2025 |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---|---|---|---|---|---|
| | | HARLAN, KY | LLC | CENTER, LLC | 40831 | |
| 86. | 5476 | 2864 VIRGINIA BEACH BLVD VIRGINIA BEACH, VA | Big Lots Stores, LLC | WAL-MART EAST, LP | ATTN: PHYLLIS OVERSTREET, 2608 SE J STREET, BENTONVILLE, AR, 72712-3767 | 2/28/2025 |
| 87. | 1535 | 1001 S BISHOP AVE ROLLA, MO | Big Lots Stores, LLC | WARREN DAVIS PROPERTIES XVIII, LLC | C/O DAVIS PROPERTY MANAGEMENT, 1540 W. BATTLEFIELD RD, SPRINGFIELD, MO, 65807 | 2/28/2025 |
| 88. | 1631 | 801 LAKE ST ELMIRA, NY | Big Lots Stores, LLC | WARREN L12 LLC | C/O LENNY LINSKER, 12 ISELIN TERRACE, LARCHMONT, NY, 10538 | 2/28/2025 |
| 89. | 5353 | 1001 E MAIN ST BRADFORD, PA | Big Lots Stores, LLC | WASHINGTON GARDENS I & II LP | C/O ZAMIAS SERVICES INC, 1219 SCALP AVE, JOHNSTOWN, PA, 15904 | 2/28/2025 |
| 90. | 5214 | 10235 EAST WASHINGTON ST. INDIANAPOLIS, IN | Big Lots Stores, LLC | WASHINGTON PLACE INDIANA LLC | 1274 49TH STREET, #302, BROOKLYN, NY, 11219 | 2/28/2025 |
| 91. | 111 | 5640 DIXIE HWY WATERFORD, MI | Big Lots Stores, LLC | WATERFORD VILLAGE LLC | PO BOX 252451, WEST BLOOMFIELD, MI, 48325 | 2/28/2025 |
| 92. | 1816 | 2191 WATSON BLVD WARNER ROBINS, GA | Big Lots Stores, LLC | WATSON CENTRAL GA LLC | C/O LIVINGSTON PROPERTIES, P.O. BOX 7078, WARNER ROBINS, GA, 31095 | 2/28/2025 |
| 93. | 1787 | 110 GREENE PLZ WAYNESBURG, PA | Big Lots Stores, LLC | WAYNESBURG ASSOCIATES GENERAL PTNRSHP | C/O PENNMARK MANAGEMENT COMPANY, INC., 1000 GERMANTOWN PIKE, SUITE A2, PLYMOUTH MEETING, PA, 19462 | 2/28/2025 |
| 94. | 1516 | 1025 N TEXAS BLVD STE 1 WESLACO, TX | Big Lots Stores, LLC | WESLACO PALM PLAZA LLC | C/O COMMERCIAL BUILDERS GROUP, LLC, 4629 MARCO DRIVE, SAN ANTONIO, TX, 78218 | 2/28/2025 |
| 95. | 5160 | 35101 EUCLID AVE WILLOUGHBY, OH | Big Lots Stores, LLC | WEST POINT PARTNERS | C/O USA MANAGEMENT, 35110 EUCLID AVENUE, WILLOUGHBY, OH, 44094 | 2/28/2025 |
| 96. | 4737 | 30120 GRAND RIVER AVE FARMINGTON HILLS, MI | Big Lots Stores-PNS, LLC | WEST RIVER SHOPPING CENTER LLC | 5550 HAMPSHIRE DRIVE, WEST BLOOMFIELD, MI, 48322 | 2/28/2025 |
| 97. | 1061 | 570 E MAIN ST JACKSON, OH | Big Lots Stores-CSR, LLC | WESTERVILLE SQUARE INC | 2000 W HENDERSON RD STE 500, COLUMBUS, OH, 43220-2496 | 2/28/2025 |
| 98. | 1462 | 105 S CENTRAL EXPY MCKINNEY, TX | Big Lots Stores, LLC | WESTGATE SHOPPING CENTER, LTD. | 2301 OHIO DRIVE, SUITE 139, PLANO, TX, 75093-3902 | 2/28/2025 |
| 99. | 4689 | 2701 VETERANS PKWY SPRINGFIELD, IL | Big Lots Stores-PNS, | WHITE OAKS PLAZA LLC | C/O WASHINGTON PRIME GROUP, 4900 E DUBLIN GRANVILLE RD 4TH FLOOR, | 2/28/2025 |

7

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|
| ~~~~ | ~~~~ | ~~~~ | ~~LLC~~ | ~~~~ | ~~COLUMBUS, OH , 43081~~ | ~~~~ |

| # | Store # | Store Address | Debtor Entity | Landlord Entity | Landlord Address | Effective Rejection Date | Personal Property |
|---|---------|---------------|---------------|-----------------|------------------|--------------------------|-------------------|
| 1. | 547 | 7565 W HILLSBOROUGH AVE TAMPA, FL | Big Lots Stores, LLC | TOWN 'N' COUNTRY PLAZA, LP | C/O STUART S. GOLDING COMPANY, 204 N HOWARD AVE, TAMPA, FL, 33606-1552 | 2/28/2025 | Racking, Office Furniture, IT Equipment, Storage Units, Filing Cabinets, Signage, G&A items, Miscellaneous Items, Cleaning and Maintenance Equipment, Shopping Carts, Other Miscellaneous Fixtures, Display Coolers |

8