**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Case No. 24-11967 (JKS) |
| | ) | |
| BIG LOTS, INC., *et al*., | ) | |
| | ) | Chapter 11 |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF CONTINUED LIEN PERFECTION PURSUANT TO 11 U.S.C. § 546(b)(2)**

**LIEN HOLDER:**      Moore's Electrical & Mechanical Construction, Inc.

**DEBTOR:**      Big Lots Stores, LLC

**COLLATERAL:**      1639 College Ave/US-74 ALT, Spindale, NC 27545
(Store # 1892)

**LIEN PERFECTED:**      Attached hereto and incorporated by reference herein is a true
and correct copy of the mechanic's lien filed with the Office of
the Clerk of the Superior Court for Rutherford County, North
Carolina, as described in **Exhibit A**.

Moore's Electrical & Mechanical Construction, Inc. ("Moore's"), by and through its
undersigned counsel, hereby provides, pursuant to 11 U.S.C. § 546(b)(2), notice of the perfection
of its mechanic's lien, and states as follows:

1.      Moore's is a corporation organized under the laws of the Commonwealth of
Virginia and maintains its principal place of business at 101 Edgewood Avenue, Altavista, VA
24517.

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (681); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution,, LLC (0309); Durant DC< LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2.      Moore's provided certain HVAC services, labor, and materials (the "Moore's Services") to Big Lots Stores, LLC ("Debtor") for the improvement, renovations, and/or alteration of real property located at 1639 College Ave/US-74 ALT, Spindale, NC 27545 (the "Property").

3.      On information and belief, the Property is or was owned by Spindale Retail I, LLC ("Owner"). The address of Owner is 1003 Alpharetta Street Suite 100, Roswell, GA 30075.

4.      The total amount of the Moore's Services provided to Debtor, for which payment is outstanding, is $126,977.58. In addition, interest, court costs and attorneys' fees are accruing and continue to accrue.

5.      Counsel for Moore's recorded a mechanic's lien, attached as **Exhibit A** (the "Mechanic's Lien"), in Rutherford County, North Carolina where the Property is located on December 4, 2024. Pursuant to 11 U.S.C. § 546(b)(2), on or about December 4, 2024, counsel for Moore's gave notice of the Mechanic's Lien to the Debtors by serving a copy of the Mechanic's Lien on the Debtors and their Registered Agent at the addresses and in the manner described in the Certificate of Service listed on **Exhibit A** which was in accordance with N.C.G.S. § 44A-11.

6.      Thereafter, on or about December 30, 2024, Moore's filed a Proof of Claim in Debtor's Bankruptcy case, Claim # 5887 (the "Proof of Claim") asserting a security interest in the Debtors' interest in the Property by virtue of the Mechanic's Lien as well as other mechanic's liens.

7.      The filing of this notice shall not be construed as an admission that this filing is required under the Bankruptcy Code, applicable North Carolina law, or any other applicable law.

8. Moore's reserves the right to amend and/or modify this notice.

Date: April 11, 2025                                    Respectfully Submitted,

                              By:     /s/ Karen C. Bifferato
                                      Karen C. Bifferato (No. 3279)
                                      CONNOLLY GALLAGHER LLP
                                      1201 North Market Street, 20th Floor
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 888-6221
                                      E-mail: kbifferato@connollygallagher.com

                                      -and-

                                      Michael D. Mueller, Esq.
                                      W. Alexander Burnett, Esq.
                                      WILLIAMS MULLEN
                                      Williams Mullen Center
                                      200 South 10th Street, Suite 1600
                                      Richmond, Virginia 23219
                                      Telephone: (804) 420-6000
                                      Facsimile: (804) 420-6507
                                      Email: mmueller@williamsmullen.com
                                              aburnett@williamsmullen.com

                                      *Counsel for Moore's Electrical & Mechanical
                                      Construction, Inc.*

107976311.2