# **<u>Exhibit A</u>**

NORTH CAROLINA 24 M 282

CARTERET COUNTY

**FILED**

## CLAIM OF LIEN ON REAL PROPERTY

2024 NOV 22

CARTERET CO., C.S.C.

BY _____

1. **NAME AND ADDRESS OF PERSON CLAIMING THE CLAIM OF LIEN ON REAL PROPERTY:**

    Moore's Electrical & Mechanical Construction, Inc.
    P.O. Box 119
    Altavista, Virginia 24517
    (*Lien Claimant*)

2. **NAME AND ADDRESS OF RECORD OWNER(S) OF THE REAL PROPERTY CLAIMED TO BE SUBJECT TO THE CLAIM OF LIEN ON REAL PROPERTY AT THE TIME THE CLAIM OF LIEN ON REAL PROPERTY IS FILED:**

    4 Sisters-00 LLC;

    AFM Investments, LLC;

    Bortz Family, LLC;

    GMM Investments, LLC;

    SBBH Investments, LLC;

    E. Blanton Hamilton, Jr.;

    Madge Barrow Hicks, Trustee of the Madge Hicks Revocable Trust dated April 23, 2008;

    Bridgett C. Murphy (also known as Bridgett Murphy);

    Jason F. Stowe (Also known as Jason Stowe);

    Michael H. Peebles (also known as Mike Peebles);

    James Ruffin Hicks (also known as Ruffin Hicks); and

    Robert F. Mooring, Jr. and Charles L. Mooring, A North Carolina partnership comprised of two general partners, Robert F. Mooring, Jr. and Charles L Mooring Partners

    Address of all of the above-identified owners:
    c/o Income Properties of Raleigh, Inc., as designated agent
    1049 Dresser Court
    Raleigh, NC 27609

  Morehead Plaza, LLC
  c/o E. Blanton Hamilton, Jr., Registered Agent
  1049 Dresser Court
  Raleigh, NC 27609

  Big Lots Stores, LLC
  4900 E. Dublin Granville Rd.
  Columbus, Ohio 43081

as their beneficial, title, and leasehold interests may appear.

3. **GENERAL DESCRIPTION OF REAL PROPERTY UPON WHICH THE CLAIM OF LIEN ON REAL PROPERTY IS CLAIMED:**

  The certain real property located at 2900 Arendall Street, Suite 19, Morehead City, North Carolina 28557, PIN 637616820869000, limited to the leasehold interest held by Big Lots Stores, LLC thereon; the real property further as described in the October 6, 2011 Lease as defined and described in The Subordination, Non-Disturbance and Attornment Agreement Book 1527, Page 191 *et seq.* of the Register of Deeds for Carteret County, North Carolina.

4. **NAME AND ADDRESS OF THE PERSON WITH WHOM THE LIEN CLAIMANT CONTRACTED FOR THE FURNISHING OF LABOR OR MATERIALS:**

  Big Lots Stores, LLC
  f/k/a Big Lots Stores, Inc.
  4900 E. Dublin Granville Rd.
  Columbus, Ohio 43081

5. **DATE UPON WHICH LABOR AND/OR MATERIALS WERE FIRST FURNISHED UPON SAID PROPERTY BY THE LIEN CLAIMANT:**

  May 31, 2024

  **5a. DATE UPON WHICH LABOR AND/OR MATERIALS WERE LAST FURNISHED UPON SAID PROPERTY BY THE LIEN CLAIMANT:**

  August 1, 2024

6. **GENERAL DESCRIPTION OF THE LABOR AND/OR MATERIALS FURNISHED AND THE AMOUNT CLAIMED THEREFORE:**

  Lien Claimant contracted with Big Lots Stores, LLC f/k/a Big Lots Stores, Inc. to furnish labor, equipment, and materials for the installation and improvement of

multiple heating, ventilation, and air conditioning (HVAC) units upon the subject improved real property.

For the work that Lien Claimant performed on the subject improved real property pursuant to the contract, Lien Claimant claims the current principal amount of forty thousand eight hundred eighty-three and 84/100 dollars ($40,883.84), plus interest at the highest rate allowed by law and attorneys' fees pursuant to N.C. Gen. Stat. § 44A-35.

**The undersigned hereby certifies that he has served the parties listed in Paragraph 2 above in accordance with the requirements of N.C. Gen. Stat. § 44A-11.**

This, the 20 day of November 2024.

**LIEN CLAIMANT:**

**Moore's Electrical & Mechanical Construction, Inc.**

By: _____
Daniel C. Watts
N.C. Bar No. 49598
CONNER GWYN SCHENCK PLLC
P.O. Box 30933
Raleigh, NC 27622
Tel: (919) 789-9242
Fax: (919) 789-9210
dwatts@cgspllc.com
*Attorneys for Moore's Electric & Mechanical Construction, Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that he has this day duly served the foregoing **CLAIM OF LIEN ON REAL PROPERTY** upon the following parties by depositing a copy of same with a designated delivery service, addressed as follows:

> 4 Sisters-00 LLC;
>
> AFM Investments, LLC;
>
> Bortz Family, LLC;
>
> GMM Investments, LLC;
>
> SBBH Investments, LLC;
>
> E. Blanton Hamilton, Jr.;
>
> Madge Barrow Hicks, Trustee of the Madge Hicks Revocable Trust dated April 23, 2008;
>
> Bridgett C. Murphy (also known as Bridgett Murphy);
>
> Jason F. Stowe (Also known as Jason Stowe);
>
> Michael H. Peebles (also known as Mike Peebles);
>
> James Ruffin Hicks (also known as Ruffin Hicks); and
>
> Robert F. Mooring, Jr. and Charles L. Mooring, A North Carolina partnership comprised of two general partners, Robert F. Mooring, Jr. and Charles L Mooring Partners
>
> All of the above parties are served
> c/o Income Properties of Raleigh, Inc.,
> as their designated agent
> c/o William Hicks, Registered Agent
> 1049 Dresser Ct.
> Raleigh, NC 27609
>
> Morehead Plaza, LLC
> c/o E. Blanton Hamilton, Jr., Registered Agent
> 1049 Dresser Court
> Raleigh, NC 27609
>
> Big Lots Stores, LLC f/k/a Big Lots Stores, Inc.
> 4900 E. Dublin Granville Rd.
> Columbus, Ohio 43081
> ATTN: Energy & Engineering

4

Big Lots Stores, LLC f/k/a Big Lots Stores, Inc.
c/o Corporation Service Company, Registered Agent
2626 Glenwood Ave., Suite 550
Raleigh, NC 27608

This, the 20 day of November 2024.

_____
Daniel C. Watts