# CERTIFICATE OF SERVICE

The undersigned certifies that on April 11, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner listed below.

/s/ Karen C. Bifferato
Karen C. Bifferato (DE 3279)

**VIA ELECTRONIC MAIL**

Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Tamara K. Mann, Esq.
Sophie Rogers Churchill, Esq.
Casey B. Sawyer, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
rdehney@morrisnichols.com
aremming@morrisnichols.com
tmann@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

Justin R. Alberto, Esq.
Stacy L. Newman, Esq.
Sarah A. Carnes, Esq.
COLE SCHOTZ P.C.
jalberto@coleschotz.com
snewman@coleschotz.com
scarnes@coleschotz.com

Linda J. Casey, Esq.
OFFICE OF UNITED STATES TRUSTEE
Linda.Casey@usdoj.gov

Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Ethan Stern, Esq.
Kevin L. Winiarski, Esq.
DAVIS POLK & WARDWELL LLP
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com
kevin.winiarski@davispolk.com

Darren Azman, Esq.
Kristin K. Going, Esq.
Stacy Lutkus, Esq.
Natalie Rowles, Esq.
MCDERMOTT WILL & EMERY LLP
dazman@mwe.com
kgoing@mwe.com
salutkus@mwe.com
nrowles@mwe.com

**VIA FIRST CLASS MAIL**

Income Properties of Raleigh, Inc.
1049 Dresser Court
Raleigh, NC 27609

Morehead Plaza, LLC
c/o E. Blanton Hamilton, Jr., Registered Agent
1049 Dresser Court
Raleigh, NC 27609

Big Lots Stores, LLC
f/k/a Big Lots Stores, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081