# **<u>Exhibit A</u>**

240003866

Acct #: 026165000

Prepared by/after recording, return to:
Brent A. Shelton, Esq. Warren Shelton, PLLC
217 Lynn Street
Danville, VA 24541
VSB No. 92518

**VIRGINIA:**

### CIRCUIT COURT FOR THE COUNTY OF HENRY

### MEMORANDUM FOR MECHANIC'S LIEN AGAINST LEASEHOLD INTEREST CLAIMED BY GENERAL CONTRACTOR

| | |
|---|---|
| **Place of Record:** | **Clerk's Office, Henry County Circuit Court** |
| **Name/Address of Owner/Lessor:** | **C&F Land Company, a Virginia Corporation** <br> 6806 Paragon Pl Ste 120, New Link Management Group, Richmond, Virginia 23230 |
| **Name/Address of Owner/Lessor's Registered Agent:** | **Jane E. Covington, Registered Agent** <br> 6806 Paragon Pl Ste 120, New Link Management Group, Richmond, Virginia 23230 |
| **Name/Address of Lessee:** | **Big Lots Stores, LLC,** <br> **f/k/a Big Lots Stores, Inc.** <br> 4900 E. Dublin Granville Road <br> Colombus, Ohio 43081 |
| **Name/Address of Lessee's Registered Agent:** | **Corporation Service Company** <br> 100 Shockoe Slip, Floor 2 <br> Richmond, Virginia 23219 |
| **Name/Address of General Contractor:** | **Moore's Electrical & Mechanical Construction, Inc.** <br> 101 Edgewood Avenue <br> Altavista, Virginia 24517 |
| **Name/Address of Claimant:** | **Moore's Electrical & Mechanical Construction, Inc.** <br> 101 Edgewood Avenue <br> Altavista, Virginia 24517 |
| **Contractor license or certificate number of Claimant:** | Class A Contractor License #2701038129 |
| **Issuance date of license or certificate:** | 01-14-1991 |

**Expiration date of license
or certificate:**               12-31-2024

If no contractor license or certificate number is included, the claimant certifies that such a valid license or certificate is not required by law for the work done for which the benefit of a lien is claimed.

1. **Type of materials or services furnished:**

   Claimant, Moore's Electrical & Mechanical Construction, Inc. ("Claimant"), provided HVAC services, including but not limited to, labor and materials (the "Services") for Big Lots Store 463 Martinsville (the "Project").

   Claimant, in accordance with Work Order 153216, recovered refrigerant, removed and installed new compressor, installed liquid line filter drier. Claimant also pressure tested system to ensure that there are no leaks, and pulled vacuum to proper levels, recharged with refrigerant. Claimant also started, tested, and ensured proper operation of system. Claimant also disposed of the old compressor. Claimant began furnishing its services on or about June 20, 2024, and its last day providing its HVAC services to the project was on or about July 24, 2024.

2. **Amount Claimed:** $14,319.33

   If any part of the Amount claimed is not due as of the date of this mechanic's lien, identify the date or event upon which it will be due and the sum(s) to which the due date(s) or event(s) apply: The entire Amount claimed is due.

3. **Type of structure on which work done or materials furnished:** Retail commercial building.

4. **Brief description and location of real property:**

   All that certain lot or parcel of land, lying, situate and being in the Ridgeway District of Henry County, Virginia, designated Tract S on a plat made by J.A. Gustin & Associates, dated February 10, 1987, which is recorded in the Clerk's Office of the Circuit Court for Henry County at Map Book 82, pages 622-625.

   Being a part of the real estate acquired by the party of the first part by deed dated April 10, 1986, and recorded in the aforementioned Clerk's Office at Deed Book 415, page 275, and as corrected by Corrected Special Warranty Deed dated May 2, 1986, and recorded in the aforementioned Clerk's Office at Deed Book 417, page 163.

   This conveyance is made subject to all valid and existing conditions, easements, reservations, and restrictions heretofore imposed upon said property by recorded deed or plat and now binding thereon, and especially to that certain deed of trust dated March 9, 1987, recorded in the aforementioned Clerk's Office at Deed Book 439, page 312.

5. **Dates from which interest on the above amount is claimed:** September 16, 2024.

IT IS THE INTENT OF THE CLAIMANT TO CLAIM THE BENEFIT OF THIS MECHANIC'S LIEN.

The undersigned hereby certifies that he has mailed a copy of this memorandum of lien to the owner of the property at the owner's last known address: 6806 Paragon Pl Ste 120, New Link Management Group, Richmond, Virginia 23230, on October 21, 2024.

MOORE'S ELECTRICAL & MECHANICAL CONSTRUCTION, INC.

_____
Brent A. Shelton, Attorney and Authorized Agent for Claimant, Moore's Electrical & Mechanical Construction, Inc.

### AFFIDAVIT

IN THE COMMONWEALTH OF VIRGINIA,

CITY OF DANVILLE, to wit:

I, India Nicole Hammell, a notary public for the jurisdiction aforesaid, do certify that Brent A. Shelton, Esq., as attorney and a duly authorized agent for claimant, **Moore's Electrical & Mechanical Construction, Inc.**, this day made oath before me the county/city aforesaid that **Big Lots Stores, LLC**, is justly indebted to **Moore's Electrical & Mechanical Construction, Inc.**, in the sum of Fourteen Thousand Three Hundred and Nineteen and 33/100 Dollars ($14,319.33) for consideration stated in the foregoing Memorandum, and that the same is payable as therein stated.

Given under my hand this 21 day of October, 2024.

INDIA NICOLE HAMMELL
NOTARY PUBLIC
REG. #7722431
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JULY 31, 2025

India Nicole Hammell
Notary Public

## NOTICE

Pursuant to Virginia Code § 43-3 *et seq.*, you are hereby notified that Big Lots Stores, LLC, tenant to you, is indebted to Moore's Electrical & Mechanical Construction, Inc., in the sum of Fourteen Thousand Three Hundred and Nineteen and 33/100 Dollars ($14,319.33), with interest thereon from September 16, 2024, for HVAC services furnished to the tenant located at tax map #: 51.3(000)000/099A. I have duly recorded a Memorandum of Mechanic's Lien for the same.

    MOORE'S ELECTRICAL & MECHANICAL
    CONSTRUCTION, INC.

    */s/ Brent A. Shelton*
    Brent A. Shelton, Attorney and Authorized Agent
    for Claimant, Moore's Electrical & Mechanical
    Construction, Inc.

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing Memorandum of Mechanic's Lien Against Leasehold Interest was mailed to the following upon the filing of the same on this 21 day of October, 2024.

**All Via Certified Mail, Return Receipt Requested**

**Receipt No.: 9590 9402 9088 4122 5881 86**
C&F Land Company
6806 Paragon Pl Ste 120, New Link Management Group
Richmond, Virginia 23230
**Owner/Lessor**

**Receipt No.: 9590 9402 9088 4122 5881 93**
Jane E. Covington, Registered Agent
6806 Paragon Pl Ste 120, New Link Management Group
Richmond, Virginia 23230
**Registered Agent for Owner/Lessor**

**Receipt No.: 9590 9402 9088 4122 5881 48**
**Big Lots Stores, LLC**
4900 E. Dublin Granville Road
Colombus, OH  43081
**Lessee**

**Receipt No.: 9590 9402 9088 4122 5881 31**
**CT Corporation System**
4701 Cox Road, Ste 285
Glen Allen, VA  23060
**Registered Agent for Lessee**

_____
Brent A. Shelton, Attorney and Authorized Agent
for Claimant, Moore's Electrical & Mechanical
Construction, Inc.

```
                    INSTRUMENT 240003866
              RECORDED IN THE CLERK'S OFFICE OF
                HENRY COUNTY CIRCUIT COURT ON
                  OCTOBER 21, 2024 AT 04:46 PM
                   JENNIFER R. ASHWORTH, CLERK
                        RECORDED BY: RAM
```

5

# E-recording Report of Recorded Documents
Itemized Fee View

**Prepared for:** Warren Shelton, PLLC (VATTQR)
**Cost center:** VATTQR
**Report generated:** 10/22/2024 07:42 AM MDT

## Documents Recorded

| NAME | TYPE | PG | ENTRY | RECORD DATE | SF | | AMT | TOTAL | PROCESSED |
|---|---|---|---|---|---|---|---|---|---|
| **Henry County, VA** | | | | | | | | | |
| **Oct 21, 2024** | | | | | | | | | |
| Moores Electrical Mechanics Lien | | | | | | | | | |
| Document 1 | MEMORANDUM OF LIEN | 5 | E 240003866 | 10/21/2024 04:46 PM EDT | Submission Fee 5.25 | No fee | 0.00 | 5.25 | 10/21/2024 |
| | | | | | 0.00 | Recording Fee | 18.00 | 18.00 | 10/21/2024 |
| | | | | | 0.00 | Technology Trust Fund | 5.00 | 5.00 | 10/21/2024 |
| | | | | | 0.00 | Virginia Outdoors Foundation | 3.00 | 3.00 | 10/21/2024 |
| | | | | | 5.25 | | 26.00 | 31.25 | |
| | | | | | 5.25 | | 26.00 | 31.25 | |
| **Totals for Henry County, VA** | | | | | 5.25 | | 26.00 | 31.25 | |

## Recording Fee Totals

| COUNTY | RECORD DATE | SF | AMT | TOTAL |
|---|---|---|---|---|
| Henry County, VA | 10/21/2024 | 5.25 | 26.00 | 31.25 |
| **Totals for Henry County, VA** | | 5.25 | 26.00 | 31.25 |
| **Total of All Recording Fees** | | 5.25 | 26.00 | 31.25 |

**Document Count:** 1
**Package Count:** 1

**Questions Contact:**
Simplifile Support 800.460.5657, option 3
5072 North 300 West
Provo, UT 84604

# E-recording Report of Recorded Documents
Itemized Fee View

**Prepared for:** Warren Shelton, PLLC (VATTQR)
**Cost center:** VATTQR
**Report generated:** 10/22/2024 07:42 AM MDT

## Documents Recorded

| NAME | TYPE | PG | ENTRY | RECORD DATE | SF | | AMT | TOTAL | PROCESSED |
|---|---|---|---|---|---|---|---|---|---|
| **Henry County, VA** | | | | | | | | | |
| **Oct 21, 2024** | | | | | | | | | |
| **Moores Electrical Mechanics Lien** | | | | | | | | | |
| Document 1 | *MEMORANDUM OF LIEN* | 5 | E 240003866 | 10/21/2024 04:46 PM EDT | Submission Fee 5.25 | No fee | 0.00 | 5.25 | 10/21/2024 |
| | | | | | 0.00 | Recording Fee | 18.00 | 18.00 | 10/21/2024 |
| | | | | | 0.00 | Technology Trust Fund | 5.00 | 5.00 | 10/21/2024 |
| | | | | | 0.00 | Virginia Outdoors Foundation | 3.00 | 3.00 | 10/21/2024 |
| | | | | | 5.25 | | 26.00 | 31.25 | |
| | | | | | 5.25 | | 26.00 | 31.25 | |
| **Totals for Henry County, VA** | | | | | 5.25 | | 26.00 | 31.25 | |

## Recording Fee Totals

| COUNTY | RECORD DATE | SF | AMT | TOTAL |
|---|---|---|---|---|
| Henry County, VA | 10/21/2024 | 5.25 | 26.00 | 31.25 |
| **Totals for Henry County, VA** | | 5.25 | 26.00 | 31.25 |
| **Total of All Recording Fees** | | 5.25 | 26.00 | 31.25 |

**Document Count:** 1
**Package Count:** 1

**Questions Contact:**
Simplifile Support 800.460.5657, option 3
5072 North 300 West
Provo, UT 84604