# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2025, I caused copies of the foregoing Motion for Relief from the Automatic Stay to be served via electronic mail upon the parties listed below, and via CM/ECF electronic noticing on parties registered to receive electronic notices in this case:

| Name | Email | Representing |
| --- | --- | --- |
| Robert J. Dehney, Sr., Esquire | rdehney@morrisnichols.com | Debtors |
| Andrew R. Remming, Esquire | aremming@morrisnichols.com | Debtors |
| Daniel B. Butz, Esquire | dbutz@morrisnichols.com | Debtors |
| Casey B. Sawyer, Esquire | csawyer@morrisnichols.com | Debtors |
| Brianna N. V. Turner, Esquire | bturner@morrisnichols.com | Debtors |
| Brian M. Resnick, Esquire | brian.resnick@davispolk.com | Debtors |
| Adam L. Shpeen, Esquire | adam.shpeen@davispolk.com | Debtors |
| Stephen D. Piraino, Esquire | stephen.piraino@davispolk.com | Debtors |
| Ethan Stern, Esquire | ethan.stern@davispolk.com | Debtors |
| Justin R. Alberto, Esquire | jalberto@coleschotz.com | Committee |
| Stacy L. Newman, Esquire | snewman@coleschotz.com | Committee |
| Jack M. Dougherty, Esquire | jdougherty@coleschotz.com | Committee |
| Sarah A. Carnes, Esquire | scarnes@coleschotz.com | Committee |
| Darren Azman, Esquire | dazman@mwe.com | Committee |
| Kristin K. Going, Esquire | kgoing@mwe.com | Committee |
| Stacy Lutkus, Esquire | salutkus@mwe.com | Committee |
| Natalie Rowles, Esquire | nrowles@mwe.com | Committee |

Dated: April 14, 2025
      Wilmington, Delaware

/s/ Adam Hiller
Adam Hiller (DE No. 4105)
HILLER LAW, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone