**EXHIBIT B**
**EXPENSE SUMMARY**

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**February 1, 2025, through February 28, 2025**

| Expense Category | Total Expenses |
|---|---:|
| In-House Printing - black & white | 1,757.80 |
| Pacer | 997.30 |
| Computer Research - Westlaw | 1,424.50 |
| Court Costs | 1,099.00 |
| Transcripts | 380.25 |
| Meals | 450.41 |
| Photos/Art/Spec Duplicating-Out of Office | 987.44 |
| Courier/Delivery Service | 44.00 |
| In-House Printing - color | 152.00 |
| Messenger Service | 10.00 |
| Paralegal Overtime | 62.09 |
| **Grand Total Expenses** | **$7,364.79** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/03/25 | Pacer | 559.0 | 55.90 |
| 02/04/25 | In-House Printing - black & white | 5,748.0 | 574.80 |
| 02/04/25 | Pacer | 66.0 | 6.60 |
| 02/04/25 | In-House Printing - color | 31.0 | 24.80 |
| 02/05/25 | Pacer | 244.0 | 24.40 |
| 02/05/25 | In-House Printing - color | 58.0 | 46.40 |
| 02/05/25 | In-House Printing - black & white | 30.0 | 3.00 |
| 02/06/25 | Pacer | 1,804.0 | 180.40 |
| 02/06/25 | In-House Printing - black & white | 59.0 | 5.90 |
| 02/06/25 | Sale Motion Filing Fee | 1.0 | 199.00 |
| 02/06/25 | Computer Research - Westlaw | 1.0 | 377.80 |
| 02/07/25 | Pacer | 179.0 | 17.90 |
| 02/10/25 | Pacer | 562.0 | 56.20 |
| 02/10/25 | Computer Research - Westlaw | 1.0 | 9.70 |
| 02/11/25 | Pacer | 73.0 | 7.30 |
| 02/11/25 | In-House Printing - color | 27.0 | 21.60 |
| 02/11/25 | Computer Research - Westlaw | 1.0 | 21.70 |
| 02/12/25 | Computer Research - Westlaw | 2.0 | 91.20 |
| 02/12/25 | In-House Printing - black & white | 88.0 | 8.80 |
| 02/12/25 | Pacer | 141.0 | 14.10 |
| 02/12/25 | Courier/Delivery Service - Delivery of documents to chambers | 1.0 | 44.00 |
| 02/13/25 | Computer Research - Westlaw | 1.0 | 558.10 |
| 02/13/25 | Pacer | 231.0 | 23.10 |
| 02/14/25 | Pacer | 645.0 | 64.50 |
| 02/14/25 | Computer Research - Westlaw | 1.0 | 366.00 |
| 02/14/25 | Court Costs - PHV Filing Fee For M. Brock – District Court Appeal | 1.0 | 50.00 |
| 02/14/25 | Court Costs – PHV Filing Fee For James I. McClammy, Ethan Stern, Adam L. Shpeen, Stephen D. Piraino, And Brian M. Resnick – District Court Appeal | 1.0 | 250.00 |
| 02/14/25 | Court Costs - PHV Filing Fee For Matthew Brock – District Court Appeal | 1.0 | 50.00 |
| 02/14/25 | Court Costs - PHV Filing Fee For James I. McClammy, Ethan Stern, Adam L. Shpeen, Stephen D. Piraino, And Brian M. Resnick – District Court Appeal | 1.0 | 250.00 |
| 02/14/25 | Court Costs - PHV Filing Fee For M. Brock – District Court Appeal | 1.0 | 50.00 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/14/25 | Court Costs - PHV Filing Fee For James I. McClammy, Ethan Stern, Adam L. Shpeen, Stephen D. Piraino, And Brian M. Resnick – District Court Appeal | 1.0 | 250.00 |
| 02/17/25 | Pacer | 90.0 | 9.00 |
| 02/18/25 | Pacer | 184.0 | 18.40 |
| 02/18/25 | In-House Printing - black & white | 64.0 | 6.40 |
| 02/19/25 | Pacer | 505.0 | 50.50 |
| 02/20/25 | Pacer | 710.0 | 71.00 |
| 02/21/25 | Pacer | 401.0 | 40.10 |
| 02/21/25 | In-House Printing - black & white | 122.0 | 12.20 |
| 02/24/25 | In-House Printing - black & white | 709.0 | 70.90 |
| 02/24/25 | Pacer | 498.0 | 49.80 |
| 02/24/25 | Photos/Art/Spec Duplicating-Out of Office - Duplicating - Light Litigation, Tabs Pre-Printed, Binders - 02/24/2025 | 1.0 | 987.44 |
| 02/24/25 | In-House Printing - color | 74.0 | 59.20 |
| 02/24/25 | Messenger Service - USDC - 02/24/2025 | 1.0 | 5.00 |
| 02/25/25 | In-House Printing - black & white | 6,151.0 | 615.10 |
| 02/25/25 | Pacer | 427.0 | 42.70 |
| 02/25/25 | Messenger Service - BK - 02/25/2025 | 1.0 | 5.00 |
| 02/26/25 | Pacer | 506.0 | 50.60 |
| 02/26/25 | In-House Printing - black & white | 4,519.0 | 451.90 |
| 02/26/25 | Transcripts – February 26 hearing transcript | 1.0 | 380.25 |
| 02/26/25 | Meals - Breakfast for 15 people | 1.0 | 136.59 |
| 02/26/25 | Meals - Lunch for 15 people | 1.0 | 313.82 |
| 02/26/25 | Paralegal Overtime (R. Weidman) | 1.0 | 62.09 |
| 02/27/25 | Pacer | 338.0 | 33.80 |
| 02/27/25 | In-House Printing - black & white | 26.0 | 2.60 |
| 02/28/25 | Pacer | 1,810.0 | 181.00 |
| 02/28/25 | In-House Printing - black & white | 62.0 | 6.20 |
| | **Total** | | **$7,364.79** |