## **EXHIBIT A**

| Store Number | Address | Base Rent PSF | Lease Expiration Date | Options | Purchaser Entity | Vacate Date | Cure Amount |
|---|---|---|---|---|---|---|---|
| 4658 | 151 VFW Parkway Revere, MA | $9.00 | 01/31/27 | 5 + 5 | Burlington Coat Factory of Texas, Inc. | 3/17/25 | $113,995.56 |