## **EXHIBIT A**

| Store Number | Address | Purchaser Entity |
|---|---|---|
| 4262 | 1930 Pines Blvd, Pembroke Pines, FL | O'Reilly Automotive Stores, Inc. |
| 5433 | 630 S Rangeline Rd, Joplin, MO | O'Reilly Automotive Stores, Inc. |
| 4458 | 909 Farmington Ave, Farmington, NM | O'Reilly Automotive Stores, Inc. |
| 4623 | 8960 Tampa Avenue, Northridge, CA | O'Reilly Auto Enterprises, LLC |