## **EXHIBIT A**

| Store Number | Address | Landlord | GBRP | Cure |
|---|---|---|---|---|
| 925 | 165 GREENWOOD INDUSTRIAL PKWY, BLDG 500 MCDONOUGH, GA | Clarion Partners<br><br>Susan Ansel<br>susan.ansel@clarionpartners.com | Gordon Brothers Retail Partners, LLC<br><br>Caleb Smith<br>csmith@gordonbrothers.com | $0 |