# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al*.,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Morris James LLP hereby withdraws its appearance as counsel for BDPM Group, LLC ("BDPM"), in these bankruptcy cases, and requests that Morris James LLP be removed from any applicable service lists herein on behalf of BDPM including the Court's CM/ECF electronic notification list.

BDPM has no controversy currently pending before the Court, and the undersigned certifies that BDPM consents to this withdrawal of appearance.

**PLEASE TAKE FURTHER NOTICE** that all future notices, papers and pleadings related to BDPM should be forwarded to them directly, as follows:

BDPM Group, LLC
Rachael Franks
8896 Kendale Place
Lake Worth, FL 33467
rachael@bluediamondpropertymanagement.com

---

[1] The debtors and debtors-in-possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163) INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

17290153/1

|  |  |
|---|---|
| Dated: April 17, 2025 | **MORRIS JAMES LLP** |
|  | */s/ Christopher M. Donnelly* |
|  | Carl N. Kunz, III (DE Bar No. 3201) |
|  | Christopher M. Donnelly (DE Bar No. 7149) |
|  | 500 Delaware Avenue, Suite 1500 |
|  | Wilmington, Delaware 19801 |
|  | Telephone: (302) 888-6800 |
|  | Facsimile: (302) 571-1750 |
|  | ckunz@morrisjames.com |
|  | cdonnelly@morrisjames.com |
|  |  |
|  | *Withdrawing Counsel to BDPM Group, LLC* |