# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Morris James LLP hereby withdraws its appearance as counsel for Gainesville Realty, Ltd. ("Gainesville Realty"), in these bankruptcy cases, and requests that Morris James LLP be removed from any applicable service lists herein on behalf of Gainesville Realty including the Court's CM/ECF electronic notification list.

Gainesville Realty has no controversy currently pending before the Court, and the undersigned certifies that Gainesville Realty consents to this withdrawal of appearance.

**PLEASE TAKE FURTHER NOTICE** that all future notices, papers and pleadings related to Gainesville Realty should be forwarded to them directly, as follows:

Gainesville Realty, Ltd.
c/o Thomas J. Colven, III
Colven, Tran & Meredith, P.C.
1401 Burnham Drive
Plano, Texas 75093
tom@colvenandtran.com

---

[1] The debtors and debtors-in-possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163) INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

17290190/1

Dated: April 17, 2025          **MORRIS JAMES LLP**

*/s/ Christopher M. Donnelly*
Carl N. Kunz, III (DE Bar No. 3201)
Christopher M. Donnelly (DE Bar No. 7149)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
ckunz@morrisjames.com
cdonnelly@morrisjames.com

*Withdrawing Counsel to Gainesville Realty, Ltd.*