# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 1, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the (1) Core/2002 Agenda Service List attached hereto as **Exhibit A**, and (2) Respondents Service List attached hereto as **Exhibit B**:

- Notice of Amended Agenda for Hearing Scheduled for April 2, 2025, at 9:30 a.m. (ET) [Docket No. 2469]

[*Remainder of page intentionally left blank*]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: April 14, 2025

                                                    */s/ Nelson Crespin*
                                                       Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 14, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

# Exhibit A
Core/2002 Agenda Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Abernathy Roeder Boyd & Hullet PC | Attn: Paul Lopez, Larry Boyd, Emily Hahn | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com; lboyd@abernathy-law.com |
| Anthony & Partners, LLC | Attn: Townsend J. Belt | tbelt@anthonyandpartners.com; lortega@anthonyandpartners.com; eservice@anthonyandpartners.com |
| Ashby & Geddes, P.A. | Attn: Gregory A. Taylor | GTaylor@ashbygeddes.com |
| Austria Legal, LLC | Attn: Matthew P. Austria | maustria@austriallc.com |
| Balasiano & Associates, PLLC | Attn: Steven Balasiano, Judah S. Balasiano | steven@balasianolaw.com; judah@balasianolaw.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; brannickn@ballardspahr.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Barclay Damon LLP | Attn: Scott L. Fleischer | sfleischer@barclaydamon.com |
| Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Barclay Damon LLP | Attn: Niclas A. Ferland | nferland@barclaydamon.com |
| BARNES & THORNBURG LLP | Attn: Mark R. Owens, Amy E. Tryon | mark.owens@btlaw.com; amy.tryon@btlaw.com |
| BARNES & THORNBURG LLP | Attn: David A. Hall | david.hall@btlaw.com |
| Bass, Berry & Sims PLC | Attn: Paul G. Jennings, Gene L. Humphreys | pjennings@bassberry.com; ghumphreys@bassberry.com |
| Bayard, P.A. | Attn: Ericka F. Johnson | ejohnson@bayardlaw.com |

# Exhibit A
Core/2002 Agenda Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com |
| Best Law, PA | Attn: Tara E. Naufu | tara@bestlawsc.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams | regina.kelbon@blankrome.com; stanley.tarr@blankrome.com; jordan.williams@blankrome.com |
| Blank Rome, LLP | Attn: Attn: Regina Kelbon | regina.kelbon@blankrome.com |
| Bond, Schoeneck & King, PLLC | Attn: Edward J. LoBello | elobello@bsk.com |
| Borges & Associates, LLC | Attn: Wanda Borges, Sue L Chin | wborges@borgeslawllc.com; schin@borgeslawllc.com |
| Bose Mckinney & Evans LLP | Attn: James P. Moloy | jmoloy@boselaw.com |
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | treardon@brouse.com |
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | treardon@brouse.com |
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | treardon@brouse.com |
| Broward County | Attn: Andrew J. Meyers | sandron@broward.org |
| Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings | jarret.hitchings@bclplaw.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner | geoffrey.grivner@bipc.com |
| Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Burr & Forman LLP | Attn: James H. Haithcock, III | jhaithcock@burr.com |
| Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins | esummers@burr.com; drobbins@burr.com |
| California Department of Justice | Attn: Barbara C. Spiegel | Barbara.Spiegel@doj.ca.gov |
| California Department of Justice | Attn: Natalie E. Collins | Natalie.Collins@doj.ca.gov |
| Carlyon Cica CHTD. | Attn: Candace Carlyon, Dawn M. Cica | ccarlyon@carlyoncica.com; dcica@carlyoncica.com |

## Exhibit A
Core/2002 Agenda Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Terri Jane Freedman | szuber@csglaw.com; tfreedman@csglaw.com |
| Chipman Brown Cicero & Cole, LLP | Attn: Alan M.Root | root@chipmanbrown.com |
| Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | jventola@choate.com; jmarshall@choate.com; jslang@choate.com |
| Clark Hill PLC | Attn: Karen M. Grivner | kgrivner@clarkhill.com |
| Clark Hill PLC | Attn: Audrey L. Hornisher | ahornisher@clarkhill.com |
| Clark Hill PLC | Attn: Kevin H. Morse | kmorse@clarkhill.com |
| Cole Schotz, P.C. | Attn: Justin R. Alberto, Stacy L. Newman | jalberto@coleschotz.com; snewman@coleschotz.com |
| Commonwealth of Pennsylvania Department of Labor and Industry | Attn: Ryan Starnowsky | ra-li-ucts-bankrupt@state.pa.us |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato | kbifferato@connollygallagher.com |
| Cross & Simon, LLC | Attn: Kevin S. Mann | kmann@crosslaw.com |
| Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com |
| Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com |
| Davidson Fink LLP | Attn: Sean P. Williams, Carla Augino | spwilliams@davidsonfink.com; caugino@davidsonfink.com |
| Davis Polk & Wardwell LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern | brian.resnick@davispolk.com; adam.shpeen@davispolk.com ; stephen.piraino@davispolk.com; ethan.stern@davispolk.com |
| DLA Piper LLP (US) | Attn: R. Craig Martin | craig.martin@us.dlapiper.com |
| DLA Piper LLP (US) | Attn: Dale K. Cathell, Virginia R. Callahan | dale.cathell@us.dlapiper.com; virginia.callahan@us.dlapiper.com |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. | amish@doshilegal.com |

## Exhibit A
Core/2002 Agenda Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Duane Morris LLP | Attn: Drew S. McGehrin, Lawerence J. Kotler | dsmcgehrin@duanemorris.com; ljkotler@duanemorris.com |
| Duane Morris LLP | Attn: Marcus O. Colabianchi | mcolabianchi@duanemorris.com |
| Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried | mgottfried@elkinskalt.com |
| Elliott Greenleaf, P.C. | Attn: Deirdre M. Richards | dmr@elliottgreenleaf.com |
| Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | bmoldo@ecjlaw.com |
| Fox Rothschild LLP | Attn: Seth A. Niederman | sniederman@foxrothschild.com |
| Fox Rothschild LLP | Attn: Michael G. Menkowitz | mmenkowitz@foxrothschild.com |
| FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinnman | jfrank@fgllp.com; jkleinman@fgllp.com |
| Frost brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger | rgold@fbtlaw.com; eseverini@fbtlaw.com; jkleisinger@fbtlaw.com |
| Frost brown Todd LLP | Attn: A.J. Webb, Joy D. Kleisinger | awebb@fbtlaw.com; jkleisinger@fbtlaw.com |
| Gibbons P.C. | Attn: Katharina Earle | kearle@gibbonslaw.com |
| Gibbons P.C. | Attn: Mark Conlan | mconlan@gibbonslaw.com |
| Gibbons P.C. | Attn: Kyle P. McEvilly | kmcevilly@gibbonslaw.com |
| Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird | rbird@gilbertbirdlaw.com |
| Golden Goodrich LLP | Attn: Jeffrey I. Golden | jgolden@go2.law |
| Golden Goodrich LLP | Attn: Ryan W. Beall | rbeall@go2.law |
| Greer, Herz & Adams, LLP | Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Hahn & Hahn LLP | Attn: Dean G. Rallis Jr. | drallis@hahnlawyers.com |
| Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto | ridebitetto@hahnlaw.com |
| Hill, Farrer & Burrill, LLP | Attn: Daniel J. McCarthy | dmccarthy@hillfarrer.com |
| Hillis Clark Martin & Peterson, P.S. | Attn: Brian C. Free | brian.free@hcmp.com |
| Hillsborough County Tax Collector | Attn: Brian T. FitzGerald | fitzgeraldb@hcfl.gov; stroupj@hcfl.gov; connorsa@hcfl.gov |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |

# Exhibit A
## Core/2002 Agenda Service List
### Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| HJH Investments | Attn: Teanna L. Liess, Cory Harkleroad | teanna@hjhinvestments.com |
| Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Hutchens Law Firm LLP | Attn: William Walt Pettit | walt.pettit@hutchenslawfirm.com |
| Jackson Walker LLP | Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer | kpeguero@jw.com; jwertz@jw.com; wfarmer@jw.com |
| Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. | Attn: Raymond M. Patella | rpatella@lawjw.com |
| Jonnet National Properties Corporation | Attn: J. Michael McCague | jmm@gmwpclaw.com |
| K&L Gates LLP | Attn: David S. Catuogno, Esq. | david.catuogno@klgates.com |
| Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant | wlevant@kaplaw.com |
| Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins | jcarr@kelleydrye.com; kelliott@kelleydrye.com; kcavins@kelleydrye.com |
| Kerrick Bachert PSC | Attn: Scott A. Bachert | sbachert@kerricklaw.com |
| Kirkland & Ellis LLP | Attn: Steven N Serajeddini | steven.serajeddini@kirkland.com |
| Kirkland & Ellis LLP | Attn: Conor K. Casas | connor.casas@kirkland.com |
| Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Christopher Marcus, Nicholas Adzima | christopher.marcus@kirkland.com; nicholas.adzima@kirkland.com |
| Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Judson Brown, McClain Thompson | judson.brown@kirkland.com; mcclain.thompson@kirkland.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch, Domenic E. Pacitti | rlemisch@klehr.com; dpacitti@klehr.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | swisotzkey@kmksc.com |
| Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| La Fleur Law Firm | Attn: Nina M. LaFleur | nina@lafleurlaw.com |
| Landis Rath & Cobb LLP | Attn: Kimberly A. Brown, Joshua B. Brooks | brown@lrclaw.com; brooks@lrclaw.com |
| Lasser Hochman, LLC | Attn: Richard L. Zucker | rzucker@lasserhochman.com |

# Exhibit A
Core/2002 Agenda Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Law Offices of Gilbert A. Lazsarus, PLLC | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Levene, Neale, Bender, Yoo & Golubchik L.L.P. | Attn: Eve H. Karasik, Jeffrey S. Kwong | EHK@lnbyg.com; JSK@lnbyg.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Loeb & Loeb LLP | Attn: William M. Hawkins, Noah Weingarten | whawkins@loeb.com; nweingarten@loeb.com |
| Loizides P.A. | Attn: Christopher D. Loizides | loizides@loizides.com |
| Lowenstein Sandler LLP | Attn: Michael S. Etkin, Esq., Nicole Fulfree Esq. | metkin@lowenstein.com; nfulfree@lowenstein.com |
| Madison County, Alabama | Attn: J. Jeffery Rich | jrich@madisoncountyal.gov |
| Manning Gross + Massenburg LLP | Attn: David P. Primack | DPrimack@mgmlaw.com |
| Margolis Edelstein | Attn: James E. Huggett | jhuggett@margolisedelstein.com |
| McCarter & English, LLP | Attn: Shannon D. Humiston | shumiston@mccarter.com |
| McCarter & English, LLP | Attn: Jeffrey T. Testa | jtesta@mccarter.com |
| McCarter & English, LLP | Attn: Kate Roggio Buck, Esq., Maliheh Zare, Esq. | kbuck@mccarter.com; mzare@mccarter.com |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| McDermott Will & Emery | Attn: Darren Azman, Kristin K. Going | dazman@mwe.com; kgoing@mwe.com |
| McNees Wallace & Nurick LLC | Attn: Kendall A. Camuti | KCamuti@mcneeslaw.com |

## Exhibit A
Core/2002 Agenda Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Michelle Leeson, Paralegal, Collections Specialist, CFCA | Attn: Michelle Leeson | legal@taxcollector.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | pcarey@mirickoconnell.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Shannah L. Colbert | scolbert@miricklaw.com |
| Monzack Mersky and Browder, P.A | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Monzack Mersky and Browder, P.A | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Morris James LLP | Attn: Carl N. Kunz III and Christopher M. Donnelly | ckunz@morrisjames.com; cdonnelly@morrisjames.com |
| Morris James LLP | Attn: Carl N. Kunz, Christopher M. Donnelly | ckunz@morrisjames.com; cdonnelly@morrisjames.com |
| Morris James LLP | Attn: Brya M. Keilson, Siena B. Cerra | bkeilson@morrisjames.com; scerra@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer, | rdehney@morrisnichols.com; aremming@morrisnichols.com; dbutz@morrisnichols.com; tmann@morrisnichols.com; csawyer@morrisnichols.com |
| Morrison Cohen LLP | Attn: David J. Kozlowski, Esq. | dkozlowski@morrisoncohen.com |
| Narron Wenzel, PA | Attn: David F. Mills | dmills@narronwenzel.com |
| Obermayer Rebmann Maxwell & Hippel LLP | Attn: Leslie B. Spoltore | leslie.spoltore@obermayer.com |
| Obermayer Rebmann Maxwell & Hippel LLP | Attn: Edmond M. George | edmond.george@obermayer.com |
| Office of the New York State Attorney General | Attn: Robert J. Rock | robert.rock@ag.ny.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Linda Casey | Linda.Casey@usdoj.gov |
| Offit Kurman PA | Attn: Brian J McLaughlin | brian.mclaughlin@offitkurman.com |
| Oklahoma County Treasurer | Attn: Tammy Jones | tammy.jones@oklahomacounty.org |

# Exhibit A

Core/2002 Agenda Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Olsen Taggart PLLC | Attn: Steven L. Taggart, Esq. | staggart@olsentaggart.com; rparson@olsentaggart.com; rlyon@olsentaggart.com; taggartoffice01@gmail.com |
| Otterbourg, P.C | Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger | csimon@otterbourg.com; jdrew@otterbourg.com; shautzinger@otterbourg.com |
| Pashman Stein Walder Hayden, P.C | Attn: Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Pashman Stein Walder Hayden, P.C | Attn: David E. Sklar | dsklar@pashmanstein.com |
| Pashman Stein Walder Hayden, P.C | Attn: John W. Weiss, Alexis R. Gambale | jweiss@pashmanstein.com; agambale@pashmanstein.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | lreece@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Mollie Lerew | wichitafalls@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Alysia Cordova | amabkr@pbfcm.com; acordova@pbfcm.com |
| Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| Perkins Coie LLP | Attn: Amir Gamliel | AGamliel@perkinscoie.com |
| Peter Spindel, Esq. | Attn: Peter Spindel | peterspindel@gmail.com |
| Phelps Dunbar LLP | Attn: Danielle Mashburn-Myrick | danielle.mashburn-myrick@phelps.com |

Exhibit A
Core/2002 Agenda Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Pierson Ferdinand LLP | Attn: Jeffrey M. Carbino | jeffrey.carbino@pierferd.com |
| Polsinelli PC | Attn: Christopher A. Ward, Michael V. DiPietro | cward@polsinelli.com; mdipietro@polsinelli.com |
| Porzio, Bromberg & Newman, P.C. | Attn: Cheryl A. Santaniello | casantaniello@pbnlaw.com |
| Porzio, Bromberg & Newman, P.C. | Attn: Kelly D. Curtin, Jenny Zhou | kdcurtin@pbnlaw.com; jzhou@pbnlaw.com |
| Potter Anderson & Corroon LLP | Attn: Brett M. Haywood, James R. Risener III, Andrew C. Ehrmann | bhaywood@potteranderson.com; jrisener@potteranderson.com; aehrmann@potteranderson.com |
| Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Rashti and Mitchell, Attorneys at law | Attn: Timothy T. Mitchell, Donna Kaye Rashti | tim@rashtiandmitchell.com; dkrm@aol.com; donna@rashtiandmitchell.com |
| Richard A. Rozanski, APLC | Attn: Richard A. Rozanski | richard@rarlaw.net |
| Richards, Layton & Finger, P.A. | Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky | knight@rlf.com; collins@rlf.com; javorsky@rlf.com |
| Richman & Richman LLC | Attn: Michael P. Richman, Esq. | mrichman@randr.law |
| Riemer & Braunstein LLP | Attn: Steven Fox | SFox@riemerlaw.com |
| Ritter Spencer Cheng PLLC | Attn: David D. Ritter | dritter@ritterspencercheng.com |
| Robbins Geller Rudman & Dowd LLP | Attn: Randall J. Baron, Esq., Steven F. Hubachek, Esq., Benny C. Goodman, III, Esq., Erik W. Luedeke, Esq., Heather G. Geiger, Esq. | randyb@rgrdlaw.com; shubachek@rgrdlaw.com; bennyg@rgrdlaw.com; eluedeke@rgrdlaw.com; hgeiger@rgrdlaw.com |
| Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Rogers Law Offices | Attn: Beth E. Rogers Scott Kuperberg | brogers@berlawoffice.com; skuperberg@berlawoffice.com |

Exhibit A
Core/2002 Agenda Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Roth & Scholl | Attn: Jeffrey C. Roth | jeff@rothandscholl.com |
| Royer Cooper Cohen Braunfeld LLC | Attn: Marc Skapof | MSkapof@rccblaw.com |
| Rubine & Levin, PC | Attn: James E. Rossow Jr. | jim@rubin-levin.net |
| Sarachek Law Firm | Attn: Zachary E. Mazur, Joseph E. Sarachek | zachary@sarackeklawfirm.com; joe@sarackeklawfirm.com |
| Saul Ewing LLP | Attn: Monique B. DiSabatino | monique.disabatino@saul.com |
| Saul Ewing LLP | Attn: Turner N Falk | turner.falk@saul.com |
| Saul Ewing LLP | Attn: Lucian B. Murley | luke.murley@saul.com |
| Saul Ewing LLP | Attn: Evan T. Miller | evan.miller@saul.com |
| Saul Ewing LLP | Attn: Jorge Garcia | jorge.garcia@saul.com |
| Scheef & Stone, L.L.P. | Attn: Peter C. Lewis | peter.lewis@solidcounsel.com |
| Schrier Shayne P.C. | Attn: Richard E. Schrier | resincourt@aol.com; richardschrier@gmail.com |
| Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Shermeta, Kilpatrick & Associates, PLLC | Attn: Richardo I. Kilpatrick | ecf@kaalaw.com |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| Simon PLC Attorneys & Counselors | Attn: Craig T. Mierzwa | cmierzwa@simonattys.com |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |

## Exhibit A
### Core/2002 Agenda Service List
### Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin | jlemkin@stark-stark.com; tonder@stark-stark.com; jlemkin@stark-stark.com |
| State of Alaska Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@ALASKA.GOV |
| State of Arizona Attorney General | Attn: Bankruptcy Department | AGINFO@AZAG.GOV |
| State of California Attorney General | Attn: Bankruptcy Department | BANKRUPTCY@COAG.GOV |
| State of Connecticut Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@CT.GOV; DENISE.MONDELL@CT.GOV; brendan.flynn@ct.gov |
| State of Delaware Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@STATE.DE.US |
| State of Hawaii Attorney General | Attn: Bankruptcy Department | HAWAIIAG@HAWAII.GOV |
| State of Illinois Attorney General | Attn: Bankruptcy Department | WEBMASTER@ATG.STATE.IL.US |
| State of Indiana Attorney General | Attn: Bankruptcy Department | INFO@ATG.IN.GOV |
| State of Iowa Attorney General | Attn: Bankruptcy Department | WEBTEAM@AG.IOWA.GOV |
| State of Maryland Attorney General | Attn: Bankruptcy Department | OAG@OAG.STATE.MD.US |
| State of Michigan Attorney General | Attn: Bankruptcy Department | MIAG@MICHIGAN.GOV; AG-COD@michigan.gov |
| State of Minnesota Attorney General | Attn: Bankruptcy Department | Bankruptcy.Notices@ag.state.mn.us |
| State of Missouri Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@AGO.MO.GOV |
| State of Montana Attorney General | Attn: Bankruptcy Department | CONTACTDOJ@MT.GOV |
| State of Nebraska Attorney General | Attn: Bankruptcy Department | AGO.INFO.HELP@NEBRASKA.GOV |
| State of Nevada Attorney General | Attn: Bankruptcy Department | AGINFO@AG.NV.GOV |
| State of New Hampshire Attorney General | Attn: Bankruptcy Department | ATTORNEYGENERAL@DOJ.NH.GOV |
| State of New Jersey Attorney General | Attn: Bankruptcy Department | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US; Jeff.Koziar@law.njoag.gov |
| State of New Mexico Attorney General | Attn: Bankruptcy Department | aserrato@nmdoj.gov; aswenson@nmdoj.gov |
| State of North Dakota Attorney General | Attn: Bankruptcy Department | NDAG@ND.GOV |
| State of Ohio Attorney General | Attn: Bankruptcy Department | Mahisha.Sanson@OhioAGO.gov |

# Exhibit A
Core/2002 Agenda Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| State of Oklahoma Attorney General | Attn: Bankruptcy Department | consumerprotection@oag.ok.gov |
| State of Oregon Attorney General | Attn: Bankruptcy Department | CONSUMER.HOTLINE@DOJ.STATE.OR.US; justin.leonard@doj.oregon.gov |
| State of South Dakota Attorney General | Attn: Bankruptcy Department | CONSUMERHELP@STATE.SD.US |
| State of Tennessee Attorney General | Attn: Bankruptcy Dept; Stephen R. Butler | STEVE.BUTLER@AG.TN.GOV |
| State of Texas Attorney General | Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| State of Utah Attorney General | Attn: Bankruptcy Department | bankruptcy@agutah.gov |
| State of West Virginia Attorney General | Attn: Bankruptcy Department | CONSUMER@WVAGO.GOV |
| State of Wisconsin Attorney General | Attn: Bankruptcy Department | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US; |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Steeg Law Firm, LLC | Attn: Henry Opotowsky | hopotowsky@steeglaw.com |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Sullivan Hazeltine Allinson LLC | Attn: Elihu E. Allinson, III | zallinson@sha-llc.com |
| Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | jrhodes@tlclawfirm.com |
| Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | brost@tspclaw.com |
| Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | BRost@tspclaw.com |
| Texas Attorney General's Office | Attn: Jamie Kirk | jamie.kirk@oag.texas.gov |
| The Chiurazzi Law Group | Attn: Wayne M. Chiurazzi | wchiurazzi@the-attorneys.com |
| The Cohn Law Firm LLC | Attn: David M. Cohn, D Brian Cohn, Bartley P. Bourgeois, Allyson S. Jarreau | bartley@thecohnlawfirm.com; dmcohn@thecohnlawfirm.com; contact@thecohnlawfirm.com |
| The Ehrlich Law Firm | Attn: William Ehrlich | william@ehrlichlawfirm.com |
| The Law Office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| The Law Office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |

# Exhibit A

Core/2002 Agenda Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| The Magnozzi Law Firm, P.C. | Attn: Mark F. Magnozzi, Benjamin Rachelson | mmagnozzi@magnozzilaw.com |
| The Powell Firm, LLC | Attn: Jason C. Powell, Thomas J. Reichert | jpowell@delawarefirm.com |
| The Rosner Law Group LLC | Attn: Frederick B. Rosner, Zhao (Ruby) Liu | rosner@teamrosner.com; liu@teamronser.com |
| The Williams Law Firm, P.A. | Attn: John Legaré Williams, Brian Charles Crawford | John@TrustWilliams.com; Brian@TrustWilliams.com |
| Thompson, O'Brien, Kappler & Nasuti, P.C. | Attn: Michael B. Pugh | mpugh@tokn.com |
| Travis County | Attn: Jason A. Starks | Jason.Starks@traviscountytx.gov |
| Turner Law APC | Attn: John M. Turner, Esq. | jmt@tmsdlaw.com |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | sgerald@tydings.com |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | sgerald@tydings.com |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | sgerald@tydings.com |
| U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | secbankruptcy@sec.gov |
| UB Greensfelder LLP | Attn: Randall F. Scherck | rscherck@ubglaw.com |
| Varnum LLP | Attn: Brendan G. Best | bgbest@varnumlaw.com |
| Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Washington DC Attorney General | Attn: Bankruptcy Department | OAG@DC.GOV |
| Werb & Sullivan | Attn: Brian A. Sullivan | bsullivan@werbsullivan.com |
| Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth | jcarruth@wkpz.com |
| Whiteford, Taylor & Preston LLC | Attn: William F. Taylor, Jr | wtaylor@whitefordlaw.com |
| Whiteford, Taylor & Preston LLP | Attn: David W. Gaffey | dgaffey@whitefordlaw.com |
| Williams Mullen | Attn: Michael D. Mueller, Jennifer M. McLemore | mmueller@williamsmullen.com; jmclemore@williamsmullen.com |
| Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Lisa Bittle Tancredi | matthew.ward@wbd-us.com; lisa.tancredi@wbd-us.com |
| Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan | kevin.mangan@wbd-us.com |

## Exhibit A
Core/2002 Agenda Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Young Conaway Stargatt & Taylor, LLP | Attn: Joseph Barry, Kenneth J. Enos, Jared W. Kochenash | jbarry@ycst.com; kenos@ycst.com; jkochenash@ycst.com |

**Exhibit B**

## Exhibit B
Respondents Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| GELLERT SEITZ BUSENKELL & BROWN, LLC | Michael Busenkell | mbusenkell@gsbblaw.com |
| HUNTON ANDREWS KURTH LLP | Gregory G. Hesse, Robert A. Rich | ghesse@hunton.com; rrich@hunton.com |