UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                    )
                                          )        Case No. 24-11967-JKS
BIG LOTS, et al.                          )
                                          )        Chapter 11
      Debtors.                            )

## NOTICE OF WITHDRAW OF JEWELL SQUARE, RLLP'S AMENDED OBJECTION OF JEWELL SQUARE, RLLP TO CURE AMOUNT

PLEASE TAKE NOTICE that Jewell Square, RLLP ("Jewell Square"), by and through its counsel, Wadsworth Garber Warner Conrardy, P.C., hereby withdraws its *Amended Objection of Jewell Square, RLLP to Cure Amount* (the "Objection") at Docket No. 1338. The Debtors, Big Lots, et al., paid Jewell Square the cure amount, and the Objection is now moot.

WHEREFORE the Debtor respectfully requests that the Court deem the Objection withdrawn and grant such other relief as the Court deems just.

Dated: April 18, 2025                     Respectfully submitted,

                                          By: /s/ Aaron A. Garber
                                              Aaron A. Garber (Colorado Bar No. 36099;
                                              Delaware Bar No. 3837)
                                              WADSWORTH GARBER WARNER
                                              CONRARDY, P.C.
                                              2580 W Main Street, Suite 200
                                              Littleton, CO 80120
                                              Telephone: 303-296-3905
                                              Fax: 303-296-7600
                                              Email: agarber@wgwc-law.com