**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>May 13, 2025, at 1:00 p.m. (ET)<br><br>**Objection Deadline:**<br>May 5, 2025, at 4:00 p.m. (ET) |

**NOTICE MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 105 AND
FED. R. BANKR. P. 9019 AUTHORIZING AND APPROVING THE DEBTORS'
ENTRY INTO A SETTLEMENT AGREEMENT BETWEEN
THE DEBTORS AND THEIR PROPERTY INSURERS**

**PLEASE TAKE NOTICE** that today, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Motion of Debtors Pursuant To 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving the Debtors' Entry into a Settlement Agreement Between the Debtors and their Property Insurers* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 5, 2025, at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel to the Debtors

**PLEASE TAKE FURTHER NOTICE** THAT IF ANY OBJECTIONS TO THE MOTION ARE RECEIVED, A HEARING WITH RESPECT TO THE MOTION WILL BE HELD ON **MAY 13, 2025, AT 1:00 P.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   April 21, 2025
         Wilmington, Delaware

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Casey B. Sawyer*
                            Robert J. Dehney, Sr. (No. 3578)
                            Andrew R. Remming (No. 5120)
                            Daniel B. Butz (No. 4227)
                            Sophie Rogers Churchill (No. 6905)
                            Casey B. Sawyer (No. 7260)
                            1201 N. Market Street, 16th Floor
                            Wilmington, DE 19801
                            Tel: (302) 658-9200
                            rdehney@morrisnichols.com
                            aremming@morrisnichols.com
                            dbutz@morrisnichols.com
                            srchurchill@morrisnichols.com
                            csawyer@morrisnichols.com

                            -and-

                            DAVIS POLK & WARDWELL LLP

                            Brian M. Resnick (admitted *pro hac vice*)
                            Adam L. Shpeen (admitted *pro hac vice*)
                            Stephen D. Piraino (admitted *pro hac vice*)
                            Ethan Stern (admitted *pro hac vice*)
                            Kevin L. Winiarski (admitted *pro hac vice*)
                            450 Lexington Avenue
                            New York, NY 10017
                            Tel.: (212) 450-4000
                            brian.resnick@davispolk.com
                            adam.shpeen@davispolk.com
                            stephen.piraino@davispolk.com
                            ethan.stern@davispolk.com
                            kevin.winiarski@davispolk.com

                            *Counsel to the Debtors and Debtors in Possession*