## **EXHIBIT B**

**Settlement Agreement**

# POLICY RELEASE

FOR AND IN CONSIDERATION of the sum of $268,302.79, which $0.00 was previously advanced, resulting in a final settlement payment of $268,302.79, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Big Lots, Inc. ("RELEASOR"), FOR ITSELF AND its parents, subsidiaries, affiliates, associates, principals, agents, servants, employees, officers, directors, lienholders, heirs, executors, administrators, representatives and assigns, REMISES, RELEASES, ACQUITS AND FOREVER DISCHARGES and its parents, subsidiaries, affiliates, associates, principals, agents, servants, employees, officers, directors, lienholders, heirs, executors, administrators, representatives and assigns, of and from any and all actions, causes of action, claims, demands, damages, injuries, debts, costs, loss of use, loss of services, loss of business, business interruption, repair and replacement costs, attorney's fees, consequential expenses, extra-contractual damages, and any other actual, alleged or perceived costs, damages or expenses of any nature, whether known or unknown, which do or may relate in any way to: the loss which is alleged to have occurred on or about September 27th, 2022 at Multiple locations ; Claim No. CHI22730840 pursuant to Policy No. XL #US00065403PR22A; Chubb#GPAD381155220078; Zurich#ERP0171421-08; AWAC#0312-9011-1A; Allianz#USP00074822; AIG#62502487; GuideOne#99002548; CNA#RMP703483189 , which claim and any rights related thereto are expressly waived and extinguished in further consideration of the above-mentioned payment.

RELEASOR acknowledges and assumes all risk, chance or hazard that said damages, costs, expenses or other matters released may be or become progressive, greater, or more extensive than is now known, anticipated or expected. RELEASOR also understands that this settlement is the compromise of a doubtful and disputed claim, and that the payment is not to be construed as an admission of liability on the part of the persons, firms or corporations hereby released. Further, RELEASOR acknowledges that no promise or inducement which is not herein expressed has been made to it, and that in executing this release it does not rely upon any statements or representations made by any person, firm or corporation hereby released, or any of their respective principals, agent, servants, employees or representatives, concerning the nature, extent or duration of said damages, losses, or the legal liability therefore.

This RELEASE, which shall be treated as a sealed instrument, contains the ENTIRE AGREEMENT between the parties hereto regarding the matters released, and the terms of this release are contractual and not a mere recital.

**CAUTION! READ BEFORE SIGNING**

Witness my signature by hand on this __19th__ day of __December__, 20__24__.

_____[signature]_____        _Jonathan Caruso   Director Treasury + Risk Mgmt_
Policyholder's authorized signature                                        Print name & title

**ACKNOWLEDGMENT**

State of __OHIO__ }
                  } ss.
County of __FRANKLIN__ }

On the __19__ day of __DECEMBER__ 20__24__,

before me came __JONATHAN CARUSO__ to me known, who being by me duly sworn, did depose and say that:
(Name)
he/she resides at __4900 DUBLIN GRANVILLE RD__, that
(Address)
he/she is the __DIRECTOR TREASURY & RISK MANAGEMENT__
(Title)
of __BIG LOTS STORES, LLC__, that:
(Company)
he/she has the actual authority to execute this agreement, and waive the rights and claims referenced herein, on behalf of the above-mentioned entity;
that he/she has read this entire agreement;
that he/she understands the terms of this agreement;
that he/she understands the rights and claims being released and extinguished;
that he/she understands that this agreement will operate as a complete bar to any other claims regarding the subject loss;
that he/she is satisfied with this agreement; and
that he/she has signed this agreement of his/her own free will.

_Terry L Harper_
Notary
My Commission expires:

TERRY L HARPER
Notary Public
State of Ohio
My Comm. Expires
May 19, 2026