# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS INC., et al.,<br><br>　　　　Debtors. | Bankruptcy Case No. 24-11967 (JKS)<br>(Jointly Administered) |
| PEAK LIVING, INC., et al.,<br><br>　　　　Appellants,<br><br>　v.<br>BIG LOTS INC., et al.,<br><br>　　　　Appellee. | Civil Action No. 1:25-cv-72-GBW |
| PRESTIGE PATIO, INC.,<br><br>　　　　Appellant,<br><br>　v.<br>BIG LOTS INC., *et al.*,<br><br>　　　　Appellee. | Civil Action No. 1:25-cv-78-GBW |
| HELLO SOFA, LLC, *et al.*,<br><br>　　　　Appellants,<br><br>　v.<br>BIG LOTS INC., *et al.*,<br><br>　　　　Appellee. | Civil Action No. 1:25-cv-130-GBW |

### APPELLANTS' SUPPLEMENT TO DESIGNATION OF ITEMS
### TO BE INCLUDED IN THE RECORD ON APPEAL

Administrative Claimants-Appellants Peak Living, Inc., Delta Furniture Manufacturing, LLC, Independent Furniture Supply Co., Inc., Hello Sofa, LLC and Frankline Corporation (collectively, the "Appellants"), by and through their undersigned counsel, hereby state as follows:

1. Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, on February 1, 2025, the Appellants filed their *Designation of Items to be Included in the Record on Appeal and Statement of the Issues* [D.I. 4 in Civil Action Nos. 1:25-cv-72-GBW; 1:25-cv-130-GBW; and 1:25-cv-78-GBW] (the "*Designation*").

2. Item 24 of the Designation listed the "*Transcript of the Hearing Held December 31, 2024 together with all exhibits admitted at the hearing*" [D.I. 1554]. However, the exhibits admitted at the hearing were not transmitted with the transcript by the Bankruptcy Court.

3. Attached hereto are the two exhibits that were admitted by the Bankruptcy Court into the record of the December 31, 2024 hearing; (a) Debtors' Exhibit 1, a comparison chart; and (b) Meta Platform's Exhibit 1, a rough transcript of the deposition of Kent Percy, taken on December 30, 2024.

Dated: April 21, 2025　　　　　　　　　　**GOLDSTEIN & MCCLINTOCK LLLP**
Wilmington, DE

　　　　　　　　　　　　　　　　　　　　*/s/ Maria Aprile Sawczuk*
　　　　　　　　　　　　　　　　　　　　Maria Aprile Sawczuk (No. 3320)
　　　　　　　　　　　　　　　　　　　　501 Silverside Road, Suite 65
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 444-6710
　　　　　　　　　　　　　　　　　　　　Email: marias@goldmclaw.com

　　　　　　　　　　　　　　　　　　　　-and-

**PHELPS DUNBAR LLP**
Danielle Mashburn-Myrick
101 Dauphin Street, Suite 1000
Mobile, AL 36602
Telephone: (251) 441-8202
Email: Danielle.mashburn-myrick@phelp.com
*Attorneys for Appellants, Peak Living, Inc., Delta Furniture Manufacturing, LLC, Independent Furniture Supply Co., Inc., Hello Sofa, LLC, and Frankin Corporation*


**THE LAW OFFICE OF JAMES TOBIA, LLC**

*/s/ James Tobia*
James Tobia (No. 3798)
1716 Wawaset Street
Wilmington, DE 19806
Tel: (302) 655-5303
jtobia@tobialaw.com

-and-

**SCHRIERSHAYNE P.C.**
Richard E. Schrier
262 W. 38th Street
New York, NY  10018
Tel: (212) 566-4949
richardschrier@gmail.com

*Attorneys for Appellant, Prestige Patio Inc.*