**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Steven Simms | Senior Managing Director | $1,525 | 3.3 | $5,032.50 |
| Clifford Zucker | Senior Managing Director | $1,445 | 1.1 | $1,589.50 |
| Elizabeth Hu | Senior Managing Director | $1,305 | 5.0 | $6,525.00 |
| Megan Hyland | Managing Director | $1,155 | 8.8 | $10,164.00 |
| Brian Taylor | Managing Director | $1,095 | 6.3 | $6,898.50 |
| Thiago Nunes Rodrigues | Senior Director | $1,020 | 29.0 | $29,580.00 |
| Calvin Aas | Senior Consultant | $760 | 60.0 | $45,600.00 |
| Sophia Cassidy | Consultant | $575 | 13.6 | $7,820.00 |
| David Berry | Consultant | $550 | 4.2 | $2,310.00 |
| **GRAND TOTAL** | | | **131.3** | **$115,519.50** |

**EXHIBIT B**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 4.6 | $2,645.00 |
| 2 | Cash & Liquidity Analysis | 59.0 | $52,331.00 |
| 5 | Real Estate Issues | 4.9 | $3,218.00 |
| 11 | Prepare for and Attendance at Court Hearings | 0.5 | $577.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 8.9 | $8,833.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 41.7 | $38,196.00 |
| 21 | General Meetings with Committee & Committee Counsel | 0.4 | $602.00 |
| 24 | Preparation of Fee Application | 11.3 | $9,117.00 |
| | **GRAND TOTAL** | **131.3** | **$115,519.50** |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 3/3/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/4/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/5/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/6/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/7/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/10/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/11/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/12/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/13/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/14/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/17/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/18/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/19/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/20/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/21/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/24/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/25/2025 | Sophia Cassidy | 0.3 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/26/2025 | Sophia Cassidy | 0.2 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/27/2025 | Sophia Cassidy | 0.1 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/28/2025 | Sophia Cassidy | 0.1 | Prepare daily email update on case news and docket filings for the FTI team. |
| 1 | 3/31/2025 | Sophia Cassidy | 0.5 | Prepare daily email update on case news and docket filings for the FTI team. |
| **1 Total** | | | **4.6** | |
| 2 | 3/1/2025 | Calvin Aas | 0.6 | Review weekly cash flow variance reporting. |
| 2 | 3/3/2025 | Calvin Aas | 1.3 | Respond to comments from the FTI team re: liquidity update for the Committee. |
| 2 | 3/3/2025 | Calvin Aas | 2.8 | Finalize initial draft of liquidity update for the Committee. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 3/3/2025 | Calvin Aas | 0.5 | Assess outstanding updates on liquidity update for the Committee. |
| 2 | 3/3/2025 | Calvin Aas | 0.2 | Participate on call with the Debtors' financial advisors on outstanding items re: liquidity. |
| 2 | 3/3/2025 | Megan Hyland | 0.8 | Assess liquidity update for the Committee. |
| 2 | 3/3/2025 | Thiago Nunes Rodrigues | 1.0 | Review and provide comments on materials for the Committee re: liquidity. |
| 2 | 3/4/2025 | Calvin Aas | 0.1 | Prepare estimate of professional fee hours for cash flow budget. |
| 2 | 3/4/2025 | Calvin Aas | 0.5 | Draft email correspondence to the Debtors' financial advisors re: liquidity. |
| 2 | 3/4/2025 | Calvin Aas | 1.6 | Finalize updated draft of liquidity update for the Committee. |
| 2 | 3/4/2025 | Clifford Zucker | 0.3 | Review and analyze liquidity update for the Committee. |
| 2 | 3/4/2025 | Elizabeth Hu | 0.3 | Review liquidity update presentation. |
| 2 | 3/4/2025 | Megan Hyland | 0.6 | Assess liquidity update for the Committee. |
| 2 | 3/4/2025 | Steven Simms | 0.3 | Correspond with the FTI team on key wind-down updates. |
| 2 | 3/4/2025 | Thiago Nunes Rodrigues | 0.8 | Revise materials for the Committee re: administrative and wind-down budgets. |
| 2 | 3/4/2025 | Thiago Nunes Rodrigues | 0.3 | Prepare correspondence to FTI team and Committee counsel with update on the administrative and wind-down budgets. |
| 2 | 3/4/2025 | Thiago Nunes Rodrigues | 0.3 | Participate on call with the Debtors' financial advisors to discuss funding reconciliation. |
| 2 | 3/7/2025 | Calvin Aas | 0.2 | Participate on call with the Debtors' financial advisors re: budgets. |
| 2 | 3/7/2025 | Calvin Aas | 0.7 | Review weekly liquidity reporting. |
| 2 | 3/7/2025 | Calvin Aas | 2.6 | Prepare draft materials for the Committee re: budgets. |
| 2 | 3/7/2025 | Megan Hyland | 0.2 | Participate on call with the Debtors' financial advisors re: budgets. |
| 2 | 3/9/2025 | Calvin Aas | 2.0 | Update draft materials for the Committee re: budgets. |
| 2 | 3/10/2025 | Calvin Aas | 1.8 | Respond to comments from the FTI team on materials for the Committee re: budgets. |
| 2 | 3/10/2025 | Calvin Aas | 1.3 | Update support for the weekly budgets' analysis. |
| 2 | 3/10/2025 | Calvin Aas | 2.4 | Finalize updated draft materials for Committee re: budgets. |
| 2 | 3/10/2025 | Elizabeth Hu | 0.3 | Review and provide comments on liquidity update for the Committee. |
| 2 | 3/10/2025 | Megan Hyland | 0.5 | Review liquidity update for the Committee. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 3/10/2025 | Steven Simms | 0.4 | Assess wind-down updates. |
| 2 | 3/10/2025 | Thiago Nunes Rodrigues | 0.8 | Review and provide comments on materials for the Committee re: liquidity update. |
| 2 | 3/11/2025 | Calvin Aas | 0.8 | Review final draft of presentation for the Committee re: budgets. |
| 2 | 3/11/2025 | Calvin Aas | 0.4 | Respond to comments on presentation for the Committee re: budgets. |
| 2 | 3/11/2025 | Calvin Aas | 0.3 | Finalize updated presentation for the Committee re: budgets. |
| 2 | 3/11/2025 | Clifford Zucker | 0.3 | Review and analyze liquidity update for the Committee. |
| 2 | 3/11/2025 | Elizabeth Hu | 0.2 | Review update for FTI team on funding reconciliation items. |
| 2 | 3/11/2025 | Megan Hyland | 0.2 | Finalize liquidity update for the Committee. |
| 2 | 3/11/2025 | Thiago Nunes Rodrigues | 0.4 | Participate on call with the Debtors' financial advisors re: funding reconciliation items. |
| 2 | 3/11/2025 | Thiago Nunes Rodrigues | 0.5 | Prepare correspondence to Committee counsel with an update on funding reconciliation items. |
| 2 | 3/11/2025 | Thiago Nunes Rodrigues | 0.2 | Participate on call with Committee counsel to discuss funding reconciliation items. |
| 2 | 3/14/2025 | Calvin Aas | 0.7 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 3/14/2025 | Megan Hyland | 0.7 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 3/14/2025 | Thiago Nunes Rodrigues | 0.7 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 3/14/2025 | Thiago Nunes Rodrigues | 3.2 | Review weekly variance reporting of administrative and wind-down budgets. |
| 2 | 3/17/2025 | Thiago Nunes Rodrigues | 2.5 | Prepare draft materials for the Committee re: administrative and wind-down budgets. |
| 2 | 3/18/2025 | Calvin Aas | 0.1 | Prepare estimate of professional fees for budget. |
| 2 | 3/18/2025 | Elizabeth Hu | 0.2 | Review the latest liquidity update for the Committee. |
| 2 | 3/18/2025 | Megan Hyland | 0.3 | Review and provide comments on liquidity update for the Committee. |
| 2 | 3/18/2025 | Thiago Nunes Rodrigues | 1.0 | Revise materials for the Committee re: administrative and wind-down budgets. |
| 2 | 3/19/2025 | Clifford Zucker | 0.4 | Review and analyze liquidity update for the Committee. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 3/21/2025 | Calvin Aas | 0.3 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 3/21/2025 | Calvin Aas | 0.9 | Review weekly liquidity reporting. |
| 2 | 3/21/2025 | Calvin Aas | 1.5 | Prepare support for presentation to the Committee re: liquidity. |
| 2 | 3/21/2025 | Calvin Aas | 0.8 | Update presentation for the Committee re: liquidity. |
| 2 | 3/21/2025 | Megan Hyland | 0.3 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 3/21/2025 | Thiago Nunes Rodrigues | 0.3 | Review draft materials for the Committee re: administrative and wind-down disbursements. |
| 2 | 3/21/2025 | Thiago Nunes Rodrigues | 0.3 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 3/23/2025 | Calvin Aas | 1.0 | Revise liquidity update for the Committee. |
| 2 | 3/24/2025 | Calvin Aas | 1.2 | Continue to revise liquidity update for the Committee. |
| 2 | 3/24/2025 | Thiago Nunes Rodrigues | 0.8 | Review and provide comments on materials for the Committee re: administrative and wind-down disbursements. |
| 2 | 3/25/2025 | Calvin Aas | 0.2 | Prepare estimate of professional fees for budget. |
| 2 | 3/25/2025 | Calvin Aas | 1.7 | Revise liquidity update for the Committee. |
| 2 | 3/25/2025 | Elizabeth Hu | 0.3 | Review and provide comments on liquidity update for the Committee. |
| 2 | 3/25/2025 | Megan Hyland | 0.4 | Review and provide comments on liquidity update for the Committee. |
| 2 | 3/26/2025 | Calvin Aas | 1.1 | Finalize draft of liquidity update for the Committee. |
| 2 | 3/26/2025 | Calvin Aas | 1.0 | Perform quality control analysis of liquidity update report for the Committee. |
| 2 | 3/28/2025 | Calvin Aas | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 3/28/2025 | Calvin Aas | 0.9 | Review weekly liquidity reporting. |
| 2 | 3/28/2025 | Calvin Aas | 1.0 | Prepare analysis of weekly liquidity variance reporting. |
| 2 | 3/28/2025 | Calvin Aas | 0.8 | Assess latest actuals compared to the administrative and wind-down budgets. |
| 2 | 3/28/2025 | Megan Hyland | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 3/28/2025 | Thiago Nunes Rodrigues | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 3/30/2025 | Calvin Aas | 0.7 | Update materials for the Committee re: budgets. |
| 2 | 3/31/2025 | Calvin Aas | 0.2 | Draft correspondence to the Debtors' financial advisors re: liquidity updates. |
| 2 | 3/31/2025 | Calvin Aas | 0.7 | Update report to the Committee re: budgets per comments from the FTI team. |
| 2 | 3/31/2025 | Calvin Aas | 1.7 | Finalize report to the Committee re: budgets. |
| 2 | 3/31/2025 | Megan Hyland | 0.3 | Review and provide comments on liquidity update for the Committee. |
| 2 | 3/31/2025 | Thiago Nunes Rodrigues | 0.5 | Review and provide comments on materials for the Committee re: administrative and wind-down disbursements. |
| **2 Total** | | | **59.0** | |
| 5 | 3/3/2025 | Sophia Cassidy | 0.8 | Update lease tracker based on recent docket filings. |
| 5 | 3/3/2025 | Thiago Nunes Rodrigues | 0.1 | Review updates to the lease tracker following lease termination and designations. |
| 5 | 3/4/2025 | Thiago Nunes Rodrigues | 0.3 | Assess store locations extending the designation rights period. |
| 5 | 3/5/2025 | Sophia Cassidy | 0.4 | Update lease tracker for recent docket filing. |
| 5 | 3/12/2025 | Sophia Cassidy | 0.3 | Update lease tracker for recent docket filing. |
| 5 | 3/13/2025 | Sophia Cassidy | 0.7 | Update lease tracker for recent docket filing. |
| 5 | 3/17/2025 | Thiago Nunes Rodrigues | 0.5 | Review and amend updated lease tracker following new docket filings for rejections. |
| 5 | 3/21/2025 | Sophia Cassidy | 0.4 | Update lease tracker regarding recent docket filings. |
| 5 | 3/25/2025 | Sophia Cassidy | 0.5 | Update lease tracker regarding docket filings. |
| 5 | 3/26/2025 | Sophia Cassidy | 0.5 | Update lease tracker regarding recent docket filings. |
| 5 | 3/31/2025 | Sophia Cassidy | 0.4 | Update lease tracker regarding recent docket filings. |
| **5 Total** | | | **4.9** | |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 11 | 3/25/2025 | Megan Hyland | 0.5 | Listen to court hearing re: case update and lease designation objections (partial). |
| **11 Total** | | | **0.5** | |
| 14 | 3/18/2025 | Steven Simms | 0.3 | Review update on administrative claim payment items. |
| 14 | 3/21/2025 | Elizabeth Hu | 0.3 | Assess administrative claim distributions. |
| 14 | 3/21/2025 | Sophia Cassidy | 0.6 | Prepare summary of administrative claims. |
| 14 | 3/21/2025 | Steven Simms | 0.4 | Review items related to administrative claim payment timing. |
| 14 | 3/21/2025 | Steven Simms | 0.3 | Correspond with creditor on administrative claim payment timing. |
| 14 | 3/21/2025 | Thiago Nunes Rodrigues | 0.4 | Prepare estimate of pre-closing administrative claims recovery. |
| 14 | 3/21/2025 | Thiago Nunes Rodrigues | 0.3 | Review pre-closing administrative claims scheduled. |
| 14 | 3/25/2025 | Megan Hyland | 0.6 | Draft email correspondence to Committee counsel re: administrative claims. |
| 14 | 3/25/2025 | Steven Simms | 0.4 | Review items related to administrative claims payout and related correspondence with creditor. |
| 14 | 3/27/2025 | Elizabeth Hu | 0.3 | Review administrative claims reconciliation from the Debtors. |
| 14 | 3/27/2025 | Sophia Cassidy | 1.3 | Prepare administrative claims analysis. |
| 14 | 3/27/2025 | Thiago Nunes Rodrigues | 0.3 | Participate on call with the Debtors' financial advisors to discuss pre-closing administrative claims reconciliation process. |
| 14 | 3/27/2025 | Thiago Nunes Rodrigues | 0.3 | Prepare correspondence to FTI team regarding pre-closing administrative claims. |
| 14 | 3/28/2025 | Sophia Cassidy | 0.9 | Update administrative claims analysis. |
| 14 | 3/28/2025 | Steven Simms | 0.4 | Assess administrative payment items. |
| 14 | 3/28/2025 | Thiago Nunes Rodrigues | 0.8 | Review and provide comments to administrative claims analysis. |
| 14 | 3/31/2025 | Sophia Cassidy | 0.7 | Review administrative claims filings. |
| 14 | 3/31/2025 | Steven Simms | 0.3 | Assess administrative claim issues. |
| **14 Total** | | | **8.9** | |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 3/19/2025 | Elizabeth Hu | 0.5 | Participate on call with Committee counsel re: D&O investigation. |
| 18 | 3/19/2025 | Megan Hyland | 0.1 | Assess analyses required for D&O investigation. |
| 18 | 3/19/2025 | Megan Hyland | 0.5 | Participate on call with Committee counsel re: D&O investigation. |
| 18 | 3/19/2025 | Thiago Nunes Rodrigues | 0.5 | Participate on call with Committee counsel re: D&O investigation. |
| 18 | 3/19/2025 | Thiago Nunes Rodrigues | 1.7 | Review documents provided for D&O investigation. |
| 18 | 3/20/2025 | Brian Taylor | 0.5 | Participate on call with FTI team to discuss next steps for D&O investigations. |
| 18 | 3/20/2025 | Brian Taylor | 0.6 | Prepare request list for D&O investigations. |
| 18 | 3/20/2025 | Brian Taylor | 0.4 | Review documents and correspondence related to D&O investigation request list. |
| 18 | 3/20/2025 | Elizabeth Hu | 0.5 | Participate on call with FTI team to discuss next steps for D&O investigations. |
| 18 | 3/20/2025 | Megan Hyland | 0.5 | Assess information requests for D&O investigation analysis. |
| 18 | 3/20/2025 | Thiago Nunes Rodrigues | 0.8 | Draft initial request list for the D&O investigation. |
| 18 | 3/20/2025 | Thiago Nunes Rodrigues | 0.5 | Participate on call with FTI team to discuss next steps for D&O investigations. |
| 18 | 3/20/2025 | Thiago Nunes Rodrigues | 1.0 | Continue to review documents provided for D&O investigation. |
| 18 | 3/21/2025 | Brian Taylor | 0.7 | Review case background on specific transactions re: D&O investigation. |
| 18 | 3/21/2025 | Brian Taylor | 1.0 | Participate on call with FTI team to discuss D&O investigation and request list. |
| 18 | 3/21/2025 | Brian Taylor | 0.7 | Update request list for D&O investigations. |
| 18 | 3/21/2025 | Thiago Nunes Rodrigues | 0.2 | Draft correspondence to Committee counsel re: D&O investigations document request list. |
| 18 | 3/21/2025 | Thiago Nunes Rodrigues | 1.0 | Participate on call with FTI team to discuss D&O investigation and request list. |
| 18 | 3/21/2025 | Thiago Nunes Rodrigues | 0.6 | Review and amend D&O investigation request list. |
| 18 | 3/24/2025 | Calvin Aas | 0.3 | Participate on call with FTI team re: D&O investigations. |
| 18 | 3/24/2025 | Elizabeth Hu | 0.4 | Review updated D&O investigations diligence request list. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 3/24/2025 | Elizabeth Hu | 0.3 | Participate on call with FTI team re: D&O investigations. |
| 18 | 3/24/2025 | Thiago Nunes Rodrigues | 2.0 | Update D&O investigations request list with comments from FTI team. |
| 18 | 3/25/2025 | Calvin Aas | 0.7 | Assess requests for D&O investigation analysis. |
| 18 | 3/25/2025 | Calvin Aas | 1.1 | Review documents relating to D&O investigation. |
| 18 | 3/25/2025 | Calvin Aas | 2.0 | Prepare initial analysis regarding D&O investigation. |
| 18 | 3/25/2025 | Steven Simms | 0.2 | Draft correspondence on D&O investigation items. |
| 18 | 3/26/2025 | Brian Taylor | 0.3 | Draft correspondence to FTI team related to D&O investigation document request list. |
| 18 | 3/26/2025 | Calvin Aas | 1.9 | Update D&O investigation analysis. |
| 18 | 3/26/2025 | Thiago Nunes Rodrigues | 0.7 | Assess documents related to D&O investigations. |
| 18 | 3/27/2025 | Calvin Aas | 1.8 | Update D&O investigation analysis per comments from the FTI team. |
| 18 | 3/27/2025 | Calvin Aas | 1.0 | Perform quality control analysis of D&O investigation analysis. |
| 18 | 3/27/2025 | Calvin Aas | 0.6 | Prepare support for D&O investigation analysis. |
| 18 | 3/27/2025 | Calvin Aas | 0.6 | Finalize updated draft of D&O investigation analysis. |
| 18 | 3/27/2025 | Thiago Nunes Rodrigues | 0.3 | Review and provide comments on D&O investigations analysis. |
| 18 | 3/27/2025 | Thiago Nunes Rodrigues | 0.5 | Prepare correspondence to Committee counsel and the Debtors' financial advisors re: D&O investigations document request list. |
| 18 | 3/28/2025 | Brian Taylor | 0.6 | Prepare budget for D&O investigations. |
| 18 | 3/28/2025 | Brian Taylor | 1.0 | Participate on call with FTI team to discuss D&O investigation analysis. |
| 18 | 3/28/2025 | Brian Taylor | 0.5 | Participate on call with FTI team re: D&O investigation updates. |
| 18 | 3/28/2025 | Calvin Aas | 0.5 | Participate on call with FTI team re: D&O investigation updates. |
| 18 | 3/28/2025 | David Berry | 1.0 | Participate on a call with FTI team to discuss D&O investigation analysis. |
| 18 | 3/28/2025 | David Berry | 1.0 | Assess market data for D&O investigation analysis. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 3/28/2025 | David Berry | 0.5 | Participate on call with FTI team re: D&O investigation updates. |
| 18 | 3/28/2025 | Elizabeth Hu | 0.5 | Participate on call with FTI team re: D&O investigation updates. |
| 18 | 3/28/2025 | Megan Hyland | 0.5 | Assess analyses for D&O investigations. |
| 18 | 3/28/2025 | Megan Hyland | 0.2 | Review D&O investigation analysis. |
| 18 | 3/28/2025 | Thiago Nunes Rodrigues | 1.0 | Implement adjustments to analysis for D&O investigations. |
| 18 | 3/28/2025 | Thiago Nunes Rodrigues | 0.5 | Participate on call with FTI team re: D&O investigation updates. |
| 18 | 3/31/2025 | Calvin Aas | 0.8 | Update D&O investigation analysis. |
| 18 | 3/31/2025 | Calvin Aas | 2.9 | Prepare draft presentation for D&O investigation analysis. |
| 18 | 3/31/2025 | Calvin Aas | 0.6 | Review documents received re: D&O investigation analysis. |
| 18 | 3/31/2025 | David Berry | 1.7 | Compile and analyze relevant data for D&O investigation analysis. |
| 18 | 3/31/2025 | Megan Hyland | 0.3 | Assess update on investigation analysis. |
| 18 | 3/31/2025 | Thiago Nunes Rodrigues | 0.3 | Correspond with Committee counsel re: update on D&O investigations request list. |
| 18 | 3/31/2025 | Thiago Nunes Rodrigues | 0.3 | Participate on call with the Debtors' financial advisors to discuss D&O investigations request list. |
| **18 Total** | | | **41.7** | |
| 21 | 3/3/2025 | Clifford Zucker | 0.1 | Participate on call with Committee counsel on case update. |
| 21 | 3/6/2025 | Steven Simms | 0.3 | Correspond with creditor on case updates and key issues. |
| **21 Total** | | | **0.4** | |
| 24 | 3/11/2025 | Calvin Aas | 0.5 | Review initial fee application exhibits for February. |
| 24 | 3/12/2025 | Calvin Aas | 1.5 | Review the February fee application exhibits. |
| 24 | 3/12/2025 | Sophia Cassidy | 1.5 | Prepare February fee application. |
| 24 | 3/18/2025 | Calvin Aas | 0.2 | Review updates to the February fee application exhibits. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2025 TO MARCH 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 3/18/2025 | Megan Hyland | 0.5 | Review and provide comments on the February fee application. |
| 24 | 3/19/2025 | Calvin Aas | 1.0 | Finalize initial draft fee application for February. |
| 24 | 3/21/2025 | Megan Hyland | 0.3 | Review February fee application for compliance with bankruptcy guidelines. |
| 24 | 3/24/2025 | Calvin Aas | 0.7 | Incorporate updates to the February fee application. |
| 24 | 3/24/2025 | Elizabeth Hu | 0.6 | Review and comment on February fee application. |
| 24 | 3/25/2025 | Calvin Aas | 1.5 | Incorporate updates to the February fee application. |
| 24 | 3/26/2025 | Calvin Aas | 0.7 | Revise the February fee application with comments from FTI team. |
| 24 | 3/26/2025 | Elizabeth Hu | 0.3 | Review and provide comments on the February fee application. |
| 24 | 3/27/2025 | Calvin Aas | 0.3 | Update fee application for February per comments from FTI team. |
| 24 | 3/28/2025 | Calvin Aas | 0.6 | Finalize February fee application. |
| 24 | 3/31/2025 | Calvin Aas | 0.9 | Update fee application per comments from Committee counsel. |
| 24 | 3/31/2025 | Calvin Aas | 0.2 | Correspond with Committee counsel re: requested February fee application updates. |
| **24 Total** | | | **11.3** | |
| **Grand Total** | | | **131.3** | |