# United States Bankruptcy Court

## For the District of Delaware

In re Big Lots, Inc. , Case No. 24-11967

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CRG Financial LLC | EAST COAST INT'L INC |
|---|---|
| Name of Transferee | 3 REUTEN DR CLOSTER NJ 07624 |
|  | NAME and ADDRESS of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim# (if known): *Please see table below.

CRG Financial LLC
84 Herbert Ave. Building B Suite 202
Closter, NJ 07624

Amount of Claim:
Scheduled: *Please see table below.
Proofs of Claim: *Please see table below.
Date Claim Filed: *Please see table below.

Phone: (201) 2666988
Last Four Digits of Acct#:_____

Phone:
Last Four Digits of Acct#:_____

Name and Address where Transferee payments should be sent (if different from above);
SAME AS ABOVE

| Scheduled Amount | Subdebtor | Portion Transferred to CRG |
|---|---|---|
| $1,100.00 | AVDC, LLC | transferring entire amount |
| $3,260.00 | Big Lots Stores, LLC | transferring entire amount |
| $3,000.00 | CSC Distribution LLC | transferring entire amount |
| $2,120.00 | Durant DC, LLC | transferring entire amount |
|  |  |  |

| Claim # | Date Claim Filed | Subdebtor | POC Amount | Portion Transferred to CRG |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lauren Lamendola    Date: 04/23/2025

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# United States Bankruptcy Court

For the District of Delaware

<u>In re Big Lots, Inc. , Case No. 24-11967</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/23/2025.

| | |
|---|---|
| <u>CRG Financial LLC</u> | <u>East Coast Int'l Inc</u> |
| Name of Alleged Transferee | Name of Transferor |
| - | - |
| <u>84 Herbert Ave. Building B - Suite 202, Closter, NJ 07624</u> | <u>3 Reuten Dr , , Closter , NJ 07624</u> |
| Address of Alleged Transferee | Address of Transferor |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

**NOTICE OF TRANSFER AND WAIVER**

East Coast Int'l Inc ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 84 Herbert Ave. Building B - Suite 202, Closter, NJ 07624, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Assignment between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement), including any amounts owed as a cure with respect to a contract assumption, against Big Lots, Inc. or any of its co-debtor subsidiaries or affiliates (the "Debtor"), in the aggregate amount of not less than $9,480.00, representing all administrative expense claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 24-11967.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 10/10/2024.

By: /s/ Keir Graham
       Signature

    Keir Graham
   Print Name/Title
    East Coast Int'l Inc

IN WITNESS WHEREOF, Purchaser has signed below as of Friday, October 25, 2024.

By: /s/ Robert Axenrod
CRG Financial LLC