## <u>Exhibit B</u>

**Lammert Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BIG LOTS, INC., et al.,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JOHN W. LAMMERT IN SUPPORT OF DEBTORS' FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO REDUCED AMOUNT TAX CLAIMS PURSUANT TO 11 U.S.C. §§ 502 AND 505, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1**

I, John W. Lammert, declare the following under penalty of perjury:

**Background**

1.      I am the Executive Vice President of Assessment Technologies, Ltd. ("**ATL**").  I have held this position with ATL since October 2001 and currently manage the firm's Bankruptcy Tax Practice.  I have been involved with the valuation of complex properties during my tenure with the firm.

2.      I submit this declaration (the "**Declaration**") in support of the *Debtors' First Omnibus Objection (Substantive) to Reduced Amount Tax Claims Pursuant to 11 U.S.C. §§ 502 and 505, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1*, filed concurrently herewith (the "**Objection**").[2]

---

[1] The debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] All capitalized terms used but not defined herein are defined in the Objection.

3.      Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by former employees and members of the Debtors' management and the Debtors' advisors.  If called as a witness, I could and would competently testify to the matters set forth herein.

4.      To the best of my knowledge, information, and belief, the assertions made in the Objection are accurate.  In evaluating the claims, I, or one or more of the Debtors' agents or advisors operating under my supervision or at my direction, have reviewed the Debtors' books and records, the relevant proofs of claim, as well as the supporting documentation provided by the claimants, and determined that the Disputed Claims should be reduced as set forth in the Objection and Proposed Order.  I believe the reduction of the claims listed in <u>Schedule 1</u> to the Proposed Order on the terms set forth in the Objection and Proposed Order is appropriate.

5.      ATL was retained by the Debtors to provide ad valorem tax services.  As part of these services, ATL agreed to, among other things, verify the methodology used to determine the property values assigned by the various Taxing Authorities in which the Debtors have property, identify instances whereby the methodology would result in over-assessment, over-valuation, and excessive taxation by the Taxing Authorities, and seek appropriate reductions, as warranted by applicable law, for any such excess.

6.      ATL's professional staff has represented clients throughout the United States and is familiar with the Taxing Authorities tax statutes governing Market Value (as statutorily defined) and the underlying valuation methodology addressed by the Objection.

7.      I have been personally involved in ATL's review of the methodology applied by, and documents provided to and by, the Taxing Authorities.  In this regard, I have

overseen the review of the property and the methodology applied by the Taxing Authorities, identifying areas where the Taxing Authorities' methodology, as applied to these specific assets, would generate excessive Market Values.  From this, I have identified assets that should be reduced or disputed based upon (i) the records maintained by the Debtors in the ordinary course of business; (ii) other materials generated in connection with ATL's review of the Debtors' assets and Market Value; (iii) information gleaned from the sale of assets of the Estate: and (iv) sales, listings for sale and offers for sale of the property.

8.      Based on all the information obtained through the above-described process, I have determined that the Taxing Authorities' methodology employed in arriving at the purported Market Values of the property is erroneous.  Here, the Taxing Authorities purported to arrive at Market Values on the basis absent consideration of the sales of property at the stores together with information or sales from the marketplace.  The Taxing Authorities' assessments therefore do not reflect the Market Value.  By omitting actual sales data to estimate an open market, arm's-length sales prices, the Taxing Authorities' analyses and conclusions were flawed.

9.      The hypothetical well-informed buyer contemplated by the statutory definition of "Market Value" would consider and deal with each of the above-listed factors differently than did the Taxing Authorities.  ATL has concluded that the methodology used by the Taxing Authorities resulted in an overvaluing of the property.  The analytical process employed by ATL to determine the correct Market Values consistent with respective Taxing Authorities definition of Market Value, are detailed below.  These methods are consistent with the respective state valuation standards.

10.      The personal property subject to assessment and taxation for local use is subject to the same valuation standard, namely, the "Market Value."  The respective definitions of

value for each of the Taxing Authorities is as follows:

> **Texas -** Tax Code Section 23.01 requires taxable property to be appraised at market value as of Jan. 1. Market value is the price at which a property would transfer for cash or its equivalent under prevailing market conditions if:
>
> - it is exposed for sale in the open market with a reasonable time for the seller to find a purchaser;
> - both the seller and the purchaser know of all the uses and purposes to which the property is adapted and for which it is capable of being used and of the enforceable restrictions on its use; and
> - both the seller and purchaser seek to maximize their gains, and neither is in a position to take advantage of the exigencies of the other.

11.     Therefore, in determining the Market Value of a property, the Taxing Authorities should calculate a hypothetical arm's-length sales transaction for property offered for sale on the open market between a prudent, voluntary seller and an equally prudent, voluntary buyer, both of whom are well-informed about the property as of a specified valuation date.  The Taxing Authorities are specifically required to implement and apply this definition in assessing taxable property within their jurisdiction.

12.     After concluding that the Taxing Authorities' methodology resulted in an improper determination of the Market Value of the property, ATL used information provided by a third-party firm ("**Third-Party Research Data**") to approximate the Market Value of the property as allowed by applicable non-bankruptcy law as of the date the values were to be assessed.  This source provides a representative assessment of the Market Value of the Debtor's assets.

13.     **Third-Party Research Data – Inventory Schedules**.  The Inventory Schedules are developed to reflect typical discounts on inventory in different markets. The information used is derived from information from questionnaires with companies in the industry, sales and financial information from various companies, and other resources.  From this data, the

4

results are divided into various property types and include items such as freight, damaged goods, discounts/markdowns, price match, private label, slow moving items, rebates, returns, obsolete, scrap and bulk discounts.

14. **Third-Party Research Data – Furniture, Fixtures and Equipment**. ATL also reviewed inventory schedules produced by Property Tax Research Services ("**PTRS**"). The inventory schedules produced by PTRS are developed to reflect typical discounts on inventory in different markets.  The information obtained by PTRS is derived from questionnaires with companies in the industry, sales and financial information from various companies, and other resources.  PTRS abstracted data from the market to determine the appropriate level of depreciation for each of these types of assets.

15. From these sources, the ATL has estimated the value of the inventory and furniture, fixtures, and equipment at the Debtor's store locations as of January 1, 2023.  The Market Values identified on **Annex 1** attached hereto are derived from the sources above and represent the Revised Market Values.

16. I have determined that the Market Values asserted by the Taxing Authorities for the subject property are overstated.  This determination is based on third-party appraisal analysis of both the Debtor's inventory and furniture, fixtures, and equipment. The third-party analysis is independent and draws data from the market based on sales prices of assets similar to those of the Debtor.  A schedule comparing the property values and corresponding tax liabilities described in the Appraisals to the tax liabilities described in the Disputed Claims is attached hereto as **Annex 1**.

17. To the best of my knowledge, information, and belief, based on my review, or my supervision of the review of the Disputed Claims listed on Schedule 1 to the Proposed Order,

the Disputed Claims assert an amount that is higher than the corresponding amount of liability that is due and owing to the claimant.  If the Disputed Claims are not reduced to comport with the liability actually reflected in the Appraisals, the claimants will obtain improper recoveries on account of the claims to the detriment of other similarly situated creditors.  Accordingly, I believe it is proper for the Court to enter the Proposed Order reducing the Disputed Claims as set forth therein.

## Compliance with Local Rule 3007-1

18.    I have reviewed Local Rule 3007-1 and hereby state that, to the best of my knowledge and belief, the Objection is in compliance therewith.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts set forth in the foregoing declaration are true and correct to the best of my knowledge, information, and belief.

Dated: April 23, 2025

*/s/ John W. Lammert*
John W. Lammert
Assessment Technologies, Ltd.

## ANNEX 1

| COUNTY | CLAIMANT | CLAIM NO. | DEBTOR NAME | APPRAISAL DISTRICT | APPRAISAL DISTRICT ACCOUNT NO. | SITUS ADDRESS | 2024 APPRAISAL DISTRICT ASSERTED VALUE | 2024 REVISED VALUE | 2024 PORTION OF TOTAL CLAIM AMOUNT | REVISED 2024 CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Harris | Alief Independent School District | 3433 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 2003909 | 9795 Westheimer Rd | $ 563,002 | $ 258,092 | $ 5,898.01 | $ 2,703.77 |
| | | 3433 Total | | | | | | | $ 5,898.01 | $ 2,703.77 |
| Angelina | Angelina County | 1729 | Big Lots, Inc. | Angelina County Appraisal District | P-44-44100-1403 | 809 S Timberland Dr | $ 402,880 | 200,061 | $ 9,526.96 | 4,180.84 |
| | | 1729 Total | | | | | | | $ 9,526.96 | 4,180.84 |
| Bexar | Bexar County | 2872 | Big Lots Stores, LLC | Bexar Appraisal District | 90205-060-2625 | 6900 San Pedro Ave | $ 589,240 | 293,960 | $ 13,467.33 | 6,718.57 |
| Bexar | Bexar County | 2872 | Big Lots Stores, LLC | Bexar Appraisal District | 90205-060-2400 | 3715 Colony Dr | $ 596,520 | 284,965 | 13,658.78 | 6,524.96 |
| Bexar | Bexar County | 2872 | Big Lots Stores, LLC | Bexar Appraisal District | 90205-060-2620 | 13926 Nacogdoches Rd | $ 487,830 | 246,677 | 11,149.58 | 5,637.92 |
| Bexar | Bexar County | 2872 | Big Lots Stores, LLC | Bexar Appraisal District | 90205-062-1330 | 7723 Guilbeau Rd | $ 595,470 | 283,594 | 13,634.75 | 6,493.58 |
| Bexar | Bexar County | 2872 | Big Lots Stores, LLC | Bexar Appraisal District | 90205-060-2550 | 16648 San Pedro Ave | $ 538,840 | 259,745 | 12,315.41 | 5,936.58 |
| Bexar | Bexar County | 2872 | Big Lots Stores, LLC | Bexar Appraisal District | 90205-062-1405 | 2902 Goliad Rd | $ 607,800 | 304,586 | 13,479.44 | 6,602.66 |
| | | 2872 Total | | | | | | | $ 77,705.29 | 37,914.27 |
| Bexar | Bexar County | 2871 | Big Lots Stores - PNS, LLC | Bexar Appraisal District | 90205-060-2675 | 1739 SW Loop 410 | $ 673,130 | 287,581 | $ 15,412.95 | 6,584.87 |
| | | 2871 Total | | | | | | | $ 15,412.95 | 6,584.87 |
| Bexar | Bexar County | 2872 | Big Lots Stores, LLC | Bexar Appraisal District | 00000-119-5476 | 8318 Fm 78 | $ 413,040 | 205,101 | $ 9,125.10 | 4,531.21 |
| | | 2872 Total | | | | | | | $ 9,125.10 | 4,531.21 |
| Bowie | Bowie Central Appraisal District | 97 | Big Lots, Inc. | Bowie Central Appraisal District | 40900010315 | 96-96A Oaklawn Village | $ 460,267 | 223,648 | $ 11,690.50 | 5,294.85 |
| | | 97 Total | | | | | | | $ 11,690.50 | 5,294.85 |
| Brazoria | Brazoria County, et al | 3005 | Big Lots, Inc. | Brazoria County Appraisal District | 9339-0475-500 | 125 Highway 332 W | $ 412,670 | 221,464 | $ 7,924.38 | 4,252.71 |
| Brazoria | Brazoria County, et al | 3005 | Big Lots, Inc. | Brazoria County Appraisal District | 9751-0260-020 | 2028 N Main St | $ 411,840 | 221,094 | 9,006.21 | 4,834.92 |
| | | 3005 Total | | | | | | | $ 16,930.59 | 9,087.63 |
| Brown | Brown County Appraisal District | 6473 | Big Lots, Inc. | Brown County Appraisal District | P2003-5331-01 | 315 E Commerce St | $ 473,410 | 207,829 | $ 10,096.41 | 4,432.37 |
| | | 6473 Total | | | | | | | $ 10,096.41 | 4,432.37 |
| Cameron | Brownsville Independent School District | 868 | Big Lots, Inc. | Cameron Appraisal District | 00-0100-0023-1652-04 | 1601 E Price Rd | $ 505,935 | 228,190 | $ 5,424.57 | 2,347.31 |
| | | 868 Total | | | | | | | $ 5,424.57 | 2,347.31 |
| Johnson | Burleson Independent School District | 953 | Big Lots Stores - PNS, LLC | Central Appraisal District of Johnson County | 126.5525.97288 | 648 SW Wilshire Blvd | $ 631,838 | 291,747 | $ 8,683.52 | 3,662.01 |
| | | 953 Total | | | | | | | $ 8,683.52 | 3,662.01 |
| Cameron | Cameron County | 1974 | Big Lots Stores, LLC | Cameron Appraisal District | 00-0100-0023-1652-04 | 1601 E Price Rd | $ 505,935 | 228,190 | $ 6,495.16 | 2,784.61 |
| | | 1974 Total | | | | | | | $ 6,495.16 | 2,784.61 |
| Cameron | Cameron County | 1668 | Big Lots Stores - PNS, LLC | Cameron Appraisal District | 00-0100-2011-1443-00 | 2014 S. Expressway 83 | $ 510,772 | 233,492 | $ 10,635.27 | 4,534.19 |
| | | 1668 Total | | | | | | | $ 10,635.27 | 4,534.19 |
| Dallas | Carrollton-Farmers Branch Independent School District | 934 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 9989006000000035750 | 2865 Valley View Ln | $ 500,900 | 231,243 | $ 4,926.85 | 2,274.51 |
| Denton | Carrollton-Farmers Branch Independent School District | 934 | Big Lots Stores - PNS, LLC | Denton Central Appraisal District | P930401 | 3621 N Josey Ln | $ 494,027 | 239,909 | 6,601.67 | 2,359.74 |
| | | 934 Total | | | | | | | $ 11,528.52 | 4,634.25 |
| Taylor | Central Appraisal District of Taylor County | 3009 | Big Lots, Inc. | Central Appraisal District of Taylor County | P5399094700 | 3204 S. Clack St | $ 412,841 | 208,516 | $ 9,502.35 | 4,799.41 |
| | | 3009 Total | | | | | | | $ 9,502.35 | 4,799.41 |
| Johnson | City of Burleson | 940 | Big Lots Stores - PNS, LLC | Central Appraisal District of Johnson County | 126.5525.97288 | 648 SW Wilshire Blvd | $ 631,838 | 291,747 | $ 4,367.65 | 1,933.41 |
| | | 940 Total | | | | | | | $ 4,367.65 | 1,933.41 |
| Johnson | City of Cleburne | 954 | Big Lots Stores, LLC | Central Appraisal District of Johnson County | 126.5528.92230 | 1615 W Henderson St | $ 435,661 | 246,787 | $ 3,161.04 | 1,452.35 |
| | | 954 Total | | | | | | | $ 3,161.04 | 1,452.35 |
| El Paso | City of El Paso | 2809 | Big Lots Stores, LLC | El Paso Central Appraisal District | 200499915370050 | 1590 George Dieter Dr | $ 574,878 | 278,801 | $ 14,797.02 | 7,176.17 |
| | | 2809 Total | | | | | | | $ 14,797.02 | 7,176.17 |
| El Paso | City of El Paso | 2807 | Big Lots, Inc. | El Paso Central Appraisal District | 199399908320034 | 7025 N Mesa St | $ 496,416 | 237,783 | $ 12,885.68 | 6,172.22 |
| | | 2807 Total | | | | | | | $ 12,885.68 | 6,172.22 |
| El Paso | City of El Paso | 2809 | Big Lots Stores, LLC | El Paso Central Appraisal District | 081899935060034 | 10771 Gateway South Blvd | $ 470,606 | 225,985 | $ 12,215.71 | 5,865.99 |
| | | 2809 Total | | | | | | | $ 12,215.71 | 5,865.99 |
| El Paso | City of El Paso | 2807 | Big Lots, Inc. | El Paso Central Appraisal District | 20PP99931562034 | 6375 Montana Ave | $ 622,598 | 344,908 | $ 16,161.02 | 8,952.90 |
| | | 2807 Total | | | | | | | $ 16,161.02 | 8,952.90 |
| Collin | City of Frisco | 6437 | Big Lots Stores - PNS, LLC | Collin Central Appraisal District | P-9000-211-3859-1 | 3333 Preston Rd | $ 555,374 | 259,965 | $ 2,363.21 | 1,106.19 |
| | | 6437 Total | | | | | | | $ 2,363.21 | 1,106.19 |
| Tarrant | City of Grapevine | 951 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 13759728 | 1217 W State Hwy 114 | $ 404,186 | 188,500 | $ 1,330.93 | 454.60 |
| | | 951 Total | | | | | | | $ 1,330.93 | 454.60 |
| Harris | City of Houston | 3475 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 2003909 | 9795 Westheimer Rd | $ 563,002 | 258,092 | $ 2,923.05 | 1,339.99 |
| | | 3475 Total | | | | | | | $ 2,923.05 | 1,339.99 |
| Harris | City of Houston | 1730 | Big Lots, Inc. | Harris Central Appraisal District | 0437650 | 8210 Kirby Dr | $ 487,731 | 227,748 | $ 2,547.18 | 1,182.45 |

| County | Taxing Authority | Code | Debtor | Appraisal District | Account ID | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **1730 Total** | | | | | | | $ 2,547.18 | $ 1,182.45 |
| Harris | City of Houston | 1898 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0476845 | 919 N Shepherd Dr | $ 419,530 | $ 193,589 | $ 2,181.88 | 1,005.10 |
| | | **1898 Total** | | | | | | | $ 2,181.88 | 1,005.10 |
| Tarrant | City of Lake Worth | 943 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 14921192 | 6708 Lake Worth Blvd | $ 779,971 | $ 388,906 | 3,797.42 | 1,887.83 |
| | | **943 Total** | | | | | | | $ 3,797.42 | 1,887.83 |
| Harris | City of Pasadena | 1883 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0374067 | 6804 Spencer Hwy | $ 418,912 | $ 199,088 | 2,091.26 | 945.33 |
| | | **1883 Total** | | | | | | | $ 2,091.26 | 945.33 |
| Grayson | City of Sherman | 784 | Big Lots, Inc. | Grayson Central Appraisal District | 6P02575 | 2222 Texoma Pkwy | $ 524,548 | $ 244,436 | 4,000.00 | 1,241.74 |
| | | **784 Total** | | | | | | | $ 4,000.00 | 1,241.74 |
| Erath | City of Stephenville | 6438 | Big Lots Stores - PNS, LLC | Erath County Appraisal District | P000074941 | 2133 W. Washington Street | $ 398,520 | $ 187,215 | 1,525.93 | 716.85 |
| | | **6438 Total** | | | | | | | $ 1,525.93 | 716.85 |
| Harris | City of Tomball | 3477 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 2002969 | 27816 State Hwy 249 | $ 461,559 | $ 224,963 | 1,353.84 | 756.71 |
| | | **3477 Total** | | | | | | | $ 1,353.84 | 756.71 |
| McLennan | City of Waco and/or Waco Independent School District | 4253 | Big Lots, Inc. | McLennan Central Appraisal District | 48B136680 | 4905 W Waco Dr | $ 463,510 | $ 241,362 | 8,361.44 | 4,354.02 |
| | | **4253 Total** | | | | | | | $ 8,361.44 | 4,354.02 |
| Harris | City of Webster | 1887 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0424679 | 1201 W Nasa Pky | $ 491,449 | $ 231,999 | 1,780.93 | 869.60 |
| | | **1887 Total** | | | | | | | $ 1,780.93 | 869.60 |
| Harris | Clear Creek Independent School District | 3426 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0424679 | 1201 W Nasa Pky | $ 491,449 | $ 231,999 | 4,762.14 | 2,248.07 |
| | | **3426 Total** | | | | | | | $ 4,762.14 | 2,248.07 |
| Johnson | Cleburne Independent School District | 938 | Big Lots Stores - PNS, LLC | Central Appraisal District of Johnson County | 126.5528.92230 | 1615 W Henderson St | $ 435,661 | $ 246,787 | 6,589.96 | 2,990.81 |
| | | **938 Total** | | | | | | | $ 6,589.96 | 2,990.81 |
| Collin | Collin County Tax Assessor/Collector | 82 | Big Lots, Inc. | Collin Central Appraisal District | P-9000-202-8072-1 | 105 S Central Expy | $ 616,061 | $ 280,740 | 15,000.00 | 4,972.67 |
| | | **82 Total** | | | | | | | $ 15,000.00 | 4,972.67 |
| Collin | Collin County Tax Assessor/Collector | 84 | Big Lots Stores - PNS, LLC | Collin Central Appraisal District | P-9000-211-3859-1 | 3333 Preston Rd | $ 555,374 | $ 259,965 | 2,000.00 | 599.38 |
| Collin | Collin County Tax Assessor/Collector | 84 | Big Lots Stores - PNS, LLC | Collin Central Appraisal District | P-9000-212-0297-1 | 600 W 15th St | $ 566,195 | $ 269,961 | 4,500.00 | 1,749.79 |
| | | **84 Total** | | | | | | | $ 6,500.00 | 2,349.17 |
| Cooke | Cooke County Appraisal District | 3329 | Big Lots, Inc. | Cooke County Appraisal District | 128067 | 1104 E Highway 82 | $ 448,198 | $ 208,916 | 4,647.38 | 2,166.25 |
| | | **3329 Total** | | | | | | | $ 4,647.38 | 2,166.25 |
| Erath | County of Erath | 1853 | Big Lots, Inc. | Erath County Appraisal District | P000074941 | 2133 W. Washington Street | $ 398,520 | $ 187,215 | 1,583.71 | 743.99 |
| | | **1853 Total** | | | | | | | $ 1,583.71 | 743.99 |
| Harris | Cypress-Fairbanks ISD | 1731 | Big Lots, Inc. | Harris Central Appraisal District | 0845712 | 6138 Highway 6 N | $ 535,343 | $ 254,444 | 5,854.01 | 2,765.55 |
| | | **1731 Total** | | | | | | | $ 5,854.01 | 2,765.55 |
| Harris | Cypress-Fairbanks ISD | 1904 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0420323 | 10951 FM 1960 Rd | $ 455,711 | $ 216,150 | 5,466.12 | 2,349.33 |
| Harris | Cypress-Fairbanks ISD | 1904 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 2137570 | 7323 FM 1960 Rd | $ 495,461 | $ 240,306 | 5,807.63 | 2,611.88 |
| | | **1904 Total** | | | | | | | $ 11,273.75 | 4,961.22 |
| Dallas | Dallas County | 6439 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99962980000102600 | 3737 Gus Thomasson Rd | $ 721,670 | $ 326,104 | 16,472.71 | 7,565.59 |
| Dallas | Dallas County | 6439 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99982160000052450 | 719 N Hampton Rd | $ 491,860 | $ 224,625 | 11,230.29 | 5,128.70 |
| Dallas | Dallas County | 6439 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99051019900000000 | 3178 Lavon Dr | $ 571,230 | $ 268,705 | 3,045.20 | 1,432.45 |
| Dallas | Dallas County | 6439 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99060105790000000 | 3610 Forest Ln | $ 521,560 | $ 242,078 | 11,657.02 | 5,410.52 |
| Dallas | Dallas County | 6439 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99982160000184700 | 825 W Centerville Rd | $ 572,630 | $ 272,268 | 3,052.67 | 1,451.44 |
| Dallas | Dallas County | 6439 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99882910000151300 | 1332 S Plano Rd | $ 524,300 | $ 243,501 | 5,637.67 | 2,740.92 |
| Dallas | Dallas County | 6439 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99890060000035750 | 2865 Valley View Ln | $ 500,900 | $ 231,243 | 5,392.67 | 2,489.55 |
| Dallas | Dallas County | 6439 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99893350000016450 | 950 W Airport Fwy | $ 554,230 | $ 253,536 | 6,219.55 | 2,845.16 |
| Dallas | Dallas County | 6439 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99091125310000000 | 3601 Lakeview Parkway | $ 651,000 | $ 271,205 | 8,482.18 | 3,533.22 |
| Dallas | Dallas County | 6439 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99150518500000000 | 2128 Fort Worth Ave | $ 712,900 | $ 322,681 | 15,933.54 | 7,212.03 |
| | | **6439 Total** | | | | | | | $ 87,123.50 | 39,809.59 |
| Fort Bend | Fort Bend County | 1732 | Big Lots, Inc. | Fort Bend Central Appraisal District | 9960-02-206-0029-907 | 3410 Highway 6 | $ 498,864 | $ 240,603 | 4,952.95 | 2,149.09 |
| | | **1732 Total** | | | | | | | $ 4,952.95 | 2,149.09 |
| Fort Bend | Fort Bend County Levee Improvement District #2 | 3355 | Big Lots, Inc. | Fort Bend Central Appraisal District | 9960-02-206-0029-907 | 3410 Highway 6 | $ 498,864 | $ 240,603 | 588.66 | 283.91 |
| | | **3355 Total** | | | | | | | $ 588.66 | 283.91 |
| Fort Bend | Fort Bend Independent School District | 3348 | Big Lots, Inc. | Fort Bend Central Appraisal District | 9960-02-206-0029-907 | 3410 Highway 6 | $ 498,864 | $ 240,603 | 4,923.29 | 2,374.51 |
| | | **3348 Total** | | | | | | | $ 4,923.29 | 2,374.51 |
| Collin | Frisco Independent School District | 1026 | Big Lots Stores - PNS, LLC | Collin Central Appraisal District | P-9000-211-3859-1 | 3333 Preston Rd | $ 555,374 | $ 259,965 | 8,891.89 | 2,665.16 |
| | | **1026 Total** | | | | | | | $ 8,891.89 | 2,665.16 |
| Cooke | Gainesville ISD | 6429 | Big Lots Stores - PNS, LLC | Cooke County Appraisal District | 128067 | 1104 E Highway 82 | $ 448,198 | $ 208,916 | 3,846.44 | 1,792.92 |
| | | **6429 Total** | | | | | | | $ 3,846.44 | 1,792.92 |
| Harris | Galena Park Independent School District | 3449 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 2008104 | 5807 E Sam Houston Pkwy | $ 594,288 | $ 279,682 | 6,964.52 | 3,277.62 |
| | | **3449 Total** | | | | | | | $ 6,964.52 | 3,277.62 |
| Galveston | Galveston County | 1650 | Big Lots, Inc. | Galveston Central Appraisal District | 8600-0426-0510-005 | 5910 Broadway St | $ 423,680 | $ 224,400 | 8,414.85 | 3,883.65 |

| County | Taxing Authority | No. | Debtor | Appraisal District | Account | Address | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **1650 Total** | | | | | | | $ 8,414.85 | $ 3,883.65 |
| Dallas | Garland Independent School District | 948 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99051019900000000 | 3178 Lavon Dr | $ 571,230 | $ 268,705 | $ 6,016.19 | $ 2,823.82 |
| Dallas | Garland Independent School District | 948 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99982160000184700 | 825 W Centerville Rd | $ 572,630 | $ 272,268 | $ 6,030.94 | $ 2,861.26 |
| Dallas | Garland Independent School District | 948 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99091125310000000 | 3601 Lakeview Parkway | $ 651,080 | $ 271,205 | $ 6,857.17 | $ 2,850.10 |
| | | **948 Total** | | | | | | | $ 18,904.30 | $ 8,535.17 |
| Harris | Goose Creek Consolidated Independent School District & Lee College District | 3770 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 2317381 | 4815 East Fwy | $ 637,068 | $ 311,714 | $ 8,075.47 | $ 3,951.29 |
| | | **3770 Total** | | | | | | | $ 8,075.47 | $ 3,951.29 |
| Tarrant | Grapevine-Colleyville Independent School District | 941 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 13759728 | 1217 W State Hwy 114 | $ 404,186 | $ 188,500 | $ 4,991.87 | $ 1,740.42 |
| | | **941 Total** | | | | | | | $ 4,991.87 | $ 1,740.42 |
| Grayson | Grayson County | 6440 | Big Lots Stores - PNS, LLC | Grayson Central Appraisal District | 6P02575 | 2222 Texoma Pkwy | $ 524,548 | $ 244,436 | $ 8,840.14 | $ 4,119.46 |
| | | **6440 Total** | | | | | | | $ 8,840.14 | $ 4,119.46 |
| Hunt | Greenville ISD | 6549 | Big Lots Stores - PNS, LLC | Hunt County Appraisal District | 6392-0019-0000-41 | 6408 Wesley St | $ 447,880 | $ 181,716 | $ 4,330.55 | $ 1,757.01 |
| | | **6549 Total** | | | | | | | $ 4,330.55 | $ 1,757.01 |
| Gregg | Gregg County | 876 | Big Lots Stores - PNS, LLC | Gregg County Appraisal District | 188408 | 1733 W Loop 281 | $ 502,170 | $ 219,275 | $ 4,218.05 | $ 4,524.88 |
| Gregg | Gregg County | 876 | Big Lots Stores - PNS, LLC | Gregg County Appraisal District | 1586371 | 98 Midtown Plaza | $ 955,330 | $ 415,505 | $ 21,204.19 | $ 9,345.39 |
| | | **876 Total** | | | | | | | $ 25,422.24 | $ 13,870.27 |
| Harris | Harris County Municipal Utility District # 191 | 3479 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 2137570 | 7323 FM 1960 Rd | $ 495,461 | $ 240,306 | $ 1,075.15 | $ 497.43 |
| | | **3479 Total** | | | | | | | $ 1,075.15 | $ 497.43 |
| Harris | Harris County Municipal Utility District #102 | 3478 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0845712 | 6138 Highway 6 N | $ 535,343 | $ 254,444 | $ 2,591.01 | $ 1,043.22 |
| | | **3478 Total** | | | | | | | $ 2,591.01 | $ 1,043.22 |
| Harris | Harris County Municipal Utility District #285 | 3483 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 2008104 | 5807 E Sam Houston Pkwy | $ 594,288 | $ 279,682 | $ 3,209.15 | $ 1,510.28 |
| | | **3483 Total** | | | | | | | $ 3,209.15 | $ 1,510.28 |
| Harris | Harris County Municipal Utility District #81 | 3354 | Big Lots, Inc. | Harris Central Appraisal District | 0966357 | 923 S Mason Rd | $ 494,324 | $ 227,168 | $ 1,235.81 | $ 567.92 |
| | | **3354 Total** | | | | | | | $ 1,235.81 | $ 567.92 |
| Harris | Harris County, et al | 2997 | Big Lots, Inc. | Harris Central Appraisal District | 0845712 | 6138 Highway 6 N | $ 535,343 | $ 254,444 | $ 2,897.43 | $ 1,548.77 |
| Harris | Harris County, et al | 2997 | Big Lots, Inc. | Harris Central Appraisal District | 0966357 | 923 S Mason Rd | $ 494,324 | $ 227,168 | $ 2,983.44 | $ 1,382.75 |
| Harris | Harris County, et al | 2997 | Big Lots, Inc. | Harris Central Appraisal District | 2002969 | 27816 State Hwy 249 | $ 461,559 | $ 224,963 | $ 2,827.82 | $ 1,369.33 |
| Harris | Harris County, et al | 2997 | Big Lots, Inc. | Harris Central Appraisal District | 2008104 | 5807 E Sam Houston Pkwy | $ 594,288 | $ 279,682 | $ 3,496.30 | $ 1,702.39 |
| Harris | Harris County, et al | 2997 | Big Lots, Inc. | Harris Central Appraisal District | 2003909 | 9795 Westheimer Rd | $ 563,002 | $ 258,092 | $ 3,401.33 | $ 1,570.98 |
| | | **2997 Total** | | | | | | | $ 15,606.32 | $ 7,574.23 |
| Harris | Harris County, et al | 2996 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0374067 | 6804 Spencer Hwy | $ 418,912 | $ 199,088 | $ 2,456.60 | $ 1,211.83 |
| Harris | Harris County, et al | 2996 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0371404 | 4613 FM 1960 Rd W | $ 412,157 | $ 196,899 | $ 2,429.07 | $ 1,198.51 |
| Harris | Harris County, et al | 2996 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0420323 | 10951 FM 1960 Rd | $ 455,711 | $ 216,150 | $ 2,705.45 | $ 1,315.68 |
| Harris | Harris County, et al | 2996 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0424679 | 1201 W Nasa Pky | $ 491,449 | $ 231,999 | $ 2,853.67 | $ 1,412.16 |
| | | **2996 Total** | | | | | | | $ 10,444.79 | $ 5,138.18 |
| Harris | Harris County, et al | 2997 | Big Lots, Inc. | Harris Central Appraisal District | 0437650 | 8210 Kirby Dr | $ 487,731 | $ 227,748 | $ 2,625.18 | $ 1,386.28 |
| | | **2997 Total** | | | | | | | $ 2,625.18 | $ 1,386.28 |
| Harris | Harris County, et al | 2996 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0476845 | 919 N Shepherd Dr | $ 419,530 | $ 193,589 | $ 2,248.70 | $ 1,178.36 |
| Harris | Harris County, et al | 2996 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 2137570 | 7323 FM 1960 Rd | $ 495,461 | $ 240,306 | $ 2,874.49 | $ 1,462.72 |
| Harris | Harris County, et al | 2996 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 2317381 | 4815 East Fwy | $ 637,068 | $ 311,714 | $ 3,909.96 | $ 1,897.37 |
| | | **2996 Total** | | | | | | | $ 9,033.15 | $ 4,558.45 |