**Exhibit B**

**Lammert Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BIG LOTS, INC., et al.,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JOHN W. LAMMERT IN SUPPORT OF DEBTORS' SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO REDUCED AMOUNT TAX CLAIMS PURSUANT TO 11 U.S.C. §§ 502 AND 505, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1**

I, John W. Lammert, declare the following under penalty of perjury:

**Background**

1. I am the Executive Vice President of Assessment Technologies, Ltd. ("**ATL**"). I have held this position with ATL since October 2001 and currently manage the firm's Bankruptcy Tax Practice. I have been involved with the valuation of complex properties during my tenure with the firm.

2. I submit this declaration (the "**Declaration**") in support of the *Debtors' Second Omnibus Objection (Substantive) to Reduced Amount Tax Claims Pursuant to 11 U.S.C. §§ 502 and 505, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1*, filed concurrently herewith (the "**Objection**").[2]

---

[1] The debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] All capitalized terms used but not defined herein are defined in the Objection.

3. Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by former employees and members of the Debtors' management and the Debtors' advisors. If called as a witness, I could and would competently testify to the matters set forth herein.

4. To the best of my knowledge, information, and belief, the assertions made in the Objection are accurate. In evaluating the claims, I, or one or more of the Debtors' agents or advisors operating under my supervision or at my direction, have reviewed the Debtors' books and records, the relevant proofs of claim, as well as the supporting documentation provided by the claimants, and determined that the Disputed Claims should be reduced as set forth in the Objection and Proposed Order. I believe the reduction of the claims listed in Schedule 1 to the Proposed Order on the terms set forth in the Objection and Proposed Order is appropriate.

5. ATL was retained by the Debtors to provide ad valorem tax services. As part of these services, ATL agreed to, among other things, verify the methodology used to determine the property values assigned by the various Taxing Authorities in which the Debtors have property, identify instances whereby the methodology would result in over-assessment, over-valuation, and excessive taxation by the Taxing Authorities, and seek appropriate reductions, as warranted by applicable law, for any such excess.

6. ATL's professional staff has represented clients throughout the United States and is familiar with the Taxing Authorities tax statutes governing Market Value (as statutorily defined) and the underlying valuation methodology addressed by the Objection.

7. I have been personally involved in ATL's review of the methodology applied by, and documents provided to and by, the Taxing Authorities. In this regard, I have

overseen the review of the property and the methodology applied by the Taxing Authorities, identifying areas where the Taxing Authorities' methodology, as applied to these specific assets, would generate excessive Market Values. From this, I have identified assets that should be reduced or disputed based upon (i) the records maintained by the Debtors in the ordinary course of business; (ii) other materials generated in connection with ATL's review of the Debtors' assets and Market Value; (iii) information gleaned from the sale of assets of the Estate: and (iv) sales, listings for sale and offers for sale of the property.

8. Based on all the information obtained through the above-described process, I have determined that the Taxing Authorities' methodology employed in arriving at the purported Market Values of the property is erroneous. Here, the Taxing Authorities purported to arrive at Market Values on the basis absent consideration of the sales of property at the stores together with information or sales from the marketplace. The Taxing Authorities' assessments therefore do not reflect the Market Value. By omitting actual sales data to estimate an open market, arm's-length sales prices, the Taxing Authorities' analyses and conclusions were flawed.

9. The hypothetical well-informed buyer contemplated by the statutory definition of "Market Value" would consider and deal with each of the above-listed factors differently than did the Taxing Authorities. ATL has concluded that the methodology used by the Taxing Authorities resulted in an overvaluing of the property. The analytical process employed by ATL to determine the correct Market Values consistent with respective Taxing Authorities definition of Market Value, are detailed below. These methods are consistent with the respective state valuation standards.

10. The personal property subject to assessment and taxation for local use is subject to the same valuation standard, namely, the "Market Value." The respective definitions of

value for each of the Taxing Authorities is as follows:

> **Texas -** Tax Code Section 23.01 requires taxable property to be appraised at market value as of Jan. 1. Market value is the price at which a property would transfer for cash or its equivalent under prevailing market conditions if:
>
> - it is exposed for sale in the open market with a reasonable time for the seller to find a purchaser;
> - both the seller and the purchaser know of all the uses and purposes to which the property is adapted and for which it is capable of being used and of the enforceable restrictions on its use; and
> - both the seller and purchaser seek to maximize their gains, and neither is in a position to take advantage of the exigencies of the other.

11. Therefore, in determining the Market Value of a property, the Taxing Authorities should calculate a hypothetical arm's-length sales transaction for property offered for sale on the open market between a prudent, voluntary seller and an equally prudent, voluntary buyer, both of whom are well-informed about the property as of a specified valuation date. The Taxing Authorities are specifically required to implement and apply this definition in assessing taxable property within their jurisdiction.

12. After concluding that the Taxing Authorities' methodology resulted in an improper determination of the Market Value of the property, ATL used information provided by a third-party firm ("**Third-Party Research Data**") to approximate the Market Value of the property as allowed by applicable non-bankruptcy law as of the date the values were to be assessed. This source provides a representative assessment of the Market Value of the Debtor's assets.

13. **Third-Party Research Data – Inventory Schedules**. The Inventory Schedules are developed to reflect typical discounts on inventory in different markets. The information used is derived from information from questionnaires with companies in the industry, sales and financial information from various companies, and other resources. From this data, the

results are divided into various property types and include items such as freight, damaged goods, discounts/markdowns, price match, private label, slow moving items, rebates, returns, obsolete, scrap and bulk discounts.

14. **Third-Party Research Data – Furniture, Fixtures and Equipment**. ATL also reviewed inventory schedules produced by Property Tax Research Services ("**PTRS**"). The inventory schedules produced by PTRS are developed to reflect typical discounts on inventory in different markets. The information obtained by PTRS is derived from questionnaires with companies in the industry, sales and financial information from various companies, and other resources. PTRS abstracted data from the market to determine the appropriate level of depreciation for each of these types of assets.

15. From these sources, the ATL has estimated the value of the inventory and furniture, fixtures, and equipment at the Debtor's store locations as of January 1, 2023. The Market Values identified on **Annex 1** attached hereto are derived from the sources above and represent the Revised Market Values.

16. I have determined that the Market Values asserted by the Taxing Authorities for the subject property are overstated. This determination is based on third-party appraisal analysis of both the Debtor's inventory and furniture, fixtures, and equipment. The third-party analysis is independent and draws data from the market based on sales prices of assets similar to those of the Debtor. A schedule comparing the property values and corresponding tax liabilities described in the Appraisals to the tax liabilities described in the Disputed Claims is attached hereto as **Annex 1**.

17. To the best of my knowledge, information, and belief, based on my review, or my supervision of the review of the Disputed Claims listed on Schedule 1 to the Proposed Order,

the Disputed Claims assert an amount that is higher than the corresponding amount of liability that is due and owing to the claimant. If the Disputed Claims are not reduced to comport with the liability actually reflected in the Appraisals, the claimants will obtain improper recoveries on account of the claims to the detriment of other similarly situated creditors. Accordingly, I believe it is proper for the Court to enter the Proposed Order reducing the Disputed Claims as set forth therein.

**Compliance with Local Rule 3007-1**

18. I have reviewed Local Rule 3007-1 and hereby state that, to the best of my knowledge and belief, the Objection is in compliance therewith.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts set forth in the foregoing declaration are true and correct to the best of my knowledge, information, and belief.

Dated: April 23, 2025

*/s/ John W. Lammert*
John W. Lammert
Assessment Technologies, Ltd.

**ANNEX 1**

| COUNTY | CLAIMANT | CLAIM NO. | DEBTOR NAME | APPRAISAL DISTRICT | APPRAISAL DISTRICT ACCOUNT NO. | SITUS ADDRESS | 2024 APPRAISAL DISTRICT ASSERTED VALUE | 2024 REVISED VALUE | 2024 PORTION OF TOTAL CLAIM AMOUNT | REVISED 2024 CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Hidalgo | Hidalgo County | 6868 | Big Lots Stores - PNS, LLC | Hidalgo County Appraisal District | W3800-99-120-0000-98 | 1015 N Texas Blvd | $ 479,981 | $ 217,779 | $ 7,608.66 | $ 3,452.23 |
| Hidalgo | Hidalgo County | 6868 | Big Lots Stores - PNS, LLC | Hidalgo County Appraisal District | T3663-99-000-001A-11 | 313 E Trenton Rd | $ 434,140 | $ 207,881 | $ 10,424.58 | $ 4,991.65 |
| Hidalgo | Hidalgo County | 6868 | Big Lots Stores - PNS, LLC | Hidalgo County Appraisal District | M2075-99-000-002B-55 | 1001 Convention Center | $ 773,114 | $ 351,525 | $ 14,651.28 | $ 6,661.75 |
| | | 6868 Total | | | | | | | $ 32,684.52 | $ 15,105.63 |
| Hood | Hood CAD | 6441 | Big Lots Stores - PNS, LLC | Hood Central Appraisal District | 91000.000.7662.0 | 1820 Acton Hwy | $ 375,770 | $ 191,789 | $ 5,952.79 | $ 3,038.23 |
| | | 6441 Total | | | | | | | $ 5,952.79 | $ 3,038.23 |
| Harris | Houston ISD | 1915 | Big Lots, Inc. | Harris Central Appraisal District | 0437650 | 8210 Kirby Dr | $ 487,731 | $ 227,748 | $ 4,259.93 | $ 1,977.54 |
| | | 1915 Total | | | | | | | $ 4,259.93 | $ 1,977.54 |
| Harris | Houston ISD | 1902 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0476845 | 919 N Shepherd Dr | $ 419,530 | $ 193,589 | $ 3,649.00 | $ 1,680.93 |
| | | 1902 Total | | | | | | | $ 3,649.00 | $ 1,680.93 |
| Hunt | Hunt County, et al. | 3823 | Big Lots, Inc. | Hunt County Appraisal District | 6392-0019-0000-41 | 6408 Wesley St | $ 447,880 | $ 181,716 | $ 4,844.67 | $ 1,965.60 |
| | | 3823 Total | | | | | | | $ 4,844.67 | $ 1,965.60 |
| Dallas | Irving ISD | 6442 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99893350000016450 | 950 W Airport Fwy | $ 554,230 | $ 253,536 | $ 5,630.42 | $ 2,575.67 |
| | | 6442 Total | | | | | | | $ 5,630.42 | $ 2,575.67 |
| Jefferson | Jefferson County | 2099 | Big Lots, Inc. | Jefferson Central Appraisal District | 700000-000-067441-00000 | 5000 Twins City Hwy | $ 444,908 | $ 220,239 | $ 12,704.06 | $ 5,532.51 |
| | | 2099 Total | | | | | | | $ 12,704.06 | $ 5,532.51 |
| Jefferson | Jefferson County | 2053 | Big Lots Stores - PNS, LLC | Jefferson Central Appraisal District | 700000-000-067442-00000 | 5910 Eastex Fwy | $ 582,673 | $ 304,784 | $ 16,130.48 | $ 7,079.34 |
| | | 2053 Total | | | | | | | $ 16,130.48 | $ 7,079.34 |
| Johnson | Johnson County | 935 | Big Lots Stores - PNS, LLC | Central Appraisal District of Johnson County | 126.5528.92230 | 1615 W Henderson St | $ 435,661 | $ 246,787 | $ 2,349.42 | $ 936.00 |
| Johnson | Johnson County | 935 | Big Lots Stores - PNS, LLC | Central Appraisal District of Johnson County | 126.5525.97288 | 648 SW Wilshire Blvd | $ 631,838 | $ 291,747 | $ 2,658.57 | $ 960.65 |
| | | 935 Total | | | | | | | $ 5,007.99 | $ 1,896.66 |
| Kerr | Kerr County | 6859 | Big Lots Stores, LLC | Kerr Central Appraisal District | P70785 | 1305 Sidney Baker St | $ 477,786 | $ 251,040 | $ 4,783.71 | $ 2,513.47 |
| | | 6859 Total | | | | | | | $ 4,783.71 | $ 2,513.47 |
| Kerr | Kerrville Independent School District | 1673 | Big Lots Stores, LLC | Kerr Central Appraisal District | P70785 | 1305 Sidney Baker St | $ 477,786 | $ 251,040 | $ 4,820.00 | $ 2,126.06 |
| | | 1673 Total | | | | | | | $ 4,820.00 | $ 2,126.06 |
| Harris | Klein Independent School District | 3450 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0371404 | 4613 FM 1960 Rd W | $ 412,157 | $ 196,899 | $ 4,251.81 | $ 1,992.42 |
| | | 3450 Total | | | | | | | $ 4,251.81 | $ 1,992.42 |
| Lamar | Lamar CAD | 6551 | Big Lots Stores - PNS, LLC | Lamar County Appraisal District | 130384 | 3512 Lamar Ave | $ 851,140 | $ 413,938 | $ 11,257.81 | $ 5,475.05 |
| | | 6551 Total | | | | | | | $ 11,257.81 | $ 5,475.05 |
| Denton | Lewisville ISD | 6432 | Big Lots Stores - PNS, LLC | Denton Central Appraisal District | P924853 | 1374 W Main St | $ 571,883 | $ 275,643 | $ 6,392.51 | $ 3,247.08 |
| | | 6432 Total | | | | | | | $ 6,392.51 | $ 3,247.08 |
| Harris | Lone Star College System | 2100 | Big Lots, Inc. | Harris Central Appraisal District | 0845712 | 6138 Highway 6 N | $ 535,343 | $ 254,444 | $ 582.64 | $ 273.78 |
| Harris | Lone Star College System | 2100 | Big Lots, Inc. | Harris Central Appraisal District | 2002969 | 27816 State Hwy 249 | $ 461,559 | $ 224,963 | $ 568.64 | $ 242.06 |
| | | 2100 Total | | | | | | | $ 1,151.28 | $ 515.84 |
| Harris | Lone Star College System | 2102 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0371404 | 4613 FM 1960 Rd W | $ 412,157 | $ 196,899 | $ 488.46 | $ 211.86 |
| Harris | Lone Star College System | 2102 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0420323 | 10951 FM 1960 Rd | $ 455,711 | $ 216,150 | $ 544.03 | $ 232.58 |
| | | 2102 Total | | | | | | | $ 1,032.49 | $ 444.44 |
| Lubbock | Lubbock Central Appraisal District | 3367 | Big Lots, Inc. | Lubbock Central Appraisal District | P168891 | 5402 4th St | $ 421,429 | $ 214,586 | $ 7,652.73 | $ 3,896.66 |
| | | 3367 Total | | | | | | | $ 7,652.73 | $ 3,896.66 |
| Lubbock | Lubbock Central Appraisal District | 3342 | Big Lots Stores - PNS, LLC | Lubbock Central Appraisal District | P323679 | 3303 98th St. | $ 482,718 | $ 241,761 | $ 10,013.99 | $ 5,015.34 |
| | | 3342 Total | | | | | | | $ 10,013.99 | $ 5,015.34 |
| Hidalgo | McAllen City | 6862 | Big Lots Stores - PNS, LLC | Hidalgo County Appraisal District | M2075-99-000-002B-55 | 1001 Convention Center | $ 773,114 | $ 351,525 | $ 3,478.93 | $ 1,581.82 |
| | | 6862 Total | | | | | | | $ 3,478.93 | $ 1,581.82 |
| McLennan | McLennan County | 3551 | Big Lots Stores - PNS, LLC | McLennan Central Appraisal District | 48B136680 | 4905 W Waco Dr | $ 463,510 | $ 241,362 | $ 2,094.04 | $ 1,090.42 |
| | | 3551 Total | | | | | | | $ 2,094.04 | $ 1,090.42 |
| Midland | Midland Central Appraisal District | 4231 | Big Lots, Inc. | Midland Central Appraisal District | P000026278 | 4715 Billingsley Blvd | $ 419,870 | $ 222,513 | $ 5,823.37 | $ 3,086.14 |
| | | 4231 Total | | | | | | | $ 5,823.37 | $ 3,086.14 |
| Midland | Midland County | 3364 | Big Lots, Inc. | Midland Central Appraisal District | P000026278 | 4715 Billingsley Blvd | $ 419,870 | $ 222,513 | $ 552.46 | $ 292.78 |
| | | 3364 Total | | | | | | | $ 552.46 | $ 292.78 |
| Montgomery | Montgomery County | 1906 | Big Lots, Inc. | Montgomery Central Appraisal District | 19400-291-11565 | 23741 US Highway 59 N | $ 384,137 | $ 192,929 | $ 9,026.91 | $ 4,534.80 |
| Montgomery | Montgomery County | 1906 | Big Lots, Inc. | Montgomery Central Appraisal District | 19100-193-46821 | 425 Sawdust Rd | $ 554,528 | $ 247,894 | $ 9,553.36 | $ 4,540.15 |
| Montgomery | Montgomery County | 1906 | Big Lots, Inc. | Montgomery Central Appraisal District | 19100-182-49141 | 1404 N Loop 336 W | $ 506,149 | $ 255,662 | $ 10,259.16 | $ 4,891.07 |
| | | 1906 Total | | | | | | | $ 28,839.43 | $ 13,966.02 |
| Nacogdoches | Nacogdoches County CAD, et al. | 3824 | Big Lots, Inc. | Nacogdoches Central Appraisal District | 21-036-0115-000150 | 4919 North St, Ste. 101 | $ 651,440 | $ 336,697 | $ 13,762.12 | $ 7,112.95 |

| County | Taxing Authority | Acct | Debtor | Appraisal District | Parcel ID | Property Address | | Appraised Value | | Assessed Value | | Tax Amount | | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **3824 Total** | | | | | $ | | | | | 13,762.12 | $ | 7,112.95 |
| Nueces | Nueces County | 6861 | Big Lots Stores - PNS, LLC | Nueces County Appraisal District | B002-7041-0000 | 4938 S Staples St | $ | 486,017 | $ | 216,326 | $ | 10,568.85 | $ | 4,704.18 |
| Nueces | Nueces County | 6861 | Big Lots Stores - PNS, LLC | Nueces County Appraisal District | P002-7411-0000 | 1620 S Padre Island | $ | 478,598 | $ | 212,539 | $ | 10,407.52 | $ | 4,621.84 |
| Nueces | Nueces County | 6861 | Big Lots Stores - PNS, LLC | Nueces County Appraisal District | B002-7221-0000 | 4101 IH-69 Access Rd | $ | 851,293 | $ | 431,235 | $ | 20,061.43 | $ | 10,162.42 |
| | | **6861 Total** | | | | | $ | | | | | 41,037.80 | $ | 19,488.43 |
| Orange | Orange County | 6719 | Big Lots Stores, LLC | Orange County Appraisal District | 045331-000525 | 2260 Macarthur Dr | $ | 467,638 | $ | 243,567 | $ | 11,236.63 | $ | 5,852.53 |
| | | **6719 Total** | | | | | $ | | | | | 11,236.63 | $ | 5,852.53 |
| Parker | Parker CAD | 6443 | Big Lots Stores - PNS, LLC | Parker County Appraisal District | 20659.024.000.P6 | 108 College Park Dr | $ | 495,490 | $ | 281,219 | $ | 9,550.40 | $ | 5,420.40 |
| | | **6443 Total** | | | | | $ | | | | | 9,550.40 | $ | 5,420.40 |
| Gregg | Pine Tree Independent School District | 1855 | Big Lots, Inc. | Gregg County Appraisal District | 188408 | 1733 W Loop 281 | $ | 502,170 | $ | 219,275 | $ | 6,044.12 | $ | 2,639.19 |
| | | **1855 Total** | | | | | $ | | | | | 6,044.12 | $ | 2,639.19 |
| Collin | Plano Independent School District | 931 | Big Lots Stores - PNS, LLC | Collin Central Appraisal District | P-9000-212-0297-1 | 600 W 15th St | $ | 566,195 | $ | 269,961 | $ | 7,223.71 | $ | 2,814.21 |
| | | **931 Total** | | | | | $ | | | | | 7,223.71 | $ | 2,814.21 |
| Harris | Reid Road Municipal Utility District #1 | 3484 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 0420323 | 10951 FM 1960 Rd | $ | 455,711 | $ | 216,150 | $ | 1,822.84 | $ | 864.60 |
| | | **3484 Total** | | | | | $ | | | | | 1,822.84 | $ | 864.60 |
| Dallas | Richardson Independent School District | 942 | Big Lots Stores - PNS, LLC | Dallas Central Appraisal District | 99882910000151300 | 1332 S Plano Rd | $ | 524,300 | $ | 243,501 | $ | 5,993.27 | $ | 2,691.17 |
| | | **942 Total** | | | | | $ | | | | | 5,993.27 | $ | 2,691.17 |
| Rockwall | Rockwall CAD | 6444 | Big Lots Stores - PNS, LLC | Rockwall Central Appraisal District | 114581 | 2855 Ridge Rd | $ | 707,685 | $ | 364,229 | $ | 10,820.86 | $ | 5,569.25 |
| | | **6444 Total** | | | | | $ | | | | | 10,820.86 | $ | 5,569.25 |
| San Patricio | San Patricio County | 6741/6869 | Big Lots Stores - PNS, LLC | San Patricio County Appraisal District | 2166-0200-5399-600 | 1239 US 181 | $ | 830,815 | $ | 399,153 | $ | 18,484.24 | $ | 8,880.48 |
| | | **6741/6869 Total** | | | | | $ | | | | | 18,484.24 | $ | 8,880.48 |
| Smith | Smith County | 6425 | Big Lots Stores - PNS, LLC | Smith County Appraisal District | 4010-013-37650-00 | 1421 S Beckham Ave | $ | 415,257 | $ | 201,031 | $ | 3,285.65 | $ | 1,590.63 |
| Smith | Smith County | 6425 | Big Lots Stores - PNS, LLC | Smith County Appraisal District | 4009-000-88820-00 | 4400 S Broadway Ave | $ | 534,708 | $ | 265,298 | $ | 4,230.78 | $ | 2,099.12 |
| | | **6425 Total** | | | | | $ | | | | | 7,516.43 | $ | 3,689.75 |
| Erath | Stephenville ISD | 6445 | Big Lots Stores - PNS, LLC | Erath County Appraisal District | P000074941 | 2133 W. Washington Street | $ | 398,520 | $ | 187,215 | $ | 3,824.60 | $ | 1,796.70 |
| | | **6445 Total** | | | | | $ | | | | | 3,824.60 | $ | 1,796.70 |
| Tarrant | Tarrant County | 6446 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 10693912 | 2853 Central Dr | $ | 639,250 | $ | 307,144 | $ | 12,445.59 | $ | 5,979.81 |
| Tarrant | Tarrant County | 6446 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 10756590 | 2110 S Cooper St | $ | 562,584 | $ | 276,637 | $ | 12,295.73 | $ | 6,046.12 |
| Tarrant | Tarrant County | 6446 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 11646101 | 5781 SW Green Oaks Blvd | $ | 651,425 | $ | 314,689 | $ | 14,237.41 | $ | 6,877.77 |
| Tarrant | Tarrant County | 6446 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 10622764 | 6425 McCart Ave | $ | 567,284 | $ | 281,229 | $ | 12,729.17 | $ | 6,310.45 |
| Tarrant | Tarrant County | 6446 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 12189790 | 1580 Keller Parkway # 50B | $ | 430,048 | $ | 201,623 | $ | 7,992.88 | $ | 3,747.37 |
| Tarrant | Tarrant County | 6446 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 12716170 | 989 N Walnut Creek Dr | $ | 480,117 | $ | 240,560 | $ | 10,918.72 | $ | 5,470.76 |
| Tarrant | Tarrant County | 6446 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 13759728 | 1217 W State Hwy 114 | $ | 404,186 | $ | 188,500 | $ | 1,949.31 | $ | 909.10 |
| Tarrant | Tarrant County | 6446 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 14688463 | 5800 Overton Ridge Blvd | $ | 516,414 | $ | 328,805 | $ | 12,583.36 | $ | 8,011.93 |
| Tarrant | Tarrant County | 6446 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 14921192 | 6708 Lake Worth Blvd | $ | 779,971 | $ | 388,906 | $ | 13,551.85 | $ | 6,757.16 |
| Tarrant | Tarrant County | 6446 | Big Lots Stores - PNS, LLC | Tarrant Appraisal District | 14928553 | 8400 East Fwy | $ | 832,146 | $ | 418,032 | $ | 18,672.35 | $ | 9,380.13 |
| | | **6446 Total** | | | | | $ | | | | | 117,376.37 | $ | 59,490.59 |
| Potter-Randall | Taxing Districts Collected by Potter County | 2537 | Big Lots, Inc. | Potter-Randall Appraisal District | B-000-0890-6206 | 3510 E Interstate 40 | $ | 401,732 | $ | 197,458 | $ | 8,351.65 | $ | 4,104.98 |
| | | **2537 Total** | | | | | $ | | | | | 8,351.65 | $ | 4,104.98 |
| Potter-Randall | Taxing Districts Collected by Randall County | 2534 | Big Lots, Inc. | Potter-Randall Appraisal District | B-000-0890-6205 | 3415 Bell St | $ | 430,947 | $ | 211,554 | $ | 8,145.07 | $ | 3,998.45 |
| | | **2534 Total** | | | | | $ | | | | | 8,145.07 | $ | 3,998.45 |
| Brazos | The County of Brazos, Texas | 4200 | Big Lots, Inc. | Brazos Central Appraisal District | 892010-0000-0966 | 1913 Texas Ave S | $ | 373,304 | $ | 184,354 | $ | 7,114.01 | $ | 3,513.21 |
| | | **4200 Total** | | | | | $ | | | | | 7,114.01 | $ | 3,513.21 |
| Comal | The County of Comal, Texas | 4251 | Big Lots, Inc. | Comal Appraisal District | 2019967000000 | 139 S Interstate 35 | $ | 501,490 | $ | 263,136 | $ | 8,579.81 | $ | 4,501.89 |
| | | **4251 Total** | | | | | $ | | | | | 8,579.81 | $ | 4,501.89 |
| Denton | The County of Denton, Texas | 2022 | Big Lots, Inc. | Denton Central Appraisal District | P924853 | 1374 W Main St | $ | 571,883 | $ | 275,643 | $ | 3,490.22 | $ | 1,682.26 |
| Denton | The County of Denton, Texas | 2022 | Big Lots, Inc. | Denton Central Appraisal District | P930401 | 3621 N Josey Ln | $ | 494,027 | $ | 239,909 | $ | 928.12 | $ | 450.71 |
| Denton | The County of Denton, Texas | 2022 | Big Lots, Inc. | Denton Central Appraisal District | P947555 | 5000 Main St | $ | 443,376 | $ | 215,494 | $ | 3,648.41 | $ | 1,773.23 |
| Denton | The County of Denton, Texas | 2022 | Big Lots, Inc. | Denton Central Appraisal District | P97621 | 2249 S Loop 288 | $ | 395,087 | $ | 190,466 | $ | 7,625.93 | $ | 3,676.36 |
| | | **2022 Total** | | | | | $ | | | | | 15,692.68 | $ | 7,582.56 |
| Harrison | The County of Harrison, Texas | 4220 | Big Lots, Inc. | Harrison Central Appraisal District | 10000.00988.02005.000000 | 109 E End Blvd N | $ | 455,600 | $ | 206,368 | $ | 1,621.48 | $ | 733.84 |
| | | **4220 Total** | | | | | $ | | | | | 1,621.48 | $ | 733.84 |
| Williamson | The County of Williamson, Texas | 4215 | Big Lots, Inc. | Williamson Central Appraisal District | P-16-P194-7040-3828-97 | 1201 Highway Interstate 35 | $ | 577,818 | $ | 260,780 | $ | 10,235.48 | $ | 4,619.46 |
| Williamson | The County of Williamson, Texas | 4215 | Big Lots, Inc. | Williamson Central Appraisal District | P-16-P194-7040-2219-00 | 8666 Spicewood Springs Rd | $ | 512,331 | $ | 232,123 | $ | 9,677.91 | $ | 4,384.79 |
| Williamson | The County of Williamson, Texas | 4215 | Big Lots, Inc. | Williamson Central Appraisal District | P-17-P194-4040-3949-15 | 850 N Bell Blvd | $ | 524,851 | $ | 242,883 | $ | 10,330.11 | $ | 4,780.42 |
| | | **4215 Total** | | | | | $ | | | | | 30,243.50 | $ | 13,784.67 |
| Titus | Titus County Appraisal District, et al. | 3828 | Big Lots Stores - PNS, LLC | Titus County Appraisal District | 0888-02023-00041 | 2306 S. Jefferson | $ | 820,807 | $ | 411,242 | $ | 10,064.03 | $ | 5,042.29 |
| | | **3828 Total** | | | | | $ | | | | | 10,064.03 | $ | 5,042.29 |
| Tom Green | Tom Green CAD | 6447 | Big Lots Stores - PNS, LLC | Tom Green County Appraisal District | 36-01998-0080-000-00 | 4002 Sunset Dr | $ | 442,830 | $ | 210,433 | $ | 9,032.00 | $ | 4,292.02 |

| County | Taxing Authority | Acct | Debtor | Appraisal District | Parcel ID | Address | Value | | Assessed | | Tax | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **6447 Total** | | | | | | | | $ | 9,032.00 | $ | 4,292.02 |
| Harris | Tomball Independent School District | 3442 | Big Lots Stores - PNS, LLC | Harris Central Appraisal District | 2002969 | 27816 State Hwy 249 | $ | 461,559 | $ | 224,963 | $ | 4,905.91 | $ | 2,391.13 |
| | | **3442 Total** | | | | | | | | $ | 4,905.91 | $ | 2,391.13 |
| Travis | Travis County | 3670 | Big Lots, Inc. | Travis Central Appraisal District | 577858 | 8740 Research Blvd | $ | 476,143 | $ | 226,230 | $ | 9,436.27 | $ | 4,483.45 |
| Travis | Travis County | 3670 | Big Lots, Inc. | Travis Central Appraisal District | 589000 | 2500 W Parmer Ln | $ | 503,415 | $ | 239,332 | $ | 9,976.75 | $ | 4,743.12 |
| Travis | Travis County | 3670 | Big Lots, Inc. | Travis Central Appraisal District | 432650 | 801 E William Cannon Dr | $ | 552,380 | $ | 263,494 | $ | 10,947.15 | $ | 5,221.97 |
| | | **3670 Total** | | | | | | | | $ | 30,360.17 | $ | 14,448.54 |
| Smith | Tyler Independent School District | 3690 | Big Lots, Inc. | Smith County Appraisal District | 4010-013-37650-00 | 1421 S Beckham Ave | $ | 415,257 | $ | 201,031 | $ | 3,778.84 | $ | 1,829.39 |
| | | **3690 Total** | | | | | | | | $ | 3,778.84 | $ | 1,829.39 |
| Smith | Tyler Independent School District | 3827 | Big Lots Stores - PNS, LLC | Smith County Appraisal District | 4009-000-88820-00 | 4400 S Broadway Ave | $ | 534,708 | $ | 265,298 | $ | 4,865.84 | $ | 2,414.21 |
| | | **3827 Total** | | | | | | | | $ | 4,865.84 | $ | 2,414.21 |
| Victoria | Victoria County | 6860 | Big Lots Stores, LLC | Victoria Central Appraisal District | 98000-000-85840 | 8402 N Navarro St | $ | 492,560 | $ | 224,968 | $ | 9,192.26 | $ | 4,198.41 |
| | | **6860 Total** | | | | | | | | $ | 9,192.26 | $ | 4,198.41 |
| Hidalgo | Weslaco Independent School District | 6770 | Big Lots, Inc. | Hidalgo County Appraisal District | W3800-99-120-0000-98 | 1015 N Texas Blvd | $ | 479,981 | $ | 217,779 | $ | 4,550.70 | $ | 2,064.76 |
| | | **6770 Total** | | | | | | | | $ | 4,550.70 | $ | 2,064.76 |
| Wichita | Wichita County Tax Office | 3331 | Big Lots, Inc. | Wichita Appraisal District | 59000022232 | 3923 Kell Blvd | $ | 466,737 | $ | 223,520 | $ | 10,838.50 | $ | 5,190.54 |
| | | **3331 Total** | | | | | | | | $ | 10,838.50 | $ | 5,190.54 |