**Exhibit A**

**Revised Schedule 1**

## Schedule 1

**Reduced Amounts**

|  | CLAIMANT | CLAIM NO. | DEBTOR NAME | 2024 PORTION OF TOTAL CLAIM AMOUNT | MODIFIED 2024 CLAIM AMOUNT |
|---|---|---|---|---|---|
| 1. | Alief Independent School District | 3433 | Big Lots Stores - PNS, LLC | $ 5,898.01 | $ 2,703.77 |
| 2. | Angelina County | 1729 | Big Lots, Inc. | $ 9,526.96 | $ 4,180.84 |
| 3. | Brazoria County, et al | 3005 | Big Lots, Inc. | $ 16,930.59 | $ 9,087.63 |
| 4. | Brownsville Independent School District | 868 | Big Lots, Inc. | $ 5,424.57 | $ 2,347.31 |
| 5. | Burleson Independent School District | 953 | Big Lots Stores - PNS, LLC | $ 8,683.52 | $ 3,662.01 |
| 6. | Cameron County | 1668 | Big Lots Stores - PNS, LLC | $ 10,635.27 | $ 4,534.19 |
| 7. | Cameron County | 1674 | Big Lots Stores, LLC | $ 6,495.16 | $ 2,784.61 |
| 8. | Carrollton-Farmers Branch Independent School District | 934 | Big Lots Stores - PNS, LLC | $ 11,528.52 | $ 4,634.25 |
| 9. | City of Burleson | 940 | Big Lots Stores - PNS, LLC | $ 4,367.65 | $ 1,933.41 |
| 10. | City of Cleburne | 954 | Big Lots Stores - PNS, LLC | $ 3,161.04 | $ 1,452.35 |
| 11. | City of Frisco | 6437 | Big Lots Stores - PNS, LLC | $ 2,363.21 | $ 1,106.19 |
| 12. | City of Grapevine | 951 | Big Lots Stores - PNS, LLC | $ 1,330.93 | $ 454.60 |
| 13. | City of Houston | 1730 | Big Lots, Inc. | $ 2,547.18 | $ 1,182.45 |
| 14. | City of Houston | 1898 | Big Lots Stores - PNS, LLC | $ 2,181.88 | $ 1,005.10 |
| 15. | City of Houston | 3475 | Big Lots Stores - PNS, LLC | $ 2,923.05 | $ 1,339.99 |
| 16. | City of Lake Worth | 943 | Big Lots Stores - PNS, LLC | $ 3,797.42 | $ 1,887.83 |
| 17. | City of Pasadena | 1883 | Big Lots Stores - PNS, LLC | $ 2,091.26 | $ 945.33 |
| 18. | City of Sherman | 784 | Big Lots, Inc. | $ 4,000.00 | $ 1,241.74 |
| 19. | City of Stephenville | 6438 | Big Lots Stores - PNS, LLC | $ 1,525.93 | $ 716.85 |
| 20. | City of Tomball | 3477 | Big Lots Stores - PNS, LLC | $ 1,353.84 | $ 756.71 |
| 21. | City of Webster | 1887 | Big Lots Stores - PNS, LLC | $ 1,780.93 | $ 869.60 |
| 22. | Clear Creek Independent School District | 3426 | Big Lots Stores - PNS, LLC | $ 4,762.14 | $ 2,248.07 |
| 23. | Cleburne Independent School District | 938 | Big Lots Stores - PNS, LLC | $ 6,589.96 | $ 2,990.81 |

| | | | | | |
|---|---|---|---|---|---|
| 24. | Collin County Tax Assessor/Collector | 82 | Big Lots, Inc. | $ 15,000.00 | $ 4,972.67 |
| 25. | Collin County Tax Assessor/Collector | 84 | Big Lots Stores - PNS, LLC | $ 6,500.00 | $ 2,349.17 |
| 26. | Cooke County Appraisal District | 3329 | Big Lots, Inc. | $ 4,647.38 | $ 2,166.25 |
| 27. | Cypress-Fairbanks ISD | 1731 | Big Lots, Inc. | $ 5,854.01 | $ 2,765.55 |
| 28. | Cypress-Fairbanks ISD | 1904 | Big Lots Stores - PNS, LLC | $ 11,273.75 | $ 4,961.22 |
| 29. | Dallas County | 6439 | Big Lots Stores - PNS, LLC | $ 87,123.50 | $ 39,809.59 |
| 30. | Fort Bend County | 1732 | Big Lots, Inc. | $ 4,952.95 | $ 2,149.09 |
| 31. | Fort Bend County Levee Improvement District #2 | 3355 | Big Lots, Inc. | $ 588.66 | $ 283.91 |
| 32. | Fort Bend Independent School District | 3348 | Big Lots, Inc. | $ 4,923.29 | $ 2,374.51 |
| 33. | Frisco Independent School District | 1026 | Big Lots Stores - PNS, LLC | $ 8,891.89 | $ 2,665.16 |
| 34. | Gainesville ISD | 6429 | Big Lots Stores - PNS, LLC | $ 3,846.44 | $ 1,792.92 |
| 35. | Galena Park Independent School District | 3449 | Big Lots Stores - PNS, LLC | $ 6,964.52 | $ 3,277.62 |
| 36. | Galveston County | 1650 | Big Lots, Inc. | $ 8,414.85 | $ 3,883.65 |
| 37. | Garland Independent School District | 948 | Big Lots Stores - PNS, LLC | $ 18,904.30 | $ 8,535.17 |
| 38. | Goose Creek Consolidated Independent School District & Lee College District | 3770 | Big Lots Stores - PNS, LLC | $ 8,075.47 | $ 3,951.17 |
| 39. | Grapevine-Colleyville Independent School District | 941 | Big Lots Stores - PNS, LLC | $ 4,991.87 | $ 1,740.42 |
| 40. | Grayson County | 6440 | Big Lots Stores - PNS, LLC | $ 8,840.14 | $ 4,119.46 |
| 41. | Greenville ISD | 6549 | Big Lots Stores - PNS, LLC | $ 4,330.55 | $ 1,757.01 |
| 42. | Gregg County | 876 | Big Lots Stores - PNS, LLC | $ 25,422.24 | $ 13,870.27 |
| 43. | Harris County Municipal Utility District # 191 | 3479 | Big Lots Stores - PNS, LLC | $ 1,075.15 | $ 497.43 |
| 44. | Harris County Municipal Utility District #102 | 3478 | Big Lots Stores - PNS, LLC | $ 2,591.01 | $ 1,043.22 |
| 45. | Harris County Municipal Utility District #285 | 3483 | Big Lots Stores - PNS, LLC | $ 3,209.15 | $ 1,510.28 |
| 46. | Harris County Municipal Utility District #81 | 3354 | Big Lots, Inc. | $ 1,235.81 | $ 567.92 |
| 47. | Harris County, et al | 2996 | Big Lots Stores - PNS, LLC | $ 19,477.94 | $ 9,676.63 |
| 48. | Harris County, et al | 2997 | Big Lots, Inc. | $ 18,231.50 | $ 8,960.51 |