**<u>Exhibit B</u>**

**Redline**

## Schedule 1

### Reduced Amounts

| | CLAIMANT | CLAIM NO. | DEBTOR NAME | 2024 PORTION OF TOTAL CLAIM AMOUNT | REVISED 2024 CLAIM AMOUNT |
|---|---|---|---|---|---|
| 1. | Hidalgo County | 6868 | Big Lots Stores - PNS, LLC | $ 32,684.52 | $ 15,105.63 |
| 2. | Hood CAD | 6441 | Big Lots Stores - PNS, LLC | $ 5,952.79 | $ 3,038.23 |
| 3. | Houston ISD | 1902 | Big Lots Stores - PNS, LLC | $ 3,649.00 | $ 1,680.93 |
| 4. | Houston ISD | 1915 | Big Lots, Inc. | $ 4,259.93 | $ 1,977.54 |
| 5. | Hunt County, et al. | 3823 | Big Lots, Inc. | $ 4,844.67 | $ 1,965.60 |
| 6. | Irving ISD | 6442 | Big Lots Stores - PNS, LLC | $ 5,630.42 | $ 2,575.67 |
| 7. | Jefferson County | 2053 | Big Lots Stores - PNS, LLC | $ 16,130.48 | $ 7,079.34 |
| 8. | Jefferson County | 2099 | Big Lots, Inc. | $ 12,704.06 | $ 5,532.51 |
| 9. | Johnson County | 935 | Big Lots Stores - PNS, LLC | $ 5,007.99 | $ 1,896.66 |
| 10. | Kerr County | 6859 | Big Lots Stores, LLC | $ 4,783.71 | $ 2,513.47 |
| 11. | Kerrville Independent School District | 1673 | Big Lots Stores, LLC | $ 4,820.00 | $ 2,126.06 |
| 12. | Klein Independent School District | 3450 | Big Lots Stores - PNS, LLC | $ 4,251.81 | $ 1,992.42 |
| 13. | Lamar CAD | 6551 | Big Lots Stores - PNS, LLC | $ 11,257.81 | $ 5,475.05 |
| 14. | Lewisville ISD | 6432 | Big Lots Stores - PNS, LLC | $ 6,392.51 | $ 3,247.08 |
| 15. | Lone Star College System | 2100 | Big Lots, Inc. | $ 1,151.28 | $ 515.84 |
| 16. | Lone Star College System | 2102 | Big Lots Stores - PNS, LLC | $ 1,032.49 | $ 444.44 |
| 17. | Lubbock Central Appraisal District | 3342 | Big Lots Stores - PNS, LLC | $ 10,013.99 | $ 5,015.34 |
| 18. | Lubbock Central Appraisal District | 3367 | Big Lots, Inc. | $ 7,652.73 | $ 3,896.66 |
| 19. | McAllen City | 6862 | Big Lots Stores - PNS, LLC | $ 3,478.93 | $ 1,581.82 |
| 20. | McLennan County | 3551 | Big Lots Stores - PNS, LLC | $ 2,094.04 | $ 1,090.42 |

| | | | | | |
|---|---|---|---|---|---|
| 21. | Midland Central Appraisal District | 4231 | Big Lots, Inc. | $ 5,823.37 | $ 3,086.14 |
| 21. 22. | Midland County | 3364 | Big Lots, Inc. | $ 552.46 | $ 292.78 |
| 22. 23. | Montgomery County | 1906 | Big Lots, Inc. | $ 28,839.43 | $ 13,966.02 |
| 23. 24. | Nacogdoches County CAD, et al. | 3824 | Big Lots, Inc. | $ 13,762.12 | $ 7,112.95 |
| 24. 25. | Nueces County | 6861 | Big Lots Stores - PNS, LLC | $ 41,037.80 | $ 19,488.43 |
| 25. 26. | Orange County | 6719 | Big Lots Stores, LLC | $ 11,236.63 | $ 5,852.53 |
| 26. 27. | Parker CAD | 6443 | Big Lots Stores - PNS, LLC | $ 9,550.40 | $ 5,120.40 |
| 28. | Pine Tree Independent School District | 1855 | Big Lots, Inc. | $ 6,044.12 | $ 2,639.19 |
| 27. 29. | Plano Independent School District | 931 | Big Lots Stores - PNS, LLC | $ 7,223.71 | $ 2,814.21 |
| 28. 30. | Reid Road Municipal Utility District #1 | 3484 | Big Lots Stores - PNS, LLC | $ 1,822.84 | $ 864.60 |
| 29. 31. | Richardson Independent School District | 942 | Big Lots Stores - PNS, LLC | $ 5,993.27 | $ 2,691.17 |
| 30. 32. | Rockwall CAD | 6444 | Big Lots Stores - PNS, LLC | $ 10,820.86 | $ 5,569.25 |
| 31. 33. | San Patricio County | 6741/6869 | Big Lots Stores - PNS, LLC | $ 18,484.24 | $ 8,880.48 |
| 32. 34. | Smith County | 6425 | Big Lots Stores - PNS, LLC | $ 7,516.43 | $ 3,689.75 |
| 33. 35. | Stephenville ISD | 6445 | Big Lots Stores - PNS, LLC | $ 3,824.60 | $ 1,796.70 |
| 34. 36. | Tarrant County | 6446 | Big Lots Stores - PNS, LLC | $ 117,376.37 | $ 59,490.59 |
| 35. 37. | Taxing Districts Collected by Potter County | 2537 | Big Lots, Inc. | $ 8,351.65 | $ 4,104.98 |
| 36. 38. | Taxing Districts Collected by Randall County | 2534 | Big Lots, Inc. | $ 8,145.07 | $ 3,998.45 |
| 39. | The County of Brazos, Texas | 4200 | Big Lots, Inc. | $ 7,114.01 | $ 3,513.21 |
| 40. | The County of Comal, Texas | 4251 | Big Lots, Inc. | $ 8,579.81 | $ 4,501.89 |
| 41. | The County of Denton, Texas | 2022 | Big Lots, Inc. | $ 15,692.68 | $ 7,582.56 |
| 42. | The County of Harrison, Texas | 4220 | Big Lots, Inc. | $ 1,621.48 | $ 733.84 |
| 43. | The County of Williamson, Texas | 4215 | Big Lots, Inc. | $ 30,243.50 | $ 13,784.67 |
| 37. 44. | Titus County Appraisal District, et al. | 3828 | Big Lots Stores - PNS, LLC | $ 10,064.03 | $ 5,042.02 |
| 38. 45. | Tom Green CAD | 6447 | Big Lots Stores - PNS, LLC | $ 9,032.00 | $ 4,292.02 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39. 46. | Tomball Independent School District | 3442 | Big Lots Stores - PNS, LLC | $ | 4,905.91 | $ | 2,391.13 |
| 40. 47. | Travis County | 3670 | Big Lots, Inc. | $ | 30,360.17 | $ | 14,448.54 |
| 41. 48. | Tyler Independent School District | 3690 | Big Lots, Inc. | $ | 3,778.84 | $ | 1,829.39 |
| 42. 49. | Tyler Independent School District | 3827 | Big Lots Stores - PNS, LLC | $ | 4,865.84 | $ | 2,414.21 |
| 43. 50. | Victoria County | 6860 | Big Lots Stores, LLC | $ | 9,192.26 | $ | 4,198.41 |
| 44. 51. | Weslaco Independent School District | 6770 | Big Lots, Inc. | $ | 4,550.70 | $ | 2,064.76 |
| 45. 52. | Wichita County Tax Office | 3331 | Big Lots, Inc. | $ | 10,838.50 | $ | 5,190.54 |

3