**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>          Debtor(s). | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>Jointly Administered<br><br>**Re: D.I. 2207, 2429, 2557** |

**CERTIFICATION OF COUNSEL SUBMITTING**
**STIPULATION AND PROPOSED ORDER EXTENDING**
**DEADLINE(S) IN MAIN BANKRUPTCY CASES**

The undersigned certifies as follows:

1. On March 11, 2025, HomeView Design Inc. ("**HomeView**") filed *HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(B)(9)* [D.I. 2207] (the "**Motion**").

2. On March 26, 2025, the Court heard preliminary argument on the Motion and asked the HomeView and the Debtors to confer and submit a scheduling order regarding additional briefing on the Motion.

3. On March 31, 2025, the Court entered an *Order Scheduling Certain Dates and Deadlines for Adjudication of Issues Raised in Motion of HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claim* [D.I. 2429].

4. On April 11, 2025, the Debtors filed a letter brief in opposition to the Motion [D.I. 2557].

5. Presently, HomeView's deadline to reply is today, April 25, 2025 at 4:00 p.m. ET (the "**Response Deadline**").

6. HomeView has requested a one (1) week extension of time to reply.

7. The Debtors have agreed thereto.

8. HomeView and the Debtors have entered into a *Stipulation Extending Deadline(s) in Main Bankruptcy Cases* (the "**Stipulation**").  Under the Stipulation, HomeView's reply deadline has been extended through and including Friday, May 2, 2025.

9. The undersigned respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit A**, approving the Stipulation without further notice or hearing.  A copy of the executed Stipulation is attached to the Proposed Order.

          Respectfully submitted,

Dated: April 25, 2025        KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esq. (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to HomeView Design, Inc.*