**EXHIBIT A**

**<u>Time Detail</u>**



Invoice: 4003236                                                          04/09/2025
Client: 125264

Big Lots, Inc. Creditors' Committee
N/A
Wilmington, DE

For Services Rendered in Connection with:

Matter: 0011          Big Lots Unsecured Creditors' Committee

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110<br>03/10/25 | Case Administration<br>E. Shereff | 0.20 | 254.00 | Analyze docket updates (.2). |
| B110<br>03/10/25 | Case Administration<br>N. Rainey | 0.30 | 165.00 | Correspond with S. Cushman re LEDES file related to MWE's fourth monthly fee application (.1); email correspondence with US Trustee's office transmitting same (.2). |
| B110<br>03/14/25 | Case Administration<br>N. Rowles | 0.60 | 867.00 | Review docket for recent case filings, including objections to post-closing designation notices and motions for relief from stay (.6). |
| B110<br>03/19/25 | Case Administration<br>K. Going | 2.20 | 4,092.00 | Review recently filed pleadings (1.8); correspondence with team about next steps (.4). |


McDermott
Will & Emery

**Big Lots, Inc. Creditors' Committee**

Client: 125264
Invoice: 4003236
Invoice Date: 04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 03/21/25 | Case Administration N. Rainey | 0.20 | 110.00 | Correspond with N. Rowles re docket notifications (.1); correspond with D. Northrop re same (.1). |
| B110 03/21/25 | Case Administration S. Lutkus | 0.20 | 365.00 | Receipt and cursory review of agenda for hearing on objections to certain designation notices (.1); e-mail correspondence with N. Rowles re matters relevant to same (.1). |
| B110 03/24/25 | Case Administration S. Lutkus | 0.40 | 730.00 | Receipt and cursory review of 03.25 hearing agenda (.1); multiple e-mail messages with N. Rowles, then Cole Schotz team re matters relevant to Committee counsel hearing participation (.1); receipt and review of hearing agenda (.1); e-mail correspondence with Cole Schotz team re draft Committee update in respect of same (.1). |
| B150 03/03/25 | Mtgs/Communications w/Creditor N. Rowles | 0.90 | 1,300.50 | Draft Committee update re case updates (.2); review docket updates and orders, including notice of extension of designation rights period and pre-closing bar date order in connection with drafting Committee update (.5); correspondence with Cole Schotz team re same (.2). |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



**Big Lots, Inc. Creditors' Committee**

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4003236 |
| Invoice Date: | 04/09/2025 |

| Task /<br>Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150<br>03/03/25 | Mtgs/Communications<br>w/Creditor<br>S. Lutkus | 0.40 | 730.00 | Multiple e-mail messages with MWE, Cole Schotz and FTI teams re matters relevant to cancellation of Committee meeting and e-mail update in lieu of same (.2); follow up e-mail correspondence with N. Rowles and M. Solimani (Cole Schotz) re additional Committee update matters (.1); cursory review of background documentation relevant to same (.1). |
| B150<br>03/04/25 | Mtgs/Communications<br>w/Creditor<br>K. Going | 1.50 | 2,790.00 | Review filings and correspondence from creditors (1.3); respond to same (.2). |
| B150<br>03/04/25 | Mtgs/Communications<br>w/Creditor<br>N. Rowles | 0.20 | 289.00 | Review FTI presentation for Committee regarding administrative and winddown budget updates (.1); correspondence with FTI team re same (.1). |
| B150<br>03/04/25 | Mtgs/Communications<br>w/Creditor<br>S. Lutkus | 0.20 | 365.00 | Receipt and review of FTI budget update materials prepared in connection with Committee update in lieu of meeting (.2). |
| B150<br>03/10/25 | Mtgs/Communications<br>w/Creditor<br>N. Rowles | 0.80 | 1,156.00 | Draft email update to Committee regarding matter updates (.6); correspondence with MWE and Cole Schotz teams re same (.2). |



**McDermott Will & Emery**

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4003236 |
| Invoice Date: | 04/09/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 03/10/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.30 | 547.50 | Receipt and review of draft Committee e-mail update in lieu of meeting (.1); multiple e-mail messages with MWE (D. Azman and N. Rowles), Cole Schotz (J. Alberto), and FTI (T. Rodrigues) re matters relevant to same (.2). |
| B150 03/11/25 | Mtgs/Communications w/Creditor N. Rowles | 0.40 | 578.00 | Review FTI presentation regarding administrative and winddown budgets for Committee (.2); teleconference with FTI re same (.2). |
| B150 03/11/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.30 | 547.50 | Receipt and review of FTI materials prepared for Committee re budget update, information re GBRP funding matters (.3). |
| B150 03/12/25 | Mtgs/Communications w/Creditor N. Rowles | 0.20 | 289.00 | Prepare for teleconference with holder of administration claim re case status update (.1); teleconference with creditor re same (.1). |
| B150 03/13/25 | Mtgs/Communications w/Creditor N. Rowles | 1.20 | 1,734.00 | Correspondence with holder of administrative claim regarding recoveries for administrative creditors (.2); review GBRP APA in connection with same (.6); correspondence with D. Azman, K. Going, and S. Lutkus re same (.2); revise Committee working group list in accordance with updated representative for one Committee member (.2). |

One Vanderbilt Avenue  New York, NY  10017-3852   Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4003236 |
| Invoice Date: | 04/09/2025 |

| Task /<br>Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150<br>03/13/25 | Mtgs/Communications<br>w/Creditor<br>S. Lutkus | 0.30 | 547.50 | Receipt and review of Cole Schotz draft Committee update e-mail and attachments thereto (.2); e-mail correspondence with N. Rowles re creditor query in respect of expected magnitude and timing of distributions (.1). |
| B150<br>03/19/25 | Mtgs/Communications<br>w/Creditor<br>N. Rowles | 0.30 | 433.50 | Review FTI's administrative and winddown budget update for Committee (.2); correspondence with FTI re same (.1). |
| B150<br>03/19/25 | Mtgs/Communications<br>w/Creditor<br>S. Lutkus | 0.40 | 730.00 | Receipt and review of draft Committee e-mail update re extension of designation rights period (.1); e-mail correspondence with S. Carnes, then M. Hartlipp (both Cole Schotz) re same (.1); receipt and review/analysis of FTI budget update presentation materials to Committee (.2). |
| B150<br>03/25/25 | Mtgs/Communications<br>w/Creditor<br>N. Rowles | 0.30 | 433.50 | Review and revise Cole Schotz draft email to Committee regarding hearing update (.2); correspondence with Cole Schotz team re same (.1). |
| B150<br>03/25/25 | Mtgs/Communications<br>w/Creditor<br>S. Lutkus | 0.20 | 365.00 | Multiple e-mail messages from/to N. Rowles and M. Hartlipp (Cole Schotz) re matters relevant to Committee e-mail update re court hearing on objections to post-closing designation notices (.2). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4003236
Invoice Date: 04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 03/26/25 | Mtgs/Communications w/Creditor N. Rowles | 0.40 | 578.00 | Review FTI's update presentation regarding winddown and administrative budgets (.3); correspondence with FTI, MWE, and Cole Schotz teams re same (.1). |
| B150 03/26/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.30 | 547.50 | Receipt and review of FTI budget update materials prepared for circulation to Committee (.2); e-mail correspondence from/to N. Rowles and C. Aas (FTI) re matters relevant to same (.1). |
| B150 03/28/25 | Mtgs/Communications w/Creditor S. Lutkus | 1.20 | 2,190.00 | Prepare draft e-mail summary to Committee re matters relevant to D&O investigation, expected designation or rejection of additional leases, April rent obligations in connection with same (1.1); multiple follow-up e-mail messages with FTI and Cole Schotz teams re matters relevant to same (.1). |
| B150 03/31/25 | Mtgs/Communications w/Creditor N. Rowles | 0.50 | 722.50 | Revise draft email to Committee re matter updates (.3); correspondence with S. Lutkus re same (.1); email Committee re same (.1). |
| B150 03/31/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.10 | 182.50 | E-mail correspondence with N. Rowles re matters relevant to Committee member query in respect of debtor monetization of certain estate assets (.1). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4003236
Invoice Date:  04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155 03/12/25 | Court Hearings N. Rowles | 0.90 | 1,300.50 | Multiple email correspondence with MWE and CS teams re status conference set by Court (.5); follow-up correspondence with K. Going re same (.1); teleconference with M. Hartlipp re same (.1); attend status conference (.2). |
| B155 03/12/25 | Court Hearings S. Lutkus | 0.30 | 547.50 | Attend court-scheduled Zoom status conference (.2); follow up conference with K. Going re key case issues relevant to same (.1). |
| B155 03/24/25 | Court Hearings N. Rowles | 0.50 | 722.50 | Review docket for updated items related to March 25 hearing (.3); multiple correspondence with Cole Schotz and MWE teams re same and re Committee update email regarding hearing (.2). |
| B155 03/25/25 | Court Hearings K. Going | 2.10 | 3,906.00 | Attend omnibus hearing (1.5); follow up with Debtors and team regarding open issues (.6). |
| B155 03/25/25 | Court Hearings N. Rowles | 0.20 | 289.00 | Review docket for updates regarding future omnibus hearings (.1); correspondence with MWE team re same (.1). |
| B155 03/25/25 | Court Hearings S. Lutkus | 2.40 | 4,380.00 | Telephonic attendance at court hearing re objections to post-closing designation notices (2.3); e-mail correspondence from N. Rowles re key issues raised by Debtors during |



## McDermott Will & Emery

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4003236 |
| Invoice Date: | 04/09/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | general case update provided to court (.1). |
| B155<br>03/25/25 | Court Hearings<br>C. Catanese | 0.50 | 572.50 | Attend 3.25 hearing and take notes (.5). |
| B155<br>03/31/25 | Court Hearings<br>N. Rowles | 0.40 | 578.00 | Review agenda for April 2, 2025 hearing (.1); correspondence with C. Catanese re same (.1); multiple correspondence with Cole Schotz team re same (.1); correspondence with MWE team re same (.1). |
| B160<br>03/04/25 | Fee/Employment Applications<br>D. Hurst | 0.40 | 744.00 | Draft multiple correspondence to S. Neuman re McDermott interim fee application (.2); draft multiple correspondence to D. Azman re same (.2). |
| B160<br>03/08/25 | Fee/Employment Applications<br>D. Hurst | 2.70 | 5,022.00 | Review McDermott February time detail for privilege and compliance with local rules (1.9); begin to review and revise McDermott February fee application (.8). |
| B160<br>03/14/25 | Fee/Employment Applications<br>D. Hurst | 0.30 | 558.00 | Draft multiple correspondence to N. Rowles re information needed for interim fee order (.3). |



**McDermott Will & Emery**

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:      4003236
Invoice Date:  04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 03/14/25 | Fee/Employment Applications N. Rowles | 0.90 | 1,300.50 | Revise proposed order on interim fee applications (.5); multiple correspondence with MWE and Cole Schotz teams re same (.4). |
| B160 03/14/25 | Fee/Employment Applications S. Lutkus | 0.20 | 365.00 | Conference with N. Rowles re matters relevant to revised interim fee order (.1); multiple e-mail messages with MWE and Cole Schotz teams re matters relevant to same (.1). |
| B160 03/17/25 | Fee/Employment Applications D. Hurst | 1.40 | 2,604.00 | Review revised McDermott February time detail for privilege and compliance with local rules (1.4). |
| B160 03/19/25 | Fee/Employment Applications D. Hurst | 0.20 | 372.00 | Draft multiple correspondence to N. Rowles re information needed for McDermott fee application (.1); draft correspondence to N. Rainey re same (.1). |
| B160 03/19/25 | Fee/Employment Applications N. Rainey | 0.90 | 495.00 | Edit/revise MWE fifth monthly fee application (.9). |
| B160 03/23/25 | Fee/Employment Applications D. Hurst | 1.70 | 3,162.00 | Review and revise McDermott February fee application (1.7). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | | |
|---|---|---|
| Client: | 125264 |
| Invoice: | 4003236 |
| Invoice Date: | 04/09/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160<br>03/23/25 | Fee/Employment Applications<br>N. Rowles | 1.10 | 1,589.50 | Revise task code descriptions for McDermott's fifth monthly fee application (1.0); correspondence with D. Hurst re same (.1). |
| B160<br>03/24/25 | Fee/Employment Applications<br>D. Hurst | 0.10 | 186.00 | Draft correspondence to D. Azman, K. Going re McDermott February fee application (.1). |
| B160<br>03/24/25 | Fee/Employment Applications<br>C. Catanese | 1.50 | 1,717.50 | Draft and revise task descriptions for fee application (1.5). |
| B160<br>03/25/25 | Fee/Employment Applications<br>D. Hurst | 1.20 | 2,232.00 | Review and finalize McDermott February fee application (.9); draft multiple correspondence to N. Rainey re preparation of filing version of fee application (.2); draft correspondence to N. Rowles re logistics for filing of fee application (.1). |
| B160<br>03/25/25 | Fee/Employment Applications<br>N. Rowles | 0.40 | 578.00 | Review fifth monthly fee application (.3); correspondence with Cole Schotz team and D. Hurst re same (.1). |


# McDermott
## Will & Emery

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4003236 |
| Invoice Date: | 04/09/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>03/01/25 | Other Contested Matters<br>R. Lee | 2.30 | 2,346.00 | Review documents for issues related to possible claims (2.3). |
| B190<br>03/02/25 | Other Contested Matters<br>J. Haims | 0.50 | 1,007.50 | Work on D&O claims investigation (.4); correspondence about Debtor document production, D&O claims investigation, and strategy (.1). |
| B190<br>03/02/25 | Other Contested Matters<br>R. Lee | 1.40 | 1,428.00 | Review documents for issues related to possible claims (1.4). |
| B190<br>03/02/25 | Other Contested Matters<br>N. Rowles | 0.50 | 722.50 | Review designation rights period extension notice, monthly operating reports, and notices of rejection (.3); review FTI email update regarding various sale and budget matters (.2). |
| B190<br>03/02/25 | Other Contested Matters<br>Z. Irfan | 1.40 | 1,253.00 | Review documents re potential claims (1.4). |
| B190<br>03/03/25 | Other Contested Matters<br>N. Rowles | 0.40 | 578.00 | Review Debtors' responses to Committee's seventh request for production (.2); email correspondence re same (.2). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4003236 |
| Invoice Date: | 04/09/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>03/03/25 | Other Contested Matters<br>R. Lee | 5.10 | 5,202.00 | Review documents for issues related to possible claims (5.1). |
| B190<br>03/03/25 | Other Contested Matters<br>Z. Irfan | 2.30 | 2,058.50 | Review documents re potential claims (2.3). |
| B190<br>03/04/25 | Other Contested Matters<br>J. Haims | 0.50 | 1,007.50 | Work on D&O claims investigation (.3); correspondence about Debtor document production, D&O claims investigation (.2). |
| B190<br>03/04/25 | Other Contested Matters<br>R. Lee | 0.40 | 408.00 | Review documents for issues related to possible claims (.4). |
| B190<br>03/04/25 | Other Contested Matters<br>Z. Irfan | 3.50 | 3,132.50 | Review documents re potential claims (3.5). |
| B190<br>03/04/25 | Other Contested Matters<br>E. Shereff | 4.80 | 6,096.00 | Draft report re potential estate claims (4.8). |



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4003236
Invoice Date: 04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 03/04/25 | Other Contested Matters S. Lutkus | 0.30 | 547.50 | Multiple e-mail messages from/to D. Azman re matters relevant to status of committee D&O investigation (.2); multiple follow-up e-mail messages with J. Haims, N. Rowles, and E. Shereff re matters relevant to same (.1). |
| B190 03/05/25 | Other Contested Matters J. Haims | 3.00 | 6,045.00 | Work on D&O claims investigation (2.6); correspondence with litigation team about Debtor document production, D&O claims investigation (.4). |
| B190 03/05/25 | Other Contested Matters R. Lee | 1.40 | 1,428.00 | Review requests for production (.8); locate and review protective order (.4); meet with J. Haims, E. Shereff, and Z. Irfan regarding next steps (.2). |
| B190 03/05/25 | Other Contested Matters Z. Irfan | 0.10 | 89.50 | Meet with J. Haims, E. Shereff, and R. Lee re next steps (.1). |
| B190 03/05/25 | Other Contested Matters E. Shereff | 6.90 | 8,763.00 | Draft report re estate claims (4.7); revise draft estate claims report (1.7); attend litigation team meeting re status of workstreams (.5). |
| B190 03/05/25 | Other Contested Matters S. Lutkus | 2.20 | 4,015.00 | Review/analysis of documentation relevant to outstanding Committee requests for production in preparation for scheduled internal update call re same (1.2); participate in Zoom conference with J. Haims, |



## McDermott Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4003236
Invoice Date:  04/09/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| | | | | N. Rowles, and E. Shereff re outstanding committee requests for production, status of D&O investigation (.5); receipt and cursory review/analysis of additional documents relevant to same (.4); multiple follow-up e-mail messages with N. Rowles and E. Shereff re same (.1). |
| B190<br>03/05/25 | Other Contested Matters<br>N. Rowles | 0.60 | 867.00 | Participate in call with MWE and DPW team re discovery matters (.6). |
| B190<br>03/06/25 | Other Contested Matters<br>J. Haims | 3.00 | 6,045.00 | Work on D&O claims investigation (2.7); correspondence about Debtor document production, D&O claims investigation, draft D&O complaint (.3). |
| B190<br>03/06/25 | Other Contested Matters<br>S. Lutkus | 2.10 | 3,832.50 | Multiple e-mail messages with J. Haims, N. Rowles, and E. Shereff re matters relevant to scheduled call with Debtors in respect of outstanding Committee requests for production (.2); retrieve and review Committee requests for production in preparation for scheduled conference with Debtors (.6); e-mail correspondence with E. Shereff in connection with same (.1); prepare e-mail summary to D. Azman of D&O investigation status in preparation for scheduled conference with Debtors (.4); retrieve certified |



Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:      4003236
Invoice Date:  04/09/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Debtor charters and bylaws in response to J. Haims request for same (.3); participate in call with MWE and Davis Polk teams re matters relevant to Committee D&O investigation (.4); multiple e-mail messages with D. Azman, then Davis Polk team in connection with matters relevant to same (.1). |
| B190<br>03/06/25 | Other Contested Matters<br>E. Shereff | 4.40 | 5,588.00 | Continue to review documents (2.6); analyze summary of existing documents from productions (1.3); call with partner re complaint (.2); call with opposing counsel re schedule (.3). |
| B190<br>03/06/25 | Other Contested Matters<br>N. Rowles | 0.60 | 867.00 | Participate in teleconference with MWE and DPW teams regarding D&O investigation (.4); multiple correspondence with E. Shereff and S. Lutkus re same (.2). |
| B190<br>03/07/25 | Other Contested Matters<br>J. Haims | 0.80 | 1,612.00 | Work on D&O claims investigation (.6); correspondence with litigation team about Debtor document production (.2). |
| B190<br>03/07/25 | Other Contested Matters<br>S. Wright | 0.60 | 357.00 | Analyze and prepare supplemental Debtor productions for loading into review repository (.6). |



**McDermott**
**Will & Emery**

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4003236 |
| Invoice Date: | 04/09/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 03/07/25 | Other Contested Matters E. Shereff | 9.20 | 11,684.00 | Analyze targeted motions and briefs on the docket in preparation for complaint (2.8); review and annotated existing work product in preparation for complaint (1.9); compile and analyze existing work product from separate work streams in preparation for complaint (2.1); search for and analyze precedent for complaint (2.4). |
| B190 03/09/25 | Other Contested Matters F. Belayneh | 1.00 | 295.00 | Import production data and load into the review platform (1.0). |
| B190 03/10/25 | Other Contested Matters J. Haims | 1.50 | 3,022.50 | Review documents in connection with D&O claims investigation (1.0); correspondence with litigation team about Debtor document production, D&O claims investigation (.5). |
| B190 03/10/25 | Other Contested Matters R. Lee | 0.10 | 102.00 | Correspondence with E. Shereff and Z. Irfan regarding document review instructions (.1). |
| B190 03/10/25 | Other Contested Matters E. Shereff | 3.80 | 4,826.00 | Conduct targeted document review for relevant emails and text messages (3.6); supervise upload of documents (.1); communicate with opposing counsel re production timeline (.1). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| Client: | 125264 |
| Invoice: | 4003236 |
| Invoice Date: | 04/09/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>03/10/25 | Other Contested Matters<br>S. Lutkus | 0.20 | 365.00 | Telephone conference with E. Shereff (.1), then multiple e-mail messages with E. Shereff and J. Haims re matters relevant to Committee D&O investigation (.1). |
| B190<br>03/11/25 | Other Contested Matters<br>J. Haims | 1.20 | 2,418.00 | Review documents in connection with D&O claims investigation (.5); correspondence with litigation team re Debtor document production, D&O claims investigation, draft complaint (.7). |
| B190<br>03/11/25 | Other Contested Matters<br>E. Shereff | 4.30 | 5,461.00 | Draft skeleton outline for complaint (2.4); conduct targeted document review for insurance policies and evidence of a tail (1.9). |
| B190<br>03/11/25 | Other Contested Matters<br>Z. Irfan | 0.90 | 805.50 | Review documents for potential claims (.9). |
| B190<br>03/11/25 | Other Contested Matters<br>S. Lutkus | 0.20 | 365.00 | Multiple e-mail messages with E. Shereff re matters relevant to documents received/reviewed in connection with Committee requests for production in respect of D&O investigation (.2). |
| B190<br>03/12/25 | Other Contested Matters<br>J. Haims | 1.50 | 3,022.50 | Review documents in connection with D&O claims investigation (.8); correspondence with litigation team about D&O claims investigation, draft complaint (.7). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4003236
Invoice Date:  04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 03/12/25 | Other Contested Matters E. Shereff | 5.20 | 6,604.00 | Document review for email communications re certification and liquidity forecasts (2.6); review documents for exhibits and disclosures in executed APA (2.1); met with J. Haims to discuss accounting questions raised by documents (.5). |
| B190 03/12/25 | Other Contested Matters R. Lee | 0.50 | 510.00 | Review documents for issues related to possible claims (.5). |
| B190 03/13/25 | Other Contested Matters J. Haims | 2.30 | 4,634.50 | Review documents in connection with D&O claims investigation (1.5); correspondence about Debtor document production, D&O claims investigation, draft complaint (.8). |
| B190 03/13/25 | Other Contested Matters Z. Irfan | 1.70 | 1,521.50 | Search and review documents for certain documents (.3); review documents re potential claims (1.4). |
| B190 03/13/25 | Other Contested Matters R. Lee | 1.40 | 1,428.00 | Conduct targeted searches for specific email chains (1.4). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:       125264
Invoice:      4003236
Invoice Date: 04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 03/13/25 | Other Contested Matters E. Shereff | 7.60 | 9,652.00 | Search public filings for information related to potential estate claims (.8); analyze various pleadings on bankruptcy docket for complaint (1.2); meeting with J. Haims re strategy for complaint (.5); perform targeted search for necessary documents re CFO certification (.9); compared newly discovered liquidity forecast exhibit to disclosure schedule documents (.6); conduct targeted document review re estate causes of action (1.4); review documents elevated in document review process (1.1); analyze email communications for inclusion in complaint (1.1). |
| B190 03/13/25 | Other Contested Matters S. Lutkus | 0.20 | 365.00 | Multiple e-mail messages with J. Haims and E. Shereff re matters relevant to financial analysis necessary to D&O investigation (.2). |
| B190 03/14/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Review documents in connection with D&O investigation (.5). |
| B190 03/14/25 | Other Contested Matters R. Lee | 1.30 | 1,326.00 | Conduct targeted searches regarding estate causes of action (1.3). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



Big Lots, Inc. Creditors' Committee

| | | | | Client: | 125264 |
| | | | | Invoice: | 4003236 |
| | | | | Invoice Date: | 04/09/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>03/14/25 | Other Contested Matters<br>E. Shereff | 4.60 | 5,842.00 | Legal research in connection with complaint (3.7); analyze bankruptcy pleadings in connection with same (.9). |
| B190<br>03/14/25 | Other Contested Matters<br>Z. Irfan | 1.10 | 984.50 | Review documents re potential claims (1.1). |
| B190<br>03/15/25 | Other Contested Matters<br>Z. Irfan | 0.90 | 805.50 | Review documents re potential claims (.9). |
| B190<br>03/17/25 | Other Contested Matters<br>J. Haims | 1.80 | 3,627.00 | Correspondence with litigation team about D&O investigation and strategy (.5); review documents in connection with D&O investigation (1.0); research re same (.3). |
| B190<br>03/17/25 | Other Contested Matters<br>E. Shereff | 0.50 | 635.00 | Internal call re FTI (.5). |
| B190<br>03/17/25 | Other Contested Matters<br>N. Rowles | 0.60 | 867.00 | Teleconference with J. Haims, S. Lutkus, and E. Shereff re Committee's D&O investigation (.2); correspondence with D. Azman re same (.1); correspondence with FTI team re same (.2); correspondence with MWE and FTI teams re same |



McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | | | | Client: | 125264 |
| | | | | Invoice: | 4003236 |
| | | | | Invoice Date: | 04/09/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | (.1). |
| B190 03/17/25 | Other Contested Matters S. Lutkus | 0.40 | 730.00 | Zoom conference with J. Haims, N. Rowles and E. Shereff re key issues and work streams relevant to D&O investigation (.3); follow-up e-mail correspondence with N. Rowles re same (.1). |
| B190 03/17/25 | Other Contested Matters R. Lee | 3.20 | 3,264.00 | Review documents for issues related to possible claims (3.2). |
| B190 03/18/25 | Other Contested Matters J. Haims | 0.70 | 1,410.50 | Review documents in connection with D&O investigation (.5); correspondence regarding same and strategy (.2). |
| B190 03/18/25 | Other Contested Matters E. Shereff | 5.80 | 7,366.00 | Legal research re Ohio corporate law standards (4.1); draft complaint (1.7). |
| B190 03/19/25 | Other Contested Matters J. Haims | 1.50 | 3,022.50 | Review documents in connection with D&O investigation (.8); correspondence regarding same (.2); prepare for and attend call with FTI (.5). |



Big Lots, Inc. Creditors' Committee

| | | | |
|---|---|---|---|
| Client: | 125264 |
| Invoice: | 4003236 |
| Invoice Date: | 04/09/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>03/19/25 | Other Contested Matters<br>N. Rowles | 0.60 | 867.00 | Participate in teleconference with FTI and MWE litigation teams re D&O investigation (.3); review various objections and other pleadings related to designation notices (.3). |
| B190<br>03/19/25 | Other Contested Matters<br>S. Lutkus | 0.30 | 547.50 | Zoom conference with MWE (J. Haims, N. Rowles, E. Shereff) and FTI (L. Ho, M. Hyland, T. Rodrigues) re matters relevant to requested financial analyses in connection with D&O investigation (.3). |
| B190<br>03/19/25 | Other Contested Matters<br>E. Shereff | 0.50 | 635.00 | Call with team re FTI plan (.5). |
| B190<br>03/20/25 | Other Contested Matters<br>J. Haims | 1.30 | 2,619.50 | Work on draft complaint (1.0); correspondence regarding same and strategy (.3). |
| B190<br>03/20/25 | Other Contested Matters<br>Z. Irfan | 0.50 | 447.50 | Review documents re potential claims (.5). |
| B190<br>03/20/25 | Other Contested Matters<br>E. Shereff | 0.50 | 635.00 | Meeting with J. Haims re complaint format and structure (.5). |



Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4003236
Invoice Date:  04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 03/21/25 | Other Contested Matters J. Haims | 0.80 | 1,612.00 | Work on draft complaint (.6); correspondence regarding same and strategy (.2). |
| B190 03/21/25 | Other Contested Matters Z. Irfan | 1.50 | 1,342.50 | Review documents re potential claims (1.5). |
| B190 03/23/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Research re draft complaint (.5). |
| B190 03/24/25 | Other Contested Matters J. Haims | 1.50 | 3,022.50 | Research and work on draft complaint (1.0); correspondence with FTI re documents requested by FTI (.5). |
| B190 03/24/25 | Other Contested Matters E. Shereff | 7.90 | 10,033.00 | Search for missing key documents in Relativity (2.6); draft sections of complaint (3.6); analyzed documents from bankruptcy cases for facts for complaint (1.7). |
| B190 03/24/25 | Other Contested Matters S. Lutkus | 0.60 | 1,095.00 | Review/analysis of FTI draft requests for financial information in connection with analysis relevant to D&O investigation (.4); multiple internal e-mail messages (with J. Haims, N. Rowles, and E. Shereff) re matters relevant to same (.2). |

One Vanderbilt Avenue  New York, NY  10017-3852   Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4003236
Invoice Date:  04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 03/25/25 | Other Contested Matters J. Haims | 5.00 | 10,075.00 | Review and revise draft complaint (4.6); correspondence regarding same and strategy (.4). |
| B190 03/25/25 | Other Contested Matters E. Shereff | 1.40 | 1,778.00 | Analyze first day declaration and application of Davis Polk to fill in factual information in complaint (1.4). |
| B190 03/25/25 | Other Contested Matters Z. Irfan | 0.60 | 537.00 | Review documents re potential claims (.6). |
| B190 03/26/25 | Other Contested Matters J. Haims | 3.60 | 7,254.00 | Review and revise draft complaint (3.0); correspondence about Debtor document production and review of Debtor documents (.3); correspondence about FTI document requests (.3). |
| B190 03/26/25 | Other Contested Matters N. Rowles | 0.60 | 867.00 | Participate in call with J. Haims, S. Lutkus, and E. Shereff re D&O investigation (.3); multiple correspondence with E. Shereff re same (.1); review documents in connection with same (.2). |
| B190 03/26/25 | Other Contested Matters E. Shereff | 12.90 | 16,383.00 | Search in Relativity for relevant documents (.9); review and analyze comments re complaint (.3); conduct first round edits to FTI document requests (.3); draft and revise |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*


## McDermott
## Will & Emery

Big Lots, Inc. Creditors' Committee

Client:         125264
Invoice:        4003236
Invoice Date:   04/09/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | complaint (4.7); consolidate documents into shared drive for FTI use for financial analysis for complaint (3.3); search for key documents from Board materials for draft complaint (2.9); call re FTI re same (.5). |
| B190<br>03/26/25 | Other Contested Matters<br>Z. Irfan | 4.50 | 4,027.50 | Meet with J. Haims re new documents (.1); review documents re potential claims (1.1); search for hot document re estate causes of action (.2); organize One Drive folder for review (2.8); search for relevant document (.3). |
| B190<br>03/26/25 | Other Contested Matters<br>S. Wright | 0.80 | 476.00 | Analyze and prepare supplemental Debtors' production for loading into document review repository (.6); perform quality assurance on data load and release the same for attorney review (.2). |
| B190<br>03/26/25 | Other Contested Matters<br>S. Lutkus | 0.70 | 1,277.50 | Participate in Zoom conference with J. Haims, N. Rowles and E. Shereff re matters relevant to FTI draft requests for financial information in connection with analysis relevant to D&O investigation (.3); multiple follow-up e-mail messages from/to E. Shereff and T. Rodrigues (FTI) re matters relevant to same (.3); e-mail correspondence from/to S. Wright re matters relevant to Debtor document production (.1). |



McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4003236
Invoice Date:  04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>03/27/25 | Other Contested Matters<br>E. Shereff | 10.30 | 13,081.00 | Edits to FTI document requests to Alix (.2); coordinate timing of meet and confer (.1); conduct initial round document review of recent production (3.2); analyze issue re jurisdiction and venue for complaint (.3); review summary re Board material organization (.4); prepare for meet and confer with Davis Polk (.2); draft first section of complaint (4.1); draft second section of complaint (1.8). |
| B190<br>03/27/25 | Other Contested Matters<br>J. Haims | 3.00 | 6,045.00 | Review and revise draft complaint (1.8); correspondence regarding same and strategy (.2); correspondence about Debtor document production and review of Debtor documents (.5); review documents in connection with D&O investigation (.5). |
| B190<br>03/27/25 | Other Contested Matters<br>N. Rowles | 0.50 | 722.50 | Multiple correspondence with S. Lutkus, D. Azman, J. Haims, and E. Shereff re call with DPW re D&O investigation updates (.2); multiple correspondence with E. Shereff re D&O investigation matters (.3). |
| B190<br>03/27/25 | Other Contested Matters<br>Z. Irfan | 0.90 | 805.50 | Organize One Drive folder for review (.9). |



**McDermott**
**Will & Emery**

Big Lots, Inc. Creditors' Committee

Client:      125264
Invoice:     4003236
Invoice Date: 04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 03/27/25 | Other Contested Matters S. Wright | 0.60 | 357.00 | Update metadata information to ensure accurate identification of document date range for new productions (.6). |
| B190 03/27/25 | Other Contested Matters S. Lutkus | 0.60 | 1,095.00 | Multiple internal e-mail messages (with J. Haims, N. Rowles, and E. Shereff) re matters relevant to D&O investigation, including additional document requests in respect of FTI financial analysis and recent Debtor production (.3); follow-up e-mail correspondence with E. Shereff and T. Rodrigues (FTI) re matters relevant to same (.1); receipt and cursory review of revised FTI draft documentation request in connection with same (.2). |
| B190 03/28/25 | Other Contested Matters E. Shereff | 0.50 | 635.00 | Meet and confer with opposing counsel re complaint (.5). |
| B190 03/28/25 | Other Contested Matters J. Haims | 2.50 | 5,037.50 | Review and revise draft complaint (1.7); correspondence regarding same (.3); call with DPW regarding D&O investigation (.5). |
| B190 03/28/25 | Other Contested Matters S. Lutkus | 1.80 | 3,285.00 | Participate in Zoom conference with MWE (D. Azman, J. Haims, N. Rowles, and E. Shereff) and Davis Polk (B. Resnick, A. Shpeen, J. McClammy, S. Piraino, M. Brock) re |



McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4003236
Invoice Date:  04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | matters relevant to Committee D&O investigation, including outstanding document requests (.3); receipt and commencement of review/analysis of background documentation relevant to preparation of demand letter to Debtors in connection with same (1.5). |
| B190 03/29/25 | Other Contested Matters N. Rowles | 0.30 | 433.50 | Review S. Lutkus email correspondence related to D&O investigation updates (.3). |
| B190 03/29/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Correspondence with litigation team about draft complaint, Debtor document production and review, D&O investigation (.5). |
| B190 03/30/25 | Other Contested Matters S. Lutkus | 2.40 | 4,380.00 | Continue review/analysis of background documentation relevant to preparation of demand letter to Debtors in connection with D&O investigation (2.4). |
| B190 03/31/25 | Other Contested Matters Z. Irfan | 0.20 | 179.00 | Organize One Drive folder for review (.2). |

**One Vanderbilt Avenue  New York, NY  10017-3852   Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Emery LLP.*



Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4003236
Invoice Date:  04/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 03/31/25 | Other Contested Matters J. Haims | 1.30 | 2,619.50 | Review and revise draft D&O complaint (1.3). |
| B190 03/31/25 | Other Contested Matters N. Rowles | 0.90 | 1,300.50 | Multiple correspondence with S. Lutkus, J. Haims, and E. Shereff re D&O investigation discovery matters (.2); correspondence with T. Rodrigues (FTI) re same (.1); review documents drafted in connection with same (.2); review recent docket filings, including monthly operating reports, designation notices, notices of rejections of leases, orders authorizing Debtors to assume and assign real property leases (.4). |
| B190 03/31/25 | Other Contested Matters R. Lee | 0.80 | 816.00 | Review documents for issues related to possible claims (.8). |
| B190 03/31/25 | Other Contested Matters D. Azman | 0.80 | 1,408.00 | Develop strategy re D&O litigation (.8). |
| B190 03/31/25 | Other Contested Matters S. Lutkus | 3.60 | 6,570.00 | Finalize review/analysis of background documentation relevant to preparation of demand letter to Debtors in connection with D&O investigation (.6); prepare draft demand letter (2.6); multiple internal |



**McDermott Will & Emery**

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4003236 |
| Invoice Date: | 04/09/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | e-mail messages (with J. Haims, then D. Azman) re matters relevant to same (.2); e-mail correspondence with M. Brock (Davis Polk) re matters relevant to FTI request for additional documentation (.1); follow-up internal e-mail correspondence in connection with same (.1). |
| B310 03/25/25 | Claims Administration & Object N. Rowles | 0.30 | 433.50 | Email correspondence with K. Going re administrative expense claim motions reconciliations (.1); email correspondence with FTI team re same (.2). |
| B310 03/27/25 | Claims Administration & Object S. Lutkus | 0.20 | 365.00 | Cursory review/analysis of AlixPartners summary report regarding administrative expense claims (.2). |

| | | **Total Hours** | **228.20** | | **Total For Services** | **$327,241.00** |
|---|---|---|---|---|---|---|



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4003236
Invoice Date: 04/09/2025

## Task Code Summary

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B110 | Case Administration | 4.10 | 6,583.00 |
| B150 | Mtgs/Communications w/Creditor | 10.40 | 17,056.50 |
| B155 | Court Hearings | 7.30 | 12,296.00 |
| B160 | Fee/Employment Applications | 13.00 | 20,925.50 |
| B190 | Other Contested Matters | 192.90 | 269,581.50 |
| B310 | Claims Administration & Object | 0.50 | 798.50 |
| | | 228.20 | 327,241.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| D. Azman | 0.80 | 1,760.00 | 1,408.00 |
| F. Belayneh | 1.00 | 295.00 | 295.00 |
| C. Catanese | 2.00 | 1,145.00 | 2,290.00 |
| K. Going | 5.80 | 1,860.00 | 10,788.00 |
| J. Haims | 38.80 | 2,015.00 | 78,182.00 |
| D. Hurst | 8.00 | 1,860.00 | 14,880.00 |
| Z. Irfan | 20.10 | 895.00 | 17,989.50 |
| R. Lee | 17.90 | 1,020.00 | 18,258.00 |
| S. Lutkus | 23.00 | 1,825.00 | 41,975.00 |
| N. Rainey | 1.40 | 550.00 | 770.00 |
| N. Rowles | 16.10 | 1,445.00 | 23,264.50 |
| E. Shereff | 91.30 | 1,270.00 | 115,951.00 |
| S. Wright | 2.00 | 595.00 | 1,190.00 |
| **Totals** | **228.20** | | **$327,241.00** |

**EXHIBIT B**

**<u>Expense Detail</u>**



Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4003236 |
| Invoice Date: | 04/09/2025 |

## Costs and Other Charges

| Timekeeper | Date | Description | Qty | Amount |
|---|---|---|---|---|
| M. Rodgers | 02/28/25 | Computer Research VENDOR: CourtAlert.com Inc;INVOICE #:310026-2502;DATE: 02/28/2025 - Vendor CourtAlert.com fee for case research. | 1.00 | 76.21 |
| | | **Total Costs and Other Charges** | | **$76.21** |