UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>            Debtor(s). | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>Jointly Administered<br><br>Re: D.I. 2207, 2429, 2557 |

**ORDER APPROVING STIPULATION EXTENDING
DEADLINE(S) IN MAIN BANKRUPTCY CASES**

After considering the *Stipulation Extending Deadline(s) in Main Bankruptcy Cases* (the "**Stipulation**"), a copy of which is attached hereto marked **Exhibit A**, it is hereby:

ORDERED that the Stipulation is approved in its entirety.

IT IS FURTHER ORDERED that HomeView Design, Inc.'s deadline to reply to Debtor's letter brief [D.I. 2557] is hereby extended through and including Friday, May 2, 2025.

Dated: April 25th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE