**Exhibit A**
**Stipulation**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtor(s). | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>Jointly Administered<br><br>Re: D.I. 2207, 2429, 2557 |

## STIPULATION EXTENDING RESPONSE DEADLINE IN MAIN BANKRUPTCY CASES

HomeView Design, Inc. ("**HomeView**") and the above-captioned debtors (the "**Debtors**"), through their respective undersigned counsel, hereby agree and stipulate based on the following:

WHEREAS, on March 11, 2025, HomeView Design Inc. ("**HomeView**") filed *HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(B)(9)* [D.I. 2207] (the "**Motion**").

WHEREAS, on March 26, 2025, the Court heard preliminary argument on the Motion and asked the HomeView and the Debtors to confer and submit a scheduling order regarding additional briefing on the Motion.

WHEREAS, on March 31, 2025, the Court entered an *Order Scheduling Certain Dates and Deadlines for Adjudication of Issues Raised in Motion of HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claim* [D.I. 2429].

WHEREAS, on April 11, 2025, the Debtors filed a letter brief in opposition to the Motion [D.I. 2557].

WHEREAS, Presently, HomeView's deadline to reply is today, April 25, 2025 at 4:00 p.m. ET (the "**Response Deadline**").

WHEREAS, HomeView has requested a one (1) week extension of time to reply.

WHEREAS, the Debtors have agreed thereto.

NOW THEREFORE, in consideration of the foregoing recitals, it is stipulated and agreed by and between HomeView and the Debtors as follows:

1. HomeView's deadline to reply to Debtor's letter brief [D.I. 2557] is hereby extended through and including Friday, May 2, 2025.

2. This extension of time is without prejudice to the rights of the Defendants, Creditors, and each of their respective counsel.

Dated: April 25, 2025

KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esq. (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com

*Counsel to HomeView Design, Inc.*

And

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No.6905)
Brianna N. V. Turner (No. 7468)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com

2

dbutz@morrisnichols.com
srchurchill@morrisnichols.com
bturner@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*