## EXHIBIT A

### Leases and Applicable Assignee

| Store Number | Address | Cure Costs | OSJL Assignee |
|---|---|---|---|
| 1195 | 257 W New Rd, Somers Point, NJ | $20,000.00 | Ocean State Job Lot of NJ2025, LLC |

#100077027v2