**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 2524** |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING**
**FIRST AND FINAL FEE APPLICATION OF A&G REALTY PARTNERS, LLC**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS REAL ESTATE CONSULTANT AND**
**ADVISOR TO THE DEBTORS FOR THE PERIOD FROM**
**SEPTEMBER 9, 2024 THROUGH FEBRUARY 7, 2025**

The undersigned counsel hereby certify as follows:

1.      On April 8, 2025, A&G Realty Partners, LLC ("A&G") filed its *First and Final Fee Application of A&G Realty Partners, LLC, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Real Estate Consultant and Advisor to the Debtors for the Period from September 9, 2024 Through February 7, 2025* [D.I. 2524] (the "Application").

2.      Objections to the Fee Application were to be filed no later than April 29, 2025, at 4:00 p.m. (ET) (the "Objection Deadline").

3.      No answer, objection or other responsive pleading to the Fee Application

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

appears on the Court's docket in these cases.

4.    Attached hereto as **Exhibit A** is the proposed order granting A&G final allowance of fees and expenses (the "Proposed Order").

[*Signature Page Follows*]

WHEREFORE, the Debtors and A&G respectfully request that the Court enter the Proposed

Order at its earliest convenience.

Dated:  May 1, 2025
        Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

*-and-*

**DAVIS POLK & WARDWELL LLP**

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
jonah.peppiatt@davispolk.com
ethan.stern@davispolk.com

*Counsel to the Debtors and Debtors in Possession*