# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of May 2025, a true and correct copy of the foregoing was served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system and to the persons listed below as indicated:

**Via Electronic Mail**

Robert J. Dehney
Sophie Rogers Churchill
Casey Sawyer
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
Email:  rdehney@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com
(*Counsel to the Debtor*)

Linda Casey
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email:  Linda.Casey@usdoj.gov
(*U.S. Trustee*)

Justin R. Alberto
Stacy L. Newman
Jack M. Dougherty
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: jalberto@coleschotz.com
snewman@coleschotz.com
jdougherty@coleschotz.com
(*Counsel to the Official Committee
 of Unsecured Creditors*)

Sarah A. Carnes
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Email:  scarnes@coleschotz.com
(*Counsel to the Official Committee
 of Unsecured Creditors*)

Darren Azman
Kristin K. Going
Stacy Lutkus
Natalie Rowles
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
Email: dazman@mwe.com
kgoing@mwe.com
salutkus@mwe.com
nrowles@mwe.com
(*Counsel to the Official Committee
 of Unsecured Creditors*)

 

                             /s/  *J. Cory Falgowski*
                             J. Cory Falgowski (No. 4546)