# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| BIG LOTS, INC., *et al.*[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of McCarter & English, LLP hereby withdraws its appearance as counsel of record for Stalwart Homestyles in the above referenced action.

PLEASE TAKE FURTHER NOTICE that the law firm of Burr & Forman LLP hereby enters its appearance as substitute counsel of record on behalf of Stalwart Homestyles in the above referenced action, and hereby requests that copies of all notices and pleadings given or filed in the above referenced action be served on Burr & Forman LLP.

Dated: May 5, 2025

**BURR & FORMAN LLP**

/s/   *J. Cory Falgowski*
J. Cory Falgowski (No. 4546)
Shannon D. Humiston (No. 5740)
222 Delaware Avenue, Suite 1030
Wilmington, DE  19801
Telephone:  (302) 830-2324
jfalgowski@burr.com
shumiston@burr.com

**MCCARTER & ENGLISH, LLP**

/s/  *Kate Roggio Buck*
Kate Roggio Buck (No. 5140)
405 N. King Street
Wilmington, DE 19801
Telephone:  (302) 984-6300
kbuck@mccarter.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.