**EXHIBIT B**

**EXPENSE SUMMARY**
**BIG LOTS, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**
**March 1, 2025 through March 31, 2025**

| Expense Category | Total Expenses |
|---|---:|
| Computer Research | $1,115.43 |
| Meals | $223.91 |
| Postage, Courier & Freight | $70.95 |
| Travel | $2,776.01 |
| **Grand Total Expenses** | **$4,186.30**[1] |

---

[1] This amount reflects a voluntary reduction in expenses in the amount of $3,878.97.

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 03/10/25 | Meals | Goldberger, Jacob, 6:30 pm, OT Dinner from Eden Wok | $40.00 |
| 03/11/25 | Meals | Lent, Andrew, 6:30 pm, OT Dinner from Pita Grill Kosher | $40.00 |
| 03/12/25 | Meals | Goldberger, Jacob, 8:30 pm, OT Dinner from Eden Wok | $40.00 |
| 03/19/25 | Meals | Goldberger, Jacob, 6:30pm, OT Meal | $26.32 |
| 03/24/25 | Meals | Goldberger, Jacob, Kosher travel meal in Wilmington, DE prior to March 25 omnibus hearing | $38.23 |
| 03/24/25 | Meals | Goldberger, Jacob, Kosher travel meal in Wilmington, DE prior to March 25 omnibus hearing | $39.36 |
| 03/10/25 | Postage, courier & freight | Avelina Burbridge, FedEx to OhioHealth Corporation | $23.65 |
| 03/10/25 | Postage, courier & freight | Avelina Burbridge, FedEx to OhioHealth Corporation | $23.65 |
| 03/10/25 | Postage, courier & freight | Avelina Burbridge, FedEx to Porter Wright Morris & Arthur | $23.65 |
| 03/03/25 | Travel | Cahill, Vincent, 8:45pm, OT Uber from Davis Polk offices to home | $25.62 |
| 03/12/25 | Travel | Resnick, Brian, Amtrak from New York to Wilmington, DE prior to February 16 omnibus hearing | $262.63 |
| 03/24/25 | Travel | Brock, Matthew R., Hotel Du Pont prior to March 25 omnibus hearing | $350.00 |
| 03/24/25 | Travel | Goldberger, Jacob, Sheraton Suites Downtown Wilmington prior to March 25 omnibus hearing | $240.90 |
| 03/24/25 | Travel | Winiarski, Kevin, Sheraton Suites Downtown Wilmington prior to March 25 omnibus hearing | $207.90 |
| 03/24/25 | Travel | Goldberger, Jacob, Uber from Wilmington, DE train station to Sheraton Suites Downtown Wilmington prior to March 25 omnibus hearing | $21.71 |
| 03/24/25 | Travel | Winiarski, Kevin L., Uber from Davis Polk offices to New York Penn Station prior to March 25 omnibus hearing | $29.33 |
| 03/24/25 | Travel | Winiarski, Kevin L., Uber from Sheraton Suites Wilmington Downtown to Eclipse Bistro for dinner with local counsel prior to March 25 omnibus hearing | $14.44 |
| 03/24/25 | Travel | Brock, Matthew R., Uber from home to Newark, NJ train station prior to March 25 omnibus hearing | $26.92 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 03/24/25 | Travel | Brock, Matthew R., Uber from Wilmington, DE train station to local counsel offices prior March 25 omnibus hearing | $29.61 |
| 03/24/25 | Travel | Winiarski, Kevin, Amtrak from New York to Wilmington, DE prior to March 25 omnibus hearing | $188.00 |
| 03/24/25 | Travel | Goldberger, Jacob, Uber from Davis Polk offices to New York Penn Station prior to March 25 omnibus hearing | $56.29 |
| 03/24/25 | Travel | Goldberger, Jacob, Amtrak from New York to Wilmington, DE prior to March 25 omnibus hearing | $188.00 |
| 03/24/25 | Travel | Brock, Matthew R., Amtrak from Newark, NJ to Wilmington, DE prior to March 25 omnibus hearing | $191.00 |
| 03/25/25 | Travel | Brock, Matthew R., Amtrak from New York to Wilmington, DE for March 25 omnibus hearing | $231.00 |
| 03/25/25 | Travel | Piraino, Stephen, Car service from NY Penn Station to home after March 25 omnibus hearing | $152.17 |
| 03/25/25 | Travel | Winiarski, Kevin L. Amtrak train from Wilmington, DE to New York after March 25 omnibus hearing | $188.00 |
| 03/25/25 | Travel | Goldberger, Jacob, Amtrak from Wilmington, DE to Newark, NJ after March 25 omnibus hearing | $188.00 |
| 03/25/25 | Travel | Brock, Matthew R., Uber from Newark, NJ train station to home after March 25 omnibus hearing | $32.93 |
| 03/25/25 | Travel | Goldberger, Jacob, Uber from Newark, NJ train station to home after March 25 omnibus hearing | $140.71 |
| 03/25/25 | Travel | Winiarski, Kevin L., Uber from local counsel offices to Wilmington train station after March 25 omnibus hearing | $10.85 |
| | | Lexis | $941.81 |
| | | Westlaw | $173.62 |
| TOTAL | | | $4,186.30 |