**Exhibit A**

**Supplemental List of Ordinary Course Professionals**

The following Ordinary Course Professional is added to the list of Ordinary Course Professionals:

| Ordinary Course Professional | Types of Matters Typically Handled for the Debtors | Work Description |
|---|---|---|
| Bewley, Lassleben & Miller, LLP | Legal Services | CA sales tax matters |