**EXHIBIT B**
**EXPENSE SUMMARY**

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**March 1, 2025, through March 31, 2025**

| Expense Category | Total Expenses |
|---|---|
| Pacer | 950.70 |
| In-House Printing - black & white | 3,071.00 |
| In-House Printing - color | 19.20 |
| Meals | 848.83 |
| Transcripts | 1,779.70 |
| Computer Research - Westlaw | 368.80 |
| Courier/Delivery Service | 289.26 |
| Paralegal Overtime | 142.81 |
| **Grand Total Expenses** | **$7,470.30** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 12/04/24 | Transcripts – Transcript of Lease Auction (December 4, 2024) | 1.0 | 1,124.50 |
| 12/30/24 | Meals - Breakfast for 15 people - Big Lots hearing | 1.0 | 136.59 |
| 03/01/25 | Pacer | 30.0 | 3.00 |
| 03/02/25 | Pacer | 246.0 | 24.60 |
| 03/02/25 | In-House Printing - black & white | 1.0 | 0.10 |
| 03/03/25 | Pacer | 63.0 | 6.30 |
| 03/04/25 | In-House Printing - black & white | 23.0 | 2.30 |
| 03/04/25 | Pacer | 84.0 | 8.40 |
| 03/04/25 | Computer Research - Westlaw | 1.0 | 40.30 |
| 03/05/25 | Pacer | 547.0 | 54.70 |
| 03/05/25 | In-House Printing - black & white | 142.0 | 14.20 |
| 03/05/25 | Computer Research - Westlaw | 1.0 | 37.70 |
| 03/06/25 | Pacer | 179.0 | 17.90 |
| 03/06/25 | Computer Research - Westlaw | 1.0 | 189.70 |
| 03/07/25 | In-House Printing - black & white | 89.0 | 8.90 |
| 03/07/25 | Pacer | 123.0 | 12.30 |
| 03/08/25 | Pacer | 32.0 | 3.20 |
| 03/10/25 | Pacer | 550.0 | 55.00 |
| 03/10/25 | In-House Printing - black & white | 89.0 | 8.90 |
| 03/11/25 | Pacer | 152.0 | 15.20 |
| 03/11/25 | In-House Printing - black & white | 405.0 | 40.50 |
| 03/12/25 | Pacer | 391.0 | 39.10 |
| 03/12/25 | In-House Printing - black & white | 648.0 | 64.80 |
| 03/12/25 | In-House Printing - color | 3.0 | 2.40 |
| 03/12/25 | Transcripts – Transcript of March 12 status conference. | 1.0 | 70.20 |
| 03/13/25 | Pacer | 708.0 | 70.80 |
| 03/13/25 | In-House Printing - black & white | 241.0 | 24.10 |
| 03/13/25 | In-House Printing - color | 3.0 | 2.40 |
| 03/14/25 | Pacer | 66.0 | 6.60 |
| 03/17/25 | Pacer | 1,010.0 | 101.00 |
| 03/17/25 | In-House Printing - black & white | 107.0 | 10.70 |
| 03/18/25 | Pacer | 1,467.0 | 146.70 |
| 03/18/25 | In-House Printing - black & white | 51.0 | 5.10 |
| 03/19/25 | Pacer | 241.0 | 24.10 |
| 03/19/25 | Computer Research - Westlaw | 1.0 | 30.40 |

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 03/19/25 | In-House Printing - black & white | 72.0 | 7.20 |
| 03/20/25 | In-House Printing - black & white | 3,001.0 | 300.10 |
| 03/20/25 | Pacer | 564.0 | 56.40 |
| 03/20/25 | Computer Research - Westlaw | 1.0 | 70.70 |
| 03/20/25 | Paralegal Overtime (R. Weidman) | 1.0 | 28.98 |
| 03/21/25 | In-House Printing - black & white | 5,584.0 | 558.40 |
| 03/21/25 | Pacer | 133.0 | 13.30 |
| 03/21/25 | In-House Printing - color | 16.0 | 12.80 |
| 03/24/25 | In-House Printing - black & white | 15,671.0 | 1,567.10 |
| 03/24/25 | Pacer | 931.0 | 93.10 |
| 03/24/25 | Meals - Working dinner for five attorneys in preparation for March 25 hearing | 1.0 | 363.00 |
| 03/24/25 | Paralegal Overtime (R. Weidman) | 1.0 | 46.57 |
| 03/25/25 | In-House Printing - black & white | 4,340.0 | 434.00 |
| 03/25/25 | Pacer | 227.0 | 22.70 |
| 03/25/25 | In-House Printing - color | 2.0 | 1.60 |
| 03/25/25 | Meals – Working lunch for 10 people during March 25 hearing. | 1.0 | 258.18 |
| 03/25/25 | Meals – Breakfast for ten people in preparation for March 25 hearing. | 1.0 | 91.06 |
| 03/25/25 | Transcripts – Transcript of March 25 hearing. | 1.0 | 585.00 |
| 03/25/25 | Courier/Delivery Service – Delivery of materials to and from Court. | 1.0 | 289.26 |
| 03/26/25 | Pacer | 204.0 | 20.40 |
| 03/27/25 | In-House Printing - black & white | 2.0 | 0.20 |
| 03/27/25 | Pacer | 271.0 | 27.10 |
| 03/28/25 | Pacer | 135.0 | 13.50 |
| 03/28/25 | In-House Printing - black & white | 63.0 | 6.30 |
| 03/31/25 | Pacer | 1,153.0 | 115.30 |
| 03/31/25 | In-House Printing - black & white | 181.0 | 18.10 |
| 03/31/25 | Paralegal Overtime (R. Weidman) | 1.0 | 67.26 |
| | **Total** | | **$7,470.30** |