**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Anderson Oxford Inc. | 180 Northfield Drive West, Unit 4 | Waterloo | Ontario | N2L 0C7 | Canada | Customer Order Form for ThinkLP Services | 3/31/2025 |
| 2 | Big Lots, Inc. | Anderson Oxford Inc. dba ThinkLP | 180 Northfield Drive West, Unit 4 | Waterloo | Ontario | N2L 0C7 | Canada | Master Subscription Agreement | 3/31/2025 |
| 3 | Big Lots, Inc. | ATLAS COPCO | DEPT CH 19511 | PALATINE | IL | 60055-9511 | USA | Services Agreement | 3/31/2025 |
| 4 | Big Lots, Inc. | AV Logistics, LLC | 330 Crossing Way | Orange Park | FL | 32073 | USA | Services Agreement | 3/31/2025 |
| 5 | Big Lots, Inc. | Barthco International, Inc. | 5101 S. Broad Street | Philadelphia | PA | 19112 | USA | Pricing Agreement Amendment | 3/31/2025 |
| 6 | Big Lots, Inc. | Barthco International, Inc. | 5101 S. Broad Street | Philadelphia | PA | 19112 | USA | Pricing Agreement | 3/31/2025 |
| 7 | Big Lots, Inc. | Barthco International, Inc. d/b/a OHL-International | 5101 S. Broad Street | Philadelphia | PA | 19112 | USA | Customs Power of Attorney and Designation of Export Forwarding Agent | 3/31/2025 |
| 8 | Big Lots, Inc. | Barthco International, Inc., dba OHL International | 5101 S. Broad Street | Philadelphia | PA | 19112 | USA | Pricing Agreement | 3/31/2025 |
| 9 | Big Lots Stores, LLC | Boomi, LP | 1400 Liberty Ridge Drive | Chesterbrook | PA | 19087 | USA | Master Services Agreement | 3/31/2025 |
| 10 | Big Lots Stores, LLC | Boomi, LP | 1400 Liberty Ridge Drive | Chesterbrook | PA | 19087 | USA | Confidentiality Agreement | 3/31/2025 |
| 11 | Big Lots Stores, LLC | Boomi, LP | 1400 Liberty Ridge Drive | Chesterbrook | PA | 19087 | USA | Services Order Form for Professional Services | 3/31/2025 |
| 12 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 14904 Collections Center Dr. | Chicago | Illinois | 60693 | USA | Delivery, Installation, and Acceptance Certificate | 3/31/2025 |
| 13 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 14904 Collections Center Dr. | Chicago | Illinois | 60693 | USA | Delivery, Installation, and Acceptance Certificate | 3/31/2025 |
| 14 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 14904 Collections Center Dr. | Chicago | Illinois | 60693 | USA | Delivery, Installation, and Acceptance Certificate | 3/31/2025 |
| 15 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 14904 Collections Center Dr. | Chicago | IL | 60693 | USA | Addendum to Lease Agreement | 3/31/2025 |
| 16 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 14904 Collections Center Dr. | Chicago | IL | 60693 | USA | Production Print Systems Lease Agreement | 3/31/2025 |
| 17 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 14904 Collections Center Dr. | Chicago | Illinois | 60693 | USA | Delivery, Installation, and Acceptance Certificate | 3/31/2025 |
| 18 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 159 Gather Drive, Suite 200 | Mount Laurel | NJ | 08064 | USA | Production Print Systems Lease Agreement | 3/31/2025 |
| 19 | Big Lots, Inc. | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Equipment Purchase, Maintenance & Software License Schedule | 3/31/2025 |
| 20 | Big Lots Stores, LLC | Canon Solutions America, Inc. | 14904 Collections Center Dr | Chicago | IL | 60693 | USA | Contract Amendment to Change Customer Name and Modify Schedule Details | 3/31/2025 |
| 21 | Big Lots, Inc. | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Master Agreement for Equipment, Software, and Professional Services | 3/31/2025 |
| 22 | Big Lots, Inc. | Canon Solutions America, Inc. | 14904 Collections Center Dr | Chicago | IL | 60693 | USA | Confidentiality Agreement | 3/31/2025 |
| 23 | Big Lots Stores, LLC | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Equipment Purchase, Maintenance & Software License Schedule | 3/31/2025 |
| 24 | Big Lots Stores, LLC | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 25 | Big Lots Stores, LLC | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Equipment Purchase, Maintenance & Software License Schedule | 3/31/2025 |
| 26 | Big Lots Stores, LLC | Canon Solutions America, Inc. | 14904 Collections Center Dr | Chicago | IL | 60693 | USA | Lease Agreement | 3/31/2025 |
| 27 | Big Lots Stores, LLC | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Equipment Purchase, Maintenance & Software License Schedule | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 28 | Big Lots Stores, LLC | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Equipment Purchase, Maintenance & Software License Schedule | 3/31/2025 |
| 29 | Big Lots Stores, LLC | Canon Solutions America, Inc. | 14904 Collections Center Dr | Chicago | IL | 60693 | USA | Production Print Systems Lease Agreement | 3/31/2025 |
| 30 | Big Lots, Inc. | CANON U.S.A., INC. | One Canon Plaza | Lake Success | NY | 11042 | USA | Dealer Agreement for Photographic Imaging Products | 3/31/2025 |
| 31 | Big Lots, Inc. | Canon USA, Inc. | One Canon Plaza | Lake Success | NY | 11042 | USA | Amendment to Retail Dealer Agreement | 3/31/2025 |
| 32 | Big Lots, Inc. | Canteen | 2400 Yorkmont Road | Charlotte | North Carolina | 28217 | USA | Vending Services Agreement | 3/31/2025 |
| 33 | Big Lots, Inc. | Canteen | 2400 Yorkmont Road | Charlotte | North Carolina | 28217 | USA | Vending Services Agreement | 3/31/2025 |
| 34 | Big Lots, Inc. | Canteen | 2400 Yorkmont Road | Charlotte | North Carolina | 28217 | USA | Vending Services Agreement | 3/31/2025 |
| 35 | Big Lots, Inc. | Capital Fire Protection Co. | 9360 Valleyview Dr. | Columbus | Ohio | 43204 | USA | Inspection Agreement for Fire Suppression Systems | 3/31/2025 |
| 36 | Big Lots, Inc. | Capital Fire Protection Co. | 3360 Valleyview Dr. | Columbus | OH | 43204 | USA | Inspection Agreement for Fire Suppression Systems | 3/31/2025 |
| 37 | Big Lots, Inc. | Capital Fire Protection Co. | 3360 Valleyview Dr. | Columbus | Ohio | 43204 | USA | Inspection Agreement for Automatic Fire Suppression Systems | 3/31/2025 |
| 38 | Big Lots, Inc. | Cargomatic | 211 E. Ocean Blvd, Suite 350 | Long Beach | CA | 90802 | USA | Services Agreement | 3/31/2025 |
| 39 | Big Lots, Inc. | Central Fire Protection | 75 Brookfield Road | North Woodmere | NY | 11581 | USA | Services Agreement | 3/31/2025 |
| 40 | Big Lots Stores, LLC | Centric Software | 655 Campbell Technology Parkway | Campbell | CA | 95008 | USA | Addendum to Master Software License and Services Agreement | 3/31/2025 |
| 41 | Big Lots Stores, LLC | Centric Software | 655 Campbell Technology Parkway | Campbell | CA | 95008 | USA | Data Processing Agreement | 3/31/2025 |
| 42 | Big Lots Stores, LLC | Centric Software | 655 Campbell Technology Parkway | Campbell | CA | 95008 | USA | Amendment to Master Software License and Services Agreement | 3/31/2025 |
| 43 | Big Lots, Inc. | Centric Software, Inc. | 655 Campbell Technology Pkwy, Ste 200 | Campbell | CA | 95008 | USA | Master Software License and Services Agreement | 3/31/2025 |
| 44 | Big Lots, Inc. | Centric Software, Inc. | 655 Campbell Technology Parkway | Campbell | CA | 95008 | USA | Statement of Work for Centric 8 Agile Deployment | 3/31/2025 |
| 45 | Big Lots, Inc. | Centric Software, Inc. | 655 Campbell Technology Parkway | Campbell | CA | 95008 | USA | Confidentiality Agreement | 3/31/2025 |
| 46 | Big Lots Stores, LLC | Certegy Payment Solutions, LLC | 11601 Roosevelt Blvd. | St. Petersburg | FL | 33716 | USA | Twelfth Amendment to Certegy Welcome Check Agreement | 3/31/2025 |
| 47 | Big Lots, Inc. | Certegy Payment Solutions, LLC | 11601 Roosevelt Blvd. | St. Petersburg | FL | 33716 | USA | Eleventh Amendment to Certegy Welcome Check Warranty Agreement | 3/31/2025 |
| 48 | Big Lots, Inc. | Certegy Payment Solutions, LLC | 11601 Roosevelt Blvd. | St. Petersburg | FL | 33716 | USA | Tenth Amendment to Certegy Welcome Check Warranty Agreement | 3/31/2025 |
| 49 | Big Lots Stores, LLC | Checkpoint Systems Inc. | 101 Wolf Dr | Thorofare | NJ | 08086 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 50 | Big Lots, Inc. | Checkpoint Systems, Inc. | 101 Wolf Drive | Thorofare | NJ | 08086 | USA | Purchase Agreement | 3/31/2025 |
| 51 | Big Lots, Inc. | Checkpoint Systems, Inc. | 101 Wolf Drive | Thorofare | NJ | 08086 | USA | Purchase Agreement | 3/31/2025 |
| 52 | Big Lots, Inc. | CHEP USA | 8517 South Park Circle | Orlando | FL | 32819-9040 | USA | Addendum to Agreement Regarding Use of CHEP Pallets | 3/31/2025 |
| 53 | Big Lots Stores, LLC | CHEP USA | 5897 Windward Parkway | Alpharetta | Georgia | 30005 | USA | Confidentiality Agreement | 3/31/2025 |
| 54 | Big Lots, Inc. | Chep USA | 225 East Robinson Street | Orlando | FL | 32801-4393 | USA | Premium Service Center Acknowledgment Letter | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Big Lots, Inc. | CHEP USA | 8517 South Park Circle | Orlando | FL | 32819-9040 | USA | Agreement Regarding Use of CHEP Pallets | 3/31/2025 |
| 56 | Consolidated Property Holdings, LLC | CHEP USA | 225 East Robinson Street | Orlando | FL | 32801-4393 | USA | Pallet Rental Agreement | 3/31/2025 |
| 57 | Big Lots, Inc. | Clarvue | 2901 W. Coast Highway Suite 200 | Newport Beach | CA | 92663 | USA | Services Agreement | 3/31/2025 |
| 58 | Big Lots, Inc. | Clean Harbors | P.O. Box 9149 | Norwell | MA | 02061 | USA | Higher Hazard Waste Material Profile Certification | 3/31/2025 |
| 59 | Big Lots, Inc. | Clean Harbors Environmental Services, Inc. | 450 Phillipi Rd | Columbus | OH | 43228 | USA | Quote for Waste Management Services | 3/31/2025 |
| 60 | Big Lots, Inc. | Clearwater Enterprises, L.L.C. | 5637 N. Classen Blvd. | Oklahoma City | OK | 73118 | USA | Gas Sales Agreement | 3/31/2025 |
| 61 | Big Lots, Inc. | Clearwater Enterprises, L.L.C. | 5637 N. Classen Blvd. | Oklahoma City | OK | 73118 | USA | Amendment to Gas Sales Agreement | 3/31/2025 |
| 62 | Big Lots, Inc. | Clearwater Enterprises, L.L.C. | 301 NW 63rd St., Suite 620 | Oklahoma City | OK | 73116 | USA | Second Amendment to Gas Sales Agreement | 3/31/2025 |
| 63 | Big Lots, Inc. | Clearwater Enterprises, L.L.C. | 301 NW 63rd Street, Suite 620 | Oklahoma City | OK | 73116 | USA | Amendment to Gas Sales Agreement | 3/31/2025 |
| 64 | Big Lots, Inc. | Clearwater Enterprises, L.L.C. | 301 NW 63rd St., Suite 620 | Oklahoma City | OK | 73116 | USA | Gas Sales Agreement | 3/31/2025 |
| 65 | Big Lots, Inc. | CLEVELAND BROTHERS | PO BOX 417094 | BOSTON | MA | 02241-7094 | USA | Services Agreement | 3/31/2025 |
| 66 | Big Lots, Inc. | Comenity LLC | 3100 EASTON SQUARE PLACE | COLUMBUS | OH | 43219 | USA | Confidentiality Agreement | 3/31/2025 |
| 67 | Big Lots, Inc. | Compass Group USA, Inc. | 2400 Yorkmont Road | Charlotte | North Carolina | 28217 | USA | Vending Services Agreement | 3/31/2025 |
| 68 | Closeout Distribution, LLC | Compass Group USA, Inc. | 2400 Yorkmont Road | Charlotte | NC | 28217 | USA | Vending Agreement | 3/31/2025 |
| 69 | Big Lots, Inc. | Compass Group USA, Inc. dba Canteen Vending Services Division | 2400 Yorkmont Road | Charlotte | NC | 28217 | USA | Services Agreement for Vending Services | 3/31/2025 |
| 70 | Closeout Distribution, LLC | Compass Group USA, Inc., by and through its Canteen Division | 2400 York Mont Road | Charlotte | NC | 28217 | USA | Services Agreement for Unattended Vending and Coffee Services | 3/31/2025 |
| 71 | Big Lots Stores, LLC | Concur Technologies, Inc. | 12345 Concur Way | Redmond | WA | 98052 | USA | Order Form for Professional Edition Services | 3/31/2025 |
| 72 | Big Lots Stores, LLC | Concur Technologies, Inc. | 12345 Concur Way | Redmond | WA | 98052 | USA | Sales Order Form for Professional Edition Services | 3/31/2025 |
| 73 | Big Lots, Inc. | Concur Technologies, Inc. | 12345 Concur Way | Redmond | WA | 98052 | USA | Order Form for SAP Concur Services | 3/31/2025 |
| 74 | Big Lots, Inc. | Concur Technologies, Inc. | 12345 Concur Way | Redmond | WA | 98052 | USA | Sales Order Form | 3/31/2025 |
| 75 | Big Lots, Inc. | Concur Technologies, Inc. | 12345 Concur Way | Redmond | WA | 98052 | USA | Sales Order Form | 3/31/2025 |
| 76 | Big Lots, Inc. | Connectria, LLC | 123 Main St. | St. Louis | MO | 63101 | USA | Data Security Addendum | 3/31/2025 |
| 77 | Big Lots Stores, LLC | Connectria, LLC | 123 Main St. | St. Louis | MO | 63101 | USA | Confidentiality Agreement | 3/31/2025 |
| 78 | Big Lots Stores, LLC | Connectria, LLC | 123 Main St. | St. Louis | MO | 63101 | USA | Master Services Agreement | 3/31/2025 |
| 79 | Big Lots, Inc. | Consolidated Fire Protection | 153 TECHNOLOGY DR STE 200 | IRVINE | CA | 92618 | USA | Confidentiality Agreement | 3/31/2025 |
| 80 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 81 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 82 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 83 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 84 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 85 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 86 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 87 | Big Lots, Inc. | Constellation NewEnergy - Gas Division, LLC | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Master Retail Natural Gas Supply Agreement | 3/31/2025 |
| 88 | Big Lots, Inc. | Constellation NewEnergy - Gas Division, LLC | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Distribution Services Rider (Bill on Usage) | 3/31/2025 |
| 89 | Big Lots, Inc. | Constellation NewEnergy - Gas Division, LLC | 9960 Corporate Campus Drive, Suite 2000 | Louisville | KY | 40223 | USA | Natural Gas Supply Agreement | 3/31/2025 |
| 90 | Big Lots Stores, LLC | Constellation NewEnergy - Gas Division, LLC | P.O. Box 4911 | Houston | TX | 77210-4911 | USA | Gas Customer Choice Contract - Commercial Fixed Price Natural Gas Supply | 3/31/2025 |
| 91 | Big Lots Stores, LLC | Constellation NewEnergy - Gas Division, LLC | P.O. Box 4911 | Houston | TX | 77210-4911 | USA | Gas Customer Choice Contract - Commercial Fixed Price Natural Gas Supply | 3/31/2025 |
| 92 | Big Lots Stores, LLC | Constellation NewEnergy - Gas Division, LLC | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Natural Gas Supply Agreement | 3/31/2025 |
| 93 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1001 Louisiana St. Constellation Suite 2300 | Houston | TX | 77002 | USA | Fixed Price Solutions Transaction Confirmation | 3/31/2025 |
| 94 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1001 Louisiana St. Constellation Suite 2300 | Houston | TX | 77002 | USA | Fixed Price Solutions Transaction Confirmation | 3/31/2025 |
| 95 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1001 Louisiana St. Constellation Suite 2300 | Houston | TX | 77002 | USA | Fixed Price Solutions Transaction Confirmation | 3/31/2025 |
| 96 | Big Lots Stores, LLC | Constellation NewEnergy, Inc. | 1001 Louisiana St. Constellation Suite 2300 | Houston | TX | 77002 | USA | Amendment to Transaction Confirmations | 3/31/2025 |
| 97 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1221 Lamar St. Suite 750 | Houston | TX | 77010 | USA | Fixed Price Electricity Supply Agreement | 3/31/2025 |
| 98 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1221 Lamar St. Suite 750 | Houston | TX | 77010 | USA | Flexible Index Solutions Pricing Schedule | 3/31/2025 |
| 99 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1221 Lamar St. Suite 750 | Houston | TX | 77010 | USA | Flexible Index Solutions Pricing Schedule | 3/31/2025 |
| 100 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1221 Lamar St. Suite 750 | Houston | TX | 77010 | USA | Flexible Index Solutions Pricing Schedule | 3/31/2025 |