## **Schedule 2**

**Proposed Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY**
**CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF**
**MARCH 31, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession

(the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases,

(b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases

and (ii) abandoning personal property in connection with any rejected Contract or Lease,

(c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting

related relief, all as more fully set forth in the Motion; and the order of this Court approving the

Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**")

by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1.      The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of March 31, 2025 (the "**Rejection Date**").

2.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3.      Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5.      Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7.      The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Anderson Oxford Inc. | 180 Northfield Drive West, Unit 4 | Waterloo | Ontario | N2L 0C7 | Canada | Customer Order Form for ThinkLP Services | 3/31/2025 |
| 2 | Big Lots, Inc. | Anderson Oxford Inc. dba ThinkLP | 180 Northfield Drive West, Unit 4 | Waterloo | Ontario | N2L 0C7 | Canada | Master Subscription Agreement | 3/31/2025 |
| 3 | Big Lots, Inc. | ATLAS COPCO | DEPT CH 19511 | PALATINE | IL | 60055-9511 | USA | Services Agreement | 3/31/2025 |
| 4 | Big Lots, Inc. | AV Logistics, LLC | 330 Crossing Way | Orange Park | FL | 32073 | USA | Services Agreement | 3/31/2025 |
| 5 | Big Lots, Inc. | Barthco International, Inc. | 5101 S. Broad Street | Philadelphia | PA | 19112 | USA | Pricing Agreement Amendment | 3/31/2025 |
| 6 | Big Lots, Inc. | Barthco International, Inc. | 5101 S. Broad Street | Philadelphia | PA | 19112 | USA | Pricing Agreement | 3/31/2025 |
| 7 | Big Lots, Inc. | Barthco International, Inc. d/b/a OHL-International | 5101 S. Broad Street | Philadelphia | PA | 19112 | USA | Customs Power of Attorney and Designation of Export Forwarding Agent | 3/31/2025 |
| 8 | Big Lots, Inc. | Barthco International, Inc., dba OHL International | 5101 S. Broad Street | Philadelphia | PA | 19112 | USA | Pricing Agreement | 3/31/2025 |
| 9 | Big Lots Stores, LLC | Boomi, LP | 1400 Liberty Ridge Drive | Chesterbrook | PA | 19087 | USA | Master Services Agreement | 3/31/2025 |
| 10 | Big Lots Stores, LLC | Boomi, LP | 1400 Liberty Ridge Drive | Chesterbrook | PA | 19087 | USA | Confidentiality Agreement | 3/31/2025 |
| 11 | Big Lots Stores, LLC | Boomi, LP | 1400 Liberty Ridge Drive | Chesterbrook | PA | 19087 | USA | Services Order Form for Professional Services | 3/31/2025 |
| 12 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 14904 Collections Center Dr. | Chicago | Illinois | 60693 | USA | Delivery, Installation, and Acceptance Certificate | 3/31/2025 |
| 13 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 14904 Collections Center Dr. | Chicago | Illinois | 60693 | USA | Delivery, Installation, and Acceptance Certificate | 3/31/2025 |
| 14 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 14904 Collections Center Dr. | Chicago | Illinois | 60693 | USA | Delivery, Installation, and Acceptance Certificate | 3/31/2025 |
| 15 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 14904 Collections Center Dr. | Chicago | IL | 60693 | USA | Addendum to Lease Agreement | 3/31/2025 |
| 16 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 14904 Collections Center Dr. | Chicago | IL | 60693 | USA | Production Print Systems Lease Agreement | 3/31/2025 |
| 17 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 14904 Collections Center Dr. | Chicago | Illinois | 60693 | USA | Delivery, Installation, and Acceptance Certificate | 3/31/2025 |
| 18 | Big Lots Stores, LLC | Canon Financial Services, Inc. | 159 Gather Drive, Suite 200 | Mount Laurel | NJ | 08064 | USA | Production Print Systems Lease Agreement | 3/31/2025 |
| 19 | Big Lots, Inc. | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Equipment Purchase, Maintenance & Software License Schedule | 3/31/2025 |
| 20 | Big Lots Stores, LLC | Canon Solutions America, Inc. | 14904 Collections Center Dr | Chicago | IL | 60693 | USA | Contract Amendment to Change Customer Name and Modify Schedule Details | 3/31/2025 |
| 21 | Big Lots, Inc. | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Master Agreement for Equipment, Software, and Professional Services | 3/31/2025 |
| 22 | Big Lots, Inc. | Canon Solutions America, Inc. | 14904 Collections Center Dr | Chicago | IL | 60693 | USA | Confidentiality Agreement | 3/31/2025 |
| 23 | Big Lots Stores, LLC | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Equipment Purchase, Maintenance & Software License Schedule | 3/31/2025 |
| 24 | Big Lots Stores, LLC | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 25 | Big Lots Stores, LLC | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Equipment Purchase, Maintenance & Software License Schedule | 3/31/2025 |
| 26 | Big Lots Stores, LLC | Canon Solutions America, Inc. | 14904 Collections Center Dr | Chicago | IL | 60693 | USA | Lease Agreement | 3/31/2025 |
| 27 | Big Lots Stores, LLC | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Equipment Purchase, Maintenance & Software License Schedule | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 28 | Big Lots Stores, LLC | Canon Solutions America, Inc. | One Canon Park | Melville | NY | 11747 | USA | Equipment Purchase, Maintenance & Software License Schedule | 3/31/2025 |
| 29 | Big Lots Stores, LLC | Canon Solutions America, Inc. | 14904 Collections Center Dr | Chicago | IL | 60693 | USA | Production Print Systems Lease Agreement | 3/31/2025 |
| 30 | Big Lots, Inc. | CANON U.S.A., INC. | One Canon Plaza | Lake Success | NY | 11042 | USA | Dealer Agreement for Photographic Imaging Products | 3/31/2025 |
| 31 | Big Lots, Inc. | Canon USA, Inc. | One Canon Plaza | Lake Success | NY | 11042 | USA | Amendment to Retail Dealer Agreement | 3/31/2025 |
| 32 | Big Lots, Inc. | Canteen | 2400 Yorkmont Road | Charlotte | North Carolina | 28217 | USA | Vending Services Agreement | 3/31/2025 |
| 33 | Big Lots, Inc. | Canteen | 2400 Yorkmont Road | Charlotte | North Carolina | 28217 | USA | Vending Services Agreement | 3/31/2025 |
| 34 | Big Lots, Inc. | Canteen | 2400 Yorkmont Road | Charlotte | North Carolina | 28217 | USA | Vending Services Agreement | 3/31/2025 |
| 35 | Big Lots, Inc. | Capital Fire Protection Co. | 9360 Valleyview Dr. | Columbus | Ohio | 43204 | USA | Inspection Agreement for Fire Suppression Systems | 3/31/2025 |
| 36 | Big Lots, Inc. | Capital Fire Protection Co. | 3360 Valleyview Dr. | Columbus | OH | 43204 | USA | Inspection Agreement for Fire Suppression Systems | 3/31/2025 |
| 37 | Big Lots, Inc. | Capital Fire Protection Co. | 3360 Valleyview Dr. | Columbus | Ohio | 43204 | USA | Inspection Agreement for Automatic Fire Suppression Systems | 3/31/2025 |
| 38 | Big Lots, Inc. | Cargomatic | 211 E. Ocean Blvd, Suite 350 | Long Beach | CA | 90802 | USA | Services Agreement | 3/31/2025 |
| 39 | Big Lots, Inc. | Central Fire Protection | 75 Brookfield Road | North Woodmere | NY | 11581 | USA | Services Agreement | 3/31/2025 |
| 40 | Big Lots Stores, LLC | Centric Software | 655 Campbell Technology Parkway | Campbell | CA | 95008 | USA | Addendum to Master Software License and Services Agreement | 3/31/2025 |
| 41 | Big Lots Stores, LLC | Centric Software | 655 Campbell Technology Parkway | Campbell | CA | 95008 | USA | Data Processing Agreement | 3/31/2025 |
| 42 | Big Lots Stores, LLC | Centric Software | 655 Campbell Technology Parkway | Campbell | CA | 95008 | USA | Amendment to Master Software License and Services Agreement | 3/31/2025 |
| 43 | Big Lots, Inc. | Centric Software, Inc. | 655 Campbell Technology Pkwy, Ste 200 | Campbell | CA | 95008 | USA | Master Software License and Services Agreement | 3/31/2025 |
| 44 | Big Lots, Inc. | Centric Software, Inc. | 655 Campbell Technology Parkway | Campbell | CA | 95008 | USA | Statement of Work for Centric 8 Agile Deployment | 3/31/2025 |
| 45 | Big Lots, Inc. | Centric Software, Inc. | 655 Campbell Technology Parkway | Campbell | CA | 95008 | USA | Confidentiality Agreement | 3/31/2025 |
| 46 | Big Lots Stores, LLC | Certegy Payment Solutions, LLC | 11601 Roosevelt Blvd. | St. Petersburg | FL | 33716 | USA | Twelfth Amendment to Certegy Welcome Check Agreement | 3/31/2025 |
| 47 | Big Lots, Inc. | Certegy Payment Solutions, LLC | 11601 Roosevelt Blvd. | St. Petersburg | FL | 33716 | USA | Eleventh Amendment to Certegy Welcome Check Warranty Agreement | 3/31/2025 |
| 48 | Big Lots, Inc. | Certegy Payment Solutions, LLC | 11601 Roosevelt Blvd. | St. Petersburg | FL | 33716 | USA | Tenth Amendment to Certegy Welcome Check Warranty Agreement | 3/31/2025 |
| 49 | Big Lots Stores, LLC | Checkpoint Systems Inc. | 101 Wolf Dr | Thorofare | NJ | 08086 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 50 | Big Lots, Inc. | Checkpoint Systems, Inc. | 101 Wolf Drive | Thorofare | NJ | 08086 | USA | Purchase Agreement | 3/31/2025 |
| 51 | Big Lots, Inc. | Checkpoint Systems, Inc. | 101 Wolf Drive | Thorofare | NJ | 08086 | USA | Purchase Agreement | 3/31/2025 |
| 52 | Big Lots, Inc. | CHEP USA | 8517 South Park Circle | Orlando | FL | 32819-9040 | USA | Addendum to Agreement Regarding Use of CHEP Pallets | 3/31/2025 |
| 53 | Big Lots Stores, LLC | CHEP USA | 5897 Windward Parkway | Alpharetta | Georgia | 30005 | USA | Confidentiality Agreement | 3/31/2025 |
| 54 | Big Lots, Inc. | Chep Usa | 225 East Robinson Street | Orlando | FL | 32801-4393 | USA | Premium Service Center Acknowledgment Letter | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Big Lots, Inc. | CHEP USA | 8517 South Park Circle | Orlando | FL | 32819-9040 | USA | Agreement Regarding Use of CHEP Pallets | 3/31/2025 |
| 56 | Consolidated Property Holdings, LLC | CHEP USA | 225 East Robinson Street | Orlando | FL | 32801-4393 | USA | Pallet Rental Agreement | 3/31/2025 |
| 57 | Big Lots, Inc. | Clarvue | 2901 W. Coast Highway Suite 200 | Newport Beach | CA | 92663 | USA | Services Agreement | 3/31/2025 |
| 58 | Big Lots, Inc. | Clean Harbors | P.O. Box 9149 | Norwell | MA | 02061 | USA | Higher Hazard Waste Material Profile Certification | 3/31/2025 |
| 59 | Big Lots, Inc. | Clean Harbors Environmental Services, Inc. | 450 Phillipi Rd | Columbus | OH | 43228 | USA | Quote for Waste Management Services | 3/31/2025 |
| 60 | Big Lots, Inc. | Clearwater Enterprises, L.L.C. | 5637 N. Classen Blvd. | Oklahoma City | OK | 73118 | USA | Gas Sales Agreement | 3/31/2025 |
| 61 | Big Lots, Inc. | Clearwater Enterprises, L.L.C. | 5637 N. Classen Blvd. | Oklahoma City | OK | 73118 | USA | Amendment to Gas Sales Agreement | 3/31/2025 |
| 62 | Big Lots, Inc. | Clearwater Enterprises, L.L.C. | 301 NW 63rd St., Suite 620 | Oklahoma City | OK | 73116 | USA | Second Amendment to Gas Sales Agreement | 3/31/2025 |
| 63 | Big Lots, Inc. | Clearwater Enterprises, L.L.C. | 301 NW 63rd Street, Suite 620 | Oklahoma City | OK | 73116 | USA | Amendment to Gas Sales Agreement | 3/31/2025 |
| 64 | Big Lots, Inc. | Clearwater Enterprises, L.L.C. | 301 NW 63rd St., Suite 620 | Oklahoma City | OK | 73116 | USA | Gas Sales Agreement | 3/31/2025 |
| 65 | Big Lots, Inc. | CLEVELAND BROTHERS | PO BOX 417094 | BOSTON | MA | 02241-7094 | USA | Services Agreement | 3/31/2025 |
| 66 | Big Lots, Inc. | Comenity LLC | 3100 EASTON SQUARE PLACE | COLUMBUS | OH | 43219 | USA | Confidentiality Agreement | 3/31/2025 |
| 67 | Big Lots, Inc. | Compass Group USA, Inc. | 2400 Yorkmont Road | Charlotte | North Carolina | 28217 | USA | Vending Services Agreement | 3/31/2025 |
| 68 | Closeout Distribution, LLC | Compass Group USA, Inc. | 2400 Yorkmont Road | Charlotte | NC | 28217 | USA | Vending Agreement | 3/31/2025 |
| 69 | Big Lots, Inc. | Compass Group USA, Inc. dba Canteen Vending Services Division | 2400 Yorkmont Road | Charlotte | NC | 28217 | USA | Services Agreement for Vending Services | 3/31/2025 |
| 70 | Closeout Distribution, LLC | Compass Group USA, Inc., by and through its Canteen Division | 2400 York Mont Road | Charlotte | NC | 28217 | USA | Services Agreement for Unattended Vending and Coffee Services | 3/31/2025 |
| 71 | Big Lots Stores, LLC | Concur Technologies, Inc. | 12345 Concur Way | Redmond | WA | 98052 | USA | Order Form for Professional Edition Services | 3/31/2025 |
| 72 | Big Lots Stores, LLC | Concur Technologies, Inc. | 12345 Concur Way | Redmond | WA | 98052 | USA | Sales Order Form for Professional Edition Services | 3/31/2025 |
| 73 | Big Lots, Inc. | Concur Technologies, Inc. | 12345 Concur Way | Redmond | WA | 98052 | USA | Order Form for SAP Concur Services | 3/31/2025 |
| 74 | Big Lots, Inc. | Concur Technologies, Inc. | 12345 Concur Way | Redmond | WA | 98052 | USA | Sales Order Form | 3/31/2025 |
| 75 | Big Lots, Inc. | Concur Technologies, Inc. | 12345 Concur Way | Redmond | WA | 98052 | USA | Sales Order Form | 3/31/2025 |
| 76 | Big Lots, Inc. | Connectria, LLC | 123 Main St. | St. Louis | MO | 63101 | USA | Data Security Addendum | 3/31/2025 |
| 77 | Big Lots Stores, LLC | Connectria, LLC | 123 Main St. | St. Louis | MO | 63101 | USA | Confidentiality Agreement | 3/31/2025 |
| 78 | Big Lots Stores, LLC | Connectria, LLC | 123 Main St. | St. Louis | MO | 63101 | USA | Master Services Agreement | 3/31/2025 |
| 79 | Big Lots, Inc. | Consolidated Fire Protection | 153 TECHNOLOGY DR STE 200 | IRVINE | CA | 92618 | USA | Confidentiality Agreement | 3/31/2025 |
| 80 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 81 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 82 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 83 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 84 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 85 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 86 | Big Lots Stores, LLC | Constellation | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 87 | Big Lots, Inc. | Constellation NewEnergy - Gas Division, LLC | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Master Retail Natural Gas Supply Agreement | 3/31/2025 |
| 88 | Big Lots, Inc. | Constellation NewEnergy - Gas Division, LLC | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Distribution Services Rider (Bill on Usage) | 3/31/2025 |
| 89 | Big Lots, Inc. | Constellation NewEnergy - Gas Division, LLC | 9960 Corporate Campus Drive, Suite 2000 | Louisville | KY | 40223 | USA | Natural Gas Supply Agreement | 3/31/2025 |
| 90 | Big Lots Stores, LLC | Constellation NewEnergy - Gas Division, LLC | P.O. Box 4911 | Houston | TX | 77210-4911 | USA | Gas Customer Choice Contract - Commercial Fixed Price Natural Gas Supply | 3/31/2025 |
| 91 | Big Lots Stores, LLC | Constellation NewEnergy - Gas Division, LLC | P.O. Box 4911 | Houston | TX | 77210-4911 | USA | Gas Customer Choice Contract - Commercial Fixed Price Natural Gas Supply | 3/31/2025 |
| 92 | Big Lots Stores, LLC | Constellation NewEnergy - Gas Division, LLC | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Natural Gas Supply Agreement | 3/31/2025 |
| 93 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1001 Louisiana St. Constellation Suite 2300 | Houston | TX | 77002 | USA | Fixed Price Solutions Transaction Confirmation | 3/31/2025 |
| 94 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1001 Louisiana St. Constellation Suite 2300 | Houston | TX | 77002 | USA | Fixed Price Solutions Transaction Confirmation | 3/31/2025 |
| 95 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1001 Louisiana St. Constellation Suite 2300 | Houston | TX | 77002 | USA | Fixed Price Solutions Transaction Confirmation | 3/31/2025 |
| 96 | Big Lots Stores, LLC | Constellation NewEnergy, Inc. | 1001 Louisiana St. Constellation Suite 2300 | Houston | TX | 77002 | USA | Amendment to Transaction Confirmations | 3/31/2025 |
| 97 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1221 Lamar St. Suite 750 | Houston | TX | 77010 | USA | Fixed Price Electricity Supply Agreement | 3/31/2025 |
| 98 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1221 Lamar St. Suite 750 | Houston | TX | 77010 | USA | Flexible Index Solutions Pricing Schedule | 3/31/2025 |
| 99 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1221 Lamar St. Suite 750 | Houston | TX | 77010 | USA | Flexible Index Solutions Pricing Schedule | 3/31/2025 |
| 100 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1221 Lamar St. Suite 750 | Houston | TX | 77010 | USA | Flexible Index Solutions Pricing Schedule | 3/31/2025 |