# Schedule 1

## Schedule of Rejected Contracts and Leases

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1221 Lamar St. Suite 750 | Houston | TX | 77010 | USA | Flexible Index Solutions Pricing Schedule | 3/31/2025 |
| 2 | Big Lots, Inc. | Constellation NewEnergy, Inc. | Two California Plaza 350 South Grand Avenue Suite 3800 | Los Angeles | California | 90071 | USA | Master Electricity Supply Agreement | 3/31/2025 |
| 3 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 350 South Grand Avenue, Suite 2950 | Los Angeles | CA | 90071 | USA | Master Electricity Supply Agreement | 3/31/2025 |
| 4 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1001 Louisiana St. Constellation Suite 2300 | Houston | TX | 77002 | USA | Request for Name Change/Change of Ownership Form | 3/31/2025 |
| 5 | Big Lots, Inc. | Constellation. An Exelon Company | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 6 | Great Basin, LLC | Copart, Inc. | 14185 Dallas Parkway, Ste. 300 | Dallas | TX | 75254 | USA | Vehicle Auction Agreement | 3/31/2025 |
| 7 | Big Lots, Inc. | DAT Freight & Analytics | 8405 SW Nimbus Avenue | Beaverton | OR | 97008 | USA | Services Agreement | 3/31/2025 |
| 8 | Big Lots, Inc. | Data2Logistics | 4310 Metro Parkway | Ft. Myers | FL | 33916 | USA | Statement of Work for SAP Upgrade | 3/31/2025 |
| 9 | Big Lots, Inc. | Data2Logistics, LLC | 4310 Metro Parkway | Ft. Myers | FL | 33916 | USA | Amendment to Freight Bill Processing and Services Agreement | 3/31/2025 |
| 10 | Big Lots, Inc. | Data2Logistics, LLC | 4310 Metro Parkway | Ft. Myers | FL | 33916 | USA | Statement of Work | 3/31/2025 |
| 11 | Big Lots Stores, LLC | Data2Logistics, LLC | 4310 Metro Parkway | Ft. Myers | FL | 33916 | USA | Amendment to Freight Bill Processing and Services Agreement | 3/31/2025 |
| 12 | Big Lots, Inc. | Dell & Dell Financial Services | B1 Longmead Business Centre Blenheim Road | Epsom | Surrey | KT19 9QQ | United Kingdom | Customer Acceptance Form | 3/31/2025 |
| 13 | Big Lots, Inc. | Dell & Dell Financial Services | B1 Longmead Business Centre Blenheim Road | Epsom | Surrey | KT19 9QQ | United Kingdom | Warranty & Returns Policy | 3/31/2025 |
| 14 | Big Lots Stores, LLC | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Assignment of Purchase Order | 3/31/2025 |
| 15 | Big Lots Stores, LLC | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Assignment of Purchase Order | 3/31/2025 |
| 16 | Big Lots, Inc. | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Technology Payment Solution | 3/31/2025 |
| 17 | Big Lots, Inc. | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Subscription Agreement | 3/31/2025 |
| 18 | Big Lots, Inc. | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Subscription Agreement | 3/31/2025 |
| 19 | Big Lots, Inc. | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Subscription Agreement | 3/31/2025 |
| 20 | Big Lots, Inc. | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Payment Plan Agreement | 3/31/2025 |
| 21 | Big Lots, Inc. | Dell Financial Services L.L.C. | PO Box 6549 | Carol Stream | IL | 60197-6549 | USA | Payment Plan Agreement | 3/31/2025 |
| 22 | Big Lots Stores, LLC | Dell Financial Services L.L.C. (DFS) | 8176 Mallory Court | CHANHASSEN | MN | 55317 | USA | Payment Schedule | 3/31/2025 |
| 23 | Big Lots Stores, LLC | Dell Financial Services L.L.C. (DFS) | 8176 Mallory Court | CHANHASSEN | MN | 55317 | USA | Payment Schedule | 3/31/2025 |
| 24 | Big Lots, Inc. | Direct Energy Business LLC | 9020 Firestone Blvd | Downey | CA | 90241 | USA | PowerSupply Coordination Services Agreement | 3/31/2025 |
| 25 | Big Lots, Inc. | Direct Energy Business LLC | 9020 Firestone Blvd | Downey | CA | 90241 | USA | PowerSupply Coordination Services Agreement | 3/31/2025 |
| 26 | Big Lots, Inc. | Direct Energy Business LLC | 9020 Firestone Blvd | Downey | CA | 90241 | USA | PowerSupply Coordination Services Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 27 | Big Lots, Inc. | DIRECT ENERGY BUSINESS LLC | 9020 Firestone Blvd | Downey | CA | 90241 | USA | Energy Supply Agreement | 3/31/2025 |
| 28 | Big Lots, Inc. | Direct Energy Business, LLC | 1001 Liberty Avenue | Pittsburgh | PA | 15222 | USA | Power Supply Coordination Agreement | 3/31/2025 |
| 29 | Big Lots, Inc. | Direct Energy Business, LLC | 1001 Liberty Avenue | Pittsburgh | PA | 15222 | USA | Power Supply Coordination Service Agreement | 3/31/2025 |
| 30 | Big Lots, Inc. | Discover | 333 Knightsbridge Parkway | Lincolnshire | IL | 60069 | USA | Merchant EMV PCI Validation Waiver Application | 3/31/2025 |
| 31 | Big Lots, Inc. | DISCOVER CARD SERVICES, INC. | 333 Knightsbridge Parkway | Lincolnshire | IL | 60069 | USA | Merchant Services Agreement | 3/31/2025 |
| 32 | Big Lots, Inc. | Discover Financial Services LLC | 2500 Lake Cook Road | Riverwoods | IL | 60015 | USA | Confidentiality Agreement | 3/31/2025 |
| 33 | Big Lots, Inc. | Discover Financial Services, Inc. | 2402 West Beardsley Road | Phoenix | AZ | 85027 | USA | Revisions to Technical Specifications Manual | 3/31/2025 |
| 34 | Big Lots, Inc. | Discover® Network | 623-643-1311 | Columbus | Ohio | 43228-5311 | USA | Technical Specifications Revision Agreement | 3/31/2025 |
| 35 | Big Lots, Inc. | Discovery Communications, LLC | 1 Discovery Place | Silver Spring | MD | 20910 | USA | Trademark Sublicense Agreement | 3/31/2025 |
| 36 | Big Lots, Inc. | Discovery Communications, LLC | 1 Discovery Place | Silver Spring | MD | 20910 | USA | Trademark Sublicense Agreement | 3/31/2025 |
| 37 | AVDC, LLC | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 38 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 39 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 40 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South, Suite G234 | Katy | TX | 77494 | USA | Amendment to Agreement | 3/31/2025 |
| 41 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 42 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 43 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 44 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Agreement for Pallet Handling and Management Services | 3/31/2025 |
| 45 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Agreement for Pallet Handling and Management Services | 3/31/2025 |
| 46 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Management Agreement | 3/31/2025 |
| 47 | CSC Distribution LLC | Distribution Solutions | 1450 Grand Parkway South Suite G234 | Katy | TX | 77494 | USA | Staffing Services Agreement | 3/31/2025 |
| 48 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Agreement for Pallet Handling and Management Services | 3/31/2025 |
| 49 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Agreement for Pallet Handling and Management Services | 3/31/2025 |
| 50 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Agreement for Pallet Handling and Management Services | 3/31/2025 |
| 51 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South Suite G234 | Katy | TX | 77494 | USA | Agreement for Pallet Handling and Management Services | 3/31/2025 |
| 52 | Big Lots, Inc. | Distribution Solutions Ltd. | 1450 Grand Parkway S. | Katy | TX | 77494 | USA | Independent Contractor Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 53 | Big Lots, Inc. | Distribution Solutions, LLC | 1450 Grand Parkway S. | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 54 | Big Lots Stores, LLC | DP SOLUTIONS INC | PO BOX 51115 | NEWARK | NJ | 07101-5115 | USA | Services Agreement | 3/31/2025 |
| 55 | Big Lots Stores, LLC | EDRAY 20/20 LLC | 1300 SOUTH MINT STREET SUIE 200 | CHARLOTTE | NC | 28203-4168 | USA | Master Services Agreement | 3/31/2025 |
| 56 | Big Lots Stores, LLC | EDRAY 20/20, LLC | 1300 South Mint Street Suite 200 | Charlotte | NC | 28203 | USA | Statement of Work for Collaborative Port Logistics | 3/31/2025 |
| 57 | Big Lots, Inc. | Empower Software Solutions | 315 E Robinson St | Orlando | FL | 32801 | USA | Confidentiality Agreement | 3/31/2025 |
| 58 | Big Lots, Inc. | Empower Software Solutions | 315 E Robinson St | Orlando | FL | 32801 | USA | Statement of Work for EmpowerWFM Implementation | 3/31/2025 |
| 59 | Big Lots, Inc. | Empower Software Solutions, Inc. | 315 E Robinson St | Orlando | FL | 32801 | USA | Amendment to Master Services Agreement | 3/31/2025 |
| 60 | Big Lots, Inc. | Empower Software Solutions, Inc. | 315 E Robinson St | Orlando | FL | 32801 | USA | Order Form for Software as a Service | 3/31/2025 |
| 61 | Big Lots, Inc. | EMPOWER SOFTWARE SOLUTIONS, INC. | 315 E Robinson St | Orlando | FL | 32801 | USA | Work Force Management Services Addendum | 3/31/2025 |
| 62 | Big Lots, Inc. | ERG Staffing Service / Rosies Riveters Staffing Service | 235 Main Street - Suite 121 | Dickson City | PA | 18519 | USA | Staffing Services Agreement | 3/31/2025 |
| 63 | Big Lots, Inc. | Eric Long, Inc. | 251 Spruce Hill Dr | Gahanna | OH | 43230 | USA | Fourth Amendment to Independent Contractor Agreement | 3/31/2025 |
| 64 | Big Lots, Inc. | Eric Long, Inc. | 251 Spruce Hill Dr | Gahanna | OH | 43230 | USA | Third Amendment to Independent Contractor Agreement | 3/31/2025 |
| 65 | Big Lots, Inc. | Eric Long, Inc. | 251 Spruce Hill Dr | Gahanna | OH | 43230 | USA | Amendment to Independent Contractor Agreement | 3/31/2025 |
| 66 | Big Lots, Inc. | Eric Long, Inc. | 251 Spruce Hill Dr | Gahanna | OH | 43230 | USA | First Amendment to Independent Contractor Agreement | 3/31/2025 |
| 67 | Big Lots, Inc. | Eric Long, Inc. | 5480 Alston Grove Dr | Westerville | OH | 43082 | USA | Independent Contractor Agreement | 3/31/2025 |
| 68 | Big Lots, Inc. | Eric Long, Inc. | 251 Spruce Hill Dr | Gahanna | OH | 43230 | USA | Independent Contractor Agreement | 3/31/2025 |
| 69 | Big Lots, Inc. | Eric Long, Inc. | 251 Spruce Hill Dr | Gahanna | OH | 43230 | USA | Independent Contractor Agreement | 3/31/2025 |
| 70 | Big Lots, Inc. | Everbridge, Inc. | 1000 Winter Street | Waltham | MA | 02451 | USA | Statement of Work for Professional Services | 3/31/2025 |
| 71 | Big Lots, Inc. | Everbridge, Inc. | 25 Corporate Drive | Burlington | MA | 01803 | USA | Master Services Agreement | 3/31/2025 |
| 72 | Big Lots, Inc. | Everbridge, Inc. | 155 North Lake Avenue, Suite 900 | Pasadena | CA | 91101 | USA | Master Services Agreement | 3/31/2025 |
| 73 | Big Lots, Inc. | Express Services, Inc. d/b/a Express Employment Professionals | 372 Bryan Drive Suite 108 | Durant | OK | 74701 | USA | Staffing Services Agreement | 3/31/2025 |
| 74 | Big Lots Stores, LLC | Federal Express Corporation | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |
| 75 | Big Lots, Inc. | Federal Express Corporation | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Version Management Program Agreement | 3/31/2025 |
| 76 | Big Lots Stores, LLC | FedEx | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Third Party Non-Disclosure Agreement | 3/31/2025 |
| 77 | Big Lots Stores, LLC | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | Services Agreement Amendment | 3/31/2025 |
| 78 | Big Lots Stores, LLC | FedEx | 123 FedEx Way | Memphis | TN | 38125 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 79 | Big Lots Stores, LLC | FedEx | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |
| 80 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | Transportation Services Agreement Amendment | 3/31/2025 |
| 81 | Big Lots, Inc. | FedEx | 123 FedEx Way | Memphis | TN | 38125 | USA | Services Agreement Amendment | 3/31/2025 |
| 82 | Big Lots, Inc. | FedEx | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |
| 83 | Big Lots, Inc. | FedEx | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |
| 84 | Big Lots, Inc. | FedEx | 3800 N. W. 36th St. | Miami | FL | 33142 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |
| 85 | Big Lots, Inc. | FedEx | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |
| 86 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | Transportation Services Agreement Amendment | 3/31/2025 |
| 87 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | Transportation Services Agreement Amendment | 3/31/2025 |
| 88 | Big Lots, Inc. | FedEx | 3875 W. 12th St. | Little Rock | AR | 72204 | USA | Transportation Services Agreement | 3/31/2025 |
| 89 | Big Lots, Inc. | FedEx | 123 FedEx Way | Memphis | TN | 38125 | USA | Mutual Third Party Non-Disclosure Agreement | 3/31/2025 |
| 90 | Big Lots, Inc. | FedEx | 123 FedEx Way | Memphis | TN | 38125 | USA | Mutual Third Party Non-Disclosure Agreement | 3/31/2025 |
| 91 | Big Lots, Inc. | FedEx | 123 FedEx Way | Memphis | TN | 38125 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 92 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 93 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 94 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 95 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 96 | Big Lots, Inc. | FedEx | 3875 W. 12th St. | Little Rock | AR | 72204 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 97 | Big Lots, Inc. | FedEx | 123 FedEx Way | Memphis | TN | 38125 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 98 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 99 | Big Lots, Inc. | FedEx Corporate Services, Inc. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Parent Guarantee | 3/31/2025 |
| 100 | Big Lots, Inc. | FEDEX CORPORATE SERVICES, INC. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Third Party Non-Disclosure Agreement | 3/31/2025 |