# <u>Schedule 2</u>

## Proposed Rejection Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF MARCH 31, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **<u>Schedule 1</u>** attached hereto are hereby rejected as of March 31, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1221 Lamar St. Suite 750 | Houston | TX | 77010 | USA | Flexible Index Solutions Pricing Schedule | 3/31/2025 |
| 2 | Big Lots, Inc. | Constellation NewEnergy, Inc. | Two California Plaza 350 South Grand Avenue Suite 3800 | Los Angeles | California | 90071 | USA | Master Electricity Supply Agreement | 3/31/2025 |
| 3 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 350 South Grand Avenue, Suite 2950 | Los Angeles | CA | 90071 | USA | Master Electricity Supply Agreement | 3/31/2025 |
| 4 | Big Lots, Inc. | Constellation NewEnergy, Inc. | 1001 Louisiana St. Constellation Suite 2300 | Houston | TX | 77002 | USA | Request for Name Change/Change of Ownership Form | 3/31/2025 |
| 5 | Big Lots, Inc. | Constellation. An Exelon Company | 9400 Bunsen Parkway, Suite 100 | Louisville | KY | 40220 | USA | Indicative Pricing Report | 3/31/2025 |
| 6 | Great Basin, LLC | Copart, Inc. | 14185 Dallas Parkway, Ste. 300 | Dallas | TX | 75254 | USA | Vehicle Auction Agreement | 3/31/2025 |
| 7 | Big Lots, Inc. | DAT Freight & Analytics | 8405 SW Nimbus Avenue | Beaverton | OR | 97008 | USA | Services Agreement | 3/31/2025 |
| 8 | Big Lots, Inc. | Data2Logistics | 4310 Metro Parkway | Ft. Myers | FL | 33916 | USA | Statement of Work for SAP Upgrade | 3/31/2025 |
| 9 | Big Lots, Inc. | Data2Logistics, LLC | 4310 Metro Parkway | Ft. Myers | FL | 33916 | USA | Amendment to Freight Bill Processing and Services Agreement | 3/31/2025 |
| 10 | Big Lots, Inc. | Data2Logistics, LLC | 4310 Metro Parkway | Ft. Myers | FL | 33916 | USA | Statement of Work | 3/31/2025 |
| 11 | Big Lots Stores, LLC | Data2Logistics, LLC | 4310 Metro Parkway | Ft. Myers | FL | 33916 | USA | Amendment to Freight Bill Processing and Services Agreement | 3/31/2025 |
| 12 | Big Lots, Inc. | Dell & Dell Financial Services | B1 Longmead Business Centre Blenheim Road | Epsom | Surrey | KT19 9QQ | United Kingdom | Customer Acceptance Form | 3/31/2025 |
| 13 | Big Lots, Inc. | Dell & Dell Financial Services | B1 Longmead Business Centre Blenheim Road | Epsom | Surrey | KT19 9QQ | United Kingdom | Warranty & Returns Policy | 3/31/2025 |
| 14 | Big Lots Stores, LLC | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Assignment of Purchase Order | 3/31/2025 |
| 15 | Big Lots Stores, LLC | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Assignment of Purchase Order | 3/31/2025 |
| 16 | Big Lots, Inc. | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Technology Payment Solution | 3/31/2025 |
| 17 | Big Lots, Inc. | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Subscription Agreement | 3/31/2025 |
| 18 | Big Lots, Inc. | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Subscription Agreement | 3/31/2025 |
| 19 | Big Lots, Inc. | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Subscription Agreement | 3/31/2025 |
| 20 | Big Lots, Inc. | Dell Financial Services L.L.C. | One Dell Way | Round Rock | TX | 78682 | USA | Payment Plan Agreement | 3/31/2025 |
| 21 | Big Lots, Inc. | Dell Financial Services L.L.C. | PO Box 6549 | Carol Stream | IL | 60197-6549 | USA | Payment Plan Agreement | 3/31/2025 |
| 22 | Big Lots Stores, LLC | Dell Financial Services L.L.C. (DFS) | 8176 Mallory Court | CHANHASSEN | MN | 55317 | USA | Payment Schedule | 3/31/2025 |
| 23 | Big Lots Stores, LLC | Dell Financial Services L.L.C. (DFS) | 8176 Mallory Court | CHANHASSEN | MN | 55317 | USA | Payment Schedule | 3/31/2025 |
| 24 | Big Lots, Inc. | Direct Energy Business LLC | 9020 Firestone Blvd | Downey | CA | 90241 | USA | PowerSupply Coordination Services Agreement | 3/31/2025 |
| 25 | Big Lots, Inc. | Direct Energy Business LLC | 9020 Firestone Blvd | Downey | CA | 90241 | USA | PowerSupply Coordination Services Agreement | 3/31/2025 |
| 26 | Big Lots, Inc. | Direct Energy Business LLC | 9020 Firestone Blvd | Downey | CA | 90241 | USA | PowerSupply Coordination Services Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 27 | Big Lots, Inc. | DIRECT ENERGY BUSINESS LLC | 9020 Firestone Blvd | Downey | CA | 90241 | USA | Energy Supply Agreement | 3/31/2025 |
| 28 | Big Lots, Inc. | Direct Energy Business, LLC | 1001 Liberty Avenue | Pittsburgh | PA | 15222 | USA | Power Supply Coordination Agreement | 3/31/2025 |
| 29 | Big Lots, Inc. | Direct Energy Business, LLC | 1001 Liberty Avenue | Pittsburgh | PA | 15222 | USA | Power Supply Coordination Service Agreement | 3/31/2025 |
| 30 | Big Lots, Inc. | Discover | 333 Knightsbridge Parkway | Lincolnshire | IL | 60069 | USA | Merchant EMV PCI Validation Waiver Application | 3/31/2025 |
| 31 | Big Lots, Inc. | DISCOVER CARD SERVICES, INC. | 333 Knightsbridge Parkway | Lincolnshire | IL | 60069 | USA | Merchant Services Agreement | 3/31/2025 |
| 32 | Big Lots, Inc. | Discover Financial Services LLC | 2500 Lake Cook Road | Riverwoods | IL | 60015 | USA | Confidentiality Agreement | 3/31/2025 |
| 33 | Big Lots, Inc. | Discover Financial Services, Inc. | 2402 West Beardsley Road | Phoenix | AZ | 85027 | USA | Revisions to Technical Specifications Manual | 3/31/2025 |
| 34 | Big Lots, Inc. | Discover® Network | 623-643-1311 | Columbus | Ohio | 43228-5311 | USA | Technical Specifications Revision Agreement | 3/31/2025 |
| 35 | Big Lots, Inc. | Discovery Communications, LLC | 1 Discovery Place | Silver Spring | MD | 20910 | USA | Trademark Sublicense Agreement | 3/31/2025 |
| 36 | Big Lots, Inc. | Discovery Communications, LLC | 1 Discovery Place | Silver Spring | MD | 20910 | USA | Trademark Sublicense Agreement | 3/31/2025 |
| 37 | AVDC, LLC | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 38 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 39 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 40 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South, Suite G234 | Katy | TX | 77494 | USA | Amendment to Agreement | 3/31/2025 |
| 41 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 42 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 43 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 44 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Agreement for Pallet Handling and Management Services | 3/31/2025 |
| 45 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Agreement for Pallet Handling and Management Services | 3/31/2025 |
| 46 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Pallet Management Agreement | 3/31/2025 |
| 47 | CSC Distribution LLC | Distribution Solutions | 1450 Grand Parkway South Suite G234 | Katy | TX | 77494 | USA | Staffing Services Agreement | 3/31/2025 |
| 48 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Agreement for Pallet Handling and Management Services | 3/31/2025 |
| 49 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Agreement for Pallet Handling and Management Services | 3/31/2025 |
| 50 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South | Katy | TX | 77494 | USA | Agreement for Pallet Handling and Management Services | 3/31/2025 |
| 51 | Big Lots, Inc. | Distribution Solutions | 1450 Grand Parkway South Suite G234 | Katy | TX | 77494 | USA | Agreement for Pallet Handling and Management Services | 3/31/2025 |
| 52 | Big Lots, Inc. | Distribution Solutions Ltd. | 1450 Grand Parkway S. | Katy | TX | 77494 | USA | Independent Contractor Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 53 | Big Lots, Inc. | Distribution Solutions, LLC | 1450 Grand Parkway S. | Katy | TX | 77494 | USA | Pallet Handling and Management Services Agreement | 3/31/2025 |
| 54 | Big Lots Stores, LLC | DP SOLUTIONS INC | PO BOX 51115 | NEWARK | NJ | 07101-5115 | USA | Services Agreement | 3/31/2025 |
| 55 | Big Lots Stores, LLC | EDRAY 20/20 LLC | 1300 SOUTH MINT STREET SUIE 200 | CHARLOTTE | NC | 28203-4168 | USA | Master Services Agreement | 3/31/2025 |
| 56 | Big Lots Stores, LLC | EDRAY 20/20, LLC | 1300 South Mint Street Suite 200 | Charlotte | NC | 28203 | USA | Statement of Work for Collaborative Port Logistics | 3/31/2025 |
| 57 | Big Lots, Inc. | Empower Software Solutions | 315 E Robinson St | Orlando | FL | 32801 | USA | Confidentiality Agreement | 3/31/2025 |
| 58 | Big Lots, Inc. | Empower Software Solutions | 315 E Robinson St | Orlando | FL | 32801 | USA | Statement of Work for EmpowerWFM Implementation | 3/31/2025 |
| 59 | Big Lots, Inc. | Empower Software Solutions, Inc. | 315 E Robinson St | Orlando | FL | 32801 | USA | Amendment to Master Services Agreement | 3/31/2025 |
| 60 | Big Lots, Inc. | Empower Software Solutions, Inc. | 315 E Robinson St | Orlando | FL | 32801 | USA | Order Form for Software as a Service | 3/31/2025 |
| 61 | Big Lots, Inc. | EMPOWER SOFTWARE SOLUTIONS, INC. | 315 E Robinson St | Orlando | FL | 32801 | USA | Work Force Management Services Addendum | 3/31/2025 |
| 62 | Big Lots, Inc. | ERG Staffing Service / Rosies Riveters Staffing Service | 235 Main Street - Suite 121 | Dickson City | PA | 18519 | USA | Staffing Services Agreement | 3/31/2025 |
| 63 | Big Lots, Inc. | Eric Long, Inc. | 251 Spruce Hill Dr | Gahanna | OH | 43230 | USA | Fourth Amendment to Independent Contractor Agreement | 3/31/2025 |
| 64 | Big Lots, Inc. | Eric Long, Inc. | 251 Spruce Hill Dr | Gahanna | OH | 43230 | USA | Third Amendment to Independent Contractor Agreement | 3/31/2025 |
| 65 | Big Lots, Inc. | Eric Long, Inc. | 251 Spruce Hill Dr | Gahanna | OH | 43230 | USA | Amendment to Independent Contractor Agreement | 3/31/2025 |
| 66 | Big Lots, Inc. | Eric Long, Inc. | 251 Spruce Hill Dr | Gahanna | OH | 43230 | USA | First Amendment to Independent Contractor Agreement | 3/31/2025 |
| 67 | Big Lots, Inc. | Eric Long, Inc. | 5480 Alston Grove Dr | Westerville | OH | 43082 | USA | Independent Contractor Agreement | 3/31/2025 |
| 68 | Big Lots, Inc. | Eric Long, Inc. | 251 Spruce Hill Dr | Gahanna | OH | 43230 | USA | Independent Contractor Agreement | 3/31/2025 |
| 69 | Big Lots, Inc. | Eric Long, Inc. | 251 Spruce Hill Dr | Gahanna | OH | 43230 | USA | Independent Contractor Agreement | 3/31/2025 |
| 70 | Big Lots, Inc. | Everbridge, Inc. | 1000 Winter Street | Waltham | MA | 02451 | USA | Statement of Work for Professional Services | 3/31/2025 |
| 71 | Big Lots, Inc. | Everbridge, Inc. | 25 Corporate Drive | Burlington | MA | 01803 | USA | Master Services Agreement | 3/31/2025 |
| 72 | Big Lots, Inc. | Everbridge, Inc. | 155 North Lake Avenue, Suite 900 | Pasadena | CA | 91101 | USA | Master Services Agreement | 3/31/2025 |
| 73 | Big Lots, Inc. | Express Services, Inc. d/b/a Express Employment Professionals | 372 Bryan Drive Suite 108 | Durant | OK | 74701 | USA | Staffing Services Agreement | 3/31/2025 |
| 74 | Big Lots Stores, LLC | Federal Express Corporation | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |
| 75 | Big Lots, Inc. | Federal Express Corporation | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Version Management Program Agreement | 3/31/2025 |
| 76 | Big Lots Stores, LLC | FedEx | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Third Party Non-Disclosure Agreement | 3/31/2025 |
| 77 | Big Lots Stores, LLC | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | Services Agreement Amendment | 3/31/2025 |
| 78 | Big Lots Stores, LLC | FedEx | 123 FedEx Way | Memphis | TN | 38125 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 79 | Big Lots Stores, LLC | FedEx | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |
| 80 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | Transportation Services Agreement Amendment | 3/31/2025 |
| 81 | Big Lots, Inc. | FedEx | 123 FedEx Way | Memphis | TN | 38125 | USA | Services Agreement Amendment | 3/31/2025 |
| 82 | Big Lots, Inc. | FedEx | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |
| 83 | Big Lots, Inc. | FedEx | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |
| 84 | Big Lots, Inc. | FedEx | 3800 N. W. 36th St. | Miami | FL | 33142 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |
| 85 | Big Lots, Inc. | FedEx | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | FedEx Transportation Services Agreement Amendment | 3/31/2025 |
| 86 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | Transportation Services Agreement Amendment | 3/31/2025 |
| 87 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | Transportation Services Agreement Amendment | 3/31/2025 |
| 88 | Big Lots, Inc. | FedEx | 3875 W. 12th St. | Little Rock | AR | 72204 | USA | Transportation Services Agreement | 3/31/2025 |
| 89 | Big Lots, Inc. | FedEx | 123 FedEx Way | Memphis | TN | 38125 | USA | Mutual Third Party Non-Disclosure Agreement | 3/31/2025 |
| 90 | Big Lots, Inc. | FedEx | 123 FedEx Way | Memphis | TN | 38125 | USA | Mutual Third Party Non-Disclosure Agreement | 3/31/2025 |
| 91 | Big Lots, Inc. | FedEx | 123 FedEx Way | Memphis | TN | 38125 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 92 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 93 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 94 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 95 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 96 | Big Lots, Inc. | FedEx | 3875 W. 12th St. | Little Rock | AR | 72204 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 97 | Big Lots, Inc. | FedEx | 123 FedEx Way | Memphis | TN | 38125 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 98 | Big Lots, Inc. | FedEx | 3875 Airways Blvd | Memphis | TN | 38116 | USA | FedEx Pricing Agreement Amendment | 3/31/2025 |
| 99 | Big Lots, Inc. | FedEx Corporate Services, Inc. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Parent Guarantee | 3/31/2025 |
| 100 | Big Lots, Inc. | FEDEX CORPORATE SERVICES, INC. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Third Party Non-Disclosure Agreement | 3/31/2025 |