# Schedule 1

## Schedule of Rejected Contracts and Leases

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | FEDEX CORPORATE SERVICES, INC. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Third Party Non-Disclosure Agreement | 3/31/2025 |
| 2 | Big Lots, Inc. | FedEx Corporate Services, Inc. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | FedEx Technology Incentive Program Agreement - Cash | 3/31/2025 |
| 3 | Big Lots, Inc. | FEDEX CORPORATE SERVICES, INC. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Third Party Non-Disclosure Agreement | 3/31/2025 |
| 4 | Big Lots, Inc. | FEDEX CORPORATE SERVICES, INC. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 5 | Big Lots, Inc. | FedEx Corporate Services, Inc. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 6 | Big Lots, Inc. | FEDEX CORPORATE SERVICES, INC. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 7 | Big Lots, Inc. | FedEx Corporate Services, Inc. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Confidentiality Agreement | 3/31/2025 |
| 8 | Great Basin, LLC | FedEx Ground Package System, Inc. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Trailer Interchange Agreement | 3/31/2025 |
| 9 | Big Lots, Inc. | FileMaker, Inc. | 5201 Patrick Henry Drive | Santa Clara | CA | 95054 | USA | Volume License Agreement | 3/31/2025 |
| 10 | Big Lots Stores, LLC | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Amendment to Add-On Statement of Work | 3/31/2025 |
| 11 | Big Lots Stores, LLC | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Statement of Work Add-On | 3/31/2025 |
| 12 | Big Lots, Inc. | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Amendment to Statement of Work | 3/31/2025 |
| 13 | Big Lots, Inc. | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Amendment to Subscription Order Form | 3/31/2025 |
| 14 | Big Lots, Inc. | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Master Subscription Agreement | 3/31/2025 |
| 15 | Big Lots, Inc. | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Confidentiality Agreement | 3/31/2025 |
| 16 | Big Lots Stores, LLC | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Add-On Subscription Order Form and Statement of Work | 3/31/2025 |
| 17 | Big Lots Stores, LLC | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | Main Services Agreement | 3/31/2025 |
| 18 | Big Lots, Inc. | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 19 | Big Lots Stores, LLC | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | Service Order Form | 3/31/2025 |
| 20 | Big Lots Stores, LLC | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | MSA | 3/31/2025 |
| 21 | Big Lots Stores, LLC | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | Services Agreements | 3/31/2025 |
| 22 | Big Lots Stores, LLC | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | Services Agreement | 3/31/2025 |
| 23 | Big Lots Stores, LLC | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | Services Agreement | 3/31/2025 |
| 24 | Big Lots Stores, LLC | Geodis Logistics, LLC | 92300 Levallois-Perret | | | | France | Confidentiality & Non-Disclosure Agreements | 3/31/2025 |
| 25 | Big Lots, Inc. | Geodis USA, LLC | 5101 South Broad St | Philadelphia | PA | 19112 | USA | Ocean Transport Order | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 26 | Big Lots, Inc. | Geodis USA, LLC | 5101 South Broad St | Philadelphia | PA | 19112 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 27 | Big Lots Stores, LLC | Geodis USA, LLC | 5101 South Broad Street | Philadelphia | PA | 19112 | USA | Amendment to NVOCC Service Arrangement | 3/31/2025 |
| 28 | Big Lots, Inc. | Google | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | USA | Professional Services / Implementation Services Order Form | 3/31/2025 |
| 29 | Big Lots, Inc. | Google Inc. | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | USA | Shopping Engine Addendum | 3/31/2025 |
| 30 | Big Lots Stores, LLC | Google Inc. | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | USA | V3 | 3/31/2025 |
| 31 | Big Lots, Inc. | Google LLC | 1600 Amphitheatre Pkwy | Mountain View | CA | 94043 | USA | Google Pay Offers Agreement | 3/31/2025 |
| 32 | Big Lots, Inc. | Google LLC | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | USA | Google Cloud Platform Order Form | 3/31/2025 |
| 33 | Big Lots Stores, LLC | Google LLC | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | USA | Google Cloud Short Order Form - Google Maps Core Services | 3/31/2025 |
| 34 | Big Lots, Inc. | Google LLC and its Affiliates | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | United States | Client Services Agreement | 3/31/2025 |
| 35 | Big Lots Stores, LLC | GoSecure Inc. | U.S. Headquarters - P.O. Box 501277 | San Diego | CA | 92150 | USA | Cybersecurity Assessment Proposal | 3/31/2025 |
| 36 | Big Lots Stores, LLC | GoSecure Inc. | U.S. Headquarters - P.O. Box 501277 | San Diego | CA | 92150 | USA | Cybersecurity Assessment Proposal | 3/31/2025 |
| 37 | Big Lots, Inc. | GoSecure Inc. | 4225 Executive Square | La Jolla | CA | 92037 | USA | Master Services Agreement | 3/31/2025 |
| 38 | Big Lots Stores, LLC | GoSecure Inc. | 4225 Executive Square | La Jolla | CA | 92037 | USA | Services Agreements | 3/31/2025 |
| 39 | Big Lots, Inc. | GoSecure, Inc. | 4225 Executive Square | La Jolla | CA | 92037 | USA | Change Request for VMaaS Services | 3/31/2025 |
| 40 | Big Lots, Inc. | GoSecure, Inc. | 4225 Executive Square | La Jolla | CA | 92037 | USA | Statement of Work for Managed Security Services (VMaaS) | 3/31/2025 |
| 41 | Big Lots, Inc. | GoSecure, Inc. | 4225 Executive Square | La Jolla | CA | 92037 | USA | Confidentiality Agreement | 3/31/2025 |
| 42 | Big Lots, Inc. | GR Sponaugle | 4391 Chambers Hills RD PO Box 4456 | Harrisburg | PA | 17111 | USA | Services Agreement | 3/31/2025 |
| 43 | Big Lots, Inc. | GR Sponaugle | 4391 Chambers Hills RD PO Box 4456 | Harrisburg | PA | 17111 | USA | Services Agreement | 3/31/2025 |
| 44 | Big Lots, Inc. | GR Sponaugle | 4391 Chambers Hills RD PO Box 4456 | Harrisburg | PA | 17111 | USA | Services Agreement | 3/31/2025 |
| 45 | Big Lots, Inc. | Gumbo Software | 809 W Howe St | Seattle | WA | 98119 | USA | Services Agreement | 3/31/2025 |
| 46 | Big Lots, Inc. | HELLER'S GAS, INC. | 500 N. Poplar St | Berwick | PA | 18603 | USA | Propane Purchase Agreement | 3/31/2025 |
| 47 | Big Lots, Inc. | HELLER'S GAS, INC. | 500 N. Poplar St | Berwick | PA | 18603 | USA | Propane Purchase Agreement | 3/31/2025 |
| 48 | Durant DC, LLC | Hogan Dedicated Services LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Fifth Amendment to Transportation Agreement | 3/31/2025 |
| 49 | Durant DC, LLC | Hogan Dedicated Services LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Fourth Amendment to Transportation Agreement | 3/31/2025 |
| 50 | Durant DC, LLC | Hogan Dedicated Services LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Third Amendment to Transportation Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Great Basin, LLC | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 52 | Great Basin, LLC | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 53 | Great Basin, LLC | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Second Amendment to Schedule C for Store Delivery and Rates | 3/31/2025 |
| 54 | Great Basin, LLC | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 55 | Great Basin, LLC | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 56 | Big Lots, Inc. | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 57 | Big Lots, Inc. | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Transportation Agreement | 3/31/2025 |
| 58 | Durant DC, LLC | Hogan Dedicated Services, LLC | 85 Corporate Woods Drive | Bridgeton | MO | 63044 | USA | Transportation Agreement | 3/31/2025 |
| 59 | Great Basin, LLC | Hogan Dedicated Services, LLC d/b/a Hogan Transports | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 60 | Big Lots, Inc. | Hogan Transport, Inc. | 2150 Schuetz Road | St Louis | MO | 63146 | USA | Confidentiality Agreement | 3/31/2025 |
| 61 | Big Lots, Inc. | Hyundai Company Limited | 231, Yangjae-Dong, Seocho-Gu | Seoul | | 137-938 | Korea | Services Agreement | 3/31/2025 |
| 62 | Big Lots, Inc. | Hyundai Company Limited | 231, Yangjae-Dong, Seocho-Gu | Seoul | | 137-938 | Korea | Services Agreement | 3/31/2025 |
| 63 | Big Lots, Inc. | IGS Energy | 6100 Emerald Parkway | Dublin | OH | 43016 | USA | Services Agreement | 3/31/2025 |
| 64 | Big Lots, Inc. | Iron Mountain | 1 Federal St | Boston | MA | 02110 | USA | Statement of Work for Shredding Services | 3/31/2025 |
| 65 | Big Lots, Inc. | Iron Mountain Information Management, Inc. | 1 Federal St | Boston | MA | 02110 | USA | Customer Agreement for Records Management Services | 3/31/2025 |
| 66 | Big Lots, Inc. | J. B. Hunt Transport, Inc. | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Confidentiality Agreement | 3/31/2025 |
| 67 | Big Lots, Inc. | J.B. Hunt Intermodal | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Surge Capacity Agreement | 3/31/2025 |
| 68 | Great Basin, LLC | J.B. Hunt Transport, Inc. | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Dedicated Contract Services Carrier Agreement | 3/31/2025 |
| 69 | Great Basin, LLC | J.B. Hunt Transport, Inc. | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Transportation Agreement | 3/31/2025 |
| 70 | Great Basin, LLC | J.B. Hunt Transport, Inc. | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Dedicated Carrier Agreement | 3/31/2025 |
| 71 | Great Basin, LLC | J.B. Hunt Transport, Inc. | 615 J.B. Hunt Corporate Drive | Lowell | Arkansas | 72745 | USA | Transportation Agreement | 3/31/2025 |
| 72 | Big Lots, Inc. | J.B. Hunt Transport, Inc. | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Interchange Agreement | 3/31/2025 |
| 73 | Great Basin, LLC | J.B. Hunt Transport, Inc. d/b/a J.B. Hunt Dedicated Contract Services | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 74 | Great Basin, LLC | J.B. Hunt Transport, Inc. d/b/a J.B. Hunt Dedicated Contract Services | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 75 | Big Lots, Inc. | Jamf | 100 Washington Ave S, Suite 1100 | Minneapolis | MN | 55401 | USA | Services Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 76 | Big Lots, Inc. | JetBrains | Kavčí Hory Office Park, Na Hřebenech II 1718/8 | Praha 4 - Nusle | | 140 00 | Czech Republic | Services Agreement | 3/31/2025 |
| 77 | Big Lots, Inc. | JFrog INC | DEPT LA 24906 | PASADENA | CA | 91185-4906 | USA | Customer Quote for JFrog Pro Edition | 3/31/2025 |
| 78 | Big Lots, Inc. | JFrog INC | DEPT LA 24906 | PASADENA | CA | 91185-4906 | USA | Customer Quote for JFrog Pro Edition | 3/31/2025 |
| 79 | Big Lots, Inc. | JFrog Inc. | 270 E Caribbean Dr | Sunnyvale | CA | 94089 | USA | Customer Quote for JFrog Pro Edition | 3/31/2025 |
| 80 | Big Lots, Inc. | JFROG, INC. | DEPT LA 24906 | PASADENA | CA | 91185-4906 | USA | End User Software License Agreement | 3/31/2025 |
| 81 | Big Lots, Inc. | JLL Valuation & Advisory Services, LLC | 375 N. Front Street, Suite 100 | Columbus | OH | 43215 | USA | Valuation and Advisory Services Agreement | 3/31/2025 |
| 82 | Big Lots, Inc. | Johnson Controls, Inc. | 11301 W. Lake Park Drive | Milwaukee | WI | 53224 | USA | HVAC Scheduled Maintenance and Service Agreement | 3/31/2025 |
| 83 | Big Lots, Inc. | Johnson Controls, Inc. | 5757 N. Green Bay Av. | Milwaukee | WI | 53201 | USA | HVAC Scheduled Maintenance and Service Agreement | 3/31/2025 |
| 84 | Big Lots, Inc. | Johnson Controls, Inc. | Sycamore and West Dixie Houchens Plaza | Elizabethtown | KY | 42701 | USA | Planned Service Agreement | 3/31/2025 |
| 85 | Big Lots, Inc. | Jump Mind, Inc. f/k/a Eric Long, Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Eighth Amendment to Independent Contractor Agreement | 3/31/2025 |
| 86 | Big Lots, Inc. | Jump Mind, Inc. f/k/a Eric Long, Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Amendment to Independent Contractor Agreement | 3/31/2025 |
| 87 | Big Lots, Inc. | Jump Mind, Inc. f/k/a Eric Long, Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Amendment to Independent Contractor Agreement | 3/31/2025 |
| 88 | Big Lots, Inc. | Jump Mind, Inc. f/k/a Eric Long, Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Ninth Amendment to Independent Contractor Agreement | 3/31/2025 |
| 89 | Big Lots, Inc. | JumpMind Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Statement of Work for Web Enabled POS Software and Mobile POS/Kiosk Project | 3/31/2025 |
| 90 | Big Lots, Inc. | JumpMind Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Statement of Work for Web Enabled POS Software and Mobile POS/Kiosk Project | 3/31/2025 |
| 91 | Big Lots, Inc. | JumpMind Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Statement of Work for Web Enabled POS Software and Mobile POS/Kiosk Project | 3/31/2025 |
| 92 | Big Lots, Inc. | JumpMind Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Statement of Work for Web Enabled POS Software Infrastructure and Mobile POS/Kiosk Project | 3/31/2025 |
| 93 | Big Lots, Inc. | JumpMind Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Statement of Work for Web Enabled POS Software Infrastructure and Mobile POS Project | 3/31/2025 |
| 94 | Big Lots, Inc. | JumpMind Inc. | PO Box 21611 | Columbus | OH | 43221 | USA | Independent Contractor Agreement | 3/31/2025 |
| 95 | Big Lots, Inc. | JumpMind Inc. | PO Box 21611 | Columbus | OH | 43221 | USA | Independent Contractor Agreement | 3/31/2025 |
| 96 | Big Lots, Inc. | JumpMind Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Independent Contractor Agreement | 3/31/2025 |
| 97 | Big Lots, Inc. | JumpMind Inc. | PO Box 21711 | Columbus | OH | 43221 | USA | Independent Contractor Agreement | 3/31/2025 |
| 98 | Big Lots, Inc. | JumpMind, Inc. | 4016 Townsfair Way | Columbus | OH | 43219 | USA | Production Support Subscription Agreement | 3/31/2025 |
| 99 | Big Lots, Inc. | JumpMind, Inc. | 4016 Townsfair Way, Suite 220 | Columbus | OH | 43219 | USA | Production Support Subscription Agreement | 3/31/2025 |
| 100 | Big Lots, Inc. | JumpMind, Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Master Services Agreement | 3/31/2025 |