## <u>Schedule 2</u>

**Proposed Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | (Jointly Administered) |
| Debtors.[1] | **Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY
CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF
MARCH 31, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession

(the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases,

(b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases

and (ii) abandoning personal property in connection with any rejected Contract or Lease,

(c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting

related relief, all as more fully set forth in the Motion; and the order of this Court approving the

Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**")

by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent

with Article III of the United States Constitution; and this Court having found that venue in this

district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the

notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were

appropriate under the circumstances and that no other notice need be provided, except as set forth

herein; and this Court having reviewed the Rejection Notice, and having heard the statements and

argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**");

and this Court having determined that the legal and factual bases set forth in the Rejection Notice

and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings

had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1.      The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected

as of March 31, 2025 (the "**Rejection Date**").

2.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the

Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising

from the rejection of any Contract is limited to the remedies available under the termination

provision of such Contract; or that any such claim is an obligation of a third party and not that of

the Debtors or their estates.

3.      Nothing in this Order shall be deemed or construed as an approval of an assumption

of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4.      Notwithstanding the relief granted in this Order and any actions taken pursuant to

such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5.      Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7.      The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | FEDEX CORPORATE SERVICES, INC. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Third Party Non-Disclosure Agreement | 3/31/2025 |
| 2 | Big Lots, Inc. | FedEx Corporate Services, Inc. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | FedEx Technology Incentive Program Agreement - Cash | 3/31/2025 |
| 3 | Big Lots, Inc. | FEDEX CORPORATE SERVICES, INC. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Third Party Non-Disclosure Agreement | 3/31/2025 |
| 4 | Big Lots, Inc. | FEDEX CORPORATE SERVICES, INC. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 5 | Big Lots, Inc. | FedEx Corporate Services, Inc. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 6 | Big Lots, Inc. | FEDEX CORPORATE SERVICES, INC. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 7 | Big Lots, Inc. | FedEx Corporate Services, Inc. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Mutual Confidentiality Agreement | 3/31/2025 |
| 8 | Great Basin, LLC | FedEx Ground Package System, Inc. | 3800 N. W. 87th Ave. | Miami | FL | 33178 | USA | Trailer Interchange Agreement | 3/31/2025 |
| 9 | Big Lots, Inc. | FileMaker, Inc. | 5201 Patrick Henry Drive | Santa Clara | CA | 95054 | USA | Volume License Agreement | 3/31/2025 |
| 10 | Big Lots Stores, LLC | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Amendment to Add-On Statement of Work | 3/31/2025 |
| 11 | Big Lots Stores, LLC | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Statement of Work Add-On | 3/31/2025 |
| 12 | Big Lots, Inc. | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Amendment to Statement of Work | 3/31/2025 |
| 13 | Big Lots, Inc. | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Amendment to Subscription Order Form | 3/31/2025 |
| 14 | Big Lots, Inc. | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Master Subscription Agreement | 3/31/2025 |
| 15 | Big Lots, Inc. | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Confidentiality Agreement | 3/31/2025 |
| 16 | Big Lots Stores, LLC | FourKites, Inc. | 300 S Riverside Plaza, Suite 850 | Chicago | IL | 60606 | USA | Add-On Subscription Order Form and Statement of Work | 3/31/2025 |
| 17 | Big Lots Stores, LLC | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | Main Services Agreement | 3/31/2025 |
| 18 | Big Lots, Inc. | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 19 | Big Lots Stores, LLC | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | Service Order Form | 3/31/2025 |
| 20 | Big Lots Stores, LLC | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | MSA | 3/31/2025 |
| 21 | Big Lots Stores, LLC | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | Services Agreements | 3/31/2025 |
| 22 | Big Lots Stores, LLC | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | Services Agreement | 3/31/2025 |
| 23 | Big Lots Stores, LLC | Freshworks Inc. | 2950 S. Delaware Street, Suite 201 | San Mateo | CA | 94403 | USA | Services Agreement | 3/31/2025 |
| 24 | Big Lots Stores, LLC | Geodis Logistics, LLC | 92300 Levallois-Perret | | | | France | Confidentiality & Non-Disclosure Agreements | 3/31/2025 |
| 25 | Big Lots, Inc. | Geodis USA, LLC | 5101 South Broad St | Philadelphia | PA | 19112 | USA | Ocean Transport Order | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 26 | Big Lots, Inc. | Geodis USA, LLC | 5101 South Broad St | Philadelphia | PA | 19112 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 27 | Big Lots Stores, LLC | Geodis USA, LLC | 5101 South Broad Street | Philadelphia | PA | 19112 | USA | Amendment to NVOCC Service Arrangement | 3/31/2025 |
| 28 | Big Lots, Inc. | Google | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | USA | Professional Services / Implementation Services Order Form | 3/31/2025 |
| 29 | Big Lots, Inc. | Google Inc. | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | USA | Shopping Engine Addendum | 3/31/2025 |
| 30 | Big Lots Stores, LLC | Google Inc. | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | USA | V3 | 3/31/2025 |
| 31 | Big Lots, Inc. | Google LLC | 1600 Amphitheatre Pkwy | Mountain View | CA | 94043 | USA | Google Pay Offers Agreement | 3/31/2025 |
| 32 | Big Lots, Inc. | Google LLC | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | USA | Google Cloud Platform Order Form | 3/31/2025 |
| 33 | Big Lots Stores, LLC | Google LLC | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | USA | Google Cloud Short Order Form - Google Maps Core Services | 3/31/2025 |
| 34 | Big Lots, Inc. | Google LLC and its Affiliates | 1600 Amphitheatre Parkway | Mountain View | CA | 94043 | United States | Client Services Agreement | 3/31/2025 |
| 35 | Big Lots Stores, LLC | GoSecure Inc. | U.S. Headquarters - P.O. Box 501277 | San Diego | CA | 92150 | USA | Cybersecurity Assessment Proposal | 3/31/2025 |
| 36 | Big Lots Stores, LLC | GoSecure Inc. | U.S. Headquarters - P.O. Box 501277 | San Diego | CA | 92150 | USA | Cybersecurity Assessment Proposal | 3/31/2025 |
| 37 | Big Lots, Inc. | GoSecure Inc. | 4225 Executive Square | La Jolla | CA | 92037 | USA | Master Services Agreement | 3/31/2025 |
| 38 | Big Lots Stores, LLC | GoSecure Inc. | 4225 Executive Square | La Jolla | CA | 92037 | USA | Services Agreements | 3/31/2025 |
| 39 | Big Lots, Inc. | GoSecure, Inc. | 4225 Executive Square | La Jolla | CA | 92037 | USA | Change Request for VMaaS Services | 3/31/2025 |
| 40 | Big Lots, Inc. | GoSecure, Inc. | 4225 Executive Square | La Jolla | CA | 92037 | USA | Statement of Work for Managed Security Services (VMaaS) | 3/31/2025 |
| 41 | Big Lots, Inc. | GoSecure, Inc. | 4225 Executive Square | La Jolla | CA | 92037 | USA | Confidentiality Agreement | 3/31/2025 |
| 42 | Big Lots, Inc. | GR Sponaugle | 4391 Chambers Hills RD PO Box 4456 | Harrisburg | PA | 17111 | USA | Services Agreement | 3/31/2025 |
| 43 | Big Lots, Inc. | GR Sponaugle | 4391 Chambers Hills RD PO Box 4456 | Harrisburg | PA | 17111 | USA | Services Agreement | 3/31/2025 |
| 44 | Big Lots, Inc. | GR Sponaugle | 4391 Chambers Hills RD PO Box 4456 | Harrisburg | PA | 17111 | USA | Services Agreement | 3/31/2025 |
| 45 | Big Lots, Inc. | Gumbo Software | 809 W Howe St | Seattle | WA | 98119 | USA | Services Agreement | 3/31/2025 |
| 46 | Big Lots, Inc. | HELLER'S GAS, INC. | 500 N. Poplar St | Berwick | PA | 18603 | USA | Propane Purchase Agreement | 3/31/2025 |
| 47 | Big Lots, Inc. | HELLER'S GAS, INC. | 500 N. Poplar St | Berwick | PA | 18603 | USA | Propane Purchase Agreement | 3/31/2025 |
| 48 | Durant DC, LLC | Hogan Dedicated Services LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Fifth Amendment to Transportation Agreement | 3/31/2025 |
| 49 | Durant DC, LLC | Hogan Dedicated Services LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Fourth Amendment to Transportation Agreement | 3/31/2025 |
| 50 | Durant DC, LLC | Hogan Dedicated Services LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Third Amendment to Transportation Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|-----|--------|----------------------|------------------------------|------|-------|-----|---------|--------------------------|--------------------------|
| 51 | Great Basin, LLC | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 52 | Great Basin, LLC | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 53 | Great Basin, LLC | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Second Amendment to Schedule C for Store Delivery and Rates | 3/31/2025 |
| 54 | Great Basin, LLC | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 55 | Great Basin, LLC | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 56 | Big Lots, Inc. | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 57 | Big Lots, Inc. | Hogan Dedicated Services, LLC | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Transportation Agreement | 3/31/2025 |
| 58 | Durant DC, LLC | Hogan Dedicated Services, LLC | 85 Corporate Woods Drive | Bridgeton | MO | 63044 | USA | Transportation Agreement | 3/31/2025 |
| 59 | Great Basin, LLC | Hogan Dedicated Services, LLC d/b/a Hogan Transports | 85 Corporate Wooch D. | Bridgeton | MO | 63044 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 60 | Big Lots, Inc. | Hogan Transport, Inc. | 2150 Schuetz Road | St Louis | MO | 63146 | USA | Confidentiality Agreement | 3/31/2025 |
| 61 | Big Lots, Inc. | Hyundai Company Limited | 231, Yangjae-Dong, Seocho-Gu | Seoul | | 137-938 | Korea | Services Agreement | 3/31/2025 |
| 62 | Big Lots, Inc. | Hyundai Company Limited | 231, Yangjae-Dong, Seocho-Gu | Seoul | | 137-938 | Korea | Services Agreement | 3/31/2025 |
| 63 | Big Lots, Inc. | IGS Energy | 6100 Emerald Parkway | Dublin | OH | 43016 | USA | Services Agreement | 3/31/2025 |
| 64 | Big Lots, Inc. | Iron Mountain | 1 Federal St | Boston | MA | 02110 | USA | Statement of Work for Shredding Services | 3/31/2025 |
| 65 | Big Lots, Inc. | Iron Mountain Information Management, Inc. | 1 Federal St | Boston | MA | 02110 | USA | Customer Agreement for Records Management Services | 3/31/2025 |
| 66 | Big Lots, Inc. | J. B. Hunt Transport, Inc. | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Confidentiality Agreement | 3/31/2025 |
| 67 | Big Lots, Inc. | J.B. Hunt Intermodal | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Surge Capacity Agreement | 3/31/2025 |
| 68 | Great Basin, LLC | J.B. Hunt Transport, Inc. | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Dedicated Contract Services Carrier Agreement | 3/31/2025 |
| 69 | Great Basin, LLC | J.B. Hunt Transport, Inc. | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Transportation Agreement | 3/31/2025 |
| 70 | Great Basin, LLC | J.B. Hunt Transport, Inc. | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Dedicated Carrier Agreement | 3/31/2025 |
| 71 | Great Basin, LLC | J.B. Hunt Transport, Inc. | 615 J.B. Hunt Corporate Drive | Lowell | Arkansas | 72745 | USA | Transportation Agreement | 3/31/2025 |
| 72 | Big Lots, Inc. | J.B. Hunt Transport, Inc. | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Interchange Agreement | 3/31/2025 |
| 73 | Great Basin, LLC | J.B. Hunt Transport, Inc. d/b/a J.B. Hunt Dedicated Contract Services | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 74 | Great Basin, LLC | J.B. Hunt Transport, Inc. d/b/a J.B. Hunt Dedicated Contract Services | 615 J.B. Hunt Corporate Drive | Lowell | AR | 72745 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 75 | Big Lots, Inc. | Jamf | 100 Washington Ave S, Suite 1100 | Minneapolis | MN | 55401 | USA | Services Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 76 | Big Lots, Inc. | JetBrains | Kavčí Hory Office Park, Na Hřebenech II 1718/8 | Praha 4 - Nusle | | 140 00 | Czech Republic | Services Agreement | 3/31/2025 |
| 77 | Big Lots, Inc. | JFrog INC | DEPT LA 24906 | PASADENA | CA | 91185-4906 | USA | Customer Quote for JFrog Pro Edition | 3/31/2025 |
| 78 | Big Lots, Inc. | JFrog INC | DEPT LA 24906 | PASADENA | CA | 91185-4906 | USA | Customer Quote for JFrog Pro Edition | 3/31/2025 |
| 79 | Big Lots, Inc. | JFrog Inc. | 270 E Caribbean Dr | Sunnyvale | CA | 94089 | USA | Customer Quote for JFrog Pro Edition | 3/31/2025 |
| 80 | Big Lots, Inc. | JFROG, INC. | DEPT LA 24906 | PASADENA | CA | 91185-4906 | USA | End User Software License Agreement | 3/31/2025 |
| 81 | Big Lots, Inc. | JLL Valuation & Advisory Services, LLC | 375 N. Front Street, Suite 100 | Columbus | OH | 43215 | USA | Valuation and Advisory Services Agreement | 3/31/2025 |
| 82 | Big Lots, Inc. | Johnson Controls, Inc. | 11301 W. Lake Park Drive | Milwaukee | WI | 53224 | USA | HVAC Scheduled Maintenance and Service Agreement | 3/31/2025 |
| 83 | Big Lots, Inc. | Johnson Controls, Inc. | 5757 N. Green Bay Av. | Milwaukee | WI | 53201 | USA | HVAC Scheduled Maintenance and Service Agreement | 3/31/2025 |
| 84 | Big Lots, Inc. | Johnson Controls, Inc. | Sycamore and West Dixie Houchens Plaza | Elizabethtown | KY | 42701 | USA | Planned Service Agreement | 3/31/2025 |
| 85 | Big Lots, Inc. | Jump Mind, Inc. f/k/a Eric Long, Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Eighth Amendment to Independent Contractor Agreement | 3/31/2025 |
| 86 | Big Lots, Inc. | Jump Mind, Inc f/k/a Eric Long, Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Amendment to Independent Contractor Agreement | 3/31/2025 |
| 87 | Big Lots, Inc. | Jump Mind, Inc f/k/a Eric Long, Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Amendment to Independent Contractor Agreement | 3/31/2025 |
| 88 | Big Lots, Inc. | Jump Mind, Inc. f/k/a Eric Long, Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Ninth Amendment to Independent Contractor Agreement | 3/31/2025 |
| 89 | Big Lots, Inc. | JumpMind Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Statement of Work for Web Enabled POS Software and Mobile POS/Kiosk Project | 3/31/2025 |
| 90 | Big Lots, Inc. | JumpMind Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Statement of Work for Web Enabled POS Software and Mobile POS/Kiosk Project | 3/31/2025 |
| 91 | Big Lots, Inc. | JumpMind Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Statement of Work for Web Enabled POS Software and Mobile POS/Kiosk Project | 3/31/2025 |
| 92 | Big Lots, Inc. | JumpMind Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Statement of Work for Web Enabled POS Software Infrastructure and Mobile POS/Kiosk Project | 3/31/2025 |
| 93 | Big Lots, Inc. | JumpMind Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Statement of Work for Web Enabled POS Software Infrastructure and Mobile POS Project | 3/31/2025 |
| 94 | Big Lots, Inc. | JumpMind Inc. | PO Box 21611 | Columbus | OH | 43221 | USA | Independent Contractor Agreement | 3/31/2025 |
| 95 | Big Lots, Inc. | JumpMind Inc. | PO Box 21611 | Columbus | OH | 43221 | USA | Independent Contractor Agreement | 3/31/2025 |
| 96 | Big Lots, Inc. | JumpMind Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Independent Contractor Agreement | 3/31/2025 |
| 97 | Big Lots, Inc. | JumpMind Inc. | PO Box 21711 | Columbus | OH | 43221 | USA | Independent Contractor Agreement | 3/31/2025 |
| 98 | Big Lots, Inc. | JumpMind, Inc. | 4016 Townsfair Way | Columbus | OH | 43219 | USA | Production Support Subscription Agreement | 3/31/2025 |
| 99 | Big Lots, Inc. | JumpMind, Inc. | 4016 Townsfair Way, Suite 220 | Columbus | OH | 43219 | USA | Production Support Subscription Agreement | 3/31/2025 |
| 100 | Big Lots, Inc. | JumpMind, Inc. | 6568 Collingwood Drive | Westerville | OH | 43082 | USA | Master Services Agreement | 3/31/2025 |