**Schedule 2**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF MARCH 31, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of March 31, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | JumpMind, Inc. | 4100 Regent St, Suite E | Columbus | OH | 43219 | USA | Customer Order Form and Production Support Subscription Agreement | 3/31/2025 |
| 2 | Big Lots, Inc. | JumpMind, Inc. | 4016 Townsfair Way | Columbus | OH | 43219 | USA | Amendment to Independent Contractor Agreement | 3/31/2025 |
| 3 | Big Lots, Inc. | Keter Environmental Services | 4 High Ridge Park | Stamford | CT | 06905 | USA | Service Agreement | 3/31/2025 |
| 4 | Big Lots Stores, LLC | Keter Environmental Services, LLC | 4 High Ridge Park | Stamford | CT | 06905 | USA | Services Agreement | 3/31/2025 |
| 5 | Big Lots, Inc. | Koorsen Fire & Security | 727 Manor Park Drive | Columbus | OH | 43228 | USA | Proposal for Fire System Installation | 3/31/2025 |
| 6 | Big Lots, Inc. | Kronos | Cross Point, 900 Chelmsford St | Lowell | MA | 01851- | USA | Project Change Order | 3/31/2025 |
| 7 | Durant DC, LLC | Kronos | Cross Point, 900 Chelmsford St | Lowell | MA | 01851- | USA | Support Services Quote | 3/31/2025 |
| 8 | Big Lots, Inc. | Kronos Incorporated | 900 Chelmsford Street | Lowell | MA | 01851 | USA | Order Form for Professional Services | 3/31/2025 |
| 9 | Big Lots, Inc. | Kronos Incorporated | 297 Billenca Road | Chelmsford | MA | 01824 | USA | Support Services Quote | 3/31/2025 |
| 10 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Order Form for Professional Services | 3/31/2025 |
| 11 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Statement of Work for Kronos Solution Services | 3/31/2025 |
| 12 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Support Services Agreement | 3/31/2025 |
| 13 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Order Form for Software and Professional Services | 3/31/2025 |
| 14 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Statement of Work for Kronos Workforce Solution | 3/31/2025 |
| 15 | Big Lots, Inc. | KRONOS INCORPORATED | 3535 Queen Mary Road Suite 650 | Montreal | Quebec | H3V 1H8 | Canada | Support Services Quote | 3/31/2025 |
| 16 | Big Lots, Inc. | Kronos INCORPORATED | 297 Billenca Road | Chelmsford | MA | 01824 | USA | Order Form | 3/31/2025 |
| 17 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Equipment Support Agreement | 3/31/2025 |
| 18 | Big Lots, Inc. | Kronos Incorporated | 297 Billenca Road | Chelmsford | MA | 01824 | USA | Order Form | 3/31/2025 |
| 19 | Big Lots, Inc. | Kronos Incorporated | 297 Billenca Road | Chelmsford | MA | 01824 | USA | Confidentiality Agreement | 3/31/2025 |
| 20 | Durant DC, LLC | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Sales Agreement and Software License | 3/31/2025 |
| 21 | Durant DC, LLC | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Sales Agreement and Software License | 3/31/2025 |
| 22 | Big Lots, Inc. | Kronos Incorporated, f/k/a Empower Software Solutions | Cross Point, 900 Chelmsford St | Lowell | MA | 01851- | USA | Change Management Request for Automatic Addition of Minutes to In/Out Punches | 3/31/2025 |
| 23 | Big Lots, Inc. | Lazer Logistics | 6525 Shiloh Rd #900 | Alpharetta | GA | 30005 | USA | Services Agreement | 3/31/2025 |
| 24 | Great Basin, LLC | Lazer Spot, Inc. | 6525 Shiloh Road Suite 900 | Alpharetta | Georgia | 30005 | USA | Trailer Spotting and Shuttling Agreement | 3/31/2025 |
| 25 | Great Basin, LLC | Lazer Spot, Inc. | 6525 Shiloh Road Suite 900 | Alpharetta | Georgia | 30005 | USA | Addendum to Spotting and Shuttling Agreement | 3/31/2025 |
| 26 | Big Lots, Inc. | Link Logistics Group | 109 N Park Ln | Lincolnton | NC | 28092 | USA | Services Agreement | 3/31/2025 |
| 27 | Big Lots Management, LLC | LinkedIn Corporation | 1000 W. Maude Avenue | Sunnyvale | CA | 94085 | USA | Order Form | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 28 | Big Lots Management, LLC | LinkedIn Corporation | 1000 W. Maude Avenue | Sunnyvale | CA | 94085 | USA | Order Form | 3/31/2025 |
| 29 | Big Lots, Inc. | LinkedIn Corporation | 1000 W. Maude Avenue | Sunnyvale | CA | 94085 | USA | Order Form | 3/31/2025 |
| 30 | Big Lots, Inc. | LinkedIn Corporation | 2029 Stierlin Ct. | Mountain View | CA | 94043 | USA | Order Form | 3/31/2025 |
| 31 | Big Lots, Inc. | Linkedin Corporation | 2029 Stierlin Ct. | Mountain View | CA | 94043 | USA | Order Form | 3/31/2025 |
| 32 | Big Lots, Inc. | LinkedIn Corporation | 2029 Stierlin Ct. | Mountain View | CA | 94043 | USA | Corporate Subscription Agreement | 3/31/2025 |
| 33 | Big Lots, Inc. | Logility Inc. | 470 East Paces Ferry Road | Atlanta | GA | 30305 | USA | Confidentiality Agreement | 3/31/2025 |
| 34 | Big Lots, Inc. | Logility, Inc. | 470 East Paces Ferry Road, N.E. | Atlanta | Georgia | 30305 | USA | Consulting Services Agreement | 3/31/2025 |
| 35 | Big Lots, Inc. | Logility, Inc. | 470 East Paces Ferry Road, N.E. | Atlanta | Georgia | 30305 | USA | Consulting Services Agreement | 3/31/2025 |
| 36 | Big Lots, Inc. | Logility, Inc. | 470 East Paces Ferry Road, N.E. | Atlanta | Georgia | 30305 | USA | Consulting Services Agreement | 3/31/2025 |
| 37 | Big Lots, Inc. | Logility, Inc. | 470 East Paces Ferry Road, N.E. | Atlanta | Georgia | 30305 | USA | Consulting Services Agreement | 3/31/2025 |
| 38 | Big Lots, Inc. | Logility, Inc. | 470 E. Paces Ferry Rd. | Atlanta | GA | 30305 | USA | Basic License Agreement | 3/31/2025 |
| 39 | Big Lots, Inc. | Manhattan Associates | 2300 Windy Ridge Parkway NE | Atlanta | Georgia | 30339 | USA | Statement of Work for modifying Specialty Food Labels and Carton Labels | 3/31/2025 |
| 40 | Big Lots, Inc. | Manhattan Associates | 2300 Windy Ridge Parkway NE | Atlanta | Georgia | 30339 | USA | Statement of Work (SOW) for Professional Services | 3/31/2025 |
| 41 | Big Lots, Inc. | Manhattan Associates | 2300 Windy Ridge Parkway NE | Atlanta | Georgia | 30339 | USA | Statement of Work (SOW) for WMS Work Order/VAS workflows - Adhoc Support hours | 3/31/2025 |
| 42 | Big Lots, Inc. | Manhattan Associates | 123 Main St. | Atlanta | GA | 30301 | USA | Enhancement Agreement | 3/31/2025 |
| 43 | Big Lots Stores, LLC | Manhattan Associates | 2300 Windy Ridge Parkway NE | Atlanta | Georgia | 30339 | USA | Statement of Work (SOW) for Professional Services | 3/31/2025 |
| 44 | Big Lots, Inc. | Manhattan Associates | 2300 Windy Ridge Parkway NE Tenth Floor | Atlanta | Georgia | 30339 | USA | Statement of Work (SOW) for Professional Services | 3/31/2025 |
| 45 | Closeout Distribution, LLC | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Agreement for Hardware and Software Support Renewal | 3/31/2025 |
| 46 | Big Lots, Inc. | Manhattan Associates, Inc. | Global Headquarters 2300 Windy Ridge Parkway NE Tenth Floor | Atlanta | Georgia | 30339 | USA | Professional Services Agreement | 3/31/2025 |
| 47 | Big Lots Stores, LLC | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway, Tenth Floor | Atlanta | GA | 30339 | USA | Amendment to Software License, Services, Support and Enhancements | 3/31/2025 |
| 48 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway NE | Atlanta | Georgia | 30339 | USA | Professional Services Agreement | 3/31/2025 |
| 49 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway NE | Atlanta | Georgia | 30339 | USA | Professional Services Agreement | 3/31/2025 |
| 50 | Big Lots, Inc. | Manhattan Associates, Inc. | 1234 Example St. | Atlanta | GA | 30301 | USA | Extension Specification for Custom Receiving Validations | 3/31/2025 |
| 51 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway 10th Floor | Atlanta | GA | 30339 | USA | Services Acknowledgement for FourKites Integration | 3/31/2025 |
| 52 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Pkwy., 10th Floor | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 53 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 54 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 56 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Agreement for Vocollect Support Renewal | 3/31/2025 |
| 57 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 58 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 59 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway, Tenth Floor | Atlanta | GA | 30339 | USA | SaaS Services Agreement | 3/31/2025 |
| 60 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway, Tenth Floor | Atlanta | GA | 30339 | USA | Amendment to Third-Party Product Purchase Addendum | 3/31/2025 |
| 61 | Big Lots, Inc. | Manhattan Associates, Inc. | 200 Manhattan Parkway | Atlanta | GA | 30339 | USA | Implementation Services Agreement | 3/31/2025 |
| 62 | Big Lots, Inc. | Manhattan Associates, Inc. | 123 Main St. | Atlanta | GA | 30301 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 63 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Statement of Work for Extension Services | 3/31/2025 |
| 64 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Statement of Work for Design Services | 3/31/2025 |
| 65 | CSC Distribution LLC | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Agreement for Vocollect Hardware and Software Support Renewal | 3/31/2025 |
| 66 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Software License, Services, Support and Enhancements Agreement | 3/31/2025 |
| 67 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 68 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Master Purchase and Services Agreement | 3/31/2025 |
| 69 | Big Lots eCommerce LLC | Manhattan Associates, Inc. | 2300 Windy Ridge Pkwy., Suite 700 | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 70 | Big Lots, Inc. | Manhattan Associates, Inc. | 123 Main St. | Atlanta | GA | 30301 | USA | Extension for oLPN Cross-Reference Barcode | 3/31/2025 |
| 71 | Big Lots, Inc. | Manhattan Associates, Inc. | 123 Main St. | Atlanta | GA | 30301 | USA | Custom WCS Triggers Agreement | 3/31/2025 |
| 72 | Big Lots, Inc. | Manhattan Associates, Inc. | 123 Main St. | Columbus | OH | 43215 | USA | Extension Specification | 3/31/2025 |
| 73 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Software License, Services, Support and Enhancements Agreement | 3/31/2025 |
| 74 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Quote for Hardware and Software Support | 3/31/2025 |
| 75 | Big Lots, Inc. | Manhattan Associates, Inc. | 123 Main St. | Atlanta | GA | 30301 | USA | Consulting Services Agreement | 3/31/2025 |
| 76 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway 10th Floor | Atlanta | GA | 30339 | USA | Consulting Services Agreement | 3/31/2025 |
| 77 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway 10th Floor | Atlanta | GA | 30339 | USA | Consulting Services Agreement | 3/31/2025 |
| 78 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway 10th Floor | Atlanta | GA | 30339 | USA | Consulting Services Agreement | 3/31/2025 |
| 79 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Pkwy., Suite 700 | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 80 | Big Lots, Inc. | Manhattan Associates, Inc. | 1234 Software Lane | Atlanta | GA | 30301 | USA | Statement of Work for Labor Management Implementation | 3/31/2025 |
| 81 | Big Lots, Inc. | Manhattan Associates, Inc. | 123 Main St. | Atlanta | GA | 30301 | USA | Slotting Optimization Addendum | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 82 | Big Lots, Inc. | MANHATTAN ASSOCIATES, INC. | 123 Main St. | Atlanta | GA | 30301 | USA | SCI Addendum | 3/31/2025 |
| 83 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 84 | Big Lots, Inc. | Mastercard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Order Agreement for Software License and Support | 3/31/2025 |
| 85 | Big Lots, Inc. | Mastercard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Mastercard Services Agreement | 3/31/2025 |
| 86 | Big Lots, Inc. | Mastercard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Master Services Agreement | 3/31/2025 |
| 87 | Big Lots, Inc. | MASTERCARD INTERNATIONAL INCORPORATED | 2000 Purchase Street | Purchase | NY | 10577 | USA | Service Subscription Agreement | 3/31/2025 |
| 88 | Big Lots, Inc. | MASTERCARD INTERNATIONAL INCORPORATED | 2000 Purchase Street | Purchase | NY | 10577 | USA | Service Subscription Form | 3/31/2025 |
| 89 | Big Lots, Inc. | Mastercard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Acceptance Agreement | 3/31/2025 |
| 90 | Big Lots, Inc. | MASTERCARD INTERNATIONAL INCORPORATED | 2000 Purchase Street | Purchase | NY | 10577 | USA | SpendingPulse Service Subscription | 3/31/2025 |
| 91 | Big Lots, Inc. | Mastercard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Order Agreement for Software License and Support | 3/31/2025 |
| 92 | Big Lots, Inc. | MasterCard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Confidentiality Agreement | 3/31/2025 |
| 93 | Big Lots, Inc. | Mastercard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Services Agreement | 3/31/2025 |
| 94 | Big Lots, Inc. | Maxmind | 51 Pleasant Street, #1020 | Malden | MA | 02148- | USA | Services Agreement | 3/31/2025 |
| 95 | Big Lots, Inc. | McAfee | 6220 America Center Drive | San Jose | CA | 95002 | USA | Services Agreement | 3/31/2025 |
| 96 | Big Lots, Inc. | Mediterranean Shipping Co., S.A. | 40, Ave Eugene Pittard | Geneva | Geneva | 1206 | Switzerland | Service Contract | 3/31/2025 |
| 97 | Big Lots, Inc. | Mediterranean Shipping Co., S.A. | 40, Ave Eugene Pittard | Geneva | GE | 1206 | Switzerland | Service Contract | 3/31/2025 |
| 98 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | GE | 1206 | Switzerland | Service Contract | 3/31/2025 |
| 99 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | GE |  | Switzerland | Service Contract | 3/31/2025 |
| 100 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | GE | 1206 | Switzerland | Service Contract | 3/31/2025 |