**Schedule 2**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. [●]** |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF MARCH 31, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of March 31, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | MEDITERRANEAN SHIPPING COMPANY S.A. | 40, Avenue Eugène Pittard | Genève | GE | | Switzerland | Service Contract | 3/31/2025 |
| 2 | Big Lots, Inc. | MEDITERRANEAN SHIPPING COMPANY S.A. | 40, Avenue Eugène Pittard | Genève | GE | | Switzerland | Service Contract | 3/31/2025 |
| 3 | Big Lots, Inc. | MEDITERRANEAN SHIPPING COMPANY S.A. | 40, Avenue Eugène Pittard | Genève | GE | | Switzerland | Service Contract | 3/31/2025 |
| 4 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | Geneva | | Switzerland | Service Contract | 3/31/2025 |
| 5 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | GE | | Switzerland | Service Contract | 3/31/2025 |
| 6 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | GE | 1206 | Switzerland | Service Contract | 3/31/2025 |
| 7 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | GE | 1206 | Switzerland | Service Contract | 3/31/2025 |
| 8 | Big Lots, Inc. | Micro Focus Software Inc. | 1800 Novell Pl | Provo | UT | 84606-6101 | USA | Services Agreement | 3/31/2025 |
| 9 | Big Lots Stores, LLC | Mobile Mini, Inc. | Suite 400, 4646 E Van Buren Street | Phoenix | AZ | 85008 | USA | Master Equipment Lease Agreement | 3/31/2025 |
| 10 | Big Lots, Inc. | mobile mini, Inc. | Suite 400, 4646 E Van Buren Street | Phoenix | AZ | 85008 | USA | Master Equipment Lease Agreement | 3/31/2025 |
| 11 | Big Lots, Inc. | MSC Mediterranean Shipping Company S.A. | 40, Ave Eugene Pittard | Geneva | GE | 1206 | Switzerland | Service Contract | 3/31/2025 |
| 12 | Big Lots, Inc. | MTI Inc. | 580 DIVISION STREET | ELIZABETH | NJ | 07201-2003 | USA | Services Agreement | 3/31/2025 |
| 13 | Big Lots, Inc. | MXD Group, Inc. | 7795 Walton Parkway | New Albany | OH | 43054 | USA | Second Amendment to Transportation & Delivery Services Agreement | 3/31/2025 |
| 14 | Big Lots, Inc. | MXD GROUP, Inc. | 7795 Walton Parkway | New Albany | OH | 43054 | USA | Transportation and Delivery Services Agreement | 3/31/2025 |
| 15 | Big Lots, Inc. | MXD Group, Inc. | 7795 Walton Parkway | New Albany | OH | 43054 | USA | Statement of Work for Hub and Spoke Logistics Pilot | 3/31/2025 |
| 16 | Big Lots, Inc. | MXD Group, Inc. | 7795 Walton Parkway | New Albany | OH | 43054 | USA | Letter of Understanding for Transportation and Delivery Services | 3/31/2025 |
| 17 | Big Lots eCommerce LLC | MXD Group, Inc. | 7795 Walton Parkway | New Albany | OH | 43054 | USA | Statement of Work for Transportation and Delivery Services | 3/31/2025 |
| 18 | Big Lots Stores, LLC | NAS RECRUITMENT INNOVATION, INC. | PO BOX 781315 | PHILADELPHIA | PA | 17178-1315 | USA | Amendment to Scope of Work for ACTIVATE Renewal | 3/31/2025 |
| 19 | Big Lots, Inc. | NewEnergy | 350 South Grand Avenue, Suite 2950 | Los Angeles | CA | 90071 | USA | Pricing Schedule under Master Electricity Supply Agreement | 3/31/2025 |
| 20 | Big Lots, Inc. | NRG Energy, Inc. | 910 Louisiana | Houston | TX | 77002 | USA | Confidentiality Agreement | 3/31/2025 |
| 21 | Big Lots, Inc. | NRG Energy, Inc. | 910 Louisiana | Houston | TX | 77002 | USA | Confidentiality Agreement | 3/31/2025 |
| 22 | Big Lots, Inc. | NRG Energy, Inc. | 910 Louisiana | Houston | TX | 77002 | USA | Guaranty Agreement | 3/31/2025 |
| 23 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 24 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 25 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 26 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 27 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 28 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 29 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Service Contract | 3/31/2025 |
| 30 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 31 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 32 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 33 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 34 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 35 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 36 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 37 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 38 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Service Contract | 3/31/2025 |
| 39 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 40 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Service Contract | 3/31/2025 |
| 41 | Consolidated Property Holdings, LLC | OOCL | 4141 Hacienda Drive | Pleasanton | CA | 94588 | USA | Amendment to Service Contract | 3/31/2025 |
| 42 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 43 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 44 | Big Lots, Inc. | Orient Overseas Container Line Limited | 3 L/F, Harbour Centre | Wanchai | Hong Kong | | Hong Kong | Service Contract | 3/31/2025 |
| 45 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 46 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 47 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | Hong Kong | IP10 ONE | U.K. | Confidentiality Agreement | 3/31/2025 |
| 48 | Big Lots, Inc. | Orient Overseas Container Line Limited | 3 L/F, Harbour Centre | Wanchai | Hong Kong | | Hong Kong | Service Contract | 3/31/2025 |
| 49 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 50 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Wanchai | | | Hong Kong | Service Contract | 3/31/2025 |
| 51 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 52 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F. Hachour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 53 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 54 | Big Lots, Inc. | Orient Overseas Container Line Limited | 3J/F, Harbour Contre Wanchal | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 55 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 56 | Big Lots, Inc. | Orient Overseas Container Line Limited | 3M/F, Harbour Centre | Hong Kong | | | Hong Kong | Service Contract | 3/31/2025 |
| 57 | Big Lots, Inc. | Orient Overseas Container Line Limited | 3 L/F, Harbour Centre | Wanchai | Hong Kong | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 58 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 59 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 60 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 61 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 62 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 63 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Service Contract | 3/31/2025 |
| 64 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 65 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre | Wanchai | Hong Kong | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 66 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 67 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai, Hong Kong | Wanchai | Hong Kong | | Hong Kong | Service Contract | 3/31/2025 |
| 68 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Service Contract for Container Transportation | 3/31/2025 |
| 69 | Consolidated Property Holdings, LLC | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Service Contract | 3/31/2025 |
| 70 | Big Lots Stores, LLC | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 71 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 72 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 73 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 74 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Hong Kong | | | United Kingdom | Ocean Carrier Service Contract | 3/31/2025 |
| 75 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 76 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | Hong Kong | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 77 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 78 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 79 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 80 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 81 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 82 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 83 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 84 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 85 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 86 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 87 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 88 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 89 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 90 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 91 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 92 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 93 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 94 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 95 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Service Contract | 3/31/2025 |
| 96 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 97 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre | Wanchai | N/A | N/A | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 98 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 99 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 100 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |