**Schedule 2**

**Proposed Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY
CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF
MARCH 31, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of March 31, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 2 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | United Kingdom | Amendment to Service Contract | 3/31/2025 |
| 3 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 4 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | Hong Kong | | Hong Kong | Ocean Carrier Service Contract | 3/31/2025 |
| 5 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 6 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 7 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 8 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 9 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 10 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 11 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | Hong Kong | | United Kingdom | Amendment to Service Contract | 3/31/2025 |
| 12 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 13 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 14 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 15 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 16 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 17 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 18 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 19 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 20 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 21 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 22 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 23 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | United Kingdom | Amendment to Service Contract | 3/31/2025 |
| 24 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 25 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 26 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | Hong Kong | | Hong Kong | Service Contract | 3/31/2025 |
| 27 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 28 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 29 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | Hong Kong | | Hong Kong | Amendment to Service Contract | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 31 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 32 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 33 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 34 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 35 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 36 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 37 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 38 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 39 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 40 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 41 | Consolidated Property Holdings, LLC | Orient Overseas Container Line, Inc., and Orient Overseas Container Line (UK) Ltd. | Hong Kong/Taiwan/Korea | Roanoke | VA | | USA | Amendment to Service Contract | 3/31/2025 |
| 42 | Big Lots Stores, LLC | Orient Overseas Container Line, Inc., and Orient Overseas Container Line (UK) Ltd. | Hong Kong/Taiwan/Korea | Roanoke | VA | | USA | Maritime | 3/31/2025 |
| 43 | Big Lots, Inc. | Orient Overseas Containex Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 44 | Big Lots, Inc. | Pappas Trucking LLC | 1890 WILLIAMS RD | COLUMBUS | OH | 43207-5113 | USA | Services Agreement | 3/31/2025 |
| 45 | Big Lots eCommerce LLC | PayPal, Inc. | 2211 N. 1st Street | San Jose | CA | 95131 | USA | Addendum to Merchant Agreement for Pay Later Suite | 3/31/2025 |
| 46 | Big Lots Stores, LLC | PayPal, Inc. | 12312 E. 1st St. | San Jose | CA | 95131 | USA | Payment processor | 3/31/2025 |
| 47 | Big Lots eCommerce LLC | PayPal, Inc. | 2211 North First Street | San Jose | CA | 95131 | USA | Merchant Agreement | 3/31/2025 |
| 48 | Big Lots, Inc. | PayPal, Inc. | 12312 Port Grace Blvd | La Vista | NE | 68128 | USA | Nondisclosure Agreement | 3/31/2025 |
| 49 | Big Lots eCommerce LLC | PayPal, Inc. | 2211 N. 1st Street | San Jose | CA | 95131 | USA | Marketing Program Addendum | 3/31/2025 |
| 50 | Big Lots, Inc. | PayPal, Inc. | 12312 E. 1st St. | San Jose | CA | 95131 | USA | Confidentiality Agreement | 3/31/2025 |
| 51 | Big Lots, Inc. | Peabody Landscape | 2253 Dublin Road | Columbus | OH | 43228 | USA | Landscape Maintenance Agreement | 3/31/2025 |
| 52 | Big Lots Stores, LLC | Peabody Landscape Group | 4900 Dublin Granville Rd. | Westerville | OH | 43081 | USA | Statement of Work for Landscaping Services | 3/31/2025 |
| 53 | Big Lots, Inc. | Peabody Landscape Group | 2253 Dublin Rd. | Columbus | OH | 43228 | USA | Master Services Agreement | 3/31/2025 |
| 54 | Big Lots Stores, LLC | Peabody Landscape Group | 2253 Dublin Road | Columbus | OH | 43228 | USA | Service Proposal | 3/31/2025 |
| 55 | Big Lots Stores, LLC | Peabody Landscape Group | 2253 Dublin Road | Columbus | OH | 43228 | USA | Service Proposal | 3/31/2025 |
| 56 | Big Lots, Inc. | Peabody Landscape Group | 2253 Dublin Rd. | Columbus | OH | 43228 | USA | Landscape Maintenance Agreement | 3/31/2025 |
| 57 | Big Lots, Inc. | Peabody Landscape Group | 2253 Dublin Road | Columbus | OH | 43228 | USA | Landscape Maintenance Proposal | 3/31/2025 |
| 58 | Big Lots, Inc. | Peabody Landscape Group | 2253 Dublin Rd. | Columbus | OH | 43228 | USA | Snow Removal Services Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 59 | Big Lots, Inc. | Peabody Landscape Group | 450 Phillipl Road | Columbus | OH | 43228 | USA | Landscape Maintenance Proposal | 3/31/2025 |
| 60 | Big Lots, Inc. | Peabody Landscape Group | 450 Phillipi Road | Columbus | OH | 43228 | USA | Snow Removal Proposal | 3/31/2025 |
| 61 | Big Lots, Inc. | Peabody Landscape Group | 450 Phillipi Road | Columbus | OH | 43228 | USA | Snow Removal Services Agreement | 3/31/2025 |
| 62 | Big Lots, Inc. | Peabody Landscape Group | 450 Phillipi Road | Columbus | OH | 43228 | USA | Landscape Maintenance Agreement | 3/31/2025 |
| 63 | Big Lots, Inc. | PENSKE Logistics | Rt. 10 Green Hills | Reading | PA | 19607 | USA | Confidentiality Agreement | 3/31/2025 |
| 64 | CSC Distribution LLC | Penske Logistics | Rt. 10 Green Hills | Reading | PA | 19607 | USA | Motor Vehicle Bill of Sale / Odometer (Mileage) Statement | 3/31/2025 |
| 65 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Schedule A Store Delivery Services and Rates | 3/31/2025 |
| 66 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Store Delivery Services Agreement | 3/31/2025 |
| 67 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Yard Services and Rates Agreement | 3/31/2025 |
| 68 | Big Lots, Inc. | Penske Logistics LLC | Route 10 and Pheasant Road | Reading | PA | 19607 | USA | Transportation Agreement | 3/31/2025 |
| 69 | Big Lots, Inc. | PENSKE LOGISTICS LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Termination of Lease and Purchase Agreement | 3/31/2025 |
| 70 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Services Agreement | 3/31/2025 |
| 71 | Big Lots, Inc. | Penske Logistics LLC | 3000 Auburn Drive | Beachwood | OH | 44122 | USA | Software Purchase and Sale Agreement | 3/31/2025 |
| 72 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Supplement to Transportation Agreement | 3/31/2025 |
| 73 | Big Lots, Inc. | Penske Logistics LLC | Route 10 Green Hills, P.O. Box 296 | Reading | PA | 19603 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 74 | Big Lots, Inc. | Penske Logistics LLC | Rt. 10 and Pheasant Road | Reading | PA | 19607 | USA | Transportation Agreement | 3/31/2025 |
| 75 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Transportation Agreement | 3/31/2025 |
| 76 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Transportation Agreement | 3/31/2025 |
| 77 | Big Lots, Inc. | PENSKE LOGISTICS LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Transportation Agreement | 3/31/2025 |
| 78 | Big Lots, Inc. | PENSKE LOGISTICS LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Transportation Agreement | 3/31/2025 |
| 79 | Big Lots, Inc. | PENSKE LOGISTICS LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Transportation Agreement | 3/31/2025 |
| 80 | Big Lots, Inc. | Penske Logistics LLC | 2855 Selma Highway | Montgomery | AL | 36108 | USA | Transportation Agreement | 3/31/2025 |
| 81 | Big Lots, Inc. | Penske Logistics LLC | Penske Logistics Route 10 - Green Hills, PO Box 563 | Reading | PA | 19603-0563 | USA | Transportation Agreement | 3/31/2025 |
| 82 | Consolidated Property Holdings, LLC | Penske Logistics, Inc. | Route 10-Green Hills | Reading | PA | 19603 | USA | Transportation Agreement | 3/31/2025 |
| 83 | Consolidated Property Holdings, LLC | Penske Logistics, Inc. | Route 10-Green Hills | Reading | PA | 19603 | USA | Transportation Agreement | 3/31/2025 |
| 84 | Consolidated Property Holdings, LLC | Penske Logistics, Inc. | Route 10-Green Hills PO Box 563 | Reading | PA | 19603 | USA | Amendment to Contract Carrier Agreement | 3/31/2025 |
| 85 | Consolidated Property Holdings, LLC | Penske Logistics, Inc. (f/k/a Leaseway Customized Transport, Inc.) | Route 10 Green Hills | Reading | PA | 19603 | USA | Amendment to Contract Carrier Agreement | 3/31/2025 |
| 86 | Great Basin, LLC | Penske Truck Leasing | Route 10 Green Hills | Reading | PA | 19603 | USA | Vehicle Maintenance Agreement | 3/31/2025 |
| 87 | Great Basin, LLC | Penske Truck Leasing | Route 10 Green Hills | Reading | PA | 19603 | USA | Vehicle Maintenance Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 88 | Great Basin, LLC | Penske Truck Leasing | Route 10 Green Hills | Reading | PA | 19603 | USA | Vehicle Maintenance Agreement | 3/31/2025 |
| 89 | Great Basin, LLC | Penske Truck Leasing | Route 10 Green Hills | Reading | PA | 19603 | USA | Vehicle Maintenance Agreement | 3/31/2025 |
| 90 | Great Basin, LLC | Penske Truck Leasing Co., L.P. | P.O. Box 563 | Reading | PA | 19603-0563 | USA | Vehicle Maintenance Agreement | 3/31/2025 |
| 91 | Great Basin, LLC | PENSKE TRUCK LEASING CO., L.P. | P.O. Box 563 | Reading | PA | 19603-0563 | USA | Vehicle Maintenance Agreement | 3/31/2025 |
| 92 | Big Lots, Inc. | Pittsburg Tank | PO BOX 1849 | HENDERSON | KY | 42419-1849 | US | Services Agreement | 3/31/2025 |
| 93 | Durant DC, LLC | Presto-X-Company | 1125 Bershire Boulevard | Reading | PA | 19610 | USA | Termination Notice | 3/31/2025 |
| 94 | Durant DC, LLC | Presto-X-Company | 1915 Peters Rd. #207 | Irving | Texas | 75061 | USA | Pest Management Service Agreement | 3/31/2025 |
| 95 | Big Lots, Inc. | ProData Computer Service, Inc. | 18881 W Dodge Rd Ste 220W | Omaha | NE | 68022 | USA | Services Agreement | 3/31/2025 |
| 96 | Big Lots Stores, LLC | Prodata Computer Services, Inc. | 18881 WEST DODGE ROAD SUITE 220W | OMAHA | NE | 68022 | USA | Services Agreement | 3/31/2025 |
| 97 | Big Lots Stores, LLC | project44, Inc. | 1234 Example St. | Columbus | OH | 43215 | USA | Statement of Work for Carrier Integration | 3/31/2025 |
| 98 | Big Lots Stores, LLC | project44, Inc. | 1234 Example St. | Columbus | OH | 43215 | USA | Data Security Addendum | 3/31/2025 |
| 99 | Big Lots Stores, LLC | project44, LLC | 1234 Example St. | Columbus | OH | 43215 | USA | Order Q-33217 under Main Service Agreement | 3/31/2025 |
| 100 | Big Lots, Inc. | Proofpoint | 4900 East Dublin Granville Rd. | Columbus | OH | | USA | Partner Change Request | 3/31/2025 |