## Schedule 1

**Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Proofpoint, Inc. | 892 Ross Drive | Sunnyvale | CA | 94089 | USA | Amendment to Software Order Form | 3/31/2025 |
| 2 | Big Lots, Inc. | Proofpoint, Inc. | 892 Ross Drive | Sunnyvale | CA | 94089 | USA | Confidentiality Agreement | 3/31/2025 |
| 3 | Big Lots, Inc. | PROTOS SECURITY | PO BOX 782052 | PHILADELPHIA | PA | 19178-2052 | USA | Services Agreement | 3/31/2025 |
| 4 | Big Lots Stores, LLC | PTC Inc. | 121 Seaport Blvd | Boston | MA | 02210 | USA | Renewal Order Agreement | 3/31/2025 |
| 5 | Big Lots Stores, LLC | PTC Inc. | 121 Seaport Blvd | Boston | MA | 02210 | USA | Renewal Order Agreement | 3/31/2025 |
| 6 | Big Lots, Inc. | PTC Inc. | 121 Seaport Blvd, Suite 1700 | Boston | MA | 02210-2050 | USA | Support Service Contract | 3/31/2025 |
| 7 | Big Lots, Inc. | PTC Inc. | 121 Seaport Blvd | Boston | MA | 02210 | USA | Confidentiality Agreement | 3/31/2025 |
| 8 | Big Lots Stores, LLC | Quantum Metric, Inc. | 10807 New Allegiance Drive, Ste. 155 | Colorado Springs | CO | 80921 | USA | Enterprise Subscription Order Form | 3/31/2025 |
| 9 | Big Lots Stores, LLC | Quantum Metric, Inc. | 10807 New Allegiance Drive, Suite 155 | Colorado Springs | CO | 80921 | USA | Master Services Agreement | 3/31/2025 |
| 10 | Big Lots, Inc. | Red Hat Inc. | 1801 Varsity Drive | Raleigh | North Carolina | 27606 | USA | Order Form | 3/31/2025 |
| 11 | Big Lots, Inc. | Red Hat Inc. | 1801 Varsity Drive | Raleigh | North Carolina | 27606 | USA | Order Form for Subscription Services | 3/31/2025 |
| 12 | Big Lots, Inc. | Red Hat Inc. | 1801 Varsity Drive | Raleigh | North Carolina | 27606 | USA | Order Form for Subscription Services | 3/31/2025 |
| 13 | Big Lots, Inc. | Red Hat, Inc. | 1801 Varsity Drive | Raleigh | NC | 27606 | USA | Enterprise Agreement | 3/31/2025 |
| 14 | Big Lots, Inc. | Red Hat, Inc. | 1801 Varsity Drive | Raleigh | NC | 27606 | USA | Order Form for Subscription Services | 3/31/2025 |
| 15 | Big Lots, Inc. | Red Hat, Inc. | 1801 Varsity Drive | Raleigh | NC | 27606 | USA | Order Form for Subscription Services | 3/31/2025 |
| 16 | Big Lots, Inc. | RELEX Solutions, Inc. | Postintaival 7 | Helsinki | Finland | 00230 | Finland | Confidentiality Agreement | 3/31/2025 |
| 17 | Big Lots, Inc. | Retail Logistics Excellence - RELEX Oy | Postintaival 7 | Helsinki | Finland | 00230 | Finland | Addendum to Master Service Agreement | 3/31/2025 |
| 18 | Big Lots, Inc. | Retail Logistics Excellence - RELEX Oy | Postintaival 7 | Helsinki | Finland | 00230 | Finland | Statement of Work for Professional Services | 3/31/2025 |
| 19 | Big Lots, Inc. | Retail Logistics Excellence - RELEX Oy | Postintaival 7 | Helsinki | Finland | 00230 | Finland | Master Service Agreement (MSA) for SaaS Services | 3/31/2025 |
| 20 | Big Lots, Inc. | Retail Logistics Excellence - RELEX Oy | Postintaival 7 | Helsinki | Finland | 00230 | Finland | Master Service Agreement (MSA) for SaaS Services | 3/31/2025 |
| 21 | Big Lots Stores, LLC | Retail Logistics Excellence - RELEX Oy | Postintaival 7 | Helsinki | Finland | 00230 | Finland | Order Form for SaaS Subscription | 3/31/2025 |
| 22 | Big Lots, Inc. | RoadOne Intermodal Logistics | 1 Kellaway Drive | Randolph | MA | 02368 | USA | Services Agreement | 3/31/2025 |
| 23 | Big Lots, Inc. | S4I Systems | 616 S El Camino Real Ste M | San Clemente | CA | 92672-4299 | USA | Services Agreement | 3/31/2025 |
| 24 | Big Lots Stores, LLC | SCANA Energy Marketing, LLC | 2231 S. Centennial Ave | Aiken | SC | 29803 | USA | Natural Gas Purchase Contract | 3/31/2025 |
| 25 | Big Lots, Inc. | SCSS - Stanley Convergent Security Solutions | 9 Campus Drive | Parsippany | NJ | 07054 | USA | Invoice and Cost Segregation Agreement | 3/31/2025 |
| 26 | Big Lots, Inc. | SCSS - Stanley Convergent Security Solutions | 9 Campus Drive | Parsippany | NJ | 07054 | USA | Addendum for Installation Coordination and Payment Terms | 3/31/2025 |
| 27 | Big Lots Stores, LLC | Securitas Security Services | 9 Campus Drive | Parsippany | NJ | 07054 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|-----|--------|----------------------|------------------------------|------|-------|-----|---------|-------------------------|-------------------------|
| 28 | Big Lots, Inc. | Securitas Technology Corp (fka Stanley Convergent Security Solutions) | 9 Campus Drive | Parsippany | NJ | 07054 | USA | Addendum for Store Locations | 3/31/2025 |
| 29 | Big Lots Stores, LLC | Securitas Technology Corporation | 3800 Tabs Drive | Uniontown | OH | 44685 | USA | Services Agreements | 3/31/2025 |
| 30 | Big Lots Stores, LLC | Securitas Technology Corporation | 3800 Tabs Drive | Uniontown | OH | 44685 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 31 | Big Lots Stores, LLC | Securitas Technology Corporation | 3800 Tabs Drive | Uniontown | OH | 44685 | USA | Amendment to Master Agreement | 3/31/2025 |
| 32 | Big Lots, Inc. | SIEMENS INDUSTRY INC | 9225 Bee Caves Rd, Bldg B, Ste 100 | Austin | TX | 78733 | USA | Service Agreement | 3/31/2025 |
| 33 | Big Lots, Inc. | Siemens Industry Inc. | 9225 Bee Caves Rd, Bldg B, Ste 100 | Austin | TX | 78733 | USA | Amendment to Equipment and Services Purchase Agreement | 3/31/2025 |
| 34 | Big Lots, Inc. | Siemens Industry Inc. | 9225 Bee Caves Rd, Bldg B, Ste 100 | Austin | TX | 78733 | USA | Ninth Amendment to the Equipment and Services Purchase Agreement | 3/31/2025 |
| 35 | Big Lots, Inc. | Siemens Information & Communication Mobile LLC | 16745 West Bernardo Drive | San Diego | California | 92127 | USA | Purchase and Sale Agreement | 3/31/2025 |
| 36 | Big Lots, Inc. | SMARTbear | 450 Artisan Way | Somerville | MA | 02145 | USA | Services Agreement | 3/31/2025 |
| 37 | Big Lots Stores, LLC | SNÓ-SERVICES, LLC | 5000 Ritter Road, Ste 204 | Mechanicsburg | PA | 17055 | USA | Master Service Agreement | 3/31/2025 |
| 38 | Big Lots Stores, LLC | Snowflake Inc. | 4900E E DUBLIN GRANVILLE RD | COLUMBUS | Ohio | 43081-7651 | USA | Additional Capacity Order | 3/31/2025 |
| 39 | Big Lots, Inc. | Snowflake Inc. | 4900E E DUBLIN GRANVILLE RD | COLUMBUS | Ohio | 43081-7651 | USA | Capacity Order Form | 3/31/2025 |
| 40 | Big Lots Stores, LLC | Snowflake Inc. | 450 Concar Dr | San Mateo | CA | 94402 | USA | Technical Services SOW | 3/31/2025 |
| 41 | Big Lots, Inc. | Snowflake Inc. | 4900E E DUBLIN GRANVILLE RD | COLUMBUS | Ohio | 43081-7651 | USA | Capacity Order Form | 3/31/2025 |
| 42 | Big Lots, Inc. | Snowflake Inc. | 4900E E DUBLIN GRANVILLE RD | COLUMBUS | Ohio | 43081-7651 | USA | Capacity Order Form | 3/31/2025 |
| 43 | Big Lots Stores, LLC | Snowflake Inc. | 450 Concar Dr | San Mateo | CA | 94402 | USA | Data science and data sharing platform | 3/31/2025 |
| 44 | Big Lots, Inc. | Snowflake Inc. | 4900E E DUBLIN GRANVILLE RD | COLUMBUS | Ohio | 43081-7651 | USA | Capacity Order Form | 3/31/2025 |
| 45 | Big Lots, Inc. | Snowflake Inc. | 4900E E DUBLIN GRANVILLE RD | COLUMBUS | Ohio | 43081-7651 | USA | Capacity Order Form | 3/31/2025 |
| 46 | Big Lots, Inc. | Snowflake Inc. | 450 Concar Drive | San Mateo | CA | 94402 | USA | Master SaaS Agreement | 3/31/2025 |
| 47 | Big Lots Stores, LLC | SOTI Inc | 1950 Meadowvale Blvd | Mississauga | ON | L5N 8L9 | Canada | Statement of Work for Device Migration Services | 3/31/2025 |
| 48 | Big Lots Stores, LLC | SOTI Inc | 1950 Meadowvale Blvd | Mississauga | ON | L5N 8L9 | Canada | Services Agreement | 3/31/2025 |
| 49 | Big Lots, Inc. | Southern Market | PO BOX 1116 | ARDMORE | OK | 73402 | US | Services Agreement | 3/31/2025 |
| 50 | Great Basin, LLC | Spireon, Inc. | 9724 Kingston Pike, #800 | Knoxville | TN | 37922 | USA | Subscription Service Agreement | 3/31/2025 |
| 51 | Great Basin, LLC | Spireon, Inc. | 12345 S. 123rd St. | Los Angeles | CA | 90001 | USA | Pilot Program Agreement | 3/31/2025 |
| 52 | Big Lots, Inc. | Spireon® | 16802 Aston Sacal | Irvine | CA | 92606 | USA | Standard Purchase Option Order Form | 3/31/2025 |
| 53 | Big Lots, Inc. | Splunk Inc. | 270 Brannan Street | San Francisco | CA | 94107 | USA | Expansion Agreement for Real Browser Check License | 3/31/2025 |
| 54 | Big Lots Stores, LLC | Splunk Inc. | 270 Brannan Street | San Francisco | CA | 94107 | USA | Statement of Work for Professional Services | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Big Lots, Inc. | Splunk Inc. | 270 Brannan Street | San Francisco | CA | 94107 | USA | Agreement for Professional Services | 3/31/2025 |
| 56 | Big Lots, Inc. | Splunk Inc. | 270 Brannan Street | San Francisco | CA | 94107 | USA | Professional Services Agreement | 3/31/2025 |
| 57 | Big Lots Stores, LLC | Splunk Inc. | 270 Brannan Street | San Francisco | CA | 94107 | USA | Statement of Work for Professional Services | 3/31/2025 |
| 58 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 59 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 60 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 61 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 62 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 63 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 64 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 65 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 66 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 67 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 68 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 69 | Big Lots, Inc. | Stanley Convergent Security Solutions, Inc. | 9998 Crosspoint Blvd Ste 300 | Indianapolis | IN | 46256-3307 | USA | Amendment to Master Agreement | 3/31/2025 |
| 70 | Big Lots, Inc. | Stanley Convergent Security Solutions, Inc. | 9998 Crosspoint Blvd Ste 300 | Indianapolis | IN | 46256-3307 | USA | Amendment to Master Agreement | 3/31/2025 |
| 71 | Big Lots, Inc. | Stanley Convergent Security Solutions, Inc. | 9998 Crosspoint Blvd Ste 300 | Indianapolis | IN | 46256-3307 | USA | Master Agreement for Security Services | 3/31/2025 |
| 72 | Big Lots, Inc. | Stanley Convergent Security Solutions, Inc. | 9998 Crosspoint Blvd Ste 300 | Indianapolis | IN | 46256-3307 | USA | Automatic Bill Payment Enrollment Form | 3/31/2025 |
| 73 | Big Lots, Inc. | Stanley Convergent Security Solutions, Inc. | 9998 Crosspoint Blvd Ste 300 | Indianapolis | IN | 46256-3307 | USA | Service Agreement for Security Solutions | 3/31/2025 |
| 74 | CSC Distribution LLC | Surge Staffing LLC | 3322 Memorial Parkway SW | Huntsville | AL | 35801 | USA | Staffing Services Agreement | 3/31/2025 |
| 75 | Big Lots, Inc. | Surge Staffing, LLC | 3322 Memorial Parkway SW Suite 101 | Huntsville | AL | 35801 | USA | Amendment to Staffing Services Agreement | 3/31/2025 |
| 76 | Big Lots, Inc. | Surge Staffing, LLC | 3322 Memorial Parkway SW Suite 101 | Huntsville | AL | 35801 | USA | Staffing Services Agreement | 3/31/2025 |
| 77 | Big Lots, Inc. | Surge Staffing, LLC | 3322 Memorial Parkway SW Suite 101 | Huntsville | AL | 35801 | USA | Staffing Services Agreement | 3/31/2025 |
| 78 | Big Lots Stores, LLC | Symmetry Energy Solutions, LLC | 9811 Katy Fwy, Ste 1400 | Houston | TX | 77024-1296 | USA | Natural Gas Sales Transaction Confirmation | 3/31/2025 |
| 79 | Big Lots, Inc. | T.L. Ashford & Associates, Inc | 525 West Fifth Street | Covington | KY | 41011 | USA | Software License Agreement | 3/31/2025 |
| 80 | Big Lots, Inc. | T.L. Ashford & Associates, Inc | 525 West Fifth Street | Covington | KY | 41011 | USA | Software License Agreement | 3/31/2025 |
| 81 | Big Lots, Inc. | Tango Analytics, LLC | 9797 Rombauer Road | Coppell | Texas | 75019 | USA | Amendment to Master Service Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 82 | Big Lots, Inc. | Tango Analytics, LLC | 6225 N. State Hwy 161, Suite 300 | Irving | TX | 75038 | USA | Change Request for Tango Environment Setup | 3/31/2025 |
| 83 | Big Lots, Inc. | Tango Analytics, LLC | 6225 N. State Hwy 161, Suite 300 | Irving | TX | 75038 | USA | Statement of Work for Implementation Services | 3/31/2025 |
| 84 | Big Lots, Inc. | Tango Analytics, LLC | 6225 N. State Hwy 161, Suite 300 | Irving | TX | 75038 | USA | Statement of Work for Tango Analytics | 3/31/2025 |
| 85 | Big Lots Stores, LLC | Tango Analytics, LLC | 6225 N. State Hwy 161, Suite 300 | Irving | TX | 75038 | USA | Amendment | 3/31/2025 |
| 86 | Big Lots, Inc. | Tango Analytics, LLC. | 5525 MacArthur Blvd., Suite 450 | Irving | TX | 75038 | USA | Master Service Agreement | 3/31/2025 |
| 87 | Big Lots, Inc. | Tango Analytics, LLC. | 5525 MacArthur Blvd., Suite 450 | Irving | TX | 75038 | USA | Confidentiality Agreement | 3/31/2025 |
| 88 | Big Lots, Inc. | Thinkst | 5 Howe St, Observatory | Cape Town | | 07925 | South Africa | Services Agreement | 3/31/2025 |
| 89 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1, Ever Gain Plaza 88 Container Port Road | Kwai Chung | N/A | | Hong Kong | Ocean Carrier Service Contract | 3/31/2025 |
| 90 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement Amendment | 3/31/2025 |
| 91 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1, Ever Gain Plaza, 88 Container Port Road, New Territories | Kwai Chung | Hong Kong | | Hong Kong | NVOCC Service Arrangement Amendment | 3/31/2025 |
| 92 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1, Ever Gain Plaza 88 Container Port Road | Kwai Chung | New Territories | | Hong Kong | Amended NVOCC Service Arrangement | 3/31/2025 |
| 93 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1, Ever Gain Plaza, 88 Container Port Road, New Territories | Kwai Chung | Hong Kong | | Hong Kong | Amended NVOCC Service Arrangement | 3/31/2025 |
| 94 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 95 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1, Ever Gain Plaza, 88 Container Port Road | Kwai Chung | N/A | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 96 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 97 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 98 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 99 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 300 Philip Road | Columbus | OH | 43228 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 100 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |