**Schedule 2**

**Proposed Rejection Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** [●] |

### ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF MARCH 31, 2025 AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")² of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

¹ The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of March 31, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Proofpoint, Inc. | 892 Ross Drive | Sunnyvale | CA | 94089 | USA | Amendment to Software Order Form | 3/31/2025 |
| 2 | Big Lots, Inc. | Proofpoint, Inc. | 892 Ross Drive | Sunnyvale | CA | 94089 | USA | Confidentiality Agreement | 3/31/2025 |
| 3 | Big Lots, Inc. | PROTOS SECURITY | PO BOX 782052 | PHILADELPHIA | PA | 19178-2052 | USA | Services Agreement | 3/31/2025 |
| 4 | Big Lots Stores, LLC | PTC Inc. | 121 Seaport Blvd | Boston | MA | 02210 | USA | Renewal Order Agreement | 3/31/2025 |
| 5 | Big Lots Stores, LLC | PTC Inc. | 121 Seaport Blvd | Boston | MA | 02210 | USA | Renewal Order Agreement | 3/31/2025 |
| 6 | Big Lots, Inc. | PTC Inc. | 121 Seaport Blvd, Suite 1700 | Boston | MA | 02210-2050 | USA | Support Service Contract | 3/31/2025 |
| 7 | Big Lots, Inc. | PTC Inc. | 121 Seaport Blvd | Boston | MA | 02210 | USA | Confidentiality Agreement | 3/31/2025 |
| 8 | Big Lots Stores, LLC | Quantum Metric, Inc. | 10807 New Allegiance Drive, Ste. 155 | Colorado Springs | CO | 80921 | USA | Enterprise Subscription Order Form | 3/31/2025 |
| 9 | Big Lots Stores, LLC | Quantum Metric, Inc. | 10807 New Allegiance Drive, Suite 155 | Colorado Springs | CO | 80921 | USA | Master Services Agreement | 3/31/2025 |
| 10 | Big Lots, Inc. | Red Hat Inc. | 1801 Varsity Drive | Raleigh | North Carolina | 27606 | USA | Order Form | 3/31/2025 |
| 11 | Big Lots, Inc. | Red Hat Inc. | 1801 Varsity Drive | Raleigh | North Carolina | 27606 | USA | Order Form for Subscription Services | 3/31/2025 |
| 12 | Big Lots, Inc. | Red Hat Inc. | 1801 Varsity Drive | Raleigh | North Carolina | 27606 | USA | Order Form for Subscription Services | 3/31/2025 |
| 13 | Big Lots, Inc. | Red Hat, Inc. | 1801 Varsity Drive | Raleigh | NC | 27606 | USA | Enterprise Agreement | 3/31/2025 |
| 14 | Big Lots, Inc. | Red Hat, Inc. | 1801 Varsity Drive | Raleigh | NC | 27606 | USA | Order Form for Subscription Services | 3/31/2025 |
| 15 | Big Lots, Inc. | Red Hat, Inc. | 1801 Varsity Drive | Raleigh | NC | 27606 | USA | Order Form for Subscription Services | 3/31/2025 |
| 16 | Big Lots, Inc. | RELEX Solutions, Inc. | Postintaival 7 | Helsinki | Finland | 00230 | Finland | Confidentiality Agreement | 3/31/2025 |
| 17 | Big Lots, Inc. | Retail Logistics Excellence - RELEX Oy | Postintaival 7 | Helsinki | Finland | 00230 | Finland | Addendum to Master Service Agreement | 3/31/2025 |
| 18 | Big Lots, Inc. | Retail Logistics Excellence - RELEX Oy | Postintaival 7 | Helsinki | Finland | 00230 | Finland | Statement of Work for Professional Services | 3/31/2025 |
| 19 | Big Lots, Inc. | Retail Logistics Excellence - RELEX Oy | Postintaival 7 | Helsinki | Finland | 00230 | Finland | Master Service Agreement (MSA) for SaaS Services | 3/31/2025 |
| 20 | Big Lots, Inc. | Retail Logistics Excellence - RELEX Oy | Postintaival 7 | Helsinki | Finland | 00230 | Finland | Master Service Agreement (MSA) for SaaS Services | 3/31/2025 |
| 21 | Big Lots Stores, LLC | Retail Logistics Excellence - RELEX Oy | Postintaival 7 | Helsinki | Finland | 00230 | Finland | Order Form for SaaS Subscription | 3/31/2025 |
| 22 | Big Lots, Inc. | RoadOne Intermodal Logistics | 1 Kellaway Drive | Randolph | MA | 02368 | USA | Services Agreement | 3/31/2025 |
| 23 | Big Lots, Inc. | S4I Systems | 616 S El Camino Real Ste M | San Clemente | CA | 92672-4299 | USA | Services Agreement | 3/31/2025 |
| 24 | Big Lots Stores, LLC | SCANA Energy Marketing, LLC | 2231 S. Centennial Ave | Aiken | SC | 29803 | USA | Natural Gas Purchase Contract | 3/31/2025 |
| 25 | Big Lots, Inc. | SCSS - Stanley Convergent Security Solutions | 9 Campus Drive | Parsippany | NJ | 07054 | USA | Invoice and Cost Segregation Agreement | 3/31/2025 |
| 26 | Big Lots, Inc. | SCSS - Stanley Convergent Security Solutions | 9 Campus Drive | Parsippany | NJ | 07054 | USA | Addendum for Installation Coordination and Payment Terms | 3/31/2025 |
| 27 | Big Lots Stores, LLC | Securitas Security Services | 9 Campus Drive | Parsippany | NJ | 07054 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 28 | Big Lots, Inc. | Securitas Technology Corp (fka Stanley Convergent Security Solutions) | 9 Campus Drive | Parsippany | NJ | 07054 | USA | Addendum for Store Locations | 3/31/2025 |
| 29 | Big Lots Stores, LLC | Securitas Technology Corporation | 3800 Tabs Drive | Uniontown | OH | 44685 | USA | Services Agreements | 3/31/2025 |
| 30 | Big Lots Stores, LLC | Securitas Technology Corporation | 3800 Tabs Drive | Uniontown | OH | 44685 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 31 | Big Lots Stores, LLC | Securitas Technology Corporation | 3800 Tabs Drive | Uniontown | OH | 44685 | USA | Amendment to Master Agreement | 3/31/2025 |
| 32 | Big Lots, Inc. | SIEMENS INDUSTRY INC | 9225 Bee Caves Rd, Bldg B, Ste 100 | Austin | TX | 78733 | USA | Service Agreement | 3/31/2025 |
| 33 | Big Lots, Inc. | Siemens Industry Inc. | 9225 Bee Caves Rd, Bldg B, Ste 100 | Austin | TX | 78733 | USA | Amendment to Equipment and Services Purchase Agreement | 3/31/2025 |
| 34 | Big Lots, Inc. | Siemens Industry Inc. | 9225 Bee Caves Rd, Bldg B, Ste 100 | Austin | TX | 78733 | USA | Ninth Amendment to the Equipment and Services Purchase Agreement | 3/31/2025 |
| 35 | Big Lots, Inc. | Siemens Information & Communication Mobile LLC | 16745 West Bernardo Drive | San Diego | California | 92127 | USA | Purchase and Sale Agreement | 3/31/2025 |
| 36 | Big Lots, Inc. | SMARTbear | 450 Artisan Way | Somerville | MA | 02145 | USA | Services Agreement | 3/31/2025 |
| 37 | Big Lots Stores, LLC | SNÖ-SERVICES, LLC | 5000 Ritter Road, Ste 204 | Mechanicsburg | PA | 17055 | USA | Master Service Agreement | 3/31/2025 |
| 38 | Big Lots Stores, LLC | Snowflake Inc. | 4900E E DUBLIN GRANVILLE RD | COLUMBUS | Ohio | 43081-7651 | USA | Additional Capacity Order | 3/31/2025 |
| 39 | Big Lots, Inc. | Snowflake Inc. | 4900E E DUBLIN GRANVILLE RD | COLUMBUS | Ohio | 43081-7651 | USA | Capacity Order Form | 3/31/2025 |
| 40 | Big Lots Stores, LLC | Snowflake Inc. | 450 Concar Dr | San Mateo | CA | 94402 | USA | Technical Services SOW | 3/31/2025 |
| 41 | Big Lots, Inc. | Snowflake Inc. | 4900E E DUBLIN GRANVILLE RD | COLUMBUS | Ohio | 43081-7651 | USA | Capacity Order Form | 3/31/2025 |
| 42 | Big Lots, Inc. | Snowflake Inc. | 4900E E DUBLIN GRANVILLE RD | COLUMBUS | Ohio | 43081-7651 | USA | Capacity Order Form | 3/31/2025 |
| 43 | Big Lots Stores, LLC | Snowflake Inc. | 450 Concar Dr | San Mateo | CA | 94402 | USA | Data science and data sharing platform | 3/31/2025 |
| 44 | Big Lots, Inc. | Snowflake Inc. | 4900E E DUBLIN GRANVILLE RD | COLUMBUS | Ohio | 43081-7651 | USA | Capacity Order Form | 3/31/2025 |
| 45 | Big Lots, Inc. | Snowflake Inc. | 4900E E DUBLIN GRANVILLE RD | COLUMBUS | Ohio | 43081-7651 | USA | Capacity Order Form | 3/31/2025 |
| 46 | Big Lots, Inc. | Snowflake Inc. | 450 Concar Drive | San Mateo | CA | 94402 | USA | Master SaaS Agreement | 3/31/2025 |
| 47 | Big Lots Stores, LLC | SOTI Inc | 1950 Meadowvale Blvd | Mississauga | ON | L5N 8L9 | Canada | Statement of Work for Device Migration Services | 3/31/2025 |
| 48 | Big Lots Stores, LLC | SOTI Inc | 1950 Meadowvale Blvd | Mississauga | ON | L5N 8L9 | Canada | Services Agreement | 3/31/2025 |
| 49 | Big Lots, Inc. | Southern Market | PO BOX 1116 | ARDMORE | OK | 73402 | US | Services Agreement | 3/31/2025 |
| 50 | Great Basin, LLC | Spireon, Inc. | 9724 Kingston Pike, #800 | Knoxville | TN | 37922 | USA | Subscription Service Agreement | 3/31/2025 |
| 51 | Great Basin, LLC | Spireon, Inc. | 12345 S. 123rd St. | Los Angeles | CA | 90001 | USA | Pilot Program Agreement | 3/31/2025 |
| 52 | Big Lots, Inc. | Spireon® | 16802 Aston Sacal | Irvine | CA | 92606 | USA | Standard Purchase Option Order Form | 3/31/2025 |
| 53 | Big Lots, Inc. | Splunk Inc. | 270 Brannan Street | San Francisco | CA | 94107 | USA | Expansion Agreement for Real Browser Check License | 3/31/2025 |
| 54 | Big Lots Stores, LLC | Splunk Inc. | 270 Brannan Street | San Francisco | CA | 94107 | USA | Statement of Work for Professional Services | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Big Lots, Inc. | Splunk Inc. | 270 Brannan Street | San Francisco | CA | 94107 | USA | Agreement for Professional Services | 3/31/2025 |
| 56 | Big Lots, Inc. | Splunk Inc. | 270 Brannan Street | San Francisco | CA | 94107 | USA | Professional Services Agreement | 3/31/2025 |
| 57 | Big Lots Stores, LLC | Splunk Inc. | 270 Brannan Street | San Francisco | CA | 94107 | USA | Statement of Work for Professional Services | 3/31/2025 |
| 58 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 59 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 60 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 61 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 62 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 63 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 64 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 65 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 66 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 67 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 68 | Big Lots Stores, LLC | Sprague Operating Resources LLC | 185 International Drive | Portsmouth | NH | 03801 | USA | Natural Gas Transaction Confirmation | 3/31/2025 |
| 69 | Big Lots, Inc. | Stanley Convergent Security Solutions, Inc. | 9998 Crosspoint Blvd Ste 300 | Indianapolis | IN | 46256-3307 | USA | Amendment to Master Agreement | 3/31/2025 |
| 70 | Big Lots, Inc. | Stanley Convergent Security Solutions, Inc. | 9998 Crosspoint Blvd Ste 300 | Indianapolis | IN | 46256-3307 | USA | Amendment to Master Agreement | 3/31/2025 |
| 71 | Big Lots, Inc. | Stanley Convergent Security Solutions, Inc. | 9998 Crosspoint Blvd Ste 300 | Indianapolis | IN | 46256-3307 | USA | Master Agreement for Security Services | 3/31/2025 |
| 72 | Big Lots, Inc. | Stanley Convergent Security Solutions, Inc. | 9998 Crosspoint Blvd Ste 300 | Indianapolis | IN | 46256-3307 | USA | Automatic Bill Payment Enrollment Form | 3/31/2025 |
| 73 | Big Lots, Inc. | Stanley Convergent Security Solutions, Inc. | 9998 Crosspoint Blvd Ste 300 | Indianapolis | IN | 46256-3307 | USA | Service Agreement for Security Solutions | 3/31/2025 |
| 74 | CSC Distribution LLC | Surge Staffing LLC | 3322 Memorial Parkway SW | Huntsville | AL | 35801 | USA | Staffing Services Agreement | 3/31/2025 |
| 75 | Big Lots, Inc. | Surge Staffing, LLC | 3322 Memorial Parkway SW Suite 101 | Huntsville | AL | 35801 | USA | Amendment to Staffing Services Agreement | 3/31/2025 |
| 76 | Big Lots, Inc. | Surge Staffing, LLC | 3322 Memorial Parkway SW Suite 101 | Huntsville | AL | 35801 | USA | Staffing Services Agreement | 3/31/2025 |
| 77 | Big Lots, Inc. | Surge Staffing, LLC | 3322 Memorial Parkway SW Suite 101 | Huntsville | AL | 35801 | USA | Staffing Services Agreement | 3/31/2025 |
| 78 | Big Lots Stores, LLC | Symmetry Energy Solutions, LLC | 9811 Katy Fwy, Ste 1400 | Houston | TX | 77024-1296 | USA | Natural Gas Sales Transaction Confirmation | 3/31/2025 |
| 79 | Big Lots, Inc. | T.L. Ashford & Associates, Inc | 525 West Fifth Street | Covington | KY | 41011 | USA | Software License Agreement | 3/31/2025 |
| 80 | Big Lots, Inc. | T.L. Ashford & Associates, Inc | 525 West Fifth Street | Covington | KY | 41011 | USA | Software License Agreement | 3/31/2025 |
| 81 | Big Lots, Inc. | Tango Analytics, LLC | 9797 Rombauer Road | Coppell | Texas | 75019 | USA | Amendment to Master Service Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 82 | Big Lots, Inc. | Tango Analytics, LLC | 6225 N. State Hwy 161, Suite 300 | Irving | TX | 75038 | USA | Change Request for Tango Environment Setup | 3/31/2025 |
| 83 | Big Lots, Inc. | Tango Analytics, LLC | 6225 N. State Hwy 161, Suite 300 | Irving | TX | 75038 | USA | Statement of Work for Implementation Services | 3/31/2025 |
| 84 | Big Lots, Inc. | Tango Analytics, LLC | 6225 N. State Hwy 161, Suite 300 | Irving | TX | 75038 | USA | Statement of Work for Tango Analytics | 3/31/2025 |
| 85 | Big Lots Stores, LLC | Tango Analytics, LLC | 6225 N. State Hwy 161, Suite 300 | Irving | TX | 75038 | USA | Amendment | 3/31/2025 |
| 86 | Big Lots, Inc. | Tango Analytics, LLC. | 5525 MacArthur Blvd., Suite 450 | Irving | TX | 75038 | USA | Master Service Agreement | 3/31/2025 |
| 87 | Big Lots, Inc. | Tango Analytics, LLC. | 5525 MacArthur Blvd., Suite 450 | Irving | TX | 75038 | USA | Confidentiality Agreement | 3/31/2025 |
| 88 | Big Lots, Inc. | Thinkst | 5 Howe St, Observatory | Cape Town | | 07925 | South Africa | Services Agreement | 3/31/2025 |
| 89 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1, Ever Gain Plaza 88 Container Port Road | Kwai Chung | N/A | | Hong Kong | Ocean Carrier Service Contract | 3/31/2025 |
| 90 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement Amendment | 3/31/2025 |
| 91 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1, Ever Gain Plaza, 88 Container Port Road, New Territories | Kwai Chung | Hong Kong | | Hong Kong | NVOCC Service Arrangement Amendment | 3/31/2025 |
| 92 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1, Ever Gain Plaza 88 Container Port Road | Kwai Chung | New Territories | | Hong Kong | Amended NVOCC Service Arrangement | 3/31/2025 |
| 93 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1, Ever Gain Plaza, 88 Container Port Road, New Territories | Kwai Chung | Hong Kong | | Hong Kong | Amended NVOCC Service Arrangement | 3/31/2025 |
| 94 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 95 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, Tower 1, Ever Gain Plaza, 88 Container Port Road | Kwai Chung | N/A | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 96 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 97 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 98 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 99 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 300 Philip Road | Columbus | OH | 43228 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 100 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |