**Schedule 2**

**Proposed Rejection Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I.** [●] |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES EFFECTIVE AS OF MARCH 31, 2025 AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order: (a) authorizing the rejection of the Initial Leases, (b) authorizing and establishing the Rejection Procedures for (i) rejecting Contracts and Leases and (ii) abandoning personal property in connection with any rejected Contract or Lease, (c) authorizing and approving the Rejection Notice to affected Counterparties and (d) granting related relief, all as more fully set forth in the Motion; and the order of this Court approving the Motion on a final basis [D.I. 461]; and the filing of the notice of rejection (the "**Rejection Notice**") by the Debtors [D.I. [●]]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference of the United States District Court

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Rejection Notice and of the opportunity to be heard at the hearing thereon were appropriate under the circumstances and that no other notice need be provided, except as set forth herein; and this Court having reviewed the Rejection Notice, and having heard the statements and argument in support of the relief requested at a hearing, if any, before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Rejection Notice and at any Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT**:

1. The Contract and Leases listed on **Schedule 1** attached hereto are hereby rejected as of March 31, 2025 (the "**Rejection Date**").

2. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts or Leases were terminated prior to the Rejection Date; that any claim for damages arising from the rejection of any Contract is limited to the remedies available under the termination provision of such Contract; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

3. Nothing in this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the amount of, basis for,

or validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any other party's right to dispute any claim; (iii) a promise or requirement to pay any particular claim; (iv) an admission that any particular claim is of a type described in the Motion; (v) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (vi) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

5. Notice of the Rejection Notice is deemed good and sufficient notice of the relief requested therein.

6. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

7. The Debtors are authorized to take all actions that are necessary and appropriate to effectuate the relief granted in this Order.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Schedule 1

**Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 300 Philip Road | Columbus | OH | 43228 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 2 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 3 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | Toll Global Forwarding (USA) Inc., 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 4 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 5 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 6 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 300 Philip Road | Columbus | OH | 43228 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 7 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 300 Philip Road | Columbus | OH | 43228 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 8 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, TOWER 1, EVER GAIN PLAZA, 88 CONTAINER PORT ROAD | Kwai Chung | Hong Kong | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 9 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, TOWER 1, EVER GAIN PLAZA, 88 CONTAINER PORT ROAD, NEW TERRITORIES, KWAI CHUNG, HONG KONG | Kwai Chung | N/A | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 10 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Distribution and Transportation Services Agreement | 3/31/2025 |
| 11 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road | Kowloon | Hong Kong | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 12 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay | Kowloon Bay | | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 13 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road | Kowloon | | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 14 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong | Kowloon Bay | Kowloon | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 15 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong | Kowloon Bay | HK | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 16 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong | Kowloon Bay | | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 17 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong | Kowloon Bay | | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 18 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong | Kowloon Bay | HK | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 19 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong | Kowloon | HK | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 20 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 21 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 22 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 23 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 24 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 25 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 26 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | Ocean Carrier Service Contract | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 27 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | Amended NVOCC Service Arrangement | 3/31/2025 |
| 28 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 29 | Big Lots Stores, LLC | Toll Global Forwarding (USA), Inc | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 30 | Big Lots Stores, LLC | Toll Global Forwarding (USA), Inc | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 31 | Big Lots Stores, LLC | Toll Global Forwarding (USA), Inc | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 32 | Big Lots Stores, LLC | Toll Global Forwarding (USA), Inc. | 14/F, Tower 1, Ever Gain Plaza, 88 Container Port Road | Hong Kong | | | Hong Kong | Ocean Carrier Service Contract | 3/31/2025 |
| 33 | Big Lots Stores, LLC | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 34 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 35 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 36 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 37 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 38 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 39 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 40 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 41 | Big Lots Stores, LLC | Toll Global Forwarding (USA), Inc. | 14/F, Tower 1, Ever Gain Plaza, 88 Container Port Road | Hong Kong | | | Hong Kong | Maritime | 3/31/2025 |
| 42 | Big Lots, Inc. | Toll Global Forwarding Americas Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 43 | Big Lots, Inc. | Toll Global Forwarding Americas Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 44 | Big Lots, Inc. | Toll Global Forwarding Americas Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 45 | Big Lots, Inc. | Toll Global Forwarding Americas Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 46 | Big Lots, Inc. | Toll Global Forwarding Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 47 | Big Lots, Inc. | TOPOCEAN CONSOLIDATION SERVICE INC. | 300&500 Phillipi Rd | Columbus | OH | 43228 | USA | Credit Agreement | 3/31/2025 |
| 48 | Big Lots, Inc. | TranSolutions, LLC | 200 Regency Forest Drive, Suite 110 | Cary | NC | 27518 | USA | Master Software Services Agreement | 3/31/2025 |
| 49 | Big Lots, Inc. | TranSolutions, LLC | 200 Regency Forest Drive, Suite 110 | Cary | NC | 27518 | USA | Confidentiality Agreement | 3/31/2025 |
| 50 | Big Lots, Inc. | UGI - New | P.O. Box 858 | Valley Forge | PA | 19482 | USA | Services Agreement | 3/31/2025 |
| 51 | Big Lots, Inc. | VECTOR SECURITY INC | PO BOX 89462 | CLEVELAND | OH | 44101-6462 | USA | Services Agreement | 3/31/2025 |
| 52 | Big Lots, Inc. | VeriFone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Standard Terms and Conditions for Purchase Orders | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 53 | Big Lots Stores, LLC | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Amendment | 3/31/2025 |
| 54 | Big Lots Stores, LLC | VeriFone, Inc. | c/o Corporation Service Company, 4900 E Dublin Granville R | Wilmington | DE | 19808 | USA | Statement of Work for Mx915 Payment Media in Token Query | 3/31/2025 |
| 55 | Big Lots Stores, LLC | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Statement of Work for Mx915 Payment Media in Token Query | 3/31/2025 |
| 56 | Big Lots Stores, LLC | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Fourth Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 57 | Big Lots, Inc. | VeriFone, Inc. | 1231 East Dyer Road | Santa Ana | CA | 92705 | USA | Amendment to Standard Terms and Conditions | 3/31/2025 |
| 58 | Big Lots, Inc. | VeriFone, Inc. | 1231 East Dyer Road | Santa Ana | CA | 92705 | USA | Amendment to Standard Terms and Conditions | 3/31/2025 |
| 59 | Big Lots, Inc. | VeriFone, Inc. | 1231 East Dyer Road | Santa Ana | CA | 92705 | USA | Amendment to Standard Terms and Conditions | 3/31/2025 |
| 60 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Third Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 61 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Third Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 62 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Third Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 63 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Statement of Work for E285 Implementation | 3/31/2025 |
| 64 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Statement of Work for E285 Implementation | 3/31/2025 |
| 65 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Second Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 66 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Second Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 67 | Big Lots, Inc. | VeriFone, Inc. | 12345 SW 68th St. | Miami | FL | 33183 | USA | Second Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 68 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | First Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 69 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | First Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 70 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | First Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 71 | Big Lots Stores, LLC | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Fifth Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 72 | Big Lots, Inc. | VeriFone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Point Service Merchant Agreement | 3/31/2025 |
| 73 | Big Lots, Inc. | VeriFone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Point Service Merchant Agreement | 3/31/2025 |
| 74 | Big Lots, Inc. | VeriFone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Point Service Merchant Agreement | 3/31/2025 |
| 75 | Big Lots, Inc. | VeriFone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Point Service Merchant Agreement | 3/31/2025 |
| 76 | Big Lots, Inc. | VeriFone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Special Project Quote for OS Upgrade and Application Load | 3/31/2025 |
| 77 | Big Lots, Inc. | Verifone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Special Project Quote for OS Upgrade and Application Load | 3/31/2025 |
| 78 | Big Lots, Inc. | VISA | 900 Metro Center Boulevard | Foster City | California | 94404 | United States | Concurrence Form for Direct Exchange Option | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 79 | Big Lots, Inc. | Visa | 900 Metro Center Boulevard | Foster City | California | 94404 | United States | Contactless Point of Sale Attestation | 3/31/2025 |
| 80 | Big Lots, Inc. | Visa | 900 Metro Center Boulevard | Foster City | California | 94404 | United States | Recommendation for Network Information and Application Information | 3/31/2025 |
| 81 | Big Lots, Inc. | Visa | P.O. Box 123 | Columbus | OH | 43228 | USA | V.I.P. System Certification Questionnaire | 3/31/2025 |
| 82 | Big Lots, Inc. | Visa U.S.A. Inc. | P.O. Box 8999 | San Francisco | CA | 94128-8999 | USA | Confidential Disclosure Agreement | 3/31/2025 |
| 83 | Big Lots, Inc. | Visa U.S.A. Inc. | 900 Metro Center Boulevard | Foster City | California | 94404 | United States | Incentive Agreement for Merchants | 3/31/2025 |
| 84 | Big Lots, Inc. | Visa U.S.A. Inc. | 777 Third Avenue, 23rd Floor | New York | NY | 10017 | USA | Letter Agreement for Support Amount | 3/31/2025 |
| 85 | Big Lots, Inc. | Visa U.S.A. Inc. | 900 Metro Center Boulevard | Foster City | California | 94404 | United States | Online Promotional Partner Letter of Participation | 3/31/2025 |
| 86 | Big Lots, Inc. | Waste Management National Services, Inc. | 415 Day Hill Road | Windsor | CT | 06095 | USA | Amendment and Extension to the Master Services Agreement | 3/31/2025 |
| 87 | Big Lots, Inc. | Waste Management National Services, Inc. | 415 Day Hill Road | Windsor | CT | 06095 | USA | Master Services Agreement | 3/31/2025 |
| 88 | Big Lots, Inc. | Waste Management of Indiana, L.L.C. | 700 E Butterfield Rd 4th FL | Lombard | IL | 60148-6006 | USA | Service Agreement for Non-Hazardous Waste Services | 3/31/2025 |
| 89 | Big Lots Stores, LLC | Waste Management of Ohio, Inc. | 1006 West Walnut St. | Canal Winchester | OH | 43110 | USA | Service Agreement for Non-Hazardous Wastes | 3/31/2025 |
| 90 | Big Lots Stores, LLC | Waste Management of Ohio, Inc. | 1006 West Walnut St. | Canal Winchester | OH | 43110 | USA | Service Agreement for Non-Hazardous Wastes | 3/31/2025 |
| 91 | Big Lots, Inc. | WHEELS LLC | PO BOX 96336 | CHICAGO | IL | 60693 | USA | Services Agreement | 3/31/2025 |
| 92 | Big Lots Stores, LLC | Williams Scotsman, Inc. d/b/a Mobile Mini | 4646 E Van Buren St Ste 400 | Phoenix | AZ | 85008-6927 | USA | Amendment to Master Equipment Lease Agreement | 3/31/2025 |
| 93 | Big Lots, Inc. | WINSOR STAFFING | 521 Green Street | Iselin | NJ | 08830 | USA | Services Agreement | 3/31/2025 |
| 94 | Big Lots, Inc. | WORLDPAY, LLC | 8500 Governors Hill Drive | Symmes Township | OH | 45249-1384 | USA | Amendment to Bank Card Merchant Agreement | 3/31/2025 |
| 95 | Big Lots, Inc. | WORLDPAY, LLC | 8500 Governors Hill Drive | Symmes Township | OH | 45249-1384 | USA | Amendment to Bank Card Merchant Agreement | 3/31/2025 |
| 96 | Big Lots, Inc. | WORLDPAY, LLC | 8500 Governors Hill Drive | Symmes Township | OH | 45249-1384 | USA | Amendment to Bank Card Merchant Agreement | 3/31/2025 |
| 97 | Big Lots, Inc. | WORLDPAY, LLC | 8500 Governors Hill Drive | Symmes Township | OH | 45249-1384 | USA | Bank Card Merchant Agreement | 3/31/2025 |
| 98 | Big Lots, Inc. | WORLDPAY, LLC | 8500 Governors Hill Drive | Symmes Township | OH | 45249-1384 | USA | Amendment to Bank Card Merchant Agreement | 3/31/2025 |
| 99 | Big Lots Stores, LLC | WORLDPAY, LLC | 8500 Governors Hill Drive | Symmes Township | OH | 45249-1384 | USA | Amendment to Bank Card Merchant Agreement | 3/31/2025 |
| 100 | Big Lots Stores, LLC | Xerox | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Order | 3/31/2025 |