# **EXHIBIT B**

**Lammert Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BIG LOTS, INC., et al.,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JOHN W. LAMMERT IN SUPPORT OF MOTION OF DEBTORS TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS**

I, John W. Lammert, declare the following under penalty of perjury:

**Background**

1. I am the Executive Vice President of Assessment Technologies, Ltd. ("**ATL**"). I have held this position with ATL since October 2001 and currently manage the firm's Bankruptcy Tax Practice. I have been involved with the valuation of complex properties during my tenure with the firm.

2. I submit this declaration (the "**Declaration**") in support of the *Motion of Debtors to Determine Tax Liability and Stay Proceedings*, filed concurrently herewith (the "**Motion**").[2]

3. Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by former employees and members of the

---

[1] The debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] All capitalized terms used but not defined herein are defined in the Motion.

Debtors' management and the Debtors' advisors. If called as a witness, I could and would competently testify to the matters set forth herein.

4. ATL was retained by the Debtors to provide ad valorem tax services. As part of these services, ATL agreed to, among other things, verify the methodology used to determine the property values assigned by the various Taxing Authorities in which the Debtors have property, identify instances whereby the standard and typical methodology would result in over-assessment, over-valuation, and excessive taxation by the Taxing Authorities, and seek appropriate reductions, as warranted by applicable law, for any such excess.

5. ATL's professional staff has represented clients throughout the United States and is familiar with the Taxing Authorities tax statutes governing Market Value (as statutorily defined) and the underlying valuation methodology addressed by the Motion.

6. I have been personally involved in ATL's review of the methodology applied by and the methodology that the Tax Authorities customarily use, and documents provided to and by, the Taxing Authorities. In this regard, I have overseen the review of the property and the methodology applied by the Taxing Authorities, identifying areas where the Taxing Authorities' standard and customary methodology, as applied to these specific assets, would generate excessive Market Values. From this, I have identified assets that should be reduced or disputed based upon (i) the records maintained by the Debtors in the ordinary course of business; (ii) other materials generated in connection with ATL's review of the Debtors' assets and Market Value; (iii) information gleaned from the sale of assets of the Estate: and (iv) sales, listings for sale and offers for sale of the property.

7. Based on all the information obtained through the above-described process, I have determined that the Taxing Authorities' standard methodology employed in arriving at the

purported Market Values of the property is erroneous.  Here, the Taxing Authorities purported to arrive at Market Values using their standard methodology that is absent consideration of the sales of property at the stores together with information or sales from the marketplace.  The Taxing Authorities' assessments therefore do not reflect the Market Value.  By omitting actual sales data, which is customary from these Taxing Authorities to estimate an open market, arm's-length sales prices, the Taxing Authorities' analyses and conclusions were flawed.

8. The hypothetical well-informed buyer contemplated by the statutory definition of "Market Value" would consider and deal with each of the above-listed factors differently than did the Taxing Authorities customarily do use in these cases.  ATL has concluded that the methodology used by the Taxing Authorities resulted in an overvaluing of the property.  The analytical process employed by ATL to determine the correct Market Values consistent with respective Taxing Authorities definition of Market Value, are detailed below.  These methods are consistent with the respective state valuation standards.

9. The personal property subject to assessment and taxation for local use is subject to the same valuation standard, namely, the "Market Value."  The respective definitions of value for each of the Taxing Authorities is as follows:

> **Texas -** Tax Code Section 23.01 requires taxable property to be appraised at market value as of Jan. 1. Market value is the price at which a property would transfer for cash or its equivalent under prevailing market conditions if:
>
> - it is exposed for sale in the open market with a reasonable time for the seller to find a purchaser;
> - both the seller and the purchaser know of all the uses and purposes to which the property is adapted and for which it is capable of being used and of the enforceable restrictions on its use; and
> - both the seller and purchaser seek to maximize their gains, and neither is in a position to take advantage of the exigencies of the other.

7

10. Therefore, in determining the Market Value of a property, the Taxing Authorities should calculate a hypothetical arm's-length sales transaction for property offered for sale on the open market between a prudent, voluntary seller and an equally prudent, voluntary buyer, both of whom are well-informed about the property as of a specified valuation date. The Taxing Authorities are specifically required to implement and apply this definition in assessing taxable property within their jurisdiction.

11. After concluding that the Taxing Authorities' standard methodology resulted in an improper determination of the Market Value of the property, ATL used information provided by a third-party firm ("**Third-Party Research Data**") to approximate the Market Value of the property as allowed by applicable non-bankruptcy law as of the date the values were to be assessed. This source provides a representative assessment of the Market Value of the Debtor's assets.

12. **Third-Party Research Data – Inventory Schedules**. The Inventory Schedules produced by Property Tax Research Services ("**PTRS**") are developed to reflect typical discounts on inventory in different markets. The information used is derived from information from questionnaires with companies in the industry, sales and financial information from various companies, and other resources. From this data, the results are divided into various property types and include items such as freight, damaged goods, discounts/markdowns, price match, private label, slow moving items, rebates, returns, obsolete, scrap and bulk discounts.

13. **Third-Party Research Data – Furniture, Fixtures and Equipment**. ATL also reviewed furniture, fixtures and equipment schedules produced by Property Tax Research Services ("**PTRS**"). The furniture, fixture and equipment schedules produced by PTRS are developed to reflect typical percent good factors for personal property in different markets.

8

The information obtained by PTRS is derived from questionnaires with companies in the industry, sales and financial information from various companies, and other resources. PTRS abstracted data from the market to determine the appropriate level of depreciation for each of these types of assets.

14. From these sources, the ATL has estimated the value of the inventory and furniture, fixtures, and equipment at the Debtor's store locations as of January 1, 2024 (tax year 2024) January 1, 2025(tax year 2025). The Market Values identified on **Exhibit 1** attached hereto are derived from the sources above and represent the Asserted Market Values.

15. I have determined that the Market Values asserted by the Taxing Authorities for the subject property are overstated. This determination is based on third-party appraisal analysis of both the Debtor's inventory and furniture, fixtures, and equipment. The third-party analysis is independent and draws data from the market based on sales prices of assets similar to those of the Debtor. A schedule comparing the property values and corresponding tax liabilities described in the Appraisals to the tax liabilities described in the Disputed Claims is attached hereto as **Exhibit 1**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts set forth in the foregoing declaration are true and correct to the best of my knowledge, information, and belief.

Dated: May 8, 2025

*/s/ John W. Lammert*
John W. Lammert
Assessment Technologies, Ltd.

**EXHIBIT 1**

| COUNTY | APPRAISAL DISTRICT | APPRAISAL DISTRICT ACCOUNT NO. | SITUS ADDRESS | TAX YEAR | ASSERTED MARKET VALUE |
|---|---|---|---|---|---|
| *Tax Year 2024* | | | | | |
| Bell | Tax Appraisal District of Bell County | 318043 | 2603 Thornton Ln | 2024 | $ 265,990 |
| Bell | Tax Appraisal District of Bell County | 318582 | 800 S Fort Hood St | 2024 | $ 246,333 |
| Bexar | Bexar Appraisal District | 90205-060-2620 | 13926 Nacogdoches Rd | 2024 | $ 246,677 |
| Bexar | Bexar Appraisal District | 90205-060-2550 | 16648 San Pedro Ave | 2024 | $ 259,745 |
| Bexar | Bexar Appraisal District | 90205-060-2675 | 1739 SW Loop 410 | 2024 | $ 287,581 |
| Bexar | Bexar Appraisal District | 90205-062-1405 | 2902 Goliad Rd | 2024 | $ 304,586 |
| Bexar | Bexar Appraisal District | 90205-060-2400 | 3715 Colony Dr | 2024 | $ 284,965 |
| Bexar | Bexar Appraisal District | 90205-060-2625 | 6900 San Pedro Ave | 2024 | $ 293,960 |
| Bexar | Bexar Appraisal District | 90205-062-1330 | 7723 Guilbeau Rd | 2024 | $ 283,594 |
| Bexar | Bexar Appraisal District | 00000-119-5476 | 8318 Fm 78 | 2024 | $ 205,101 |
| Bowie | Bowie Central Appraisal District | 40900010315 | 96-96A Oaklawn Village | 2024 | $ 223,648 |
| Brazos | Brazos Central Appraisal District | 892010-0000-0966 | 1913 Texas Ave S | 2024 | $ 184,354 |
| Brown | Brown County Appraisal District | P2003-5331-01 | 315 E Commerce St | 2024 | $ 207,829 |
| Comal | Comal Appraisal District | 2019967000000 | 139 S Interstate 35 | 2024 | $ 263,136 |
| Denton | Denton Central Appraisal District | P924853 | 1374 W Main St | 2024 | $ 275,643 |
| Denton | Denton Central Appraisal District | P97621 | 2249 S Loop 288 | 2024 | $ 190,466 |
| Denton | Denton Central Appraisal District | P930401 | 3621 N Josey Ln | 2024 | $ 239,909 |
| Denton | Denton Central Appraisal District | P947555 | 5000 Main St | 2024 | $ 215,494 |
| Ector | Ector County Appraisal District | 99200.36336.00000 | 3118 Andrews Hwy | 2024 | $ 256,142 |
| El Paso | El Paso Central Appraisal District | 081899935060034 | 10771 Gateway South Blvd | 2024 | $ 225,985 |
| El Paso | El Paso Central Appraisal District | 200499915370050 | 1590 George Dieter Dr | 2024 | $ 278,801 |
| El Paso | El Paso Central Appraisal District | 20PP99931562034 | 6375 Montana Ave | 2024 | $ 344,908 |
| El Paso | El Paso Central Appraisal District | 199399908320034 | 7025 N Mesa St | 2024 | $ 237,783 |
| Ellis | Ellis Appraisal District | 98.5900.013.001.90.112 | 507 N Highway 77 | 2024 | $ 230,854 |
| Erath | Erath County Appraisal District | P000074941 | 2133 W. Washington Street | 2024 | $ 187,215 |
| Gregg | Gregg County Appraisal District | 188408 | 1733 W Loop 281 | 2024 | $ 219,275 |
| Harris | Harris Central Appraisal District | 2397133 | 9669 FM 1960 Bypass Rd | 2024 | $ 411,012 |
| Harrison | Harrison Central Appraisal District | 10000.00988.02005.000000 | 109 E End Blvd N | 2024 | $ 206,368 |
| Kaufman | Kaufman Central Appraisal District | 98.5999.1999.0905.00.06.06 | 1418 W Moore Ave | 2024 | $ 208,098 |
| McLennan | McLennan Central Appraisal District | 48B136680 | 4905 W Waco Dr | 2024 | $ 241,362 |
| Midland | Midland Central Appraisal District | P000026278 | 4715 Billingsley Blvd | 2024 | $ 222,513 |
| Navarro | Navarro Central Appraisal District | BP00002408 | 1955 W 7th Ave | 2024 | $ 250,454 |
| Tarrant | Tarrant Appraisal District | 13810855 | 1255 Green Oaks Rd | 2024 | $ 255,933 |
| Tarrant | Tarrant Appraisal District | 10965785 | 6300 Rufe Snow Dr | 2024 | $ 282,883 |
| Taylor | Central Appraisal District of Taylor County | P5399094700 | 3204 S. Clack St | 2024 | $ 208,516 |
| Webb | Webb County Appraisal District | 800-02022-114 | 2310 E Saunders St | 2024 | $ 239,386 |
| Webb | Webb County Appraisal District | 801-02013-113 | 7807 San Dario | 2024 | $ 227,266 |
| Williamson | Williamson Central Appraisal District | P-16-P194-7040-3828-97 | 1201 Highway Interstate 35 | 2024 | $ 260,780 |
| Williamson | Williamson Central Appraisal District | P-17-P194-4040-3949-15 | 850 N Bell Blvd | 2024 | $ 242,883 |
| Williamson | Williamson Central Appraisal District | P-16-P194-7040-2219-00 | 8666 Spicewood Springs Rd | 2024 | $ 232,123 |
| *Tax Year 2025* | | | | | |
| Angelina | Angelina County Appraisal District | P-44-44100-1403 | 809 S Timberland Dr | 2025 | $ 224,302 |
| Bell | Tax Appraisal District of Bell County | 318043 | 2603 Thornton Ln | 2025 | $ 321,752 |
| Bell | Tax Appraisal District of Bell County | 318582 | 800 S Fort Hood St | 2025 | $ 259,170 |
| Bexar | Bexar Appraisal District | 90205-060-2620 | 13926 Nacogdoches Rd | 2025 | $ 258,013 |
| Bexar | Bexar Appraisal District | 90205-060-2675 | 1739 SW Loop 410 | 2025 | $ 319,300 |
| Bexar | Bexar Appraisal District | 90205-062-1405 | 2902 Goliad Rd | 2025 | $ 346,569 |
| Bexar | Bexar Appraisal District | 90205-060-2400 | 3715 Colony Dr | 2025 | $ 325,348 |
| Bexar | Bexar Appraisal District | 90205-062-1330 | 7723 Guilbeau Rd | 2025 | $ 317,682 |
| Bexar | Bexar Appraisal District | 00000-119-5476 | 8318 Fm 78 | 2025 | $ 253,555 |
| Bowie | Bowie Central Appraisal District | 40900010315 | 96-96A Oaklawn Village | 2025 | $ 226,629 |
| Brazoria | Brazoria County Appraisal District | 9339-0475-500 | 125 Highway 332 W | 2025 | $ 220,791 |
| Brown | Brown County Appraisal District | P2003-5331-01 | 315 E Commerce St | 2025 | $ 218,394 |
| Cameron | Cameron Appraisal District | 00-0100-0023-1652-04 | 1601 E Price Rd | 2025 | $ 271,992 |
| Cameron | Cameron Appraisal District | 00-0100-2011-1443-00 | 2014 S. Expressway 83 | 2025 | $ 276,638 |
| Collin | Collin Central Appraisal District | P-9000-202-8072-1 | 105 S Central Expy | 2025 | $ 301,589 |
| Comal | Comal Appraisal District | 2019967000000 | 139 S Interstate 35 | 2025 | $ 296,780 |
| Cooke | Cooke County Appraisal District | 128067 | 1104 E Highway 82 | 2025 | $ 226,468 |
| Dallas | Dallas Central Appraisal District | 99150518500000000 | 2128 Fort Worth Ave | 2025 | $ 304,275 |
| Dallas | Dallas Central Appraisal District | 99890060000035750 | 2865 Valley View Ln | 2025 | $ 222,655 |
| Dallas | Dallas Central Appraisal District | 99091125310000000 | 3601 Lakeview Parkway | 2025 | $ 272,220 |
| Dallas | Dallas Central Appraisal District | 99962980000102600 | 3737 Gus Thomasson Rd | 2025 | $ 312,026 |
| Dallas | Dallas Central Appraisal District | 99982160000052450 | 719 N Hampton Rd | 2025 | $ 236,295 |
| Dallas | Dallas Central Appraisal District | 99893350000016450 | 950 W Airport Fwy | 2025 | $ 271,923 |

| County | Appraisal District | Account | Address | Year | Amount |
|---|---|---|---|---|---|
| Denton | Denton Central Appraisal District | P924853 | 1374 W Main St | 2025 | $ 269,886 |
| Denton | Denton Central Appraisal District | P930401 | 3621 N Josey Ln | 2025 | $ 240,088 |
| Ector | Ector County Appraisal District | 99200.36336.00000 | 3118 Andrews Hwy | 2025 | $ 293,873 |
| El Paso | El Paso Central Appraisal District | 081899935060034 | 10771 Gateway South Blvd | 2025 | $ 262,818 |
| El Paso | El Paso Central Appraisal District | 200499915370050 | 1590 George Dieter Dr | 2025 | $ 342,305 |
| El Paso | El Paso Central Appraisal District | 20PP99931562034 | 6375 Montana Ave | 2025 | $ 388,134 |
| El Paso | El Paso Central Appraisal District | 199399908320034 | 7025 N Mesa St | 2025 | $ 291,085 |
| Ellis | Ellis Appraisal District | 98.5900.013.001.90.112 | 507 N Highway 77 | 2025 | $ 238,807 |
| Fort Bend | Fort Bend Central Appraisal District | 9960-02-206-0029-907 | 3410 Highway 6 | 2025 | $ 295,761 |
| Grayson | Grayson Central Appraisal District | 6P02575 | 2222 Texoma Pkwy | 2025 | $ 192,413 |
| Gregg | Gregg County Appraisal District | P188408 | 1733 W Loop 281 | 2025 | $ 293,979 |
| Harris | Harris Central Appraisal District | 0424679 | 1201 W Nasa Pky | 2025 | $ 229,543 |
| Harris | Harris Central Appraisal District | 2008104 | 5807 E Sam Houston Pkwy | 2025 | $ 297,621 |
| Harris | Harris Central Appraisal District | 0374067 | 6804 Spencer Hwy | 2025 | $ 230,205 |
| Harris | Harris Central Appraisal District | 0476845 | 919 N Shepherd Dr | 2025 | $ 219,215 |
| Harris | Harris Central Appraisal District | 2397133 | 9669 FM 1960 Bypass Rd | 2025 | $ 415,358 |
| Harris | Harris Central Appraisal District | 2003909 | 9795 Westheimer Rd | 2025 | $ 294,540 |
| Harrison | Harrison Central Appraisal District | 10000.00988.02005.000000 | 109 E End Blvd N | 2025 | $ 218,676 |
| Hidalgo | Hidalgo County Appraisal District | W3800-99-120-0000-98 | 1015 N Texas Blvd | 2025 | $ 269,663 |
| Hidalgo | Hidalgo County Appraisal District | T3663-99-000-001A-11 | 313 E Trenton Rd | 2025 | $ 253,917 |
| Hood | Hood Central Appraisal District | 91000.000.7662.0 | 1820 Acton Hwy | 2025 | $ 211,570 |
| Hunt | Hunt County Appraisal District | 6392-0019-0000-41 | 6408 Wesley St | 2025 | $ 183,778 |
| Johnson | Central Appraisal District of Johnson County | 126.5528.92230 | 1615 W Henderson St | 2025 | $ 229,875 |
| Johnson | Central Appraisal District of Johnson County | 126.5525.97288 | 648 SW Wilshire Blvd | 2025 | $ 307,630 |
| Kerr | Kerr Central Appraisal District | P70785 | 1305 Sidney Baker St | 2025 | $ 298,456 |
| Lubbock | Lubbock Central Appraisal District | P323679 | 3303 98th St. | 2025 | $ 318,662 |
| Lubbock | Lubbock Central Appraisal District | P168891 | 5402 4th St | 2025 | $ 246,834 |
| McLennan | McLennan Central Appraisal District | 48B136680 | 4905 W Waco Dr | 2025 | $ 265,345 |
| Midland | Midland Central Appraisal District | P000026278 | 4715 Billingsley Blvd | 2025 | $ 330,991 |
| Montgomery | Montgomery Central Appraisal District | 19100-182-49141 | 1404 N Loop 336 W | 2025 | $ 287,491 |
| Montgomery | Montgomery Central Appraisal District | 19400-291-11565 | 23741 US Highway 59 N | 2025 | $ 167,741 |
| Navarro | Navarro Central Appraisal District | BP00002408 | 1955 W 7th Ave | 2025 | $ 217,524 |
| Nueces | Nueces County Appraisal District | B002-7041-0000 | 4938 S Staples St | 2025 | $ 261,392 |
| Orange | Orange County Appraisal District | 045331-000525 | 2260 Macarthur Dr | 2025 | $ 226,778 |
| Parker | Parker County Appraisal District | 20659.024.000.P6 | 108 College Park Dr | 2025 | $ 282,742 |
| Potter-Randall | Potter-Randall Appraisal District | B-000-0890-6205 | 3415 Bell St | 2025 | $ 251,807 |
| Rockwall | Rockwall Central Appraisal District | 114581 | 2855 Ridge Rd | 2025 | $ 336,567 |
| Smith | Smith County Appraisal District | 4010-013-37650-00 | 1421 S Beckham Ave | 2025 | $ 203,043 |
| Smith | Smith County Appraisal District | 4009-000-88820-00 | 4400 S Broadway Ave | 2025 | $ 319,303 |
| Tarrant | Tarrant Appraisal District | 12189790 | 1580 Keller Parkway # 50B | 2025 | $ 229,064 |
| Tarrant | Tarrant Appraisal District | 10756590 | 2110 S Cooper St | 2025 | $ 260,124 |
| Tarrant | Tarrant Appraisal District | 10693912 | 2853 Central Dr | 2025 | $ 317,808 |
| Tarrant | Tarrant Appraisal District | 11646101 | 5781 SW Green Oaks Blvd | 2025 | $ 293,434 |
| Tarrant | Tarrant Appraisal District | 10965785 | 6300 Rufe Snow Dr | 2025 | $ 265,179 |
| Tarrant | Tarrant Appraisal District | 10622764 | 6425 McCart Ave | 2025 | $ 264,408 |
| Tarrant | Tarrant Appraisal District | 14921192 | 6708 Lake Worth Blvd | 2025 | $ 365,486 |
| Taylor | Central Appraisal District of Taylor County | P5399094700 | 3204 S. Clack St | 2025 | $ 223,745 |
| Titus | Titus County Appraisal District | 0888-02023-00041 | 2306 S. Jefferson | 2025 | $ 350,158 |
| Travis | Travis Central Appraisal District | 432650 | 801 E William Cannon Dr | 2025 | $ 300,469 |
| Victoria | Victoria Central Appraisal District | 98000-000-85840 | 8402 N Navarro St | 2025 | $ 257,183 |
| Webb | Webb County Appraisal District | 800-02022-114 | 2310 E Saunders St | 2025 | $ 274,303 |
| Webb | Webb County Appraisal District | 801-02013-113 | 7807 San Dario | 2025 | $ 263,434 |
| Wichita | Wichita Appraisal District | 59000022232 | 3923 Kell Blvd | 2025 | $ 255,601 |
| Williamson | Williamson Central Appraisal District | P-17-P194-4040-3949-15 | 850 N Bell Blvd | 2025 | $ 252,612 |
| Williamson | Williamson Central Appraisal District | P-16-P194-7040-2219-00 | 8666 Spicewood Springs Rd | 2025 | $ 247,476 |