**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtor(s). | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>Jointly Administered<br><br>**Re: DI 2207, 2557, 2681** |

**HOMEVIEW DESIGN INC.'S AMENDED WITNESS AND**
**EXHIBIT LIST FOR HEARING TO BE HELD ON MAY 13, 2025**

HomeView Design Inc. ("**Creditor**"), by and through undersigned counsel, hereby submits this Amended Witness and Exhibit List ("**W&E List**") regarding exhibit(s) that may be used or introduced and/or witnesses that may be called by each of the above parties at the hearing scheduled for Tuesday, May 13, 2025 at 1:00 p.m., Eastern Time, before the Honorable J. Kate Stickles, in the United States Bankruptcy Court for the District of Delaware.

**WITNESS LIST**

1.    Edmund Tong

    a.    Mr. Tong will appear in person.

    b.    Mr. Tong will be available to introduce documents and testify regarding the outstanding post-closing liability, including but not limited to all facts in *HomeView Design Inc.'s Supplemental Brief in Support of the Allowance and Immediate Payment of its Post-Closing Administrative Expense Claim* [D.I. 2681]

    c.    Mr. Tong will have access to all exhibits.

2.    Any witness called or listed by any other party.

3.    Any witness necessary to lay the foundation for the admission of exhibits; and

4.  Any rebuttal and/or impeachment witnesses.

### EXHIBIT LIST

| No. | Description |
|-----|-------------|
| 1 | Purchase Orders for Post-Closing Administrative Claim |
| 2 | Emails November 15 2024 through January 15 2025 |
| 3 | Press Release 12/19/24 |
| 4 | Press Release 12/27/24 |
| 5 | DI 1962 – Pre-Closing Administrative Claims Procedures Motion |
| 6 | DI 2110 – Pre-Closing Administrative Claims Procedures Order |
| 7 | Storage Invoices |
| 8 | Goods Disposal Quote |

Dated: May 11, 2025          Respectfully submitted,

KASEN LAW GROUP, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
E-Mail: jkasen@kasenlawgroup.com

*Counsel to Creditor*

2