# BIG LOTS

Page 1 of 9

| | |
|---|---|
| PO # | 95558537 |
| Date Created: | 08/08/2024 |
| Version: | 3 |
| Buyer: | HARKER, SAVANNAH |
| Do Not Ship Before: | 01/31/2025 |
| Cancel if not Shipped by: | 02/06/2025 |
| Must be Routed by: | 01/26/2025 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE , CA |

**SHIP TO**
MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL 36108-5035
Telephone: 334-286-6633    Fax: 334-286-7024

**BILL TO**
CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US
Telephone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor: 1008278
HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact:    HOMEVIEW DESIGN INC
Telephone: 909-593-2800    Fax
E-Mail:    EDMUND@HOMEVIEWDESIGN.COM

S/O # 20959

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF 1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

## ADDITIONAL COMMENTS

Case 24-11967

| Units | Vendor Cost |
|---|---|
| 1,642 | 70,165.20 |

VENDOR-COPY

Vendor Signature _____
Signee's Name _____
Title _____
Date _____

Ed rec'd v/e
@ 4/5/24hre
10AM

# BIG LOTS

| | |
|---|---|
| PO # | 95558538 |
| Date Created: | 08/08/2024 |
| Version: | 3 |
| Buyer: | HARKER, SAVANNAH |
| Do Not Ship Before: | 01/31/2025 |
| Cancel if not Shipped by: | 02/06/2025 |
| Must be Routed by: | 01/26/2025 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE , CA |

**SHIP TO**
TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA 17981-1734
Telephone: 570-695-2848    Fax: 570-695-2862

**BILL TO**
CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US
Telephone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor: 1008278
HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750
Contact:    HOMEVIEW DESIGN INC
Telephone: 909-593-2800    Fax
E-Mail:    EDMUND@HOMEVIEWDESIGN.COM

See attached Terms and Conditions for
additional Big Lots requirements.
A complete list of requirements can be found
on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit
it to BigLotsmsds@chemtelinc.com prior to the time of shipment in
compliance with OSHA 29 CRF 1910.1200. If the product does not require
a Safety Data Sheet (SDS), please disregard this request. Thank you for
assisting Big Lots with our Environmental Health and Safety compliance program.

SO# 20960

## ADDITIONAL COMMENTS

Case 24-11967

| Units | Vendor Cost |
|---|---|
| 1,642 | 70,165.20 |

VENDOR-COPY

Vendor Signature:  [signature]
Signee's Name:
Title:
Date:   Ed @ 4/5/24 1:10 @ 10:4am

Page 1 of 9

# BIG LOTS

| | |
|---|---|
| PO # | 95558539 |
| Date Created: | 08/08/2024 |
| Version: | 4 |
| Buyer: | HARKER, SAVANNAH |
| Cancel if not Shipped by: | 01/31/2025 |
| Do Not Ship Before: | 02/06/2025 |
| Must be Routed by: | 01/26/2025 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE    , CA |

SHIP TO
DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964
Telephone: 580-931-2100    Fax: 580-931-2197

BILL TO
DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US
Telphone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor: 1008278
HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750
Contact:    HOMEVIEW DESIGN INC
Telephone:    909-593-2800    Fax
E-Mail:    EDMUND@HOMEVIEWDESIGN.COM

SO# 20961

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any **item on this PO require a Safety Data Sheet (SDS)**, please submit it to BigLotsmsds@chemtelinc.com **prior to the time of shipment** in compliance with OSHA 29 CRF 1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

## ADDITIONAL COMMENTS

Case 24-11967

| Units | Vendor Cost |
|---|---|
| 1,026 | 43,856.40 |

Vendor Signature _____    Ed @ 11/5/24
Signee's Name _____         @ 10 AM
Title _____
Date _____

VENDOR-COPY

Page 1 of 9

Case 24-11967-JKS   Doc 2721   Filed 05/11/25   Page 4 of 9



# BIG LOTS!

| PO # | 95610243 |
|---|---|
| Date Created | 09/11/2024 |
| Version | 2 |
| Buyer | HARKER, SAVANNAH |
| Cancel if not Shipped by: | 02/24/2025 |
| Do Not Ship Before: | 03/03/2025 |
| Must be Routed by: | 02/03/2025 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE, CA |

**SHIP TO**
FREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
5 RAUSCH CREEK RD
TREMONT PA 17981-1734
Telephone: 570-695-2848   Fax: 570-695-2862

**BILL TO**
CLOSEOUT DISTRIBUTION, LLC
1300 E. Dublin Granville Rd
Columbus, OH 43081-7651 US
Telephone: 614-278-6600   Fax: 614-278-6871

Purchase From Vendor: 1008278
HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750
Contact:
Telephone: 909-593-2800   Fax:
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

**ADDITIONAL COMMENTS**

PO replaces :0095585540; Ship only these quantities under the new PO.

Case 24-11967

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 1,916 | 187,268.64 | 81,855.20 | 56.290 |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF 1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

Vendor Signature _____
Signee's Name _____
Title _____
Date _____

OFFICE-COPY

Slot# 209622 RVSP Ship (CX date @2/11/14

need copy we'll certif/rfwd NCP

# BIG LOTS

| | |
|---|---|
| PO # | 95643797 |
| Date Created | 10/16/2024 |
| Version: | 1 |
| Buyer: | HARKER, SAVANNAH |
| Do Not Ship Before: | 01/31/2025 |
| Cancel if not Shipped by: | 02/06/2025 |
| Must be Routed by: | 01/28/2025 |
| Payment Terms: | 2% Net 30 Days |
| Freight Terms: | Collect |
| FOB: | POE          , CA |

**SHIP TO**
DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100    Fax: 580-931-2197

**BILL TO**
DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor: 1008278
HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact:   HOMEVIEW DESIGN INC
Telephone: 909-593-2800    Fax
E-Mail:    EDMUND@HOMEVIEWDESIGN.COM

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

## ADDITIONAL COMMENTS

PO replaces :0095558536; Ship only these quantities under the new PO.

Case 24-11967

| Units | Vendor Cost |
|---|---|
| 604 | 25,784.00 |

Vendor Signature _____
Signee's Name _____
Title _____
Date _____

VENDOR-COPY

SO# 20958

Ed
VCC @ 11/5/24 4:10
         @ 10:15am

Page 1 of 9

# BIG LOTS

**PO #** 95678063

Date Created: 11/14/2024
Version: 3
Buyer: INMAN, ANNE
Do Not Ship Before: 12/30/2024
Cancel if not Shipped by: 01/03/2025
Must be Routed by: 12/25/2024
Payment Terms: Not 30 Days ROC
Freight Terms: Collect
FOB: CALIFORNIA , US

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

## ADDITIONAL COMMENTS

DIP-24-11967

## SHIP TO

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK 74701-1964

Telephone: 580-931-2100    Fax: 580-931-2197

## BILL TO

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telphone: 614-278-6800    Fax: 614-278-6871

Purchase From Vendor: 1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA 91750

Contact: HOMEVIEW DESIGN INC
Telephone: 909-593-2800    Fax
E-Mail: EDMUND@HOMEVIEWDESIGN.COM

| Units | Vendor Cost |
|---|---|
| 1,598 | 31,318.88 |

Vendor Signature: ⟨signature⟩

Signee's Name:

Title:

Date:

rec: 12/6/24 7m/4m

VENDOR-COPY



| | | | |
|---|---|---|---|
| PO # | 95696535 | | |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

| | |
|---|---|
| Date Created | 11/20/2024 |
| Version: | 2 |
| Buyer: | MASON, KAYLA |
| Do Not Ship Before: | 02/07/2025 |
| Cancel if not Shipped by: | 02/13/2025 |
| Must be Routed by: | 02/02/2025 |
| Payment Terms: | Net 30 Days ROG |
| Freight Terms: | Collect |
| FOB: | POE          , CA |

**SHIP TO**

MONTGOMERY DC - #0870
CSC DISTRIBUTION, LLC
2855 SELMA HWY
MONTGOMERY AL  36108-5035

Telephone:   334-286-6633         Fax:     334-286-7024

**BILL TO**

CSC DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone:   614-278-6800         Fax:   614-278-6871

Purchase From Vendor:   1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA  91750

Contact:       HOMEVIEW DESIGN INC
Telephone:    909-593-2800          Fax
E-Mail:          EDMUND@HOMEVIEWDESIGN.COM

**ADDITIONAL COMMENTS**

DIP 24-11967

Vendor Signature  _____

Signee's Name  _____

Title  _____

Date  _____

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 1,588 | 128,535.59 | 68,310.60 | 46.855 |

OFFICE-COPY



| | | |
|---|---|---|
| PO # | 95696536 | |
| Date Created | 11/20/2024 | |
| Version: | 2 | |
| Buyer: | MASON, KAYLA | |
| Do Not Ship Before: | 02/07/2025 | |
| Cancel if not Shipped by: | 02/13/2025 | |
| Must be Routed by: | 02/02/2025 | |
| Payment Terms: | Net 30 Days ROG | |
| Freight Terms: | Collect | |
| FOB: | POE | , CA |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

TREMONT DC - #0874
CLOSEOUT DISTRIBUTION, LLC
50 RAUSCH CREEK RD
TREMONT PA  17981-1734

Telephone:  570-695-2848        Fax:    570-695-2862

**BILL TO**

CLOSEOUT DISTRIBUTION, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone:  614-278-6800         Fax:  614-278-6871

Purchase From Vendor:   1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA  91750

Contact:       HOMEVIEW DESIGN INC
Telephone:   909-593-2800           Fax
E-Mail:         EDMUND@HOMEVIEWDESIGN.COM

**ADDITIONAL COMMENTS**

DIP 24-11967

Vendor Signature  _____

Signee's Name  _____

Title  _____

Date  _____

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 1,562 | 126,451.05 | 67,246.00 | 46.821 |

OFFICE-COPY



| | | |
|---|---|---|
| PO # | 95696537 | |
| Date Created | 11/20/2024 | |
| Version: | 2 | |
| Buyer: | MASON, KAYLA | |
| Do Not Ship Before: | 02/07/2025 | |
| Cancel if not Shipped by: | 02/13/2025 | |
| Must be Routed by: | 02/02/2025 | |
| Payment Terms: | Net 30 Days ROG | |
| Freight Terms: | Collect | |
| FOB: | POE , CA | |

See attached Terms and Conditions for additional Big Lots requirements.
A complete list of requirements can be found on the Big Lots website
www.biglots.com/corporate/vendors

Should any item on this PO require a Safety Data Sheet (SDS), please submit it to BigLotsmsds@chemtelinc.com prior to the time of shipment in compliance with OSHA 29 CRF.1910.1200. If the product does not require a Safety Data Sheet (SDS), please disregard this request. Thank you for assisting Big Lots with our Environmental Health and Safety compliance program.

**SHIP TO**

DURANT DC - #0879
DURANT DC, LLC
2306 ENTERPRISE DR
DURANT OK  74701-1964

Telephone:   580-931-2100          Fax:    580-931-2197

**BILL TO**

DURANT DC, LLC
4900 E. Dublin Granville Rd
Columbus, OH 43081-7651 US

Telephone:  614-278-6800          Fax:  614-278-6871

Purchase From Vendor:   1008278

HOMEVIEW DESIGN INC
HOMEVIEW DESIGN INC
1775 CURTISS CT.
LA VERNE CA  91750

Contact:        HOMEVIEW DESIGN INC
Telephone:    909-593-2800           Fax
E-Mail:          EDMUND@HOMEVIEWDESIGN.COM

**ADDITIONAL COMMENTS**

DIP 24-11967

Vendor Signature  _____

Signee's Name    _____

Title                      _____

Date                     _____

| Units | Retail | Vendor Cost | IMU |
|---|---|---|---|
| 2,217 | 179,468.92 | 95,407.80 | 46.839 |

OFFICE-COPY