4/24/2025 PO NOT SHIPPED STORAGE SUMMARY

| BIG LOTS PO DATE | BIG LOTS PO NO. | BIG LOTS PO VERSON NO. | BIG LOTS PO REVISED DATE | DIP NO. | BIG LOTS PO SHIP DATE | BIG LOTS PO CANCEL DATE | HOMEVIEW SALES ORDER NO. | Order CBM | Feb, 2025 | Mar-25 | Apr-25 | May-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2024 | 95643797 | 1 | 11/5/2024 | CASE 24-11967 | 1/31/2025 | 2/6/2025 | 20958 | 69.42 | ¥1,402.24 | ¥1,402.24 | ¥1,402.24 | ¥1,402.24 |
| 8/8/2024 | 95558537 | 3 | 11/5/2024 | CASE 24-11967 | 1/31/2025 | 2/6/2025 | 20959 | 189.01 | ¥3,817.99 | ¥3,817.99 | ¥77,123.38 | ¥3,817.99 |
| 8/8/2024 | 95558538 | 3 | 11/5/2024 | CASE 24-11967 | 1/31/2025 | 2/6/2025 | 20960 | 189.01 | ¥3,817.99 | ¥3,817.99 | ¥77,123.38 | ¥3,817.99 |
| 8/8/2024 | 95558539 | 4 | 11/5/2024 | CASE 24-11967 | 1/31/2025 | 2/6/2025 | 20961 | 118.15 | ¥2,386.72 | ¥2,386.72 | ¥48,211.76 | ¥2,386.72 |
| 9/11/2024 | 95610243 | 2 | 12/11/2024 | CASE 24-11967 | 2/24/2025 | 3/3/2025 | 20962 | 220.47 | ¥4,453.55 | ¥4,453.55 | ¥89,961.64 | ¥4,453.55 |
| 11/14/2024 | 95678063 | 3 | 12/6/2024 | CASE DIP-24-11967 | 12/30/2024 | 1/3/2025 | 21047 | 58.36 | ¥1,178.87 | ¥1,178.87 | ¥23,813.27 | ¥1,178.87 |
| 11/20/2024 | 95696535 | 2 | 12/9/2024 | CASE DIP-24-11967 | 2/7/2025 | 2/13/2025 | 21049 | 159.77 | ¥3,227.29 | ¥3,227.29 | ¥65,191.26 | ¥3,227.29 |
| 11/20/2024 | 95696536 | 2 | 12/9/2024 | CASE DIP-24-11967 | 2/7/2025 | 2/13/2025 | 21050 | 157.23 | ¥3,175.95 | ¥3,175.95 | ¥64,154.18 | ¥3,175.95 |
| 11/20/2024 | 95696537 | 2 | 12/9/2024 | CASE DIP-24-11967 | 2/7/2025 | 2/13/2025 | 21051 | 223.11 | ¥4,506.76 | ¥4,506.76 | ¥91,036.61 | ¥4,506.76 |

Total 1384.52 ¥27,967.36 ¥27,967.36 ¥27,967.36 ¥27,967.36
USD 3884.35 USD 3884.35 USD 3884.35 USD 3884.35

FUJIAN ANXI CENTURY CRAFTS CO.,LTD
福 建 省 安 溪 世 纪 工 艺 品 有 限 公 司
DEYUAN INDUSTRIAL DISTRICT, ANXI COUNTY,362400, FUJIAN PROVINCE,CHINA
地址：福建省安溪县德苑工业区

# DEBIT NOTE
## 仓储欠款通知

DEBIT NOTE # 25CC-01

Invoice Date:02/15/2025
Due Date:02/28/2025

BILL TO:
HomeView Design, Inc.
1775 CURTISS COURT LA VERNE CA 91750

Per agreement on those goods storage fee pass after Jan 31, 2025
for February based on cubic volume as follows:
由于贵司未按期出货，特向贵司按立方体积收取2月仓储费如下：

| BIG LOTS PO NO. | BIG LOTS PO REVISED DATE | Big Lots Store DIP NO. | | BIG LOTS PO CANCEL DATE | ORDER CUFT | Order CBM | Feb, 2025 |
|---|---|---|---|---|---|---|---|
| 95643797 | 11/5/24 | CASE 24-11967 | | 2/6/25 | 2444.20 | 69.42 | ¥1,402.24 |
| 95558537 | 11/5/24 | CASE 24-11967 | | 2/6/25 | 6655.02 | 189.01 | ¥3,817.99 |
| 95558538 | 11/5/24 | CASE 24-11967 | | 2/6/25 | 6655.02 | 189.01 | ¥3,817.99 |
| 95558539 | 11/5/24 | CASE 24-11967 | | 2/6/25 | 4160.22 | 118.15 | ¥2,386.72 |
| 95610243 | 12/11/24 | CASE 24-11967 | | 3/3/25 | 7762.84 | 220.47 | ¥4,453.55 |

Total    786.06    ¥15,878.49
US$2,205.35

TOTAL TWO THOUSAND TWO HUNDRED FIVE USD AND THIRTY-FIVE CENTS

FUJIAN ANXI CENTURY CRAFTS CO.,LTD
福建省安溪世纪工艺品有限公司

**BENEFICIARY:**
FUJIAN ANXI CENTURY CRAFTS CO.,LTD
**BANK INFORMATION:**
BANK OF CHINA FUJIAN ANXI SUB-BRANCH
A/C:432566165591
ADD:NO.188 XIN'AN ROAD.FENGCHENG TOWN ANXI FUJIAN 362400 CHINA.
TEL/FAX#86-595-23232257
SWIFT: BKCHCNBJ720

FUJIAN ANXI CENTURY CRAFTS CO.,LTD
福建省安溪世纪工艺品有限公司
DEYUAN INDUSTRIAL DISTRICT, ANXI COUNTY,362400, FUJIAN PROVINCE,CHINA
地址：福建省安溪县德苑工业区

# DEBIT NOTE
# 仓储欠款通知

DEBIT NOTE # 25CC-02

Invoice Date:03/01/2025
Due Date:03/31/2025

BILL TO:
HomeView Design, Inc.
1775 CURTISS COURT LA VERNE CA 91750

Per agreement on those goods storage fee pass after Jan 31, 2025
for March based on cubic volume as follows:
由于贵司未按期出货，特向贵司按立方体积收取3月仓储费如下：

| BIG LOTS PO NO. | BIG LOTS PO REVISED DATE | Big Lots Store DIP NO. | BIG LOTS PO CANCEL DATE | ORDER CUFT | Order CBM | Mar, 2025 |
|---|---|---|---|---|---|---|
| 95643797 | 11/5/24 | CASE 24-11967 | 2/6/25 | 2444.20 | 69.42 | ¥1,402.24 |
| 95558537 | 11/5/24 | CASE 24-11967 | 2/6/25 | 6655.02 | 189.01 | ¥3,817.99 |
| 95558538 | 11/5/24 | CASE 24-11967 | 2/6/25 | 6655.02 | 189.01 | ¥3,817.99 |
| 95558539 | 11/5/24 | CASE 24-11967 | 2/6/25 | 4160.22 | 118.15 | ¥2,386.72 |
| 95610243 | 12/11/24 | CASE 24-11967 | 3/3/25 | 7762.84 | 220.47 | ¥4,453.55 |
| | | | Total | | 786.06 | ¥15,878.49 |
| | | | | | | US$2,205.35 |

TOTAL TWO THOUSAND TWO HUNDRED FIVE USD AND THIRTY-FIVE CENTS

FUJIAN ANXI CENTURY CRAFTS CO.,LTD
福建省安溪世纪工艺品有限公司

**BENEFICIARY:**
FUJIAN ANXI CENTURY CRAFTS CO.,LTD
**BANK INFORMATION:**
BANK OF CHINA FUJIAN ANXI SUB-BRANCH
A/C:432566165591
ADD:NO.188 XIN'AN ROAD.FENGCHENG TOWN ANXI FUJIAN 362400 CHINA.
TEL/FAX#86-595-23232257
SWIFT: BKCHCNBJ720

FUJIAN ANXI CENTURY CRAFTS CO.,LTD
福建省安溪世纪工艺品有限公司
DEYUAN INDUSTRIAL DISTRICT, ANXI COUNTY,362400, FUJIAN PROVINCE,CHINA
地址：福建省安溪县德苑工业区

# DEBIT NOTE
## 仓储欠款通知

DEBIT NOTE # 25CC-03

Invoice Date:04/01/2025
Due Date:04/30/2025

BILL TO:
HomeView Design, Inc.
1775 CURTISS COURT LA VERNE CA 91750

Per agreement on those goods storage fee pass after Jan 31, 2025
for April based on cubic volume as follows:
由于贵司未按期出货，特向贵司按立方体积收取4月仓储费如下：

| BIG LOTS PO NO. | BIG LOTS PO REVISED DATE | Big Lots Store DIP NO. | BIG LOTS PO CANCEL DATE | ORDER CUFT | Order CBM | Apr, 2025 |
|---|---|---|---|---|---|---|
| 95643797 | 11/5/24 | CASE 24-11967 | 2/6/25 | 2444.20 | 69.42 | ¥1,402.24 |
| 95558537 | 11/5/24 | CASE 24-11967 | 2/6/25 | 6655.02 | 189.01 | ¥3,817.99 |
| 95558538 | 11/5/24 | CASE 24-11967 | 2/6/25 | 6655.02 | 189.01 | ¥3,817.99 |
| 95558539 | 11/5/24 | CASE 24-11967 | 2/6/25 | 4160.22 | 118.15 | ¥2,386.72 |
| 95610243 | 12/11/24 | CASE 24-11967 | 3/3/25 | 7762.84 | 220.47 | ¥4,453.55 |

Total    786.06    ¥15,878.49
US$2,205.35

TOTAL TWO THOUSAND TWO HUNDRED FIVE USD AND THIRTY-FIVE CENTS

FUJIAN ANXI CENTURY CRAFTS CO.,LTD
福建省安溪世纪工艺品有限公司

**BENEFICIARY:**
FUJIAN ANXI CENTURY CRAFTS CO.,LTD
**BANK INFORMATION:**
BANK OF CHINA FUJIAN ANXI SUB-BRANCH
A/C:432566165591
ADD:NO.188 XIN'AN ROAD.FENGCHENG TOWN ANXI FUJIAN 362400 CHINA.
TEL/FAX#86-595-23232257
SWIFT: BKCHCNBJ720

FUJIAN ANXI CENTURY CRAFTS CO.,LTD
福建省安溪世纪工艺品有限公司
DEYUAN INDUSTRIAL DISTRICT, ANXI COUNTY,362400, FUJIAN PROVINCE,CHINA
地址：福建省安溪县德苑工业区

# DEBIT NOTE
## 仓储欠款通知

DEBIT NOTE # 25CC-04

Invoice Date:04/25/2025
Due Date:05/31/2025

BILL TO:
HomeView Design, Inc.
1775 CURTISS COURT LA VERNE CA 91750

Per agreement on those goods storage fee pass after Jan 31, 2025
for May based on cubic volume as follows:
由于贵司未按期出货，特向贵司按立方体积收取5月仓储费如下：

| BIG LOTS PO NO. | BIG LOTS PO REVISED DATE | Big Lots Store DIP NO. | BIG LOTS PO CANCEL DATE | ORDER CUFT | Order CBM | May, 2025 |
|---|---|---|---|---|---|---|
| 95643797 | 11/5/24 | CASE 24-11967 | 2/6/25 | 2444.20 | 69.42 | ¥1,402.24 |
| 95558537 | 11/5/24 | CASE 24-11967 | 2/6/25 | 6655.02 | 189.01 | ¥3,817.99 |
| 95558538 | 11/5/24 | CASE 24-11967 | 2/6/25 | 6655.02 | 189.01 | ¥3,817.99 |
| 95558539 | 11/5/24 | CASE 24-11967 | 2/6/25 | 4160.22 | 118.15 | ¥2,386.72 |
| 95610243 | 12/11/24 | CASE 24-11967 | 3/3/25 | 7762.84 | 220.47 | ¥4,453.55 |

Total     786.06     ¥15,878.49
US$2,205.35

TOTAL TWO THOUSAND TWO HUNDRED FIVE USD AND THIRTY-FIVE CENTS

FUJIAN ANXI CENTURY CRAFTS CO.,LTD
福建省安溪世纪工艺品有限公司

**BENEFICIARY:**
FUJIAN ANXI CENTURY CRAFTS CO.,LTD
**BANK INFORMATION:**
BANK OF CHINA FUJIAN ANXI SUB-BRANCH
A/C:432566165591
ADD:NO.188 XIN'AN ROAD.FENGCHENG TOWN ANXI FUJIAN 362400 CHINA.
TEL/FAX#86-595-23232257
SWIFT: BKCHCNBJ720

# UP GROWING HANDICRAFT CO., LTD.
### 福建安溪合兴工艺品有限公司
A21,TENGYUN PARK,SHANGQING COMMUNE,ANXI COUNTY,FUJIAN CHINA
地址：福建省泉州市安溪县尚卿乡藤云工艺园A21地块

# DEBIT NOTE
## 仓储欠款通知

DEBIT NOTE # 25DB-01

Invoice Date:02/15/2025
Due Date:02/28/2025

BILL TO:
HomeView Design, Inc.
1775 CURTISS COURT LA VERNE CA 91750

Per agreement on those goods storage fee pass after Jan 31, 2025
for February based on cubic volume as follows:
由于贵司未按期出货，特向贵司按立方体积收取2月仓储费如下：

| BIG LOTS PO NO. | BIG LOTS PO REVISED DATE | Big Lots Store DIP NO. | BIG LOTS PO CANCEL DATE | ORDER CU | Order CBM | Feb, 2025 |
|---|---|---|---|---|---|---|
| 95678063 | 12/6/24 | CASE DIP-24-11967 | 1/3/25 | 2054.86 | 58.36 | ￥1,178.87 |
| 95696535 | 12/9/24 | CASE DIP-24-11967 | 2/13/25 | 5625.39 | 159.77 | ￥3,227.29 |
| 95696536 | 12/9/24 | CASE DIP-24-11967 | 2/13/25 | 5535.90 | 157.23 | ￥3,175.95 |
| 95696537 | 12/9/24 | CASE DIP-24-11967 | 2/13/25 | 7855.60 | 223.11 | ￥4,506.76 |
| | | | Total | | 598.46 | ￥12,088.88 US$1,679.01 |

TOTAL ONE THOUSAND SIX HUNDRED SEVETY-NINE USD AND ONE CENT

UP GROWING HANDICRAFT CO., LTD.
福建安溪合兴工艺品有限公司

**BENEFICIARY:**
UP GROWING HANDICRAFT CO.,LTD.
**BANK INFORMATION:**
BANK OF CHINA ANXI SUB-BRANCH
A/C: 424758388767
ADD:NO.128 XIN AN RD., ANXI COUNTY, FUJIAN PROVINCE, CHINA
TEL/FAX#86-595-23232257
TLX: 928005 BOCAX CN
SWIFT: BKCHCNBJ720

# UP GROWING HANDICRAFT CO., LTD.
福建安溪合兴工艺品有限公司
A21,TENGYUN PARK,SHANGQING COMMUNE,ANXI COUNTY,FUJIAN CHINA
地址：福建省泉州市安溪县尚卿乡藤云工艺园A21地块

# DEBIT NOTE
## 仓储欠款通知

DEBIT NOTE # 25DB-02

Invoice Date:03/01/2025
Due Date:03/31/2025

BILL TO:
HomeView Design, Inc.
1775 CURTISS COURT LA VERNE CA 91750

Per agreement on those goods storage fee pass after Jan 31, 2025
for March based on cubic volume as follows:
由于贵司未按期出货，特向贵司按立方体积收取3月仓储费如下：

| BIG LOTS PO NO. | BIG LOTS PO REVISED DATE | Big Lots Store DIP NO. | BIG LOTS PO CANCEL DATE | ORDER CUFT | Order CBM | Mar, 2025 |
|---|---|---|---|---|---|---|
| 95678063 | 12/6/24 | CASE DIP-24-11967 | 1/3/25 | 2054.86 | 58.36 | ￥1,178.87 |
| 95696535 | 12/9/24 | CASE DIP-24-11967 | 2/13/25 | 5625.39 | 159.77 | ￥3,227.29 |
| 95696536 | 12/9/24 | CASE DIP-24-11967 | 2/13/25 | 5535.90 | 157.23 | ￥3,175.95 |
| 95696537 | 12/9/24 | CASE DIP-24-11967 | 2/13/25 | 7855.60 | 223.11 | ￥4,506.76 |
| | | | Total | | 598.46 | ￥12,088.88 |
| | | | | | | US$1,679.01 |

TOTAL ONE THOUSAND SIX HUNDRED SEVETY-NINE USD AND ONE CENT

UP GROWING HANDICRAFT CO., LTD.
福建安溪合兴工艺品有限公司

**BENEFICIARY:**
UP GROWING HANDICRAFT CO.,LTD.
**BANK INFORMATION:**
BANK OF CHINA ANXI SUB-BRANCH
A/C: 424758388767
ADD:NO.128 XIN AN RD., ANXI COUNTY, FUJIAN PROVINCE, CHINA
TEL/FAX#86-595-23232257
TLX: 928005 BOCAX CN
SWIFT: BKCHCNBJ720

**UP GROWING HANDICRAFT CO., LTD.**
福建安溪合兴工艺品有限公司
A21,TENGYUN PARK,SHANGQING COMMUNE,ANXI COUNTY,FUJIAN CHINA
地址：福建省泉州市安溪县尚卿乡藤云工艺园A21地块

# DEBIT NOTE
## 仓储欠款通知

DEBIT NOTE # 25DB-03

Invoice Date:04/01/2025
Due Date:04/30/2025

BILL TO:
HomeView Design, Inc.
1775 CURTISS COURT LA VERNE CA 91750

Per agreement on those goods storage fee pass after Jan 31, 2025
for April based on cubic volume as follows:
由于贵司未按期出货，特向贵司按立方体积收取4月仓储费如下：

| BIG LOTS PO NO. | BIG LOTS PO REVISED DATE | Big Lots Store DIP NO. | BIG LOTS PO CANCEL DATE | ORDER CU | Order CBM | Apr, 2025 |
|---|---|---|---|---|---|---|
| 95678063 | 12/6/24 | CASE DIP-24-11967 | 1/3/25 | 2054.86 | 58.36 | ￥1,178.87 |
| 95696535 | 12/9/24 | CASE DIP-24-11967 | 2/13/25 | 5625.39 | 159.77 | ￥3,227.29 |
| 95696536 | 12/9/24 | CASE DIP-24-11967 | 2/13/25 | 5535.90 | 157.23 | ￥3,175.95 |
| 95696537 | 12/9/24 | CASE DIP-24-11967 | 2/13/25 | 7855.60 | 223.11 | ￥4,506.76 |
| | | | Total | | 598.46 | ￥12,088.88 |
| | | | | | | US$1,679.01 |

TOTAL ONE THOUSAND SIX HUNDRED SEVETY-NINE USD AND ONE CENT

UP GROWING HANDICRAFT CO., LTD.
福建安溪合兴工艺品有限公司

**BENEFICIARY:**
UP GROWING HANDICRAFT CO.,LTD.
**BANK INFORMATION:**
BANK OF CHINA ANXI SUB-BRANCH
A/C: 424758388767
ADD:NO.128 XIN AN RD., ANXI COUNTY, FUJIAN PROVINCE, CHINA
TEL/FAX#86-595-23232257
TLX: 928005 BOCAX CN
SWIFT: BKCHCNBJ720

UP GROWING HANDICRAFT CO., LTD.
福建安溪合兴工艺品有限公司
A21,TENGYUN PARK,SHANGQING COMMUNE,ANXI COUNTY,FUJIAN CHINA
地址：福建省泉州市安溪县尚卿乡藤云工艺园A21地块

# DEBIT NOTE
## 仓储欠款通知

DEBIT NOTE # 25DB-04

Invoice Date:04/25/2025
Due Date:05/31/2025

BILL TO:
HomeView Design, Inc.
1775 CURTISS COURT LA VERNE CA 91750

Per agreement on those goods storage fee pass after Jan 31, 2025
for May based on cubic volume as follows:
由于贵司未按期出货，特向贵司按立方体积收取5月仓储费如下：

| BIG LOTS PO NO. | BIG LOTS PO REVISED DATE | Big Lots Store DIP NO. | BIG LOTS PO CANCEL DATE | ORDER CU | Order CBM | May, 2025 |
|---|---|---|---|---|---|---|
| 95678063 | 12/6/24 | CASE DIP-24-11967 | 1/3/25 | 2054.86 | 58.36 | ￥1,178.87 |
| 95696535 | 12/9/24 | CASE DIP-24-11967 | 2/13/25 | 5625.39 | 159.77 | ￥3,227.29 |
| 95696536 | 12/9/24 | CASE DIP-24-11967 | 2/13/25 | 5535.90 | 157.23 | ￥3,175.95 |
| 95696537 | 12/9/24 | CASE DIP-24-11967 | 2/13/25 | 7855.60 | 223.11 | ￥4,506.76 |
| | | | Total | | 598.46 | ￥12,088.88 |
| | | | | | | US$1,679.01 |

TOTAL ONE THOUSAND SIX HUNDRED SEVETY-NINE USD AND ONE CENT

UP GROWING HANDICRAFT CO., LTD.
福建安溪合兴工艺品有限公司

**BENEFICIARY:**
UP GROWING HANDICRAFT CO.,LTD.
**BANK INFORMATION:**
BANK OF CHINA ANXI SUB-BRANCH
A/C: 424758388767
ADD:NO.128 XIN AN RD., ANXI COUNTY, FUJIAN PROVINCE, CHINA
TEL/FAX#86-595-23232257
TLX: 928005 BOCAX CN
SWIFT: BKCHCNBJ720