UP GROWING HANDICRAFT CO., LTD.
福建安溪合兴工艺品有限公司
A21,TENGYUN PARK,SHANGQING COMMUNE,ANXI COUNTY,FUJIAN CHINA
地址：福建省泉州市安溪县尚卿乡腾云工艺园A21地块

QUOTATION产品处理费用报价

TO: HomeView Design, Inc.
1775 CURTISS COURT LA VERNE CA 91750

ATTN: Edmund Tong

QT NO.: 25UGF001
Date: 30-Apr-25

We checked to disposal those goods cost as below for you review and confirmation.
Total 598.46 cbm which need around 15 trailer to pull those goods, and RMB4500 per trailer,
which including transportation cost, Labor, misc. cost but not including the government environment and regulatory fee which unknown.

我们确认了一下处理这些货物(598.46立方米)，需要15辆拖车，每车需要RMB4500，此费用包含运输成本、劳动力、杂项成本
但不包括政府环境和监管费用，这些费用未知。请确认

| BIG LOTS PO NO. | BIG LOTS REVISED DATE | Big Lots Store DIP NO. | BIG LOTS PO CANCEL DATE | Order CBM | Trailer Qty | Cost of Disposal | Total Amount(rmb) | Remarks |
|---|---|---|---|---|---|---|---|---|
| 95678063 | 12/6/2024 | CASE DIP-24-11967 | 1/3/2025 | 58.36 | 15 | ¥4,500.00 | ¥67,500.00 | transportation cost, Labor, misc. cost but not including the government environment and regulatory |
| 95696535 | 12/9/2024 | CASE DIP-24-11967 | 2/13/2025 | 159.77 | | | | |
| 95696536 | 12/9/2024 | CASE DIP-24-11967 | 2/13/2025 | 157.23 | | | | |
| 95696537 | 12/9/2024 | CASE DIP-24-11967 | 2/13/2025 | 223.11 | | | | |
| Total: | | | | 598.46 | | | ¥67,500.00 | |
| | | | | | | | US$9,375.00 | |

BENEFICIARY:
UP GROWING HANDICRAFT CO.,LTD.
BANK INFORMATION:
BANK OF CHINA ANXI SUB-BRANCH
A/C: 4247583388767
ADD:NO.128 XIN AN RD., ANXI COUNTY, FUJIAN PROVINCE, CHINA
TLX: 928005 BOCAX CN
SWIFT: BKCHCNBJ720

UP GROWING HANDICRAFT CO., LTD.
福建安溪合兴工艺品有限公司

FUJIAN ANXI CENTURY CRAFTS CO.,LTD
福建省安溪世纪工艺品有限公司
DEYUAN INDUSTRIAL DISTRICT, ANXI COUNTY,362400, FUJIAN PROVINCE,CHINA
地址：福建省安溪县德苑工业区

QUOTATION 产品处理费用报价

QT NO.: 25CCC001
Date: April 30, 2025

TO: HomeView Design, Inc.
1775 CURTISS COURT LA VERNE CA 91750

ATTN: Edmund Tong

We checked to disposal those goods cost as below for you review and confirmation.
Total 786.06 cbm which need around 20 trailer to pull those goods, and RMB4500 per trailer, which including transportation cost, Labor, misc. cost but not including the government environment and regulatory fee which unknown.

我们确认了一下处理这些货物(786.06立方米), 需要20辆拖车, 每车需要RMB4500, 此费用包含运输成本, 劳动力, 杂项成本但不包括政府环境和监管费用, 这些费用未知。请确认

| BIG LOTS PO NO. | BIG LOTS PO REVISED DATE | Big Lots Store DIP NO. | BIG LOTS PO CANCEL DATE | Order CBM | Trailer Qty | Cost of Disposal | Total Amount(rmb) | Remarks |
|---|---|---|---|---|---|---|---|---|
| 95643797 | 11/5/2024 | CASE 24-11967 | 2/6/2025 | 69.42 | 20 | ¥4,500.00 | ¥90,000.00 | transportation cost, Labor, misc. cost but not including the government environment and regulatory fee which unknown. |
| 95558537 | 11/5/2024 | CASE 24-11967 | 2/6/2025 | 189.01 | | | | |
| 95558538 | 11/5/2024 | CASE 24-11967 | 2/6/2025 | 189.01 | | | | |
| 95558539 | 11/5/2024 | CASE 24-11967 | 2/6/2025 | 118.15 | | | | |
| 95610243 | 12/11/2024 | CASE 24-11967 | 3/3/2025 | 220.47 | | | | |
| Total: | | | | 786.06 | | | ¥90,000.00 | |
| | | | | | | | US$12,500.00 | |

BENEFICIARY:
FUJIAN ANXI CENTURY CRAFTS CO,.LTD
BANK INFORMATION:
BANK OF CHINA FUJIAN ANXI SUB-BRANCH
A/C:432566165591
ADD:NO.188 XIN'AN ROAD.FENGCHENG TOWN ANXI FUJIAN 362400 CHINA.
SWIFT: BKCHCNBJ720

FUJIAN ANXI CENTURY CRAFTS CO.,LTD
福建省安溪世纪工艺品有限公司