# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED**[2] **NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MAY 13, 2025, AT 1:00 P.M. (ET)**

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.
>
> Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

## RESOLVED MATTER

1. Debtors' Second Motion for Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 2521, filed 4/7/25).

   Objection Deadline: April 21, 2025, at 4:00 p.m. (ET).

   Responses Received: None.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] **Amended items in bold.**

Related Documents:

a) Certificate of No Objection Regarding Debtors' Second Motion for Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 2588, filed 4/22/25).

b) Order Further Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptance Thereof (D.I. 2591, entered 4/23/25).

Status: An order has been entered.  No hearing is necessary.

**MATTERS UNDER CERTIFICATION**

2. Motion of Debtors Pursuant To 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving the Debtors' Entry into a Settlement Agreement Between the Debtors and their Property Insurers (D.I. 2582, filed 4/21/25).

    Objection Deadline: May 5, 2025, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    a) Certificate of No Objection Regarding Motion of Debtors Pursuant To 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving the Debtors' Entry into a Settlement Agreement Between the Debtors and their Property Insurers (D.I. 2706, filed 5/7/25).

    Status: A certificate of no objection has been filed.  No hearing is necessary unless the Court directs otherwise.

3. [SEALED] Debtors' Motion for Entry of an Order (I) Approving the Debtors' Assumption of Certain Litigation-Related Agreements and (II) Granting Related Relief (D.I. 2647, filed 4/29/25).

    Objection Deadline: May 6, 2025, at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Documents:

    a) Notice of Filing of Redacted Version of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Assumption of Certain Litigation-Related Agreements and (II) Granting Related Relief (D.I. 2648, filed 4/29/25);

    b) Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Assumption

of Certain Litigation-Related Agreements and (II) Granting Related Relief (D.I. 2649, filed 4/29/25); and

c) Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Assumption of Certain Litigation-Related Agreements and (II) Granting Related Relief (D.I. 2707, filed 5/7/25).

Status: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

**ADJOURNED MATTERS**

4. Gerald Bogle's Motion for Relief from the Automatic Stay (D.I. 672, filed 10/31/24).

   Objection Deadline: November 14, 2024, at 4:00 p.m. (ET); extended to June 12, 2025, for the Debtors.

   Related Documents: None at this time.

   Status: This matter is adjourned to the omnibus hearing scheduled for June 26, 2025, at 1:00 p.m. (ET).

5. Motion of Amy Eskra-Brown for Relief from Bankruptcy Automatic Stay to Proceed Against Insurance Proceeds (D.I. 674, filed 10/31/24).

   Objection Deadline: November 14, 2024, at 4:00 p.m. (ET).

   Responses Received:

   a) Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1103, filed 11/14/24).

   Related Documents:

   a) Notice of Hearing in Support of Motion for Relief from Stay (D.I. 858, filed 11/4/24).

   b) Declaration of Jonathan Caruso in Support of Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1352, filed 12/16/24).

   Status: This matter is adjourned to the omnibus hearing scheduled for June 26, 2025, at 1:00 p.m. (ET).

6. Motion of Carol Donnelly for Relief from Bankruptcy Automatic Stay to Proceed Against Insurance Proceeds (D.I. 676, filed 10/31/24).

Objection Deadline: November 14, 2024, at 4:00 p.m. (ET).

Responses Received:

a)  Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1103, filed 11/14/24).

Related Documents:

a)  Notice of Hearing in Support of Motion for Relief from Stay (D.I. 861, filed 11/4/24).

b)  Declaration of Jonathan Caruso in Support of Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1352, filed 12/16/24).

Status:  This matter is adjourned to the omnibus hearing scheduled for June 26, 2025, at 1:00 p.m. (ET).

7.  Motion of Belkis Millan for Relief from the Automatic Stay (D.I. 1625, filed 1/7/25).

    Objection Deadline: January 14, 2025, at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Related Documents: None at this time.

    Status:  This matter is adjourned to the omnibus hearing scheduled for June 26, 2025, at 1:00 p.m. (ET).

8.  Motion of Katie J. Jennings and Allen Jennings for Relief from the Automatic Stay (D.I. 2047, filed 2/21/25).

    Objection Deadline: March 18, 2025, at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Related Documents: None at this time.

    Status:  This matter is adjourned to the omnibus hearing scheduled for June 26, 2025, at 1:00 p.m. (ET).

9.  Denzel Anderson's Motion for Relief from the Automatic Stay (D.I. 2201, filed 3/11/25).

    Objection Deadline: March 18, 2025, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents: None at this time.

Status: This matter is adjourned to the omnibus hearing scheduled for June 26, 2025, at 1:00 p.m. (ET).

10. Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume and Assign Certain Non-Residential Real Property Leases (D.I. 2505, filed 4/6/25).

   Objection Deadline: April 21, 2025, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents: None at this time.

   Status: This matter is adjourned to the omnibus hearing scheduled for June 26, 2025, at 1:00 p.m. (ET).

11. Motion of Sharrell Smith, as Parent and Guardian of Heaven Smith, a Minor, for Relief from the Automatic Stay (D.I. 2559, filed 4/14/25).

   Objection Deadline: May 5, 2025, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents: None at this time.

   Status: This matter is adjourned to the omnibus hearing scheduled for June 26, 2025, at 1:00 p.m. (ET).

**MATTER GOING FORWARD**

12. HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(B)(9) (D.I. 2207, filed 3/11/25).

   Objection Deadline: April 11, 2025, at 4:00 p.m. (ET).

   Reply Deadline: April 25, 2025, at 4:00 p.m. (ET).

   Responses Received:

   a) Letter Objection to HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(9) (D.I. 2557, filed 4/11/25).

Related Documents:

a)     Certification of Counsel Regarding Order Scheduling Certain Dates and Deadlines for Adjudication of Issues Raised in Motion of HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claim [D.I. 2207] (D.I. 2416, filed 3/31/25).

b)     Order Scheduling Certain Dates and Deadlines for Adjudication of Issues Raised in Motion of HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claim [D.I. 2207] (D.I. 2429, entered 3/31/25).

c)     Certification of Counsel Submitting Stipulation and Proposed Order Extending Deadline(s) in Main Bankruptcy Cases (D.I. 2638, filed 4/25/25).

d)     Brief in Further Support of Allowance and Immediate Payment of HomeView Design Inc.'s Post-Closing Administrative Priority Expense Claim (D.I. 2681, filed 5/2/25).

e)     **HomeView Design Inc.'s Amended Witness and Exhibit List for Hearing to be Held on May 13, 2025 (D.I. 2721, filed 5/11/25).**

f)     **Debtors' Motion for Leave to File Surreply in Support of the Debtors' Letter Objection to HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(9) (D.I. 2722, filed 5/11/25).**

Status: This matter is going forward.

**FEE APPLICATIONS**

13.     First and Final Fee Application of A&G Realty Partners, LLC, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Real Estate Consultant and Advisor to the Debtors for the Period from September 9, 2024 through February 7, 2025 (D.I. 2524, Filed 4/8/25).

Objection Deadline: April 29, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

a)     Certification of Counsel Regarding Order Approving First and Final Fee Application of A&G Realty Partners, LLC, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Real Estate Consultant and Advisor to the Debtors for the Period from September 9, 2024 Through February 7, 2025 (D.I. 2675, filed 5/1/25).

<u>Status</u>:  This matter is adjourned to the omnibus hearing scheduled for June 26, 2025, at 1:00 p.m. (ET).

14. Final Fee Application of Porter, Wright, Morris & Arthur LLP, Special Counsel to the Debtors and Debtors in Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 31, 2024, to and Including January 31, 2025 (D.I. 2531, Filed 4/8/25).

    <u>Objection Deadline</u>: April 29, 2025, at 4:00 p.m. (ET).

    <u>Responses Received</u>: None.

    <u>Related Documents</u>:

    a) Certificate of No Objection Regarding Final Fee Application of Porter, Wright, Morris & Arthur LLP, Special Counsel to the Debtors and Debtors In Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 31, 2024, to and Including January 31, 2025 (D.I. 2674, filed 4/30/25).

    b) Declaration of David S. Bloomfield, Jr. in Support of the First and Final Fee Application of Porter, Wright Morris & Arthur LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 31, 2024, through January 31, 2025 (D.I. 2688, filed 5/6/25).

    <u>Status</u>:  This matter is adjourned to the omnibus hearing scheduled for June 26, 2025, at 1:00 p.m. (ET).

*[Remainder of Page Intentionally Left Blank]*

Dated: May 12, 2025
Wilmington, Delaware

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Sophie Rogers Churchill*
    Robert J. Dehney, Sr. (No. 3578)
    Andrew R. Remming (No. 5120)
    Daniel B. Butz (No. 4227)
    Sophie Rogers Churchill (No. 6905)
    Brianna N. V. Turner (No. 7468)
    1201 N. Market Street, 16th Floor
    Wilmington, DE 19801
    Tel: (302) 658-9200
    rdehney@morrisnichols.com
    aremming@morrisnichols.com
    dbutz@morrisnichols.com
    srchurchill@morrisnichols.com
    bturner@morrisnichols.com

    -and-

    DAVIS POLK & WARDWELL LLP

    Brian M. Resnick (admitted *pro hac vice*)
    Adam L. Shpeen (admitted *pro hac vice*)
    Stephen D. Piraino (admitted *pro hac vice*)
    Ethan Stern (admitted *pro hac vice*)
    Kevin L. Winiarski (admitted *pro hac vice*)
    450 Lexington Avenue
    New York, NY 10017
    Tel.: (212) 450-4000
    brian.resnick@davispolk.com
    adam.shpeen@davispolk.com
    stephen.piraino@davispolk.com
    ethan.stern@davispolk.com
    kevin.winiarski@davispolk.com

    *Counsel to the Debtors and Debtors in Possession*