## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM

**PLEASE TAKE NOTICE** that, pursuant to LR 9010-1, the undersigned counsel give notice that Richard G. Placey substitutes in for Gregory T. Donilon as counsel of record for Brunswick MZL, LLC, Chili MZL, LLC, G&I X Trexler Town MZL, LLC and Jacksonville MZL, LLC (the "**Landlords**") in the above-captioned cases.  By signing below, counsel represent that the Landlords and Richard G. Placey consent to Gregory T. Donilon withdrawing as counsel of record for Landlords.  The Landlords have been informed of and consent to this substitution of counsel.

**PLEASE TAKE FURTHER NOTICE** that attorney Richard G. Placey should be added to all service lists, including the court's electronic notification list, in the above-captioned cases with the following contact information:

> Richard G. Placey (No. 4206)
> Montgomery McCracken Walker & Rhoads, LLP
> 1105 North Market Street, 15th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 504-7800
> rplacey@mmwr.com

---

[1]    The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that attorney Gregory T. Donilon requests that his appearance in the above-captioned cases be terminated and that he be removed from any applicable service lists herein, including the Court's CM/ECF electronic notification list.

Dated: May 13, 2025

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Gregory T. Donilon*
Gregory T. Donilon (No. 4244)
1105 North Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 504-7800
gdonilon@mmwr.com

*Counsel for Brunswick MZL, LLC, Chili MZL, LLC, G&I X Trexler Town MZL, LLC and Jacksonville MZL, LLC*

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ RGPlacey*
Richard G. Placey (No. 4206)
1105 North Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 504-7800
rplacey@mmwr.com

*Counsel for Brunswick MZL, LLC, Chili MZL, LLC, G&I X Trexler Town MZL, LLC and Jacksonville MZL, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I, Gregory T. Donilon, do hereby certify that on the 13th day of May 2025, I caused a copy of the foregoing Notice of Substitution of Counsel Within Law Firm to be served upon all parties registered to receive notice through the Court's CM/ECF System.

                                                                                    */s/ RGPlacey*
                                                                    Richard G. Placey