## EXHIBIT A

| Store Number | Address | Landlord | Assignee | Cure |
|---|---|---|---|---|
| 5369 | 15715 US Highway 36, Marysville, OH 43040 | R&A Properties | Marion Goodwill Industries, Inc | $41,379.59 |