## **EXHIBIT A**

| Store Number | Address | Base Rent PSF | Lease Expiration Date | Options | Purchaser Entity |
|---|---|---|---|---|---|
| 4742 | 2855 Ridge Road Rockwall, TX 75032 | $8.50 | 1/31/2032 | 4-5 Year | Goodwill Industries of Dallas, Inc. |