UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Big Lots, Inc. , | ) Case No.  24-11967 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

PLEASE TAKE NOTICE that Earthside Farms, Llc , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Earthside Farms, Llc
224 W 35th St ,
New York , NY 10001

Earthside Farms, Llc c/o CRG Financial LLC
84 Herbert Ave. Building B - Suite 202
Closter, NJ 07624

Dated: Friday, May 9, 2025

Respectfully submitted,

*/s/ Naushad Parpia*
Naushad Parpia
Earthside Farms, Llc
224 W 35th St
New York , NY 10001