UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Big Lots, Inc., | ) Case No. 24-11967 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Pillow Perfect Inc, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Pillow Perfect Inc
Po Box 105328,
Atlanta, GA 30348-5328

New Address
Pillow Perfect Inc c/o CRG Financial LLC
84 Herbert Ave. Building B - Suite 202
Closter, NJ 07624

Dated: Monday, May 12, 2025

Respectfully submitted,

Paul Ratner
Pillow Perfect Inc
Po Box 105328
Atlanta, GA 30348-5328