In re Big Lots, Inc., et al., Case No. 24-11967    **Exhibit A**

**PwC US Tax LLP**

**Summary by Billing Category and Project Category**

| Billing Category and Project Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2024 Tax Compliance Services | 44.00 | $220,000.00 [1] |
| *Subtotal - Hours and Compensation - Fixed Fee Services* | *44.00* | *$220,000.00* |
| **Hourly Services** | | |
| Tax Advisory Services | 163.20 | $177,883.20 |
| *Subtotal - Hours and Compensation - Hourly Services* | *163.20* | *$177,883.20* |
| **Bankruptcy Compliance Services** | | |
| Retention Applications | 1.60 | $880.00 |
| Fee Applications | 10.90 | $4,360.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Compliance Services* | *12.50* | *$5,240.00* |
| **Total - Hours and Compensation - All Services** | **219.70** | **$403,123.20** |

[1] As set forth in the applicable Statement of Work, the $220,000 fixed fee in connection with the 2024 Tax Compliance Services is due upon acceptance of the Statement of Work, subject to the terms of the Interim Compensation Procedures Order. PwC US Tax will continue to provide the 2024 Tax Compliance Services after the Application Period, and will reflect such services performed in subsequent fee applications.