**In re Big Lots, Inc., et al., Case No. 24-11967**          **Exhibit B**

**PwC US Tax LLP**

**Summary of Hours and Fees by Project and Professional**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| **Fixed Fee Services** | | | |
| ***2024 Tax Compliance Services*** | | | |
| Craig Keller | Partner | 3.50 | |
| Lowell Huth | Partner | 0.50 | |
| Brian Trueman | Director | 4.50 | |
| Tom Carpenter | Director | 1.00 | |
| Matthew Harris | Senior Manager | 0.50 | |
| Nicole Berkow | Senior Manager | 8.00 | |
| Anna Belluardo | Manager | 6.00 | |
| Austin Oberhausen | Manager | 1.00 | |
| Ryan Miller | Senior Associate | 4.00 | |
| Stella Huang | Senior Associate | 4.50 | |
| Kaylee McMullen | Associate | 2.50 | |
| Mackenzie Summers | Associate | 1.00 | |
| Matthew Messer | Associate | 4.00 | |
| Mia Gerthoffer | Associate | 1.50 | |
| Tommy McAvoy | Associate | 1.50 | |
| ***Subtotal - 2024 Tax Compliance Services*** | | ***44.00*** | ***$220,000.00*** |
| **Total - Hours and Compensation Sought - Fixed Fee Services** | | **44.00** | **$220,000.00** |