In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| **Hourly Services** | | | | | |
| *2024 Tax Compliance Services* | | | | | |
| 2/5/2025 | Anna Belluardo | Manager | 0225F0154: Planning for state compliance timing and staffing. | 0.50 | |
| 2/21/2025 | Anna Belluardo | Manager | 0225F0155: Creating and updating state compliance return listing and setting up documentation folders. | 1.00 | |
| 2/24/2025 | Anna Belluardo | Manager | 0225F0156: Tax compliance planning | 0.50 | |
| 2/25/2025 | Anna Belluardo | Manager | 0225F0157: Analyzing timing, budget and return listing | 1.00 | |
| 3/7/2025 | Craig Keller | Partner | 0325F0158: Preparation of PwC continued retention matters | 0.50 | |
| 3/12/2025 | Craig Keller | Partner | 0325F0159: 2024 Big Lots compliance planning | 0.50 | |
| 3/12/2025 | Stella Huang | Senior Associate | 0325F0160: Set up 2024 tax compliance tax docs | 0.50 | |
| 3/14/2025 | Stella Huang | Senior Associate | 0325F0161: 2024 tax compliance review | 0.50 | |
| 3/17/2025 | Craig Keller | Partner | 0325F0162: 2024 tax compliance review | 1.00 | |
| 3/17/2025 | Anna Belluardo | Manager | 0325F0163: Updating compliance tracker for extensions and following up on administrative items. | 0.50 | |
| 3/17/2025 | Stella Huang | Senior Associate | 0325F0164: Add state extension listing to tracker | 1.00 | |
| 3/18/2025 | Stella Huang | Senior Associate | 0325F0165: 2024 tax compliance review | 0.50 | |
| 3/20/2025 | Craig Keller | Partner | 0325F0166: Call to discuss 2024 tax compliance approach and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), A. Oberhausen (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC) | 1.00 | |
| 3/20/2025 | Brian Trueman | Director | 0325F0167: Call to discuss 2024 tax compliance approach and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), A. Oberhausen (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC) | 1.00 | |
| 3/20/2025 | Brian Trueman | Director | 0325F0168: Reviewing Big Lots information request, workpapers and timing. | 1.50 | |
| 3/20/2025 | Nicole Berkow | Senior Manager | 0325F0169: Call to discuss 2024 tax compliance approach and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), A. Oberhausen (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC) | 1.00 | |
| 3/20/2025 | Nicole Berkow | Senior Manager | 0325F0170: Information Gathering related to Vietnamese Entity and Correspondence with PwC ITS | 1.00 | |
| 3/20/2025 | Nicole Berkow | Senior Manager | 0325F0171: Review of Federal Depreciation Alteryx Files and Correspondence with PwC TRS | 1.00 | |
| 3/20/2025 | Anna Belluardo | Manager | 0325F0172: Call to discuss 2024 tax compliance approach and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), A. Oberhausen (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC) | 1.00 | |
| 3/20/2025 | Anna Belluardo | Manager | 0325F0173: Updating time entries in new client WBS code. | 0.50 | |
| 3/20/2025 | Austin Oberhausen | Manager | 0325F0174: Call to discuss 2024 tax compliance approach and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), A. Oberhausen (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC) | 1.00 | |
| 3/20/2025 | Stella Huang | Senior Associate | 0325F0175: Updates to state extension listing | 0.50 | |
| 3/20/2025 | Stella Huang | Senior Associate | 0325F0176: Call to discuss 2024 tax compliance approach and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), A. Oberhausen (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC) | 1.00 | |
| 3/20/2025 | Mia Gerthoffer | Associate | 0325F0177: Vietnam entity initial document review | 0.50 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 3/20/2025 | Tommy McAvoy | Associate | 0325F0178: Call to discuss 2024 tax compliance approach and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), A. Oberhausen (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC) | 1.00 | |
| 3/21/2025 | Anna Belluardo | Manager | 0325F0179: Preparation of PwC fee application | 0.50 | |
| 3/21/2025 | Kaylee McMullen | Associate | 0325F0180: Reviewing emails and attachments sent from Big Lots and Vietnam Representative Office research | 1.00 | |
| 3/21/2025 | Mia Gerthoffer | Associate | 0325F0181: Vietnam data review | 0.50 | |
| 3/24/2025 | Brian Trueman | Director | 0325F0182: Internal team discussions with federal timing and information requests. | 0.50 | |
| 3/25/2025 | Brian Trueman | Director | 0325F0183: Questions regarding data into OIT, timing of State apportionment and state specific modifications with M. Burris. | 1.00 | |
| 3/25/2025 | Tom Carpenter | Director | 0325F0184: Review and analyze Vietnam rep office | 0.50 | |
| 3/25/2025 | Nicole Berkow | Senior Manager | 0325F0185: Discussion with B. Slayman (Big Lots) and K. Payne (Big Lots) on Federal Taxable Income | 1.00 | |
| 3/25/2025 | Nicole Berkow | Senior Manager | 0325F0186: Internal Discussions on Filing Requirements for Vietnamese Entity | 1.00 | |
| 3/25/2025 | Ryan Miller | Senior Associate | 0325F0187: Communications with N. Berkow (PwC) regarding Vietnam Rep Office filing requirement findings | 0.50 | |
| 3/25/2025 | Ryan Miller | Senior Associate | 0325F0188: Communications with T. Carpenter (PwC) on Vietnam Rep Office filing requirement findings | 0.50 | |
| 3/25/2025 | Ryan Miller | Senior Associate | 0325F0189: Review Vietnam Rep Office filing requirement findings | 0.50 | |
| 3/25/2025 | Kaylee McMullen | Associate | 0325F0190: Reviewing emails and attachments sent from Big Lots and Vietnam Representative Office research | 1.50 | |
| 3/25/2025 | Mia Gerthoffer | Associate | 0325F0191: Vietnam Rep Office discussion compliance team, discussing potential filing requirements and compilation of PBC documents | 0.50 | |
| 3/26/2025 | Craig Keller | Partner | 0325F0192: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), T. Carpenter (PwC), R. Miller (PwC) | 0.50 | |
| 3/26/2025 | Lowell Huth | Partner | 0325F0193: Vietnam Rep Office filing requirements analysis | 0.50 | |
| 3/26/2025 | Brian Trueman | Director | 0325F0194: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), T. Carpenter (PwC), R. Miller (PwC) | 0.50 | |
| 3/26/2025 | Tom Carpenter | Director | 0325F0195: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), T. Carpenter (PwC), R. Miller (PwC) | 0.50 | |
| 3/26/2025 | Matthew Harris | Senior Manager | 0325F0196: Form 4562 model support | 0.50 | |
| 3/26/2025 | Nicole Berkow | Senior Manager | 0325F0197: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), T. Carpenter (PwC), R. Miller (PwC) | 0.50 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 3/26/2025 | Nicole Berkow | Senior Manager | 0325F0198: Mapping Updates and Trial Balance Upload | 1.00 | |
| 3/26/2025 | Nicole Berkow | Senior Manager | 0325F0199: OIT Rollover and Trial Balance Upload | 1.50 | |
| 3/26/2025 | Anna Belluardo | Manager | 0325F0200: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), T. Carpenter (PwC), R. Miller (PwC) | 0.50 | |
| 3/26/2025 | Ryan Miller | Senior Associate | 0325F0201: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), T. Carpenter (PwC), R. Miller (PwC) | 0.50 | |
| 3/26/2025 | Ryan Miller | Senior Associate | 0325F0202: Call with compliance team member to confirm Vietnam Rep Office filing requirements | 0.50 | |
| 3/26/2025 | Ryan Miller | Senior Associate | 0325F0203: Response to compliance team member on filings and China Rep Office filings | 0.50 | |
| 3/26/2025 | Ryan Miller | Senior Associate | 0325F0204: Vietnam Rep Office filing requirements analysis | 0.50 | |
| 3/26/2025 | Stella Huang | Senior Associate | 0325F0205: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), T. Carpenter (PwC), R. Miller (PwC) | 0.50 | |
| 3/26/2025 | Matthew Messer | Associate | 0325F0206: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), T. Carpenter (PwC), R. Miller (PwC) | 0.50 | |
| 3/26/2025 | Matthew Messer | Associate | 0325F0207: Call discussing AC team and adding new accounts for TB upload | 0.50 | |
| 3/26/2025 | Tommy McAvoy | Associate | 0325F0208: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and C. Keller (PwC), N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), T. Carpenter (PwC), R. Miller (PwC) | 0.50 | |
| 3/27/2025 | Ryan Miller | Senior Associate | 0325F0209: Discuss China Rep Office filings with L. Huth (PwC) | 0.50 | |
| 3/27/2025 | Matthew Messer | Associate | 0325F0210: Inputting adjusting JE's sent over from Mark Burris (Big Lots) | 2.50 | |
| 3/28/2025 | Matthew Messer | Associate | 0325F0211: Inputting Final Adjustments from email discussion with M. Burris (Big Lots) | 0.50 | |
| 3/31/2025 | Mackenzie Summers | Associate | 0325F0212: Onboarding and getting access to OIT for Big Lots | 1.00 | |
| *Subtotal - 2024 Tax Compliance Services* | | | | *44.00* | *$220,000.00* |
| **Total - Hours and Compensation Sought - Fixed Fee Services** | | | | **44.00** | **$220,000.00** |