**In re Big Lots, Inc., et al., Case No. 24-11967**                                                                                                    **Exhibit D**
**PwC US Tax LLP**
**Summary of Hours and Fees by Project and Professional**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Tax Advisory Services* | | | | |
|    Art Sewall | Partner | $1,330 | 0.50 | $665.00 |
|    Bob Ritter | Partner | $1,265 | 1.00 | $1,265.00 |
|    Craig Keller | Partner | $1,265 | 6.40 | $8,096.00 |
|    George Manousos | Partner | $1,265 | 1.00 | $1,265.00 |
|    Hardeo Bissoondial | Partner | $1,265 | 0.80 | $1,012.00 |
|    Lesa Shoemaker | Partner | $1,265 | 16.50 | $20,872.50 |
|    Sean Kelly | Partner | $1,330 | 18.10 | $24,073.00 |
|    Brian Trueman | Director | $1,006 | 15.80 | $15,894.80 |
|    Elyse Acosta | Senior Manager | $1,141 | 54.50 | $62,184.50 |
|    Rhys Jonard | Senior Associate | $702 | 10.50 | $7,371.00 |
|    Will Gaziano | Senior Associate | $952 | 32.90 | $31,320.80 |
|    Evan Hannan | Experienced Associate | $743 | 5.20 | $3,863.60 |
| ***Subtotal - Tax Advisory Services*** | | | ***163.20*** | ***$177,883.20*** |
| **Subtotal - Hourly Services** | | | **163.20** | **$177,883.20** |
| | | | | |
| **Bankruptcy Compliance Services** | | | | |
| *Retention Applications* | | | | |
|    Thalia Cody | Director | $550 | 1.60 | $880.00 |
| ***Subtotal - Retention Applications*** | | | ***1.60*** | ***$880.00*** |
| *Fee Applications* | | | | |
|    Chris Lewis | Manager | $400 | 10.90 | $4,360.00 |
| ***Subtotal - Fee Applications*** | | | ***10.90*** | ***$4,360.00*** |
| **Subtotal - Bankruptcy Compliance Services** | | | **12.50** | **$5,240.00** |
| | | | | |
| **Total - Hours and Compensation Sought - Hourly Services** | | | **175.70** | **$183,123.20** |