In re Big Lots, Inc., et al., Case No. 24-11967
PwC US Tax LLP
**Professional Services by Project, Professional, and Date**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Hourly Services** | | | | | | |
| *Tax Advisory Services* | | | | | | |
| 1/6/2025 | Sean Kelly | Partner | 0125H0001: Review updated agreement | $1,330 | 0.50 | $665.00 |
| 1/7/2025 | Sean Kelly | Partner | 0125H0002: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale status and next steps on tax considerations and purchase price allocation analysis by S. Kelly (PwC), L. Shoemaker (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,330 | 0.60 | $798.00 |
| 1/7/2025 | Lesa Shoemaker | Partner | 0125H0003: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale status and next steps on tax considerations and purchase price allocation analysis by S. Kelly (PwC), L. Shoemaker (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,265 | 0.60 | $759.00 |
| 1/7/2025 | Elyse Acosta | Senior Manager | 0125H0004: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale status and next steps on tax considerations and purchase price allocation analysis by S. Kelly (PwC), L. Shoemaker (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,141 | 0.60 | $684.60 |
| 1/7/2025 | Elyse Acosta | Senior Manager | 0125H0005: Reviewing updated purchase agreement | $1,141 | 2.30 | $2,624.30 |
| 1/7/2025 | Brian Trueman | Director | 0125H0006: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale status and next steps on tax considerations and purchase price allocation analysis by S. Kelly (PwC), L. Shoemaker (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,006 | 0.60 | $603.60 |
| 1/14/2025 | Craig Keller | Partner | 0125H0007: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC) | $1,265 | 0.70 | $885.50 |
| 1/14/2025 | Lesa Shoemaker | Partner | 0125H0008: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC) | $1,265 | 0.70 | $885.50 |
| 1/14/2025 | Elyse Acosta | Senior Manager | 0125H0009: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC) | $1,141 | 0.70 | $798.70 |
| 1/14/2025 | Brian Trueman | Director | 0125H0010: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC) | $1,006 | 0.70 | $704.20 |
| 1/15/2025 | Will Gaziano | Senior Associate | 0125H0011: Updating request list for new buyer | $952 | 0.50 | $476.00 |
| 1/15/2025 | Evan Hannan | Experienced Associate | 0125H0012: IRL, Tax Docs, Correspondence with team | $743 | 0.40 | $297.20 |
| 1/21/2025 | Sean Kelly | Partner | 0125H0013: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC), L. Shoemaker (PwC) | $1,330 | 0.50 | $665.00 |
| 1/21/2025 | Bob Ritter | Partner | 0125H0014: Review tax transfer pricing documentation | $1,265 | 1.00 | $1,265.00 |
| 1/21/2025 | Craig Keller | Partner | 0125H0015: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC), L. Shoemaker (PwC) | $1,265 | 0.50 | $632.50 |
| 1/21/2025 | Lesa Shoemaker | Partner | 0125H0016: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC), L. Shoemaker (PwC) | $1,265 | 0.50 | $632.50 |
| 1/21/2025 | Lesa Shoemaker | Partner | 0125H0017: Discussion with B. Trueman (PwC) on state considerations. | $1,265 | 0.90 | $1,138.50 |
| 1/21/2025 | Elyse Acosta | Senior Manager | 0125H0018: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC), L. Shoemaker (PwC) | $1,141 | 0.50 | $570.50 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 1/21/2025 | Brian Trueman | Director | 0125H0019: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC), L. Shoemaker (PwC) | $1,006 | 0.50 | $503.00 |
| 1/21/2025 | Brian Trueman | Director | 0125H0020: Discussion with Lesa Shoemaker (PwC) on State considerations. | $1,006 | 0.90 | $905.40 |
| 1/23/2025 | Evan Hannan | Experienced Associate | 0125H0021: Assist with preparation of PwC fee applications | $743 | 1.30 | $965.90 |
| 1/26/2025 | Craig Keller | Partner | 0125H0022: Assist with preparation and review of PwC fee application for December 2024 | $1,265 | 0.50 | $632.50 |
| 1/28/2025 | Craig Keller | Partner | 0125H0023: Assist with preparation and review of PwC fee application for December 2024 and interim application | $1,265 | 1.00 | $1,265.00 |
| 1/28/2025 | Elyse Acosta | Senior Manager | 0125H0024: Assist with preparation of PwC's December 2024 fee application | $1,141 | 1.00 | $1,141.00 |
| 1/29/2025 | Sean Kelly | Partner | 0125H0025: Review updated file provided by Steve Hutkai (Big Lots) | $1,330 | 0.30 | $399.00 |
| 1/29/2025 | Elyse Acosta | Senior Manager | 0125H0026: Review sale update documents | $1,141 | 0.80 | $912.80 |
| 1/30/2025 | Sean Kelly | Partner | 0125H0027: Review facts of deal for cancellation of indebtedness income (CODI) implications | $1,330 | 0.50 | $665.00 |
| 1/31/2025 | Elyse Acosta | Senior Manager | 0125H0028: Emails related to purchase price allocation analysis | $1,141 | 0.50 | $570.50 |
| 2/3/2025 | Sean Kelly | Partner | 0225H0029: Prepare for call regarding winddown, cancellation of indebtedness income (CODI) | $1,330 | 0.30 | $399.00 |
| 2/3/2025 | Will Gaziano | Senior Associate | 0225H0030: Summarizing facts of transaction in order to determine if CODI would be recognized in current tax year | $952 | 0.70 | $666.40 |
| 2/4/2025 | Sean Kelly | Partner | 0225H0031: Call with S. Hutkai, B. Slayman, M. Burris and B. Green (Big Lots) to Big Lots calculation of gain/loss on sale and related next steps to tax analysis. by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC), S. Kelly (PwC) | $1,330 | 0.50 | $665.00 |
| 2/4/2025 | Craig Keller | Partner | 0225H0032: Call with S. Hutkai, B. Slayman, M. Burris and B. Green (Big Lots) to Big Lots calculation of gain/loss on sale and related next steps to tax analysis. by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC), S. Kelly (PwC) | $1,265 | 0.50 | $632.50 |
| 2/4/2025 | Lesa Shoemaker | Partner | 0225H0033: Call with S. Hutkai, B. Slayman, M. Burris and B. Green (Big Lots) to Big Lots calculation of gain/loss on sale and related next steps to tax analysis. by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC), S. Kelly (PwC) | $1,265 | 0.50 | $632.50 |
| 2/4/2025 | Elyse Acosta | Senior Manager | 0225H0034: Call with S. Hutkai, B. Slayman, M. Burris and B. Green (Big Lots) to Big Lots calculation of gain/loss on sale and related next steps to tax analysis with C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC), S. Kelly (PwC) | $1,141 | 0.50 | $570.50 |
| 2/4/2025 | Brian Trueman | Director | 0225H0035: Call with S. Hutkai, B. Slayman, M. Burris and B. Green (Big Lots) to Big Lots calculation of gain/loss on sale and related next steps to tax analysis. by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), E. Acosta (PwC), S. Kelly (PwC) | $1,006 | 0.50 | $503.00 |
| 2/6/2025 | Sean Kelly | Partner | 0225H0036: Call to discuss purchase price allocation with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC) | $1,330 | 0.50 | $665.00 |
| 2/6/2025 | Sean Kelly | Partner | 0225H0037: CODI event - review new docs. | $1,330 | 0.10 | $133.00 |
| 2/6/2025 | Elyse Acosta | Senior Manager | 0225H0038: Call to discuss purchase price allocation with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC) | $1,141 | 0.50 | $570.50 |
| 2/6/2025 | Will Gaziano | Senior Associate | 0225H0039: Call to discuss purchase price allocation with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC) | $952 | 0.50 | $476.00 |
| 2/7/2025 | Will Gaziano | Senior Associate | 0225H0040: Research related to cancellation of indebtedness income (CODI) | $952 | 2.40 | $2,284.80 |
| 2/10/2025 | Sean Kelly | Partner | 0225H0041: Prepare for call regarding cancellation of indebtedness income (CODI) timing | $1,330 | 0.30 | $399.00 |
| 2/11/2025 | Sean Kelly | Partner | 0225H0042: Update call with S. Hutkai (Big Lots) regarding purchase price allocation and CODI with S. Kelly (PwC), E. Acosta (PwC) | $1,330 | 0.80 | $1,064.00 |
| 2/11/2025 | Elyse Acosta | Senior Manager | 0225H0043: Update call with S. Hutkai (Big Lots) regarding purchase price allocation and CODI with S. Kelly (PwC), E. Acosta (PwC) | $1,141 | 0.80 | $912.80 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 2/11/2025 | Elyse Acosta | Senior Manager | 0225H0044: CODI analysis and review of bankruptcy documents | $1,141 | 0.80 | $912.80 |
| 2/19/2025 | Sean Kelly | Partner | 0225H0045: Call with S. Hutkai (Big Lots) on FY25 impact considerations. | $1,330 | 0.50 | $665.00 |
| 2/24/2025 | Elyse Acosta | Senior Manager | 0225H0046: Assist with preparation of PwC fee applications | $1,141 | 1.50 | $1,711.50 |
| 2/25/2025 | Sean Kelly | Partner | 0225H0047: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $1,330 | 0.70 | $931.00 |
| 2/25/2025 | Sean Kelly | Partner | 0225H0048: Review agreement (0.2), call with S. Hutkai (Big Lots) to discuss updated gain/loss (0.2), review new file (0.1) | $1,330 | 0.50 | $665.00 |
| 2/25/2025 | Craig Keller | Partner | 0225H0049: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $1,265 | 0.70 | $885.50 |
| 2/25/2025 | Craig Keller | Partner | 0225H0050: Purchase price allocation analysis and approach | $1,265 | 0.30 | $379.50 |
| 2/25/2025 | Lesa Shoemaker | Partner | 0225H0051: Purchase price allocation model analysis | $1,265 | 0.30 | $379.50 |
| 2/25/2025 | Lesa Shoemaker | Partner | 0225H0052: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $1,265 | 0.70 | $885.50 |
| 2/25/2025 | Brian Trueman | Director | 0225H0053: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $1,006 | 0.70 | $704.20 |
| 2/25/2025 | Will Gaziano | Senior Associate | 0225H0054: Call with S. Hutkai, B. Slayman, and B. Green (Big Lots) to discuss Gordon Brothers sale and next steps on tax considerations and purchase price allocation analysis by C. Keller (PwC), B. Trueman (PwC), L. Shoemaker (PwC), W. Gaziano (PwC), S. Kelly (PwC) | $952 | 0.70 | $666.40 |
| 2/25/2025 | Will Gaziano | Senior Associate | 0225H0055: Updates to purchase price allocation model | $952 | 1.00 | $952.00 |
| 2/26/2025 | Sean Kelly | Partner | 0225H0056: Call with S. Hutkai (Big Lots) and review new balance sheets and income statements | $1,330 | 1.10 | $1,463.00 |
| 2/26/2025 | Sean Kelly | Partner | 0225H0057: Call to discuss purchase price allocation with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC) | $1,330 | 0.50 | $665.00 |
| 2/26/2025 | Craig Keller | Partner | 0225H0058: Review of purchase price allocation model | $1,265 | 0.50 | $632.50 |
| 2/26/2025 | Lesa Shoemaker | Partner | 0225H0059: Discussion with B. Trueman (PwC) on ELA and DISA considerations around potential taxable liquidation due to solvency and the respective state implications. | $1,265 | 1.00 | $1,265.00 |
| 2/26/2025 | Elyse Acosta | Senior Manager | 0225H0060: Call to discuss purchase price allocation with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC) | $1,141 | 0.50 | $570.50 |
| 2/26/2025 | Elyse Acosta | Senior Manager | 0225H0061: Reviewing bankruptcy updates and next steps | $1,141 | 1.20 | $1,369.20 |
| 2/26/2025 | Brian Trueman | Director | 0225H0062: Discussion with L. Shoemaker (PwC) on ELA and DISA considerations around potential taxable liquidation due to solvency and the respective state implications. | $1,006 | 1.00 | $1,006.00 |
| 2/26/2025 | Will Gaziano | Senior Associate | 0225H0063: Call to discuss purchase price allocation with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC) | $952 | 0.50 | $476.00 |
| 2/26/2025 | Will Gaziano | Senior Associate | 0225H0064: Updates to purchase price allocation model | $952 | 0.50 | $476.00 |
| 2/26/2025 | Will Gaziano | Senior Associate | 0225H0065: Updates to purchase price allocation model | $952 | 2.00 | $1,904.00 |
| 2/27/2025 | Sean Kelly | Partner | 0225H0066: Review purchase price allocation analysis and solvency considerations | $1,330 | 1.80 | $2,394.00 |
| 2/27/2025 | Craig Keller | Partner | 0225H0067: Review purchase price allocation model | $1,265 | 1.00 | $1,265.00 |
| 2/27/2025 | Lesa Shoemaker | Partner | 0225H0068: Purchase price allocation model analysis | $1,265 | 1.00 | $1,265.00 |
| 2/27/2025 | Elyse Acosta | Senior Manager | 0225H0069: Purchase price allocation and ELA discussions and document review | $1,141 | 2.80 | $3,194.80 |

**In re Big Lots, Inc., et al., Case No. 24-11967**
**PwC US Tax LLP**
**Professional Services by Project, Professional, and Date**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 2/27/2025 | Brian Trueman | Director | 0225H0070: Meeting with S. Hutkai (Big Lots) discussing ELA and DISA issues, prospective agency nexus per the agreement in place with GB, focus on BLS state tax ramifications if results in ELA triggering event | $1,006 | 2.70 | $2,716.20 |
| 2/27/2025 | Will Gaziano | Senior Associate | 0225H0071: Updates to purchase price allocation model | $952 | 4.00 | $3,808.00 |
| 2/27/2025 | Will Gaziano | Senior Associate | 0225H0072: Updates to purchase price allocation model (continued) | $952 | 0.50 | $476.00 |
| 2/28/2025 | Sean Kelly | Partner | 0225H0073: Review emails, discuss approach to finalizing calculations, stock basis estimate | $1,330 | 0.80 | $1,064.00 |
| 2/28/2025 | Lesa Shoemaker | Partner | 0225H0074: Purchase price allocation model analysis | $1,265 | 1.00 | $1,265.00 |
| 2/28/2025 | Elyse Acosta | Senior Manager | 0225H0075: Purchase price allocation and ELA review and analysis | $1,141 | 2.60 | $2,966.60 |
| 2/28/2025 | Brian Trueman | Director | 0225H0076: Call with S. Hutkai (Big Lots) to discuss solvency approaches to determine ELA implications and Balance Sheet adjustments between BLI and BLS | $1,006 | 1.10 | $1,106.60 |
| 2/28/2025 | Will Gaziano | Senior Associate | 0225H0077: Stock basis reconciliation preparation | $952 | 4.00 | $3,808.00 |
| 2/28/2025 | Will Gaziano | Senior Associate | 0225H0078: Stock basis reconciliation preparation (continued) | $952 | 1.50 | $1,428.00 |
| 3/1/2025 | Lesa Shoemaker | Partner | 0325H0079: Big Lots debt ELA, basis and calculation analysis | $1,265 | 0.50 | $632.50 |
| 3/3/2025 | Sean Kelly | Partner | 0325H0080: Call with client on timing, gain estimates. | $1,330 | 0.40 | $532.00 |
| 3/3/2025 | Lesa Shoemaker | Partner | 0325H0081: Big Lots debt ELA, basis and calculation analysis | $1,265 | 0.50 | $632.50 |
| 3/3/2025 | Elyse Acosta | Senior Manager | 0325H0082: Purchase price allocation and ELA work | $1,141 | 2.70 | $3,080.70 |
| 3/3/2025 | Brian Trueman | Director | 0325H0083: Analyze approach for solvency and nonconforming basis issues for state income tax purposes. | $1,006 | 0.70 | $704.20 |
| 3/4/2025 | Sean Kelly | Partner | 0325H0084: Internal call to discuss purchase price allocation and files provided by client with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC) | $1,330 | 1.00 | $1,330.00 |
| 3/4/2025 | Sean Kelly | Partner | 0325H0085: Call with Big Lots to discuss liquidation by S. Kelly (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,330 | 0.60 | $798.00 |
| 3/4/2025 | Lesa Shoemaker | Partner | 0325H0086: Review solvency and ELA analysis to understand federal and state tax differences | $1,265 | 1.50 | $1,897.50 |
| 3/4/2025 | Elyse Acosta | Senior Manager | 0325H0087: Internal call to discuss purchase price allocation and files provided by client with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC) | $1,141 | 1.00 | $1,141.00 |
| 3/4/2025 | Elyse Acosta | Senior Manager | 0325H0088: Call with Big Lots to discuss liquidation by S. Kelly (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,141 | 0.60 | $684.60 |
| 3/4/2025 | Elyse Acosta | Senior Manager | 0325H0089: Purchase price allocation and ELA work | $1,141 | 3.00 | $3,423.00 |
| 3/4/2025 | Brian Trueman | Director | 0325H0090: Call with Big Lots to discuss liquidation by S. Kelly (PwC), E. Acosta (PwC), B. Trueman (PwC) | $1,006 | 0.60 | $603.60 |
| 3/4/2025 | Will Gaziano | Senior Associate | 0325H0091: Internal call to discuss purchase price allocation and files provided by client with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC) | $952 | 1.00 | $952.00 |
| 3/4/2025 | Will Gaziano | Senior Associate | 0325H0092: Perform ELA analysis | $952 | 0.50 | $476.00 |
| 3/5/2025 | Sean Kelly | Partner | 0325H0093: Call with S. Hutkai (Big Lots) to discuss tax balance sheet and solvency considerations by S Kelly (PwC), E. Acosta (PwC), L. Shoemaker (PwC), B. Trueman (PwC), C. Keller (PwC) | $1,330 | 0.70 | $931.00 |
| 3/5/2025 | Sean Kelly | Partner | 0325H0094: Review of tax basis balance sheet and solvency assertions | $1,330 | 0.60 | $798.00 |
| 3/5/2025 | Craig Keller | Partner | 0325H0095: Call with S. Hutkai (Big Lots) to discuss tax balance sheet and solvency considerations by S Kelly (PwC), E. Acosta (PwC), L. Shoemaker (PwC), B. Trueman (PwC), C. Keller (PwC) | $1,265 | 0.70 | $885.50 |
| 3/5/2025 | Hardeo Bissoondial | Partner | 0325H0096: Research state bankruptcy issues | $1,265 | 0.80 | $1,012.00 |
| 3/5/2025 | Lesa Shoemaker | Partner | 0325H0097: Call with S. Hutkai (Big Lots) to discuss tax balance sheet and solvency considerations by S Kelly (PwC), E. Acosta (PwC), L. Shoemaker (PwC), B. Trueman (PwC), C. Keller (PwC) | $1,265 | 0.70 | $885.50 |

In re Big Lots, Inc., et al., Case No. 24-11967　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Exhibit E
PwC US Tax LLP
**Professional Services by Project, Professional, and Date**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 3/5/2025 | Lesa Shoemaker | Partner | 0325H0098: Call to discuss stock basis computations and nonconforming state basis implications by E. Acosta (PwC), L. Shoemaker (PwC), B. Trueman (PwC) | $1,265 | 1.40 | $1,771.00 |
| 3/5/2025 | Lesa Shoemaker | Partner | 0325H0099: Review of tax basis balance sheet and state nonconformity considerations | $1,265 | 1.70 | $2,150.50 |
| 3/5/2025 | Elyse Acosta | Senior Manager | 0325H0100: Call with S. Hutkai (Big Lots) to discuss tax balance sheet and solvency considerations by S Kelly (PwC), E. Acosta (PwC), L. Shoemaker (PwC), B. Trueman (PwC), C. Keller (PwC) | $1,141 | 0.70 | $798.70 |
| 3/5/2025 | Elyse Acosta | Senior Manager | 0325H0101: Call to discuss stock basis computations and nonconforming state basis implications by E. Acosta (PwC), L. Shoemaker (PwC), B. Trueman (PwC) | $1,141 | 1.40 | $1,597.40 |
| 3/5/2025 | Elyse Acosta | Senior Manager | 0325H0102: ELA analysis and modeling of stock basis considerations | $1,141 | 3.50 | $3,993.50 |
| 3/5/2025 | Brian Trueman | Director | 0325H0103: Call to discuss research needed for state conformity to federal consolidated regulations for basis analysis with B. Trueman (PwC), R. Jonard (PwC) | $1,006 | 0.30 | $301.80 |
| 3/5/2025 | Brian Trueman | Director | 0325H0104: Call with S. Hutkai (Big Lots) to discuss tax balance sheet and solvency considerations by S Kelly (PwC), E. Acosta (PwC), L. Shoemaker (PwC), B. Trueman (PwC), C. Keller (PwC) | $1,006 | 0.70 | $704.20 |
| 3/5/2025 | Brian Trueman | Director | 0325H0105: Call to discuss stock basis computations and nonconforming state basis implications by E. Acosta (PwC), L. Shoemaker (PwC), B. Trueman (PwC) | $1,006 | 1.40 | $1,408.40 |
| 3/5/2025 | Brian Trueman | Director | 0325H0106: Research on state tax basis conformity | $1,006 | 0.50 | $503.00 |
| 3/5/2025 | Will Gaziano | Senior Associate | 0325H0107: Updates to Purchase price allocation model | $952 | 2.50 | $2,380.00 |
| 3/5/2025 | Rhys Jonard | Senior Associate | 0325H0108: Call to discuss research needed for state conformity to federal consolidated regulations for basis analysis with B. Trueman (PwC), R. Jonard (PwC) | $702 | 0.30 | $210.60 |
| 3/5/2025 | Rhys Jonard | Senior Associate | 0325H0109: Research for state conformity to federal consolidated regulations | $702 | 2.60 | $1,825.20 |
| 3/6/2025 | Sean Kelly | Partner | 0325H0110: Call with E. Acosta (PwC) to review Purchase price allocation and net tax basis calculations. | $1,330 | 1.70 | $2,261.00 |
| 3/6/2025 | Elyse Acosta | Senior Manager | 0325H0111: Call with S. Kelly (PwC) to review Purchase price allocation and net tax basis calculations. | $1,141 | 1.70 | $1,939.70 |
| 3/6/2025 | Elyse Acosta | Senior Manager | 0325H0112: Purchase price allocation model updates | $1,141 | 4.00 | $4,564.00 |
| 3/6/2025 | Elyse Acosta | Senior Manager | 0325H0113: Purchase price allocation model updates (continued) | $1,141 | 2.20 | $2,510.20 |
| 3/6/2025 | Will Gaziano | Senior Associate | 0325H0114: Preparation of PwC fee application | $952 | 0.50 | $476.00 |
| 3/6/2025 | Rhys Jonard | Senior Associate | 0325H0115: Researching conformity to federal treasury regulation for filing states | $702 | 3.90 | $2,737.80 |
| 3/7/2025 | Elyse Acosta | Senior Manager | 0325H0116: Purchase price allocation updates, tax docs and emails | $1,141 | 2.80 | $3,194.80 |
| 3/7/2025 | Rhys Jonard | Senior Associate | 0325H0117: State conformity research relating to treasury regulations | $702 | 3.70 | $2,597.40 |
| 3/10/2025 | Art Sewall | Partner | 0325H0118: Internal call to discuss liquidation of Big Lots Stores, LLC with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC), A. Sewall (PwC) | $1,330 | 0.50 | $665.00 |
| 3/10/2025 | Sean Kelly | Partner | 0325H0119: Internal call to discuss liquidation of Big Lots Stores, LLC with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC), A. Sewall (PwC) | $1,330 | 0.50 | $665.00 |
| 3/10/2025 | Lesa Shoemaker | Partner | 0325H0120: Discussion with B. Trueman (PwC) on defacto liquidation impact and timing of CODI event. | $1,265 | 0.40 | $506.00 |
| 3/10/2025 | Elyse Acosta | Senior Manager | 0325H0121: Internal call to discuss liquidation of Big Lots Stores, LLC with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC), A. Sewall (PwC) | $1,141 | 0.50 | $570.50 |
| 3/10/2025 | Elyse Acosta | Senior Manager | 0325H0122: ELA analysis, emails | $1,141 | 0.60 | $684.60 |
| 3/10/2025 | Brian Trueman | Director | 0325H0123: Discussion with L. Shoemaker (PwC) on defacto liquidation impact and timing of CODI event. | $1,006 | 0.40 | $402.40 |
| 3/10/2025 | Will Gaziano | Senior Associate | 0325H0124: Internal call to discuss liquidation of Big Lots Stores, LLC with S. Kelly (PwC), E. Acosta (PwC), W. Gaziano (PwC), A. Sewall (PwC) | $952 | 0.50 | $476.00 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 3/10/2025 | Will Gaziano | Senior Associate | 0325H0125: Prepare summary of facts for documentation | $952 | 0.50 | $476.00 |
| 3/11/2025 | Brian Trueman | Director | 0325H0126: Connect with M. Burris (Big Lots) on intercompany account mapping and if such transaction are interest bearing. | $1,006 | 0.30 | $301.80 |
| 3/12/2025 | Elyse Acosta | Senior Manager | 0325H0127: Updates to ELA analysis and recap | $1,141 | 1.50 | $1,711.50 |
| 3/13/2025 | George Manousos | Partner | 0325H0128: Analysis of transaction costs under Chapter 11/Chapter 7 bankruptcy and research on various alternatives | $1,265 | 1.00 | $1,265.00 |
| 3/13/2025 | Lesa Shoemaker | Partner | 0325H0129: Purchase price allocation updates for client comments | $1,265 | 0.40 | $506.00 |
| 3/13/2025 | Will Gaziano | Senior Associate | 0325H0130: Purchase price allocation updates for client comments | $952 | 1.00 | $952.00 |
| 3/14/2025 | Elyse Acosta | Senior Manager | 0325H0131: Purchase price allocation updates for client comments | $1,141 | 1.70 | $1,939.70 |
| 3/17/2025 | Lesa Shoemaker | Partner | 0325H0132: Big Lots debt ELA, basis and calculation analysis | $1,265 | 0.50 | $632.50 |
| 3/17/2025 | Elyse Acosta | Senior Manager | 0325H0133: Purchase price allocation review | $1,141 | 4.00 | $4,564.00 |
| 3/17/2025 | Elyse Acosta | Senior Manager | 0325H0134: Purchase price allocation review (continued) | $1,141 | 0.20 | $228.20 |
| 3/18/2025 | Sean Kelly | Partner | 0325H0135: Documenting BLSI liquidation | $1,330 | 0.50 | $665.00 |
| 3/18/2025 | Lesa Shoemaker | Partner | 0325H0136: Big Lots review debt and solvency items | $1,265 | 0.80 | $1,012.00 |
| 3/18/2025 | Brian Trueman | Director | 0325H0137: Review determination of solvency at time of sale to Gordon Brothers and ELA determination. | $1,006 | 0.60 | $603.60 |
| 3/18/2025 | Will Gaziano | Senior Associate | 0325H0138: Preparing documentation on ELA analysis | $952 | 4.00 | $3,808.00 |
| 3/18/2025 | Will Gaziano | Senior Associate | 0325H0139: Preparing documentation on ELA analysis (continued) | $952 | 0.60 | $571.20 |
| 3/18/2025 | Evan Hannan | Experienced Associate | 0325H0140: Preparation of PwC fee application | $743 | 1.10 | $817.30 |
| 3/19/2025 | Sean Kelly | Partner | 0325H0141: Review updated PPA/balance sheets. | $1,330 | 0.30 | $399.00 |
| 3/19/2025 | Lesa Shoemaker | Partner | 0325H0142: Big Lots debt solvency and ELA analysis | $1,265 | 0.30 | $379.50 |
| 3/19/2025 | Elyse Acosta | Senior Manager | 0325H0143: Review ELA memo | $1,141 | 3.60 | $4,107.60 |
| 3/19/2025 | Brian Trueman | Director | 0325H0144: Addressing Purchase price allocation questions from client. | $1,006 | 0.40 | $402.40 |
| 3/19/2025 | Will Gaziano | Senior Associate | 0325H0145: Drafting memo in ELA issue. | $952 | 1.50 | $1,428.00 |
| 3/20/2025 | Will Gaziano | Senior Associate | 0325H0146: Preparation of PwC fee application | $952 | 1.00 | $952.00 |
| 3/20/2025 | Evan Hannan | Experienced Associate | 0325H0147: Solvency and ELA memo assistance | $743 | 2.40 | $1,783.20 |
| 3/21/2025 | Will Gaziano | Senior Associate | 0325H0148: Analyzing allocation summary | $952 | 0.50 | $476.00 |
| 3/28/2025 | Sean Kelly | Partner | 0325H0149: Review purchase price allocation update (0.7); call with Davis Polk to discuss updates (0.3). | $1,330 | 1.00 | $1,330.00 |
| 3/28/2025 | Elyse Acosta | Senior Manager | 0325H0150: ELA review and analysis | $1,141 | 0.40 | $456.40 |
| 3/31/2025 | Lesa Shoemaker | Partner | 0325H0151: Review federal items for analysis of state issues ELA, DISA and solvency | $1,265 | 0.60 | $759.00 |
| 3/31/2025 | Elyse Acosta | Senior Manager | 0325H0152: ELA review and analysis | $1,141 | 0.80 | $912.80 |
| 3/31/2025 | Brian Trueman | Director | 0325H0153: Evaluate state considerations on solvency, ELA, basis and federal differences. | $1,006 | 1.20 | $1,207.20 |
| *Subtotal - Tax Advisory Services* | | | | | 163.20 | $177,883.20 |
| **Subtotal - Hours and Compensation - Hourly Services** | | | | | **163.20** | **$177,883.20** |

In re Big Lots, Inc., et al., Case No. 24-11967
PwC US Tax LLP
**Professional Services by Project, Professional, and Date**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Bankruptcy Compliance Services** | | | | | | |
| *Retention Applications* | | | | | | |
| 3/14/2025 | Thalia Cody | Director | 0325H1000: Review statement of work for expanded tax compliance services | $550 | 0.60 | $330.00 |
| 3/14/2025 | Thalia Cody | Director | 0325H1001: Draft fifth supplemenal declaration in support of PwC US Tax retention application (.6); communications with C. Keller (PwC) regarding supplemental declaration (.2); coordinate with Debtors' counsel regarding filing of same (.2) | $550 | 1.00 | $550.00 |
| *Subtotal - Retention Applications* | | | | | 1.60 | *$880.00* |
| *Fee Applications* | | | | | | |
| 1/23/2025 | Chris Lewis | Manager | 0125H1002: Prepare exhibits to PwC US Tax's third monthly fee application (December 2024) | $400 | 1.80 | $720.00 |
| 1/28/2025 | Chris Lewis | Manager | 0125H1003: Continue to prepare exhibits to PwC US Tax's third monthly fee application (December 2024) | $400 | 0.90 | $360.00 |
| 1/28/2025 | Chris Lewis | Manager | 0125H1004: Draft PwC US Tax's third monthly fee application (December 2024) | $400 | 1.80 | $720.00 |
| 1/29/2025 | Chris Lewis | Manager | 0125H1005: Draft PwC first interim fee application (September-December 2024) | $400 | 2.60 | $1,040.00 |
| 1/29/2025 | Chris Lewis | Manager | 0125H1006: Prepare exhibits to PwC first interim fee application (September-December 2024) | $400 | 1.20 | $480.00 |
| 1/29/2025 | Chris Lewis | Manager | 0125H1007: Finalize PwC US Tax fee applications (.4) and coordinate filing with Debtors' counsel (.2) | $400 | 0.60 | $240.00 |
| 2/10/2025 | Chris Lewis | Manager | 0225H1008: Prepare exhibits to PwC US Tax's fourth monthly fee application (January 2025) | $400 | 1.00 | $400.00 |
| 3/11/2025 | Chris Lewis | Manager | 0325H1009: Prepare exhibits to PwC US Tax's combined fourth monthly fee application (January-February 2025) | $400 | 1.00 | $400.00 |
| *Subtotal - Fee Applications* | | | | | 10.90 | *$4,360.00* |
| **Subtotal - Hours and Compensation - Bankruptcy Compliance Services** | | | | | **12.50** | **$5,240.00** |
| **Total - Hours and Compensation Sought - Hourly Services** | | | | | **175.70** | **$183,123.20** |