**EXHIBIT A**

**BIG LOTS, INC.,** *et al.*

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2025 THROUGH MARCH 31, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases (Section 363) | 0.4 | $320.00 |
| Automatic Stay Matters/Litigation | 0.3 | $277.50 |
| Case Administration | 9.8 | $6,960.00 |
| Cash Collateral and DIP Financing | 0.6 | $386.50 |
| Claims Analysis, Administration and Objections | 3.2 | $2,897.50 |
| Committee Matters and Creditor Meetings | 5.8 | $4,413.00 |
| Creditor Inquiries | 0.8 | $740.00 |
| Executory Contracts | 2.2 | $1,246.50 |
| Fee Application Matters/Objections | 11.2 | $5,678.00 |
| Leases (Real Property) | 7.7 | $5,072.00 |
| Litigation/ Gen. (Except Automatic Stay Relief) | 0.7 | $598.00 |
| Preparation For and Attendance at Hearings | 11.2 | $5,208.50 |
| Utilities/Sec. 366 Issues | 0.1 | $80.00 |
| **Total:** | **54.0** | **$33,877.50** |

**BIG LOTS, INC.,** *et al.*

**SUMMARY OF BILLING BY PROFESSIONAL**
**MARCH 1, 2025 THROUGH MARCH 31, 2025**

| Attorney Name | Year Admitted | Position (Department) | Hourly Billing Rate[1] | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) | $925.00 | 11.3 | $10,452.50 |
| Stacy L. Newman | 2007 | Member (Bankruptcy) | $800.00 | 13.8 | $11,040.00 |
| Sarah A. Carnes | 2015 | Member (Bankruptcy) | $900.00 | 0.8 | $720.00 |
| Jack M. Dougherty | 2021 | Associate (Bankruptcy) | $575.00 | 0.5 | $287.50 |
| Melissa M. Hartlipp | 2022 | Associate (Bankruptcy) | $430.00 | 9.0 | $3,870.00 |
| Michael A. Solimani | 2024 | Associate (Bankruptcy) | $405.00 | 13.1 | $5,305.50 |
| Pauline Z. Ratkowiak | N/A | Paralegal | $405.00 | 0.4 | $162.00 |
| Larry S. Morton | N/A | Paralegal | $400.00 | 5.1 | $2,040.00 |
| **Blended Rate:  $627.36** | | | **TOTALS:** | **54.0** | **$33,877.50** |

---

[1] This rate is Cole Schotz P.C.'s regular hourly rate for legal services.  All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2024).

**EXHIBIT B**

**BIG LOTS, INC.,** *et al.*

**EXPENSE SUMMARY**
**MARCH 1, 2025 THROUGH MARCH 31, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Fees | PACER | $38.10 |
| Online Research | Westlaw/LEXIS | $247.71 |
| Transcript | Reliable | $73.95 |
| Outside Printing Service | Reliable/Parcels | $269.32 |
| **TOTAL** | | **$629.08** |

# EXHIBIT C

**BIG LOTS, INC.,** *et al.*

**ITEMIZED TIME RECORDS**
**MARCH 1, 2025 THROUGH MARCH 31, 2025**



Cole Schotz P.C.
500 Delaware Avenue
Suite 600
Wilmington, DE  19801

FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

BIG LOTS, INC.
N/A

|  |  |
|---|---|
| Invoice Date: | April 2, 2025 |
| Invoice Number: | 1001941 |
| Matter Number: | 68457-0001 |

**Re:**  OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH MARCH 31, 2025

### ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363)            0.40            320.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/06/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING POST-CLOSING DESIGNATION NOTICES (.2); EMAIL TO UCC MEMBER (.1); | 0.30 | 240.00 |
| 03/18/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING DESIGNATION RIGHTS NOTICE (.1); | 0.10 | 80.00 |

### AUTOMATIC STAY MATTERS/LITIGATION            0.30            277.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/13/25 | JRA | REVIEW AMERICAN BOTTLING CORP STAY RELIEF MOTION | 0.10 | 92.50 |
| 03/13/25 | JRA | REVIEW ANDERSON STAY RELIEF MOTION | 0.20 | 185.00 |

### CASE ADMINISTRATION            9.80            6,960.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/04/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 03/05/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 03/11/25 | SLN | REVIEW NOTICE OF STATUS CONFERENCE (.1); EMAIL WITH CS TEAM REGARDING HEARING (.1); | 0.20 | 160.00 |
| 03/12/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING STATUS CONFERENCE (.1); TELEPHONE CALL WITH DEBTORS REGARDING PENDING MATTERS (.2); FOLLOW UP CORRESPONDENCE WITH CS TEAM (.1); | 0.40 | 320.00 |
| 03/13/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING PENDING MATTERS (.1); FOLLOW UP CORRESPONDENCE WITH DEBTORS (.1); | 0.20 | 160.00 |
| 03/20/25 | SLN | REVIEW STEGER TOWNE CROSSING WITNESS LIST FOR 3/25 HEARING (.1); | 0.10 | 80.00 |
| 03/21/25 | SLN | REVIEW WITNESS AND EXHIBIT LISTS FOR 3/25 HEARING (.1); CORRESPONDENCE WITH CS TEAM REGARDING 3/25 HEARING (.1); | 0.20 | 160.00 |
| 03/21/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH HEARING INSTRUCTIONS FOR MARCH 25, 2025 HEARING | 0.20 | 80.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 1001941 |
| | Client/Matter No. 68457-0001 | | | April 2, 2025 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/23/25 | SLN | REVIEW WITNESS AND EXHIBIT LISTS FOR 3/25 HEARING (.2); REVIEW SUPPLEMENTAL AGENDA FOR 3.25 HEARING (.1); CORRESPONDENCE WITH CS TEAM REGARDING 3/25 HEARING (.1); | 0.40 | 320.00 |
| 03/24/25 | SLN | REVIEW AMENDED AGENDA FOR 3/25 HEARING AND RELATED PLEADINGS (.9); TELEPHONE CALL WITH DEBTOR REGARDING 3/25 HEARING (.1); FOLLOW UP EMAIL TO CS TEAM (.1); | 1.10 | 880.00 |
| 03/24/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE | 0.30 | 120.00 |
| 03/25/25 | SLN | REVIEW AMENDED AGENDA FOR 3/25 HEARING AND RELATED PLEADINGS (1.1); ATTENDANCE AT 3/25 HEARING (3.5); | 4.60 | 3,680.00 |
| 03/25/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH HEARING DATE | 0.10 | 40.00 |
| 03/26/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 120.00 |
| 03/28/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 120.00 |
| 03/31/25 | SLN | REVIEW W&E LIST FOR 4/2 HEARING (.1); REVIEW AGENDA FOR 4/2 HEARING AND CORRESPONDENCE WITH CS TEAM (.2); REVIEW COC AND PROPOSED ORDER FOR HOMEVIEW ADMIN MOTION (.1); | 0.40 | 320.00 |
| 03/31/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE | 0.30 | 120.00 |
| 03/31/25 | LSM | ADDITIONAL UPDATES TO BANKRUPTCY CASE CALENDAR OF OBJECTION AND FILING DEADLINES | 0.30 | 120.00 |

| | | | | |
|---|---|---|---|---|
| **CASH COLLATERAL AND DIP FINANCING** | | | **0.60** | **386.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/04/25 | MAS | REVIEW EMAILS FROM AND PREPARE EMAILS TO M. HYLAND AND CS TEAM RE: DIP FEE ESCROW | 0.10 | 40.50 |
| 03/04/25 | JRA | EMAILS WITH MWE, CS AND FTI TEAMS RE BUDGET ISSUES | 0.20 | 185.00 |
| 03/11/25 | MAS | EMAILS WITH M. HYLAND AND CS TEAM RE: DIP FEE ESCROW | 0.10 | 40.50 |
| 03/18/25 | MAS | EMAILS WITH M. HYLAND AND CS TEAM RE: DIP FEE ESCROW | 0.10 | 40.50 |
| 03/25/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING BUDGET (.1); | 0.10 | 80.00 |

| | | | | |
|---|---|---|---|---|
| **CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS** | | | **3.20** | **2,897.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 68457-0001

Invoice Number 1001941  
April 2, 2025  
Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/04/25 | JRA | RESEARCH RE LANDLORD CLAIM (.3); T/C'S WITH LANDLORD AND DPW RE SAME (.3) | 0.60 | 555.00 |
| 03/12/25 | JRA | CORRESPOND WITH UCC MEMBER RE ADMIN CLAIM AND BAR DATE ORDER | 0.30 | 277.50 |
| 03/12/25 | JRA | CORRESPOND WITH S. NEWMAN AND MWE RE CLAIMS | 0.40 | 370.00 |
| 03/18/25 | JRA | FURTHER T/C'S WITH D. AZMAN RE CLAIMS AND EXIT STRATEGY | 0.30 | 277.50 |
| 03/18/25 | JRA | FURTHER CORRESPONDENCE WITH LANDLORD RE ADMIN CLAIMS AND PRE CLOSING DISTINCTION | 0.50 | 462.50 |
| 03/24/25 | SLN | REVIEW HOMEVIEW ADMIN MOTION AND CORRESPONDENCE WITH CS TEAM (.3); | 0.30 | 240.00 |
| 03/25/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING ADMIN EXPENSE RECONCILIATIONS (.1); | 0.10 | 80.00 |
| 03/27/25 | JRA | REVIEW ADMIN CLAIMS RESEARCH (.3); CORRESPOND WITH FTI AND CREDITOR RE SAME (.3) | 0.60 | 555.00 |
| 03/27/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING ADMIN CLAIM RECONCILIATIONS (.1); | 0.10 | 80.00 |

**COMMITTEE MATTERS AND CREDITOR MEETINGS**     **5.80**     **4,413.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING UCC MEETING (.1); EMAIL TO UCC (.1); | 0.20 | 160.00 |
| 03/04/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING UCC MATERIALS AND REVIEW SAME (.2); | 0.20 | 160.00 |
| 03/05/25 | JRA | REVIEW FTI UCC DECK (.2); EMAILS WITH N. ROWLES RE SAME(.1) | 0.30 | 277.50 |
| 03/05/25 | SLN | EMAIL TO UCC (.1); | 0.10 | 80.00 |
| 03/10/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING UCC CALL (.2); EMAIL TO UCC (.1); | 0.30 | 240.00 |
| 03/10/25 | JRA | EMAILS WITH MWE AND FTI TEAMS RE UCC UPDATE CALL PRECALL | 0.10 | 92.50 |
| 03/11/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING UCC UPDATE AND REVIEW MATERIALS (.2); EMAIL TO UCC (.1); | 0.30 | 240.00 |
| 03/11/25 | JRA | REVIEW N. ROWLES UCC UPDATE EMAIL (.1); CORRESPOND WITH D. AZMAN RE SAME (.2) | 0.30 | 277.50 |
| 03/11/25 | JRA | EMAILS WITH UCC MEMBER AND D. AZMAN RE REPRESENTATIVE REPLACEMENT | 0.20 | 185.00 |
| 03/13/25 | SLN | EMAIL TO UCC REGARDING RECENTLY FILED PLEADINGS (.1); | 0.10 | 80.00 |
| 03/18/25 | MMH | CORRESPONDENCE TO MWE TEAM RE: COMMUNICATION TO COMMITTEE | 0.10 | 43.00 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                                Invoice Number  1001941
        Client/Matter No. 68457-0001                                                                              April 2, 2025
                                                                                                                       Page 4

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/18/25 | MMH | DRAFT CORRESPONDENCE TO COMMITTEE RE: EXTENSION OF DESIGNATION RIGHTS | 0.20 | 86.00 |
| 03/18/25 | MMH | CORRESPONDENCE TO COMMITTEE RE: EXTENSION OF DESIGNATION RIGHTS | 0.20 | 86.00 |
| 03/18/25 | JRA | EMAILS WITH S. CARNES AND M. HARTLIPP RE UCC UPDATE EMAIL | 0.30 | 277.50 |
| 03/18/25 | SLN | EMAIL TO UCC REGARDING RECENTLY FILED PLEADING (.1); | 0.10 | 80.00 |
| 03/19/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING UCC MATERIALS (.2); | 0.20 | 160.00 |
| 03/19/25 | JRA | EMAIL WITH S. LUTKUS RE UCC UPDATE EMAIL | 0.10 | 92.50 |
| 03/20/25 | JRA | EMAIL WITH N. ROWLES RE UCC UPDATE EMAIL | 0.10 | 92.50 |
| 03/20/25 | JRA | REVIEW DRAFT FTI UCC UPDATE DECK | 0.40 | 370.00 |
| 03/20/25 | SLN | REVIEW UCC MATERIALS (.2); EMAIL TO UCC (.1); | 0.30 | 240.00 |
| 03/24/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING EMAIL TO UCC (.1); EMAIL TO UCC REGARDING 3/25 HEARING (.1); | 0.20 | 160.00 |
| 03/24/25 | MMH | DRAFT CORRESPONDENCE TO COMMITTEE RE: HEARING | 0.40 | 172.00 |
| 03/25/25 | MMH | CORRESPONDENCE RE: 3/25 HEARING | 0.20 | 86.00 |
| 03/25/25 | SLN | REVISIONS TO DRAFT EMAIL TO UCC AND CORRESPONDENCE WITH MWE AND CS TEAMS (.2); EMAIL TO UCC (.1); | 0.30 | 240.00 |
| 03/26/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING UCC MATERIALS (.1); | 0.10 | 80.00 |
| 03/27/25 | SLN | REVIEW UCC MATERIALS (.1); EMAIL TO UCC (.1); | 0.20 | 160.00 |
| 03/31/25 | SLN | CORRESPONDENCE WITH UCC REGARDING UPDATES (.1); | 0.10 | 80.00 |
| 03/31/25 | JMD | REVIEW EMAIL FROM N. ROWLES RE: CASE UPDATE | 0.20 | 115.00 |

**CREDITOR INQUIRIES**                                                                                    **0.80**      **740.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/17/25 | JRA | RESPOND TO CREDITOR INQUIRIES RE CLAIMS PROCESS AND BAR DATE | 0.40 | 370.00 |
| 03/24/25 | JRA | T/C WITH CREDITOR (.1) AND FOLLOW UP WITH S. SIMMS (.1) RE ADMIN CLAIMS | 0.20 | 185.00 |
| 03/25/25 | JRA | CORRESPOND WITH VENDOR RE ADMIN CLAIM | 0.10 | 92.50 |
| 03/28/25 | JRA | CORRESPOND WITH CREDITOR RE CLAIMS INQIURY | 0.10 | 92.50 |

**EXECUTORY CONTRACTS**                                                                                 **2.20**     **1,246.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING REJECTION NOTICES (.1); | 0.10 | 80.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 1001941 |
| | Client/Matter No. 68457-0001 | | | April 2, 2025 |
| | | | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING REJECTION NOTICES (.2); CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING DESIGNATION RIGHTS NOTICE (.1); | 0.30 | 240.00 |
| 03/03/25 | MAS | REVIEW REJECTION NOTICES RE: EXECUTORY CONTRACTS (1.2); REVIEW EMAILS FROM AND PREPARE EMAILS TO S. NEWMAN RE: SAME (.1) | 1.30 | 526.50 |
| 03/13/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING REJECTION NOTICES (.2); | 0.20 | 160.00 |
| 03/19/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING REJECTION NOTICE (.1); | 0.10 | 80.00 |
| 03/24/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING REJECTION NOTICES (.1); | 0.10 | 80.00 |
| 03/31/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING REJECTION NOTICES (.1); | 0.10 | 80.00 |

| | | | | |
|---|---|---|---|---|
| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **11.20** | **5,678.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/25 | SLN | CORRESPONDENCE WITH COURT REGARDING MWE FEE APPLICATION (.1); | 0.10 | 80.00 |
| 03/04/25 | SLN | CORRESPONDENCE WITH MWE REGARDING RESPONSE TO COMMENTS TO FEE APPLICATION (.2); EMAIL TO COURT (.1); | 0.30 | 240.00 |
| 03/07/25 | MMH | COORDINATE PREPARATION OF LEDES DATA PER UST REQUEST | 0.10 | 43.00 |
| 03/09/25 | JRA | REVISE FEE APP | 0.30 | 277.50 |
| 03/10/25 | MMH | CORRESPONDENCE TO UST RE: LEDES DATA | 0.10 | 43.00 |
| 03/13/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING FIRST INTERIM FEE ORDER (.1); | 0.10 | 80.00 |
| 03/13/25 | MAS | EMAILS WITH J. ALBERTO RE: THIRD AND FOURTH MONTHLY FEE APPLICATIONS AND PAYMENT THEREOF | 0.10 | 40.50 |
| 03/13/25 | MAS | REVIEW UPDATED PROPOSED ORDER RE: INTERIM FEES (.3); EMAILS WITH J. ALBERTO RE: SAME (.2) | 0.50 | 202.50 |
| 03/13/25 | JRA | EMAILS WITH M. SOLIMANI RE FEE APPS | 0.20 | 185.00 |
| 03/13/25 | JRA | EMAILS WITH MNAT AND CS RE INTERIM FEE ORDER | 0.10 | 92.50 |
| 03/14/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPLICATIONS (.2); CORRESPONDENCE WITH MWE (.1); CORRESPONDENCE WITH DEBTORS REGARDING REVISED ORDER (.1); | 0.40 | 320.00 |
| 03/14/25 | MAS | EDITS RE: PROPOSED INTERIM FEE ORDER (.3); EMAILS WITH CS TEAM RE: SAME (.1); EMAILS WITH MWE AND FTI TEAMS RE: SAME (.2); EMAILS WITH MNAT TEAM RE: SAME (.1) | 0.70 | 283.50 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 1001941 |
| | Client/Matter No. 68457-0001 | | | April 2, 2025 |
| | | | | Page 6 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/14/25 | JRA | EMAILS WITH M. SOLIMANI RE INTERIM FEE ORDER | 0.10 | 92.50 |
| 03/18/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET AND DRAFT CNO REGARDING FTI FOURTH MONTHLY FEE APPLICATION | 0.30 | 120.00 |
| 03/19/25 | MAS | REVIEW L. MORTON DRAFT RE: FTI FOURTH FEE APP CNO (.1); EMAILS WITH L. MORTON RE: SAME (.1) | 0.20 | 81.00 |
| 03/19/25 | LSM | REVISE, FILE AND CIRCULATE CNO REGARDING FOURTH MONTHLY FEE APPLICATION FOR FTI CONSULTING | 0.30 | 120.00 |
| 03/21/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APPLICATIONS (.1); | 0.10 | 80.00 |
| 03/21/25 | MAS | REVIEW L. MORTON DRAFTS RE: CS AND MWE FOURTH MONTHLY FEE APPLICATIONS CNOS (.3); EMAILS WITH L. MORTON AND J. DOUGHERTY RE: SAME (.1) | 0.40 | 162.00 |
| 03/21/25 | LSM | DRAFT TWO CERTIFICATES OF NO OBJECTION REGARDING FOURTH MONTHLY FEE APPLICATIONS FOR COLE SCHOTZ AND MCDERMOTT WILL AND EMERY | 0.40 | 160.00 |
| 03/23/25 | MAS | DRAFT CS FEE APPLICATION RE: FEBRUARY 2025 | 1.80 | 729.00 |
| 03/23/25 | JRA | EMAILS WITH M. SOLIMANI RE FEE APPS | 0.10 | 92.50 |
| 03/24/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING UCC FEE APPLICATIONS (.1); | 0.10 | 80.00 |
| 03/24/25 | MAS | EMAILS WITH S. NEWMAN RE: MWE AND CS FEE APP CNOS (.1); EMAILS WITH ALIX AND DPW TEAMS RE: SAME (.1) | 0.20 | 81.00 |
| 03/24/25 | LSM | UPDATE, FILE AND CIRCULATE TO M. SOLIMANI TWO CERTIFICATES OF NO OBJECTION REGARDING FOURTH MONTHLY FEE APPLICATIONS FOR COLE SCHOTZ AND MWE | 0.40 | 160.00 |
| 03/25/25 | SLN | REVIEW OF AND REVISIONS TO CS MONTHLY FEE APPLICATION (.2); | 0.20 | 160.00 |
| 03/25/25 | MAS | EMAILS WITH J. ALBERTO AND CS TEAM RE: FEBRUARY FEE APPLICATION | 0.10 | 40.50 |
| 03/25/25 | JRA | CORRESPOND WITH D. AZMAN RE FEE APPS | 0.10 | 92.50 |
| 03/26/25 | MAS | EMAILS WITH L. MORTON RE: CS FIFTH MONTHLY FEE APP (.2); REVIEW/FINALIZE L. MORTON EDITS RE: SAME (.1) | 0.30 | 121.50 |
| 03/26/25 | LSM | REVIEW, FILE AND ORGANIZE SERVICE OF FIFTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 160.00 |
| 03/27/25 | MAS | DRAFT NOTICE RE: MWE FIFTH MONTHLY FEE APP | 0.30 | 121.50 |
| 03/28/25 | MMH | CORRESPONDENCE WITH FTI RE: FEBRUARY FEE APP | 0.10 | 43.00 |
| 03/28/25 | MMH | CORRESPONDENCE WITH CS TEAM RE: LEDES DATA FOR UST | 0.10 | 43.00 |
| 03/28/25 | MMH | CORRESPONDENCE TO UST RE: LEDES FILE | 0.10 | 43.00 |
| 03/28/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPS (.1); | 0.10 | 80.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 1001941
Client/Matter No. 68457-0001  April 2, 2025
Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/28/25 | JRA | EMAILS WITH M. HARTLIPP RE FEE APPS | 0.10 | 92.50 |
| 03/28/25 | LSM | REVISE, FILE AND ORGANIZE SERVICE OF FIFTH MONTHLY FEE APPLICATION FOR MWE | 0.40 | 160.00 |
| 03/30/25 | JRA | EMAILS WITH M. HARTLIPP RE FEE APPS | 0.10 | 92.50 |
| 03/31/25 | MMH | FINALIZE FTI FEB. FEE APP FOR FILING | 0.10 | 43.00 |
| 03/31/25 | MMH | PREPARE NOTICE FOR FTI FEBRUARY FEE APP | 0.20 | 86.00 |
| 03/31/25 | MMH | REVIEW FTI FEBRUARY FEE APP | 0.30 | 129.00 |
| 03/31/25 | MMH | CORRESPONDENCE WITH FTI RE: FEB. FEE APP | 0.10 | 43.00 |
| 03/31/25 | MAS | CALL WITH M. HARTLIPP RE: FTI FIFTH FEE APP (.1); REVIEW L. MORTON DRAFT RE: SAME (.1); EMAILS WITH L. MORTON RE: SAME (.1) | 0.30 | 121.50 |
| 03/31/25 | LSM | REVISE, FILE AND ORGANIZE SERVICE OF FIFTH MONTHLY FEE APPLICATION FOR FTI CONSULTING | 0.40 | 160.00 |

**LEASES (REAL PROPERTY)**  7.70  5,072.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/25 | MAS | REVIEW NOTICE RE: EXTENSION OF DESIGNATION RIGHTS (.5); EMAILS WITH S. NEWMAN AND N. ROWLES RE: SAME (.1) | 0.60 | 243.00 |
| 03/03/25 | JRA | REVIEW NOTICE OF EXTENSION OF DESIGNATION RIGHTS PERIOD (.2); EMAILS WITH MWE TEAM AND UCC MEMBERS RE SAME (.4) | 0.40 | 370.00 |
| 03/06/25 | MAS | REVIEW NOTICES RE: POST-CLOSING LEASE DESIGNATIONS (.8); EMAILS WITH S. NEWMAN AND S. CARNES RE: SAME (.2) | 1.00 | 405.00 |
| 03/06/25 | JRA | REVIEW EIGHTEENTH AND NINETEENTH POST CLOSING DESIGNATION NOTICES | 0.20 | 185.00 |
| 03/06/25 | SYC | EMAILS WITH M. SOLIMANI RE: DESIGNATION RIGHTS NOTICE | 0.20 | 180.00 |
| 03/10/25 | JRA | T/C WITH LANDLORD RE STUB RENT | 0.20 | 185.00 |
| 03/11/25 | JRA | REVIEW REVISED CURE COSTS FOR SEVENTEENTH POST CLOSING DESIGNATION NOTICE | 0.10 | 92.50 |
| 03/13/25 | MAS | REVIEW THIRTY THIRD AND THIRTY FOURTH NOTICES RE: LEASE REJECTIONS (.4); EMAILS WITH J. ALBERTO RE: SAME (.1); EMAIL TO MWE AND CS TEAMS RE: SAME (.3) | 0.80 | 324.00 |
| 03/13/25 | JRA | REVIEW 33RD AND 34TH REJECTION NOTICES (.3); EMAIL WITH CS AND MWE TEAMS RE SAME (.1) | 0.40 | 370.00 |
| 03/14/25 | JRA | REVIEW TWENTIETH POST CLOSING DESIGNATION | 0.40 | 370.00 |
| 03/17/25 | MAS | REVIEW TWENTY FIRST THROUGH TWENTY FIFTH NOTICES RE: POST-CLOSING DESIGNATION (.2); REVIEW EXTENSION RE: SAME (.1) | 0.30 | 121.50 |
| 03/17/25 | MAS | REVIEW THIRTY FIFTH NOTICE RE: REJECTION OF LEASES | 0.10 | 40.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 68457-0001

Invoice Number 1001941  
April 2, 2025  
Page 8

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/18/25 | MMH | CORRESPONDENCE WITH J. ALBERTO RE: DESIGNATION RIGHTS NOTICE | 0.10 | 43.00 |
| 03/18/25 | MMH | REVIEW NOTICE RE: DESIGNATION RIGHTS | 0.30 | 129.00 |
| 03/18/25 | JRA | T/C WITH UCC MEMBER RE DESIGNATION RIGHTS AND ASSIGNMENTS | 0.30 | 277.50 |
| 03/18/25 | JRA | CORRESPOND WITH LANDLORDS RE REJECTION AND CLAIMS ISSUES ARISING FROM SAME | 0.60 | 555.00 |
| 03/18/25 | SYC | REVIEW REJECTION NOTICE AND R/C ON DRAFT EMAIL TO UCC RE: SAME | 0.60 | 540.00 |
| 03/19/25 | MAS | REVIEW THIRTY SIXTH NOTICE RE: LEASE REJECTIONS (.1); EMAILS WITH S. NEWMAN RE: SAME (.1) | 0.20 | 81.00 |
| 03/19/25 | JRA | REVIEW TWENTY SIXTH POST CLOSING DESIGNATION | 0.10 | 92.50 |
| 03/20/25 | JRA | CORRESPOND WITH S. NEWMAN AND M. SOLIMANI RE REJECTION NOTICES | 0.20 | 185.00 |
| 03/24/25 | MAS | REVIEW THIRTY SEVENTH AND THIRTY EIGHT NOTICES RE: REJECTION (.1); EMAILS WITH S. NEWMAN RE: SAME (.1) | 0.20 | 81.00 |
| 03/31/25 | SLN | REVIEW COURT OPINION REGARDING STEGER TOWNS CROSSING OBJECTION TO POST-CLOSING DESIGNATION NOTICE (.1); | 0.10 | 80.00 |
| 03/31/25 | MAS | REVIEW THIRTY NINTH AND FORTIETH NOTICES RE: LEASE REJECTIONS (.2); EMAILS WITH S. NEWMAN RE: SAME (.1) | 0.30 | 121.50 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** 0.70 598.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/18/25 | JRA | T/C WITH D. AZMAN RE INVESTIGATION UPDATE | 0.20 | 185.00 |
| 03/28/25 | JRA | T/C WITH S. SIMMS RE INVESTIGATION UPDATES | 0.20 | 185.00 |
| 03/28/25 | JRA | CORRESPOND WITH S. LUTKUS AND D. AZMAN RE D&O INVESTIGATION UPDATES | 0.20 | 185.00 |
| 03/31/25 | MMH | CORRESPONDENCE FROM MWE TO COMMITTEE RE: INVESTIGATION UPDATE | 0.10 | 43.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS** 11.20 5,208.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/11/25 | MMH | CORRESPONDENCE WITH CS TEAM RE; 3/12 STATUS CONFERENCE | 0.10 | 43.00 |
| 03/11/25 | JRA | EMAILS WITH S. NEWMAN RE STATUS CONFERENCE | 0.20 | 185.00 |
| 03/11/25 | JMD | EMAILS W/ S. NEWMAN AND M. HARTLIPP RE: 3/12 STATUS CONFERENCE | 0.10 | 57.50 |
| 03/12/25 | MMH | CORRESPONDENCE WITH N. ROWLES RE: 3/12 HEARING | 0.10 | 43.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 1001941 |
| | Client/Matter No. 68457-0001 | | | April 2, 2025 |
| | | | | Page 9 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 03/12/25 | MMH | CONFER WITH N. ROLES RE: STATUS CONFERENCE | 0.10 | 43.00 |
| 03/12/25 | MMH | ATTEND STATUS CONFERENCE | 0.30 | 129.00 |
| 03/12/25 | PVR | RETRIEVE AND REVIEW AMENDED AGENDA FOR MARCH 12, 2025 STATUS CONFERENCE AND UPDATE CASE CALENDAR RE: RESCHEDULED HEARING TIME | 0.20 | 81.00 |
| 03/12/25 | PVR | RETRIEVE AND REVIEW AGENDA FOR MARCH 12, 2025 STATUS CONFERENCE AND UPDATE CASE CALENDAR RE: CANCELED STATUS CONFERENCE | 0.20 | 81.00 |
| 03/12/25 | JRA | FURTHER EMAILS WITH K. GOING AND M. HARTLIPP RE TODAY'S STATUS CONFERENCE | 0.20 | 185.00 |
| 03/13/25 | MMH | CONFER WITH J. ALBERTO RE: STATUS CONFERENCE | 0.10 | 43.00 |
| 03/13/25 | JRA | T/C WITH M. HARTLIPP RE YESTERDAY'S STATUS CONFERENCE | 0.10 | 92.50 |
| 03/17/25 | MMH | CONFER WITH J. DOUGHERTY RE: 3/19 HEARING | 0.10 | 43.00 |
| 03/17/25 | MMH | CALL WITH N. ROWLES RE: 3/19 HEARING | 0.10 | 43.00 |
| 03/20/25 | JRA | CORRESPOND WITH S. NEWMAN RE NEXT WEEK'S HEARING | 0.10 | 92.50 |
| 03/20/25 | JRA | REVIEW WITNESS AND EXHIBIT LIST FOR NEXT WEEK'S HEARING | 0.10 | 92.50 |
| 03/21/25 | MMH | CORRESPONDENCE TO CS TEAM RE: 3/25 HEARING | 0.10 | 43.00 |
| 03/21/25 | MMH | CORRESPONDENCE WITH N. ROWLES RE: 3/25 HEARING | 0.10 | 43.00 |
| 03/21/25 | MMH | REVIEW AGENDA FOR 3/25 HEARING | 0.10 | 43.00 |
| 03/21/25 | JRA | FURTHER EMAILS WITH CS TEAM RE NEXT WEEK'S HEARING | 0.20 | 185.00 |
| 03/21/25 | LSM | COMPILE, REVIEW AND CIRCULATE TO CS TEAM THE AGENDA FOR THE MARCH 25, 2025 HEARING | 0.30 | 120.00 |
| 03/23/25 | MMH | CORRESPONDENCE WITH CS TEAM RE: SUPPLEMENTAL AGENDA | 0.20 | 86.00 |
| 03/23/25 | MMH | REVIEW SUPPLEMENTAL NOTICE OF HEARING | 0.10 | 43.00 |
| 03/23/25 | MMH | ANALYZE PLEADINGS GOING FORWARD AT 3/25 HEARING | 0.20 | 86.00 |
| 03/23/25 | MMH | CORRESPONDENCE WITH J. ALBERTO RE: 3/25 HEARING | 0.20 | 86.00 |
| 03/23/25 | JMD | REVIEW AGENDA FOR 3/25 HEARING | 0.20 | 115.00 |
| 03/24/25 | MMH | CORRESPONDENCE TO COMMITTEE RE: 3/25 HEARING | 0.20 | 86.00 |
| 03/24/25 | MMH | REVIEW AMENDED AGENDA | 0.10 | 43.00 |
| 03/24/25 | MMH | REVIEW SECOND AMENDED AGENDA | 0.10 | 43.00 |
| 03/24/25 | MMH | CORRESPONDENCE TO N. ROWLES RE: 3/5 HEARING | 0.10 | 43.00 |
| 03/25/25 | MMH | DRAFT SUMMARY OF HEARING FOR COMMITTEE UPDATES | 0.50 | 215.00 |
| 03/25/25 | MMH | VIRTUALLY ATTEND AND RUN LISTEN ONLY LINE FOR HEARING | 2.90 | 1,247.00 |
| 03/25/25 | MMH | CORRESPONDENCE WITH CS AND CO-COUNSEL RE: SUMMARY TO COMMITTEE | 0.10 | 43.00 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 1001941
Client/Matter No. 68457-0001                                                April 2, 2025
                                                                             Page 10

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 03/25/25 | MAS | VIRTUALLY ATTEND AND RUN DIAL-IN RE: 3/25 HEARING | 2.80 | 1,134.00 |
| 03/31/25 | MAS | EMAILS WITH S. NEWMAN RE: APRIL 2 HEARING (.1); EMAIL TO UCC RE: SAME (.2) | 0.30 | 121.50 |
| 03/31/25 | MMH | REVIEW AGENDA FOR 4/2 HEARING | 0.10 | 43.00 |
| 03/31/25 | MMH | CORRESPONDENCE WITH CS TEAM RE: 4/2 HEARING | 0.10 | 43.00 |
| 03/31/25 | MMH | CORRESPONDENCE WITH CS TEAM RE: 4/2 HEARING | 0.10 | 43.00 |

**UTILITIES/SEC. 366 ISSUES**                                                    0.10    80.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 03/12/25 | SLN | EMAIL FROM UTILITY (.1); | 0.10 | 80.00 |

                                                       TOTAL HOURS    54.00

PROFESSIONAL SERVICES:                                                      $33,877.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---:|---:|---:|
| Jack M. Dougherty | Associate | 0.50 | 575.00 | 287.50 |
| Justin R. Alberto | Member | 11.30 | 925.00 | 10,452.50 |
| Larry S. Morton | Paralegal | 5.10 | 400.00 | 2,040.00 |
| Melissa M. Hartlipp | Associate | 9.00 | 430.00 | 3,870.00 |
| Michael A. Solimani | Associate | 13.10 | 405.00 | 5,305.50 |
| Pauline Z. Ratkowiak | Paralegal | 0.40 | 405.00 | 162.00 |
| Sarah A. Carnes | Member | 0.80 | 900.00 | 720.00 |
| Stacy L. Newman | Member | 13.80 | 800.00 | 11,040.00 |
| | **Total** | **54.00** | | **$33,877.50** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---:|---:|
| 12/14/24 | ONLINE RESEARCH | 1.00 | 50.90 |
| 12/14/24 | ONLINE RESEARCH | 1.00 | 53.05 |
| 12/14/24 | ONLINE RESEARCH | 1.00 | 28.40 |
| 02/03/25 | COURT FEES | 3.00 | 0.30 |
| 02/03/25 | COURT FEES | 4.00 | 0.40 |
| 02/14/25 | COURT FEES | 9.00 | 0.90 |
| 02/14/25 | COURT FEES | 14.00 | 1.40 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS                Invoice Number  1001941
      Client/Matter No. 68457-0001                             April 2, 2025
                                                               Page 11

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---:|---:|
| 02/14/25 | COURT FEES | 30.00 | 3.00 |
| 02/14/25 | COURT FEES | 3.00 | 0.30 |
| 02/18/25 | COURT FEES | 3.00 | 0.30 |
| 02/18/25 | COURT FEES | 3.00 | 0.30 |
| 02/19/25 | COURT FEES | 3.00 | 0.30 |
| 02/19/25 | COURT FEES | 3.00 | 0.30 |
| 02/20/25 | ONLINE RESEARCH | 1.00 | 101.07 |
| 02/20/25 | ONLINE RESEARCH | 1.00 | 2.38 |
| 02/20/25 | ONLINE RESEARCH | 1.00 | 11.91 |
| 02/24/25 | DEPOSTIONS TRANSCRIPTS | 1.00 | 73.95 |
| 02/25/25 | COURT FEES | 9.00 | 0.90 |
| 02/25/25 | COURT FEES | 3.00 | 0.30 |
| 02/25/25 | COURT FEES | 2.00 | 0.20 |
| 02/25/25 | COURT FEES | 14.00 | 1.40 |
| 02/25/25 | COURT FEES | 3.00 | 0.30 |
| 02/25/25 | COURT FEES | 9.00 | 0.90 |
| 02/26/25 | COURT FEES | 1.00 | 0.10 |
| 02/26/25 | COURT FEES | 10.00 | 1.00 |
| 02/26/25 | COURT FEES | 5.00 | 0.50 |
| 02/26/25 | DISCOVERY/ EXHIBITS | 1.00 | 269.32 |
| 02/26/25 | COURT FEES | 30.00 | 3.00 |
| 02/27/25 | COURT FEES | 14.00 | 1.40 |
| 02/27/25 | COURT FEES | 4.00 | 0.40 |
| 02/27/25 | COURT FEES | 13.00 | 1.30 |
| 02/27/25 | COURT FEES | 30.00 | 3.00 |
| 02/27/25 | COURT FEES | 13.00 | 1.30 |
| 02/27/25 | COURT FEES | 13.00 | 1.30 |
| 02/28/25 | COURT FEES | 15.00 | 1.50 |
| 02/28/25 | COURT FEES | 4.00 | 0.40 |
| 02/28/25 | COURT FEES | 30.00 | 3.00 |
| 02/28/25 | COURT FEES | 3.00 | 0.30 |
| 02/28/25 | COURT FEES | 3.00 | 0.30 |
| 02/28/25 | COURT FEES | 5.00 | 0.50 |
| 02/28/25 | COURT FEES | 5.00 | 0.50 |
| 02/28/25 | COURT FEES | 12.00 | 1.20 |
| 02/28/25 | COURT FEES | 3.00 | 0.30 |
| 02/28/25 | COURT FEES | 4.00 | 0.40 |
| 02/28/25 | COURT FEES | 30.00 | 3.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 1001941 |
|---|---|---|
| | Client/Matter No. 68457-0001 | April 2, 2025 |
| | | Page 12 |

| **DATE** | **Description** | **QUANTITY** | **AMOUNT** |
|---|---|---:|---:|
| 02/28/25 | COURT FEES | 4.00 | 0.40 |
| 02/28/25 | COURT FEES | 10.00 | 1.00 |
| 02/28/25 | COURT FEES | 2.00 | 0.20 |
| 02/28/25 | COURT FEES | 3.00 | 0.30 |
| | **Total** | | **$629.08** |

TOTAL SERVICES AND COSTS:                             $     34,506.58

**TASK SUMMARY**

| **TASK CODE** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---:|---:|
| DM02 | ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363) | 0.40 | 320.00 |
| DM03 | AUTOMATIC STAY MATTERS/LITIGATION | 0.30 | 277.50 |
| DM05 | CASE ADMINISTRATION | 9.80 | 6,960.00 |
| DM06 | CASH COLLATERAL AND DIP FINANCING | 0.60 | 386.50 |
| DM07 | CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS | 3.20 | 2,897.50 |
| DM08 | COMMITTEE MATTERS AND CREDITOR MEETINGS | 5.80 | 4,413.00 |
| DM09 | CREDITOR INQUIRIES | 0.80 | 740.00 |
| DM13 | EXECUTORY CONTRACTS | 2.20 | 1,246.50 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 11.20 | 5,678.00 |
| DM20 | LEASES (REAL PROPERTY) | 7.70 | 5,072.00 |
| DM21 | LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF) | 0.70 | 598.00 |
| DM24 | PREPARATION FOR AND ATTENDANCE AT HEARINGS | 11.20 | 5,208.50 |
| DM33 | UTILITIES/SEC. 366 ISSUES | 0.10 | 80.00 |
| | **Total** | **54.00** | **$33,877.50** |