## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC.*, et al.,*[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: June 26, 2025 at 1:00 p.m. (ET)**<br>**Objection Deadline: June 5, 2025 at 4:00 p.m. (ET)** |

## SUMMARY OF SECOND INTERIM APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2025 THROUGH MARCH 31, 2025

| Name of Applicant: | ALIXPARTNERS, LLP | |
|---|---|---|
| Authorized to provide professional services to: | The Chapter 11 Debtors | |
| Date of Retention: | October 21, 2024 effective as of September 9, 2024 [Docket No. 572] | |
| Period for which compensation and reimbursement is sought: | **Beginning of Period** | **End of Period** |
| | **January 1, 2025** | **March 31, 2025** |
| Summary of Total Fees and Expenses<br>Requested During the Second Interim Period: | | |
| Amount of compensation sought as actual, reasonable and necessary: | **$3,426,646.50** | |

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

| | |
|---|---|
| **Amount of expense reimbursement sought as actual, reasonable and necessary:** | $33,735.44 |
| **Blended Hourly Rate:** | $964.87 |
| **Summary of Prior Payments and Outstanding Amounts Due to AlixPartners During the Second Interim Period:** | |
| **Total fees paid to AlixPartners during the Second Interim Period:** | $948,605.60 |
| **Total expenses paid to AlixPartners during the Second Interim Period:** | $30,203.50 |
| **Total amount of fees and expenses due and owing to AlixPartners during the Second Interim Period:** | $2,481,572.84 |
| **The total time expended for fee application preparation is 165.5 hours and the corresponding compensation requested is $123,650.50.** | |
| **This is a(n):   ___ Monthly Application _X_ Interim Application ___ Final Application** | |

# ALIXPARTNERS, LLP

## SUMMARY OF MONTHLY FEE STATEMENTS
## DURING THE SECOND INTERIM PERIOD

| Date Filed; Docket No. | Period | Requested | | Paid | | Amount Outstanding |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 04/03/2025 Docket #2486 | 01/01/2025 - 01/31/2025 | $ 1,185,757.00 | $ 30,203.50 | $ 948,605.60 | $ 30,203.50 | $ 237,151.40 |
| 04/29/2025 Docket #2644 | 02/01/2025 - 02/28/2025 | $ 1,149,144.50 | $ 3,531.94 | | | $ 1,152,676.44 |
| 05/09/2025 Docket #2718 | 03/01/2025 - 03/31/2025 | $ 1,091,745.00 | $ - | | | $ 1,091,745.00 |
| **Total** | | **$ 3,426,646.50** | **$ 33,735.44** | **$ 948,605.60** | **$ 30,203.50** | **$ 2,481,572.84** |

# ALIXPARTNERS, LLP

## SUMMARY OF INTERIM FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Date Order Filed; Docket No. | Awarded | | Paid | | Amount Outstanding |
|---|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | | Fees | Expenses | Fees | Expenses | |
| 01/29/2025 Docket #1876 | 09/09/2024 - 12/31/2024 | $ 5,101,170.25 | $142,335.33 | 03/18/2025 Docket #2271 | $ 5,101,170.25 | $131,539.11 | $ 5,101,170.25 | $131,539.11 | $ 10,796.22 |
| 05/15/2025 Docket #N/A | 01/01/2025 - 03/01/2025 | $ 3,426,646.50 | $ 33,735.44 | | | | $ 948,605.60 | $ 30,203.50 | $ 2,481,572.84 |
| **Subtotal** | | **$ 8,527,816.75** | **$176,070.77** | | | | **$ 6,049,775.85** | **$161,742.61** | **$ 2,492,369.06** |
| 1st Interim Application Reduction[1] | | | $ (10,796.22) | | | | | | $ (10,796.22) |
| **Total** | | **$ 8,527,816.75** | **$165,274.55** | | | | **$ 6,049,775.85** | **$161,742.61** | **$ 2,481,572.84** |

[1] AlixPartners voluntarily agreed to a reduction of expenses in the amount of $10,796.22 in connection with the *First Interim Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 9, 2024 Through December 31, 2024* [Docket No. 1876].

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL
DURING THE SECOND INTERIM PERIOD**

| Professional | Title | Rate[1] | Hours | Fees |
|---|---|---|---|---|
| Kent Percy | Partner & Managing Director | $1,415 | 388.6 | $    549,869.00 |
| Steve Scales | Partner & Managing Director | $1,250 | 6.6 | 8,250.00 |
| Jason Miller | Partner & Managing Director | $1,250 | 324.4 | 405,500.00 |
| James Horgan | Partner | $1,225 | 52.1 | 63,822.50 |
| Job Chan | Partner | $1,225 | 172.1 | 210,822.50 |
| Mark Wessel | Partner | $1,225 | 2.2 | 2,695.00 |
| Elizabeth S Kardos | Partner | $950 | 2.1 | 1,995.00 |
| Jarod E Clarrey | Director | $1,150 | 368.7 | 424,005.00 |
| Kaitlyn Sundt McClarren | Director | $715 | 43.1 | 30,816.50 |
| Sam Lemack | Senior Vice President | $980 | 454.1 | 445,018.00 |
| Alice Huang | Senior Vice President | $910 | 0.3 | 273.00 |
| Mayur Nandihalli | Senior Vice President | $910 | 4.6 | 4,186.00 |
| Anthony Perrella | Senior Vice President | $850 | 326.9 | 277,865.00 |
| Stephen Murray | Senior Vice President | $850 | 1.4 | 1,190.00 |
| Brooke Filler Stavitski | Senior Vice President | $605 | 16.8 | 10,164.00 |
| Aditya Yadav | Vice President | $835 | 41.5 | 34,652.50 |
| Rosa Mecklemburg Tenorio | Vice President | $810 | 284.7 | 230,607.00 |
| Jimmy Jang | Vice President | $810 | 504.2 | 408,402.00 |
| Rowan Steere | Vice President | $685 | 478.2 | 327,567.00 |

*[Continued on Next Page]*

---

[1]    AlixPartners' standard hourly rates are reviewed semi-annually and certain professionals' rates were adjusted as of January 1, 2025.  Adjustments included reasonable, routine, across-the-board rate increases to reflect promotions and general market increases comparable to market rates of comparable firms performing similar services.

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**DURING THE SECOND INTERIM PERIOD**

| Professional | Title | Rate[1] | Hours | Fees |
|---|---|---|---|---|
| Lisa Marie Bonito | Vice President | $580 | 27.0 | 15,660.00 |
| Jennifer A Bowes | Vice President | $580 | 51.8 | 30,044.00 |
| **Total Hours and Fees for Professionals** | | | **3,551.4** | **$ 3,483,404.00** |
| Less: 50% Travel Fees | | | | (56,757.50) |
| **Total Fees for Professionals** | | | | **$ 3,426,646.50** |

**Average Billing Rate**      **$ 964.87**

6

# ALIXPARTNERS, LLP

## SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
### DURING THE SECOND INTERIM PERIOD

| Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 1.1 | Chapter 11 Process / Case Management | 599.0 | $ 698,210.50 |
| 1.3 | Cash / Liquidity Matters | 853.5 | 748,773.00 |
| 1.4 | Communication & Meetings with Interested Parties | 35.5 | 34,078.00 |
| 1.5 | U.S. Trustee / Court Reporting Requirements | 66.0 | 73,602.00 |
| 1.10 | Transaction Support | 37.9 | 43,079.50 |
| 1.11 | Business Operations | 366.7 | 405,896.00 |
| 1.13 | Vendor Management | 107.3 | 111,726.50 |
| 1.14 | Executory Contracts | 60.4 | 60,364.50 |
| 1.15 | Claims Process / Avoidance Actions | 736.7 | 700,332.00 |
| 1.17 | Preparation for / Attend Court Hearings | 10.1 | 12,546.50 |
| 1.18 | Discovery | 21.9 | 20,212.00 |
| 1.20 | Fee Statements & Fee Applications | 165.5 | 123,650.50 |
| 1.21 | Due Diligence Support | 46.4 | 39,084.00 |
| 1.22 | Real Estate Advisory | 234.8 | 176,673.50 |
| 1.24 | Accounting Advisory for Bankruptcy | 106.8 | 121,660.50 |
| 1.31 | Travel Time | 102.9 | 56,757.50 |
| | **Total Hours and Fees By Matter Category** | **3,551.4** | **$ 3,426,646.50** |

Average Billing Rate $ 964.87

**ALIXPARTNERS, LLP**

**SUMMARY OF EXPENSES**
**DURING THE SECOND INTERIM PERIOD**

| Expense Category | Amount |
|---|---|
| Airfare | $       11,692.37 |
| Ground Transportation | 7,183.17 |
| Lodging | 10,146.78 |
| Meals | 3,876.16 |
| Parking & Tolls | 257.00 |
| Rental Car | 579.96 |
| **Total Expenses** | $       **33,735.44** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC.*, et al..,*[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
|  | **Hearing Date: June 26, 2025 at 1:00 p.m. (ET)**<br>**Objection Deadline: June 5, 2025 at 4:00 p.m. (ET)** |

**SECOND INTERIM APPLICATION OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS, FOR**
**ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD FROM JANUARY 1, 2025 THROUGH MARCH 31, 2025**

AlixPartners, LLP ("AlixPartners"), as financial advisor to the above-captioned debtors (the "Debtors"), hereby submits its second interim application (the "Application") for allowance of compensation for professional services rendered and reimbursement of out-of-pocket expenses incurred for the period from January 1, 2025 through March 31, 2025 (the "Second Interim Period"). AlixPartners respectfully states as follows:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

1

**Jurisdiction and Venue**

1.    The United States Bankruptcy Court for the Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Basis for Relief**

3.    The bases for the relief requested herein are Sections 330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* (the "Local Rules")*, the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013 (the "U.S. Trustee Guidelines") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retainer Professionals [Docket No. 289-1] (the "Interim Compensation Order")*.

**Background**

4.    On September 9, 2024 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases") in this Court.

5.    No trustee or examiner has been appointed in these Chapter 11 Cases.

6.    On November 8, 2024, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors (the "Committee") [Docket No. 1050-2].

2

**AlixPartners' Retention**

7.       On September 18, 2024, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors Effective as of the Petition Date* [Docket No. 206].

8.       On October 21, 2024, the Court entered the *Order Authorizing Debtors to Employ and Retain AlixPartners, LLP as their Financial Advisor Effective as of the Petition Date* [Docket No. 572] (the "Retention Order").   AlixPartners is currently holding a retainer in the amount of $425,221.93 (the "Retainer").   Pursuant to the Retention Order, the Retainer shall be treated as an evergreen retainer and held by AlixPartners as security throughout these Chapter 11 Cases until AlixPartners' fees and expenses are fully paid.

9.       The Retention Order approved the terms of AlixPartners' hourly fee and expense structure set forth in the engagement letter dated September 4, 2024 (the "Engagement Letter") and authorized AlixPartners to be compensated and reimbursed pursuant to section 330 of the Bankruptcy Code in accordance with the terms of the Engagement Letter, subject to the procedures set forth in the Bankruptcy Code, Bankruptcy Rules, Local Rules, U.S. Trustee Guidelines and the Interim Compensation Order, and any other applicable orders of this Court.

10.       Pursuant to the Engagement Letter, Kent Percy is the Partner & Managing Director responsible for this engagement, assisted by a staff of consultants at various levels with a wide range of relevant skills and abilities.

**Monthly Fee Statements During the Second Interim Period**

11.       AlixPartners filed and served three (3) monthly fee statements (the "Monthly Fee Statements") during the Second Interim Period pursuant to the Interim Compensation Order.   The Monthly Fee Statements contain detailed descriptions of the services rendered in the amount of

3

$3,426,646.50[2] and out-of-pocket expenses incurred in the amount of $33,735.44 and are noted below:

| Date Filed; Docket No. | Period | Requested | | Paid | | Amount Outstanding |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 04/03/2025 Docket #2486 | 01/01/2025 - 01/31/2025 | $ 1,185,757.00 | $ 30,203.50 | $ 948,605.60 | $ 30,203.50 | $ 237,151.40 |
| 04/29/2025 Docket #2644 | 02/01/2025 - 02/28/2025 | $ 1,149,144.50 | $ 3,531.94 | | | $ 1,152,676.44 |
| 05/09/2025 Docket #2718 | 03/01/2025 - 03/31/2025 | $ 1,091,745.00 | $ - | | | $ 1,091,745.00 |
| Total | | $ 3,426,646.50 | $ 33,735.44 | $ 948,605.60 | $ 30,203.50 | $ 2,481,572.84 |

12.    Detailed descriptions of the services performed by each professional, organized by matter category and by date, the hours of services provided (in tenths of an hour), and a detailed list of the out-of-pocket expenses incurred during the Second Interim Period are attached to the Monthly Fee Statements.

13.    AlixPartners received payments from the Debtors in the amount of $948,605.60 for services rendered and $30,203.50 for out-of-pocket expenses incurred during the Second Interim Period.  The total amount of $2,481,572.84 remains outstanding as of the filing of this Application.

**Summary of Services Rendered During the Second Interim Period**

14.    During the Second Interim Period, AlixPartners has advised the Debtors on and assisted the Debtors with (i) liquidity forecasting, cash management, and DIP compliance/reporting; (ii) communications and/or negotiations with stakeholders and their representatives; (iii) preparation of the Monthly Operating Reports and other reports required by the Court and the U.S. Trustee;(iv) development of financial projections; (v) coordinating and responding to extensive diligence requests from the unsecured creditors' committee and other interested parties; (vi) providing support and

---

[2]  This amount includes the 20% holdback of fees reflected in the Monthly Fee Statements, including $237,151.40 for the Fifth Monthly Fee Statement, $229,828.90 for the Sixth Monthly Fee Statement, and $218,349.00 for the Seventh Monthly Fee Statement, for a total holdback of $685,329.30 (the "Holdback").

testimony before the Court for various hearings; (vii) vendor/supplier management; (viii) claims reconciliation and management; (ix) preparing analyses and providing support for the Debtors' sale transaction and wind-down process; and (x) providing support and guidance for bankruptcy accounting requirements.

## Summary of Services by Category During the Second Interim Period

15.     AlixPartners classified the services performed into separate categories.  The descriptions below summarize the services provided by AlixPartners to the Debtors during the Second Interim Period.

### Matter Code 1.1:  Chapter 11 Process/Case Management
**599.0 hours - $698,210.50**
- Organized and managed the Debtors' resources to effectively and efficiently plan, coordinate and manage the Chapter 11 process and the Debtors' wind-down process
- Attended meetings with management team and other advisors to coordinate Chapter 11 process

### Matter Code 1.3:  Cash/Liquidity Matters
**853.5 hours - $748,773.00**
- Monitored liquidity and updated budget and forecast
- Assisted the Debtors in planning and tracking disbursements

### Matter Code 1.4:  Communication & Meetings with Interested Parties
**35.5 hours - $34,078.00**
- Met and communicated with various Debtor professionals, creditor professionals, lenders and/or interested parties

### Matter Code 1.5:  U.S. Trustee/Court Reporting Requirements
**66.0 hours - $73,602.00**
- Ensured compliance with the requirements of the Court, the U.S. Trustee, and/or the Bankruptcy Code
- Prepared financial and operating information, including monthly operating reports, and other motions, orders and stipulations related thereto

**Matter Code 1.10:  Transaction Support**
**37.9 hours - $43,079.50**
- Assisted the Debtors with various transaction and closing-related tasks, including researching and responding to inquiries and information requests from parties in interest, and coordinating and managing closing mechanics
- Prepared analyses and support for the Debtors' sale transaction

**Matter Code 1.11:  Business Operations**
**366.7 hours - $405,896.00**
- Assisted company in day-to-day operations and operational issues
- Assisted company with wind-down planning and analyses
- Prepared long term business plan and operational impacts of store closures
- Incorporated supply chain optimization and store optimization into financial plans

**Matter Code 1.13:  Vendor Management**
**107.3 hours - $111,726.50**
- Reviewed and tracked vendor disbursements
- Reconciled vendor balances and payments and updated disbursement register
- Assisted the Debtors with vendor inquiries and coordinated responses

**Matter Code 1.14:  Executory Contracts**
**60.4 hours - $60,364.50**
- Collaborated with Debtors to identify potential contracts for rejection
- Assisted the Debtors with preparation of exhibits supporting court filings

**Matter Code 1.15:  Claims Process/Avoidance Action**
**736.7 hours - $700,332.00**
- Collaborated with Debtors to develop estimates for claims
- Prepared information to support inquiries from third parties related to claims estimates

**Matter Code 1.17:  Preparation for/Attend Court Hearings**
**10.1 hours - $12,546.50**
- Attended omnibus hearing related to the Debtors' ongoing cases and wind-down
- Attended hearings related to the Debtors' sale transaction

**Matter Code 1.18:  Discovery**
**21.9 hours - $20,212.00**
- Prepared information to support discovery requests

**Matter Code 1.20:  Fee Statements & Fee Applications**
**165.5 hours - $123,650.50**
- Managed the fee application process
- Prepared and reviewed the Monthly Fee Statements and interim applications, including all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court
- Corresponded with Debtors' counsel and U.S. Trustee regarding fee applications

**Matter Code 1.21:  Due Diligence Support**
**46.4 hours - $39,084.00**
- Prepared analyses in response to the diligence requests from external advisors and other interested parties

**Matter Code 1.22:  Real Estate Advisory**
**234.8 hours - $176,673.50**
- Prepared analysis to support company's store closing process
- Reconciled data related to outstanding cure balances

**Matter Code 1.24:  Accounting Advisory for Bankruptcy**
**106.8 hours - $121,660.50**
- Provided accounting guidance related to bankruptcy treatment

**Matter Code 1.31:  Travel Time**
**102.9 hours - $56,757.50**
- Traveled to meetings outside of consultants' respective "home" office region (Hours billed under this category were billed at 50% of AlixPartners' standard rates)

16.    AlixPartners believes that the fees and out-of-pocket expenses requested are reasonable, actual and for necessary services rendered or expenses incurred on behalf of the Debtors during the Second Interim Period.

17.    AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

**Certification**

18.    The Certification of Kent Percy is attached hereto as **Exhibit A** and incorporated herein.

**No Prior Request**

19.    No prior request for the relief sought in this Application has been made to this or any other Court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

**Notice**

20.    Notice of the Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

**<u>Conclusion</u>**

**WHEREFORE**, AlixPartners, as financial advisor to the Debtors, respectfully requests that the Court enter an order providing: (i) an interim allowance in the amount of $3,426,646.50 (including the Holdback in the amount of $685,329.30) as compensation for professional services rendered and reimbursement of out-of-pocket expenses incurred in the amount of $33,735.44 for the Second Interim Period; (ii) that the Debtors are authorized and directed to pay AlixPartners the remaining outstanding balance of $2,481,572.84; and (iii) such other and further relief as this Court deems proper.

Dated: May 15, 2025

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022


*/s/ Kent Percy*
By:  Kent Percy
      Partner & Managing Director

9