**EXHIBIT A**

**Customary and Comparable Compensation Disclosures**

Davis Polk's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Davis Polk's hourly rates for bankruptcy services are comparable to the rates charged by Davis Polk, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.

The blended hourly rate for all Davis Polk timekeepers who worked on these Chapter 11 Cases is approximately the same as the firm's blended rate for all timekeepers over a Comparable Period (as defined below). In particular, the blended hourly rate for all Davis Polk timekeepers (including both professionals and paraprofessionals) who billed to matters excluding chapter 11 representations during the 12-month period ending on March 31, 2025 (the "Comparable Period") was approximately $1,395. By comparison, the blended hourly rate for all Davis Polk timekeepers (including both professionals and paraprofessionals) who worked on the Chapter 11 Cases during the Application Period was approximately $1,573.

The following table shows blended hourly rates by category of professional and paraprofessional (rounded to the nearest dollar) for Davis Polk during the Application Period:

| Category of Timekeeper | Blended Hourly Rate (rounded to nearest dollar) | |
|---|---|---|
| | Professionals and Paraprofessionals at the New York Office of Davis Polk for the 12-Month Period Ending on March 31, 2025, Excluding Bankruptcy Matters[1] | Davis Polk Application Period |
| Partner | $2,268 | $2,634 |
| Counsel | $1,819 | $2,032 |
| Associate | $1,199 | $1,518 |
| Legal Assistants | $542 | $690 |
| Other Non-Lawyers | $462 | $639 |
| All Timekeepers | $1,395 | $1,573 |

---

[1] This blended hourly rate is adjusted to exclude hours and compensation billed to certain clients with special billing arrangements.