## EXHIBIT B

**Interim Application Summary**

**Cover Sheet of Fee Application (UST Guidelines, Ex. E)**

| **Interim Application Summary** | |
|---|---|
| Name of Applicant | Davis Polk & Wardwell LLP |
| Name of Client | The Debtors |
| Time period covered by Interim Application | January 1, 2025 through March 31, 2025 |
| Total compensation sought during Application Period | $4,563,987.00 |
| Total expenses sought during Application Period | $17,971.70 |
| Petition Date | September 9, 2024 |
| Retention Date | October 21, 2024, *nunc pro tunc* to September 9, 2024 |
| Date of order approving employment | October 21, 2024 |
| Total allowed compensation paid to date | $12,839,468.70 |
| Total allowed expenses paid to date | $73,144.92 |
| Total compensation approved by interim order to date | $10,142,257.50 |
| Total expenses approved by interim order to date | $59,201.84 |
| Blended rate in the Application Period for all partners | $2,634.43 |
| Blended rate in the Application Period for all attorneys | $1,621.56 |
| Blended rate in the Application Period for all timekeepers | $1,572.68 |
| Compensation sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed | $2,697,211.20 |
| Expenses sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed. | $13,943.08 |
| Number of professionals included in Interim Application | 43 |
| If applicable, number of professionals in the Interim Application not included in staffing plan approved by client. | N/A |

| | |
|---|---|
| If applicable, difference between fees budgeted and compensation sought for the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 19 |
| Are any rates higher than those approved or disclosed at retention? | Effective January 1, 2025, Davis Polk implemented firm-wide rate increases. These rate increases are consistent with the engagement letter between Davis Polk and Big Lots, Inc., which provides that the rates included therein are adjusted from time to time and specifically at the beginning of each year. In accordance with the Davis Polk Retention Order, Davis Polk notified the U.S. Trustee and counsel to the Committee of these rate increases on December 31, 2024. |