**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2025 TO MARCH 31, 2025**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Steven Simms | Senior Managing Director | $ 1,525 | 11.5 | $ 17,537.50 |
| Clifford Zucker | Senior Managing Director | $ 1,445 | 8.2 | $ 11,849 |
| Elizabeth Hu | Senior Managing Director | $ 1,305 | 19.2 | $ 25,056 |
| Megan Hyland | Managing Director | $ 1,155 | 34.1 | $ 39,386 |
| Brian Taylor | Managing Director | $ 1,095 | 6.3 | $ 6,899 |
| Thiago Nunes Rodrigues | Senior Director | $ 1,020 | 50.0 | $ 51,000 |
| Calvin Aas | Senior Consultant | $ 760 | 126.2 | $ 95,912 |
| Sophia Cassidy | Consultant | $ 575 | 35.3 | $ 20,298 |
| David Berry | Consultant | $ 550 | 4.2 | $ 2,310 |
| Marili Hellmund-Mora | Manager | $ 355 | 6.3 | $ 2,237 |
| **GRAND TOTAL** | | | **301.3** | **$ 272,482.50** |

**EXHIBIT B**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JANUARY 1, 2025 TO MARCH 31, 2025**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 23.0 | $ 16,215.00 |
| 2 | Cash & Liquidity Analysis | 145.0 | $ 133,293.50 |
| 5 | Real Estate Issues | 13.7 | $ 9,828.50 |
| 6 | Asset Sales | 4.2 | $ 5,658.50 |
| 11 | Prepare for and Attendance at Court Hearings | 7.6 | $ 9,105.00 |
| 13 | Analysis of Other Miscellaneous Motions | 5.1 | $ 7,198.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 10.0 | $ 10,272.50 |
| 18 | Potential Avoidance Actions & Litigation Matters | 41.7 | $ 38,196.00 |
| 19 | Case Management | 0.4 | $ 522.00 |
| 21 | General Meetings with Committee & Committee Counsel | 5.8 | $ 7,651.00 |
| 24 | Preparation of Fee Application | 44.8 | $ 34,542.00 |
| | **GRAND TOTAL** | **301.3** | **$ 272,482.50** |