UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| BIG LOTS, INC., et al., | Case No. 24-11967 (JKS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On May 15, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 05/15/2025 | 2751 | Interim Application for Compensation (Second) of Cole Schotz P.C., as Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the period from January 1, 2025 to March 31, 2025 (related document(s)2142, 2394, 2748) Filed by Official Committee of Unsecured Creditors. Hearing scheduled for 6/26/2025 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. Objections due by 6/5/2025. (Attachments: # 1 Notice of Second Interim Fee Application) (Alberto, Justin) (Entered: 05/15/2025) |
| 05/15/2025 | 2752 | Interim Application for Compensation (Second) of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the period from January 1, 2025 to March 31, 2025 (related document(s)2118, 2402, 2639) Filed by Official Committee of Unsecured Creditors. Hearing scheduled for 6/26/2025 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. Objections due by 6/5/2025. (Attachments: # 1 Notice of Second Interim Fee Application # 2 Exhibit A - Azman Certification) (Alberto, Justin) (Entered: 05/15/2025) |
| 05/15/2025 | 2753 | Interim Application for Compensation (Second) of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the period from January 1, 2025 to March 31, 2025 (related document(s)2075, 2441, 2590) Filed by Official Committee of Unsecured Creditors. Hearing scheduled for 6/26/2025 at 01:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. Objections due by |

|   |   |   |
|---|---|---|
|   |   | 6/5/2025. (Attachments: # 1 Notice of Second Interim Fee Application # 2 Exhibits A and B) (Alberto, Justin) (Entered: 05/15/2025) |

Dated: May 15, 2025

/s/ Laurie Heggan
Laurie Heggan
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

**VIA FIRST CLASS MAIL**

State of Alabama Attorney General
Attn: Bankruptcy Department
P.O. Box 300152
Montgomery, AL 36130-0152

**VIA FIRST CLASS MAIL**

State of Arkansas Attorney General
Attn: Bankruptcy Department
323 Center St.
Suite 200
Little Rock, AR 72201-2610

**VIA FIRST CLASS MAIL**

State of Colorado Attorney General
Attn: Bankruptcy Department
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10Th Floor
Denver, CO 80203

**VIA FIRST CLASS MAIL**

State of Florida Attorney General
Attn: Bankruptcy Department
The Capitol, Pl 01
Tallahassee, FL 32399-1050

**VIA FIRST CLASS MAIL**

State of Georgia Attorney General
Attn: Bankruptcy Department
40 Capital Square, Sw
Atlanta, GA 30334-1300

**VIA FIRST CLASS MAIL**

State of Iowa Attorney General
Attn: Bankruptcy Department
1305 E. Walnut Street
Des Moines, IA 50319

**VIA FIRST CLASS MAIL**

State of Kansas Attorney General
Attn: Bankruptcy Department
120 Sw 10Th Ave., 2Nd Floor
Topeka, KS 66612-1597

**VIA FIRST CLASS MAIL**

State of Kentucky Attorney General
Attn: Bankruptcy Department
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

**VIA FIRST CLASS MAIL**

State of Louisiana Attorney General
Attn: Bankruptcy Department
P.O. Box 94095
Baton Rouge, LA 70804-4095

**VIA FIRST CLASS MAIL**

State of Maine Attorney General
Attn: Bankruptcy Department
6 State House Station
Augusta, ME 04333-0000

**VIA FIRST CLASS MAIL**

State of Massachusetts Attorney General
Attn: Bankruptcy Department
One Ashburton Place
Boston, MA 02108-1698

**VIA FIRST CLASS MAIL**

State of New York Attorney General
Attn: Bankruptcy Department
The Capitol
Albany, NY 12224-0341

**VIA FIRST CLASS MAIL**

State of North Carolina Attorney General
Attn: Bankruptcy Department
9001 Mail Service Center
Raleigh, NC 27699-9001

**VIA FIRST CLASS MAIL**

State of Pennsylvania Attorney General
Attn: Bankruptcy Department
Strawberry Square
16Th Floor
Harrisburg, PA 17120

**VIA FIRST CLASS MAIL**

State of Rhode Island Attorney General
Attn: Bankruptcy Department
150 South Main Street
Providence, RI 02903-0000

**VIA FIRST CLASS MAIL**

State of South Carolina Attorney General
Attn: Bankruptcy Department
P.O. Box 11549
Columbia, SC 29211-1549

**VIA FIRST CLASS MAIL**

State of Vermont Attorney General
Attn: Bankruptcy Department
109 State St.
Montpelier, VT 05609-1001

**VIA FIRST CLASS MAIL**

State of Virginia Attorney General
Attn: Bankruptcy Department
Financial Recovery Section
Post Office Box 610
Richmond, VA 23218-0610

**VIA FIRST CLASS MAIL**

State of Washington Attorney General
Attn: Bankruptcy Department
1125 Washington St. Se
P.O. Box 40100
Olympia, WA 98504-0100

**VIA FIRST CLASS MAIL**

State of Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24Th Street
Cheyenne, WY 82002

**VIA FIRST CLASS MAIL**

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

**VIA FIRST CLASS MAIL**

U.S. Attorney for Delaware
Attn: David C. Weiss
U.S. Attorney's Office
1313 N Market Street, Suite 400
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

United States of America Attorney General
Attn: Bankruptcy Department
Us Dept Of Justice
950 Pennsylvania Ave Nw
Washington, DC 20530-0001

**VIA FIRST CLASS MAIL**

United Texas Bank
Attn: Loan Operations
13101 Preston Road
Suite 200
Dallas, TX 75240

**VIA FIRST CLASS MAIL**

Saul Ewing LLP
Attn: Jorge Garcia
701 Brickell Avenue
Suite 1700
Miami, FL 33131

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave NW
Washington, DC 20224

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**VIA FIRST CLASS MAIL**

Johnson, Pope, Bokor, Ruppel & Burns, LLP
Attn: James B. Eising II
400 N. Ashley Dr., Suite 3100
Tampa, FL 33602

**VIA FIRST CLASS MAIL**

ALEXANDER & VANN, LLP
Attn: John Turner Holt
411 Gordon Avenue
Thomasville, GA 31792

**VIA FIRST CLASS MAIL**

Becket & Lee LLP
Attn: Larry Butler
PO Box 3002
Malvern, PA 19355-0702