# EXHIBIT B

Database: CARNEGIE Tenant Ledger Summary Report

Current Tenant: **BIG LOTS STORES, INC.**

Page: 1
Date: 4/10/2025
Time: 11:13 AM

| | | | |
|---|---|---|---|
| **BANKRUPTCY FILED:** | **9/8/2024** | **LANDLORD:** | **ROBERTS CROSSING LLC** |
| **LEASE REJECTED:** | **2/28/2025** | **CHARGES FOR:** | **1/4/25 - 2/28/25** |

| Period Category | Description | Beginning Balance | Charges | Cash Received | Adjustments | Ending Balance |
|---|---|---:|---:|---:|---:|---:|
| **01/25** | **CHARGES FOR 1/4/25-1/31/25** | | | | | |
| RIN | RENTAL INCOME | 0.00 | 16,479.35 | 0.00 | 0.00 | 16,479.35 |
| WAT | WATER AND SEWER | 2,262.44 | 747.41 | -580.44 | 0.00 | 2,429.41 |
| | **Total** | **2,262.44** | **17,226.76** | **-580.44** | **0.00** | **18,908.76** |
| **02/25** | | | | | | |
| RIN | RENTAL INCOME | 16,479.35 | 18,245.00 | 0.00 | 0.00 | 34,724.35 |
| WAT | WATER AND SEWER | 2,429.41 | 638.39 | -2,429.41 | 0.00 | 638.39 |
| | **Total** | **18,908.76** | **18,883.39** | **-2,429.41** | **0.00** | **35,362.74** |
| | **Move-Out Charges** | | | | | |
| | Repairs | 0.00 | 22,148.00 | 0.00 | 0.00 | 22,148.00 |
| | Remove sign | 0.00 | 5,756.63 | 0.00 | 0.00 | 5,756.63 |
| | Power Sweeping | 0.00 | 700.00 | 0.00 | 0.00 | 700.00 |
| | HVAC Repairs | 0.00 | 5,847.00 | 0.00 | 0.00 | 5,847.00 |
| | **Total Move-Out Charges** | **0.00** | **34,451.63** | **0.00** | **0.00** | **34,451.63** |

**Total Rents & Move-out charges:** 69,814.37