**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| BIG LOTS INC., *et al.*,[1] | ) Case No. 24-11967 (JKS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) Hearing Time: June 26, 2025 at 1:00 pm |
|  | ) Objection Deadline: June 19, 2025 |

## NOTICE OF MOTION

**TO:    Parties listed on the Certificate of Service**

Roberts Crossing, LLC ("Roberts") has filed a **Motion for Allowance and Payment of Administrative Claim** ("the Motion"), which seeks the following relief:

Allowance of an administrative claim in the amount of $69,814.37.

Hearing on the Motion will be held on June 26, 2025 at 1:00 p.m. in the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

If you oppose any of the relief requested in the Motion, you must file a response, on or before June 19, 2025.  Any response must also be served upon the Movant's attorney:

Chase Miller
McCabe, Weisberg & Conway, LLC
1415 Foulk Road, Suite 100
Foulkstone Plaza
Wilmington, DE 19803
Tel: (302) 409-3520
Fax: (855) 425-1980
Email: ChaseMiller@mwc-law.com
Attorney for Roberts Crossing, LLC

Failure to respond in accordance with this notice may result in the relief requested in the Motion to be GRANTED by the Court without further notice or hearing.

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

Respectfully submitted,

Dated:  May 16, 2025        By:   */s/ Chase N. Miller*
                                     Chase N. Miller
                                     DE Bar No. 5363
                                     McCabe, Weisberg & Conway, LLC
                                     1415 Foulk Road, Suite 100
                                     Foulkstone Plaza
                                     Wilmington, DE 19803
                                     Tel: (302) 409-3520
                                     Fax: (855) 425-1980
                                     Email: ChaseMiller@mwc-law.com
                                     Attorney for Roberts Crossing, LLC