# EXHIBIT B

Database: CARNEGIE Tenant Ledger Summary Report

Current: **BIG LOTS STORES, LLC**

Page: 1
Date: 4/3/2025
Time: 9:10 AM

| | | |
|---|---|---|
| **BANKRUPTCY FILED:** | 9/8/2024 | **LANDLORD: FAIRFIELD PROPERTY LLC** |
| **LEASE REJECTED:** | 2/28/2025 | **CHARGES FOR: 1/4/25 - 2/28/25** |

| Period Category | Description | Beginning Balance | Charges | Cash Received | Adjustments | Ending Balance |
|---|---|---|---|---|---|---|
| **01/25** | **CHARGES FOR 1/4/25-1/31/25** | | | | | |
| CAM | CAM | 0.00 | 1,094.90 | 0.00 | 0.00 | 1,094.90 |
| MTI | REPLACE CEILING TILES | 852.00 | 0.00 | 0.00 | 0.00 | 852.00 |
| RIN | RENTAL INCOME | 0.00 | 10,931.74 | 0.00 | 0.00 | 10,931.74 |
| | **Total** | **852.00** | **12,026.64** | **0.00** | **0.00** | **12,878.64** |
| **02/25** | | | | | | |
| CAM | CAM | 1,094.90 | 1,212.21 | 0.00 | 0.00 | 2,307.11 |
| MTI | REPLACE CEILING TILES | 852.00 | 0.00 | 0.00 | 0.00 | 852.00 |
| RIN | RENTAL INCOME | 10,931.74 | 12,103.00 | 0.00 | 0.00 | 23,034.74 |
| | **Total** | **12,878.64** | **13,315.21** | **0.00** | **0.00** | **26,193.85** |
| | **Move-Out Charges** | | | | | |
| | Remove signage | 0.00 | 2,822.25 | 0.00 | 0.00 | 2,822.25 |
| | Remove equipment/trash; cleanup | 0.00 | 14,500.00 | 0.00 | 0.00 | 14,500.00 |
| | HVAC Service; repair/replacement | 0.00 | 5,367.00 | 0.00 | 0.00 | 5,367.00 |
| | **Total Move-Out Charges** | | 22,689.25 | | 0.00 | **22,689.25** |
| | | | | | **Total Rents & Move-out charges:** | **48,883.10** |