# EXHIBIT B

| Database: | CARNEGIE Tenant Ledger Summary Report | | | | Page: | 1 |
|---|---|---|---|---|---|---|
| | | | | | Date: | 4/3/2025 |
| Inactive: | PNS STORES, INC. (BIG LOTS) | | | | Time: | 10:00 AM |

| **BANKRUPTCY FILED:** | 9/8/2024 | **LANDLORD:** UNIVERSITY PLAZA STEPHENVILLE LLC |
|---|---|---|
| **LEASE REJECTED:** | | **CHARGES FOR:** 1/4/25 - 2/28/25 |

| Period Category | Description | Beginning Balance | Charges | Cash Received | Adjustments | Ending Balance |
|---|---|---|---|---|---|---|
| **01/25** | **CHARGES FOR 1/4/25-1/31/25** | | | | | |
| CAM | CAM | 2,233.63 | 2,017.47 | 0.00 | 0.00 | 4,251.10 |
| RIN | RENTAL INCOME | 10,646.25 | 9,615.97 | 0.00 | 0.00 | 20,262.22 |
| | **Total Rents Due** | **12,879.88** | **11,633.44** | **0.00** | **0.00** | **24,513.32** |
| | **Move-Out Charges** | | | | | |
| | Replace HVAC Systems | 0.00 | 40,050.00 | 0.00 | 0.00 | **40,050.00** |
| | Remove signage from pylon | 0.00 | 9,201.25 | 0.00 | 0.00 | **9,201.25** |
| | Reprogram Thermostats | 0.00 | 2,186.65 | 0.00 | 0.00 | **2,186.65** |
| | Remove signage from building | 0.00 | 1,948.50 | 0.00 | 0.00 | **1,948.50** |
| | Remove trash & debris | 0.00 | 1,198.92 | 0.00 | 0.00 | **1,198.92** |
| | **Total Move-Out Charges** | **0.00** | **54,585.32** | **0.00** | **0.00** | **54,585.32** |

**Total Rents & Move-out charges:**   **79,098.64**