**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIG LOTS INC., *et al.*,[1] | ) | Case No. 24-11967 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING MOTION FOR ALLOWANCE**
**AND PAYMENT OF ADMINISTRATIVE CLAIM**

UPON CONSIDERATION of the Motion For Allowance and Immediate Payment of Administrative Claim pursuant to 11 U.S.C. § 503(b)(1)(A) by University Plaza Stephenville, LLC ("Stephenville"), IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED

2. Stephenville is granted an Allowed Administrative Expense Claim in the amount of $79,098.64 which is entitled to priority payment pursuant to 11 U.S.C. § 503(b)(1)(A).

**Submitted by:**
Chase Miller
DE Bar No. 5363
McCabe, Weisberg & Conway, LLC
1415 Foulk Road, Suite 100
Foulkstone Plaza
Wilmington, DE 19803
Tel: (302) 409-3520
Fax: (855) 425-1980
Email: ChaseMiller@mwc-law.com
Attorney for University Plaza Stephenville, LLC

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).