**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BIG LOTS INC., *et al.*,[1] | ) | Case No. 24-11967 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## **CERTIFICATE OF SERVICE**

I, Chase N. Miller, of full age, hereby certifies as follows:

On May 16, 2025, I caused a copy of University Plaza Stephenville, LLC's Motion for Allowance and Payment of Administrative Claim ("the Motion"), to be served through the Court's CM/ECF system upon all registered electronic filers appearing in this case, as well as upon the parties listed and in the manner indicated below:

Big Lots, Inc., et al.
Attn: Jonathan Ramsden, CFO
4900 E. Dublin-Granville Road
Columbus, OH 43081
Via USPS

Big Lots, Inc., et al.
c/o Morris, Nichols, Arsht & Tunnell LLP
Attn: David S. Bloomfield, Esq.
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Via USPS

Big Lots, Inc., et al.
c/o Davis Polk & Wardwell LLP

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

Attn: Matthew R. Brock, Esq.
450 Lexington Avenue
New York, NY 10017
Via USPS

Big Lots, Inc. Unsecured Creditor Committee
c/o Cole Schotz P.C.
Attn: Justin R. Alberto, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Via USPS

Big Lots, Inc. Unsecured Creditor Committee
c/o McDermott Will & Emery LLP
Attn: Darren Azman, Esq.
One Vanderbilt Avenue
New York, NY 10017
Via USPS

United States Trustee
c/o Office of the United States Trustee
Attn: Linda J. Casey, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801
Via USPS

                Respectfully submitted,

Dated: May 16, 2025      By: */s/ Chase N. Miller*
                Chase N. Miller
                DE Bar No. 5363
                McCabe, Weisberg & Conway, LLC
                1415 Foulk Road, Suite 100
                Foulkstone Plaza
                Wilmington, DE 19803
                Tel: (302) 409-3520
                Fax: (855) 425-1980
                Email: ChaseMiller@mwc-law.com
                Attorney for University Plaza Stephenville, LLC