# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 12, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Supplemental Landlord Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Hearing Regarding Assumption and Assignment Objections Relating to Post-Closing Desgination Notices [Docket No. 2208]

Dated: April 25, 2025

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 25, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

SRF 86781

**Exhibit A**

Exhibit A
Supplemental Landlord Notice Parties Service List
Served as set forth below

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| 29306048 | BADERCO LLC | 3180 ABBEY RD | | | ROCKY MOUNT | NC | 27804-7843 | | First Class Mail |
| 29413727 | DAUPHIN PLAZA LLC | C/O FIRST NATIONAL PROPERTY MANAGEMENT | ATTN: ANDREW DENARDO | 151 BODMAN PLACE, SUITE 201 | RED BANK | NJ | 07701 | | First Class Mail |
| 29299733 | KIN PROPERTIES | GAITA, ANNA | 185 NW SPANISH RIVER BLVD | SUITE 100 | BOCA RATON | FL | 33431 | agaita@kinproperties.com | First Class Mail and Email |
| 29413818 | LEJ PROPERTIES, LLC | C/O CROSBIE MANAGEMENT SERVICES, LLC | 2795 N SPEER BLVD, SUITE 10 | | DENVER | CO | 80211 | jdonahue@creginc.com | First Class Mail and Email |
| 29413650 | PINTZUK ORGANIZATION | 491 OLD YORK RD STE 200 | | | JENKINTOWN | PA | 19046-2737 | LIZ.VELEZ@PBRG.NET | First Class Mail and Email |
| 29306044 | R & A PROPERTIES | C/O COLLIERS INTERNATIONAL | TWO MIRANOVA PLACE, SUITE 900 | | COLUMBUS | OH | 43215 | kevin.hall@colliers.com | First Class Mail and Email |

In re: Big Lots, Inc., *et al.*
Case No. 24-11967 (JKS)

Page 1 of 1