**BIG LOTS, INC., et al., Case No. 24-11967 (JKS)**

**MAY 21, 2025 BENCH RULING**

| First | Middle | Last | Firm | Via |
|---|---|---|---|---|
| Gregory | A. | Taylor | Ashby & Geddes, P.A. | Video and Audio |
| Melissa | M. | Hartlipp | Cole Schotz P.C. | Video and Audio |
| Stacy | L. | Newman | Cole Schotz P.C. | Video and Audio |
| Michael | | Solimani | Cole Schotz P.C. | Video and Audio |
| Stephen | D. | Piraino | Davis Polk & Wardwell LLP | Video and Audio |
| Kevin | | Winiarski | Davis Polk & Wardwell LLP | Video and Audio |
| Edmund | | Tong | HomeView Design., Inc | Video and Audio |
| Jenny | | Kasen | Kasen Law Group, P.C. | Video and Audio |
| Allison | | Selick | kelleydrye.com | Video and Audio |
| Natalie | | Rowles | McDermott Will & Emery LLP | Video and Audio |
| Casey | | Sawyer | Morris Nichols Arsht and Tunnell | Video and Audio |
| Daniel | B. | Butz | Morris, Nichols, Arsht & Tunnell LLP | Video and Audio |
| MNAT | | Video Conferencing | Morris, Nichols, Arsht & Tunnell LLP | Video and Audio |
| Cathy | | Ta | octus.com | Audio Only |
| Thomas | | Reichert | The Powell Firm | Video and Audio |