**EXHIBIT A**

| Claimant Taxing Entity | Location | Claim Number | Claim Amount | Objection # |
|---|---|---|---|---|
| Alief Independent School District | 9795 Westheimer Rd Houston 77042 | 3433 | $5,898.01 | Dkt 2633 #1 |
| Brazoria County, et al | 2028 N Main, Pearland, TX 77581 | 3005 | $9,006.21 | Dkt 2633 #6 |
| Brazoria County, et al | 125 W Highway 332, Lake Jackson, TX | 3005 | $7,924.38 | Dkt 2633 #6 |
| Brownsville Independent School District | 1601 E Price Rd Brownsville, Tx. 78521 | 868 | $5,424.57 | Dkt 2633 #8 |
| Burleson Independent School District | 648 SW Wilshire Blvd (#1861) | 953 | $8,683.52 | Dkt 2633 #9 |
| Carrollton-Farmers Branch Independent School District | 3621 Josey Ln | 934 | $6,601.67 | Dkt 2633 #12 |
| Carrollton-Farmers Branch Independent School District | 2865 Valley View (#4144) | 934 | $4,926.85 | Dkt 2633 #12 |
| City of Burleson | 648 SW Wilshire Blvd (#1861) | 940 | $4,367.65 | Dkt 2633 #14 |
| City of Cleburne | 1615 W. Henderson St (#1286) | 954 | $3,161.04 | Dkt 2633 #15 |
| City of Grapevine | 1217 W State Hwy #104 (#4622) | 951 | $1,330.93 | Dkt 2633 #19 |
| City of Houston | 9795 Westheimer Rd Houston 77042 | 3475 | $2,923.05 | Dkt 2633 #22 |
| City of Lake Worth | 6708 Lake Worth Blvd (#4755) | 943 | $3,797.42 | Dkt 2633 #23 |
| City of Tomball | 27816 State Highway 249 Tomball 77375 | 3477 | $1,353.84 | Dkt 2633 #27 |
| Clear Creek Independent School District | 1201 W Nasa PKY Webster 77598 | 3426 | $4,762.14 | Dkt 2633 #30 |
| Cleburne Independent School District | 1615 W. Henderson St (#1286) | 938 | $6,589.96 | Dkt 2633 #31 |
| Cooke County Appraisal District | 1104 E. Hwy. 82 | 3329 | $4,647.38 | Dkt 2633 #34 |
| Fort Bend County Levee Improvement District #2 | 3410 Highway 6, Sugar Land, TX 77478 | 3355 | $588.66 | Dkt 2633 #40 |
| Fort Bend Independent School District | 3410 Highway 6, Sugar Land, TX 77478 | 3348 | $4,923.29 | Dkt 2633 #41 |
| Frisco Independent School District | 3333 Preston Rd #700 (#4566) | 1026 | $8,891.89 | Dkt 2633 #42 |
| Ft. Bend Harris County Municipal Utility District #81 | 923 Mason Rd Katy 77450 | 3354 | $1,235.81 | Dkt 2633 #55 |
| Galena Park Independent School District | 5807 E Sam Houston PKY Houston 77049 | 3449 | $6,964.52 | Dkt 2633 #44 |
| Garland Independent School District | 3178 Lavon Dr ( #1949) | 948 | $6,016.19 | Dkt 2633 #46 |
| Garland Independent School District | 3601 Lakeview Pkwy (#4543) | 948 | $6,857.17 | Dkt 2633 #46 |
| Garland Independent School District | 825 W. Centerville (#4140) | 948 | $6,030.94 | Dkt 2633 #46 |
| Grapevine-Colleyville Independent School District | 1217 W State Hwy #104 (#4622) | 941 | $4,991.87 | Dkt 2633 #48 |
| Harris County Municipal Utility District #102 | 6138 Highway 6 Houston 77084 | 3478 | $2,591.01 | Dkt 2633 #53 |
| Harris County Municipal Utility District #191 | 7323 FM 1960 Rd Houston 77070 | 3479 | $1,075.15 | Dkt 2633 #52 |
| Harris County Municipal Utility District #285 | 5807 E Sam Houston PKY Houston 77049 | 3483 | $3,209.15 | Dkt 2633 #54 |