## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been served on all parties requesting electronic notice via the Court's ECF system on this 21st day of May 2025

                        CIARDI CIARDI & ASTIN.

                        */s/ **John D. McLaughlin, Jr.***
                        _____
                        John D. McLaughlin, Jr. (No. 4123)
                        1204 North King Street
                        Wilmington, Delaware 19801
                        Tel:  (484) 437-2676
                        Fax:  (302) 300-4253
                        jmclaughlin@ciardilaw.com