## EXHIBIT A

| Claimant Taxing Entity | Location | Claim Number | Claim Amount | Objection # |
|---|---|---|---|---|
| Hunt County, et al. | 6408 Wesley St, Greenville, TX | 3823 | $4,844.67 | Dkt 2634 #5 |
| Johnson County | 1615 W. Henderson St (#1286) | 935 | $2,349.42 | Dkt 2634 #9 |
| Johnson County | 648 SW Wilshire Blvd (#1861) | 935 | $2,658.57 | Dkt 2634 #9 |
| Kerrville Independent School District | 1305 Sidney Baker St., Ste. J, TX 78028 | 1673 | $4,820.00 | Dkt 2634 #11 |
| Klein Independent School District | 4613 FM 1960 Rd Houston 77069 | 3450 | $4,251.81 | Dkt 2634 #12 |
| Lubbock Central Appraisal District | 5402 4th Street, Lubbock, TX 79416 | 3367 | $7,652.73 | Dkt 2634 #18 |
| Lubbock Central Appraisal District | 3303 98th Street, Lubbock, TX 79423 | 3342 | $10,013.99 | Dkt 2634 #17 |
| Midland County | 4715 Billingsley Blvd, Midland, TX | 3364 | $552.46 | Dkt 2634 #22 |
| Nacogdoches County, et al. | 4919 North St Ste 101, Nacogdoches, TX | 3824 | $13,762.12 | Dkt 2634 #24 |
| Plano Independent School District | 600 W 15th St #A (#4589) | 931 | $7,223.71 | Dkt 2634 #29 |
| Potter County Tax Office | 3510 E IH 40 | 2537 | $8,351.65 | Dkt 2634 #37 |
| Randall County Tax Office | 3415 BELL ST | 2534 | $8,145.07 | Dkt 2634 #38 |
| Reid Road Municipal Utility District 1 | 10951 FM 1960 Rd Houston 77070 | 3484 | $1,822.84 | Dkt 2634 #30 |
| Richardson Independent School District | 1322 Plano Rd S (#4143) | 942 | $5,993.27 | Dkt 2634 #31 |
| Titus County Appraisal District, et al. | 2306 S Jefferson 154, Mount Pleasant, TX | 3828 | $10,064.03 | Dkt 2634 #44 |
| Tomball Independent School District | 27816 State Highway 249 Tomball 77375 | 3442 | $4,905.91 | Dkt 2634 #46 |
| Tyler Independent School District | 1421 S Beckham Ave, Tyler, TX | 3690 | $3,778.84 | Dkt 2634 #48 |
| Tyler Independent School District | 4400 S Broadway Ave, Tyler, TX | 3827 | $4,865.84 | Dkt 2634 #49 |
| Weslaco Independent School District | 1015 N Texas Blvd Ste 1 Weslaco, Tx. 78596 | 6770 | $4,550.70 | Dkt 2634 #51 |
| Wichita County Tax Office | 3923 Kell Blvd. | 3331 | $10,838.50 | Dkt 2634 #52 |