24-11967; Big Lots, Inc
24-11970, 24-11973

| Entity Name | Bank Number | Account Number | POC Amounts (whether original or amended) | Debtor's Proposed Claim Amount | Debtors' Proposed Savings to the Estate | Original Claim # / Amended Claim # | COMMENTS |
|---|---|---|---|---|---|---|---|
| Angelina County | 24-11967 | 103524 | $8,419.33 | $4,180.84 | $4,238.49 | 1729 / 7372 | |
| Cameron County | 24-11970 | 0001002011144300 | $10,635.27 | $9,087.63 | $1,547.64 | 1668 | |
| Cameron County | 24-11973 | 0001000023165204 | $6,495.16 | $2,784.61 | $3,710.55 | 1674 | |
| Cypress-Fairbanks ISD | 24-11967 | 0845712 | $5,818.64 | $2,765.55 | $3,053.09 | 1731 / 7371 | |
| Cypress-Fairbanks ISD | 24-11970 | 0420323 | $4,953.12 | $2,349.33 | $2,603.79 | 1904 / 7370 | |
| Cypress-Fairbanks ISD | 24-11970 | 2137570 | $5,385.17 | $2,611.88 | $2,773.29 | 1904 / 7370 | |
| Dallas County | 24-11970 | 99051019900000000 | $3,045.20 | $1,432.45 | $1,612.75 | 6439 | |
| Dallas County | 24-11970 | 99060105790000000 | $11,657.02 | $5,410.52 | $6,246.50 | 6439 | |
| Dallas County | 24-11970 | 99091125310000000 | $8,482.18 | $3,533.22 | $4,948.96 | 6439 | |
| Dallas County | 24-11970 | 99150518500000000 | $15,933.54 | $7,212.03 | $8,721.51 | 6439 | |
| Dallas County | 24-11970 | 99882910000151300 | $5,637.67 | $2,740.92 | $2,896.75 | 6439 | |
| Dallas County | 24-11970 | 99890060000035750 | $5,392.67 | $2,489.55 | $2,903.12 | 6439 | |
| Dallas County | 24-11970 | 99893350000016450 | $6,219.55 | $2,845.16 | $3,374.39 | 6439 | |
| Dallas County | 24-11970 | 99962980000102600 | $16,742.71 | $7,565.59 | $9,177.12 | 6439 | |
| Dallas County | 24-11970 | 99982160000052450 | $11,230.29 | $5,128.70 | $6,101.59 | 6439 | |
| Dallas County | 24-11970 | 99982160000184700 | $3,052.67 | $1,451.44 | $1,601.23 | 6439 | |
| Fort Bend County | 24-11967 | 9960022060029907 | $4,455.91 | $2,149.09 | $2,306.82 | 1732 / 7374 | |
| City of Frisco | 24-11967 | P900021138591 | $2,363.21 | $1,106.19 | $1,257.02 | 6437 | |
| Gainesville ISD | 24-11970 | 128067 | $3,846.44 | $1,792.92 | $2,053.52 | 6429 | |
| Galveston County | 24-11967 | 407829 | $7,332.56 | $3,883.65 | $3,448.91 | 1650 / 7288 | Refunded $1,621.30 to the Debtors. |
| Grayson County | 24-11970 | P182237 | $8,840.14 | $4,119.46 | $4,720.68 | 6440 | |
| Greenville ISD | 24-11970 | 117655 | $4,330.55 | $1,757.01 | $2,573.54 | 6549 | |
| Gregg County | 24-11970 | 1586371 | $21,204.19 | $9,345.39 | $11,858.80 | 876 | |
| Gregg County | 24-11970 | 188408 | $4,218.05 | $4,524.88 | -$306.83 | 876 | Debtors propose to pay more tax than what was due. |
| Hidalgo County | 24-11970 | M207599000002B55 | $14,651.28 | $6,661.75 | $7,989.53 | 6868 | |
| Hidalgo County | 24-11970 | T366399000001A11 | $10,424.58 | $4,991.65 | $5,432.93 | 6868 | |
| Hidalgo County | 24-11970 | W380099120000098 | $7,608.66 | $3,452.23 | $4,156.43 | 6868 | |
| Hood CAD | 24-11970 | P000096062 | $5,952.79 | $3,038.23 | $2,914.56 | 6441 | |
| City of Houston | 24-11967 | 2043765000000 | $2,532.25 | $1,182.45 | $1,349.80 | 1730 / 7268 | |
| City of Houston | 24-11967 | 2047684500000 | $2,178.16 | $1,005.10 | $1,173.06 | 1898 / 7248 | |
| Houston ISD | 24-11967 | 2043765000000 | $4,234.97 | $1,977.54 | $2,257.43 | 1915 / 7298 | |
| Houston ISD | 24-11967 | 2047684500000 | $3,642.78 | $1,680.93 | $1,961.85 | 1902 / 7359 | |
| Irving ISD | 24-11970 | 99893350000016450 | $5,630.42 | $2,575.67 | $3,054.75 | 6442 | |
| Jefferson County | 24-11967 | 700000-000-067441-00000 | $11,176.29 | $5,532.51 | $5,643.78 | 2099 / 7286 | |
| Jefferson County | 24-11970 | 700000-000-067442-00000 | $13,533.99 | $7,079.34 | $6,454.65 | 2053 / 7369 | |
| Kerr County | 24-11973 | P70785 | $4,783.71 | $2,513.47 | $2,270.24 | 6859 | |
| Lamar CAD | 24-11970 | 130384 | $11,257.81 | $5,475.05 | $5,782.76 | 6551 | |
| Lewisville ISD | 24-11970 | 924853DEN | $6,392.51 | $3,247.08 | $3,145.43 | 6432 | |
| Lone Star College System | 24-11967 | 2084571200000 | $576.03 | $273.78 | $302.25 | 2100 / 7301 | |
| Lone Star College System | 24-11967 | 2200296900000 | $496.64 | $242.06 | $254.58 | 2100 / 7301 | |
| Lone Star College System | 24-11970 | 2037140400000 | $443.48 | $211.86 | $231.62 | 2102 / 7236 | |
| Lone Star College System | 24-11970 | 2042032300000 | $490.35 | $232.58 | $257.77 | 2102 / 7236 | |
| City of McAllen | 24-11967 | M207599000002B55 | $3,478.93 | $1,581.82 | $1,897.11 | 6862 | |
| McLennan County | 24-11970 | 48B136680 | $2,094.04 | $1,090.42 | $1,003.62 | 3551 | |
| Montgomery County | 24-11967 | 1910018249141 | $9,683.14 | $4,891.07 | $4,792.07 | 1906 / 7282 | |
| Montgomery County | 24-11967 | 1910019346821 | $9,385.39 | $4,540.15 | $4,845.24 | 1906 / 7282 | |
| Montgomery County | 24-11967 | 1940029111565 | $9,029.15 | $4,534.80 | $4,494.35 | 1906 / 7282 | |
| Nueces County | 24-11970 | B00270410000 | $10,568.85 | $4,704.18 | $5,864.67 | 6861 | |
| Nueces County | 24-11970 | B00272210000 | $20,061.43 | $10,162.42 | $9,899.01 | 6861 | |
| Nueces County | 24-11970 | P00274110000 | $10,407.64 | $4,621.84 | $5,785.80 | 6861 | |
| Orange County | 24-11973 | 045331-000525 | $11,236.63 | $5,852.53 | $5,384.10 | 6719 | |
| Parker CAD | 24-11967 | P013334 | $9,550.40 | $5,120.40 | $4,430.00 | 6443 | Refunded $4,195.80 to the Debtors. |
| City of Pasadena | 24-11970 | 2037406700000.00 | $1,989.14 | $945.33 | $1,043.81 | 1881 / 9112 | |
| Rockwall CAD | 24-11970 | 114581 | $10,820.86 | $5,569.25 | $5,251.61 | 6444 | |
| San Patricio County | 24-11970 | 1043280 | $18,484.24 | $8,880.48 | $9,603.76 | 6741 / 6869 | |
| Smith County | 24-11970 | 40090008882000 | $4,230.78 | $2,099.12 | $2,131.66 | 6425 | |
| Smith County | 24-11970 | 40100133765000 | $3,285.65 | $1,590.63 | $1,695.02 | 6425 | |
| City of Stephenville | 24-11970 | P74941 | $1,525.93 | $716.85 | $809.08 | 6438 | |
| Stephenville ISD | 24-11970 | P74941 | $3,824.60 | $1,796.70 | $2,027.90 | 6445 | |
| Tarrant County | 24-11970 | 10622764 | $12,729.17 | $6,310.45 | $6,418.72 | 6446 | |
| Tarrant County | 24-11970 | 10693912 | $12,445.59 | $5,979.81 | $6,465.78 | 6446 | |
| Tarrant County | 24-11970 | 10756590 | $12,295.73 | $6,046.12 | $6,249.61 | 6446 | |
| Tarrant County | 24-11970 | 11646101 | $14,237.41 | $6,877.77 | $7,359.64 | 6446 | |
| Tarrant County | 24-11970 | 12189790 | $7,992.88 | $3,747.37 | $4,245.51 | 6446 | |
| Tarrant County | 24-11970 | 12716170 | $10,918.72 | $5,470.76 | $5,447.96 | 6446 | |
| Tarrant County | 24-11970 | 13759728 | $1,949.31 | $909.10 | $1,040.21 | 6446 | |
| Tarrant County | 24-11970 | 14688463 | $12,583.36 | $8,011.93 | $4,571.43 | 6446 | |
| Tarrant County | 24-11970 | 14921192 | $13,551.85 | $6,757.16 | $6,794.69 | 6446 | Refunded $2,575.03 to the Debtors. |
| Tarrant County | 24-11970 | 14928553 | $18,672.35 | $9,380.13 | $9,292.22 | 6446 | Refunded $4,189.07 to the Debtors. |
| Tom Green CAD | 24-11970 | P000084101 | $9,032.00 | $4,292.02 | $4,739.98 | 6447 | |
| Victoria County | 24-11973 | 146860 | $9,192.26 | $4,198.41 | $4,993.85 | 6860 | |
| City of Webster | 24-11970 | 2042467900000 | $1,842.10 | $869.60 | $972.50 | 1887 / 7296 | |