B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
# District of Delaware

In re: Big Lots, Inc.,
      Debtor

Chapter 11
Case No. 24-11967

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P. of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee:** | **Name of Transferor:** |
|---|---|
| National Union Fire Insurance Company of Pittsburgh PA | Godinger Silver Art Co Ltd. |

**Name and Address where notices to transferee should be sent:**

Claim No. 7169
Amount of Claim: $107,373.00

Date Claim Filed: 1/30/25

National Union Fire Insurance Company
of Pittsburgh PA
c/o Adam L. Rosen PLLC
1051 Port Washington Blvd.
PO Box 552
Port Washington, New York 11050

Godinger Silver Art Co Ltd.
63-15 Traffic Ave.
Ridgewood, NY 11385
Attn: Sol Lefkowitz

Last Four Digits of Acct #: None
Phone: (516) 407-3756

Last Four Digits of Acct #: None
Phone: 718-418-1000

Name and Address where transferee payments should be sent (if different from above):
Not applicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Adam L. Rosen*
    ADAM L. ROSEN PLLC
Attorney for National Union Fire Insurance
Company of Pittsburgh PA

Date: May 22, 2025

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.