## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on all parties requesting electronic notice via the Court's ECF system on this 22nd day of May 2025

CIARDI CIARDI & ASTIN.

*/s/ John D. McLaughlin, Jr.*
_____
John D. McLaughlin, Jr. (No. 4123)
1204 North King Street
Wilmington, Delaware 19801
Tel: (484) 437-2676
Fax: (302) 300-4253
jmclaughlin@ciardilaw.com