**EXHIBIT A**

# Business Personal Property Rendition of Taxable Property

Form 50-144

CONFIDENTIAL

Tax Year _____

Appraisal District's Name _____

Appraisal District Account Number *(if known)* _____

**GENERAL INFORMATION:** This form is to render tangible personal property used for the production of income that you own or manage and control as a fiduciary on Jan. 1 of this year (Tax Code Section 22.01).

**FILING INSTRUCTIONS:** This document and all supporting documentation must be filed with the appraisal district office in the county in which the property is taxable. **Do not file this document with the Texas Comptroller of Public Accounts.**

## SECTION 1: Business and Situs Information (Required)

Business Name _____

Business Owner _____

Property Location Address, City, State, ZIP Code _____

Email Address _____

Phone *(area code and number)* _____

Ownership Type *(optional)*: ☐ Individual ☐ Corporation ☐ Partnership ☐ Other: _____

## SECTION 2: Representation

Please indicate if you are filing out this form as: ☐ Owner, employee, or employee of an affiliated entity of the owner  ☐ Authorized Agent  ☐ Fiduciary  ☐ Secured Party

Name of Owner, Authorized Agent, Fiduciary or Secured Party _____

Mailing Address, City, State, ZIP Code _____

Phone *(area code and number)* _____

Are you a secured party with a security interest in the property subject to this rendition and with a historical cost new of more than $50,000 as defined by Tax Code Section 22.01(c-1) and (c-2)? .................................................................................................... ☐ Yes ☐ No

If yes, attach a document signed by the property owner indicating consent to file the rendition. Without the authorization, the rendition is not valid and cannot be processed.

## SECTION 3: Affirmation of Prior Year Rendition (Check only if applicable and your assets were exactly the same as last year's rendition form.)

☐ By checking this box, I affirm that the information contained in the most recent rendition statement filed in _____ *(Prior tax year)* continues to be complete and accurate for the current tax year.

## SECTION 4: Business Information (Optional)

Please address all that apply: Business type: ☐ Manufacturing ☐ Wholesale ☐ Retail ☐ Service ☐ New Business

Business Description _____

Square Feet Occupied _____

Business Sold Date _____

Business Start Date at Location _____

Sales Tax Permit Number _____

New Owner _____

Business Moved Date _____

New Location _____

City, State, ZIP Code _____

Business Closed Date _____

Did assets remain in place as of Jan. 1? ................................................................................................................................ ☐ Yes ☐ No

## SECTION 5: Market Value

Check the total market value of your property: ☐ Under $20,000  ☐ $20,000 or more

If under $20,000, complete only Schedule A and if applicable, Schedule F. Otherwise, complete Schedule(s) B, C, D, E and/or F, as applicable.

## SECTION 6: Affirmation and Signature

**If you make a false statement on this form, you could be found guilty of a Class A misdemeanor or a state jail felony under Penal Code Section 37.10.**

I, _____ , swear or affirm that the information provided in this report is true and accurate to the best of my knowledge and belief; and that I am authorized as required by law to file and sign this report.
    Printed Name of Authorized Individual

**NOTE:** The signature on this report must be notarized **unless** the person filing the report is a secured party as defined by Tax Code Section 22.01, the property owner, an employee of the property owner, an employee of the property owner on behalf of an affiliated entity of the property owner or on behalf of a property owner who is rendering tangible personal property with a good faith estimate of not more than $150,000 in total market value.

sign here ▶

Signature of Authorized Individual _____

Date _____

Subscribed and sworn before me this _____ day of _____ , 20_____.

Notary Public, State of Texas _____

Form developed by: Texas Comptroller of Public Accounts, Property Tax Assistance Division

For additional copies, visit: **comptroller.texas.gov/taxes/property-tax**

50-144 • 11-24/28

| Business Personal Property Rendition of Taxable Property | | | | | | | Form 50-144 |
|---|---|---|---|---|---|---|---|

Did you timely apply for a Sept. 1 inventory date? *(optional)* .................................. ☐ Yes ☐ No

Does your inventory involve interstate/foreign commerce issues? *(optional)* ................. ☐ Yes ☐ No

Does your inventory involve freeport goods? *(optional)* .......................................... ☐ Yes ☐ No

Account Number _____

### SCHEDULE A: PERSONAL PROPERTY VALUED LESS THAN $20,000

List all taxable personal property by property type/category (see Definitions and Important Information). If needed, attach additional sheets OR a computer-generated copy listing the information below. If you manage or control property as a fiduciary on Jan. 1, also list the names and addresses of each property owner. Good faith estimate of market value or historical cost when new is optional for Schedule A only.

| General Property Description by Type/Category | Estimate of Quantity of Each Type | Good Faith Estimate of Market Value* | OR | Historical Cost When New* | AND | Year Acquired* | Property Owner Name/Address *(if you manage or control property as a fiduciary)* |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

**PERSONAL PROPERTY VALUED AT $20,000 OR MORE**

### SCHEDULE B: INVENTORY, RAW MATERIALS AND WORK IN PROCESS

List all taxable inventories by property type. If needed, attach additional sheets OR a computer-generated copy listing the information below. If you manage or control property as a fiduciary on Jan. 1, also list the names and addresses of each property owner.

| Property Description by Type/Category | Property Address or Address Where Taxable | Estimate of Quantity of Each Type | Good Faith Estimate of Market Value* | OR | Historical Cost When New* | AND | Year Acquired* | Property Owner Name/Address *(if you manage or control property as a fiduciary)* |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

### SCHEDULE C: SUPPLIES

List all supplies by property type. If needed, attach additional sheets OR a computer generated copy listing the information below. If you manage or control property as a fiduciary on Jan. 1, also list the names and addresses of each property owner.

| Property Description by Type/Category | Property Address or Address Where Taxable | Estimate of Quantity of Each Type | Good Faith Estimate of Market Value* | OR | Historical Cost When New* | AND | Year Acquired* | Property Owner Name/Address *(if you manage or control property as a fiduciary)* |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

### SCHEDULE D: VEHICLES AND TRAILERS AND SPECIAL EQUIPMENT

List only vehicles that are licensed in the name of the business as shown on Page 1. Vehicles disposed of after Jan. 1 are taxable for the year and must be listed below. If needed, attach additional sheets OR a computer generated listing of the information below. Report leased vehicles under Schedule F. Leased vehicles must be reported showing the name and address of the owner.

| Year *(optional)* | Make *(optional)* | Model *(optional)* | Vehicle Identification Number (VIN) *(optional)* | Good Faith Estimate of Market Value* | OR | Historical Cost When New* *(Omit Cents)* | AND | Year Acquired* |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

* Provide an amount for either the good faith estimate of market value, or a historical cost when new and year acquired. If you provided an historical cost when new and year acquired, you need not provide a good faith estimate of market value.

**Business Personal Property Rendition of Taxable Property**　　　　　　　　　　　　　　　　　　　　　　　　　　Form 50-144

Account Number _____

### SCHEDULE E: FURNITURE, FIXTURES, MACHINERY, EQUIPMENT, COMPUTERS

Total (by year acquired) all furniture, fixtures, machinery, equipment and computers (new or used) still in possession on Jan. 1. List items received as gifts in the same manner. Attach additional sheets OR a computer generated listing of the information below, as needed.

| Furniture and Fixtures | | | Machinery and Equipment | | | Office Equipment | | |
|---|---|---|---|---|---|---|---|---|
| Year Acquired | Historical Cost When New* (Omit Cents) OR | Good Faith Estimate of Market Value* | Year Acquired | Historical Cost When New* (Omit Cents) OR | Good Faith Estimate of Market Value* | Year Acquired | Historical Cost When New* (Omit Cents) OR | Good Faith Estimate of Market Value* |
| 2024 | | | 2024 | | | 2024 | | |
| 2023 | | | 2023 | | | 2023 | | |
| 2022 | | | 2022 | | | 2022 | | |
| 2021 | | | 2021 | | | 2021 | | |
| 2020 | | | 2020 | | | 2020 | | |
| 2019 | | | 2019 | | | 2019 | | |
| 2018 | | | 2018 | | | 2018 | | |
| 2017 | | | 2017 | | | 2017 | | |
| 2016 | | | 2016 | | | 2016 | | |
| 2015 | | | 2015 | | | 2015 | | |
| 2014 | | | 2014 | | | 2014 | | |
| 2013 | | | 2013 | | | 2013 | | |
| 2012 | | | 2012 | | | 2012 | | |
| 2011 & Prior | | | 2011 & Prior | | | 2011 & Prior | | |
| TOTAL: | 0 | 0 | TOTAL: | 0 | 0 | TOTAL: | 0 | 0 |

| Computer Equipment | | | POS/Servers/Mainframes | | | Other (any other items not listed in other schedules) | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year Acquired | Historical Cost When New* (Omit Cents) OR | Good Faith Estimate of Market Value* | Year Acquired | Historical Cost When New* (Omit Cents) OR | Good Faith Estimate of Market Value* | Year Acquired | Description | Historical Cost When New* (Omit Cents) OR | Good Faith Estimate of Market Value* |
| 2024 | | | 2024 | | | 2024 | | | |
| 2023 | | | 2023 | | | 2023 | | | |
| 2022 | | | 2022 | | | 2022 | | | |
| 2021 | | | 2021 | | | 2021 | | | |
| 2020 | | | 2020 | | | 2020 | | | |
| 2019 | | | 2019 | | | 2019 | | | |
| 2018 | | | 2018 | | | 2018 | | | |
| 2017 | | | 2017 | | | 2017 | | | |
| 2016 & Prior | | | 2016 & Prior | | | 2016 & Prior | | | |
| TOTAL: | 0 | 0 | TOTAL: | 0 | 0 | TOTAL: | | 0 | 0 |

### SCHEDULE F: PROPERTY UNDER BAILMENT, LEASE, CONSIGNMENT OR OTHER ARRANGEMENT

List the name and address of each owner of taxable property that is in your possession or under your management on Jan. 1 by bailment, lease, consignment or other arrangement. If needed, attach additional sheets OR a computer-generated copy listing the information below.

| Property Owner's Name | Property Owner's Address | General Property Description |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

* Provide an amount for either the good faith estimate of market value, or a historical cost when new and year acquired. If you provided an historical cost when new and year acquired, you need not provide a good faith estimate of market value.

| Business Personal Property Rendition of Taxable Property | Form 50-144 |
|---|---|

## Important Information

**GENERAL INFORMATION**

This form is for use in rendering, pursuant to Tax Code Section 22.01, tangible personal property used for the production of income that you own or manage and control as a fiduciary on Jan. 1 of this year. This report is confidential and not open to public inspection; disclosure is permitted pursuant to the terms of Tax Code Section 22.27.

**FILING INSTRUCTIONS**

This document and all supporting documentation must be filed with the appraisal district office in the county in which the property is taxable. **Do not file this document with the Texas Comptroller of Public Accounts.** Contact information for appraisal district offices may be found on the Comptroller's website.

**DEADLINES**

Rendition statements and property report deadlines depend on property type. The statements and reports must be delivered to the chief appraiser after Jan. 1 and no later than the deadline indicated below. On written request by the property owner, the chief appraiser must extend a deadline for filing a rendition statement or property report to May 15. The chief appraiser may further extend the deadline an additional 15 days upon good cause shown in writing by the property owner.

| Rendition Statements and Reports | Deadlines | Allowed Extension(s) |
|---|---|---|
| Property generally | April 15 | • May 15 upon written request<br>• Additional 15 days for good cause shown |
| Property regulated by the Public Utility Commission of Texas, the Railroad Commission of Texas, the federal Surface Transportation Board or the Federal Energy Regulatory Commission. Tax Code Section 22.23(d). | April 30 | • May 15 upon written request<br>• Additional 15 days for good cause shown |

**EXEMPTION**

A person is entitled to an exemption from taxation of the tangible personal property that is held or used for the production of income if it has less than $2,500 of taxable value (Tax Code Section 11.145).

If an exemption is denied or terminated on a property, the owner must render it for taxation within 30 days from the denial or termination (Tax Code Sections 21.01(a) and 22.02).

**PENALTIES**

The chief appraiser must impose a penalty on a person who fails to timely file a required rendition statement or property report in an amount equal to 10 percent of the total amount of taxes imposed on the property for that year by taxing units participating in the appraisal district. The chief appraiser must impose an additional penalty on the person equal to 50 percent of the total amount of taxes imposed on the property for the tax year of the statement or report by the taxing units participating in the appraisal district if it is finally determined by a court that:

(1) the person filed a false statement or report with the intent to commit fraud or to evade the tax; or

(2) the person alters, destroys or conceals any record, document or thing, or presents to the chief appraiser any altered or fraudulent record, document or thing, or otherwise engages in fraudulent conduct, for the purpose of affecting the course or outcome of an inspection, investigation, determination or other proceeding before the appraisal district.

## Definitions

**Address Where Taxable:** In some instances, personal property that is only temporarily at its current address may be taxable at another location (taxable situs). If you know that this is the case, please list the address where taxable.

**Consigned Goods:** Personal property owned by another person that you are selling by arrangement with that person. If you have consigned goods, report the name and address of the owner in the appropriate blank space.

**Estimate of Quantity:** For each type or category listed, the number of items or other relevant measure of quantity (e.g., gallons, bushels, tons, pounds, board feet).

**Fiduciary:** A person or institution who manages property for another and who must exercise a standard of care in such management activity imposed by law or contract.

**Good Faith Estimate of Market Value:** Your best estimate of what the property would have sold for in U.S. dollars on Jan. 1 of the current tax year if it had been on the market for a reasonable length of time and neither you nor the purchaser was forced to buy or sell. For inventory, it is the price for which the property would have sold as a unit to a purchaser who would continue the business.

**Historical Cost When New:** What you paid for the property when it was new or, if you bought the property used, what the original buyer paid when it was new. If you bought the property used and do not know what the original buyer paid, state what you paid with a note that you purchased it used.

**Inventory:** Personal property that is held for sale in the ordinary course of a trade or business.

**Personal Property:** Every kind of property that is not real property; generally, property that is movable without damage to itself or the associated real property.

**Property Address:** The physical address of the personal property on Jan. 1 of the current tax year. Normally, the property is taxable by the taxing unit where the property is located.

**Secured Party:** A person in whose favor a security interest is created or provided for under a security agreement; see Business and Commerce Code Section 9.102 for further details.

**Security Interest:** An interest in personal property or fixtures which secured payment or performance of an obligation; see Business and Commerce Code Section 1.201 for further details.

**Type/Category:** Functionally similar personal property groups. Examples are: furniture, fixtures, machinery, equipment, vehicles and supplies. Narrower groupings such as personal computers, milling equipment, freezer cases and forklifts should be used, if possible. A person is not required to render for taxation personal property appraised under Tax Code Section 23.24.

**Year Acquired:** The year that you purchased the property, or otherwise acquired.