## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been served on all parties requesting electronic notice via the Court's ECF system on this 22nd   day of May 2025

        CIARDI CIARDI & ASTIN.

        */s/ John D. McLaughlin, Jr.*
        _____
        John D. McLaughlin, Jr. (No. 4123)
        1204 North King Street
        Wilmington, Delaware 19801
        Tel:  (484) 437-2676
        Fax:  (302) 300-4253
        jmclaughlin@ciardilaw.com