## **EXHIBIT A**

### Leases

| Store Number | Address | Cure Costs |
|---|---|---|
| 5176 | 1171 Hill Road N, Pickerington, OH 43147 | $0.00 except for 2025 real estate taxes to be paid by HB |

11