# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Big Lots, Inc.</u>                                   Case No. <u>24-11967</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

<u>Pacific Home & Garden, Inc.</u>
Name of Transferor

Court Claim # (if known):<u>N/A</u>
Pre-Closing Administrative Claim Amount (dk 2082 & 2214):
<u> USD$427,289.70</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(209) 636-4043</u>
Last four digits of Acct.#: <u>N/A</u>

Name and Current Address of Transferor:

Pacific Home & Garden, Inc.
705 Carlton Ave
Stockton, CA

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                  Date: May <u>22</u>, 2025
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      District of Delaware
      Attention: Clerk

AND TO:  Big Lots, Inc, (Debtor)
         Case No. 24-11967
         (Jointly Administered under Big Lots, Inc., et al.  Case No. 24-11967)

Claim #N/A

**Pacific Home & Garden, Inc.,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Administrative Claim in the amount of USD$427,289.70** ("Claim"), as listed in the Debtors Administrative Expense Claims Schedule (docket 2214) against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __21__ DAY OF __May__, 2025.

ASSIGNOR: Pacific Home & Garden, Inc.

(Signature)
Kevin Xu
(Print Name)

CEO
(Title)

ASSIGNEE: TRC MASTER FUND LLC

(Signature)
Terrel Ross
(Print Name)

Managing Member
(Title)

| Creditor's Name and Mailing Address | Reason for Claim | Unpaid Administrative Claim Incurred Between September 9, 2024 and January 3, 2025 | Reconciled Claim |
|---|---|---|---|
| ORIGINAL GOURMET FOOD CO<br>52 STILES RD STE 201<br>SALEM, NH<br>03079-4807<br>US | Trade Payable | $20,775.00 | |
| ORIGINAL SALT COMPANY<br>1422 BURTONWOOD DRIVE STE 100<br>GASTONIA, NC<br>28054-4051<br>US | Trade Payable | $22,427.84 | |
| ORLY SHOE CORP<br>15 W. 34TH ST 7TH FLOOR<br>NEW YORK, NY<br>10001-3015<br>US | Trade Payable | $248,415.87 | |
| ORORA PACKAGING SOLUTIONS<br>25794 NETWORK PLACE<br>CHICAGO, IL<br>60673-1257<br>US | Trade Payable | $24,988.90 | |
| OTIS ELEVATOR COMPANY<br>PO BOX 73579<br>CHICAGO, IL<br>60673-7579<br>US | Trade Payable | $4,059.12 | |
| OTIS MCALLISTER<br>PO BOX 8255<br>PASADENA, CA<br>91109-8255<br>US | Trade Payable | $23,108.50 | |
| OVERMAN INTERNATIONAL CORPORATION<br>1000 INDUSTRIAL PARK RD<br>DANDRIDGE, TN<br>37725-4702<br>US | Trade Payable | $66,528.00 | |
| PACER TECHNOLOGY<br>PO BOX 201049<br>DALLAS, TX<br>75320-1049<br>US | Trade Payable | $20,014.20 | |
| PACIFIC HOME & GARDEN INC<br>705 CARLTON AVE<br>STOCKTON, CA<br>95203-3003<br>US | Trade Payable | $427,289.70 | |
| PACIFIC ISLAND CREATIONS CO., LTD.<br>6F., NO. 8, LANE 321, YANG GUANG ST<br>TAIPEI,<br>TW | Trade Payable | $188,577.44 | |