**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>Jointly Administered |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that on May 12, 2025, Marc J. Phillips, counsel for Attleboro Crossing Associates, LLC, changed law firms to Whiteford, Taylor & Preston LLC.

PLEASE TAKE FURTHER NOTICE that Marc J. Phillips should be served in the above-captioned case as follows:

> Marc J. Phillips, Esq.
> Whiteford, Taylor & Preston LLC
> 600 N. King Street, Suite 300
> Wilmington, Delaware 19801
> Telephone: (302) 353-4144
> E-Mail: mphillips@whitefordlaw.com

Dated: May 22, 2025　　　　　　　　**WHITEFORD, TAYLOR & PRESTON LLC**

　　　　　　　　　　　　　　　　　　*/s/ Marc J. Phillips*
　　　　　　　　　　　　　　　　　　Marc J. Phillips (No. 4445)
　　　　　　　　　　　　　　　　　　600 North King Street
　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Tel: (302) 353-4144
　　　　　　　　　　　　　　　　　　Email: mphillips@whitefordlaw.com

　　　　　　　　　　　　　　　　　　*Counsel to Attleboro Crossing Associates, LLC*