## EXHIBIT A

**BIG LOTS, INC., *et al.***

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2025 THROUGH APRIL 30, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 8.3 | $5,830.50 |
| Cash Collateral and DIP Financing | 1.6 | $1,103.50 |
| Claims Analysis, Administration and Objections | 2.0 | $1,644.00 |
| Committee Matters and Creditor Meetings | 4.4 | $3,747.50 |
| Creditor Inquiries | 0.8 | $628.50 |
| Executory Contracts | 1.1 | $880.00 |
| Fee Application Matters/Objections | 10.6 | $5,356.00 |
| Leases (Real Property) | 3.1 | $2,010.50 |
| Litigation/ Gen. (Except Automatic Stay Relief) | 1.5 | $1,292.50 |
| Preparation For and Attendance at Hearings | 4.7 | $2,023.00 |
| Reorganization Plan | 2.4 | $1,288.00 |
| Utilities/Sec. 366 Issues | 0.1 | $80.00 |
| **Total:** | **40.6** | **$25,884.00** |

**BIG LOTS, INC.,** *et al.*

**SUMMARY OF BILLING BY PROFESSIONAL**
**APRIL 1, 2025 THROUGH APRIL 30, 2025**

| Attorney Name | Year Admitted | Position (Department) | Hourly Billing Rate[1] | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) | $925.00 | 9.4 | $8,602.50 |
| Stacy L. Newman | 2007 | Member (Bankruptcy) | $800.00 | 9.7 | $7,760.00 |
| Sarah A. Carnes | 2015 | Member (Bankruptcy) | $900.00 | 1.3 | $1,170.00 |
| Jack M. Dougherty | 2021 | Associate (Bankruptcy) | $575.00 | 0.6 | $345.00 |
| Melissa M. Hartlipp | 2022 | Associate (Bankruptcy) | $430.00 | 4.0 | $1,720.00 |
| Michael A. Solimani | 2024 | Associate (Bankruptcy) | $405.00 | 9.3 | $3,766.50 |
| Larry S. Morton | N/A | Paralegal | $400.00 | 6.3 | $2,520.00 |
| **Blended Rate:  $637.57** | | | **TOTALS:** | **40.6** | **$25,884.00** |

---

[1] This rate is Cole Schotz P.C.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2024).

## **EXHIBIT B**

**BIG LOTS, INC.,** *et al.*

**EXPENSE SUMMARY**
**APRIL 1, 2025 THROUGH APRIL 30, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Fees | PACER | $17.40 |
| **TOTAL** | | **$17.40** |

**EXHIBIT C**

**BIG LOTS, INC.,** *et al.*

**ITEMIZED TIME RECORDS**
**APRIL 1, 2025 THROUGH APRIL 30, 2025**

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
500 Delaware Avenue
Suite 600
Wilmington, DE  19801

FEDERAL ID# 22-2113414

NJ — NY — DE  — MD — DC  — FL — TX

BIG LOTS, INC.
N/A

|  |  |
|---|---|
| Invoice Date: | May 5, 2025 |
| Invoice Number: | 1004932 |
| Matter Number: | 68457-0001 |

**Re:**  OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2025

## CASE ADMINISTRATION                                                          8.30          5,830.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/25 | SLN | REVIEW AMENDED AGENDA FOR 4/2 HEARING (.1); | 0.10 | 80.00 |
| 04/02/25 | SLN | ATTENDANCE AT HEARING (2.6); REVIEW AGENDA FOR 4/3 HEARING AND CORRESPONDENCE WITH CS TEAM (.1); | 2.70 | 2,160.00 |
| 04/02/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE | 0.30 | 120.00 |
| 04/02/25 | LSM | ARRANGE ZOOM APPEARANCE FOR S. NEWMAN FOR APRIL 3, 2025 HEARING | 0.30 | 120.00 |
| 04/03/25 | SLN | ATTENDANCE AT HEARING (.2); REVIEW REVISED DEMAND LETTER TO DEBTORS (.1); | 0.30 | 240.00 |
| 04/03/25 | SYC | EMAILS AND CALLS WITH CS TEAM RE: BYLAWS, SCHEDULING, AND CALENDARING | 0.50 | 450.00 |
| 04/03/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 04/04/25 | JRA | EMAILS WITH S. NEWMAN RE EXCLUSIVITY EXTENSION | 0.10 | 92.50 |
| 04/04/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 04/06/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING EXCLUSIVITY EXTENSION AND FOLLOW UP WITH UCC PROFESSIONALS (.2); REVIEW DRAFT EXCLUSIVITY MOTION (.2); | 0.40 | 320.00 |
| 04/08/25 | SLN | REVIEW AGENDA FOR 4/10 HEARING AND CORRESPONDENCE WITH CS TEAM (.2); | 0.20 | 160.00 |
| 04/09/25 | SLN | REVIEW AMENDED AGENDA FOR 4/10 HEARING (.1); | 0.10 | 80.00 |
| 04/10/25 | SLN | REVIEW AMENDED AGENDA FOR 4/10 HEARING (.1); | 0.10 | 80.00 |
| 04/10/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE REMOVAL | 0.20 | 80.00 |
| 04/12/25 | JRA | REVIEW NOTICES OF CONTINUED LIEN PERFECTION | 0.30 | 277.50 |
| 04/17/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 04/21/25 | SLN | REVIEW DEBTORS' 9019 MOTION WITH INSURERS (.2); | 0.20 | 160.00 |
| 04/21/25 | MMH | CORRESPONDENCE WITH J., DOUGHERTY RE: UPCOMING FILINGS | 0.10 | 43.00 |

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number | 1004932 |
| | Client/Matter No. 68457-0001 | | May 5, 2025 |
| | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/22/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATES | 0.30 | 120.00 |
| 04/24/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING CASE UPDATE (.1); | 0.10 | 80.00 |
| 04/25/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 120.00 |
| 04/29/25 | JRA | EMAIL WITH M. SOLIMANI RE BUDGET ISSUE | 0.10 | 0.00 |
| 04/30/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING BANK ACCOUNTS (.1); | 0.10 | 80.00 |
| 04/30/25 | JRA | EMAIL WITH K. WINIARSKI RE BANK ACCOUNT CLOSURES | 0.10 | 92.50 |
| 04/30/25 | JRA | REVIEW MOTION TO ASSUME COORDINATION AGREEMENT | 0.60 | 555.00 |
| 04/30/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |

**CASH COLLATERAL AND DIP FINANCING**     **1.60**     **1,103.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/25 | MAS | EMAILS WITH CS TEAM AND M. HYLAND RE: PROFESSIONAL FEE ESCROW | 0.10 | 40.50 |
| 04/01/25 | JRA | EMAILS WITH M. SOLIMANI AND FTI RE BUDGET | 0.20 | 185.00 |
| 04/08/25 | MAS | EMAILS WITH CS TEAM RE: FEE ESCROW (.1); EMAILS WITH M. HYLAND RE: SAME (.1) | 0.20 | 81.00 |
| 04/08/25 | SYC | EMAILS TO MWE TEAM RE: CASH COLLATERAL AND 4/9 CALL AGENDA | 0.50 | 450.00 |
| 04/15/25 | MAS | EMAILS WITH CS TEAM AND M. HYLAND RE: PROFESSIONAL FEE ESCROW | 0.10 | 40.50 |
| 04/15/25 | JRA | CORRESPOND WITH CS AND MWE TEAMS RE BUDGET | 0.20 | 185.00 |
| 04/22/25 | MAS | EMAILS WITH CS TEAM AND M. HYLAND RE: DIP REQUIREMENTS | 0.20 | 81.00 |
| 04/29/25 | MAS | EMAILS WITH M. HYLAND AND CS TEAM RE: DIP REQUIREMENTS | 0.10 | 40.50 |

**CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS**     **2.00**     **1,644.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/25 | JRA | RESEARCH RE ADMIN CLAIM PAYMENTS BEFORE PLAN (.4); CORRESPOND WITH UCC MEMBER AND D. AZMAN RE SAME (.4) | 0.80 | 740.00 |
| 04/13/25 | SLN | REVIEW DEBTORS OBJECTION TO HOMEVIEW MOTION FOR ADMIN CLAIM (.2); | 0.20 | 160.00 |
| 04/23/25 | MAS | REVIEW OBJECTIONS RE: TAX CLAIMS (.2); EMAILS WITH S. NEWMAN RE: SAME (.1) | 0.30 | 121.50 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 1004932 |
| | Client/Matter No. 68457-0001 | | | May 5, 2025 |
| | | | | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/24/25 | SLN | REVIEW AMENDED SCHEDULE FOR CLAIM OBJECTION (.1); | 0.10 | 80.00 |
| 04/27/25 | JRA | REVIEW FIRST AND SECOND OMNIBUS CLAIM OBJECTIONS | 0.40 | 370.00 |
| 04/29/25 | SLN | EMAIL FROM CREDITOR REGARDING CLAIM OBJECTION (.1); | 0.10 | 80.00 |
| 04/30/25 | JRA | EMAIL WITH REJECTION CLAIMANT RE CLAIM | 0.10 | 92.50 |

| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | **4.40** | **3,747.50** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/25 | SLN | REVIEW UCC MATERIALS (.2); CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); | 0.30 | 240.00 |
| 04/01/25 | JRA | REVIEW FTI UCC UPDATE DECK | 0.40 | 370.00 |
| 04/02/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.2); EMAIL TO UCC (.1); | 0.30 | 240.00 |
| 04/02/25 | JRA | REVIEW N. ROWLES DRAFT UCC UPDATE EMAIL | 0.10 | 92.50 |
| 04/07/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); EMAIL TO UCC (.1); | 0.20 | 160.00 |
| 04/08/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.2); | 0.20 | 160.00 |
| 04/09/25 | SLN | EMAIL TO UCC (.1); | 0.10 | 80.00 |
| 04/10/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS AND EMAIL TO UCC (.1); REVIEW UCC MATERIALS (.2); | 0.30 | 240.00 |
| 04/11/25 | SLN | EMAIL TO UCC (.1); | 0.10 | 80.00 |
| 04/12/25 | JRA | REVIEW FTI UPDATE DECK | 0.30 | 277.50 |
| 04/16/25 | JRA | REVIEW DRAFT FTI UPDATE DECK | 0.30 | 277.50 |
| 04/16/25 | SLN | REVIEW MATERIALS FOR UCC (.2); EMAIL TO UCC (.1); | 0.30 | 240.00 |
| 04/24/25 | SLN | REVIEW MATERIALS FOR UCC (.2); EMAIL TO UCC (.1); | 0.30 | 240.00 |
| 04/24/25 | JRA | REVIEW AND COMMENT ON DRAFT FTI DECK | 0.40 | 370.00 |
| 04/24/25 | JMD | READ EMAIL FROM SOLIMANI, MICHAELRE: ABG AND STRANDED GOODS UPDATE | 0.10 | 57.50 |
| 04/29/25 | JRA | T/C WITH UCC MEMBER RE CASE STATUS | 0.10 | 92.50 |
| 04/30/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); EMAIL TO UCC (.1); | 0.20 | 160.00 |
| 04/30/25 | JRA | REVIEW AND COMMENT ON N. ROWLES DRAFT UCC UPDATE EMAIL AND MATERIALS FOR SAME | 0.40 | 370.00 |

| **CREDITOR INQUIRIES** | | | **0.80** | **628.50** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/25 | JRA | T/C WITH CREDITOR RE CASE STATUS | 0.20 | 185.00 |
| 04/21/25 | JRA | RESPOND TO CREDITOR INQUIRY | 0.20 | 185.00 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS                     Invoice Number  1004932
      Client/Matter No. 68457-0001                                                  May 5, 2025
                                                                                        Page 4

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/25/25 | MMH | RECEIPT OF AND RETURN CREDITOR INQUIRIES | 0.20 | 86.00 |
| 04/25/25 | JRA | REVIEW CREDITOR INQUIRY EMAIL | 0.10 | 92.50 |
| 04/25/25 | SLN | EMAIL FROM CREDITOR REGARDING CLAIM (.1); | 0.10 | 80.00 |

| **EXECUTORY CONTRACTS** | | | **1.10** | **880.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/04/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING REJECTION NOTICE (.1); REVIEW DRAFT PROPOSED ORDER DENYING THE COPIAGUE LEASE ASSIGNMENT AND CORRESPONDENCE WITH INTERESTED PARTIES (.1); | 0.20 | 160.00 |
| 04/07/25 | SLN | CORRESPONDENCE WITH M. SOLIMANI REGARDING ASSUMPTION/REJECTION MOTION (.3); | 0.30 | 240.00 |
| 04/23/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING REJECTION NOTICE (.1); | 0.10 | 80.00 |
| 04/30/25 | SLN | REVIEW REDACTED DEBTORS MOTION TO ASSUME LITIGATION AGREEMENTS (.3); REVIEW RELATED MOTION TO SEAL (.2); | 0.50 | 400.00 |

| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **10.60** | **5,356.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/11/25 | MMH | BEGIN DRAFTING CS MARCH FEE APP | 0.30 | 129.00 |
| 02/12/25 | MMH | BEGIN DRAFTING CS MARCH FEE APP | 0.30 | 129.00 |
| 04/02/25 | JRA | REVISE FEE APP | 0.20 | 185.00 |
| 04/04/25 | JRA | CORRESPOND WITH D. AZMAN RE FEE APPS | 0.20 | 185.00 |
| 04/09/25 | JRA | REVIEW A&G FINAL FEE APP | 0.40 | 370.00 |
| 04/11/25 | MMH | BEGIN PREP. OF MARCH FEE APP | 0.10 | 43.00 |
| 04/14/25 | MMH | CONTINUE DRAFTING MARCH FEE APP | 0.60 | 258.00 |
| 04/15/25 | MAS | EMAILS WITH M. HYLAND RE: INTERIM FEE APPLICATIONS | 0.20 | 81.00 |
| 04/15/25 | MMH | CONTINUE DRAFTING MARCH FEE APP | 0.30 | 129.00 |
| 04/16/25 | MAS | REVIEW AND EDIT L. MORTON DRAFT RE: CS FEE APPLICATION CNO (.2); EMAILS WITH L. MORTON RE: SAME (.1) | 0.30 | 121.50 |
| 04/16/25 | JRA | EMAILS WITH LM RE FEE APP | 0.10 | 92.50 |
| 04/17/25 | MAS | EMAILS WITH L. MORTION RE: CNO (.1); EMAILS WITH AP AND DPW TEAMS RE: SAME (.1) | 0.20 | 81.00 |
| 04/17/25 | LSM | REVISE, FILE AND CIRCULATE CS TEAM THE CNO REGARDING COLE SCHOTZ FIFTH MONTHLY FEE APPLICATION | 0.30 | 120.00 |
| 04/21/25 | MMH | REVIEW CNO RE: MWE FEB. FEE APP | 0.20 | 86.00 |
| 04/21/25 | MMH | REVIEW AND COMMENT ON FTI MARCH FEE APP | 0.30 | 129.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 1004932 |
| | Client/Matter No. 68457-0001 | | | May 5, 2025 |
| | | | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/21/25 | MMH | CORRESPONDENCE WITH N. ROWLES RE: FEB. FEE APP | 0.10 | 43.00 |
| 04/21/25 | MMH | CORRESPONDENCE WITH FTI RE: MARCH FEE APP | 0.10 | 43.00 |
| 04/21/25 | MMH | COORDINATE FILING OF CNO RE: MWE FEB. FEE APP | 0.10 | 43.00 |
| 04/21/25 | JRA | EMAILS WITH CS TEAM RE FEE APP | 0.30 | 277.50 |
| 04/21/25 | LSM | DRAFT TWO CERTIFICATES OF NO OBJECTION REGARDING FIFTH MONTHLY FEE APPLICATIONS FOR MWE AND FTI AND FORWARD SAME TO M. HARTLIPP | 0.40 | 160.00 |
| 04/21/25 | SYC | EMAILS TO CS TEAM RE: FEE APPS | 0.30 | 270.00 |
| 04/21/25 | LSM | FILE CNO REGARDING FIFTH MONTHLY FEE APPLICATION FOR MWE | 0.20 | 80.00 |
| 04/21/25 | JMD | EMAIL M. HARTLIPP RE: FTI FEE APP CNO AND MWE FEE APP CNO | 0.10 | 57.50 |
| 04/21/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPLICATIONS (.1); | 0.10 | 80.00 |
| 04/21/25 | JMD | FOLLOW UP EMAIL W/ M. HARTLIPP RE: MWE FEE APP CNO'S | 0.20 | 115.00 |
| 04/22/25 | MAS | CORRESPONDENCE WITH M. HARTLIPP RE: FTI MARCH FEE APP (.1); REVIEW DRAFT RE: SAME (.3); EMAILS WITH L. MORTON RE: SAME (.2) | 0.60 | 243.00 |
| 04/22/25 | MMH | CORRESPONDENCE WITH FTI RE: MARCH FEE APP | 0.10 | 43.00 |
| 04/22/25 | MAS | EMAILS WITH M. HYLAND RE: FTI FEBRUARY FEE APP (.1); REVIEW L. MORTON DRAFT CNO RE: SAME (.2); EMAILS WITH L. MORTON RE: SAME (.1) | 0.40 | 162.00 |
| 04/22/25 | JRA | EMAILS WITH CS TEAM RE FEE APPS | 0.20 | 185.00 |
| 04/22/25 | LSM | UPDATE, FILE AND ORGANIZE SERVICE OF SIXTH MONTHLY FEE APPLICATION OF FTI RE: MARCH 2025 FEES/EXPENSES | 0.40 | 160.00 |
| 04/22/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPLICATIONS (.1); | 0.10 | 80.00 |
| 04/22/25 | LSM | DRAFT NOTICE TO SIXTH MONTHLY FEE APPLICATION OF FTI RE: MARCH 2025 FEES/EXPENSES | 0.30 | 120.00 |
| 04/22/25 | LSM | REVIEW AND FILE CNO REGARDING FIFTH MONTHLY FEE APPLICATION FOR FTI | 0.20 | 80.00 |
| 04/24/25 | MAS | EMAILS WITH N. ROWLES RE: MWE MARCH FEE APPLICATION | 0.10 | 40.50 |
| 04/24/25 | LSM | DRAFT NOTICE TO SIXTH MONTHLY FEE APPLICATION FOR MWE AND FORWARD SAME TO M. SOLIMANI WITH COMMENTS | 0.30 | 120.00 |
| 04/25/25 | MAS | REVIEW APPLICATION RE: MWE MARCH FEES (.3); EMAILS WITH L. MORTON RE: SAME (.2) | 0.50 | 202.50 |
| 04/25/25 | MMH | CONTINUE DRAFTING CS MARCH FEE APP | 0.30 | 129.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>Client/Matter No. 68457-0001 | | Invoice Number 1004932<br>May 5, 2025<br>Page 6 |
|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/25/25 | LSM | REVIEW, REVISE AND FINALIZE SIXTH MONTHLY FEE APPLICATION FOR MWE AND FORWARD SAME TO M. SOLIMANI | 0.40 | 160.00 |
| 04/25/25 | LSM | REVIEW, FILE AND ORGANIZE ELECTRONIC SERVICE OF SIXTH MONTHLY FEE APPLICATION FOR MCDERMOTT WILL & EMERY | 0.40 | 160.00 |
| 04/29/25 | MMH | CORRESPONDENCE WITH L. MORTON RE: MARCH FEE APP | 0.10 | 43.00 |
| 04/29/25 | LSM | EMAILS WITH VENDOR REGARDING FEES/EXPENSE FOR EDITS TO EXHIBITS TO MONTHLY FEE APPLICATION | 0.30 | 120.00 |

| **LEASES (REAL PROPERTY)** | | | **3.10** | **2,010.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 04/02/25 | JRA | REVIEW LETTER RULING RE EIGHTH POST CLOSING DESIGNATION | 0.10 | 92.50 |
| 04/04/25 | MAS | REVIEW FORTY FIRST NOTICE RE: LEASE REJECTIONS (.1); EMAILS WITH S. NEWMAN RE: SAME (.1) | 0.20 | 81.00 |
| 04/06/25 | MAS | EMAILS WITH S. NEWMAN RE: MOTION TO ASSUME/ASSIGN LEASES (.1); REVIEW SAME (.2) | 0.30 | 121.50 |
| 04/07/25 | MAS | FURTHER EMAILS WITH S. NEWMAN RE: MOTION TO ASSUME/ASSIGN LEASES (.4); EMAILS WITH MWE TEAM RE: SAME (.1); EMAIL TO UCC RE: SAME (.6) | 1.10 | 445.50 |
| 04/14/25 | JRA | POST CLOSING LEASE DESIGNATION ANALYSIS (.5); T/C WITH UCC MEMBER RE SAME (.1) | 0.60 | 555.00 |
| 04/15/25 | SLN | REVIEW LETTER FROM LANDLORD (.1); | 0.10 | 80.00 |
| 04/21/25 | JRA | REVIEW PROPERTY INSURERS SETTLEMENT MOTION | 0.40 | 370.00 |
| 04/21/25 | JRA | T/C WITH S. CARNES RE PROPERTY INSURERS MOTION | 0.20 | 185.00 |
| 04/30/25 | SLN | REVIEW COC AND REVISED ORDER REGARDING 10TH POST CLOSING DESIGNATION NOTICE (.1); | 0.10 | 80.00 |

| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **1.50** | **1,292.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 04/01/25 | SLN | REVIEW DRAFT DEMAND LETTER TO DEBTORS (.1); CORRESPONDENCE WITH UCC PROFESSIONALS (.1); | 0.20 | 160.00 |
| 04/01/25 | JRA | REVIEW D&O DEMAND LETTER (.1); EMAILS WITH N. ROWLES AND FTI RE SAME (.2) | 0.30 | 277.50 |
| 04/04/25 | JRA | REVIEW ORDER DISMISSING APPEAL | 0.10 | 92.50 |
| 04/04/25 | JRA | ANALYZE REVISED DEMAND LETTER RE INVESTIGATION FINDINGS (.2); EMAILS WITH MWE TEAM RE SAME (.1) | 0.30 | 277.50 |
| 04/16/25 | JRA | CORRESPOND WITH D. AZMAN RE INVESTIGATION STRATEGY AND UPDATES FOR UCC | 0.40 | 370.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 1004932 |
| | Client/Matter No. 68457-0001 | | | May 5, 2025 |
| | | | | Page 7 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/30/25 | JMD | READ EMAILS FROM TERSIGNI, AMANDA AND M. SOLIMANI RE: ABL LOAN DOCUMENTS | 0.20 | 115.00 |

| **PREPARATION FOR AND ATTENDANCE AT HEARINGS** | | | **4.70** | **2,023.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/25 | MAS | EMAILS WITH N. ROWLES RE: APRIL 2 HEARING | 0.10 | 40.50 |
| 04/02/25 | MAS | EMAILS WITH S. NEWMAN AND L. MORTON RE: APRIL 3 HEARING | 0.10 | 40.50 |
| 04/02/25 | MAS | VIRTUALLY ATTEND AND RUN DIAL IN RE: APRIL 2 HEARING | 2.40 | 972.00 |
| 04/02/25 | JRA | REVIEW AMENDED HEARING AGENDA (.1); CORRESPOND WITH S. NEWMAN RE SAME (.1) | 0.20 | 185.00 |
| 04/02/25 | LSM | COMPILE, REVIEW AND CIRCULATE TO CS TEAM THE AMENDED AGENDA FOR APRIL 2, 2025 HEARING | 0.20 | 80.00 |
| 04/03/25 | MAS | VIRTUALLY ATTEND AND RUN DIAL IN RE: APRIL 3 HEARING | 0.20 | 81.00 |
| 04/08/25 | MMH | REVIEW AGENDA FOR 4.10 HEARING | 0.10 | 43.00 |
| 04/08/25 | MMH | CORRESPONDENCE WITH N. ROWLES RE: 4/10 HEARING | 0.10 | 43.00 |
| 04/08/25 | MMH | CORRESPONDENCE WITH CS TEAM RE: 4/10 HEARING | 0.10 | 43.00 |
| 04/08/25 | LSM | COMPILE, REVIEW AND CIRCULATE TO CS TEAM THE AGENDA FOR THE APRIL 10, 2025 HEARING | 0.40 | 160.00 |
| 04/09/25 | MMH | CORRESPONDENCE WITH COMMITTEE RE: 4/10 HEARING | 0.20 | 86.00 |
| 04/09/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR HEARING PREPARATIONS FOR APRIL 10, 2025 HEARING | 0.30 | 120.00 |
| 04/10/25 | MMH | CORRESPONDENCE TO COMMITTEE RE: HEARING CANCELLATION | 0.10 | 43.00 |
| 04/10/25 | MMH | DRAFT CORRESPONDENCE TO COMMITTEE RE: HEARING CANCELLATION | 0.20 | 86.00 |

| **REORGANIZATION PLAN** | | | **2.40** | **1,288.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/04/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING EXCLUSIVITY AND FOLLOW UP WITH UCC PROFESSIONALS (.1); EMAIL TO DEBTORS REGARDING DEMAND LETTER (.1); | 0.20 | 160.00 |
| 04/07/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING MOTION TO EXTEND EXCLUSIVITY (.2); TELEPHONE CALL WITH DEBTORS (.1); CORRESPONDENCE WITH UCC PROFESSIONALS (.2); | 0.50 | 400.00 |
| 04/08/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING MOTION TO EXTEND EXCLUSIVITY (.1); | 0.10 | 80.00 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  1004932
      Client/Matter No. 68457-0001                                                May 5, 2025
                                                                                       Page 8

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/08/25 | MAS | EMAILS WITH S. NEWMAN RE: EXCLUSIVITY MOTION (.2); EMAILS WITH MWE TEAM RE: SAME (.2); EMAIL TO UCC RE: SAME (1.2) | 1.60 | 648.00 |

**UTILITIES/SEC. 366 ISSUES**                                                       0.10       80.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/25/25 | SLN | EMAIL FROM UTILITY (.1); | 0.10 | 80.00 |

                                                          TOTAL HOURS     40.60

PROFESSIONAL SERVICES:                                                              $25,884.00

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Jack M. Dougherty | Associate | 0.60 | 575.00 | 345.00 |
| Justin R. Alberto | Member | 9.30 | 925.00 | 8,602.50 |
| Justin R. Alberto | Member | 0.10 | 0.00 | 0.00 |
| Larry S. Morton | Paralegal | 6.30 | 400.00 | 2,520.00 |
| Melissa M. Hartlipp | Associate | 4.00 | 430.00 | 1,720.00 |
| Michael A. Solimani | Associate | 9.30 | 405.00 | 3,766.50 |
| Sarah A. Carnes | Member | 1.30 | 900.00 | 1,170.00 |
| Stacy L. Newman | Member | 9.70 | 800.00 | 7,760.00 |
| | **Total** | **40.60** | | **$25,884.00** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 03/19/25 | COURT FEES | 5.00 | 0.50 |
| 03/19/25 | COURT FEES | 3.00 | 0.30 |
| 03/23/25 | COURT FEES | 7.00 | 0.70 |
| 03/23/25 | COURT FEES | 8.00 | 0.80 |
| 03/23/25 | COURT FEES | 8.00 | 0.80 |
| 03/23/25 | COURT FEES | 12.00 | 1.20 |
| 03/24/25 | COURT FEES | 3.00 | 0.30 |
| 03/24/25 | COURT FEES | 3.00 | 0.30 |
| 03/24/25 | COURT FEES | 7.00 | 0.70 |
| 03/24/25 | COURT FEES | 3.00 | 0.30 |
| 03/24/25 | COURT FEES | 1.00 | 0.10 |

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number 1004932 |
| | Client/Matter No. 68457-0001 | | May 5, 2025 |
| | | | Page 9 |

| **DATE** | **Description** | **QUANTITY** | **AMOUNT** |
|---|---|---:|---:|
| 03/26/25 | COURT FEES | 12.00 | 1.20 |
| 03/26/25 | COURT FEES | 16.00 | 1.60 |
| 03/26/25 | COURT FEES | 3.00 | 0.30 |
| 03/26/25 | COURT FEES | 3.00 | 0.30 |
| 03/28/25 | COURT FEES | 3.00 | 0.30 |
| 03/28/25 | COURT FEES | 3.00 | 0.30 |
| 03/28/25 | COURT FEES | 3.00 | 0.30 |
| 03/28/25 | COURT FEES | 30.00 | 3.00 |
| 03/28/25 | COURT FEES | 15.00 | 1.50 |
| 03/31/25 | COURT FEES | 7.00 | 0.70 |
| 03/31/25 | COURT FEES | 10.00 | 1.00 |
| 03/31/25 | COURT FEES | 6.00 | 0.60 |
| 03/31/25 | COURT FEES | 3.00 | 0.30 |
| | **Total** | | **$17.40** |

TOTAL SERVICES AND COSTS:                                                         $        25,901.40

**TASK SUMMARY**

| **TASK CODE** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---:|---:|
| DM05 | CASE ADMINISTRATION | 8.30 | 5,830.50 |
| DM06 | CASH COLLATERAL AND DIP FINANCING | 1.60 | 1,103.50 |
| DM07 | CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS | 2.00 | 1,644.00 |
| DM08 | COMMITTEE MATTERS AND CREDITOR MEETINGS | 4.40 | 3,747.50 |
| DM09 | CREDITOR INQUIRIES | 0.80 | 628.50 |
| DM13 | EXECUTORY CONTRACTS | 1.10 | 880.00 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 10.60 | 5,356.00 |
| DM20 | LEASES (REAL PROPERTY) | 3.10 | 2,010.50 |
| DM21 | LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF) | 1.50 | 1,292.50 |
| DM24 | PREPARATION FOR AND ATTENDANCE AT HEARINGS | 4.70 | 2,023.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 1004932
Client/Matter No. 68457-0001  May 5, 2025
Page 10

| **TASK CODE** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|
| DM27 | REORGANIZATION PLAN | 2.40 | 1,288.00 |
| DM33 | UTILITIES/SEC. 366 ISSUES | 0.10 | 80.00 |
| | **Total** | **40.60** | **$25,884.00** |



Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-336-0018
FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

BIG LOTS, INC.
N/A

| | |
|---|---|
| Invoice Date: | May 5, 2025 |
| Invoice Number: | 1004932 |
| Matter Number: | 68457-0001 |

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH APRIL 30, 2025

**Client:** BIG LOTS, INC.
**Matter:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

| | | |
|---|---|---|
| TOTAL FEES: | $ | 25,884.00 |
| TOTAL COSTS: | $ | 17.40 |
| TOTAL DUE THIS INVOICE: | $ | 25,901.40 |

## REMITTANCE PAGE

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

**For payments via ACH (e-check) or Credit Card please visit**

http://payments.coleschotz.com

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-336-0018 for assistance with payments**