## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on all parties requesting electronic notice via the Court's ECF system on this 27th    day of May 2025

                CIARDI CIARDI & ASTIN.

                */s/ John D. McLaughlin, Jr.*
                _____
                John D. McLaughlin, Jr. (No. 4123)
                1204 North King Street
                Wilmington, Delaware 19801
                Tel:  (484) 437-2676
                Fax:  (302) 300-4253
                jmclaughlin@ciardilaw.com