UNITED STATES BANKRUPTCY COURT
District of Delaware

| In re | Chapter 11 |
|---|---|
| Big Lots, Inc. | Case No. 24-11967 |
| Debtors. | (Jointly Administered) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Hybrid Promotions, LLC d/b/a Hybrid Apparel, a creditor of the debtors (the "Debtors"), directs the Debtors and their representatives (including the claims, noticing and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the service of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

<u>New Address</u>
Hybrid Promotions, LLC d/b/a Hybrid Apparel
10700 Valley View St.
Cypress, CA 90630

Dated: May 27, 2025

Respectfully submitted,

THE WILLIAMS LAW FIRM, P.A.
By: */s/ John Legaré Williams*
John Legaré Williams (Del. Bar. #4473)
Brian Charles Crawford (Del. Bar. # 4941)
1201 N. Orange Street, Suite 600
Wilmington, DE 19801
Tel: (302) 575-0873
Fax: (302) 575-0925
Email: John@TrustWilliams.com
Brian@TrustWilliams.com
and

MANATT, PHELPS & PHILLIPS, LLP
Schuyler G. Carroll (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Tel: (212) 790-4500
e-mail: SCarroll@manatt.com
*Attorneys for Hybrid Promotions LLC
d/b/a Hybrid Apparel*

403966052.1