**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May 2025, a true and correct copy of Hybrid Promotions, LLC d/b/a Hybrid Apparel Air Waves, LLC's Notice of Address Change was served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system including but not limited to:

David S. Bloomfield, Esq.
Daniel B. Butz, Esq.
Robert J. Dehney, Esq.
Andrew R. Remming, Esq.
Sophie Rogers Churchill, Esq.
Casey B. Sawyer, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

Matthew R. Brock, Esq.
Vincent Cahill, Esq.
 James McClammy, Esq.
Jonah Peppiatt, Esq.
Stephen D. Piraino, Esq.
Brian M. Resnick, Esq.
Adam Shpeen, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Linda J. Casey, Esq.

---

[1] A complete list of the Debtors in these chapter 11 cases is available on the website of the Debtors' claims and noticing agent, https://cases.ra.kroll.com/biglots/.

Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801


Respectfully submitted,

THE WILLIAMS LAW FIRM, P.A.

Dated: May 27, 2025

By: */s/ John Legaré Williams*
John Legaré Williams (Del. Bar. #4473)
Brian Charles Crawford (Del. Bar. # 4941)
1201 N. Orange Street, Suite 600
Wilmington, DE  19801
Tel: (302) 575-0873
Fax: (302) 575-0925
Email: John@TrustWilliams.com
        Brian@TrustWilliams.com

and

MANATT, PHELPS & PHILLIPS, LLP
Schuyler G. Carroll (pro hac vice pending)
7 Times Square
New York, NY 10036
Tel: (212) 790-4500
SCarroll@manatt.com


*Attorneys for Hybrid Promotions, LLC d/b/a Hybrid Apparel*

2