IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF LOIZIDES, P.A., CHRISTOPHER D. LOIZIDES, JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP, AND ALBERTO "AL" GOMEZ, JR. AS COUNSEL TO ALLEN ROAD RETAIL BUSINESS CENTER LLC., LAWRENCEVILLE COMMERCIAL PROPERTIES LLC, DADE CITY SHOPPING PLAZA LLC AND CREDITOR SOUTH SQUARE SHOPPING CENTER AND REQUEST TO BE REMOVED FROM THE COURT'S CM/ECF NOTIFICATION LIST**

**PLEASE TAKE NOTICE** that Loizides, P.A., Christopher D. Loizides, Johnson, Pope, Bokor, Ruppel & Burns, LLP, and Alberto "Al" Gomez, Jr. ("Counsel") hereby respectfully withdraw their appearance as counsel in the above-captioned cases for all purposes including, without limitation, notice and service, for Allen Road Retail Business Center LLC, Lawrenceville Commercial Properties LLC, Dade City Shopping Plaza LLC and Creditor South Square Shopping Center (the "Parties"). Pursuant to Del. Bankr. L.R. 9010-2(b), undersigned counsel certifies that (a) the Parties have no controversy pending before the Court and (b) the Parties consent to withdrawal of counsel. Counsel requests that they also be removed from the Court's CM/ECF notification list.

Dated: May 27, 2025
Wilmington, Delaware

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 4308

Respectfully submitted,

By: /s/ Christopher D. Loizides
    Christopher D. Loizides, Esq. (No. 3968)
    LOIZIDES, P.A.
    1225 King St., Suite 800
    Wilmington, DE 19801
    Telephone: (302) 654-0248
    Email: loizides@loizides.com

/s/ Alberto "Al" Gomez, Jr.
Alberto "Al" Gomez, Jr. (FL Bar No. 784486)
**JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP**
(admitted *pro hac vice*)
400 N. Ashley Dr., Suite 3100
Tampa, FL 33602
Telephone: (813)225-2500
Email: AL@jpfirm.com

*Counsel for* Allen Road Retail Business Center LLC, Lawrenceville Commercial Properties LLC, Dade City Shopping Plaza LLC and Creditor South Square Shopping Center

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on May 27, 2025 I caused to be served the foregoing Notice of Withdrawal of Appearance of Loizides, P.A., Christopher D. Loizides, Johnson, Pope, Bokor, Ruppel & Burns, LLP, and Alberto "Al" Gomez, Jr. for Allen Road Retail Business Center LLC, Lawrenceville Commercial Properties LLC, Dade City Shopping Plaza LLC and Creditor South Square Shopping on the parties on the attached service list in the manner so indicated.

LOIZIDES, P.A.
/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
1225 King St., Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Email: loizides@loizides.com

Dated: May 27, 2025

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is
4900 E. DublinGranville Road, Columbus, OH 4308

3

Davis Polk & Wardwell LLP
450 Lexington Avenue, New York, NY 10017
Brian M. Resnick, Esq.
Adam L. Shpeen, Esq.
Stephen D. Piraino, Esq.
Jonah A. Peppiatt, Esq.
Ethan Stern, Esq.
(notice.biglots@davispolk.com)

Morris, Nichols, Arsht & Tunnell LLP,
1201 N. Market Street, 16th Floor
Wilmington, DE 19801,
Robert J. Dehney, Sr., Esq.
Andrew R. Remming, Esq.
Daniel B. Butz, Esq.
Tamara K. Mann, Esq.
and Casey B. Sawyer, Esq.
(biglots.mnat@morrisnichols.com)

*Proposed Counsel to the Debtors and Debtors in Possession*

Choate, Hall & Stewart LLP
Two International Place, Boston, MA 02110,
John F. Ventola, Esq. (jventola@choate.com)
Jonathan D. Marshall, Esq. (jmarshall@choate.com)
Jacob S. Lang, Esq. (jslang@choate.com)

Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Regina Stango Kelbon, Esq. (regina.kelbon@blankrome.com)
Stanley Tarr, Esq. (stanley.tarr@blankrome.com)

*Counsel to the ABL Agent,*

Otterbourg P.C.
230 Park Avenue,
New York, NY 10169,
Chad B. Simon, Esq. (CSimon@otterbourg.com)
James V. Drew, Esq. (JDrew@otterbourg.com)
Sarah L. Hautzinger, Esq. (shautzinger@otterbourg.com)

Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
John H. Knight, Esq. (knight@rlf.com)

*Counsel to the Term Agent*

McDermott Will & Emery LLP
One Vanderbilt Avenue,
New York NY 10017
Darren Azman, Esq. (dazman@mwe.com)
Kristin G. Going, Esq. (kgoing@mwe.com)

Cole Schotz P.C.,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Justin R. Alberto, Esq. (jalberto@coleschotz.com)
Stacy L. Newman, Esq. (snewman@coleschotz.com)

*Proposed counsel to the Committee*

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Christopher Marcus, P.C. (cmarcus@kirkland.com)
Douglas A. Ryder, P.C. (douglas.ryder@kirkland.com)
Nicholas M. Adzima (nicholas.adzima@kirkland.com)

*Counsel to the Stalking Horse Bidder*

The U.S. Trustee,
Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35,
Wilmington, Delaware 19801,
Linda J. Casey (linda.casey@usdoj.gov)