IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 2524** |

**DECLARATION OF ANDY GRAISER IN FURTHER SUPPORT OF
THE FIRST AND FINAL FEE APPLICATION OF A&G REALTY PARTNERS, LLC,
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS REAL ESTATE CONSULTANT AND ADVISOR TO THE
DEBTORS FOR THE PERIOD FROM SEPTEMBER 9, 2024 THROUGH FEBRUARY 7,
2025**

I, Andy Graiser, hereby declare as follows:

1. I am the Co-President of A&G Realty Partners, LLC ("A&G"). I have personally performed many of the real estate services rendered by A&G as real estate advisor to the Debtors and am familiar with all other work performed on behalf of the Debtors by the personnel of A&G. I submit this supplemental declaration (this "Supplemental Declaration") in support of the *First and Final Fee Application Of A&G Realty Partners, LLC, For Compensation For Services Rendered And Reimbursement Of Expenses Incurred AS Real Estate Consultant and Advisor to the Debtors For The Period From September 9, 2024 Through February 7, 2025* (D.I. 382) (the "Application")[2] and in response to two inquiries from the Court regarding the Application.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein are defined in the Application.

2.      Unless otherwise indicated, all facts set forth in this Declaration are based on my personal knowledge. If called upon to testify, I would testify competently to the facts set forth in this Supplemental Declaration.

3.      The Application seeks reimbursement for reasonable expenses related to monthly third-party, outsourced database charges. The Dropbox expenses listed on Exhibit C to the Application are direct charges that A&G incurred for giving access to leasehold and related information to the Debtors, their other advisors, and non-A&G individuals who wanted/needed access to those documents. The charges are attributable only for access to individuals outside the A&G orbit and are not an overhead expense.

4.      In addition, the Application seeks reimbursement for reasonable expenses related to hosting landlord conference calls. A&G used a third-party conference call service to conduct these calls, as is customary for A&G in all other retail engagements. The expenses listed on Exhibit C to the Application that reflect such calls are direct charges for the conference call service. Accordingly, the charges are directly attributable to work performed for Big Lots and are not overhead expenses.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

| | |
|---|---|
| Dated: May 28, 2025<br>New York, New York | By: */s/ Andy Graiser*<br>Andy Graiser<br>Co-President<br>A&G Realty Partners, LLC |