EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| **BIG LOTS, INC., ET AL.** | (Jointly Administered) |
| **Debtors** | |
| | Objection Deadline: June 19, 2025 @ 4:00pm |
| | Hearing Date: June 26, 2025 @ 1:00pm |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE PROOF OF CLAIM BEYOND CLAIMS BAR DEADLINE**

On May 23, 2025, Lipp CDS Inc., a Creditor in this case, filed its Motion for Leave to File Proof of Claim beyond the existing deadline for doing so. After considering the Motion and any objections to it, the Court enters the following Order:

IT IS HEREBY ORDERED:

The Motion for Leave is GRANTED. Lipp CDS Inc. shall have thirty (30) days from the date of this Order to file its Proof of Claim.

# # # #