# EXHIBIT "C"

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., et al.<br><br>Debtors | Case No.: 24-11967 (JKS)<br><br>Chapter 11<br><br>Judge: Hon. J. Kate Sickle |

### DECLARATION OF LAWRENCE D. LIPP

I, Lawrence D. Lipp, declare as follows:

1. I am one of the Creditors in this case. I am aware of the facts stated herein of my own knowledge and if called to testify, I could and would competently so testify.

2. I am a licensed real estate broker in the State of California. My license is active and in good standing and has been at all times relevant to the matters in issue here. Deron Conway is a licensed salesperson in the State of California, and he has associated with my firm as a sales associate.

3. I am familiar with the Property known as 6351 Westminster Blvd. Westminster, California 92683. Deron Conway was the procuring cause of the sale of that Property, which was owned by Big Lots Stores—PNC, LLC, to the Buyer, 6351 Westminster Blvd. LLC.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 22ND day of MAY, 2025, at Los Angeles, California.

Lawrence D. Lipp

1

DECLARATION OF LAWRENCE D. LIPP