# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE



RECEIVED
2025 MAY 28 PM 12: 49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., ET AL. | (Jointly Administered) |
| Debtors | |
| | Objection Deadline: June 19, 2025 @ 4:00pm |
| | Hearing Date:  June 26, 2025 @ 1:00pm |

### NOTICE OF MOTION OF LIPP CDS INC. FOR LEAVE TO FILE PROOF OF CLAIM BEYOND CLAIMS BAR DEADLINE

**PLEASE TAKE NOTICE** that on June 26, 2025, Lipp CDS Inc., through its undersigned counsel, filed the attached *Motion of Lipp CDS Inc. For Leave to File Proof of Claim After Claims Bar Deadline* with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court on or before **June 19, 2025, at 4:00pm (ET)**.  At the same time, you must also serve a copy of the response upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be scheduled for **June 26, 2025, at 1:00pm (ET)** before the Honorable J. Kate Stickles, United States Bankruptcy Court for the District of Delaware, 824 North Market St. 5th Floor, Courtroom #6, Wilmington, Delaware  19801.

IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 27, 2025

SUSAN BARILICH, PC

*/s/ Susan Barilich*

Susan Barilich (CA Bar No. 159530)
535 N. Brand Blvd. Ste. 504
Glendale, CA 91206
Tel. 818-500-0377
Fax: 800-850-7209
Email: susan@barilichlaw.com

**Attorneys for Lipp CDS Inc.**