IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| BIG LOTS Inc. et al. | CASE NO: 24-11967 (JKS) |
| Debtors.1 | |

## CERTFICATE OF SERVICE

I, Susan Barilich, of Susan Barilich, P.C. hereby certify that on the 27th day of May, 2025, I served a copy of the **MOTION OF LIPP CDS, INC. FOR LEAVE TO FILE PROOF OF CLAIM AFTER CLAIMS BAR DEADLINE** on the attached service list via electronic mail and on all parties requesting notice.

_____
Susan Barilich, Esq. (CA Bar No. 159530)

## SERVICE LIST

**VIA CM/ECF:**

Robert J. Dehney, Sr., Esquire
Andre R. Remming, Esquire
Tamara K. Mann, Esquire
Sophie Rogers Churchhill, Esquire
Casey B. Sawyer, Esquire
**MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899


Brian M. Resnick, Esquire
Adam L. Shpeen, Esquire
Stephen D. Piraino, Esquire
Ethan Stern, Esquire
**DAVIS & POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017

Office of the United States Trustee
Attn: Linda Casey, Esquire
844 King Street, Suite 2207
Lockbox 35
Wilmington DE 19801