UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Big Lots, Inc. , | ) Case No.  24-11967 ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Honey Can Do Intl LLC , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
  Honey Can Do Intl LLC
  5300 St Charles Rd ,
  Berkeley , IL 60163

New Address
  Honey Can Do Intl Llc c/o CRG Financial 84
  Herbert Ave. Building B - Suite 202
  Closter, NJ 07624LLC

Dated: Wednesday, May 14, 2025

Respectfully submitted,

*Steve Greenspon*
Honey Can Do Intl LLC
5300 St Charles Rd
Berkeley , IL 60163