# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: Big Lots, Inc.  Case No. 24-11967

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | Hybrid Apparel<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | Court Claim # (if known): N/A<br>Pre-Closing Administrative Claim Amount (dk 2082 & 2214): USD$1,884,077.34<br>Date Claim Filed: N/A<br><br>Phone: (212) 790-4500<br>Last four digits of Acct.#: N/A |
| Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Name and Current Address of Transferor:<br><br>Hybrid Apparel<br>PO Box 912150<br>Denver, CO 80291-2150 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross  Date: May 29,, 2025
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: A0C1B3AA-5234-46A8-BD92-209EBFB44EC8

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      District of Delaware
      Attention: Clerk

AND TO: Big Lots, Inc, (Debtor)
        Case No. 24-11978
        (Jointly Administered under Big Lots, Inc., et al. Case No. 24-11967)

Claim #N/A

**Hybrid Promotions, LLC d/b/a Hybrid Apparel,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Administrative Claim in the amount of USD$1,884,077.34** ("Claim"), as listed in the Debtors Administrative Expense Claims Schedule (docket 2214) against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __29__ DAY OF ____May____, 2025.

**ASSIGNOR: Hybrid Promotions, LLC d/b/a Hybrid Apparel**

*Stephen Sheer* (DocuSigned)
(Signature)

Stephen Sheer
(Print Name)

Chief Financial Officer
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

| Creditor's Name and Mailing Address | Reason for Claim | Unpaid Administrative Claim Incurred Between September 9, 2024 and January 3, 2025 | Reconciled Claim |
|---|---|---|---|
| HORIZON GROUP USA<br>PO BOX 5467<br>CAROL STREAM, IL<br>60197-5467<br>US | Trade Payable | $98,633.48 | |
| HUMPHREY TECHNICAL SERVICES<br>229 MITCHELL HALL LN<br>TOPMOST, KY<br>41862-9002<br>US | Trade Payable | $63,455.50 | |
| HUNTER PRODUCTS USA<br>2901 WEST COAST HWY<br>NEWPORT BEACH, CA<br>92663<br>US | Trade Payable | $134,930.00 | |
| HYBRID APPAREL<br>PO BOX 912150<br>DENVER, CO<br>80291-2150<br>US | Trade Payable | $1,884,077.34 | |
| I WORLD LLC<br>PO BOX 88926<br>CHICAGO, IL<br>60695-1926<br>US | Trade Payable | $52,952.00 | |
| IBM<br>PO BOX 643600<br>PITTSBURGH, PA<br>15264-3600<br>US | Trade Payable | $167.69 | |
| ICIMS INC<br>29348 NETWORK PLACE<br>CHICAGO, IL<br>60673-1294<br>US | Trade Payable | $162,658.68 | |
| ID SPECIALISTS<br>1721 W 33RD STREET SUITE B<br>EDMOND, OK<br>73013<br>US | Trade Payable | $337.70 | |
| IDAHOAN FOODS LLC<br>PO BOX 52280<br>IDAHO FALLS, ID<br>83405-2280<br>US | Trade Payable | $27,838.08 | |
| IDEA NUOVA INC<br>302 FIFTH AVE<br>NEW YORK, NY<br>10001-3604<br>US | Trade Payable | $204,220.01 | |