## **EXHIBIT A**

### Leases and Applicable Assignee

| Store Number | Address | Cure Costs | OSJL Assignee |
|---|---|---|---|
| 5259 | 24 Kent Towne Market, Chester, MD | $6,292.30 | Ocean State Job Lot of MD2025, LLC |