## EXHIBIT A

### Leases and Applicable Assignees

| Store Number | Address | Cure Costs | OSJL Assignee |
|---|---|---|---|
| 4691 | 416 South Bridge Street, Auburn, MA | $10,000.00 | Ocean State Job Lot of MA2025, LLC |