## EXHIBIT A

### Leases

| Store Number | Address | Cure Costs |
|---|---|---|
| 1718 | 985N Bridge Street, Chillicothe, OH 45601 | $6,052.00 |