# EXHIBIT C

(Administrative Budget)

# Big Lots, Inc.
## Administration Budget

| Week | Mapping | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Start | | 1/5/2025 | 1/12/2025 | 1/19/2025 | 1/26/2025 | 2/2/2025 | 2/9/2025 | 2/16/2025 | 2/23/2025 | 3/2/2025 | |
| Week End | | 1/11/2025 | 1/18/2025 | 1/25/2025 | 2/1/2025 | 2/8/2025 | 2/15/2025 | 2/22/2025 | 3/1/2025 | 3/8/2025 | |
| DC GOB Employee Payroll | Payroll | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 1,192 | 9,534 |
| Corporate GOB Employee Payroll | Payroll | 1,060 | 1,060 | 1,060 | 1,060 | — | — | — | — | — | 4,240 |
| IT Disbursements | Other Accounts Payable | 519 | 519 | 519 | 519 | 406 | 406 | 406 | — | — | 3,813 |
| Outbound Freight | Other Accounts Payable | 370 | 370 | 370 | 370 | 231 | 231 | 231 | — | — | 2,773 |
| Insurance | Other Accounts Payable | 240 | 240 | 240 | 240 | 300 | 300 | 300 | — | — | 2,400 |
| Other Expenses | Other Accounts Payable | 276 | 276 | 276 | 276 | 276 | 276 | 276 | — | — | 1,769,988 |
| Utility Expenses: Corporate / DC | Other Accounts Payable | 1,349 | 1,349 | 1,349 | 1,349 | 1,349 | 1,349 | 1,349 | 6,349 | 17,142 | |
| Total Aministration Expenses | | 3,946 | 5,006 | 3,946 | 5,064 | 8,143 | 7,544 | 8,141 | 4,657 | 49,891 | |