# **EXHIBIT D**

(Winddown Budget)

**Big Lots, Inc.**
Wind Down Budget

| Week Mapping | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Week Start | 1/5/2025 | 1/12/2025 | 1/19/2025 | 1/26/2025 | 2/2/2025 | 2/9/2025 | 2/16/2025 | 2/23/2025 | 3/2/2025 | |
| Week End | 1/11/2025 | 1/18/2025 | 1/25/2025 | 2/1/2025 | 2/8/2025 | 2/15/2025 | 2/22/2025 | 3/1/2025 | 3/8/2025 | |
| HQ Severance Payroll | — | 1,616 | — | 1,616 | — | 1,616 | — | 1,673 | 736 | 595 |
| DC Severance Payroll | | | | | | | | | | |
| Store Severance Payroll | 847 | — | 1,252 | — | 25,058 | 27,157 | | | | |
| PTO Payroll | 5,895 | | | | | | | | | 5,895 |
| 401(k) Match Payroll | 2,695 | | | | | | | | | 2,695 |
| 401(k) Employee Contributions Payroll | 1,800 | | | | | | | | | 1,800 |
| Q3 Bonus Payroll | 2,799 | | | | | | | | | 2,799 |
| Q4 Bonus Payroll | | | | | | | | | 1,192 | 1,192 |
| IBNR Payroll | 11,730 | | | | | | | | | 11,730 |
| Worker's Comp Disbursements | | | | | | | | | | |
| Other Accounts Payable | 198 | 198 | 198 | 198 | 198 | 198 | 198 | 198 | 198 | 1,778 |
| Sales Tax Payable | | | | | | | | | 3,500 | 3,500 |
| Sales Tax — Audits | 25,000 | | | | | | | | | 25,000 |
| State Income Tax | | | | | | | | | | |
| Other | | | | | | | | | 2,770 | 2,770 |
| PPT Other | — | 1,747 | — | 97 | — | 1,844 | | | | |
| Business License/Permits Other | — | 300 | — | 400 | — | 700 | | | | |
| Excise (Bottle Deposits, Mattress Fee, Ewaste, othe Other | — | 102 | — | 156 | — | 258 | | | | |
| State CAT and Gross Receipts Other | — | 40 | — | 190 | — | 230 | | | | |
| Real Property Tax Other | 14,619 | | | | | | | | | 14,619 |
| Professional Fee Escrow Account Funding Professional Fees | 7,500 | — | 1,188 | 1,188 | 1,188 | 1,188 | 1,188 | 1,188 | 13,438 | |
| US Trustee Fees | 1,000 | | | | | | | | | 1,000 |
| Corporate Wind Down Other Accounts Payable | | | | | | | | | | |
| **Total Wind Down Expenses** | **48,082** | **26,854** | **1,983** | **9,632** | **6,373** | **1,911** | **3,853** | **7,113** | **3,979** | **125,000** |