Change of Address

UNITED STATES BANKRUPTCY COURT

District of Delaware

In re:
Big Lots, Inc., et al
Case Number: 24-11967

)
) Chapter 11 Proceeding
Debtor. )
)

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Tom's Toy International (HK) Limited, a Creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court, and any representatives (including the claims and distribution agent appointed in these cases) to change its address for purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**

Tom's Toy International (HK) Limited
Room L1, 8/FL, Block 2
Kaiser Estate
51 Man Yue Street
Hung Hom, Hong Kong,
China

**New Address**

Tom's Toy International (HK) Limited c/o TRC Master Fund LLC
P.O. Box 633
Woodmere, NY 11598
516-255-1801

Tom's Toy International (HK) Limited

Name: TANG NATHAN
Signature: _____
Date: 30 MAY 2025