**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BIG LOTS, INC., *et al.*, | § | Case No. 24-11967 (JKS) |
|    Debtors. | § | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of **Mollie Lerew** of the law firm Perdue Brandon Fielder Collins & Mott, LLP to represent the following entities in this matter:

Alief Independent School District
Brazoria County, et al
Brownsville Independent School District
Burleson Independent School District
Carrollton-Farmers Branch Independent School District
City of Burleson
City of Cleburne
City of Grapevine
City of Houston
City of Lake Worth
City of Tomball
Clear Creek Independent School District
Cleburne Independent School District
Cooke County Appraisal District
Fort Bend County Levee Improvement District #2
Fort Bend Independent School District
Fountainhead Municipal Utility District
Frisco Independent School District
Ft. Bend Harris County Municipal Utility District #81
Galena Park Independent School District
Garland Independent School District
Grapevine-Colleyville Independent School District
Harris County Municipal Utility District #102
Harris County Municipal Utility District #191
Harris County Municipal Utility District #285
Hunt County, et al.
Johnson County
Kerrville Independent School District
Klein Independent School District
Lubbock Central Appraisal District
Midland County

Nacogdoches County, et al.
Plano Independent School District
Potter County Tax Office
Randall County Tax Office
Reid Road Municipal Utility District 1
Richardson Independent School District
Titus County Appraisal District, et al.
Tomball Independent School District
Tyler Independent School District
Weslaco Independent School District
Wichita County Tax Office

/s/ John D. McLaughlin, Jr.
John D. McLaughlin, Jr. (DE Bar No. 4123)
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
Telephone: 302-658-1100
Email: jmclaughlin@ciardilaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Texas, the Northern District of Texas District and Bankruptcy Courts, and the Southern District of Texas District and Bankruptcy Courts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Mollie Lerew
Mollie Lerew
Texas State Bar No. 24086631
P.O. Box 8188
Wichita Falls, TX 76307
(940) 723-4323 (phone)
mlerew@pbfcm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.