**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BIG LOTS, INC., *et al.,* | § | Case No. 24-11967 (JKS) |
|    Debtors. | § | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of **Melissa E. Valdez** of the law firm Perdue Brandon Fielder Collins & Mott, LLP to represent the following entities in this matter:

- Alief Independent School District
- Brazoria County, et al
- Brownsville Independent School District
- Burleson Independent School District
- Carrollton-Farmers Branch Independent School District
- City of Burleson
- City of Cleburne
- City of Grapevine
- City of Houston
- City of Lake Worth
- City of Tomball
- Clear Creek Independent School District
- Cleburne Independent School District
- Cooke County Appraisal District
- Fort Bend County Levee Improvement District #2
- Fort Bend Independent School District
- Fountainhead Municipal Utility District
- Frisco Independent School District
- Ft. Bend Harris County Municipal Utility District #81
- Galena Park Independent School District
- Garland Independent School District
- Grapevine-Colleyville Independent School District
- Harris County Municipal Utility District #102
- Harris County Municipal Utility District #191
- Harris County Municipal Utility District #285
- Hunt County, et al.
- Johnson County
- Kerrville Independent School District
- Klein Independent School District
- Lubbock Central Appraisal District
- Midland County

Nacogdoches County, et al.
Plano Independent School District
Potter County Tax Office
Randall County Tax Office
Reid Road Municipal Utility District 1
Richardson Independent School District
Titus County Appraisal District, et al.
Tomball Independent School District
Tyler Independent School District
Weslaco Independent School District
Wichita County Tax Office

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (DE Bar No. 4123)
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
Telephone: 302-658-1100
Email: jmclaughlin@ciardilaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Texas, the Western District of Texas District and Bankruptcy Courts, the Eastern District of Texas District and Bankruptcy Courts, the Northern District of Texas District and Bankruptcy Courts, and the Southern District of Texas District and Bankruptcy Courts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

*/s/ Melissa E. Valdez*
Melissa E. Valdez
Texas Bar No. 24051463
1235 North Loop West, Suite 600
Houston, Texas 77008
(713) 862-1860 (phone)
mvaldez@pbfcm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: June 5th, 2025
Wilmington, Delaware