# **<u>Exhibit A</u>**

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Financial Statement Audit and Related Services*

**09/09/2024**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Barber, Andrew | Meet with S. Raver (Big Lots, Inc.), J. Tanguay (Big Lots, Inc.), J. Morse (Deloitte) to discuss review comments to form 10-Q and anticipated edits to form 10-Q from recent chapter 11 filing. | $0.00 | 1.0 | $0.00 |
| Barber, Andrew | Meet with S. Klump, J. Morse (Deloitte) to assess magnitude of Big Lots, Inc. Chapter 11 filing on upcoming and remaining interim review procedures planned prior to the anticipated Form 10-Q filing date. | $0.00 | 0.7 | $0.00 |
| Barber, Andrew | Review referencing in tie-out tool related to most recent draft of Form 10-Q. | $0.00 | 2.2 | $0.00 |
| Barber, Andrew | Review changes with management's discussion and analysis section of Form 10-Q to identify new bankruptcy disclosures. | $0.00 | 0.3 | $0.00 |
| Barber, Andrew | Meet with J. Tanguay (Big Lots, Inc.) to provide further clarification on ASC 360 guidance-related comments provided from meeting with S. Raver (Big Lots, Inc.) and J. Morse (Deloitte). | $0.00 | 1.3 | $0.00 |
| Klump, Stephanie | Review Big Lots draft form 10-Q as part of quarterly review procedures. | $0.00 | 1.3 | $0.00 |
| Klump, Stephanie | Meet with A. Barber, J. Morse (Deloitte) to assess magnitude of Big Lots, Inc. Chapter 11 filing on upcoming and remaining interim review procedures planned prior to the anticipated Form 10-Q filing date. | $0.00 | 0.7 | $0.00 |
| Martini, Natalie | Meeting with J. Morse (Deloitte) to discuss bankruptcy filing impacts on going concern consultation. | $0.00 | 0.3 | $0.00 |
| Martini, Natalie | Review updated 10-Q. | $0.00 | 1.2 | $0.00 |
| Morse, Randy | Meeting with N. Martini (Deloitte) to discuss bankruptcy filing impacts on going concern consultation. | $0.00 | 0.3 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **_Financial Statement Audit and Related Services_** | | | | |
| **09/09/2024** | | | | |
| Morse, Randy | Prepare going concern accounting consultation memo, incorporating impact of bankruptcy filing. | $0.00 | 1.7 | $0.00 |
| Morse, Randy | Review draft of Q2 10-Q, which incorporated bankruptcy filing details. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Update documentation within the quarter summary memo, incorporating impact of bankruptcy filing. | $0.00 | 0.3 | $0.00 |
| Morse, Randy | Review cash flow analytic for the Q2 10-Q review. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Meet with A. Barber, S. Klump (Deloitte) to assess magnitude of Big Lots, Inc. Chapter 11 filing on upcoming and remaining interim review procedures planned prior to the anticipated Form 10-Q filing date. | $0.00 | 0.7 | $0.00 |
| Morse, Randy | Meet with S. Raver (Big Lots, Inc.), J. Tanguay (Big Lots, Inc.), and A. Barber (Deloitte) to discuss review comments to form 10-Q and anticipated edits to form 10-Q from recent chapter 11 filing. | $0.00 | 1.0 | $0.00 |
| Parks, Martrina | Tie out amounts in the 10Q draft to the new support provided by the client. | $0.00 | 3.0 | $0.00 |
| Parks, Martrina | Respond to notes in the Q2 cash flow statement workpaper as part of quarterly interim review. | $0.00 | 2.0 | $0.00 |
| Ponton, Mindy | Review Form 10Q as part of quarterly review procedures. | $0.00 | 1.1 | $0.00 |
| Ponton, Mindy | Review Q2 Summary memo as part of quarterly review procedures. | $0.00 | 0.9 | $0.00 |
| Rollinson, Melissa | Review going concern consultation memo pertaining to the Q2 Form 10-Q filing. | $0.00 | 2.1 | $0.00 |
| **09/10/2024** | | | | |
| Barber, Andrew | Review debtor in possession agreement from bankruptcy filing to assess consistency between agreement and balances disclosed in most recent draft of Form 10-Q. | $0.00 | 0.7 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Financial Statement Audit and Related Services*

09/10/2024

| | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Barber, Andrew | Review asset purchase agreement from bankruptcy filing to identify consistency between agreement and balances disclosed in most recent draft of Form 10-Q. | $0.00 | 0.7 | $0.00 |
| Barber, Andrew | Review revisions added in management representation letter related to bankruptcy filing. | $0.00 | 0.1 | $0.00 |
| Barber, Andrew | Prepare comments related to updated draft of Form 10-Q. | $0.00 | 1.5 | $0.00 |
| Klump, Stephanie | Review statement of cash flow analysis workpaper as part of quarterly review procedures for purposes of Big Lots' upcoming 10-Q filing. | $0.00 | 2.5 | $0.00 |
| Martini, Natalie | Review the cash flow statement. | $0.00 | 1.4 | $0.00 |
| Morse, Randy | Prepare required consultation memo in accordance with PCAOB AAM 22960 (Consultation related to the PCAOB inspection pertaining to the 2023 integrated audit of Big Lots, Inc) pertaining to the Q2 Form 10-Q filing. | $0.00 | 1.4 | $0.00 |
| Morse, Randy | Research guidance related to cash flow consideration of certain financing arrangements. | $0.00 | 1.2 | $0.00 |
| Morse, Randy | Review cash flow analytic for the Q2 10-Q review. | $0.00 | 0.8 | $0.00 |
| Morse, Randy | Respond to comments on Draft 3 of Q2 Form 10-Q. | $0.00 | 0.7 | $0.00 |
| Morse, Randy | Update documentation within the going concern consultation memo. | $0.00 | 0.8 | $0.00 |
| Parks, Martrina | Address notes in the Q2 Planning and Summary Memo part of quarterly interim review. | $0.00 | 0.6 | $0.00 |
| Parks, Martrina | Gather comments to the Draft 3 10-Q to send the client. | $0.00 | 1.0 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Financial Statement Audit and Related Services*

09/11/2024

| | | | | |
|------|-------------|------|-------|------|
| Barber, Andrew | Prepare consultation memo related to presentation of financing arrangements related to insurance premiums on statement of cash flows to conclude on presentation and classification under GAAP. | $0.00 | 2.0 | $0.00 |
| Barber, Andrew | Review updates to balance sheet and income statement from interchange financing transaction. | $0.00 | 0.5 | $0.00 |
| Barber, Andrew | Document interim review conclusions related to updates to income statement and balance sheet from interchange financing transaction. | $0.00 | 0.5 | $0.00 |
| Barber, Andrew | Update management representation letter to include information related to insurance premium financing arrangements in connection with Form 10-Q filing. | $0.00 | 1.8 | $0.00 |
| Barber, Andrew | Meet with S. Klump, N. Martini, R. Morse (Deloitte) to discuss treatment of certain financing obligations on the statement of cash flow. | $0.00 | 0.6 | $0.00 |
| Barber, Andrew | Review external comments added to updated draft of form 10-Q for updates made to Note 1 to the Condensed Consolidated Financial Statements. | $0.00 | 0.5 | $0.00 |
| Barber, Andrew | Review external comments added to updated draft of form 10-Q for updates to made to Note 11 to the Condensed Consolidated Financial Statements. | $0.00 | 0.3 | $0.00 |
| Barber, Andrew | Review external comments added to updated draft of form 10-Q for updates to Management's Discussion and Analysis. | $0.00 | 0.5 | $0.00 |
| Klump, Stephanie | Review updated management representation letter for purposes of quarterly review of Big Lots Form 10-Q. | $0.00 | 0.4 | $0.00 |
| Klump, Stephanie | Review audit committee presentation for purposes of quarterly review of Big Lots Form 10-Q. | $0.00 | 0.3 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Financial Statement Audit and Related Services** | | | | |
| 09/11/2024 | | | | |
| Klump, Stephanie | Review accounting analysis/memo relating to statement of cash flows treatment for purposes of quarterly review procedures for Big Lots Form 10-Q. | $0.00 | 0.7 | $0.00 |
| Klump, Stephanie | Review statement of cash flow analysis workpaper as part of quarterly review procedures for purposes of Big Lots' upcoming 10-Q filing. | $0.00 | 0.7 | $0.00 |
| Klump, Stephanie | Meet with A. Barber, N. Martini, R. Morse (Deloitte) to discuss treatment of certain financing obligations on the statement of cash flow. | $0.00 | 0.6 | $0.00 |
| Klump, Stephanie | Meet with S. Raver, J. Tanguay (Big Lots), R. Morse (Deloitte) to discuss treatment of certain financing obligations on the statement of cash flow. | $0.00 | 0.8 | $0.00 |
| Klump, Stephanie | Review Big Lots draft form 10-Q as part of quarterly review procedures. | $0.00 | 0.2 | $0.00 |
| Martini, Natalie | Review the Audit Committee communications deck which is provided by D&T to the Audit Committee in conjunction with the Q2 10-Q filing. | $0.00 | 0.6 | $0.00 |
| Martini, Natalie | Review the management representation letter which is provided by D&T to management for their signing, in conjunction with the Q2 10-Q filing. | $0.00 | 0.4 | $0.00 |
| Martini, Natalie | Meet with A. Barber, S. Klump, R. Morse (Deloitte) to discuss treatment of certain financing obligations on the statement of cash flow. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Meet with M. Robey (Big Lots) to discuss control evaluation considerations pertaining to the statement of cash flows. | $0.00 | 0.7 | $0.00 |
| Morse, Randy | Meet with J. Tanguay (Big Lots) to discuss treatment of certain financing obligations on the statement of cash flow. | $0.00 | 0.6 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Financial Statement Audit and Related Services* | | | | |
| 09/11/2024 | | | | |
| Morse, Randy | Review of draft #4 of Q2 10-Q. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Continue to prepare consultation memo regarding treatment of certain financing obligations on the statement of cash flow. | $0.00 | 0.9 | $0.00 |
| Morse, Randy | Meet with S. Raver, J. Tanguay (Big Lots), S. Klump (Deloitte) to discuss treatment of certain financing obligations on the statement of cash flow. | $0.00 | 0.8 | $0.00 |
| Morse, Randy | Meet with A. Barber, S. Klump, N. Martini (Deloitte) to discuss treatment of certain financing obligations on the statement of cash flow. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Prepare consultation memo regarding treatment of certain financing obligations on the statement of cash flow. | $0.00 | 1.8 | $0.00 |
| Parks, Martrina | Update the Q2 Cash Flow Statement workpaper to reflect the changes from the updated draft from the client. | $0.00 | 1.0 | $0.00 |
| Rollinson, Melissa | Review required consultation memo in accordance with PCAOB AAM 22960 (Consultation related to the PCAOB inspection pertaining to the 2023 integrated audit of Big Lots, Inc) pertaining to the Q2 Form 10-Q filing. | $0.00 | 0.5 | $0.00 |
| 09/12/2024 | | | | |
| Barber, Andrew | Finalize procedures related to form 10-Q tie out and referencing in connection with final draft. | $0.00 | 1.8 | $0.00 |
| Barber, Andrew | Discuss store impairment analysis memo with J. Tanguay (Big Lots, Inc.) to review conclusions related to advertising expense allocation in projected cash flows under ASC 360 were considered. | $0.00 | 0.7 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Financial Statement Audit and Related Services* | | | | |
| 09/12/2024 | | | | |
| Barber, Andrew | Prepare responses to comments received on quarterly summary memo to document interim review procedures performed in current quarter. | $0.00 | 0.8 | $0.00 |
| Barber, Andrew | Prepare responses related to consultation memo regarding treatment of insurance premium financing arrangements on statement of cash flows in relation to GAAP. | $0.00 | 3.0 | $0.00 |
| Klump, Stephanie | Meet with R. Robins, S. Raver, M. Robey, M. Schlonsky, J. Schroeder, B. Thorn, S. Hutkai, J. Ramsden (Big Lots), J. Morse (Deloitte) for Q2 Disclosure Committee Meeting. | $0.00 | 0.3 | $0.00 |
| Klump, Stephanie | Review Big Lots draft form 10-q as part of quarterly review procedures. | $0.00 | 1.0 | $0.00 |
| Martini, Natalie | Review consultation memo related to the cash flow misstatement and the final 10Q changes. | $0.00 | 1.4 | $0.00 |
| Martini, Natalie | Call with the M. Short (AC Chair) to discuss Q2 review communications. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Finalize required consultation memo in accordance with PCAOB AAM 22960 (Consultation related to the PCAOB inspection pertaining to the 2023 integrated audit of Big Lots, Inc) pertaining to the Q2 Form 10-Q filing. | $0.00 | 0.3 | $0.00 |
| Morse, Randy | Prepare the going concern consultation memo. | $0.00 | 0.8 | $0.00 |
| Morse, Randy | Meet with M. Parks (Deloitte) to discuss Q2 end of day filing requirements. | $0.00 | 0.3 | $0.00 |
| Morse, Randy | Prepare consultation memo regarding treatment of certain financing obligations on the statement of cash flow. | $0.00 | 1.6 | $0.00 |
| Morse, Randy | Update consultation memo regarding treatment of certain financing obligations on the statement of cash flow. | $0.00 | 1.2 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Financial Statement Audit and Related Services*

**09/12/2024**

| | | | | |
|------|-------------|------|-------|------|
| Morse, Randy | Review quarterly summary of misstatements workpaper. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Review Q2 10-Q filing checklists. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Meet with R. Robins, S. Raver, M. Robey, M. Schlonsky, J. Schroeder, B. Thorn, S. Hutkai, J. Ramsden (Big Lots), S. Klump (Deloitte) for Q2 Disclosure Committee Meeting. | $0.00 | 0.3 | $0.00 |
| Parks, Martrina | Review draft 4 of the 10-Q for comments to the client before filing. | $0.00 | 1.5 | $0.00 |
| Parks, Martrina | Meet with R. Morse (Deloitte) to discuss Q2 end of day filing requirements. | $0.00 | 0.3 | $0.00 |
| Rollinson, Melissa | Review required consultation memo in accordance with PCAOB AAM 22960 (Consultation related to the PCAOB inspection pertaining to the 2023 integrated audit of Big Lots, Inc) pertaining to the Q2 Form 10-Q filing. | $0.00 | 1.8 | $0.00 |

**09/13/2024**

| | | | | |
|------|-------------|------|-------|------|
| Barber, Andrew | Finalize procedures related to form 10-Q tie-out for export and inclusion in interim review file. | $0.00 | 0.2 | $0.00 |
| Morse, Randy | Prepare 10-Q file for archive. | $0.00 | 0.4 | $0.00 |

**09/16/2024**

| | | | | |
|------|-------------|------|-------|------|
| Barber, Andrew | Review Q2 interim review project plan to identify remaining open items before profile file archiving. | $0.00 | 1.0 | $0.00 |
| Morse, Randy | Continue to prepare consultation memo regarding treatment of certain financing obligations on the statement of cash flow. | $0.00 | 0.8 | $0.00 |
| Morse, Randy | Prepare documentation of D&T's analytical review within the cash flows analytic workpaper. | $0.00 | 0.3 | $0.00 |
| Morse, Randy | Prepare documentation of D&T's review of identified misstatements within the summary of misstatements workpaper. | $0.00 | 0.4 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Financial Statement Audit and Related Services** | | | | |
| 09/17/2024 | | | | |
| Barber, Andrew | Address remaining comments within PCAOB inspection consultation memo to provide more clarification to the Company's calculation of 4-wall income calculations within the store-level long-lived asset impairment analysis. | $0.00 | 1.0 | $0.00 |
| Shrestha, Sinza | Update data analytics scoping memo for use of data analytic tools in the audit. | $0.00 | 1.0 | $0.00 |
| 09/18/2024 | | | | |
| Shrestha, Sinza | Prepare analytics scoping memo. | $0.00 | 0.2 | $0.00 |
| 09/19/2024 | | | | |
| Morse, Randy | Update consultation memo regarding treatment of certain financing obligations on the statement of cash flow. | $0.00 | 0.4 | $0.00 |
| 09/23/2024 | | | | |
| Morse, Randy | Continue to prepare consultation memo regarding treatment of certain financing obligations on the statement of cash flow. | $0.00 | 0.8 | $0.00 |
| 09/24/2024 | | | | |
| Morse, Randy | Research ASC 852 accounting and chapter 11 bankruptcy filing impacts to financial reporting. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Review Q2 review file archive | $0.00 | 0.3 | $0.00 |
| 09/25/2024 | | | | |
| Shrestha, Sinza | Address notes to analytics scoping memo. | $0.00 | 0.3 | $0.00 |
| 09/26/2024 | | | | |
| Martini, Natalie | Meeting with J. Ramsden (CFO) regarding the upcoming scope of the Q3 review and status of the Chapter 11 filing, as well as Q3 results to date. | $0.00 | 0.5 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Financial Statement Audit and Related Services*

**10/01/2024**

| | | | | |
|------|-------------|------|-------|------|
| Burya, James | Email J. Morse (Deloitte) regarding bankuptcy impacts on the FY24 IT Audit. | $0.00 | 0.2 | $0.00 |
| Martini, Natalie | Meet with R. Morse (Deloitte) to discuss Q3 review planning and staffing. | $0.00 | 0.4 | $0.00 |
| Morse, Randy | Meet with N. Martini (Deloitte) to discuss Q3 review planning and staffing. | $0.00 | 0.4 | $0.00 |
| Morse, Randy | Research restructuring accounting requirements for Q3 form 10-Q. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Review company's SAB 99 error evaluation memo. | $0.00 | 0.9 | $0.00 |

**10/02/2024**

| | | | | |
|------|-------------|------|-------|------|
| Barber, Andrew | Meet with J. Morse (Deloitte) regarding allocation of staffing hours for upcoming form 10-Q fieldwork procedures. | $0.00 | 0.5 | $0.00 |
| Barber, Andrew | Review restructuring accounting guidance for upcoming form 10-Q interim review procedures. | $0.00 | 2.0 | $0.00 |
| Morse, Randy | Meet with A. Barber (Deloitte) regarding staffing hour allocations for upcoming form 10-Q interim review fieldwork procedures. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Research restructuring accounting requirements for Q3 form 10-Q. | $0.00 | 0.4 | $0.00 |

**10/03/2024**

| | | | | |
|------|-------------|------|-------|------|
| Morse, Randy | Create project plan for Q3 review. | $0.00 | 0.8 | $0.00 |
| Morse, Randy | Email R. Jain (Deloitte) regarding Q3 staffing expectations. | $0.00 | 0.4 | $0.00 |

**10/07/2024**

| | | | | |
|------|-------------|------|-------|------|
| Barber, Andrew | Meet with N. Martini, S. Klump, R. Morse (Deloitte) to discuss impacts of store / DC closures and bankruptcy on Q3 10-Q review procedures. | $0.00 | 0.6 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Financial Statement Audit and Related Services*

**10/07/2024**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Klump, Stephanie | Meet with N. Martini, A. Barber, R. Morse (Deloitte) to discuss impacts of store / DC closures and bankruptcy on Q3 10-Q review procedures. | $0.00 | 0.6 | $0.00 |
| Martini, Natalie | Meet with S. Klump, A. Barber, R. Morse (Deloitte) to discuss impacts of store / DC closures and bankruptcy on Q3 10-Q review procedures. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Meet with N. Martini, S. Klump, A. Barber (Deloitte) to discuss impacts of store / DC closures and bankruptcy on Q3 10-Q review procedures. | $0.00 | 0.6 | $0.00 |

**10/09/2024**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Klump, Stephanie | Review accounting requirements under ASC 852 in preparation for 3rd quarter 10-Q. | $0.00 | 0.5 | $0.00 |

**10/10/2024**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Auyeung, Tungjun | Meet with N. Martini, S. Klump, R. Morse, A. Barber, M. Sullivan, M. Fleming, M. Parks (Deloitte) to discuss fresh start accounting as a result of the Big Lots Chapter 11 filing. | $0.00 | 0.5 | $0.00 |
| Barber, Andrew | Meet with N. Martini, S. Klump, R. Morse, M. Sullivan, M. Fleming, M. Parks, J. Auyeung (Deloitte) to discuss fresh start accounting as a result of the Big Lots Chapter 11 filing. | $0.00 | 0.5 | $0.00 |
| Barber, Andrew | Review guidance under ASC 852 to understand reporting requirements for prepetition liabilities that are/are not subject to compromise in anticipation of Big Lots, Inc. Form 10-Q filing. | $0.00 | 1.5 | $0.00 |
| Fleming, Matthew | Meet with N. Martini, S. Klump, R. Morse, A. Barber, M. Sullivan, M. Parks, J. Auyeung (Deloitte) to discuss fresh start accounting as a result of the Big Lots Chapter 11 filing. | $0.00 | 0.5 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Financial Statement Audit and Related Services** | | | | |
| 10/10/2024 | | | | |
| Klump, Stephanie | Meet with N. Martini, R. Morse, A. Barber, M. Sullivan, M. Fleming, M. Parks, J. Auyeung (Deloitte) to discuss fresh start accounting as a result of the Big Lots Chapter 11 filing. | $0.00 | 0.5 | $0.00 |
| Klump, Stephanie | Meet with R. Morse (Deloitte) to debrief on internal fresh start accounting meeting. | $0.00 | 0.3 | $0.00 |
| Martini, Natalie | Meet with S. Klump, R. Morse, A. Barber, M. Sullivan, M. Fleming, M. Parks, J. Auyeung (Deloitte) to discuss fresh start accounting as a result of the Big Lots Chapter 11 filing. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Meet with N. Martini, S. Klump, A. Barber, M. Sullivan, M. Fleming, M. Parks, J. Auyeung (Deloitte) to discuss fresh start accounting as a result of the Big Lots Chapter 11 filing. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Research restructuring accounting requirements for Q3 form 10-Q. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Meet with S. Klump (Deloitte) to debrief on internal fresh start accounting meeting. | $0.00 | 0.3 | $0.00 |
| Morse, Randy | Meet with S. Raver, J. Tanguay (Big Lots) to discuss Q3 plans for the 10-Q review. | $0.00 | 1.2 | $0.00 |
| Parks, Martrina | Meet with N. Martini, S. Klump, R. Morse, A. Barber, M. Sullivan, M. Fleming, J. Auyeung (Deloitte) to discuss fresh start accounting as a result of the Big Lots Chapter 11 filing. | $0.00 | 0.5 | $0.00 |
| Sullivan, Michael | Meet with N. Martini, S. Klump, R. Morse, A. Barber, M. Fleming, M. Parks, J. Auyeung (Deloitte) to discuss fresh start accounting as a result of the Big Lots Chapter 11 filing. | $0.00 | 0.5 | $0.00 |
| 10/11/2024 | | | | |
| Klump, Stephanie | Meet with N. Martini, R. Morse (Deloitte) to discuss Q3 accounting considerations and procedures. | $0.00 | 0.7 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Financial Statement Audit and Related Services*

**10/11/2024**

| | | | | |
|------|-------------|------|-------|------|
| Martini, Natalie | Meet with S. Klump, R. Morse (Deloitte) to discuss Q3 accounting considerations and procedures. | $0.00 | 0.7 | $0.00 |
| Morse, Randy | Research reorganization accounting considerations for liabilities subject to compromise. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Meet with N. Martini, S. Klump (Deloitte) to discuss Q3 accounting considerations and procedures. | $0.00 | 0.7 | $0.00 |

**10/14/2024**

| | | | | |
|------|-------------|------|-------|------|
| Fleming, Matthew | Meet with S. Klump, R. Morse (Deloitte) to discuss liabilities subject to compromise questions for Big Lots Q3. | $0.00 | 0.5 | $0.00 |
| Klump, Stephanie | Meet with M. Fleming, R. Morse (Deloitte) to discuss liabilities subject to compromise questions for Big Lots Q3. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Research impact of bankruptcy on Lease Incremental Borrowing Rate ("IBR") with J. Tanguay (Big Lots). | $0.00 | 0.7 | $0.00 |
| Morse, Randy | Meet with M. Fleming, S. Klump (Deloitte) to discuss liabilities subject to compromise questions for Big Lots Q3. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Meet with J. Tanguay (Big Lots) to discuss Lease Incremental Borrowing Rate ("IBR") and filed lease rejection motions. | $0.00 | 0.6 | $0.00 |

**10/17/2024**

| | | | | |
|------|-------------|------|-------|------|
| Tomford, Zachary | Prepare the third quarter site to allow the transfer of files between the Deloitte engagement team and Big Lots, Inc. | $0.00 | 0.7 | $0.00 |

**10/23/2024**

| | | | | |
|------|-------------|------|-------|------|
| Klump, Stephanie | Review training materials in preparation for training session with Big Lots relating to bankruptcy accounting. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Prepare for Big Lots ASC 852 (Backruptcy / Reorganization Accounting) training meeting. | $0.00 | 0.7 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Financial Statement Audit and Related Services*

**10/24/2024**

| | | | | |
|---|---|---|---|---|
| Morse, Randy | Research consultation requirements per Deloitte guidance when a client enters into over-the-counter ("OTC") Markets. | $0.00 | 1.0 | $0.00 |

**10/25/2024**

| | | | | |
|---|---|---|---|---|
| Klump, Stephanie | Review training materials in preparation for training session with Big Lots relating to bankruptcy accounting. | $0.00 | 0.2 | $0.00 |

**10/28/2024**

| | | | | |
|---|---|---|---|---|
| Barber, Andrew | Meet with M. Parks (Deloitte) to discuss creation of Q3 2024 interim review and preparer/reviewer workpaper allocations. | $0.00 | 0.3 | $0.00 |
| Barber, Andrew | Review quarterly updates to Big Lots, Inc. insurance reserves to assess fluctuations from closed stores. | $0.00 | 0.7 | $0.00 |
| Parks, Martrina | Meet with A. Barber (Deloitte) to discuss creation of Q3 2024 interim review and preparer/reviewer workpaper allocations. | $0.00 | 0.3 | $0.00 |

**10/29/2024**

| | | | | |
|---|---|---|---|---|
| Auyeung, Tungjun | Meet with M. Flemming, R. Morse (Deloitte) to discuss Big Lots bankruptcy proceedings and upcoming education session. | $0.00 | 0.5 | $0.00 |
| Barber, Andrew | Prepare Big Lots, Inc. Q3 2024 interim review file. | $0.00 | 1.0 | $0.00 |
| Fleming, Matthew | Meet with J. Auyeung, R. Morse (Deloitte) to discuss Big Lots bankruptcy proceedings and upcoming education session. | $0.00 | 0.5 | $0.00 |
| Klump, Stephanie | Meet with J. Ramsden, J. Schroeder, S. Raver (Big Lots), N. Martini, R. Morse (Deloitte) to discuss updates to the bankruptcy proceedings and Q3 review considerations. | $0.00 | 0.5 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Financial Statement Audit and Related Services*

**10/29/2024**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Martini, Natalie | Meet with J. Ramsden, J. Schroeder, S. Raver (Big Lots), S. Klump, R. Morse (Deloitte) to discuss updates to the bankruptcy proceedings and Q3 review considerations. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Prepare for Big Lots 10/30/2024 bankruptcy training and debrief meeting. | $0.00 | 0.4 | $0.00 |
| Morse, Randy | Meet with J. Ramsden, J. Schroeder, S. Raver (Big Lots), N. Martini, S. Klump (Deloitte) to discuss updates to the bankruptcy proceedings and Q3 review considerations. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Meet with M. Flemming, J. Auyeung (Deloitte) to discuss Big Lots bankruptcy proceedings and upcoming education session. | $0.00 | 0.5 | $0.00 |

**10/30/2024**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Auyeung, Tungjun | Meeting with N. Martini (partial), A. Barber, M. Fleming, S. Klump, R. Morse, M. Parks, Z. Tomford (Deloitte), J. Schroeder, S. Raver and 4 others (Big Lots, Inc.) regarding a bankruptcy training presentation | $0.00 | 1.0 | $0.00 |
| Barber, Andrew | Meet with M. Fleming, S. Klump, R. Morse, M. Parks, Z. Tomford (Deloitte), J. Schroeder, and 2 others (Big Lots, Inc.) to debrief the bankruptcy training presentation and to discuss updates on third-quarter items. | $0.00 | 0.5 | $0.00 |
| Barber, Andrew | Meeting with N. Martini (partial), J. Auyeung, M. Fleming, S. Klump, R. Morse, M. Parks, Z. Tomford (Deloitte), J. Schroeder, S. Raver and 4 others (Big Lots, Inc.) regarding a bankruptcy training presentation | $0.00 | 1.0 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Financial Statement Audit and Related Services* | | | | |
| 10/30/2024 | | | | |
| Fleming, Matthew | Meet with A. Barber, S. Klump, R. Morse, M. Parks, Z. Tomford (Deloitte), J. Schroeder, and 2 others (Big Lots, Inc.) to debrief the bankruptcy training presentation and to discuss updates on third-quarter items. | $0.00 | 0.5 | $0.00 |
| Fleming, Matthew | Meeting with N. Martini (partial), A. Barber, J. Auyeung, S. Klump, R. Morse, M. Parks, Z. Tomford (Deloitte), J. Schroeder, S. Raver and 4 others (Big Lots, Inc.) regarding a bankruptcy training presentation | $0.00 | 1.0 | $0.00 |
| Klump, Stephanie | Email A. Barber (Deloitte) regarding impact of store closings on potential impairment analyses for Big Lots. | $0.00 | 0.2 | $0.00 |
| Klump, Stephanie | Meet with A. Barber, M. Fleming, R. Morse, M. Parks, Z. Tomford (Deloitte), J. Schroeder, and 2 others (Big Lots, Inc.) to debrief the bankruptcy training presentation and to discuss updates on third-quarter items. | $0.00 | 0.5 | $0.00 |
| Klump, Stephanie | Meet with S. Raver (Big Lots) to discuss impact of bankruptcy proceedings on SEC filing requirements. | $0.00 | 0.3 | $0.00 |
| Klump, Stephanie | Meeting with N. Martini (partial), A. Barber, J. Auyeung, M. Fleming, R. Morse, M. Parks, Z. Tomford (Deloitte), J. Schroeder, S. Raver and 4 others (Big Lots, Inc.) regarding a bankruptcy training presentation | $0.00 | 1.0 | $0.00 |
| Martini, Natalie | Meeting (partial) with J. Auyeung, M. Fleming, S. Klump, R. Morse, M. Parks, Z. Tomford (Deloitte), J. Schroeder, S. Raver and 4 others (Big Lots, Inc.) regarding a bankruptcy training presentation | $0.00 | 0.7 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **_Financial Statement Audit and Related Services_** | | | | |
| 10/30/2024 | | | | |
| Morse, Randy | Meet with A. Barber, M. Fleming, S. Klump, M. Parks, Z. Tomford (Deloitte), J. Schroeder, and 2 others (Big Lots, Inc.) to debrief the bankruptcy training presentation and to discuss updates on third-quarter items. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Meet with J. Tanguay (Big Lots) to discuss Q3 results and accounting topics. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Work on project planning for Q3. | $0.00 | 0.7 | $0.00 |
| Morse, Randy | Meeting with N. Martini (partial), A. Barber, J. Auyeung, M. Fleming, S. Klump, M. Parks, Z. Tomford (Deloitte), J. Schroeder, S. Raver and 4 others (Big Lots, Inc.) regarding a bankruptcy training presentation | $0.00 | 1.0 | $0.00 |
| Parks, Martrina | Meet with A. Barber, M. Fleming, S. Klump, R. Morse, Z. Tomford (Deloitte), J. Schroeder, and 2 others (Big Lots, Inc.) to debrief the bankruptcy training presentation and to discuss updates on third-quarter items. | $0.00 | 0.5 | $0.00 |
| Parks, Martrina | Meeting with N. Martini (partial), A. Barber, J. Auyeung, M. Fleming, S. Klump, R. Morse, Z. Tomford (Deloitte), J. Schroeder, S. Raver and 4 others (Big Lots, Inc.) regarding a bankruptcy training presentation | $0.00 | 1.0 | $0.00 |
| Tomford, Zachary | Meet with A. Barber, M. Fleming, S. Klump, R. Morse, M. Parks (Deloitte), J. Schroeder, and 2 others (Big Lots, Inc.) to debrief the bankruptcy training presentation and to discuss updates on third-quarter items. | $0.00 | 0.5 | $0.00 |
| Tomford, Zachary | Meeting with N. Martini (partial), A. Barber, J. Auyeung, M. Fleming, S. Klump, R. Morse, M. Parks (Deloitte), J. Schroeder, S. Raver and 4 others (Big Lots, Inc.) regarding a bankruptcy training presentation | $0.00 | 1.0 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Financial Statement Audit and Related Services* | | | | |
| **10/31/2024** | | | | |
| Barber, Andrew | Meet with S. Klump, R. Morse (Deloitte) to discuss bankruptcy impacts on SEC filing for Q3. | $0.00 | 0.5 | $0.00 |
| Barber, Andrew | Meet with R. Morse, S. Klump (Deloitte) to discuss interim review procedure implications/procedures required with Big Lots, Inc. trading on over-the-counter ("OTC") market. | $0.00 | 0.3 | $0.00 |
| Klump, Stephanie | Email J. Shroeder, S. Raver (Big Lots) relating to SEC quarterly filing requirements during bankruptcy. | $0.00 | 0.5 | $0.00 |
| Klump, Stephanie | Meet with A. Barber, R. Morse (Deloitte) to discuss interim review procedure implications/procedures required with Big Lots, Inc. trading on the over the counter ("OTC") market. | $0.00 | 0.3 | $0.00 |
| Klump, Stephanie | Meet with A. Barber, R. Morse (Deloitte) to discuss bankruptcy impacts on SEC filing for Q3. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Review bankruptcy filings associated with leases. | $0.00 | 0.4 | $0.00 |
| Morse, Randy | Meet with A. Barber, S. Klump (Deloitte) to discuss bankruptcy impacts on SEC filing for Q3. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Meet with A. Barber, S. Klump (Deloitte) to discuss interim review procedure implications/procedures required with Big Lots, Inc. trading on over-the-counter ("OTC") market. | $0.00 | 0.3 | $0.00 |
| Morse, Randy | Meet with J. Tanguay (Big Lots) to discuss bankruptcy impacts on SEC filing for Q3. | $0.00 | 0.4 | $0.00 |
| **11/06/2024** | | | | |
| Morse, Randy | Meet with J. Tanguay, S. Raver (Big Lots) to discuss Q3 review plan. | $0.00 | 0.7 | $0.00 |
| Morse, Randy | Continue to work on project planning for Q3. | $0.00 | 0.6 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Financial Statement Audit and Related Services* | | | | |
| 11/07/2024 | | | | |
| Klump, Stephanie | Draft email to J. Schroeder (Big Lots) regarding planning activities for Q3 review and year-end audit procedures. | $0.00 | 0.3 | $0.00 |
| 11/08/2024 | | | | |
| Klump, Stephanie | Prepare analysis of review and audit procedures at the proposed sale closing date. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Work on project planning for Q3. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Plan for audit procedures upon emergence, including opening balance sheet testing, inventory count considerations. | $0.00 | 1.4 | $0.00 |
| Morse, Randy | Continue to plan for audit procedures upon emergence, including opening balance sheet testing, inventory count considerations. | $0.00 | 0.5 | $0.00 |
| 11/11/2024 | | | | |
| Barber, Andrew | Review store inventory count observation procedures in anticipation of January 2024 count attendance. | $0.00 | 1.0 | $0.00 |
| Morse, Randy | Audit planning and fee benchmarking for reemergence as private company / opening balance sheet audit. | $0.00 | 2.0 | $0.00 |
| 11/12/2024 | | | | |
| Barber, Andrew | Meet with R. Morse, M. Parks (Deloitte) for project planning for the Big Lots audit. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Review guidance for opening balance sheet testing for emergence audit preparation. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Meet with M. Parks, A. Barber (Deloitte) for project planning for the Big Lots audit. | $0.00 | 0.6 | $0.00 |
| 11/13/2024 | | | | |
| Barber, Andrew | Meet with T. Gillon (Big Lots) to understand January 2024 store inventory counts scheduled. | $0.00 | 0.5 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Financial Statement Audit and Related Services** | | | | |
| 11/13/2024 | | | | |
| Parks, Martrina | Meet with R. Morse, A. Barber (Deloitte) for project planning for the Big Lots audit. | $0.00 | 0.6 | $0.00 |
| 11/14/2024 | | | | |
| Morse, Randy | Meet with J. Tanguay (Big Lots) to discuss store asset impairment testing considerations. | $0.00 | 0.4 | $0.00 |
| 11/19/2024 | | | | |
| Barber, Andrew | Meet with R. Morse, S. Klump (Deloitte) to analyze planned audit procedures for 2024 as a result of the Company's bankruptcy filing. | $0.00 | 0.6 | $0.00 |
| Klump, Stephanie | Meet with R. Morse (Deloitte), J. Tanguay, S. Raver (Big Lots) to discuss planned audit procedures for 2024 as a result of the Company's bankruptcy filing. | $0.00 | 0.9 | $0.00 |
| Klump, Stephanie | Meet with R. Morse, A. Barber (Deloitte) to analyze planned audit procedures for 2024 as a result of the Company's bankruptcy filing. | $0.00 | 0.6 | $0.00 |
| Morse, Randy | Meet with S. Klump (Deloitte), J. Tanguay, S. Raver (Big Lots) to discuss planned audit procedures for 2024 as a result of the Company's bankruptcy filing. | $0.00 | 0.9 | $0.00 |
| Morse, Randy | Meet with S. Klump, A. Barber (Deloitte) to analyze planned audit procedures for 2024 as a result of the Company's bankruptcy filing. | $0.00 | 0.6 | $0.00 |
| 11/20/2024 | | | | |
| Barber, Andrew | Call with J. Morse, J. Burya (Deloitte) to discuss the bankruptcy proceedings and potential audit plans and impact on IT audit. | $0.00 | 0.3 | $0.00 |
| Burya, James | Call with J. Morse, A. Barber (Deloitte) to discuss the bankruptcy proceedings and potential audit plans and impact on IT audit. | $0.00 | 0.3 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Financial Statement Audit and Related Services** | | | | |
| 11/20/2024 | | | | |
| Klump, Stephanie | Develop plan for inventory count procedures required for the Big Lots audit. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Call with J. Burya, A. Barber (Deloitte) to discuss the bankruptcy proceedings and potential audit plans and impact on IT audit. | $0.00 | 0.3 | $0.00 |
| 11/21/2024 | | | | |
| Barber, Andrew | Review planned procedures for attending distribution center cycle counts. | $0.00 | 1.0 | $0.00 |
| 11/22/2024 | | | | |
| Barber, Andrew | Create workpapers for distribution count cycle count observation. | $0.00 | 1.0 | $0.00 |
| 11/25/2024 | | | | |
| Barber, Andrew | Prepare cycle count observation procedures for December 2024 interim observations. | $0.00 | 2.0 | $0.00 |
| 11/26/2024 | | | | |
| Barber, Andrew | Continue to prepare cycle count observation procedures for December 2024 interim observations. | $0.00 | 2.0 | $0.00 |
| 12/02/2024 | | | | |
| Mallonee, Peyton | Review inventory count instructions prior to attendance at Durant distribution center. | $0.00 | 0.5 | $0.00 |
| 12/03/2024 | | | | |
| Barber, Andrew | Investigate sheet-to-floor selections within inventory compilations. | $0.00 | 1.0 | $0.00 |
| Mallonee, Peyton | Perform inventory observation procedures at Durant distribution center. | $0.00 | 4.1 | $0.00 |
| Mallonee, Peyton | Continue to perform inventory observation procedures at Durant distribution center. | $0.00 | 3.9 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Financial Statement Audit and Related Services*

**12/04/2024**

| | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Barber, Andrew | Review store inventory count procedures from prior year for current year. | $0.00 | 1.0 | $0.00 |
| Klump, Stephanie | Email to J. Tanguay (Big Lots) relating to anticipated sale timing and accounting cut-off procedures at the close date. | $0.00 | 0.3 | $0.00 |
| Klump, Stephanie | Research blackline presentation financial statement examples and email same to J. Tanguay (Big Lots). | $0.00 | 0.8 | $0.00 |
| Klump, Stephanie | Call with J. Tanguay (Big Lots) to discuss accounting requirements for sale date. | $0.00 | 0.5 | $0.00 |

**12/06/2024**

| | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Barber, Andrew | Review Big Lots, Inc. store count listing to identify what stores observation procedures should be performed at in current year. | $0.00 | 1.0 | $0.00 |
| Barber, Andrew | Meet with J. Tangauy (Big Lots) to discuss planned procedures for store inventory counts to be performed in January. | $0.00 | 0.5 | $0.00 |
| Barber, Andrew | Meet with H. Patel (Deloitte) to discuss procedures to be performed at Montgomery Distribution Center inventory observation on 12/12. | $0.00 | 0.5 | $0.00 |
| Barber, Andrew | Perform resource count requests for year-end Big Lots distribution center inventory observations. | $0.00 | 0.2 | $0.00 |
| Patel, Hardik | Meet with A. Barber (Deloitte) to discuss procedures to be performed at Montgomery distribution center inventory observation on 12/12. | $0.00 | 0.5 | $0.00 |

**12/09/2024**

| | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Barber, Andrew | Review inventory count selections provided from P. Mallonee to Company inventory compilations for Durant distribution center. | $0.00 | 0.5 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Financial Statement Audit and Related Services** | | | | |
| 12/11/2024 | | | | |
| Barber, Andrew | Review inventory count selections provided from N. Franchi to Company inventory compilations for Tremont distribution center. | $0.00 | 0.5 | $0.00 |
| Barber, Andrew | Investigate sheet-to-floor selections within inventory compilations. | $0.00 | 2.0 | $0.00 |
| Franchi, Nicholas | Perform inventory observation procedures at Tremont distribution center. | $0.00 | 4.2 | $0.00 |
| Franchi, Nicholas | Continue to perform inventory observation procedures at Tremont distribution center. | $0.00 | 3.8 | $0.00 |
| Morse, Randy | Complete inventory observation workpaper and document selections observed at Durant distribution center. | $0.00 | 1.0 | $0.00 |
| 12/12/2024 | | | | |
| Barber, Andrew | Investigate selections for H. Patel within inventory compilations. | $0.00 | 2.0 | $0.00 |
| Barber, Andrew | Meet with K. Marbury (Big Lots) to discuss additional inventory sheet-to-floor observation selections to be performed at Montgomery distribution center. | $0.00 | 1.0 | $0.00 |
| Barber, Andrew | Meet with N. Kane (Big Lots) to discuss additional inventory sheet-to-floor observation selections to be performed at Montgomery distribution center. | $0.00 | 0.5 | $0.00 |
| Patel, Hardik | Perform inventory observation procedures at Montgomery distribution center. | $0.00 | 5.3 | $0.00 |
| Patel, Hardik | Continue to perform inventory observation procedures at Montgomery distribution center. | $0.00 | 4.7 | $0.00 |
| 12/13/2024 | | | | |
| Barber, Andrew | Make additional SKU selections at various locations for sheet-to-floor and floor-to-sheet observations at Montgomery distribution center. | $0.00 | 0.5 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Financial Statement Audit and Related Services** | | | | |
| 12/16/2024 | | | | |
| Barber, Andrew | Investigate sheet-to-floor selections within inventory compilations. | $0.00 | 1.0 | $0.00 |
| Patel, Hardik | Perform inventory count control walkthrough for cycle count control at Montgomery distribution center on 12/16/2024. | $0.00 | 5.0 | $0.00 |
| 12/18/2024 | | | | |
| Patel, Hardik | Complete inventory observation workpaper and document selections observed at Durant distribution center for inventory observation performed on 12/12/2024. | $0.00 | 1.0 | $0.00 |
| 12/20/2024 | | | | |
| Patel, Hardik | Document inventory control walkthroughs for cycle count control observed at Montgomery distribution center on 12/16/2024. | $0.00 | 2.0 | $0.00 |
| 12/23/2024 | | | | |
| Patel, Hardik | Close review notes related to inventory control walkthroughs documented during observation at Montgomery distribution center on 12/16/2024. | $0.00 | 2.0 | $0.00 |
| Subtotal for Financial Statement Audit and Related Services: | | | 205.2 | $0.00 |
| **Firm Retention** | | | | |
| 09/09/2024 | | | | |
| Morse, Randy | Gather data to prepare for declaration of support for D&T retention. | $0.00 | 0.3 | $0.00 |
| 10/02/2024 | | | | |
| Morse, Randy | Review Deloitte & Touche Retention Declaration. | $0.00 | 0.8 | $0.00 |
| 10/04/2024 | | | | |
| Bihm, Christy | Meet with M. Rothchild, N. Martini, R. Morse (Deloitte) to discuss retention declaration comments and filing process. | $0.00 | 0.5 | $0.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Firm Retention* | | | | |
| 10/04/2024 | | | | |
| Martini, Natalie | Meet with M. Rothchild, C. Bihm, R. Morse (Deloitte) to discuss retention declaration comments and filing process. | $0.00 | 0.5 | $0.00 |
| Morse, Randy | Meet with M. Rothchild, N. Martini, C. Bihm (Deloitte) to discuss retention declaration comments and filing process. | $0.00 | 0.5 | $0.00 |
| 10/11/2024 | | | | |
| Morse, Randy | Review Big Lots bankruptcy filings (motions to reject and approve rejection of leases). | $0.00 | 0.4 | $0.00 |
| 10/21/2024 | | | | |
| Morse, Randy | Review bankruptcy filings (motions to reject and approve rejection of leases) for closed stores support. | $0.00 | 0.4 | $0.00 |
| 10/23/2024 | | | | |
| Morse, Randy | Gather information to respond to comments from US Trustee regarding D&T's retention application. | $0.00 | 0.6 | $0.00 |
| 10/24/2024 | | | | |
| Morse, Randy | Gather information to respond to comments from US Trustee regarding D&T's retention application. | $0.00 | 0.7 | $0.00 |
| 11/08/2024 | | | | |
| Morse, Randy | Meet with M. Rothchild (Deloitte) to discuss bankruptcy billing process. | $0.00 | 0.5 | $0.00 |
| Subtotal for Firm Retention: | | | 5.2 | $0.00 |
| *Preparation of Fee Applications* | | | | |
| 10/28/2024 | | | | |
| Gutierrez, Dalia | Review August fee detail in preparation for the monthly fee application. | $250.00 | 3.9 | $975.00 |
| 10/29/2024 | | | | |
| Gutierrez, Dalia | Continue to review August fee detail in preparation for the monthly fee application. | $250.00 | 3.7 | $925.00 |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Preparation of Fee Applications* | | | | |
| 10/31/2024 | | | | |
| Morse, Randy | Compile information for September monthly fee statement. | $375.00 | 0.6 | $225.00 |
| 11/08/2024 | | | | |
| Gutierrez, Dalia | Review October data in preparation for the monthly fee application. | $250.00 | 4.2 | $1,050.00 |
| 11/14/2024 | | | | |
| Gutierrez, Dalia | Prepare exhibits and charts for the September monthly fee application. | $250.00 | 0.3 | $75.00 |
| 12/02/2024 | | | | |
| McDonald, Carisa | Update the combined monthly fee application for period Sept 9 - October 10. | $275.00 | 1.2 | $330.00 |
| 12/04/2024 | | | | |
| Gutierrez, Dalia | Review November fee detail in preparation for the monthly fee application. | $250.00 | 1.2 | $300.00 |
| 12/16/2024 | | | | |
| Gutierrez, Dalia | Call with A. Barber (Deloitte) regarding November monthly fee application. | $250.00 | 0.2 | $50.00 |
| Gutierrez, Dalia | Review fee detail pertaining to the first monthly fee application. | $250.00 | 0.3 | $75.00 |
| Morse, Randy | Preparation of November monthly fee application. | $375.00 | 0.5 | $187.50 |
| Subtotal for Preparation of Fee Applications: | | | 16.1 | $4,192.50 |
| **Total** | | | **226.5** | **$4,192.50** |

| Adjustment | | | |
|------------|--|--|--|
| Fixed Fee: December 2024 | | | $9,600.00 |
| Fixed Fee: November 2024 | | | $3,700.00 |
| Fixed Fee: October 2024 | | | $22,500.00 |
| Voluntary Reduction | | | ($2,000.00) |
| **Adjustment Subtotal :** | | | **$33,800.00** |
| **Total** | | **226.5** | **$37,992.50** |

# Big Lots, Inc.

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

September 09, 2024 - December 31, 2024

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Morse, Randy | $375.00 | 1.1 | $412.50 |
| McDonald, Carisa | $275.00 | 1.2 | $330.00 |
| Gutierrez, Dalia | $250.00 | 13.8 | $3,450.00 |
| Auyeung, Tungjun | $0.00 | 2.0 | $0.00 |
| Barber, Andrew | $0.00 | 54.3 | $0.00 |
| Bihm, Christy | $0.00 | 0.5 | $0.00 |
| Burya, James | $0.00 | 0.5 | $0.00 |
| Fleming, Matthew | $0.00 | 3.0 | $0.00 |
| Franchi, Nicholas | $0.00 | 8.0 | $0.00 |
| Klump, Stephanie | $0.00 | 21.5 | $0.00 |
| Mallonee, Peyton | $0.00 | 8.5 | $0.00 |
| Martini, Natalie | $0.00 | 10.9 | $0.00 |
| Morse, Randy | $0.00 | 57.8 | $0.00 |
| Parks, Martrina | $0.00 | 12.3 | $0.00 |
| Patel, Hardik | $0.00 | 20.5 | $0.00 |
| Ponton, Mindy | $0.00 | 2.0 | $0.00 |
| Rollinson, Melissa | $0.00 | 4.4 | $0.00 |
| Shrestha, Sinza | $0.00 | 1.5 | $0.00 |
| Sullivan, Michael | $0.00 | 0.5 | $0.00 |
| Tomford, Zachary | $0.00 | 2.2 | $0.00 |
| Fixed Fee: December 2024 | | | $9,600.00 |
| Fixed Fee: November 2024 | | | $3,700.00 |
| Fixed Fee: October 2024 | | | $22,500.00 |
| Voluntary Reduction | | | ($2,000.00) |
| **Total** | | **226.5** | **$37,992.50** |