**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BIG LOTS, INC., *et al.*, | ) | |
| | ) | Case No.:  24-11967 (JKS) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF CLAIM NO. 8487**

PLEASE TAKE NOTICE that Claim Number 8487, in the amount of $84.83, filed by

Madison County, Alabama on March 14, 2025, and as further described in the attached Claim

Withdrawal Form, is hereby withdrawn.

Respectfully submitted this 6th day of June, 2025.

/s/ J. Jeffery Rich
J. Jeffery Rich
County Attorney
Madison County, Alabama
100 Northside Square, Suite 700
Huntsville, Alabama 35801
Telephone: 256.519.2061
Email: jrich@madisoncountyal.gov

## United States Bankruptcy Court, District of Delaware

### Fill in this information to identify the case (Select only one Debtor per claim form):

| | | |
|---|---|---|
| ☐ Big Lots, Inc. (Case No. 24-11967) | ☐ Big Lots Stores, LLC (Case No. 24-11973) | ☐ GAFDC LLC (Case No. 24-11977) |
| ☐ AVDC, LLC (Case No. 24-11981) | ☐ BLBO Tenant, LLC (Case No. 24-11972) | ☐ Great Basin, LLC (Case No. 24-11966) |
| ☑ Big Lots eCommerce LLC (Case No. 24-11980) | ☐ Broyhill LLC (Case No. 24-11971) | ☐ INFDC, LLC (Case No. 24-11983) |
| ☐ Big Lots F&S, LLC (Case No. 24-11984) | ☐ Closeout Distribution, LLC (Case No. 24-11978) | ☐ PAFDC LLC (Case No. 24-11982) |
| ☐ Big Lots Management, LLC (Case No. 24-11969) | ☐ Consolidated Property Holdings, LLC (Case No. 24-11968) | ☐ WAFDC, LLC (Case No. 24-11979) |
| ☐ Big Lots Stores - CSR, LLC (Case No. 24-11976) | ☐ CSC Distribution LLC (Case No. 24-11974) | |
| ☐ Big Lots Stores - PNS, LLC (Case No. 24-11970) | ☐ Durant DC, LLC (Case No. 24-11975) | |

## Claim Withdrawal Form

### Part 1:   Identify the Claim

**Creditor Name and Address:**

Madison County, Alabama - Madison County Sales Tax Department
Name

100 Northside Square, Suite 700
Address

Huntsville                    AL                    35801
City                    State                    Zip Code

Contact Phone: 2565192061

Contact Email: jrich@madisoncountyal.gov

**Claim Number (if known):**

8487

**Date Claim Filed:**

03/14/2025
(mm/dd/yyyy)

**Total Amount of Claim Filed:**

$84.83

### Part 2:   Sign Below

**The person completing this form must sign and date it.**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Executed on date    06/06/2025
                              (mm/dd/yyyy)

/s/ J. Jeffery Rich
Signature

John Jeffery Rich
Print Name

County Attorney
Title (if applicable)

## DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

Big Lots, Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Or by email to:
BiglotsInfo@ra.kroll.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6, 2025, a copy of the foregoing document was served via the Court's CM/ECF System on all parties registered to receive such notice for this case, including the following:

Linda J. Casey
Office of United States Trustee
Linda.Casey@usdoj.gov

Benjamin Joseph Steele
Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
bsteele@primeclerk.com

David S. Bloomfield
Porter Wright Morris & Arthur LLP
dbloomfield@porterwright.com

Matthew R. Brock
Davis Polk & Wardwell LLP
matthew.brock@davispolk.com

Vincent Cahill
Davis Polk & Wardwell LLP
vincent.cahill@davispolk.com

James McClammy
Davis Polk & Wardwell LLP
james.mcclammy@davispolk.com

Jonah Peppiatt
Davis Polk & Wardwell LLP
jonah.peppiatt@davispolk.com

Stephen D. Piraino
Davis Polk & Wardwell LLP
stephen.piraino@davispolk.com

Brian M. Resnick
Davis Polk & Wardwell LLP
brian.resnick@davispolk.com

Adam L. Shpeen
Davis Polk & Wardwell LLP
adam.shpeen@davispolk.com

Ethan Stern
Davis Polk & Wardwell LLP
ethan.stern@davispolk.com

Kevin L. Winiarski
Davis Polk & Wardwell LLP
kevin.winiarski@davispolk.com

Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
dbutz@mnat.com

Robert J. Dehney
Morris, Nichols, Arsht & Tunnell LLP
rdehney@morrisnichols.com

Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
aremming@mnat.com

Sophie Rogers Churchill
Morris, Nichols, Arsht & Tunnell LLP
srchurchill@morrisnichols.com

Casey Sawyer
Morris, Nichols, Arsht & Tunnell LLP
csawyer@morrisnichols.com

Brianna Turner
Morris, Nichols, Arsht & Tunnell LLP
bturner@morrisnichols.com

/s/ J. Jeffery Rich