Docusign Envelope ID: 82DFFBD6-6B15-49D0-B90B-40173E001173

**Change of Address**

UNITED STATES BANKRUPTCY COURT

District of Delaware

In re:
Big Lots, Inc., et al
Case Number: 24-11967                                    )
                                                         )        Chapter 11 Proceeding
                                    Debtor.              )
_____                 )

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Fusion Furniture, Inc., a Creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor, the Trustee, the Court, and any representatives (including the claims and distribution agent appointed in these cases) to change its address for purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

## Former Address

Fusion Furniture, Inc.
PO BOX 734183
DALLAS, TX 75373

## New Address

Fusion Furniture, Inc.
c/o TRC Master Fund LLC
P.O. Box 633
Woodmere, NY 11598
516-255-1801

Fusion Furniture, Inc.

Name: _____Andrew Wellinghoff_____

Signature: _____

Date: ____6/9/2025_____