The United States Bankruptcy Court for

The District of Delaware

824 N Market St

3rd Floor

Wilmington, DE 19801

Big Lots Case No. 24-11967



Honorable J. Kate Stickles,

My name is Timothy Dudkewic, and I am writing to express my profound concern and disappointment regarding the inclusion of my lawsuit against Big Lots within their bankruptcy proceedings. I believe it is fundamentally unjust that a large corporation, through negligence, can inflict severe and lasting injuries upon an individual and then evade responsibility by utilizing bankruptcy as a shield. The court's apparent allowance of this situation is deeply troubling.

I would like to share the details of my experience to illustrate the devastating impact this has had on my life and the lives of my family.

On June 6, 2021, shortly after the height of the COVID-19 pandemic, my family and I visited the Big Lots store in Port Orange, Florida, in search of furniture. We were informed that Big Lots was one of the few stores with furniture in stock. My wife noticed a sectional she liked, and I noticed a recliner that matched the sectional perfectly. I sat in the recliner and pulled the wooden lever to recline it. Immediately, the chair collapsed on the right side, causing significant injury to my mid-back.

A manager completed an accident report. While I was in pain, it did not initially seem severe enough to warrant an ambulance. After leaving the store, my arms and hands began to feel numb and tingly. █████████████████████████████████████

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████



In conclusion, due to Big Lots' negligence, my life has been irreparably altered. I am unable to work, and because of my extended absence from the workforce, I do not qualify for disability benefits. Moreover, I am ineligible for disability subsidies due to assets in my name. At 60 years old, I am still two years away from receiving Social Security benefits. My wife, who is 69, is forced to work full-time to support our household, denying her the retirement she deserves. It is profoundly unfair that Big Lots' negligence has caused such significant hardship to my family.

I was informed last week that, because of the bankruptcy stay, my case is now considered worthless, as my attorney cannot litigate in the Delaware bankruptcy court without being a member of the Delaware bar. I have contacted other attorneys, but none are willing to take my case.

I implore you to consider the injustice of this situation. How can a corporation of this size be permitted to evade responsibility for the devastating consequences of its negligence? I urge you to examine this matter closely and consider the profound impact this bankruptcy is having on individuals like me who have been harmed by Big Lots' actions.

Thank you for your time. I do understand you are very busy, and my family and I Thank You for working so hard to make America Great Again!!!!!!

Please help if there is anything you can do!

Sincerely,

Timothy Dudkewic