**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 2633** |

**CERTIFICATION OF COUNSEL REGARDING ORDER SUSTAINING DEBTORS' FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO REDUCED AMOUNT TAX CLAIMS PURSUANT TO 11 U.S.C. §§ 502 AND 505, FED. R. BANKR. P. 3007 AND DEL. L.R. 3007-1**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certify as follows:

1. On April 23, 2025, the Debtors filed the *Debtors' First Omnibus Objection (Substantive) to Reduced Amount Tax Claims Pursuant to 11 U.S.C. §§ 502 and 505, Fed. R. Bankr. P. 3007 and Del L.R. 3007-1* [D.I. 2633] (the "**First Omnibus Objection**").

2. The deadline to file responses to the relief requested in the First Omnibus Objection was May 14, 2025, at 4:00 p.m. (ET) (the "**Response Deadline**").

3. On May 21, 2025, certain Texas taxing authorities represented by (i) Linebarger Goggan Blair & Sampson, LLP (the "**Linebarger Claimants**"), and (ii) Perdue, Brandon, Fielder, Collins & Mott, L.L.P. (the "**Perdue Claimants**"), filed responses to the First

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Omnibus Objection relating to every claim that is the subject of the First Omnibus Objection with the exception of claim nos. 3770, 2996, and 2997.

4. The Debtors are working to resolve the Linebarger Claimants' and Perdue Claimants' responses consensually and have agreed on a reduced claim amount for claim nos. 1729 and 1650. The parties are continuing to work toward resolutions of the remaining objections.

5. Accordingly, the Debtors have revised the proposed order to sustain the First Omnibus Objection with respect to claim nos. 1729, 1650, 3770, 2996, and 2997. A copy of the proposed form of order is attached hereto as **Exhibit A**. Counsel for claimant nos. 1729 and 1650 have reviewed the proposed form of order and do not object to its entry.

6. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit B** is a redline of the revised proposed order against the proposed order that was filed with the First Omnibus Objection.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed form of order at its earliest convenience.

[*Remainder of page left intentionally blank*]

Dated: June 11, 2025
Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ *Sophie Rogers Churchill*
        Robert J. Dehney, Sr. (No. 3578)
        Andrew R. Remming (No. 5120)
        Daniel B. Butz (No. 4227)
        Sophie Rogers Churchill (No. 6905)
        Brianna N. V. Turner (No. 7468)
        1201 N. Market Street, 16th Floor
        Wilmington, DE 19801
        Tel: (302) 658-9200
        rdehney@morrisnichols.com
        aremming@morrisnichols.com
        dbutz@morrisnichols.com
        srchurchill@morrisnichols.com
        bturner@morrisnichols.com

        *-and-*

        DAVIS POLK & WARDWELL LLP

        Brian M. Resnick (admitted *pro hac vice*)
        Adam L. Shpeen (admitted *pro hac vice*)
        Stephen D. Piraino (admitted *pro hac vice*)
        Ethan Stern (admitted *pro hac vice*)
        Kevin L. Winiarski (admitted *pro hac vice*)
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000
        brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        stephen.piraino@davispolk.com
        ethan.stern@davispolk.com
        kevin.winiarski@davispolk.com

        *Counsel to the Debtors and Debtors in Possession*