IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

¹The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: June 6, 2025

                                                     */s/ Thomas Evangelista*
                                                     Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 6, 2025, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2600 | Fortune Bonus Wooden Limited and Hsien Yang Industries (Viet Nam) Co., Ltd. Lot 1, Road 6, Tam Phuoc Industries Park Bien Hoa City, Dong Nai Province 76133 Vietnam | CRG Financial LLC Attn: Robert Axenrod 84 Herbert Ave. Building B - Suite 202 Closter, NJ 07624 | May 30, 2025 |
| 2604 | Lords Rocks LLC 766 Shrewsbury Ave Suite 403 Tinton Falls, NJ 07724 | CRG Financial LLC Attn: Robert Axenrod 84 Herbert Ave. Building B - Suite 202 Closter, NJ 07624 | May 30, 2025 |
| 2605 | MP Sales Inc. 1208 RT 34 Suite # T1B Aberdeen, NJ 07747 | CRG Financial LLC Attn: Robert Axenrod 84 Herbert Ave. Building B - Suite 202 Closter, NJ 07624 | May 30, 2025 |
| 2776 | Azzure Home Inc Attn: Laurie Benamo 141 West 36th Street, Suite 901 New York, NY 10018 | National Union Fire Insurance Company of Pittsburgh PA c/o Adam L. Rosen PLLC Attn: Adam L. Rosen 1051 Port Washington Blvd. PO Box 552 Port Washington, NY 11050 | May 30, 2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2778 | Godinger Silver Art Co Ltd.<br>Attn: Sol Lefkowitz<br>63-15 Traffic Ave.<br>Ridgewood, NY 11385 | National Union Fire Insurance Company of Pittsburgh PA<br>c/o Adam L. Rosen PLLC<br>Attn: Adam L. Rosen<br>1051 Port Washington Blvd.<br>PO Box 552<br>Port Washington, NY 11050 | May 30, 2025 |
| 2780 | Godinger Silver Art Co Ltd.<br>Attn: Sol Lefkowitz<br>63-15 Traffic Ave.<br>Ridgewood, NY 11385 | National Union Fire Insurance Company of Pittsburgh PA<br>c/o Adam L. Rosen PLLC<br>Attn: Adam L. Rosen<br>1051 Port Washington Blvd.<br>PO Box 552<br>Port Washington, NY 11050 | May 30, 2025 |
| 2787 | Pacific Home & Garden, Inc.<br>5252 Snapfinger Woods Dr<br>Decatur, GA 30035<br><br>Pacific Home & Garden, Inc.<br>Attn: Kevin Wei Ming Xu<br>705 Carlton Ave<br>Stockton, CA 95203 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | May 30, 2025 |