# Schedule 1

## Schedule of Rejected Contracts and Leases

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | ZIP | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Great Basin, LLC | Spireon, Inc. | 9724 Kingston Pike, #800 | Knoxville | TN | 37922 | USA | Subscription Service Agreement | 3/31/2025 |
| 2 | Great Basin, LLC | Spireon, Inc. | 12345 S. 123rd Street | Los Angeles | CA | 90001 | USA | Pilot Program Agreement | 3/31/2025 |
| 3 | Big Lots, Inc. | Spireon | 16802 Aston Sacal | Irvine | CA | 92606 | USA | Standard Purchase Option Order Form | 3/31/2025 |