## Schedule 1

**42nd Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | DSD Partners | 14360 Sommerville Ct | Midlothian | VA | 23113 | USA | Confidentiality Agreement | 12/31/2024 |
| 2 | Big Lots, Inc. | DSD Partners | 14360 Sommerville Ct | Midlothian | VA | 23113 | USA | Service Agreement | 12/31/2024 |
| 3 | Big Lots, Inc. | DSD PARTNERS, INC. | 14360 Sommerville Ct | Midlothian | VA | 23113 | USA | Amendment to Professional Services Agreement | 12/31/2024 |
| 4 | Big Lots, Inc. | DSD Partners, Inc. | 14360 Sommerville Ct | Midlothian | VA | 23113 | USA | Amendment to Professional Services Agreement | 12/31/2024 |
| 5 | Big Lots, Inc. | DSD Partners, Inc. | 14360 Sommerville Ct | Midlothian | VA | 23113 | USA | Professional Services Agreement | 12/31/2024 |
| 6 | Big Lots, Inc. | DSD Partners, LLC | 14360 Sommerville Ct | Midlothian | VA | 23113 | USA | Amendment to Agreement | 12/31/2024 |