## Schedule 7

**48th Schedule of Rejected Contracts and Leases**

## Schedule 7

**48th Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | MEDITERRANEAN SHIPPING COMPANY S.A. | 40, Avenue Eugène Pittard | Genève | GE | | Switzerland | Service Contract | 3/31/2025 |
| 2 | Big Lots, Inc. | MEDITERRANEAN SHIPPING COMPANY S.A. | 40, Avenue Eugène Pittard | Genève | GE | | Switzerland | Service Contract | 3/31/2025 |
| 3 | Big Lots, Inc. | MEDITERRANEAN SHIPPING COMPANY S.A. | 40, Avenue Eugène Pittard | Genève | GE | | Switzerland | Service Contract | 3/31/2025 |
| 4 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | Geneva | | Switzerland | Service Contract | 3/31/2025 |
| 5 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | GE | | Switzerland | Service Contract | 3/31/2025 |
| 6 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | GE | 1206 | Switzerland | Service Contract | 3/31/2025 |
| 7 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | GE | 1206 | Switzerland | Service Contract | 3/31/2025 |
| 8 | Big Lots, Inc. | Micro Focus Software Inc. | 1800 Novell Pl | Provo | UT | 84606-6101 | USA | Services Agreement | 3/31/2025 |
| 9 | Big Lots Stores, LLC | Mobile Mini, Inc. | Suite 400, 4646 E Van Buren Street | Phoenix | AZ | 85008 | USA | Master Equipment Lease Agreement | 3/31/2025 |
| 10 | Big Lots, Inc. | mobile mini, Inc. | Suite 400, 4646 E Van Buren Street | Phoenix | AZ | 85008 | USA | Master Equipment Lease Agreement | 3/31/2025 |
| 11 | Big Lots, Inc. | MSC Mediterranean Shipping Company S.A. | 40, Ave Eugene Pittard | Geneva | GE | 1206 | Switzerland | Service Contract | 3/31/2025 |
| 12 | Big Lots, Inc. | MTI Inc. | 580 DIVISION STREET | ELIZABETH | NJ | 07201-2003 | USA | Services Agreement | 3/31/2025 |
| 13 | Big Lots, Inc. | MXD Group, Inc. | 7795 Walton Parkway | New Albany | OH | 43054 | USA | Second Amendment to Transportation & Delivery Services Agreement | 3/31/2025 |
| 14 | Big Lots, Inc. | MXD GROUP, Inc. | 7795 Walton Parkway | New Albany | OH | 43054 | USA | Transportation and Delivery Services Agreement | 3/31/2025 |
| 15 | Big Lots, Inc. | MXD Group, Inc. | 7795 Walton Parkway | New Albany | OH | 43054 | USA | Statement of Work for Hub and Spoke Logistics Pilot | 3/31/2025 |
| 16 | Big Lots, Inc. | MXD Group, Inc. | 7795 Walton Parkway | New Albany | OH | 43054 | USA | Letter of Understanding for Transportation and Delivery Services | 3/31/2025 |
| 17 | Big Lots eCommerce LLC | MXD Group, Inc. | 7795 Walton Parkway | New Albany | OH | 43054 | USA | Statement of Work for Transportation and Delivery Services | 3/31/2025 |
| 18 | Big Lots Stores, LLC | NAS RECRUITMENT INNOVATION, INC. | PO BOX 781315 | PHILADELPHIA | PA | 17178-1315 | USA | Amendment to Scope of Work for ACTIVATE Renewal | 3/31/2025 |
| 19 | Big Lots, Inc. | NewEnergy | 350 South Grand Avenue, Suite 2950 | Los Angeles | CA | 90071 | USA | Pricing Schedule under Master Electricity Supply Agreement | 3/31/2025 |
| 20 | Big Lots, Inc. | NRG Energy, Inc. | 910 Louisiana | Houston | TX | 77002 | USA | Confidentiality Agreement | 3/31/2025 |
| 21 | Big Lots, Inc. | NRG Energy, Inc. | 910 Louisiana | Houston | TX | 77002 | USA | Confidentiality Agreement | 3/31/2025 |
| 22 | Big Lots, Inc. | NRG Energy, Inc. | 910 Louisiana | Houston | TX | 77002 | USA | Guaranty Agreement | 3/31/2025 |
| 23 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 24 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 25 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 26 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 27 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 28 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 29 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Service Contract | 3/31/2025 |
| 30 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 31 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 32 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 33 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 34 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 35 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 36 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 37 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 38 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Service Contract | 3/31/2025 |
| 39 | Big Lots Stores, LLC | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 40 | Big Lots, Inc. | Ocean Network Express Pte. Ltd. | 8730 Stony Point Parkway | Richmond | VA | 23235 | USA | Service Contract | 3/31/2025 |
| 41 | Consolidated Property Holdings, LLC | OOCL | 4141 Hacienda Drive | Pleasanton | CA | 94588 | USA | Amendment to Service Contract | 3/31/2025 |
| 42 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 43 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 44 | Big Lots, Inc. | Orient Overseas Container Line Limited | 3 L/F, Harbour Centre | Wanchai | Hong Kong | | Hong Kong | Service Contract | 3/31/2025 |
| 45 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 46 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 47 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | Hong Kong | IP10 ONE | U.K. | Confidentiality Agreement | 3/31/2025 |
| 48 | Big Lots, Inc. | Orient Overseas Container Line Limited | 3 L/F, Harbour Centre | Wanchai | Hong Kong | | Hong Kong | Service Contract | 3/31/2025 |
| 49 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 50 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Wanchai | | | Hong Kong | Service Contract | 3/31/2025 |
| 51 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 52 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F. Hachour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 53 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 54 | Big Lots, Inc. | Orient Overseas Container Line Limited | 3/F, Harbour Contre Wanchal | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 55 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 56 | Big Lots, Inc. | Orient Overseas Container Line Limited | 3M/F, Harbour Centre | Hong Kong | | | Hong Kong | Service Contract | 3/31/2025 |
| 57 | Big Lots, Inc. | Orient Overseas Container Line Limited | 3 L/F, Harbour Centre | Wanchai | Hong Kong | | | Amendment to Service Contract | 3/31/2025 |
| 58 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 59 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 60 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 61 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 62 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 63 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Service Contract | 3/31/2025 |
| 64 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 65 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre | Wanchai | Hong Kong | | | Amendment to Service Contract | 3/31/2025 |
| 66 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 67 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai, Hong Kong | Wanchai | Hong Kong | | | Service Contract | 3/31/2025 |
| 68 | Big Lots, Inc. | Orient Overseas Container Line Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Service Contract for Container Transportation | 3/31/2025 |
| 69 | Consolidated Property Holdings, LLC | Orient Overseas Container Line Limited | 31/F, Harbour Centre Wanchai | Hong Kong | | | Hong Kong | Service Contract | 3/31/2025 |
| 70 | Big Lots Stores, LLC | Orient Overseas Container Line Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 71 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 72 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 73 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 74 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Hong Kong | | | United Kingdom | Ocean Carrier Service Contract | 3/31/2025 |
| 75 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 76 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | Hong Kong | | | Amendment to Service Contract | 3/31/2025 |
| 77 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 78 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |

3

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 79 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 80 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 81 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 82 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 83 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 84 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 85 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 86 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 87 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 88 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 89 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 90 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 91 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 92 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 93 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 94 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 95 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Service Contract | 3/31/2025 |
| 96 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 97 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre | Wanchai | N/A | N/A | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 98 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 99 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 100 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |