## Schedule 8

**49th Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 2 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | United Kingdom | Amendment to Service Contract | 3/31/2025 |
| 3 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 4 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | Hong Kong | | | Ocean Carrier Service Contract | 3/31/2025 |
| 5 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 6 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 7 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 8 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 9 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 10 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 11 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | Hong Kong | | United Kingdom | Amendment to Service Contract | 3/31/2025 |
| 12 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 13 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 14 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 15 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 16 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 17 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 18 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 19 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 20 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 21 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 22 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 23 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | United Kingdom | Amendment to Service Contract | 3/31/2025 |
| 24 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 25 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 26 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | Hong Kong | | Hong Kong | Service Contract | 3/31/2025 |
| 27 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 28 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 29 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | Hong Kong | | Hong Kong | Amendment to Service Contract | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 31 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 32 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 33 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 34 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 35 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 36 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 37 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 38 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 39 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 40 | Big Lots Stores, LLC | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai, Hong Kong | Wanchai | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 41 | Consolidated Property Holdings, LLC | Orient Overseas Container Line, Inc., and Orient Overseas Container Line (UK) Ltd. | Hong Kong/Taiwan/Korea | Roanoke | VA | | USA | Amendment to Service Contract | 3/31/2025 |
| 42 | Big Lots Stores, LLC | Orient Overseas Container Line, Inc., and Orient Overseas Container Line (UK) Ltd. | Hong Kong/Taiwan/Korea | Roanoke | VA | | USA | Maritime | 3/31/2025 |
| 43 | Big Lots, Inc. | Orient Overseas Container Line Limited and OOCL (Europe) Limited | 31/F, Harbour Centre, Wanchai | Hong Kong | | | Hong Kong | Amendment to Service Contract | 3/31/2025 |
| 44 | Big Lots, Inc. | Pappas Trucking LLC | 1890 WILLIAMS RD | COLUMBUS | OH | 43207-5113 | USA | Services Agreement | 3/31/2025 |
| 45 | Big Lots eCommerce LLC | PayPal, Inc. | 2211 N. 1st Street | San Jose | CA | 95131 | USA | Addendum to Merchant Agreement for Pay Later Suite | 3/31/2025 |
| 46 | Big Lots Stores, LLC | PayPal, Inc. | 12312 E. 1st St. | San Jose | CA | 95131 | USA | Payment processor | 3/31/2025 |
| 47 | Big Lots eCommerce LLC | PayPal, Inc. | 2211 North First Street | San Jose | CA | 95131 | USA | Merchant Agreement | 3/31/2025 |
| 48 | Big Lots, Inc. | PayPal, Inc. | 12312 Port Grace Blvd | La Vista | NE | 68128 | USA | Nondisclosure Agreement | 3/31/2025 |
| 49 | Big Lots eCommerce LLC | PayPal, Inc. | 2211 N. 1st Street | San Jose | CA | 95131 | USA | Marketing Program Addendum | 3/31/2025 |
| 50 | Big Lots, Inc. | PayPal, Inc. | 12312 E. 1st St. | San Jose | CA | 95131 | USA | Confidentiality Agreement | 3/31/2025 |
| 51 | Big Lots, Inc. | Peabody Landscape | 2253 Dublin Road | Columbus | OH | 43228 | USA | Landscape Maintenance Agreement | 3/31/2025 |
| 52 | Big Lots Stores, LLC | Peabody Landscape Group | 4900 Dublin Granville Rd. | Westerville | OH | 43081 | USA | Statement of Work for Landscaping Services | 3/31/2025 |
| 53 | Big Lots, Inc. | Peabody Landscape Group | 2253 Dublin Rd. | Columbus | OH | 43228 | USA | Master Services Agreement | 3/31/2025 |
| 54 | Big Lots Stores, LLC | Peabody Landscape Group | 2253 Dublin Road | Columbus | OH | 43228 | USA | Service Proposal | 3/31/2025 |
| 55 | Big Lots Stores, LLC | Peabody Landscape Group | 2253 Dublin Road | Columbus | OH | 43228 | USA | Service Proposal | 3/31/2025 |
| 56 | Big Lots, Inc. | Peabody Landscape Group | 2253 Dublin Rd. | Columbus | OH | 43228 | USA | Landscape Maintenance Agreement | 3/31/2025 |
| 57 | Big Lots, Inc. | Peabody Landscape Group | 2253 Dublin Road | Columbus | OH | 43228 | USA | Landscape Maintenance Proposal | 3/31/2025 |
| 58 | Big Lots, Inc. | Peabody Landscape Group | 2253 Dublin Rd. | Columbus | OH | 43228 | USA | Snow Removal Services Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 59 | Big Lots, Inc. | Peabody Landscape Group | 450 Phillipi Road | Columbus | OH | 43228 | USA | Landscape Maintenance Proposal | 3/31/2025 |
| 60 | Big Lots, Inc. | Peabody Landscape Group | 450 Phillipi Road | Columbus | OH | 43228 | USA | Snow Removal Proposal | 3/31/2025 |
| 61 | Big Lots, Inc. | Peabody Landscape Group | 450 Phillipi Road | Columbus | OH | 43228 | USA | Snow Removal Services Agreement | 3/31/2025 |
| 62 | Big Lots, Inc. | Peabody Landscape Group | 450 Phillipi Road | Columbus | OH | 43228 | USA | Landscape Maintenance Agreement | 3/31/2025 |
| 63 | Big Lots, Inc. | PENSKE Logistics | Rt. 10 Green Hills | Reading | PA | 19607 | USA | Confidentiality Agreement | 3/31/2025 |
| 64 | CSC Distribution LLC | Penske Logistics | Rt. 10 Green Hills | Reading | PA | 19607 | USA | Motor Vehicle Bill of Sale / Odometer (Mileage) Statement | 3/31/2025 |
| 65 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Schedule A Store Delivery Services and Rates | 3/31/2025 |
| 66 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Store Delivery Services Agreement | 3/31/2025 |
| 67 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Yard Services and Rates Agreement | 3/31/2025 |
| 68 | Big Lots, Inc. | Penske Logistics LLC | Route 10 and Pheasant Road | Reading | PA | 19607 | USA | Transportation Agreement | 3/31/2025 |
| 69 | Big Lots, Inc. | PENSKE LOGISTICS LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Termination of Lease and Purchase Agreement | 3/31/2025 |
| 70 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Services Agreement | 3/31/2025 |
| 71 | Big Lots, Inc. | Penske Logistics LLC | 3000 Auburn Drive | Beachwood | OH | 44122 | USA | Software Purchase and Sale Agreement | 3/31/2025 |
| 72 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Supplement to Transportation Agreement | 3/31/2025 |
| 73 | Big Lots, Inc. | Penske Logistics LLC | Route 10 Green Hills, P.O. Box 296 | Reading | PA | 19603 | USA | Amendment to Transportation Agreement | 3/31/2025 |
| 74 | Big Lots, Inc. | Penske Logistics LLC | Rt. 10 and Pheasant Road | Reading | PA | 19607 | USA | Transportation Agreement | 3/31/2025 |
| 75 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Transportation Agreement | 3/31/2025 |
| 76 | Big Lots, Inc. | Penske Logistics LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Transportation Agreement | 3/31/2025 |
| 77 | Big Lots, Inc. | PENSKE LOGISTICS LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Transportation Agreement | 3/31/2025 |
| 78 | Big Lots, Inc. | PENSKE LOGISTICS LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Transportation Agreement | 3/31/2025 |
| 79 | Big Lots, Inc. | PENSKE LOGISTICS LLC | 12434 Fourth Street | Rancho Cucamonga | CA | 91730 | USA | Transportation Agreement | 3/31/2025 |
| 80 | Big Lots, Inc. | Penske Logistics LLC | 2855 Selma Highway | Montgomery | AL | 36108 | USA | Transportation Agreement | 3/31/2025 |
| 81 | Big Lots, Inc. | Penske Logistics LLC | Penske Logistics Route 10 - Green Hills, PO Box 563 | Reading | PA | 19603-0563 | USA | Transportation Agreement | 3/31/2025 |
| 82 | Consolidated Property Holdings, LLC | Penske Logistics, Inc. | Route 10-Green Hills | Reading | PA | 19603 | USA | Transportation Agreement | 3/31/2025 |
| 83 | Consolidated Property Holdings, LLC | Penske Logistics, Inc. | Route 10-Green Hills | Reading | PA | 19603 | USA | Transportation Agreement | 3/31/2025 |
| 84 | Consolidated Property Holdings, LLC | Penske Logistics, Inc. | Route 10-Green Hills PO Box 563 | Reading | PA | 19603 | USA | Amendment to Contract Carrier Agreement | 3/31/2025 |
| 85 | Consolidated Property Holdings, LLC | Penske Logistics, Inc. (f/k/a Leaseway Customized Transport, Inc.) | Route 10 Green Hills | Reading | PA | 19603 | USA | Amendment to Contract Carrier Agreement | 3/31/2025 |
| 86 | Great Basin, LLC | Penske Truck Leasing | Route 10 Green Hills | Reading | PA | 19603 | USA | Vehicle Maintenance Agreement | 3/31/2025 |
| 87 | Great Basin, LLC | Penske Truck Leasing | Route 10 Green Hills | Reading | PA | 19603 | USA | Vehicle Maintenance Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 88 | Great Basin, LLC | Penske Truck Leasing | Route 10 Green Hills | Reading | PA | 19603 | USA | Vehicle Maintenance Agreement | 3/31/2025 |
| 89 | Great Basin, LLC | Penske Truck Leasing | Route 10 Green Hills | Reading | PA | 19603 | USA | Vehicle Maintenance Agreement | 3/31/2025 |
| 90 | Great Basin, LLC | Penske Truck Leasing Co., L.P. | P.O. Box 563 | Reading | PA | 19603-0563 | USA | Vehicle Maintenance Agreement | 3/31/2025 |
| 91 | Great Basin, LLC | PENSKE TRUCK LEASING CO., L.P. | P.O. Box 563 | Reading | PA | 19603-0563 | USA | Vehicle Maintenance Agreement | 3/31/2025 |
| 92 | Big Lots, Inc. | Pittsburg Tank | PO BOX 1849 | HENDERSON | KY | 42419-1849 | US | Services Agreement | 3/31/2025 |
| 93 | Durant DC, LLC | Presto-X-Company | 1125 Bershire Boulevard | Reading | PA | 19610 | USA | Termination Notice | 3/31/2025 |
| 94 | Durant DC, LLC | Presto-X-Company | 1915 Peters Rd. #207 | Irving | Texas | 75061 | USA | Pest Management Service Agreement | 3/31/2025 |
| 95 | Big Lots, Inc. | ProData Computer Service, Inc. | 18881 W Dodge Rd Ste 220W | Omaha | NE | 68022 | USA | Services Agreement | 3/31/2025 |
| 96 | Big Lots Stores, LLC | Prodata Computer Services, Inc. | 18881 WEST DODGE ROAD SUITE 220W | OMAHA | NE | 68022 | USA | Services Agreement | 3/31/2025 |
| 97 | Big Lots Stores, LLC | project44, Inc. | 1234 Example St. | Columbus | OH | 43215 | USA | Statement of Work for Carrier Integration | 3/31/2025 |
| 98 | Big Lots Stores, LLC | project44, Inc. | 1234 Example St. | Columbus | OH | 43215 | USA | Data Security Addendum | 3/31/2025 |
| 99 | Big Lots Stores, LLC | project44, LLC | 1234 Example St. | Columbus | OH | 43215 | USA | Order Q-33217 under Main Service Agreement | 3/31/2025 |
| 100 | Big Lots, Inc. | Proofpoint | 4900 East Dublin Granville Rd. | Columbus | OH | | USA | Partner Change Request | 3/31/2025 |