**Schedule 10**

**51st Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 300 Philip Road | Columbus | OH | 43228 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 2 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 3 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | Toll Global Forwarding (USA) Inc., 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 4 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 5 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 6 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 300 Philip Road | Columbus | OH | 43228 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 7 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 300 Philip Road | Columbus | OH | 43228 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 8 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, TOWER 1, EVER GAIN PLAZA, 88 CONTAINER PORT ROAD | Kwai Chung | Hong Kong | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 9 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 14/F, TOWER 1, EVER GAIN PLAZA, 88 CONTAINER PORT ROAD, NEW TERRITORIES, KWAI CHUNG, HONG KONG | Kwai Chung | N/A | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 10 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Distribution and Transportation Services Agreement | 3/31/2025 |
| 11 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road | Kowloon | Hong Kong | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 12 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay | Kowloon Bay | | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 13 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road | Kowloon | | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 14 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong | Kowloon Bay | Kowloon | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 15 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong | Kowloon Bay | HK | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 16 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong | Kowloon Bay | | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 17 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong | Kowloon Bay | | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 18 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong | Kowloon Bay | HK | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 19 | Big Lots, Inc. | Toll Global Forwarding (Hong Kong) Limited | 12/F, Tower II, Enterprise Square, 9 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong | Kowloon | HK | | Hong Kong | NVOCC Service Arrangement | 3/31/2025 |
| 20 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 21 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 22 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 23 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 24 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 25 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 26 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | Ocean Carrier Service Contract | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 27 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | Amended NVOCC Service Arrangement | 3/31/2025 |
| 28 | Big Lots, Inc. | Toll Global Forwarding (USA) Inc. | 150-15 183rd Street | Springfield Gardens | NY | 11413 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 29 | Big Lots Stores, LLC | Toll Global Forwarding (USA), Inc | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 30 | Big Lots Stores, LLC | Toll Global Forwarding (USA), Inc | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 31 | Big Lots Stores, LLC | Toll Global Forwarding (USA), Inc | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 32 | Big Lots Stores, LLC | Toll Global Forwarding (USA), Inc. | 14/F, Tower 1, Ever Gain Plaza, 88 Container Port Road | Hong Kong | | | Hong Kong | Ocean Carrier Service Contract | 3/31/2025 |
| 33 | Big Lots Stores, LLC | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 34 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 35 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 36 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 37 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 38 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 39 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 40 | Big Lots, Inc. | Toll Global Forwarding (USA), Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | Ocean Carrier Service Contract | 3/31/2025 |
| 41 | Big Lots Stores, LLC | Toll Global Forwarding (USA), Inc. | 14/F, Tower 1, Ever Gain Plaza, 88 Container Port Road | Hong Kong | | | Hong Kong | Maritime | 3/31/2025 |
| 42 | Big Lots, Inc. | Toll Global Forwarding Americas Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 43 | Big Lots, Inc. | Toll Global Forwarding Americas Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 44 | Big Lots, Inc. | Toll Global Forwarding Americas Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 45 | Big Lots, Inc. | Toll Global Forwarding Americas Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 46 | Big Lots, Inc. | Toll Global Forwarding Inc. | 800 Federal Boulevard | Carteret | NJ | 07008 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 47 | Big Lots, Inc. | TOPOCEAN CONSOLIDATION SERVICE INC. | 300&500 Phillipi Rd | Columbus | OH | 43228 | USA | Credit Agreement | 3/31/2025 |
| 48 | Big Lots, Inc. | TranSolutions, LLC | 200 Regency Forest Drive, Suite 110 | Cary | NC | 27518 | USA | Master Software Services Agreement | 3/31/2025 |
| 49 | Big Lots, Inc. | TranSolutions, LLC | 200 Regency Forest Drive, Suite 110 | Cary | NC | 27518 | USA | Confidentiality Agreement | 3/31/2025 |
| 50 | Big Lots, Inc. | UGI - New | P.O. Box 858 | Valley Forge | PA | 19482 | USA | Services Agreement | 3/31/2025 |
| 51 | Big Lots, Inc. | VECTOR SECURITY INC | PO BOX 89462 | CLEVELAND | OH | 44101-6462 | USA | Services Agreement | 3/31/2025 |
| 52 | Big Lots, Inc. | VeriFone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Standard Terms and Conditions for Purchase Orders | 3/31/2025 |

2

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 53 | Big Lots Stores, LLC | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Amendment | 3/31/2025 |
| 54 | Big Lots Stores, LLC | VeriFone, Inc. | c/o Corporation Service Company, 4900 E Dublin Granville R | Wilmington | DE | 19808 | USA | Statement of Work for Mx915 Payment Media in Token Query | 3/31/2025 |
| 55 | Big Lots Stores, LLC | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Statement of Work for Mx915 Payment Media in Token Query | 3/31/2025 |
| 56 | Big Lots Stores, LLC | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Fourth Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 57 | Big Lots, Inc. | VeriFone, Inc. | 1231 East Dyer Road | Santa Ana | CA | 92705 | USA | Amendment to Standard Terms and Conditions | 3/31/2025 |
| 58 | Big Lots, Inc. | VeriFone, Inc. | 1231 East Dyer Road | Santa Ana | CA | 92705 | USA | Amendment to Standard Terms and Conditions | 3/31/2025 |
| 59 | Big Lots, Inc. | VeriFone, Inc. | 1231 East Dyer Road | Santa Ana | CA | 92705 | USA | Amendment to Standard Terms and Conditions | 3/31/2025 |
| 60 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Third Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 61 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Third Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 62 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Third Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 63 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Statement of Work for E285 Implementation | 3/31/2025 |
| 64 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Statement of Work for E285 Implementation | 3/31/2025 |
| 65 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Second Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 66 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Second Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 67 | Big Lots, Inc. | VeriFone, Inc. | 12345 SW 68th St. | Miami | FL | 33183 | USA | Second Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 68 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | First Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 69 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | First Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 70 | Big Lots, Inc. | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | First Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 71 | Big Lots Stores, LLC | VeriFone, Inc. | 123 Main St. | San Jose | CA | 95131 | USA | Fifth Amendment to Point Service Merchant Agreement | 3/31/2025 |
| 72 | Big Lots, Inc. | VeriFone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Point Service Merchant Agreement | 3/31/2025 |
| 73 | Big Lots, Inc. | VeriFone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Point Service Merchant Agreement | 3/31/2025 |
| 74 | Big Lots, Inc. | VeriFone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Point Service Merchant Agreement | 3/31/2025 |
| 75 | Big Lots, Inc. | VeriFone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Point Service Merchant Agreement | 3/31/2025 |
| 76 | Big Lots, Inc. | VeriFone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Special Project Quote for OS Upgrade and Application Load | 3/31/2025 |
| 77 | Big Lots, Inc. | Verifone, Inc. | 2099 Gateway Place, Suite 600 | San Jose | CA | 95110 | USA | Special Project Quote for OS Upgrade and Application Load | 3/31/2025 |
| 78 | Big Lots, Inc. | VISA | 900 Metro Center Boulevard | Foster City | California | 94404 | United States | Concurrence Form for Direct Exchange Option | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 79 | Big Lots, Inc. | Visa | 900 Metro Center Boulevard | Foster City | California | 94404 | United States | Contactless Point of Sale Attestation | 3/31/2025 |
| 80 | Big Lots, Inc. | Visa | 900 Metro Center Boulevard | Foster City | California | 94404 | United States | Recommendation for Network Information and Application Information | 3/31/2025 |
| 81 | Big Lots, Inc. | Visa | P.O. Box 123 | Columbus | OH | 43228 | USA | V.I.P. System Certification Questionnaire | 3/31/2025 |
| 82 | Big Lots, Inc. | Visa U.S.A. Inc. | P.O. Box 8999 | San Francisco | CA | 94128-8999 | USA | Confidential Disclosure Agreement | 3/31/2025 |
| 83 | Big Lots, Inc. | Visa U.S.A. Inc. | 900 Metro Center Boulevard | Foster City | California | 94404 | United States | Incentive Agreement for Merchants | 3/31/2025 |
| 84 | Big Lots, Inc. | Visa U.S.A. Inc. | 777 Third Avenue, 23rd Floor | New York | NY | 10017 | USA | Letter Agreement for Support Amount | 3/31/2025 |
| 85 | Big Lots, Inc. | Visa U.S.A. Inc. | 900 Metro Center Boulevard | Foster City | California | 94404 | United States | Online Promotional Partner Letter of Participation | 3/31/2025 |
| 86 | Big Lots, Inc. | Waste Management National Services, Inc. | 415 Day Hill Road | Windsor | CT | 06095 | USA | Amendment and Extension to the Master Services Agreement | 3/31/2025 |
| 87 | Big Lots, Inc. | Waste Management National Services, Inc. | 415 Day Hill Road | Windsor | CT | 06095 | USA | Master Services Agreement | 3/31/2025 |
| 88 | Big Lots, Inc. | Waste Management of Indiana, L.L.C. | 700 E Butterfield Rd 4th FL | Lombard | IL | 60148-6006 | USA | Service Agreement for Non-Hazardous Waste Services | 3/31/2025 |
| 89 | Big Lots Stores, LLC | Waste Management of Ohio, Inc. | 1006 West Walnut St. | Canal Winchester | OH | 43110 | USA | Service Agreement for Non-Hazardous Wastes | 3/31/2025 |
| 90 | Big Lots Stores, LLC | Waste Management of Ohio, Inc. | 1006 West Walnut St. | Canal Winchester | OH | 43110 | USA | Service Agreement for Non-Hazardous Wastes | 3/31/2025 |
| 91 | Big Lots, Inc. | WHEELS LLC | PO BOX 96336 | CHICAGO | IL | 60693 | USA | Services Agreement | 3/31/2025 |
| 92 | Big Lots Stores, LLC | Williams Scotsman, Inc. d/b/a Mobile Mini | 4646 E Van Buren St Ste 400 | Phoenix | AZ | 85008-6927 | USA | Amendment to Master Equipment Lease Agreement | 3/31/2025 |
| 93 | Big Lots, Inc. | WINSOR STAFFING | 521 Green Street | Iselin | NJ | 08830 | USA | Services Agreement | 3/31/2025 |
| 94 | Big Lots, Inc. | WORLDPAY, LLC | 8500 Governors Hill Drive | Symmes Township | OH | 45249-1384 | USA | Amendment to Bank Card Merchant Agreement | 3/31/2025 |
| 95 | Big Lots, Inc. | WORLDPAY, LLC | 8500 Governors Hill Drive | Symmes Township | OH | 45249-1384 | USA | Amendment to Bank Card Merchant Agreement | 3/31/2025 |
| 96 | Big Lots, Inc. | WORLDPAY, LLC | 8500 Governors Hill Drive | Symmes Township | OH | 45249-1384 | USA | Amendment to Bank Card Merchant Agreement | 3/31/2025 |
| 97 | Big Lots, Inc. | WORLDPAY, LLC | 8500 Governors Hill Drive | Symmes Township | OH | 45249-1384 | USA | Bank Card Merchant Agreement | 3/31/2025 |
| 98 | Big Lots, Inc. | WORLDPAY, LLC | 8500 Governors Hill Drive | Symmes Township | OH | 45249-1384 | USA | Amendment to Bank Card Merchant Agreement | 3/31/2025 |
| 99 | Big Lots Stores, LLC | WORLDPAY, LLC | 8500 Governors Hill Drive | Symmes Township | OH | 45249-1384 | USA | Amendment to Bank Card Merchant Agreement | 3/31/2025 |
| 100 | Big Lots Stores, LLC | Xerox | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Order | 3/31/2025 |

4