# Schedule 11

## 52nd Schedule of Rejected Contracts and Leases

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots Stores, LLC | Xerox | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Order | 3/31/2025 |
| 2 | Durant DC, LLC | Xerox | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 3 | Big Lots, Inc. | Xerox | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Managed Services Order (MSO) | 3/31/2025 |
| 4 | Big Lots, Inc. | Xerox | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Managed Services Order (MSO) | 3/31/2025 |
| 5 | Big Lots Stores, LLC | Xerox | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Services Agreements | 3/31/2025 |
| 6 | Big Lots, Inc. | Xerox Canada Ltd. | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement for Equipment and Maintenance Services | 3/31/2025 |
| 7 | Big Lots, Inc. | Xerox Capital Services | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Demonstration Agreement | 3/31/2025 |
| 8 | Big Lots, Inc. | Xerox Capital Services, LLC | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 9 | Big Lots Stores, LLC | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Managed Services Order | 3/31/2025 |
| 10 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Order Addendum | 3/31/2025 |
| 11 | Big Lots Stores, LLC | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 12 | Big Lots Stores, LLC | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Managed Services Order | 3/31/2025 |
| 13 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Order under Managed Services Agreement | 3/31/2025 |
| 14 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Order Agreement for Managed Services | 3/31/2025 |
| 15 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Trial Agreement for Xerox® Print Awareness Tool | 3/31/2025 |
| 16 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Managed Services Order | 3/31/2025 |
| 17 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Managed Services Order | 3/31/2025 |
| 18 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Equipment Move & Relocation Agreement | 3/31/2025 |
| 19 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Sale / Maintenance Agreement | 3/31/2025 |
| 20 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Equipment Move & Relocation Agreement | 3/31/2025 |
| 21 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Evaluation Loan Agreement | 3/31/2025 |
| 22 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Addendum to Demonstration Agreement | 3/31/2025 |
| 23 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Managed Services Order | 3/31/2025 |
| 24 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Equipment Move & Relocation Agreement | 3/31/2025 |
| 25 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Equipment Move & Relocation Agreement | 3/31/2025 |
| 26 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 27 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Equipment Move & Relocation Agreement | 3/31/2025 |
| 28 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Equipment Move & Relocation Agreement | 3/31/2025 |
| 29 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Equipment Move & Relocation Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Amendment to Agreement | 3/31/2025 |
| 31 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Managed Services Agreement | 3/31/2025 |
| 32 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Addendum to Demonstration Agreement | 3/31/2025 |
| 33 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 34 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 35 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Amendment to Agreement | 3/31/2025 |
| 36 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 37 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 38 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 39 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 40 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 41 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Xerox Omnifax Order Agreement | 3/31/2025 |
| 42 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 43 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 44 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 45 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 46 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 47 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 48 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 49 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 50 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Negotiated Agreement for Products and Services | 3/31/2025 |
| 51 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 52 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Demonstration Agreement | 3/31/2025 |
| 53 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Lease Agreement | 3/31/2025 |
| 54 | Big Lots, Inc. | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Maintenance Agreement | 3/31/2025 |
| 55 | Big Lots Stores, LLC | Xerox Corporation | 100 Clinton Avenue | Rochester | NY | 14644 | USA | Termination Agreements | 3/31/2025 |
| 56 | Big Lots Management, LLC | Yusen Logistics | 300 Lighting Way | Secaucus | NJ | 07094 | USA | Management Fees Agreement | 3/31/2025 |
| 57 | Big Lots, Inc. | Yusen Logistics (Americas) Inc. | 300 Lighting Way | Secaucus | NJ | 07094 | USA | Amendment to Pricing Agreement | 3/31/2025 |
| 58 | Big Lots, Inc. | Yusen Logistics (Americas) INC. | 300 Lighting Way 6th FL. | Secaucus | NJ | 07094 | USA | NVOCC Service Arrangement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 59 | Big Lots, Inc. | Yusen Logistics (Americas) INC. | 300 Lighting Way 6th FL. | Secaucus | NJ | 07094 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 60 | Big Lots, Inc. | Yusen Logistics (Americas) INC. | 300 Lighting Way | Secaucus | NJ | 07094 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 61 | Big Lots, Inc. | Yusen Logistics (Americas) INC. | 300 Lighting Way | Secaucus | NJ | 07094 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 62 | Big Lots, Inc. | Yusen Logistics (Americas) INC. | 300 Lighting Way | Secaucus | NJ | 07094 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 63 | Big Lots, Inc. | Yusen Logistics (Americas) INC. | 300 Lighting Way | Secaucus | NJ | 07094 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 64 | Big Lots, Inc. | Yusen Logistics (Americas) INC. | 300 Lighting Way | Secaucus | NJ | 07094 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 65 | Big Lots, Inc. | Yusen Logistics (Americas) INC. | 300 Lighting Way | Secaucus | NJ | 07094 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 66 | Big Lots, Inc. | Yusen Logistics (Americas) INC. | 300 Lighting Way | Secaucus | NJ | 07094 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 67 | Big Lots, Inc. | Yusen Logistics (Americas) INC. | 300 Lighting Way 6th FL. | Secaucus | NJ | 07094 | USA | NVOCC Service Arrangement | 3/31/2025 |
| 68 | Big Lots Stores, LLC | Yusen Logistics (Americas) Inc. | 300 Lighting Way, 5th Floor | Secaucus | NJ | 07094 | USA | Statement of Work for Vendor Booking Data Integration | 3/31/2025 |
| 69 | Big Lots Stores, LLC | Yusen Logistics (Hong Kong) Limited | Level 33, Tower 1, Kowloon Commerce Centre, 51 Kwai Cheong Road, Kwai Chung, New Territories | Kwai Chung | New Territories | | Hong Kong | First Amendment to Logistics Agreement | 3/31/2025 |
| 70 | Big Lots Stores, LLC | Yusen Logistics (Hong Kong) Limited | Level 33, Tower 1, Kowloon Commerce Centre, 51 Kwai Cheong Road, Kwai Chung, New Territories | Kwai Chung | New Territories | | Hong Kong | First Amendment to Logistics Agreement | 3/31/2025 |
| 71 | Big Lots, Inc. | Yusen Logistics (Hong Kong) Limited | Level 33, Tower 1, Kowloon Commerce Centre, 51 Kwai Cheong Road, Kwai Chung, New Territories | Kwai Chung | New Territories | | Hong Kong | Logistics Agreement | 3/31/2025 |