## Schedule 12

**53rd Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | Benefitfocus.com, Inc | PO BOX 123383 | DALLAS | TX | 75312-3383 | USA | Mutual Confidentiality & Non-Disclosure Agreement | 4/8/2025 |
| 2 | Big Lots Management, LLC | Benefitfocus.com, Inc. | PO BOX 123383 | DALLAS | TX | 75312-3383 | USA | Order Form (Amendment #2 and Renewal) | 4/8/2025 |
| 3 | Big Lots Management, LLC | Benefitfocus.com, Inc. | PO BOX 123383 | DALLAS | TX | 75312-3383 | USA | Order Form (Amendment #2 and Renewal) | 4/8/2025 |
| 4 | Big Lots, Inc. | Benefitfocus.com, Inc. | PO BOX 123383 | DALLAS | TX | 75312-3383 | USA | Amendment to Order Form | 4/8/2025 |
| 5 | Big Lots, Inc. | Benefitfocus.com, Inc. | PO BOX 123383 | DALLAS | TX | 75312-3383 | USA | Amendment to Order Form | 4/8/2025 |
| 6 | Big Lots, Inc. | Benefitfocus.com, Inc. | PO BOX 123383 | DALLAS | TX | 75312-3383 | USA | Mutual Confidentiality & Non-Disclosure Agreement | 4/8/2025 |