## Schedule 2

**43rd Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots Management, LLC | Intralinks, Inc. | 622 3rd Avenue | New York | NY | 10017 | USA | Renewal Amendment | 1/31/2025 |
| 2 | Big Lots, Inc. | Intralinks, Inc. | 685 3rd Avenue 9th Floor | New York | NY | 10017 | USA | Renewal Amendment | 1/31/2025 |
| 3 | Big Lots, Inc. | Intralinks, Inc. | 622 3rd Ave | New York | NY | 10017 | USA | Change of Address Notification | 1/31/2025 |
| 4 | Big Lots Management, LLC | Intralinks, Inc. | 622 3rd Avenue | New York | NY | 10017 | USA | Amendment to Work Order | 1/31/2025 |
| 5 | Big Lots, Inc. | Intralinks, Inc. | 685 3rd Avenue 9th Floor | New York | NY | 10017 | USA | Work Order for Subscription Services | 1/31/2025 |
| 6 | Big Lots, Inc. | Intralinks, Inc. | 685 Third Avenue, 9th Floor | New York | NY | 10017 | USA | Work Order for M&A Transaction | 1/31/2025 |