## Schedule 6

**47th Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | JumpMind, Inc. | 4100 Regent St, Suite E | Columbus | OH | 43219 | USA | Customer Order Form and Production Support Subscription Agreement | 3/31/2025 |
| 2 | Big Lots, Inc. | JumpMind, Inc. | 4016 Townsfair Way | Columbus | OH | 43219 | USA | Amendment to Independent Contractor Agreement | 3/31/2025 |
| 3 | Big Lots, Inc. | Keter Environmental Services | 4 High Ridge Park | Stamford | CT | 06905 | USA | Service Agreement | 3/31/2025 |
| 4 | Big Lots Stores, LLC | Keter Environmental Services, LLC | 4 High Ridge Park | Stamford | CT | 06905 | USA | Services Agreement | 3/31/2025 |
| 5 | Big Lots, Inc. | Koorsen Fire & Security | 727 Manor Park Drive | Columbus | OH | 43228 | USA | Proposal for Fire System Installation | 3/31/2025 |
| 6 | Big Lots, Inc. | Kronos | Cross Point, 900 Chelmsford St | Lowell | MA | 01851- | USA | Project Change Order | 3/31/2025 |
| 7 | Durant DC, LLC | Kronos | Cross Point, 900 Chelmsford St | Lowell | MA | 01851- | USA | Support Services Quote | 3/31/2025 |
| 8 | Big Lots, Inc. | Kronos Incorporated | 900 Chelmsford Street | Lowell | MA | 01851 | USA | Order Form for Professional Services | 3/31/2025 |
| 9 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Support Services Quote | 3/31/2025 |
| 10 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Order Form for Professional Services | 3/31/2025 |
| 11 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Statement of Work for Kronos Solution Services | 3/31/2025 |
| 12 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Support Services Agreement | 3/31/2025 |
| 13 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Order Form for Software and Professional Services | 3/31/2025 |
| 14 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Statement of Work for Kronos Workforce Solution | 3/31/2025 |
| 15 | Big Lots, Inc. | KRONOS INCORPORATED | 3535 Queen Mary Road Suite 650 | Montreal | Quebec | H3V 1H8 | Canada | Support Services Quote | 3/31/2025 |
| 16 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Order Form | 3/31/2025 |
| 17 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Equipment Support Agreement | 3/31/2025 |
| 18 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Order Form | 3/31/2025 |
| 19 | Big Lots, Inc. | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Confidentiality Agreement | 3/31/2025 |
| 20 | Durant DC, LLC | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Sales Agreement and Software License | 3/31/2025 |
| 21 | Durant DC, LLC | Kronos Incorporated | 297 Billerica Road | Chelmsford | MA | 01824 | USA | Sales Agreement and Software License | 3/31/2025 |
| 22 | Big Lots, Inc. | Kronos Incorporated, f/k/a Empower Software Solutions | Cross Point, 900 Chelmsford St | Lowell | MA | 01851- | USA | Change Management Request for Automatic Addition of Minutes to In/Out Punches | 3/31/2025 |
| 23 | Big Lots, Inc. | Lazer Logistics | 6525 Shiloh Rd #900 | Alpharetta | GA | 30005 | USA | Services Agreement | 3/31/2025 |
| 24 | Great Basin, LLC | Lazer Spot, Inc. | 6525 Shiloh Road Suite 900 | Alpharetta | Georgia | 30005 | USA | Trailer Spotting and Shuttling Agreement | 3/31/2025 |
| 25 | Great Basin, LLC | Lazer Spot, Inc. | 6525 Shiloh Road Suite 900 | Alpharetta | Georgia | 30005 | USA | Addendum to Spotting and Shuttling Agreement | 3/31/2025 |
| 26 | Big Lots, Inc. | Link Logistics Group | 109 N Park Ln | Lincolnton | NC | 28092 | USA | Services Agreement | 3/31/2025 |
| 27 | Big Lots Management, LLC | LinkedIn Corporation | 1000 W. Maude Avenue | Sunnyvale | CA | 94085 | USA | Order Form | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 28 | Big Lots Management, LLC | LinkedIn Corporation | 1000 W. Maude Avenue | Sunnyvale | CA | 94085 | USA | Order Form | 3/31/2025 |
| 29 | Big Lots, Inc. | LinkedIn Corporation | 1000 W. Maude Avenue | Sunnyvale | CA | 94085 | USA | Order Form | 3/31/2025 |
| 30 | Big Lots, Inc. | LinkedIn Corporation | 2029 Stierlin Ct. | Mountain View | CA | 94043 | USA | Order Form | 3/31/2025 |
| 31 | Big Lots, Inc. | LinkedIn Corporation | 2029 Stierlin Ct. | Mountain View | CA | 94043 | USA | Order Form | 3/31/2025 |
| 32 | Big Lots, Inc. | LinkedIn Corporation | 2029 Stierlin Ct. | Mountain View | CA | 94043 | USA | Corporate Subscription Agreement | 3/31/2025 |
| 33 | Big Lots, Inc. | Logility Inc. | 470 East Paces Ferry Road | Atlanta | GA | 30305 | USA | Confidentiality Agreement | 3/31/2025 |
| 34 | Big Lots, Inc. | Logility, Inc. | 470 East Paces Ferry Road, N.E. | Atlanta | Georgia | 30305 | USA | Consulting Services Agreement | 3/31/2025 |
| 35 | Big Lots, Inc. | Logility, Inc. | 470 East Paces Ferry Road, N.E. | Atlanta | Georgia | 30305 | USA | Consulting Services Agreement | 3/31/2025 |
| 36 | Big Lots, Inc. | Logility, Inc. | 470 East Paces Ferry Road, N.E. | Atlanta | Georgia | 30305 | USA | Consulting Services Agreement | 3/31/2025 |
| 37 | Big Lots, Inc. | Logility, Inc. | 470 East Paces Ferry Road, N.E. | Atlanta | Georgia | 30305 | USA | Consulting Services Agreement | 3/31/2025 |
| 38 | Big Lots, Inc. | Logility, Inc. | 470 E. Paces Ferry Rd. | Atlanta | GA | 30305 | USA | Basic License Agreement | 3/31/2025 |
| 39 | Big Lots, Inc. | Manhattan Associates | 2300 Windy Ridge Parkway NE | Atlanta | Georgia | 30339 | USA | Statement of Work for modifying Specialty Food Labels and Carton Labels | 3/31/2025 |
| 40 | Big Lots, Inc. | Manhattan Associates | 2300 Windy Ridge Parkway NE | Atlanta | Georgia | 30339 | USA | Statement of Work (SOW) for Professional Services | 3/31/2025 |
| 41 | Big Lots, Inc. | Manhattan Associates | 2300 Windy Ridge Parkway NE | Atlanta | Georgia | 30339 | USA | Statement of Work (SOW) for WMS Work Order/VAS workflows - Adhoc Support hours | 3/31/2025 |
| 42 | Big Lots, Inc. | Manhattan Associates | 123 Main St. | Atlanta | GA | 30301 | USA | Enhancement Agreement | 3/31/2025 |
| 43 | Big Lots Stores, LLC | Manhattan Associates | 2300 Windy Ridge Parkway NE | Atlanta | Georgia | 30339 | USA | Statement of Work (SOW) for Professional Services | 3/31/2025 |
| 44 | Big Lots, Inc. | Manhattan Associates | 2300 Windy Ridge Parkway NE Tenth Floor | Atlanta | Georgia | 30339 | USA | Statement of Work (SOW) for Professional Services | 3/31/2025 |
| 45 | Closeout Distribution, LLC | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Agreement for Hardware and Software Support Renewal | 3/31/2025 |
| 46 | Big Lots, Inc. | Manhattan Associates, Inc. | Global Headquarters 2300 Windy Ridge Parkway NE Tenth Floor | Atlanta | Georgia | 30339 | USA | Professional Services Agreement | 3/31/2025 |
| 47 | Big Lots Stores, LLC | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway, Tenth Floor | Atlanta | GA | 30339 | USA | Amendment to Software License, Services, Support and Enhancements | 3/31/2025 |
| 48 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway NE | Atlanta | Georgia | 30339 | USA | Professional Services Agreement | 3/31/2025 |
| 49 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway NE | Atlanta | Georgia | 30339 | USA | Professional Services Agreement | 3/31/2025 |
| 50 | Big Lots, Inc. | Manhattan Associates, Inc. | 1234 Example St. | Atlanta | GA | 30301 | USA | Extension Specification for Custom Receiving Validations | 3/31/2025 |
| 51 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway 10th Floor | Atlanta | GA | 30339 | USA | Services Acknowledgement for FourKites Integration | 3/31/2025 |
| 52 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Pkwy., 10th Floor | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 53 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 54 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 56 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Agreement for Vocollect Support Renewal | 3/31/2025 |
| 57 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 58 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 59 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway, Tenth Floor | Atlanta | GA | 30339 | USA | SaaS Services Agreement | 3/31/2025 |
| 60 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway, Tenth Floor | Atlanta | GA | 30339 | USA | Amendment to Third-Party Product Purchase Addendum | 3/31/2025 |
| 61 | Big Lots, Inc. | Manhattan Associates, Inc. | 200 Manhattan Parkway | Atlanta | GA | 30301 | USA | Implementation Services Agreement | 3/31/2025 |
| 62 | Big Lots, Inc. | Manhattan Associates, Inc. | 123 Main St. | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 63 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Statement of Work for Extension Services | 3/31/2025 |
| 64 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Statement of Work for Design Services | 3/31/2025 |
| 65 | CSC Distribution LLC | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Agreement for Vocollect Hardware and Software Support Renewal | 3/31/2025 |
| 66 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Software License, Services, Support and Enhancements Agreement | 3/31/2025 |
| 67 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway SE | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 68 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Master Purchase and Services Agreement | 3/31/2025 |
| 69 | Big Lots eCommerce LLC | Manhattan Associates, Inc. | 2300 Windy Ridge Pkwy., Suite 700 | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 70 | Big Lots, Inc. | Manhattan Associates, Inc. | 123 Main St. | Atlanta | GA | 30301 | USA | Extension for oLPN Cross-Reference Barcode | 3/31/2025 |
| 71 | Big Lots, Inc. | Manhattan Associates, Inc. | 123 Main St. | Atlanta | GA | 30301 | USA | Custom WCS Triggers Agreement | 3/31/2025 |
| 72 | Big Lots, Inc. | Manhattan Associates, Inc. | 123 Main St. | Columbus | OH | 43215 | USA | Extension Specification | 3/31/2025 |
| 73 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Software License, Services, Support and Enhancements Agreement | 3/31/2025 |
| 74 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Quote for Hardware and Software Support | 3/31/2025 |
| 75 | Big Lots, Inc. | Manhattan Associates, Inc. | 123 Main St. | Atlanta | GA | 30301 | USA | Consulting Services Agreement | 3/31/2025 |
| 76 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway 10th Floor | Atlanta | GA | 30339 | USA | Consulting Services Agreement | 3/31/2025 |
| 77 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway 10th Floor | Atlanta | GA | 30339 | USA | Consulting Services Agreement | 3/31/2025 |
| 78 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway 10th Floor | Atlanta | GA | 30339 | USA | Consulting Services Agreement | 3/31/2025 |
| 79 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Pkwy., Suite 700 | Atlanta | GA | 30339 | USA | Implementation Services Statement of Work | 3/31/2025 |
| 80 | Big Lots, Inc. | Manhattan Associates, Inc. | 1234 Software Lane | Atlanta | GA | 30301 | USA | Statement of Work for Labor Management Implementation | 3/31/2025 |
| 81 | Big Lots, Inc. | Manhattan Associates, Inc. | 123 Main St. | Atlanta | GA | 30301 | USA | Slotting Optimization Addendum | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 82 | Big Lots, Inc. | MANHATTAN ASSOCIATES, INC. | 123 Main St. | Atlanta | GA | 30301 | USA | SCI Addendum | 3/31/2025 |
| 83 | Big Lots, Inc. | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | Atlanta | GA | 30339 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 84 | Big Lots, Inc. | Mastercard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Order Agreement for Software License and Support | 3/31/2025 |
| 85 | Big Lots, Inc. | Mastercard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Mastercard Services Agreement | 3/31/2025 |
| 86 | Big Lots, Inc. | Mastercard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Master Services Agreement | 3/31/2025 |
| 87 | Big Lots, Inc. | MASTERCARD INTERNATIONAL INCORPORATED | 2000 Purchase Street | Purchase | NY | 10577 | USA | Service Subscription Agreement | 3/31/2025 |
| 88 | Big Lots, Inc. | MASTERCARD INTERNATIONAL INCORPORATED | 2000 Purchase Street | Purchase | NY | 10577 | USA | Service Subscription Form | 3/31/2025 |
| 89 | Big Lots, Inc. | Mastercard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Acceptance Agreement | 3/31/2025 |
| 90 | Big Lots, Inc. | MASTERCARD INTERNATIONAL INCORPORATED | 2000 Purchase Street | Purchase | NY | 10577 | USA | SpendingPulse Service Subscription | 3/31/2025 |
| 91 | Big Lots, Inc. | Mastercard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Order Agreement for Software License and Support | 3/31/2025 |
| 92 | Big Lots, Inc. | MasterCard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Confidentiality Agreement | 3/31/2025 |
| 93 | Big Lots, Inc. | Mastercard International Incorporated | 2000 Purchase Street | Purchase | NY | 10577 | USA | Services Agreement | 3/31/2025 |
| 94 | Big Lots, Inc. | Maxmind | 51 Pleasant Street, #1020 | Malden | MA | 02148- | USA | Services Agreement | 3/31/2025 |
| 95 | Big Lots, Inc. | McAfee | 6220 America Center Drive | San Jose | CA | 95002 | USA | Services Agreement | 3/31/2025 |
| 96 | Big Lots, Inc. | Mediterranean Shipping Co., S.A. | 40, Ave Eugene Pittard | Geneva | Geneva | 1206 | Switzerland | Service Contract | 3/31/2025 |
| 97 | Big Lots, Inc. | Mediterranean Shipping Co., S.A. | 40, Ave Eugène Pittard | Geneva | GE | 1206 | Switzerland | Service Contract | 3/31/2025 |
| 98 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | GE | 1206 | Switzerland | Service Contract | 3/31/2025 |
| 99 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | GE |  | Switzerland | Service Contract | 3/31/2025 |
| 100 | Big Lots, Inc. | Mediterranean Shipping Company S.A. | 40, Avenue Eugène Pittard | Geneva | GE | 1206 | Switzerland | Service Contract | 3/31/2025 |