**Schedule 1**

**Reduced Amounts**

|   | CLAIMANT | CLAIM NO. | DEBTOR NAME | 2024 PORTION OF TOTAL CLAIM AMOUNT | MODIFIED 2024 CLAIM AMOUNT |
|---|---|---|---|---|---|
| 1. | Angelina County | 1729 | Big Lots, Inc. | $ 8419.33 | $ 4,180.82 |
| 2. | Galveston County | 1650 | Big Lots, Inc. | $ 7332.56 | $ 5,711.26 |
| 3. | Goose Creek Consolidated Independent School District & Lee College District | 3770 | Big Lots Stores - PNS, LLC | $ 8,075.47 | $ 3,951.17 |
| 4. | Harris County, et al | 2996 | Big Lots Stores - PNS, LLC | $ 19,477.94 | $ 9,676.63 |
| 5. | Harris County, et al | 2997 | Big Lots, Inc. | $ 18,231.50 | $ 8,960.51 |