**Schedule 1**

**Reduced Amounts**

| | CLAIMANT | CLAIM NO. | DEBTOR NAME | 2024 PORTION OF TOTAL CLAIM AMOUNT | REVISED 2024 CLAIM AMOUNT |
|---|---|---|---|---|---|
| 1. | Lubbock Central Appraisal District | 3342 | Big Lots Stores - PNS, LLC | $ 10,013.99 | $ 5,452.00 |
| 2. | Lubbock Central Appraisal District | 3367 | Big Lots, Inc. | $ 7,652.73 | $ 4,348.65 |
| 3. | Parker CAD | 6443 | Big Lots Stores - PNS, LLC | $ 9,550.40 | $ 5,354.60 |
| 4. | Travis County | 3670 | Big Lots, Inc. | $ 30,360.17 | $ 14,448.54 |