## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Nataly Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 21, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on (1) the Core/2002 Email Service List attached hereto as **Exhibit A**, and (2) Davis Polk & Wardwell LLP, Attn: James I. McClammy, james.mcclammy@davispolk.com:

- Notice of Agenda for Hearing Scheduled for May 21, 2025, at 3:00 p.m. (ET) [Docket No. 2765]

Dated: May 28, 2025

/s/ Nataly Diaz
Nataly Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 28, 2025, by Nataly Diaz, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

SRF 88635

**Exhibit A**

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Collin County, City of Paris, City of Sherman, Collin College, Paris Junior College, City of Plano, Mckinney ISD, City of McKinney | Abernathy Roeder Boyd & Hullet PC | Attn: Paul Lopez, Larry Boyd, Emily Hahn | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com<br>lboyd@abernathy-law.com |
| Town N' Country Plaza, LLC f/k/a Town N' Country Plaza, L.P. | Anthony & Partners, LLC | Attn: Townsend J. Belt | tbelt@anthonyandpartners.com<br>lortega@anthonyandpartners.com<br>eservice@anthonyandpartners.com |
| Counsel to Gordon Brothers Retail Partners, LLC | Ashby & Geddes, P.A. | Attn: Gregory A. Taylor | GTaylor@ashbygeddes.com |
| Counsel to Dell Financial Services, L.L.C. | Austria Legal, LLC | Attn: Matthew P. Austria | maustria@austriallc.com |
| Counsel to Allura Imports, Inc. | Balasiano & Associates, PLLC | Attn: Steven Balasiano, Judah S. Balasiano | steven@balasianolaw.com<br>judah@balasianolaw.com |
| Counsel to Sun Plaza, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com |
| Counsel to Brixmor Operating Partnership LP, Beacon Plaza, LLC | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com<br>brannickn@ballardspahr.com |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Niclas A. Ferland | nferland@barclaydamon.com |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | Attn: Scott L. Fleischer | sfleischer@barclaydamon.com |
| Counsel to Jordan Manufacturing Company, Inc. | BARNES & THORNBURG LLP | Attn: David A. Hall | david.hall@btlaw.com |
| Counsel to Jordan Manufacturing Company, Inc. | BARNES & THORNBURG LLP | Attn: Mark R. Owens, Amy E. Tryon | mark.owens@btlaw.com<br>amy.tryon@btlaw.com |
| Counsel to Pea Ridge Partners, LLC,  Pearl Road Shopping Center, LLC, Cumberland Square Partners, LLC, Evansville Partners, LLC, Gastonia Restoration Partners, LLC, Harrison OH Partners, LLC, Malone Plaza Partners LLC, Sevierville Forks Partners, LLC, and Shelbyville Partners, LLC | Bass, Berry & Sims PLC | Attn: Paul G. Jennings, Gene L. Humphreys | pjennings@bassberry.com<br>ghumphreys@bassberry.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC | Bayard, P.A. | Attn: Ericka F. Johnson | ejohnson@bayardlaw.com |
| Counsel to Infosys Ltd. | Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | kcapuzzi@beneschlaw.com swalsh@beneschlaw.com |
| Counsel to Twin Rivers Equity Partners, LLC | Best Law, PA | Attn: Tara E. Naufu | tara@bestlawsc.com |
| Town N' Country Plaza, LLC f/k/a Town N' Country Plaza, L.P., Yunis Enterprises, Inc., , Townley, Inc. | Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Cousnel to Upper Canada Soap and Candle Makers Corporation | Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Counsel to PNC Bank, National Association | Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams | regina.kelbon@blankrome.com stanley.tarr@blankrome.com jordan.williams@blankrome.com |
| Counsel to DIP ABL Agent and Prepetition ABL Agent | Blank Rome, LLP | Attn: Attn: Regina Kelbon | regina.kelbon@blankrome.com |
| Counsel United Properties Corp., Aldrich Management Co., LLC, Hauppauge Properties, LLC, New Castle Equities, LLC, Miamisburg Properties, LLC, Dublin Equities, LLC, Glenwood Ave Binghamton, LLC, Snellville Pavillion, LLC, Indiana Equities, LLC and TN Equities, LLC | Bond, Schoeneck & King, PLLC | Attn: Edward J. LoBello | elobello@bsk.com |
| Counsel to Kenney Manufacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Sue L Chin | wborges@borgeslawllc.com schin@borgeslawllc.com |
| Counsel to Paragon Windermere, LLC and Lebanon Windermere, LLC | Bose Mckinney & Evans LLP | Attn: James P. Moloy | jmoloy@boselaw.com |
| Counsel to DKR Investments LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon | treardon@brouse.com |
| Counsel to MBM Investments LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon | treardon@brouse.com |
| Counsel to Burdkidz LLC and S.R. 170 Properties LLC | Brouse McDowell, LPA | Attn: Timothy M. Reardon | treardon@brouse.com |
| Counsel to Scott Andron | Broward County | Attn: Andrew J. Meyers | sandron@broward.org |
| Counsel to Pro-Mart Industries, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings | jarret.hitchings@bclplaw.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to Albertsons LLC and Safeway Inc | Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner | geoffrey.grivner@bipc.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Comenity Capital Bank and CTO Realty Growth, Inc. | Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |
| Counsel to CTO Realty Growth, Inc. | Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins | esummers@burr.com drobbins@burr.com |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | Attn: James H. Haithcock, III | jhaithcock@burr.com |
| Counsel to California Department of Resources Recycling and Recovery | California Department of Justice | Attn: Barbara C. Spiegel | Barbara.Spiegel@doj.ca.gov |
| Counsel to California Department of Resources Recycling and Recovery | California Department of Justice | Attn: Natalie E. Collins | Natalie.Collins@doj.ca.gov |
| Counsel to Tropicana Palm Plaza LLC | Carlyon Cica CHTD. | Attn: Candace Carlyon, Dawn M. Cica | ccarlyon@carlyoncica.com dcica@carlyoncica.com |
| Counsel to Liberty Mutual Insurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Terri Jane Freedman | szuber@csglaw.com tfreedman@csglaw.com |
| Counsel to 5620 Nolensville Pike, LLC | Chipman Brown Cicero & Cole, LLP | Attn: Alan M.Root | root@chipmanbrown.com |
| Cousnel to  D.H. Pace Company, Inc. | Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Counsel to DIP ABL Agent and Prepetition ABL Agent, and PNC Bank, National Association | Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | jventola@choate.com jmarshall@choate.com jslang@choate.com |
| Counsel to USPG Franklin LLC, USPG Portfolio Eight, LLC, USPG Portfolio Two, LLC, SanTan MP LP, GPR Investments LLC, Warm Springs Promenade, LLC, and Bellevue Holdings, LLC | Clark Hill PLC | Attn: Audrey L. Hornisher | ahornisher@clarkhill.com |
| Counsel to USPG Franklin LLC, USPG Portfolio Eight, LLC, USPG Portfolio Two, LLC, SanTan MP LP, GPR Investments LLC, Warm Springs Promenade, LLC, and Bellevue Holdings, LLC | Clark Hill PLC | Attn: Karen M. Grivner | kgrivner@clarkhill.com |
| Counsel to  Bellevue Holdings, LLC | Clark Hill PLC | Attn: Kevin H. Morse | kmorse@clarkhill.com |
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz, P.C. | Attn: Justin R. Alberto, Stacy L. Newman | jalberto@coleschotz.com snewman@coleschotz.com |
| Counsel to Commonwealth of Pennsylvania Department of Labor and Industry | Commonwealth of Pennsylvania Department of Labor and Industry | Attn: Ryan Starnowsky | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to Aldi Inc | Connolly Gallagher LLP | Attn: Karen C. Bifferato | kbifferato@connollygallagher.com |
| Counsel to Paragon Windermere, LLC and Lebanon Windermere, LLC | Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Corpus Christi Firefighters' Retirement System | Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com |
| Counsel to CORTA Stevens Point, LLC, Ross Stores, Inc. and Ross Dress for Less, Inc. | Cross & Simon, LLC | Attn: Kevin S. Mann | kmann@crosslaw.com |
| Counsel to Yunis Enterprises, Inc. | Davidson Fink LLP | Attn: Sean P. Williams, Carla Augino | spwilliams@davidsonfink.com caugino@davidsonfink.com |
| Counsel to the Debtor and Debtor in Possession | Davis Polk & Wardwell LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern | brian.resnick@davispolk.com adam.shpeen@davispolk.com stephen.piraino@davispolk.com ethan.stern@davispolk.com |
| Counsel to Southgate Shopping Center LLP | DLA Piper LLP (US) | Attn: Dale K. Cathell, Virginia R. Callahan | dale.cathell@us.dlapiper.com virginia.callahan@us.dlapiper.com |
| Counsel to Southgate Shopping Center LLP | DLA Piper LLP (US) | Attn: R. Craig Martin | craig.martin@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. | amish@doshilegal.com |
| Counsel to Hart Estate Investment Company, a California general partnership, NP-AC Industrial Holdings LLC | Duane Morris LLP | Attn: Drew S. McGehrin, Lawerence J. Kotler | dsmcgehrin@duanemorris.com ljkotler@duanemorris.com |
| Counsel to Hart Estate Investment Company, a California general partnership | Duane Morris LLP | Attn: Marcus O. Colabianchi | mcolabianchi@duanemorris.com |
| Counsel to West American Construction Corp. | Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried | mgottfried@elkinskalt.com |
| Counsel to Maureen Scullon | Elliott Greenleaf, P.C. | Attn: Deirdre M. Richards | dmr@elliottgreenleaf.com |
| Counsel to Red Mountain Asset Fund I, LLC, Desert Sky Esplanade, LLC, and Clovis I, LLC | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | bmoldo@ecjlaw.com |
| Counsel to Edgewater Park Urban Renewal, LLC | Fox Rothschild LLP | Attn: Michael G. Menkowitz | mmenkowitz@foxrothschild.com |
| Counsel to Edgewater Park Urban Renewal, LLC | Fox Rothschild LLP | Attn: Seth A. Niederman | sniederman@foxrothschild.com |
| Counsel to PepsiCo, Inc., PepsiCo Sales, Inc., Rolling Frito-Lay Sales, LP, Quacker Sales & Distribution, Inc | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinnman | jfrank@fgllp.com jkleinman@fgllp.com |
| Counsel to Divisions Inc. | Frost brown Todd LLP | Attn: A.J. Webb, Joy D. Kleisinger | awebb@fbtlaw.com jkleisinger@fbtlaw.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Tempur Sealy International, Inc. and its affiliates, WPG Legacy, LLC | Frost brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger | rgold@fbtlaw.com eseverini@fbtlaw.com jkleisinger@fbtlaw.com |
| Counsel to Roundtripping Ltd. and Geiger Brothers, Inc. | Gibbons P.C. | Attn: Katharina Earle | kearle@gibbonslaw.com |
| Counsel to Geiger Brothers, Inc. | Gibbons P.C. | Attn: Kyle P. McEvilly | kmcevilly@gibbonslaw.com |
| Counsel to Roundtripping Ltd. | Gibbons P.C. | Attn: Mark Conlan | mconlan@gibbonslaw.com |
| Counsel to Creditor CC Fund 1 Big Lots, LLC, Creditor Blum Boulders Associates 1, LLC | Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird | rbird@gilbertbirdlaw.com |
| Golden Goodrich LLP | Golden Goodrich LLP | Attn: Jeffrey I. Golden | jgolden@go2.law |
| Counsel to Cedars Enterprises Too, Inc. | Golden Goodrich LLP | Attn: Ryan W. Beall | rbeall@go2.law |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Counsel to USRP Watt Town Center Retail Partners | Hahn & Hahn LLP | Attn: Dean G. Rallis Jr. | drallis@hahnlawyers.com |
| Counsel to Nissin Foods (USA) Co., Inc. | Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto | ridebitetto@hahnlaw.com |
| Counsel to Oliveira Plaza SPE, LLC, and Rim Country Mall SPE, LLC | Hill, Farrer & Burrill, LLP | Attn: Daniel J. McCarthy | dmccarthy@hillfarrer.com |
| Counsel to WRP Washington Plaza LLC, Wallace Properties–Kennewick LLC, and WRP Gateway LLC | Hillis Clark Martin & Peterson, P.S. | Attn: Brian C. Free | brian.free@hcmp.com |
| Counsel to Nancy C. Millan, Hillsborough County Tax Collector | Hillsborough County Tax Collector | Attn: Brian T. FitzGerald | fitzgeraldb@hcfl.gov stroupj@hcfl.gov connorsa@hcfl.gov |
| Counsel to FGX International, Inc. | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| HJH Investments | HJH Investments | Attn: Teanna L. Liess, Cory Harkleroad | teanna@hjhinvestments.com |
| Counsel to 1255 Sunrise Realty, LLC, 4101 Transit Realty LLC, The Stop & Shop Supermarket Company LLC, and Food Lion LLC | Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Counsel to BVB-NC, LLC | Hutchens Law Firm LLP | Attn: William Walt Pettit | walt.pettit@hutchenslawfirm.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Burlington Coat Factory Warehouse Corporation | Jackson Walker LLP | Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer | kpeguero@jw.com<br>jwertz@jw.com<br>wfarmer@jw.com |
| Counsel to Dorsan Developments Limited<br>c/o Levy Realty Advisors LLC | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. | Attn: Raymond M. Patella | rpatella@lawjw.com |
| Counsel to Griffith, McCague & Happel, P.C. | Jonnet National Properties Corporation | Attn: J. Michael McCague | jmm@gmwcplaw.com |
| Counsel to Donlen Corporation | K&L Gates LLP | Attn: David S. Catuogno, Esq. | david.catuogno@klgates.com |
| Counsel to Dauphin Plaza LLC, Dauphin Plaza TIC 1 LLC, Dauphin Plaza TIC 2 LLC, Dauphin Plaza TIC 3 LLC, Dauphin Plaza TIC 4 LLC, Dauphin Plaza TIC 5 LLC, Dauphin Plaza TIC 6 LLC, Dauphin Plaza TIC 8 LLC, and Dauphin Plaza TIC 9 LLC | Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant | wlevant@kaplaw.com |
| Counsel to Ryder Last Mile, Inc. | Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins | jcarr@kelleydrye.com<br>kelliott@kelleydrye.com<br>kcavins@kelleydrye.com |
| Counsel to Big Milf2 Owner, LLC | Kerrick Bachert PSC | Attn: Scott A. Bachert | sbachert@kerricklaw.com |
| Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA Owner LLC, BIG YVCA Owner LLC, BIGCOOH002 LLC, BIGMOAL001 LLC, BIGDUOK001 LLC, BIGTRPA001 LLC | Kirkland & Ellis LLP | Attn: Conor K. Casas | connor.casas@kirkland.com |
| Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA Owner LLC, BIG YVCA Owner LLC, BIGCOOH002 LLC, BIGMOAL001 LLC, BIGDUOK001 LLC, BIGTRPA001 LLC | Kirkland & Ellis LLP | Attn: Steven N Serajeddini | steven.serajeddini@kirkland.com |
| Counsel to Gateway BL Acquisition, LLC | Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Christopher Marcus, Nicholas Adzima | christopher.marcus@kirkland.com<br>nicholas.adzima@kirkland.com |
| Counsel to Gateway BL Acquisition, LLC | Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Judson Brown, McClain Thompson | judson.brown@kirkland.com<br>mcclain.thompson@kirkland.com |
| Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA Owner LLC, BIG YVCA Owner LLC, BIGCOOH002 LLC, BIGMOAL001 LLC, BIGDUOK001 LLC, BIGTRPA001 LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to The Grove Shops LLC, Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA Owner LLC, BIG YVCA Owner LLC, BIGCOOH002 LLC, BIGMOAL001 LLC, BIGDUOK001 LLC, BIGTRPA001 LLC | Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch, Domenic E. Pacitti | rlemisch@klehr.com dpacitti@klehr.com |
| Counsel to Franco Manufacturing Co. Inc. | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | swisotzkey@kmksc.com |
| Counsel to  City View Towne Crossing Fort Worth, TX LP | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Counsel to Palatka Gas Authority | La Fleur Law Firm | Attn: Nina M. LaFleur | nina@lafleurlaw.com |
| Counsel to Horizon Media LLC, Horizon Next | Landis Rath & Cobb LLP | Attn: Kimberly A. Brown, Joshua B. Brooks | brown@lrclaw.com brooks@lrclaw.com |
| Counsel to Claremont Associates and Allegheny Plaza Associates I Limited Partnership | Lasser Hochman, LLC | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Counsel to Jetrich Canada Ltd. | Law Offices of Gilbert A. Lazsarus, PLLC | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Counsel to SquareTrade, Inc. | Levene, Neale, Bender, Yoo & Golubchik L.L.P. | Attn: Eve H. Karasik, Jeffrey S. Kwong | EHK@lnbyg.com JSK@lnbyg.com |
| Counsel to San Patricio County, Nueces County, City Of Mcallen, Hidalgo County, Cameron County, Victoria County, Kerr County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Counsel to City of El Paso, Bexar County, Ector CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Counsel to Tarant County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Grayson County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Hood CAD, Greenville ISD, Stephenville ISD, City of Stephenville, Tom Green CAD, Lamar CAD, Rockwall CAD, Gregg County, City of Frisco, Gainesville ISD, Irving ISD, City of Carrollton, Lewisville ISD, Little Elm ISD, Sherman ISD | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Smith County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel to Cypress-Fairbanks ISD, Harris CO ESD # 29, Harris CO ESD # 12, Harris CO ESD # 08, Harris CO ESD # 11, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Houston Comm Coll System, City of Jefferson, Harris CO ESD # 48, Harris CO ESD # 09, City of Webster, City of Pasadena, Lone Star College System, Angelina County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel to Jefferson County, Orange County, City of Humble | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Horizon Media LLC, Horizon Next | Loeb & Loeb LLP | Attn: William M. Hawkins, Noah Weingarten | whawkins@loeb.com nweingarten@loeb.com |
| Counsel to Allen Road Retail Business Center, LLC, Dade City Shopping Plaza, LLC, South Square Shopping Center, LLC and Lawrenceville Commercial Properties, LLC | Loizides P.A. | Attn: Christopher D. Loizides | loizides@loizides.com |
| Counsel to Corpus Christi Firefighters' Retirement System | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Esq., Nicole Fulfree Esq. | metkin@lowenstein.com nfulfree@lowenstein.com |
| Counsel to Madison County, Alabama, 100 Northside Square, Huntsville, Alabama 35801 | Madison County, Alabama | Attn: J. Jeffery Rich | jrich@madisoncountyal.gov |
| Counsel to TKG Sheridan Crossing Dev LLC, GKT University Square Greeley, TKG Norwichtown Commons, LLC, The Paducah Development LP and THF Greengate East Dev LP | Manning Gross + Massenburg LLP | Attn: David P. Primack | DPrimack@mgmlaw.com |
| Counsel to Judith Owczarkowski, as Administratrix for the Estate of Norman Owczarkowski | Margolis Edelstein | Attn: James E. Huggett | jhuggett@margolisedelstein.com |
| Counsel to Milelli Realty-Lehigh Street, L.L.C. | McCarter & English, LLP | Attn: Jeffrey T. Testa | jtesta@mccarter.com |
| Counsel to Goodwill Gulf Coast, B & C Properties of Dunn, LLC and Perry's, Inc. | McCarter & English, LLP | Attn: Kate Roggio Buck, Esq.,  Maliheh Zare, Esq. | kbuck@mccarter.com mzare@mccarter.com |
| Counsel to Milelli Realty-Lehigh Street, L.L.C. | McCarter & English, LLP | Attn: Sheila Calello | scalello@mccarter.com |
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery | Attn: Darren Azman, Kristin K. Going | dazman@mwe.com kgoing@mwe.com |
| Counsel to Triple Bar Ridgeview Hanover, LLC | McNees Wallace & Nurick LLC | Attn: Kendall A. Camuti | KCamuti@mcneeslaw.com |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Counsel to Ken Burton Jr., Manatee County Tax Collector | Michelle Leeson, Paralegal, Collections Specialist, CFCA | Attn: Michelle Leeson | legal@taxcollector.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | pcarey@mirickoconnell.com |
| Counsel to Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Shannah L. Colbert | scolbert@miricklaw.com |
| Counsel to Woodcrest Management Company | Monzack Mersky and Browder, P.A | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Counsel to Vitamin Energy, Inc. | Morris James LLP | Attn: Brya M. Keilson, Siena B. Cerra | bkeilson@morrisjames.com<br>scerra@morrisjames.com |
| Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer, | rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com |
| Counsel to Grey Matter Concepts | Morrison Cohen LLP | Attn: David J. Kozlowski, Esq. | dkozlowski@morrisoncohen.com |
| Counsel to B & C Properties of Dunn, LLC and Perry's, Inc. | Narron Wenzel, PA | Attn: David F. Mills | dmills@narronwenzel.com |
| Counsel to Bayshore Mall Acquisition | Obermayer Rebmann Maxwell & Hippel LLP | Attn: Edmond M. George | edmond.george@obermayer.com |
| Counsel to Bayshore Mall Acquisition | Obermayer Rebmann Maxwell & Hippel LLP | Attn: Leslie B. Spoltore | leslie.spoltore@obermayer.com |
| Counsel to New York State Department of Taxation and Finance ("NYSTAX") | Office of the New York State Attorney General | Attn: Robert J. Rock | robert.rock@ag.ny.gov |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Linda Casey | Linda.Casey@usdoj.gov |
| Counsel to Saul Holdings Limited Partnership | Offit Kurman PA | Attn: Brian J McLaughlin | brian.mclaughlin@offitkurman.com |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Tammy Jones | tammy.jones@oklahomacounty.org |
| Counsel to Hall Park, LLC | Olsen Taggart PLLC | Attn: Steven L. Taggart, Esq. | staggart@olsentaggart.com<br>rparson@olsentaggart.com<br>rlyon@olsentaggart.com<br>taggartoffice01@gmail.com |
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC | Otterbourg, P.C | Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger | csimon@otterbourg.com<br>jdrew@otterbourg.com<br>shautzinger@otterbourg.com |
| Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC | Pashman Stein Walder Hayden, P.C | Attn: David E. Sklar | dsklar@pashmanstein.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to 415 Orchard Associates, LLC | Pashman Stein Walder Hayden, P.C | Attn: John W. Weiss, Alexis R. Gambale | jweiss@pashmanstein.com agambale@pashmanstein.com |
| Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC | Pashman Stein Walder Hayden, P.C | Attn: Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Counsel to City of Cleburne, Cleburne ISD, City of Burleson, Burleson ISD, Johnson County, City of Lake Worth, City of Grapevine, Grapevine-Colleyville ISD, Richardson ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Counsel to City of Garland, Garland ISD, Bonham ISD, Carrollton-Farmers Branch ISD, Frisco ISD, Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | lreece@pbfcm.com |
| Counsel to Brazoria County, Brazoria Drainage District # 4, Special Road And Bridge District, Brazosport Independent School District, City of Lake Jackson, Brazosport College, Velasco Drainage District, Pearland Independent School District and City of Pearland | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Counsel to Cooke County and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Mollie Lerew | wichitafalls@pbfcm.com |
| Counsel to Taxing Districts Collected by Potter County and Taxing Districts Collected by Randall County | Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Alysia Cordova | amabkr@pbfcm.com acordova@pbfcm.com |
| Counsel to Brownsville Independent School District, Weslaco Independent School District | Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| Counsel to Topaz Distribution, LLC | Perkins Coie LLP | Attn: Amir Gamliel | AGamliel@perkinscoie.com |
| Counsel to Creative Home and Kitchen, LLC | Peter Spindel, Esq. | Attn: Peter Spindel | peterspindel@gmail.com |
| Counsel to Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc. | Phelps Dunbar LLP | Attn: Danielle Mashburn-Myrick | danielle.mashburn-myrick@phelps.com |
| Counsel to Big Milf2 Owner, LLC | Pierson Ferdinand LLP | Attn: Jeffrey M. Carbino | jeffrey.carbino@pierferd.com |
| Counsel to Topaz Distribution, LLC, Squaretrade, Inc. | Polsinelli PC | Attn: Christopher A. Ward, Michael V. DiPietro | cward@polsinelli.com mdipietro@polsinelli.com |
| Counsel to Giftree Crafts Company Limited | Porzio, Bromberg & Newman, P.C. | Attn: Cheryl A. Santaniello | casantaniello@pbnlaw.com |
| Counsel to Giftree Crafts Company Limited | Porzio, Bromberg & Newman, P.C. | Attn: Kelly D. Curtin, Jenny Zhou | kdcurtin@pbnlaw.com jzhou@pbnlaw.com |
| Counsel to Denzel Anderson | Potter Anderson & Corroon LLP | Attn: Brett M. Haywood, James R. Risener III, Andrew C. Ehrmann | bhaywood@potteranderson.com jrisener@potteranderson.com aehrmann@potteranderson.com |
| Counsel to Ocean Network Express (North America) Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Parkridge Main LLC and Gratiot, LLC | Rashti and Mitchell, Attorneys at law | Attn: Timothy T. Mitchell, Donna Kaye Rashti | tim@rashtiandmitchell.com<br>dkrm@aol.com<br>donna@rashtiandmitchell.com |
| Counsel to City of Alexandria, Louisiana and Cleco Power LLC | Richard A. Rozanski, APLC | Attn: Richard A. Rozanski | richard@rarlaw.net |
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC | Richards, Layton & Finger, P.A. | Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky | knight@rlf.com<br>collins@rlf.com<br>javorsky@rlf.com |
| Counsel to CORTA Stevens Point, LLC | Richman & Richman LLC | Attn: Michael P. Richman, Esq. | mrichman@randr.law |
| Counsel to Gordon Brothers Retail Partners, LLC | Riemer & Braunstein LLP | Attn: Steven Fox | SFox@riemerlaw.com |
| Counsel to Steve Silver Company | Ritter Spencer Cheng PLLC | Attn: David D. Ritter | dritter@ritterspencercheng.com |
| Counsel to Corpus Christi Firefighters' Retirement System | Robbins Geller Rudman & Dowd LLP | Attn: Randall J. Baron, Esq., Steven F. Hubachek, Esq., Benny C. Goodman, III, Esq., Erik W. Luedeke, Esq., Heather G. Geiger, Esq. | randyb@rgrdlaw.com<br>shubachek@rgrdlaw.com<br>bennyg@rgrdlaw.com<br>eluedeke@rgrdlaw.com<br>hgeiger@rgrdlaw.com |
| Counsel to Triple Bar Ridgeview Hanover, LLC | Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Counsel to Tropicana Palm Plaza LLC | Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Counsel to Katie J. Jennings and Allen Jennings | Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Counsel to Serta, Inc. | Rogers Law Offices | Attn: Beth E. Rogers Scott Kuperberg | brogers@berlawoffice.com<br>skuperberg@berlawoffice.com |
| Counsel to 7023 Broward LLC | Roth & Scholl | Attn: Jeffrey C. Roth | jeff@rothandscholl.com |
| Counsel to 415 Orchard Associates, LLC | Royer Cooper Cohen Braunfeld LLC | Attn: Marc Skapof | MSkapof@rccblaw.com |
| Counsel to Aldi Inc | Rubine & Levin, PC | Attn: James E. Rossow Jr. | jim@rubin-levin.net |
| Counsel to Attic Products, Dewan & Sons, and Dan Dee International LLC | Sarachek Law Firm | Attn: Zachary E. Mazur, Joseph E. Sarachek | zachary@saracheklawfirm.com<br>joe@saracheklawfirm.com |
| Counsel to Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc. | Saul Ewing LLP | Attn: Evan T. Miller | evan.miller@saul.com |
| Counsel to Logo Brands, Inc. | Saul Ewing LLP | Attn: Lucian B. Murley | luke.murley@saul.com |
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc. | Saul Ewing LLP | Attn: Monique B. DiSabatino | monique.disabatino@saul.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc. | Saul Ewing LLP | Attn: Turner N Falk | turner.falk@saul.com |
| Counsel to Y&O Faulkner, LLC, Y & O Town & Country, LLC, and Y &O 240, LLC | Scheef & Stone, L.L.P. | Attn: Peter C. Lewis | peter.lewis@solidcounsel.com |
| Counsel to Prestige Patio, Co., LTD | Schrier Shayne P.C. | Attn: Richard E. Schrier | resincourt@aol.com richardschrier@gmail.com |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Counsel to Wayne County Treasurer | Shermeta, Kilpatrick & Associates, PLLC | Attn: Richardo I. Kilpatrick | ecf@kaalaw.com |
| Counsel to Levin Properties, L.P. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com |
| Counsel to Norman Owczarkowski | Simon PLC Attorneys & Counselors | Attn: Craig T. Mierzwa | cmierzwa@simonattys.com |
| Counsel to B33 Centereach II LLC and B33 Great Northern II LLC, and RPI Ridgmar Town Square Ltd, RPI Courtyard Ltd and RPI Overland Ltd | Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Counsel to Meadowbrook V, LP, ARD MAC Commons LLC, ARD West Whiteland LLC, The View at Marlton LLC, and Village Green Realty L.P., Rising Sun Owner, LP, HKJV, LLC | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Counsel to Woodbridge Crossing Urban Renew LLC | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Counsel to STL Global Sales LLC | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Counsel to Madeira Plaza Power LLC | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Counsel to Conopco, Inc d/b/a Unilever United States, 1600 Eastchase Parkway Leasing LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin | jlemkin@stark-stark.com tonder@stark-stark.com jlemkin@stark-stark.com |
| State of Alaska Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@ALASKA.GOV |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | AGINFO@AZAG.GOV |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Department | BANKRUPTCY@COAG.GOV |
| State of Connecticut Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV brendan.flynn@ct.gov |
| State of Delaware Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@STATE.DE.US |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| State of Hawaii Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department | HAWAIIAG@HAWAII.GOV |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department | WEBMASTER@ATG.STATE.IL.US |
| State of Indiana Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department | INFO@ATG.IN.GOV |
| State of Iowa Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | WEBTEAM@AG.IOWA.GOV |
| State of Maryland Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department | OAG@OAG.STATE.MD.US |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | MIAG@MICHIGAN.GOV AG-COD@michigan.gov |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department | Bankruptcy.Notices@ag.state.mn.us |
| State of Missouri Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@AGO.MO.GOV |
| State of Montana Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department | CONTACTDOJ@MT.GOV |
| State of Nebraska Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department | NEDOJ@NEBRASKA.GOV |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | AGINFO@AG.NV.GOV |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department | ATTORNEYGENERAL@DOJ.NH.GOV |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US Jeff.Koziar@law.njoag.gov |
| State of New Mexico Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department | aserrato@nmdoj.gov aswenson@nmdoj.gov |
| State of North Dakota Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department | NDAG@ND.GOV |
| State of Ohio Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department | Mahisha.Sanson@OhioAGO.gov |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department | consumerprotection@oag.ok.gov |
| State of Oregon Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department | CONSUMER.HOTLINE@DOJ.STATE.OR.US justin.leonard@doj.oregon.gov |
| State of South Dakota Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department | CONSUMERHELP@STATE.SD.US |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Dept; Stephen R. Butler | STEVE.BUTLER@AG.TN.GOV |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| State of Utah Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | bankruptcy@agutah.gov |
| State of West Virginia Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department | CONSUMER@WVAGO.GOV |
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| Counsel to Edifis, USC, LLC and Edifis LJC, LTD | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Counsel to Eagle Enterprises of Jefferson, Inc. | Steeg Law Firm, LLC | Attn: Henry Opotowsky | hopotowsky@steeglaw.com |
| Counsel to Dell Financial Services L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Counsel to Dole Packaged Foods, LLC | Sullivan Hazeltine Allinson LLC | Attn: Elihu E. Allinson, III | zallinson@sha-llc.com |
| Counsel to Sensational Brans, Inc. and The Marketing Group LLC | Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | jrhodes@tlclawfirm.com |
| Counsel to Carrollton-White Marsh, LLC | Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | BRost@tspclaw.com |
| Counsel to Unison Mooresville, LLC | Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | brost@tspclaw.com |
| Counsel to Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Jamie Kirk | jamie.kirk@oag.texas.gov |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Amy Eskra-Brown and Carol Donnelly | The Chiurazzi Law Group | Attn: Wayne M. Chiurazzi | wchiurazzi@the-attorneys.com |
| Counsel to Siegen Village Shopping Center, LLC | The Cohn Law Firm LLC | Attn: David M. Cohn, D Brian Cohn, Bartley P. Bourgeois, Allyson S. Jarreau | bartley@theconlawfirm.com dmcohn@thecohnlawfirm.com contact@thecohnlawfirm.com |
| Counsel to AP Growth Properties, LP, Mesilla Valley Business Partners, LLC, Ten East Partners, L.P., Cielo Paso Parke Green, L.P., Kams Partners, LP, Pleasanton Partners, LP | The Ehrlich Law Firm | Attn: William Ehrlich | william@ehrlichlawfirm.com |
| Counsel to John Florence, District & Urban Texas, Inc. | The Law Office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| Counsel to T'ron Bowie, Prestige Patio Co., LTD | The Law Office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| Counsel to Oracle America, Inc. | The Magnozzi Law Firm, P.C. | Attn: Mark F. Magnozzi, Benjamin Rachelson | mmagnozzi@magnozzilaw.com |
| Counsel to SJL Wholesale Group, Steve Silver Company | The Powell Firm, LLC | Attn: Jason C. Powell, Thomas J. Reichert | jpowell@delawarefirm.com |
| Counsel to Liberty Mutual Insurance Company | The Rosner Law Group LLC | Attn: Frederick B. Rosner, Zhao (Ruby) Liu | rosner@teamrosner.com liu@teamrosner.com |
| Counsel to Hybrid Promotions, LLC d/b/a Hybrid Apparel | The Williams Law Firm, P.A. | Attn: John Legaré Williams, Brian Charles Crawford | John@TrustWilliams.com Brian@TrustWilliams.com |
| Counsel to The Malon D. Mimms Company | Thompson, O'Brien, Kappler & Nasuti, P.C. | Attn: Michael B. Pugh | mpugh@tokn.com |
| Counsel to Travis County | Travis County | Attn: Jason A. Starks | Jason.Starks@traviscountytx.gov |
| Counsel to 1600 Eastchase Parkway Leasing LLC | Turner Law APC | Attn: John M. Turner, Esq. | jmt@tmsdlaw.com |
| Counsel to The J. M. Smucker Company | Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | sgerald@tydings.com |
| Counsel to The J.M. Smucker Company and Hostess Brands, Inc. | Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | sgerald@tydings.com |
| Counsel to Post Consumer Brands, LLC and Post Brands Pet Care, LLC | Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | sgerald@tydings.com |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | secbankruptcy@sec.gov |
| Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C. | UB Greensfelder LLP | Attn: Randall F. Scherck | rscherck@ubglaw.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to 5620 Nolensville Pike, LLC | Varnum LLP | Attn: Brendan G. Best | bgbest@varnumlaw.com |
| Counsel to Perrigo Direct, Inc. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Washington Dc Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | OAG@DC.GOV |
| Counsel to Serta, Inc. | Werb & Sullivan | Attn: Brian A. Sullivan | bsullivan@werbsullivan.com |
| Counsel to Sky Crossroads, LLC, Sky Irondequoit, LLC, Sky NY Holdings, LLC | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth | jcarruth@wkpz.com |
| Counsel to Cambridge Investment Inc. | Whiteford, Taylor & Preston LLC | Attn: William F. Taylor, Jr | wtaylor@whitefordlaw.com |
| Counsel to Cambridge Investment Inc. | Whiteford, Taylor & Preston LLP | Attn: David W. Gaffey | dgaffey@whitefordlaw.com |
| Counsel to Homestar North America, LLC and Prima Holdings International Limited | Williams Mullen | Attn: Michael D. Mueller, Jennifer M. McLemore | mmueller@williamsmullen.com<br>jmclemore@williamsmullen.com |
| Co-Counsel to Jetrich Canada Ltd. | Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan | kevin.mangan@wbd-us.com |
| Counsel to NCR Voyix Corporation, Everstar Merchandise Co., Ltd., and Everstar Merchandise Co. | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Lisa Bittle Tancredi | matthew.ward@wbd-us.com<br>lisa.tancredi@wbd-us.com |
| Counsel to Gateway BL Acquisition, LLC | Young Conaway Stargatt & Taylor, LLP | Attn: Joseph Barry, Kenneth J. Enos, Jared W. Kochenash | jbarry@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com |