# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 2712** |

**ORDER GRANTING MOTION OF DEBTORS TO DETERMINE TAX LIABILITY
AND STAY PROCEEDINGS**

Upon the *Motion of Debtors To Determine Tax Liability and Stay Proceedings* (the "**Motion**");[2] and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

1

been withdrawn, resolved or overruled on the merits; and this Court having found and determined that the relief set forth in this Order is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion, and at the hearing (if any) establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 505(a) of the Bankruptcy Code, the Court finally determines that the Asserted Market Values set forth on **Schedule 1** attached hereto will be the Adjusted Market Values upon which the appraisal rolls will be set and will serve as the appropriate bases upon which the Taxing Authorities are to compute taxes for the tax years 2024 and 2025 once the supplemental appraisal records reflecting the Adjusted Market Values are transmitted to the Taxing Authorities.

3. Nothing contained in this Order shall impair the rights of the Debtors to seek, pursuant to section 505 of the Bankruptcy Code, a refund of any taxes previously paid with respect to the Property. Nothing contained in this Order shall impair the rights of the Taxing Authorities to object to a requested refund by Debtors under section 505 of the Bankruptcy Code.

4. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Parties are authorized to take all actions necessary and appropriate to give effect to this Order.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

**Schedule 1**

| COUNTY | APPRAISAL DISTRICT | APPRAISAL DISTRICT ACCOUNT NO. | SITUS ADDRESS | TAX YEAR | AGREED MARKET VALUE |
|---|---|---|---|---|---|
| *Tax Year 2024* | | | | | |
| El Paso | El Paso Central Appraisal District | 081899935060034 | 10771 Gateway South Blvd | 2024 | $ 221,240 |
| El Paso | El Paso Central Appraisal District | 200499915370050 | 1590 George Dieter Dr | 2024 | $ 431,158 |
| El Paso | El Paso Central Appraisal District | 20PP99931562034 | 6375 Montana Ave | 2024 | $ 466,948 |
| El Paso | El Paso Central Appraisal District | 199399908320034 | 7025 N Mesa St | 2024 | $ 372,312 |
| *Tax Year 2025* | | | | | |
| Angelina | Angelina County Appraisal District | P-44-44100-1403 | 809 S Timberland Dr | 2025 | $ 224,300 |
| Bexar | Bexar Appraisal District | 00000-119-5476 | 8318 Fm 78 | 2025 | $ 383,911 |
| Bowie | Bowie Central Appraisal District | 40900010315 | 96-96A Oaklawn Village | 2025 | $ 229,629 |
| Brazoria | Brazoria County Appraisal District | 9339-0475-500 | 125 Highway 332 W | 2025 | $ 240,210 |
| Brown | Brown County Appraisal District | P2003-5331-01 | 315 E Commerce St | 2025 | $ 227,210 |
| Cameron | Cameron Appraisal District | 00-0100-0023-1652-04 | 1601 E Price Rd | 2025 | $ 271,991 |
| Cameron | Cameron Appraisal District | 00-0100-2011-1443-00 | 2014 S. Expressway 83 | 2025 | $ 276,637 |
| Collin | Collin Central Appraisal District | P-9000-202-8072-1 | 105 S Central Expy | 2025 | $ 356,761 |
| Comal | Comal Appraisal District | 2019967000000 | 139 S Interstate 35 | 2025 | $ 233,240 |
| Cooke | Cooke County Appraisal District | 128067 | 1104 E Highway 82 | 2025 | $ 226,468 |
| Denton | Denton Central Appraisal District | P924853 | 1374 W Main St | 2025 | $ 343,777 |
| Denton | Denton Central Appraisal District | P930401 | 3621 N Josey Ln | 2025 | $ 323,648 |
| Ector | Ector County Appraisal District | 99200.36336.00000 | 3118 Andrews Hwy | 2025 | $ 293,873 |
| El Paso | El Paso Central Appraisal District | 081899935060034 | 10771 Gateway South Blvd | 2025 | $ 264,928 |
| El Paso | El Paso Central Appraisal District | 200499915370050 | 1590 George Dieter Dr | 2025 | $ 342,305 |
| El Paso | El Paso Central Appraisal District | 20PP99931562034 | 6375 Montana Ave | 2025 | $ 382,156 |
| El Paso | El Paso Central Appraisal District | 199399908320034 | 7025 N Mesa St | 2025 | $ 291,085 |
| Ellis | Ellis Appraisal District | 98.5900.013.001.90.112 | 507 N Highway 77 | 2025 | $ 250,857 |
| Grayson | Grayson Central Appraisal District | 6P02575 | 2222 Texoma Pkwy | 2025 | $ 192,413 |
| Hidalgo | Hidalgo County Appraisal District | W3800-99-120-0000-98 | 1015 N Texas Blvd | 2025 | $ 296,044 |
| Hidalgo | Hidalgo County Appraisal District | T3663-99-000-001A-11 | 313 E Trenton Rd | 2025 | $ 272,257 |
| Hood | Hood Central Appraisal District | 91000.000.7662.0 | 1820 Acton Hwy | 2025 | $ 211,570 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Johnson | Central Appraisal District of Johnson County | 126.5528.92230 | 1615 W Henderson St | 2025 | $ | 229,875 |
| Johnson | Central Appraisal District of Johnson County | 126.5525.97288 | 648 SW Wilshire Blvd | 2025 | $ | 307,630 |
| Kerr | Kerr Central Appraisal District | P70785 | 1305 Sidney Baker St | 2025 | $ | 298,456 |
| Lubbock | Lubbock Central Appraisal District | P323679 | 3303 98th St. | 2025 | $ | 318,663 |
| Lubbock | Lubbock Central Appraisal District | P168891 | 5402 4th St | 2025 | $ | 246,834 |
| McLennan | McLennan Central Appraisal District | 48B136680 | 4905 W Waco Dr | 2025 | $ | 265,340 |
| Midland | Midland Central Appraisal District | P000026278 | 4715 Billingsley Blvd | 2025 | $ | 330,990 |
| Navarro | Navarro Central Appraisal District | BP00002408 | 1955 W 7th Ave | 2025 | $ | 00.00 |
| Orange | Orange County Appraisal District | 045331-000525 | 2260 Macarthur Dr | 2025 | $ | 226,779 |
| Potter-Randall | Potter-Randall Appraisal District | B-000-0890-6205 | 3415 Bell St | 2025 | $ | 273,759 |
| Rockwall | Rockwall Central Appraisal District | 114581 | 2855 Ridge Rd | 2025 | $ | 387,569 |
| Smith | Smith County Appraisal District | 4010-013-37650-00 | 1421 S Beckham Ave | 2025 | $ | 203,043 |
| Smith | Smith County Appraisal District | 4009-000-88820-00 | 4400 S Broadway Ave | 2025 | $ | 319,303 |
| Taylor | Central Appraisal District of Taylor County | P5399094700 | 3204 S. Clack St | 2025 | $ | 241,599 |
| Travis | Travis Central Appraisal District | 432650 | 801 E William Cannon Dr | 2025 | $ | 342,335 |
| Victoria | Victoria Central Appraisal District | 98000-000-85840 | 8402 N Navarro St | 2025 | $ | 257,190 |
| Webb | Webb County Appraisal District | 800-02022-114 | 2310 E Saunders St | 2025 | $ | 275,121 |
| Webb | Webb County Appraisal District | 801-02013-113 | 7807 San Dario | 2025 | $ | 263,881 |
| Wichita | Wichita Appraisal District | 59000022232 | 3923 Kell Blvd | 2025 | $ | 255,601 |
| Williamson | Williamson Central Appraisal District | P-17-P194-4040-3949-15 | 850 N Bell Blvd | 2025 | $ | 00.00 |
| Williamson | Williamson Central Appraisal District | P-16-P194-7040-2219-00 | 8666 Spicewood Springs Rd | 2025 | $ | 00.00 |