## EXHIBIT B

**Redline**

1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., et al.[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. ──2712 |

## ORDER GRANTING MOTION OF DEBTORS TO DETERMINE TAX LIABILITY AND STAY PROCEEDINGS

Upon the *Motion of Debtors To Determine Tax Liability and Stay Proceedings* (the "**Motion**");[2] and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin- Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

Motion having been withdrawn, resolved or overruled on the merits; and this Court having found and determined that the relief set forth in this Order is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion, and at the hearing (if any) establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 505(a) of the Bankruptcy Code, the Court finally determines that the Asserted Market Values set forth on **Schedule 1** attached hereto will be the Adjusted Market Values upon which the ~~tax~~appraisal rolls will be set and will serve as the appropriate bases upon which the Taxing Authorities are to compute taxes for the tax years 2024 and 2025 once the supplemental appraisal records reflecting the Adjusted Market Values are transmitted to the Taxing Authorities.

~~3. All tax-related administrative or state proceedings (whether administrative hearings, administrative appeals, judicial appeals, or state court litigation) related to the valuation of the Property and related deadlines shall be stayed from entry of this Order until the Court orders otherwise. This Order does not preclude the parties from informal settlement efforts.~~

3. ~~4.~~ Nothing contained in this Order shall impair the rights of the Debtors to seek, pursuant to section 505 of the Bankruptcy Code, a refund of any taxes previously paid with respect to the Property. Nothing contained in this Order shall impair the rights of the Taxing Authorities to object to a requested refund by Debtors under section 505 of the Bankruptcy Code.

3

~~5. All rights of the Debtors or their successors to object to claims of the Texas Authorities on any other grounds, and to amend, modify, and/or supplement this Omnibus Objection are preserved.~~

~~6. Nothing in the Motion or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtors, (b) an implication or admission that any particular claim is of the type specified or defined in the Claim, Motion, or Order, and/or (c) constitute a waiver of the Debtors' or their successors' rights to dispute the Claims or any other claim on any other grounds.~~

4.    ~~7.~~ Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.    ~~8.~~ The Parties are authorized to take all actions necessary and appropriate to give effect to this Order.

6.    ~~9.~~ This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

3

**Schedule 1**

| COUNTY | APPRAISAL DISTRICT | APPRAISAL DISTRICT ACCOUNT NO. | SITUS ADDRESS | TAX YEAR | ~~ASSERTED~~ **AGREED** MARKET VALUE |
|---|---|---|---|---|---|
| *Tax Year 2024* | | | | | |
| ~~Bell~~ | ~~Tax Appraisal District of Bell County~~ | ~~318043~~ | ~~2603 Thornton Ln~~ | ~~2024~~ | ~~$ 265,990~~ |
| ~~Bell~~ | ~~Tax Appraisal District of Bell County~~ | ~~318582~~ | ~~800 S Fort Hood St~~ | ~~2024~~ | ~~$ 246,333~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~90205-060-2620~~ | ~~13926 Nacogdoches Rd~~ | ~~2024~~ | ~~$ 246,677~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~90205-060-2550~~ | ~~16648 San Pedro Ave~~ | ~~2024~~ | ~~$ 259,745~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~90205-060-2675~~ | ~~1739 SW Loop 410~~ | ~~2024~~ | ~~$ 287,581~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~90205-062-1405~~ | ~~2902 Goliad Rd~~ | ~~2024~~ | ~~$ 304,586~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~90205-060-2400~~ | ~~3715 Colony Dr~~ | ~~2024~~ | ~~$ 284,965~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~90205-060-2625~~ | ~~6900 San Pedro Ave~~ | ~~2024~~ | ~~$ 293,960~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~90205-062-1330~~ | ~~7723 Guilbeau Rd~~ | ~~2024~~ | ~~$ 283,594~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~00000-119-5476~~ | ~~8318 Fm 78~~ | ~~2024~~ | ~~$ 205,101~~ |
| ~~Bowie~~ | ~~Bowie Central Appraisal District~~ | ~~40900010315~~ | ~~96-96A Oaklawn Village~~ | ~~2024~~ | ~~$ 223,648~~ |
| ~~Brazos~~ | ~~Brazos Central Appraisal District~~ | ~~892010-0000-0966~~ | ~~1913 Texas Ave S~~ | ~~2024~~ | ~~$ 184,354~~ |
| ~~Brown~~ | ~~Brown County Appraisal District~~ | ~~P2003-5331-01~~ | ~~315 E Commerce St~~ | ~~2024~~ | ~~$ 207,829~~ |
| ~~Comal~~ | ~~Comal Appraisal District~~ | ~~2019967000000~~ | ~~139 S Interstate 35~~ | ~~2024~~ | ~~$ 263,136~~ |
| ~~Denton~~ | ~~Denton Central Appraisal District~~ | ~~P924853~~ | ~~1374 W Main St~~ | ~~2024~~ | ~~$ 275,643~~ |
| ~~Denton~~ | ~~Denton Central Appraisal District~~ | ~~P97621~~ | ~~2249 S Loop 288~~ | ~~2024~~ | ~~$ 190,466~~ |
| ~~Denton~~ | ~~Denton Central Appraisal District~~ | ~~P930401~~ | ~~3621 N Josey Ln~~ | ~~2024~~ | ~~$ 239,909~~ |
| ~~Denton~~ | ~~Denton Central Appraisal District~~ | ~~P947555~~ | ~~5000 Main St~~ | ~~2024~~ | ~~$ 215,494~~ |
| ~~Ector~~ | ~~Ector County Appraisal District~~ | ~~99200.36336.00000~~ | ~~3118 Andrews Hwy~~ | ~~2024~~ | ~~$ 256,142~~ |
| El Paso | El Paso Central Appraisal District | 081899935060034 | 10771 Gateway South Blvd | 2024 | $ ~~225,985~~ 221,240 |
| El Paso | El Paso Central Appraisal District | 200499915370050 | 1590 George Dieter Dr | 2024 | $ ~~278,801~~ 431,158 |
| El Paso | El Paso Central Appraisal District | 20PP99931562034 | 6375 Montana Ave | 2024 | $ ~~344,908~~ 466,948 |
| El Paso | El Paso Central Appraisal District | 199399908320034 | 7025 N Mesa St | 2024 | $ ~~237,783~~ 372,312 |
| ~~Ellis~~ | ~~Ellis Appraisal District~~ | ~~98.5900.013.001.90.112~~ | ~~507 N Highway 77~~ | ~~2024~~ | ~~$ 230,854~~ |
| ~~Erath~~ | ~~Erath County Appraisal District~~ | ~~P000074941~~ | ~~2133 W. Washington Street~~ | ~~2024~~ | ~~$ 187,215~~ |
| ~~Gregg~~ | ~~Gregg County Appraisal District~~ | ~~188408~~ | ~~1733 W Loop 281~~ | ~~2024~~ | ~~$ 219,275~~ |
| ~~Harris~~ | ~~Harris Central Appraisal District~~ | ~~2397133~~ | ~~9669 FM 1960 Bypass Rd~~ | ~~2024~~ | ~~$ 411,012~~ |
| ~~Harrison~~ | ~~Harrison Central Appraisal District~~ | ~~10000.00988.02005.000000~~ | ~~109 E End Blvd N~~ | ~~2024~~ | ~~$ 206,368~~ |
| ~~Kaufman~~ | ~~Kaufman Central Appraisal District~~ | ~~98.5999.1999.0905.00.06.06~~ | ~~1418 W Moore Ave~~ | ~~2024~~ | ~~$ 208,098~~ |
| ~~McLennan~~ | ~~McLennan Central Appraisal District~~ | ~~48B136680~~ | ~~4905 W Waco Dr~~ | ~~2024~~ | ~~$ 241,362~~ |
| ~~Midland~~ | ~~Midland Central Appraisal District~~ | ~~P000026278~~ | ~~4715 Billingsley Blvd~~ | ~~2024~~ | ~~$ 222,513~~ |
| ~~Navarro~~ | ~~Navarro Central Appraisal District~~ | ~~BP00002408~~ | ~~1955 W 7th Ave~~ | ~~2024~~ | ~~$ 250,454~~ |
| ~~Tarrant~~ | ~~Tarrant Appraisal District~~ | ~~13810855~~ | ~~1255 Green Oaks Rd~~ | ~~2024~~ | ~~$ 255,933~~ |
| ~~Tarrant~~ | ~~Tarrant Appraisal District~~ | ~~10965785~~ | ~~6300 Rufe Snow Dr~~ | ~~2024~~ | ~~$ 282,883~~ |
| ~~Taylor~~ | ~~Central Appraisal District of Taylor County~~ | ~~P5399094700~~ | ~~3204 S. Clack St~~ | ~~2024~~ | ~~$ 208,516~~ |
| ~~Webb~~ | ~~Webb County Appraisal District~~ | ~~800-02022-114~~ | ~~2310 E Saunders St~~ | ~~2024~~ | ~~$ 239,386~~ |
| ~~Webb~~ | ~~Webb County Appraisal District~~ | ~~801-02013-113~~ | ~~7807 San Dario~~ | ~~2024~~ | ~~$ 227,266~~ |
| ~~Williamson~~ | ~~Williamson Central Appraisal District~~ | ~~P-16-P194-7040-3828-97~~ | ~~1201 Highway Interstate 35~~ | ~~2024~~ | ~~$ 260,780~~ |
| ~~Williamson~~ | ~~Williamson Central Appraisal District~~ | ~~P-17-P194-4040-3949-15~~ | ~~850 N Bell Blvd~~ | ~~2024~~ | ~~$ 242,883~~ |
| ~~Williamson~~ | ~~Williamson Central Appraisal District~~ | ~~P-16-P194-7040-2219-00~~ | ~~8666 Spicewood Springs Rd~~ | ~~2024~~ | ~~$ 232,123~~ |
| *Tax Year 2025* | | | | | |
| Angelina | Angelina County Appraisal District | P-44-44100-1403 | 809 S Timberland Dr | 2025 | $ ~~224,302~~ 224,300 |

| County | Appraisal District | Account/Parcel | Address | Year | | Amount |
|---|---|---|---|---|---|---|
| ~~Bell~~ | ~~Tax Appraisal District of Bell County~~ | ~~318043~~ | ~~2603 Thornton Ln~~ | ~~2025~~ | ~~$~~ | ~~321,752~~ |
| ~~Bell~~ | ~~Tax Appraisal District of Bell County~~ | ~~318582~~ | ~~800 S Fort Hood St~~ | ~~2025~~ | ~~$~~ | ~~259,170~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~90205-060-2620~~ | ~~13926 Nacogdoches Rd~~ | ~~2025~~ | ~~$~~ | ~~258,013~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~90205-060-2675~~ | ~~1739 SW Loop 410~~ | ~~2025~~ | ~~$~~ | ~~319,300~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~90205-062-1405~~ | ~~2902 Goliad Rd~~ | ~~2025~~ | ~~$~~ | ~~346,569~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~90205-060-2400~~ | ~~3715 Colony Dr~~ | ~~2025~~ | ~~$~~ | ~~325,348~~ |
| ~~Bexar~~ | ~~Bexar Appraisal District~~ | ~~90205-062-1330~~ | ~~7723 Guilbeau Rd~~ | ~~2025~~ | ~~$~~ | ~~317,682~~ |
| Bexar | Bexar Appraisal District | 00000-119-5476 | 8318 Fm 78 | 2025 | $ | ~~253,555~~ 383,911 |
| Bowie | Bowie Central Appraisal District | 40900010315 | 96-96A Oaklawn Village | 2025 | $ | ~~226,629~~ 229,629 |
| Brazoria | Brazoria County Appraisal District | 9339-0475-500 | 125 Highway 332 W | 2025 | $ | ~~220,791~~ 240,210 |
| Brown | Brown County Appraisal District | P2003-5331-01 | 315 E Commerce St | 2025 | $ | ~~218,394~~ 227,210 |
| Cameron | Cameron Appraisal District | 00-0100-0023-1652-04 | 1601 E Price Rd | 2025 | $ | ~~271,992~~ 271,991 |
| Cameron | Cameron Appraisal District | 00-0100-2011-1443-00 | 2014 S. Expressway 83 | 2025 | $ | ~~276,638~~ 276,637 |
| Collin | Collin Central Appraisal District | P-9000-202-8072-1 | 105 S Central Expy | 2025 | $ | ~~301,589~~ 356,761 |
| Comal | Comal Appraisal District | 2019967000000 | 139 S Interstate 35 | 2025 | $ | ~~296,780~~ 233,240 |
| Cooke | Cooke County Appraisal District | 128067 | 1104 E Highway 82 | 2025 | $ | 226,468 |
| ~~Dallas~~ | ~~Dallas Central Appraisal District~~ | ~~99150518500000000~~ | ~~2128 Fort Worth Ave~~ | ~~2025~~ | ~~$~~ | ~~304,275~~ |
| ~~Dallas~~ | ~~Dallas Central Appraisal District~~ | ~~99890060000035750~~ | ~~2865 Valley View Ln~~ | ~~2025~~ | ~~$~~ | ~~222,655~~ |
| ~~Dallas~~ | ~~Dallas Central Appraisal District~~ | ~~99091125310000000~~ | ~~3601 Lakeview Parkway~~ | ~~2025~~ | ~~$~~ | ~~272,220~~ |
| ~~Dallas~~ | ~~Dallas Central Appraisal District~~ | ~~99962980000102600~~ | ~~3737 Gus Thomasson Rd~~ | ~~2025~~ | ~~$~~ | ~~312,026~~ |
| ~~Dallas~~ | ~~Dallas Central Appraisal District~~ | ~~99982160000052450~~ | ~~719 N Hampton Rd~~ | ~~2025~~ | ~~$~~ | ~~236,295~~ |
| ~~Dallas~~ | ~~Dallas Central Appraisal District~~ | ~~99893350000016450~~ | ~~950 W Airport Fwy~~ | ~~2025~~ | ~~$~~ | ~~271,923~~ |
| Denton | Denton Central Appraisal District | P924853 | 1374 W Main St | 2025 | $ | ~~269,886~~ 343,777 |
| Denton | Denton Central Appraisal District | P930401 | 3621 N Josey Ln | 2025 | $ | ~~240,088~~ 323,648 |
| Ector | Ector County Appraisal District | 99200.36336.00000 | 3118 Andrews Hwy | 2025 | $ | 293,873 |
| El Paso | El Paso Central Appraisal District | 081899935060034 | 10771 Gateway South Blvd | 2025 | $ | ~~262,818~~ 264,928 |
| El Paso | El Paso Central Appraisal District | 200499915370050 | 1590 George Dieter Dr | 2025 | $ | 342,305 |
| El Paso | El Paso Central Appraisal District | 20PP99931562034 | 6375 Montana Ave | 2025 | $ | ~~388,134~~ 382,156 |
| El Paso | El Paso Central Appraisal District | 199399908320034 | 7025 N Mesa St | 2025 | $ | 291,085 |
| Ellis | Ellis Appraisal District | 98.5900.013.001.90.112 | 507 N Highway 77 | 2025 | $ | ~~238,807~~ 250,857 |
| ~~Fort Bend~~ | ~~Fort Bend Central Appraisal District~~ | ~~9960-02-206-0029-907~~ | ~~3410 Highway 6~~ | ~~2025~~ | ~~$~~ | ~~295,761~~ |
| Grayson | Grayson Central Appraisal District | 6P02575 | 2222 Texoma Pkwy | 2025 | $ | 192,413 |
| ~~Gregg~~ | ~~Gregg County Appraisal District~~ | ~~P188408~~ | ~~1733 W Loop 281~~ | ~~2025~~ | ~~$~~ | ~~293,979~~ |
| ~~Harris~~ | ~~Harris Central Appraisal District~~ | ~~0424679~~ | ~~1201 W Nasa Pky~~ | ~~2025~~ | ~~$~~ | ~~229,543~~ |
| ~~Harris~~ | ~~Harris Central Appraisal District~~ | ~~2008104~~ | ~~5807 E Sam Houston Pkwy~~ | ~~2025~~ | ~~$~~ | ~~297,621~~ |
| ~~Harris~~ | ~~Harris Central Appraisal District~~ | ~~0374067~~ | ~~6804 Spencer Hwy~~ | ~~2025~~ | ~~$~~ | ~~230,205~~ |
| ~~Harris~~ | ~~Harris Central Appraisal District~~ | ~~0476845~~ | ~~919 N Shepherd Dr~~ | ~~2025~~ | ~~$~~ | ~~219,215~~ |
| ~~Harris~~ | ~~Harris Central Appraisal District~~ | ~~2397133~~ | ~~9669 FM 1960 Bypass Rd~~ | ~~2025~~ | ~~$~~ | ~~415,358~~ |
| ~~Harris~~ | ~~Harris Central Appraisal District~~ | ~~2003909~~ | ~~9795 Westheimer Rd~~ | ~~2025~~ | ~~$~~ | ~~294,540~~ |

| County | Appraisal District | Account/Parcel | Address | Year | Value |
|---|---|---|---|---|---|
| ~~Harrison~~ | ~~Harrison Central Appraisal District~~ | ~~10000.00988.02005.000000~~ | ~~109 E End Blvd N~~ | ~~2025~~ | ~~$ 218,676~~ |
| Hidalgo | Hidalgo County Appraisal District | W3800-99-120-0000-98 | 1015 N Texas Blvd | 2025 | $ ~~269,663~~ 296,044 |
| Hidalgo | Hidalgo County Appraisal District | T3663-99-000-001A-11 | 313 E Trenton Rd | 2025 | $ ~~253,917~~ 272,257 |
| Hood | Hood Central Appraisal District | 91000.000.7662.0 | 1820 Acton Hwy | 2025 | $ 211,570 |
| ~~Hunt~~ | ~~Hunt County Appraisal District~~ | ~~6392-0019-0000-41~~ | ~~6408 Wesley St~~ | ~~2025~~ | ~~$ 183,778~~ |
| Johnson | Central Appraisal District of Johnson County | 126.5528.92230 | 1615 W Henderson St | 2025 | $ 229,875 |
| Johnson | Central Appraisal District of Johnson County | 126.5525.97288 | 648 SW Wilshire Blvd | 2025 | $ 307,630 |
| Kerr | Kerr Central Appraisal District | P70785 | 1305 Sidney Baker St | 2025 | $ 298,456 |
| Lubbock | Lubbock Central Appraisal District | P323679 | 3303 98th St. | 2025 | $ ~~318,662~~ 318,663 |
| Lubbock | Lubbock Central Appraisal District | P168891 | 5402 4th St | 2025 | $ 246,834 |
| McLennan | McLennan Central Appraisal District | 48B136680 | 4905 W Waco Dr | 2025 | $ ~~265,345~~ 265,340 |
| Midland | Midland Central Appraisal District | P000026278 | 4715 Billingsley Blvd | 2025 | $ ~~330,991~~ 330,990 |
| ~~Montgomery~~ | ~~Montgomery Central Appraisal District~~ | ~~19100-182-49141~~ | ~~1404 N Loop 336 W~~ | ~~2025~~ | ~~$ 287,491~~ |
| ~~Montgomery~~ | ~~Montgomery Central Appraisal District~~ | ~~19400-291-11565~~ | ~~23741 US Highway 59 N~~ | ~~2025~~ | ~~$ 167,741~~ |
| Navarro | Navarro Central Appraisal District | BP00002408 | 1955 W 7th Ave | 2025 | $ ~~217,524~~ 00.00 |
| ~~Nueces~~ | ~~Nueces County Appraisal District~~ | ~~B002-7041-0000~~ | ~~4938 S Staples St~~ | ~~2025~~ | ~~$ 261,392~~ |
| Orange | Orange County Appraisal District | 045331-000525 | 2260 Macarthur Dr | 2025 | $ ~~226,778~~ 226,779 |
| ~~Parker~~ | ~~Parker County Appraisal District~~ | ~~20659.024.000.P6~~ | ~~108 College Park Dr~~ | ~~2025~~ | ~~$ 282,742~~ |
| Potter-Randall | Potter-Randall Appraisal District | B-000-0890-6205 | 3415 Bell St | 2025 | $ ~~251,807~~ 273,759 |
| Rockwall | Rockwall Central Appraisal District | 114581 | 2855 Ridge Rd | 2025 | $ ~~336,567~~ 387,569 |
| Smith | Smith County Appraisal District | 4010-013-37650-00 | 1421 S Beckham Ave | 2025 | $ 203,043 |
| Smith | Smith County Appraisal District | 4009-000-88820-00 | 4400 S Broadway Ave | 2025 | $ 319,303 |
| ~~Tarrant~~ | ~~Tarrant Appraisal District~~ | ~~12189790~~ | ~~1580 Keller Parkway # 50B~~ | ~~2025~~ | ~~$ 229,064~~ |
| ~~Tarrant~~ | ~~Tarrant Appraisal District~~ | ~~10756590~~ | ~~2110 S Cooper St~~ | ~~2025~~ | ~~$ 260,124~~ |
| ~~Tarrant~~ | ~~Tarrant Appraisal District~~ | ~~10693912~~ | ~~2853 Central Dr~~ | ~~2025~~ | ~~$ 317,808~~ |
| ~~Tarrant~~ | ~~Tarrant Appraisal District~~ | ~~11646101~~ | ~~5781 SW Green Oaks Blvd~~ | ~~2025~~ | ~~$ 293,434~~ |
| ~~Tarrant~~ | ~~Tarrant Appraisal District~~ | ~~10965785~~ | ~~6300 Rufe Snow Dr~~ | ~~2025~~ | ~~$ 265,179~~ |
| ~~Tarrant~~ | ~~Tarrant Appraisal District~~ | ~~10622764~~ | ~~6425 McCart Ave~~ | ~~2025~~ | ~~$ 264,408~~ |
| ~~Tarrant~~ | ~~Tarrant Appraisal District~~ | ~~14921192~~ | ~~6708 Lake Worth Blvd~~ | ~~2025~~ | ~~$ 365,486~~ |
| Taylor | Central Appraisal District of Taylor County | P5399094700 | 3204 S. Clack St | 2025 | $ ~~223,745~~ 241,599 |
| ~~Titus~~ | ~~Titus County Appraisal District~~ | ~~0888-02023-00041~~ | ~~2306 S. Jefferson~~ | ~~2025~~ | ~~$ 350,158~~ |
| Travis | Travis Central Appraisal District | 432650 | 801 E William Cannon Dr | 2025 | $ ~~300,469~~ 342,335 |
| Victoria | Victoria Central Appraisal District | 98000-000-85840 | 8402 N Navarro St | 2025 | $ ~~257,183~~ 257,190 |
| Webb | Webb County Appraisal District | 800-02022-114 | 2310 E Saunders St | 2025 | $ ~~274,303~~ 275,121 |
| Webb | Webb County Appraisal District | 801-02013-113 | 7807 San Dario | 2025 | $ ~~263,434~~ 263,881 |

| Wichita | Wichita Appraisal District | 59000022232 | 3923 Kell Blvd | 2025 | $ | 255,601 |
| Williamson | Williamson Central Appraisal District | P-17-P194-4040-3949-15 | 850 N Bell Blvd | 2025 | $ | ~~252,612~~ 00.00 |
| Williamson | Williamson Central Appraisal District | P-16-P194-7040-2219-00 | 8666 Spicewood Springs Rd | 2025 | $ | ~~247,476~~ 00.00 |