Alysia Córdova, 24074076
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P.O. Box 9132
Amarillo, TX 79105
(806) 359-3188
FAX (806) 359-5126
acordova@pbfcm.com

ATTORNEY FOR TAXING DISTRICTS COLLECTED BY POTTER COUNTY

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE | § IN PROCEEDINGS UNDER |
| | § CHAPTER 11 OF THE |
| BIG LOTS #1436 | § BANKRUPTCY ACT |
| | § |
| DEBTOR | § NO. 24-11967 |

<u>WITHDRAWAL OF CLAIM NO: 2 FOR TAXES OF THE</u>

    Claimant, TAXING DISTRICTS COLLECTED BY POTTER COUNTY filed Secured Claim Number 2 for Taxes of the Taxing Districts Collected by Potter County in the amount of $8,351.65. Claimant wishes to withdraw this claim since the ad valorem taxes have been paid.

    Respectfully,

    PERDUE, BRANDON, FIELDER,
    COLLINS & MOTT, L.L.P.
    (806) 359-3188, FAX: (806) 359-5126
    acordova@pbfcm.com

    By _____
    Alysia Córdova
    Bar No: 24074076