## Schedule 1

| COUNTY | APPRAISAL DISTRICT | APPRAISAL DISTRICT ACCOUNT NO. | SITUS ADDRESS | TAX YEAR | AGREED MARKET VALUE |
|---|---|---|---|---|---|
| *Tax Year 2024* | | | | | |
| El Paso | El Paso Central Appraisal District | 081899935060034 | 10771 Gateway South Blvd | 2024 | $ 221,240 |
| El Paso | El Paso Central Appraisal District | 200499915370050 | 1590 George Dieter Dr | 2024 | $ 431,158 |
| El Paso | El Paso Central Appraisal District | 20PP99931562034 | 6375 Montana Ave | 2024 | $ 466,948 |
| El Paso | El Paso Central Appraisal District | 199399908320034 | 7025 N Mesa St | 2024 | $ 372,312 |
| *Tax Year 2025* | | | | | |
| Angelina | Angelina County Appraisal District | P-44-44100-1403 | 809 S Timberland Dr | 2025 | $ 224,300 |
| Bexar | Bexar Appraisal District | 00000-119-5476 | 8318 Fm 78 | 2025 | $ 383,911 |
| Bowie | Bowie Central Appraisal District | 40900010315 | 96-96A Oaklawn Village | 2025 | $ 229,629 |
| Brazoria | Brazoria County Appraisal District | 9339-0475-500 | 125 Highway 332 W | 2025 | $ 240,210 |
| Brown | Brown County Appraisal District | P2003-5331-01 | 315 E Commerce St | 2025 | $ 227,210 |
| Cameron | Cameron Appraisal District | 00-0100-0023-1652-04 | 1601 E Price Rd | 2025 | $ 271,991 |
| Cameron | Cameron Appraisal District | 00-0100-2011-1443-00 | 2014 S. Expressway 83 | 2025 | $ 276,637 |
| Collin | Collin Central Appraisal District | P-9000-202-8072-1 | 105 S Central Expy | 2025 | $ 356,761 |
| Comal | Comal Appraisal District | 2019967000000 | 139 S Interstate 35 | 2025 | $ 233,240 |
| Cooke | Cooke County Appraisal District | 128067 | 1104 E Highway 82 | 2025 | $ 226,468 |
| Denton | Denton Central Appraisal District | P924853 | 1374 W Main St | 2025 | $ 343,777 |
| Denton | Denton Central Appraisal District | P930401 | 3621 N Josey Ln | 2025 | $ 323,648 |
| Ector | Ector County Appraisal District | 99200.36336.00000 | 3118 Andrews Hwy | 2025 | $ 293,873 |
| El Paso | El Paso Central Appraisal District | 081899935060034 | 10771 Gateway South Blvd | 2025 | $ 264,928 |
| El Paso | El Paso Central Appraisal District | 200499915370050 | 1590 George Dieter Dr | 2025 | $ 342,305 |
| El Paso | El Paso Central Appraisal District | 20PP99931562034 | 6375 Montana Ave | 2025 | $ 382,156 |
| El Paso | El Paso Central Appraisal District | 199399908320034 | 7025 N Mesa St | 2025 | $ 291,085 |
| Ellis | Ellis Appraisal District | 98.5900.013.001.90.112 | 507 N Highway 77 | 2025 | $ 250,857 |
| Grayson | Grayson Central Appraisal District | 6P02575 | 2222 Texoma Pkwy | 2025 | $ 192,413 |
| Hidalgo | Hidalgo County Appraisal District | W3800-99-120-0000-98 | 1015 N Texas Blvd | 2025 | $ 296,044 |
| Hidalgo | Hidalgo County Appraisal District | T3663-99-000-001A-11 | 313 E Trenton Rd | 2025 | $ 272,257 |
| Hood | Hood Central Appraisal District | 91000.000.7662.0 | 1820 Acton Hwy | 2025 | $ 211,570 |

| Johnson | Central Appraisal District of Johnson County | 126.5528.92230 | 1615 W Henderson St | 2025 | $ | 229,875 |
|---|---|---|---|---|---|---|
| Johnson | Central Appraisal District of Johnson County | 126.5525.97288 | 648 SW Wilshire Blvd | 2025 | $ | 307,630 |
| Kerr | Kerr Central Appraisal District | P70785 | 1305 Sidney Baker St | 2025 | $ | 298,456 |
| Lubbock | Lubbock Central Appraisal District | P323679 | 3303 98th St. | 2025 | $ | 318,663 |
| Lubbock | Lubbock Central Appraisal District | P168891 | 5402 4th St | 2025 | $ | 246,834 |
| McLennan | McLennan Central Appraisal District | 48B136680 | 4905 W Waco Dr | 2025 | $ | 265,340 |
| Midland | Midland Central Appraisal District | P000026278 | 4715 Billingsley Blvd | 2025 | $ | 330,990 |
| Navarro | Navarro Central Appraisal District | BP00002408 | 1955 W 7th Ave | 2025 | $ | 00.00 |
| Orange | Orange County Appraisal District | 045331-000525 | 2260 Macarthur Dr | 2025 | $ | 226,779 |
| Potter-Randall | Potter-Randall Appraisal District | B-000-0890-6205 | 3415 Bell St | 2025 | $ | 273,759 |
| Rockwall | Rockwall Central Appraisal District | 114581 | 2855 Ridge Rd | 2025 | $ | 387,569 |
| Smith | Smith County Appraisal District | 4010-013-37650-00 | 1421 S Beckham Ave | 2025 | $ | 203,043 |
| Smith | Smith County Appraisal District | 4009-000-88820-00 | 4400 S Broadway Ave | 2025 | $ | 319,303 |
| Taylor | Central Appraisal District of Taylor County | P5399094700 | 3204 S. Clack St | 2025 | $ | 241,599 |
| Travis | Travis Central Appraisal District | 432650 | 801 E William Cannon Dr | 2025 | $ | 342,335 |
| Victoria | Victoria Central Appraisal District | 98000-000-85840 | 8402 N Navarro St | 2025 | $ | 257,190 |
| Webb | Webb County Appraisal District | 800-02022-114 | 2310 E Saunders St | 2025 | $ | 275,121 |
| Webb | Webb County Appraisal District | 801-02013-113 | 7807 San Dario | 2025 | $ | 263,881 |
| Wichita | Wichita Appraisal District | 59000022232 | 3923 Kell Blvd | 2025 | $ | 255,601 |
| Williamson | Williamson Central Appraisal District | P-17-P194-4040-3949-15 | 850 N Bell Blvd | 2025 | $ | 00.00 |
| Williamson | Williamson Central Appraisal District | P-16-P194-7040-2219-00 | 8666 Spicewood Springs Rd | 2025 | $ | 00.00 |