**EXHIBIT B**
**EXPENSE SUMMARY**

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**April 1, 2025, through April 30, 2025**

| Expense Category | Total Expenses |
|---|---:|
| In-House Printing - black & white | 728.50 |
| Messenger Service | 10.00 |
| Pacer | 325.50 |
| Computer Research - Westlaw | 638.40 |
| In-House Printing - color | 20.80 |
| Courier/Delivery Service | 294.26 |
| Transcripts | 166.75 |
| **Grand Total Expenses** | **$2,184.21** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 03/25/25 | Courier/Delivery Service - Delivery fee for breakfast for 3/25/25 hearing. | 1.0 | 90.00 |
| 04/01/25 | In-House Printing - black & white | 3,956.0 | 395.60 |
| 04/01/25 | Pacer | 146.0 | 14.60 |
| 04/01/25 | In-House Printing - color | 26.0 | 20.80 |
| 04/02/25 | Messenger Service - USBC - 04/02/2025 | 1.0 | 5.00 |
| 04/02/25 | Pacer | 76.0 | 7.60 |
| 04/02/25 | Transcripts - Transcript of April 2 hearing | 1.0 | 156.60 |
| 04/02/25 | Courier/Delivery Service - Delivery of materials to and from Court | 1.0 | 139.26 |
| 04/03/25 | Pacer | 245.0 | 24.50 |
| 04/03/25 | Transcripts - Transcript of April 3 hearing | 1.0 | 10.15 |
| 04/04/25 | Pacer | 170.0 | 17.00 |
| 04/07/25 | Pacer | 208.0 | 20.80 |
| 04/08/25 | In-House Printing - black & white | 885.0 | 88.50 |
| 04/08/25 | Pacer | 313.0 | 31.30 |
| 04/09/25 | Pacer | 173.0 | 17.30 |
| 04/09/25 | In-House Printing - black & white | 98.0 | 9.80 |
| 04/10/25 | Pacer | 24.0 | 2.40 |
| 04/10/25 | Courier/Delivery Service - Delivery fee for lunch for 4/10/25 hearing. | 1.0 | 65.00 |
| 04/10/25 | In-House Printing - black & white | 33.0 | 3.30 |
| 04/11/25 | Pacer | 139.0 | 13.90 |
| 04/11/25 | In-House Printing - black & white | 83.0 | 8.30 |
| 04/14/25 | Pacer | 226.0 | 22.60 |
| 04/14/25 | Computer Research - Westlaw | 1.0 | 30.40 |
| 04/15/25 | Pacer | 107.0 | 10.70 |
| 04/16/25 | Pacer | 151.0 | 15.10 |
| 04/16/25 | Computer Research - Westlaw | 1.0 | 182.40 |
| 04/17/25 | Computer Research - Westlaw | 1.0 | 425.60 |
| 04/18/25 | Pacer | 30.0 | 3.00 |
| 04/21/25 | Pacer | 93.0 | 9.30 |
| 04/22/25 | Pacer | 132.0 | 13.20 |
| 04/22/25 | In-House Printing - black & white | 96.0 | 9.60 |
| 04/23/25 | Pacer | 166.0 | 16.60 |
| 04/23/25 | In-House Printing - black & white | 50.0 | 5.00 |
| 04/24/25 | Pacer | 81.0 | 8.10 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 04/24/25 | In-House Printing - black & white | 22.0 | 2.20 |
| 04/25/25 | In-House Printing - black & white | 1,690.0 | 169.00 |
| 04/25/25 | Pacer | 133.0 | 13.30 |
| 04/27/25 | Pacer | 112.0 | 11.20 |
| 04/28/25 | Pacer | 178.0 | 17.80 |
| 04/28/25 | In-House Printing - black & white | 304.0 | 30.40 |
| 04/29/25 | Messenger Service - BK - 04/29/2025 | 1.0 | 5.00 |
| 04/29/25 | Pacer | 202.0 | 20.20 |
| 04/30/25 | Pacer | 150.0 | 15.00 |
| 04/30/25 | In-House Printing - black & white | 68.0 | 6.80 |
| | **Total** | | **$2,184.21** |