## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. [1] | (Jointly Administered) |
| | **Re: Docket No. 672** |

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION RESOLVING GERALD BOGLE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The undersigned counsel to Gerald Bogle hereby certifies as follows:

1.      On October 31, 2024, Gerald Bogle ("Movant") filed *Gerald Bogle's Motion for Relief from the Automatic Stay* [Docket No. 672] (the "Motion").

2.      Counsel for the Movant and counsel for the Debtors engaged in negotiations to consensually resolve the Motion, and have reached an agreement regarding the Motion. The Parties have memorialized their agreement in the *Stipulation By and Among the Debtors and Gerald Bogle Resolving Gerald Bogle's Motion for Relief From the Automatic Stay* (the "Stipulation").

3.      The Parties have prepared a proposed order (the "Proposed Order"), a true and correct copy of the Proposed Order is attached hereto as **Exhibit A**, approving the Stipulation. A true and correct copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

---

[1] The Debtors and Debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

17379944/3

WHEREFORE, it is hereby respectfully requested that the Court enter the Proposed Order at the earliest convenience of the Court.

Dated: June 20, 2025

**MORRIS JAMES LLP**

*/s/ Christopher M. Donnelly*
Christopher M. Donnelly (DE Bar No. 7149)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail:  cdonnelly@morrisjames.com

*Counsel for Gerald Bogle*

17379944/3