UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: BIG LOTS INC

CASE NO. 24-11967 (JKS)

_____ Debtor

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW ADAM ROSS, Tax Collector of Pinellas County, Florida through his undersigned agent who filed a proof of claim on his behalf in the above bankruptcy proceeding and withdraws his proof of claim for Claim 2730 as filed stating that the taxes claimed have been satisfied.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished either electronically or by U.S. Mail this 23rd day of June, 2025 to:Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801; and Morris, Nichols, Arsht & Tunnell LLP 1201 N Market ST 16th FL, Wilmington, DE 19801.

/S/ DANIEL MONEFELDT
DANIEL MONEFELDT, CFCA, CPM, TAX MANAGER
as agent for PINELLAS COUNTY TAX COLLECTOR
PINELLAS COUNTY, FLORIDA
PO BOX 6340
CLEARWATER, FL 33758-6340
TEL (727) 464-3409
FAX (727) 464-4110
PCTCBK@pinellastaxcollector.gov

UDS469 rev 12/24/20024