**Exhibit A**
**(HomeView's Proposed Order)**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BIG LOTS, INC., *et al.*, <br><br> Debtor(s). | Chapter 11 <br><br> Case No. 24-11967 (JKS) <br> Jointly Administered <br><br> **Ref. Docket No.** |

### FINAL ORDER GRANTING IN PART AND DENYING IN PART HOMEVIEW DESIGN, INC.'S MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of *HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(9)* (the "**Motion**"), all accompanying documents, any responses thereto, and any further support thereof; and the Court having determined that it has subject matter jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and sufficient notice was given under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted in part and denied in part, as set forth herein;

2. As stated by the Court at the March 25, 2025 hearing, HomeView's 503(b)(9) claim, and HomeView's claim relating to invoice nos. 0048412, 0048413, 0048414,

DLAX1670131484, DLAX1670131475, and DLAX1670131470 are both subject to the *Pre-Closing Administrative Expense Claims Procedures Order* [D.I. 2110].

20. For the reasons stated by the Court in the May 21, 2025 oral opinion [D.I. 2768], with respect to purchase order nos.: 95558537, 95558538, 95558539, 95643797, 95678063, 95696535, 95696536, 95696537, and 95610243:

   a. HomeView has an allowed administrative priority claim for breach of contract in the amount of the full purchase order price ($554,109.28) plus storage fees ($3,884.35/mo. beginning in February, 2025 - a total of $15,537.40 as of May, 2025).

   b. The breach occurred post-closing on January 15, 2025; and

   c. The claim arose pre-closing on the dates the contracts were entered into, therefore making the claim subject to the *Pre-Closing Administrative Expense Claims Procedures Order* [D.I. 2110].

4. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.