IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: June 20, 2025

/s/ *Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 20, 2025, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2603 | Kik International LLC<br>1725 N. Brown Road<br>Lawrenceville, GA 30043<br><br>Kik International LLC<br>101 MacIntosh Blvd<br>Concord, ON L4K 4R5<br>Canada<br><br>Kik International<br>Dept CH 14106<br>Palatine, IL 60055-1406 | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 13, 2025 |
| 2608 | Product Design Canopy Limited<br>10/F Block B, Eldex Ind Bldg<br>21 Matauwai Road<br>Hunghom, Kowloon<br>Hong Kong | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 13, 2025 |
| 2610 | Tian You Precision Co Ltd<br>Lot F 2d CN, NA 1 Road<br>My Phuoc2 Industrial Zone<br>Ben Cat, Binh Duong Province 820000<br>Vietnam | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 13, 2025 |
| 2651 | Unique Petz LLC<br>10 West 33rd St, Ste 220<br>New York, NY 10001-3306 | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 13, 2025 |

In re: BIG LOTS, INC., et al.,
Case No. 24-11967 (JKS)

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2678 | Cooper Street Cookies, LLC<br>320 Martin Street<br>Birmingham, MI 48009 | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 13, 2025 |
| 2738 | Pillow Perfect Inc<br>PO Box 260<br>Woodstock, GA 30188<br><br>Pillow Perfect Inc<br>PO Box 105328<br>Atlanta, GA 30348-5328 | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 13, 2025 |
| 2788 | Pacific Home & Garden, Inc.<br>705 Carlton Ave<br>Stockton, CA 95203-3003 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | June 13, 2025 |
| 2795 | Bauducco Foods Inc<br>1705 NW 133rd Ave, Suite 101<br>Sweetwater, FL 33182<br><br>Bauducco Foods Inc<br>13250 NW 25th St, Ste 101<br>Miami, FL 33182-1509 | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 13, 2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2810 | Honey Can Do Intl LLC<br>5300 St. Charles Rd.<br>Berkeley, IL 60163 | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 13, 2025 |
| 2820 | Hybrid Apparel<br>PO Box 912150<br>Denver, CO 80291-2150 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | June 13, 2025 |
| 2848 | Serta Inc<br>2600 Forbs Ave<br>Hoffman Estates, IL 60192 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | June 13, 2025 |
| 2860 | Toms Toy International (HK) Ltd<br>Room L1 8F Block 2 Kaiser Estate<br>Hung Hom<br>Kowloon<br>Hong Kong | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | June 13, 2025 |
| 2876 | Fusion Furniture Inc<br>PO Box 734183<br>Dallas, TX 75373-4183 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | June 13, 2025 |