**HAHN & HAHN LLP**
DEAN G. RALLIS JR., State Bar No. 94266
E-Mail: drallis@hahnlawyers.com
301 E. COLORADO BLVD., NINTH FLOOR
PASADENA, CALIFORNIA 91101-1977
Telephone: (626) 796-9123
Facsimile: (626) 449-7357

Attorneys for Creditor USRP Watt Town Center Retail Partners

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.*, | [Chapter 11] |
| Debtor. | (Jointly Administered) |
| | **REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES** |

**PLEASE TAKE NOTICE** that Dean G. Rallis Jr., of Hahn & Hahn LLP, hereby requests to be removed from receiving electronic notices on behalf of USRP Watt Town Center Retail Partners, a creditor and landlord in the above-captioned chapter 11 bankruptcy case, at the following email address: drallis@hahnlawyers.com.

Dated: June 23, 2025         */s/ Dean G. Rallis Jr.*
                             Dean G. Rallis Jr.
                             HAHN & HAHN LLP
                             301 E. COLORADO BLVD., 9th FL.
                             PASADENA, CA 91101-1977
                             Phone: (626) 796-9123
                             Fax: (626) 449-7357
                             drallis@hahnlawyers.com

DRALLIS\36829.00004\5224111.1                    1