**BIG LOTS, INC.,** *et al.*
Bankruptcy Case No. 24-11967 (JKS) (jointly administered)
Summary of Fees and Expenses for the Second Interim Fee Hearing:
June 26, 2025, at 1:00 p.m. (Eastern Time)

**Debtors' Professionals**

Morris, Nichols, Arsht & Tunnell LLP

A. Second Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors In Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period January 1, 2025, through and Including March 31, 2025 (D.I. 2745, Filed 5/15/25).

Objection Deadline: June 5, 2025, at 4:00 p.m. (ET).

Responses Received:

1. Omnibus Limited Objection and Reservation of Rights of Tropicana Palm Plaza LLC with Respect to Interim Fee Applications Filed on and after May 15, 2025 (D.I. 2767, Filed 5/21/25).

Related Pleadings:

1. Fifth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtor and Debtors In Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period January 1, 2025 through and Including January 31, 2025 (D.I. 2251, Filed 3/17/25);

2. Certificate of No Objection Regarding Fifth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtor and Debtors In Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period January 1, 2025 through and Including January 31, 2025 (D.I. 2533, Filed 4/9/25);

3. Sixth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtor and Debtors In Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 1, 2025 through and Including February 28, 2025 (D.I. 2560, Filed 4/14/25);

4. Certificate of No Objection Regarding Sixth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtor and Debtors In Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period

            February 1, 2025 through and Including February 28, 2025 (D.I. 2691, Filed 5/6/25);

5.     Seventh Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtor and Debtors In Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period March 1, 2025 through and Including March 31, 2025 (D.I. 2692, Filed 5/6/25); and

6.     Certificate of No Objection Regarding Seventh Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtor and Debtors In Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period March 1, 2025 through and Including March 31, 2025 (D.I. 2816, Filed 5/29/25).

PwC US Tax LLP

B.     Combined Fourth Monthly and Second Interim Fee Application of PwC US Tax LLP as Tax Compliance and Tax Advisory Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period January 1, 2025, through March 31, 2025 (D.I. 2747, Filed 5/15/25).

    Objection Deadline: June 5, 2025, at 4:00 p.m. (ET).

    Responses Received:

1.     Omnibus Limited Objection and Reservation of Rights of Tropicana Palm Plaza LLC with Respect to Interim Fee Applications Filed on and after May 15, 2025 (D.I. 2767, Filed 5/21/25).

    Related Pleadings:  None.

AlixPartners, LLP

C.     Second Interim Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2025 through March 31, 2025 (D.I. 2749, Filed 5/15/25).

    Objection Deadline: June 5, 2025, at 4:00 p.m. (ET).

    Responses Received:

1. Omnibus Limited Objection and Reservation of Rights of Tropicana Palm Plaza LLC with Respect to Interim Fee Applications Filed on and after May 15, 2025 (D.I. 2767, Filed 5/21/25).

Related Pleadings:

1. Fifth Monthly Fee Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period January 1, 2025 through and Including January 31, 2025 (D.I. 2486, Filed 4/3/25);

2. Sixth Monthly Fee Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period February 1, 2025 through and Including February 28, 2025 (D.I. 2644, Filed 4/29/25);

3. Certificate of No Objection Regarding Fifth Monthly Fee Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period January 1, 2025 through and Including January 31, 2025 (D.I. 2676, Filed 5/1/25);

4. Seventh Monthly Fee Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period March 1, 2025 through and Including March 31, 2025 (D.I. 2718, Filed 5/9/25);

5. Certificate of No Objection Regarding Sixth Monthly Fee Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period February 1, 2025 through and Including February 28, 2025 (To be Filed); and

6. Certificate of No Objection Regarding Seventh Monthly Fee Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period March 1, 2025 through and Including March 31, 2025 (To be Filed).

Davis Polk & Wardwell LLP

D. Second Interim Application of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period January 1, 2025 through and Including March 31, 2025 (D.I. 2750, Filed 5/15/25).

Objection Deadline: June 5, 2025, at 4:00 p.m. (ET).

Responses Received:

1. Omnibus Limited Objection and Reservation of Rights of Tropicana Palm Plaza LLC with Respect to Interim Fee Applications Filed on and after May 15, 2025 (D.I. 2767, Filed 5/21/25).

Related Pleadings:

1. Fifth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period January 1, 2025, through and Including January 31, 2025 (D.I. 2282, Filed 3/18/25);

2. Sixth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period February 1, 2025 through and Including February 28, 2025 (D.I. 2510, Filed 4/7/25);

3. Certificate of No Objection Regarding Fifth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period January 1, 2025, through and Including January 31, 2025 (D.I. 2540, Filed 4/9/25);

4. Certificate of No Objection Regarding Sixth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period February 1, 2025 through and Including February 28, 2025 (D.I. 2682, Filed 5/5/25);

5. Seventh Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period March 1, 2025 through and Including March 31, 2025 (D.I. 2685, Filed 5/5/25); and

6. Certificate of No Objection Regarding Seventh Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period March 1, 2025 through and Including March 31, 2025 (D.I. 2815, Filed 5/29/25).

**Official Committee of Unsecured Creditors' Professionals**

Cole Schotz P.C.

A.  Second Interim Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 Through March 31, 2025 (D.I. 2751, Filed 5/15/25).

Objection Deadline: June 5, 2025, at 4:00 p.m. (ET).

Responses Received:

1.  Omnibus Limited Objection and Reservation of Rights of Tropicana Palm Plaza LLC with Respect to Interim Fee Applications Filed on and after May 15, 2025 (D.I. 2767, Filed 5/21/25).

Related Pleadings:

1.  Fourth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 through January 31, 2025 (D.I. 2142, Filed 2/28/25);

2.  Certificate of No Objection Regarding Fourth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 through January 31, 2025 (D.I. 2376, Filed 3/24/25);

3.  Fifth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through February 28, 2025 (D.I. 2394, Filed 3/26/25);

4.  Certificate of No Objection Regarding Fifth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through February 28, 2025 (D.I. 2578, Filed 4/17/25);

5.  Sixth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through March 31, 2025 (D.I. 2748, Filed 5/15/25); and

McDermott Will & Emery LLP

B.  Second Interim Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2025 through March 31, 2025 (D.I. 2752, Filed 5/15/25).

Objection Deadline: June 5, 2025, at 4:00 p.m. (ET).

Responses Received:

1. Omnibus Limited Objection and Reservation of Rights of Tropicana Palm Plaza LLC with Respect to Interim Fee Applications Filed on and after May 15, 2025 (D.I. 2767, Filed 5/21/25).

Related Pleadings:

1. Fourth Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2025 through January 31, 2025 (D.I. 2118, Filed 2/28/25);

2. Certificate of No Objection Regarding Fourth Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2025 through January 31, 2025 (D.I. 2375, Filed 3/24/25);

3. Fifth Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From February 1, 2025 Through February 28, 2025 (D.I. 2402, Filed 3/28/25);

4. Certificate of No Objection Regarding Fifth Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From February 1, 2025 Through February 28, 2025 (D.I. 2585, Filed 4/21/25);

5. Sixth Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From March 1, 2025 through March 31, 2025 (D.I. 2639, Filed 4/25/25)**;** and

6. Certificate of No Objection Regarding Sixth Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From March 1, 2025 through March 31, 2025 (D.I. 2759, Filed 5/19/25).

FTI Consulting, Inc.

C. Second Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 through March 31, 2025 (D.I. 2753, Filed 5/15/25).

Objection Deadline: June 5, 2025, at 4:00 p.m. (ET).

Responses Received:

1. Omnibus Limited Objection and Reservation of Rights of Tropicana Palm Plaza LLC with Respect to Interim Fee Applications Filed on and after May 15, 2025 (D.I. 2767, Filed 5/21/25).

Related Pleadings:

1. Fourth Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period From January 1, 2025 Through January 31, 2025 (D.I. 2075, Filed 2/25/25);

2. Certificate of No Objection Regarding Fourth Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period From January 1, 2025 Through January 31, 2025 (D.I. 2301, Filed 3/19/25);

3. Fifth Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period From February 1, 2025 Through February 28, 2025 (D.I. 2441, Filed 3/31/25);

4. Certificate of No Objection Regarding Fifth Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period From February 1, 2025 Through February 28, 2025 (D.I. 2589, Filed 4/22/25);

5. Sixth Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from March 1, 2025 through March 31, 2025 (D.I. 2590, Filed 4/22/25); and

6. Certificate of No Objection Regarding Sixth Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial

8

Advisors to the Official Committee of Unsecured Creditors for the Period from March 1, 2025 through March 31, 2025 (D.I. 2742, Filed 5/14/25).