**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 2767** |

**NOTICE OF WITHDRAWAL OF OMNIBUS LIMITED OBJECTION AND RESERVATION OF RIGHTS OF TROPICANA PALM PLAZA LLC WITH RESPECT TO INTERIM FEE APPLICATIONS FILED ON AND AFTER MAY 15, 2025**

PLEASE TAKE NOTICE that on June 23, 2025 Tropicana Palm Plaza LLC, a Nevada limited liability company ("Landlord"), by and through its undersigned counsel, hereby withdraws the Omnibus Limited Objection and Reservation Of Rights Of Tropicana Palm Plaza LLC with Respect To Interim Fee Applications filed on And After May 15, 2025, [DI 2767].

WHEREFORE the Landlord respectfully requests that the Court deem the Limited Objection withdrawn and grant such other relief as the Court deems just.

Dated: June 24, 2025
Wilmington, Delaware

**ROBINSON & COLE LLP**

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
Email: jedmonson@rc.com

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081

*- And -*

**CARLYON CICA CHTD.**
Candace C. Carlyon (NV Bar No. 2666)
Dawn M. Cica (NV Bar No. 4565)
265 East Warm Springs Road, Suite 107
Las Vegas, Nevada  891109
Telephone:  (702) 685-4444
Email:     dcica@carlyoncica.com
           ccarlyon@carlyoncica.com

*Co-Counsel to Tropicana Palm Plaza LLC*