# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Accertify, Inc., (ADRID: 29463339), 2 Pierce Place, Suite 900, Itasca, IL 60143:

- Eighteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2143]

On June 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Twenty-First Rejection Notice Parties Service List attached hereto as **Exhibit A**:

- Twenty-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2146]

On June 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Twenty-Third Rejection Notice Parties Service List attached hereto as **Exhibit B**:

- Twenty-Third Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2148]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

On June 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Twenty-Fourth Rejection Notice Parties Service List attached hereto as **Exhibit C**:

- Twenty-Fourth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2149]

On June 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Twenty-Fifth Rejection Notice Parties Service List attached hereto as **Exhibit D**:

- Twenty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2150]

On June 9, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on International Business Machines Corporation, (ADRID: 30228680), 1 New Orchard Road, Armonk, NY 10504-1722:

- Twenty-Sixth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2151]
- Twenty-Seventh Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2152]

On June 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Twenty-Eighth Rejection Notice Parties Service List attached hereto as **Exhibit E**:

- Twenty-Eighth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2153]

On June 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Twenty-Ninth Rejection Notice Parties Service List attached hereto as **Exhibit F**:

- Twenty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2154]

Dated: June 18, 2025

                                                                                             */s/ Paul Pullo*
                                                                                                Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 18, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.


/s/ HERBERT BAER
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

**Exhibit A**

Exhibit A
Supplemental Twenty-First Rejection Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 29463604 | CMA CGM S.A. | 15350 Vickery Drive | | | Houston | TX | 77032 |
| 30228594 | Command7, LLC | 6440 Millrock Drive | #350 | | Salt Lake City | UT | 84121 |
| 30228597 | Convercent, Inc. | 505 N Angier Ave NE | Fourth Ward Office, Tower 2 | Suite 9000 | Atlanta | GA | 30308 |

**Exhibit B**

Exhibit B
Supplemental Twenty-Third Rejection Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 30228615 | Hewlett Packard Enterprise | 1701 E Mossy Oaks Rd | Spring | TX | 77389 |
| 30228617 | IBM | 1 New Orchard Road | Armonk | NY | 10504-1722 |

**Exhibit C**

Exhibit C
Supplemental Twenty-Fourth Rejection Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 29475230 | IBM Corporation | International Business Machines Corp. | New Orchard Road  Armonk | | New York | NY | 10504 |
| 30228646 | Infosys Limited | One World Trade Center | Suite A, 79th floor | 285 Fulton St | New York | NY | 10007 |

**Exhibit D**

Exhibit D
Supplemental Twenty-Fifth Rejection Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 29475233 | Infosys Limited | 507 E Howard Ln Building 1, Suite 200 , | | | Austin | TX | 78753 |
| 29475234 | Infosys Limited fka Infosys Technologies Limited | One World Trade Center | Suite A, 79th floor | 285 Fulton St | New York | NY | 10007 |

**Exhibit E**

Exhibit E
Supplemental Twenty-Eighth Rejection Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 29464272 | Maersk Inc. | 180 Park Ave Ste 105 | | | | Florham Park | NJ | 07932-1054 | |
| 30228703 | Maersk Inc. as agent to A.P. Moller-Maersk A/S | Epic Corporate Center | Escazu | Trejos Montealegre | tercer piso | San Jose | | | Costa Rica |
| 30228720 | MAERSK SEALAND | 180 PARK AVENUE | BUILDING 105 | PO BOX 950 | | FLORHAM PARK | NJ | 07932 | |

**Exhibit F**

Case 24-11967-JKS    Doc 2911    Filed 06/25/25    Page 14 of 15

Exhibit F
Supplemental Twenty-Ninth Rejection Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 30228739 | Otis Elevator Company | 105 Fairfield Rd | | Fairfield | NJ | 07004 |
| 30228744 | Perfaware LLC | 511 E John Carpenter Freeway | Suite 500 | Irving | TX | 75062 |