

# RANDOLPH COUNTY

## TAX DEPARTMENT
725 McDOWELL ROAD, ASHEBORO, N.C. 27205-7370

336-318-6500
Visit us: www.randolphcountync.gov



RECEIVED
2025 JUN 25 AM 9:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

JKS

June 19, 2025

United States Bankruptcy Court
District Delaware
824 N Market St
Wilmington, DE 19801

RE: Case No. 24-11967 Chapter _11_ Debtor: Big Lots Inc

Ms. Troxler:

Please release the Randolph County Tax Department claim #01 that was filed with your office on 09/23/2024 in the amount of $5,821.67. The claim has been paid in full.

Thank you,

*Melissa Martin*

Bankruptcy Specialist





**Office of the Tax Collector**
http://www.randolphcountync.gov

TEL 336-318-6500
FAX 336-318-6571



**Property Tax Collection**
725 McDowell Road • Asheboro, NC 27205

BIG LOTS STORES LLC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651

**DUPLICATE STATEMENT**
**6/19/2025**
**BIG LOTS STORES LLC85106860**

### Bill Information

| Bill Number | Abstract Number | Tax Year/Year For | Bill Type | Bill Date | Due Date | Interest Begin Date |
|---|---|---|---|---|---|---|
| 0001673973-2024-2023-0000-00 | 0001673973 | 2024 / 2023 | REGULAR | 1/18/2024 | 9/1/2024 | 1/7/2025 |

### Description of item(s) that bill is for

Legal Description  OTHER PERSONAL PROPERTY
Property Location  1432 1442 E DIXIE DR ASHEBORO NC 27203

| | | |
|---|---|---|
| Parcel ID | Personal ID | Acreage  0.00 |
| Real Value  0 | Personal Value  50397 | Exemption  0 |
| Deferred Value  0 | Use Value  0 | Excluded Value  0 |
| Total Taxable Value  50397 | Tax Year  2024 | Year For  2023 |

### Line Items that add up to the bill due amount

| Description | Rates/Fees | Amount Billed | Amount Paid |
|---|---|---|---|
| RANDOLPH TAX | 0.5000 | 251.99 | 251.99 |
| RANDOLPH LATE LIST PENALTY | 10.0000 | 25.20 | 25.20 |
| ASHEBORO TAX | 0.7100 | 357.82 | 357.82 |
| ASHEBORO SCHOOL TAX | 0.1153 | 58.11 | 58.11 |
| ASHEBORO LATE LIST PENALTY | 10.0000 | 35.78 | 35.78 |
| ASHEBORO SCHOOL LATE LIST PENALTY | 10.0000 | 5.81 | 5.81 |
| Interest | | 0 | 20.20 |
| Total | | 734.71 | 754.91 |

**Bill Status: PAID**

| | |
|---|---|
| Principal Due | 0.00 |
| Interest Due | 0.00 |
| Collection Fees & Expense | 0.0000 |
| | ---------------------- |
| Total Due | 0.00 |



**Office of the Tax Collector**
http://www.randolphcountync.gov

TEL 336-318-6500
FAX 336-318-6571



**Property Tax Collection**
725 McDowell Road • Asheboro, NC 27205

BIG LOTS STORES LLC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651

**DUPLICATE STATEMENT**
**6/19/2025**
**BIG LOTS STORES LLC85106859**

### Bill Information

| Bill Number | Abstract Number | Tax Year/Year For | Bill Type | Bill Date | Due Date | Interest Begin Date |
|---|---|---|---|---|---|---|
| 0001673973-2024-2022-0000-00 | 0001673973 | 2024 / 2022 | REGULAR | 1/18/2024 | 9/1/2024 | 1/7/2025 |

### Description of item(s) that bill is for

Legal Description  OTHER PERSONAL PROPERTY
Property Location  1432 1442 E DIXIE DR ASHEBORO NC 27203

| Parcel ID | Personal ID | Acreage 0.00 |
|---|---|---|
| Real Value  0 | Personal Value  39158 | Exemption  0 |
| Deferred Value  0 | Use Value  0 | Excluded Value  0 |
| Total Taxable Value  39158 | Tax Year  2024 | Year For  2022 |

### Line Items that add up to the bill due amount

| Description | Rates/Fees | Amount Billed | Amount Paid |
|---|---|---|---|
| RANDOLPH TAX | 0.6327 | 247.75 | 247.75 |
| RANDOLPH LATE LIST PENALTY | 20.0000 | 49.55 | 49.55 |
| ASHEBORO TAX | 0.6650 | 260.40 | 260.40 |
| ASHEBORO SCHOOL TAX | 0.1439 | 56.35 | 56.35 |
| ASHEBORO LATE LIST PENALTY | 20.0000 | 52.08 | 52.08 |
| ASHEBORO SCHOOL LATE LIST PENALTY | 20.0000 | 11.27 | 11.27 |
| Interest | | 0 | 18.62 |
| Total | | 677.40 | 696.02 |

**Bill Status: PAID**

| | |
|---|---|
| Principal Due | 0.00 |
| Interest Due | 0.00 |
| Collection Fees & Expense | 0.0000 |
| | ---------------------- |
| Total Due | 0.00 |



**Office of the Tax Collector**
http://www.randolphcountync.gov

TEL 336-318-6500
FAX 336-318-6571



**Property Tax Collection**
725 McDowell Road • Asheboro, NC 27205

BIG LOTS STORES LLC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651

**DUPLICATE STATEMENT**
**6/19/2025**
**BIG LOTS STORES LLC85106861**

### Bill Information

| Bill Number | Abstract Number | Tax Year/Year For | Bill Type | Bill Date | Due Date | Interest Begin Date |
|---|---|---|---|---|---|---|
| 0001673973-2024-2021-0000-00 | 0001673973 | 2024 / 2021 | REGULAR | 1/18/2024 | 9/1/2024 | 1/7/2025 |

### Description of item(s) that bill is for

Legal Description  OTHER PERSONAL PROPERTY
Property Location  1432 1442 E DIXIE DR ASHEBORO NC 27203

| Parcel ID | Personal ID | Acreage  0.00 |
|---|---|---|
| Real Value  0 | Personal Value  51960 | Exemption  0 |
| Deferred Value  0 | Use Value  0 | Excluded Value  0 |
| Total Taxable Value  51960 | Tax Year  2024 | Year For  2021 |

### Line Items that add up to the bill due amount

| Description | Rates/Fees | Amount Billed | Amount Paid |
|---|---|---|---|
| RANDOLPH TAX | 0.6327 | 328.75 | 328.75 |
| RANDOLPH LATE LIST PENALTY | 30.0000 | 98.63 | 98.63 |
| ASHEBORO TAX | 0.6650 | 345.53 | 345.53 |
| ASHEBORO SCHOOL TAX | 0.1439 | 74.77 | 74.77 |
| ASHEBORO LATE LIST PENALTY | 30.0000 | 103.66 | 103.66 |
| ASHEBORO SCHOOL LATE LIST PENALTY | 30.0000 | 22.43 | 22.43 |
| Interest |  | 0 | 26.78 |
| Total |  | 973.77 | 1,000.55 |

**Bill Status: PAID**

| | Principal Due | 0.00 |
|---|---|---|
| | Interest Due | 0.00 |
| | Collection Fees & Expense | 0.0000 |
| | Total Due | 0.00 |



**Office of the Tax Collector**
http://www.randolphcountync.gov

TEL 336-318-6500
FAX 336-318-6571



**Property Tax Collection**
725 McDowell Road • Asheboro, NC 27205

BIG LOTS STORES LLC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651

**DUPLICATE STATEMENT**
6/19/2025
**BIG LOTS STORES LLC85106862**

### Bill Information

| Bill Number | Abstract Number | Tax Year/Year For | Bill Type | Bill Date | Due Date | Interest Begin Date |
|---|---|---|---|---|---|---|
| 0001673973-2024-2020-0000-00 | 0001673973 | 2024 / 2020 | REGULAR | 1/18/2024 | 9/1/2024 | 1/7/2025 |

### Description of item(s) that bill is for

Legal Description  OTHER PERSONAL PROPERTY
Property Location  1432 1442 E DIXIE DR ASHEBORO NC 27203

| Parcel ID | Personal ID | Acreage 0.00 |
|---|---|---|
| Real Value 0 | Personal Value 51089 | Exemption 0 |
| Deferred Value 0 | Use Value 0 | Excluded Value 0 |
| Total Taxable Value 51089 | Tax Year 2024 | Year For 2020 |

### Line Items that add up to the bill due amount

| Description | Rates/Fees | Amount Billed | Amount Paid |
|---|---|---|---|
| RANDOLPH TAX | 0.6327 | 323.24 | 323.24 |
| RANDOLPH LATE LIST PENALTY | 40.0000 | 129.30 | 129.30 |
| ASHEBORO TAX | 0.6650 | 339.74 | 339.74 |
| ASHEBORO SCHOOL TAX | 0.1439 | 73.52 | 73.52 |
| ASHEBORO LATE LIST PENALTY | 40.0000 | 135.90 | 135.90 |
| ASHEBORO SCHOOL LATE LIST PENALTY | 40.0000 | 29.41 | 29.41 |
| Interest | | 0 | 28.36 |
| Total | | 1,031.11 | 1,059.47 |

**Bill Status: PAID**

| | |
|---|---|
| Principal Due | 0.00 |
| Interest Due | 0.00 |
| Collection Fees & Expense | 0.0000 |
| Total Due | 0.00 |



**Office of the Tax Collector**
http://www.randolphcountync.gov

TEL 336-318-6500
FAX 336-318-6571



**Property Tax Collection**
725 McDowell Road • Asheboro, NC 27205

BIG LOTS STORES LLC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651

**DUPLICATE STATEMENT**
6/19/2025
**BIG LOTS STORES LLC85106863**

### Bill Information

| Bill Number | Abstract Number | Tax Year/Year For | Bill Type | Bill Date | Due Date | Interest Begin Date |
|---|---|---|---|---|---|---|
| 0001673973-2024-2019-0000-00 | 0001673973 | 2024 / 2019 | REGULAR | 1/18/2024 | 9/1/2024 | 1/7/2025 |

### Description of item(s) that bill is for

Legal Description   OTHER PERSONAL PROPERTY
Property Location   1432 1442 E DIXIE DR ASHEBORO NC 27203

| Parcel ID | Personal ID | Acreage 0.00 |
|---|---|---|
| Real Value  0 | Personal Value  51809 | Exemption  0 |
| Deferred Value  0 | Use Value  0 | Excluded Value  0 |
| Total Taxable Value  51809 | Tax Year  2024 | Year For  2019 |

### Line Items that add up to the bill due amount

| Description | Rates/Fees | Amount Billed | Amount Paid |
|---|---|---|---|
| RANDOLPH TAX | 0.6327 | 327.80 | 327.80 |
| RANDOLPH LATE LIST PENALTY | 50.0000 | 163.90 | 163.90 |
| ASHEBORO TAX | 0.6650 | 344.53 | 344.53 |
| ASHEBORO SCHOOL TAX | 0.1439 | 74.55 | 74.55 |
| ASHEBORO LATE LIST PENALTY | 50.0000 | 172.26 | 172.26 |
| ASHEBORO SCHOOL LATE LIST PENALTY | 50.0000 | 37.28 | 37.28 |
| Interest | | 0 | 30.81 |
| Total | | 1,120.32 | 1,151.13 |

**Bill Status: PAID**

| | |
|---|---|
| Principal Due | 0.00 |
| Interest Due | 0.00 |
| Collection Fees & Expense | 0.0000 |
| Total Due | 0.00 |



**Office of the Tax Collector**
http://www.randolphcountync.gov

TEL 336-318-6500
FAX 336-318-6571



**Property Tax Collection**
725 McDowell Road • Asheboro, NC 27205

BIG LOTS STORES LLC
ATTN TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS OH 43081-7651

**DUPLICATE STATEMENT**
6/19/2025
**BIG LOTS STORES LLC85106864**

### Bill Information

| Bill Number | Abstract Number | Tax Year/Year For | Bill Type | Bill Date | Due Date | Interest Begin Date |
|---|---|---|---|---|---|---|
| 0001673973-2024-2018-0000-00 | 0001673973 | 2024 / 2018 | REGULAR | 1/18/2024 | 9/1/2024 | 1/7/2025 |

### Description of item(s) that bill is for

Legal Description  OTHER PERSONAL PROPERTY
Property Location  1432 1442 E DIXIE DR ASHEBORO NC 27203

| | | |
|---|---|---|
| Parcel ID | Personal ID | Acreage  0.00 |
| Real Value  0 | Personal Value  54700 | Exemption  0 |
| Deferred Value  0 | Use Value  0 | Excluded Value  0 |
| Total Taxable Value  54700 | Tax Year  2024 | Year For  2018 |

### Line Items that add up to the bill due amount

| Description | Rates/Fees | Amount Billed | Amount Paid |
|---|---|---|---|
| RANDOLPH TAX | 0.6525 | 356.92 | 356.92 |
| RANDOLPH LATE LIST PENALTY | 60.0000 | 214.15 | 214.15 |
| ASHEBORO TAX | 0.6650 | 363.76 | 363.76 |
| ASHEBORO SCHOOL TAX | 0.1500 | 82.05 | 82.05 |
| ASHEBORO LATE LIST PENALTY | 60.0000 | 218.25 | 218.25 |
| ASHEBORO SCHOOL LATE LIST PENALTY | 60.0000 | 49.23 | 49.23 |
| Interest | | 0 | 35.32 |
| Total | | 1,284.36 | 1,319.68 |

**Bill Status: PAID**

| | |
|---|---|
| Principal Due | 0.00 |
| Interest Due | 0.00 |
| Collection Fees & Expense | 0.0000 |
| Total Due | 0.00 |