## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR JUNE 26, 2025, AT 1:00 P.M. (ET)**

> # NO MATTERS ARE GOING FORWARD
>
> # WITH PERMISSION OF THE COURT, THIS HEARING IS CANCELED

**RESOLVED MATTERS**

1. Gerald Bogle's Motion for Relief from the Automatic Stay (D.I. 672, filed 10/31/24).

    <u>Objection Deadline</u>: November 14, 2024, at 4:00 p.m. (ET); extended to June 12, 2025, for the Debtors.

    <u>Responses Received</u>: None at this time.

    <u>Related Documents</u>:

    a) Certification of Counsel Regarding Order Approving Stipulation Resolving Gerald Bogle's Motion for Relief from the Automatic Stay (D.I. 2896, filed 6/20/25); and

    b) Order Approving Stipulation Resolving Gerald Bogle's Motion for Relief from the Automatic Stay (D.I. 2899, entered 6/23/25).

    <u>Status</u>:  An order has been entered.  No hearing is necessary.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Amended items in **bold.**

2. Final Fee Application of Porter, Wright, Morris & Arthur LLP, Special Counsel to the Debtors and Debtors in Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 31, 2024, to and Including January 31, 2025 (D.I. 2531, Filed 4/8/25).

   Objection Deadline: April 29, 2025, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   a) Certificate of No Objection Regarding Final Fee Application of Porter, Wright, Morris & Arthur LLP, Special Counsel to the Debtors and Debtors In Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 31, 2024, to and Including January 31, 2025 (D.I. 2674, filed 4/30/25).

   b) Declaration of David S. Bloomfield, Jr. in Support of the First and Final Fee Application of Porter, Wright Morris & Arthur LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 31, 2024, through January 31, 2025 (D.I. 2688, filed 5/6/25).

   c) Order Granting the First and Final Fee Application of Porter, Wright, Morris & Arthur LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 31, 2024 to and Including January 31, 2025 (D.I. 2728, entered 5/13/25).

   Status: An order has been entered. No hearing is necessary.

3. First and Final Fee Application of A&G Realty Partners, LLC, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Real Estate Consultant and Advisor to the Debtors for the Period from September 9, 2024 through February 7, 2025 (D.I. 2524, Filed 4/8/25).

   Objection Deadline: April 29, 2025, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   a) Certification of Counsel Regarding Order Approving First and Final Fee Application of A&G Realty Partners, LLC, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Real Estate Consultant and Advisor to the Debtors for the Period from September 9, 2024 Through February 7, 2025 (D.I. 2675, filed 5/1/25); and

- b) Declaration of Andy Graiser in Further Support of the First and Final Fee Application of A&G Realty Partners, LLC, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Real Estate Consultant and Advisor to the Debtors for the period September 9, 2024 through February 7, 2025 (D.I. 2804, filed 5/28/25); and

- c) Order Approving First and Final Fee Application of A&G Realty Partners, LLC, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Real Estate Consultant and Advisor to the Debtors for the Period from September 9, 2024 Through February 7, 2025 (D.I. 2809, entered 5/28/25).

Status: An order has been entered. No hearing is necessary.

4. Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2712, filed 5/8/25).

Objection Deadline: May 22, 2025, at 4:00 p.m. (ET).

Responses Received:

- a) Certain Texas Taxing Entities' Objection to Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2783, filed 5/22/25).

- b) Objection of Tax Appraisal District of Bell County, Bowie Central Appraisal District, Brown County Appraisal District, Comal Appraisal District, Fort Bend Central Appraisal District, Harrison Central Appraisal District, McLennan Central Appraisal District, Midland Central Appraisal District, Travis Central Appraisal District, and Central Appraisal District of Taylor County in Opposition to Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2784, filed 5/22/25).

- c) Texas Property Tax Authorities' Objection to Debtors' Motion to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2786, filed 5/22/25).

- d) Texas Property Tax Authorities' Corrected Objection to Debtors' Motion to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2793, filed 5/22/25).

Related Documents:

- a) Certification of Counsel Regarding Order Granting Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2892, filed 6/18/25).

- b) Order Granting Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2894, entered 6/18/25).

**Status: An order has been entered resolving certain responses to the motion. The motion is adjourned to the hearing scheduled for July 24, 2025, at 11:00 a.m. (ET). with respect to all other responses.**

**ADJOURNED MATTERS**

5. Motion of Katie J. Jennings and Allen Jennings for Relief from the Automatic Stay (D.I. 2047, filed 2/21/25).

    Objection Deadline: March 18, 2025, at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Related Documents: None at this time.

    Status: This matter has been adjourned to the hearing set for July 24, 2025, at 11:00 a.m. (ET).

6. Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume and Assign Certain Non-Residential Real Property Leases (D.I. 2505, filed 4/6/25).

    Objection Deadline: April 21, 2025, at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Related Documents: None at this time.

    Status: This matter has been adjourned to the hearing set for July 24, 2025, at 11:00 a.m. (ET).

7. Motion of Sharrell Smith, as Parent and Guardian of Heaven Smith, a Minor, for Relief from the Automatic Stay (D.I. 2559, filed 4/14/25).

    Objection Deadline: May 5, 2025, at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Related Documents: None at this time.

    Status: This matter has been adjourned to the hearing set for July 24, 2025, at 11:00 a.m. (ET).

8. Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732, filed 5/13/25).

    Objection Deadline: May 27, 2025, at 4:00 p.m. (ET).

Responses Received:

a) Objection of the McCreary Texas Tax Appraisal Districts to the Motion to Extend Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732) (D.I. 2800, filed 5/27/25).

b) Joint Objection of the Texas Taxing Authorities to the Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732) (D.I. 2801, filed 5/27/25).

Related Documents: None at this time.

Status: This matter has been adjourned to the hearing set for July 24, 2025, at 11:00 a.m. (ET).

9. Roberts Crossing, LLC's Motion for Allowance and Payment of Administrative Claim (D.I. 2755, filed 5/16/25).

Objection Deadline: June 19, 2025, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents: None at this time.

Status: This matter has been adjourned to a date and time to be determined.

10. Fairfield Property LLC's Motion for Allowance and Payment of Administrative Claim (D.I. 2756, filed 5/16/25).

Objection Deadline: June 19, 2025, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents: None at this time.

Status: This matter has been adjourned to a date and time to be determined.

11. University Plaza Stephenville, LLC's Motion for Allowance and Payment of Administrative Claim (D.I. 2757, filed 5/16/25).

Objection Deadline: June 19, 2025, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents: None at this time.

Status: This matter has been adjourned to a date and time to be determined.

12. Siemens Industry, Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) (D.I. 2873, filed 6/6/25).

    Objection Deadline: June 20, 2025, at 4:00 p.m. (ET); extended to June 27, 2025, for the Debtors.

    Responses Received: None at this time.

    Related Documents: None at this time.

    Status: This matter has been adjourned to the hearing set for July 24, 2025, at 11:00 a.m. (ET).

13. Motion by Gordon Brothers Retail Partners, LLC Seeking an Order (A) Enforcing Asset Purchase Agreement, Agency Agreement and Sale Approval Order and (B) Granting Related Relief (D.I. 2840, filed 5/30/25).

    Objection Deadline: June 13, 2025, at 4:00 p.m. (ET); to July 4, 2025, for the Debtors.

    Responses Received: None at this time.

    Related Documents: None at this time.

    Status: This matter has been adjourned to the hearing set for July 24, 2025, at 11:00 a.m. (ET).

**MATTERS GOING FORWARD**

14. Motion of Amy Eskra-Brown for Relief from Bankruptcy Automatic Stay to Proceed Against Insurance Proceeds (D.I. 674, filed 10/31/24).

    Objection Deadline: November 14, 2024, at 4:00 p.m. (ET).

    Responses Received:

    a) Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1103, filed 11/14/24).

    Related Documents:

    a) Notice of Hearing in Support of Motion for Relief from Stay (D.I. 858, filed 11/4/24).

      b)    Declaration of Jonathan Caruso in Support of Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1352, filed 12/16/24).

Status: **The parties have reached an agreement and intend to file** a proposed order under certification of counsel. **This matter is not going forward.**

15.    Motion of Carol Donnelly for Relief from Bankruptcy Automatic Stay to Proceed Against Insurance Proceeds (D.I. 676, filed 10/31/24).

Objection Deadline: November 14, 2024, at 4:00 p.m. (ET).

Responses Received:

a)    Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1103, filed 11/14/24).

Related Documents:

a)    Notice of Hearing in Support of Motion for Relief from Stay (D.I. 861, filed 11/4/24).

b)    Declaration of Jonathan Caruso in Support of Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1352, filed 12/16/24).

Status: **The parties have reached an agreement and intend to file** a proposed order under certification of counsel. **This matter is not going forward.**

16.    Motion of Belkis Millan for Relief from the Automatic Stay (D.I. 1625, filed 1/7/25).

Objection Deadline: January 14, 2025, at 4:00 p.m. (ET); extended to June 19, 2025, for the Debtors.

Responses Received: None at this time.

Related Documents: None at this time.

Status: The Debtors have reached an agreement in principle. The Debtors **intend to file a** proposed order under certification of counsel. **This matter is not going forward.**

17.    Denzel Anderson's Motion for Relief from the Automatic Stay (D.I. 2201, filed 3/11/25).

Objection Deadline: March 18, 2025, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents: None at this time.

Status: **The parties have reached an agreement and intend to file** a proposed order under certification of counsel. **This matter is not going forward.**

18. Motion of Lipp CDS, Inc. for Leave to File Proof of Claim After Claims Bar Deadline (D.I. 2808, filed 5/28/25).

    Objection Deadline: June 19, 2025, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    a) **Certification of Counsel Regarding Joint Stipulation By and Among the Debtors and Lipp CDS, Inc. Resolving Motion of Lipp CDS, Inc. for Leave to File Proof of Claim After Claims Bar Deadline (D.I. 2913, filed 6/25/25).**

    Status: **A proposed order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.**

**FEE HEARING**

19. Second Interim Fee Application Hearing.

    Responses Received:

    a) **[WITHDRAWN]** Omnibus Limited Objection and Reservation of Rights of Tropicana Palm Plaza LLC with Respect to Interim Fee Applications Filed on and after May 15, 2025 (D.I. 2767, Filed 5/21/25).

    Related Documents:

    a) See attached Exhibit A.

    b) **Notice of Withdrawal of Omnibus Limited Objection and Reservation of Rights of Tropicana Palm Plaza LLC with Respect to Interim Fee Applications Filed on and After May 15, 2025 (D.I. 2906, filed 6/24/25).**

    Status: **Tropicana Palm Plaza LLC has withdrawn its objection. This matter is not going forward.**

Dated: June 25, 2025
Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Casey B. Sawyer*
        Robert J. Dehney, Sr. (No. 3578)
        Andrew R. Remming (No. 5120)
        Daniel B. Butz (No. 4227)
        Sophie Rogers Churchill (No. 6905)
        Casey B. Sawyer (No. 7260)
        1201 N. Market Street, 16th Floor
        Wilmington, DE 19801
        Tel: (302) 658-9200
        rdehney@morrisnichols.com
        aremming@morrisnichols.com
        dbutz@morrisnichols.com
        srchurchill@morrisnichols.com
        csawyer@morrisnichols.com

        -and-

        DAVIS POLK & WARDWELL LLP

        Brian M. Resnick (admitted *pro hac vice*)
        Adam L. Shpeen (admitted *pro hac vice*)
        Stephen D. Piraino (admitted *pro hac vice*)
        Ethan Stern (admitted *pro hac vice*)
        Kevin Winiarski (admitted *pro hac vice*)
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000
        brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        stephen.piraino@davispolk.com
        ethan.stern@davispolk.com
        kevin.winiarski@davispolk.com

        *Counsel to the Debtors and Debtors in Possession*