**EXHIBIT A**

**Time Detail**


McDermott
Will & Emery

Invoice: 4024054                                                    06/25/2025
Client: 125264

Big Lots, Inc. Creditors' Committee
N/A
Wilmington, DE

For Services Rendered in Connection with:

Matter: 0011          Big Lots Unsecured Creditors' Committee

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 05/06/25 | Case Administration N. Rowles | 0.30 | 433.50 | Multiple correspondence with MWE restructuring and litigation teams re budget items (.2); correspondence with FTI re same (.1). |
| B130 05/08/25 | Asset Disposition N. Rowles | 0.40 | 578.00 | Teleconference with C. Aas (FTI) re GBRP sale items (.3); email correspondence with C. Aas re same (.1). |
| B130 05/12/25 | Asset Disposition N. Rowles | 1.20 | 1,734.00 | Teleconference with DPW team re funding matters (.2); review correspondence from counsel to DPW and GBRP re same (.3); draft email to J. Lee re analysis needed in connection with same (.5); correspondence with S. Lutkus re same (.2). |
| B130 05/12/25 | Asset Disposition S. Lutkus | 0.90 | 1,642.50 | Zoom conference with D. Azman, N. Rowles, and Davis Polk team re matters relevant to GBRP withheld funding (.2); cursory review/analysis of counsel correspondence in connection with same (.4); follow-up e-mail correspondence with D. |



**Big Lots, Inc. Creditors' Committee**

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4024054 |
| Invoice Date: | 06/25/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Azman (.1), then N. Rowles (multiple) (.2) re matters relevant to same. |
| B130<br>05/12/25 | Asset Disposition<br>D. Azman | 0.80 | 1,408.00 | Call re potential GBRP dispute with DPW (.3); review correspondence re same (.5). |
| B130<br>05/13/25 | Asset Disposition<br>J. Lee | 0.60 | 612.00 | Correspondence with N. Rowles re GB Letters (.3); review letter materials (.3). |
| B130<br>05/13/25 | Asset Disposition<br>N. Rowles | 0.80 | 1,156.00 | Correspondence with J. Lee re analysis of issues related to GBRP funding matter (.5); multiple email correspondence with MWE team re same (.2); email correspondence with DPW team re same (.1). |
| B130<br>05/14/25 | Asset Disposition<br>J. Lee | 1.20 | 1,224.00 | Review letter materials (.7); draft memorandum re same (.5). |
| B130<br>05/15/25 | Asset Disposition<br>J. Lee | 4.10 | 4,182.00 | Review letter materials (.3); review sale hearing transcript (.6); review sale motion and APA (.3); draft memorandum re same (2.9). |



**Big Lots, Inc. Creditors' Committee**

Client: 125264
Invoice: 4024054
Invoice Date: 06/25/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 05/16/25 | Asset Disposition J. Lee | 2.60 | 2,652.00 | Revise memorandum re APA dispute (2.1); revise agency agreement re same (.3); email N. Rowles re same (.2). |
| B130 05/20/25 | Asset Disposition N. Rowles | 0.40 | 578.00 | Review Debtors' draft letter regarding GBRP funding matter (.2); correspondence with MWE team re same (.1); correspondence with DPW re same (.1). |
| B130 05/20/25 | Asset Disposition S. Lutkus | 0.40 | 730.00 | Cursory review/analysis of Debtor draft letter to GBRP in respect of funding dispute (.2); multiple e-mail messages with N. Rowles re matters relevant to same (.2). |
| B130 05/21/25 | Asset Disposition S. Lutkus | 0.30 | 547.50 | Conference with K. Going re matters relevant to Debtors' draft letter to GBRP in respect of withheld funds (.2); e-mail correspondence from/to M. Brock (Davis Polk) in connection with same (.1). |
| B130 05/30/25 | Asset Disposition S. Lutkus | 0.80 | 1,460.00 | Review/analyze GBRP motion to enforce sale order (.8). |
| B130 05/30/25 | Asset Disposition N. Rowles | 3.60 | 5,202.00 | Teleconference with S. Lutkus re GBRP funding dispute and other key matter issues (.2); analyze issues related to same and J. Lee memorandum re same (2.5); analyze GBRP motion to compel compliance with APA, agency agreement, and |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4024054
Invoice Date:  06/25/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | sale order in connection with same (.7); email correspondence with DPW team re same (.1); teleconference with K. Winiarski (DPW) re same (.1). |
| B130 05/30/25 | Asset Disposition J. Lee | 0.10 | 102.00 | Correspond with N. Rowles re GB letters (.1). |
| B150 05/02/25 | Mtgs/Communications w/Creditor N. Rowles | 0.80 | 1,156.00 | Draft email to Committee in connection with updates regarding Debtors' motion to enter into settlement with property insurers (.4); email correspondence with DPW team re same (.1); email correspondence with MWE, Cole Schotz, and FTI teams re same (.1); teleconference with counsel to unsecured creditor re general case inquiries (.2). |
| B150 05/05/25 | Mtgs/Communications w/Creditor N. Rowles | 0.40 | 578.00 | Email correspondence with S. Lutkus re creditor inquiry re pre-closing administrative claims recoveries (.2); email correspondence with creditor re same (.1); email correspondence with FTI team re same (.1). |
| B150 05/05/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.20 | 365.00 | Multiple e-mail messages with N. Rowles in connection with matters relevant to administrative creditor query re anticipated recoveries (.2). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4024054 |
| Invoice Date: | 06/25/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150<br>05/08/25 | Mtgs/Communications<br>w/Creditor<br>N. Rowles | 0.70 | 1,011.50 | Review transcripts from past hearings in connection with creditor inquiry (.6); respond to creditor inquiry (.1). |
| B150<br>05/13/25 | Mtgs/Communications<br>w/Creditor<br>S. Lutkus | 0.20 | 365.00 | Review/analyze draft financial advisor materials prepared in connection with Committee e-mail update in lieu of meeting (.2). |
| B150<br>05/13/25 | Mtgs/Communications<br>w/Creditor<br>N. Rowles | 0.90 | 1,300.50 | Review FTI update deck for Committee on winddown and administrative budget updates (.4); analysis of issues related to same (.2); multiple correspondence with administrative creditor re payment of administrative claims (.2); teleconference with administrative creditor re same (.1). |
| B150<br>05/14/25 | Mtgs/Communications<br>w/Creditor<br>N. Rowles | 1.60 | 2,312.00 | Analyze motion for order determining tax liability related to Texas properties (.5); draft summary of same for Committee (.6); email correspondence with S. Lutkus re same (.3); email correspondence with Cole Schotz and FTI teams re same (.2). |
| B150<br>05/15/25 | Mtgs/Communications<br>w/Creditor<br>N. Rowles | 0.50 | 722.50 | Teleconference with counsel to general unsecured creditor re case status (.2); revise Committee update email in accordance with Cole Schotz comments (.2); correspondence with Committee member regarding updated representative (.1). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:      4024054
Invoice Date:  06/25/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150<br>05/15/25 | Mtgs/Communications w/Creditor<br>S. Lutkus | 0.30 | 547.50 | Review draft Committee update e-mail in lieu of meeting (.2); follow-up e-mail correspondence with N. Rowles re matters relevant to same (.1). |
| B150<br>05/18/25 | Mtgs/Communications w/Creditor<br>N. Rowles | 0.60 | 867.00 | Draft email to Committee regarding demand letter served on counsel to Company's directors and officers (.4); correspondence with D. Azman re same (.2). |
| B150<br>05/29/25 | Mtgs/Communications w/Creditor<br>N. Rowles | 0.60 | 867.00 | Draft email to Committee re notice of interim distribtion (.6). |
| B150<br>05/30/25 | Mtgs/Communications w/Creditor<br>S. Lutkus | 1.20 | 2,190.00 | Review/revise draft Committee update re administrative claims distribution procedures in connection with additional available financial information (.6); follow-up e-mail correspondence with N. Rowles (.1), then M. Hyland (.1) re same; telephone conference with N. Rowles re same, other outstanding work streams (.2); review revised/finalized Committee update (.2). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4024054
Invoice Date: 06/25/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 05/30/25 | Mtgs/Communications w/Creditor N. Rowles | 0.90 | 1,300.50 | Summarize GBRP motion to compel compliance with APA, agency agreement, and sale order for Committee (.4); revise draft Committee update re notice of interim distribution in accordance with S. Lutkus comments to same (.3); correspondence with FTI team re same (.2). |
| B150 05/31/25 | Mtgs/Communications w/Creditor N. Rowles | 0.20 | 289.00 | Email correspondence with Blue Owl re notice of interim distribution (.2). |
| B155 05/13/25 | Court Hearings S. Lutkus | 0.50 | 912.50 | Partial attendance at omnibus hearing (.5). |
| B155 05/13/25 | Court Hearings N. Rowles | 2.50 | 3,612.50 | Attend hearing re HomeView's motion for administrative expense claim (2.5). |
| B155 05/21/25 | Court Hearings N. Rowles | 0.40 | 578.00 | Attend oral ruling on HomeView's motion for administrative expense claim (.3); email correspondence with MWE and Cole Schotz teams re same (.1). |



**Big Lots, Inc. Creditors' Committee**

Client:        125264
Invoice:       4024054
Invoice Date:  06/25/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155 05/21/25 | Court Hearings S. Lutkus | 0.30 | 547.50 | Telephonic attendance at court-scheduled bench ruling hearing on HomeView Design Inc.'s motion for allowance and immediate payment of administrative expense claims (.3). |
| B160 05/02/25 | Fee/Employment Applications D. Hurst | 0.80 | 1,488.00 | Begin to review and revise McDermott April fee application (.8). |
| B160 05/04/25 | Fee/Employment Applications D. Hurst | 2.40 | 4,464.00 | Review April time detail for privilege and compliance with local rules (2.4). |
| B160 05/08/25 | Fee/Employment Applications D. Hurst | 3.40 | 6,324.00 | Review and revise McDermott second interim fee application (1.6); draft correspondence to D. Azman, K. Going re same (.1); review revised April time detail for privilege and compliance with local rules (1.7). |
| B160 05/09/25 | Fee/Employment Applications D. Hurst | 1.10 | 2,046.00 | Review and finalize McDermott second interim fee application (.7); draft multiple correspondence to N. Rowles re same (.2); draft multiple correspondence to N. Rainey re preparation of filing version of fee application (.2). |



**McDermott Will & Emery**

Big Lots, Inc. Creditors' Committee

Client:          125264
Invoice:        4024054
Invoice Date:   06/25/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 05/09/25 | Fee/Employment Applications N. Rowles | 0.30 | 433.50 | Multiple correspondence with D. Hurst re MWE fee application (.3). |
| B160 05/12/25 | Fee/Employment Applications D. Hurst | 0.80 | 1,488.00 | Review revised April time detail for privilege and compliance with local rules (.8). |
| B160 05/12/25 | Fee/Employment Applications N. Rowles | 0.40 | 578.00 | Review second interim fee application in preparation for filing (.3); correspondence with Cole Schotz team re filing same (.1). |
| B160 05/13/25 | Fee/Employment Applications D. Hurst | 0.10 | 186.00 | Draft correspondence to N. Rowles re status of McDermott second interim fee application (.1). |
| B160 05/13/25 | Fee/Employment Applications N. Rowles | 0.10 | 144.50 | Email correspondence with D. Hurst re filing of fee application (.1). |
| B160 05/16/25 | Fee/Employment Applications D. Hurst | 1.40 | 2,604.00 | Draft correspondence to N. Rowles re information needed for McDermott April fee application (.1); review and revise same (1.3). |



**Big Lots, Inc. Creditors' Committee**

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4024054 |
| Invoice Date: | 06/25/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160<br>05/20/25 | Fee/Employment Applications<br>N. Rowles | 0.80 | 1,156.00 | Draft task code descriptions for seventh monthly fee application (.7); correspondence with D. Hurst re same (.1). |
| B160<br>05/21/25 | Fee/Employment Applications<br>D. Hurst | 1.40 | 2,604.00 | Review and revise McDermott April fee application (1.2); draft correspondence to N. Rowles re same (.1); draft correspondence to D. Azman, K. Going re same (.1). |
| B160<br>05/21/25 | Fee/Employment Applications<br>N. Rowles | 0.60 | 867.00 | Review Tropicana Palm objection to estate professionals' fee applications (.2); review Court's ruling on issue at 12/31/24 hearing (.2); email correspondence with Cole Schotz and MWE teams re same (.2). |
| B160<br>05/22/25 | Fee/Employment Applications<br>D. Hurst | 1.10 | 2,046.00 | Review and finalize McDermott April fee application (.9); draft multiple correspondence to N. Rainey re preparation of filing version of same (.1); draft correspondence to N. Rowles re same (.1). |
| B160<br>05/22/25 | Fee/Employment Applications<br>N. Rowles | 0.40 | 578.00 | Review draft seventh monthly fee application (.3); correspondence with Cole Schotz team re filing same (.1). |
| B160<br>05/22/25 | Fee/Employment Applications<br>S. Lutkus | 0.90 | 1,642.50 | Review/analysis of landlord objection to estate professionals' fee applications (.2); multiple e-mail messages with K. Going, D. Azman, J. Alberto and N. Rowles in |



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4024054
Invoice Date: 06/25/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | connection with same (.3); cursory review of hearing transcript and background documentation relevant to same (.3); conference in office with N. Rowles re same (.1). |
| B160 05/22/25 | Fee/Employment Applications N. Rowles | 0.50 | 722.50 | Teleconference with K. Winiarski re Tropicana Palm objection to estate professionals' fee applications (.1); email correspondence with K. Winiarski re same (.2); correspondence with UCC professionals re same (.2). |
| B190 05/01/25 | Other Contested Matters J. Haims | 2.50 | 5,037.50 | Review, revise and research draft D&O complaint (2.5). |
| B190 05/01/25 | Other Contested Matters E. Shereff | 7.60 | 9,652.00 | Revisions to potential defendants chart based on comments (3.1); analyze SEC filings for complaint (2.8); research re document issues (1.7). |
| B190 05/02/25 | Other Contested Matters J. Haims | 2.50 | 5,037.50 | Review and revise draft of D&O complaint (2.0); review FTI analyses (.5). |
| B190 05/02/25 | Other Contested Matters E. Shereff | 8.00 | 10,160.00 | Research based on FTI data analysis (2.4); revisions to complaint based on comments (2.4); analyze material and data provided by FTI (3.2). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | | | | Client: | 125264 |
| | | | | Invoice: | 4024054 |
| | | | | Invoice Date: | 06/25/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 05/03/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Review revised draft of D&O complaint and FTI analyses (.5). |
| B190 05/04/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Review revised draft of D&O complaint and FTI analyses (.6); correspondence regarding same and strategy (.4). |
| B190 05/05/25 | Other Contested Matters J. Haims | 4.00 | 8,060.00 | Review and revise draft complaint (1.9); correspondence regarding same (.4); prepare for and attend call with FTI (1.7). |
| B190 05/05/25 | Other Contested Matters N. Rowles | 1.20 | 1,734.00 | Participate in call with FTI and MWE litigation team re financial analysis in connection with draft complaint against D&Os (1.2). |
| B190 05/05/25 | Other Contested Matters E. Shereff | 2.10 | 2,667.00 | Analyze revised complaint (1.1); FTI data discussion (1.0). |
| B190 05/05/25 | Other Contested Matters S. Lutkus | 1.60 | 2,920.00 | Review documentation in preparation for (.4), then participate in (1.2); conference with J. Haims, N. Rowles, E. Shereff, and FTI team re matters relevant to financial analysis prepared in connection with D&O investigation. |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4024054
Invoice Date:  06/25/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>05/06/25 | Other Contested Matters<br>J. Haims | 1.00 | 2,015.00 | Review and revise draft complaint (.8); correspondence regarding same and strategy (.2). |
| B190<br>05/06/25 | Other Contested Matters<br>E. Shereff | 3.20 | 4,064.00 | Research re various complaint issues (3.2). |
| B190<br>05/07/25 | Other Contested Matters<br>J. Haims | 0.50 | 1,007.50 | Review and revise draft complaint (.5). |
| B190<br>05/08/25 | Other Contested Matters<br>J. Haims | 0.70 | 1,410.50 | Review and revise draft complaint (.6); correspondence regarding same (.1). |
| B190<br>05/08/25 | Other Contested Matters<br>E. Shereff | 2.10 | 2,667.00 | Review and revise complaint (2.1). |
| B190<br>05/08/25 | Other Contested Matters<br>D. Azman | 1.50 | 2,640.00 | Review and comment on draft D&O complaint (1.5). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:         125264
Invoice:        4024054
Invoice Date:   06/25/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>05/09/25 | Other Contested Matters<br>J. Haims | 3.00 | 6,045.00 | Review and revise draft complaint and FTI comments (2.7); correspondence regarding same and strategy (.3). |
| B190<br>05/09/25 | Other Contested Matters<br>E. Shereff | 3.10 | 3,937.00 | Targeted research to resolve conflicting facts (3.1). |
| B190<br>05/09/25 | Other Contested Matters<br>D. Azman | 2.20 | 3,872.00 | Continue to review and comment on draft D&O complaint (2.2). |
| B190<br>05/09/25 | Other Contested Matters<br>S. Lutkus | 1.40 | 2,555.00 | Initial review of draft D&O complaint (1.4). |
| B190<br>05/12/25 | Other Contested Matters<br>J. Haims | 0.50 | 1,007.50 | Review revised D&O complaint (.4); correspondence regarding same (.1). |
| B190<br>05/12/25 | Other Contested Matters<br>E. Shereff | 2.50 | 3,175.00 | Revise draft complaint (1.8); review documents in connection with complaint (.7). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4024054
Invoice Date:  06/25/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 05/12/25 | Other Contested Matters S. Lutkus | 0.20 | 365.00 | E-mail correspondence with Davis Polk team (.1), then from/to N. Rowles (.1) re matters relevant to Debtor 9019 motion in respect of settlement with property insurers. |
| B190 05/12/25 | Other Contested Matters S. Lutkus | 1.80 | 3,285.00 | Telephone conference with D. Azman re matters relevant to draft D&O complaint (.1); commence revisions to draft complaint (1.7). |
| B190 05/12/25 | Other Contested Matters D. Azman | 0.40 | 704.00 | Review and comment on draft D&O complaint (.4). |
| B190 05/13/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Correspondence with litigation team re draft D&O complaint and strategy re same (.5). |
| B190 05/13/25 | Other Contested Matters E. Shereff | 3.30 | 4,191.00 | Research and analysis re director and officer investigation (3.3). |
| B190 05/13/25 | Other Contested Matters S. Lutkus | 0.90 | 1,642.50 | Continue revisions to draft D&O complaint (.9). |



Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4024054
Invoice Date:  06/25/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>05/14/25 | Other Contested Matters<br>J. Haims | 1.50 | 3,022.50 | Review and revise draft D&O complaint (1.3); correspondence regarding same (.2). |
| B190<br>05/14/25 | Other Contested Matters<br>N. Rowles | 1.30 | 1,878.50 | Draft demand letter to counsel to Debtors' directors and officers regarding estate claims and causes of action (1.1); email correspondence with MWE team re same (.2). |
| B190<br>05/14/25 | Other Contested Matters<br>S. Lutkus | 9.60 | 17,520.00 | Finalize revisions to draft D&O complaint (8.8); multiple e-mail messages with D. Azman and J. Haims re matters relevant to same (.3); e-mail correspondence with N. Rowles re matters relevant to preparation of draft demand letter (.2); conference in office with J. Haims re matters relevant to same, proposed revisions to draft complaint (.3). |
| B190<br>05/14/25 | Other Contested Matters<br>S. Lutkus | 0.40 | 730.00 | Review N. Rowles summary of issues relevant to Debtors' motion to estimate tax liabilities (.1); cursory review of pleading relevant to same (.1); multiple follow-up e-mail messages from/to N. Rowles, K. Winiarski (Davis Polk) and S. Rogers Churchill (MNAT) in connection with same (.2). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | Client: | 125264 |
| --- | --- | --- |
| | Invoice: | 4024054 |
| | Invoice Date: | 06/25/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| B190<br>05/14/25 | Other Contested Matters<br>E. Shereff | 3.20 | 4,064.00 | Revise draft complaint (1.8);<br>research re investigation issues (1.4). |
| B190<br>05/15/25 | Other Contested Matters<br>J. Haims | 1.00 | 2,015.00 | Review revised drafts of D&O<br>complaint and demand letter (.8);<br>correspondence regarding same (.2). |
| B190<br>05/15/25 | Other Contested Matters<br>N. Rowles | 1.50 | 2,167.50 | Revise demand letter to Company's<br>directors and officers in accordance<br>with S. Lutkus comments (1.2);<br>correspondence with FTI and Cole<br>Schotz teams re same (.3). |
| B190<br>05/15/25 | Other Contested Matters<br>S. Lutkus | 2.90 | 5,292.50 | Review revisions to draft demand<br>letter in respect of draft D&O<br>complaint (1.7); correspond with N.<br>Rowles (multiple) re matters<br>relevant to same (.3); multiple<br>conferences in office with N. Rowles<br>in connection with same (.2);<br>multiple e-mail messages with J.<br>Haims re same, finalization of draft<br>complaint (.4); cursory review of<br>finalized draft complaint (.3). |
| B190<br>05/15/25 | Other Contested Matters<br>E. Shereff | 2.40 | 3,048.00 | Revise demand letter (1.1); revise<br>draft complaint (1.3). |


## McDermott Will & Emery

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4024054 |
| Invoice Date: | 06/25/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 05/16/25 | Other Contested Matters J. Haims | 2.00 | 4,030.00 | Review revised drafts of D&O complaint and demand letter, and draft comments regarding same (2.0). |
| B190 05/16/25 | Other Contested Matters N. Rowles | 2.70 | 3,901.50 | Revise demand letter to Company's directors and officers in accordance with S. Lutkus and J. Haims comments (1.1); revise same in accordance with E. Shereff comments (.5); multiple email correspondence with S. Lutkus and J. Haims re same (.5); correspondence with Cole Schotz and FTI teams re same (.1); finalize demand letter in preparation for service on counsel to Company's directors and officers (.3); email counsel to Company's directors and officers with demand letter (.2). |
| B190 05/16/25 | Other Contested Matters S. Lutkus | 2.30 | 4,197.50 | Conference in office with N. Rowles (.4), then correspond with D. Azman (.1) re matters relevant to proposed revisions to draft demand letter in respect of draft D&O complaint; multiple internal e-mail messages (with J. Haims and N. Rowles) re matters relevant to same (.7); participate in Teams call with FTI team re matters relevant to financial advisor comments to draft complaint (.4); telephone conference with M. Hyland (FTI) and J. Haims re further FTI comments to draft complaint (.2); revise draft complaint in |

One Vanderbilt Avenue  New York, NY  10017-3852   Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



Big Lots, Inc. Creditors' Committee

Client:         125264
Invoice:        4024054
Invoice Date:   06/25/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | accordance with same (.4); e-mail correspondence with N. Rowles re same, finalization of demand letter and draft complaint (.1). |
| B190<br>05/16/25 | Other Contested Matters<br>E. Shereff | 2.00 | 2,540.00 | Review complaint and draft comments re same (1.1); review demand letter (.9). |
| B190<br>05/18/25 | Other Contested Matters<br>J. Haims | 0.30 | 604.50 | Review revised draft of D&O demand letter (.2); correspondence regarding same (.1). |
| B190<br>05/19/25 | Other Contested Matters<br>S. Lutkus | 2.70 | 4,927.50 | Telephone conference with L. Hu (FTI) re matters relevant to demand letter and draft D&O complaint (.2); telephone conference with K. Going re matters relevant to same (.4); review/analyze additional background documentation relevant to draft D&O complaint (2.1). |
| B190<br>05/20/25 | Other Contested Matters<br>J. Haims | 0.50 | 1,007.50 | Correspondence re draft D&O complaint (.5). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4024054
Invoice Date: 06/25/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 05/20/25 | Other Contested Matters S. Lutkus | 0.30 | 547.50 | Multiple e-mail messages with MWE , DPW, and Katten teams re matters relevant to Committee demand letter and draft complaint (.3). |
| B190 05/22/25 | Other Contested Matters N. Rowles | 0.20 | 289.00 | Review Robey declaration in support of motion to settle dispute with property insurers (.1); review order on same and order on motion to assume litigation agreements (.1). |
| B190 05/27/25 | Other Contested Matters J. Haims | 0.30 | 604.50 | Correspondence re draft D&O complaint and strategy (.3). |
| B190 05/28/25 | Other Contested Matters E. Shereff | 2.40 | 3,048.00 | Analyze filed complaint for caselaw and arguments (2.4). |
| B310 05/07/25 | Claims Administration & Object K. Going | 0.30 | 558.00 | Internal discussion regarding administrative claim recoveries and process for updating claimholders (.3). |
| B310 05/19/25 | Claims Administration & Object S. Lutkus | 0.30 | 547.50 | Participate in call with MWE, Cole Schotz, FTI, Davis Polk, and AlixPartners teams re matters relevant to forthcoming proposal in respect of notice of administrative claims distributions (.3). |


**McDermott Will & Emery**

Big Lots, Inc. Creditors' Committee

| | | |
|---|---|---|
| Client: | 125264 |
| Invoice: | 4024054 |
| Invoice Date: | 06/25/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 05/19/25 | Claims Administration & Object K. Going | 1.30 | 2,418.00 | Call on administrative claims (.5) and review materials re same (.8). |
| B310 05/27/25 | Claims Administration & Object N. Rowles | 0.70 | 1,011.50 | Review and revise draft notice of interim distribution (.4); multiple correspondence with MWE and Cole Schotz teams re same (.2); correspondence with DPW team re same (.1). |
| B310 05/27/25 | Claims Administration & Object S. Lutkus | 0.90 | 1,642.50 | Review draft administrative claims distribution procedures notice (.4); retrieve background materials relevant to same (.2); multiple e-mail messages with J. Alberto and N. Rowles re matters relevant to same (.3). |
| B310 05/28/25 | Claims Administration & Object S. Lutkus | 0.20 | 365.00 | E-mail correspondence with FTI and Davis Polk teams re matters relevant to draft administrative claims distribution procedures (.2). |
| B310 05/29/25 | Claims Administration & Object N. Rowles | 2.40 | 3,468.00 | Meeting with K. Going re notice of interim distribtion (.2); revise same in accordance with K. Going comments (1.4); correspondence with Cole Schotz and FTI teams re same (.3); email correspondence with DPW team re same (.3); review Debtors' revisions to same (.2). |


McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4024054 |
| Invoice Date: | 06/25/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 05/29/25 | Claims Administration & Object K. Going | 1.60 | 2,976.00 | Review administrative distribution information from Debtors and FTI (1.3); comment on initial distribution notice (.3). |
| B310 05/29/25 | Claims Administration & Object S. Lutkus | 1.40 | 2,555.00 | E-mail correspondence to/from N. Rowles re matters relevant to financial advisor information in respect of draft administrative claims distribution procedures (.2); cursory review/analysis of information provided by FTI in respect of draft administrative claims distribution procedures (.3); cursory review of information provided by AlixPartners in connection with same (.2); multiple follow-up e-mail messages from/to K. Going and N. Rowles in connection with same (.3); review Davis Polk further revised draft document (.4). |
| | **Total Hours** | **156.20** | | **Total For Services** **$247,993.50** |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Emery LLP.*



McDermott
Will & Emery

Big Lots, Inc. Creditors' Committee

| | | |
|---|---|---|
| Client: | 125264 |
| Invoice: | 4024054 |
| Invoice Date: | 06/25/2025 |

### Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.30 | 433.50 |
| B130 | Asset Disposition | 18.20 | 23,808.00 |
| B150 | Mtgs/Communications w/Creditor | 9.10 | 13,871.50 |
| B155 | Court Hearings | 3.70 | 5,650.50 |
| B160 | Fee/Employment Applications | 16.50 | 29,372.00 |
| B190 | Other Contested Matters | 99.30 | 159,316.50 |
| B310 | Claims Administration & Object | 9.10 | 15,541.50 |
| | | 156.20 | 247,993.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Azman | 4.90 | 1,760.00 | 8,624.00 |
| K. Going | 3.20 | 1,860.00 | 5,952.00 |
| J. Haims | 22.30 | 2,015.00 | 44,934.50 |
| D. Hurst | 12.50 | 1,860.00 | 23,250.00 |
| J. Lee | 8.60 | 1,020.00 | 8,772.00 |
| S. Lutkus | 32.90 | 1,825.00 | 60,042.50 |
| N. Rowles | 29.90 | 1,445.00 | 43,205.50 |
| E. Shereff | 41.90 | 1,270.00 | 53,213.00 |
| **Totals** | **156.20** | | **$247,993.50** |

**EXHIBIT B**

**Expense Detail**



Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4024054 |
| Invoice Date: | 06/25/2025 |

## Costs and Other Charges

| Timekeeper | Date | Description | Qty | Amount |
|---|---|---|---|---|
| M. Rodgers | 04/30/25 | Computer Research<br>VENDOR: CourtAlert.com Inc;INVOICE #:310026-2504;DATE: 04/30/2025 - Vendor CourtAlert.com Inc. fee for case research. | 1.00 | 83.83 |
| M. Rodgers | 05/31/25 | Computer Research<br>VENDOR: CourtAlert.com Inc;INVOICE #:310026-2505;DATE: 05/31/2025 - Vendor CourtAlert.com, Inc. fee for case research. | 1.00 | 83.83 |

**Total Costs and Other Charges**     **$167.66**