**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 2207, 2381, 2557, 2681, 2722, 2768** |

**ORDER GRANTING IN PART AND DENYING IN PART HOMEVIEW DESIGN, INC.'S MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of *HomeView Design Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims, Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(9)* (the "**Motion**"),[2] all accompanying documents, any responses thereto, and any further support thereof; and the Court having held an evidentiary hearing on the Motion on May 13, 2025 hearing; and the Court having determined that it has subject matter jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion

[1] The debtors and debtors in possession in these Chapter 11 Cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion, the Debtors' letter objection to the Motion [D.I. 2557], *HomeView Design Inc.'s Supplemental Brief in Support of the Allowance and Immediate Payment of Its Post-Closing Administrative Expense Claim* [D.I. 2681] (the "**Reply**"), and the Debtors' surreply to the Motion [D.I. 2722], as applicable.

in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and sufficient notice was given under the circumstances; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted in part and denied in part, as set forth on the record at the May 21, 2025 ruling (the "**Ruling**") [D.I. 2856].

2. For the reasons stated by the Court in the Ruling, with respect to purchase order nos.: 95558537, 95558538, 95558539, 95643797, 95678063, 95696535, 95696536, 95696537, and 95610243 (collectively, the "**Purchase Orders**"): (a) HomeView has an allowed Pre-Closing Administrative Expense Claim (the "**Claim**") in the amount of $531,646.68 (the "**Claim Amount**")[3] and (b) the Claim is a Pre-Closing Administrative Expense Claim, as defined in the *Order (I) Setting a Bar Date for Filing Proofs of Claim for Pre-Closing Administrative Expense Claims against the Debtors, (II) Establishing Pre-Closing Administrative Expense Claims Procedures, and (III) Granting Related Relief, Including Notice and Filing Procedures* [D.I. 2114].

3. HomeView has no claim against the Debtors on account of the Purchase Orders other than the Claim. Any claim asserted by HomeView against the Debtors on account of (i) estimated destruction and disposal costs, (ii) bookage fee savings, (iii) ocean freight fee savings, and (iv) duties shall not be included in the Claim Amount.

[3] The Claim Amount shall be calculated as follows:

| | |
|---|---|
| $554,109.28 | Full Purchase Order Price |
| - $36,000 | Estimated Ocean Freight Savings |
| - $2,000 | Estimated Bookage Fee Savings |
| + $15,537.40 | Storage Fees as of May, 2025 |
| $531,646.68 | Total Claim |

4. The Debtors are authorized to take all actions necessary and appropriate to give effect to this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

**Dated: June 27th, 2025**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**