**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**
**BIG LOTS, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**
**April 1, 2025 through April 30, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| AHG / UCC / Lender Issues | 1.0 | $2,610.00 |
| Asset Dispositions | 105.6 | $193,101.00 |
| Business Operations | 2.1 | $4,284.00 |
| Claims / Creditor Outreach | 37.3 | $51,587.00 |
| Contracts / Leases | 75.6 | $128,786.50 |
| Corporate Governance / Board Matters / Communications | 3.6 | $8,140.50 |
| Employee & Labor | 1.7 | $3,696.00 |
| General Case Administration | 28.9 | $39,909.50 |
| Hearing Preparation / Attendance | 29.4 | $44,228.50 |
| Litigation | 125.4 | $235,455.50 |
| Plan / Disclosure Statement / Confirmation | 4.4 | $7,658.50 |
| Regulatory / Antitrust / Tax / IP | 51.1 | $94,653.00 |
| Retention DPW: Preparation of Fee Applications, Budgeting | 41.0 | $40,072.50 |
| Travel (Non-Working) (50%) | 6.7 | $10,920.50 |
| **TOTAL** | **513.8** | **865,103.00[1]** |

---

[1] This amount reflects a voluntary reduction in fees in the amount of $7,691.50.

| | | | |
|---|---|---|---|
| **Time Detail By Project** | | | |
| **Name** | **Date** | **Hours** | **Narrative** |
| **BC01 AHG/UCC/Lender Issues** | | | |
| Shpeen, Adam L. | 04/04/25 | 0.5 | Call with Davis Polk team regarding Creditors Committee investigation. |
| Shpeen, Adam L. | 04/17/25 | 0.5 | Call with D. Azman regarding Creditors Committee issues (0.3); call with J. McClammy regarding same (0.2). |
| **Total BC01 AHG/UCC/Lender Issues** | | **1.0** | |
| **BC02 Asset Dispositions** | | | |
| Amir, Gennie A. | 04/01/25 | 2.2 | Draft closing checklist and email same to A. Burbridge and A. Lent for review (1.7); call with counsel to Ohio Health regarding purchase sales agreement closing and lease for leaseback transaction (0.5). |
| Bi, Jonathan | 04/01/25 | 0.6 | Attention to addressing questions from AlixPartners (0.4); review asset purchase agreement in connection with AlixPartners question (0.2). |
| Burbridge, Avelina | 04/01/25 | 5.4 | Conferences with C. Macke, S. Piraino, A. Lent, G. Amir and purchaser's counsel regarding HQ sale, closing documents, and comments to HQ lease (2.1); review and revise HQ lease and sale closing documents (2.4); draft lease issues list (0.5); review purchase sale agreement regarding closing requirements (0.4). |
| Weigel, Heather | 04/01/25 | 0.4 | Correspondence with Davis Polk team and AlixPartners regarding Big Lots HQ rent. |
| Bi, Jonathan | 04/02/25 | 0.9 | Attention to revising litigation claims assignment amendment designation notice. |
| Burbridge, Avelina | 04/02/25 | 1.8 | Review and revise headquarters lease (0.8); conferences with S. Piraino and A. Lent regarding owned real property designations and lien matters (0.5); review lien documents regarding designated owned real property (0.5). |
| Amir, Gennie A. | 04/03/25 | 1.0 | Draft closing deliverables for closing of headquarters sale. |
| Bi, Jonathan | 04/03/25 | 1.1 | Comment on designation notices (0.5); revise IP assignment letter (0.6). |
| Burbridge, Avelina | 04/03/25 | 0.8 | Review designation owned real property lien documentation and email with A. Lent and title company regarding same (0.4); review comments to deed (0.2); review mortgage release (0.2). |
| Weigel, Heather | 04/03/25 | 0.3 | Call with S. Piraino regarding litigation matters and asset purchase agreement. |
| Amir, Gennie A. | 04/04/25 | 2.1 | Prepare closing deliverables for headquarters sale. |
| Burbridge, Avelina | 04/04/25 | 1.0 | Review designation owned property lien documentation and conference with A. Lent regarding same (0.6); review headquarters sale closing documents (0.4). |
| Amir, Gennie A. | 04/07/25 | 1.2 | Coordinate removal of incorrect mortgage on title for Elyria, Ohio property with mortgage preparer for asset sale. |
| Bi, Jonathan | 04/07/25 | 0.3 | Attention to preparing name change forms for Big Lots post-closing. |

| Name | Date | Hours | Narrative |
|---|---|---|---|
| **Time Detail By Project** | | | |
| Burbridge, Avelina | 04/07/25 | 0.7 | Correspondence with C. Macke regarding HQ lease and sale closing (0.1); correspondence with G. Amir regarding designation owned property lien matters (0.2); review mortgage and release (0.4). |
| Amir, Gennie A. | 04/08/25 | 2.6 | Call with counsel to OhioHealth regarding lease, purchase sale agreement closing (0.7); prepare documents for closing (0.9); revise closing checklist (1.0). |
| Burbridge, Avelina | 04/08/25 | 4.3 | Conference with C. Macke regarding HQ sale closing matters and lease comments (0.5); review and revise lease and closing documents (2.4); conference with G. Amir regarding same (0.3); correspondence with title regarding closing requirements (0.5); review settlement statement (0.6). |
| Amir, Gennie A. | 04/09/25 | 7.7 | Coordinate closing of headquarters sale (1.5); coordinate execution of documentation for same (0.6); prepare closing documents (2.8); coordinate with title company (1.5); and draft escrow letter (1.3). |
| Bi, Jonathan | 04/09/25 | 1.8 | Review merger agreement in relation to dispute between AlixPartners and GBRP (0.9); call with restructuring team and H. Weigel regarding dispute between AlixPartners and GBRP (0.6); review agency agreement in connection with dispute between GBRP and AlixPartners (0.3). |
| Burbridge, Avelina | 04/09/25 | 8.2 | Call with purchaser team regarding lease comments, closing documents and mechanics (1.0); draft and revise lease, closing documents and escrow letter (4.0); emails with C. Macke, G. Amir, purchaser and title company regarding closing matters (1.4); review settlement statement (0.8); prepare for closing (1.0). |
| Piraino, Stephen D. | 04/09/25 | 3.4 | Calls and emails with AlixPartners regarding sale matters (0.5); review and analyze budget and asset purchase agreement matters (2.9). |
| Weigel, Heather | 04/09/25 | 0.5 | Meeting with J. Bi regarding questions related to asset purchase agreement (0.2); conference call with Davis Polk team regarding questions from AlixPartners (0.3). |
| Winiarski, Kevin L. | 04/09/25 | 1.0 | Call with H. Weigel, S. Piraino, and J. Bi regarding GBRP funding issues (0.5); emails with Davis Polk and AlixPartners teams regarding same (0.5). |
| Amir, Gennie A. | 04/10/25 | 6.4 | Coordinate closing of headquarters sale (1.0); revise escrow letter (0.9); draft tax documentation related to closing (0.8) coordinate with title company and borrower's counsel (1.2); finalize signature pages, original deed and required title forms (2.0); compile executed documents (0.5). |
| Bi, Jonathan | 04/10/25 | 1.2 | Revise name change workstreams documents (0.7); revise documents in connection to name change workstream (0.5). |
| Burbridge, Avelina | 04/10/25 | 6.4 | Review and finalize lease and closing documents and prepare for closing (4.0); emails with purchaser's counsel and title company regarding closing documents and deliverables (1.0); conferences with C. Macke, G. Amir and purchaser's counsel regarding closing matters (1.0); emails with title company regarding owned property designations and lien matters (0.4). |
| Piraino, Stephen D. | 04/10/25 | 1.7 | Review and analyze asset purchase agreement questions. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Weigel, Heather | 04/10/25 | 0.5 | Call with Crowell & Moring and Davis Polk team and follow-up correspondence with Crowell regarding asset purchase agreement (0.3); correspondence with M. Brock regarding litigation matters (0.2). |
| Amir, Gennie A. | 04/11/25 | 1.4 | Coordinate closing of headquarters sale to OhioHealth. |
| Burbridge, Avelina | 04/11/25 | 3.8 | Prepare for and attend closing of corporate HQ sale leaseback (3.5); emails with G. Amir and title company regarding owned property designations and mortgage releases (0.3). |
| Piraino, Stephen D. | 04/11/25 | 1.8 | Calls and emails with AlixPartners, Davis Polk and Big Lots regarding asset purchase agreement matter. |
| Amir, Gennie A. | 04/14/25 | 1.4 | Coordinate release of improper mortgage on title (0.9); draft closing set for headquarters sale transaction (0.5). |
| Burbridge, Avelina | 04/14/25 | 0.2 | Emails with G. Amir and designation owned real property mortgage holder regarding release. |
| Amir, Gennie A. | 04/15/25 | 1.5 | Prepare closing set for Big Lots headquarters sale. |
| Burbridge, Avelina | 04/15/25 | 0.2 | Emails with title company and G. Amir regarding designation owned real property mortgage matters. |
| Amir, Gennie A. | 04/16/25 | 1.8 | Review title commitment for Elyria, Ohio property (0.5); coordinate mortgage release with title company and mortgage preparer (0.4); coordinate payment of real estate taxes (0.5); discuss same with A. Burbridge (0.4). |
| Burbridge, Avelina | 04/16/25 | 0.5 | Emails with G. Amir, title company and mortgage holder regarding designation owned real property lien matters (0.3); conference with G. Amir regarding same (0.2). |
| Amir, Gennie A. | 04/18/25 | 1.6 | Coordinate mortgage release for Elyria, Ohio property with mortgage preparer (0.5); revise closing set per A. Burbridge comments (0.6); email closing set to C. Macke (0.5). |
| Burbridge, Avelina | 04/18/25 | 0.8 | Review and revise headquarters sale closing documents (0.4); confer with G. Amir regarding Ohio owned real property disposition lien matters and documentation (0.4). |
| Piraino, Stephen D. | 04/18/25 | 1.8 | Review letter from counsel regarding asset sale matter (0.3); review and analyze various issues regarding same (1.4); emails with Morris Nichols regarding same (0.1). |
| Amir, Gennie A. | 04/21/25 | 1.3 | Coordinate release of prior mortgage on title with L. Whitsett. |
| Burbridge, Avelina | 04/21/25 | 0.8 | Correspondence with title company and GBRP team regarding owned real property designations and property prorations (0.5); review lien and release documentation and correspondence with G. Amir and lender's counsel regarding same (0.3). |
| Amir, Gennie A. | 04/22/25 | 2.3 | Review DBA for Aurora, Colorado property (1.0); coordinate release of prior mortgage on title for Elyria, Ohio property with L. Whitsett (1.3). |
| Burbridge, Avelina | 04/22/25 | 0.5 | Review Colorado owned real property designation notice. |
| Piraino, Stephen D. | 04/22/25 | 1.4 | Emails with Davis Polk and GBRP regarding real estate matter (0.2); analyze real estate matter (1.2). |
| Amir, Gennie A. | 04/23/25 | 2.0 | Review and analyze chain of title, deeds, leases, purchase agreement and diligence documents related to Aurora, Colorado property (1.0); send analysis of same to A. Burbridge (1.0). |

| | | | Time Detail By Project |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Bi, Jonathan | 04/23/25 | 0.9 | Discuss name changes workstream with Rocky (0.1); review asset purchase agreement, disclosure statement, and agency agreement relating to credit card information analysis for AlixPartners (0.8). |
| Burbridge, Avelina | 04/23/25 | 0.7 | Review and revise Colorado owned real property designation materials and correspondence with G. Amir regarding same (0.4); review asset purchase agreement regarding conveyance requirements and scheduled designation properties (0.3). |
| Piraino, Stephen D. | 04/23/25 | 2.5 | Review and analyze asset purchase agreement issues (2.1); emails with Davis Polk and Big Lots regarding same (0.4). |
| Amir, Gennie A. | 04/24/25 | 2.6 | Revise DBA for Aurora, Colorado (1.6); discuss same with Gordon Brothers team and A. Burbridge (1.0). |
| Burbridge, Avelina | 04/24/25 | 3.6 | Conference with S. Piraino and G. Amir regarding Colorado owned real property designations (0.5); conference with GBRP team regarding same (0.5); review and revise Colorado real estate designation agreement (0.6); review title diligence documentation regarding Colorado designated owned real property (1.4); review GBRP asset purchase agreement regarding designation requirements (0.4); correspondence with title company regarding Ohio designation property closing matters (0.2). |
| Mazero, Gabrielle | 04/24/25 | 0.4 | Advise Big Lots on name change requirements under asset purchase agreement. |
| Piraino, Stephen D. | 04/24/25 | 0.5 | Call with Davis Polk real estate team regarding designation (0.2); call with Davis Polk team and GBRP regarding designation (0.3). |
| Weigel, Heather | 04/24/25 | 0.5 | Call with A. Burbridge regarding real property transfers (0.2); correspondence with V. Cahill regarding asset purchase agreement (0.2); confirm treatment of utility refunds, tax refunds, rent and certain deposits (0.1). |
| Amir, Gennie A. | 04/25/25 | 0.1 | Email L. Whitsett regarding mortgage release for Elyria, Ohio property. |
| Burbridge, Avelina | 04/25/25 | 0.2 | Correspondence with G. Amir and lender's counsel regarding Ohio property lien release matters. |
| Piraino, Stephen D. | 04/25/25 | 0.5 | Call with S. Fox and J. McClammy regarding asset purchase agreement and related matters. |
| Bi, Jonathan | 04/28/25 | 0.8 | Update draft amendments regarding entity name changes. |
| Amir, Gennie A. | 04/30/25 | 1.0 | Review seller affidavit from Stewart regarding Aurora, Colorado sale (0.3); coordinate evidence of chain of title for title insurance for Aurora, Colorado property (0.7). |
| Burbridge, Avelina | 04/30/25 | 0.7 | Review draft affidavit regarding Colorado property designation (0.2); review vesting deed and ownership documents (0.2); confer with G. Amir regarding Colorado property title matters (0.2); emails with Gordon Brothers team and G. Amir regarding Ohio property designation (0.1). |
| **Total BC02 Asset Dispositions** | | **105.6** | |
| **BC03 Business Operations** | | | |

| Time Detail By Project | | | |
| --- | --- | --- | --- |
| Name | Date | Hours | Narrative |
| Piraino, Stephen D. | 04/15/25 | 1.7 | Review cash management order (0.4); calls and emails with Big Lots and Davis Polk regarding cash management matters (1.3). |
| Piraino, Stephen D. | 04/17/25 | 0.4 | Analyze budget matter in connection with asset purchase agreement. |
| **Total BC03 Business Operations** | | **2.1** | |
| | | | |
| **BC04 Claims; Creditor Outreach** | | | |
| Goldberger, Jacob | 04/02/25 | 0.2 | Calls with administrative claimant counsel regarding bar date. |
| Carpenter, Cameron | 04/03/25 | 0.8 | Review and revise schedule of administrative claims (0.5); correspondence with K. Winiarski regarding same (0.3). |
| Winiarski, Kevin L. | 04/04/25 | 1.5 | Extensive correspondence with counsel to administrative claimants regarding claims reconciliations. |
| Carpenter, Cameron | 04/07/25 | 0.4 | Update vendor administrative claims schedule (0.2); review correspondence regarding same (0.2). |
| Winiarski, Kevin L. | 04/07/25 | 4.1 | Draft letter objection to HomeView motion to compel (3.5); emails with S. Piraino regarding same (0.2); emails with various administrative creditors regarding claims reconciliation process (0.4). |
| Winiarski, Kevin L. | 04/08/25 | 2.0 | Review and revise letter objection to HomeView motion to incorporate S. Piraino comments (1.5); emails with various administrative creditors regarding claims reconciliation process (0.5). |
| Piraino, Stephen D. | 04/09/25 | 2.1 | Calls and emails with Davis Polk, AlixPartners and counsel to administrative expense creditors regarding reconciliation. |
| Winiarski, Kevin L. | 04/09/25 | 1.5 | Call with E. Lazerowitz regarding administrative claims process (0.3); correspondence with various administrative creditors regarding claims reconciliation (1.2). |
| Piraino, Stephen D. | 04/10/25 | 2.1 | Review and revise HomeView letter brief (0.9); calls and emails with Davis Polk and AlixPartners regarding claims reconciliation (1.2). |
| Winiarski, Kevin L. | 04/10/25 | 1.7 | Review and revise draft letter objection to HomeView motion (1.0); emails with M. Brock regarding same (0.3); emails with various administrative creditors regarding claims reconciliation process (0.4). |
| Carpenter, Cameron | 04/14/25 | 0.4 | Review and revise administrative claims schedule. |
| Winiarski, Kevin L. | 04/14/25 | 1.5 | Emails with counsel to numerous administrative claimants regarding claims reconciliation process (1.3); emails with C. Carpenter and R. Vacca regarding same (0.2). |
| Carpenter, Cameron | 04/15/25 | 0.4 | Discuss administrative claims reconciliation with R. Vacca. |
| Winiarski, Kevin L. | 04/15/25 | 3.5 | Emails with counsel to numerous administrative claimants regarding claims reconciliation process (2.5); review latest tracking chart regarding same (0.8); emails with AlixPartners regarding same (0.2). |
| Prater, Rachel | 04/16/25 | 0.3 | Update reconciled amount on administrative claims schedule. |
| Winiarski, Kevin L. | 04/16/25 | 1.4 | Emails with counsel to numerous administrative claimants regarding claims reconciliation process (1.0); meeting with R. Vacca regarding same (0.4). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Piraino, Stephen D. | 04/17/25 | 0.8 | Calls and email with counsel to administrative expense claimant regarding reconciliations. |
| Winiarski, Kevin L. | 04/17/25 | 1.5 | Emails with counsel to numerous administrative claimants regarding claims reconciliation process (1.3); emails with AlixPartners regarding same (0.2). |
| Winiarski, Kevin L. | 04/18/25 | 1.2 | Emails with counsel to numerous administrative claimants regarding claims reconciliation process. |
| Prater, Rachel | 04/21/25 | 0.4 | Correspondence with K. Winiarski and AlixPartners regarding status of post-petition claim. |
| Winiarski, Kevin L. | 04/21/25 | 1.2 | Extensive correspondence with counsel to administrative creditors regarding claims reconciliation process (0.8); emails with AlixPartners regarding same (0.4). |
| Prater, Rachel | 04/22/25 | 0.1 | Correspondence with K. Winiarski regarding updating administrative claim reconciliation sheet. |
| Goldberger, Jacob | 04/23/25 | 1.7 | Correspondence with Kroll regarding claim submission errors (0.1); correspondence with creditors regarding claims payment status (0.1); draft omnibus claims objection (1.5). |
| Piraino, Stephen D. | 04/23/25 | 0.8 | Calls and emails with counsel to administrative expense claimant regarding alleged claim (0.4); review basis for claim (0.4). |
| Goldberger, Jacob | 04/25/25 | 0.5 | Correspondence with counterparties regarding proofs of claim figures (0.1); correspondence with lease counterparties regarding outstanding lease obligations (0.1); correspondence with Morris Nichols and lease counterparties regarding outstanding assignments (0.3). |
| Piraino, Stephen D. | 04/25/25 | 1.3 | Call with AlixPartners Davis Polk regarding claims (0.7); emails with counsel to administrative claimant regarding briefing schedule (0.2); call with Morris Nichols regarding briefing schedule (0.2); review certificate of counsel regarding briefing schedule (0.2). |
| Prater, Rachel | 04/25/25 | 0.8 | Attend call with AlixPartners and S. Piraino regarding claims reconciliations. |
| Winiarski, Kevin L. | 04/25/25 | 0.7 | Call with AlixPartners and S. Piraino regarding claims reconciliation process. |
| Prater, Rachel | 04/30/25 | 0.6 | Call with AlixPartners regarding open claim reconciliations. |
| Winiarski, Kevin L. | 04/30/25 | 1.8 | Call with AlixPartners team regarding status of claims reconciliations (0.6); emails with S. Piraino and R. Vacca regarding same (0.2); emails with counsel to numerous administrative claimants regarding same (1.0). |
| **Total BC04 Claims; Creditor Outreach** | | **37.3** | |
| **BC05 Contracts/Leases** | | | |

**Time Detail By Project**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Goldberger, Jacob | 04/01/25 | 2.5 | Correspondence with counterparties and Alix Partners regarding cure payments and outstanding lease obligations (0.4); correspondence with T. Belt regarding lease rejection objection (0.2); correspondence with Alix Partners regarding trailer abandonment (0.1); review certifications of counsel and assumption agreements for Variety assignments (0.2); draft certifications of counsel for Ocean State assignments (0.9); correspondence with A. Sholes regarding same (0.1); call with PepsiCo counsel regarding rejection order (0.5); correspondence with Morris Nichols regarding same (0.1). |
| Lent, Andrew | 04/01/25 | 5.3 | Review and revise HQ lease (1.0); further revisions to same (1.5); review and revise issues list for Big Lots (0.3); call with Big Lots regarding lease (0.6); call with opposing counsel regarding closing and lease (0.8); discussion with A. Burbridge regarding lease and closing (0.3); review of closing checklist (0.4); discussion with G. Amir regarding closing and lease (0.2); emails with client and opposing counsel regarding same (0.2). |
| Goldberger, Jacob | 04/02/25 | 0.6 | Correspondence with lease counterparties regarding assignments (0.2); review Variety certifications of counsel (0.1); correspondence with J. Kleinman regarding rejection order language (0.1); correspondence with S. Piraino and S. Fox regarding extension motion (0.1); correspondence with T. Belt regarding rejection order (0.1). |
| Lent, Andrew | 04/02/25 | 1.1 | Call with Restructuring team regarding designation of property (0.4); emails regarding same (0.3); revisions to lease (0.4). |
| Piraino, Stephen D. | 04/02/25 | 1.2 | Calls and conferences with Davis Polk team regarding various real estate matters. |
| Carpenter, Cameron | 04/03/25 | 1.1 | Call with S. Fox regarding lease matters (0.2); call with Davis Polk team regarding lease workstreams (0.4); call with S. Piraino, J. Goldberger, K. Winiarski, and M. Bendek regarding Variety assignment objections (0.4); review correspondence regarding lease workstreams (0.1). |
| Goldberger, Jacob | 04/03/25 | 6.4 | Extensive correspondence and multiple calls with S. Piraino, Davis Polk, Morris Nichols and GBRP teams, and counterparties regarding assignment status, objections and outstanding workstreams (1.4); draft certifications of counsel for designations (2.0); correspondence with Morris Nichols regarding requests for production from Cedars Too (0.3); review designation materials from Variety (0.4); correspondence with S. Piraino regarding late submissions for administrative claims (0.2); correspondence with S. Piraino, D. Cathell and AlixPartners regarding abandonment of trailers (0.2); correspondence with Morris Nichols, Variety counsel and S. Piraino regarding motion to assume leases (0.5); draft same motion (1.4). |
| Lent, Andrew | 04/03/25 | 1.2 | Review title commitment relating to tax and mortgage liens. |
| Piraino, Stephen D. | 04/03/25 | 0.7 | Numerous calls and emails with Davis Polk team regarding lease matters. |

7

| Time Detail By Project | | | |
| --- | --- | --- | --- |
| **Name** | **Date** | **Hours** | **Narrative** |
| Winiarski, Kevin L. | 04/03/25 | 1.0 | Call with Davis Polk team regarding lease workstreams (0.3); call with GBRP and Davis Polk team regarding designation matters (0.3); follow-up call with same regarding same (0.4). |
| Goldberger, Jacob | 04/04/25 | 2.8 | Calls with S. Piraino regarding outstanding workstreams (0.6); calls with Morris Nichols and Gordon Brothers regarding motion to assume leases (0.5); correspondence with Gordon Brothers regarding outstanding assumptions (0.3); correspondence with assignment counterparties and Morris Nichols regarding certifications of counsel (0.7); revise motion to assume leases (0.7). |
| Lent, Andrew | 04/04/25 | 0.7 | Call with A. Burbridge regarding status (0.1); call with G. Amir to onboard (0.3); address mortgage on Elyria property (0.3). |
| Piraino, Stephen D. | 04/04/25 | 4.2 | Numerous calls and emails with J. Goldberger, GBRP, and landlords regarding lease issues. |
| Cahill, Vincent | 04/05/25 | 0.8 | Review and revise motion to assume and assign. |
| Goldberger, Jacob | 04/05/25 | 0.5 | Draft certifications of counsel for designation notices. |
| Cahill, Vincent | 04/06/25 | 0.6 | Revisions to motion to assume and assign. |
| Cahill, Vincent | 04/07/25 | 0.5 | Correspondence with landlord regarding property abandonment (0.5). |
| Cahill, Vincent | 04/07/25 | 0.7 | Call with landlord counsel regarding assumptions and assignments (0.7). |
| Carpenter, Cameron | 04/07/25 | 0.6 | Correspondence with K. Winiarski regarding cure schedule (0.3); prepare revised copies of designation notices (0.3). |
| Carpenter, Cameron | 04/07/25 | 0.2 | Correspondence with R. Steere and S. Piraino regarding landlord administrative claims (0.2). |
| Goldberger, Jacob | 04/07/25 | 0.2 | Correspondence with S. Piraino regarding rejection objections (0.1); correspondence with Morris Nichols regarding exhibits to designation notices (0.1). |
| Piraino, Stephen D. | 04/07/25 | 5.4 | Extensive calls and emails with GBRP, Davis Polk, S. Fox and AlixPartners regarding resolution of multiple lease issues. |
| Winiarski, Kevin L. | 04/07/25 | 1.4 | Call with Davis Polk team regarding Goodwill assignment (0.5); call with Jackson Walker regarding Revere reply (0.5); emails with Davis Polk team regarding various designation notices (0.4). |
| Cahill, Vincent | 04/08/25 | 1.8 | Correspondence with GBRP and landlords regarding lease assumption and assignment orders (1.8). |
| Piraino, Stephen D. | 04/08/25 | 6.8 | Finalize multiple lease assignments (5.9); multiple calls and emails with landlords, GBRP, Davis Polk and Morris Nichols regarding same (0.9). |
| Cahill, Vincent | 04/09/25 | 1.6 | Correspondence with GBRP and landlords regarding lease assumption and assignment orders (1.6). |
| Cahill, Vincent | 04/10/25 | 0.7 | Correspondence with GBRP and landlords regarding lease assumption and assignment orders. |
| Piraino, Stephen D. | 04/10/25 | 3.9 | Calls and emails with AlixPartners, GBRP and landlords to finalize various lease matters. |
| Cahill, Vincent | 04/11/25 | 0.9 | Correspondence with GBRP and landlords regarding lease assumption and assignment orders. |
| Giddens, Magali | 04/11/25 | 0.8 | Review court filings and team correspondence regarding lease obligations. |

| Time Detail By Project | | | |
| --- | --- | --- | --- |
| Name | Date | Hours | Narrative |
| Cahill, Vincent | 04/15/25 | 0.6 | Correspondence with S. Piraino regarding lease assumption and assignment orders. |
| Piraino, Stephen D. | 04/15/25 | 5.2 | Calls and emails with landlord regarding lease matters (2.1); calls and emails with co-counsel and landlord regarding Beacon Plaza (0.7); finalize rejection orders (0.9); review and finalize various assignment orders (1.1); emails with Davis Polk team regarding lease matters (0.4). |
| Giddens, Magali | 04/16/25 | 0.1 | Review assumption and assignment order. |
| Piraino, Stephen D. | 04/16/25 | 2.9 | Calls and emails with Morris Nichols regarding assumption motion (0.4); calls and emails with Davis Polk and AlixPartners regarding contract rejection matters (1.3); calls and emails with landlords regarding remaining lease matters (1.2). |
| Winiarski, Kevin L. | 04/17/25 | 1.2 | Draft and revise motion to assume litigation coordination agreements (1.1); emails with S. Piraino regarding same (0.1). |
| Piraino, Stephen D. | 04/18/25 | 0.4 | Calls and emails with Morris Nichols regarding contract assumption matter. |
| Winiarski, Kevin L. | 04/18/25 | 1.0 | Review and finalize Rule 9019 motion and proposed order regarding Hurricane Ian insurance proceeds (0.5); emails with Morris Nichols team and S. Piraino regarding same (0.3); emails with counsel to insurance market regarding same (0.2). |
| Goldberger, Jacob | 04/21/25 | 0.4 | Correspondence with Morris Nichols and S. Piraino regarding lease workstreams (0.2); correspondence with AlixPartners and counterparties regarding outstanding lease obligation payments (0.2). |
| Goldberger, Jacob | 04/22/25 | 0.6 | Correspondence with AlixPartners lease counterparties and S. Piraino regarding outstanding lease obligations (0.4); correspondence with S. Fox and landlord counsel regarding Steger Towne lease assignment (0.2). |
| Piraino, Stephen D. | 04/23/25 | 2.3 | Calls and emails with GBRP and landlords to finalize open lease issues. |
| Goldberger, Jacob | 04/24/25 | 0.4 | Correspondence with GBRP, Davis Polk team, landlord counsel and counterparties regarding outstanding assignments and lease obligations. |
| Piraino, Stephen D. | 04/24/25 | 0.9 | Calls and emails with Davis Polk and GBRP regarding remaining lease matters. |
| Goldberger, Jacob | 04/28/25 | 1.2 | Correspondence with GBRP and lease counterparties regarding outstanding lease assignments (0.4); correspondence with Morris Nichols regarding drafting assumption and assignment certifications (0.2); call with GBRP regarding outstanding lease assignments (0.3); correspondence with M. Brock and counsel for Cedars Too regarding production (0.3). |
| Piraino, Stephen D. | 04/28/25 | 0.7 | Calls and emails with Davis Polk, GBRP regarding lease status (0.2); finalize litigation agreement motion (0.2); emails with Big Lots and GBRP regarding same (0.3). |
| Goldberger, Jacob | 04/29/25 | 0.6 | Correspondence with lease counterparties regarding outstanding lease obligations (0.1); call with Cedars Too regarding production (0.2); correspondence with M. Brock regarding same (0.1); correspondence with R. Steere regarding outstanding lease obligations (0.2). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Goldberger, Jacob | 04/30/25 | 0.9 | Correspondence with lease counterparties, GBRP, S. Piraino and Morris Nichols regarding outstanding lease assignments (0.3); correspondence with R. Steere and lease counterparties regarding outstanding lease obligations (0.2); correspondence with M. Brock and Cedars Too counsel regarding Cedars Too lien litigation (0.2); correspondence with Kirkland & Ellis, R. Steere and Morris Nichols regarding Durant property tax payments (0.2). |
| **Total BC05 Contracts/Leases** | | **75.6** | |
| **BC06 Corporate Governance; Board Matters; Communications** | | | |
| Resnick, Brian M. | 04/03/25 | 0.5 | Calls with R. Robins regarding various issues. |
| Cahill, Vincent | 04/04/25 | 0.3 | Call with management regarding Creditors Committee investigation. |
| Piraino, Stephen D. | 04/04/25 | 0.7 | Prepare for and call with Big Lots regarding Board matter. |
| Resnick, Brian M. | 04/18/25 | 0.5 | Call with R. Robins and A. Shpeen regarding various issues. |
| Piraino, Stephen D. | 04/22/25 | 0.4 | Prepare case update for L. LaPuma. |
| Resnick, Brian M. | 04/22/25 | 0.1 | Review update email to L. LaPuma regarding various updates. |
| Piraino, Stephen D. | 04/25/25 | 0.7 | Call with insurer, Big Lots, and Davis Polk regarding Creditors' Committee issues. |
| Resnick, Brian M. | 04/25/25 | 0.2 | Call with E. LaPuma regarding various issues. |
| Resnick, Brian M. | 04/28/25 | 0.2 | Emails with R. Robins, E. LaPuma, and A. Kaminsky regarding governance and compensation issues. |
| **Total BC06 Corporate Governance; Board Matters; Communications** | | **3.6** | |
| **BC08 Employee & Labor** | | | |
| Piraino, Stephen D. | 04/14/25 | 0.9 | Review workers' compensation matters. |
| Piraino, Stephen D. | 04/25/25 | 0.4 | Call with Davis Polk, E. LaPuma, and R. Robbins regarding executive compensation matter. |
| Shpeen, Adam L. | 04/25/25 | 0.4 | Discuss employee matters with R. Robins, A. Kaminsky and L. LaPuma. |
| **Total BC08 Employee & Labor** | | **1.7** | |
| **BC10 General Case Administration** | | | |
| Cahill, Vincent | 04/01/25 | 1.4 | Correspondence with B. Resnick and S. Piraino regarding case administration (0.6); attention to GBRP asset purchase agreement and associated documents regarding WPG finances (0.8). |
| Giddens, Magali | 04/01/25 | 0.7 | Review billing detail for DIP reporting period (0.2); correspondence with V. Cahill regarding same (0.1); correspondence with Davis Polk team regarding same (0.1); update information regarding billing amount for same (0.1); review court filings regarding case status (0.2). |
| Cahill, Vincent | 04/02/25 | 0.3 | Call with real estate team regarding lease assignment issues (0.3). |
| Cahill, Vincent | 04/03/25 | 0.5 | Call with S. Piraino and J. Goldberger regarding lease disposition issues (0.3); correspondence with real estate team regarding headquarters sale closing (0.2). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Giddens, Magali | 04/03/25 | 0.5 | Review April 2nd hearing transcript and court filings. |
| Piraino, Stephen D. | 04/03/25 | 0.9 | Attend workstreams call with B. Resnick and A. Shpeen (0.5); attend workstreams call with Alix Partners (0.4). |
| Resnick, Brian M. | 04/03/25 | 0.6 | Calls with A. Shpeen and S. Piraino regarding various workstreams (0.5); calls with A. Shpeen regarding same (0.1). |
| Winiarski, Kevin L. | 04/03/25 | 0.5 | Call with S. Piraino, K. Percy, and J. Jang regarding workstreams and open issues. |
| Carpenter, Cameron | 04/04/25 | 0.3 | Review case correspondence and recent docket filings. |
| Cahill, Vincent | 04/07/25 | 0.7 | Review and revise hearing agenda (0.4); correspondence with GBRP regarding April omnibus hearing (0.3). |
| Giddens, Magali | 04/07/25 | 4.8 | Billing report email (0.4); Big Lots documents review (2.1); review billing detail (1.7); correspondence with billing team (0.3); correspondence with timekeeper regarding time estimate (0.3). |
| Bi, Jonathan | 04/08/25 | 0.3 | Discussion with H. Weigel regarding closing steps. |
| Cahill, Vincent | 04/08/25 | 1.2 | Revise hearing agenda (0.7); correspondence with B. Resnick regarding case administration (0.5). |
| Cahill, Vincent | 04/09/25 | 0.4 | Revise hearing agenda (0.4). |
| Giddens, Magali | 04/09/25 | 0.8 | Review correspondence and documents (0.7); correspondence regarding billing (0.1). |
| Giddens, Magali | 04/10/25 | 0.7 | Review documents and correspondence. |
| Resnick, Brian M. | 04/13/25 | 0.2 | Call with A. Shpeen regarding various case issues. |
| Carpenter, Cameron | 04/14/25 | 1.3 | Compile onboarding materials and background information for R. Vacca (0.8); attend onboarding meeting with same (0.5). |
| Piraino, Stephen D. | 04/14/25 | 0.5 | Attend workstreams call with Davis Polk team. |
| Prater, Rachel | 04/14/25 | 1.5 | Email with C. Carpenter regarding transition of workstreams (0.2); review documents provided by C. Carpenter regarding same (0.5); meet with C. Carpenter regarding same (0.5); meet with C. Carpenter regarding updates to administrative claims schedule (0.3). |
| Resnick, Brian M. | 04/14/25 | 0.6 | Call with Davis Polk team regarding various case workstreams. |
| Winiarski, Kevin L. | 04/14/25 | 1.0 | Attend workstreams call with A. Shpeen, B. Resnick, J. McClammy, and S. Piraino (0.6); follow-up call with S. Piraino (0.4). |
| Cahill, Vincent | 04/15/25 | 0.5 | Correspondence with B. Resnick regarding case administration. |
| Giddens, Magali | 04/15/25 | 0.9 | Review and revise DIP billing report. |
| Prater, Rachel | 04/16/25 | 0.8 | Meeting with K. Winiarski and R. Sattaur regarding transition of workstream. |
| Giddens, Magali | 04/17/25 | 0.4 | Review case documents and recent filings. |
| Shpeen, Adam L. | 04/18/25 | 0.5 | Call with R. Robins and B. Resnick regarding general case update. |
| Giddens, Magali | 04/21/25 | 0.1 | Prepare and send weekly DIP billing report email. |
| Cahill, Vincent | 04/22/25 | 0.9 | Correspondence with B. Resnick regarding case administration. |
| Giddens, Magali | 04/22/25 | 1.0 | Review and revise DIP billing report. |
| Cahill, Vincent | 04/23/25 | 1.2 | Correspondence with S. Piraino regarding winddown processes. |
| Shpeen, Adam L. | 04/24/25 | 0.7 | Call with L. LaPuma regarding general case status (0.3); emails regarding general case status with Davis Polk team (0.4). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Piraino, Stephen D. | 04/25/25 | 0.7 | Call with Davis Polk team regarding workstreams (0.4); update workstreams chart (0.3). |
| Resnick, Brian M. | 04/25/25 | 0.5 | Attend Davis Polk team call regarding various workstreams. |
| Shpeen, Adam L. | 04/25/25 | 0.4 | Attend update call with Davis Polk team members. |
| Piraino, Stephen D. | 04/28/25 | 0.2 | Emails with Davis Polk team regarding hearing dates. |
| Cahill, Vincent | 04/29/25 | 0.4 | Correspondence with B. Resnick regarding case administration issues. |
| **Total BC10 General Case Administration** | | **28.9** | |
| | | | |
| **BC11 Hearing Preparation/Attendance** | | | |
| Piraino, Stephen D. | 04/01/25 | 2.9 | Prepare for April 2nd hearing on lease issues. |
| Cahill, Vincent | 04/02/25 | 2.2 | Attend April 2nd lease assumption hearing. |
| Carpenter, Cameron | 04/02/25 | 1.5 | Attend part of April 2nd hearing on designation notice matters virtually. |
| Giddens, Magali | 04/02/25 | 2.3 | Attend April 2nd designation notice hearing. |
| Goldberger, Jacob | 04/02/25 | 3.3 | Attend April 2nd hearing (2.8); draft talking points for hearing (0.5). |
| Huang, Sijia (Scarlett) | 04/02/25 | 2.8 | Attend continued hearing on designation notice matters (2.5); correspondence with Davis Polk team regarding same and next day's hearing logistics (0.3). |
| Menkes, Madeleine | 04/02/25 | 2.5 | Attend Big Lots hearing on designation notice matters. |
| Piraino, Stephen D. | 04/02/25 | 3.9 | Attend April 2nd hearing (2.5); prepare for same (1.4). |
| Resnick, Brian M. | 04/02/25 | 1.5 | Participate telephonically in parts of court hearing. |
| Winiarski, Kevin L. | 04/02/25 | 2.5 | Attend hearing on designation notice matters virtually. |
| Cahill, Vincent | 04/03/25 | 0.3 | Attend April 2nd lease assumption hearing. |
| Carpenter, Cameron | 04/03/25 | 0.2 | Attend continued hearing on designation notice matters virtually. |
| Goldberger, Jacob | 04/03/25 | 0.2 | Attend April 2nd hearing on lease issues virtually. |
| Resnick, Brian M. | 04/03/25 | 0.3 | Participate virtually in continued hearing on lease designation issues. |
| Shpeen, Adam L. | 04/03/25 | 0.4 | Attend continued lease designation hearing virtually. |
| Winiarski, Kevin L. | 04/03/25 | 0.2 | Attend Court's ruling on designation notice matters. |
| Piraino, Stephen D. | 04/09/25 | 2.4 | Prepare for upcoming omnibus hearing including review of talking points. |
| **Total BC11 Hearing Preparation/Attendance** | | **29.4** | |
| | | | |
| **BC12 Litigation** | | | |
| Brock, Matthew R. | 04/01/25 | 2.1 | Correspondence with Davis Polk team regarding strategy regarding lift stay motions (0.1); emails with movants regarding lift stay motion (0.2); call with movant regarding same (0.1); call with Katten Muchin regarding Creditors Committee investigation (0.2); emails with B. Resnick, J. McClammy, Big Lots, Katten Muchin, and Creditors Committee regarding same (0.7); develop strategy in connection with same (0.5); emails with Big Lots and J. McClammy regarding lift stay motions (0.3). |
| Piraino, Stephen D. | 04/01/25 | 1.9 | Call with litigation counsel regarding outstanding litigation (0.5); call with potential litigation purchaser (0.5); review litigation claim settlement term sheet (0.9). |

| | | | Time Detail By Project |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Bauer, Christopher William | 04/02/25 | 1.6 | Coordinate issues related to e-discovery software for Big Lots productions. |
| Brock, Matthew R. | 04/02/25 | 2.1 | Call with J. McClammy regarding matter status (0.1); emails with J. McClammy, Big Lots, and others regarding Creditors Committee investigation (0.5); emails with J. McClammy, S. Piraino, and movants regarding lift stay motions (0.5); call with movant regarding same (0.2); emails with Big Lots regarding insurance issues (0.2); hearing regarding lease assignment (0.6). |
| Brock, Matthew R. | 04/02/25 | 0.2 | Emails with Creditors Committee, AlixPartners, J. McClammy, B. Resnick, A. Shpeen, and others regarding Creditors Committee investigation. |
| Resnick, Brian M. | 04/02/25 | 0.4 | Call with S. Reisman regarding Creditors Committee investigation (0.2); emails with Davis Polk team (0.2). |
| Brock, Matthew R. | 04/03/25 | 3.5 | Calls with creditor regarding potential claim (0.3); emails with K. Winiarski regarding same (0.2); call with S. Piraino regarding same (0.1); emails with Bogle, Morris Nichols, and others regarding motion to lift automatic stay (0.4); develop strategy for same (0.5); call with Creditors Committee regarding discovery requests (0.5); prepare for same (0.5); emails with Big Lots, B. Resnick, A. Shpeen, J. McClammy, and others regarding same (0.7); emails with Baker Hostetler regarding Gerson matter (0.3). |
| Brock, Matthew R. | 04/03/25 | 0.5 | Emails with Big Lots, B. Resnick, A. Shpeen, and others regarding Creditors Committee investigation. |
| Ionescu, Alex | 04/03/25 | 1.5 | Prepare materials for attorney review as per M. Brock |
| McClammy, James I. | 04/03/25 | 0.9 | Review emails regarding lift stay issues (0.2); conference Davis Polk and McDermott Will regarding Creditors Committee investigation (0.4); emails regarding discovery and investigation issues (0.3). |
| Piraino, Stephen D. | 04/03/25 | 1.1 | Review and analyze litigation matter. |
| Resnick, Brian M. | 04/03/25 | 0.6 | Calls with S. Reisman regarding Creditors Committee investigation (0.3); call with M. Brock regarding Creditors Committee investigation (0.1); emails with Big Lots and Davis Polk team regarding litigation (0.2). |
| Brock, Matthew R. | 04/04/25 | 4.5 | Call with Big Lots, Katten Muchin, and others regarding UCC investigation (0.5); review and analyze demand letter regarding same (0.5); emails with Big Lots, Katten Muchin, Epic, B. Resnick, A. Shpeen, J. McClammy, and others regarding same (0.9); emails with L. Chisholm, S. Stroman, and T. Sun regarding appeal (0.3); legal research for same (1.5); strategy for same (0.4); emails with S. Piraino regarding ordinary course expenses (0.2); emails with J. Goldberger regarding discovery requests (0.2). |
| Ionescu, Alex | 04/04/25 | 0.4 | Prepare Big Lots materials for attorney review as per M. Brock. |
| McClammy, James I. | 04/04/25 | 0.2 | Review demand letter (0.2); call with Davis Polk, Katten Muchin, and Big Lots regarding Creditors Committee demand letter and next steps (0.5). |
| Piraino, Stephen D. | 04/04/25 | 0.7 | Call with GBRP re: litigation matter (0.5); calls, emails with Davis Polk regarding lift stay motion (0.2). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Resnick, Brian M. | 04/04/25 | 0.8 | Call with Big Lots and Davis Polk team regarding Creditors Committee investigation and related issues (0.4); emails regarding same (0.2); review Creditors Committee demand letter (0.2). |
| Brock, Matthew R. | 04/07/25 | 1.0 | Emails with V. Cahill regarding assignment objection (0.2); call with assignee regarding same (0.2); review same (0.2); emails with J. McClammy and S. Piraino regarding omnibus hearing (0.4). |
| Ionescu, Alex | 04/07/25 | 1.1 | Prepare client materials for attorney review as per M. Brock. |
| Brock, Matthew R. | 04/08/25 | 1.9 | Call with Katten Muchin regarding Creditors Committee investigation (0.1); emails with Big Lots, Epic and J. McClammy regarding same (0.3); review extension motion (0.3); emails with A. Ionescu regarding document collection (0.2); research for appeal (1.0). |
| Ionescu, Alex | 04/08/25 | 0.8 | Analyze client production materials for M. Brock. |
| Brock, Matthew R. | 04/09/25 | 4.5 | Call with Big Lots, Berkshire Hathaway and others regarding insurance issues (0.7); research for same (0.6); emails with A. Ionescu and others regarding same (0.4); emails with J. McClammy, S. Piraino, Morris Nichols and others regarding appeal (0.5); research for same (2.1); emails with S. Piraino and C. Sawyer regarding omnibus hearing (0.1); emails with Anderson regarding lift stay motion (0.1). |
| Ionescu, Alex | 04/09/25 | 0.5 | Prepare client materials for attorney review as per M. Brock. |
| McClammy, James I. | 04/09/25 | 0.7 | Follow up regarding lift stay motions and insurer issues. |
| Resnick, Brian M. | 04/09/25 | 0.3 | Emails with clients and Davis Polk team regarding various litigation issues. |
| Brock, Matthew R. | 04/10/25 | 4.8 | Call with Anderson regarding lift stay motion (0.3); prepare for same (0.2); emails with J. McClammy regarding same (0.2); emails with J. McClammy, A. Shpeen, S. Piraino, Big Lots, appellant and others regarding appeal (0.6); research for same (1.3); revise opposition to motion to compel (0.7); emails with S. Piraino and K. Winiarski regarding same (0.4); emails with S. Piraino and others regarding asset purchase agreement (0.3); emails with J. Bi regarding intellectual property (0.4); call with Crowell regarding interchange matter (0.4). |
| McClammy, James I. | 04/10/25 | 0.8 | Calls and emails regarding automatic stay issues. |
| Resnick, Brian M. | 04/10/25 | 0.3 | Emails with Davis Polk team and R. Robins regarding various litigation issues. |
| Brock, Matthew R. | 04/11/25 | 4.5 | Call with J. McClammy, S. Piraino, K. Winiarski and AlixPartners regarding demand letter (0.5); call with Big Lots, J. McClammy, S. Piraino and others regarding same (1.1); call with S. Piraino and K. Winiarski regarding same (0.2); research regarding same (0.3); revise briefing stipulation for appeal (0.3); emails with J. McClammy, Morris Nichols, Big Lots and appellants regarding same (0.8); call with appellant regarding same (0.2); call with Bogle regarding lift stay motion (0.2); research for appeal (0.9). |

| | | | Time Detail By Project |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| McClammy, James I. | 04/11/25 | 2.5 | Review operative documents, orders regarding potential dispute (1.7); teleconference Davis Polk, AlixPartners regarding potential dispute (0.5); follow up regarding strategy on potential dispute (0.3). |
| Piraino, Stephen D. | 04/11/25 | 2.2 | Review and analyze potential litigation matter. |
| Resnick, Brian M. | 04/11/25 | 0.2 | Emails with Davis Polk team, clients and counterparties regarding litigation issues. |
| Weigel, Heather | 04/11/25 | 1.5 | Call with Davis Polk and AlixPartners regarding payments, litigation matters (0.5); call with Davis Polk, AlixPartners and Big Lots regarding same (1.0). |
| Winiarski, Kevin L. | 04/11/25 | 1.7 | Call with Davis Polk and AlixPartners teams regarding GBRP funding issues (0.5); follow-up call with Big Lots regarding same (0.7); follow-up call with S. Piraino and M. Brock regarding same (0.5). |
| Brock, Matthew R. | 04/12/25 | 0.1 | Emails with K. Winiarski regarding demand letter. |
| Winiarski, Kevin L. | 04/12/25 | 1.0 | Draft outline of GBRP funding issues for M. Brock. |
| Brock, Matthew R. | 04/13/25 | 2.1 | Draft demand letter to GBRP (2.0); emails with K. Winiarski regarding same (0.1). |
| Piraino, Stephen D. | 04/14/25 | 3.1 | Calls, emails with Big Lots and GBRP regarding litigation matters (0.9); review and analyze litigation matters (2.2). |
| Prater, Rachel | 04/15/25 | 0.7 | Attention to implementing J. McClammy comments on letter concerning funds owed by Debtors. |
| Resnick, Brian M. | 04/15/25 | 0.2 | Emails with Davis Polk team and Katten Muchin regarding various litigation issues. |
| Brock, Matthew R. | 04/16/25 | 0.1 | Emails with AlixPartners and others regarding amounts due under asset purchase agreement. |
| Piraino, Stephen D. | 04/17/25 | 4.4 | Prepare for mediation (1.4); attend mediation regarding real estate dispute (1.9); review and analyze coordination agreement and asset purchase agreement for litigation matter (1.1). |
| Brock, Matthew R. | 04/18/25 | 0.2 | Emails with J. McClammy regarding Creditors Committee investigation (0.1); emails with S. Piraino regarding invoicing issues (0.1). |
| McClammy, James I. | 04/18/25 | 0.8 | Follow up and emails regarding insurance coverage and lift stay issues. |
| Piraino, Stephen D. | 04/18/25 | 1.6 | Finalize insurance settlement (0.9); review and analyze settlement agreement issues (0.7). |
| Brock, Matthew R. | 04/21/25 | 1.0 | Emails with J. McClammy, A. Shpeen, Big Lots, Epiq, and Baker Hostetler regarding insurance issues (0.7); emails with J. McClammy and AlixPartners regarding appeal (0.3). |
| Giddens, Magali | 04/21/25 | 0.3 | Review Rule 9019 settlement motion. |
| Piraino, Stephen D. | 04/21/25 | 1.8 | Review and analyze litigation matter. |
| Resnick, Brian M. | 04/21/25 | 0.2 | Emails with Davis Polk litigation team and R. Robins regarding various litigation issues. |
| Brock, Matthew R. | 04/22/25 | 1.8 | Emails with J. McClammy, A. Shpeen, and others regarding Creditors Committee investigation (0.4); emails with J. McClammy and others regarding motions to lift automatic stay (0.3); research for appeal (0.4); review and analyze appellate brief (0.7). |
| Goldberger, Jacob | 04/22/25 | 0.9 | Review appellant's brief for sale order appeal. |
| Piraino, Stephen D. | 04/22/25 | 1.1 | Conduct initial review of appellant's brief. |
| Resnick, Brian M. | 04/22/25 | 0.3 | Review appellants' brief in appeal of sale order. |

| Time Detail By Project | | | |
| --- | --- | --- | --- |
| Name | Date | Hours | Narrative |
| Brock, Matthew R. | 04/23/25 | 2.7 | Emails with J. McClammy and others regarding motions to lift automatic stay (0.3); review and analyze appellate brief (1.2); draft summary response to Creditors Committee document request (1.2). |
| Brock, Matthew R. | 04/24/25 | 6.0 | Call with movant regarding lift stay motion (0.4); emails with J. McClammy, S. Piraino, and K. Winiarski regarding same (0.3); review and analyze same (0.4); research regarding same (0.5); emails with Big Lots, Creditors Committee, and others regarding discovery requests (0.4); research regarding appeal (1.7); strategy regarding appeal (1.0); emails with J. McClammy regarding engagement letter (1.1); emails with Big Lots regarding Creditors Committee requests (0.2). |
| McClammy, James I. | 04/24/25 | 0.3 | Call with Davis Polk team regarding lift stay matters. |
| Piraino, Stephen D. | 04/24/25 | 0.7 | Emails with Big Lots and Davis Polk regarding discovery matters. |
| Resnick, Brian M. | 04/24/25 | 0.2 | Emails with R. Robins and litigation team regarding Creditors Committee investigation. |
| Brock, Matthew R. | 04/25/25 | 4.4 | Emails with Big Lots regarding discovery requests (0.3); draft correspondence to Creditors Committee regarding same (0.4); call with S. Piraino and others regarding contract assignment (0.3); call with B. Resnick, A. Shpeen, and S. Piraino regarding matter status and strategy (0.5); emails with movants regarding lift stay motions (0.2); emails with S. Piraino and Berkshire Hathaway regarding insurance issues (0.3); call with Berkshire Hathaway regarding same (0.6); emails with Robbins Geller and others regarding engagement letter (0.3); draft outline for appeal (1.5). |
| Piraino, Stephen D. | 04/25/25 | 0.8 | Call with Crowell regarding litigation matter (0.2); update assumption motion regarding litigation agreements (0.4); emails with GBRP regarding litigation matters (0.2). |
| Brock, Matthew R. | 04/26/25 | 0.8 | Draft outline for opposition to appeal. |
| Shpeen, Adam L. | 04/27/25 | 1.1 | Review appellants' brief relating to sale issues. |
| Brock, Matthew R. | 04/28/25 | 4.0 | Call with B. Resnick, A. Shpeen, J. McClammy, S. Piraino regarding appeal (0.4); call with J. Goldberger regarding document request (0.1); call with Movant regarding motion to lift automatic stay (0.4); emails with J. McClammy, S. Piraino, K. Winiarski, Morris Nichols, others regarding same (0.7); research for same (0.6); emails with J. McClammy, Big Lots, Creditors Committee regarding discovery requests (0.5); draft outline for appellate brief (0.8); draft outline for appeal (0.5). |
| Piraino, Stephen D. | 04/28/25 | 4.9 | Call with Davis Polk team regarding appeal (0.5); emails with Big Lots team regarding appeal (0.2); prepare outline of response brief (4.2). |
| Resnick, Brian M. | 04/28/25 | 0.5 | Call with Davis Polk team regarding sale order appeal (0.4); emails with Big Lots regarding same (0.1). |
| Shpeen, Adam L. | 04/28/25 | 0.5 | Call with Davis Polk team regarding appeal strategy. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Brock, Matthew R. | 04/29/25 | 4.2 | Call with J. Goldberger and Cedars Too regarding discovery request (0.2); emails with J. McClammy, J. Goldberger, and A. Pravda regarding same (0.5); emails with J. McClammy, Morris Nichols, and others regarding lift stay motions (0.7); emails with Big Lots and Creditors Committee regarding discovery requests (0.2); revise outline for appeal (0.7); call with J. McClammy; A. Shpeen, B. Resnick, and S. Piraino regarding fees due under asset purchase agreement (0.3); research regarding same (0.7); emails with Big Lots, J. McClammy regarding Creditors Committee requests (0.2); emails with Big Lots regarding motion to lift automatic stay (0.1); revise outline for appellate brief (0.6). |
| McClammy, James I. | 04/29/25 | 0.5 | Call with Davis Polk regarding GBRP payment issues and potential resolution. |
| Piraino, Stephen D. | 04/29/25 | 7.3 | Research various issues regarding appeal (4.2); prepare outline of appeal brief (3.1). |
| Resnick, Brian M. | 04/29/25 | 0.4 | Call with Davis Polk team regarding potential litigation. |
| Brock, Matthew R. | 04/30/25 | 4.2 | Emails with J. McClammy and J. Goldberger regarding discovery requests (0.1); review protective orders for same (0.2); strategy for lift stay motions (0.1); emails with J. McClammy regarding same (0.1); call with movant regarding lift stay motion (0.2); emails with J. McClammy, Big Lots, and Movants regarding same (1.0); legal research for same (0.7); emails with K. Winiarski and others regarding asset purchase agreement (0.2); emails with Creditors Committee, Big Lots, and J. McClammy regarding discovery requests (0.2); emails with Lowenstein Sandler and others regarding AGS Matter (0.2); draft appellate brief (1.2). |
| McClammy, James I. | 04/30/25 | 0.7 | Emails regarding consideration of automatic stay issues. |
| Piraino, Stephen D. | 04/30/25 | 7.2 | Review appeal record for various issues (3.2); update appeal brief outline (4.0). |
| **Total BC12 Litigation** | | **125.4** | |
| | | | |
| **BC13 Plan; Disclosure Statement; Confirmation** | | | |
| Piraino, Stephen D. | 04/03/25 | 0.5 | Review and revise second exclusivity motion. |
| Winiarski, Kevin L. | 04/03/25 | 1.5 | Draft and revise second exclusivity extension motion (1.1); emails with S. Piraino and Morris Nichols team regarding same (0.4). |
| Piraino, Stephen D. | 04/04/25 | 0.6 | Review exclusivity motion (0.4); calls and emails with Davis Polk regarding same (0.2). |
| Resnick, Brian M. | 04/05/25 | 0.3 | Review motion to extend exclusive right to file Plan and Disclosure Statement. |
| Winiarski, Kevin L. | 04/05/25 | 0.7 | Review and revise second exclusivity motion to incorporate A. Shpeen comments (0.5); emails with Davis Polk team regarding same (0.2). |
| Shpeen, Adam L. | 04/06/25 | 0.4 | Review and revise exclusivity extension motion. |
| Piraino, Stephen D. | 04/07/25 | 0.4 | Finalize second exclusivity motion for filing. |
| **Total BC13 Plan; Disclosure Statement; Confirmation** | | **4.4** | |
| | | | |
| **BC14 Regulatory; Antitrust; Tax; IP** | | | |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Mazero, Gabrielle | 04/02/25 | 2.1 | Review IP assignment agreement and schedules from GBRP |
| Goodman, Corey M. | 04/03/25 | 0.5 | Review and consider worthlessness questions with B. Resnick. |
| Mazero, Gabrielle | 04/03/25 | 0.3 | Review IP assignment agreement and schedules from GBRP. |
| Piraino, Stephen D. | 04/03/25 | 0.3 | Call and emails with Davis Polk and Big Lots regarding tax matters. |
| Resnick, Brian M. | 04/03/25 | 0.3 | Calls with C. Goodman and S. Piraino regarding tax issues. |
| Piraino, Stephen D. | 04/04/25 | 1.3 | Review and analyze tax matters relating to stock worthlessness. |
| Resnick, Brian M. | 04/04/25 | 0.7 | Calls with Davis Polk team and R. Robins regarding tax issues. |
| Matlock, Tracy L. | 04/07/25 | 0.1 | Email with C. Goodman regarding stock deduction. |
| Piraino, Stephen D. | 04/07/25 | 1.1 | Review and analyze tax matter. |
| Resnick, Brian M. | 04/07/25 | 0.3 | Discuss tax issues with M. Huebner and S. Piraino. |
| Matlock, Tracy L. | 04/08/25 | 0.1 | Discuss worthless stock deduction with C. Goodman. |
| Mazero, Gabrielle | 04/08/25 | 0.3 | Review changes to IP license agreement from GBRP. |
| Mazero, Gabrielle | 04/10/25 | 0.5 | Review changes to IP license agreement from GBRP. |
| Goodman, Corey M. | 04/11/25 | 0.8 | Discussions regarding tax attributes analysis. |
| Huntley, Adrian | 04/11/25 | 0.4 | Discuss background of intended worthless stock deduction with T. Matlock and discuss research strategies for same. |
| Matlock, Tracy L. | 04/11/25 | 1.2 | Discuss tax issue with A. Huntley (0.3); email and analysis regarding same (0.9). |
| Mazero, Gabrielle | 04/11/25 | 1.2 | Revise IP assignment agreement from GBRP. |
| Huntley, Adrian | 04/12/25 | 3.9 | Research tax attributes. |
| Goodman, Corey M. | 04/14/25 | 0.9 | Review worthless stock deduction research points (0.7); attention to questions regarding worthless stock deduction timing (0.2). |
| Huntley, Adrian | 04/14/25 | 3.4 | Research C. Goodman question regarding tax attributes. |
| Matlock, Tracy L. | 04/14/25 | 0.6 | Email regarding worthless stock deduction. |
| Shpeen, Adam L. | 04/14/25 | 1.4 | Call regarding tax issues with C. Goodman (0.2); call with team regarding status (0.6); Review emails regarding various items (0.6). |
| Goodman, Corey M. | 04/15/25 | 0.8 | Evaluate worthless stock deduction learning for Big Lots advice. |
| Huntley, Adrian | 04/15/25 | 0.6 | Research regarding worthless stock deduction. |
| Matlock, Tracy L. | 04/15/25 | 1.0 | Analysis regarding stock deduction (0.5); call with Davis Polk team regarding same (0.5). |
| Resnick, Brian M. | 04/15/25 | 0.5 | Call with tax team regarding worthless stock deduction. |
| Shpeen, Adam L. | 04/15/25 | 0.5 | Call with C. Goodman, B. Resnick and S. Piraino regarding tax issues. |
| Winiarski, Kevin L. | 04/15/25 | 0.9 | Call with Davis Polk team regarding tax issues and workstreams (0.5); emails with S. Piraino regarding same (0.4). |
| Goodman, Corey M. | 04/16/25 | 0.4 | Engage in further consideration of worthless stock timing. |
| Matlock, Tracy L. | 04/16/25 | 1.2 | Conduct analysis regarding stock worthlessness tax treatment. |
| Goodman, Corey M. | 04/17/25 | 0.8 | Call with Big Lots regarding worthless stock deduction (0.5); prepare for same (0.3). |
| Matlock, Tracy L. | 04/17/25 | 0.8 | Call with Big Lots regarding stock treatment (0.6); email with C. Goodman regarding same (0.2). |

| | | | Time Detail By Project |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Mazero, Gabrielle | 04/17/25 | 0.5 | Review changes to assignment agreement from GBRP to prepare responses. |
| Peters, Caroline | 04/17/25 | 1.6 | Call with T. Matlock regarding worthless stock deduction research question (0.2); attention to code and regulations regarding same (1.4). |
| Resnick, Brian M. | 04/17/25 | 1.0 | Call with R. Robins and J. Ramsden regarding tax and other issues (0.8); follow-up call with A. Shpeen regarding same (0.2). |
| Shpeen, Adam L. | 04/17/25 | 0.8 | Call with R. Robins and J. Ramsden regarding tax issues. |
| Mazero, Gabrielle | 04/18/25 | 0.5 | Review changes to assignment agreement from GBRP to prepare responses. |
| Piraino, Stephen D. | 04/18/25 | 3.4 | Review and analyze tax matter. |
| Mazero, Gabrielle | 04/21/25 | 0.2 | Review changes to assignment agreement from GBRP to prepare responses. |
| Piraino, Stephen D. | 04/21/25 | 2.1 | Review and analyze worthless stock tax matter. |
| Goldberger, Jacob | 04/22/25 | 0.9 | Correspondence with Big Lots, S. Piraino and S. Churchill regarding California tax liability. |
| Piraino, Stephen D. | 04/22/25 | 2.6 | Call with Big Lots team regarding tax matter (0.5); review and analyze tax matters (2.1). |
| Bi, Jonathan | 04/24/25 | 0.2 | Attention to addressing intellectual property questions relating to name change workstream. |
| Mazero, Gabrielle | 04/24/25 | 0.2 | Correspondence with opposing counsel on Broyhill intellectual property assignment agreement. |
| Peters, Caroline | 04/24/25 | 3.9 | Attention to code and regulations regarding worthless stock deduction research question. |
| Mazero, Gabrielle | 04/25/25 | 0.7 | Revise Broyhill intellectual property assignment agreement. |
| Peters, Caroline | 04/25/25 | 0.1 | Attention to code and regulations regarding worthless stock deduction research question. |
| Peters, Caroline | 04/27/25 | 1.3 | Attention to code and regulations regarding worthless stock deduction research question. |
| Mazero, Gabrielle | 04/28/25 | 0.6 | Address new entity naming conventions question. |
| Peters, Caroline | 04/28/25 | 1.2 | Research question regarding code and regulations regarding worthless stock deduction. |
| Bi, Jonathan | 04/29/25 | 0.1 | Update draft of entity name change per intellectual property team comments. |
| **Total BC14 Regulatory; Antitrust; Tax; IP** | | **51.1** | |
| | | | |
| **BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | | |
| Carpenter, Cameron | 04/01/25 | 3.0 | Review March invoice for privilege and confidentiality. |
| Giddens, Magali | 04/01/25 | 0.8 | Correspondence with C. Carpenter regarding March time entries. |
| Carpenter, Cameron | 04/02/25 | 2.9 | Review March invoice for privilege and confidentiality. |
| Giddens, Magali | 04/02/25 | 2.1 | Review and revise March billing detail. |
| Resnick, Brian M. | 04/02/25 | 0.2 | Emails with Davis Polk team regarding interim fee application. |
| Giddens, Magali | 04/03/25 | 1.8 | Review and revise March billing detail for privilege and confidentiality. |
| Winiarski, Kevin L. | 04/03/25 | 3.6 | Review and revise February invoice for privilege and confidentiality (2.0); review and revise draft February fee statement (1.0); emails with A. Shpeen and others from Davis Polk regarding same (0.6). |
| Giddens, Magali | 04/04/25 | 3.4 | Review and revise March billing detail for privilege and confidentiality. |

| | | | Time Detail By Project |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Resnick, Brian M. | 04/05/25 | 0.3 | Review second interim fee application for privilege and confidentiality. |
| Winiarski, Kevin L. | 04/07/25 | 0.4 | Finalize February fee statement for filing. |
| Giddens, Magali | 04/08/25 | 1.1 | Work on DIP billing report (0.6); review documents regarding same (0.5). |
| Giddens, Magali | 04/14/25 | 2.1 | Email, review and revise billing detail (1.5); Davis Polk team correspondence regarding same (0.6). |
| Giddens, Magali | 04/16/25 | 1.7 | Review and revise March billing detail for privilege and confidentiality. |
| Giddens, Magali | 04/21/25 | 1.2 | Review and revise April billing detail for privilege and confidentiality. |
| Piraino, Stephen D. | 04/23/25 | 0.4 | Review U.S. Trustee comments to Davis Polk fee application. |
| Resnick, Brian M. | 04/23/25 | 0.1 | Review email from U.S. Trustee regarding Davis Polk fees. |
| Giddens, Magali | 04/24/25 | 3.8 | Review and revise April billing detail for privilege and confidentiality. |
| Giddens, Magali | 04/25/25 | 1.2 | Review and revise April billing detail for privilege and confidentiality. |
| Giddens, Magali | 04/28/25 | 1.3 | Review and revise April billing detail for privilege and confidentiality. |
| Piraino, Stephen D. | 04/28/25 | 0.5 | Address U.S. Trustee comments to fee application. |
| Resnick, Brian M. | 04/28/25 | 0.2 | Review response to U.S. Trustee comments to fee application. |
| Winiarski, Kevin L. | 04/28/25 | 1.3 | Review and revise March billing detail for privilege and confidentiality (1.0); finalize responses to U.S. Trustee questions and comments on January and February fee statements (0.3). |
| Giddens, Magali | 04/29/25 | 1.7 | Correspondence with billing team regarding preparing billing invoice for weekly DIP billing report (0.3); review same regarding potential additional time not recorded (0.6); correspondence with timekeeper regarding same (0.1); correspondence with V. Cahill regarding other potential timekeeper estimate and contact same (0.2); prepare chart for V. Cahill regarding same (0.2); review recent court filings (0.3). |
| Resnick, Brian M. | 04/29/25 | 0.2 | Review response to U.S. Trustee comments to fee application. |
| Winiarski, Kevin L. | 04/29/25 | 3.3 | Review and revise March billing detail for privilege and confidentiality (3.0); emails with Davis Polk team regarding same (0.3). |
| Giddens, Magali | 04/30/25 | 1.2 | Review and revise April billing detail. |
| Resnick, Brian M. | 04/30/25 | 0.2 | Emails with Davis Polk team regarding fee application. |
| Winiarski, Kevin L. | 04/30/25 | 1.0 | Review and revise March billing detail for privilege and confidentiality. |
| **Total BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | **41.0** | |
| **BC18 Travel (Non-Working)** | | | |
| Goldberger, Jacob | 04/01/25 | 1.4 | Travel to Wilmington for April 2nd hearing. |
| Piraino, Stephen D. | 04/01/25 | 1.5 | Travel to Wilmington for April 2nd hearing. |
| Goldberger, Jacob | 04/02/25 | 2.1 | Travel back from Wilmington hearing. |
| Piraino, Stephen D. | 04/02/25 | 1.7 | Travel back from Delaware after April 2nd hearing. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| **Total BC18 Travel (Non-Working)** | | **6.7** | |
| **TOTAL** | | **520.3** | |