**<u>EXHIBIT B</u>**

**EXPENSE SUMMARY**
**BIG LOTS, INC., *et al.***
**(Case No. 24-11967 (JKS))**
**April 1, 2025 through April 30, 2025**

| Expense Category | Total Expenses |
|---|---:|
| Computer Research | $1,138.94 |
| Meals | $218.99 |
| Outside Documents & Research | $16.93 |
| Travel | $1,788.52 |
| Word Processing & Secretarial | $94.50 |
| **Grand Total Expenses** | **$3,257.88**[1] |

---

[1] This amount reflects a voluntary reduction in expenses in the amount of $3,356.06.

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 04/01/25 | Meals | Piraino, Stephen, Travel Dinner at Le Cavalier | $40.00 |
| 04/01/25 | Meals | Goldberger, Jacob, Kosher Travel Dinner prior to April 2 hearing | $40.00 |
| 04/01/25 | Meals | Goldberger, Jacob, Kosher Travel Meal prior to April 2 hearing | $40.00 |
| 04/01/25 | Meals | Lent, Andrew, 8:00pm, OT Dinner from Wolf and Lamb | $38.07 |
| 04/09/25 | Meals | Cahill, Vincent, 8:30pm, OT Dinner from Shake Shack | $37.00 |
| 04/16/25 | Meals | Amir, Gennie A., 6:30pm, OT Dinner from Muna | $23.92 |
| 04/11/25 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For MATTHEW BROCK | $16.93 |
| 04/01/25 | Travel | Goldberger, Jacob, Amtrak from New York to Wilmington, DE prior to April 2 hearing | $188.00 |
| 04/01/25 | Travel | Goldberger, Jacob, Uber from Wilmington Amtrak station to Sheraton Suites Wilmington Downtown prior to April 2 hearing | $21.10 |
| 04/01/25 | Travel | Lent, Andrew, 9:45pm, OT Uber from Davis Polk offices to home | $164.70 |
| 04/01/25 | Travel | Goldberger, Jacob, Uber from Davis Polk offices to NY Penn Station prior to April 2 hearing | $60.03 |
| 04/02/25 | Travel | Goldberger, Jacob, Sheraton Suites Wilmington Downtown prior to April 2 hearing | $251.90 |
| 04/02/25 | Travel | Piraino, Stephen D., Sheraton Suites Wilmington Downtown prior to April 2 hearing | $229.90 |
| 04/02/25 | Travel | Goldberger, Jacob, Uber, Uber from Morris Nichols offices to Wilmington Amtrak station after April 2 hearing | $21.56 |
| 04/02/25 | Travel | Goldberger, Jacob, Uber from Newark, NJ train station to home after April 2 hearing | $183.54 |
| 04/02/25 | Travel | Piraino, Stephen, Car service from NY Penn Station to home after April 2 hearing | $163.53 |
| 04/02/25 | Travel | Goldberger, Jacob, Amtrak from Wilmington, DE to Newark, NJ after April 2 hearing | $183.00 |
| 04/07/25 | Travel | Piraino, Stephen, Amtrak from New York to Wilmington, DE prior to April 2nd  hearing | $227.13 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---:|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 04/07/25 | Travel | Piraino, Stephen, Amtrak from Wilmington, DE to New York after April 2nd hearing | $361.13 |
| 04/09/25 | Travel | Cahill, Vincent, Amtrak from New York to Wilmington, DE prior to April 2nd hearing. | $255.00 |
| 04/10/25 | Travel | Piraino, Stephen, Amtrak from New York to Wilmington, DE prior to April 2nd hearing | $(328.00) |
| 04/10/25 | Travel | Piraino, Stephen, Amtrak from Wilmington, DE to New York after April 2nd hearing | $(194.00) |
| | | Document Process / Admin Asst. | $94.50 |
| | | Lexis | $905.28 |
| | | Westlaw | $233.66 |
| **TOTAL** | | | **$3,257.88** |