**EXHIBIT A**

**BIG LOTS, INC.,** *et al.*

**COMPENSATION BY PROJECT CATEGORY**
**MAY 1, 2025 THROUGH MAY 31, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases (Section 363) | 1.6 | $1,367.50 |
| Case Administration | 8.2 | $5,902.50 |
| Cash Collateral and DIP Financing | 1.3 | $890.50 |
| Claims Analysis, Administration and Objections | 5.8 | $5,040.00 |
| Committee Matters and Creditor Meetings | 2.7 | $2,347.50 |
| Creditor Inquiries | 2.6 | $2,392.50 |
| Executory Contracts | 0.9 | $443.50 |
| Fee Application Matters/Objections | 20.0 | $9,775.50 |
| Leases (Real Property) | 0.4 | $370.00 |
| Litigation/ Gen. (Except Automatic Stay Relief) | 5.4 | $4,227.00 |
| Preparation For and Attendance at Hearings | 6.2 | $2,871.00 |
| Retention Matters | 2.3 | $1,312.00 |
| Tax/General | 1.9 | $1,620.00 |
| **Total:** | **59.3** | **$38,559.50** |

**BIG LOTS, INC.,** *et al.*

## SUMMARY OF BILLING BY PROFESSIONAL
## MAY 1, 2025 THROUGH MAY 31, 2025

| Attorney Name | Year Admitted | Position (Department) | Hourly Billing Rate[1] | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) | $925.00 | 16.4 | $15,170.00 |
| Stacy L. Newman | 2007 | Member (Bankruptcy) | $800.00 | 15.0 | $12,000.00 |
| Jack M. Dougherty | 2021 | Associate (Bankruptcy) | $575.00 | 0.2 | $115.00 |
| Melissa M. Hartlipp | 2022 | Associate (Bankruptcy) | $430.00 | 3.6 | $1,548.00 |
| Michael A. Solimani | 2024 | Associate (Bankruptcy) | $405.00 | 14.8 | $5,994.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal | $405.00 | 2.5 | $1,012.50 |
| Larry S. Morton | N/A | Paralegal | $400.00 | 6.8 | $2,720.00 |
| **Blended Rate:  $650.24** | | | **TOTALS:** | **59.3** | **$38,559.50** |

---

[1]    This rate is Cole Schotz P.C.'s regular hourly rate for legal services.  All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2024).

**EXHIBIT B**

**BIG LOTS, INC.,** *et al.*

**EXPENSE SUMMARY**
**MAY 1, 2025 THROUGH MAY 31, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Fees | PACER | $38.00 |
| **TOTAL** | | **$38.00** |

<u>**EXHIBIT C**</u>

**BIG LOTS, INC.,** *et al.*

**ITEMIZED TIME RECORDS**
<u>**MAY 1, 2025 THROUGH MAY 31, 2025**</u>



Cole Schotz P.C.
500 Delaware Avenue
Suite 600
Wilmington, DE  19801

FEDERAL ID# 22-2113414

NJ — NY — DE  — MD — DC — FL — TX

BIG LOTS, INC.
N/A

| | |
|---|---|
| Invoice Date: | June 9, 2025 |
| Invoice Number: | 1008602 |
| Matter Number: | 68457-0001 |

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH MAY 31, 2025

**ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363)**      **1.60**      **1,367.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/22/25 | JRA | T/C WITH S. FOX RE SALE ISSUE | 0.20 | 185.00 |
| 05/30/25 | SLN | REVIEW GBRP MOTION TO ENFORCE APA (.9); | 0.90 | 720.00 |
| 05/30/25 | JRA | FURTHER CORRESPONDENCE WITH CS TEAM RE MOTION TO ENFORCE SALE | 0.20 | 185.00 |
| 05/30/25 | JRA | CORRESPOND WITH D. AZMAN AND S. CARNES RE MOTION TO ENFORCE SALE ORDER | 0.30 | 277.50 |

**CASE ADMINISTRATION**      **8.20**      **5,902.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/25 | LSM | REVIEW/MONITOR DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 05/02/25 | JRA | RESEARCH RE ADMIN DISTRIBUTIONS OUTSIDE OF A PLAN | 0.80 | 740.00 |
| 05/07/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET AND UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE | 0.20 | 80.00 |
| 05/09/25 | SLN | REVIEW AGENDA FOR 5/13 HEARING (.1); CORRESPONDENCE WITH CS AND MWE TEAMS REGARDING HEARING (.1); | 0.20 | 160.00 |
| 05/09/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET AND UPDATE OBJECTION/FILING DEADLINES AND HEARING DATES | 0.30 | 120.00 |
| 05/12/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING CASE UPDATE (.1) | 0.10 | 80.00 |
| 05/12/25 | SLN | REVIEW AMENDED AGENDA FOR 5/13 HEARING (.1); CORRESPONDENCE WITH MWE REGARDING HEARING (.1); | 0.20 | 160.00 |
| 05/13/25 | SLN | CORRESPONDENCE WITH MWE REGARDING HEARING (.1); ATTENDANCE AT 5/13 HEARING (2.7); | 2.80 | 2,240.00 |
| 05/15/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 120.00 |
| 05/16/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 05/18/25 | JRA | REVIEW ROBINS DECLARATION | 0.10 | 92.50 |
| 05/20/25 | LSM | MONITOR DOCKET FOR PLEADINGS AND AGENDA FOR MAY 21, 2025 HEARING | 0.40 | 160.00 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
      Client/Matter No. 68457-0001

Invoice Number  1008602
June 9, 2025
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/21/25 | SLN | REVIEW AGENDA FOR 5/21 HEARING (.1); CORRESPONDENCE WITH CS TEAM (.1); ATTEND HEARING (.3); | 0.50 | 400.00 |
| 05/23/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 120.00 |
| 05/28/25 | JRA | RESEARCH RE CASE EXIT STRATEGY AND PRECEDENT FOR SAME (1.0); CORRESPOND WITH D. AZMAN RE SAME (.2) | 1.20 | 1,110.00 |
| 05/29/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.20 | 80.00 |
| 05/30/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |

**CASH COLLATERAL AND DIP FINANCING**                              **1.30**      **890.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/06/25 | MAS | EMAILS WITH M. HYLAND AND CS TEAM RE: DIP REQUIREMENTS | 0.10 | 40.50 |
| 05/06/25 | JRA | EMAILS WITH M. SOLIMANI RE BUDGET ISSUES | 0.10 | 92.50 |
| 05/06/25 | JRA | EMAILS WITH CS TEAM RE BUDGET ISSUES | 0.20 | 185.00 |
| 05/13/25 | MAS | EMAILS WITH C. AAS AND CS TEAM RE: CASH COLLATERAL REQUIREMENTS | 0.10 | 40.50 |
| 05/20/25 | MAS | EMAILS WITH CS TEAM AND FTI TEAMS RE: CASH COLLATERAL REQUIREMENTS | 0.20 | 81.00 |
| 05/20/25 | JRA | EMAILS WITH M. SOLIMANI RE BUDGET ISSUES | 0.20 | 185.00 |
| 05/27/25 | MAS | EMAILS WITH CS TEAM RE: DIP REQUIREMENTS (.1); EMAIL TO FTI TEAM RE: SAME (.1) | 0.20 | 81.00 |
| 05/27/25 | JRA | EMAILS WITH M. SOLIMANI RE BUDGET ISSUES | 0.20 | 185.00 |

**CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS**                **5.80**    **5,040.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/05/25 | JRA | REVIEW HOMEVIEW BRIEF IN FURTHER SUPPORT OF ADMIN CLAIM | 0.40 | 370.00 |
| 05/06/25 | JRA | T/C WITH CREDITOR RE CLAIMS DISTRIBUTION | 0.10 | 92.50 |
| 05/12/25 | SLN | VOICEMAIL FROM CREDITOR AND CORRESPONDENCE WITH MWE (.1); | 0.10 | 80.00 |
| 05/12/25 | JRA | REVIEW DEBTORS' SURREPLY TOP HOMEVIEW MOTION | 0.20 | 185.00 |
| 05/13/25 | SLN | EMAIL FROM CREDITOR (.1); | 0.10 | 80.00 |
| 05/13/25 | SLN | REVIEW DEBTORS MOTION FOR LEAVE TO FILE SURREPLY AND SURREPLY TO HOMEVIEW ADMIN MOTION (.3); REVIEW HOMEVIEW W&E LIST (.1); REVIEW DEBTORS W&E LIST (.1); | 0.50 | 400.00 |
| 05/13/25 | JRA | REVIEW EMAIL FROM CREDITOR RE CLAIM INQUIRY | 0.10 | 92.50 |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  1008602 |
| | Client/Matter No. 68457-0001 | June 9, 2025 |
| | | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/13/25 | JRA | T/C WITH CREDITOR RE CLAIMS STATUS | 0.20 | 185.00 |
| 05/14/25 | JRA | REVIEW 505 EXTENSION MOTION | 0.20 | 185.00 |
| 05/16/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING CLAIM DISTRIBUTIONS (.1); | 0.10 | 80.00 |
| 05/19/25 | SLN | TELEPHONE CALL WITH DEBTORS REGARDING ADMIN CLAIMS (.5); | 0.50 | 400.00 |
| 05/19/25 | JRA | CORRESPOND WITH S. NEWMAN RE CLAIM DISTRIBUTIONS | 0.10 | 92.50 |
| 05/19/25 | JRA | T/C WITH DPW AND MWE RE CLAIMS UPDATES | 0.40 | 370.00 |
| 05/19/25 | JRA | PREPARE FOR CLAIMS DISTRIBUTIONS CALL WITH DPW | 0.40 | 370.00 |
| 05/22/25 | JRA | REVIEW TEXAS OBJECTION TO TAX DETERMINATION MOTION | 0.30 | 277.50 |
| 05/22/25 | JRA | T/C WITH CREDITOR RE CLAIMS DISTRIBUTIONS | 0.10 | 92.50 |
| 05/23/25 | SLN | REVIEW DRAFT NOTICE OF INTERIM DISTRIBUTION (.2); CORRESPONDENCE WITH DEBTORS (.1); | 0.30 | 240.00 |
| 05/23/25 | JRA | EMAILS WITH K. WINIARSKI RE ADMIN CLAIMS | 0.20 | 185.00 |
| 05/27/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING DRAFT NOTICE OF INTERIM DISTRIBUTION AND COMMENTS THERETO (.1); CORRESPONDENCE WITH DEBTORS (.1); | 0.20 | 160.00 |
| 05/27/25 | JRA | EMAILS WITH MWE AND DPW TEAMS RE CLAIMS DISRIBUTION PROCEDURES | 0.30 | 277.50 |
| 05/28/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING DRAFT INTERIM DISTRIBUTION NOTICE (.2); | 0.20 | 160.00 |
| 05/28/25 | JRA | REVIEW MOTION TO FILE LATE CLAIM | 0.20 | 185.00 |
| 05/29/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING ADMIN CLAIMS AND INITIAL DISTRIBUTION (.3); REVIEW UCC COMMENTS TO DRAFT NOTICE (.1); CORRESPONDENCE WITH DEBTORS (.1); REVIEW REVISED NOTICE (.1); | 0.60 | 480.00 |

| | | | | |
|---|---|---|---|---|
| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | **2.70** | **2,347.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); | 0.10 | 80.00 |
| 05/02/25 | JRA | FURTHER T/C WITH UCC MEMBER RE LEASE ISSUES | 0.10 | 92.50 |
| 05/02/25 | JRA | T/C WITH UCC MEMBER RE CASE STATUS AND CLAIMS | 0.20 | 185.00 |
| 05/02/25 | JRA | REVIEW N. ROWLES UCC UPDATE EMAIL | 0.10 | 92.50 |
| 05/03/25 | SLN | EMAIL TO UCC (.1); | 0.10 | 80.00 |
| 05/13/25 | JRA | REVIEW DRAFT FTI UCC UPDATE MATERIALS | 0.30 | 277.50 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 1008602 |
| | Client/Matter No. 68457-0001 | | | June 9, 2025 |
| | | | | Page 4 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 05/15/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); EMAIL TO UCC (.1); | 0.20 | 160.00 |
| 05/18/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); EMAIL TO UCC (.1); | 0.20 | 160.00 |
| 05/18/25 | JRA | REVIEW FTI UCC UPDATE DECK | 0.40 | 370.00 |
| 05/18/25 | JRA | REVIEW N. ROWLES UCC UPDATE EMAIL | 0.10 | 92.50 |
| 05/20/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING MATERIALS FOR UCC (.1) | 0.10 | 80.00 |
| 05/20/25 | JRA | EMAIL WITH M. HYLAND RE UCC UPDATE | 0.10 | 92.50 |
| 05/21/25 | SLN | CORRESPONDENCE WITH UCC REGARDING 5/21 HEARING (.1); | 0.10 | 80.00 |
| 05/29/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); | 0.10 | 80.00 |
| 05/30/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.2); EMAIL TO UCC (.1); | 0.30 | 240.00 |
| 05/30/25 | JRA | REVIEW AND COMMENT ON DRAFT UCC UPDATE EMAIL | 0.20 | 185.00 |

| **CREDITOR INQUIRIES** | | | **2.60** | **2,392.50** |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 05/02/25 | SLN | EMAIL FROM CREDITOR (.1); | 0.10 | 80.00 |
| 05/02/25 | JRA | T/C WITH CREDITOR RE CASE STATUS | 0.10 | 92.50 |
| 05/02/25 | JRA | REVIEW CREDITOR INQUIRY EMAIL | 0.10 | 92.50 |
| 05/06/25 | JRA | CORRESPOND WITH CREDITORS RE CLAIMS DISTRIBUTION | 0.30 | 277.50 |
| 05/14/25 | JRA | RESPOND TO CREDITOR INQUIRY EMAIL | 0.10 | 92.50 |
| 05/15/25 | JRA | RESPOND TO CREDITOR INQUIRIES RE CLAIMS DISTRIBUTIONS AND STATUS (.4); DISCUSS SAME WITH MWE AND DPW TEAMS (.2) | 0.60 | 555.00 |
| 05/16/25 | JRA | RETURN CREDITOR INQUIRY RE CLAIM STATUS | 0.20 | 185.00 |
| 05/20/25 | JRA | RESPOND TO CREDITOR INQUIRY RE CLAIMS AND D&O ISSUES | 0.30 | 277.50 |
| 05/21/25 | JRA | T/C WITH CREDITOR RE CLAIM STATUS | 0.10 | 92.50 |
| 05/22/25 | JRA | RESPOND TO CREDITOR INQUIRY RE CLAIMS DISTRIBUTION | 0.20 | 185.00 |
| 05/27/25 | JRA | EMAILS WITH CREDITOR RE CLAIMS DISTRIBUTIONS | 0.10 | 92.50 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
      Client/Matter No. 68457-0001

Invoice Number  1008602
June 9, 2025
Page 5

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/30/25 | JRA | CORRESPOND WITH MWE, FTI AND CREDITOR RE CLAIMS DISTRIBUTION ISSUES | 0.40 | 370.00 |

| **EXECUTORY CONTRACTS** | | | **0.90** | **443.50** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/07/25 | SLN | CORRESPONDENCE WITH M. SOLIMANI REGARDING REJECTION NOTICES (.1); | 0.10 | 80.00 |
| 05/07/25 | MAS | REVIEW 42ND THROUGH 53RD REJECTION NOTICES RE: EXECUTORY CONTRACTS (.6); EMAILS WITH S. NEWMAN RE SAME (.1) | 0.70 | 283.50 |
| 05/08/25 | SLN | CORRESPONDENCE WITH M. SOLIMANI REGARDING REJECTION NOTICES (.1); | 0.10 | 80.00 |

| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **20.00** | **9,775.50** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/02/25 | MMH | CONFER WITH S. NEWMAN RE: CS MARCH FEE APP | 0.10 | 43.00 |
| 05/02/25 | JRA | REVISE FEE APP | 0.20 | 185.00 |
| 05/04/25 | JRA | EMAIL WITH M. HARTLIPP RE FEE APP | 0.10 | 92.50 |
| 05/05/25 | JRA | EMAIL WITH M. HARTLIPP RE FEE APP | 0.10 | 92.50 |
| 05/06/25 | MMH | REVISE MARCH FEE APP PER. UPDATED INVOICE | 0.10 | 43.00 |
| 05/09/25 | SLN | CORRESPONDENCE WITH DEBTORS AND UCC PROFESSIONALS REGARDING INTERIM FEE APPS AND HEARING (.2); CORRESPONDENCE WITH CS TEAM (.1); | 0.30 | 240.00 |
| 05/12/25 | MAS | DRAFT SECOND APPLICATION RE: INTERIM FEES | 3.20 | 1,296.00 |
| 05/12/25 | MMH | DRAFT APRIL FEE APP | 0.70 | 301.00 |
| 05/12/25 | MMH | CORRESPONDENCE WITH N. ROWLES RE: MWE INTERIM FEE APP | 0.10 | 43.00 |
| 05/13/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING INTERIM FEE APPS (.1); | 0.10 | 80.00 |
| 05/13/25 | JRA | EMAIL WITH FTI TEAM RE FEE APPS | 0.10 | 92.50 |
| 05/14/25 | SLN | REVIEW OF AND REVISIONS TO MARCH MONTHLY FEE APP (.3); REVIEW OF AND REVISIONS TO APRIL MONTHLY FEE APP (.2); REVIEW OF AND REVISIONS TO CS INTERIM FEE APP (.4); CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING INTERIM FEE APPS (.2); | 1.10 | 880.00 |
| 05/14/25 | JMD | REVIEW DRAFT CNO RE: FTI 6TH FEE APP & COMPOSE FOLLOW UP EMAIL TO L. MORTON RE: SAME | 0.10 | 57.50 |
| 05/14/25 | MAS | REVIEW AND PROVIDE EDITS RE: FTI SECOND INTERIM FEE APPLICATION (.6); EMAILS WITH M. HYLAND RE: SAME (.1) | 0.70 | 283.50 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  1008602
         Client/Matter No. 68457-0001                                             June 9, 2025
                                                                                      Page 6

| <u>DATE</u> | <u>INITIALS</u> | <u>Description</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 05/14/25 | MAS | EMAILS WITH S. NEWMAN AND M. HARTLIPP RE: INTERIM FEE APPLICATIONS (.2); EMAILS WITH N. ROWLES RE: SAME (.2) | 0.40 | 162.00 |
| 05/14/25 | MMH | REVISE APRIL FEE APP | 0.20 | 86.00 |
| 05/14/25 | MMH | CORRESPONDENCE WITH S. NEWMAN RE: MARCH AND APRIL FEE APPS | 0.10 | 43.00 |
| 05/14/25 | MMH | CORRESPONDENCE WITH S. NEWMAN RE: INTERIM FEE APP | 0.10 | 43.00 |
| 05/14/25 | LSM | REVIEW, FILE AND CIRCULATE TO CS TEAM THE CNO REGARDING SIXTH MONTHLY FEE APPLICATION FOR FTI CONSULTING | 0.30 | 120.00 |
| 05/14/25 | LSM | DRAFT CNO REGARDING SIXTH MONTHLY FEE APPLICATION FOR FTI CONSULTING AND FORWARD SAME TO CS TEAM WITH COMMENTS | 0.30 | 120.00 |
| 05/15/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPS (.1); | 0.10 | 80.00 |
| 05/15/25 | LSM | FILE AND ORGANIZE SERVICE OF SIXTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 160.00 |
| 05/15/25 | LSM | REVISE, FINALIZE AND FORWARD TO M. SOLIMANI THE SIXTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 160.00 |
| 05/15/25 | MAS | FINAL REVIEW RE: MWE SECOND INTERIM FEE APP (.2); EMAILS WITH P. RATKOWIAK RE: SAME (.1) | 0.30 | 121.50 |
| 05/15/25 | MAS | FURTHER EDITS RE: FTI SECOND INTERIM FEE APP (.3); EMAILS WITH P. RATKOWIAK RE: SAME (.2) | 0.50 | 202.50 |
| 05/15/25 | MAS | FURTHER EDITS RE: CS SECOND INTERIM FEE APPLICATION (.4); EMAILS WITH P. RATKOWIAK RE: SAME (.2) | 0.60 | 243.00 |
| 05/15/25 | MAS | REVIEW DRAFT RE: CS SIXTH MONTHLY FEE APP (.2); EMAILS WITH L. MORTON RE: SAME (.2) | 0.40 | 162.00 |
| 05/15/25 | MMH | CORRESPONDENCE WITH N. ROWLES AND M. SOLIMANI RE: SECOND INTERIM FEE APP | 0.10 | 43.00 |
| 05/15/25 | PVR | EMAIL TO AND FROM RELIABLE RE: SERVICE OF THREE NOTICES OF INTERIM FEE APPLICATIONS | 0.20 | 81.00 |
| 05/15/25 | JRA | EMAILS WITH CS, MWE AND FTI TEAMS RE FEE APPS | 0.40 | 370.00 |
| 05/15/25 | PVR | UPDATE CASE CALENDAR RE: OBJECTION DEADLINE FOR THREE INTERIM FEE APPLICATIONS | 0.10 | 40.50 |
| 05/15/25 | PVR | EMAIL EXCHANGE WITH M. SOLIMANI AND M. HARTLIPP AND RETRIEVE 2002 SERVICE LIST AND PREPARE SERVICE LIST FOR MAILING OF INTERIM FEE APPLICATIONS | 0.30 | 121.50 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  1008602
        Client/Matter No. 68457-0001                                                June 9, 2025
                                                                                     Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/15/25 | PVR | EMAIL EXCHANGE WITH M. SOLIMANI AND M. HARTLIPP AND REVIEW, REVISE AND PREPARE0 COLE SCHOTZ SECOND INTERIM FEE APPLICATION AND NOTICE OF SECOND INTERIM FEE APPLICATION, FTI CONSULTING SECOND INTERIM FEE APPLICATION, NOTICE OF SECOND INTERIM FEE APPLICATION AND EXHIBITS A AND B AND MWE SECOND INTERIM FEE APPLICATION, NOTICE OF SECOND INTERIM FEE APPLICATION AND EXHIBIT A – AZMAN CERTIFICATION FOR FILING | 0.90 | 364.50 |
| 05/15/25 | PVR | EFILE AND COORDINATE SERVICE OF COLE SCHOTZ SECOND INTERIM FEE APP | 0.30 | 121.50 |
| 05/15/25 | PVR | EFILE AND COORDINATE SERVICE OF FTI CONSULTING SECOND INTERIM FEE APP | 0.30 | 121.50 |
| 05/15/25 | PVR | EFILE AND COORDINATE SERVICE OF MCDERMOTT WILL & EMERY SECOND INTERIM FEE APP | 0.30 | 121.50 |
| 05/16/25 | PVR | UPDATE CASE CALENDAR RE: OBJECTION DEADLINE FOR THREE INTERIM FEE APPLICATIONS | 0.10 | 40.50 |
| 05/19/25 | MAS | EMAILS WITH N. ROWLES RE: MWE MARCH FEE APP (.1); EMAILS WITH L. MORTON RE: SAME (.1); REVIEW AND MAKE EDITS RE: CNO FOR SAME (.2) | 0.40 | 162.00 |
| 05/19/25 | LSM | DRAFT CNO REGARDING SIXTH MONTHLY FEE APPLICATION FOR MWE AND FORWARD SAME TO M. SOLIMANI AND M. HARTLIPP | 0.30 | 120.00 |
| 05/19/25 | LSM | REVIEW, FILE AND CIRCULATE TO M. SOLIMANI THE CNO REGARDING SIXTH MONTHLY FEE APPLICATION FOR MWE | 0.30 | 120.00 |
| 05/21/25 | SLN | REVIEW LANDLORD OBJECTION TO INTERIM FEE APPS (.1); CORRESPONDENCE WITH UCC PROFESSIONALS (.1); | 0.20 | 160.00 |
| 05/21/25 | MMH | REVIEW OBJECTION TO INTERIM FEE APPS | 0.10 | 43.00 |
| 05/21/25 | MAS | REVIEW TROPICANA OBJECTION RE: SECOND INTERIM FEE APPLICATIONS | 0.40 | 162.00 |
| 05/21/25 | JRA | REVIEW CREDITOR OBJECTION TO FEE APP (.1); CORRESPOND WITH D.  AZMAN AND N. ROWLES RE SAME (.3) | 0.40 | 370.00 |
| 05/22/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPLICATIONS (.2); | 0.20 | 160.00 |
| 05/22/25 | MAS | EDITS RE: CS SEVENTH FEE APP | 0.40 | 162.00 |
| 05/22/25 | MAS | EMAILS WITH N. ROWLES RE: MWE SEVENTH FEE APP (.1); DRAFT NOTICE RE: SAME (.2) | 0.30 | 121.50 |
| 05/22/25 | JRA | EMAILS WITH N. ROWLES RE FEE APP OBJECTION | 0.10 | 92.50 |
| 05/23/25 | MMH | CORRESPONDENCE WITH UST RE: LEDES DATA FOR MARCH FEE APP | 0.10 | 43.00 |
| 05/23/25 | MMH | COORDINATE PREPARATION OF CS LEDES DATA FOR UST | 0.10 | 43.00 |
| 05/23/25 | MMH | COORDINATE FILING OF MWE APRIL FEE APP | 0.20 | 86.00 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                     Invoice Number  1008602
        Client/Matter No. 68457-0001                                                June 9, 2025
                                                                                          Page 8

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/23/25 | MMH | COORDINATE FILING OF CS APRIL FEE APP | 0.10 | 43.00 |
| 05/23/25 | LSM | REVISE, FILE AND ORGANIZE SERVICE TO TWO SEVENTH MONTHLY FEE APPLICATIONS FOR COLE SCHOTZ AND MWE | 0.80 | 320.00 |
| 05/23/25 | JRA | EMAILS WITH M. HARTLIPP RE FEE APPS | 0.10 | 92.50 |
| 05/28/25 | MAS | REVIEW AND MAKE EDITS RE: FTI SEVENTH FEE APP (.2); DRAFT NOTICE RE: SAME (.2); EMAILS WITH C. AAS RE: SAME (.1) | 0.50 | 202.50 |
| 05/28/25 | JRA | REVIEW GRAISER DECLATION FOR A&G FINAL FEE APP | 0.10 | 92.50 |
| 05/29/25 | MAS | EMAILS WITH C. AAS RE: FTI FEE APP (.1); EMAILS WITH L. MORTON RE: FILING OF SAME (.1); FINAL REVIEW RE: SAME (.2) | 0.40 | 162.00 |
| 05/29/25 | LSM | REVISE, FILE AND ORGANIZE SERVICE OF SEVENTH MONTHLY FEE APPLICATION OF FTI CONSULTING | 0.40 | 160.00 |

**LEASES (REAL PROPERTY)**                                                                 **0.40**    **370.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/05/25 | JRA | ADDITIONAL T/C WITH LANDLORD RE LEASE PAYMENTS AND ADMIN CLAIMS | 0.30 | 277.50 |
| 05/05/25 | JRA | T/C WITH LANDLORD RE LEASE/RENT PAYMENTS | 0.10 | 92.50 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**                                        **5.40**    **4,227.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/15/25 | MAS | REVIEW EMAIL FROM N. ROWLES RE: DEMAND LETTER (.1); REVIEW DRAFT AND RELATED DOCUMENTS RE: SAME (.8) | 0.90 | 364.50 |
| 05/16/25 | SLN | REVIEW DRAFT UCC DEMAND LETTER TO BOD (.2); REVIEW DRAFT D&O COMPLAINT (2.1); | 2.30 | 1,840.00 |
| 05/16/25 | JRA | FURTHER CORRESPONDENCE WITH MWE AND CS TEAMS RE D&O LITIGATION ISSUES | 0.60 | 555.00 |
| 05/16/25 | JRA | REVIEW FINAL LETTER TO INSURER AND ATTACHMENTS | 1.00 | 925.00 |
| 05/17/25 | JRA | T/C WITH D. AZMAN RE INSURANCE AND LITIGATION ISSUES | 0.30 | 277.50 |
| 05/20/25 | SLN | CORRESPONDENCE WITH D&O COUNSEL REGARDING DEMAND LETTER (.1); | 0.10 | 80.00 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice Number  1008602
        Client/Matter No. 68457-0001                                             June 9, 2025
                                                                                    Page 9

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/21/25 | JRA | REVIEW EMAILS WITH S. REISMAN (.1) AND T/C WITH D. AZMAN RE D&O ISSUES (.1) | 0.20 | 185.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**                      **6.20**   **2,871.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/09/25 | MAS | EMAILS WITH N. ROWLES RE: MAY 13 HEARING (.1); EMAIL TO UCC AND PROFESSIONALS RE: SAME (.1) | 0.20 | 81.00 |
| 05/09/25 | MMH | REVIEW AGENDA FOR 5/13 HEARING | 0.10 | 43.00 |
| 05/09/25 | LSM | COMPILE, REVIEW AND CIRCULATE AGENDA FOR MAY 13, 2025 HEARING TO CS TEAM | 0.30 | 120.00 |
| 05/12/25 | JMD | CONFER W/ M. HARTLIPP RE: HEARING BINDER FOR 5/13 HEARING | 0.10 | 57.50 |
| 05/12/25 | LSM | COMPILE, REVIEW AND CIRCULATE TO CS TEAM WITH COMMENTS | 0.30 | 120.00 |
| 05/12/25 | JRA | REVIEW AGENDA (.1) AND EMAILS WITH CS TEAM RE TOMORROW'S HEARING | 0.20 | 185.00 |
| 05/13/25 | MAS | VIRTUALLY ATTEND AND RUN DIAL IN RE: MAY 13 HEARING | 2.20 | 891.00 |
| 05/21/25 | MMH | CORRESPONDENCE WITH J. ALBERTO RE: COURT RULING ON ADMIN. CLAIM MOTION | 0.10 | 43.00 |
| 05/21/25 | MMH | DRAFT EMAIL TO COMMITTEE RE: HEARING | 0.40 | 172.00 |
| 05/21/25 | MMH | VIRTUALLY ATTEND AND RUN LISTEN ONLY LINE FOR BENCH RULING | 0.50 | 215.00 |
| 05/21/25 | MAS | VIRTUALLY ATTEND HEARING RE: HOMEVIEW BENCH RULING | 0.30 | 121.50 |
| 05/21/25 | MMH | CORRESPONDENCE WITH L. MORTON RE: BENCH RULING LOGISTICS | 0.10 | 43.00 |
| 05/21/25 | MMH | CONFER WITH S. NEWMAN RE: 5/21 BENCH RULING | 0.10 | 43.00 |
| 05/21/25 | MMH | REVIEW AGENDA | 0.10 | 43.00 |
| 05/21/25 | MMH | CORRESPONDENCE WITH N. ROWLES RE: BENCH RULING | 0.10 | 43.00 |
| 05/21/25 | LSM | ASSIST WITH HEARING PREPARATIONS FOR THE MAY 21, 2025 HEARING | 0.70 | 280.00 |
| 05/21/25 | JRA | CORRESPOND WITH M. HARTLIPP AND UCC MEMBERS RE TODAY'S HEARING | 0.40 | 370.00 |

**RETENTION MATTERS**                                              **2.30**   **1,312.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/21/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING SUPPLEMENTAL DISCLOSURES (.1); | 0.10 | 80.00 |
| 05/21/25 | MAS | EMAILS WITH J. ALBERTO RE: SUPPLEMENTAL DECLARATION (.1); DRAFTING OF SAME (.5) | 0.60 | 243.00 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS
        Client/Matter No. 68457-0001

Invoice Number  1008602
June 9, 2025
Page 10

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/21/25 | JRA | EMAIL WITH CS TEAM RE SUPPLEMENTAL ALBERTO DECLARATION | 0.10 | 92.50 |
| 05/23/25 | SLN | REVIEW SUPPLEMENTAL ALBERTO DECLARATION AND COMMENTS THERETO (.2); CORRESPONDENCE WITH M. SOLIMANI (.1); | 0.30 | 240.00 |
| 05/23/25 | MAS | EMAILS WITH S. NEWMAN RE: SUPPLEMENTAL DECLARATION (.2); EDITS RE: SAME (.3); EMAILS WITH M. PERLMUTTER RE: SAME (.1) | 0.60 | 243.00 |
| 05/25/25 | SLN | CORRESPONDENCE WITH M. SOLIMANI REGARDING SUPPLEMENTAL ALBERTO DECLARATION (.2); | 0.20 | 160.00 |
| 05/27/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING SUPPLEMENTAL DECLARATION (.1); | 0.10 | 80.00 |
| 05/27/25 | MAS | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. NEWMAN, M. PERLMUTTER, AND J. ALBERTO RE: CONFLICTS | 0.20 | 81.00 |
| 05/27/25 | JRA | EMAILS WITH M. SOLIMANI RE SUPPLEMENTAL ALBERTO DECLARATION | 0.10 | 92.50 |

**TAX/GENERAL**                                                          **1.90**      **1,620.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 05/11/25 | SLN | REVIEW MOTION TO DETERMINE TAX LIABILITY (.3); | 0.30 | 240.00 |
| 05/11/25 | JRA | REVIEW TAX LIABILITY MOTION | 0.60 | 555.00 |
| 05/15/25 | JRA | EMAILS WITH MWE AND CS TEAMS RE TAX MOTION | 0.20 | 185.00 |
| 05/22/25 | SLN | REVIEW MCCREARY RESPONSE TO DEBTORS MOTION TO DETERMINE TAX LIABILITY (.8); | 0.80 | 640.00 |

TOTAL HOURS     59.30

PROFESSIONAL SERVICES:                                                              $38,559.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|------|------------------|-------|------|--------|
| Jack M. Dougherty | Associate | 0.20 | 575.00 | 115.00 |
| Justin R. Alberto | Member | 16.40 | 925.00 | 15,170.00 |
| Larry S. Morton | Paralegal | 6.80 | 400.00 | 2,720.00 |
| Melissa M. Hartlipp | Associate | 3.60 | 430.00 | 1,548.00 |
| Michael A. Solimani | Associate | 14.80 | 405.00 | 5,994.00 |
| Pauline Z. Ratkowiak | Paralegal | 2.50 | 405.00 | 1,012.50 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Invoice Number  1008602
        Client/Matter No. 68457-0001                                          June 9, 2025
                                                                                Page 11

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|------|------------------|-------|------|--------|
| Stacy L. Newman | Member | 15.00 | 800.00 | 12,000.00 |
| | **Total** | **59.30** | | **$38,559.50** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|------|-------------|----------|--------|
| 04/17/25 | COURT FEES | 3.00 | 0.30 |
| 04/17/25 | COURT FEES | 3.00 | 0.30 |
| 04/22/25 | COURT FEES | 5.00 | 0.50 |
| 04/22/25 | COURT FEES | 30.00 | 3.00 |
| 04/22/25 | COURT FEES | 3.00 | 0.30 |
| 04/22/25 | COURT FEES | 21.00 | 2.10 |
| 04/22/25 | COURT FEES | 12.00 | 1.20 |
| 04/22/25 | COURT FEES | 22.00 | 2.20 |
| 04/22/25 | COURT FEES | 12.00 | 1.20 |
| 04/22/25 | COURT FEES | 3.00 | 0.30 |
| 04/22/25 | COURT FEES | 3.00 | 0.30 |
| 04/22/25 | COURT FEES | 10.00 | 1.00 |
| 04/22/25 | COURT FEES | 4.00 | 0.40 |
| 04/22/25 | COURT FEES | 30.00 | 3.00 |
| 04/22/25 | COURT FEES | 3.00 | 0.30 |
| 04/22/25 | COURT FEES | 2.00 | 0.20 |
| 04/22/25 | COURT FEES | 3.00 | 0.30 |
| 04/22/25 | COURT FEES | 3.00 | 0.30 |
| 04/22/25 | COURT FEES | 30.00 | 3.00 |
| 04/22/25 | COURT FEES | 3.00 | 0.30 |
| 04/22/25 | COURT FEES | 10.00 | 1.00 |
| 04/22/25 | COURT FEES | 3.00 | 0.30 |
| 04/22/25 | COURT FEES | 5.00 | 0.50 |
| 04/22/25 | COURT FEES | 30.00 | 3.00 |
| 04/22/25 | COURT FEES | 30.00 | 3.00 |
| 04/22/25 | COURT FEES | 4.00 | 0.40 |
| 04/25/25 | COURT FEES | 30.00 | 3.00 |
| 04/25/25 | COURT FEES | 3.00 | 0.30 |
| 04/25/25 | COURT FEES | 7.00 | 0.70 |
| 04/25/25 | COURT FEES | 14.00 | 1.40 |
| 04/25/25 | COURT FEES | 3.00 | 0.30 |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number  1008602 |
| Client/Matter No. 68457-0001 | | June 9, 2025 |
| | | Page 12 |

| **DATE** | **Description** | **QUANTITY** | **AMOUNT** |
|---|---|---|---|
| 04/25/25 | COURT FEES | 3.00 | 0.30 |
| 04/25/25 | COURT FEES | 30.00 | 3.00 |
| 04/25/25 | COURT FEES | 3.00 | 0.30 |
| | | **Total** | **$38.00** |

TOTAL SERVICES AND COSTS:                            $        38,597.50

**TASK SUMMARY**

| **TASK CODE** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|
| DM02 | ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363) | 1.60 | 1,367.50 |
| DM05 | CASE ADMINISTRATION | 8.20 | 5,902.50 |
| DM06 | CASH COLLATERAL AND DIP FINANCING | 1.30 | 890.50 |
| DM07 | CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS | 5.80 | 5,040.00 |
| DM08 | COMMITTEE MATTERS AND CREDITOR MEETINGS | 2.70 | 2,347.50 |
| DM09 | CREDITOR INQUIRIES | 2.60 | 2,392.50 |
| DM13 | EXECUTORY CONTRACTS | 0.90 | 443.50 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 20.00 | 9,775.50 |
| DM20 | LEASES (REAL PROPERTY) | 0.40 | 370.00 |
| DM21 | LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF) | 5.40 | 4,227.00 |
| DM24 | PREPARATION FOR AND ATTENDANCE AT HEARINGS | 6.20 | 2,871.00 |
| DM29 | RETENTION MATTERS | 2.30 | 1,312.00 |
| DM31 | TAX/GENERAL | 1.90 | 1,620.00 |
| | **Total** | **59.30** | **$38,559.50** |



# COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-336-0018
FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

BIG LOTS, INC.
N/A

Invoice Date:       June 9, 2025
Invoice Number:        1008602
Matter Number:      68457-0001

**REMITTANCE PAGE**

PROFESSIONAL SERVICES THROUGH MAY 31, 2025

**Client:**    BIG LOTS, INC.
**Matter:**    OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TOTAL FEES:                    $       38,559.50

TOTAL COSTS:                   $            38.00

TOTAL DUE THIS INVOICE:        $       38,597.50