**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

¹ The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated:  June 13, 2025

                                          */s/ Thomas Evangelista*
                                           Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 13, 2025, by Thomas Evangelista, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2594 | Amrapur Overseas, Inc.<br>1560 E. Sixth St., Unit 101<br>Corona, CA 92879 | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 6, 2025 |
| 2595 | Auxo International Ltd<br>RM 1425, Block A, Hoi Luen Ind. Ctr<br>55 Hoi Yuen Road<br>Hong Kong 00852<br>China | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 6, 2025 |
| 2596 | Crystal Promotions, Inc.<br>3030 E. Vernon Ave<br>Vernon, CA 90058 | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 6, 2025 |
| 2598 | Dynamic Distributors Inc<br>25 Robert Pitt Drive, Suite 210<br>Monsey, NY 10952<br><br>Dynamic Distributors Inc<br>135 Crotty Rd<br>Middletown, NY 10941 | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 6, 2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2599 | East Coast Int'l Inc<br>3 Reuten Dr<br>Closter, NJ 07624 | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 6, 2025 |
| 2601 | Foshan Hongyang Plastic Co. Ltd<br>Junjing Garden of Area C<br>03 Shoppi<br>Foshan<br>China<br><br>Foshan Hongyang Plastic Co. Ltd<br>Xingda Road 3, Shishan Science And Technology Industrial Park A<br>Shishan Town, Nanhai District<br>Foshan, Guangdong 528225<br>China | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 6, 2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2602 | Guangdong Yiboxuan Ceramics Co Ltd fka Chaoan Yibo Ceramic Co., Ltd.<br>Wu Zhi South Dongmen Village<br>Chaozhou, Guangdong 515646<br>China<br><br>Guangdong Yiboxuan Ceramics Co Ltd fka Chaoan Yibo Ceramic Co., Ltd.<br>CA2019-T04, The South Side of The Junction of Baoyun<br>4th Road and Zhenxing Avenue<br>Dongshan Lake Modern Industrial Park, Chaoan District<br>Chaozhou, Guangdong Province 515646<br>China | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 6, 2025 |
| 2609 | Profusion Cosmetics Corp<br>5491 Schaefer Ave<br>Chino, CA 91710-6913 | CRG Financial LLC<br>Attn: Lauren Lamendola<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 6, 2025 |
| 2612 | Yummyearth Inc<br>9 W Board St, Ste 440<br>Stamford, CT 06902 | CRG Financial LLC<br>Attn: Lauren Lamendola<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 6, 2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2736 | Earthside Farms, LLC<br>224 W 35th Street<br>Ste 500 #2109<br>New York, NY 10001<br><br>Earthside Farms LLC<br>Attn: Naushad Salim Parpia<br>1 Irving Pl<br>U16A<br>New York, NY 10003 | CRG Financial LLC<br>Attn: Robert Axenrod<br>84 Herbert Ave.<br>Building B - Suite 202<br>Closter, NJ 07624 | June 6, 2025 |
| 2821 | Hybrid Promotions, LLC d/b/a Hybrid Apparel<br>10700 Valley View St.<br>Cypress, CA 90630<br><br>Hybrid Promotions, LLC d/b/a Hybrid Apparel<br>The Williams Law Firm, P.A.<br>Attn: John Legaré Williams, Brian Charles Crawford<br>1201 N. Orange Street, Suite 600<br>Wilmington, DE 19801<br><br>Hybrid Promotions, LLC d/b/a Hybrid Apparel<br>Manatt, Phelps, & Phillips, LLP<br>Schuyler G. Carroll<br>7 Times Square<br>New York, NY 10036 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | June 6, 2025 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2849 | Serta Simmons Bedding, LLC<br>9040 Roswell Road, Ste 205<br>Roswell, GA 30350<br><br>Serta Simmons Bedding, LLC<br>2451 Industry Avenue<br>Doraville, GA 30360 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | June 6, 2025 |
| 2850 | Serta Simmons Bedding, LLC<br>c/o Werb & Sullivan<br>Attn: Brian A. Sullivan<br>1225 N. King Street, Suite 600<br>Wilmington, DE 19801<br><br>Serta Simmons Bedding, LLC<br>c/o Rogers Law Offices<br>Attn: Beth E. Rogers<br>9040 Roswell Road, Suite 1950<br>Atlanta, GA 30350 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | June 6, 2025 |