# **EXHIBIT A**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.<sup>1</sup> | (Jointly Administered) |
| | Re: Docket No. 2873 |

**ORDER APPROVING SIEMENS INDUSTRY, INC.'S MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(B)(1)(A) AND 507(A)(2)**

Upon consideration of *Siemens Industry, Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2)* (the "Motion")[2] filed by Siemens Industry, Inc. ("Siemens"), and it appearing to the Court that all of the requirements of the Bankruptcy Code, as well as the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the relief sought herein is reasonable and necessary; and that the notices of the Motion were appropriate; and after due deliberation and sufficient and good cause appearing therefore;

**IT IS HEREBY ORDERED THAT**:

    1.    The Motion is GRANTED.

---

[1] The Debtors and Debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined in this Order shall have the meanings given to such terms in the Motion.

17368516/1

- 2 -

2. Siemen's claim for postpetition administrative expense claims is allowed as an administrative expense priority claim pursuant to sections 503(b) and 507(a) of the Bankruptcy Code.

3. The Debtors shall pay the Pre-Closing Administrative Claim and the Post-Closing Administrative Claim no later than five (5) business days after the date of entry of this Order.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.