## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket No. 2873, 2982 |

### CERTIFICATION OF COUNSEL REGARDING SIEMENS INDUSTRY, INC.'S MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A) AND 507(a)(2)

The undersigned hereby certifies as follows:

1. On June 6, 2025, Siemens Industry, Inc. ("Siemens"), filed *Siemens Industry, Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2)* [Docket No. 2873] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The deadline to the object to the Motion was June 20, 2025, at 4:00 p.m. (ET) (the "Objection Deadline").

3. Before the Objection Deadline, counsel for Siemens received informal comments from counsel for the above captioned Debtors and the Objection Deadline was further extended to June 27, 2025, for the Debtors.

---

[1] The Debtors and Debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

17416263/1

4.    After reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Motion appears thereon, Siemens submitted a proposed order which was entered by the Court at Docket Number 2982. ("Original Order").

5.    Upon entry of the Original Order Debtors' counsel and Siemens met and conferred and consented to entry of an amended order.

6.    Siemens respectfully requests that the Court enter the attached amended order ("Amended Order") granting the Motion and replacing the Original Order attached hereto as **Exhibit A**.

WHEREFORE, it is hereby respectfully requested that the Court enter the Amended Order at the earliest convenience of the Court.

| | |
|---|---|
| Dated: July 3, 2025<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br><br>*Counsel for Siemens Industry, Inc.* |