# **EXHIBIT A**

Amended Order

17416263/1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 2873, 2952** |

### AMENDED ORDER APPROVING SIEMENS INDUSTRY, INC.'S MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(B)(1)(A) AND 507(A)(2)

Upon consideration of *Siemens Industry, Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 507(b)(1)(A) and 507(a)(2)* (the "Motion")[2] filed by Siemens Industry, Inc. ("Siemens"), and it appearing to the Court that all of the requirements of the Bankruptcy Code, as well as the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the relief sought is reasonable and necessary; and that the notices of the Motion were appropriate; and Siemens and Debtors (collectively with Siemens, the "Parties") having met and conferred consent to the relief granted in this amended order amending and replacing the *Order Granting Siemens Industry, Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claims Pursuant to 11*

---

[1] The Debtors and Debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined in this Order shall have the meanings given to such terms in the Motion.

17416137/1

- 2 -

*U.S.C. §§ 507(b)(1)(A) and 507(a)(2)* [D.I. 2952] (the "Original Order", and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Post-Closing Administrative Claim is allowed as an administrative expense priority claim pursuant to sections 503(b) and 507(a) of the Bankruptcy Code in the amount of $63,191.26 which shall be paid in full within five (5) days of entry of this amended order.

3. The Debtors Pre-Closing Administrative Claim is allowed as an administrative expense priority claim pursuant to sections 503(b) and 507(a) of the Bankruptcy Code in an amount to be determined and paid pursuant to the terms of that certain pre-closing administrative claim order found at Docket No. 2214.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.