**<u>Schedule 1</u>**

**Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty - Match Number | Contract - Unique ID Number | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | AT&T | 10082 | 906 | 150 E GAY ST | Columbus | OH | 43215 | USA | Mutual Non-Disclosure Agreement | 3/31/2025 |
| 2 | Big Lots, Inc. | AT&T | 10082 | 907 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Change Order Request for Network Integration Services | 3/31/2025 |
| 3 | Big Lots, Inc. | AT&T | 10082 | 908 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Change Order Request for Network Integration Services | 3/31/2025 |
| 4 | Big Lots, Inc. | AT&T | 10082 | 910 | 150 E. Gay St. 8th Floor | Columbus | OH | 43215 | USA | ILEC Intrastate Services Pricing Schedule | 3/31/2025 |
| 5 | Big Lots, Inc. | AT&T | 10082 | 911 | 150 E. Gay St 8th Floor | Columbus | OH | 43215 | USA | ISDN PRI Short Term Arrangement | 3/31/2025 |
| 6 | Big Lots, Inc. | AT&T | 10082 | 913 | 150 E. Gay St 8th Floor | Columbus | OH | 43215 | USA | ISDN PRI Short Term Arrangement | 3/31/2025 |
| 7 | Big Lots, Inc. | AT&T | 10082 | 915 | 150 E GAY ST | Columbus | OH | 43215 | USA | ILEC Intrastate Services Pricing Schedule | 3/31/2025 |
| 8 | Big Lots, Inc. | AT&T | 10082 | 918 | 150 E GAY ST | COLUMBUS | OH | 43215 | USA | Pricing Schedule for ISDN Services | 3/31/2025 |
| 9 | Big Lots, Inc. | AT&T | 10082 | 919 | 150 E GAY ST | COLUMBUS | OH | 43215 | USA | Pricing Schedule for ISDN Services | 3/31/2025 |
| 10 | Big Lots, Inc. | AT&T | 10082 | 920 | 150 E GAY ST | COLUMBUS | OH | 43215 | USA | Pricing Schedule for ISDN SmartTrunk Service | 3/31/2025 |
| 11 | Big Lots, Inc. | AT&T | 10082 | 922 | 150 E GAY ST | COLUMBUS | OH | 43215 | USA | Pricing Schedule for ISDN SmartTrunk Service | 3/31/2025 |
| 12 | Big Lots, Inc. | AT&T | 10082 | 925 | 150 E. Gay St 8th Floor | Columbus | OH | 43215 | USA | ILEC Interstate Services Pricing Schedule | 3/31/2025 |
| 13 | Big Lots, Inc. | AT&T | 10082 | 927 | 150 E GAY ST | COLUMBUS | OH | 43215-3130 | USA | Confirmation of Service Order for AT&T Business Local Calling ILEC | 3/31/2025 |
| 14 | Big Lots, Inc. | AT&T | 10082 | 929 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Pricing Schedule for Integrated Data Services | 3/31/2025 |
| 15 | Big Lots, Inc. | AT&T | 10082 | 930 | 150 E. Gay St 8th Floor | Columbus | OH | 43215 | USA | ILEC Intrastate Services Pricing Schedule | 3/31/2025 |
| 16 | Big Lots, Inc. | AT&T | 10082 | 932 | 150 E. Gay St 8th Floor | Columbus | OH | 43215 | USA | ILEC Intrastate Services Pricing Schedule | 3/31/2025 |
| 17 | Big Lots, Inc. | AT&T | 10082 | 934 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Pricing Schedule for ILEC Services | 3/31/2025 |
| 18 | Big Lots, Inc. | AT&T | 10082 | 936 | 2651 Olive Street | St. Louis | MO | 63103 | USA | Responsible Organization Designation and Agreement of Agency | 3/31/2025 |
| 19 | Big Lots, Inc. | AT&T | 10082 | 938 | 150 E. Gay St. 8th Floor | Columbus | OH | 43215 | USA | Pricing Schedule for AT&T Interstate Broadband Services | 3/31/2025 |
| 20 | Big Lots, Inc. | AT&T | 10082 | 939 | 150 E GAY ST | Columbus | OH | 43215 | USA | Unified Addendum to the Comprehensive Service Order Attachment | 3/31/2025 |
| 21 | Big Lots, Inc. | AT&T | 10082 | 941 | 150 E. Gay St. 8th Floor | Columbus | OH | 43215 | USA | Pricing Schedule for AT&T Interstate Broadband Services | 3/31/2025 |
| 22 | Big Lots, Inc. | AT&T | 10082 | 942 | 150 E GAY ST | Columbus | OH | 43215 | USA | Confidentiality Agreement | 3/31/2025 |
| 23 | Big Lots, Inc. | AT&T | 10082 | 944 | 2600 Camino Ramon | San Ramon | CA | 94583 | USA | Network Services Discount Pricing Schedule | 3/31/2025 |
| 24 | Big Lots, Inc. | AT&T | 10082 | 946 | 5080 Tuttle Crossing Blvd | Columbus | OH | 43016 | USA | Pricing Schedule for AT&T | 3/31/2025 |
| 25 | Big Lots, Inc. | AT&T | 10082 | 948 | 150 East Gay Street 8th Floor | Columbus | OH | 43215 | USA | Pricing Schedule for AT&T ILEC Services | 3/31/2025 |
| 26 | Big Lots Stores, LLC | AT&T | 10082 | 950 | 208 S. Akard St. | Dallas | TX | 75202 | USA | Service Delivery Agreement | 3/31/2025 |
| 27 | Big Lots, Inc. | AT&T | 10082 | 951 | 150 E GAY ST | Columbus | OH | 43215 | USA | Customer Expectation Document (CED) | 3/31/2025 |
| 28 | Big Lots Stores, LLC | AT&T | 10082 | 952 | 150 E GAY ST | Columbus | OH | 43215 | USA | Service Delivery Agreement | 3/31/2025 |
| 29 | Big Lots, Inc. | AT&T | 10082 | 953 | 150 E GAY ST | Columbus | OH | 43215 | USA | Customer Expectation Document (CED) | 3/31/2025 |
| 30 | Big Lots, Inc. | AT&T | 10082 | 954 | 150 E GAY ST | Columbus | OH | 43215 | USA | AT&T Signature Program Discount Agreement | 3/31/2025 |
| 31 | Big Lots, Inc. | AT&T Corp | 10082 | 955 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Pricing Schedule for Secure Network Gateway Services | 3/31/2025 |
| 32 | Big Lots, Inc. | AT&T Corp | 10082 | 958 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Statement of Work for AT&T VoiceTone® and IVS Services | 3/31/2025 |
| 33 | Consolidated Property Holdings, LLC | AT&T Corp | 10082 | 961 | 290 Davidson Ave. | Somerset | NJ | 08875 | USA | Supplemental Services Agreement | 3/31/2025 |
| 34 | Big Lots Stores, LLC | AT&T Corp. | 10082 | 963 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Change Order Request for Network Integration Services | 3/31/2025 |
| 35 | Big Lots Stores, LLC | AT&T Corp. | 10082 | 965 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | AT&T Network Integration Services Change Request | 3/31/2025 |
| 36 | Big Lots, Inc. | AT&T Corp. | 10082 | 966 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | AT&T High Speed Internet - Enterprise Pricing Schedule | 3/31/2025 |
| 37 | Big Lots, Inc. | AT&T Corp. | 10082 | 968 | 55 Corporate Drive | Bridgewater | NJ | 08807 | USA | Local Exchange Services Service Order Attachment | 3/31/2025 |
| 38 | Big Lots, Inc. | AT&T Corp. | 10082 | 970 | One AT&T Way, Bedminster, NJ 07921-0752 | Bedminster | NJ | 07921-0752 | USA | Change Order Request for Network Integration Services | 3/31/2025 |
| 39 | Big Lots, Inc. | AT&T Corp. | 10082 | 971 | One AT&T Way, Bedminster, NJ 07921-0752 | Bedminster | NJ | 07921-0752 | USA | Change Order Request for Network Integration Services | 3/31/2025 |
| 40 | Big Lots, Inc. | AT&T Corp. | 10082 | 974 | One AT&T Way, Bedminster, NJ 07921-0752 | Bedminster | NJ | 07921-0752 | USA | Change Order Request for Network Integration Services | 3/31/2025 |
| 41 | Big Lots, Inc. | AT&T Corp. | 10082 | 975 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Change Order Request for Network Integration Services | 3/31/2025 |
| 42 | Big Lots, Inc. | AT&T Corp. | 10082 | 976 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Change Order Request for Network Integration Services | 3/31/2025 |
| 43 | Big Lots, Inc. | AT&T Corp. | 10082 | 977 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Change Order Request for Network Integration Services | 3/31/2025 |
| 44 | Big Lots, Inc. | AT&T Corp. | 10082 | 981 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | VPN Service Pricing Addendum | 3/31/2025 |
| 45 | Big Lots, Inc. | AT&T Corp. | 10082 | 983 | 150 E GAY ST | COLUMBUS | OH | 43215 | USA | Managed Internet Service Pricing Schedule | 3/31/2025 |
| 46 | Big Lots, Inc. | AT&T Corp. | 10082 | 985 | One AT&T Way | Bedminster | NJ | 07921 | USA | Confidentiality Agreement | 3/31/2025 |
| 47 | Big Lots, Inc. | AT&T Corp. | 10082 | 987 | 150 E GAY ST | COLUMBUS | OH | 43215 | USA | AT&T Managed Internet Service Pricing Addendum | 3/31/2025 |
| 48 | Big Lots, Inc. | AT&T Corp. | 10082 | 988 | 150 E GAY ST | COLUMBUS | OH | 43215 | USA | AT&T Network Based IP VPN Remote Access Pricing Addendum | 3/31/2025 |
| 49 | Big Lots, Inc. | AT&T Corp. | 10082 | 989 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | AT&T VPN Service Pricing Addendum | 3/31/2025 |
| 50 | Big Lots, Inc. | AT&T Corp. | 10082 | 993 | 150 E. Gay St 8th Floor | Columbus | OH | 43215 | USA | Pricing Schedule for AT&T Bandwidth Services Circuit Term Plan | 3/31/2025 |
| 51 | Big Lots, Inc. | AT&T Corp. | 10082 | 995 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Amended and Restated Pricing Schedule for AT&T Business Network Service | 3/31/2025 |
| 52 | Big Lots, Inc. | AT&T Corp. | 10082 | 997 | 150 E GAY ST | COLUMBUS | OH | 43215 | USA | Managed Internet Service Pricing Schedule | 3/31/2025 |
| 53 | Big Lots, Inc. | AT&T Corp. | 10082 | 999 | 150 E. Gay St. 8th Floor | Columbus | OH | 43215 | USA | Pricing Schedule for AT&T Business Network Service | 3/31/2025 |
| 54 | Big Lots, Inc. | AT&T Corp. | 10082 | 1001 | 150 E. Gay St. 8th Floor | Columbus | OH | 43215 | USA | Pricing Schedule for AT&T Bandwidth Services Circuit Term Plan - ETHERNET PRIVATE LINE IOC AND ACCESS | 3/31/2025 |
| 55 | Big Lots, Inc. | AT&T Corp. | 10082 | 1002 | 150 E GAY ST | COLUMBUS | OH | 43215 | USA | Managed Internet Service Pricing Schedule | 3/31/2025 |
| 56 | Big Lots, Inc. | AT&T Corp. | 10082 | 1005 | 10 W. Broad Street Suite 800 | Columbus | OH | 43215 | USA | Amendment to Pricing Schedule | 3/31/2025 |
| 57 | Big Lots, Inc. | AT&T Corp. | 10082 | 1007 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | AT&T VPN Service Pricing Schedule | 3/31/2025 |
| 58 | Big Lots, Inc. | AT&T Corp. | 10082 | 1008 | 150 E GAY ST | COLUMBUS | OH | 43215 | USA | Pricing Schedule for IP VPN Remote Access Services | 3/31/2025 |
| 59 | Big Lots, Inc. | AT&T Corp. | 10082 | 1011 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Pricing Schedule for Integrated Data Services | 3/31/2025 |
| 60 | Big Lots, Inc. | AT&T Corp. | 10082 | 1012 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Pricing Schedule for AT&T Bandwidth Services Circuit Term Plan | 3/31/2025 |
| 61 | Big Lots, Inc. | AT&T Corp. | 10082 | 1014 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Interactive Voice Services (IVS) Advanced Pricing Addendum | 3/31/2025 |
| 62 | Big Lots, Inc. | AT&T Corp. | 10082 | 1016 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Pricing Schedule for AT&T Bandwidth Services - Circuit Term Plan | 3/31/2025 |
| 63 | Big Lots, Inc. | AT&T Corp. | 10082 | 1018 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Pricing Schedule for AT&T Business Network Service | 3/31/2025 |
| 64 | Big Lots, Inc. | AT&T Corp. | 10082 | 1020 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Discount Pricing Schedule for Network Services | 3/31/2025 |
| 65 | Big Lots, Inc. | AT&T Corp. | 10082 | 1022 | 150 E Gay St | Columbus | OH | 43215 | USA | Pricing Schedule / Confirmation of Service Order for AT&T ILEC Special Access DS3 Service | 3/31/2025 |
| 66 | Big Lots, Inc. | AT&T Corp. | 10082 | 1024 | 150 E Gay St | Columbus | OH | 43215 | USA | Managed Internet Service Pricing Schedule | 3/31/2025 |
| 67 | Big Lots, Inc. | AT&T Corp. | 10082 | 1026 | One AT&T Way | Bedminster | NJ | 07921 | USA | Ethernet Private Line Service Pricing Schedule | 3/31/2025 |
| 68 | Big Lots, Inc. | AT&T Corp. | 10082 | 1028 | 10 W. Broad Street Suite 800 | Columbus | OH | 43215 | USA | Release and Settlement Agreement | 3/31/2025 |
| 69 | Big Lots, Inc. | AT&T CORP. | 10082 | 1030 | 5080 TUTTLE CROSSING BLVD | DUBLIN | OH | 43016 | USA | Managed Internet Service Order | 3/31/2025 |
| 70 | Big Lots, Inc. | AT&T Corp. | 10082 | 1032 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | AT&T Contact Management Services Interactive Voice Services (IVS) Advanced Pricing Schedule | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty - Match Number | Contract - Unique ID Number | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | Big Lots, Inc. | AT&T Corp. | 10082 | 1034 | 10 W. Broad Street Suite 800 | Columbus | OH | 43215 | USA | Release and Settlement Agreement | 3/31/2025 |
| 72 | Big Lots, Inc. | AT&T Corp. | 10082 | 1036 | One AT&T Way | Bedminster | New Jersey | 07921-0752 | USA | Comprehensive Service Order Attachment | 3/31/2025 |
| 73 | Big Lots, Inc. | AT&T Corp. | 10082 | 1037 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Managed Internet Service Pricing Schedule | 3/31/2025 |
| 74 | Big Lots, Inc. | AT&T Corp. | 10082 | 1041 | One AT&T Way | Bedminster | NJ | 07921-0752 | USA | Statement of Work for AT&T VoiceTone® and IVS Services | 3/31/2025 |
| 75 | Big Lots, Inc. | AT&T Corp. | 10082 | 1044 | 10 W. Broad Street Suite 800 | Columbus | OH | 43215 | USA | Amendment to Attachment No. 23906 | 3/31/2025 |
| 76 | Big Lots, Inc. | AT&T Corp. | 10082 | 1045 | 55 Corporate Drive | Bridgewater | NJ | 08807 | USA | Local Exchange Services Service Order Attachment | 3/31/2025 |
| 77 | Big Lots, Inc. | AT&T Corp. | 10082 | 1046 | 55 Corporate Drive | Bridgewater | NJ | 08807 | USA | Voice/Data Service Agreement | 3/31/2025 |
| 78 | Big Lots, Inc. | AT&T Corp. | 10082 | 1047 | 55 Corporate Drive | Bridgewater | NJ | 08807 | USA | Service Order Attachment for Voice/Data Services | 3/31/2025 |
| 79 | Big Lots, Inc. | AT&T Corp. | 10082 | 1052 | 55 Corporate Drive | Bridgewater | New Jersey | 08807 | USA | Service Order Attachment - Voice/Data Services | 3/31/2025 |
| 80 | Big Lots, Inc. | AT&T Corp. | 10082 | 1054 | 55 Corporate Drive | Bridgewater | NJ | 08807 | USA | Amendment to Master Agreement | 3/31/2025 |
| 81 | Big Lots, Inc. | AT&T Corp. | 10082 | 1055 | 55 Corporate Drive | Bridgewater | NJ | 08807 | USA | Amendment to Master Agreement | 3/31/2025 |
| 82 | Big Lots, Inc. | AT&T Corp. | 10082 | 1059 | 55 Corporate Drive | Bridgewater | NJ | 08807 | USA | Master Agreement | 3/31/2025 |
| 83 | Big Lots, Inc. | AT&T Corp. | 10082 | 1062 | 55 Corporate Drive | Bridgewater | New Jersey | 08807 | USA | Service Order Attachment - Voice/Data Services | 3/31/2025 |
| 84 | Big Lots, Inc. | AT&T Corp. | 10082 | 1063 | 55 Corporate Drive | Bridgewater | New Jersey | 08807 | USA | Service Order Attachment - Voice/Data Services | 3/31/2025 |
| 85 | Big Lots, Inc. | AT&T Corp. | 10082 | 1064 | 55 Corporate Drive | Bridgewater | New Jersey | 08807 | USA | Service Order Attachment-Voice/Data Services | 3/31/2025 |
| 86 | Big Lots, Inc. | AT&T Corp. | 10082 | 1065 | 55 Corporate Drive | Bridgewater | New Jersey | 08807 | USA | Service Order Attachment-Voice/Data Services | 3/31/2025 |
| 87 | Consolidated Property Holdings, LLC | AT&T Corp. | 10082 | 1066 | 300 W. Wilson Bridge Rd Third Floor | Worthington | Ohio | 43085 | USA | Contract Tariff Order Form | 3/31/2025 |
| 88 | Consolidated Property Holdings, LLC | AT&T Corp. | 10082 | 1068 | 290 Davidson Ave. | Somerset | NJ | 08875 | USA | Contract Tariff Order Form | 3/31/2025 |
| 89 | Consolidated Property Holdings, LLC | AT&T Corp. | 10082 | 1070 | 10 W. Broad Street Suite 800 | Columbus | OH | 43215 | USA | Contract Tariff Order Form | 3/31/2025 |
| 90 | Big Lots, Inc. | AT&T Corp. and Affiliates | 10082 | 1072 | 150 E. Gay St. 8th Floor | Columbus | OH | 43215 | USA | Letter of Authorization for Telecommunication Services | 3/31/2025 |
| 91 | Big Lots, Inc. | AT&T Corp. and Affiliates | 10082 | 1073 | 150 E. Gay St. 8th Floor | Columbus | OH | 43215 | USA | Letter of Authorization for Switching Services | 3/31/2025 |
| 92 | Big Lots, Inc. | AT&T Global Services, Inc. | 10082 | 1074 | 300 PHILLIPLAD | COLUMBUS | OH | 43228 | USA | Service Order Confirmation for Base Rate, Fractional DS1, DS1 and DS3 Services | 3/31/2025 |
| 93 | Big Lots, Inc. | AT&T ILEC Service-Providing Affiliate | 10082 | 1075 | 150 E. Gay St 8th Floor | Columbus | OH | 43215 | USA | ISDN PRI Short Term Arrangement | 3/31/2025 |
| 94 | Big Lots, Inc. | AT&T Mobility National Accounts LLC | 10082 | 1076 | 150 E GAY ST | Columbus | OH | 43215 | USA | Amendment to Corporate Digital Advantage Agreement | 3/31/2025 |
| 95 | Big Lots, Inc. | AT&T Mobility National Accounts LLC | 10082 | 1077 | 150 E GAY ST | Columbus | OH | 43215 | USA | Amendment to Corporate Digital Advantage Agreement | 3/31/2025 |
| 96 | Big Lots, Inc. | AT&T Mobility National Accounts LLC | 10082 | 1078 | 150 E GAY ST | Columbus | OH | 43215 | USA | Amendment to Corporate Digital Advantage Agreement | 3/31/2025 |
| 97 | Big Lots, Inc. | AT&T Mobility National Accounts LLC | 10082 | 1079 | 150 E GAY ST | Columbus | OH | 43215 | USA | Amendment to Corporate Digital Advantage Agreement | 3/31/2025 |
| 98 | Big Lots, Inc. | AT&T Mobility National Accounts LLC | 10082 | 1080 | 150 E GAY ST | Columbus | OH | 43215 | USA | Amendment to Corporate Digital Advantage Agreement | 3/31/2025 |
| 99 | Big Lots, Inc. | AT&T Mobility National Accounts LLC | 10082 | 1081 | 150 E GAY ST | Columbus | OH | 43215 | USA | Amendment to Corporate Digital Advantage Agreement | 3/31/2025 |
| 100 | Big Lots, Inc. | AT&T Mobility National Accounts LLC | 10082 | 1082 | 150 E GAY ST | Columbus | OH | 43215 | USA | Amendment to Corporate Digital Advantage Agreement | 3/31/2025 |