**Schedule 1**

**Schedule of Rejected Contracts and Leases**

| No. | Debtor | Contract Counterparty | Contract Counterparty - Match Number | Contract - Unique ID Number | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Big Lots, Inc. | AT&T Mobility National Accounts LLC | 10082 | 1083 | 150 E GAY ST | Columbus | OH | 43215 | USA | Amendment to Corporate Digital Advantage Agreement | 3/31/2025 |
| 2 | Big Lots, Inc. | AT&T Mobility National Accounts LLC | 10082 | 1084 | 150 E GAY ST | Columbus | OH | 43215 | USA | Amendment to Corporate Digital Advantage Agreement | 3/31/2025 |
| 3 | Big Lots, Inc. | AT&T Mobility National Accounts LLC | 10082 | 1085 | 150 E GAY ST | Columbus | OH | 43215 | USA | Amendment to Corporate Digital Advantage Agreement | 3/31/2025 |
| 4 | Big Lots, Inc. | AT&T Mobility National Accounts LLC | 10082 | 1086 | 150 E Gay St | Columbus | OH | 43215 | USA | Confirmation of Service Order for AT&T Wireless Broadband | 3/31/2025 |
| 5 | Consolidated Property Holdings, LLC | AT&T Networked Commerce Services Contract Management | 10082 | 1088 | 55 Corporate Drive, Room - 32B15 | Bridgewater | NJ | 08807 | USA | General Agreement for Networked Commerce Services | 3/31/2025 |
| 6 | Big Lots, Inc. | AT&T Ohio | 10082 | 1090 | 220 Wisconsin Avenue, Floor #2 | Waukesha | WI | 53186 | USA | Special Construction Charge Agreement | 3/31/2025 |
| 7 | Big Lots, Inc. | AT&T Services, Inc. | 10082 | 1093 | 211 S. Akard | Dallas | TX | 75202 | USA | Term Volume Discount Confirmation of Service Order | 3/31/2025 |
| 8 | Big Lots, Inc. | AT&T Solutions Inc. | 10082 | 1094 | 290 Davidson Avenue, Room E3D098 | Somerset | NJ | 08875 | USA | AT&T Interactive Voice Services (IVS) Advanced Application Supplement | 3/31/2025 |
| 9 | Big Lots, Inc. | AT&T Solutions Inc. | 10082 | 1096 | 290 Davidson Avenue, Room E3D098 | Somerset | NJ | 08873-6742 | USA | Interactive Voice Services Application Supplement | 3/31/2025 |
| 10 | Big Lots, Inc. | Cellco Partnership d/b/a Verizon Wireless | 14379 | 2102 | One Verizon Way | Basking Ridge | NJ | 07920-1097 | USA | Amendment to Service Agreement | 3/31/2025 |
| 11 | Big Lots, Inc. | Cellco Partnership d/b/a Verizon Wireless | 14379 | 2103 | One Verizon Way | Basking Ridge | NJ | 07920-1097 | USA | Amendment to Service Agreement | 3/31/2025 |
| 12 | Big Lots, Inc. | Cellco Partnership d/b/a Verizon Wireless | 14379 | 2104 | One Verizon Way | Basking Ridge | NJ | 07920-1097 | USA | Amendment to Wireless Service Agreement | 3/31/2025 |
| 13 | Big Lots, Inc. | Cellco Partnership d/b/a Verizon Wireless | 14379 | 2106 | One Verizon Way | Basking Ridge | NJ | 07920 | USA | Confidentiality Agreement | 3/31/2025 |
| 14 | Big Lots, Inc. | Cellco Partnership, a Delaware General Partnership doing business as Verizon Wireless | 14379 | 2108 | One Verizon Way | Basking Ridge | NJ | 07920 | USA | Amendment to National Account Agreement | 3/31/2025 |
| 15 | Big Lots, Inc. | Cellco Partnership, a Delaware general partnership, doing business as Verizon Wireless | 14379 | 2111 | One Verizon Way | Basking Ridge | NJ | 07920-1097 | USA | Amendment to Wireless Service Agreement | 3/31/2025 |
| 16 | Big Lots, Inc. | Cellco Partnership, doing business as Verizon Wireless | 14379 | 2112 | One Verizon Way | Basking Ridge | NJ | 07920 | USA | Amendment to Service Agreement | 3/31/2025 |
| 17 | Big Lots Stores, Inc. | Donlen Trust | 11261 | | 3000 Lakeside Drive, 24th Floor | Bannockburn | IL | 60015 | USA | Master Motor Vehicle Lease Agreement (04/08/08) | 3/31/2025 |
| 18 | Big Lots Stores, Inc. | Donlen LLC – as assigned from Donlen Corporation | | | 2315 Sanders Road | Northbook | IL | 60062 | USA | Fleet Administrative Services Agreement (04/08/08) | 3/31/2025 |
| 19 | Big Lots Stores, Inc. | Donlen LLC – as assigned from Donlen Corporation | | | 2315 Sanders Road | Northbook | IL | 60062 | USA | Fleet Maintenance Management Agreement (04/08/08) | 3/31/2025 |
| 20 | Big Lots Stores, Inc. | Donlen LLC – as assigned from Donlen Corporation | | | 2315 Sanders Road | Northbook | IL | 60062 | USA | First Amendment To Fleet Maintenance Management Agreement (11/1/19) | 3/31/2025 |
| 21 | Big Lots Stores, Inc. | Donlen LLC – as assigned from Donlen Corporation | | | 2315 Sanders Road | Northbook | IL | 60062 | USA | Second Amendment To Fleet Maintenance Management Agreement (7/7/21) | 3/31/2025 |
| 22 | Big Lots Stores, Inc. | Donlen LLC – as assigned from Donlen Corporation | | | 2315 Sanders Road | Northbook | IL | 60062 | USA | Annual Vehicle Registration Renewal & Title Retention Service Agreement (Donlen Lease and Non-Donlen Units) (09/24/08) | 3/31/2025 |
| 23 | Big Lots Stores, Inc. | Donlen LLC – as assigned from Donlen Corporation | | | 2315 Sanders Road | Northbook | IL | 60062 | USA | Remarketing Agreement (09/24/08) | 3/31/2025 |
| 24 | Big Lots Stores, LLC | Donlen LLC – as assigned from Donlen Corporation | | | 2315 Sanders Road | Northbook | IL | 60062 | USA | Power of Attorney | 3/31/2025 |
| 25 | Big Lots, Inc. | MCI Communications Services, Inc., d/b/a Verizon Business Services | 14379 | 8092 | 6415 Business Center Drive | Highlands Ranch | CO | 80130 | USA | Settlement Letter and Release | 3/31/2025 |
| 26 | Big Lots, Inc. | MCI Communications Services, Inc., d/b/a Verizon Business Services | 14379 | 8094 | 6415 Business Center Drive | Highlands Ranch | CO | 80130 | USA | Designation of CPNI Authorizers | 3/31/2025 |
| 27 | Big Lots, Inc. | SBC | 10082 | 10864 | 150 E. GAY ST. 14TH FLOOR | Columbus | OH | 43215 | USA | Confidentiality Agreement | 3/31/2025 |
| 28 | Big Lots Stores, LLC | SBC | 10082 | 10865 | 150 E. GAY ST. 14TH FLOOR | COLUMBUS | OH | 43215 | USA | Confirmation of Service Order for Special Access Services | 3/31/2025 |
| 29 | Big Lots, Inc. | SBC | 10082 | 10866 | 150 EAST GAY | Columbus | OH | 43228 | USA | Confirmation of Service Order Exchange Dedicated Communications Services | 3/31/2025 |
| 30 | Big Lots, Inc. | SBC DataComm | 10082 | 10879 | 300 Phillipi Columbus, OH 43228 | Columbus | OH | 43228 | USA | Statement of Work for IP Telephony Implementation | 3/31/2025 |
| 31 | Big Lots, Inc. | SBC Global Markets | 10082 | 10880 | 245 1ST St | Cambridge | MA | 02142-1200 | USA | Confirmation of Service Order for Special Access Services | 3/31/2025 |
| 32 | Big Lots, Inc. | SBC Global Services, Inc. | 10082 | 10881 | 150 East Gay Street | Columbus | Ohio | 43215 | USA | Addendum to Master Agreement for SBC Network Services Discount | 3/31/2025 |
| 33 | Big Lots, Inc. | SBC Global Services, Inc. | 10082 | 10882 | One SBC Plaza | Dallas | TX | 75202 | USA | Master Agreement | 3/31/2025 |
| 34 | Big Lots, Inc. | SBC Global Services, Inc. | 10082 | 10883 | 150 East Gay Street | Columbus | Ohio | 43215 | USA | Amendment to Master Discount Agreement | 3/31/2025 |
| 35 | Big Lots, Inc. | SBC Global Services, Inc. | 10082 | 10884 | 150 East Gay Street | Columbus | Ohio | 43215 | USA | Amendment to Agreement for SONET Ring Network Service | 3/31/2025 |
| 36 | Big Lots, Inc. | SBC Global Services, Inc. | 10082 | 10885 | 225 West Randolph Street | Chicago | IL | 60606 | USA | Wiring and Cabling Installation Agreement | 3/31/2025 |
| 37 | Big Lots, Inc. | SBC Global Services, Inc. | 10082 | 10886 | 150 East Gay Street | Columbus | OH | 43215 | USA | Convergent Bill Agreement | 3/31/2025 |
| 38 | Big Lots, Inc. | SBC Global Services, Inc. | 10082 | 10887 | 150 East Gay Street | Columbus | Ohio | 43215 | USA | Amendment to Master Discount Agreement | 3/31/2025 |
| 39 | Big Lots, Inc. | SBC Global Services, Inc. | 10082 | 10888 | 150 East Gay Street | Columbus | Ohio | 43215 | USA | Master Discount Agreement | 3/31/2025 |
| 40 | Big Lots, Inc. | SBC Global Services, Inc. | 10082 | 10889 | 225 West Randolph Street | Chicago | IL | 60606 | USA | Wiring and Cabling Installation Agreement | 3/31/2025 |
| 41 | Consolidated Property Holdings, LLC | SBC Global Services, Inc. | 10082 | 10890 | 225 West Randolph Street | Chicago | IL | 60606 | USA | Agreement for SONET Ring Network Service | 3/31/2025 |
| 42 | Big Lots, Inc. | SBC Global Services, Inc. now dba AT&T Global Services on behalf of The Ohio Bell Telephone Company now dba AT&T Ohio | 10082 | 10891 | 111 4th Street, 9th Fl. | Columbus | Ohio | 43215 | USA | Amendment to Telecommunication Services Agreement | 3/31/2025 |
| 43 | Big Lots, Inc. | SBC Global Services, Inc. now dba AT&T Global Services on behalf of The Ohio Bell Telephone Company now dba AT&T Ohio | 10082 | 10892 | 111 4th Street, 9th Fl. | Columbus | Ohio | 43215 | USA | Amendment to Telecommunication Services Agreement | 3/31/2025 |
| 44 | Big Lots, Inc. | SBC Global Services, Inc., on behalf of The Ohio Bell Telephone Company | 10082 | 10894 | 300 Phillipi Rd - Demarc | Columbus | OH | 43228 | USA | Addendum to Master Agreement for provisioning network services | 3/31/2025 |
| 45 | Big Lots, Inc. | SBC Global Services, Inc., on behalf of The Ohio Bell Telephone Company | 10082 | 10895 | 300 Phillipi Rd - Demarc | Columbus | OH | 43228 | USA | Addendum to the SBC Master Agreement for provisioning network services | 3/31/2025 |
| 46 | Big Lots, Inc. | SBC Global Services, Inc., on behalf of The Ohio Bell Telephone Company, Inc. | 10082 | 10896 | 150 East Gay St , Ste 14B | Columbus | OH | 43215 | USA | Amendment to Addendum for ISDN Prime Service | 3/31/2025 |
| 47 | Big Lots, Inc. | T-Mobile USA, Inc. | 14158 | 12303 | 12920 S.E. 38th Street | Bellevue | WA | 98006 | USA | Master Corporate Services Agreement | 3/31/2025 |
| 48 | Big Lots, Inc. | T-Mobile USA, Inc. | 14158 | 12304 | 12920 S.E. 38 Street | Bellevue | WA | 98006 | USA | Employee Benefits Program Agreement | 3/31/2025 |
| 49 | Big Lots, Inc. | T-Mobile USA, Inc. | 14158 | 12305 | 12920 S.E. 38 Street | Bellevue | WA | 98006 | USA | Confidentiality Agreement | 3/31/2025 |
| 50 | Big Lots, Inc. | T-Mobile USA, Inc. | 14158 | 12306 | 85 South Commerce Way, Suite 550 | Bethlehem | PA | 18017 | USA | Telecommunications Service Agreement | 3/31/2025 |
| 51 | Big Lots, Inc. | Verizon | 14379 | 12935 | 20855 Stone Oak Parkway | San Antonio | TX | 78258 | USA | Service Order Form to the Verizon Business Service Agreement | 3/31/2025 |
| 52 | Big Lots, Inc. | Verizon | 14379 | 12936 | 20855 Stone Oak Parkway | San Antonio | TX | 78258 | USA | Third Amendment to the Verizon Business Service Agreement | 3/31/2025 |
| 53 | Big Lots, Inc. | Verizon | 14379 | 12937 | 20855 Stone Oak Parkway | San Antonio | TX | 78258 | USA | Business Service Agreement | 3/31/2025 |
| 54 | Big Lots, Inc. | Verizon Business Network Services Inc. | 14379 | 12939 | One Verizon Way | Basking Ridge | NJ | 07920 | USA | Amendment to Business Service Agreement | 3/31/2025 |
| 55 | Big Lots, Inc. | Verizon Business Network Services Inc. | 14379 | 12941 | One Verizon Way | Basking Ridge | NJ | 07920 | USA | Amendment to Business Service Agreement | 3/31/2025 |
| 56 | Big Lots, Inc. | Verizon Business Network Services Inc. on behalf of MCI Communications Services, Inc. d/b/a Verizon Business Services | 14379 | 12943 | One Verizon Way | Basking Ridge | NJ | 07920 | USA | Third Amendment to the Verizon Business Service Agreement | 3/31/2025 |
| 57 | Big Lots Stores, LLC | Verizon Business Network Services LLC | 14379 | 12944 | One Verizon Way | Basking Ridge | NJ | 07920 | USA | Service Order Form to the Verizon Business Service Agreement | 3/31/2025 |
| 58 | Big Lots, Inc. | Verizon Business Network Services LLC | 14379 | 12946 | One Verizon Way | Basking Ridge | NJ | 07920 | USA | Service Order Form to the Verizon Business Service Agreement | 3/31/2025 |
| 59 | Big Lots, Inc. | Verizon Business Network Services LLC | 14379 | 12947 | One Verizon Way | Basking Ridge | NJ | 07920 | USA | Service Order Form to the Verizon Business Service Agreement | 3/31/2025 |
| 60 | Big Lots Stores, LLC | Verizon Wireless | 14379 | 12949 | One Verizon Way | Basking Ridge | NJ | 07920-1097 | USA | Amendment to Service Agreement | 3/31/2025 |
| 61 | Big Lots Stores, LLC | Verizon Wireless | 14379 | 12950 | One Verizon Way | Basking Ridge | NJ | 07920-1097 | USA | Amendment to Service Agreement | 3/31/2025 |

| No. | Debtor | Contract Counterparty | Contract Counterparty - Match Number | Contract - Unique ID Number | Contract Counterparty Address | City | State | Zip | Country | Rejected Agreement/Lease | Rejection Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | Big Lots, Inc. | Verizon Wireless | 14379 | 12951 | 180 Washington Valley Road | Bedminster | NJ | 07921 | USA | Letter of Agency - Third Party Account Access | 3/31/2025 |
| 63 | Big Lots, Inc. | Verizon Wireless | 14379 | 12954 | 180 Washington Valley Road | Bedminster | NJ | 07921 | USA | Addition of M2M plans to the Agreement | 3/31/2025 |
| 64 | Big Lots, Inc. | Verizon Wireless | 14379 | 12955 | 180 Washington Valley Road | Bedminster | NJ | 07921 | USA | Acknowledgement Form for CAL License Offer | 3/31/2025 |
| 65 | Big Lots, Inc. | Verizon Wireless | 14379 | 12957 | 30 Independence Blvd | Warren | NJ | 07059 | USA | Major Account Agreement | 3/31/2025 |
| 66 | Big Lots, Inc. | Verizon Wireless | 14379 | 12959 | 180 Washington Valley Road | Bedminster | NJ | 07921 | USA | Nondisclosure Agreement | 3/31/2025 |