# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAREPOINT HEALTH SYSTEMS INC., *et al.*,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. 1360 |

## ~~REVISED PROPOSED~~ ORDER GRANTING MOTION OF PRESS GANEY ASSOCIATES LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES



Upon consideration of the Motion of Press Ganey Associates LLC ("Press Ganey") for Allowance and Payment of Administrative Expense Claim (the "Motion"), and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. Press Ganey is allowed an administrative expense claim in the amount of $63,206.49 (the "Post Petition Claim").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Associates (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a/ CarePoint Health-Christ Hospital (0608); (xiv) HUMCO Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center (2063). The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

2. The Reorganized Debtors are directed to pay the Post Petition Claim within fourteen (14) days of the entry of this Order.

3. Press Ganey's administrative expense claim shall not exceed the amount of $63,206.49 and Press Ganey shall not assert any other claims against the Debtors with priority as an administrative claim. The provisions of this Order shall not limit the amount of any timely-filed rejection damages of Press Ganey, and the Debtors and the Litigation Trustee reserve all rights to object any such rejection damages claim.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

July 8 2025

*[signature]*
USBJ