**<u>EXHIBIT A</u>**

**COMPENSATION BY PROJECT CATEGORY**
**BIG LOTS, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**
**May 1, 2025 through May 31, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| AHG / UCC / Lender Issues | 0.3 | $612.00 |
| Asset Dispositions | 57.5 | $103,572.50 |
| Business Operations | 6.4 | $13,056.00 |
| Claims / Creditor Outreach | 46.6 | $67,372.50 |
| Contracts / Leases | 20.3 | $29,295.00 |
| Corporate Governance / Board Matters / Communications | 1.9 | $3,876.00 |
| General Case Administration | 9.9 | $14,039.50 |
| Hearing Preparation / Attendance | 46.0 | $82,047.50 |
| Litigation | 190.2 | $358,109.50 |
| Regulatory / Antitrust / Tax / IP | 19.3 | $36,325.50 |
| Retention DPW: Preparation of Fee Applications, Budgeting | 21.6 | $20,515.00 |
| Travel (Non-Working) (50%) | 4.2 | $7,208.00 |
| **TOTAL** | **424.4** | **$736,029.00**[1] |

---

[1] This amount reflects a voluntary reduction in fees in the amount of $4,605.50.

**Time Detail By Project**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| **BC01 AHG/UCC/Lender Issues** | | | |
| Piraino, Stephen D. | 05/07/25 | 0.3 | Emails with Creditors Committee regarding administrative expense claim status. |
| **Total BC01 AHG/UCC/Lender Issues** | | **0.3** | |
| **BC02 Asset Dispositions** | | | |
| Amir, Gennie A. | 05/01/25 | 3.6 | Research property owner of Aurora, Colorado property for deed transfer and chain of title evidence for title company (1.6); revise comments to title affidavit, deed, and DBA (1.0); call with GBRP and Kin Properties regarding Aurora property (1.0). |
| Bi, Jonathan | 05/01/25 | 1.5 | Research Pic N Save real estate property dispositions relating to entity review for Big Lots acquisition of Mac Frugals. |
| Burbridge, Avelina | 05/01/25 | 2.7 | Attend call with Gordon Brothers team regarding Aurora owned real property designation (0.8); review title report and confer with G. Amir regarding same (0.5); analyze entity formation and organizational documents (0.5); correspond with Cogency team, S. Piraino and H. Weigel regarding same (0.5); review and revise affidavits (0.4). |
| Amir, Gennie A. | 05/02/25 | 0.6 | Email mortgage preparer regarding mortgage release for Elyria, Ohio property (0.2); revise title affidavits with title company for Buena Park, Covina, New Mexico properties to revise bankruptcy report (0.4). |
| Burbridge, Avelina | 05/02/25 | 0.2 | Review comments to title affidavits regarding owned real property dispositions. |
| Amir, Gennie A. | 05/05/25 | 0.2 | Follow up on mortgage release for Elyria, OH property. |
| Bi, Jonathan | 05/05/25 | 0.7 | Updating name change forms per IP comments on trademarks from prior acquisitions of Big Lots (0.2); review diligence for assisting real estate team in disposing of certain assets related to Pic N Save (0.5). |
| Burbridge, Avelina | 05/05/25 | 0.9 | Analyze Pic N Save formation and chain of title documentation (0.5); emails with J. Bi regarding same (0.1); confer with S. Piraino and G. Amir regarding same (0.3). |
| Piraino, Stephen D. | 05/05/25 | 3.8 | Calls, emails with Davis Polk team regarding sale matter (0.9); call with AlixPartners regarding same (0.4); review and analyze asset purchase agreement, schedules for budget matter (2.5). |
| Bi, Jonathan | 05/06/25 | 1.3 | Coordinate with paralegals to file name change forms (0.1); update drafts of the name change forms (0.1); review draft emails to assist to in GBRP and AlixPartners discussion on payroll (0.8); update name change forms (0.3). |
| Brock, Matthew R. | 05/06/25 | 0.2 | Emails with J. McClammy, J. Bi regarding name change. |
| Burbridge, Avelina | 05/06/25 | 2.5 | Conferences with D. Braun, S. Piraino, G. Amir and title company regarding Aurora owned real property designation and owner formation matters (1.9); review title and formation documentation regarding same (0.6). |

| | Time Detail By Project | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Piraino, Stephen D. | 05/06/25 | 4.0 | Call with Big Lots team regarding sale matter (0.8); calls and emails with Davis Polk team regarding same (0.9); review sale record to respond to various issues (2.3). |
| Weigel, Heather | 05/06/25 | 1.1 | Call with S. Piraino regarding payroll and related expenses under asset purchase agreement, agency agreement (0.8); review, summarize correspondence and mark-ups of deal documentation regarding same (0.3). |
| Amir, Gennie A. | 05/07/25 | 0.1 | Revise title affidavit for Elyria, OH property. |
| Bi, Jonathan | 05/07/25 | 0.2 | Attention to addressing litigation question on name change impact. |
| Piraino, Stephen D. | 05/07/25 | 4.4 | Review transcripts for sale matter (1.9); review and edit outline on sale matter (1.3); calls and emails with Davis Polk, AlixPartners regarding same (1.2). |
| Shpeen, Adam L. | 05/07/25 | 0.9 | Calls and emails with Davis Polk and Big Lots teams regarding GBRP funding disputes. |
| Burbridge, Avelina | 05/08/25 | 0.5 | Conferences with title company, G. Amir and D. Braun regarding Aurora owned real property disposition. |
| Shpeen, Adam L. | 05/08/25 | 1.0 | Call with Davis Polk team regarding GBRP dispute (0.6); emails regarding same (0.4). |
| Amir, Gennie A. | 05/09/25 | 0.3 | Review merger agreement regarding Pic N Save of Colorado into Pic N Save Stores, Inc. for transfer of Aurora, CO property (0.2); email same to A. Burbridge (0.1). |
| Bi, Jonathan | 05/09/25 | 0.2 | Update draft of name change forms. |
| Burbridge, Avelina | 05/09/25 | 0.6 | Review Pic N Save merger documentation regarding real property designation matters. |
| Burbridge, Avelina | 05/12/25 | 1.1 | Confer with G. Amir and title company regarding owned real property chain of title matters and Pic N Save acquisition documentation. |
| Weigel, Heather | 05/12/25 | 0.3 | Conference call with Big Lots, Davis Polk, AlixPartners regarding payroll, related matters |
| Amir, Gennie A. | 05/13/25 | 1.1 | Coordinate closing of sale of Elyria, OH property (0.3); revise title affidavit, and deed (0.4); correspond with title, and buyer's counsel regarding same (0.4). |
| Burbridge, Avelina | 05/13/25 | 1.0 | Correspond with GB and designee teams regarding designated property chain of title matters (0.3); review documentation regarding same (0.3); review and revise Elyria designated owned real property deed (0.2); correspond with G. Amir regarding same (0.1); emails with title company regarding mortgage release (0.1). |
| Amir, Gennie A. | 05/14/25 | 3.3 | Coordinate closing of Elyria, OH property sale. |
| Bi, Jonathan | 05/14/25 | 0.3 | Reviewing diligence for the purpose of assisting real estate team with execution of sale documents. |
| Burbridge, Avelina | 05/14/25 | 0.6 | Review comments to Elyria deed (0.3); confer with G. Amir regarding same and sale order requirements (0.3). |
| Cahill, Vincent | 05/14/25 | 0.7 | Correspondence with Davis Polk real estate team regarding real property sale. |
| Piraino, Stephen D. | 05/14/25 | 0.2 | Emails with Davis Polk real estate team regarding real property sale. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Amir, Gennie A. | 05/15/25 | 4.2 | Coordinate closing statement with title company, Big Lots, financial consultants, Seller regarding Elyria, OH property (1.0); finalize closing documents with title company, Big Lots, financial consultants, and Seller regarding same (1.0); execute closing documents with Big Lots regarding same (.4); coordinate wiring funds with Big Lots regarding same (1.8). |
| Burbridge, Avelina | 05/15/25 | 1.8 | Review documentation regarding property taxes payable (0.4); confer with G. Amir regarding title documents, affidavits tax proration and closing (0.8); prepare for closing (0.6). |
| Amir, Gennie A. | 05/16/25 | 0.6 | Coordinate closing of Elyria, OH property with all parties. |
| Burbridge, Avelina | 05/16/25 | 0.5 | Attend to Elyria designated owned real property closing (0.3); confer with G. Amir regarding same (0.2). |
| Bi, Jonathan | 05/18/25 | 0.5 | Review agency agreement in connection with restructuring question on insurance damage liability. |
| Amir, Gennie A. | 05/19/25 | 0.5 | Coordinate closing of Elyria, Ohio asset sale. |
| Bi, Jonathan | 05/19/25 | 0.3 | Review asset purchase agreement for assumption of liabilities provision. |
| Burbridge, Avelina | 05/19/25 | 1.0 | Review comments to deed and affidavits (0.3); analyze closing documents (0.7). |
| Amir, Gennie A. | 05/22/25 | 0.5 | Review DBA comments from Kin Properties for Aurora, CO sale. |
| Burbridge, Avelina | 05/22/25 | 0.9 | Correspond with title company regarding chain of title matters (0.1); review comments to DBA regarding Aurora owned real property (0.5); confer with G. Amir regarding same (0.3). |
| Amir, Gennie A. | 05/23/25 | 0.6 | Review, revise DBA for Aurora, Colorado property (0.4); email A. Burbridge regarding same (0.2). |
| Bi, Jonathan | 05/23/25 | 0.3 | Coordinate name changes workstream. |
| Burbridge, Avelina | 05/23/25 | 0.4 | Review correspondence from G. Amir and comments regarding Aurora designation owned real property revised DBA. |
| Bi, Jonathan | 05/26/25 | 0.1 | Email with S. Fox at Gordon Brothers regarding name changes update. |
| Amir, Gennie A. | 05/27/25 | 0.7 | Revise DBA for Elyria, OH property sale per A. Burbridge comments. |
| Bi, Jonathan | 05/27/25 | 1.7 | Review insurance claim in connection to store damage (0.5); attention to coordinating name changes workstream (0.1); revise name change documents for Rocky's title and name (0.2); compile signature pages for name change forms (0.4); review state requirements for name change filings (0.5). |
| Burbridge, Avelina | 05/27/25 | 0.8 | Confer with G. Amir regarding conveyance of Aurora designation owned property and chain of title matters (0.5); review comments to revised DBA (0.3). |
| Graves, Will | 05/27/25 | 0.5 | Correspond with J. Bi regarding name change filings. |
| Graves, Will | 05/28/25 | 0.4 | Resubmit revised OH name change forms for filing. |
| Graves, Will | 05/29/25 | 0.4 | Correspondence with Big Lots regarding name change evidence in Ohio (0.2); transmit evidence of same to J. Bi (0.2). |

| Time Detail By Project | | | |
| --- | --- | --- | --- |
| **Name** | **Date** | **Hours** | **Narrative** |
| Bi, Jonathan | 05/30/25 | 0.7 | Attention to coordinating name changes workstream (0.1); collect name change form evidence from Secretary of State office (0.1); attention to email discussion with Variety counsel on name changes workstream (0.3); discussion with Davis Polk team and Cozen O'Connor on name changes workstream extension for parent entity (0.2). |
| **Total BC02 Asset Dispositions** | | **57.5** | |
| **BC03 Business Operations** | | | |
| Piraino, Stephen D. | 05/08/25 | 2.7 | Call with Davis Polk team regarding budget matter (0.5); review and analyze same (2.2). |
| Piraino, Stephen D. | 05/12/25 | 0.3 | Call with S. Fox regarding various matters. |
| Piraino, Stephen D. | 05/15/25 | 0.6 | Emails with AlixPartners regarding insurance. |
| Piraino, Stephen D. | 05/16/25 | 0.2 | Emails with counsel regarding insurance settlement. |
| Piraino, Stephen D. | 05/22/25 | 2.6 | Review insurance matter (1.4); review asset purchase agreement on insurance matter (0.7); emails with Davis Polk and Big Lots regarding same (0.5). |
| **Total BC03 Business Operations** | | **6.4** | |
| **BC04 Claims; Creditor Outreach** | | | |
| Piraino, Stephen D. | 05/01/25 | 0.7 | Calls and emails with administrative expense claimants regarding claims reconciliation process. |
| Prater, Rachel | 05/01/25 | 0.1 | Update claim reconciliation tracker to reflect final claim amount. |
| Giddens, Magali | 05/02/25 | 0.2 | Respond to creditor call regarding payment of claim. |
| Prater, Rachel | 05/05/25 | 0.2 | Review and revise tracker of reconciled claim amounts. |
| Winiarski, Kevin L. | 05/05/25 | 0.8 | Emails with AlixPartners and counsel to various vendors regarding claims reconciliation process. |
| Piraino, Stephen D. | 05/07/25 | 1.1 | Review and revise HomeView surreply (0.7); emails with M. Brock and K. Winiarski regarding same (0.4). |
| Winiarski, Kevin L. | 05/07/25 | 4.6 | Draft and revise surreply to HomeView motion to compel (3.7); meet with S. Piraino regarding same (0.3); emails with Morris Nichols team regarding research on same (0.6). |
| Giddens, Magali | 05/08/25 | 0.2 | Review claims register regarding claimant question (0.1); correspondence with J. Goldberger regarding same (0.1). |
| Prater, Rachel | 05/08/25 | 0.4 | Update claims reconciliation exhibit to reflect final reconciliation amount. |
| Winiarski, Kevin L. | 05/08/25 | 1.8 | Review and revise surreply to HomeView motion to incorporate M. Brock and S. Piraino comments (1.5); emails with Morris Nichols team regarding same (0.3). |
| Giddens, Magali | 05/09/25 | 0.3 | Call with creditor regarding claims reconciliation process. |
| Goldberger, Jacob | 05/09/25 | 0.2 | Correspondence with J. Clarrey and M. Herz regarding administrative claims for pre-sale services. |
| Piraino, Stephen D. | 05/09/25 | 0.4 | Review letter surreply to HomeView motion. |
| Winiarski, Kevin L. | 05/09/25 | 1.3 | Review and revise surreply to HomeView brief to incorporate Morris Nichols comments (1.0); emails with S. Piraino and M. Brock regarding same (0.3). |
| Winiarski, Kevin L. | 05/10/25 | 0.8 | Review and revise surreply to HomeView brief to incorporate S. Piraino comments (0.7); email same to J. McClammy (0.1). |

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| **Time Detail By Project** | | | |
| Winiarski, Kevin L. | 05/11/25 | 0.5 | Finalize reply to HomeView motion to compel (0.4); email same to Morris Nichols team (0.1). |
| Goldberger, Jacob | 05/12/25 | 0.4 | Correspondence with R. Steere and S. Piraino regarding treatment of unsubstantiated landlord claims. |
| Prater, Rachel | 05/12/25 | 0.2 | Review and revise reconciled claims exhibit (0.1); correspondence with K. Winiarski regarding same (0.1). |
| Winiarski, Kevin L. | 05/12/25 | 1.1 | Emails with AlixPartners team regarding claims reconciliation (0.4); update internal tracker regarding same (0.2); emails with various administrative claimants regarding same (0.5). |
| Goldberger, Jacob | 05/13/25 | 0.2 | Correspondence with R. Steere and claimants regarding claim objections. |
| Giddens, Magali | 05/14/25 | 0.9 | Call with creditor regarding claims reconciliation process (0.1); detailed correspondence with J. Goldberger regarding same (0.1); calls and correspondence with personal injury claimant regarding personal injury claim (0.4); discuss same with J. Goldberger (0.1); forward claimant's correspondence to same (0.1); review non-residential property leases order (0.1). |
| Goldberger, Jacob | 05/14/25 | 0.7 | Correspondence and calls with R. Steere, S. Piraino and creditors regarding administrative status for claims (0.4); review caselaw regarding same (0.3). |
| Piraino, Stephen D. | 05/14/25 | 1.2 | Calls and emails with administrative expense claimants regarding reconciliations and distributions. |
| Winiarski, Kevin L. | 05/14/25 | 2.4 | Extensive emails and calls with various administrative claimants regarding claims reconciliation process (1.5); emails with AlixPartners regarding same (0.5); update internal tracker regarding same (0.4). |
| Giddens, Magali | 05/15/25 | 0.3 | Correspondence with J. Goldberger regarding claimant call (0.1); call with creditor (0.1); correspondence with J. Goldberger regarding same (0.1). |
| Piraino, Stephen D. | 05/15/25 | 0.8 | Call with AlixPartners regarding administrative expense claim distributions (0.5); calls and emails with Davis Polk team regarding same (0.3). |
| Piraino, Stephen D. | 05/15/25 | 0.7 | Calls and emails with Davis Polk and Morris Norris teams regarding service of pre-closing admin claims. |
| Prater, Rachel | 05/15/25 | 2.3 | Correspond with financial advisors regarding setting up claim reconciliation call (0.4); update administrative claims exhibit with updated reconciliation amounts (1.2); call with financial advisors to discuss workstream (0.7). |
| Winiarski, Kevin L. | 05/15/25 | 0.7 | Call with AlixPartners team regarding planning for administrative claim distributions. |
| Giddens, Magali | 05/16/25 | 0.1 | Call with creditor regarding claims reconciliation process. |
| Piraino, Stephen D. | 05/16/25 | 1.8 | Calls with AlixPartners, and creditors regarding administrative expense claim reconciliations. |
| Prater, Rachel | 05/16/25 | 0.6 | Call with R. Chiu regarding workstreams (0.3); correspondence with Creditors Committee and financial advisors regarding meeting on claims reconciliation process (0.3). |
| Chiu, Rachel | 05/19/25 | 0.5 | Attend administrative claims distribution call with Davis Polk, McDermott Will, Cole Schotz, Morris Nichols, AlixPartners and FTI teams. |

| Time Detail By Project | | | |
| --- | --- | --- | --- |
| **Name** | **Date** | **Hours** | **Narrative** |
| Piraino, Stephen D. | 05/19/25 | 1.3 | Call with Creditors Committee regarding administrative claim distribution (0.5); calls and emails with claimants (0.4); calls, emails with Davis Polk and AlixPartners regarding reconciliations (0.4). |
| Winiarski, Kevin L. | 05/19/25 | 0.5 | Call with McDermott Will, Cole Schotz, Davis Polk, Morris Nichols, AlixPartners, and FTI teams regarding claims distribution process. |
| Chiu, Rachel | 05/20/25 | 0.4 | Meeting with K. Winiarski regarding claim reconciliation. |
| Piraino, Stephen D. | 05/20/25 | 1.2 | Calls and emails with AlixPartners and Davis Polk teams regarding administrative expense claims. |
| Winiarski, Kevin L. | 05/20/25 | 0.5 | Emails with AlixPartners team regarding claims reconciliation process (0.3); update internal tracker regarding same (0.2). |
| Piraino, Stephen D. | 05/21/25 | 2.4 | Review proposed stipulation with creditor (0.4); calls and emails with Davis Polk team regarding same (0.2); progress creditor reconciliations (1.1); review creditor objection (0.4); review and edit response to creditor objection (0.3). |
| Winiarski, Kevin L. | 05/21/25 | 1.3 | Draft distribution notice for administrative claim payments (0.5); emails with Davis Polk team regarding same (0.2); emails with AlixPartners regarding claims reconciliation process (0.3); update internal tracker regarding same (0.3). |
| Chiu, Rachel | 05/22/25 | 0.6 | Update administrative expense claim reconciliation tracker. |
| Giddens, Magali | 05/22/25 | 0.4 | Call with creditor regarding claims reconciliation process (0.2); review team correspondence regarding same (0.2). |
| Piraino, Stephen D. | 05/22/25 | 0.7 | Review distribution notice for admin claim payments (0.4); emails with Davis Polk and Morris Nichols regarding same (0.3). |
| Winiarski, Kevin L. | 05/22/25 | 1.1 | Review and revise draft distribution notice (0.5); emails with AlixPartners team regarding next steps and mechanics for administrative claim payments (0.4); update internal reconciliation tracker (0.2). |
| Winiarski, Kevin L. | 05/23/25 | 1.1 | Review and revise draft distribution notice (0.4); emails with Committee advisors regarding same (0.2); emails with AlixPartners and Morris Nichols teams regarding same (0.5). |
| Chiu, Rachel | 05/28/25 | 0.4 | Update internal tracker with new reconciled claims (0.2); update tracker of reconciled claims to send to AlixPartners (0.2). |
| Winiarski, Kevin L. | 05/28/25 | 2.3 | Review and revise draft distribution notice for admin claim payments (0.5); emails with Creditors' Committee advisors regarding same (0.3); emails with counsel to various admin claimants regarding reconciliation process (1.0); review initial distribution schedule draft (0.5). |
| Chiu, Rachel | 05/29/25 | 0.1 | Correspond with K. Winiarski to update reconciled claim tracker (0.1) |
| Goldberger, Jacob | 05/29/25 | 0.1 | Review email correspondence regarding outstanding claim reconciliation. |
| Piraino, Stephen D. | 05/29/25 | 1.8 | Calls and emails with Davis Polk and AlixPartners teams regarding administrative expense claim reconciliations (0.9); call with creditor regarding claims reconciliation process (0.5); emails with Davis Polk regarding admin expense payments and process (0.4). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Winiarski, Kevin L. | 05/29/25 | 1.0 | Review and revise distribution notice for admin claims payments (0.6); calls with J. Clarrey and S. Piraino regarding same (0.4). |
| Chiu, Rachel | 05/30/25 | 0.5 | Revise and proof notice of interim distribution. |
| Piraino, Stephen D. | 05/30/25 | 0.4 | Review HomeView draft order (0.2); emails with counsel to HomeView regarding same (0.2). |
| **Total BC04 Claims; Creditor Outreach** | | **46.6** | |
| **BC05 Contracts/Leases** | | | |
| Goldberger, Jacob | 05/01/25 | 0.1 | Correspondence with Davis Polk team regarding corporate documentation for entities. |
| Goldberger, Jacob | 05/02/25 | 0.7 | Correspondence with landlord counsel and counterparties regarding Steger Towne order (0.2); correspondence with R. Steere, S. Piraino and lease counterparties regarding outstanding lease obligations (0.5). |
| Piraino, Stephen D. | 05/02/25 | 0.5 | Emails with J. Goldberger and landlord regarding outstanding lease obligations. |
| Goldberger, Jacob | 05/04/25 | 0.2 | Correspondence with Kirkland & Ellis regarding Durant property tax payments (0.1); correspondence with R. Steere regarding Blusky invoice payment request (0.1). |
| Goldberger, Jacob | 05/05/25 | 0.8 | Correspondence with counsel to landlord counterparties, R. Steere and S. Piraino regarding outstanding lease obligations (0.5); correspondence with Morris Nichols and lease counterparties regarding outstanding lease assignments (0.3). |
| Goldberger, Jacob | 05/06/25 | 1.0 | Correspondence with landlord counterparties, S. Piraino and AlixPartners regarding post-sale expense invoices (0.5); correspondence with Steger Towne counterparties and Gordon Brothers regarding Goodwill assignment documentation (0.3); correspondence with A. Sholes regarding lease assignments (0.2). |
| Prater, Rachel | 05/06/25 | 1.8 | Correspondence with K. Winiarski regarding drafting rejection notices (0.1); draft the same (0.9); remit the same to K. Winiarski for review (0.1); revise drafts of rejection notices with K. Winiarski (0.6); correspondence with S. Piraino and local counsel regarding the same (0.1). |
| Winiarski, Kevin L. | 05/06/25 | 1.5 | Review and revise rejection notices with R. Prater. |
| Goldberger, Jacob | 05/07/25 | 0.8 | Review rejection notices per AlixPartners request to verify status of certain leases (0.6); correspondence with lease counterparties regarding open assignments (0.2). |
| Piraino, Stephen D. | 05/07/25 | 0.4 | Review contract assumption notices (0.2); emails with Davis Polk team regarding same (0.2). |
| Goldberger, Jacob | 05/08/25 | 1.0 | Correspondence with lease counterparties and R. Steere regarding outstanding lease obligations (0.3); correspondence with AlixPartners regarding abandoned trailer (0.1); correspondence with Steger Towne counterparties regarding form of assignment order (0.3); correspondence with R. Steere regarding lease rejection status (0.3). |

| Time Detail By Project | | | |
| --- | --- | --- | --- |
| **Name** | **Date** | **Hours** | **Narrative** |
| Goldberger, Jacob | 05/09/25 | 0.7 | Correspondence with lease counterparties, Gordon Brothers and Morris Nichols regarding outstanding lease assignment documentation (0.2); revise forms of order for lease assignments (0.3); correspondence with Morris Nichols regarding certification of counsel for lease assignments (0.2). |
| Goldberger, Jacob | 05/12/25 | 0.1 | Correspondence with Gordon Brothers regarding outstanding leases. |
| Goldberger, Jacob | 05/13/25 | 0.2 | Correspondence with S. Piraino, R. Robins and Gordon Brothers regarding signatories for lease documentation. |
| Goldberger, Jacob | 05/14/25 | 0.5 | Correspondence with S. Piraino regarding outstanding lease workstreams (0.2); correspondence with A. Sholes regarding Auburn lease assignment (0.1); correspondence with V. Cahill regarding escrow accounts (0.2). |
| Goldberger, Jacob | 05/15/25 | 1.3 | Draft order and certification of counsel for Auburn lease assignment (0.8); correspondence with S. Churchill and S. Piraino regarding same (0.4); correspondence with landlord counsel regarding outstanding lease obligations (0.1). |
| Goldberger, Jacob | 05/16/25 | 0.1 | Correspondence with landlord counsel regarding administrative claims. |
| Piraino, Stephen D. | 05/16/25 | 0.4 | Emails with Morris Nichols and Davis Polk teams regarding Auburn lease. |
| Goldberger, Jacob | 05/17/25 | 0.1 | Correspondence with S. Piraino regarding lease assignments. |
| Goldberger, Jacob | 05/18/25 | 0.2 | Correspondence with AlixPartners regarding landlord rent claims. |
| Goldberger, Jacob | 05/19/25 | 1.6 | Correspondence with Davis Polk team, AlixPartners and movant counsel regarding motions to compel payment of rent (0.6); correspondence with S. Piraino and Big Lots regarding insurance claim for damages adjacent property (0.5); correspondence with S. Churchill, landlord counsel and S. Piraino regarding assignment forms (0.2); draft assignment orders and certifications (0.3). |
| Piraino, Stephen D. | 05/19/25 | 1.7 | Calls and emails with R. Steere regarding outstanding real estate matters (0.8); finalize various open real estate matters (0.9). |
| Piraino, Stephen D. | 05/20/25 | 0.8 | Calls and emails with AlixPartners regarding rent reconciliations. |
| Goldberger, Jacob | 05/22/25 | 0.9 | Correspondence with S. Piraino, S. Churchill and lease counterparties regarding form of lease assignment order (0.2); revise lease assignment order (0.1); correspondence with C. Miller regarding motions to compel payment (0.1); correspondence with D. Butz, S. Piraino and R. Steere regarding administrative status for lease damage claims (0.3); correspondence with I. Gold and R. Steere regarding outstanding lease obligations (0.2). |
| Goldberger, Jacob | 05/23/25 | 0.4 | Correspondence with landlord counsel and AlixPartners regarding open lease invoices (0.2); correspondence with Morris Nichols and lease counterparties regarding outstanding assignments (0.2). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Piraino, Stephen D. | 05/23/25 | 1.1 | Finalize various real estate matters (0.4); calls and emails with Davis Polk and Morris Nichols teams regarding same (0.7). |
| Goldberger, Jacob | 05/27/25 | 0.5 | correspondence with C. Sawyer and counterparties regarding lease assignments (0.2); assist preparation of certifications of counsel (0.3). |
| Goldberger, Jacob | 05/28/25 | 0.2 | Correspondence with counterparties regarding outstanding lease assignments. |
| Goldberger, Jacob | 05/30/25 | 0.3 | Correspondence with AlixPartners, S. Piraino and counterparties regarding outstanding lease claims. |
| Piraino, Stephen D. | 05/30/25 | 0.4 | Review letter from landlord (0.2); emails with J. Goldberger regarding same (0.2). |
| **Total BC05 Contracts/Leases** | | **20.3** | |
| | | | |
| **BC06 Corporate Governance; Board Matters; Communications** | | | |
| Piraino, Stephen D. | 05/20/25 | 1.4 | Review and analyze D&O matter (1.1); emails with Davis Polk, MWE, Big Lots regarding same (0.3). |
| Piraino, Stephen D. | 05/21/25 | 0.5 | Call with Creditors Committee regarding D&O matter. |
| **Total BC06 Corporate Governance; Board Matters; Communications** | | **1.9** | |
| | | | |
| **BC10 General Case Administration** | | | |
| Goldberger, Jacob | 05/01/25 | 0.2 | Call with M. DeSabatino regarding outstanding billing amounts. |
| Piraino, Stephen D. | 05/01/25 | 0.8 | Update workstreams chart (0.5); emails with Davis Polk team regarding same (0.3). |
| Cahill, Vincent | 05/06/25 | 0.4 | Correspondence with B. Resnick regarding case administration. |
| Giddens, Magali | 05/07/25 | 0.7 | Calls with creditors (0.4); review case correspondence (0.3). |
| Giddens, Magali | 05/08/25 | 0.6 | Review recent court filings regarding case status. |
| Piraino, Stephen D. | 05/08/25 | 0.3 | Review agenda (0.2); emails with MNAT team regarding same (0.1). |
| Piraino, Stephen D. | 05/09/25 | 0.7 | Call with Davis Polk team regarding workstreams (0.4); update workstreams list (0.3). |
| Resnick, Brian M. | 05/09/25 | 0.4 | Call with Davis Polk team regarding various workstreams. |
| Winiarski, Kevin L. | 05/09/25 | 0.8 | Attend workstreams call with Davis Polk team. |
| Giddens, Magali | 05/12/25 | 0.3 | Review recent docket filings and general case correspondence. |
| Cahill, Vincent | 05/13/25 | 0.6 | Correspondence with B. Resnick regarding case administration. |
| Graves, Will | 05/13/25 | 0.2 | Coordinate signature page execution for R. Robins. |
| Piraino, Stephen D. | 05/14/25 | 0.4 | Call with J. Goldberger regarding workstreams. |
| Prater, Rachel | 05/14/25 | 0.1 | Prepare for meeting with R. Chiu to transition workstream. |
| Giddens, Magali | 05/15/25 | 0.3 | Review recent docket filings and general case correspondence. |
| Graves, Will | 05/15/25 | 0.2 | Coordinate signature page execution for G. Amir. |
| Cahill, Vincent | 05/20/25 | 0.4 | Correspondence with B. Resnick regarding case administration. |
| Giddens, Magali | 05/21/25 | 0.4 | Review recent docket filings and general case correspondence. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Giddens, Magali | 05/23/25 | 1.1 | Calls and emails with Davis Polk team (0.6); document review (0.5). |
| Piraino, Stephen D. | 05/23/25 | 0.4 | Update workstreams chart (0.3); email same to Davis Polk team (0.1). |
| Resnick, Brian M. | 05/28/25 | 0.1 | Emails with shareholder and Davis Polk team. |
| Piraino, Stephen D. | 05/30/25 | 0.4 | Update workstreams chart (0.3); email same to Davis Polk team (0.1). |
| Resnick, Brian M. | 05/30/25 | 0.1 | Emails with Davis Polk team regarding status update. |
| **Total BC10 General Case Administration** | | **9.9** | |
| | | | |
| **BC11 Hearing Preparation/Attendance** | | | |
| Piraino, Stephen D. | 05/09/25 | 5.7 | Prepare for hearing (4.3); emails with J. Kasen regarding hearing and fact stipulation (0.5); emails with Davis Polk and Morris Nichols regarding hearing (0.4); review proposed fact stipulation (0.5). |
| Goldberger, Jacob | 05/12/25 | 0.1 | Draft lease talking points for S. Piraino. |
| Piraino, Stephen D. | 05/12/25 | 7.4 | Call with Davis Polk team regarding hearing prep (0.2); call with A. Shpeen regarding hearing (0.1); prepare for hearing, including review of talking points (7.1). |
| Winiarski, Kevin L. | 05/12/25 | 2.1 | Prepare for May omnibus hearing, including preparation of talking points for S. Piraino (1.5); meet with S. Piraino regarding same (0.6). |
| Brock, Matthew R. | 05/13/25 | 4.0 | Attend omnibus hearing (2.0); prepare for same (2.0). |
| Giddens, Magali | 05/13/25 | 2.0 | Attend May 13 omnibus hearing via Zoom. |
| Goldberger, Jacob | 05/13/25 | 1.9 | Attend May 13 omnibus hearing via Zoom. |
| McClammy, James I. | 05/13/25 | 2.0 | Attend May 13 omnibus hearing remotely. |
| Piraino, Stephen D. | 05/13/25 | 6.5 | Prepare for May 13 omnibus hearing (3.7); attend hearing (2.8). |
| Resnick, Brian M. | 05/13/25 | 1.7 | Participate telephonically in May 13 omnibus court hearing. |
| Shpeen, Adam L. | 05/13/25 | 2.0 | Attend May 13 omnibus Big Lots hearing. |
| Winiarski, Kevin L. | 05/13/25 | 6.3 | Prepare for May 13 omnibus hearing, including preparation of talking points for same (3.5); attend same hearing (2.0); follow-up meetings with Davis Polk and Morris Nichols teams regarding same (0.8). |
| Menkes, Madeleine | 05/14/25 | 2.0 | Attend Big Lots May 13 omnibus Hearing. |
| Piraino, Stephen D. | 05/21/25 | 1.1 | Attend oral ruling on HomeView (0.3); post-ruling conference with Davis Polk team (0.6); emails with Davis Polk team and HomeView regarding order (0.2). |
| Resnick, Brian M. | 05/21/25 | 0.5 | Participate telephonically in hearing (0.3); discuss hearing with S. Piraino (0.2). |
| Winiarski, Kevin L. | 05/21/25 | 0.7 | Prepare for Court's oral bench ruling on HomeView motion (0.4); attend same (0.3). |
| **Total BC11 Hearing Preparation/Attendance** | | **46.0** | |
| | | | |
| **BC12 Litigation** | | | |

| | | | Time Detail By Project |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Brock, Matthew R. | 05/01/25 | 5.8 | Call with Jakks Pacific regarding motion to lift automatic stay (0.3); call with Kightlinger and Gray regarding same (0.2); emails with J. McClammy, insurers, movants, Big Lots, and others regarding same (1.0); consider strategy for same (1.0); call with Chubb regarding same (0.2); draft outline for appeal (3.1). |
| Goldberger, Jacob | 05/01/25 | 0.1 | Correspondence with M. Brock regarding production of lien evidence. |
| Piraino, Stephen D. | 05/01/25 | 3.2 | Prepare outline for Big Lots regarding status of appeal. |
| Brock, Matthew R. | 05/02/25 | 4.7 | Calls with movant Millan regarding motion to lift automatic stay (0.7); call with movant Jennings regarding same (0.2); emails with J. McClammy, movants, Big Lots, and others regarding same (1.0); call with J. McClammy regarding same (0.2); emails with Big Lots and J. McClammy regarding new claim (0.3); revise outline for appellate brief (2.3). |
| Piraino, Stephen D. | 05/02/25 | 1.5 | Review HomeView reply brief (0.4); calls and emails with K. Winiarski regarding same (0.4); research various matters related to same (0.7). |
| Piraino, Stephen D. | 05/02/25 | 3.4 | Review and revise appellate brief and outline. |
| Brock, Matthew R. | 05/03/25 | 3.6 | Draft motion to lift automatic stay (3.0); emails with J. McClammy and movants regarding same (0.3); revise appeal outline (0.2); emails with S. Piraino regarding same (0.1). |
| Resnick, Brian M. | 05/03/25 | 0.1 | Emails with Davis Polk team regarding potential litigation. |
| Shpeen, Adam L. | 05/03/25 | 0.7 | Call with Kent regarding GBRP (0.2); emails regarding same (0.5). |
| Brock, Matthew R. | 05/04/25 | 1.2 | Emails with J. McClammy, others regarding motion to lift automatic stay (0.2); revise same (0.8); emails with B. Resnick, A. Shpeen, J. McClammy, others regarding asset purchase agreement (0.2). |
| Resnick, Brian M. | 05/04/25 | 0.2 | Emails with clients and Davis Polk team regarding potential litigation issues. |
| Brock, Matthew R. | 05/05/25 | 5.3 | Call with AlixPartners, others regarding asset purchase agreement (0.5); call with AlixPartners, others regarding same (0.5); draft summary of issues concerning same (0.5); analyze same (0.7); emails with J. McClammy, S. Piraino, K. Winiarski, others regarding same (0.5); call with Big Lots regarding motions to lift automatic stay (0.3); emails with J. McClammy, Big Lots, movants regarding same (1.0); call with S. Piraino regarding same (0.2); strategy for same (0.8); emails with J. McClammy, S. Piraino, K. Winiarski regarding asset purchase agreement (0.3). |
| McClammy, James I. | 05/05/25 | 1.2 | Teleconference with Davis Polk team and AlixPartners regarding GBRP issues (0.5); teleconference with R. Robins and M. Brock regarding lift stay issues (0.5); follow up regarding same (0.2). |
| Piraino, Stephen D. | 05/05/25 | 3.1 | Call with R. Robins regarding litigation matters (0.4); review of appellate record for various matters (2.7). |
| Resnick, Brian M. | 05/05/25 | 0.5 | Call with K. Percy and Davis Polk team regarding potential litigation. |
| Shpeen, Adam L. | 05/05/25 | 0.5 | Call with AlixPartners and internal team regarding GBRP disputes. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Winiarski, Kevin L. | 05/05/25 | 0.9 | Call with Davis Polk team and K. Percy regarding GBRP issues (0.5); call with Big Lots team regarding same (0.4). |
| Brock, Matthew R. | 05/06/25 | 5.6 | Emails with AlixPartners and Davis Polk team regarding asset purchase agreement (0.1); strategy for appeal (0.8); call with movant regarding lift stay motion (0.2); call with Big Lots regarding same (0.4); emails with Big Lots, Movants, J. McClammy, S. Piraino, Morris Nichols, others regarding same (1.1); consider strategy for same (0.7); call with Big Lots regarding asset purchase agreement (0.6); strategy for same (0.8); emails with AlixPartners, B. Resnick, A. Shpeen, J. McClammy, others regarding same (0.7); emails with Morris Nichols regarding lift stay motion (0.1); email S. Piraino regarding asset purchase agreement (0.1). |
| McClammy, James I. | 05/06/25 | 1.3 | Teleconference with Davis Polk and Big Lots teams regarding GBRP issues (0.5); review agreements and emails regarding same (0.8). |
| Piraino, Stephen D. | 05/06/25 | 2.3 | Emails with M. Brock regarding lift stays (0.2); review and edit appellate outline (1.2); review appellate record for various issues (0.9). |
| Resnick, Brian M. | 05/06/25 | 0.5 | Calls with A. Shpeen regarding potential litigation (0.4); emails with Davis Polk team regarding same (0.1). |
| Shpeen, Adam L. | 05/06/25 | 1.8 | Review GBRP dispute materials (0.4); call with Big Lots regarding the same (0.7); call with S. Fox regarding same (0.2); call with R. Robins regarding same (0.3); calls with B. Resnick regarding same (0.2). |
| Winiarski, Kevin L. | 05/06/25 | 1.0 | Call with Davis Polk team regarding GBRP issues (0.4); review GBRP sale filings in connection with same (0.5); email to S. Piraino regarding same (0.1). |
| Brock, Matthew R. | 05/07/25 | 5.7 | Emails with B. Resnick, A. Shpeen, J. McClammy, others team regarding asset purchase agreement (0.1); research for same (0.2); revise sur-reply to motion to compel (1.2); emails with K. Winiarski regarding same (0.1); call with movant regarding lift stay motion (0.5); emails with J. McClammy, movants, others regarding same (0.7); call with AlixPartners, J. McClammy, and Davis Polk team regarding asset purchase agreement (0.5); emails with Big Lots, AlixPartners, J. McClammy and Davis Polk team regarding same (0.7); revise sur-reply to motion to compel (0.4); emails with S. Piraino and K. Winiarski regarding same (0.5); review filings for same (0.5); emails with A. Saruski and S. Piraino regarding case status (0.3). |
| Resnick, Brian M. | 05/07/25 | 0.5 | Calls with A. Shpeen regarding potential litigation issues (0.3); emails with Davis Polk team and AlixPartners teams regarding same (0.2). |
| Weigel, Heather | 05/07/25 | 0.6 | Conference call with AlixPartners and Davis Polk team regarding payroll. |
| Winiarski, Kevin L. | 05/07/25 | 0.7 | Call with Davis Polk team regarding GBRP issues. |
| Bi, Jonathan | 05/08/25 | 3.1 | Research into name change effect of litigation proceedings (0.5); review name change research into litigation impact (1.2); review emails for payroll dispute with GBRP (1.4). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Brock, Matthew R. | 05/08/25 | 3.7 | Emails with Big Lots, J. McClammy regarding motion to lift automatic stay (0.3); revise objection to same (0.4); revise objection to motion to dismiss automatic stay (0.8); emails with J. McClammy, movants, others regarding same (0.6); call with movant regarding same (0.4); call with J. McClammy regarding same (0.2); call with A. Shpeen, J. McClammy, others regarding asset purchase agreement (0.5); emails with Big Lots, A. Shpeen, J. McClammy, regarding same (0.5). |
| McClammy, James I. | 05/08/25 | 2.4 | Teleconference M. Brock regarding Bogle litigation matter (0.2); follow up regarding Creditors Committee potential litigation matters (0.4); review underlying materials (0.3); teleconference Davis Polk team, AlixPartners regarding GBRP issues (0.5); emails, follow up regarding lift stay motions (1.0). |
| Piraino, Stephen D. | 05/08/25 | 0.3 | Emails with M. Brock regarding lift stay matter. |
| Winiarski, Kevin L. | 05/08/25 | 0.5 | Call with Davis Polk team regarding GBRP issues. |
| Brock, Matthew R. | 05/09/25 | 6.2 | Call with movant regarding motion to lift automatic say (0.1); call with Big Lots regarding same (0.3); call with Morris Nichols, movant regarding same (0.2); emails with J. McClammy, Big Lots, movants, Morris Nichols, others regarding same (1.5); revise objection to same (1.2); revise objection to motion to compel (0.6); review filings for same (0.5); emails with S. Piraino, K. Winiarski, Morris Nichols, movant regarding same (0.6); call with S. Piraino regarding same (0.2); call with A. Shpeen, S. Piraino, others regarding matter status (0.5); revise outline for appeal (0.4); emails with J. McClammy, B. Resnick, A. Shpeen, others regarding same (0.1). |
| McClammy, James I. | 05/09/25 | 0.7 | Emails with Davis Polk and AlixPartners teams regarding follow up on lift stay and GBRP litigation issues. |
| Resnick, Brian M. | 05/09/25 | 0.3 | Review letter from GRBP regarding dispute (0.1); review outline of arguments for appeal of sale order (0.2). |
| Brock, Matthew R. | 05/10/25 | 0.2 | Review changes to objection to HomeView motion. |
| Brock, Matthew R. | 05/11/25 | 0.5 | Emails with A. Shpeen regarding asset purchase agreement (0.2); emails with Morris Nichols, and J. McClammy regarding motion to compel (0.3). |
| Resnick, Brian M. | 05/11/25 | 0.2 | Emails with Davis Polk team regarding potential litigation with GBRP. |
| Shpeen, Adam L. | 05/11/25 | 0.9 | Emails with Davis Polk team regarding GBRP dispute. |

| Time Detail By Project | | | |
| --- | --- | --- | --- |
| **Name** | **Date** | **Hours** | **Narrative** |
| Brock, Matthew R. | 05/12/25 | 4.5 | Call with L. Chisholm, T. Sun, S. Stroman regarding appeal (0.3); strategy for same (0.2); call with AlixPartners, J. McClammy, A. Shpeen, others regarding asset purchase agreement (0.4); call with Big Lots, AlixPartners, J. McClammy, A. Shpeen, others regarding same (0.5); call with Creditors Committee regarding same (0.3); emails with J. McClammy, A. Shpeen, others regarding same (0.4); call with J. McClammy, S. Piraino, K. Winiarski, others regarding motion to compel (0.3); call with movant, S. Piraino, K. Winiarski, Morris Nichols regarding same (0.4); emails with J. McClammy, S. Piraino, others regarding same (0.7); strategy for appeal (0.2); review talking points for omnibus hearing (0.4); emails with S. Piraino, K. Winiarski, and Morris Nichols regarding same (0.4). |
| Brock, Matthew R. | 05/12/25 | 1.0 | strategy for appeal (0.2); review talking points for omnibus hearing (0.4); emails with S. Piraino, K. Winiarski, and Morris Nichols regarding same (0.4). |
| Chisholm, Louis W. | 05/12/25 | 0.3 | Attend meeting with M. Brock to discuss appeal related research issues (0.2); attend to correspondence with M. Brock regarding research questions for appeal (0.1). |
| McClammy, James I. | 05/12/25 | 1.9 | Review pleadings (1.1); meet with S. Piraino, M. Brock regarding hearing presentation (0.3); teleconference with Davis Polk, and MWE regarding GBRP issues, potential litigation (0.5). |
| Piraino, Stephen D. | 05/12/25 | 0.8 | Call with Davis Polk team regarding budget matter (0.3); call with Big Lots team regarding budget matter (0.5). |
| Shpeen, Adam L. | 05/12/25 | 1.2 | Calls with Davis Polk team regarding GBRP dispute (0.6); call with clients regarding the same (0.6). |
| Stroman, Samantha | 05/12/25 | 0.2 | Videoconference with M. Brock, and Davis Polk team regarding matter status, and appeal briefing. |
| Sun, Tony | 05/12/25 | 0.2 | Call with M. Brock, L. Chisholm, and S. Stroman regarding case status and next steps. |
| Winiarski, Kevin L. | 05/12/25 | 3.0 | Call with Davis Polk team regarding GBRP issues (0.5); call with R. Robins and Big Lots team regarding same (0.5); call with M. Brock and S. Piraino regarding HomeView motion (0.5); call with J. Kasen and S. Piraino regarding same (0.5); call with Morris Nichols team regarding same (0.5); emails with Davis Polk team regarding same (0.5). |
| Brock, Matthew R. | 05/13/25 | 2.7 | Discuss May 13 omnibus hearing with S. Piraino, K. Winiarski, Morris Nichols, others (2.0); emails with J. McClammy, HomeView, and Davis Polk and Morris Nichols teams regarding same (0.4); emails with L. Chisholm, S. Stroman, T. Sun regarding appeal (0.3). |
| Chisholm, Louis W. | 05/13/25 | 0.1 | Correspondence M. Brock regarding research related to Section 363(m). |
| McClammy, James I. | 05/13/25 | 2.0 | Communicate with M. Brock regarding cross-examination of HomeView witness. |
| Resnick, Brian M. | 05/13/25 | 0.3 | Discuss potential litigation with K. Percy and A. Shpeen. |
| Shpeen, Adam L. | 05/13/25 | 1.5 | Review and revise outline for appeal brief. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Brock, Matthew R. | 05/14/25 | 2.9 | Emails with AIG regarding insurance coverage (0.1); emails with J. McClammy, Morris Nichols, others regarding automatic stay (0.7); draft letter to Gordon Brothers regarding asset purchase agreement (0.8); emails with S. Piraino regarding same (0.2); draft appellate brief (0.9); emails with L. Chisholm, and T. Sun regarding same (0.2). |
| Piraino, Stephen D. | 05/14/25 | 2.9 | Calls and emails with Davis Polk team, and Big Lots team regarding 9019 motion (0.5); review letter to counsel to GBRP (0.4); emails with M. Brock regarding same (0.2); analyze various issues for appeal brief (1.8). |
| Resnick, Brian M. | 05/14/25 | 0.4 | Review outline of arguments for sale order appeal and comments thereto. |
| Shpeen, Adam L. | 05/14/25 | 0.5 | Call with S. Fox regarding GBRP dispute. |
| Stroman, Samantha | 05/14/25 | 0.6 | Review appellants' brief in connection with drafting appellees' brief. |
| Brock, Matthew R. | 05/15/25 | 1.4 | Emails with A. Shpeen, and Big Lots regarding asset purchase agreement (0.1); call with plaintiff, S. Piraino regarding automatic stay (0.3); emails with J. McClammy, A. Shpeen, others regarding asset purchase agreement (0.4); emails with T. Sun regarding appeal (0.1); review and revise appellees, brief (0.5). |
| Chisholm, Louis W. | 05/15/25 | 1.6 | Conduct legal research pertaining to sales pursuant to Section 363 (1.0); draft summary memorializing findings of same (0.6). |
| Piraino, Stephen D. | 05/15/25 | 0.5 | Calls with Davis Polk team and claimant's counsel regarding lift stays. |
| Resnick, Brian M. | 05/15/25 | 0.3 | Emails with Davis Polk team regarding various litigation issues. |
| Shpeen, Adam L. | 05/15/25 | 0.9 | Email with R. Robins regarding GBRP dispute (0.4); review letter relating to the same (0.5). |
| Brock, Matthew R. | 05/16/25 | 1.8 | Emails with Vorys regarding matter status (0.2); revise letter to Gordon Brothers regarding asset purchase agreement (0.6); emails with A. Shpeen, others regarding same (0.3); draft appellate brief (0.7). |
| Chisholm, Louis W. | 05/16/25 | 1.6 | Conduct legal research pertaining to 363 Sales (0.5); draft summary of same for M. Brock (1.1). |
| Resnick, Brian M. | 05/16/25 | 0.2 | Review letter to GBRP regarding potential litigation. |
| Winiarski, Kevin L. | 05/16/25 | 2.0 | Draft declarations in connection with Hurricane Ian 9019 motion and litigation agreements assumption motion (1.5); emails with Morris Nichols and Big Lots teams regarding same (0.5). |
| Brock, Matthew R. | 05/17/25 | 0.6 | Review and revise appellate brief. |
| Sun, Tony | 05/18/25 | 1.2 | Conduct legal research regarding appellate issues. |
| Brock, Matthew R. | 05/19/25 | 3.4 | Draft opposition to district court appeal (2.5); revise tolling agreement (0.4); emails with Baker Hostetler regarding matter status (0.2); emails with L. Chisholm and T. Sun regarding appeal (0.3). |
| Chisholm, Louis W. | 05/19/25 | 0.5 | Attend to correspondence with M. Brock regarding research into Section 363 for appellate brief. |

| | **Time Detail By Project** | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Piraino, Stephen D. | 05/19/25 | 0.7 | Review letter to GBRP regarding funding issues (0.3); emails with Big Lots and Davis Polk regarding same (0.4). |
| Stroman, Samantha | 05/19/25 | 4.0 | Conduct due process research in preparation for appeal response. |
| Sun, Tony | 05/19/25 | 0.9 | Legal research regarding appellate issues. |
| Brock, Matthew R. | 05/20/25 | 8.5 | Draft opposition to district court appeal (1.8); call with A. Shpeen regarding GBRP (0.1); emails with Creditors Committee, B. Resnick, A. Shpeen, J. McClammy, and Katten Muchin and others regarding draft complaint (0.7); review and analyze same (0.4); revise letter to GBRP regarding asset purchase agreement (0.5); emails with J. McClammy, A. Shpeen, Big Lots, Creditors Committee, and others regarding same (0.6); emails with movants regarding automatic stay (0.2); revise appellate brief (4.2). |
| Piraino, Stephen D. | 05/20/25 | 1.7 | Analyze budget issues (1.1); emails with Davis Polk team regarding letter to GBRP (0.3); review draft of same (0.3). |
| Resnick, Brian M. | 05/20/25 | 1.0 | Review Creditors Committee draft complaint against directors and officers (0.5); call with S. Reisman regarding same (0.2); emails with Davis Polk team regarding same (0.2); call with A. Shpeen regarding same (0.1). |
| Stroman, Samantha | 05/20/25 | 5.5 | Conduct due process research in preparation for appeal response and summarize findings regarding same (5.3); correspond with M. Brock, others regarding same (0.2). |
| Brock, Matthew R. | 05/21/25 | 8.3 | Emails with Big Lots, J. McClammy, BHSI, and others regarding draft complaint (0.5); call with Katten Muchin, J. McClammy, and Davis Polk team regarding same (0.5); emails with movants regarding automatic stay (0.2); call with movants regarding same (0.1); emails with Creditors Committee, GBRP, Big Lots, AlixPartners, and Davis Polk team regarding asset purchase agreement (0.5); revise letter to GBRP regarding same (0.4); draft opposition to district court appeal (2.7); revise opposition to district court appeal (3.4). |
| Resnick, Brian M. | 05/21/25 | 1.2 | Call with Katten team regarding draft complaint (0.6); emails with Big Lots, Katten Muchin and Davis Polk team regarding same (0.4); review and revise email to party that filed objection (0.2). |
| Brock, Matthew R. | 05/22/25 | 7.0 | Emails with J. McClammy, A. Shpeen, BHSI regarding Creditors Committee complaint (0.3); revise appellate brief (3.2); emails with A. Shpeen, J. McClammy, K. Winiarski, and Davis Polk team regarding same (0.4); draft opposition to district court appeal (3.1). |
| Piraino, Stephen D. | 05/22/25 | 1.1 | Conduct initial review of appeal brief. |
| Resnick, Brian M. | 05/22/25 | 0.4 | Review draft of sale order appellate brief. |
| Brock, Matthew R. | 05/23/25 | 0.7 | Emails with A. Shpeen, S. Piraino, and others regarding matter status (0.2); revise tolling agreement (0.1); emails with plaintiff's counsel, Big Lots, and J. McClammy regarding same (0.3); emails with BHSI regarding Creditors Committee complaint (0.1). |
| Piraino, Stephen D. | 05/23/25 | 2.7 | Review and revise appellees' brief. |
| Brock, Matthew R. | 05/26/25 | 0.1 | Emails with A. Shpeen regarding appeal. |
| Resnick, Brian M. | 05/26/25 | 0.5 | Review revisions to appeal brief for GRBP sale order. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Shpeen, Adam L. | 05/26/25 | 2.0 | Review appeal brief for GRBP sale order. |
| Brock, Matthew R. | 05/27/25 | 3.8 | Call with BHSI and J. McClammy regarding Creditor Committee complaint (0.5); prepare for same (0.2); emails with Big Lots and Katten Muchin regarding same (0.2); emails with S. Piraino, K. Winiarski, and Davis Polk team regarding appeal (0.3); revise appellate brief (2.6). |
| Chisholm, Louis W. | 05/27/25 | 0.9 | Conduct legal research regarding Section 363 for appellate brief. |
| Piraino, Stephen D. | 05/27/25 | 0.7 | Call with S. Fox regarding appeal (0.4); emails with Davis Polk team regarding same (0.3). |
| Resnick, Brian M. | 05/27/25 | 0.1 | Emails with Davis Polk team and clients regarding D&O litigation. |
| Brock, Matthew R. | 05/28/25 | 2.7 | Revise appellate brief (2.0); emails with A. Shpeen regarding same (0.1); revise appellate brief (0.4); emails with L. Chisholm regarding same (0.2). |
| Chisholm, Louis W. | 05/28/25 | 4.0 | Conduct legal research regarding section 363(m) for appellate brief (3.5); attend to correspondence with M. Brock regarding same (0.5). |
| Resnick, Brian M. | 05/28/25 | 0.4 | Review revisions to brief regarding appeal of sale order. |
| Winiarski, Kevin L. | 05/28/25 | 1.6 | Review latest draft of appeals brief (1.0); comment on and revise same (0.6). |
| Piraino, Stephen D. | 05/29/25 | 2.4 | Analyze various issues related to appeal. |
| Brock, Matthew R. | 05/30/25 | 1.2 | Emails with Morris Nichols regarding automatic stay (0.2); emails with J. McClammy, A. Shpeen, Morris Nichols, others regarding appeal (0.4); review motion to compel payment (0.5); emails with S. Piraino, others regarding same (0.1). |
| Chisholm, Louis W. | 05/30/25 | 2.9 | Review and revise factual and legal authorities cited in appellate brief. |
| McClammy, James I. | 05/30/25 | 1.6 | Review motion to enforce filed by GBRP (1.2); follow up regarding potential strategies (0.4). |
| Piraino, Stephen D. | 05/30/25 | 1.4 | Review GBRP motion to enforce (0.5); emails with Big Lots team regarding motion to enforce (0.7); emails with Davis Polk team regarding same (0.2). |
| Resnick, Brian M. | 05/30/25 | 0.3 | Review GBRP motion to enforce sale order. |
| Stroman, Samantha | 05/30/25 | 0.3 | Review draft appellees' brief. |
| Shpeen, Adam L. | 05/31/25 | 1.6 | Review and revise appellate brief. |
| **Total BC12 Litigation** | | **190.2** | |
| | | | |
| **BC14 Regulatory; Antitrust; Tax; IP** | | | |
| Piraino, Stephen D. | 05/02/25 | 0.2 | Emails with counsel to taxing authority regarding tax matter. |
| Piraino, Stephen D. | 05/06/25 | 0.7 | Calls and emails with Big Lots regarding tax matter. |
| Piraino, Stephen D. | 05/08/25 | 0.7 | Calls with MNAT, counsel to taxing authorities regarding tax matters. |
| Bi, Jonathan | 05/09/25 | 0.1 | Review Broyhill IP assignment agreement. |
| Matlock, Tracy L. | 05/09/25 | 0.1 | Email regarding company question regarding stock treatment. |
| Mazero, Gabrielle | 05/09/25 | 0.1 | Review correspondence related to IP assignment agreement. |
| Goldberger, Jacob | 05/10/25 | 0.1 | Review email correspondence regarding Broyhill IP assignment. |
| Bi, Jonathan | 05/13/25 | 0.3 | Execute assignment of intellectual property Broyhill. |

| Time Detail By Project | | | |
| --- | --- | --- | --- |
| **Name** | **Date** | **Hours** | **Narrative** |
| Matlock, Tracy L. | 05/13/25 | 1.3 | Analysis regarding stock abandonment (1.2); related email (0.1). |
| Matlock, Tracy L. | 05/14/25 | 0.4 | Analysis regarding stock deduction issues. |
| Mazero, Gabrielle | 05/14/25 | 0.3 | Review execution version of IP assignment agreement for Broyhill IP |
| Peters, Caroline | 05/14/25 | 3.0 | Research IRS code, regulations and case law for question for Board. |
| Mazero, Gabrielle | 05/15/25 | 0.1 | Review execution version of IP assignment agreement for Broyhill IP. |
| Peters, Caroline | 05/15/25 | 0.1 | Correspondence with tax team regarding abandonment letter. |
| Mazero, Gabrielle | 05/16/25 | 0.1 | Review execution version of IP assignment agreement for Broyhill IP. |
| Piraino, Stephen D. | 05/16/25 | 0.3 | Emails with counsel to taxing authorities. |
| Mazero, Gabrielle | 05/19/25 | 0.5 | Review execution version of intellectual property assignment agreement for Broyhill intellectual property and prior intellectual property assignment documentation from Big Lots to address assignor questions from GBRP. |
| Matlock, Tracy L. | 05/20/25 | 0.1 | Email with Davis Polk team regarding stock deduction. |
| Mazero, Gabrielle | 05/20/25 | 0.1 | Review execution version of intellectual property assignment agreement for Broyhill intellectual property and prior intellectual property assignment documentation from Big Lots to address assignor questions from GBRP. |
| Bi, Jonathan | 05/21/25 | 0.1 | Discuss restructuring process with Davis Polk intellectual property team. |
| Mazero, Gabrielle | 05/21/25 | 0.3 | Review execution version of intellectual property assignment agreement for Broyhill intellectual property and prior intellectual property assignment documentation from Big Lots to address assignor questions from GBRP. |
| Peters, Caroline | 05/21/25 | 0.5 | Draft stock abandonment letter. |
| Goldberger, Jacob | 05/22/25 | 0.5 | Research regarding Broyhill intellectual property chain of ownership. |
| Mazero, Gabrielle | 05/22/25 | 0.3 | Review prior Broyhill bankruptcy documentation to address assignor questions from GBRP. |
| Piraino, Stephen D. | 05/22/25 | 1.4 | Calls with Davis Polk team regarding IP matter (0.4); review and analyze IP matter (1.0). |
| Matlock, Tracy L. | 05/23/25 | 0.1 | Email regarding stock deductions. |
| Mazero, Gabrielle | 05/23/25 | 0.1 | Review prior Broyhill bankruptcy documentation to address assignor questions from GBRP. |
| Piraino, Stephen D. | 05/23/25 | 2.5 | Research tax issue (2.2); emails with Davis Polk tax team regarding tax matter (0.1); emails with Big Lots regarding tax matter (0.2). |
| Piraino, Stephen D. | 05/28/25 | 3.7 | Call with Big Lots team regarding tax matter (0.5); follow-up research regarding tax matter (3.2). |
| Mazero, Gabrielle | 05/29/25 | 0.4 | Review prior Broyhill bankruptcy documentation to address assignor questions from GBRP (0.3); correspond with corporate teams regarding domain name procedures (0.1). |
| Matlock, Tracy L. | 05/30/25 | 0.8 | Draft letters regarding stock abandonment (0.6); email regarding same (0.2). |
| **Total BC14 Regulatory; Antitrust; Tax; IP** | | **19.3** | |

**BC16 Retention DPW: Preparation of Fee Applications, Budgeting**

| | | | |
| --- | --- | --- | --- |
| Resnick, Brian M. | 05/01/25 | 0.2 | Review Davis Polk monthly fee application. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Winiarski, Kevin L. | 05/01/25 | 1.3 | Review and revise March invoice for privilege and confidentiality. |
| Shpeen, Adam L. | 05/04/25 | 0.4 | Review March monthly fee statement. |
| Giddens, Magali | 05/05/25 | 0.2 | Prepare and circulate email regarding weekly billing report and correspondence with timekeeper regarding estimated hours. |
| Winiarski, Kevin L. | 05/05/25 | 3.0 | Review and revise March invoice for privilege and confidentiality (1.5); draft second interim fee application (1.5). |
| Giddens, Magali | 05/06/25 | 0.9 | Review and revise April billing detail. |
| Giddens, Magali | 05/06/25 | 0.4 | Request billing invoice in connection with billing detail report (0.1); review same (0.1); correspondence with V. Cahill regarding potential estimated time (0.1); review correspondence from V. Cahill to B. Resnick regarding billing report (0.1). |
| Giddens, Magali | 05/07/25 | 0.8 | Review April billing detail for privilege and confidentiality. |
| Giddens, Magali | 05/08/25 | 2.3 | Review March fee application (0.7); review and revise April billing detail for privilege and confidentiality (1.6). |
| Giddens, Magali | 05/09/25 | 0.7 | Review team correspondence and documents regarding April billing. |
| Giddens, Magali | 05/12/25 | 1.0 | Correspondence with team in connection with time entries for billing report (0.1); review and revise May billing detail (0.9). |
| Giddens, Magali | 05/13/25 | 2.6 | Draft billing report; review and revise May billing detail, documents, calls. |
| Giddens, Magali | 05/14/25 | 0.8 | Review and revise May billing detail (0.7); correspondence with D. Shirley regarding additional billing detail (0.1). |
| Winiarski, Kevin L. | 05/14/25 | 1.1 | Review and finalize second interim fee application (1.0); emails with B. Resnick and A. Shpeen regarding same (0.1). |
| Giddens, Magali | 05/15/25 | 1.1 | Review and revise billing detail (1.0); correspondence with D. Shirley regarding same (0.1). |
| Giddens, Magali | 05/15/25 | 0.5 | Review interim fee applications regarding case status. |
| Resnick, Brian M. | 05/15/25 | 0.3 | Review Davis Polk second interim fee application. |
| Winiarski, Kevin L. | 05/15/25 | 0.8 | Finalize second interim fee application (0.6); emails with S. Rogers Churchill regarding same (0.2). |
| Giddens, Magali | 05/16/25 | 0.9 | Review and revise billing detail. |
| Giddens, Magali | 05/19/25 | 0.2 | Correspondence with team regarding billing report (0.1); correspondence with timekeeper regarding same (0.1). |
| Giddens, Magali | 05/20/25 | 1.4 | Work on billing report (0.8); claimant call (0.3); review correspondence (0.3). |
| Giddens, Magali | 05/21/25 | 0.7 | Review and revise May billing detail. |
| **Total BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | **21.6** | |
| | | | |
| **BC18 Travel (Non-Working)** | | | |
| Brock, Matthew R. | 05/13/25 | 0.4 | Travel to and from May 13 omnibus hearing in Wilmington, DE. |
| Piraino, Stephen D. | 05/13/25 | 2.2 | Travel to and from Wilmington, DE for May 13 omnibus hearing. |
| Winiarski, Kevin L. | 05/13/25 | 1.6 | Travel to and from Wilmington, DE for May 13 omnibus hearing. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| **Total BC18 Travel (Non-Working)** | | **4.2** | |
| **TOTAL** | | **424.2** | |