**EXHIBIT B**

**EXPENSE SUMMARY**
**BIG LOTS, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**
**May 1, 2025 through May 31, 2025**

| Expense Category | Total Expenses |
|---|---|
| Computer Research | $1,839.12 |
| Court and Related Fees | $7.90 |
| Meals | $40.00 |
| Outside Documents & Research | $20.23 |
| Travel | $1,302.13 |
| **Grand Total Expenses** | **$3,209.38**[1] |

---

[1] This amount reflects a voluntary reduction in expenses in the amount of $3,771.88.

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 05/31/25 | Court and related fees | Pacer transactions 05/2025 | $7.90 |
| 05/12/25 | Meals | Piraino, Stephen D., 6:30pm, OT Dinner from Parm | $40.00 |
| 05/15/25 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For LOUIS CHISHOLM | $7.78 |
| 05/15/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For LOUIS CHISHOLM | $0.55 |
| 05/20/25 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For MATTHEW BROCK | $0.27 |
| 05/20/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For MATTHEW BROCK | $0.27 |
| 05/30/25 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For LOUIS CHISHOLM | $1.93 |
| 05/30/25 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For LOUIS CHISHOLM | $7.78 |
| 05/30/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For LOUIS CHISHOLM | $1.65 |
| 05/08/25 | Travel | Piraino, Stephen, Amtrak from NY Penn Station to Wilmington DE ahead of May 13 omnibus hearing | $324.56 |
| 05/13/25 | Travel | Piraino, Stephen D., Amtrak from New York to Wilmington, DE prior to May 13 omnibus hearing | $(288.00) |
| 05/13/25 | Travel | Piraino, Stephen D., Amtrak from Wilmington, DE to New York after May 13 omnibus hearing | $120.13 |
| 05/13/25 | Travel | Brock, Matthew R., Uber, Uber from Newark, NJ Amtrak station to home after May 13 omnibus hearing | $41.92 |
| 05/13/25 | Travel | Brock, Matthew R., Taxi from Newark, NJ Amtrak station to home after May 13 omnibus hearing | $38.99 |
| 05/13/25 | Travel | Winiarski, Kevin L., Uber, Uber from Morris Nichols offices to Wilmington, DE Amtrak station after May 13 omnibus hearing | $12.92 |

2

3

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 05/13/25 | Travel | Winiarski, Kevin L., Uber, Uber from Wilmington, DE Amtrak station to Morris Nichols offices prior to May 13 omnibus hearing | $8.49 |
| 05/13/25 | Travel | Brock, Matthew R., Amtrak from Newark, NJ to Wilmington, DE prior to May 13 omnibus hearing | $358.00 |
| 05/13/25 | Travel | Brock, Matthew R., Amtrak from Wilmington DE to New York after May 13 omnibus hearing | $153.00 |
| 05/13/25 | Travel | Winiarski, Kevin L., Amtrak from New York to Wilmington, DE ahead of May 13 omnibus hearing | $253.00 |
| 05/13/25 | Travel | Winiarski, Kevin L., Amtrak from Wilmington, DE to New York after May 13 omnibus hearing | $157.00 |
| 05/13/25 | Travel | Piraino, Stephen D., 7:00am car service from home to NY Penn Station ahead of May 13 omnibus hearing | $122.12 |
| | | Lexis | $1,066.32 |
| | | Westlaw | $772.80 |
| **TOTAL** | | | **$3,209.38** |