**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2025 TO MAY 31, 2025**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Steven Simms | Senior Managing Director | $1,525 | 1.5 | $2,287.50 |
| Guy Davis | Senior Managing Director | 1,420 | 16.2 | 23,004.00 |
| Elizabeth Hu | Senior Managing Director | 1,305 | 17.8 | 23,229.00 |
| Megan Hyland | Managing Director | 1,155 | 14.4 | 16,632.00 |
| Justin Koehler | Managing Director | 1,120 | 5.0 | 5,600.00 |
| Brian Taylor | Managing Director | 1,095 | 19.1 | 20,914.50 |
| Calvin Aas | Senior Consultant | 760 | 25.7 | 19,532.00 |
| David Berry | Senior Consultant | 645 | 43.5 | 28,057.50 |
| Sophia Cassidy | Consultant | 575 | 5.6 | 3,220.00 |
| Marili Hellmund-Mora | Manager | 355 | 0.6 | 213.00 |
| **GRAND TOTAL** | | | **149.4** | **$142,689.50** |

**EXHIBIT B**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 1, 2025 TO MAY 31, 2025**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 13.0 | $11,801.50 |
| 5 | Real Estate Issues | 0.3 | 228.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 8.6 | 9,117.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 111.9 | 109,755.00 |
| 24 | Preparation of Fee Application | 15.6 | 11,788.00 |
| | **GRAND TOTAL** | **149.4** | **$142,689.50** |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2025 TO MAY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 5/2/2025 | Calvin Aas | 0.3 | Participate on call with the Debtors' financial advisors re: liquidity update. |
| 2 | 5/2/2025 | Calvin Aas | 0.2 | Review the Debtors' liquidity reporting. |
| 2 | 5/2/2025 | Megan Hyland | 0.3 | Participate on call with the Debtors' financial advisors re: liquidity update. |
| 2 | 5/5/2025 | Steven Simms | 0.4 | Prepare correspondence on wind down plan. |
| 2 | 5/6/2025 | Calvin Aas | 0.3 | Draft correspondence to Committee counsel re: liquidity updates. |
| 2 | 5/6/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 5/6/2025 | Calvin Aas | 0.2 | Draft correspondence to the Debtors' financial advisors re: liquidity updates. |
| 2 | 5/6/2025 | Calvin Aas | 1.6 | Prepare draft liquidity update presentation for Committee. |
| 2 | 5/6/2025 | Calvin Aas | 0.3 | Review the Debtors' liquidity reporting. |
| 2 | 5/6/2025 | Megan Hyland | 0.5 | Review and provide feedback on draft liquidity update for Committee. |
| 2 | 5/7/2025 | Calvin Aas | 0.5 | Assess the Debtors' historical liquidity reporting ahead of call with Debtors' financial advisors. |
| 2 | 5/7/2025 | Calvin Aas | 0.1 | Draft correspondence to the Debtors' financial advisors re: budget. |
| 2 | 5/7/2025 | Calvin Aas | 0.1 | Participate on call with the Debtors' financial advisors re: cash balances. |
| 2 | 5/7/2025 | Elizabeth Hu | 0.3 | Review draft liquidity update for Committee. |
| 2 | 5/8/2025 | Elizabeth Hu | 0.2 | Review liquidity update for Committee. |
| 2 | 5/9/2025 | Calvin Aas | 1.6 | Prepare draft liquidity update presentation for Committee. |
| 2 | 5/9/2025 | Calvin Aas | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity updates. |
| 2 | 5/9/2025 | Megan Hyland | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity updates. |
| 2 | 5/12/2025 | Calvin Aas | 0.3 | Finalize draft liquidity update presentation for Committee. |
| 2 | 5/12/2025 | Megan Hyland | 0.3 | Review draft liquidity update for the Committee. |
| 2 | 5/13/2025 | Calvin Aas | 0.3 | Prepare final version of liquidity update presentation for Committee. |
| 2 | 5/13/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 5/14/2025 | Calvin Aas | 0.1 | Follow up with the Debtors' financial advisors re: liquidity forecasting updates. |
| 2 | 5/16/2025 | Megan Hyland | 0.2 | Review the Debtors' liquidity reporting. |
| 2 | 5/16/2025 | Megan Hyland | 0.5 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 5/20/2025 | Calvin Aas | 0.2 | Assess fees in connection with the budget. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2025 TO MAY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 5/20/2025 | Calvin Aas | 0.3 | Participate on call with FTI team re: liquidity updates. |
| 2 | 5/20/2025 | Megan Hyland | 0.3 | Participate on call with FTI team re: liquidity updates. |
| 2 | 5/22/2025 | Calvin Aas | 0.2 | Review the Debtors' liquidity reporting. |
| 2 | 5/23/2025 | Calvin Aas | 0.2 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 5/23/2025 | Megan Hyland | 0.2 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 5/27/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 5/29/2025 | Megan Hyland | 0.5 | Assess the Debtors' liquidity reporting. |
| 2 | 5/30/2025 | Calvin Aas | 0.1 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 5/30/2025 | Calvin Aas | 0.4 | Assess the Debtors' liquidity reporting. |
| 2 | 5/30/2025 | Megan Hyland | 0.1 | Participate on call with the Debtors' financial advisors re: liquidity. |
| **2 Total** | | | **13.0** | |
| 5 | 5/6/2025 | Calvin Aas | 0.2 | Draft correspondence to Committee counsel re: lease sales updates. |
| 5 | 5/6/2025 | Calvin Aas | 0.1 | Draft correspondence to the Debtors' financial advisors re: lease sales. |
| **5 Total** | | | **0.3** | |
| 14 | 5/5/2025 | Calvin Aas | 0.4 | Draft correspondence to Committee counsel re: administrative claims distribution. |
| 14 | 5/9/2025 | Steven Simms | 0.3 | Correspond with the FTI team re: administrative claim updates. |
| 14 | 5/12/2025 | Calvin Aas | 0.4 | Prepare update for Committee counsel re: administrative claims. |
| 14 | 5/14/2025 | Calvin Aas | 0.2 | Correspond with Committee counsel re: administrative claim updates. |
| 14 | 5/19/2025 | Elizabeth Hu | 0.2 | Correspond with FTI team re: administrative claim distribution update. |
| 14 | 5/19/2025 | Megan Hyland | 0.4 | Participate on call with the Debtors' financial advisors re: administrative claim distributions. |
| 14 | 5/19/2025 | Megan Hyland | 0.2 | Follow up with Debtors' financial advisors on questions re: claims distribution process. |
| 14 | 5/19/2025 | Steven Simms | 0.4 | Correspond with the FTI team re: administrative claim updates. |
| 14 | 5/23/2025 | Calvin Aas | 0.2 | Assess claims reconciliation analysis. |
| 14 | 5/23/2025 | Megan Hyland | 0.4 | Assess claims reconciliation analysis. |
| 14 | 5/28/2025 | Megan Hyland | 0.2 | Review update on administrative claims distribution. |
| 14 | 5/29/2025 | Calvin Aas | 0.9 | Assess administrative claims reporting. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2025 TO MAY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 5/29/2025 | Calvin Aas | 0.9 | Participate on call with the Debtors' financial advisors re: administrative claims. |
| 14 | 5/29/2025 | Elizabeth Hu | 0.3 | Assess administrative claim distribution issues. |
| 14 | 5/29/2025 | Megan Hyland | 0.5 | Assess administrative claims reconciliation analysis. |
| 14 | 5/29/2025 | Megan Hyland | 0.9 | Participate on call with the Debtors' financial advisors re: administrative claims. |
| 14 | 5/30/2025 | Calvin Aas | 0.4 | Assess correspondence re: administrative distribution. |
| 14 | 5/30/2025 | Elizabeth Hu | 0.3 | Review administrative distribution notice and related issues. |
| 14 | 5/30/2025 | Megan Hyland | 0.7 | Assess administrative distribution issues. |
| 14 | 5/30/2025 | Steven Simms | 0.4 | Correspond with the FTI team re: administrative claim updates. |
| **14 Total** | | | **8.6** | |
| 18 | 5/1/2025 | Brian Taylor | 1.0 | Participate on call with FTI team re: D&O investigation analysis. |
| 18 | 5/1/2025 | Brian Taylor | 0.7 | Assess documents re: D&O Investigation analysis. |
| 18 | 5/1/2025 | Calvin Aas | 1.3 | Update D&O Investigation analysis. |
| 18 | 5/1/2025 | David Berry | 1.4 | Create supporting financial analyses re: D&O investigation. |
| 18 | 5/1/2025 | David Berry | 3.0 | Prepare presentation materials for the D&O investigation analysis. |
| 18 | 5/1/2025 | David Berry | 2.2 | Update presentation materials for the D&O investigation analysis per comments from FTI team. |
| 18 | 5/1/2025 | David Berry | 2.0 | Prepare additional slides for D&O investigation presentation. |
| 18 | 5/1/2025 | David Berry | 2.7 | Update D&O investigation analysis assumptions. |
| 18 | 5/1/2025 | David Berry | 1.0 | Participate on call with FTI team re: D&O investigation analysis. |
| 18 | 5/1/2025 | David Berry | 1.0 | Update D&O investigation presentation per comments from FTI team. |
| 18 | 5/1/2025 | David Berry | 1.0 | Conduct final review of D&O investigation analysis. |
| 18 | 5/1/2025 | David Berry | 1.7 | Refine presentation materials for the D&O investigation analysis. |
| 18 | 5/1/2025 | David Berry | 2.9 | Prepare charts and graphs for inclusion in complaint. |
| 18 | 5/1/2025 | Elizabeth Hu | 1.3 | Review D&O investigation presentation. |
| 18 | 5/1/2025 | Elizabeth Hu | 0.4 | Review updated draft complaint and incorporate further edits. |
| 18 | 5/1/2025 | Elizabeth Hu | 2.4 | Review materials re: D&O investigation analysis. |
| 18 | 5/1/2025 | Elizabeth Hu | 2.6 | Edit D&O investigation presentation. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2025 TO MAY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/1/2025 | Guy Davis | 3.5 | Prepare analysis for D&O investigation. |
| 18 | 5/1/2025 | Guy Davis | 1.5 | Perform research re: D&O investigation. |
| 18 | 5/1/2025 | Guy Davis | 2.0 | Review analysis for D&O investigation. |
| 18 | 5/1/2025 | Justin Koehler | 3.7 | Perform financial research for D&O investigation. |
| 18 | 5/1/2025 | Justin Koehler | 1.3 | Update D&O investigation analysis assumptions. |
| 18 | 5/1/2025 | Megan Hyland | 0.6 | Assess revisions to D&O investigation analysis. |
| 18 | 5/1/2025 | Megan Hyland | 0.5 | Review revised draft complaint. |
| 18 | 5/2/2025 | Calvin Aas | 0.5 | Finalize updated draft complaint. |
| 18 | 5/2/2025 | David Berry | 1.8 | Update tables and graphs for draft complaint. |
| 18 | 5/2/2025 | David Berry | 2.1 | Update D&O investigation presentation per comments from FTI team. |
| 18 | 5/2/2025 | David Berry | 1.5 | Perform quality control analysis for D&O investigation presentation. |
| 18 | 5/2/2025 | David Berry | 0.8 | Revise select assumptions and outputs re: D&O investigation analysis. |
| 18 | 5/2/2025 | Elizabeth Hu | 2.3 | Finalize draft D&O investigation presentation. |
| 18 | 5/2/2025 | Guy Davis | 2.5 | Review D&O investigation presentation. |
| 18 | 5/2/2025 | Guy Davis | 3.0 | Draft edits to D&O investigation presentation. |
| 18 | 5/5/2025 | Brian Taylor | 0.7 | Review draft complaint. |
| 18 | 5/5/2025 | Brian Taylor | 0.5 | Review documents to prepare for call with Committee counsel re: D&O investigation presentation. |
| 18 | 5/5/2025 | Brian Taylor | 0.4 | Participate on call with FTI team to prepare for meeting with Committee counsel re: D&O investigation presentation. |
| 18 | 5/5/2025 | Brian Taylor | 1.2 | Participate on call with Committee counsel to discuss D&O investigation presentation. |
| 18 | 5/5/2025 | David Berry | 1.2 | Participate on call with Committee counsel to discuss D&O investigation presentation. |
| 18 | 5/5/2025 | David Berry | 2.2 | Update draft complaint. |
| 18 | 5/5/2025 | Elizabeth Hu | 1.2 | Participate on call with Committee counsel to discuss D&O investigation presentation. |
| 18 | 5/5/2025 | Guy Davis | 1.9 | Review documents to prepare for call with Committee counsel re: D&O investigation presentation. |
| 18 | 5/5/2025 | Guy Davis | 0.4 | Participate on call with FTI team to prepare for meeting with Committee counsel re: D&O investigation presentation. |
| 18 | 5/5/2025 | Guy Davis | 1.2 | Participate on call with Committee counsel to discuss D&O investigation presentation. |
| 18 | 5/6/2025 | Brian Taylor | 0.8 | Review documents related to draft complaint. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2025 TO MAY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/6/2025 | Brian Taylor | 1.0 | Assess updated analysis for the draft complaint. |
| 18 | 5/6/2025 | Brian Taylor | 3.6 | Update draft complaint. |
| 18 | 5/6/2025 | David Berry | 1.9 | Create financial charts for complaint draft. |
| 18 | 5/6/2025 | Megan Hyland | 0.3 | Review updated draft complaint. |
| 18 | 5/7/2025 | Brian Taylor | 0.8 | Conduct research for draft complaint. |
| 18 | 5/7/2025 | Brian Taylor | 0.4 | Correspond with the FTI team re: draft complaint. |
| 18 | 5/7/2025 | Brian Taylor | 0.7 | Review documents for counsel related to draft complaint. |
| 18 | 5/7/2025 | Brian Taylor | 0.5 | Review financial sources for draft complaint. |
| 18 | 5/7/2025 | Brian Taylor | 0.7 | Review draft complaint and provide comments to FTI team. |
| 18 | 5/7/2025 | Calvin Aas | 1.9 | Provide comments to draft complaint. |
| 18 | 5/7/2025 | David Berry | 1.2 | Review updated draft complaint. |
| 18 | 5/7/2025 | David Berry | 1.6 | Incorporate feedback from FTI team into complaint draft. |
| 18 | 5/7/2025 | David Berry | 2.0 | Revise language in draft complaint. |
| 18 | 5/7/2025 | David Berry | 1.7 | Update draft complaint. |
| 18 | 5/7/2025 | Elizabeth Hu | 2.1 | Review complaint draft and incorporate edits. |
| 18 | 5/7/2025 | Megan Hyland | 1.0 | Review and provide feedback on revised complaint draft. |
| 18 | 5/8/2025 | Brian Taylor | 2.3 | Provide comments on draft complaint. |
| 18 | 5/8/2025 | Brian Taylor | 0.7 | Review revisions to draft complaint. |
| 18 | 5/8/2025 | Brian Taylor | 0.3 | Correspond with the FTI team re: draft complaint updates. |
| 18 | 5/8/2025 | Brian Taylor | 0.3 | Assess comments on draft complaint. |
| 18 | 5/8/2025 | Calvin Aas | 3.0 | Assess and incorporate updates to complaint draft. |
| 18 | 5/8/2025 | David Berry | 1.5 | Perform quality control analysis of updated complaint draft. |
| 18 | 5/8/2025 | David Berry | 1.1 | Incorporate updates to complaint draft. |
| 18 | 5/8/2025 | David Berry | 1.9 | Prepare financial summaries for complaint draft. |
| 18 | 5/8/2025 | David Berry | 2.1 | Review financial summary sections and supporting references in the draft complaint. |
| 18 | 5/8/2025 | Elizabeth Hu | 2.4 | Review revised complaint draft and related comments. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2025 TO MAY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/8/2025 | Megan Hyland | 0.3 | Review revised complaint draft. |
| 18 | 5/15/2025 | Megan Hyland | 0.3 | Review revisions to complaint. |
| 18 | 5/16/2025 | Brian Taylor | 0.3 | Participate on call with FTI team to discuss demand letter and complaint. |
| 18 | 5/16/2025 | Brian Taylor | 1.8 | Review draft complaint and demand letter. |
| 18 | 5/16/2025 | Brian Taylor | 0.4 | Participate on call with Committee counsel re: demand letter. |
| 18 | 5/16/2025 | Elizabeth Hu | 0.3 | Participate on call with FTI team to discuss demand letter and complaint. |
| 18 | 5/16/2025 | Elizabeth Hu | 0.2 | Review updated demand letter and revised complaint. |
| 18 | 5/16/2025 | Elizabeth Hu | 0.4 | Participate on call with Committee counsel re: demand letter. |
| 18 | 5/16/2025 | Megan Hyland | 2.2 | Review updated demand letter and revised complaint. |
| 18 | 5/16/2025 | Megan Hyland | 0.4 | Participate on call with Committee counsel re: demand letter. |
| 18 | 5/19/2025 | Elizabeth Hu | 0.2 | Correspond with counsel and FTI team on next steps re: D&O investigation. |
| 18 | 5/19/2025 | Guy Davis | 0.2 | Assess updates and key items re: D&O investigation. |
| **18 Total** | | | **111.9** | |
| 24 | 5/5/2025 | Calvin Aas | 0.2 | Finalize draft second interim fee application. |
| 24 | 5/8/2025 | Calvin Aas | 0.1 | Draft correspondence to FTI team re: second interim fee application. |
| 24 | 5/8/2025 | Elizabeth Hu | 0.3 | Review second interim fee application draft. |
| 24 | 5/13/2025 | Calvin Aas | 0.4 | Update second interim fee application. |
| 24 | 5/13/2025 | Calvin Aas | 0.1 | Share second interim fee application with Committee counsel. |
| 24 | 5/21/2025 | Calvin Aas | 2.7 | Incorporate edits to April fee application. |
| 24 | 5/21/2025 | Sophia Cassidy | 0.9 | Review entries in April fee application for compliance with bankruptcy guidelines. |
| 24 | 5/21/2025 | Sophia Cassidy | 2.9 | Update April fee application. |
| 24 | 5/21/2025 | Sophia Cassidy | 1.8 | Incorporate edits to April fee application. |
| 24 | 5/22/2025 | Calvin Aas | 2.2 | Incorporate further edits to April fee application. |
| 24 | 5/22/2025 | Megan Hyland | 1.4 | Review and provide comments on April fee application. |
| 24 | 5/23/2025 | Calvin Aas | 0.1 | Update April fee application per comments from FTI team. |
| 24 | 5/23/2025 | Megan Hyland | 0.7 | Review revisions to April fee application for compliance with bankruptcy guidelines. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2025 TO MAY 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 5/27/2025 | Calvin Aas | 0.5 | Finalize April fee application exhibits. |
| 24 | 5/27/2025 | Calvin Aas | 0.1 | Draft correspondence to FTI team re: April fee application. |
| 24 | 5/27/2025 | Elizabeth Hu | 0.4 | Review draft April fee application. |
| 24 | 5/28/2025 | Calvin Aas | 0.1 | Share April fee application with Committee counsel. |
| 24 | 5/29/2025 | Calvin Aas | 0.1 | Draft correspondence to FTI team re: April fee application. |
| 24 | 5/29/2025 | Marili Hellmund-Mora | 0.6 | Update and finalize the April fee application. |
| **24 Total** | | | **15.6** | |
| **Grand Total** | | | **149.4** | |