## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 26, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the DN 2917 Notice Parties Service List attached hereto as **Exhibit A**:

- Order Approving the Joint Stipulation by and Among the Debtors and LIPP CDS, Inc. Resolving Motion of LIPP CDS, Inc. For Leave to File Proof of Claim After Claims Bar Deadline [Docket No. 2917]

On June 26, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the DN 2918 Notice Parties Service List attached hereto as **Exhibit B**:

- Order Approving Stipulation Granting Denzel Anderson Relief from the Automatic Stay to Proceed in Civil Action [Docket No. 2918]

On June 26, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the DN 2919 Notice Parties Service List attached hereto as **Exhibit C**:

- Order Approving Stipulation Granting Belkis Millan Relief from the Automatic Stay to Proceed in Civil Action [Docket No. 2919]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

On June 26, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Fee Application Service List attached hereto as **Exhibit D**:

- Eighth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2025 through April 30, 2025 [Docket No. 2920]

Dated: July 9, 2025

*/s/ Eladio Perez*
Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 9, 2025, by Eladio Perez, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

89554

**<u>Exhibit A</u>**

Exhibit A

DN 2917 Notice Parties Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Debtors and Debtors in Possession | DAVIS POLK & WARDWELL LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Kevin L. Winiarski | brian.resnick@davispolk.com adam.shpeen@davispolk.com stephen.piraino@davispolk.com kevin.winiarski@davispolk.com |
| Counsel to the Debtors and Debtors in Possession | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Attn: Robert J. Dehney, Sr., Andrew R. Remming, Daniel B. Butz, Sophie Rogers Churchill, Casey B. Sawyer | rdehney@morrisnichols.com aremming@morrisnichols.com dbutz@morrisnichols.com srchurchill@morrisnichols.com csawyer@morrisnichols.com |
| Counsel to Lipp CDS | SUSAN BARILICH, PC | Attn: Susan Barilich | susan@barilichlaw.com |

**Exhibit B**

## Exhibit B

DN 2918 Notice Parties Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Debtors and Debtors in Possession | DAVIS POLK & WARDWELL LLP | Attn: Brian M. Resnick, Adam L. Shpeen, James I. McClammy, Stephen D. Piraino, Matthew R. Brock | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>james.mcclammy@davispolk.com<br>stephen.piraino@davispolk.com<br>matthew.brock@davispolk.com |
| Counsel to the Debtors and Debtors in Possession | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Attn: Robert J. Dehney, Sr., Andrew R. Remming, Daniel B. Butz, Sophie Rogers Churchill | rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>srchurchill@morrisnichols.com |
| Counsel for Denzel Anderson | POTTER ANDERSON & CORROON LLP | Attn: L. Katherine Good, Brett M. Haywood, James R. Risener III, Andrew C. Ehrmann | kgood@potteranderson.com<br>bhaywood@potteranderson.com<br>jrisener@potteranderson.com<br>aehrmann@potteranderson.com |

**<u>Exhibit C</u>**

Exhibit C

DN 2919 Notice Parties Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Debtors and Debtors in Possession | DAVIS POLK & WARDWELL LLP | Attn: Brian M. Resnick, Adam L. Shpeen, James I. McClammy, Stephen D. Piraino, Matthew R. Brock | brian.resnick@davispolk.com adam.shpeen@davispolk.com james.mcclammy@davispolk.com stephen.piraino@davispolk.com matthew.brock@davispolk.com |
| Counsel to Belkis Millan | LOIZIDES, P.A. | Attn: Christopher D. Loizides | loizides@loizides.com |
| Counsel to the Debtors and Debtors in Possession | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Attn: Robert J. Dehney, Sr., Andrew R. Remming, Daniel B. Butz, Sophie Rogers Churchill | rdehney@morrisnichols.com aremming@morrisnichols.com dbutz@morrisnichols.com srchurchill@morrisnichols.com |

**<u>Exhibit D</u>**

Exhibit D

Fee application Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to DIP ABL Agent and Prepetition ABL Agent, and PNC Bank, National Association | Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com |
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz, P.C. | Attn: Justin R. Alberto, Stacy L. Newman | jalberto@coleschotz.com<br>snewman@coleschotz.com |
| Counsel to the Debtor and Debtor in Possession | Davis Polk & Wardwell LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery | Attn: Darren Azman, Kristin K. Going | dazman@mwe.com<br>kgoing@mwe.com |
| Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer, | rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com |
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC | Otterbourg, P.C | Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger | csimon@otterbourg.com<br>jdrew@otterbourg.com<br>shautzinger@otterbourg.com |