# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re D.I. 2895** |

**CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE STATEMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS BANKRUPTCY CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD APRIL 1, 2025, THROUGH AND INCLUDING APRIL 30, 2025**

The undersigned counsel to the debtors and debtors in possession (the "**Debtors**") hereby certify that, as of the date hereof, they have received no answer, objection or other responsive pleading to the *Eighth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period April 1, 2025, through and Including April 30, 2025* [D.I. 2895] (the "**Application**"), filed on June 20, 2025.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

The undersigned further certifies that no answer, objection or other responsive pleading to the Application appears on the Court's docket in these cases. Pursuant to the notice filed with the Application, objections to the approval of the Application were to be filed and served no later than July 11, 2025, at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [D.I. 519] entered on October 17, 2024, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Application upon the filing of this Certificate of No Objection without any further court order. The chart below details the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $250,732.00 | $2,184.21 | $200,585.60 | $202,769.81 |

*[Remainder of page left intentionally blank]*

Dated: July 15, 2025
       Wilmington, Delaware

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                /s/ *Brianna N. V. Turner*
                Robert J. Dehney, Sr. (No. 3578)
                Andrew R. Remming (No. 5120)
                Sophie Rogers Churchill (No. 6905)
                Brianna N. V. Turner (No. 7468)
                1201 N. Market Street, 16th Floor
                Wilmington, DE 19801
                Tel: (302) 658-9200
                rdehney@morrisnichols.com
                aremming@morrisnichols.com
                srchurchill@morrisnichols.com
                bturner@morrisnichols.com

                *-and-*

                DAVIS POLK & WARDWELL LLP

                Brian M. Resnick (admitted *pro hac vice*)
                Adam L. Shpeen (admitted *pro hac vice*)
                Stephen D. Piraino (admitted *pro hac vice*)
                Ethan Stern (admitted *pro hac vice*)
                Kevin Winiarski (admitted *pro hac vice*)
                450 Lexington Avenue
                New York, NY 10017
                Tel.: (212) 450-4000
                brian.resnick@davispolk.com
                adam.shpeen@davispolk.com
                stephen.piraino@davispolk.com
                ethan.stern@davispolk.com
                kevin.winiarski@davispolk.com

                *Counsel to the Debtors and Debtors in Possession*