**Exhibit A**

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed or Waived for the Interim Period | (9) Total Amount Authorized by this Order for the Interim Period | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Periods | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS** | | | | | | | | | | |
| Morris, Nichols, Arsht & Tunnell LLP | 1/1/25-3/31/25 | $1,011,145.50 | $808,916.40 | $202,229.10 | $30,284.01 | $1,041,429.51 | $1,526.50[2] | $1,039,903.01 | $3,114,815.97 | $3,108,566.47 |
| PwC US Tax LLP | 1/1/25-3/31/25 | $403,123.20 | $322,498.56 | $80,624.64 | $0.00 | $403,123.20 | $0.00 | $403,123.20 | $1,052,489.90 | $1,052,489.90 |
| AlixPartners, LLP | 1/1/25-3/31/25 | $3,426,646.50 | $2,741,317.20 | $685,329.30 | $33,735.44 | $3,460,381.94 | $1,273.50[3] | $3,459,108.44 | $8,703,887.52 | $8,691,817.80 |
| Davis Polk & Wardwell LLP | 1/1/25-3/31/25 | $4,599,147.50 | $3,673,275.20 | $890,554.12 | $18,251.59 | $4,617,399.09 | $31,480.00[4] | $4,581,958.70 | $14,830,694.74 | $14,783,418.04 |
| **SUB TOTALS** | | **$9,440,062.70** | **$7,546,007.16** | **$1,858,737.16** | **$82,271.04** | **$9,522,333.74** | **$34,280.00** | **$9,484,093.35** | **$27,701,888.13** | **$27,636,292.21** |

---

[1] Please note that the amounts listed in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications, and are not intended to and should not be construed as a finding by the Court or admission by the Applicant that such amounts were actually paid by the Debtors.

[2] This reflects a voluntary reduction of $1,526.50 agreed to with the Court.

[3] This reflects a voluntary reduction of $1,273.50 agreed to with the Court.

[4] This reflects a voluntary reduction of $31,480.00 agreed to with the Court.