IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.,*<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sonia Akter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 30, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on Office of the United States Trustee for the District of Delaware, Attn: Linda Casey, Linda.Casey@usdoj.gov:

- Chapter 11 Monthly Operating Report for Case Number 24-11967 for the Month Ending: 05/31/2025 [Docket No. 2930]

- Chapter 11 Monthly Operating Report for Case Number 24-11966 for the Month Ending: 05/31/2025 [Docket No. 2931]

- Chapter 11 Monthly Operating Report for Case Number 24-11968 for the Month Ending: 05/31/2025 [Docket No. 2932]

- Chapter 11 Monthly Operating Report for Case Number 24-11969 for the Month Ending: 05/31/2025 [Docket No. 2933]

- Chapter 11 Monthly Operating Report for Case Number 24-11970 for the Month Ending: 05/31/2025 [Docket No. 2934]

- Chapter 11 Monthly Operating Report for Case Number 24-11971 for the Month Ending: 05/31/2025 [Docket No. 2935]

---

1   The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

- Chapter 11 Monthly Operating Report for Case Number 24-11972 for the Month Ending: 05/31/2025 [Docket No. 2936]

- Chapter 11 Monthly Operating Report for Case Number 24-11973 for the Month Ending: 05/31/2025 [Docket No. 2937]

- Chapter 11 Monthly Operating Report for Case Number 24-11974 for the Month Ending: 05/31/2025 [Docket No. 2938]

- Chapter 11 Monthly Operating Report for Case Number 24-11975 for the Month Ending: 05/31/2025 [Docket No. 2939]

- Chapter 11 Monthly Operating Report for Case Number 24-11976 for the Month Ending: 05/31/2025 [Docket No. 2940]

- Chapter 11 Monthly Operating Report for Case Number 24-11977 for the Month Ending: 05/31/2025 [Docket No. 2941]

- Chapter 11 Monthly Operating Report for Case Number 24-11978 for the Month Ending: 05/31/2025 [Docket No. 2942]

- Chapter 11 Monthly Operating Report for Case Number 24-11979 for the Month Ending: 05/31/2025 [Docket No. 2943]

- Chapter 11 Monthly Operating Report for Case Number 24-11980 for the Month Ending: 05/31/2025 [Docket No. 2944]

- Chapter 11 Monthly Operating Report for Case Number 24-11981 for the Month Ending: 05/31/2025 [Docket No. 2945]

- Chapter 11 Monthly Operating Report for Case Number 24-11982 for the Month Ending: 05/31/2025 [Docket No. 2946]

- Chapter 11 Monthly Operating Report for Case Number 24-11983 for the Month Ending: 05/31/2025 [Docket No. 2947]

- Chapter 11 Monthly Operating Report for Case Number 24-11984 for the Month Ending: 05/31/2025 [Docket No. 2948]

Dated: July 8, 2025

                                                                                 */s/ Sonia Akter*
                                                                                   Sonia Akter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 8, 2025, by Sonia Akter, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029