# **<u>EXHIBIT B</u>**

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 06/01/2023

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Aon Risk Services Northeast, Inc.
Columbus OH Office
8940 Lyra Drive
Suite 250
Columbus OH 43240 USA

**CONTACT NAME:**
**PHONE (A/C. No. Ext):** (866) 283-7122
**FAX (A/C. No.):** (800) 363-0105
**E-MAIL ADDRESS:**

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Starr Indemnity & Liability Company | 38318 |
| INSURER B: Starr Specialty Insurance Company | 16109 |
| INSURER C: ACE Property & Casualty Insurance Co. | 20699 |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Big Lots, Inc.
including any subsidiaries
4900 East Dublin-Granville Road
Columbus OH 43081 USA

## COVERAGES       CERTIFICATE NUMBER: 570099698548       REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.       **Limits shown are as requested**

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** X / CLAIMS-MADE / X OCCUR | | | 1000100047231 SIR applies per policy terms & conditions | 06/01/2023 | 06/01/2024 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $1,000,000 |
| | | | | | | | MED EXP (Any one person) | Excluded |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: X POLICY / PRO-JECT / LOC / OTHER: | | | | | | GENERAL AGGREGATE | $10,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $4,000,000 |
| A | **AUTOMOBILE LIABILITY** X ANY AUTO / OWNED AUTOS ONLY / SCHEDULED AUTOS / HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | 1000692464231 AUTO (AOS) | 06/01/2023 | 06/01/2024 | COMBINED SINGLE LIMIT (Ea accident) | $2,000,000 |
| A | | | | 1000692463231 AUTO (MA) | 06/01/2023 | 06/01/2024 | BODILY INJURY (Per person) | |
| | | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | | PROPERTY DAMAGE (Per accident) | |
| C | X **UMBRELLA LIAB** X OCCUR / **EXCESS LIAB** CLAIMS-MADE / DED X RETENTION $10,000 | | | XEUG28123905008 | 06/01/2023 | 06/01/2024 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | | AGGREGATE | $5,000,000 |
| | | | | | | | Prod/Completed Ops | $5,000,000 |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR / PARTNER / EXECUTIVE OFFICER/MEMBER EXCLUDED? N N/A (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | | 1000004630 WC - AOS | 06/01/2023 | 06/01/2024 | X PER STATUTE / OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| B | | | | 1000004631 WC- AZ,CT,IA,NJ,NY,NC,VT SIR applies per policy terms & conditions | 06/01/2023 | 06/01/2024 | E.L. DISEASE-EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE-POLICY LIMIT | $1,000,000 |
| A | Excess Workers Compensation | | | 1000129922231 Excess WC - OH SIR applies per policy terms & conditions | 06/01/2023 | 06/01/2024 | EL Each Accident EL Disease - Policy EL Disease - Ea Emp | $1,000,000 $1,000,000 $1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Big Lots Stores, LLC Big Lots, Inc. Big Lots Stores - PNC LLC Big Lots Management LLC 4900 East Dublin-Granville Road Columbus OH 43081 USA | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. **AUTHORIZED REPRESENTATIVE** *Aon Risk Services Northeast, Inc.* |

©1988-2015 ACORD CORPORATION. All rights reserved.
ACORD 25 (2016/03)       The ACORD name and logo are registered marks of ACORD

# ADDITIONAL REMARKS SCHEDULE

Page _ of _

| | |
|---|---|
| AGENCY CUSTOMER ID: | 570000042648 |
| LOC #: | |

| AGENCY | NAMED INSURED |
|---|---|
| Aon Risk Services Northeast, Inc. | Big Lots, Inc. |

| POLICY NUMBER |
|---|
| See Certificate Number: 570099698548 |

| CARRIER | NAIC CODE | EFFECTIVE DATE: |
|---|---|---|
| See Certificate Number: 570099698548 | | |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**
**FORM NUMBER:** ACORD 25   **FORM TITLE:** Certificate of Liability Insurance

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER | |
| INSURER | |
| INSURER | |
| INSURER | |

**ADDITIONAL POLICIES** If a policy below does not include limit information, refer to the corresponding policy on the ACORD certificate form for policy limits.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS |
|---|---|---|---|---|---|---|---|
| | WORKERS COMPENSATION | | | | | | |
| B | | N/A | | 1000004632 WC- FL, MA | 06/01/2023 | 06/01/2024 | |
| B | | N/A | | 1000004633 WC- WI only | 06/01/2023 | 06/01/2024 | |
| A | | N/A | | 1000004662 Workers Comp- LA | 06/01/2022 | 06/01/2023 | |
| | OTHER | | | | | | |
| A | | | | 1000129923231 Excess WC - GA SIR applies per policy terms & conditions | 06/01/2023 | 06/01/2024 | |

**ACORD 101 (2008/01)**   © 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD