# **<u>EXHIBIT C</u>**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 24-11967 (JKS) <br> ) (Jointly Administered) <br> ) <br> ) |
| BIG LOTS, INC., et al., | |
| Debtors. | |

### ORDER GRANTING MOTION FOR RELIEF FROM
### THE AUTOMATIC STAY PROVISIONS OF 11 U.S.C. § 362(d)

AND NOW THIS _____ day of _____ 2025, upon consideration of the Motion Of Benella Dugan For Relief From The Automatic Stay Pursuant To Section 362(d) Of The Bankruptcy Code, the Court having determined that good and adequate cause exists for approval of the Motion, and the Court having determined that no further notice of the Motion is necessary,

IT IS ORDERED:

1. That the Motion is GRANTED and the automatic stay of 11 U.S.C. § 362(d) of the Bankruptcy Code is immediately terminated as to Movant to permit Movant to take appropriate action described as follows[1]:

   i. To prosecute the State Court Action to final judgment or other resolution; and

   ii. To collect from any available insurance policy proceeds on account of any judgment or other resolution.

2. Nothing in this Order shall permit any party to take any other action without further order of this Court.

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Motion

2

3. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

4. This Order shall be fully effective and enforceable immediately upon entry.