IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 24-11967 (JKS) |
| BIG LOTS, INC., *et al.,* ) | (Jointly Administered) |
| ) | |
| Debtors.[1] ) | **Hearing Date: August 13, 2025 at 10:00 a.m. (ET)** |
| ) | **Objection Deadline: August 1, 2025 at 4:00 p.m. (ET)** |
| ) | |

**NOTICE OF MOTION OF BENELLA DUGAN FOR
RELIEF FROM THE AUTOMATIC STAY PURSUANT TO
SECTION 362(d) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that, on July 18, 2025, Benella Dugan ("Movant"), by and through undersigned counsel filed the *Motion of Benella Dugan for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* (the "Motion"), was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion must be made in writing and be filed with the Court on or before August 1, 2025, at 4:00 p.m. (ET) (the "Objection Deadline"). At the same time, you must serve a copy of the objection or response upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the Motion will be heard at the omnibus hearing scheduled for August 13, 2025, at 10:00 a.m. (ET) before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, Fifth Floor, Courtroom No. 6, Wilmington, Delaware 19801.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date:  July 18, 2025
      Wilmington, Delaware

Respectfully submitted,

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814
mbusenkell@gsbblaw.com

*Attorney for Benella Dugan*