## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2025, I caused a true and correct copy of *Motion of Benella Dugan for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the following counsel via electronic mail:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| Robert J. Dehney, Sr., Esq. | Brian M. Resnick, Esq. |
| Andrew R. Remming, Esq. | Adam L. Shpeen , Esq. |
| Daniel B. Butz, Esq. | Stephen D. Piraino, Esq. |
| Sophie Rogers Churchill, Esq. | Ethan Stern, Esq. |
| Casey B. Sawyer, Esq. | Kevin Winiarski, Esq. |
| 1201 N. Market Street, 16th Floor | 450 Lexington Avenue |
| Wilmington, DE 19801 | New York, NY 10017 |
| rdehney@morrisnichols.com | brian.resnick@davispolk.com |
| aremming@morrisnichols.com | adam.shpeen@davispolk.com |
| dbutz@morrisnichols.com | stephen.piraino@davispolk.com |
| srchurchill@morrisnichols.com | ethan.stern@davispolk.com |
| csawyer@morrisnichols.com | kevin.winiarski@davispolk.com |
| | |
| COLE SCHOTZ P.C. | COLE SCHOTZ P.C. |
| Justin R. Alberto, Esq. | Sarah A. Carnes, Esq. |
| Stacy L. Newman, Esq. | 1325 Avenue of the Americas, 19th Floor |
| 500 Delaware Avenue, Suite 1410 | New York, NY 10019 |
| Wilmington, DE 19801 | Email: scarnes@coleschotz.com |
| Email: jalberto@coleschotz.com | |
| snewman@coleschotz.com | |
| | |
| MCDERMOTT WILL & EMERY LLP | Linda J. Casey, Esq. |
| Darren Azman, Esq. | The United States Trustee for the |
| Kristin K. Going, Esq. | District of Delaware |
| Stacy Lutkus, Esq. | 844 King Street, Suite 2207, Lockbox 35 |
| Natalie Rowles, Esq. | Wilmington, Delaware 19801 |
| One Vanderbilt Avenue | Linda.Casey@usdoj.gov |
| New York, NY 10017 | |
| Email: dazman@mwe.com | |
| kgoing@mwe.com | |
| salutkus@mwe.com | |
| nrowles@mwe.com | |

Dated: July 18, 2025

                                                */s/ Michael Busenkell*
                                                Michael Busenkell (DE 3933)