# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | Re: Docket No. 2922 |

**CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2025 THROUGH MAY 31, 2025**
**[NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Eighth Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 Through May 31, 2025* [Docket No. 2922] (the "Application") filed on June 27, 2025. Objections to the Application were to be filed and served no later than July 18, 2025, at 4:00 p.m. (prevailing Eastern Time). The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon.

In accordance with the *Order Establishing Procedures for Interim Compensation and*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

*Reimbursement of Expenses of Retained Professionals* [Docket No. 519], the Debtors are authorized to pay McDermott Will & Emery LLP 80% of the fees, or $198,394.80 and 100% of the expenses, or $167.66, requested in the Application upon the filing of this certification and without the need for entry of a Court order approving the Application.

[*Remainder of Page Intentionally Left Blank*]

Dated: July 21, 2025
       Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Tel:   (302) 652-3131
Fax:   (302) 652-3117
Email: jalberto@coleschotz.com
       snewman@coleschotz.com
       jdougherty@coleschotz.com

*-and-*

Sarah A. Carnes (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Tel:   (212) 752-8000
Fax:   (212) 752-8393
Email: scarnes@coleschotz.com

*-and-*

**MCDERMOTT WILL & EMERY LLP**

Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
Stacy Lutkus (admitted *pro hac vice*)
Natalie Rowles (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Tel:   (212) 547-5400
Fax:   (212) 547-5444
Email: dazman@mwe.com
       kgoing@mwe.com
       salutkus@mwe.com
       nrowles@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*