IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re D.I. 2927** |

**CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE STATEMENT OF DAVIS POLK & WARDWELL LLP, AS BANKRUPTCY COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD APRIL 1, 2025 THROUGH AND INCLUDING APRIL 30, 2025**

The undersigned hereby certifies that, pursuant to the notice of the *Eighth Monthly Fee Statement of Davis Polk & Wardwell, LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, 2025, Through and Including April 30, 2025* [D.I. 2927] (the "Application"), filed on June 27, 2025.

The undersigned further certifies that no answer, objection or other responsive pleading to the Application appears on the Court's docket in these cases. Pursuant to the notice

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

filed with the Application, objections to the approval of the Application were to be filed and served no later than July 18, 2025, at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [D.I. 519] entered on October 17, 2024, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Application less the agreed reductions, upon the filing of this Certificate of No Objection without any further court order. The chart below details the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $865,103.00 | $3,257.88 | $692,082.40 | 695,340.28 |

*[Remainder of page left intentionally blank]*

Dated: July 21, 2025
      Wilmington, Delaware

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              /s/ *Brianna N. V. Turner*
                              Robert J. Dehney, Sr. (No. 3578)
                              Andrew R. Remming (No. 5120)
                              Daniel B. Butz (No. 4227)
                              Sophie Rogers Churchill (No. 6905)
                              Brianna N. V. Turner (No. 7468)
                              1201 N. Market Street, 16th Floor
                              Wilmington, DE 19801
                              Tel: (302) 658-9200
                              rdehney@morrisnichols.com
                              aremming@morrisnichols.com
                              dbutz@morrisnichols.com
                              srchurchill@morrisnichols.com
                              bturner@morrisnichols.com

                              *-and-*

                              DAVIS POLK & WARDWELL LLP

                              Brian M. Resnick (admitted *pro hac vice*)
                              Adam L. Shpeen (admitted *pro hac vice*)
                              Stephen D. Piraino (admitted *pro hac vice*)
                              Ethan Stern (admitted *pro hac vice*)
                              Kevin L. Winiarski (admitted *pro hac vice*)
                              450 Lexington Avenue
                              New York, NY 10017
                              Tel.: (212) 450-4000
                              brian.resnick@davispolk.com
                              adam.shpeen@davispolk.com
                              stephen.piraino@davispolk.com
                              ethan.stern@davispolk.com
                              kevin.winiarski@davispolk.com

                              *Counsel to the Debtors and Debtors in Possession*