IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR JULY 24, 2025, AT 11:00 A.M. (ET)

**PURSUANT TO THE NOTICE OF RESCHEDULED HEARING FILED PREVIOUSLY IN THIS MATTER [D.I. 2921], THIS HEARING HAS BEEN MOVED TO AUGUST 13, 2025, AT 10:00 A.M. (ET).**

**ADJOURNED MATTERS**

1. Motion of Katie J. Jennings and Allen Jennings for Relief from the Automatic Stay (D.I. 2047, filed 2/21/25).

   Objection Deadline: March 18, 2025, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents: None at this time.

   Status: This matter has been adjourned to the hearing set for August 13, 2025, at 10:00 a.m. (ET).

2. Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume and Assign Certain Non-Residential Real Property Leases (D.I. 2505, filed 4/6/25).

   Objection Deadline: April 21, 2025, at 4:00 p.m. (ET).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

    Responses Received: None at this time.
    Related Documents: None at this time.

    Status: This matter has been adjourned to the hearing set for August 13, 2025, at 10:00 a.m. (ET).

3. Motion of Sharrell Smith, as Parent and Guardian of Heaven Smith, a Minor, for Relief from the Automatic Stay (D.I. 2559, filed 4/14/25).

    Objection Deadline: May 5, 2025, at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Related Documents: None at this time.

    Status: This matter has been adjourned to the hearing set for August 13, 2025, at 10:00 a.m. (ET).

4. Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2712, filed 5/8/25).

    Objection Deadline: May 22, 2025, at 4:00 p.m. (ET).

    Responses Received:

    a) Certain Texas Taxing Entities' Objection to Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2783, filed 5/22/25).

    b) Objection of Tax Appraisal District of Bell County, Bowie Central Appraisal District, Brown County Appraisal District, Comal Appraisal District, Fort Bend Central Appraisal District, Harrison Central Appraisal District, McLennan Central Appraisal District, Midland Central Appraisal District, Travis Central Appraisal District, and Central Appraisal District of Taylor County in Opposition to Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2784, filed 5/22/25).

    c) Texas Property Tax Authorities' Objection to Debtors' Motion to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2786, filed 5/22/25).

    d) Texas Property Tax Authorities' Corrected Objection to Debtors' Motion to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2793, filed 5/22/25).

    Related Documents:

    a) Certification of Counsel Regarding Order Granting Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2892, filed 6/18/25).

    b)    Order Granting Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2894, entered 6/18/25).

Status: An order has been entered resolving certain responses to the motion. The motion is adjourned to the hearing scheduled for August 13, 2025, at 10:00 a.m. (ET). with respect to all other responses.

5.    Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732, filed 5/13/25).

Objection Deadline: May 27, 2025, at 4:00 p.m. (ET).

Responses Received:

    a)    Objection of the McCreary Texas Tax Appraisal Districts to the Motion to Extend Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732) (D.I. 2800, filed 5/27/25).

    b)    Joint Objection of the Texas Taxing Authorities to the Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732) (D.I. 2801, filed 5/27/25).

Related Documents: None at this time.

Status: This matter has been adjourned to the hearing set for August 13, 2025, at 10:00 a.m. (ET).

6.    Roberts Crossing, LLC's Motion for Allowance and Payment of Administrative Claim (D.I. 2755, filed 5/16/25).

Objection Deadline: June 19, 2025, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents: None at this time.

Status: This matter has been adjourned to a date and time to be determined.

7.    Fairfield Property LLC's Motion for Allowance and Payment of Administrative Claim (D.I. 2756, filed 5/16/25).

Objection Deadline: June 19, 2025, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents: None at this time.

<div style="margin-left: 2em;">

Status: This matter has been adjourned to a date and time to be determined.

</div>

8. University Plaza Stephenville, LLC's Motion for Allowance and Payment of Administrative Claim (D.I. 2757, filed 5/16/25).

    Objection Deadline: June 19, 2025, at 4:00 p.m. (ET).

    Responses Received: None at this time.

    Related Documents: None at this time.

    Status: This matter has been adjourned to a date and time to be determined.

9. Motion by Gordon Brothers Retail Partners, LLC Seeking an Order (A) Enforcing Asset Purchase Agreement, Agency Agreement and Sale Approval Order and (B) Granting Related Relief (D.I. 2840, filed 5/30/25).

    Objection Deadline: June 13, 2025, at 4:00 p.m. (ET); to July 4, 2025, for the Debtors.

    Responses Received: None at this time.

    Related Documents: None at this time.

    Status: This matter has been adjourned to the hearing set for August 13, 2025, at 10:00 a.m. (ET).

*[Remainder of Page Intentionally Left Blank]*

Dated: July 21, 2025
Wilmington, Delaware

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Casey B. Sawyer*
       Robert J. Dehney, Sr. (No. 3578)
       Andrew R. Remming (No. 5120)
       Daniel B. Butz (No. 4227)
       Sophie Rogers Churchill (No. 6905)
       Casey B. Sawyer (No. 7260)
       1201 N. Market Street, 16th Floor
       Wilmington, DE 19801
       Tel.: (302) 658-9200
       rdehney@morrisnichols.com
       aremming@morrisnichols.com
       dbutz@morrisnichols.com
       srchurchill@morrisnichols.com
       csawyer@morrisnichols.com

       -and-

       DAVIS POLK & WARDWELL LLP

       Brian M. Resnick (admitted *pro hac vice*)
       Adam L. Shpeen (admitted *pro hac vice*)
       Stephen D. Piraino (admitted *pro hac vice*)
       Ethan Stern (admitted *pro hac vice*)
       Kevin Winiarski (admitted *pro hac vice*)
       450 Lexington Avenue
       New York, NY 10017
       Tel.: (212) 450-4000
       brian.resnick@davispolk.com
       adam.shpeen@davispolk.com
       stephen.piraino@davispolk.com
       ethan.stern@davispolk.com
       kevin.winiarski@davispolk.com

       *Counsel to the Debtors and Debtors in Possession*