# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| BIG LOTS, INC., *et al.* | : Case No. 24-11967 (JKS) |
| | : |
| Debtors.[1] | : (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Seth A. Niederman, Esquire and Michael G. Menkowitz, Esquire of Fox Rothschild LLP withdraw their appearance as counsel to Edgewater Park Urban Renewal, LLC in the above captioned matter.

FOX ROTHSCHILD LLP

/s/  Seth A. Niederman
Seth A. Niederman, Esquire (No. 4588)
1201 N. Market Street, Suite 1200
Wilmington, DE  19801
Tel: 302-654-7444/Fax: 302-656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel: 215-299-2756/Fax: 215-299-2150
mmenkowitz@foxrothschild.com
Counsel to Edgewater Park Urban Renewal, LLC

Date:  July 22, 2025

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

174767323.1