IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Vincent Cahill hereby withdraws as counsel to the Debtor. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in the above-captioned cases, remove Mr. Cahill from the electronic and paper noticing matrix for the above captioned cases.

All other current counsel of record will continue to represent the Debtor and are not intended to be affected by this notice.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: July 22, 2025
      Wilmington, Delaware

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Brianna N. V. Turner*
          Robert J. Dehney, Sr. (No. 3578)
          Andrew R. Remming (No. 5120)
          Daniel B. Butz (No. 4227)
          Sophie Rogers Churchill (No. 6905)
          Brianna N. V. Turner (No. 7468)
          1201 N. Market Street, 16th Floor
          Wilmington, DE 19801
          Tel: (302) 658-9200
          rdehney@morrisnichols.com
          aremming@morrisnichols.com
          dbutz@morrisnichols.com
          srchurchill@morrisnichols.com
          bturner@morrisnichols.com

          *-and-*

          DAVIS POLK & WARDWELL LLP

          Brian M. Resnick (admitted *pro hac vice*)
          Adam L. Shpeen (admitted *pro hac vice*)
          Stephen D. Piraino (admitted *pro hac vice*)
          Ethan Stern (admitted *pro hac vice*)
          Kevin L. Winiarski (admitted *pro hac vice*)
          450 Lexington Avenue
          New York, NY 10017
          Tel.: (212) 450-4000
          brian.resnick@davispolk.com
          adam.shpeen@davispolk.com
          stephen.piraino@davispolk.com
          ethan.stern@davispolk.com
          kevin.winiarski@davispolk.com

          *Counsel to the Debtors and Debtors in Possession*