UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Big Lots, Inc., | ) Case No. 24-11967 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Intersell Ventures Llc , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Intersell Ventures Llc
1 Harmon Meadow Blvd. ,
Secaucus , NJ 7094

New Address
Intersell Ventures Llc c/o CRG Financial LLC
84 Herbert Ave. Building B - Suite 202
Closter, NJ 07624

Dated: Wednesday, June 18, 2025

Respectfully submitted,

Shwom Agarwal
Intersell Ventures Llc
1 Harmon Meadow Blvd.
Secaucus , NJ 7094