**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS INC., *et al.*,[1] | Case No. 24-11967 (JKS) <br> (Jointly Administered) |
| Debtors. | Ref. No. 2756 |

## NOTICE OF WITHDRAWAL OF MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM AT DOCKET NO. 2756

PLEASE TAKE NOTICE that Fairfield Property, LLC hereby withdraws its Motion for Allowance and Payment of Administrative Claim at Docket No. 2756, with prejudice.

McCABE, WEISBERG & CONWAY, LLC

*/s/ Chase N. Miller, Esquire*
Janet Z. Charlton, Esquire (No. 2797)
Email: JCharlton@mwc-law.com
Chase N. Miller, Esquire (No. 5363)
Email: ChaseMiller@mwc-law.com
1415 Foulk Road, Suite 100
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor

DATED: July 23, 2025

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).