**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors. | Ref. No. 2755 |

**NOTICE OF WITHDRAWAL OF MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM AT DOCKET NO. 2755**

PLEASE TAKE NOTICE that Roberts Crossing, LLC hereby withdraws its Motion for Allowance and Payment of Administrative Claim at Docket No. 2755, with prejudice.

McCABE, WEISBERG & CONWAY, LLC

*/s/ Chase N. Miller, Esquire*
Janet Z. Charlton, Esquire (No. 2797)
Email: JCharlton@mwc-law.com
Chase N. Miller, Esquire (No. 5363)
Email: ChaseMiller@mwc-law.com
1415 Foulk Road, Suite 100
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor

DATED: July 23, 2025

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).