**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>Hearing Date: August 13, 2025 at 10:00 am EST<br>Objection Deadline: August 6, 2025 at 4:00 pm EST |

**NOTICE OF MOTION OF CAROLYN NEIGHBORS FOR
RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that on July 23, 2025, Carolyn Neighbors (the "Movant"), by and through her undersigned counsel, filed the *Motion of Carolyn Neighbors for Relief from the Automatic Stay* (the "Motion"),

PLEASE TAKE FURTHER NOTICE that any objection or response to the Motion must be made in writing and be filed with the Court on or before August 6, 2025 at 4:00 pm (EST) (the "Objection Deadline"). At the same time, you must serve a copy of the objection or response upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that the Motion will be heard at the omnibus hearing scheduled for August 13, 2025 at 10:00 am (EST) before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, Fifth Floor, Courtroom 6, Wilmington, DE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868), Big Lots Stores – PNS, LLC (5262); Big Lotss Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

| | |
|---|---|
| Dated: July 23, 2025<br>Wilmington, Delaware | GELLERT SEITZ BUSENKELL & BROWN, LLC<br><br> /s/ Margaret M. Manning<br>Margaret M. Manning, Esq. (DE Bar No. 4183)<br>Ronald S. Gellert (DE Bar No. 4259)<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: 302-416-3344<br>Facsimile: 302-425-5814<br>Email: mmanning@gsbblaw.com<br><br>*Counsel to Carolyn Neighbors* |