# EXHIBIT A

## BIG LOTS, INC., *et al.*

### COMPENSATION BY PROJECT CATEGORY
### JUNE 1, 2025 THROUGH JUNE 30, 2025

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases (Section 363) | 1.2 | $812.50 |
| Case Administration | 2.8 | $1,730.00 |
| Cash Collateral and DIP Financing | 0.6 | $347.00 |
| Claims Analysis, Administration and Objections | 3.5 | $2,628.00 |
| Committee Matters and Creditor Meetings | 2.3 | $1,668.50 |
| Creditor Inquiries | 3.5 | $2,045.50 |
| Fee Application Matters/Objections | 9.4 | $4,992.00 |
| Litigation/ Gen. (Except Automatic Stay Relief) | 0.8 | $690.00 |
| Preparation For and Attendance at Hearings | 1.8 | $787.50 |
| Utilities/Sec. 366 Issues | 0.1 | $80.00 |
| **Total:** | **26.0** | **$15,781.00** |

**BIG LOTS, INC.,** *et al.*

**SUMMARY OF BILLING BY PROFESSIONAL**
**JUNE 1, 2025 THROUGH JUNE 30, 2025**

| Attorney Name | Year Admitted | Position (Department) | Hourly Billing Rate[1] | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) | $925.00 | 5.8 | $5,365.00 |
| Stacy L. Newman | 2007 | Member (Bankruptcy) | $800.00 | 5.6 | $4,480.00 |
| Melissa M. Hartlipp | 2022 | Associate (Bankruptcy) | $430.00 | 2.0 | $860.00 |
| Michael A. Solimani | 2024 | Associate (Bankruptcy) | $405.00 | 7.2 | $2,916.00 |
| Larry S. Morton | N/A | Paralegal | $400.00 | 5.4 | $2,160.00 |
| **Blended Rate: $606.96** | | | **TOTALS:** | **26.0** | **$15,781.00** |

---

[1] This rate is Cole Schotz P.C.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2024).

**EXHIBIT B**

**BIG LOTS, INC.,** *et al.*

**EXPENSE SUMMARY**
**JUNE 1, 2025 THROUGH JUNE 30, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Fees | PACER | $16.00 |
| Delivery/Couriers | Reliable/Parcels | $150.60 |
| **TOTAL** | | **$166.60** |

**EXHIBIT C**

**BIG LOTS, INC.,** *et al.*

**ITEMIZED TIME RECORDS**
**JUNE 1, 2025 THROUGH JUNE 30, 2025**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 600
Wilmington, DE 19801

FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

BIG LOTS, INC.
N/A

| | |
|---|---|
| Invoice Date: | July 8, 2025 |
| Invoice Number: | 1010799 |
| Matter Number: | 68457-0001 |

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH JUNE 30, 2025

## ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363)    1.20    812.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/02/25 | JRA | T/C WITH S. CARNES RE MOTION TO ENFORCE APA | 0.10 | 92.50 |
| 06/02/25 | JRA | T/C WITH D. AZMAN RE MOTION TO ENFORCE APA | 0.20 | 185.00 |
| 06/02/25 | SLN | TELEPHONE CALL WITH J. ALBERTO REGARDING GBRP MOTION TO COMPEL (.1); CORRESPONDENCE WITH MWE (.1); | 0.20 | 160.00 |
| 06/03/25 | MMH | REVIEW DEBTORS' DRAFT APPEAL BRIEF | 0.40 | 172.00 |
| 06/03/25 | SLN | CORRESPONDENCE WITH MWE REGARDING GBRP MOTION TO COMPEL (.1); | 0.10 | 80.00 |
| 06/10/25 | SLN | CORRESPONDENCE WITH DEBTORS AND GBRP REGARDING EXTENSION OF OBJECTION DEADLINE TO MOTION TO ENFORCE APA (.1); | 0.10 | 80.00 |
| 06/11/25 | MMH | ANALYZE ADMIN. NOTICE RE: CLAIM DISPUTES | 0.10 | 43.00 |

## CASE ADMINISTRATION    2.80    1,730.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/02/25 | SLN | REVIEW REVISED INITIAL DISTRIBUTION NOTICE AND CORRESPONDENCE WITH DEBTORS (.2); CORRESPONDENCE WITH UCC PROFESSIONALS (.1); | 0.30 | 240.00 |
| 06/02/25 | JRA | REVIEW OPERATING REPORT | 0.40 | 370.00 |
| 06/03/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 06/09/25 | SLN | TELEPHONE CALL WITH DEBTORS REGARDING PENDING MOTIONS (.3); | 0.30 | 240.00 |
| 06/09/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 06/17/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 06/24/25 | SLN | REVIEW AGENDA FOR 6/27 HEARING AND CORRESPONDENCE WITH UCC PROFESSIONALS (.2); | 0.20 | 160.00 |
| 06/25/25 | SLN | REVIEW AMENDED AGENDA FOR 6/26 HEARING (.1); | 0.10 | 80.00 |
| 06/25/25 | LSM | MONITOR BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 1010799 |
| | Client/Matter No. 68457-0001 | | | July 8, 2025 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/26/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH HEARING DATE REMOVAL | 0.10 | 40.00 |
| 06/27/25 | SLN | REVIEW NOTICE OF RESCHEDULED HEARING (.1); | 0.10 | 80.00 |
| 06/27/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.20 | 80.00 |
| 06/30/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 120.00 |

| | | | | |
|---|---|---|---|---|
| **CASH COLLATERAL AND DIP FINANCING** | | | **0.60** | **347.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/25 | MAS | EMAILS WITH CS AND FTI TEAMS RE: DIP REQUIREMENTS | 0.10 | 40.50 |
| 06/03/25 | JRA | EMAIL WITH M. SOLIMANI RE BUDGET ISSUES | 0.10 | 92.50 |
| 06/10/25 | MAS | EMAILS WITH CS AND FTI TEAMS RE: DIP REQUIREMENTS | 0.10 | 40.50 |
| 06/10/25 | JRA | EMAILS WITH M. SOLIMANI RE BUDGET ISSUES | 0.10 | 92.50 |
| 06/17/25 | MAS | EMAILS WITH C. AAS AND CS TEAM RE: DIP REQUIREMENTS | 0.10 | 40.50 |
| 06/24/25 | MAS | EMAILS WITH CS TEAM AND C. AAS RE: DIP REQUIREMENTS | 0.10 | 40.50 |

| | | | | |
|---|---|---|---|---|
| **CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS** | | | **3.50** | **2,628.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/25 | JRA | CORRESPOND WITH CS AND MWE TEAMS RE CLAIMS AND GBRP MOTION | 0.60 | 555.00 |
| 06/04/25 | JRA | EMAIL WITH CS TEAM RE CLAIMS DISTRIBUTION NOTICE | 0.10 | 92.50 |
| 06/04/25 | JRA | REVIEW CLAIMS DISTRIBUTION NOTICE AS FILED | 0.40 | 370.00 |
| 06/11/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING PRE-CLOSING ADMINISTRATIVE CLAIM AND DISTRIBUTION (.1); | 0.10 | 80.00 |
| 06/11/25 | JRA | CORRESPOND WITH CREDITOR AND INTERNALLY RE CLAIMS DISPUTE | 0.40 | 370.00 |
| 06/12/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING PRE-CLOSING ADMIN CLAIMS (.2); | 0.20 | 160.00 |
| 06/12/25 | MAS | REVIEW TRANSCRIPT RE: ADMIN CLAIMS PROCEDURES (.5); EMAILS WITH J. ALBERTO RE: SAME (.7) | 1.10 | 445.50 |
| 06/12/25 | JRA | FURTHER EMAILS WITH M. SOLIMANI RE ADMIN CLAIMS DISPUTE | 0.30 | 277.50 |
| 06/13/25 | JRA | FURTHER CORRESPONDENCE WITH CS AND CREDITOR RE ADMIN CLAIM DISPUTE | 0.30 | 277.50 |

| | | | | |
|---|---|---|---|---|
| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | **2.30** | **1,668.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 1010799 |
| | Client/Matter No. 68457-0001 | | | July 8, 2025 |
| | | | | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/02/25 | JRA | REVIEW N. ROWLES UCC UPDATE EMAIL | 0.20 | 185.00 |
| 06/04/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.2); | 0.20 | 160.00 |
| 06/09/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); EMAIL TO UCC (.1); | 0.20 | 160.00 |
| 06/09/25 | JRA | EMAILS WITH N. ROWLES RE UCC UPDATE EMAIL | 0.10 | 92.50 |
| 06/10/25 | JRA | EMAILS WITH M. SOLIMANI AND S. CARNES RE DRAFT UCC UPDATE | 0.20 | 185.00 |
| 06/11/25 | SLN | CORRESPONDENCE WITH UCC MEMBER (.1); | 0.10 | 80.00 |
| 06/12/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); | 0.10 | 80.00 |
| 06/12/25 | JRA | EMAILS WITH N. ROWLES RE UCC MEMBER REP CHANGE | 0.10 | 92.50 |
| 06/16/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING UCC (.1); | 0.10 | 80.00 |
| 06/16/25 | MMH | CORRESPONDENCE WITH J. ALBERTO RE: NEW COMMITTEE MEMBER | 0.10 | 43.00 |
| 06/16/25 | JRA | EMAILS WITH CS TEAM RE UCC GOVERNANCE ISSUE | 0.10 | 92.50 |
| 06/24/25 | MMH | DRAFT CORRESPONDENCE TO COMMITTEE RE: 6/26 HEARING | 0.30 | 129.00 |
| 06/25/25 | SLN | CORRESPONDENCE WITH CS REGARDING EMAIL TO UCC (.1); CORRESPONDENCE WITH UCC (.1); | 0.20 | 160.00 |
| 06/25/25 | MMH | REVISE EMAIL TO COMMITTEE RE: 6/26 HEARING | 0.20 | 86.00 |
| 06/26/25 | MMH | CORRESPONDENCE TO COMMITTEE RE: HEARING CANCELLATION | 0.10 | 43.00 |

**CREDITOR INQUIRIES**  3.50  2,045.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/05/25 | SLN | EMAIL FROM CREDITOR (.1); | 0.10 | 80.00 |
| 06/09/25 | JRA | EMAILS WITH N. ROWLES AND CREDITOR RE CREDITOR INQUIRY | 0.10 | 92.50 |
| 06/10/25 | SLN | CORRESPONDENCE WITH CREDITOR (.1); FOLLOW UP CORRESPONDENCE WITH CS TEAM (.1); | 0.20 | 160.00 |
| 06/10/25 | MAS | EMAILS WITH J. ALBERTO RE: CREDITOR INQUIRY (.7); FURTHER REVIEW OF PRE-CLOSING ADMIN PAYMENT NOTICE RE: SAME (.3); FURTHER REVIEW OF PRE-CLOSING CLAIMS PROCEDURE ORDER RE: SAME (.4) | 1.40 | 567.00 |
| 06/10/25 | JRA | CORRESPOND WITH CREDITOR AND CS TEAM RE ADMIN CLAIM PAYMENTS | 0.30 | 277.50 |
| 06/13/25 | SLN | CORRESPONDENCE WITH CREDITOR REGARDING CLAIMS (.1); | 0.10 | 80.00 |
| 06/13/25 | MAS | EMAILS WITH J. ALBERTO AND J. BALASIANO RE: CREDITOR INQUIRY | 0.40 | 162.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 1010799 |
| | Client/Matter No. 68457-0001 | | | July 8, 2025 |
| | | | | Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/18/25 | SLN | CORRESPONDENCE WITH CREDITOR (.2); FOLLOW UP CORRESPONDENCE WITH MWE (.1); | 0.30 | 240.00 |
| 06/18/25 | MAS | REVIEW PRE-CLOSING ADMIN CLAIMS PROCEDURES RE: CREDITOR INQUIRY (.2); EMAILS WITH S. CARNES AND J. BALASIANO RE: SAME (.1) | 0.30 | 121.50 |
| 06/18/25 | JRA | EMAILS WITH S. NEWMAN RE CREDITOR INQUIRY | 0.20 | 185.00 |
| 06/20/25 | SLN | CORRESPONDENCE WITH CREDITOR (.1); | 0.10 | 80.00 |

**FEE APPLICATION MATTERS/OBJECTIONS**     9.40     4,992.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/02/25 | JRA | EMAIL WITH L. THOMAS RE FEE APP | 0.10 | 92.50 |
| 06/03/25 | MMH | CORRESPONDENCE WITH UST RE: LEDES FILE | 0.10 | 43.00 |
| 06/03/25 | JRA | EMAILS WITH M. HARTLIPP RE FEE APP | 0.10 | 92.50 |
| 06/06/25 | SLN | CORRESPONDENCE WITH MWE AND CS TEAMS REGARDING FEE APPS (.3); | 0.30 | 240.00 |
| 06/06/25 | MAS | REVIEW L. MORTON DRAFT OF CNO RE: CS SIXTH MONTHLY FEE APP (.1); FURTHER REVIEW OF TROPICANA OBJECTION RE: SAME (.1); FURTHER REVIEW OF INTERIM COMP ORDER RE: SAME (.2); EMAILS WITH S. NEWMAN AND CS TEAM RE: SAME (.3); EMAILS WITH N. ROWLES RE: SAME (.1) | 0.80 | 324.00 |
| 06/09/25 | MMH | CORRESPONDENCE FROM N. ROWLES RE: STATUS OF FEE APP OBJECTION | 0.10 | 43.00 |
| 06/09/25 | JRA | EMAIL WITH N. ROWLES RE FEE OBJECTION | 0.10 | 92.50 |
| 06/09/25 | JRA | REVISE FEE APP | 0.10 | 92.50 |
| 06/09/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING CALL WITH TROPICANA REGARDING OBJECTION TO FEE APP (.1); | 0.10 | 80.00 |
| 06/11/25 | MAS | EMAILS WITH S. CHURCHILL RE: FEE BINDERS | 0.10 | 40.50 |
| 06/16/25 | LSM | DRAFT TWO CERTIFICATES OF NO OBJECTION REGARDING SEVENTH MONTHLY FEE APPLICATIONS FOR COLE SCHOTZ AND MCDERMOTT WILL AND EMERY | 0.50 | 200.00 |
| 06/16/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPS (.2); | 0.20 | 160.00 |
| 06/17/25 | MMH | CONFER WITH L. MORTON RE: FILING OF FEE APP CNOS | 0.10 | 43.00 |
| 06/17/25 | JRA | EMAILS WITH S. NEWMAN RE FEE APP | 0.10 | 92.50 |
| 06/17/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPS (.1); | 0.10 | 80.00 |
| 06/17/25 | LSM | TELECONFERENCE WITH M. HARTLIPP REGARDING STATUS OF MONTHLY/INTERIM FEE APPLICATIONS | 0.20 | 80.00 |
| 06/19/25 | MAS | DRAFT CS MONTHLY FEE APPLICATION RE: MAY FEES | 1.30 | 526.50 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number  1010799 |
| | Client/Matter No. 68457-0001 | | | July 8, 2025 |
| | | | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/20/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING TROPICANA FEE APPLICATION OBJECTION (.1); | 0.10 | 80.00 |
| 06/24/25 | SLN | CORRESPONDENCE WITH MWE REGARDING TROPICANA OBJECTION TO FEE APPS (.1); REVIEW TROPICANA WITHDRAWAL (.1); CORRESPONDENCE WITH CS TEAM REGARDING FEE APPS (.1); | 0.30 | 240.00 |
| 06/24/25 | MAS | EMAILS WITH N. ROWLES AND S. NEWMAN RE: TROPICANA OBJECTION | 0.20 | 81.00 |
| 06/24/25 | MAS | EDITS RE: UCC PROFESSIONALS' CNOS (.2); EMAILS WITH N. ROWLES AND M. HYLAND RE: SAME (.1); FINAL REVIEW RE: SAME (.3); EMAILS WITH L. MORTON RE: SAME (.1) | 0.70 | 283.50 |
| 06/24/25 | JRA | EMAILS WITH DPW AND MWE TEAMS RE FEE APP HEARING | 0.20 | 185.00 |
| 06/24/25 | LSM | REVISE, FILE AND CIRCULATE TO M. SOLIMANI FOUR CERTIFICATES OF NO OBJECTIONS REGARDING MONTHLY FEE APPLICATIONS FOR MCDERMOTT WILL AND EMERY, COLE SCHOTZ AND FTI CONSULTING | 0.60 | 240.00 |
| 06/26/25 | JRA | EMAILS WITH CS AND MWE RE FEE APP | 0.10 | 92.50 |
| 06/27/25 | SLN | REVIEW OF AND COMMENTS TO CS MONTHLY FEE APPLICATION (.2); | 0.20 | 160.00 |
| 06/27/25 | MAS | EMAILS WITH J. CHAN AND ALIX TEAM RE: CS SIXTH AND SEVENTH FEE APPS | 0.10 | 40.50 |
| 06/27/25 | MAS | FURTHER EDITS RE: MAY FEE APP (.1); EMAILS WITH S. NEWMAN RE: SAME (.1) | 0.20 | 81.00 |
| 06/27/25 | LSM | REVISE, UPDATE AND FORWARD TO M. SOLIMANI THE EIGHTH MONTHLY FEE APPLICATION FOR MCDERMOTT WILL EMERY | 0.30 | 120.00 |
| 06/27/25 | LSM | REVIEW, FILE AND ORGANIZE ELECTRONIC SERVICE OF EIGHTH MONTHLY FEE APPLICATION FOR MCDERMOTT WILL EMERY | 0.40 | 160.00 |
| 06/30/25 | SLN | CORRESPONDENCE WITH CHAMBERS REGARDING FEE APPLICATIONS AND RESPONSE THERETO (.2); CORRESPONDENCE WITH CS TEAM REGARDING DRAFT RESPONSE (.1): CORRESPONDENCE WITH MWE (.1); | 0.40 | 320.00 |
| 06/30/25 | MAS | FURTHER EMAILS WITH S. NEWMAN RE: CS MAY FEE APPLICATION (.1); EMAILS WITH L. MORTON RE: SAME (.1) | 0.20 | 81.00 |
| 06/30/25 | JRA | EMAILS WITH S. NEWMAN AND S. CARNES RE FEE APPS | 0.20 | 185.00 |
| 06/30/25 | LSM | REVISE, FINALIZE AND FORWARD TO M. SOLIMANI THE EIGHTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.30 | 120.00 |
| 06/30/25 | LSM | UPDATE, FILE AND ORGANIZE ELECTRONIC SERVICE OF EIGHTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.50 | 200.00 |

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number 1010799 |
| | Client/Matter No. 68457-0001 | | July 8, 2025 |
| | | | Page 6 |

| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **0.80** | **690.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 06/11/25 | SLN | REVIEW D&O INFORMATION REQUEST TO UCC (.1); | 0.10 | 80.00 |
| 06/11/25 | JRA | REVIEW LETTER RE D&O LITIGATION | 0.10 | 92.50 |
| 06/16/25 | SLN | CORRESPONDENCE WITH D&O COUNSEL REGARDING DOCUMENT REQUESTS (.1); | 0.10 | 80.00 |
| 06/16/25 | JRA | EMAILS WITH KATTEN AND D. AZMAN RE D&O CLAIMS | 0.20 | 185.00 |
| 06/20/25 | SLN | CORRESPONDENCE WITH D&O REGARDING INFORMATION REQUESTS (.1); | 0.10 | 80.00 |
| 06/24/25 | SLN | CORRESPONDENCE WITH COUNSEL TO D&O REGARDING INFORMATION REQUESTS (.1); | 0.10 | 80.00 |
| 06/24/25 | JRA | EMAILS WITH MWE AND J. ALTMAN RE D&O INNVESTIGATION | 0.10 | 92.50 |

| **PREPARATION FOR AND ATTENDANCE AT HEARINGS** | | | **1.80** | **787.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 06/24/25 | MMH | REVIEW AGENDA FOR 6/26 HEARING | 0.10 | 43.00 |
| 06/24/25 | MMH | CORRESPONDENCE WITH CS TEAM RE: 6/26 HEARING | 0.10 | 43.00 |
| 06/24/25 | LSM | COMPILE, REVIEW AND CIRCULATE AGENDA FOR JUNE 26, 2025 HEARING TO CS TEAM WITH COMMENTS. | 0.30 | 120.00 |
| 06/24/25 | LSM | ASSIST WITH HEARING PREPARATIONS FOR JUNE 26, 2025 HEARING | 0.40 | 160.00 |
| 06/25/25 | MMH | CIRCULATE DIAL IN INSTRUCTIONS TO COMMITTEE RE: 6/26 HEARING | 0.30 | 129.00 |
| 06/25/25 | JRA | REVIEW AGENDA CANCELLING HEARING | 0.10 | 92.50 |
| 06/25/25 | LSM | ASSIST WITH HEARING PREPARATIONS FOR JUNE 26, 2025 HEARING | 0.50 | 200.00 |

| **UTILITIES/SEC. 366 ISSUES** | | | **0.10** | **80.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 06/12/25 | SLN | CORRESPONDENCE WITH UTILITY REGARDING ADEQUATE ASSURANCE (.1); | 0.10 | 80.00 |

| | | TOTAL HOURS | 26.00 | |
|---|---|---|---|---|

| PROFESSIONAL SERVICES: | | | | $15,781.00 |
|---|---|---|---|---|

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 1010799 |
| --- | --- | --- |
| | Client/Matter No. 68457-0001 | July 8, 2025 |
| | | Page 7 |

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Justin R. Alberto | Member | 5.80 | 925.00 | 5,365.00 |
| Larry S. Morton | Paralegal | 5.40 | 400.00 | 2,160.00 |
| Melissa M. Hartlipp | Associate | 2.00 | 430.00 | 860.00 |
| Michael A. Solimani | Associate | 7.20 | 405.00 | 2,916.00 |
| Stacy L. Newman | Member | 5.60 | 800.00 | 4,480.00 |
| | **Total** | **26.00** | | **$15,781.00** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
| --- | --- | --- | --- |
| 05/14/25 | COURT FEES | 3.00 | 0.30 |
| 05/14/25 | COURT FEES | 3.00 | 0.30 |
| 05/16/25 | DELIVERY/COURIERS | 1.00 | 150.60 |
| 05/19/25 | COURT FEES | 3.00 | 0.30 |
| 05/19/25 | COURT FEES | 17.00 | 1.70 |
| 05/19/25 | COURT FEES | 9.00 | 0.90 |
| 05/19/25 | COURT FEES | 3.00 | 0.30 |
| 05/19/25 | COURT FEES | 7.00 | 0.70 |
| 05/19/25 | COURT FEES | 11.00 | 1.10 |
| 05/19/25 | COURT FEES | 13.00 | 1.30 |
| 05/19/25 | COURT FEES | 9.00 | 0.90 |
| 05/19/25 | COURT FEES | 23.00 | 2.30 |
| 05/21/25 | COURT FEES | 2.00 | 0.20 |
| 05/21/25 | COURT FEES | 11.00 | 1.10 |
| 05/29/25 | COURT FEES | 3.00 | 0.30 |
| 05/29/25 | COURT FEES | 17.00 | 1.70 |
| 05/29/25 | COURT FEES | 3.00 | 0.30 |
| 05/29/25 | COURT FEES | 10.00 | 1.00 |
| 05/29/25 | COURT FEES | 3.00 | 0.30 |
| 05/29/25 | COURT FEES | 9.00 | 0.90 |
| 05/29/25 | COURT FEES | 1.00 | 0.10 |
| | **Total** | | **$166.60** |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 1010799 |
|---|---|---|
| | Client/Matter No. 68457-0001 | July 8, 2025 |
| | | Page 8 |

TOTAL SERVICES AND COSTS: $ 15,947.60

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| DM02 | ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363) | 1.20 | 812.50 |
| DM05 | CASE ADMINISTRATION | 2.80 | 1,730.00 |
| DM06 | CASH COLLATERAL AND DIP FINANCING | 0.60 | 347.00 |
| DM07 | CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS | 3.50 | 2,628.00 |
| DM08 | COMMITTEE MATTERS AND CREDITOR MEETINGS | 2.30 | 1,668.50 |
| DM09 | CREDITOR INQUIRIES | 3.50 | 2,045.50 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 9.40 | 4,992.00 |
| DM21 | LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF) | 0.80 | 690.00 |
| DM24 | PREPARATION FOR AND ATTENDANCE AT HEARINGS | 1.80 | 787.50 |
| DM33 | UTILITIES/SEC. 366 ISSUES | 0.10 | 80.00 |
| | **Total** | **26.00** | **$15,781.00** |