# EXHIBIT A

## Time Detail



| | | |
|---|---|---|
| Invoice: 4034162 | | 07/10/2025 |
| Client: 125264 | | |

Big Lots, Inc. Creditors' Committee
N/A
Wilmington, DE

For Services Rendered in Connection with:

Matter: 0011    Big Lots Unsecured Creditors' Committee

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 06/04/25 | Case Administration N. Rainey | 0.20 | 110.00 | Follow-up communications with S. Cushman re LEDES file re MWE's seventh monthly fee application (.1); email correspondence with US Trustee's office transmitting same (.1). |
| B130 06/01/25 | Asset Disposition N. Rowles | 0.40 | 578.00 | Multiple email correspondence with MWE team re GBRP motion to compel (.2); correspondence with DPW team re same (.2). |
| B130 06/01/25 | Asset Disposition S. Lutkus | 0.20 | 365.00 | E-mail correspondence from/to M. Brock (Davis Polk) re matters relevant to Debtor draft brief in opposition to appeal of sale order (.1); follow-up e-mail correspondence with N. Rowles and J. Haims re matters relevant to same (.1). |
| B130 06/02/25 | Asset Disposition N. Rowles | 5.40 | 7,803.00 | Revise memorandum analysis of GBRP funding dispute (4.2); research in connection with same (.9); correspondence with MWE team re Debtors' brief in opposition to appeal of GBRP sale order (.1); correspondence with MWE team re |



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | same (.2). |
| B130 06/02/25 | Asset Disposition S. Lutkus | 1.60 | 2,920.00 | Review/analyze Debtor draft brief in opposition to appeal of sale order (1.6). |
| B130 06/03/25 | Asset Disposition J. Haims | 0.30 | 604.50 | Correspondence re draft of Debtors' opposition of the appeal of the sale order and strategy (.3). |
| B130 06/03/25 | Asset Disposition N. Rowles | 3.50 | 5,057.50 | Revise draft memorandum analyzing GBRP funding dispute (3.2); email correspondence with DPW team and S. Newman (Cole Schotz) re same (.3). |
| B130 06/04/25 | Asset Disposition J. Haims | 1.50 | 3,022.50 | Review Debtors' draft opposition of the appeal of the sale order (1.5). |
| B130 06/04/25 | Asset Disposition N. Rowles | 5.90 | 8,525.50 | Correspondence with Committee professionals team re GBRP motion to compel (.3); review draft opposition to appeal of sale order (1.4); correspondence with J. Haims re same (.3); incorporate comments to same (.3); correspondence with |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | DPW team re same (.1); revise memorandum analyzing issues discussed in GBRP motion to compel (3.3); correspondence with MWE team re same (.2). |
| B130 06/04/25 | Asset Disposition S. Lutkus | 0.40 | 730.00 | E-mail correspondence from/to J. Haims re matters relevant to Debtors' draft opposition of appeal of sale order (.2); e-mail correspondence to/from N. Rowles re matters relevant to same (.2). |
| B130 06/09/25 | Asset Disposition N. Rowles | 0.70 | 1,011.50 | Prepare for (.2) and participate in call with Davis Polk team re GBRP funding dispute (.3); teleconference with S. Lutkus re same (.2). |
| B130 06/17/25 | Asset Disposition N. Rowles | 0.20 | 289.00 | Multiple email correspondence with DPW team re GBRP motion to compel (.2). |
| B130 06/17/25 | Asset Disposition S. Lutkus | 0.30 | 547.50 | Multiple e-mail messages with N. Rowles and Davis Polk team (K. Winiarski, S. Piraino) re GBRP motion to enforce APA (.3). |
| B140 06/26/25 | Relief from Stay/Adequate Protection Proceedings N. Rowles | 0.30 | 433.50 | Review COCs and orders approving stipulations re Millan and Anderson stay relief motions (.3). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 06/03/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.20 | 365.00 | Internal e-mail correspondence (with N. Rowles and D. Azman) re matters relevant to administrative creditor queries in respect of distributions (.2). |
| B150 06/04/25 | Mtgs/Communications w/Creditor N. Rowles | 0.70 | 1,011.50 | Draft Committee email update regarding GBRP motion to compel and Lipp motion to file late proof of claim (.7). |
| B150 06/04/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.40 | 730.00 | E-mail correspondence from/to J. Alberto and N. Rowles re multiple matters relevant to forthcoming Committee e-mail update (.2); telephone conference with administrative creditor in respect of query re administrative claim distribution procedures (.2). |
| B150 06/05/25 | Mtgs/Communications w/Creditor N. Rowles | 0.60 | 867.00 | In-office meeting with S. Lutkus re administrative creditor inquiry re case status (.2); teleconference with administrative creditor re same (.3); email correspondence with separate administrative creditor re same (.1). |
| B150 06/05/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.70 | 1,277.50 | E-mail correspondence from/to administrative creditor in respect of query re administrative claims distribution procedures (.2); conference in office with N. Rowles re matters relevant to same (.2); retrieve and review/analyze background documentation relevant to same (.3). |



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 06/09/25 | Mtgs/Communications w/Creditor N. Rowles | 1.50 | 2,167.50 | Teleconference with general unsecured creditor re case status (.2); teleconference with administrative creditor re case status and GBRP motion to compel (.2); review GBRP sale order in connection with same (.3); revise email to Committee re notice of interim distribution and motion of Lipp CDS to file late proof of claim (.3); correspondence with MWE, Cole Schotz, and FTI teams re same (.3); email Committee re same (.2). |
| B150 06/09/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.20 | 365.00 | Multiple e-mail messages with N. Rowles re unsecured creditor query (.2). |
| B150 06/16/25 | Mtgs/Communications w/Creditor N. Rowles | 0.40 | 578.00 | Multiple teleconferences with administrative creditor re case status and creditor recoveries (.2); email correspondence with Debtors' counsel in connection with same (.2). |
| B150 06/18/25 | Mtgs/Communications w/Creditor N. Rowles | 0.20 | 289.00 | Teleconference with counsel to creditor re case status (.2). |



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 06/23/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.30 | 547.50 | Telephone conference with administrative creditor re matters relevant to initial distribution (.2); retrieve and review background documentation relevant to same (.1). |
| B150 06/23/25 | Mtgs/Communications w/Creditor N. Rowles | 0.30 | 433.50 | Teleconference with general unsecured creditor re case status (.3). |
| B150 06/25/25 | Mtgs/Communications w/Creditor N. Rowles | 0.20 | 289.00 | In-office meeting with S. Lutkus re administrative creditor inquiry re interim payment (.2). |
| B150 06/25/25 | Mtgs/Communications w/Creditor S. Lutkus | 1.20 | 2,190.00 | Conference with N. Rowles re administrative creditor query in respect of distribution (.2); retrieve and review/analyze documentation relevant to same (.8); telephone conference with administrative creditor re matters relevant to same (.2). |
| B155 06/24/25 | Court Hearings N. Rowles | 0.50 | 722.50 | Correspondence with MWE team re June 26 omnibus hearing (.1); correspondence with Cole Schotz team re same (.1); teleconference with K. Winiarksi re same (.1); multiple correspondence with MWE, Cole Schotz, and FTI teams re same (.2). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 06/05/25 | Fee/Employment Applications D. Hurst | 2.20 | 4,092.00 | Review McDermott May time detail for privilege and compliance with local rules (2.2). |
| B160 06/06/25 | Fee/Employment Applications N. Rowles | 1.10 | 1,589.50 | Email correspondence with counsel to Tropicana Palm re objection to Debtors' and Committee's professionals' fee applications (.3); correspondence with Cole Schotz re same (.1); multiple correspondence with MWE team re same (.2); analyze GBRP sale order, sale hearing transcript, and DIP order in connection with preparing response to same (.5). |
| B160 06/06/25 | Fee/Employment Applications S. Lutkus | 0.20 | 365.00 | E-mail correspondence with N. Rowles re creditor objection to payment of estate professional fees (.2). |
| B160 06/09/25 | Fee/Employment Applications N. Rowles | 0.20 | 289.00 | Participate in call with Tropicana Palm re objection to fee applications (.2). |
| B160 06/09/25 | Fee/Employment Applications S. Lutkus | 0.20 | 365.00 | Telephone conference with N. Rowles re matters relevant to administrative creditor objection to committee professional fees (.2). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 06/11/25 | Fee/Employment Applications D. Hurst | 0.70 | 1,302.00 | Begin to review and revise McDermott May fee application (.7). |
| B160 06/12/25 | Fee/Employment Applications D. Hurst | 1.70 | 3,162.00 | Review revised McDermott May time detail for privilege and compliance with local rules (1.7). |
| B160 06/14/25 | Fee/Employment Applications D. Hurst | 0.70 | 1,302.00 | Review revised May time detail for privilege and compliance with local rules (.7). |
| B160 06/16/25 | Fee/Employment Applications D. Hurst | 0.20 | 372.00 | Draft correspondence to N. Rowles re preparation of task descriptions for McDermott May fee application (.1); draft correspondence to N. Rainey re updates to same (.1). |
| B160 06/16/25 | Fee/Employment Applications N. Rowles | 0.40 | 578.00 | Multiple correspondence with M. Solimani re seventh monthly fee statements of Committee professionals (.2); analysis of considerations in connection with same (.1); correspondence with Cole Schotz and MWE teams re same (.1) |
| B160 06/16/25 | Fee/Employment Applications N. Rowles | 0.40 | 578.00 | Email correspondence with counsel to Tropicana Palm re objection to estate professionals' fee applications (.2); email correspondence with DPW re same (.1); email correspondence with MWE team re |



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | same (.1). |
| B160 06/16/25 | Fee/Employment Applications N. Rainey | 0.50 | 275.00 | Revise MWE's eighth monthly fee application (.4); correspond with D. Hurst re same (.1). |
| B160 06/18/25 | Fee/Employment Applications S. Lutkus | 0.40 | 730.00 | Multiple e-mail messages with N. Rowles and DPW team (S. Piraino, K. Winiarski) re matters relevant to Tropicana Palm omnibus objection to estate professionals' fees (.4). |
| B160 06/18/25 | Fee/Employment Applications N. Rowles | 0.70 | 1,011.50 | Email correspondence with DPW re Tropicana Palm objection to estate professionals' fee applications (.4); email correspondence with MWE team re same (.2); email correspondence with counsel to Tropicana Palm re same (.1). |
| B160 06/19/25 | Fee/Employment Applications N. Rowles | 1.40 | 2,023.00 | Revise task code narratives for eighth monthly fee application (1.0); correspondence with C. Catanese re same (.2); correspondence with D. Hurst re same (.2). |
| B160 06/19/25 | Fee/Employment Applications C. Catanese | 1.50 | 1,717.50 | Draft and revise task descriptions for monthly fee application (1.5). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 06/20/25 | Fee/Employment Applications D. Hurst | 0.10 | 186.00 | Draft correspondence to N. Rowles re revisions to May fee application (.1). |
| B160 06/20/25 | Fee/Employment Applications N. Rowles | 0.40 | 578.00 | Email correspondence with D. Azman re eighth monthly fee application (.2); email correspondence with D. Hurst re same (.2). |
| B160 06/20/25 | Fee/Employment Applications N. Rowles | 0.70 | 1,011.50 | Multiple email correspondence with counsel to Tropicana Palm re objection to estate professionals' fee applications (.2); correspondence with MWE, Cole Schotz, and FTI teams re same (.3); in-office conference with S. Lutkus re same and re other case strategy matters (.2). |
| B160 06/20/25 | Fee/Employment Applications S. Lutkus | 0.20 | 365.00 | E-mail correspondence (multiple) with N. Rowles re matters relevant to Tropicana Palm objection to estate professionals' fee applications (.2). |
| B160 06/23/25 | Fee/Employment Applications N. Rowles | 0.10 | 144.50 | Email correspondence with D. Hurst re Tropicana Palm objection to fee applications (.1). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 06/24/25 | Fee/Employment Applications D. Hurst | 1.90 | 3,534.00 | Review and revise McDermott May fee application (1.8); draft correspondence to N. Rowles re same (.1). |
| B160 06/24/25 | Fee/Employment Applications N. Rowles | 0.50 | 722.50 | Multiple correspondence with counsel to Tropicana Palm re objection to estate professionals' fee applications (.2); correspondence with Committee professionals re same (.2); correspondence with D. Hurst re same (.1). |
| B160 06/25/25 | Fee/Employment Applications D. Hurst | 0.60 | 1,116.00 | Revise McDermott May fee application in preparation for filing (.4); draft correspondence to N. Rainey re preparation of filing version of fee application (.1); draft correspondence to N. Rowles re same (.1). |
| B160 06/25/25 | Fee/Employment Applications N. Rowles | 0.30 | 433.50 | Review MWE eighth monthly fee application (.2); email correspondence with Cole Schotz re filing same (.1). |
| B160 06/25/25 | Fee/Employment Applications N. Rainey | 0.60 | 330.00 | Prepare exhibits and finalize MWE's eighth monthly fee application for filing (.5); correspond with D. Hurst re same (.1). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 06/30/25 | Fee/Employment Applications N. Rowles | 0.30 | 433.50 | Multiple email correspondence with MWE team re Court inquiries re second interim fee application (.3). |
| B190 06/11/25 | Other Contested Matters J. Haims | 0.30 | 604.50 | Review document and information request from counsel to the directors and officers (.3). |
| B190 06/11/25 | Other Contested Matters E. Shereff | 0.20 | 254.00 | Reviewed communication from opposing counsel re document production (.2). |
| B190 06/11/25 | Other Contested Matters S. Lutkus | 0.20 | 365.00 | E-mail correspondence from/to J. Haims re matters relevant to Katten request for production of documents (.2). |
| B190 06/12/25 | Other Contested Matters E. Shereff | 0.30 | 381.00 | Analyzed update to docket in preparation for call (.3). |
| B190 06/16/25 | Other Contested Matters J. Haims | 0.70 | 1,410.50 | Correspondence with McDermott team regarding document and information request from counsel to the directors and officers, proposed response (.7). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 06/16/25 | Other Contested Matters E. Shereff | 0.20 | 254.00 | Strategy call with J. Haims, S. Lutkus re letter response (.2). |
| B190 06/16/25 | Other Contested Matters N. Rowles | 0.50 | 722.50 | Prepare for (.1) and participate in (.2) call with J. Haims, S. Lutkus, and E. Shereff re D&O counsel letter in response to Committee demand letter; email correspondence with D. Azman re same (.2). |
| B190 06/17/25 | Other Contested Matters J. Haims | 1.30 | 2,619.50 | Correspondence with McDermott team regarding document and information request from counsel to the directors and officers, proposed response (.2); prepare for and attend call with director and officer counsel (1.1). |
| B190 06/17/25 | Other Contested Matters E. Shereff | 5.20 | 6,604.00 | Analyze local rules, internal communications, confidentiality provisions, and produced material to determine confidentiality re third-party productions questions (3.8); prepare for call with Katten (.9); attend and prepare call notes for call re third-party documents (.5). |
| B190 06/18/25 | Other Contested Matters J. Haims | 0.20 | 403.00 | Correspondence with McDermott team regarding document and information request from counsel to the directors and officers, proposed response (.2). |



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 06/18/25 | Other Contested Matters N. Rowles | 0.60 | 867.00 | Research related to production of documents in response to letter from counsel to D&Os re Committee investigation (.4); email E. Shereff re same (.2). |
| B190 06/20/25 | Other Contested Matters S. Lutkus | 1.90 | 3,467.50 | Retrieve and review/analyze background documentation relevant to director/officer defendant request for production of documents received from third parties (1.2); conference with N. Rowles re matters relevant to same, additional outstanding case management matters (.2); correspond with M. Asher re matters relevant to same (.2); e-mail correspondence from J. Altman (Katten) re matters relevant to same (.1); e-mail correspondence with FTI team (M. Hyland and L. Hu) re matters relevant to same (.2). |
| B190 06/21/25 | Other Contested Matters S. Lutkus | 1.40 | 2,555.00 | Receipt and review/analysis of M. Asher historical correspondence in respect of Katten request for production of documents received from third parties (1.2); e-mail correspondence with M. Asher re same (.2). |
| B190 06/23/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Correspondence with McDermott team regarding document and information request from counsel to the directors and officers (.5). |



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4034162
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 06/23/25 | Other Contested Matters E. Shereff | 3.80 | 4,826.00 | Identify and review communications with third parties re document production (2.2); analyze applicable law re professional eyes only and privilege (.9); draft communication to Katten re document production (.7). |
| B190 06/23/25 | Other Contested Matters N. Rowles | 0.10 | 144.50 | Email correspondence with J. Haims and E. Shereff re response to D&O counsel requests in connection with investigation and complaint (.1). |
| B190 06/24/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Correspondence with McDermott team regarding document and information request from counsel to the directors and officers (.5). |
| B190 06/25/25 | Other Contested Matters C. Combs | 0.60 | 837.00 | Review production letters from lenders (.4); correspond with E. Shereff re same (.2). |
| B310 06/02/25 | Claims Administration & Object N. Rowles | 0.20 | 289.00 | Review revised draft notice of interim distribution (.2). |
| B310 06/04/25 | Claims Administration & Object N. Rowles | 1.00 | 1,445.00 | Review and analyze motion of Lipp to file late proof of claim (.7); email correspondence with Committee professionals re same (.2); email correspondence with DPW team re same (.1). |



Big Lots, Inc. Creditors' Committee

Client: 125264  
Invoice: 4034162  
Invoice Date: 07/10/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 06/09/25 | Claims Administration & Object S. Lutkus | 0.50 | 912.50 | Telephone conference with DPW team, N. Rowles, and S. Newman (Cole Schotz) re matters relevant to motion to file late claim (.3); follow-up e-mail correspondence with N. Rowles re same (.2). |
| B310 06/10/25 | Claims Administration & Object N. Rowles | 1.00 | 1,445.00 | Draft email to MWE team re strategy recommendation re Lipp CDS motion to file late proof of claim (.4); research related to same (.3); review recent docket filings, including recent motion for payment of admin expense claims, letter re injury, COCs re rejection orders (.3). |
| B310 06/10/25 | Claims Administration & Object S. Lutkus | 0.30 | 547.50 | Multiple e-mail messages from/to N. Rowles re matters relevant to strategy in respect of claimant motion to file late claim (.3). |
| B310 06/12/25 | Claims Administration & Object N. Rowles | 0.30 | 433.50 | Multiple correspondence with MWE team re Lipp CDS motion to file late proof of claim (.2); correspondence with DPW team re same (.1). |
|  | **Total Hours** | **68.30** |  | **Total For Services**     **$105,839.00** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.20 | 110.00 |
| B130 | Asset Disposition | 20.40 | 31,454.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.30 | 433.50 |

One Vanderbilt Avenue  New York, NY  10017-3852   Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.



Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4034162 |
| Invoice Date: | 07/10/2025 |

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B150 | Mtgs/Communications w/Creditor | 6.90 | 11,110.50 |
| B155 | Court Hearings | 0.50 | 722.50 |
| B160 | Fee/Employment Applications | 18.20 | 28,606.00 |
| B190 | Other Contested Matters | 18.50 | 28,330.00 |
| B310 | Claims Administration & Object | 3.30 | 5,072.50 |
| | | 68.30 | 105,839.00 |

**Total This Invoice**       **$105,839.00**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| C. Catanese | 1.50 | 1,145.00 | 1,717.50 |
| C. Combs | 0.60 | 1,395.00 | 837.00 |
| J. Haims | 5.30 | 2,015.00 | 10,679.50 |
| D. Hurst | 8.10 | 1,860.00 | 15,066.00 |
| S. Lutkus | 10.80 | 1,825.00 | 19,710.00 |
| N. Rainey | 1.30 | 550.00 | 715.00 |
| N. Rowles | 31.00 | 1,445.00 | 44,795.00 |
| E. Shereff | 9.70 | 1,270.00 | 12,319.00 |
| **Totals** | **68.30** | | **$105,839.00** |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

US practice conducted through McDermott Will & Emery LLP.