IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF LOIZIDES, P.A. AND CHRISTOPHER D. LOIZIDES AS COUNSEL TO CAROL A. DONNELLY, AMY ESKRA-BROWN AND BELKIS MILLAN AND REQUEST TO BE REMOVED FROM THE COURT'S CM/ECF NOTIFICATION LIST**

PLEASE TAKE NOTICE that Loizides, P.A. and Christopher D. Loizides, hereby respectfully withdraw their appearance as counsel in the above-captioned case for all purposes including, without limitation, notice and service, for Carol A. Donnelly, Amy Eskra-Brown and Belkis Millan (the "Parties"). Pursuant to Del. Bankr. L.R. 9010-2(b), undersigned counsel certifies that (a) the Parties have no controversy pending before the Court and (b) the Parties consent to withdrawal of counsel. Counsel requests that they also be removed from the Court's CM/ECF notification list.

Dated: July 28, 2025
Wilmington, Delaware

Respectfully submitted,

By:    /s/ Christopher D. Loizides
       Christopher D. Loizides, Esq. (No. 3968)
       LOIZIDES, P.A.
       1225 King St., Suite 800
       Wilmington, DE 19801

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.