**EXHIBIT B**
**EXPENSE SUMMARY**

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**May 1, 2025, through May 31, 2025**

| **Expense Category** | **Total Expenses** |
|---|---:|
| Pacer | 475.10 |
| Computer Research - Westlaw | 318.15 |
| In-House Printing - black & white | 2,053.30 |
| Messenger Service | 10.00 |
| Transcripts | 459.10 |
| Courier/Delivery Service | 210.00 |
| Meals | 372.00 |
| **Grand Total Expenses** | **$3,897.65** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 05/01/25 | In-House Printing - black & white | 88.0 | 8.80 |
| 05/01/25 | Pacer | 69.0 | 6.90 |
| 05/05/25 | Pacer | 144.0 | 14.40 |
| 05/05/25 | In-House Printing - black & white | 224.0 | 22.40 |
| 05/06/25 | Pacer | 427.0 | 42.70 |
| 05/07/25 | In-House Printing - black & white | 1,596.0 | 159.60 |
| 05/07/25 | Pacer | 155.0 | 15.50 |
| 05/07/25 | Computer Research - Westlaw | 3.0 | 212.94 |
| 05/08/25 | Pacer | 309.0 | 30.90 |
| 05/08/25 | Computer Research - Westlaw | 1.0 | 54.72 |
| 05/08/25 | In-House Printing - black & white | 17.0 | 1.70 |
| 05/09/25 | Pacer | 438.0 | 43.80 |
| 05/09/25 | Computer Research - Westlaw | 1.0 | 46.89 |
| 05/09/25 | Messenger Service - BK - 05/09/2025 | 1.0 | 5.00 |
| 05/12/25 | In-House Printing - black & white | 15,127.0 | 1,512.70 |
| 05/12/25 | Messenger Service - USBC - 05/12/2025 | 1.0 | 5.00 |
| 05/12/25 | Pacer | 4.0 | 0.40 |
| 05/12/25 | Computer Research - Westlaw | 1.0 | 3.60 |
| 05/13/25 | In-House Printing - black & white | 516.0 | 51.60 |
| 05/13/25 | Courier/Delivery Service - Delivery fee for lunch for 5/13 hearing | 1.0 | 45.00 |
| 05/13/25 | Courier/Delivery Service - Delivery fee for breakfast for 5/13 hearing | 1.0 | 45.00 |
| 05/13/25 | Courier/Delivery Service - Delivery of materials to and from Court | 1.0 | 60.00 |
| 05/13/25 | Courier/Delivery Service - Delivery of materials to and from Court | 1.0 | 60.00 |
| 05/13/25 | Meals - Purebread Deli - Breakfast for 6 people for 5.13.25 hearing | 1.0 | 106.00 |
| 05/13/25 | Meals - Bluebird Cafe - Lunch for 6 people for 5.13.25 hearing | 1.0 | 266.00 |
| 05/13/25 | Transcripts - Transcript of May 13 hearing | 1.0 | 444.60 |
| 05/14/25 | Pacer | 73.0 | 7.30 |
| 05/15/25 | Pacer | 230.0 | 23.00 |
| 05/16/25 | Pacer | 484.0 | 48.40 |
| 05/19/25 | Pacer | 156.0 | 15.60 |
| 05/20/25 | Pacer | 73.0 | 7.30 |
| 05/21/25 | Pacer | 539.0 | 53.90 |

3

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 05/21/25 | Transcripts - Transcript of 5/21 bench ruling | 1.0 | 14.50 |
| 05/22/25 | In-House Printing - black & white | 2,932.0 | 293.20 |
| 05/22/25 | Pacer | 145.0 | 14.50 |
| 05/25/25 | Pacer | 171.0 | 17.10 |
| 05/27/25 | Pacer | 572.0 | 57.20 |
| 05/27/25 | In-House Printing - black & white | 21.0 | 2.10 |
| 05/28/25 | Pacer | 138.0 | 13.80 |
| 05/29/25 | Pacer | 337.0 | 33.70 |
| 05/30/25 | Pacer | 287.0 | 28.70 |
| 05/30/25 | In-House Printing - black & white | 12.0 | 1.20 |
| | **Total** | | **$3,897.65** |