**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *Notice of Withdrawal of Administrative Expense Claim* was served electronically on the date of filing through the court's ECF system on all ECF participants registered in the case at the email addresses registered with the court.

    */s/ Scott J. Leonhardt*
    Scott J. Leonhardt (DE 4885)