UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                                                       Chapter 11
BIG LOTS, INC., et. al;

                                                                                                  Case No: 24-11967 (JKS)
           Debtors.                                                (Jointly Administerd)

**REQUEST TO BE REMOVED FROM THE COURT'S CM/ECF NOTIFICATION LIST**

     COMES NOW undersigned counsel and requests that him and his law firm be removed from the Court's CM/ECF notification list.

Dated: July 30, 2025

                                             Respectfully submitted,

                                             /s/ Carl Palomino
                                             Carl Palomino, Esq.
                                             FBN: 0976717
                                             Law Offices of Carl Palomino, P.A.
                                             Attorneys for claimant Belkis Millan
                                             717 Ponce De Leon Blvd., Ste 203
                                             Coral Gables, Florida 33134
                                             Email: attorneycarlpalomino@gmail.com