# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Big Lots, Inc.</u>             Case No. <u>24-11967</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>All Courtesy International Limited</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known):7132<br>Pre-Closing Administrative Claim: <u>USD$207,827.24</u><br>Date Claim Filed: <u>1/6/2025</u><br><br>Phone: +86-0755-83253709<br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>All Courtesy International Limited<br>FLAT/RM E,9/F HOLLYWOOD CENTRE<br>77-91 QUEEN'S ROAD WEST<br>SHEUNG WAN<br>HONG KONG,CHINA |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>            Date: <u>July 30, 2025</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attention: Clerk

AND TO: Big Lots, Inc, (Debtor)
Case No. 24-11967
(Jointly Administered under Big Lots, Inc., et al. Case No. 24-11967)

Claim #7132

**All Courtesy International Limited**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Administrative Claim in the amount of USD$207,827.24** ("Claim"), as listed in the Debtors Administrative Expense Claims Schedule (docket 2214) against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __23rd__ DAY OF __July__, 2025.

ASSIGNOR: All Courtesy International Limited
(Signature) _Elfin Cao_
(Print Name) Elfin Cao
(Title) Merchandiser

ASSIGNEE: TRC MASTER FUND LLC
(Signature)
(Print Name) Terrel Ross
(Title) Managing Member



# Creditor Data Details - Claim # 7132

**Creditor**
All Courtesy International Ltd
Saul Ewing LLP
Attn: Evan T. Miller
1201 North Market Street, Suite 2300
Wilmington, DE 19801

**Debtor Name**
Big Lots, Inc.

**Date Filed**
01/06/2025

**Claim Number**
7132

**Schedule Number**
n/a

**Confirmation ID**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | $207,827.24 | | $207,827.24 | Asserted |
| Total | $0.00 | | $207,827.24 | | $207,827.24 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s.
Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or