# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: <u>Big Lots, Inc.</u>                                          Case No. <u>24-11967</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>All Courtesy International Limited</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): N/A<br>Pre-Closing Administrative Claim Amount (dk 2082, 2214 & 2214): <u>USD$374,366.82</u> |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | Date Claim Filed: <u>N/A</u><br><br>Phone: +86-0755-83253709<br>Last four digits of Acct.#: <u>N/A</u> |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Name and Current Address of Transferor: |
| Name and address where transferee payments should be sent (if different from above): | All Courtesy International Limited<br>FLAT/RM E,9/F HOLLYWOOD CENTRE<br>77-91 QUEEN'S ROAD WEST<br>SHEUNG WAN |
| Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | HONG KONG, CHINA |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                          Date: <u>July 30</u>, 2025
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attention: Clerk

AND TO:  Big Lots, Inc, (Debtor)
Case No. 24-11967
(Jointly Administered under Big Lots, Inc., et al. Case No. 24-11967)

Claim #N/A

**All Courtesy International Limited,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Administrative Claim in the amount of USD$374,366.82**("Claim"), as listed in the Debtors Administrative Expense Claims Schedule (docket 2214) against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2nd DAY OF July, 2025.

**ASSIGNOR: All Courtesy International Limited**

DocuSigned by: Elfin Cao
542C7634494E489...
(Signature)

Elfin Cao
(Print Name)

Merchandiser
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

*First Distribution List* EXHIBIT A

| Creditor's Name and Mailing Address | Total Allowed Administrative Priority Claim |
|---|---|
| ALBANESE CONFECTIONERY GROUP INC<br>5441 E Lincoln Hwy<br>Merrillville, IN<br>46410<br>US | $ 244,003.46 |
| ALL AMERICAN CART RETRIEVAL SERVICE<br>PO BOX 4752<br>MODESTO, CA<br>95352<br>US | $ 200.00 |
| ALL COURTESY INT'L LTD<br>Flat/Rm E, 9/F Hollywood Centre<br>Hong Kong,<br>China | $ 374,366.82 |
| ALL STATE BROKERAGE<br>Womble Bond Dickinson (US) LLP<br>Wilmington, DE<br>19801<br>US | $ 996,745.82 |
| ALLIED DATA SOLUTIONS ADS<br>3095 LOYALTY CIRCLE<br>COLUMBUS, OH<br>43219-3673<br>US | $ 124,327.39 |
| ALLIED INTL CORP<br>101 DOVER RD NE<br>GLEN BURNIE, MD<br>21060-6560<br>US | $ 115,811.84 |
| ALLURA IMPORTS INC<br>1407 Broadway<br>New York, NY<br>10018<br>US | $ 213,486.00 |
| ALMAR SALES COMPANY<br>Womble Bond Dickinson (US) LLP<br>Wilmington, DE<br>19801<br>US | $ 121,412.10 |
| Almond Brothers<br>PO Box 97368<br>Phoenix, AZ<br>85060<br>US | $ 10,041.60 |
| ALPINE PLUS<br>Mini Byepass Lakrifazalpur<br>Moradabad,<br>244001<br>India | $ 577,659.50 |
| AMERICAN DAR INC DBA TITANIC FURNIT<br>5008 Rose Walk Ct<br>Suwanee, GA<br>30024-4036<br>US | $ 79,071.00 |
| AMERICAN DAWN INC<br>401 WEST ARTESIA BLVD.<br>COMPTON, CA<br>90220<br>US | $ 61,445.16 |
| AMERICAN DELIVERY<br>117 ORCHARD AVE<br>RUNNEMEDE, NJ<br>8078<br>US | $ 6,780.00 |
| AMERICAN EXCHANGE TIME<br>1441 BROADWAY 27TH FL<br>NEW YORK, NY<br>10018-5121<br>US | $ 21,571.20 |
| AMERICAN HOME ESSENTIALS<br>600 Montrose Ave<br>South Plainfield, NJ<br>07080<br>US | $ 54,400.00 |