UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | * |
| | *    CASE NUMBER 24-11967 (JKS) |
| BIG LOTS, INC., ET. AL., | * |
| | *    CHAPTER 11 BANKRUPTCY |
| Debtor | * |
| | *    (Jointly Administered) |

## REQUEST TO BE REMOVED FROM THE COURT'S CM/ECF NOTIFICATION LIST

COMES NOW the undersigned attorney and requests that he and his law firm be removed from the Court's CM/ECF notification list.

This 31st day of July, 2025.

ALEXANDER & VANN, LLP

/s/ John Turner Holt
John Turner Holt
GA State Bar No. 364325
Attorney for Capital Plaza, Inc.
411 Gordon Avenue
Thomasville, Georgia 31792
(229) 226-2565
jtholt@alexandervann.com