**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2025 TO JUNE 30, 2025**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Steven Simms | Senior Managing Director | $1,525 | 0.3 | $457.50 |
| Elizabeth Hu | Senior Managing Director | 1,305 | 1.5 | 1,957.50 |
| Megan Hyland | Managing Director | 1,155 | 2.2 | 2,541.00 |
| Calvin Aas | Senior Consultant | 760 | 8.4 | 6,384.00 |
| Sophia Cassidy | Consultant | 575 | 2.6 | 1,495.00 |
| Marili Hellmund-Mora | Manager | 355 | 2.5 | 887.50 |
| **GRAND TOTAL** | | | **17.5** | **$13,722.50** |

**EXHIBIT B**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JUNE 1, 2025 TO JUNE 30, 2025**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 5.2 | $4,337.50 |
| 6 | Asset Sales | 2.0 | 2,430.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 1.8 | 1,870.00 |
| 24 | Preparation of Fee Application | 8.5 | 5,085.00 |
| | **GRAND TOTAL** | **17.5** | **$13,722.50** |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2025 TO JUNE 30, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 6/2/2025 | Calvin Aas | 1.4 | Prepare draft liquidity update presentation. |
| 2 | 6/2/2025 | Calvin Aas | 0.6 | Update support for budget variance analysis. |
| 2 | 6/3/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 6/6/2025 | Calvin Aas | 0.2 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 6/6/2025 | Elizabeth Hu | 0.2 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 6/6/2025 | Megan Hyland | 0.2 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 6/10/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 6/12/2025 | Calvin Aas | 0.1 | Review the Debtors' liquidity reporting. |
| 2 | 6/12/2025 | Calvin Aas | 0.5 | Prepare analysis of the Debtors' liquidity reporting. |
| 2 | 6/13/2025 | Megan Hyland | 0.3 | Assess liquidity updates from the Debtors. |
| 2 | 6/20/2025 | Calvin Aas | 0.2 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 6/20/2025 | Calvin Aas | 0.2 | Review the Debtors' liquidity reporting. |
| 2 | 6/24/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 6/26/2025 | Calvin Aas | 0.1 | Review the Debtors' liquidity reporting. |
| 2 | 6/27/2025 | Calvin Aas | 0.1 | Participate on call with the Debtors' financial advisors re: liquidity. |
| 2 | 6/27/2025 | Megan Hyland | 0.2 | Review liquidity update materials. |
| **2 Total** | | | **5.2** | |
| 6 | 6/2/2025 | Elizabeth Hu | 0.6 | Review draft brief re: sale appeal. |
| 6 | 6/2/2025 | Megan Hyland | 0.2 | Review draft brief re: sale appeal. |
| 6 | 6/3/2025 | Elizabeth Hu | 0.2 | Continue to assess draft brief on sale appeal. |
| 6 | 6/3/2025 | Megan Hyland | 1.0 | Assess response re: sale appeal. |
| **6 Total** | | | **2.0** | |
| 14 | 6/2/2025 | Elizabeth Hu | 0.3 | Draft correspondence to Committee counsel re: disputed claim reserve. |
| 14 | 6/5/2025 | Calvin Aas | 0.2 | Participate on call with FTI team re: creditor inquiry on administrative claims. |
| 14 | 6/5/2025 | Calvin Aas | 0.5 | Review docket re: administrative claim recoveries. |
| 14 | 6/5/2025 | Calvin Aas | 0.3 | Assess administrative claims reporting. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2025 TO JUNE 30, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 6/5/2025 | Elizabeth Hu | 0.2 | Participate on call with FTI team re: creditor inquiry on administrative claims. |
| 14 | 6/12/2025 | Steven Simms | 0.3 | Correspond with the FTI team re: administrative claim updates. |
| **14 Total** | | | **1.8** | |
| 24 | 6/17/2025 | Marili Hellmund-Mora | 1.6 | Prepare May fee application. |
| 24 | 6/18/2025 | Marili Hellmund-Mora | 0.9 | Incorporate updates to May fee application. |
| 24 | 6/20/2025 | Calvin Aas | 1.0 | Update May fee application. |
| 24 | 6/20/2025 | Sophia Cassidy | 2.6 | Prepare May fee application. |
| 24 | 6/22/2025 | Calvin Aas | 2.1 | Incorporate updates to May fee application. |
| 24 | 6/27/2025 | Megan Hyland | 0.3 | Review and provide feedback on May fee application. |
| **24 Total** | | | **8.5** | |
| **Grand Total** | | | **17.5** | |