# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 24-11967 (JKS)<br>)<br>) (Jointly Administered)<br>)<br>) Related to Docket Nos. 552, 1083, 1391 |

### SECOND SUPPLEMENTAL DECLARATION OF DARREN AZMAN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF BIG LOTS, INC., *ET AL.*, TO RETAIN AND EMPLOY MCDERMOTT WILL & EMERY LLP AS COUNSEL, EFFECTIVE SEPTEMBER 24, 2024

I, Darren Azman, declare as follows:

1. I am a partner of the firm of McDermott Will & Schulte LLP ("McDermott" or the "Firm"). McDermott maintains offices at, among other places, One Vanderbilt Avenue, New York, New York 10017, and The Brandywine Building, 1000 N. West Street, Suite 1400, Wilmington, Delaware 19801. I am a member in good standing of the Bars of the States of New York and Massachusetts, and I have been admitted to practice in the U.S. Courts of Appeals for the Second and Third Circuits, and the U.S. District Courts for the District of Massachusetts and the Eastern and Southern Districts of New York. There are no disciplinary proceedings pending against me.

2. I am familiar with the matters set forth herein and make this second supplemental declaration (this "Second Supplemental Declaration") pursuant to the *Application of the Official*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

*Committee of Unsecured Creditors of Big Lots, Inc., et al., to Retain and Employ McDermott Will & Emery LLP as Counsel, Effective September 24, 2024* [Docket No. 552] (the "Application")[2] and in accordance with the *Order Authorizing the Official Committee of Unsecured Creditors of Big Lots, Inc., et al., to Retain and Employ McDermott Will & Emery LLP as Counsel, Effective September 24, 2024* [Docket No. 1083] (the "Retention Order").

3. On December 19, 2024, the Committee filed the *Supplemental Declaration of Darren Azman in Support of the Application of the Official Committee of Unsecured Creditors of Big Lots, Inc., et al., to Retain and Employ McDermott Will & Emery LLP as Counsel, Effective September 24, 2024* [Docket No. 1391] (the "First Supplemental Declaration").

4. On August 1, 2025, McDermott Will & Emery LLP and Schulte Roth & Zabel LLP combined to form McDermott Will & Schulte LLP. This added thousands of clients to the list of those to which McDermott may have duties as a client. McDermott has been diligently working to assimilate the Schulte data into its records. Based on that work, if McDermott discovers additional information to disclose, it will do so as soon as possible after its discovery.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 1, 2025

By: <u>/s/ Darren Azman</u><br>
Darren Azman<br>
Partner<br>
McDermott Will & Schulte LLP

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.