| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Big Lots, Inc., | ) | Case No. 24-11967 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Vialman S.l. , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
Vialman S.l.
C/ Comarca De La Marina, , No 45-49, 4
Bocairent ,

**New Address**
Vialman S.l. c/o CRG Financial LLC
84 Herbert Ave. Building B - Suite 202
Closter, NJ 07624

Dated: Wednesday, May 28, 2025

Respectfully submitted,

Antoni Blai Alcaraz Rodriguez
Vialman S.l.
C/ Comarca De La Marina, No 45-49, 4
Bocairent ,

VIALMAN
C.I.F.: B-96.586.181
Apdo., 58 - 46880 BOCAIRENT (Vcia.)
Tel. 96 235 13 13 - Fax 96 235 01 40
vialman@vialman.com - www.vialman.com