IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 2976** |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION GRANTING BENELLA DUGAN RELIEF FROM THE AUTOMATIC STAY TO PROCEED IN CIVIL ACTION

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certify as follows:

1. On July 18, 2025, Benella Dugan, (the "**Movant**") filed the *Motion of Benella Dugan for Relief from Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* [D.I. 2976] (the "**Dugan Lift Stay Motion**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. The Debtors and the Movant have engaged in good faith negotiations and have agreed to enter into a stipulation (the "**Stipulation**") to lift the automatic stay and resolve the Dugan Lift Stay Motion.[2]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

1

      3.      A copy of the Stipulation is attached as <u>Exhibit A</u> to the proposed form of order (the "**Proposed Order**"), attached hereto as **<u>Exhibit 1</u>**.

      4.      Counsel for the Movant has reviewed the Proposed Order and has agreed to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **<u>Exhibit 1</u>**, at its earliest convenience.

*[Signature page follows]*

Dated: August 6, 2025
Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Brianna N. V. Turner*
        Robert J. Dehney, Sr. (No. 3578)
        Andrew R. Remming (No. 5120)
        Daniel B. Butz (No. 4227)
        Sophie Rogers Churchill (No. 6905)
        Brianna N. V. Turner (No. 7468)
        1201 N. Market Street, 16th Floor
        Wilmington, DE 19801
        Tel: (302) 658-9200
        rdehney@morrisnichols.com
        aremming@morrisnichols.com
        dbutz@morrisnichols.com
        srchurchill@morrisnichols.com
        bturner@morrisnichols.com

        *-and-*

        DAVIS POLK & WARDWELL LLP

        Brian M. Resnick (admitted *pro hac vice*)
        Adam L. Shpeen (admitted *pro hac vice*)
        James I. McClammy (admitted *pro hac vice*)
        Stephen D. Piraino (admitted *pro hac vice*)
        Matthew R. Brock (admitted *pro hac vice*)
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000
        brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        james.mcclammy@davispolk.com
        stephen.piraino@davispolk.com
        matthew.brock@davispolk.com

        *Counsel to the Debtors and Debtors in Possession*