## EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**
**BIG LOTS, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**
**June 1, 2025 through June 30, 2025**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions | 19.8 | $32,636.00 |
| Business Operations | 1.7 | $3,468.00 |
| Claims / Creditor Outreach | 22.2 | $33,513.00 |
| Contracts / Leases | 3.3 | $4,141.50 |
| General Case Administration | 3.3 | $7,312.50 |
| Litigation | 154.4 | $271,388.00 |
| Regulatory / Antitrust / Tax / IP | 3.9 | $7,216.00 |
| Retention DPW: Preparation of Fee Applications, Budgeting | 29.4 | $30,192.00 |
| Retention Non-DPW: Preparation of Retention-Related Materials | 0.4 | $816.00 |
| **TOTAL** | **238.4** | **$390,683.00[1]** |

---

[1] This amount reflects a voluntary reduction in fees in the amount of $11,766.00.

| Time Detail By Project ||||| 
|---|---|---|---|---|
| **Time ID** | **Name** | **Date** | **Hours** | **Narrative** |
| **BC02 Asset Dispositions** ||||| 
| 40744760 | Bi, Jonathan | 06/01/25 | 0.3 | Review sale documents relating to insurance claim. |
| 40758289 | Bi, Jonathan | 06/02/25 | 0.9 | Review public filings for certain documents (0.3); review sale documents in relation to insurance dispute (0.6). |
| 40767640 | Bi, Jonathan | 06/03/25 | 0.1 | Review asset purchase agreement regarding insurance inquiry. |
| 40796402 | Amir, Gennie A. | 06/04/25 | 0.8 | Review comments to DBA for sale of Aurora, CO property. |
| 40792854 | Bi, Jonathan | 06/04/25 | 0.8 | Review lease insurance documents for resolution of Davis Polk team inquiry. |
| 40971061 | Burbridge, Avelina | 06/04/25 | 0.4 | Review comments to Aurora owned real property designation agreement and asset purchase agreement (0.3); confer with G. Amir regarding same (0.1). |
| 40814441 | Amir, Gennie A. | 06/06/25 | 0.3 | Review revised designated buyer agreement for sale of Aurora, CO from Kin Properties. |
| 40971662 | Burbridge, Avelina | 06/06/25 | 0.1 | Correspond with G. Amir regarding Aurora owned real property designation agreement comments. |
| 40971996 | Burbridge, Avelina | 06/08/25 | 0.1 | Correspond with G. Amir regarding Aurora owned real property designation closing and title affidavits and certificates. |
| 40823415 | Amir, Gennie A. | 06/09/25 | 1.5 | Finalize DBA (0.6); coordinate execution by J. Ramsden (0.2); prepare closing documents for closing of Aurora, CO property (0.7). |
| 40799647 | Bi, Jonathan | 06/09/25 | 0.2 | Assist Davis Polk team regarding GBRP dispute. |
| 40972057 | Burbridge, Avelina | 06/10/25 | 0.1 | Review Aurora designation property closing affidavits and certificates. |
| 40841053 | Amir, Gennie A. | 06/11/25 | 2.3 | Coordinate execution of closing documents for Aurora, CO sale. |
| 40853526 | Amir, Gennie A. | 06/12/25 | 1.3 | Coordinating closing deliverables with Title for Aurora, CO closing. |
| 40972180 | Burbridge, Avelina | 06/12/25 | 0.1 | Correspond with G. Amir regarding Aurora designation property closing statement. |
| 40856484 | Amir, Gennie A. | 06/13/25 | 0.7 | Discuss Aurora, CO closing with S. Piraino (0.4); email Stewart title regarding closing statement revisions (0.3). |
| 40825573 | Bi, Jonathan | 06/13/25 | 0.3 | Respond to inquiry from Cozen regarding name change issues. |
| 40859870 | Goldberger, Jacob | 06/13/25 | 0.1 | Correspondence with real estate team regarding execution of real estate documentation. |
| 40936911 | Piraino, Stephen D. | 06/13/25 | 0.2 | Call with Davis Polk team regarding real estate sale. |
| 40870352 | Amir, Gennie A. | 06/16/25 | 0.4 | Revise closing statement with title (0.2); coordinate signature pages for Seller documents with Big Lots team (0.2). |

| **Time Detail By Project** |
|---|---|---|---|---|
| **Time ID** | **Name** | **Date** | **Hours** | **Narrative** |
| 40972397 | Burbridge, Avelina | 06/16/25 | 0.4 | Review and confer with G. Amir regarding Aurora owned real property designation transfer documents. |
| 40878168 | Amir, Gennie A. | 06/17/25 | 3.3 | Coordinate execution, finalization of seller closing documents with Big Lots Team for Aurora, CO property (1.6); coordinate payment of taxes with title, and Big Lots team (1.2); review closing statement from title company (0.5). |
| 40960806 | Burbridge, Avelina | 06/17/25 | 0.8 | Confer with G. Amir regarding Aurora designated real property conveyance documents, designation property closing statement, recording affidavits and tax matters. |
| 40883290 | Goldberger, Jacob | 06/17/25 | 0.1 | Correspondence with S. Piraino and Citibank regarding escrow release. |
| 40937277 | Piraino, Stephen D. | 06/17/25 | 0.2 | Emails with J. Goldberger regarding escrow release. |
| 40886553 | Amir, Gennie A. | 06/18/25 | 1.8 | Coordinate payment of taxes for Aurora, CO property (0.6); prepare executed Seller documents (0.6); email same to Title, GBRP, and Buyer teams (0.6). |
| 40960819 | Burbridge, Avelina | 06/18/25 | 0.6 | Confer with G. Amir regarding Aurora owned real property designation closing statement and property tax matters (0.4); review closing statement (0.2). |
| 40886501 | Goldberger, Jacob | 06/18/25 | 1.0 | Draft escrow release for Gordon Brothers transfer (0.4); correspondence with AlixPartners, S. Piraino and Citibank regarding same (0.6). |
| 40902376 | Amir, Gennie A. | 06/20/25 | 0.5 | Email W-9 for transferor to Gordon Brothers (0.2); coordinate closing statement with Gordon Brothers (0.3). |
| 40993502 | Burbridge, Avelina | 06/20/25 | 0.1 | Attend closing of Aurora owned real property designation. |
| **Total BC02 Asset Dispositions** | | | **19.8** | |
| **BC03 Business Operations** | | | | |
| 40799338 | Piraino, Stephen D. | 06/03/25 | 1.2 | Call with AlixPartners regarding budget matters (0.4); review management presentation on budget matters (0.8). |
| 40998629 | Piraino, Stephen D. | 06/26/25 | 0.5 | Call with Morris Nichols regarding CSC invoices (0.3); call with Big Lots regarding same (0.2). |
| **Total BC03 Business Operations** | | | **1.7** | |
| **BC04 Claims; Creditor Outreach** | | | | |
| 40789305 | Piraino, Stephen D. | 06/02/25 | 1.4 | Review distribution notice (0.2); calls and emails with Davis Polk, AlixPartners and Morris Nichols regarding finalizing distribution notice (1.2). |
| 40763656 | Winiarski, Kevin L. | 06/02/25 | 0.8 | Attention to admin claim distribution mechanics and filings (0.5); emails with AlixPartners regarding same (0.3). |

| Time Detail By Project ||||| 
|---|---|---|---|---|
| Time ID | Name | Date | Hours | Narrative |
| 40756269 | Goldberger, Jacob | 06/03/25 | 0.2 | Review email correspondence regarding administrative claim payment status. |
| 40796015 | Goldberger, Jacob | 06/04/25 | 0.9 | Correspondence with creditors and AlixPartners regarding claim reconciliation and payments (0.5); correspondence with J. Bi regarding insurance claims for damages to stores (0.1); review motions for post closing payments (0.3). |
| 40810984 | Piraino, Stephen D. | 06/04/25 | 0.7 | Emails with Davis Polk and AlixPartners, administrative expense claimants regarding payments. |
| 40807301 | Goldberger, Jacob | 06/05/25 | 0.1 | Correspondence with AlixPartners regarding lease claims. |
| 40813799 | Piraino, Stephen D. | 06/05/25 | 0.7 | Emails with Davis Polk and AlixPartners regarding administrative expenses. |
| 40809467 | Goldberger, Jacob | 06/06/25 | 0.8 | Correspondence with R. Steere and counterparties regarding admin claims (0.3); review lease obligations for C. Miller Big Lots objections (0.5). |
| 40826263 | Piraino, Stephen D. | 06/06/25 | 0.9 | Review late filed claim motion (0.7); emails with counsel regarding same (0.2). |
| 40822399 | Goldberger, Jacob | 06/09/25 | 0.3 | Correspondence with M. Brock and counsel to Cedars Too regarding production requests. |
| 40837597 | Piraino, Stephen D. | 06/09/25 | 0.4 | Prepare for and call with counterparty regarding late filed claim motion. |
| 40863756 | Goldberger, Jacob | 06/11/25 | 0.3 | Correspondence with creditors regarding administrative claim payments. |
| 40936477 | Piraino, Stephen D. | 06/11/25 | 0.3 | Emails with Davis Polk team regarding HomeView order. |
| 40843503 | Winiarski, Kevin L. | 06/11/25 | 0.8 | Emails with various administrative claimants regarding interim payments (0.3); meet with S. Piraino regarding same (0.3); emails with AlixPartners team regarding same (0.2). |
| 40936794 | Piraino, Stephen D. | 06/13/25 | 0.8 | Calls and emails with Davis Polk team, Morris Nichols, and J. Kasen regarding HomeView order (0.5); calls and email with counsel to creditor (0.3). |
| 40858664 | Winiarski, Kevin L. | 06/13/25 | 1.8 | Call with counsel to creditor regarding administrative claims process (0.5); call with counsel to HomeView regarding same (0.4); call with Davis Polk team regarding workstreams (0.5); emails with counsel to administrative claimants regarding interim payments (0.4). |
| 40870029 | Winiarski, Kevin L. | 06/16/25 | 0.5 | Emails with counsel to various admin creditors regarding claims reconciliation process. |
| 40884946 | Winiarski, Kevin L. | 06/17/25 | 1.8 | Meet with A. Shpeen and S. Piraino regarding GBRP issues (0.3); emails with counsel to various creditors regarding interim admin payments (1.0); review and revise internal tracker regarding same (0.2); emails with AlixPartners regarding same (0.3). |

3

| Time Detail By Project | | | | |
|---|---|---|---|---|
| Time ID | Name | Date | Hours | Narrative |
| 40892921 | Winiarski, Kevin L. | 06/18/25 | 2.3 | Extensive emails and calls with various admin creditors regarding interim payments (1.3); review and revise COC and form of order for HomeView motion (0.7); emails with Morris Nichols and Davis Polk teams regarding same (0.2); emails with J. Kasen regarding same (0.1). |
| 40899771 | Goldberger, Jacob | 06/20/25 | 0.2 | Call with S. Piraino regarding insurance liability claims. |
| 40907241 | Goldberger, Jacob | 06/21/25 | 0.1 | Review email correspondence regarding administrative claim payments. |
| 40899173 | Goldberger, Jacob | 06/22/25 | 0.1 | Correspondence with C. Hood regarding Agency Agreement obligations of GBRP. |
| 40933676 | Piraino, Stephen D. | 06/23/25 | 1.3 | Calls and emails regarding HomeView order (0.5); reply to administrative expense claimants (0.8). |
| 40921870 | Winiarski, Kevin L. | 06/23/25 | 1.8 | Extensive emails and calls with counsel to various admin creditors regarding claims reconciliation issues (1.5); emails with AlixPartners regarding same (0.3). |
| 40936123 | Goldberger, Jacob | 06/25/25 | 0.1 | Correspondence with claimants regarding claims updates. |
| 40935402 | Winiarski, Kevin L. | 06/25/25 | 1.1 | Emails with counsel to various administrative claimants regarding claims reconciliation process (0.6); emails with AlixPartners regarding same (0.2); call with counsel to creditor regarding same (0.3). |
| 40940278 | Winiarski, Kevin L. | 06/26/25 | 0.9 | Extensive correspondence with counsel to various administrative claimants regarding claims reconciliation process (0.6); emails with AlixPartners regarding same (0.3). |
| 40950551 | Goldberger, Jacob | 06/27/25 | 0.1 | Correspondence with M. DeSabatino and R. Steere regarding post-sale admin claims. |
| 40990235 | Piraino, Stephen D. | 06/30/25 | 0.7 | Call with E. Stern regarding admin claims matters (0.2); emails with AlixPartners and Davis Polk regarding admin claim reconciliation (0.5). |
| **Total BC04 Claims; Creditor Outreach** | | | **22.2** | |
| **BC05 Contracts/Leases** | | | | |
| 40822381 | Goldberger, Jacob | 06/08/25 | 0.2 | Correspondence with J. Bi and S. Piraino regarding lease insurance obligations. |
| 40828926 | Goldberger, Jacob | 06/09/25 | 0.2 | Correspondence with S. Piraino and J. Bi regarding lease damage claims. |
| 40839628 | Goldberger, Jacob | 06/11/25 | 1.3 | Correspondence with R. Steere and S. Piraino regarding asset designations by GBRP (0.4); review asset purchase agreement and designation notices regarding same (0.4); correspondence with C. Miller and Morris Nichols regarding motions to compel payment (0.2); correspondence with A. Almaz and M. Brock regarding Cedars Too litigation (0.2); correspondence with C. Miller and Morris Nichols regarding motions for lease payments (0.1). |

| Time Detail By Project ||||| 
|---|---|---|---|---|
| **Time ID** | **Name** | **Date** | **Hours** | **Narrative** |
| 40854014 | Goldberger, Jacob | 06/12/25 | 0.3 | 0.3 Correspondence with Morris Nichols and R. Steere regarding distribution center rejections (0.1); review rejection notices regarding same (0.2). |
| 40895192 | Goldberger, Jacob | 06/19/25 | 0.2 | Work on escrow release execution. |
| 40898500 | Goldberger, Jacob | 06/20/25 | 0.2 | Correspondence with AlixPartners, Citibank, and A. Shpeen regarding escrow release. |
| 40911307 | Goldberger, Jacob | 06/23/25 | 0.5 | Correspondence with R. Steere regarding motions to compel lease payments and lease obligations (0.2); correspondence with landlord representative and S. Piraino regarding GBRP asset purchase agreement schedules (0.3). |
| 40911391 | Goldberger, Jacob | 06/24/25 | 0.3 | Correspondence with landlord counterparty, S. Piraino and S. Fox regarding asset purchase agreement (0.1); redact same for production (0.2). |
| 40947126 | Goldberger, Jacob | 06/26/25 | 0.1 | Correspondence with R. Steere regarding lease resolution. |
| **Total BC05 Contracts/Leases** | | | **3.3** | |
| **BC10 General Case Administration** | | | | |
| 40825442 | Resnick, Brian M. | 06/03/25 | 0.2 | Update call with A. Shpeen regarding various case issues. |
| 40826293 | Piraino, Stephen D. | 06/06/25 | 0.5 | Update workstreams chart (0.2); call with Davis Polk team regarding same (0.3). |
| 40817904 | Shpeen, Adam L. | 06/06/25 | 0.3 | Call with Davis Polk team regarding status. |
| 40936813 | Piraino, Stephen D. | 06/13/25 | 0.5 | Prepare for and call with Davis Polk team regarding workstreams. |
| 40869775 | Resnick, Brian M. | 06/13/25 | 0.1 | Emails with Davis Polk team regarding status of workstreams. |
| 40875034 | Shpeen, Adam L. | 06/13/25 | 0.4 | Attend check in call with Big Lots team. |
| 40932236 | Piraino, Stephen D. | 06/24/25 | 0.7 | Emails with Morris Nichols and Davis Polk regarding June omnibus hearing (0.5); review agenda for same (0.2). |
| 40942397 | Piraino, Stephen D. | 06/25/25 | 0.6 | Correspondence with Morris Nichols and Davis Polk regarding hearing (0.4); review agenda for same (0.2). |
| **Total BC10 General Case Administration** | | | **3.3** | |
| **BC12 Litigation** | | | | |
| 40730261 | Brock, Matthew R. | 06/01/25 | 6.5 | Call with J. McClammy, B. Resnick, A. Shpeen, S. Piraino, K. Winiarski regarding motion to enforce asset purchase agreement (0.5); revise appellate brief (3.0); emails with A. Shpeen, Big Lots, Creditors Committee, Morris Nichols and others regarding same (3.0). |
| 40789183 | Resnick, Brian M. | 06/01/25 | 0.4 | Call with Davis Polk team regarding GBRP dispute. |
| 40760205 | Shpeen, Adam L. | 06/01/25 | 0.7 | Call regarding GBRP motion to enforce (0.5); emails relating to appeal brief (0.2). |
| 40754762 | Stroman, Samantha | 06/01/25 | 1.2 | Review and revise draft appellees' brief. |

| | | Time Detail By Project | | |
|---|---|---|---|---|
| **Time ID** | **Name** | **Date** | **Hours** | **Narrative** |
| 40756717 | Brock, Matthew R. | 06/02/25 | 7.9 | Call with Big Lots and others regarding asset purchase agreement (0.5); call with S. Piraino regarding same (0.2); emails with J. McClammy and AlixPartners regarding discovery requests (0.3); emails with Big Lots and AIG regarding automatic stay (0.3); emails with L. Chisholm regarding appellate brief (0.2); revise same (1.7); emails with J. McClammy, Morris Nichols and others regarding appellate brief (0.3); revise same (4.4). |
| 40752898 | Chisholm, Louis W. | 06/02/25 | 1.2 | Review and revise appellate brief. |
| 40996335 | McClammy, James I. | 06/02/25 | 0.5 | Teleconference with Davis Polk team, AlixPartners and Big Lots regarding GBRP motion to enforce, strategy. |
| 40789240 | Piraino, Stephen D. | 06/02/25 | 1.7 | Call with Big Lots team regarding GBRP matter (0.7); call with A. Shpeen regarding same (0.2); call with Big Lots regarding appeal (0.3); emails with Davis Polk team regarding same (0.5). |
| 40825565 | Resnick, Brian M. | 06/02/25 | 0.3 | Emails with Davis Polk team and Big Lots regarding litigation issues. |
| 40784877 | Shpeen, Adam L. | 06/02/25 | 1.1 | Call with management regarding GBRP litigation (0.8); analysis regarding same (0.3). |
| 40761031 | Stroman, Samantha | 06/02/25 | 8.3 | Review and revise draft appellees' brief. |
| 40775835 | Brock, Matthew R. | 06/03/25 | 3.4 | Revise appellate brief (0.4); emails with J. McClammy, A. Shpeen and S. Piraino regarding same (0.1); call with Appellants regarding stipulation (0.2); draft same (0.4); calls with Morris Nichols regarding same (0.3); emails with Big Lots, Morris Nichols, Appellants, J. McClammy, A. Shpeen, S. Piraino and others regarding same (0.8); revise appellate brief (0.6) call with A. Shpeen, J. McClammy and S. Piraino regarding asset purchase agreement (0.5); emails with L. Chisholm, T. Sun and S. Stroman regarding same (0.1). |
| 40799329 | Piraino, Stephen D. | 06/03/25 | 1.3 | Call with Davis Polk team regarding appeal (0.5); email with Davis Polk and Big Lots regarding appeal (0.8). |
| 40796003 | Shpeen, Adam L. | 06/03/25 | 0.7 | Call with Davis Polk team regarding next steps with respect to GBRP dispute and appeal. |
| 40783618 | Stroman, Samantha | 06/03/25 | 6.0 | Review and revise draft appellees' brief. |
| 40791419 | Sun, Tony | 06/03/25 | 0.1 | Correspondence with M. Brock, L. Chisholm and S. Stroman regarding Gordon Brothers' motion disputing asset purchase agreement. |
| 40714096 | Brock, Matthew R. | 06/04/25 | 1.3 | Call with L. Chisholm, S. Stroman and T. Sun regarding adversary complaint (0.3); emails with L. Chisholm, S. Stroman and T. Sun regarding same (0.5); emails with J. McClammy and Katten regarding insurance issues (0.2); emails with Vorys regarding automatic stay (0.1); emails with A. Shpeen, Big Lots and others regarding appeal (0.2). |

| Time Detail By Project |||||
|---|---|---|---|---|
| **Time ID** | **Name** | **Date** | **Hours** | **Narrative** |
| 40808036 | Shpeen, Adam L. | 06/04/25 | 0.4 | Call with S. Fox regarding GBRP dispute. |
| 40796491 | Stroman, Samantha | 06/04/25 | 0.3 | Videoconference with M. Brock and others regarding Gordon Brothers motion to enforce (0.2); correspond with M. Brock, others regarding same (0.1). |
| 40796496 | Sun, Tony | 06/04/25 | 0.2 | Call with M. Brock, L. Chisholm and S. Stroman regarding Gordon Brothers adversary proceeding. |
| 40797565 | Brock, Matthew R. | 06/05/25 | 2.0 | Review edits to appellate brief (0.1); revise tolling agreement (0.5); revise stipulation lifting automatic stay (0.6); revise stipulation to lift automatic stay (0.4); emails with J. McClammy regarding same (0.1); emails with A. Shpeen and others regarding GBRP (0.3). |
| 40796763 | Chisholm, Louis W. | 06/05/25 | 5.3 | Draft Debtors' requests for production to Gordon Brothers. |
| 40813868 | Piraino, Stephen D. | 06/05/25 | 2.7 | Email with Davis Polk team regarding budget matter (0.3); progress objection to GBRP motion (2.4). |
| 40824142 | Resnick, Brian M. | 06/05/25 | 0.5 | Emails with Davis Polk team and other parties regarding various litigation issues. |
| 40807418 | Brock, Matthew R. | 06/06/25 | 1.2 | Emails with L. Chisholm, T. Sun and S. Stroman regarding GBRP dispute (0.1); meeting with A. Shpeen, J. McClammy, S. Piraino and others regarding matter status (0.5); call with AIG regarding automatic stay (0.3); emails with J. McClammy regarding same (0.1); emails with J. Goldberger regarding discovery request (0.1); emails with Big Lots and others regarding insurance issues (0.1). |
| 40807239 | Chisholm, Louis W. | 06/06/25 | 4.1 | Draft Debtors' Interrogatories to Gordon Brothers (3.5); Revise Debtors' Requests for Production of Documents to Gordon Brothers Documents (0.6). |
| 40826276 | Piraino, Stephen D. | 06/06/25 | 0.4 | Emails with AlixPartners and Davis Polk team regarding resolving budget matter. |
| 40823260 | Resnick, Brian M. | 06/06/25 | 0.8 | Call with Davis Polk team regarding various litigation and other issues (0.4); emails with Big Lots and Davis Polk team regarding same (0.4). |
| 40817899 | Shpeen, Adam L. | 06/06/25 | 0.7 | Call with R. Robins regarding Big Lots dispute (0.3); call with S. Fox regarding same (0.2); discuss same with K. Percy (0.2). |
| 40811870 | Stroman, Samantha | 06/06/25 | 1.5 | Draft sections of breach of contract complaint. |
| 40808120 | Brock, Matthew R. | 06/08/25 | 0.1 | Emails with A. Shpeen regarding asset purchase agreement. |
| 40818299 | Brock, Matthew R. | 06/09/25 | 1.1 | Call with Katten, BHSI, and others regarding D&O claims (0.5); call with A. Shpeen regarding same (0.1); emails with L. Chisholm, S. Stroman, and T. Sun regarding GBRP (0.1); emails with BHSI, Katten, and others regarding insurance issues (0.2); emails with Big Lots, and J. McClammy regarding automatic stay (0.1); call with movant regarding same (0.1). |

| **Time Detail By Project** |
| --- | --- | --- | --- | --- |
| Time ID | Name | Date | Hours | Narrative |
| 40837591 | Piraino, Stephen D. | 06/09/25 | 0.4 | Call with Creditors Committee regarding litigation matters. |
| 40837592 | Piraino, Stephen D. | 06/09/25 | 0.2 | Call with Katten regarding insurance matter. |
| 40820860 | Stroman, Samantha | 06/09/25 | 3.1 | Draft sections of breach of contract complaint (2.9); correspondence with T. Sun regarding same (0.2). |
| 40823366 | Sun, Tony | 06/09/25 | 3.2 | Call with M. Brock, L. Chisholm, and S. Stroman regarding potential adversary proceeding (0.4); draft adversary complaint against GBRP (2.8). |
| 40828307 | Brock, Matthew R. | 06/10/25 | 1.7 | Call with D. Nestor, A. Pravda, and J. Goldberger regarding document request (0.3); emails with J. McClammy and J. Goldberger regarding same (0.1); emails with J. McClammy, Big Lots, and others regarding tolling agreement (0.1); emails with J. McClammy, others regarding automatic stay (0.1); revise draft of adversary complaint for breach of contract (1.1). |
| 40831114 | Goldberger, Jacob | 06/10/25 | 1.2 | Prepare materials for GBRP litigation conference (0.7); call with Davis Polk team regarding discovery costs for Cedars Too (0.3); correspondence with M. Brock regarding same (0.2). |
| 40785936 | Prater, Rachel | 06/10/25 | 0.3 | Attention to review of printed asset purchase agreement alongside relevant documentation for delivery to A. Shpeen, J. McClammy and S. Piraino (0.2); correspond with J. Goldberger and S. Piraino regarding same (0.1). |
| 40839443 | Shpeen, Adam L. | 06/10/25 | 0.7 | Call with K. Percy regarding GBRP dispute (0.4); review analysis relating to same (0.3). |
| 40838393 | Brock, Matthew R. | 06/11/25 | 4.3 | Call with S. Piraino regarding automatic stay, and asset purchase agreement (0.1); emails with Big Lots, J. Goldberger, J. McClammy, and others regarding discovery requests (0.3); revise adversary complaint (1.1); revise adversary complaint (2.4); emails with T. Sun and S. Stroman regarding same (0.1); revise stipulation to lift automatic stay (0.3). |
| 40845189 | Goldberger, Jacob | 06/11/25 | 0.1 | Correspondence with M. Brock regarding Cedars Too litigation. |
| 40936515 | Piraino, Stephen D. | 06/11/25 | 0.4 | Correspondence with L. LaPuma regarding GBRP dispute. |
| 40847026 | Brock, Matthew R. | 06/12/25 | 3.2 | Call with S. Piraino regarding motion to compel (0.2); emails with T. Sun regarding adversary complaint (0.3); revise discovery requests (0.4); conference with Davis Polk team regarding subpoena (0.3); emails with Morris Nichols and J. Goldberger regarding same (0.2); revise stipulations to lift automatic stay (0.7); emails with J. McClammy, Morris Nichols and others regarding same (0.4); revise appellate brief (0.5); emails with Morris Nichols and K. Winiarski regarding same (0.2); emails with S. Piraino regarding motion to compel. |

8

| Time Detail By Project ||||| 
|---|---|---|---|---|
| **Time ID** | **Name** | **Date** | **Hours** | **Narrative** |
| 40852523 | Goldberger, Jacob | 06/12/25 | 0.2 | Call with Cedars Too regarding production request. |
| 40935123 | Piraino, Stephen D. | 06/12/25 | 3.4 | Research various matters for objection to GBRP motion. |
| 40849264 | Sun, Tony | 06/12/25 | 0.8 | Review and revise adversary complaint against Gordon Brothers (0.7); correspondence with K. Winiarski regarding same (0.1). |
| 40854724 | Brock, Matthew R. | 06/13/25 | 2.3 | Call with J. McClammy, A. Shpeen, S. Piraino, and K. Winiarski regarding case status (0.5); revise stipulation to lift automatic stay (0.3); emails with J. McClammy and Morris Nichols regarding same (0.3); emails with Morris Nichols regarding subpoena (0.3); emails with A. Shpeen, J. McClammy, T. Sun, and others regarding adversary complaint (0.2); revise appellate brief (0.5); emails with Morris Nichols regarding same (0.2). |
| 40996456 | McClammy, James I. | 06/13/25 | 0.7 | Review and comment regarding draft complaint. |
| 40936948 | Piraino, Stephen D. | 06/13/25 | 1.7 | Research for GBRP objection (1.3); review and analyze funding matters (0.4). |
| 40882235 | Stein, Lee B. | 06/13/25 | 1.5 | Prepare Big Lots production volumes for transmission to Creditors Committee. |
| 40792353 | Brock, Matthew R. | 06/14/25 | 1.4 | Call with J. McClammy, T. Sun, and K. Winiarski regarding adversary complaint (0.2); emails with T. Sun regarding same (0.2); revise same (0.4); revise discovery requests (0.5); emails with L. Chisholm regarding same (0.1). |
| 40807263 | Chisholm, Louis W. | 06/14/25 | 0.1 | Attend to correspondence with team regarding document requests (0.1). |
| 40863106 | Stroman, Samantha | 06/14/25 | 0.1 | Correspond with T. Sun and others regarding draft breach of contract complaint. |
| 40863222 | Brock, Matthew R. | 06/15/25 | 1.8 | Emails with J. McClammy, and L. Chisholm regarding discovery requests (0.1); revise appellate brief (1.7). |
| 40864150 | Chisholm, Louis W. | 06/15/25 | 0.2 | Revise document requests (0.1); circulate revised version of same to team (0.1). |
| 40818304 | Brock, Matthew R. | 06/16/25 | 2.9 | Call with movant regarding automatic stay (0.2); emails with movants, J. McClammy, Big Lots, and others regarding same (0.5); revise appellate brief (1.6); emails with Morris Nichols, and others regarding same (0.6). |
| 40870734 | Hirakawa, Lisa | 06/16/25 | 2.2 | Prepare a table of authorities for the Appeal Brief as per M. Brock. |
| 40996542 | McClammy, James I. | 06/16/25 | 1.2 | Review complaint, response to motion (0.8); teleconference with A. Shpeen regarding settlement meeting (0.4). |
| 40934916 | Piraino, Stephen D. | 06/16/25 | 0.9 | Emails with Davis Polk, and AlixPartners regarding GBRP budget dispute. |
| 40899925 | Resnick, Brian M. | 06/16/25 | 0.3 | Review revisions to appeal brief regarding sale order. |
| 40877670 | Shpeen, Adam L. | 06/16/25 | 0.8 | Call with Big Lots team and AlixPartners regarding GBRP dispute. |

| Time Detail By Project ||||| 
|---|---|---|---|---|
| **Time ID** | **Name** | **Date** | **Hours** | **Narrative** |
| 40926404 | Stein, Lee B. | 06/16/25 | 1.0 | Organize document productions for transmission to Creditors Committee. |
| 40870046 | Winiarski, Kevin L. | 06/16/25 | 0.8 | Call with AlixPartners, management, and Davis Polk team regarding GBRP funding issues. |
| 40875179 | Brock, Matthew R. | 06/17/25 | 2.5 | Revise adversary complaint (0.5); emails with A. Shpeen regarding same (0.1); revise appellate brief (0.4); call with S. Piraino regarding GBRP (0.1); revise lift stay stipulations (0.4); emails with J. McClammy, and movants regarding same (0.5); emails with J. McClammy, and Morris Nichols regarding appeal (0.3); emails with A. Shpeen, J. McClammy, and AlixPartners regarding complaint (0.2). |
| 40863758 | Goldberger, Jacob | 06/17/25 | 0.5 | Attend Gordon Brothers litigation conference (0.3); correspondence with counsel to Cedars Too and M. Brock regarding production request (0.2). |
| 40996514 | McClammy, James I. | 06/17/25 | 4.3 | Big Lots, and GBRP settlement discussions and follow up regarding same. |
| 40936206 | Piraino, Stephen D. | 06/17/25 | 4.3 | Meeting with Big Lots team regarding GBRP dispute (0.5); draft objection to GBRP motion (3.4); calls, emails, and conferences with Davis Polk team regarding GBRP dispute (0.4). |
| 40886436 | Shpeen, Adam L. | 06/17/25 | 6.0 | Conference at Davis Polk between GBRP and Big Lots (4.3); review and revise adversary proceeding complaint and appellate brief (1.7). |
| 40854023 | Brock, Matthew R. | 06/18/25 | 3.5 | Emails with Morris Nichols, AlixPartners, Big Lots, and others regarding adversary complaint (0.5); revise same (0.6); emails with movants regarding automatic stay (0.4); call with movant regarding same (0.2); revise stipulations for same (0.3); revise appellate brief (0.9); emails with A. Shpeen, J. McClammy, T. Sun, S. Stroman, and others regarding same (0.3); emails with J. McClammy, and others regarding Creditors Committee investigation (0.3). |
| 40937166 | Piraino, Stephen D. | 06/18/25 | 0.9 | Emails with Big Lots, and trial counsel regarding Desoto litigation (0.4); calls, emails with Davis Polk, and AlixPartners regarding GBRP dispute (0.5). |
| 40890437 | Stroman, Samantha | 06/18/25 | 0.2 | Correspond with M. Brock, and others regarding appeal brief. |
| 40890522 | Sun, Tony | 06/18/25 | 0.8 | Review and revise Gordon Brother appeal brief. |
| 40892926 | Brock, Matthew R. | 06/19/25 | 0.7 | Emails with Katten regarding D&O claims (0.1); emails with J. McClammy, and movants regarding automatic stay (0.2); emails with Morris Nichols, A. Shpeen, J. McClammy, K. Winiarski, and others regarding motion to compel (0.4). |

| Time Detail By Project | | | | |
|---|---|---|---|---|
| **Time ID** | **Name** | **Date** | **Hours** | **Narrative** |
| 40914783 | Resnick, Brian M. | 06/19/25 | 0.2 | Emails with Davis Polk team regarding various litigation issues. |
| 40897819 | Shpeen, Adam L. | 06/19/25 | 0.6 | Negotiation resolution of Big Lots GBRP dispute. |
| 40895454 | Sun, Tony | 06/19/25 | 2.6 | Revise Gordon Brothers sale appeal brief (2.5); correspondence with M. Brock regarding same (0.1). |
| 40921803 | Winiarski, Kevin L. | 06/19/25 | 2.3 | Emails with M. Brock and Morris Nichols team regarding objection to GBRP motion (0.5); review and revise draft of same (1.5); emails with A. Shpeen regarding same (0.3). |
| 40891036 | Brock, Matthew R. | 06/20/25 | 1.1 | Revise appellate brief (0.4); emails with J. McClammy, A. Shpeen, Morris Nichols, Big Lots, and others regarding same (0.3); call with movant regarding stipulation to lift automatic stay (0.1); emails with movants, Morris Nichols, J. McClammy, Big Lots, and others regarding same (0.3). |
| 40933937 | Piraino, Stephen D. | 06/20/25 | 0.2 | Call with J. Goldberger regarding insurance matter. |
| 40934178 | Piraino, Stephen D. | 06/20/25 | 0.4 | Emails with Big Lots, Davis Polk team regarding Calitex litigation. |
| 40899438 | Winiarski, Kevin L. | 06/20/25 | 0.8 | Emails with Davis Polk team regarding GBRP issues (0.5); emails with Morris Nichols and Davis Polk teams regarding same and other contested matters (0.3). |
| 40912252 | Brock, Matthew R. | 06/23/25 | 0.9 | Emails with movants, J. McClammy, and others regarding automatic stay (0.5); revise stipulations for same (0.3); call with insurer regarding same (0.1). |
| 40913722 | Winiarski, Kevin L. | 06/23/25 | 4.3 | Draft and revise stipulation for GBRP motion (1.0); emails and call with S. Piraino regarding same (0.3); review and revise stipulation for HomeView motion (1.0); call with J. Kasen, A. Remming, and S. Piraino regarding same (0.2); follow-up call with A. Remming and S. Piraino regarding same (0.3); review and revise stipulation for Lipp CDS motion (1.2); emails with S. Piraino regarding same (0.3). |
| 40919058 | Brock, Matthew R. | 06/24/25 | 1.1 | Emails with Morris Nichols, movants, and others regarding automatic stay (0.9); call with movant regarding same (0.1); call with Morris Nichols regarding same (0.1). |
| 40932330 | Piraino, Stephen D. | 06/24/25 | 0.7 | Review and edit GBRP stipulation (0.4); emails with K. Winiarski regarding same (0.3). |
| 40928486 | Brock, Matthew R. | 06/25/25 | 1.6 | Emails with movants regarding automatic stay (0.1); call with insurer regarding automatic stay (0.2); call with S. Piraino regarding same (0.1); call with codefendant regarding same (0.1); revise stipulation for same (0.2); emails with insurer, movants, J. McClammy, Morris Nichols, and others regarding same (0.8); emails with Big Lots and others regarding attorneys' fees (0.1). |

| Time Detail By Project ||||| 
|---|---|---|---|---|
| Time ID | Name | Date | Hours | Narrative |
| 40968952 | Resnick, Brian M. | 06/25/25 | 0.3 | Call with S. Reisman regarding negotiations with insurers (0.2); email to Davis Polk team regarding same (0.1). |
| 40982720 | Stein, Lee B. | 06/25/25 | 0.3 | Organize document productions for transmission to Creditors Committee. |
| 40932426 | Winiarski, Kevin L. | 06/25/25 | 1.1 | Draft stipulation and proposed order for Lipp CDS late claim motion (0.5); draft stipulation and proposed order for GBRP motion (0.6). |
| 40938412 | Brock, Matthew R. | 06/26/25 | 0.9 | Correspondence with movants, J. McClammy, AIG, and others regarding automatic stay (0.7); emails with S. Piraino and Morris Nichols regarding name change (0.2). |
| 40944259 | Sun, Tony | 06/26/25 | 0.9 | Research regarding prepetition attorney's fees. |
| 40957299 | Brock, Matthew R. | 06/27/25 | 1.2 | Emails with Big Lots and co-defendants regarding automatic stay. |
| 40991159 | Piraino, Stephen D. | 06/27/25 | 0.6 | Review and edit GBRP stipulation (0.4); emails with Davis Polk team regarding same (0.2). |
| 40912246 | Brock, Matthew R. | 06/30/25 | 1.2 | Emails with J. Bi, others regarding name change (0.2); emails with J. McClammy, S. Piraino and others regarding AGS Matter (0.3); emails with J. McClammy and S. Piraino regarding attorneys' fees (0.1); call with Katten regarding insurance issues (0.2); emails with A. Shpeen and others regarding same (0.2); emails with Big Lots regarding Calitex litigation (0.2). |
| 40990139 | Piraino, Stephen D. | 06/30/25 | 0.4 | Emails with M. Brock regarding litigation matters. |
| **Total BC12 Litigation** | | | **154.4** | |
| **BC14 Regulatory; Antitrust; Tax; IP** | | | | |
| 40799365 | Piraino, Stephen D. | 06/03/25 | 0.8 | Emails with Big Lots regarding tax matter (0.2); analyze same (0.4); call with Morris Nichols regarding same (0.2). |
| 40810902 | Piraino, Stephen D. | 06/04/25 | 0.5 | Calls and emails with Big Lots team regarding tax matters. |
| 40845932 | Piraino, Stephen D. | 06/09/25 | 0.2 | Review tax matter for Big Lots management. |
| 40862685 | Hersi, Omar | 06/13/25 | 0.3 | Review and research of worthless stock deduction. |
| 40863447 | Hersi, Omar | 06/14/25 | 0.2 | Review and research to process of worthless stock deduction. |
| 40895931 | Hersi, Omar | 06/19/25 | 1.0 | Research regarding worthless stock deduction. |
| 40926477 | Hersi, Omar | 06/24/25 | 0.5 | Conference discussing process of worthless stock deduction. |
| 40990152 | Piraino, Stephen D. | 06/30/25 | 0.4 | Call with D. Butz regarding tax matter (0.2); emails with Davis Polk team regarding same (0.2). |
| **Total BC14 Regulatory; Antitrust; Tax; IP** | | | **3.9** | |
| **BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | | | |
| 40868973 | Menkes, Madeleine | 06/09/25 | 0.2 | Email various timekeepers regarding time input. |

| Time Detail By Project ||||| 
|---|---|---|---|---|
| **Time ID** | **Name** | **Date** | **Hours** | **Narrative** |
| 40882445 | Menkes, Madeleine | 06/10/25 | 2.3 | Correspondence with D. Shirley regarding invoice (0.1); review and revise Big Lots prebilling (2.0); send same to V. Cahill (0.2). |
| 40990342 | Menkes, Madeleine | 06/16/25 | 0.2 | Correspond with various timekeepers regarding submitting time. |
| 40873257 | Winiarski, Kevin L. | 06/16/25 | 1.0 | Review and revise April time detail for privilege and confidentiality. |
| 40987578 | Menkes, Madeleine | 06/17/25 | 2.5 | Review June invoices (2.0); correspondence with V. Cahill, edits team, and D. Shirley regarding same (0.5). |
| 40937271 | Piraino, Stephen D. | 06/17/25 | 0.4 | Prepare response to fee objection from landlord. |
| 40837387 | Prater, Rachel | 06/17/25 | 2.1 | Meet with K. Winiarski and R. Sattaur regarding billing workstream (0.4); review and revise April invoices (1.7). |
| 40880600 | Sattaur, Rebecca | 06/17/25 | 0.5 | Meet with K. Winiarski and R. Prater regarding billing workstream. |
| 40880837 | Winiarski, Kevin L. | 06/17/25 | 0.5 | Call with R. Prater and R. Sattaur regarding billing workstream. |
| 40883667 | Prater, Rachel | 06/18/25 | 3.0 | Attention to comments on April invoices (1.3); correspondence with R. Sattaur regarding same (0.1); correspondence with various timekeepers regarding corrections to April invoices (0.3); call with R. Sattaur regarding April invoices (0.2); remit partial April invoices to K. Winiarski for review (0.1); attention to review of R. Sattaur comments on April invoices (0.5); review and finalize comments to April invoices (0.5). |
| 40889007 | Sattaur, Rebecca | 06/18/25 | 1.2 | Review and revise April billing detail for privilege and confidentiality (1.0); correspondence with R. Prater regarding same (0.2). |
| 40892191 | Prater, Rachel | 06/20/25 | 1.1 | Attention to review of edits to April invoices (0.3); correspond with D. Shirley, and R. Sattaur regarding same (0.2); review and revise April invoices (0.4); correspondence with D. Shirley, R. Sattaur, and K. Winiarski regarding same (0.2). |
| 40898977 | Sattaur, Rebecca | 06/20/25 | 0.7 | Correspond with Davis Polk team regarding April billing detail (0.5); review same (0.2). |
| 40904550 | Prater, Rachel | 06/24/25 | 0.9 | Correspondence with K. Winiarski and R. Sattaur regarding April invoices (0.2); review and revise April invoice for privilege and confidentiality (0.2); remit same to A. Kapouralos and D. Shirley for incorporation (0.1); correspondence with R. Sattaur regarding same (0.1); review and revise updated April invoices (0.1); correspondence with R. Sattaur regarding corrections to April invoices (0.1); revise April invoices for time corrections (0.1). |
| 40913242 | Sattaur, Rebecca | 06/24/25 | 1.2 | Review and revise April invoices for privilege and confidentiality (0.8); correspond with Davis Polk team regarding same (0.4). |

13

| **Time Detail By Project** |

| Time ID | Name | Date | Hours | Narrative |
|---|---|---|---|---|
| 40925700 | Winiarski, Kevin L. | 06/24/25 | 2.2 | Review and revise April invoices for privilege and confidentiality (2.0); emails with Davis Polk team regarding same (0.2). |
| 40928891 | Prater, Rachel | 06/25/25 | 0.4 | Email D. Shirley and A. Kapouralos regarding corrections to April invoice (0.1); revise and update April invoices for privilege and confidentiality (0.2); remit same to edits team for review (0.1). |
| 40944371 | Prater, Rachel | 06/26/25 | 0.5 | Review and revise April invoices for privilege and confidentiality (0.3); correspond with S. Domonique and edits team regarding incorporation of final edits to same (0.1); email with K. Winiarski regarding same (0.1). |
| 40942121 | Sattaur, Rebecca | 06/26/25 | 0.4 | Correspond with Davis Polk team regarding April invoices (0.2); review and revise April billing detail for privilege and confidentiality (0.2). |
| 40942937 | Winiarski, Kevin L. | 06/26/25 | 2.2 | Review and finalize April fee statement (1.7); emails with Davis Polk team regarding same (0.5). |
| 40970827 | Resnick, Brian M. | 06/27/25 | 0.2 | Review Davis Polk invoice from April for privilege and confidentiality. |
| 41027106 | Winiarski, Kevin L. | 06/27/25 | 1.0 | Revise and finalize April fee statement (0.8); emails with Davis Polk team regarding same (0.2). |
| 40991048 | Menkes, Madeleine | 06/30/25 | 0.4 | Email Davis Polk team regarding inputting time (0.2); correspondence with V. Cahill regarding workstreams update (0.2). |
| 40952086 | Prater, Rachel | 06/30/25 | 2.5 | Email with D. Shirley to request May invoices (0.1); correspondence with R. Sattaur coordinating review of the same (0.1); review and revise May invoices (2.0); review and revise incorporation of comments on partial invoice (0.3). |
| 40967487 | Sattaur, Rebecca | 06/30/25 | 1.8 | Review and revise May billing detail for privilege and confidentiality (1.4); correspond with Davis Polk team regarding same (0.4). |
| **Total BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | | **29.4** | |
| **BC17 Retention Non-DPW: Prep of Retention-Related Materials** | | | | |
| 40935115 | Piraino, Stephen D. | 06/12/25 | 0.4 | Call with EY regarding retention matters. |
| **Total BC17 Retention Non-DPW: Prep of Retention-Related Materials** | | | **0.4** | |
| **TOTAL** | | | **238.4** | |