## EXHIBIT B

**EXPENSE SUMMARY**
**BIG LOTS, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**
**June 1, 2025 through June 30, 2025**

| Expense Category | Total Expenses |
|---|---:|
| Computer Research | $266.47 |
| Meals | $686.52 |
| Outside Documents & Research | $3,487.68 |
| Postage, Courier & Freight | $23.83 |
| **Grand Total Expenses** | **$4,464.50**[1] |

---

[1] This amount reflects a voluntary reduction in expenses in the amount of $3,948.85.

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 06/12/25 | Meals | Piraino, Stephen D., OT Dinner from Yamato Sushi | $25.90 |
| 06/16/25 | Meals | Piraino, Stephen D., OT Dinner from New Aaron's Chinese and Thai | $33.50 |
| 06/17/25 | Meals | Davis Polk Cafeteria, Catering for Big Lots, Davis Polk, and AlixPartners teams for meeting with Gordon Brothers. | $627.12 |
| 06/02/25 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For SAMANTHA STROMAN | $3.56 |
| 06/02/25 | Outside Documents & Research | courtlink: SEARCH ACCESS CHARGE For LOUIS CHISHOLM | $7.31 |
| 06/02/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For LOUIS CHISHOLM | $0.26 |
| 06/02/25 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For MATTHEW BROCK | $0.26 |
| 06/02/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For MATTHEW BROCK | $0.26 |
| 06/02/25 | Outside Documents & Research | courtlink: US DOCKETS DOC ACCESS For SAMANTHA STROMAN | $0.25 |
| 06/03/25 | Outside Documents & Research | VENDOR: CSC , INVOICE #: 86118744986, DATE: 6/3/2025 BLBO Tenant, LLC - Req. by Will Graves | $450.00 |
| 06/03/25 | Outside Documents & Research | VENDOR: CSC , INVOICE #: 86118744983, DATE: 6/3/2025 Big Lots Stores, LLC - Req. by Will Graves | $450.00 |
| 06/03/25 | Outside Documents & Research | VENDOR: CSC , INVOICE #: 86118744978, DATE: 6/3/2025 Big Lots Stores - CSR, LLC - Req. by Will Graves | $450.00 |
| 06/03/25 | Outside Documents & Research | VENDOR: CSC, INVOICE #: 86118744746, DATE: 6/3/2025 Big Lots F&S, LLC - Req. by Will Graves | $450.00 |
| 06/03/25 | Outside Documents & Research | VENDOR: CSC, INVOICE #: 86118744732, DATE: 6/3/2025 Big Lots Ecommerce LLC - Req. by Will Graves | $450.00 |
| 06/03/25 | Outside Documents & Research | VENDOR: CSC , INVOICE #: 86118744944, DATE: 6/3/2025 Big Lots Management, LLC - Req. by Will Graves | $450.00 |
| 06/03/25 | Outside Documents & Research | VENDOR: CSC , INVOICE #: 86118744802, DATE: 6/3/2025 Broyhill, LLC - Req. by Will Graves | $450.00 |

| DISBURSEMENT DETAIL | | | |
|---|---|---|---:|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 06/03/25 | Outside Documents & Research | courtlink: COURTLINK ONLINE DOC VIEW COURTLINK ONLINE DOC VIEW For MATTHEW BROCK | $0.78 |
| 06/05/25 | Outside Documents & Research | VENDOR: CSC , INVOICE #: 86118761786, DATE: 6/5/2025 Big Lots Stores - PNS, LLC - Req. by Will Graves | $325.00 |
| 06/17/25 | Postage, courier & freight | From Gennie A. Amir to Angie Williams, Stewart Title Guaranty Company, FedEx. | $23.83 |
| | | Westlaw | $266.47 |
| **TOTAL** | | | **$4,464.50** |