# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| BIG LOTS, INC., *et al.*, | ) Case No. 24-11967 (JKS) ) |
| Debtors.[1] | ) (Jointly Administered) ) ) |

## NOTICE OF CHANGE OF LAW FIRM NAME

**PLEASE TAKE NOTICE** that, on August 1, 2025, the law firm of McDermott Will & Emery LLP, counsel to the Official Committee of Unsecured Creditors of Big Lots, Inc., *et al.*, combined with Schulte Roth & Zabel LLP to form MCDERMOTT WILL & SCHULTE LLP. All other contact information will remain the same.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

| | |
|---|---|
| Dated: August 7, 2025<br>Wilmington, Delaware | **MCDERMOTT WILL & SCHULTE LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 485-3900<br>dhurst@mwe.com<br><br>- and -<br><br>Darren Azman<br>Kristin K. Going<br>One Vanderbilt Avenue<br>New York, New York 10017<br>(212) 547-5400<br>dazman@mwe.com<br>kgoing@mwe.com<br><br>*Counsel for the Official Committee*<br>*of Unsecured Creditors* |