## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 24, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and/or Unexpired Leases Effective as of March 31, 2025 and (II) Granting Related Relief [Docket No. 3001] (the "***DN 3001 Reject Certain Leases for March 31, 2025***")

- Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and/or Unexpired Leases Effective as of March 31, 2025 and (II) Granting Related Relief [Docket No. 3002] (the "***DN 3002 Reject Certain Leases for March 31, 2025***")

- Order Approving Stipulation Granting Carol A. Donnelly Relief from the Automatic Stay to Proceed in Civil Action [Docket No. 3003] (the "***Stipulation Granting Carol A. Donnelly Relief***")

- Order Approving Stipulation Granting Amy Eskra-Brown Relief from the Automatic Stay to Proceed in Civil Action [Docket No. 3004] (the "***Stipulation Granting Amy Eskra-Brown Relief***")

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

On July 24, 2025, at my direction and under my supervision, employees of Kroll caused the DN 3001 Reject Certain Leases for March 31, 2025 to be served via first class mail on the Rejection Notice Parties Service List attached hereto as **Exhibit B**.

On July 24, 2025, at my direction and under my supervision, employees of Kroll caused the DN 3002 Reject Certain Leases for March 31, 2025 to be served via first class mail on the Rejection Notice Parties Service List attached hereto as **Exhibit C**.

On July 24, 2025, at my direction and under my supervision, employees of Kroll caused the Stipulation Granting Carol A. Donnelly Relief and Stipulation Granting Amy Eskra-Brown Relief to be served via Email on the Notice Parties Service List attached hereto as **Exhibit D**.

Dated: August 7, 2025

                                                            */s/ Nelson Crespin*
                                                              Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 7, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 90328

## Exhibit A

Exhibit A

Core/2002 Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Abernathy Roeder Boyd & Hullet PC | Attn: Paul Lopez, Larry Boyd, Emily Hahn | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com; lboyd@abernathy-law.com |
| Anthony & Partners, LLC | Attn: Townsend J. Belt | tbelt@anthonyandpartners.com; lortega@anthonyandpartners.com; eservice@anthonyandpartners.com |
| Ashby & Geddes, P.A. | Attn: Gregory A. Taylor | GTaylor@ashbygeddes.com |
| Austria Legal, LLC | Attn: Matthew P. Austria | maustria@austriallc.com |
| Balasiano & Associates, PLLC | Attn: Steven Balasiano, Judah S. Balasiano | steven@balasianolaw.com; judah@balasianolaw.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; brannickn@ballardspahr.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com |
| Barclay Damon LLP | Attn: Scott L. Fleischer | sfleischer@barclaydamon.com |
| Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Barclay Damon LLP | Attn: Niclas A. Ferland | nferland@barclaydamon.com |
| BARNES & THORNBURG LLP | Attn: Mark R. Owens, Amy E. Tryon | mark.owens@btlaw.com; amy.tryon@btlaw.com |
| BARNES & THORNBURG LLP | Attn: David A. Hall | david.hall@btlaw.com |
| Bass, Berry & Sims PLC | Attn: Paul G. Jennings, Gene L. Humphreys | pjennings@bassberry.com; ghumphreys@bassberry.com |
| Bayard, P.A. | Attn: Ericka F. Johnson | ejohnson@bayardlaw.com |
| Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, Steven L. Walsh | kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com |
| Best Law, PA | Attn: Tara E. Naufu | tara@bestlawsc.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Blank Rome LLP | Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams | regina.kelbon@blankrome.com; stanley.tarr@blankrome.com; jordan.williams@blankrome.com |
| Blank Rome, LLP | Attn: Attn: Regina Kelbon | regina.kelbon@blankrome.com |
| Bond, Schoeneck & King, PLLC | Attn: Edward J. LoBello | elobello@bsk.com |
| Borges & Associates, LLC | Attn: Wanda Borges, Sue L Chin | wborges@borgeslawllc.com; schin@borgeslawllc.com |
| Bose Mckinney & Evans LLP | Attn: James P. Moloy | jmoloy@boselaw.com |
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | treardon@brouse.com |
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | treardon@brouse.com |
| Brouse McDowell, LPA | Attn: Timothy M. Reardon | treardon@brouse.com |
| Broward County | Attn: Andrew J. Meyers | sandron@broward.org |
| Bryan Cave Leighton Paisner LLP | Attn: Jarret P. Hitchings | jarret.hitchings@bclplaw.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Buchanan Ingersoll & Rooney PC | Attn: Geoffrey G. Grivner | geoffrey.grivner@bipc.com |
| Burr & Forman LLP | Attn: J. Cory Falgowski | jfalgowski@burr.com |

Exhibit A

Core/2002 Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Burr & Forman LLP | Attn: James H. Haithcock, III | jhaithcock@burr.com |
| Burr & Forman LLP | Attn: J. Ellsworth Summers, Jr., Dana L. Robbins | esummers@burr.com; drobbins@burr.com |
| California Department of Justice | Attn: Barbara C. Spiegel | Barbara.Spiegel@doj.ca.gov |
| California Department of Justice | Attn: Natalie E. Collins | Natalie.Collins@doj.ca.gov |
| Carlyon Cica CHTD. | Attn: Candace Carlyon, Dawn M. Cica | ccarlyon@carlyoncica.com; dcica@carlyoncica.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Terri Jane Freedman | szuber@csglaw.com; tfreedman@csglaw.com |
| Chipman Brown Cicero & Cole, LLP | Attn: Alan M.Root | root@chipmanbrown.com |
| Chipman Brown Cicero & Cole, LLP | Attn: Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| Choate, Hall & Stewart LLP | Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang | jventola@choate.com; jmarshall@choate.com; jslang@choate.com |
| Clark Hill PLC | Attn: Karen M. Grivner | kgrivner@clarkhill.com |
| Clark Hill PLC | Attn: Audrey L. Hornisher | ahornisher@clarkhill.com |
| Clark Hill PLC | Attn: Kevin H. Morse | kmorse@clarkhill.com |
| Cole Schotz, P.C. | Attn: Justin R. Alberto, Stacy L. Newman | jalberto@coleschotz.com; snewman@coleschotz.com |
| Commonwealth of Pennsylvania Department of Labor and Industry | Attn: Ryan Starnowsky | ra-li-ucts-bankrupt@state.pa.us |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato | kbifferato@connollygallagher.com |
| Cross & Simon, LLC | Attn: Kevin S. Mann | kmann@crosslaw.com |
| Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com |
| Cross & Simon, LLC | Attn: Christopher P. Simon | csimon@crosslaw.com |
| Davidson Fink LLP | Attn: Sean P. Williams, Carla Augino | spwilliams@davidsonfink.com; caugino@davidsonfink.com |
| Davis Polk & Wardwell LLP | Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern | brian.resnick@davispolk.com; adam.shpeen@davispolk.com ; stephen.piraino@davispolk.com; ethan.stern@davispolk.com |
| DLA Piper LLP (US) | Attn: R. Craig Martin | craig.martin@us.dlapiper.com |
| DLA Piper LLP (US) | Attn: Dale K. Cathell, Virginia R. Callahan | dale.cathell@us.dlapiper.com; virginia.callahan@us.dlapiper.com |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. | amish@doshilegal.com |
| Duane Morris LLP | Attn: Drew S. McGehrin, Lawerence J. Kotler | dsmcgehrin@duanemorris.com; ljkotler@duanemorris.com |
| Duane Morris LLP | Attn: Marcus O. Colabianchi | mcolabianchi@duanemorris.com |
| Elkins Kalt Weintraub Reuben Gartside LLP | Attn: Michael I. Gottfried | mgottfried@elkinskalt.com |
| Elliott Greenleaf, P.C. | Attn: Deirdre M. Richards | dmr@elliottgreenleaf.com |
| Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | bmoldo@ecjlaw.com |
| FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinnman | jfrank@fgllp.com; jkleinman@fgllp.com |
| Frost brown Todd LLP | Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger | rgold@fbtlaw.com; eseverini@fbtlaw.com; jkleisinger@fbtlaw.com |
| Frost brown Todd LLP | Attn: A.J. Webb, Joy D. Kleisinger | awebb@fbtlaw.com; jkleisinger@fbtlaw.com |
| Gibbons P.C. | Attn: Katharina Earle | kearle@gibbonslaw.com |

Exhibit A

Core/2002 Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Gibbons P.C. | Attn: Mark Conlan | mconlan@gibbonslaw.com |
| Gibbons P.C. | Attn: Kyle P. McEvilly | kmcevilly@gibbonslaw.com |
| Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird | rbird@gilbertbirdlaw.com |
| Golden Goodrich LLP | Attn: Jeffrey I. Golden | jgolden@go2.law |
| Golden Goodrich LLP | Attn: Ryan W. Beall | rbeall@go2.law |
| Greer, Herz & Adams, LLP | Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto | ridebitetto@hahnlaw.com |
| Hill, Farrer & Burrill, LLP | Attn: Daniel J. McCarthy | dmccarthy@hillfarrer.com |
| Hillis Clark Martin & Peterson, P.S. | Attn: Brian C. Free | brian.free@hcmp.com |
| Hillsborough County Tax Collector | Attn: Brian T. FitzGerald | fitzgeraldb@hcfl.gov; stroupj@hcfl.gov; connorsa@hcfl.gov |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| HJH Investments | Attn: Teanna L. Liess, Cory Harkleroad | teanna@hjhinvestments.com |
| Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Hutchens Law Firm LLP | Attn: William Walt Pettit | walt.pettit@hutchenslawfirm.com |
| Jackson Walker LLP | Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer | kpeguero@jw.com; jwertz@jw.com; wfarmer@jw.com |
| Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. | Attn: Raymond M. Patella | rpatella@lawjw.com |
| Jonnet National Properties Corporation | Attn: J. Michael McCague | jmm@gmwpclaw.com |
| K&L Gates LLP | Attn: David S. Catuogno, Esq. | david.catuogno@klgates.com |
| Kaplin Stewart Meloff Reiter & Stein, PC | Attn: William J. Levant | wlevant@kaplaw.com |
| Kelley Drye & Warren LLP | Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins | jcarr@kelleydrye.com; kelliott@kelleydrye.com; kcavins@kelleydrye.com |
| Kerrick Bachert PSC | Attn: Scott A. Bachert | sbachert@kerricklaw.com |
| Kirkland & Ellis LLP | Attn: Steven N Serajeddini | steven.serajeddini@kirkland.com |
| Kirkland & Ellis LLP | Attn: Conor K. Casas, John R. Luze | connor.casas@kirkland.com; john.luze@kirkland.com |
| Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Christopher Marcus, Nicholas Adzima | christopher.marcus@kirkland.com; nicholas.adzima@kirkland.com |
| Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Judson Brown, McClain Thompson | judson.brown@kirkland.com; mcclain.thompson@kirkland.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Raymond H. Lemisch, Domenic E. Pacitti | rlemisch@klehr.com; dpacitti@klehr.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | mbranzburg@klehr.com |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | swisotzkey@kmksc.com |
| Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| La Fleur Law Firm | Attn: Nina M. LaFleur | nina@lafleurlaw.com |

Exhibit A

Core/2002 Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Landis Rath & Cobb LLP | Attn: Kimberly A. Brown, Joshua B. Brooks | brown@lrclaw.com; brooks@lrclaw.com |
| Lasser Hochman, LLC | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Law Offices of Gilbert A. Lazsarus, PLLC | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Levene, Neale, Bender, Yoo & Golubchik L.L.P. | Attn: Eve H. Karasik, Jeffrey S. Kwong | EHK@lnbyg.com; JSK@lnbyg.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Loeb & Loeb LLP | Attn: William M. Hawkins, Noah Weingarten | whawkins@loeb.com; nweingarten@loeb.com |
| Lowenstein Sandler LLP | Attn: Michael S. Etkin, Esq., Nicole Fulfree Esq. | metkin@lowenstein.com; nfulfree@lowenstein.com |
| Madison County, Alabama | Attn: J. Jeffery Rich | jrich@madisoncountyal.gov |
| Manning Gross + Massenburg LLP | Attn: David P. Primack | DPrimack@mgmlaw.com |
| Margolis Edelstein | Attn: James E. Huggett | jhuggett@margolisedelstein.com |
| McCarter & English, LLP | Attn: Sheila Calello | scalello@mccarter.com |
| McCarter & English, LLP | Attn: Jeffrey T. Testa | jtesta@mccarter.com |
| McCarter & English, LLP | Attn: Kate Roggio Buck, Esq.,  Maliheh Zare, Esq. | kbuck@mccarter.com; mzare@mccarter.com |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| McDermott Will & Emery | Attn: Darren Azman, Kristin K. Going | dazman@mwe.com; kgoing@mwe.com |
| McNees Wallace & Nurick LLC | Attn: Kendall A. Camuti | KCamuti@mcneeslaw.com |
| Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Michelle Leeson, Paralegal, Collections Specialist, CFCA | Attn: Michelle Leeson | legal@taxcollector.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey | pcarey@mirickoconnell.com |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Shannah L. Colbert | scolbert@miricklaw.com |
| Monzack Mersky and Browder, P.A | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Monzack Mersky and Browder, P.A. | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Morris James LLP | Attn: Brya M. Keilson, Siena B. Cerra | bkeilson@morrisjames.com; scerra@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer, | rdehney@morrisnichols.com; aremming@morrisnichols.com; dbutz@morrisnichols.com; tmann@morrisnichols.com; csawyer@morrisnichols.com |

Exhibit A

Core/2002 Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Morrison Cohen LLP | Attn: David J. Kozlowski, Esq. | dkozlowski@morrisoncohen.com |
| Narron Wenzel, PA | Attn: David F. Mills | dmills@narronwenzel.com |
| Obermayer Rebmann Maxwell & Hippel LLP | Attn: Leslie B. Spoltore | leslie.spoltore@obermayer.com |
| Obermayer Rebmann Maxwell & Hippel LLP | Attn: Edmond M. George | edmond.george@obermayer.com |
| Office of the New York State Attorney General | Attn: Robert J. Rock | robert.rock@ag.ny.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Linda Casey | Linda.Casey@usdoj.gov |
| Offit Kurman PA | Attn: Brian J McLaughlin | brian.mclaughlin@offitkurman.com |
| Oklahoma County Treasurer | Attn: Tammy Jones | tammy.jones@oklahomacounty.org |
| Olsen Taggart PLLC | Attn: Steven L. Taggart, Esq. | staggart@olsentaggart.com; rparson@olsentaggart.com; rlyon@olsentaggart.com; taggartoffice01@gmail.com |
| Otterbourg, P.C | Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger | csimon@otterbourg.com; jdrew@otterbourg.com; shautzinger@otterbourg.com |
| Pashman Stein Walder Hayden, P.C | Attn: Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Pashman Stein Walder Hayden, P.C | Attn: David E. Sklar | dsklar@pashmanstein.com |
| Pashman Stein Walder Hayden, P.C | Attn: John W. Weiss, Alexis R. Gambale | jweiss@pashmanstein.com; agambale@pashmanstein.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | lreece@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Mollie Lerew | wichitafalls@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Alysia Cordova | amabkr@pbfcm.com; acordova@pbfcm.com |
| Perdue, Brandon, Fielder, Collins, and Mott, LLP | Attn: Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| Perkins Coie LLP | Attn: Amir Gamliel | AGamliel@perkinscoie.com |
| Peter Spindel, Esq. | Attn: Peter Spindel | peterspindel@gmail.com |
| Phelps Dunbar LLP | Attn: Danielle Mashburn-Myrick | danielle.mashburn-myrick@phelps.com |
| Pierson Ferdinand LLP | Attn: Jeffrey M. Carbino | jeffrey.carbino@pierferd.com |
| Polsinelli PC | Attn: Christopher A. Ward, Michael V. DiPietro | cward@polsinelli.com; mdipietro@polsinelli.com |
| Porzio, Bromberg & Newman, P.C. | Attn: Cheryl A. Santaniello | casantaniello@pbnlaw.com |
| Porzio, Bromberg & Newman, P.C. | Attn: Kelly D. Curtin, Jenny Zhou | kdcurtin@pbnlaw.com; jzhou@pbnlaw.com |
| Potter Anderson & Corroon LLP | Attn: Brett M. Haywood, James R. Risener III, Andrew C. Ehrmann | bhaywood@potteranderson.com; jrisener@potteranderson.com; aehrmann@potteranderson.com |
| Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Rashti and Mitchell, Attorneys at law | Attn: Timothy T. Mitchell, Donna Kaye Rashti | tim@rashtiandmitchell.com; dkrm@aol.com; donna@rashtiandmitchell.com |
| Richard A. Rozanski, APLC | Attn: Richard A. Rozanski | richard@rarlaw.net |

Exhibit A

Core/2002 Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Richards, Layton & Finger, P.A. | Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky | knight@rlf.com; collins@rlf.com; javorsky@rlf.com |
| Richman & Richman LLC | Attn: Michael P. Richman, Esq. | mrichman@randr.law |
| Riemer & Braunstein LLP | Attn: Steven Fox | SFox@riemerlaw.com |
| Ritter Spencer Cheng PLLC | Attn: David D. Ritter | dritter@ritterspencercheng.com |
| Robbins Geller Rudman & Dowd LLP | Attn: Randall J. Baron, Esq., Steven F. Hubachek, Esq., Benny C. Goodman, III, Esq., Erik W. Luedeke, Esq., Heather G. Geiger, Esq. | randyb@rgrdlaw.com; shubachek@rgrdlaw.com; bennyg@rgrdlaw.com; eluedeke@rgrdlaw.com; hgeiger@rgrdlaw.com |
| Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Rogers Law Offices | Attn: Beth E. Rogers Scott Kuperberg | brogers@berlawoffice.com; skuperberg@berlawoffice.com |
| Roth & Scholl | Attn: Jeffrey C. Roth | jeff@rothandscholl.com |
| Royer Cooper Cohen Braunfeld LLC | Attn: Marc Skapof | MSkapof@rccblaw.com |
| Rubine & Levin, PC | Attn: James E. Rossow Jr. | jim@rubin-levin.net |
| Sarachek Law Firm | Attn: Zachary E. Mazur, Joseph E. Sarachek | zachary@saracheklawfirm.com; joe@saracheklawfirm.com |
| Saul Ewing LLP | Attn: Monique B. DiSabatino | monique.disabatino@saul.com |
| Saul Ewing LLP | Attn: Turner N Falk | turner.falk@saul.com |
| Saul Ewing LLP | Attn: Lucian B. Murley | luke.murley@saul.com |
| Saul Ewing LLP | Attn: Evan T. Miller | evan.miller@saul.com |
| Scheef & Stone, L.L.P. | Attn: Peter C. Lewis | peter.lewis@solidcounsel.com |
| Schrier Shayne P.C. | Attn: Richard E. Schrier | resincourt@aol.com; richardschrier@gmail.com |
| Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Shermeta, Kilpatrick & Associates, PLLC | Attn: Richardo I. Kilpatrick | ecf@kaalaw.com |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |
| Simon PLC Attorneys & Counselors | Attn: Craig T. Mierzwa | cmierzwa@simonattys.com |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | dplon@sirlinlaw.com |
| Stark & Stark, P.C. | Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin | jlemkin@stark-stark.com; tonder@stark-stark.com; jlemkin@stark-stark.com |

Exhibit A
Core/2002 Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| State of Alaska Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@ALASKA.GOV |
| State of Arizona Attorney General | Attn: Bankruptcy Department | AGINFO@AZAG.GOV |
| State of California Attorney General | Attn: Bankruptcy Department | BANKRUPTCY@COAG.GOV |
| State of Connecticut Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@CT.GOV; DENISE.MONDELL@CT.GOV; brendan.flynn@ct.gov |
| State of Delaware Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@STATE.DE.US |
| State of Hawaii Attorney General | Attn: Bankruptcy Department | HAWAIIAG@HAWAII.GOV |
| State of Illinois Attorney General | Attn: Bankruptcy Department | WEBMASTER@ATG.STATE.IL.US |
| State of Indiana Attorney General | Attn: Bankruptcy Department | INFO@ATG.IN.GOV |
| State of Iowa Attorney General | Attn: Bankruptcy Department | WEBTEAM@AG.IOWA.GOV |
| State of Maryland Attorney General | Attn: Bankruptcy Department | OAG@OAG.STATE.MD.US |
| State of Michigan Attorney General | Attn: Bankruptcy Department | MIAG@MICHIGAN.GOV; AG-COD@michigan.gov |
| State of Minnesota Attorney General | Attn: Bankruptcy Department | Bankruptcy.Notices@ag.state.mn.us |
| State of Missouri Attorney General | Attn: Bankruptcy Department | ATTORNEY.GENERAL@AGO.MO.GOV |
| State of Montana Attorney General | Attn: Bankruptcy Department | CONTACTDOJ@MT.GOV |
| State of Nebraska Attorney General | Attn: Bankruptcy Department | NEDOJ@NEBRASKA.GOV |
| State of Nevada Attorney General | Attn: Bankruptcy Department | AGINFO@AG.NV.GOV |
| State of New Hampshire Attorney General | Attn: Bankruptcy Department | ATTORNEYGENERAL@DOJ.NH.GOV |
| State of New Jersey Attorney General | Attn: Bankruptcy Department | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US; Jeff.Koziar@law.njoag.gov |
| State of New Mexico Attorney General | Attn: Bankruptcy Department | aserrato@nmdoj.gov; aswenson@nmdoj.gov |
| State of North Dakota Attorney General | Attn: Bankruptcy Department | NDAG@ND.GOV |
| State of Ohio Attorney General | Attn: Bankruptcy Department | Mahisha.Sanson@OhioAGO.gov |
| State of Oklahoma Attorney General | Attn: Bankruptcy Department | consumerprotection@oag.ok.gov |
| State of Oregon Attorney General | Attn: Bankruptcy Department | CONSUMER.HOTLINE@DOJ.STATE.OR.US; justin.leonard@doj.oregon.gov |
| State of South Dakota Attorney General | Attn: Bankruptcy Department | CONSUMERHELP@STATE.SD.US |
| State of Tennessee Attorney General | Attn: Bankruptcy Dept; Stephen R. Butler | STEVE.BUTLER@AG.TN.GOV |
| State of Texas Attorney General | Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| State of Utah Attorney General | Attn: Bankruptcy Department | bankruptcy@agutah.gov |
| State of West Virginia Attorney General | Attn: Bankruptcy Department | CONSUMER@WVAGO.GOV |
| State of Wisconsin Attorney General | Attn: Bankruptcy Department | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US; |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A | Attn: Eric J. Silver | esilver@stearnsweaver.com |
| Steeg Law Firm, LLC | Attn: Henry Opotowsky | hopotowsky@steeglaw.com |
| Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Sullivan Hazeltine Allinson LLC | Attn: Elihu E. Allinson, III | zallinson@sha-llc.com |
| Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | skaufman@skaufmanlaw.com |

Exhibit A

Core/2002 Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | jrhodes@tlclawfirm.com |
| Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | brost@tspclaw.com |
| Tenenbaum & Saas, P.C. | Attn: Bradshaw Rost | BRost@tspclaw.com |
| Texas Attorney General's Office | Attn: Jamie Kirk | jamie.kirk@oag.texas.gov |
| The Chiurazzi Law Group | Attn: Wayne M. Chiurazzi and Edward W. Wertman | wchiurazzi@the-attorneys.com; ewertman@the-attorneys.com |
| The Cohn Law Firm LLC | Attn: David M. Cohn, D Brian Cohn, Bartley P. Bourgeois, Allyson S. Jarreau | bartley@thecohnlawfirm.com; dmcohn@thecohnlawfirm.com; contact@thecohnlawfirm.com |
| The Ehrlich Law Firm | Attn: William Ehrlich | william@ehrlichlawfirm.com |
| The Law Office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| The Law Office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| The Magnozzi Law Firm, P.C. | Attn: Mark F. Magnozzi, Benjamin Rachelson | mmagnozzi@magnozzilaw.com |
| The Powell Firm, LLC | Attn: Jason C. Powell, Thomas J. Reichert | jpowell@delawarefirm.com |
| The Rosner Law Group LLC | Attn: Frederick B. Rosner, Zhao (Ruby) Liu | rosner@teamrosner.com; liu@teamronser.com |
| The Williams Law Firm, P.A. | Attn: John Legaré Williams, Brian Charles Crawford | John@TrustWilliams.com; Brian@TrustWilliams.com |
| Thompson, O'Brien, Kappler & Nasuti, P.C. | Attn: Michael B. Pugh | mpugh@tokn.com |
| Travis County | Attn: Jason A. Starks | Jason.Starks@traviscountytx.gov |
| Turner Law APC | Attn: John M. Turner, Esq. | jmt@tmsdlaw.com |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | sgerald@tydings.com |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | sgerald@tydings.com |
| Tydings & Rosenberg LLP | Attn: Stephen B. Gerald | sgerald@tydings.com |
| U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | secbankruptcy@sec.gov |
| UB Greensfelder LLP | Attn: Randall F. Scherck | rscherck@ubglaw.com |
| Varnum LLP | Attn: Brendan G. Best | bgbest@varnumlaw.com |
| Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Washington DC Attorney General | Attn: Bankruptcy Department | OAG@DC.GOV |
| Werb & Sullivan | Attn: Brian A. Sullivan | bsullivan@werbsullivan.com |
| Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Carruth | jcarruth@wkpz.com |
| Whiteford, Taylor & Preston LLC | Attn: William F. Taylor, Jr | wtaylor@whitefordlaw.com |
| Whiteford, Taylor & Preston LLP | Attn: David W. Gaffey | dgaffey@whitefordlaw.com |
| Williams Mullen | Attn: Michael D. Mueller, Jennifer M. McLemore | mmueller@williamsmullen.com; jmclemore@williamsmullen.com |
| Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward, Lisa Bittle Tancredi | matthew.ward@wbd-us.com; lisa.tancredi@wbd-us.com |
| Womble Bond Dickinson (US) LLP | Attn: Kevin J. Mangan | kevin.mangan@wbd-us.com |

Exhibit A
Core/2002 Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Young Conaway Stargatt & Taylor, LLP | Attn: Joseph Barry, Kenneth J. Enos, Jared W. Kochenash | jbarry@ycst.com; kenos@ycst.com; jkochenash@ycst.com |

**Exhibit B**

Exhibit B
Rejected Notice Parties Service List
Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 29463423 | AT&T | 150 E GAY ST | COLUMBUS | OH | 43215-3130 |
| 29463424 | AT&T | 2600 Camino Ramon | San Ramon | CA | 94583 |
| 29463425 | AT&T | 208 S. Akard St. | Dallas | TX | 75202 |
| 29463427 | AT&T | 150 E. Gay St. 8th Floor | Columbus | OH | 43215 |
| 29463428 | AT&T | One AT&T Way | Bedminster | NJ | 07921-0752 |
| 29463429 | AT&T | 2651 Olive Street | St. Louis | MO | 63103 |
| 30445101 | AT&T | 5080 Tuttle Crossing Blvd | Columbus | OH | 43016 |
| 29463435 | AT&T Corp. | 290 Davidson Ave. | Somerset | NJ | 08875 |
| 29463437 | AT&T Corp. | 150 E. Gay St. 8th Floor | Columbus | OH | 43215 |
| 29463438 | AT&T Corp. | 150 E GAY ST | COLUMBUS | OH | 43215 |
| 29463440 | AT&T Corp. | 55 Corporate Drive | Bridgewater | NJ | 08807 |
| 29463441 | AT&T Corp. | One AT&T Way | Bedminster | NJ | 07921-0752 |
| 30445102 | AT&T Corp. | 10 W. Broad Street, Suite 800 | Columbus | OH | 43215 |
| 30445103 | AT&T Corp. | 300 W. Wilson Bridge Rd, Third Floor | Worthington | OH | 43085 |
| 30445104 | AT&T CORP. | 5080 TUTTLE CROSSING BLVD | DUBLIN | OH | 43016 |
| 29463443 | AT&T Corp. and Affiliates | 150 E. Gay St. 8th Floor | Columbus | OH | 43215 |
| 29463444 | AT&T Global Services, Inc. | 300 PHILLIPLAD | COLUMBUS | OH | 43228 |
| 29463445 | AT&T ILEC Service-Providing Affiliate | 150 E. Gay St 8th Floor | Columbus | OH | 43215 |
| 29463446 | AT&T Mobility National Accounts LLC | 150 E Gay St | Columbus | OH | 43215 |

**Exhibit C**

Exhibit C
Rejected Notice Parties Service List
Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 29463446 | AT&T Mobility National Accounts LLC | 150 E Gay St | Columbus | OH | 43215 |
| 29463447 | AT&T Networked Commerce Services Contract Management | 55 Corporate Drive, Room - 32B15 | Bridgewater | NJ | 08807 |
| 29463448 | AT&T Ohio | 220 Wisconsin Avenue, Floor #2 | Waukesha | WI | 53186 |
| 29463449 | AT&T Services, Inc. | 211 S. Akard | Dallas | TX | 75202 |
| 29463450 | AT&T Solutions Inc. | 290 Davidson Avenue, Room E3D098 | Somerset | NJ | 08873-6742 |
| 29463451 | AT&T Solutions Inc. | 290 Davidson Avenue, Room E3D098 | Somerset | NJ | 08875 |
| 29463555 | Cellco Partnership, a Delaware general partnership, doing business as Verizon Wireless | One Verizon Way | Basking Ridge | NJ | 07920-1097 |
| 30445105 | Donlen LLC – as assigned from Donlen Corporation | 2315 Sanders Road | Northbook | IL | 60062 |
| 29463792 | DONLEN TRUST | 3000 Lakeside Drive, 24th Floor | Bannockburn | IL | 60015 |
| 29464339 | MCI Communications Services, Inc., d/b/a Verizon Business Services | 6415 Business Center Drive | Highlands Ranch | CO | 80130 |
| 29464666 | SBC | 150 EAST GAY | Columbus | OH | 43228 |
| 29464667 | SBC | 150 E. GAY ST. 14TH FLOOR | Columbus | OH | 43215 |
| 30445106 | SBC DataComm | 300 Phillipi | Columbus | OH | 43228 |
| 29463133 | SBC Global Markets | 245 1ST St | Cambridge | MA | 02142-1200 |
| 29464673 | SBC Global Services, Inc. | One SBC Plaza | Dallas | TX | 75202 |
| 29464674 | SBC Global Services, Inc. | 150 East Gay Street | Columbus | OH | 43215 |
| 29464675 | SBC Global Services, Inc. | 225 West Randolph Street | Chicago | IL | 60606 |
| 29475269 | SBC Global Services, Inc. now dba AT&T Global Services on behalf of The Ohio Bell Telephone Company now dba AT&T Ohio | 111 4th Street, 9th Fl. | Columbus | OH | 43215 |
| 29464678 | SBC Global Services, Inc., on behalf of The Ohio Bell Telephone Company | 300 Phillipi Rd - Demarc | Columbus | OH | 43228 |
| 29467717 | SBC Global Services, Inc., on behalf of The Ohio Bell Telephone Company, Inc. | 150 East Gay St , Ste 14B | Columbus | OH | 43215 |
| 29464833 | T-Mobile USA, Inc. | 12920 S.E. 38th Street | Bellevue | WA | 98006 |
| 30445107 | T-Mobile USA, Inc. | 85 South Commerce Way, Suite 550 | Bethlehem | PA | 18017 |
| 30445110 | Verizon | 20855 Stone Oak Parkway | San Antonio | TX | 78258 |
| 29464905 | Verizon Business Network Services Inc. | One Verizon Way | Basking Ridge | NJ | 07920 |

Exhibit C

Rejected Notice Parties Service List

Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 29464906 | Verizon Business Network Services Inc. on behalf of MCI Communications Services, Inc. d/b/a Verizon Business Services | One Verizon Way | Basking Ridge | NJ | 07920 |
| 29464908 | Verizon Wireless | One Verizon Way | Basking Ridge | NJ | 07920-1097 |
| 29464910 | Verizon Wireless | 180 Washington Valley Road | Bedminster | NJ | 07921 |
| 30445111 | Verizon Wireless | 30 Independence Blvd | Warren | NJ | 07059 |

**Exhibit D**

Exhibit D

Notice Parties Service List

Served via Email

| ADDRESS ID | NAME | EMAIL |
|---|---|---|
| 30533981 | Donnelly, Carol A. | loizides@loizides.com |
| 30533982 | Eskra-Brown, Amy | loizides@loizides.com |