IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Fee Application Service List attached hereto as **Exhibit A**:

- Ninth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2025, Through and Including May 31, 2025 [Docket No. 2963]

[*Remainder of page intentionally left blank*]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: July 17, 2025

                                                                                */s/ Amy Castillo*
                                                                                Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 17, 2025, by Amy Castillo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.


*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

# Exhibit A
Fee Application Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to DIP ABL Agent and Prepetition ABL Agent, and PNC Bank, National Association | Choate, Hall & Stewart LLP | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com |
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz, P.C. | jalberto@coleschotz.com<br>snewman@coleschotz.com |
| Counsel to the Debtor and Debtor in Possession | Davis Polk & Wardwell LLP | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery | dazman@mwe.com<br>kgoing@mwe.com |
| Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com |
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC | Otterbourg, P.C | csimon@otterbourg.com<br>jdrew@otterbourg.com<br>shautzinger@otterbourg.com |