## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED
## FOR AUGUST 13, 2025, AT 10:00 A.M. (ET)

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.

Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

## WITHDRAWN MATTERS

1.  Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume and Assign Certain Non-Residential Real Property Leases (D.I. 2505, filed 4/6/25).

    Objection Deadline: April 21, 2025, at 4:00 p.m. (ET).

    Responses Received: None.

---

[1]  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Related Documents:

a) Notice of Withdrawal of Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume and Assign Certain Non-Residential Real Property Leases (D.I. 3071, filed 8/11/25).

Status: This matter has been withdrawn.  No hearing is necessary.

2.  Roberts Crossing, LLC's Motion for Allowance and Payment of Administrative Claim (D.I. 2755, filed 5/16/25).

Objection Deadline: June 19, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

a) Notice of Withdrawal of Motion for Allowance and Payment of Administrative Claim (D.I. 2994, filed 7/23/25).

Status: This matter has been withdrawn.  No hearing is necessary.

3.  Fairfield Property LLC's Motion for Allowance and Payment of Administrative Claim (D.I. 2756, filed 5/16/25).

Objection Deadline: June 19, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

a) Notice of Withdrawal of Motion for Allowance and Payment of Administrative Claim (D.I. 2993, filed 7/23/25).

Status: This matter has been withdrawn.  No hearing is necessary.

4.  University Plaza Stephenville, LLC's Motion for Allowance and Payment of Administrative Claim (D.I. 2757, filed 5/16/25).

Objection Deadline: June 19, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

a) Notice of Withdrawal of Motion for Allowance and Payment of Administrative Claim (D.I. 2995, filed 7/23/25).

<u>Status</u>: This matter has been withdrawn.  No hearing is necessary.

**RESOLVED MATTERS**

5.    Motion of Amy Eskra-Brown for Relief from Bankruptcy Automatic Stay to Proceed Against Insurance Proceeds (D.I. 674, filed 10/31/24).

<u>Objection Deadline</u>: November 14, 2024, at 4:00 p.m. (ET).

<u>Responses Received</u>:

a)    Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1103, filed 11/14/24).

<u>Related Documents</u>:

a)    Notice of Hearing in Support of Motion for Relief from Stay (D.I. 858, filed 11/4/24).

b)    Declaration of Jonathan Caruso in Support of Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1352, filed 12/16/24).

c)    Certification of Counsel Regarding Order Approving Stipulation Granting Amy Eskra-Brown Relief from the Automatic Stay to Proceed in Civil Action (D.I. 2998, filed 7/23/25).

d)    Order Approving Stipulation Granting Eskra-Brown Relief from the Automatic Stay to Proceed in Civil Action (D.I. 3004, entered 7/24/25).

<u>Status</u>:  An order has been entered.  No hearing is necessary.

6.    Motion of Carol Donnelly for Relief from Bankruptcy Automatic Stay to Proceed Against Insurance Proceeds (D.I. 676, filed 10/31/24).

<u>Objection Deadline</u>: November 14, 2024, at 4:00 p.m. (ET).

<u>Responses Received</u>:

a)    Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1103, filed 11/14/24).

<u>Related Documents</u>:

a)    Notice of Hearing in Support of Motion for Relief from Stay (D.I. 861, filed 11/4/24).

    b)      Declaration of Jonathan Caruso in Support of Debtors' Omnibus Objection to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (D.I. 1352, filed 12/16/24).

    c)      Certification of Counsel Regarding Order Approving Stipulation Granting Carol A. Donnelly Relief from the Automatic Stay to Proceed in Civil Action (D.I. 2999, filed 7/23/25).

    d)      Order Approving Stipulation Granting Carol A. Donnelly Relief from the Automatic Stay to Proceed in Civil Action (D.I. 3003, entered 7/24/25).

Status:  An order has been entered.  No hearing is necessary.

7.      Motion of Sharrell Smith, as Parent and Guardian of Heaven Smith, a Minor, for Relief from the Automatic Stay (D.I. 2559, filed 4/14/25).

Objection Deadline: May 5, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    a)      Certification of Counsel Regarding Order Approving Stipulation Granting Sharrell Smith, as Parent and Guardian of Heaven Smith Relief from Automatic Stay to Proceed in Civil Action (D.I. 3005, filed 7/25/25).

    b)      Order Approving Stipulation Granting Sharrell Smith, as Parent and Guardian of Heaven Smith Relief From The Automatic Stay to Proceed in Civil Action (D.I. 3008, entered 7/25/25).

Status: An order has been entered.  No hearing is necessary.

8.      Final Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Auditor to the Debtors for the period from September 9, 2024 Through December 31, 2024 (D.I. 2782, filed 6/6/25).

Objection Deadline: June 27, 2025, at 4:00 p.m. (ET).

Response Received:  None.

Related Documents:

    a)      Certification of Counsel Regarding Order Approving Final Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Auditor to the Debtors for the Period from September 9, 2024 Through December 31, 2024 (D.I. 2953, filed 7/1/25).

b) Order Approving Final Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Auditor to the Debtors for the Period from September 9, 2024 Through December 31, 2024 (D.I. 2966, entered 7/11/25).

Status:  An order has been entered.  No hearing is necessary.

9. Debtors' Third Motion for Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 2954, filed 7/2/25).

Objection Deadline:  July 16, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

a) Certificate of No Objection Regarding Debtors' Third Motion for Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 2975, filed 7/17/25).

b) Order Further Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 2983, entered 7/21/25).

Status: An order has been entered.  No hearing is necessary.

10. Motion of Benella Dugan for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (D.I. 2976, filed 7/18/25).

Objection Deadline: August 1, 2025, at 4:00 p.m. (ET); extended by agreement of the parties to August 6, 2025, at 4:00 p.m. (ET).

Responses Received:

Related Documents:

a) Certification of Counsel Regarding Order Approving Stipulation Granting Benella Dugan Relief from the Automatic Stay to Proceed in Civil Action (D.I. 3063, filed 8/6/25).

b) Order Approving Stipulation Granting Benella Dugan Relief From The Automatic Stay To Proceed In Civil Action (D.I. 3065, entered 8/6/25).

Status:  An order has been entered.  No hearing is necessary.

11. Motion of Carolyn Neighbors for Relief from the Automatic Stay (D.I. 2996, filed 7/23/25).

Objection Deadline: August 6, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

a)  Certification of Counsel Regarding Order Approving Stipulation Granting Carolyn Neighbors Relief from the Automatic Stay to Proceed in Civil Action (D.I. 3058, filed 8/5/25).

b)  Order Approving Stipulation Granting Carolyn Neighbors Relief from the Automatic Stay to Proceed in Civil Action (D.I. 3064, entered 8/6/25).

Status:  An order has been entered.  No hearing is necessary.

## ADJOURNED MATTERS

12.  Motion of Katie J. Jennings and Allen Jennings for Relief from the Automatic Stay (D.I. 2047, filed 2/21/25).

Objection Deadline: March 18, 2025, at 4:00 p.m. (ET).

Responses Received: None at this time.

Related Documents: None at this time.

Status:  This matter is adjourned to the omnibus hearing scheduled for September 11, 2025, at 1:00 p.m. (ET).

13.  Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2712, filed 5/8/25).

Objection Deadline: May 22, 2025, at 4:00 p.m. (ET).

Responses Received:

a)  Certain Texas Taxing Entities' Objection to Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2783, filed 5/22/25).

b)  Objection of Tax Appraisal District of Bell County, Bowie Central Appraisal District, Brown County Appraisal District, Comal Appraisal District, Fort Bend Central Appraisal District, Harrison Central Appraisal District, McLennan Central Appraisal District, Midland Central Appraisal District, Travis Central Appraisal District, and Central Appraisal District of Taylor County in Opposition to Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2784, filed 5/22/25).

c)  Texas Property Tax Authorities' Objection to Debtors' Motion to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2786, filed 5/22/25).

d)      Texas Property Tax Authorities' Corrected Objection to Debtors' Motion to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2793, filed 5/22/25).

Related Documents:

a)      Certification of Counsel Regarding Order Granting Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2892, filed 6/18/25).

b)      Order Granting Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2894, entered 6/18/25).

Status: An order was entered resolving D.I. Nos. 2783, 2784, and 2793 as to certain claims. This matter is adjourned to the omnibus hearing scheduled for September 11, 2025, at 1:00 p.m. (ET).

14.     Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732, filed 5/13/25).

Objection Deadline: May 27, 2025, at 4:00 p.m. (ET).

Responses Received:

a)      Objection of the McCreary Texas Tax Appraisal Districts to the Motion to Extend Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732) (D.I. 2800, filed 5/27/25).

b)      Joint Objection of the Texas Taxing Authorities to the Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732) (D.I. 2801, filed 5/27/25).

Related Documents: None at this time.

Status: This matter is adjourned to the omnibus hearing scheduled for September 11, 2025, at 1:00 p.m. (ET).

## MATTER UNDER CERTIFICATION

15.     Motion by Gordon Brothers Retail Partners, LLC Seeking an Order (A) Enforcing Asset Purchase Agreement, Agency Agreement and Sale Approval Order and (B) Granting Related Relief (D.I. 2840, filed 5/30/25).

Objection Deadline: June 13, 2025, at 4:00 p.m. (ET); to July 4, 2025, for the Debtors.

Responses Received: None.

Related Documents:

a)      Certification of Counsel Regarding Joint Stipulation by and Among the Debtors and Gordon Brothers Retail Partners, LLC Resolving Motion by Gordon Brothers Retail Partners, LLC Seeking an Order (A) Enforcing the Asset Purchase Agreement, Agency Agreement and Sale Approval Order and (B) Granting Related Relief (D.I. 3062, filed 8/5/25).

Status: On August 5, 2025, the Debtors filed a proposed order under certification of counsel with respect to this matter.  Accordingly, no hearing on this matter is necessary unless the Court has questions.

## MATTER GOING FORWARD

16.     Debtors' Objection to Lipp CDS, Inc.'s Proof of Claim (D.I. 2989, filed 7/22/25).

Objection Deadline: August 5, 2025, at 11:59 p.m. (ET).

Responses Received:

a)      Reply to Debtors' Objection to Proof of Claim of Lipp CDS, Inc. (D.I. 3057, filed 8/5/25).

Related Documents: None at this time.

Status: This matter is going forward.

*[Remainder of page left intentionally blank]*

Dated: August 11, 2025
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brianna N.V. Turner*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Brianna N. V. Turner (No. 7468)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
bturner@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
Kevin Winiarski (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com
kevin.winiarski@davispolk.com

*Counsel to the Debtors and Debtors in Possession*