## SIGN-IN SHEET

| CASE NAME Big Lots, Inc. | COURTROOM #5 |
|---|---|
| CASE NUMBER: 24-11967 JKS | DATE: 8/13/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin Winiarski | Davis Polk | Debtors |
| Andrew Remming | Morris Nichols | ↓ |
| Sophie Rogers Churchill | Morris Nichols | ↓ |
| Melissa Hartlipp | ~~Committee~~ Cole Schotz | Committee |

## 10:00 AM

**24-11967-JKS Big Lots, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Susan Barilich | Susan Barilich PC | Lipp CDS, Inc. | 10:00 AM | Zoom( Video and Audio) | yes |
| Matthew Brock | Davis Polk | Debtor | 10:00 AM | Zoom( Video and Audio) | yes |
| Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | Debtor | 10:00 AM | Zoom( Video and Audio) | yes |
| Cristian Catanese | McDermott Will & Emery | Committee | 10:00 AM | Zoom( Video and Audio) | yes |
| Roza Chervinsky | legalteam@reorg.com | legalteam@reorg.com | 10:00 AM | Audio Only | no |
| Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Debtor | 10:00 AM | Zoom( Video and Audio) | yes |
| R. Grant Dick | Cooch and Taylor, P.A. | Zure/Petmate/Mattress DE | 10:00 AM | Zoom( Video and Audio) | yes |
| David Edmonson | Goldstein, Edgar & Reagan | Todd Shopping Center, L.L.C. | 10:00 AM | Zoom( Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| Steven Fox | Riemer Braunstein LLP | Gordon Brothers | 10:00 AM | Zoom (Video and Audio) | yes |
| Jacob Goldberger | Davis Polk | Debtor | 10:00 AM | Zoom (Video and Audio) | yes |
| William Graves | Lyfe Law, LLP | Destiny Gibson | 10:00 AM | Audio Only | yes |
| James H. Haithcock | Burr & Forman LLP | Comenity Capital Bank | 10:00 AM | Zoom (Video and Audio) | yes |
| Taylor Harrison | taylor.harrison@iongroup.com | taylor.harrison@iongroup.com | 10:00 AM | Audio Only | no |
| Melissa M. Hartlipp | Cole Schotz P.C. | Committee | 10:00 AM | Zoom (Video and Audio) | yes |
| Patrick Holohan | patrick.holohan@levfininsights.com | patrick.holohan@levfininsights.com | 10:00 AM | Audio Only | no |
| Stacy Lutkus | McDermott Will & Emery | Committee | 10:00 AM | Zoom (Video and Audio) | yes |
| Sean McGrane | Squire Patton Boggs (US) LLP | | 10:00 AM | Audio Only | no |
| Stacy L. Newman | Cole Schotz P.C. | Committee | 10:00 AM | Zoom (Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | |
|---|---|---|---|---|---|
| Stephen Piraino | Davis Polk | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Brian Resnick | Davis Polk | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. | 10:00 AM | Zoom(Video and Audio) | yes |
| Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty | 10:00 AM | Zoom(Video and Audio) | yes |
| Sophie Rogers Churchill | Morris Nichols Arsht & Tunnell | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |
| Natalie Rowles | McDermott Will & Emery LLP | Committee | 10:00 AM | Zoom(Video and Audio) | yes |
| Maria Aprile Sawczuk | Goldstein & McClintock LLLP | Respawn | 10:00 AM | Zoom(Video and Audio) | yes |
| Casey Sawyer | Morris Nichols Arsht and Tunnell | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |

| Name | Firm | Representing | Time | Mode | Live |
|---|---|---|---|---|---|
| Zana Scarlett | 9fin | | 10:00 AM | Audio Only | no |
| Lucas Schneider | Stinson LLP | Lumen Technologies, Inc. | 10:00 AM | Zoom (Video and Audio) | yes |
| Adam Shpeen | Davis Polk | Debtor | 10:00 AM | Zoom (Video and Audio) | yes |
| Michael A. Solimani | Cole Schotz P.C. | UCC | 10:00 AM | Zoom (Video and Audio) | yes |
| Ellsworth Summers | Burr & Forman LLP | CTO Realty | 10:00 AM | Zoom (Video and Audio) | yes |
| Gregory A. Taylor | Ashby & Geddes, P.A. | Gordon Brothers | 10:00 AM | Zoom (Video and Audio) | yes |
| Brianna Turner | Morris Nichols Arsht and Tunnell | Debtor | 10:00 AM | Zoom (Video and Audio) | yes |
| videoconferencing Videoconferencing | Morris Nichols Arsht & Tunnell | Debtor | 10:00 AM | Zoom (Video and Audio) | yes |
| Robert Westermann | Spotts Fain PC | | 10:00 AM | Zoom (Video and Audio) | yes |
| Robbie Westermann | Spotts Fain PC | rwestermann@spottsfain.com | 10:00 AM | Zoom (Video | yes |

| | | | | | |
|---|---|---|---|---|---|
| | | | | and Audio) | |
| Kevin Winiarski | Davis Polk | Debtor | 10:00 AM | Zoom(Video and Audio) | yes |