# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC, *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR MODIFICATION TO ELECTRONIC AND PAPER NOTICING MATRIX

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court"), Brett D. Fallon and Ryan M. Messina hereby withdraw as counsel to Maples Industries, Inc. ("Maples"). Maples has no pending matters before this Court and consents to the withdrawal of counsel. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in the above-captioned cases, remove Mr. Fallon and Mr. Messina from the electronic and paper noticing matrix and **add the below contact information for Maples to the electronic and paper noticing matrix** for the above-captioned cases:

Matt Pearson
Maples Industries, Inc.
P.O. Box 40
Scottsboro, AL 35768
mpearson@maplesrugs.com

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

| | |
|---|---|
| Dated:  August 14, 2025<br>Wilmington, Delaware | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Brett Fallon*<br>Brett D. Fallon (No. 2480)<br>Ryan M. Messina (No. 6875)<br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801<br>Tel:  (302) 467-4200<br>Fax:  (302) 467-4201<br>brett.fallon@faegredrinker.com<br>ryan.messina@faegredrinker.com<br><br>*Counsel to Maples Industries, Inc.* |

**CERTIFICATE OF SERVICE**

      I, Brett D. Fallon, hereby certify that on August 14, 2025, copies of the foregoing *Notice of Withdrawal of Counsel and Request for Modification to Electronic and Paper Noticing Matrix* were served electronically through the CM/ECF system.

*/s/ Brett D. Fallon*
Brett D. Fallon

DMS_US.372933375.1