**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 1, 2025 TO JUNE 30, 2025**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Steven Simms | Senior Managing Director | $ 1,525 | 4.9 | $ 7,472.50 |
| Clifford Zucker | Senior Managing Director | 1,445 | 2.5 | 3,612.50 |
| Guy Davis | Senior Managing Director | 1,420 | 16.2 | 23,004.00 |
| Elizabeth Hu | Senior Managing Director | 1,305 | 36.7 | 47,893.50 |
| Adam Rauch | Senior Managing Director | 1,225 | 1.1 | 1,347.50 |
| Megan Hyland | Managing Director | 1,155 | 31.7 | 36,613.50 |
| Justin Koehler | Managing Director | 1,120 | 10.5 | 11,760.00 |
| Brian Taylor | Managing Director | 1,095 | 99.3 | 108,733.50 |
| Thiago Nunes Rodrigues | Senior Director | 1,020 | 18.8 | 19,176.00 |
| Calvin Aas | Senior Consultant | 760 | 97.5 | 74,100.00 |
| David Berry | Consultant | 645 | 181.4 | 117,003.00 |
| Sophia Cassidy | Consultant | 575 | 14.1 | 8,107.50 |
| Kevin Wang | Consultant | 485 | 4.0 | 1,940.00 |
| Marili Hellmund-Mora | Manager | 355 | 6.4 | 2,272.00 |
| **GRAND TOTAL** | | | **525.1** | **$ 463,035.50** |

**EXHIBIT B**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 1, 2025 TO JUNE 30, 2025**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 2.3 | $ 1,322.50 |
| 2 | Cash & Liquidity Analysis | 51.6 | 44,743.00 |
| 5 | Real Estate Issues | 1.2 | 764.00 |
| 6 | Asset Sales | 2.0 | 2,430.00 |
| 11 | Prepare for and Attendance at Court Hearings | 0.5 | 577.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 13.3 | 14,331.50 |
| 18 | Potential Avoidance Actions & Litigation Matters | 412.3 | 369,132.00 |
| 21 | General Meetings with Committee & Committee Counsel | 0.3 | 457.50 |
| 24 | Preparation of Fee Application | 41.6 | 29,277.50 |
| | **GRAND TOTAL** | **525.1** | **$ 463,035.50** |