Exhibit B

In re Big Lots, Inc., et al., Case No. 24-11967 — Exhibit B
**PwC US Tax LLP**
**Summary of Hours and Fees by Project and Professional**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| **Fixed Fee Services** | | | |
| *2024 Tax Compliance Services* | | | |
| Craig Keller | Partner | 4.00 | |
| David Ernick | Principal | 1.50 | |
| Lesa Shoemaker | Partner | 1.00 | |
| Brian Trueman | Director | 29.50 | |
| Tom Carpenter | Director | 2.00 | |
| Matthew Harris | Senior Manager | 1.00 | |
| Nicole Berkow | Senior Manager | 16.50 | |
| Anna Belluardo | Manager | 13.50 | |
| Austin Oberhausen | Manager | 24.50 | |
| Nicholl Troncoso | Manager | 0.50 | |
| Natania Patterson | Senior Associate | 0.50 | |
| Ryan Cavanaugh | Senior Associate | 1.50 | |
| Stella Huang | Senior Associate | 28.00 | |
| Kaylee McMullen | Associate | 2.50 | |
| Mackenzie Summers | Associate | 7.00 | |
| Matthew Messer | Associate | 48.50 | |
| Mia Gerthoffer | Associate | 5.50 | |
| Tommy McAvoy | Associate | 4.50 | |
| Christopher Trout | Specialist | 0.50 | |
| Emily Nguyen | Specialist | 0.50 | |
| Gikita Thirani | Specialist | 0.50 | |
| Ryan Gustafson | Specialist | 9.50 | |
| ***Subtotal - 2024 Tax Compliance Services*** | | ***203.00*** | ***$0.00*** |
| **Total - Hours and Compensation Sought - Fixed Fee Services** | | **203.00** | **$0.00** |