## Exhibit C

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| **Hourly Services** | | | | | |
| *2024 Tax Compliance Services* | | | | | |
| 4/1/2025 | Austin Oberhausen | Manager | 0425F0077: Discussion with M. Messer (PwC) on OIT adjustments input and new accounts, reviewing adjustments in OneSource | 1.00 | |
| 4/1/2025 | Mackenzie Summers | Associate | 0425F0078: Prepare company overview and M-1 inputs | 0.50 | |
| 4/1/2025 | Matthew Messer | Associate | 0425F0079: Begin uploading schedule M adjustments and reclasses into system | 1.50 | |
| 4/1/2025 | Matthew Messer | Associate | 0425F0080: Discussion with A. Oberhausen (PwC) on OIT adjustments input and new accounts, reviewing adjustments in OneSource | 0.50 | |
| 4/1/2025 | Matthew Messer | Associate | 0425F0081: Preparing tracker for Schedule M adjustments | 2.00 | |
| 4/2/2025 | Craig Keller | Partner | 0425F0082: Discussion regarding 2024 federal tax return planning with C. Keller (PwC), N. Berkow (PwC) | 0.50 | |
| 4/2/2025 | Brian Trueman | Director | 0425F0083: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/2/2025 | Nicole Berkow | Senior Manager | 0425F0084: 2024 Tax Compliance - Retrieval and review of Schedule M workpapers | 1.00 | |
| 4/2/2025 | Nicole Berkow | Senior Manager | 0425F0085: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/2/2025 | Nicole Berkow | Senior Manager | 0425F0086: Discussion regarding 2024 federal tax return planning with C. Keller (PwC), N. Berkow (PwC) | 0.50 | |
| 4/2/2025 | Anna Belluardo | Manager | 0425F0087: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/2/2025 | Austin Oberhausen | Manager | 0425F0088: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/2/2025 | Stella Huang | Senior Associate | 0425F0089: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/2/2025 | Mackenzie Summers | Associate | 0425F0090: Review M Adjustments entered into OneSource Income Tax (OIT) system, that was provided by the client | 0.50 | |
| 4/2/2025 | Matthew Messer | Associate | 0425F0091: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/2/2025 | Matthew Messer | Associate | 0425F0092: Continue importing Schedule M adjustments | 1.00 | |
| 4/2/2025 | Tommy McAvoy | Associate | 0425F0093: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/3/2025 | Austin Oberhausen | Manager | 0425F0094: M-1 OIT walkthrough with M. Summers (PwC) | 0.50 | |
| 4/3/2025 | Austin Oberhausen | Manager | 0425F0095: Call with M. Messer (PwC) over Schedule M adjustments and process to get them into system | 1.50 | |
| 4/3/2025 | Austin Oberhausen | Manager | 0425F0096: Reviewing first batch of adjustments to be entered in OneSource and making updates in the system | 3.00 | |
| 4/3/2025 | Mackenzie Summers | Associate | 0425F0097: M-1 OIT walkthrough with A. Oberhausen (PwC) | 0.50 | |
| 4/3/2025 | Mackenzie Summers | Associate | 0425F0098: Review M Adjustments entered into OneSource Income Tax (OIT) system, that was provided by the client | 1.00 | |
| 4/3/2025 | Mackenzie Summers | Associate | 0425F0099: Continue to review M Adjustments entered into OneSource Income Tax (OIT) system, that was provided by the client | 1.00 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 4/3/2025 | Matthew Messer | Associate | 0425F0100: Call with A. Oberhausen (PwC) over Schedule M adjustments and process to get them into system | 1.50 | |
| 4/3/2025 | Matthew Messer | Associate | 0425F0101: Inputting misc. Schedule M adjustments into system | 4.00 | |
| 4/4/2025 | Nicole Berkow | Senior Manager | 0425F0102: 2024 Tax Compliance - Retrieval of fixed asset workpapers and correspondence on Alteryx model | 1.50 | |
| 4/4/2025 | Austin Oberhausen | Manager | 0425F0103: Reviewing first batch of adjustments to be entered in OneSource and making updates in the system | 1.50 | |
| 4/4/2025 | Matthew Messer | Associate | 0425F0104: Continue importing Schedule M adjustments into tracker (RSU, WOTC, propane credit, officer's comp) and review those in system already | 1.50 | |
| 4/7/2025 | Matthew Harris | Senior Manager | 0425F0105: 2024 Tax Compliance - Form 4562 model support | 0.50 | |
| 4/7/2025 | Austin Oberhausen | Manager | 0425F0106: Responding to client emails and making updates in OneSource for new account mapping | 2.00 | |
| 4/8/2025 | Matthew Harris | Senior Manager | 0425F0107: 2024 Tax Compliance - Form 4562 model support | 0.50 | |
| 4/8/2025 | Nicole Berkow | Senior Manager | 0425F0108: 2024 Tax Compliance - 4562 model review | 0.50 | |
| 4/8/2025 | Austin Oberhausen | Manager | 0425F0109: Reviewing OneSource inputs and walkthrough with M. Messer (PwC) on certain adjustments/reclasses | 1.00 | |
| 4/8/2025 | Ryan Cavanaugh | Senior Associate | 0425F0110: 2024 Tax Compliance - Form 4562 model support | 1.50 | |
| 4/8/2025 | Matthew Messer | Associate | 0425F0111: Entering and filling out forms for WOTC, Officers comp, reclasses, and new entries and questions for Austin Oberhausen (PwC) | 3.50 | |
| 4/8/2025 | Matthew Messer | Associate | 0425F0112: Reviewing OneSource inputs and walkthrough with A. Oberhausen (PwC) on certain adjustments/reclasses | 1.00 | |
| 4/9/2025 | Brian Trueman | Director | 0425F0113: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/9/2025 | Nicole Berkow | Senior Manager | 0425F0114: 2024 Tax Compliance - 4562 model review | 1.00 | |
| 4/9/2025 | Nicole Berkow | Senior Manager | 0425F0115: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/9/2025 | Anna Belluardo | Manager | 0425F0116: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/9/2025 | Austin Oberhausen | Manager | 0425F0117: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/9/2025 | Austin Oberhausen | Manager | 0425F0118: Reviewing OneSource inputs on certain adjustments/reclasses | 0.50 | |
| 4/9/2025 | Stella Huang | Senior Associate | 0425F0119: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/9/2025 | Mackenzie Summers | Associate | 0425F0120: Review M Adjustments entered into OneSource Income Tax (OIT) system, that was provided by the client | 1.00 | |
| 4/9/2025 | Matthew Messer | Associate | 0425F0121: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/9/2025 | Matthew Messer | Associate | 0425F0122: Reclass entry M adjustment and beginning to check over entries entered | 1.00 | |
| 4/9/2025 | Mia Gerthoffer | Associate | 0425F0123: Connect R. Miller (PwC) on action items for Vietnam RO and reporting, research outstanding items needed to complete 8858 for Vietnam RO | 1.00 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 4/9/2025 | Tommy McAvoy | Associate | 0425F0124: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/10/2025 | Brian Trueman | Director | 0425F0125: Discuss state specific modification questions with M. Burris (Big Lots) | 0.50 | |
| 4/10/2025 | Matthew Messer | Associate | 0425F0126: Review and finalize Big Lots adjustments after talk with A. Oberhausen (PwC) | 1.00 | |
| 4/10/2025 | Tommy McAvoy | Associate | 0425F0127: Updating Tax Docs for client email | 0.50 | |
| 4/11/2025 | Austin Oberhausen | Manager | 0425F0128: OneSource adjustment review and updates | 1.00 | |
| 4/14/2025 | Stella Huang | Senior Associate | 0425F0129: Rollover binders in OneSource Income Tax to prepare 2024 state extensions. | 0.50 | |
| 4/14/2025 | Stella Huang | Senior Associate | 0425F0130: Rollover OIT binders for state extensions | 0.50 | |
| 4/14/2025 | Mia Gerthoffer | Associate | 0425F0131: Big Lots Form 8858 OIT Access/Regroup with compliance team | 0.50 | |
| 4/14/2025 | Tommy McAvoy | Associate | 0425F0132: Preparing state extensions | 2.00 | |
| 4/15/2025 | Austin Oberhausen | Manager | 0425F0133: OneSource adjustment review and updates | 1.00 | |
| 4/15/2025 | Matthew Messer | Associate | 0425F0134: Inputting adjustments from 4/13 upload | 1.50 | |
| 4/16/2025 | Tom Carpenter | Director | 0425F0135: Rep office compliance updates | 0.50 | |
| 4/16/2025 | Austin Oberhausen | Manager | 0425F0136: OneSource adjustment review and updates | 1.00 | |
| 4/16/2025 | Stella Huang | Senior Associate | 0425F0137: Review 2024 state extension forms. | 2.50 | |
| 4/16/2025 | Matthew Messer | Associate | 0425F0138: Finish inputting Big Lots adjustments from 4/13 and 4/16 batch | 4.00 | |
| 4/17/2025 | Brian Trueman | Director | 0425F0139: Addressing Texas and Tennessee considerations and questions from M. Burris (Big Lots) | 1.00 | |
| 4/17/2025 | Austin Oberhausen | Manager | 0425F0140: OneSource adjustment review and updates | 1.50 | |
| 4/17/2025 | Mackenzie Summers | Associate | 0425F0141: Review M Adjustments entered into OneSource Income Tax (OIT) system, that was provided by the client | 1.00 | |
| 4/18/2025 | Stella Huang | Senior Associate | 0425F0142: Review state extension forms after updates and work on resolving Texas form incomplete notice. | 2.00 | |
| 4/18/2025 | Kaylee McMullen | Associate | 0425F0143: 2025 Tax Compliance - Form 8858 Review | 0.50 | |
| 4/18/2025 | Mia Gerthoffer | Associate | 0425F0144: Regroup on OIT and items needed for Vietnam and China Rep Office filings | 0.50 | |
| 4/21/2025 | Austin Oberhausen | Manager | 0425F0145: OneSource adjustment review and updates | 1.00 | |
| 4/21/2025 | Stella Huang | Senior Associate | 0425F0146: Finalize review of state extensions after additional updates | 0.50 | |
| 4/21/2025 | Matthew Messer | Associate | 0425F0147: Input 4/21 Big Lots adjustments sent over into OIT | 1.00 | |
| 4/21/2025 | Mia Gerthoffer | Associate | 0425F0148: CN Rep Office 8858 Info deep dive and OIT population | 1.50 | |
| 4/22/2025 | David Ernick | Principal | 0425F0149: 2024 Tax Compliance - Consideration of CbCr requirements for Rep Offices | 0.50 | |
| 4/22/2025 | Anna Belluardo | Manager | 0425F0150: Big Lots state compliance | 0.50 | |
| 4/23/2025 | Nicole Berkow | Senior Manager | 0425F0151: 2024 Tax Compliance - Retrieval and review of Schedule M workpapers and coordination with B. Slayman (Big Lots) | 1.50 | |
| 4/23/2025 | Austin Oberhausen | Manager | 0425F0152: Federal extension review and updates, delivery to client and e-file | 2.00 | |
| 4/23/2025 | Matthew Messer | Associate | 0425F0153: Adjustment fix for Mark Burris (Big Lots) from email and inputting adjustments from 4/22/2025 batch sent over | 1.50 | |
| 4/23/2025 | Mia Gerthoffer | Associate | 0425F0154: Finalize form 8858 draft for CN rep office, determine correct OIT binder, compile draft and support | 2.00 | |
| 4/28/2025 | Nicole Berkow | Senior Manager | 0425F0155: 2024 Tax Compliance - Data gathering and documentation in support of the 2024 tax return | 1.50 | |
| 4/28/2025 | Kaylee McMullen | Associate | 0425F0156: 2024 Tax Compliance - Form 8858 Review | 2.00 | |
| 4/28/2025 | Matthew Messer | Associate | 0425F0157: Inputting adjustments from 4/22 | 1.00 | |
| 4/29/2025 | Lesa Shoemaker | Partner | 0425F0158: Big Lots returns and tracker discuss returns | 1.00 | |
| 4/29/2025 | Brian Trueman | Director | 0425F0159: Review state extension calculations and prepare forms | 3.00 | |
| 4/29/2025 | Nicole Berkow | Senior Manager | 0425F0160: 2024 Tax Compliance - Data gathering and documentation in support of the 2024 tax return | 1.00 | |
| 4/29/2025 | Austin Oberhausen | Manager | 0425F0161: OneSource adjustment review and updates | 1.00 | |
| 4/29/2025 | Stella Huang | Senior Associate | 0425F0162: Address director comments on state extensions | 1.50 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 4/29/2025 | Stella Huang | Senior Associate | 0425F0163: Review Texas forms prepared for notice | 1.50 | |
| 4/30/2025 | Craig Keller | Partner | 0425F0164: Call to discuss presentation of sale of inventory on Form 4797 and potential state tax consequences with C. Keller (PwC), B. Trueman (PwC), N. Berkow (PwC) | 0.50 | |
| 4/30/2025 | Craig Keller | Partner | 0425F0165: Call to discuss overall status of 2024 tax return and next steps regarding treatment of bankruptcy costs with C. Keller (PwC), N. Berkow (PwC) | 1.00 | |
| 4/30/2025 | Brian Trueman | Director | 0425F0166: Call to discuss presentation of sale of inventory on Form 4797 and potential state tax consequences with C. Keller (PwC), B. Trueman (PwC), N. Berkow (PwC) | 0.50 | |
| 4/30/2025 | Brian Trueman | Director | 0425F0167: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/30/2025 | Brian Trueman | Director | 0425F0168: Discuss Federal return presentational items with N. Berkow (PwC) | 1.50 | |
| 4/30/2025 | Nicole Berkow | Senior Manager | 0425F0169: Call to discuss presentation of sale of inventory on Form 4797 and potential state tax consequences with C. Keller (PwC), B. Trueman (PwC), N. Berkow (PwC) | 0.50 | |
| 4/30/2025 | Nicole Berkow | Senior Manager | 0425F0170: Discuss Federal return presentational items with B. Trueman (PwC) | 1.50 | |
| 4/30/2025 | Nicole Berkow | Senior Manager | 0425F0171: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/30/2025 | Nicole Berkow | Senior Manager | 0425F0172: Call to discuss overall status of 2024 tax return and next steps regarding treatment of bankruptcy costs with C. Keller (PwC), N. Berkow (PwC) | 1.00 | |
| 4/30/2025 | Anna Belluardo | Manager | 0425F0173: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/30/2025 | Austin Oberhausen | Manager | 0425F0174: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/30/2025 | Stella Huang | Senior Associate | 0425F0175: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/30/2025 | Stella Huang | Senior Associate | 0425F0176: Updates to state extensions for estimated payments made provided by client | 0.50 | |
| 4/30/2025 | Matthew Messer | Associate | 0425F0177: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 4/30/2025 | Tommy McAvoy | Associate | 0425F0178: Call to discuss 2024 tax compliance status and next steps with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), M. Messer (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), A. Oberhausen (PwC) | 0.50 | |
| 5/1/2025 | Brian Trueman | Director | 0525F0179: State extension questions with M. Burris (Big Lots), discuss Oregon and New York payments and calculations for FY24 | 2.00 | |
| 5/1/2025 | Nicole Berkow | Senior Manager | 0525F0180: 2024 Tax Compliance - Data gathering related to bankruptcy and other transaction-related costs | 1.00 | |
| 5/1/2025 | Stella Huang | Senior Associate | 0525F0181: Updates to state extensions per client comments and respond to client emails | 1.50 | |
| 5/2/2025 | David Ernick | Principal | 0525F0182: 2024 Tax Compliance - Review and comment on write-up of transfer pricing considerations | 1.00 | |
| 5/2/2025 | Brian Trueman | Director | 0525F0183: Finalize State extensions, discuss City returns and the State Depreciation workflow with M. Burris (Big Lots) | 2.00 | |
| 5/5/2025 | Brian Trueman | Director | 0525F0184: Update on City BOT technology for completion of local returns | 0.50 | |
| 5/5/2025 | Tom Carpenter | Director | 0525F0185: Review Forms 8858 | 1.50 | |

In re Big Lots, Inc., et al., Case No. 24-11967                                                                                                                                                               Exhibit C
PwC US Tax LLP
Professional Services by Project, Professional, and Date

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 5/5/2025 | Nicole Berkow | Senior Manager | 0525F0186: 2024 Tax Compliance - Coordination and assistance with State Depreciation Alteryx model at request of M. Burris (Big Lots) | 1.50 | |
| 5/5/2025 | Stella Huang | Senior Associate | 0525F0187: Test run for 2024 corporate city automation tool | 0.50 | |
| 5/5/2025 | Matthew Messer | Associate | 0525F0188: Return summary of taxable income from this year to last year | 0.50 | |
| 5/6/2025 | Brian Trueman | Director | 0525F0189: Connecticut extension and bonus depreciation implications | 0.50 | |
| 5/6/2025 | Stella Huang | Senior Associate | 0525F0190: Answer client question on CT FCI credit and email to automations support to troubleshoot city bot | 1.00 | |
| 5/6/2025 | Mackenzie Summers | Associate | 0525F0191: Review M Adjustments entered into OneSource Income Tax (OIT) system, that was provided by the client | 1.00 | |
| 5/7/2025 | Craig Keller | Partner | 0525F0192: Call to discuss 2024 tax compliance status and latest updates to information provided with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), C. Keller (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), M. Messer (PwC), A. Oberh | 0.50 | |
| 5/7/2025 | Brian Trueman | Director | 0525F0193: Call to discuss 2024 tax compliance status and latest updates to information provided with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), C. Keller (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), M. Messer (PwC), A. Oberh | 0.50 | |
| 5/7/2025 | Brian Trueman | Director | 0525F0194: Questions from M. Burris (Big Lots) on credits and carryforward balances | 0.50 | |
| 5/7/2025 | Nicole Berkow | Senior Manager | 0525F0195: Call to discuss 2024 tax compliance status and latest updates to information provided with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), C. Keller (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), M. Messer (PwC), A. Oberh | 0.50 | |
| 5/7/2025 | Anna Belluardo | Manager | 0525F0196: Call to discuss 2024 tax compliance status and latest updates to information provided with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), C. Keller (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), M. Messer (PwC), A. Oberh | 0.50 | |
| 5/7/2025 | Austin Oberhausen | Manager | 0525F0197: Call to discuss 2024 tax compliance status and latest updates to information provided with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), C. Keller (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), M. Messer (PwC), A. Oberh | 0.50 | |
| 5/7/2025 | Austin Oberhausen | Manager | 0525F0198: Form 4797 review and updates, discussion with client on presentation and walkthrough | 1.50 | |
| 5/7/2025 | Stella Huang | Senior Associate | 0525F0199: Call to discuss 2024 tax compliance status and latest updates to information provided with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), C. Keller (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), M. Messer (PwC), A. Oberh | 0.50 | |
| 5/7/2025 | Matthew Messer | Associate | 0525F0200: Call to discuss 2024 tax compliance status and latest updates to information provided with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), C. Keller (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), M. Messer (PwC), A. Oberh | 0.50 | |
| 5/7/2025 | Tommy McAvoy | Associate | 0525F0201: Call to discuss 2024 tax compliance status and latest updates to information provided with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), C. Keller (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), M. Messer (PwC), A. Oberh | 0.50 | |
| 5/8/2025 | Matthew Messer | Associate | 0525F0202: Inputting adjustments from 5/1 and 5/6 and revising reclass adjustments | 1.50 | |
| 5/9/2025 | Brian Trueman | Director | 0525F0203: Follow up discussion with M. Burris (Big Lots) on State Extensions & City BOT capabilities | 0.50 | |
| 5/12/2025 | Brian Trueman | Director | 0525F0204: State Extensions discussions with M. Burris (Big Lots), discuss minimum taxes at City level to be paid with returns | 1.00 | |
| 5/12/2025 | Stella Huang | Senior Associate | 0525F0205: Verify whether local extensions are needed and check KY and OR local minimum tax due. | 1.00 | |
| 5/12/2025 | Matthew Messer | Associate | 0525F0206: Generating return summary for comparison to last year | 1.00 | |
| 5/13/2025 | Brian Trueman | Director | 0525F0207: Discuss approach with M. Burris (Big Lots) on City extensions and timing of payment | 0.50 | |
| 5/13/2025 | Brian Trueman | Director | 0525F0208: Work through bonus depreciation modifications and update from federal/Big Lots | 2.00 | |
| 5/13/2025 | Matthew Messer | Associate | 0525F0209: Process files uploaded on 5/9 from Big Lots and review recently inputted adjustments | 1.50 | |
| 5/14/2025 | Brian Trueman | Director | 0525F0210: Bonus depreciation information for workflow, analyze state modifications. | 2.00 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 5/14/2025 | Stella Huang | Senior Associate | 0525F0211: Address extension e-file rejections and review depreciation Alteryx output file | 1.50 | |
| 5/15/2025 | Brian Trueman | Director | 0525F0212: Discuss extensions submissions with client (Big Lots) | 0.50 | |
| 5/16/2025 | Mackenzie Summers | Associate | 0525F0213: Review M Adjustments entered into OneSource Income Tax (OIT) system, that was provided by the client | 0.50 | |
| 5/16/2025 | Matthew Messer | Associate | 0525F0214: Second review over adjustments entered from 5/9 | 0.50 | |
| 5/20/2025 | Matthew Messer | Associate | 0525F0215: Big Lots Form 4797 and troubleshooting discussion with A. Oberhausen (PwC) | 3.50 | |
| 5/21/2025 | Craig Keller | Partner | 0525F0216: Call to discuss 2024 tax return and review taxable income calculation with N. Berkow (PwC), A. Oberhausen (PwC), C. Keller (PwC) | 0.50 | |
| 5/21/2025 | Nicole Berkow | Senior Manager | 0525F0217: Call to discuss 2024 tax return and review taxable income calculation with N. Berkow (PwC), A. Oberhausen (PwC), C. Keller (PwC) | 0.50 | |
| 5/21/2025 | Austin Oberhausen | Manager | 0525F0218: Call to discuss 2024 tax return and review taxable income calculation with N. Berkow (PwC), A. Oberhausen (PwC), C. Keller (PwC) | 0.50 | |
| 5/21/2025 | Matthew Messer | Associate | 0525F0219: Big Lots Return Summary, formatting errors, and reconciling differences | 1.50 | |
| 5/27/2025 | Brian Trueman | Director | 0525F0220: State compliance questions on NOLs and OIT | 1.00 | |
| 5/28/2025 | Brian Trueman | Director | 0525F0221: Discussion with M. Burris (Big Lots) regarding state NOL limitation and related research | 2.50 | |
| 5/28/2025 | Matthew Messer | Associate | 0525F0222: Talking to B. Slayman (Big Lots) about 4797 data for Big Lots on individual segment level and looking into what is causing differences in consolidation | 2.00 | |
| 5/29/2025 | Brian Trueman | Director | 0525F0223: Connect with M. Burris (Big Lots) on implications of Federal accruals, updates on bonus depreciation and finalizing FTI | 1.00 | |
| 5/29/2025 | Matthew Messer | Associate | 0525F0224: Updating and analyzing Big Lots form 4797 by segment info so that it consolidates correctly | 3.50 | |
| 5/30/2025 | Matthew Messer | Associate | 0525F0225: Updating and analyzing Big Lots form 4797 by segment from info received from B. Slayman (Big Lots) | 2.50 | |
| 6/2/2025 | Brian Trueman | Director | 0625F0226: State return information and federal updates with team. | 1.00 | |
| 6/2/2025 | Anna Belluardo | Manager | 0625F0227: Updates to Flex and Team builder for staffing and engagement hours/timing and regrouping on status | 1.50 | |
| 6/3/2025 | Brian Trueman | Director | 0625F0228: Discuss various state items with M. Burris (Big Lots) for returns (e.g. bonus depreciation, overpayments, NOLs) | 0.50 | |
| 6/3/2025 | Anna Belluardo | Manager | 0625F0229: Email to client to answer information request | 0.50 | |
| 6/4/2025 | Craig Keller | Partner | 0625F0230: Call to discuss federal and state return status with A. Oberhausen (PwC), C. Keller (PwC), B. Trueman (PwC), A. Belluardo (PwC), M. Messer (PwC), S. Huang (PwC) | 0.50 | |
| 6/4/2025 | Brian Trueman | Director | 0625F0231: Call to discuss federal and state return status with A. Oberhausen (PwC), C. Keller (PwC), B. Trueman (PwC), A. Belluardo (PwC), M. Messer (PwC), S. Huang (PwC) | 0.50 | |
| 6/4/2025 | Anna Belluardo | Manager | 0625F0232: Call to discuss federal and state return status with A. Oberhausen (PwC), C. Keller (PwC), B. Trueman (PwC), A. Belluardo (PwC), M. Messer (PwC), S. Huang (PwC) | 0.50 | |
| 6/4/2025 | Austin Oberhausen | Manager | 0625F0233: Call to discuss federal and state return status with A. Oberhausen (PwC), C. Keller (PwC), B. Trueman (PwC), A. Belluardo (PwC), M. Messer (PwC), S. Huang (PwC) | 0.50 | |
| 6/4/2025 | Stella Huang | Senior Associate | 0625F0234: Call to discuss federal and state return status with A. Oberhausen (PwC), C. Keller (PwC), B. Trueman (PwC), A. Belluardo (PwC), M. Messer (PwC), S. Huang (PwC) | 0.50 | |
| 6/4/2025 | Matthew Messer | Associate | 0625F0235: Call to discuss federal and state return status with A. Oberhausen (PwC), C. Keller (PwC), B. Trueman (PwC), A. Belluardo (PwC), M. Messer (PwC), S. Huang (PwC) | 0.50 | |
| 6/11/2025 | Craig Keller | Partner | 0625F0236: Call to discuss federal and state return status with A. Oberhausen (PwC), C. Keller (PwC), B. Trueman (PwC), A. Belluardo (PwC), M. Messer (PwC) | 0.50 | |
| 6/11/2025 | Brian Trueman | Director | 0625F0237: Call to discuss federal and state return status with A. Oberhausen (PwC), C. Keller (PwC), B. Trueman (PwC), A. Belluardo (PwC), M. Messer (PwC) | 0.50 | |
| 6/11/2025 | Brian Trueman | Director | 0625F0238: Discuss apportionment information and treatment of federal accruals with Big Lots team | 0.50 | |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit C

| Date | Name | Position | Description | Hours | Total Compensation |
|---|---|---|---|---|---|
| 6/11/2025 | Anna Belluardo | Manager | 0625F0239: Call to discuss federal and state return status with A. Oberhausen (PwC), C. Keller (PwC), B. Trueman (PwC), A. Belluardo (PwC), M. Messer (PwC) | 0.50 | |
| 6/11/2025 | Austin Oberhausen | Manager | 0625F0240: Call to discuss federal and state return status with A. Oberhausen (PwC), C. Keller (PwC), B. Trueman (PwC), A. Belluardo (PwC), M. Messer (PwC) | 0.50 | |
| 6/11/2025 | Matthew Messer | Associate | 0625F0241: Call to discuss federal and state return status with A. Oberhausen (PwC), C. Keller (PwC), B. Trueman (PwC), A. Belluardo (PwC), M. Messer (PwC) | 0.50 | |
| 6/13/2025 | Brian Trueman | Director | 0625F0242: Review information from M. Burris (Big Lots) for state returns | 1.00 | |
| 6/16/2025 | Brian Trueman | Director | 0625F0243: Begin going through state information provided by M. Burris (Big Lots) | 0.50 | |
| 6/16/2025 | Anna Belluardo | Manager | 0625F0244: Apportionment import, OIT setup, workpaper listing and tracking | 1.50 | |
| 6/16/2025 | Stella Huang | Senior Associate | 0625F0245: Update OIT apportionment logic charts and categories for new sales accounts | 2.00 | |
| 6/17/2025 | Anna Belluardo | Manager | 0625F0246: Workpaper review/organizing | 0.50 | |
| 6/17/2025 | Stella Huang | Senior Associate | 0625F0247: Update apportionment details workpapers for Big Lot Stores and Big Lots Inc. | 3.00 | |
| 6/18/2025 | Stella Huang | Senior Associate | 0625F0248: Review workpapers listing and update various state specific workpapers | 2.50 | |
| 6/19/2025 | Anna Belluardo | Manager | 0625F0249: Workpaper preparation and updates to tracker | 3.50 | |
| 6/19/2025 | Stella Huang | Senior Associate | 0625F0250: Update state modifications file | 1.00 | |
| 6/20/2025 | Stella Huang | Senior Associate | 0625F0251: Rollover and update state specific apportionment workpapers | 1.50 | |
| 6/23/2025 | Anna Belluardo | Manager | 0625F0252: Call to discuss state returns process and timing with A. Belluardo (PwC), C. Trout (PwC), E. Nguyen (PwC), G. Thirani (PwC), N. Patterson (PwC), S. Huang (PwC), N. Troncoso (PwC) | 0.50 | |
| 6/23/2025 | Nicholl Troncoso | Manager | 0625F0253: Call to discuss state returns process and timing with A. Belluardo (PwC), C. Trout (PwC), E. Nguyen (PwC), G. Thirani (PwC), N. Patterson (PwC), S. Huang (PwC), N. Troncoso (PwC) | 0.50 | |
| 6/23/2025 | Natania Patterson | Senior Associate | 0625F0254: Call to discuss state returns process and timing with A. Belluardo (PwC), C. Trout (PwC), E. Nguyen (PwC), G. Thirani (PwC), N. Patterson (PwC), S. Huang (PwC), N. Troncoso (PwC) | 0.50 | |
| 6/23/2025 | Stella Huang | Senior Associate | 0625F0255: Call to discuss state returns process and timing with A. Belluardo (PwC), C. Trout (PwC), E. Nguyen (PwC), G. Thirani (PwC), N. Patterson (PwC), S. Huang (PwC), N. Troncoso (PwC) | 0.50 | |
| 6/23/2025 | Christopher Trout | Specialist | 0625F0256: Call to discuss state returns process and timing with A. Belluardo (PwC), C. Trout (PwC), E. Nguyen (PwC), G. Thirani (PwC), N. Patterson (PwC), S. Huang (PwC), N. Troncoso (PwC) | 0.50 | |
| 6/23/2025 | Emily Nguyen | Specialist | 0625F0257: Call to discuss state returns process and timing with A. Belluardo (PwC), C. Trout (PwC), E. Nguyen (PwC), G. Thirani (PwC), N. Patterson (PwC), S. Huang (PwC), N. Troncoso (PwC) | 0.50 | |
| 6/23/2025 | Gikita Thirani | Specialist | 0625F0258: Call to discuss state returns process and timing with A. Belluardo (PwC), C. Trout (PwC), E. Nguyen (PwC), G. Thirani (PwC), N. Patterson (PwC), S. Huang (PwC), N. Troncoso (PwC) | 0.50 | |
| 6/24/2025 | Ryan Gustafson | Specialist | 0625F0259: Began formatting updates to MOD File for new structure (10DIVCON and 16DIVCON) | 1.00 | |
| 6/24/2025 | Ryan Gustafson | Specialist | 0625F0260: Prepped LA and MA returns for franchise apportionments | 3.00 | |
| 6/25/2025 | Anna Belluardo | Manager | 0625F0261: Reviewing and updating state workpapers | 2.00 | |
| 6/25/2025 | Ryan Gustafson | Specialist | 0625F0262: Finalize formatting updates for MOD File for new structure (10DIVCON and 16DIVCON) | 0.50 | |
| 6/25/2025 | Ryan Gustafson | Specialist | 0625F0263: Prepped NY (line item) and NH (all entities) apportionments | 3.00 | |
| 6/25/2025 | Ryan Gustafson | Specialist | 0625F0264: Reviewed combined workpaper - identified states with hardcoded values/reference issues | 2.00 | |
| *Subtotal - 2024 Tax Compliance Services* | | | | 203.00 | $0.00 |
| **Total - Hours and Compensation Sought - Fixed Fee Services** | | | | **203.00** | **$0.00** |