Exhibit D

**In re Big Lots, Inc., et al., Case No. 24-11967**

**Exhibit D**

**PwC US Tax LLP**

**Summary of Hours and Fees by Project and Professional**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Tax Advisory Services* | | | | |
| Bob Ritter | Partner | $1,265 | 2.50 | $3,162.50 |
| Craig Keller | Partner | $1,265 | 7.30 | $9,234.50 |
| George Manousos | Partner | $1,265 | 1.50 | $1,897.50 |
| Lesa Shoemaker | Partner | $1,265 | 1.70 | $2,150.50 |
| Michelle Hanzely | Principal | $1,265 | 3.30 | $4,174.50 |
| Sean Kelly | Partner | $1,330 | 3.50 | $4,655.00 |
| Andrea McIntire | Director | $1,006 | 2.50 | $2,515.00 |
| Brian Trueman | Director | $1,006 | 7.20 | $7,243.20 |
| Tom Carpenter | Director | $1,006 | 1.00 | $1,006.00 |
| Elyse Acosta | Senior Manager | $1,141 | 12.30 | $14,034.30 |
| Nicole Berkow | Senior Manager | $918 | 5.30 | $4,865.40 |
| Anna Belluardo | Manager | $829 | 1.00 | $829.00 |
| Austin Oberhausen | Manager | $829 | 4.80 | $3,979.20 |
| Rhys Jonard | Senior Associate | $702 | 1.70 | $1,193.40 |
| Ryan Miller | Senior Associate | $702 | 1.00 | $702.00 |
| Stella Huang | Senior Associate | $702 | 1.00 | $702.00 |
| Will Gaziano | Senior Associate | $952 | 7.50 | $7,140.00 |
| Matthew Messer | Associate | $479 | 0.50 | $239.50 |
| Tommy McAvoy | Associate | $479 | 1.00 | $479.00 |
| *Subtotal - Tax Advisory Services* | | | *66.60* | *$70,202.50* |
| **Subtotal - Hourly Services** | | | **66.60** | **$70,202.50** |
| | | | | |
| **Bankruptcy Compliance Services** | | | | |
| *Fee Applications* | | | | |
| Chris Lewis | Manager | $400 | 6.00 | $2,400.00 |
| *Subtotal - Fee Applications* | | | *6.00* | *$2,400.00* |
| **Subtotal - Bankruptcy Compliance Services** | | | **6.00** | **$2,400.00** |
| | | | | |
| **Total - Hours and Compensation Sought - Hourly Services** | | | **72.60** | **$72,602.50** |