Exhibit E

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Hourly Services** | | | | | | |
| *Tax Advisory Services* | | | | | | |
| 4/3/2025 | Sean Kelly | Partner | 0425H0001: Internal call to discuss updates to the purchase price allocation with S. Kelly (PwC), W. Gaziano (PwC), E. Acosta (PwC) | $1,330 | 0.30 | $399.00 |
| 4/3/2025 | Elyse Acosta | Senior Manager | 0425H0002: Internal call to discuss updates to the purchase price allocation with S. Kelly (PwC), W. Gaziano (PwC), E. Acosta (PwC) | $1,141 | 0.30 | $342.30 |
| 4/3/2025 | Elyse Acosta | Senior Manager | 0425H0003: Purchase price allocation and ELA work | $1,141 | 0.50 | $570.50 |
| 4/3/2025 | Will Gaziano | Senior Associate | 0425H0004: Internal call to discuss updates to the purchase price allocation with S. Kelly (PwC), W. Gaziano (PwC), E. Acosta (PwC) | $952 | 0.30 | $285.60 |
| 4/3/2025 | Will Gaziano | Senior Associate | 0425H0005: Updates to purchase price allocation analysis for new cash amounts sent by client | $952 | 2.30 | $2,189.60 |
| 4/4/2025 | Will Gaziano | Senior Associate | 0425H0006: Additional updates to purchase price allocation analysis for new cash amounts sent by client | $952 | 2.70 | $2,570.40 |
| 4/8/2025 | Sean Kelly | Partner | 0425H0007: Call to discuss transfer pricing considerations associated with the gain/loss on sale with C. Keller (PwC), S. Kelly (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC), T. Carpenter (PwC), R. Miller (PwC) | $1,330 | 1.00 | $1,330.00 |
| 4/8/2025 | Bob Ritter | Partner | 0425H0008: Call to discuss transfer pricing considerations associated with the gain/loss on sale with C. Keller (PwC), S. Kelly (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC), T. Carpenter (PwC), R. Miller (PwC) | $1,265 | 1.00 | $1,265.00 |
| 4/8/2025 | Craig Keller | Partner | 0425H0009: Call to discuss transfer pricing considerations associated with the gain/loss on sale with C. Keller (PwC), S. Kelly (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC), T. Carpenter (PwC), R. Miller (PwC) | $1,265 | 1.00 | $1,265.00 |
| 4/8/2025 | Andrea McIntire | Director | 0425H0010: Call to discuss transfer pricing considerations associated with the gain/loss on sale with C. Keller (PwC), S. Kelly (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC), T. Carpenter (PwC), R. Miller (PwC) | $1,006 | 1.00 | $1,006.00 |
| 4/8/2025 | Tom Carpenter | Director | 0425H0011: Call to discuss transfer pricing considerations associated with the gain/loss on sale with C. Keller (PwC), S. Kelly (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC), T. Carpenter (PwC), R. Miller (PwC) | $1,006 | 1.00 | $1,006.00 |
| 4/8/2025 | Nicole Berkow | Senior Manager | 0425H0012: Call to discuss transfer pricing considerations associated with the gain/loss on sale with C. Keller (PwC), S. Kelly (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC), T. Carpenter (PwC), R. Miller (PwC) | $918 | 1.00 | $918.00 |
| 4/8/2025 | Austin Oberhausen | Manager | 0425H0013: Call to discuss transfer pricing considerations associated with the gain/loss on sale with C. Keller (PwC), S. Kelly (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC), T. Carpenter (PwC), R. Miller (PwC) | $829 | 1.00 | $829.00 |
| 4/8/2025 | Ryan Miller | Senior Associate | 0425H0014: Call to discuss transfer pricing considerations associated with the gain/loss on sale with C. Keller (PwC), S. Kelly (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC), T. Carpenter (PwC), R. Miller (PwC) | $702 | 1.00 | $702.00 |
| 4/15/2025 | Elyse Acosta | Senior Manager | 0425H0015: Purchase price allocation and ELA work | $1,141 | 0.40 | $456.40 |
| 4/22/2025 | Sean Kelly | Partner | 0425H0016: Call to discuss status of purchase price allocation and sale gain/loss with C. Keller (PwC), S. Kelly (PwC), N. Berkow (PwC), E. Acosta (PwC), A. Oberhausen (PwC) | $1,330 | 0.50 | $665.00 |
| 4/22/2025 | Craig Keller | Partner | 0425H0017: Call to discuss status of purchase price allocation and sale gain/loss with C. Keller (PwC), S. Kelly (PwC), N. Berkow (PwC), E. Acosta (PwC), A. Oberhausen (PwC) | $1,265 | 0.50 | $632.50 |
| 4/22/2025 | Elyse Acosta | Senior Manager | 0425H0018: Call to discuss status of purchase price allocation and sale gain/loss with C. Keller (PwC), S. Kelly (PwC), N. Berkow (PwC), E. Acosta (PwC), A. Oberhausen (PwC) | $1,141 | 0.50 | $570.50 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/22/2025 | Elyse Acosta | Senior Manager | 0425H0019: Internal regroup, cash adjustment emails, discussion regarding loss calcs | $1,141 | 1.30 | $1,483.30 |
| 4/22/2025 | Nicole Berkow | Senior Manager | 0425H0020: Call to discuss status of purchase price allocation and sale gain/loss with C. Keller (PwC), S. Kelly (PwC), N. Berkow (PwC), E. Acosta (PwC), A. Oberhausen (PwC) | $918 | 0.50 | $459.00 |
| 4/22/2025 | Austin Oberhausen | Manager | 0425H0021: Call to discuss status of purchase price allocation and sale gain/loss with C. Keller (PwC), S. Kelly (PwC), N. Berkow (PwC), E. Acosta (PwC), A. Oberhausen (PwC) | $829 | 0.50 | $414.50 |
| 4/28/2025 | Sean Kelly | Partner | 0425H0022: Gain/loss calculations | $1,330 | 0.30 | $399.00 |
| 4/29/2025 | Lesa Shoemaker | Partner | 0425H0023: Big Lots discussion regarding next steps on finalizing memo | $1,265 | 0.30 | $379.50 |
| 4/30/2025 | Brian Trueman | Director | 0425H0024: Review Federal ELA analysis and Memo to determine state income tax considerations | $1,006 | 1.30 | $1,307.80 |
| 4/30/2025 | Will Gaziano | Senior Associate | 0425H0025: Updates to purchase price allocation analysis to show gain/loss by asset | $952 | 1.50 | $1,428.00 |
| 4/30/2025 | Rhys Jonard | Senior Associate | 0425H0026: Treasury regulation research and state conformity to specific section related to Excess Loss Accounts | $702 | 1.70 | $1,193.40 |
| 5/1/2025 | Craig Keller | Partner | 0525H0027: Call to discuss deductibility of bankruptcy and other transaction-related costs with C. Keller (PwC), M. Hanzley (PwC), N. Berkow (PwC), A. Oberhausen (PwC) | $1,265 | 0.80 | $1,012.00 |
| 5/1/2025 | Michelle Hanzely | Principal | 0525H0028: Call to discuss deductibility of bankruptcy and other transaction-related costs with C. Keller (PwC), M. Hanzley (PwC), N. Berkow (PwC), A. Oberhausen (PwC) | $1,265 | 0.80 | $1,012.00 |
| 5/1/2025 | Nicole Berkow | Senior Manager | 0525H0029: Call to discuss deductibility of bankruptcy and other transaction-related costs with C. Keller (PwC), M. Hanzley (PwC), N. Berkow (PwC), A. Oberhausen (PwC) | $918 | 0.80 | $734.40 |
| 5/1/2025 | Austin Oberhausen | Manager | 0525H0030: Call to discuss deductibility of bankruptcy and other transaction-related costs with C. Keller (PwC), M. Hanzley (PwC), N. Berkow (PwC), A. Oberhausen (PwC) | $829 | 0.80 | $663.20 |
| 5/2/2025 | Sean Kelly | Partner | 0525H0031: Gain/loss calculations | $1,330 | 0.30 | $399.00 |
| 5/5/2025 | George Manousos | Partner | 0525H0032: Prep/review prior notes and discussion with M. Hanzley (PwC) regarding options for recovery of Chapter 7/11 transaction costs | $1,265 | 0.50 | $632.50 |
| 5/5/2025 | Michelle Hanzely | Principal | 0525H0033: Review prior notes and discussion with G. Manousos (PwC) regarding options for recovery of Chapter 7/11 transaction costs | $1,265 | 0.50 | $632.50 |
| 5/5/2025 | Brian Trueman | Director | 0525H0034: Draft state considerations related to the ELA analysis and memo | $1,006 | 1.40 | $1,408.40 |
| 5/5/2025 | Brian Trueman | Director | 0525H0035: Review 1502 state conformity matrix for -32 and -19 | $1,006 | 1.40 | $1,408.40 |
| 5/6/2025 | Sean Kelly | Partner | 0525H0036: Review updated PPA calculation | $1,330 | 0.40 | $532.00 |
| 5/6/2025 | Bob Ritter | Partner | 0525H0037: Call to discuss deductibility of bankruptcy and other transaction-related costs with C. Keller (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC) | $1,265 | 1.00 | $1,265.00 |
| 5/6/2025 | Craig Keller | Partner | 0525H0038: Assist with preparation and review of PwC fee application | $1,265 | 2.50 | $3,162.50 |
| 5/6/2025 | Craig Keller | Partner | 0525H0039: Call to discuss deductibility of bankruptcy and other transaction-related costs with C. Keller (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC) | $1,265 | 1.00 | $1,265.00 |
| 5/6/2025 | Elyse Acosta | Senior Manager | 0525H0040: Updated PPA discussion and transmittal | $1,141 | 1.00 | $1,141.00 |
| 5/6/2025 | Andrea McIntire | Director | 0525H0041: Call to discuss deductibility of bankruptcy and other transaction-related costs with C. Keller (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC) | $1,006 | 1.00 | $1,006.00 |
| 5/6/2025 | Nicole Berkow | Senior Manager | 0525H0042: Call to discuss deductibility of bankruptcy and other transaction-related costs with C. Keller (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC) | $918 | 1.00 | $918.00 |
| 5/6/2025 | Austin Oberhausen | Manager | 0525H0043: Call to discuss deductibility of bankruptcy and other transaction-related costs with C. Keller (PwC), B. Ritter (PwC), A. McIntire (PwC), N. Berkow (PwC), A. Oberhausen (PwC) | $829 | 1.00 | $829.00 |
| 5/7/2025 | Craig Keller | Partner | 0525H0044: Call to discuss transaction costs detail and information provided with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), C. Keller (PwC), M. Messer (PwC), A. Oberhausen (PwC) | $1,265 | 0.50 | $632.50 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
Professional Services by Project, Professional, and Date

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 5/7/2025 | Elyse Acosta | Senior Manager | 0525H0045: Assist with preparation and review of PwC fee application | $1,141 | 2.10 | $2,396.10 |
| 5/7/2025 | Nicole Berkow | Senior Manager | 0525H0046: Call to discuss transaction costs detail and information provided with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), C. Keller (PwC), M. Messer (PwC), A. Oberhausen (PwC) | $918 | 0.50 | $459.00 |
| 5/7/2025 | Austin Oberhausen | Manager | 0525H0047: Call to discuss transaction costs detail and information provided with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), C. Keller (PwC), M. Messer (PwC), A. Oberhausen (PwC) | $829 | 0.50 | $414.50 |
| 5/7/2025 | Matthew Messer | Associate | 0525H0048: Call to discuss transaction costs detail and information provided with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), C. Keller (PwC), M. Messer (PwC), A. Oberhausen (PwC) | $479 | 0.50 | $239.50 |
| 5/12/2025 | Brian Trueman | Director | 0525H0049: Walk L. Shoemaker (PwC) through SALT considerations around ELA and documentation on FCRR conformity by state | $1,006 | 1.40 | $1,408.40 |
| 5/13/2025 | Bob Ritter | Partner | 0525H0050: Call to discuss bankruptcy cost detail and transfer pricing considerations with B. Ritter (PwC), A. McIntire (PwC), A. Oberhausen (PwC) | $1,265 | 0.50 | $632.50 |
| 5/13/2025 | Lesa Shoemaker | Partner | 0525H0051: Analyze SALT considerations around ELA | $1,265 | 0.50 | $632.50 |
| 5/13/2025 | Lesa Shoemaker | Partner | 0525H0052: Analyze SALT considerations around ELA (continued) | $1,265 | 0.60 | $759.00 |
| 5/13/2025 | Elyse Acosta | Senior Manager | 0525H0053: Review and respond to emails regarding purchase price allocation | $1,141 | 0.70 | $798.70 |
| 5/13/2025 | Andrea McIntire | Director | 0525H0054: Call to discuss bankruptcy cost detail and transfer pricing considerations with B. Ritter (PwC), A. McIntire (PwC), A. Oberhausen (PwC) | $1,006 | 0.50 | $503.00 |
| 5/13/2025 | Austin Oberhausen | Manager | 0525H0055: Call to discuss bankruptcy cost detail and transfer pricing considerations with B. Ritter (PwC), A. McIntire (PwC), A. Oberhausen (PwC) | $829 | 0.50 | $414.50 |
| 5/14/2025 | Sean Kelly | Partner | 0525H0056: Call with S. Kelly (PwC), E. Acosta (PwC), B. Trueman (PwC), W. Gaziano (PwC) to discuss purchase price allocation and cash adjustments | $1,330 | 0.70 | $931.00 |
| 5/14/2025 | Craig Keller | Partner | 0525H0057: Call to discuss purchase price allocation with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), E. Acosta (PwC), C. Keller (PwC) | $1,265 | 1.00 | $1,265.00 |
| 5/14/2025 | Elyse Acosta | Senior Manager | 0525H0058: Analyze purchase price allocation and cash adjustments | $1,141 | 2.90 | $3,308.90 |
| 5/14/2025 | Elyse Acosta | Senior Manager | 0525H0059: Call with S. Kelly (PwC), E. Acosta (PwC), B. Trueman (PwC), W. Gaziano (PwC) to discuss purchase price allocation and cash adjustments | $1,141 | 0.70 | $798.70 |
| 5/14/2025 | Elyse Acosta | Senior Manager | 0525H0060: Call to discuss purchase price allocation with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), E. Acosta (PwC), C. Keller (PwC) | $1,141 | 1.00 | $1,141.00 |
| 5/14/2025 | Brian Trueman | Director | 0525H0061: Call with S. Kelly (PwC), E. Acosta (PwC), B. Trueman (PwC), W. Gaziano (PwC) to discuss purchase price allocation and cash adjustments | $1,006 | 0.70 | $704.20 |
| 5/14/2025 | Brian Trueman | Director | 0525H0062: Call to discuss purchase price allocation with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), E. Acosta (PwC), C. Keller (PwC) | $1,006 | 1.00 | $1,006.00 |
| 5/14/2025 | Will Gaziano | Senior Associate | 0525H0063: Call with S. Kelly (PwC), E. Acosta (PwC), B. Trueman (PwC), W. Gaziano (PwC) to discuss purchase price allocation and cash adjustments | $952 | 0.70 | $666.40 |
| 5/14/2025 | Nicole Berkow | Senior Manager | 0525H0064: Call to discuss purchase price allocation with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), E. Acosta (PwC), C. Keller (PwC) | $918 | 1.00 | $918.00 |

In re Big Lots, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 5/14/2025 | Anna Belluardo | Manager | 0525H0065: Call to discuss purchase price allocation with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), E. Acosta (PwC), C. Keller (PwC) | $829 | 1.00 | $829.00 |
| 5/14/2025 | Stella Huang | Senior Associate | 0525H0066: Call to discuss purchase price allocation with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), E. Acosta (PwC), C. Keller (PwC) | $702 | 1.00 | $702.00 |
| 5/14/2025 | Tommy McAvoy | Associate | 0525H0067: Call to discuss purchase price allocation with M. Robey (Big Lots), B. Slayman (Big Lots), M. Burris (Big Lots), K. Payne (Big Lots) and N. Berkow (PwC), B. Trueman (PwC), S. Huang (PwC), T. McEvoy (PwC), A. Belluardo (PwC), E. Acosta (PwC), C. Keller (PwC) | $479 | 1.00 | $479.00 |
| 5/15/2025 | Elyse Acosta | Senior Manager | 0525H0068: Review and respond to PPA cash adjustment emails | $1,141 | 0.90 | $1,026.90 |
| 5/19/2025 | Lesa Shoemaker | Partner | 0525H0069: Big Lots consulting review final ELA with federal team, notes on SALT implications | $1,265 | 0.30 | $379.50 |
| 5/20/2025 | George Manousos | Partner | 0525H0070: Call to discuss deductibility of bankruptcy and other transaction related costs with N. Berkow (PwC), M. Hanzely (PwC), G. Manousos (PwC), A. Oberhausen (PwC) | $1,265 | 0.50 | $632.50 |
| 5/20/2025 | George Manousos | Partner | 0525H0071: Prepare for discussion on next steps for the documentation of the facts regarding the bankruptcy and the finalization of the tax treatment | $1,265 | 0.50 | $632.50 |
| 5/20/2025 | Michelle Hanzely | Principal | 0525H0072: Call to discuss deductibility of bankruptcy and other transaction related costs with N. Berkow (PwC), M. Hanzely (PwC), G. Manousos (PwC), A. Oberhausen (PwC) | $1,265 | 0.50 | $632.50 |
| 5/20/2025 | Michelle Hanzely | Principal | 0525H0073: Creation of the summary of the facts and timeline of events for Big Lots to validate | $1,265 | 1.00 | $1,265.00 |
| 5/20/2025 | Michelle Hanzely | Principal | 0525H0074: Discussion on next steps for the documentation of the facts regarding the bankruptcy and the finalization of the tax treatment | $1,265 | 0.50 | $632.50 |
| 5/20/2025 | Nicole Berkow | Senior Manager | 0525H0075: Call to discuss deductibility of bankruptcy and other transaction related costs with N. Berkow (PwC), M. Hanzely (PwC), G. Manousos (PwC), A. Oberhausen (PwC) | $918 | 0.50 | $459.00 |
| 5/20/2025 | Austin Oberhausen | Manager | 0525H0076: Call to discuss deductibility of bankruptcy and other transaction related costs with N. Berkow (PwC), M. Hanzely (PwC), G. Manousos (PwC), A. Oberhausen (PwC) | $829 | 0.50 | $414.50 |
| *Subtotal - Tax Advisory Services* | | | | | 66.60 | $70,202.50 |
| **Subtotal - Hours and Compensation - Hourly Services** | | | | | **66.60** | **$70,202.50** |

In re Big Lots, Inc., et al., Case No. 24-11967

PwC US Tax LLP

Professional Services by Project, Professional, and Date

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Bankruptcy Compliance Services** | | | | | | |
| *Fee Applications* | | | | | | |
| 4/29/2025 | Chris Lewis | Manager | 0425H1000: Prepare exhibits to PwC's combined fourth monthly and second interim fee application (January-March 2025) | $400 | 2.40 | $960.00 |
| 4/30/2025 | Chris Lewis | Manager | 0425H1001: Draft PwC's combined fourth monthly and second interim fee application (January-March 2025) | $400 | 1.80 | $720.00 |
| 5/7/2025 | Chris Lewis | Manager | 0525H1003: Revise exhibits to PwC's combined fourth monthly and second interim fee application (January-March 2025) based on engagement team comments | $400 | 1.00 | $400.00 |
| 5/9/2025 | Chris Lewis | Manager | 0525H1004: Finalize and coordinate filing of PwC's combined fourth monthly and second interim fee application (January-March 2025) | $400 | 0.80 | $320.00 |
| *Subtotal - Fee Applications* | | | | | 6.00 | *$2,400.00* |
| **Subtotal - Hours and Compensation - Bankruptcy Compliance Services** | | | | | **6.00** | **$2,400.00** |
| | | | | | | |
| **Total - Hours and Compensation Sought - Hourly Services** | | | | | **72.60** | **$72,602.50** |