**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>**September 4, 2025, at 4:00 p.m. (ET)**<br>**Hearing Date:**<br>**September 11, 2025, at 1:00 p.m. (ET)** |

**NOTICE OF FILING OF FEE APPLICATION**

**PLEASE TAKE NOTICE** that today, Morris, Nichols, Arsht & Tunnell LLP (the "Professional") filed the attached *Combined Tenth Monthly Fee Application (for the Period June 1, 2025 Through and Including June 30, 2025) and Third Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors In Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, 2025, Through and Including June 30, 2025* (the "Fee Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* (D.I. 519) (the "Interim Compensation

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Order") and served no later than **September 4, 2025 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") upon on the following parties (the "Fee Notice Parties"):

(i) the Debtors, c/o Big Lots, Inc., 4900 E, Dublin-Granville Road, Columbus, OH 43081, Attn: Ronald A. Robins (rrobins@biglots.com);

(ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY, 10017, Attn: Brian M. Resnick, Esq., Adam L. Shpeen, Esq., Stephen D. Piraino, Esq., and Ethan Stern, Esq. (notice.biglots@davispolk.com);

(iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Robert J. Dehney, Sr., Esq., Andrew R. Remming, Esq., Daniel B. Butz, Esq., and Sophie Rogers Churchill, Esq. (biglots.mnat@morrisnichols.com);

(iv) counsel to the ABL Agent, Choate Hall, & Stewart, LLP, 2 International Place, Boston, MA 02110, Attn: John Ventola (jventola@choate.com), Jonathan Marshall (jmarshall@choate.com) and Jacob Lang (jslang@choate.com);

(v) counsel to the Term Agent, Otterbourg P.C., 230 Park Avenue, New York, NY 10169, Attn: Chad B. Simon (csimon@otterbourg.com), James V. Drew (jdrew@otterbourg.com), and Sarah L. Hautzinger (shautzinger@otterbourg.com);

(vi) counsel to the Official Committee of Unsecured Creditors, (a) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington. Delaware 19801, Attn: Justin R. Alberto (jalberto@coleschotz.com), Stacy L. Newman (snewman@coleschotz.com); (b) McDermott, Will & Emery, LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman (dazman@mwe.com) and Kristin K. Going (kgoing@mwe.com); and

(vii) the U.S. Trustee, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Linda Casey (linda.casey@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Fee Application (the "Hearing") before the Honorable J. Kate Stickles, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom #6, Wilmington, Delaware 19801, will take place on **September 11, 2025, at 1:00 p.m. (ET)**. If the Hearing is to be held by Zoom videoconference, instructions to appear by Zoom will be provided in the agenda prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the court may grant the relief requested in the Fee Application without further notice or hearing.

*[Remainder of the Page Intentionally Left Blank]*

Dated: August 14, 2025
       Wilmington, Delaware

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       /s/ *Sophie Rogers Churchill*
       Robert J. Dehney, Sr. (No. 3578)
       Andrew R. Remming (No. 5120)
       Daniel B. Butz (No. 4227)
       Sophie Rogers Churchill (No. 6905)
       Brianna N. V. Turner (No. 7468)
       1201 N. Market Street, 16th Floor
       Wilmington, DE 19801
       Tel: (302) 658-9200
       rdehney@morrisnichols.com
       aremming@morrisnichols.com
       dbutz@morrisnichols.com
       srchurchill@morrisnichols.com
       bturner@morrisnichols.com

       *-and-*

       DAVIS POLK & WARDWELL LLP

       Brian M. Resnick (admitted *pro hac vice*)
       Adam L. Shpeen (admitted *pro hac vice*)
       Stephen D. Piraino (admitted *pro hac vice*)
       Ethan Stern (admitted *pro hac vice*)
       Kevin L. Winiarski (admitted pro hac vice)
       450 Lexington Avenue
       New York, NY 10017
       Tel.: (212) 450-4000
       brian.resnick@davispolk.com
       adam.shpeen@davispolk.com
       stephen.piraino@davispolk.com
       ethan.stern@davispolk.com
       kevin.winiarski@davispolk.com

       *Counsel to the Debtors and Debtors in Possession*