**EXHIBIT B**
**EXPENSE SUMMARY**

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**June 1, 2025 through June 30, 2025**

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 1,189.80 |
| In-House Printing - black & white | 3,125.10 |
| In-House Printing - color | 43.20 |
| Computer Research - Westlaw | 1,264.08 |
| Photos/Art/Spec Duplicating-Out of Office | 3,484.00 |
| Meals | 372.00 |
| Courier/Delivery Service | 504.26 |
| Transcripts | 625.85 |
| Messenger Service | 30.00 |
| **Grand Total Expenses** | **$10,638.29** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/02/25 | Computer Research - Westlaw | 1.0 | 88.65 |
| 06/02/25 | In-House Printing - black & white | 292.0 | 29.20 |
| 06/02/25 | Pacer | 162.0 | 16.20 |
| 06/03/25 | Pacer | 243.0 | 24.30 |
| 06/03/25 | In-House Printing - black & white | 112.0 | 11.20 |
| 06/04/25 | Pacer | 47.0 | 4.70 |
| 06/04/25 | In-House Printing - black & white | 17.0 | 1.70 |
| 06/04/25 | Messenger Service - Delivery of materials to District Court | 1.0 | 5.00 |
| 06/05/25 | Pacer | 102.0 | 10.20 |
| 06/05/25 | In-House Printing - black & white | 77.0 | 7.70 |
| 06/06/25 | Pacer | 107.0 | 10.70 |
| 06/09/25 | Messenger Service - Delivery of materials to Bankruptcy Court | 1.0 | 5.00 |
| 06/09/25 | Pacer | 1,263.0 | 126.30 |
| 06/09/25 | In-House Printing - color | 16.0 | 12.80 |
| 06/10/25 | Pacer | 312.0 | 31.20 |
| 06/12/25 | Pacer | 168.0 | 16.80 |
| 06/12/25 | In-House Printing - black & white | 42.0 | 4.20 |
| 06/15/25 | Computer Research - Westlaw | 1.0 | 27.36 |
| 06/16/25 | Pacer | 120.0 | 12.00 |
| 06/16/25 | In-House Printing - black & white | 290.0 | 29.00 |
| 06/16/25 | Computer Research - Westlaw | 1.0 | 164.16 |
| 06/17/25 | Computer Research - Westlaw | 1.0 | 27.36 |
| 06/18/25 | In-House Printing - color | 12.0 | 9.60 |
| 06/20/25 | Pacer | 433.0 | 43.30 |
| 06/23/25 | In-House Printing - black & white | 2,524.0 | 252.40 |
| 06/23/25 | Pacer | 168.0 | 16.80 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/23/25 | Photos/Art/Spec Duplicating-Out of Office - Production of appeal brief and appendix hard copies for delivery to District Court | 1.0 | 3,484.00 |
| 06/24/25 | In-House Printing - black & white | 34.0 | 3.40 |
| 06/24/25 | Pacer | 165.0 | 16.50 |
| 06/25/25 | Pacer | 188.0 | 18.80 |
| 06/26/25 | Pacer | 109.0 | 10.90 |
| 06/27/25 | Pacer | 224.0 | 22.40 |
| 06/30/25 | Pacer | 81.0 | 8.10 |
| 06/30/25 | In-House Printing - black & white | 45.0 | 4.50 |
| | **Total** | | **$4,556.43** |