# Exhibit C

**Interim Application Summary**

**Cover Sheet of Fee Application (UST Guidelines Exh. E)**

| **Interim Application Period Summary** | |
|---|---|
| Name of Applicant | Morris, Nichols, Arsht & Tunnell LLP |
| Name of Client | BIG LOTS, INC., *et al.* |
| Time period covered by Interim Application | April 1, 2025 through June 30, 2025 |
| Total compensation sought during Application Period | $568,482.00 |
| Total expenses sought during Application Period | $10,638.29 |
| Petition Date | September 9, 2024 |
| Retention Date | October 22, 2024, *nunc pro tunc* to September 9, 2024 |
| Date of order approving employment | October 22, 2024 |
| Total allowed compensation paid to date | $3,186,599.10 |
| Total allowed expenses paid to date | $124,737.18 |
| Total compensation approved by interim order to date | $2,986,013.50 |
| Total expenses approved by interim order to date | $122,552.97 |
| Blended rate in the Interim Application for all partners | $1,304.11 |
| Blended rate in the Interim Application for all attorneys | $830.13 |
| Blended rate in the Interim Application for all timekeepers | $770.41 |
| Compensation sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed by interim order | $200,585.60 |

| **Interim Application Period Summary** | |
|---|---|
| Expenses sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed by interim order | $2,184.21 |
| Number of professionals included in Interim Application | 16 |
| If applicable, number of professionals in the Interim Application not included in staffing plan approved by client | See Exhibit D |
| If applicable, difference between fees budgeted and compensation sought for the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Interim Application Period | 9 |
| Are any rates higher than those approved or disclosed at retention | On December 16, 2024, the Debtors filed a Notice of Rate Change for Morris, Nichols, Arsht & Tunnell LLP (D.I. 1357) reflecting customary annual rate increases. |