**Exhibit D**

**Staffing Plan Interim Application Period Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across Matters During the Budget Period | Number of Timekeepers Actually Performing Work During the Budget Period | Projected Average Hourly Rate | Actual Average Hourly Rate |
|---|---|---|---|---|
| Partner | 2 | 2 | $1,595 | $1,304.11 |
| Senior Counsel | 1 | 1 | $1,095 | $1,095.00 |
| Special Counsel | 1 | 1 | $1,025 | $1,025.00 |
| Associate | 3 | 5 | $690 | $689.81 |
| Other Professionals | 4 | 7 | $435 | $430.60 |