IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 553** |

## NOTICE OF INCREASE OF THE HOURLY RATES OF PROFESSIONALS

**PLEASE TAKE NOTICE** that Cole Schotz P.C. ("Cole Schotz") is hereby providing notice of the increase of the hourly rate of certain of its professionals. Pursuant to its internal operating procedures, Cole Schotz revisits, and potentially adjusts, the rates of its professionals annually. The following table reflects the hourly rate increases for those certain professionals specified in the *Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Official Committee of Unsecured Creditors Effective as of September 24, 2024* [Docket No. 553] (the "Cole Schotz Retention Application").

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

1

| Professional | 2025 Hourly Rate Ranges | 2026 Hourly Rate Ranges |
| --- | --- | --- |
| Members | $615.00 to $1,575.00 per hour | $670.00 to $1,800.00 per hour |
| Special Counsel | $625.00 to $840.00 per hour | $700.00 to $1,155.00 per hour |
| Associates | $385.00 to $695.00 per hour | $430.00 to $765.00 per hour |
| Paralegals | $315.00 to $460.00 per hour | $330.00 to $485.00 per hour |
| Litigation Support Specialists | $295.00 to $535.00 per hour | $310.00 to $560.00 per hour |

The foregoing rates will go into effect on September 1, 2025.

Dated: August 15, 2025
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Stacy L. Newman (No. 5044)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Tel:   (302) 652-3131
Fax:   (302) 652-3117
Email: jalberto@coleschotz.com
          snewman@coleschotz.com

*-and-*

Sarah A. Carnes, Esq. (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Tel:   (212) 752-8000
Fax:   (212) 752-8393
Email: scarnes@coleschotz.com

*Co-Counsel to the Official Committee of Unsecured Creditors*