**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 3006** |

**CERTIFICATE OF NO OBJECTION REGARDING NINTH MONTHLY
FEE APPLICATION OF COLE SCHOTZ P.C., SPECIAL REAL ESTATE COUNSEL,
EFFICIENCY COUNSEL AND DELAWARE COUNSEL TO THE COMMITTEE, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM JUNE 1, 2025 THROUGH JUNE 30, 2025**
**[NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection, or other responsive pleading to the *Ninth Monthly Fee Application of Cole Schotz P.C.,*

*Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for*

*Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2025*

*through June 30, 2025* [Docket No. 3006] (the "Application") filed on July 25, 2025. Objections

to the Application were to be filed and served no later than August 15, 2025 at 4:00 p.m. (prevailing

Eastern Time). The undersigned further certifies that he has reviewed the Court's docket in these

cases and no answer, objection, or other responsive pleading to the Application appears thereon.

In accordance with the *Order Establishing Procedures for Interim Compensation and*

---

[1]     The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective
employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots
Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores
- PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC
(6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC
(3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots
eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is
4900 E. Dublin-Granville Road, Columbus, OH 43081.

*Reimbursement of Expenses of Retained Professionals* [Docket No. 519], the Debtors are authorized to pay Cole Schotz P.C. 80% of the fees, or $12,624.80, and 100% of the expenses, or $166.60 requested in the Application upon the filing of this certification and without the need for entry of a Court order approving the Application.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 22, 2025
      Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Tel:    (302) 652-3131
Fax:    (302) 652-3117
Email: jalberto@coleschotz.com
      snewman@coleschotz.com
      jdougherty@coleschotz.com

*-and-*

Sarah A. Carnes (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Tel:    (212) 752-8000
Fax:    (212) 752-8393
Email: scarnes@coleschotz.com

*-and-*

**MCDERMOTT WILL & SCHULTE LLP**

Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
Stacy Lutkus (admitted *pro hac vice*)
Natalie Rowles (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Tel:    (212) 547-5400
Fax:    (212) 547-5444
Email: dazman@mwe.com
      kgoing@mwe.com
      salutkus@mwe.com
      nrowles@mwe.com

*Counsel to the Official Committee of*
*Unsecured Creditors*