## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 14, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on the Fee Application Service List attached hereto as **Exhibit A**:

- Third Interim Application of Alixpartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From April 1, 2025 through June 30, 2025 [Docket No. 3078]

- Combined Fifth Monthly and Third Interim Fee Application of PWC Us Tax LLP as Tax Compliance and Tax Advisory Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period From April 1, 2025 Through June 30, 2025 [Docket No. 3086]

- Third Interim Application of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, 2025 through and Including June 30, 2025 [Docket No. 3087]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

- Combined Tenth Monthly Fee Application (for the Period June 1, 2025 through and Including June 30, 2025) and Third Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, 2025, Through and Including June 30, 2025 [Docket No. 3088]

Dated: August 21, 2025

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 21, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Fee Application Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to DIP ABL Agent and Prepetition ABL Agent, and PNC Bank, National Association | Choate, Hall & Stewart LLP | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com |
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz, P.C. | jalberto@coleschotz.com<br>snewman@coleschotz.com |
| Counsel to the Debtor and Debtor in Possession | Davis Polk & Wardwell LLP | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery | dazman@mwe.com<br>kgoing@mwe.com |
| Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com |

In re: Big Lots, Inc., *et al.*
Case No. 24-11967 (JKS)

Exhibit A
Fee Application Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC | Otterbourg, P.C | csimon@otterbourg.com<br>jdrew@otterbourg.com<br>shautzinger@otterbourg.com |