**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Big Lots, Inc., et al., | Case No. 24-11967 (JKS) |
| Debtor(s). | (Jointly Administered) |
| | **Related to Docket No. xxxx** |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

Upon consideration of the foregoing Motion for Relief From Stay, and the Court having jurisdiction over the matters raised in the Stipulation, and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought therein and just cause exists for the relief granted herein; it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Lift Stay Motion is hereby granted.

2. The Debtors are authorized to take any action necessary or appropriate to implement the terms of this Order without further order of the Court.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.

4. This Order is effective immediately upon entry by the Court and is not subject to the fourteen-day stay provided for in Federal Rule of Bankruptcy Procedure 4001(a)(3).

Dated: _____                    _____

2

J. Kate Stickles
United States Bankruptcy Judge

2