**EXHIBIT A**

**BIG LOTS, INC.,** *et al.*

**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Automatic Stay Matters/Litigation | 0.8 | $690.00 |
| Case Administration | 1.7 | $772.50 |
| Cash Collateral and DIP Financing | 0.9 | $374.50 |
| Claims Analysis, Administration and Objections | 0.9 | $782.50 |
| Committee Matters and Creditor Meetings | 1.9 | $1,670.00 |
| Executory Contracts | 0.6 | $332.00 |
| Fee Application Matters/Objections | 15.2 | $7,877.50 |
| Leases (Real Property) | 0.2 | $185.00 |
| Litigation/Gen. (Except Automatic Stay Relief) | 0.3 | $240.00 |
| Preparation For and Attendance at Hearings | 0.3 | $172.50 |
| Reorganization Plan | 0.7 | $622.50 |
| **Total:** | **23.5** | **$13,719.00** |

**BIG LOTS, INC.,** *et al.*

**SUMMARY OF BILLING BY PROFESSIONAL**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Attorney Name | Year Admitted | Position (Department) | Hourly Billing Rate[1] | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) | $925.00 | 4.7 | $4,347.50 |
| Stacy L. Newman | 2007 | Member (Bankruptcy) | $800.00 | 4.4 | $3,520.00 |
| Melissa M. Hartlipp | 2022 | Associate (Bankruptcy) | $430.00 | 1.6 | $688.00 |
| Michael A. Solimani | 2024 | Associate (Bankruptcy) | $405.00 | 7.6 | $3,078.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal | $405.00 | 1.1 | $445.50 |
| Larry S. Morton | N/A | Paralegal | $400.00 | 4.1 | $1,640.00 |
| **Blended Rate:  $583.79** | | | **TOTALS:** | **23.5** | **$13,719.00** |

---

[1] This rate is Cole Schotz P.C.'s regular hourly rate for legal services.  All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2024).

**EXHIBIT B**

**BIG LOTS, INC.,** *et al.*

**EXPENSE SUMMARY**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Fees | PACER | $8.50 |
| Online Research | Westlaw/LexisNexis | $50.90 |
| **TOTAL** | | **$59.40** |

# EXHIBIT C

**BIG LOTS, INC.,** *et al.*

**ITEMIZED TIME RECORDS
JULY 1, 2025 THROUGH JULY 31, 2025**


Case 24-11967-JKS   Doc 3113-2   Filed 08/29/25   Page 5 of 12

Cole Schotz P.C.
500 Delaware Avenue
Suite 600
Wilmington, DE 19801

FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

BIG LOTS, INC.
N/A

| | |
|---|---|
| Invoice Date: | August 4, 2025 |
| Invoice Number: | 1012512 |
| Matter Number: | 68457-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2025

### AUTOMATIC STAY MATTERS/LITIGATION        0.80        690.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/18/25 | SLN | REVIEW DUGAN STAY RELIEF MOTION (.2); | 0.20 | 160.00 |
| 07/18/25 | JRA | REVIEW DUGAN STAY RELIEF MOTION | 0.20 | 185.00 |
| 07/23/25 | SLN | REVIEW NEIGHBORS STAY RELIEF MOTION (.2); | 0.20 | 160.00 |
| 07/23/25 | JRA | REVIEW NEIGHBORS STAY RELIEF REQUEST | 0.20 | 185.00 |

### CASE ADMINISTRATION        1.70        772.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/08/25 | JRA | EMAIL WITH M. HARTLIPP RE BUDGET ISSUES | 0.10 | 92.50 |
| 07/08/25 | LSM | REVIEW AND MONITOR BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 07/10/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 120.00 |
| 07/18/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 07/21/25 | SLN | REVIEW AGENDA FOR 7/24 HEARING (.1); | 0.10 | 80.00 |
| 07/22/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND RESCHEDULED HEARING | 0.30 | 120.00 |
| 07/30/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 80.00 |
| 07/31/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH HEARING DATES | 0.30 | 120.00 |

### CASH COLLATERAL AND DIP FINANCING        0.90        374.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/25 | MMH | CORRESPONDENCE WITH FTI RE: DIP BUDGET REPORTING REQUIREMENTS | 0.10 | 43.00 |
| 07/01/25 | MMH | CORRESPONDENCE WITH CS TEAM RE: DIP REPORTING REQUIREMENTS | 0.10 | 43.00 |
| 07/08/25 | MMH | CORRESPONDENCE WITH FTI RE: DIP REPORTING REQUIREMENTS | 0.10 | 43.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 1012512
Client/Matter No. 68457-0001  August 4, 2025
  Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/08/25 | MMH | CORRESPONDENCE WITH CS TEAM RE: DIP REPORTING REQUIREMENTS | 0.10 | 43.00 |
| 07/15/25 | MAS | EMAILS WITH C. AAS AND CS TEAM RE: DIP REQUIREMENTS | 0.20 | 81.00 |
| 07/22/25 | MAS | EMAILS C. AAS AND CS TEAM RE: DIP REQUIREMENTS | 0.10 | 40.50 |
| 07/29/25 | MAS | EMAILS WITH C. AAS AND CS TEAM RE: DIP REQUIREMENTS | 0.20 | 81.00 |

**CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS**  **0.90**  **782.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/22/25 | SLN | REVIEW DEBTORS OBJECTION TO LIPP POC (.4); | 0.40 | 320.00 |
| 07/23/25 | JRA | REVIEW LIPP CDS CLAIM OBJECTION | 0.50 | 462.50 |

**COMMITTEE MATTERS AND CREDITOR MEETINGS**  **1.90**  **1,670.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/14/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); CORRESPONDENCE WITH UCC (.1); | 0.20 | 160.00 |
| 07/14/25 | JRA | REVIEW AND COMMENT ON DRAFT UCC UPDATE EMAIL (.1); REVIEW MATERIALS RE SAME AND CORRESPOND WITH D. AZMAN RE SAME (.2) | 0.30 | 277.50 |
| 07/15/25 | JRA | REVIEW EMAIL RE COMMITTEE COMPOSITION AND CONTACTS | 0.10 | 92.50 |
| 07/25/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING UCC CALL (.1); | 0.10 | 80.00 |
| 07/25/25 | JRA | EMAILS WITH MWE RE UCC UPDATE CALL | 0.10 | 92.50 |
| 07/28/25 | SLN | CORRESPONDENCE WITH UCC (.1); | 0.10 | 80.00 |
| 07/28/25 | JRA | FURTHER EMAILS WITH MWE AND UCC MEMBERS RE UCC UPDATE CALL | 0.40 | 370.00 |
| 07/30/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING UCC MEETING (.1); | 0.10 | 80.00 |
| 07/30/25 | JRA | FURTHER EMAILS WITH MWE AND UCC MEMBERS RE UCC CALL AND D&O INVESTIGATION | 0.20 | 185.00 |
| 07/31/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS (.1); CORRESPONDENCE WITH UCC (.1); | 0.20 | 160.00 |
| 07/31/25 | JRA | EMAIL WITH N. ROWLES RE UCC UPDATE CALL | 0.10 | 92.50 |

**EXECUTORY CONTRACTS**  **0.60**  **332.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/07/25 | MMH | CORRESPONDENCE WITH S. NEWMAN RE: REJECTION NOTICES | 0.10 | 43.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 1012512
Client/Matter No. 68457-0001  August 4, 2025
Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/07/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING REJECTION NOTICES (.1); | 0.10 | 80.00 |
| 07/08/25 | MMH | REVIEW 54TH REJECTION NOTICE | 0.10 | 43.00 |
| 07/08/25 | MMH | CORRESPONDENCE WITH S. NEWMAN RE: 54TH AND 55TH REJECTION NOTICES | 0.10 | 43.00 |
| 07/08/25 | MMH | REVIEW 55TH REJECTION NOTICE | 0.10 | 43.00 |
| 07/08/25 | SLN | CORRESPONDENCE WITH M. HARTLIPP REGARDING ASSUMPTION/REJECTION NOTICES (.1); | 0.10 | 80.00 |

| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **15.20** | **7,877.50** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 07/01/25 | JRA | FURTHER EMAIL WITH S. NEWMAN RE FEE APP | 0.10 | 92.50 |
| 07/01/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APPLICATIONS (.1); | 0.10 | 80.00 |
| 07/02/25 | SLN | DRAFT RESPONSE TO CHAMBERS REGARDING CS INTERIM FEE APPLICATION (.2); CORRESPONDENCE WITH CS TEAM (.1); | 0.30 | 240.00 |
| 07/03/25 | SLN | CORRESPONDENCE WITH CHAMBERS REGARDING RESPONSE TO FEE APPLICATION QUESTIONS (.1); | 0.10 | 80.00 |
| 07/07/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPS (.1); | 0.10 | 80.00 |
| 07/07/25 | JRA | EMAILS WITH M. HARTLIPP RE FEE APP | 0.10 | 92.50 |
| 07/07/25 | JRA | REVISE FEE APP | 0.10 | 92.50 |
| 07/08/25 | JRA | EMAIL WITH S. NEWMAN RE FEE APP | 0.10 | 92.50 |
| 07/08/25 | SLN | CORRESPONDENCE WITH COURT REGARDING FEE APPLICATIONS (.1); FOLLOW UP CORRESPONDENCE WITH UCC PROFESSIONALS (.1); | 0.20 | 160.00 |
| 07/09/25 | MMH | CORRESPONDENCE WITH CS TEAM RE: LEDES DATA | 0.10 | 43.00 |
| 07/09/25 | MMH | CORRESPONDENCE WITH FTI RE: DRAFT MAY FEE APP | 0.10 | 43.00 |
| 07/09/25 | MMH | CORRESPONDENCE WITH UST RE: LEDES DATA | 0.10 | 43.00 |
| 07/09/25 | MAS | EMAILS WITH S. CHURCHILL RE: INTERIM FEE ORDER (.1); REVIEW AND EDIT DRAFT RE: SAME (.4) | 0.50 | 202.50 |
| 07/09/25 | JRA | EMAIL WITH M. HARTLIPP RE FEE APP | 0.10 | 92.50 |
| 07/10/25 | MMH | FINALIZE AND COORDINATE FILING OF FTI MAY FEE APP | 0.10 | 43.00 |
| 07/10/25 | MMH | REVIEW AND COMMENT ON FTI MAY FEE APP | 0.20 | 86.00 |
| 07/10/25 | MMH | CORRESPONDENCE WITH FTI RE: COMMENTS TO MAY FEE APP | 0.10 | 43.00 |
| 07/10/25 | MMH | DRAFT NOTICE RE: FTI MAY FEE APP | 0.10 | 43.00 |
| 07/10/25 | MAS | FURTHER REVIEW AND EDITS RE: INTERIM FEE ORDER (1.2); EMAILS WITH S. NEWMAN RE: SAME (.1); EMAILS WITH MWE AND FTI TEAMS RE: SAME (.2) | 1.50 | 607.50 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 1012512 |
| | Client/Matter No. 68457-0001 | | | August 4, 2025 |
| | | | | Page 4 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 07/10/25 | JRA | EMAILS WITH M. SOLIMANI RE FEE ORDER | 0.10 | 92.50 |
| 07/10/25 | LSM | REVIEW, FILE AND ORGANIZE SERVICE OF FTI EIGHTH MONTHLY FEE APPLICATION | 0.40 | 160.00 |
| 07/10/25 | LSM | REVIEW, FINALIZE AND FORWARD TO M. HARTLIPP FTI EIGHTH MONTHLY FEE APPLICATION | 0.40 | 160.00 |
| 07/10/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING SECOND INTERIM FEE ORDER (.2); CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING SECOND INTERIM FEE ORDER AND FEE APPS (.2); | 0.40 | 320.00 |
| 07/11/25 | MAS | REVIEW AND PREPARE FURTHER EMAILS FROM AND TO S. NEWMAN RE: INTERIM FEE ORDER | 0.30 | 121.50 |
| 07/11/25 | JRA | EMAILS WITH CS AND MWE RE FEE APPS | 0.20 | 185.00 |
| 07/11/25 | SLN | REVIEW REVISED INTERIM FEE ORDER AND COMMENTS THERETO (.2); CORRESPONDENCE WITH M. SOLIMANI (.1); CORRESPONDENCE WITH CHAMBERS (.1); | 0.40 | 320.00 |
| 07/12/25 | MAS | EMAILS WITH C. SAWYER RE: INTERIM FEE ORDER | 0.10 | 40.50 |
| 07/12/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APPS (.1); CORRESPONDENCE WITH DEBTORS REGARDING PROPOSED INTERIM FEE ORDER (.1); | 0.20 | 160.00 |
| 07/18/25 | MAS | DRAFT FEE APPLICATION RE: JUNE FEES AND EXPENSES | 1.40 | 567.00 |
| 07/18/25 | MAS | EMAILS WITH N. ROWLES RE: MWE JUNE FEE APP CNO (.1); EMAILS WITH L. MORTON RE: SAME (.1); REVIEW L. MORTON DRAFT RE: SAME (.2) | 0.40 | 162.00 |
| 07/18/25 | JRA | EMAIL WITH CS TEAM RE FEE APP | 0.10 | 92.50 |
| 07/18/25 | LSM | DRAFT CNO REGARDING EIGHTH MONTHLY FEE APPLICATION FOR MWE AND FORWARD SAME TO CS TEAM | 0.30 | 120.00 |
| 07/21/25 | JRA | EMAILS WITH LM RE FEE APP | 0.10 | 92.50 |
| 07/21/25 | LSM | REVIEW AND FILE CNO REGARDING EIGHTH MONTHLY FEE APPLICATION FOR MWE | 0.20 | 80.00 |
| 07/22/25 | JRA | EMAIL WITH LM RE FEE APP | 0.10 | 92.50 |
| 07/23/25 | MAS | EMAILS WITH S. NEWMAN RE: JUNE FEE APP | 0.10 | 40.50 |
| 07/23/25 | MAS | REVIEW OF L. MORTON DRAFT RE: CNO FOR CS MAY FEE APP (.1); EMAILS WITH L. MORTON RE: SAME (.1); EMAILS WITH ALIX AND DPW TEAMS RE: SAME (.1) | 0.30 | 121.50 |
| 07/23/25 | MAS | EMAILS WITH J. ALBERTO RE: SECOND INTERIM FEE HOLDBACK (.2); EMAILS WITH ALIX AND DPW TEAMS RE: SAME (.1) | 0.30 | 121.50 |
| 07/23/25 | LSM | REVIEW, FILE AND CIRCULATE TO M. SOLIMANI THE CNO REGARDING EIGHTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.30 | 120.00 |
| 07/23/25 | SLN | REVIEW OF AND REVISIONS TO CS MONTHLY FEE APP (.2); | 0.20 | 160.00 |
| 07/24/25 | MAS | EMAILS WITH N. ROWLES RE: MWE JUNE FEE APP | 0.10 | 40.50 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number  1012512 |
| | Client/Matter No. 68457-0001 | | | August 4, 2025 |
| | | | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/25/25 | MAS | EDITS RE: JUNE CS FEE APP (.1); EMAILS WITH S. NEWMAN RE: SAME (.1); EMAILS WITH L. MORTON AND P. RATKOWIAK RE: SAME (.2); BRIEF REVIEW BEFORE FILING RE: SAME (.2) | 0.60 | 243.00 |
| 07/25/25 | PVR | EFILE AND COORDINATE SERVICE OF MWE NINTH (JUNE) FEE APPLICATION | 0.30 | 121.50 |
| 07/25/25 | PVR | UPDATE CASE CALENDAR RE: OBJECTION DEADLINE FOR NINTH (JUNE) FEE APPLICATIONS FOR COLE SCHOTZ AND FOR MWE | 0.10 | 40.50 |
| 07/25/25 | PVR | EMAIL FROM AND TO M. SOLIMANI AND REVIEW, REVISE AND PREPARE COLE SCHOTZ NINTH (JUNE) FEE APPLICATION, NOTICE OF FEE APPLICATION AND EXHIBITS A - C FOR FILING | 0.20 | 81.00 |
| 07/25/25 | PVR | EMAIL FROM AND TO M. SOLIMANI AND REVIEW, REVISE AND PREPARE MWE NINTH (JUNE) FEE APPLICATION, NOTICE OF FEE APPLICATION AND EXHIBIT A – TIME DETAIL FOR FILING | 0.20 | 81.00 |
| 07/25/25 | PVR | EFILE AND COORDINATE SERVICE OF COLE SCHOTZ NINTH (JUNE) FEE APPLICATION | 0.30 | 121.50 |
| 07/28/25 | MAS | REVIEW EMAILS FROM AND PREPARE EMAILS TO S. NEWMAN AND J. ALBERTO RE: SECOND INTERIM FEES AND OUTSTANDING FEE APPS | 0.30 | 121.50 |
| 07/28/25 | JRA | EMAILS WITH M. SOLIMANI RE FEE APPS | 0.40 | 370.00 |
| 07/29/25 | MAS | FOLLOW UP EMAIL WITH ALIX AND DPW TEAMS RE: MAY FEE APPLICATION CNO | 0.10 | 40.50 |
| 07/30/25 | MAS | REVIEW AND MAKE COMMENTS RE: FTI DRAFT JUNE FEE APP (.3); EMAILS WITH C. AAS RE: SAME (.1) | 0.40 | 162.00 |
| 07/30/25 | JRA | CORRESPOND WITH CS TEAM RE FEE APPS | 0.20 | 185.00 |
| 07/31/25 | MAS | DRAFT CNO RE: FTI MAY FEE APP (.2); EMAILS WITH M. HYLAND RE: SAME (.1) | 0.30 | 121.50 |
| 07/31/25 | MAS | FURTHER EMAILS WITH C. AAS RE: FTI JUNE FEE APP (.1); FINAL REVIEW RE: SAME (.2); EMAILS WITH L. MORTON RE: SAME (.1) | 0.40 | 162.00 |
| 07/31/25 | LSM | REVIEW, FILE AND ORGANIZE ELECTRONIC SERVICE OF NINTH MONTHLY FEE APPLICATION OF FTI CONSULTING | 0.40 | 160.00 |
| 07/31/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPS (.1); | 0.10 | 80.00 |
| 07/31/25 | LSM | REVISE AND FORWARD TO M. SOLIMANI THE NINTH MONTHLY FEE APPLICATION OF FTI CONSULTING | 0.40 | 160.00 |

| | | | | |
|---|---|---|---|---|
| **LEASES (REAL PROPERTY)** | | | **0.20** | **185.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/13/25 | JRA | REVIEW 54TH AND 55TH REJECTION NOTICES | 0.20 | 185.00 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number  1012512
      Client/Matter No. 68457-0001  August 4, 2025
      Page 6

| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | 0.30 | 240.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 07/09/25 | SLN | REVIEW D&O RESPONSE TO DEMAND LETTER (.1); | 0.10 | 80.00 |
| 07/15/25 | SLN | CORRESPONDENCE WITH D&O REGARDING SETTLEMENT (.1); | 0.10 | 80.00 |
| 07/25/25 | SLN | REVIEW D&O RESPONSE TO UCC DEMAND LETTER (.1); | 0.10 | 80.00 |

| **PREPARATION FOR AND ATTENDANCE AT HEARINGS** | | | 0.30 | 172.50 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 07/22/25 | LSM | COMPILE, REVIEW AND CIRCULATE AGENDA FOR JULY 24, 2025 HEARING TO CS TEAM | 0.20 | 80.00 |
| 07/23/25 | JRA | REVIEW AGENDA ADJOURNING HEARING | 0.10 | 92.50 |

| **REORGANIZATION PLAN** | | | 0.70 | 622.50 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 07/02/25 | SLN | REVIEW MOTION TO EXTEND EXCLUSIVITY (.2); | 0.20 | 160.00 |
| 07/02/25 | JRA | REVIEW EXCLUSIVITY EXTENSION MOTION | 0.20 | 185.00 |
| 07/12/25 | JRA | REVIEW THIRD EXCLUSIVITY MOTION | 0.30 | 277.50 |

|  |  | TOTAL HOURS | 23.50 |  |
|---|---|---|---|---|

PROFESSIONAL SERVICES:                                                                                          $13,719.00

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Justin R. Alberto | Member | 4.70 | 925.00 | 4,347.50 |
| Larry S. Morton | Paralegal | 4.10 | 400.00 | 1,640.00 |
| Melissa M. Hartlipp | Associate | 1.60 | 430.00 | 688.00 |
| Michael A. Solimani | Associate | 7.60 | 405.00 | 3,078.00 |
| Pauline Z. Ratkowiak | Paralegal | 1.10 | 405.00 | 445.50 |
| Stacy L. Newman | Member | 4.40 | 800.00 | 3,520.00 |
|  | **Total** | **23.50** |  | **$13,719.00** |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 1012512 |
|---|---|---|
| | Client/Matter No. 68457-0001 | August 4, 2025 |
| | | Page 7 |

## COST DETAIL

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 03/12/25 | COURT FEES | 3.00 | 0.30 |
| 04/08/25 | ONLINE RESEARCH | 1.00 | 50.90 |
| 06/12/25 | COURT FEES | 30.00 | 3.00 |
| 06/24/25 | COURT FEES | 3.00 | 0.30 |
| 06/24/25 | COURT FEES | 3.00 | 0.30 |
| 06/24/25 | COURT FEES | 3.00 | 0.30 |
| 06/24/25 | COURT FEES | 3.00 | 0.30 |
| 06/24/25 | COURT FEES | 4.00 | 0.40 |
| 06/30/25 | COURT FEES | 3.00 | 0.30 |
| 06/30/25 | COURT FEES | 17.00 | 1.70 |
| 06/30/25 | COURT FEES | 13.00 | 1.30 |
| 06/30/25 | COURT FEES | 3.00 | 0.30 |

**Total** **$59.40**

TOTAL SERVICES AND COSTS:    $    13,778.40

## TASK SUMMARY

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| DM03 | AUTOMATIC STAY MATTERS/LITIGATION | 0.80 | 690.00 |
| DM05 | CASE ADMINISTRATION | 1.70 | 772.50 |
| DM06 | CASH COLLATERAL AND DIP FINANCING | 0.90 | 374.50 |
| DM07 | CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS | 0.90 | 782.50 |
| DM08 | COMMITTEE MATTERS AND CREDITOR MEETINGS | 1.90 | 1,670.00 |
| DM13 | EXECUTORY CONTRACTS | 0.60 | 332.00 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 15.20 | 7,877.50 |
| DM20 | LEASES (REAL PROPERTY) | 0.20 | 185.00 |
| DM21 | LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF) | 0.30 | 240.00 |

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number  1012512 |
| | Client/Matter No. 68457-0001 | | August 4, 2025 |
| | | | Page 8 |

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| DM24 | PREPARATION FOR AND ATTENDANCE AT HEARINGS | 0.30 | 172.50 |
| DM27 | REORGANIZATION PLAN | 0.70 | 622.50 |
| | **Total** | **23.50** | **$13,719.00** |