## EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**
**BIG LOTS, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**July 1, 2025 through July 31, 2025**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions | 12.3 | $18,034.00 |
| Business Operations | 0.6 | $753.00 |
| Claims / Creditor Outreach | 32.6 | $46,207.00 |
| Contracts / Leases | 1.3 | $1,536.50 |
| Corporate Governance / Board Matters / Communications | 0.4 | $502.00 |
| General Case Administration | 6.6 | $12,720.50 |
| Litigation | 20.6 | $37,509.00 |
| Plan / Disclosure Statement / Confirmation | 0.2 | $408.00 |
| Retention DPW: Preparation of Fee Applications, Budgeting | 17.0 | $16,847.00 |
| **TOTAL** | **91.6** | **$134,517.00[1]** |

---

[1] This amount reflects a voluntary reduction in fees in the amount of $2,092.00.

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| **BC02 Asset Dispositions** | | | |
| Piraino, Stephen D. | 07/01/25 | 0.7 | Review asset purchase agreement and sale order regarding tax refunds (0.4); emails with E. Stern regarding same (0.3). |
| Brock, Matthew R. | 07/09/25 | 0.7 | Emails with Big Lots, J. McClammy, S. Piraino, J. Bi, others regarding name change. |
| Graves, Will | 07/09/25 | 0.3 | Conduct entity name search in Ohio for J. Bi. |
| Mazero, Gabrielle | 07/09/25 | 0.2 | Advise on name change based on name change covenant in the asset purchase agreement. |
| Piraino, Stephen D. | 07/09/25 | 0.5 | Calls, emails with Davis Polk team regarding name change. |
| Bi, Jonathan | 07/10/25 | 0.3 | Attention to coordinating name changes workstream with Cozen O'Connor. |
| Brock, Matthew R. | 07/10/25 | 0.4 | Emails with J. Bi and Davis Polk team regarding name change. |
| Piraino, Stephen D. | 07/10/25 | 0.4 | Emails with Davis Polk team regarding name change. |
| Bi, Jonathan | 07/11/25 | 2.8 | Attention to drafting documents related to parent company name change (2.1); discuss name change workstream with C. Hood (0.5); emails with K. Winiarski on Big Lots share delisting (0.2). |
| Brock, Matthew R. | 07/11/25 | 0.4 | Emails with Big Lots, J. Bi and Davis Polk team regarding name change. |
| Graves, Will | 07/11/25 | 0.8 | Correspondence with J. Bi regarding Ohio amendment, file history. |
| Bi, Jonathan | 07/13/25 | 0.1 | Emails with K. Winiarski on name changes workstream. |
| Winiarski, Kevin L. | 07/13/25 | 1.7 | Draft and revise motion to change name and case caption (1.5); email same to S. Piraino (0.2). |
| Bi, Jonathan | 07/14/25 | 0.5 | Attention to discuss name changes workstream with IP team, R. Robbins. |
| Brock, Matthew R. | 07/14/25 | 0.2 | Emails with Davis Polk team regarding name change. |
| Mazero, Gabrielle | 07/14/25 | 0.8 | Advise on name change based on name change covenant in the asset purchase agreement. |
| Piraino, Stephen D. | 07/14/25 | 0.4 | Correspondence with Davis Polk team regarding name change. |
| Bi, Jonathan | 07/23/25 | 0.2 | Attention to emails with Cozen on name changes workstream. |
| Bi, Jonathan | 07/28/25 | 0.2 | Attention to name changes workstream (0.1); emails with K. Winiarski regarding same (0.1). |
| Piraino, Stephen D. | 07/28/25 | 0.4 | Emails with K. Winiarski regarding bill of sale (0.2); review bill of sale (0.2). |
| Bi, Jonathan | 07/31/25 | 0.3 | Attention to emails with Cozen on name changes workstream. |
| **Total BC02 Asset Dispositions** | | **12.3** | |
| **BC03 Business Operations** | | | |
| Winiarski, Kevin L. | 07/24/25 | 0.6 | Call with Big Lots, Davis Polk, and AlixPartners team regarding go-forward budget and case timing. |
| **Total BC03 Business Operations** | | **0.6** | |
| **BC04 Claims; Creditor Outreach** | | | |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Piraino, Stephen D. | 07/01/25 | 1.4 | Calls with Morris Nichols team regarding admin claim dispute (0.4); review and analyze admin claim matter (0.4); calls, emails with AlixPartners regarding same (0.3); calls, emails with counsel to admin claimant (0.3). |
| Stern, Ethan | 07/01/25 | 0.3 | Emails with claimholders regarding administrative expense claims. |
| Piraino, Stephen D. | 07/02/25 | 1.0 | Calls and emails with Phillips Lytle regarding admin expense order (0.5); calls, emails with AlixPartners, Big Lots regarding same (0.5). |
| Stern, Ethan | 07/02/25 | 1.2 | Correspondences with claim holders regarding claims. |
| Piraino, Stephen D. | 07/03/25 | 1.3 | Calls, emails with E. Stern regarding claimant inquiry; review admin claim amended order (0.2); emails with counsel to claimant (0.2); calls with Morris Nichols regarding same (0.2); emails with Big Lots team regarding admin claim. |
| Stern, Ethan | 07/03/25 | 0.8 | Emails with holders regarding administrative expense claims. |
| Winiarski, Kevin L. | 07/07/25 | 2.0 | Extensive emails and calls with counsel to administrative claimants regarding claims reconciliation process (1.0); emails regarding same (0.3); update internal tracker regarding same (0.3); review filed motions to compel in connection with same (0.4). |
| Goldberger, Jacob | 07/09/25 | 0.3 | Call with J. Vantine regarding mechanics liens (0.2); call with S. Piraino regarding same (0.1). |
| Stern, Ethan | 07/09/25 | 0.1 | Emails regarding administrative expense claims. |
| Goldberger, Jacob | 07/11/25 | 0.7 | Correspondence with creditors regarding claim reconciliation process. |
| Goldberger, Jacob | 07/14/25 | 0.2 | Correspondence with C. Miller regarding motion to compel (0.1); review correspondence from claimants regarding outstanding reconciliation (0.1). |
| Winiarski, Kevin L. | 07/14/25 | 2.5 | Review correspondence from admin creditors regarding claims reconciliation (1.2); respond to same, including calls with counsel to same (1.3). |
| Piraino, Stephen D. | 07/15/25 | 0.5 | Conference and emails with K. Winiarski regarding Lipp CDS objection. |
| Winiarski, Kevin L. | 07/15/25 | 1.7 | Review correspondence from admin creditors regarding claims reconciliation (0.7); respond to same, including calls with counsel to same (1.0). |
| Goldberger, Jacob | 07/16/25 | 0.2 | Correspondence with holders regarding admin claim payment status. |
| Winiarski, Kevin L. | 07/16/25 | 3.7 | Draft objection to Lipp CDS claim (3.0); emails with S. Piraino and Morris Nichols team in connection with same (0.3); conduct caselaw research in connection with same (0.4). |
| Winiarski, Kevin L. | 07/17/25 | 1.5 | Review correspondence from admin creditors regarding claims reconciliation (0.7); respond to same, including calls with counsel to same (0.8). |
| Winiarski, Kevin L. | 07/18/25 | 2.0 | Review correspondence from admin creditors regarding claims reconciliation (0.7); respond to same, including calls with counsel to same (0.8); emails with AlixPartners regarding same (0.5). |
| Goldberger, Jacob | 07/19/25 | 0.1 | Correspondence with Big Lots regarding admin claim reconciliation. |
| Goldberger, Jacob | 07/22/25 | 0.1 | Correspondence with S. Piraino regarding claim reconciliation. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Piraino, Stephen D. | 07/22/25 | 0.7 | Review and edit claim objection (0.4); emails with Davis Polk team, Big Lots regarding same (0.3). |
| Goldberger, Jacob | 07/23/25 | 0.2 | Correspondence regarding administrative claim status. |
| Goldberger, Jacob | 07/24/25 | 0.1 | Correspondence with S. Piraino regarding admin claim status. |
| Goldberger, Jacob | 07/25/25 | 0.2 | Correspondence with R. Steere regarding admin claim classification. |
| Winiarski, Kevin L. | 07/25/25 | 1.7 | Extensive emails and calls with counsel to administrative claimants regarding claims reconciliation process (1.2); emails with AlixPartners team regarding same (0.2); update internal tracker regarding same (0.3). |
| Goldberger, Jacob | 07/28/25 | 0.2 | Correspondence with Big Lots team and counterparty counsel regarding admin claim reconciliation. |
| Winiarski, Kevin L. | 07/28/25 | 3.4 | Extensive emails and calls with counsel to administrative claimants regarding claims reconciliation process (2.2); emails with AlixPartners team regarding same (0.2); emails with Davis Polk and AlixPartners teams regarding next round of admin claim payments (1.0). |
| Goldberger, Jacob | 07/29/25 | 0.1 | Review correspondence with Big Lots regarding claims reconciliation. |
| Goldberger, Jacob | 07/30/25 | 0.3 | Call with I. Gold regarding admin claims. |
| Piraino, Stephen D. | 07/30/25 | 0.3 | Emails with AlixPartners team regarding admin claims matters. |
| Goldberger, Jacob | 07/31/25 | 0.1 | Correspondence with Big Lots, AlixPartners and counterparties regarding administrative claim reconciliation. |
| Winiarski, Kevin L. | 07/31/25 | 3.7 | Emails with AlixPartners team regarding second round of payments (0.7); emails with claimants regarding same (1.0); prepare draft cover notice for same (1.5); emails with AlixPartners and Morris Nichols teams regarding same (0.3); finalize same for filing (0.2). |
| **Total BC04 Claims; Creditor Outreach** | | **32.6** | |
| **BC05 Contracts/Leases** | | | |
| Goldberger, Jacob | 07/02/25 | 0.2 | Call with B. Best regarding February rent dispute. |
| Prater, Rachel | 07/07/25 | 0.5 | Draft Rejection Notices for K. Winiarski (0.2); correspondence with K. Winiarski regarding same (0.2); remit same to Morris Nichols for review (0.1). |
| Winiarski, Kevin L. | 07/07/25 | 0.6 | Prepare notices of rejection for latest round of rejected contracts (0.4); emails with R. Prater and J. Clarrey regarding same (0.2). |
| **Total BC05 Contracts/Leases** | | **1.3** | |
| **BC06 Corporate Governance; Board Matters; Communications** | | | |
| Winiarski, Kevin L. | 07/07/25 | 0.4 | Prepare summary of outstanding workstreams ahead of call with R. Robins and J. Ramsden (0.3); email same to S. Piraino (0.1). |
| **Total BC06 Corporate Governance; Board Matters; Communications** | | **0.4** | |
| **BC10 General Case Administration** | | | |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Sattaur, Rebecca | 07/02/25 | 0.2 | Emails with Davis Polk team regarding August omnibus hearing. |
| Brock, Matthew R. | 07/07/25 | 0.3 | Call with A. Shpeen, S. Piraino and Davis Polk team regarding case status. |
| Piraino, Stephen D. | 07/07/25 | 1.1 | Prepare for call with Davis Polk team regarding timeline (0.4); call with Davis Polk team regarding case timeline (0.4); review draft case timeline (0.3). |
| Resnick, Brian M. | 07/07/25 | 0.3 | Call with Davis Polk team regarding various workstreams. |
| Shpeen, Adam L. | 07/07/25 | 0.4 | Call with S. Piraino and team regarding status and next steps with respect to case generally. |
| Stern, Ethan | 07/07/25 | 0.4 | Join call with Davis Polk team to discuss case status. |
| Piraino, Stephen D. | 07/08/25 | 0.9 | Prepare for call with Big Lots regarding case timeline (0.4); call with Davis Polk, Big Lots, and AlixPartners teams regarding case timeline (0.5). |
| Resnick, Brian M. | 07/08/25 | 0.5 | Call with clients regarding status of various workstreams. |
| Shpeen, Adam L. | 07/08/25 | 0.5 | Call with R. Robins and others regarding case status and timing. |
| Stern, Ethan | 07/08/25 | 0.5 | Join status update call with clients. |
| Winiarski, Kevin L. | 07/08/25 | 1.3 | Call with R. Robins and Davis Polk team regarding workstreams (0.5); emails with S. Piraino regarding same (0.3); review and revise tracker regarding same (0.5). |
| Prater, Rachel | 07/31/25 | 0.2 | Correspondence with K. Winiarski regarding logistics for September omnibus hearing. |
| **Total BC10 General Case Administration** | | **6.6** | |
| | | | |
| **BC12 Litigation** | | | |
| Brock, Matthew R. | 07/01/25 | 0.3 | Emails with movant regarding automatic stay (0.1); call with Katten regarding insurance policy (0.1); emails with J. McClammy, A. Shpeen, others regarding same (0.1). |
| Resnick, Brian M. | 07/01/25 | 0.1 | Emails with Davis Polk litigation team regarding settlement issues. |
| Brock, Matthew R. | 07/02/25 | 0.2 | Call with movant regarding automatic stay. |
| Piraino, Stephen D. | 07/02/25 | 0.5 | Review revised GBRP stipulation (0.4); emails with Davis Polk team regarding same (0.1). |
| Brock, Matthew R. | 07/07/25 | 0.1 | Emails with J. McClammy regarding appeal. |
| McClammy, James I. | 07/07/25 | 0.7 | Teleconference with Davis Polk team regarding potential settlement resolution, next steps. |
| Winiarski, Kevin L. | 07/07/25 | 0.9 | Review and revise stipulation regarding GBRP motion (0.5); emails with K. Percy and S. Piraino regarding same (0.2); emails with A. Shpeen regarding same (0.2). |
| Brock, Matthew R. | 07/08/25 | 0.7 | Emails with J. McClammy, Morris Nichols regarding appeal (0.2); emails with AlixPartners regarding discovery request (0.1); call with Big Lots regarding next steps (0.4). |
| McClammy, James I. | 07/08/25 | 0.6 | Teleconference with Davis Polk team, Big Lots regarding potential resolution, next steps. |
| Piraino, Stephen D. | 07/08/25 | 0.7 | Review revised GBRP stipulation (0.3); calls and emails with K. Winiarski regarding same (0.4). |
| Piraino, Stephen D. | 07/09/25 | 0.5 | Emails and calls with K. Winiarski regarding GBRP stipulation. |

4

| Time Detail By Project ||||
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Brock, Matthew R. | 07/10/25 | 0.4 | Revise request for oral argument (0.2); emails with J. McClammy, Gordon Brothers, others regarding same (0.2). |
| Brock, Matthew R. | 07/11/25 | 1.3 | Review, analyze appeal reply brief (0.7); emails with Big Lots, J. McClammy, Morris Nichols, others regarding oral argument (0.2); call regarding insurance coverage (0.1); emails with J. McClammy regarding same (0.3). |
| Piraino, Stephen D. | 07/11/25 | 0.7 | Review appellant reply brief. |
| Goldberger, Jacob | 07/13/25 | 0.1 | Correspondence with M. Brock regarding litigation. |
| Brock, Matthew R. | 07/14/25 | 1.0 | Emails with Katten regarding long term plan (0.6); emails with J. McClammy regarding automatic stay (0.2); emails with J. McClammy regarding discovery request (0.2). |
| Brock, Matthew R. | 07/15/25 | 0.9 | Call with J. McClammy regarding case status (0.2); emails regarding automatic stay (0.2); emails with J. McClammy, S. Piraino, J. Goldberger regarding discovery requests (0.5). |
| Brock, Matthew R. | 07/16/25 | 0.4 | Emails with J. McClammy and S. Piraino regarding automatic stay. |
| Goldberger, Jacob | 07/17/25 | 0.2 | Correspondence with counterparties and S. Piraino regarding insurance claims. |
| Brock, Matthew R. | 07/18/25 | 0.1 | Emails with J. McClammy regarding automatic stay. |
| Brock, Matthew R. | 07/21/25 | 1.4 | Call regarding insurance issues (0.5); prepare for same (0.2); emails with J. McClammy, movants, others regarding stay (0.5); call with movant regarding stay (0.2). |
| Piraino, Stephen D. | 07/21/25 | 0.8 | Prepare for call with insurers regarding settlement. |
| Brock, Matthew R. | 07/22/25 | 0.7 | Emails with Big Lots, J. McClammy, others regarding automatic stay (0.4); draft letter to insurer regarding same (0.3). |
| Brock, Matthew R. | 07/23/25 | 1.3 | Revise stipulations regarding automatic stay (0.5); emails with Big Lots, movants, others regarding same (0.5); emails with Big Lots, Starr regarding insurance issues (0.3). |
| Brock, Matthew R. | 07/24/25 | 0.5 | Call with movant regarding automatic stay (0.2); emails with movants regarding same (0.2); emails with Morris Nichols regarding automatic stay (0.1). |
| Resnick, Brian M. | 07/25/25 | 0.1 | Review letter from counsel to Creditors Committee counsel. |
| Brock, Matthew R. | 07/28/25 | 0.2 | Emails with K. Winiarski regarding insurance issues (0.1); emails with J. Goldberger regarding document request (0.1). |
| Brock, Matthew R. | 07/29/25 | 0.8 | Emails with J. McClammy, S. Piraino, movants, others regarding automatic stay (0.4); draft stipulation for same (0.2); emails with J. McClammy, J. Goldberger regarding discovery requests (0.2). |
| Piraino, Stephen D. | 07/29/25 | 0.5 | Emails with Davis Polk team regarding lift stays. |
| Brock, Matthew R. | 07/30/25 | 1.5 | Emails with J. McClammy, Big Lots, movants, others regarding automatic stay (0.7); revise stipulations for same (0.5); emails with Creditors Committee regarding insurance issues (0.3). |
| Piraino, Stephen D. | 07/30/25 | 0.4 | Emails with M. Brock regarding insurance matters. |
| Brock, Matthew R. | 07/31/25 | 0.3 | Emails regarding automatic stay (0.1); call with Creditors Committee regarding same (0.3). |

| **Time Detail By Project** | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Winiarski, Kevin L. | 07/31/25 | 1.7 | Review and revise draft GBRP stipulation (1.0); emails with R. Robins, J. Ramsden, and K. Percy regarding same (0.3); emails with McDermott Will regarding same (0.2); transmit same to S. Fox (0.2). |
| **Total BC12 Litigation** | | **20.6** | |
| **BC13 Plan; Disclosure Statement; Confirmation** | | | |
| Piraino, Stephen D. | 07/01/25 | 0.2 | Correspondence with Morris Nichols regarding exclusivity extension. |
| **Total BC13 Plan; Disclosure Statement; Confirmation** | | **0.2** | |
| **BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | | |
| Menkes, Madeleine | 07/01/25 | 3.3 | Edit June invoice (3.0); correspondence with V. Cahill regarding same (0.3). |
| Prater, Rachel | 07/01/25 | 0.7 | Revise May invoices (0.4); email with various timekeepers to correct time breakdowns (0.3). |
| Sattaur, Rebecca | 07/01/25 | 0.5 | Review and revise May billing detail for privilege and confidentiality. |
| Prater, Rachel | 07/02/25 | 1.5 | Revise May invoices with time breakdowns received from various timekeepers (0.4); remit partial May invoices for comment incorporation (0.1); correspond with edits team regarding corrections to May invoices (0.3); revise May invoices (0.7). |
| Prater, Rachel | 07/03/25 | 0.2 | Revise May invoices for privilege and confidentiality. |
| Menkes, Madeleine | 07/07/25 | 0.1 | Correspond with Davis Polk team regarding time input. |
| Prater, Rachel | 07/07/25 | 0.4 | Revise and review May invoices (0.3); correspondence with D. Shirely and edits team (0.1). |
| Resnick, Brian M. | 07/07/25 | 0.3 | Review proposed responses to comments to Davis Polk fee application (0.2); emails with Davis Polk team regarding same (0.1). |
| Winiarski, Kevin L. | 07/07/25 | 1.0 | Review and revise May invoice for privilege and confidentiality. |
| Menkes, Madeleine | 07/08/25 | 0.2 | Correspond with Davis Polk team regarding sale order billing requirement. |
| Prater, Rachel | 07/08/25 | 0.3 | Review of K. Winiarski comments on May invoices (0.2); coordinate with R. Sattaur regarding same (0.1). |
| Sattaur, Rebecca | 07/08/25 | 0.9 | Review and revise May billing detail for privilege and confidentiality (0.7); correspond with Davis Polk team regarding same (0.2). |
| Prater, Rachel | 07/09/25 | 0.4 | Revise May invoices with A. Shpeen comments (0.1); remit same for incorporation (0.1); correspondence with K. Winiarski regarding same (0.2). |
| Resnick, Brian M. | 07/09/25 | 0.2 | Review Davis Polk May fee statement. |
| Winiarski, Kevin L. | 07/09/25 | 0.6 | Finalize May fee statement for filing (0.4); emails with A. Shpeen regarding same (0.1); email same to Morris Nichols (0.1). |
| Menkes, Madeleine | 07/15/25 | 0.2 | Request Big Lots invoice from billing team (0.1); correspondence with K. Winiarski regarding same (0.1) |
| Prater, Rachel | 07/21/25 | 1.5 | Email with D. Shirley regarding June invoices (0.1); review and revise June invoices (1.3). |

6

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Menkes, Madeleine | 07/22/25 | 0.1 | Correspondence with K. Winiarski regarding Big Lots June invoice. |
| Prater, Rachel | 07/22/25 | 0.9 | Revise June invoices for privilege and confidentiality. |
| Prater, Rachel | 07/25/25 | 0.5 | Revise June invoices for privilege and confidentiality (0.4); correspondence with various timekeepers regarding corrections (0.1). |
| Sattaur, Rebecca | 07/25/25 | 1.5 | Review June billing detail for privilege and confidentiality (1.3); correspondence with Davis Polk team regarding same (0.2). |
| Menkes, Madeleine | 07/28/25 | 0.3 | Correspond with Big Lots timekeepers regarding time input. |
| Prater, Rachel | 07/29/25 | 0.5 | Revise June invoices for privilege and confidentiality (0.2); coordinate same with D. Shirley, R. Sattaur (0.2). |
| Sattaur, Rebecca | 07/29/25 | 0.4 | Review and revise June billing detail for privilege and confidentiality (0.2); correspondence with Davis Polk team regarding same (0.1). |
| Prater, Rachel | 07/30/25 | 0.2 | Review June invoices for privilege and confidentiality (0.1); correspond with R. Sattaur regarding same (0.1). |
| Sattaur, Rebecca | 07/30/25 | 0.3 | Review June billing detail for privilege and confidentiality (0.2); correspondence with Davis Polk team regarding same (0.1). |
| **Total BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | **17.0** | |
| **TOTAL** | | **91.6** | |