**EXHIBIT B**

**EXPENSE SUMMARY**
**BIG LOTS, INC., *et al.***
**(Case No. 24-11967 (JKS))**

**July 1, 2025 through July 31, 2025**

| Expense Category | Total Expenses |
|---|---|
| N/A | N/A |
| **Grand Total Expenses** | **$0.00[1]** |

---

[1] This amount reflects a voluntary reduction in expenses in the amount of $2,939.38.