IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**Hearing Date: October 9, 2025 at 10:00 a.m. (ET)**
**Objection Deadline: September 19, 2025 at 4:00 p.m. (ET)**

### NOTICE OF SEDGWICK CLAIMS MANAGEMENT SERVICES' MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

**PLEASE TAKE NOTICE** that Sedgwick Claims Management Services ("Sedgwick"), filed the *Sedgwick Claims Management Services' Motion for Allowance and Immediate Payment of Administrative Expense Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, on or before **September 19, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon and received by the undersigned counsel.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution, LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable J. Kate Stickles at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 on **October 9, 2025 at 10:00 a.m. (ET)**.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 5, 2025
       Wilmington, Delaware

Respectfully submitted,

*/s/ Sameen Rizvi*
Aaron H. Stulman (No. 5807)
Sameen Rizvi (No. 6902)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email:  astulman@potteranderson.com
          srizvi@potteranderson.com

-and-

Lloyd A. Lim, Esq.
Kristina P. Tipton, Esq.
Rachel T. Kubanda, Esq.
**KEAN MILLER LLP**
Pennzoil South Tower
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 844-3000
Facsimile: (713) 844-3030
Email: lloyd.lim@keanmiller.com
       kristina.tipton@keanmiller.com
       rachel.kubanda@keanmiller.com

*Counsel for Sedgwick Claims Management Services, Inc.*