## EXHIBIT A

### Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. ___ |

## ORDER GRANTING SEDGWICK CLAIMS MANAGEMENT SERVICES' MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

Upon the motion (the "Motion")[2] of Sedgwick Insurance Corporation ("Sedgwick") for allowance and payment of its administrative expense claims pursuant to sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code, all as more fully described in the Motion; and the Court having determined that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances, and after due deliberation and good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution, LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized Terms used but not defined herein have the same meaning as defined in the Motion.

IMPAC - 12434116v.5

2.      Sedgwick shall have allowed administrative expense claims in the amount of not less than $614,440.27, pursuant to section 503(b)(1) of the Bankruptcy Code, for post-petition services provided by Sedgwick.

3.      The Debtors are authorized and directed to pay Sedgwick the total amount of the allowed administrative expense claims within three (3) business days of the entry of this Order.

4.      The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.