# EXHIBIT B

## Balance Summary



**Sedgwick Claims Management Services, Inc.**

8125 Sedgwick Way
Memphis, TN 38125

Claims Funding Invoice

| | |
|---|---|
| Name | Big Lots |
| Email Address | |
| Address | |
| CC | Sharon.evans@sedgwick.com |

| Invoice Date |
|---|
| 01/16/2025 |

| Invoice Number |
|---|
| SF-0147-2025-01622740 |

| Activity Period |
|---|
| 01/02/2025 - 01/15/2025 |

| Payment Terms |
|---|
| 10 days |

| Bank Account Number |
|---|
| ▇▇▇▇▇0147 |

| Transaction/Description | Amount |
|---|---|
| Payments Issued | 370,497.64 |
| Less:  Voided Payments | ( 827.80) |
| Refund Deposits | ( 1,673.50) |
| Total | 367,996.34 |

| Payment Instructions: | |
|---|---|
| Account Title: ▇▇▇▇0147 - Big Lots | Sedgwick Claims Management Services, Inc. As Agent For Big Lots |
| Bank Name: Wells Fargo Bank | |
| Bank Account Number: ▇▇▇▇0147 | Funding frequency: SEMIMONTHLY |
| ABA# for Wire: | |
| ABA# for ACH: ▇▇▇0248 | |



## Sedgwick Claims Management Services, Inc.

8125 Sedgwick Way
Memphis, TN 38125

Claims Funding Invoice

| | |
|---|---|
| Invoice Date | 02/17/2025 |

| | |
|---|---|
| Invoice Number | SF-0147-2025-01639633 |

| Name | Big Lots |
|---|---|
| Email Address | |
| Address | |
| CC | Sharon.evans@sedgwick.com |

| | |
|---|---|
| Activity Period | 02/03/2025 - 02/15/2025 |

| | |
|---|---|
| Payment Terms | 10 days |

| | |
|---|---|
| Bank Account Number | 0147 |

| Transaction/Description | Amount |
|---|---|
| Payments Issued | 68,484.16 |
| Less: Voided Payments | ( 3,440.67) |
| Refund Deposits | ( 278.68) |
| Total | 64,764.81 |

| Payment Instructions: | |
|---|---|
| Account Title: 0147 - Big Lots | Sedgwick Claims Management Services, Inc. As Agent For Big Lots |
| Bank Name: Wells Fargo Bank | |
| Bank Account Number: 0147 | Funding frequency: SEMIMONTHLY |
| ABA# for Wire: | |
| ABA# for ACH: 0248 | |



# Sedgwick Claims Management Services, Inc.

8125 Sedgwick Way
Memphis, TN 38125

## Claims Funding Invoice

| Invoice Date |
|---|
| 03/17/2025 |

| Invoice Number |
|---|
| SF-0147-2025-01656210 |

| Name | Big Lots |
|---|---|
| Email Address | |
| Address | |
| CC | Sharon.evans@sedgwick.com |

| Activity Period |
|---|
| 03/03/2025 - 03/15/2025 |

| Payment Terms |
|---|
| 10 days |

| Bank Account Number |
|---|
| 0147 |

| Transaction/Description | Amount |
|---|---|
| Payments Issued | 14,072.80 |
| Less:  Voided Payments | ( 772.02) |
| Plus / Less: Other | ( 11,448.31) |
| Total | 1,852.47 |

| Payment Instructions: | |
|---|---|
| Account Title: 0147 - Big Lots | Sedgwick Claims Management Services, Inc. As Agent For Big Lots |
| Bank Name: Wells Fargo Bank | |
| Bank Account Number: 0147 | Funding frequency: SEMIMONTHLY |
| ABA# for Wire: | |
| ABA# for ACH: 0248 | |



# Sedgwick Claims Management Services, Inc.

8125 Sedgwick Way
Memphis, TN 38125

## Claims Funding Invoice

| Invoice Date |
|---|
| 04/01/2025 |

| Invoice Number |
|---|
| SF-0147-2025-01663354 |

| Name | Big Lots |
|---|---|
| Email Address | |
| Address | |
| CC | Sharon.evans@sedgwick.com |

| Activity Period |
|---|
| 03/17/2025 - 03/31/2025 |

| Payment Terms |
|---|
| 10 days |

| Bank Account Number |
|---|
| 0147 |

| Transaction/Description | Amount |
|---|---|
| Payments Issued | 10,812.69 |
| Less: Voided Payments | ( 52.50) |
| Total | 10,760.19 |

**Payment Instructions:**

| | | |
|---|---|---|
| Account Title: | 0147 - Big Lots | Sedgwick Claims Management Services, Inc. As Agent For Big Lots |
| Bank Name: | Wells Fargo Bank | |
| Bank Account Number: | 0147 | Funding frequency:  SEMIMONTHLY |
| ABA# for Wire: | | |
| ABA# for ACH: | 0248 | |



# Sedgwick Claims Management Services, Inc.

8125 Sedgwick Way
Memphis, TN 38125

## Claims Funding Invoice

| Invoice Date |
|---|
| 04/16/2025 |

| Invoice Number |
|---|
| SF-0147-2025-01674044 |

| Name | Big Lots |
|---|---|
| Email Address | |
| Address | |
| CC | Sharon.evans@sedgwick.com |

| Activity Period |
|---|
| 04/01/2025 - 04/15/2025 |

| Payment Terms |
|---|
| 10 days |

| Bank Account Number |
|---|
| 0147 |

| Transaction/Description | Amount |
|---|---|
| Payments Issued | 5,769.81 |
| Less: Voided Payments | ( 1,571.50) |
| Total | 4,198.31 |

**Payment Instructions:**

| Account Title: | 0147 - Big Lots | Sedgwick Claims Management Services, Inc. As Agent For Big Lots |
|---|---|---|
| Bank Name: | Wells Fargo Bank | |
| Bank Account Number: | 0147 | Funding frequency:   SEMIMONTHLY |
| ABA# for Wire: | | |
| ABA# for ACH: | 0248 | |



# Sedgwick Claims Management Services, Inc.

8125 Sedgwick Way
Memphis, TN 38125

| | |
|---|---|
| **Invoice Date** | 05/01/2025 |

## Claims Funding Invoice

| | |
|---|---|
| **Invoice Number** | SF-0147-2025-01681055 |

| | |
|---|---|
| Name | Big Lots |
| Email Address | |
| Address | |
| CC | Sharon.evans@sedgwick.com |

| | |
|---|---|
| **Activity Period** | 04/16/2025 - 04/30/2025 |
| **Payment Terms** | 10 days |
| **Bank Account Number** | ███████0147 |

| Transaction/Description | Amount |
|---|---|
| Payments Issued | 1,897.28 |
| Less: Voided Payments | ( 335.82) |
| Total | 1,561.46 |

**Payment Instructions:**

| | | | |
|---|---|---|---|
| Account Title: | ███████0147 - Big Lots | Sedgwick Claims Management Services, Inc. As Agent For Big Lots | |
| Bank Name: | Wells Fargo Bank | | |
| Bank Account Number: | ███████0147 | Funding frequency: | SEMIMONTHLY |
| ABA# for Wire: | | | |
| ABA# for ACH: | ████0248 | | |



# Sedgwick Claims Management Services, Inc.

8125 Sedgwick Way
Memphis, TN 38125

Claims Funding Invoice

| | |
|---|---|
| Invoice Date | 06/16/2025 |

| | |
|---|---|
| Invoice Number | SF-0147-2025-01710127 |

| Name | Big Lots |
|---|---|
| Email Address | |
| Address | |
| CC | Sharon.evans@sedgwick.com |

| | |
|---|---|
| Activity Period | 06/02/2025 - 06/15/2025 |

| | |
|---|---|
| Payment Terms | 10 days |

| | |
|---|---|
| Bank Account Number | 0147 |

| Transaction/Description | Amount |
|---|---|
| Payments Issued | 4,555.51 |
| Less: | |
| Stale Dated Payments | ( 12.75) |
| Plus / Less: Other | ( 1,643.05) |
| Total | 2,899.71 |

| Payment Instructions: | |
|---|---|
| Account Title: 0147 - Big Lots | Sedgwick Claims Management Services, Inc. As Agent For Big Lots |
| Bank Name: Wells Fargo Bank | |
| Bank Account Number: 0147 | Funding frequency: SEMIMONTHLY |
| ABA# for Wire: | |
| ABA# for ACH: 0248 | |



## Sedgwick Claims Management Services, Inc.

8125 Sedgwick Way
Memphis, TN 38125

Claims Funding Invoice

| Invoice Date |
|---|
| 07/01/2025 |

| Invoice Number |
|---|
| SF-0147-2025-01718624 |

| Name | Big Lots |
|---|---|
| Email Address | |
| Address | |
| CC | Sharon.evans@sedgwick.com |

| Activity Period |
|---|
| 06/16/2025 - 06/30/2025 |

| Payment Terms |
|---|
| 10 days |

| Bank Account Number |
|---|
| ████████0147 |

| Transaction/Description | Amount |
|---|---|
| Payments Issued | 1,946.11 |
| Total | 1,946.11 |

| Payment Instructions: | |
|---|---|
| Account Title: ████████0147 - Big Lots | Sedgwick Claims Management Services, Inc. As Agent For Big Lots |
| Bank Name: Wells Fargo Bank | |
| Bank Account Number: ████████0147 | Funding frequency: SEMIMONTHLY |
| ABA# for Wire: | |
| ABA# for ACH: ████0248 | |



## Sedgwick Claims Management Services, Inc.

8125 Sedgwick Way
Memphis, TN 38125

Claims Funding Invoice

| | |
|---|---|
| Invoice Date | 07/16/2025 |
| Invoice Number | SF-0147-2025-01728013 |
| Activity Period | 07/02/2025 - 07/15/2025 |
| Payment Terms | 10 days |
| Bank Account Number | 0147 |

| Name | Big Lots |
|---|---|
| Email Address | |
| Address | |
| CC | Sharon.evans@sedgwick.com |

| Transaction/Description | Amount |
|---|---|
| Payments Issued | 5,611.32 |
| Total | 5,611.32 |

**Payment Instructions:**

| | | | |
|---|---|---|---|
| Account Title: | 0147 - Big Lots | Sedgwick Claims Management Services, Inc. As Agent For Big Lots | |
| Bank Name: | Wells Fargo Bank | | |
| Bank Account Number: | 0147 | Funding frequency: | SEMIMONTHLY |
| ABA# for Wire: | | | |
| ABA# for ACH: | 0248 | | |



**Sedgwick Claims Management Services, Inc.**

8125 Sedgwick Way
Memphis, TN 38125

Claims Funding Invoice

| Invoice Date |
|---|
| 08/01/2025 |

| Invoice Number |
|---|
| SF-0147-2025-01734562 |

| Name | Big Lots |
|---|---|
| Email Address | |
| Address | |
| CC | Sharon.evans@sedgwick.com |

| Activity Period |
|---|
| 07/17/2025 - 07/31/2025 |

| Payment Terms |
|---|
| 10 days |

| Bank Account Number |
|---|
| 0147 |

| Transaction/Description | Amount |
|---|---|
| Payments Issued | 1,079.14 |
| Total | 1,079.14 |

| Payment Instructions: | |
|---|---|
| Account Title: 0147 - Big Lots | Sedgwick Claims Management Services, Inc. As Agent For Big Lots |
| Bank Name: Wells Fargo Bank | |
| Bank Account Number: 0147 | Funding frequency: SEMIMONTHLY |
| ABA# for Wire: | |
| ABA# for ACH: 0248 | |



**Sedgwick Claims Management Services, Inc.**
**Federal Tax ID: 36-2685608**

02/04/2025

Please remit payment to:

Checks: PO Box 207834  DALLAS, TX 75320-7834
ACH/Wires: Routing # ▓▓▓▓0248  Account # ▓▓▓▓04743

Big Lots
4900 E. Dublin-Granville Rd
Columbus, OH US 43081

Invoice #  400000227938
Customer ID  1000000819

| Service Period | Description | Quantity | Rate | Amount | Total |
|---|---|---|---|---|---|
| 03/01/2025 - 05/31/2025 | Auto Claims | | | $808.00 | |
| | Subtotal | | | | $808.00 |
| 03/01/2025 - 05/31/2025 | Program Management | | | $14,360.75 | |
| | Subtotal | | | | $14,360.75 |
| 03/01/2025 - 05/31/2025 | RMIS Flat Fee | | | $6,036.50 | |
| | Subtotal | | | | $6,036.50 |
| 03/01/2025 - 05/31/2025 | Workers' Compensation Claims | | | $150,501.00 | |
| | Subtotal | | | | $150,501.00 |
| | | | | Total Fees Before Taxes | $171,706.25 |
| | | | | Taxes-CT | $0.66 |
| | | | | Taxes-NM | $124.94 |
| | | | | Taxes-TX | $913.95 |
| | | | | Taxes-WV | $81.35 |
| | | | | Subtotal-Taxes | $1,120.90 |
| | | | | **Total Amount Due by 03/06/2025** | **$172,827.15** |

Remittance: WELLS FARGO BANK | PO Box 207834 DALLAS, TX 75320-7834 | Routing # ▓▓▓▓0248 | Account # ▓▓▓▓4743
Please address all electronic payment remittance advices to AR.Remit@Sedgwick.com



**Sedgwick Claims Management Services, Inc.**  
**Federal Tax ID: 36-2685608**

06/10/2025

<u>Please remit payment to:</u>

| | | |
|---|---|---|
| Checks: | PO Box 200160 | DALLAS, TX 75320-0160 |
| ACH/Wires: | Routing # ▮▮▮▮0248 | Account # ▮▮▮▮9594 |

Big Lots  
4900 E. Dublin-Granville Rd  
Columbus, OH US 43081

Invoice # 400000247186  
Customer ID 1000000819

| Service Period | Description | Quantity | Rate | Amount | Total |
|---|---|---|---|---|---|
| 06/01/2025 - 08/31/2025 | Auto Claims | | | $1,646.25 | |
| | Subtotal | | | | $1,646.25 |
| 06/01/2025 - 08/31/2025 | Program Management | | | $14,360.75 | |
| | Subtotal | | | | $14,360.75 |
| 06/01/2025 - 08/31/2025 | RMIS Flat Fee | | | $6,036.50 | |
| | Subtotal | | | | $6,036.50 |
| 06/01/2025 - 08/31/2025 | Workers' Compensation Claims | | | $79,228.50 | |
| | Subtotal | | | | $79,228.50 |
| | | | | Total Fees Before Taxes | $101,272.00 |
| | | | | Taxes-CT | $0.26 |
| | | | | Taxes-NM | $110.60 |
| | | | | Taxes-OH | $0.68 |
| | | | | Taxes-TX | $615.50 |
| | | | | Taxes-WV | $111.99 |
| | | | | Subtotal-Taxes | $839.03 |
| | | | | **Total Amount Due by 07/10/2025** | **$102,111.03** |

Remittance: WELLS FARGO BANK | PO Box 200160 DALLAS, TX 75320-0160 | Routing # ▮▮▮▮0248 | Account # ▮▮▮▮9594  
Please address all electronic payment remittance advices to AR.Remit@Sedgwick.com