## **CERTIFICATE OF SERVICE**

I, Sameen Rizvi, do hereby certify that on September 5, 2025, a copy of the foregoing **Sedgwick Claims Management Services' Motion for Allowance and Immediate Payment of Administrative Expense Claims** was served upon the parties listed on the attached service list in the manners indicated.

*/s/ Sameen Rizvi*
Sameen Rizvi (No. 6902)

# SERVICE LIST

| | | |
|---|---|---|
| Counsel to Collin County, City of Paris, City of Sherman, Collin College, Paris Junior College, City of Plano, Mckinney ISD, City of McKinney<br>Abernathy Roeder Boyd & Hullet PC<br>Attn: Paul Lopez, Larry Boyd, Emily Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069<br>Email: plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com; lboyd@abernathy-law.com<br>**Via Email** | Town N' Country Plaza, LLC f/k/a Town N' Country Plaza, L.P.<br>Anthony & Partners, LLC<br>Attn: Townsend J. Belt<br>100 South Ashley Drive, Suite 1600<br>Tampa, FL 33602<br>Email: eservice@anthonyandpartners.com<br>**Via Email** | Counsel to Gordon Brothers Retail Partners, LLC<br>Ashby & Geddes, P.A.<br>Attn: Gregory A. Taylor<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>Email: GTaylor@ashbygeddes.com<br>**Via Email** |
| Counsel to Dell Financial Services, L.L.C.<br>Austria Legal, LLC<br>Attn: Matthew P. Austria<br>1007 N. Orange Street, 4th Floor<br>Wilmington, DE 19801<br>Email: maustria@austriallc.com<br>**Via Email** | Counsel to Allura Imports, Inc.<br>Balasiano & Associates, PLLC<br>Attn: Steven Balasiano, Judah S. Balasiano<br>6701 Bay Parkway, 3rd Floor<br>Brooklyn, NY 11204<br>Email: steven@balasianolaw.com; judah@balasianolaw.com<br>**Via Email** | Counsel to Sun Plaza, LLC<br>Ballard Spahr LLP<br>Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br>Email: heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com<br>**Via Email** |
| Counsel to Brixmor Operating Partnership LP, Beacon Plaza, LLC<br>Ballard Spahr LLP<br>Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br>Email: heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; brannickn@ballardspahr.com<br>**Via Email** | Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP<br>Barclay Damon LLP<br>Attn: Kevin M. Newman<br>125 East Jefferson Street<br>Syracuse, NY 13202<br>Email: knewman@barclaydamon.com<br>**Via Email** | Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP<br>Barclay Damon LLP<br>Attn: Niclas A. Ferland<br>545 Long Wharf Drive, Ninth Floor<br>New Haven, CT 06511<br>Email: nferland@barclaydamon.com<br>**Via Email** |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP<br>Barclay Damon LLP<br>Attn: Scott L. Fleischer<br>1270 Avenue of the Americas, Suite 501<br>New York, NY 10020<br>Email: sfleischer@barclaydamon.com<br>**Via Email** | Counsel to Jordan Manufacturing Company, Inc.<br>BARNES & THORNBURG LLP<br>Attn: David A. Hall<br>171 Monroe Avenue NW, Suite 1000<br>Grand Rapids, MI 49503-2694<br>Email: david.hall@btlaw.com<br>**Via Email** | Counsel to Jordan Manufacturing Company, Inc.<br>BARNES & THORNBURG LLP<br>Attn: Mark R. Owens, Amy E. Tryon<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>Email: mark.owens@btlaw.com; amy.tryon@btlaw.com<br>**Via Email** |
| Counsel to Pea Ridge Partners, LLC, Pearl Road Shopping Center, LLC, Cumberland Square Partners, LLC, Evansville Partners, LLC, Gastonia Restoration Partners, LLC, Harrison OH Partners, LLC, Malone Plaza Partners LLC, Sevierville Forks Partners, LLC, and Bass, Berry & Sims PLC<br>Attn: Paul G. Jennings, Gene L. Humphreys<br>21 Platform Way South, Suite 3500<br>Nashville, TN 37203<br>Email: pjennings@bassberry.com; ghumphreys@bassberry.com<br>**Via Email** | Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and J<br>Bayard, P.A.<br>Attn: Ericka F. Johnson<br>600 N. Market Street, Suite 400<br>Wilmington, DE 19801<br>Email: ejohnson@bayardlaw.com<br>**Via Email** | Counsel to Accertify, Inc<br>Becket & Lee LLP<br>Attn: Larry Butler<br>PO Box 3002<br>Malvern, PA 19355-0702<br>**Via First-Class Mail** |
| Counsel to Infosys Ltd.<br>Benesch Friedlander Coplan & Aronoff LLP<br>Attn: Kevin M. Capuzzi, Steven L. Walsh<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801-6101<br>Email: kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com<br>**Via Email** | Counsel to Twin Rivers Equity Partners, LLC<br>Best Law, PA<br>Attn: Tara E. Naufu<br>P.O. Box 2374<br>Mount Pleasant, SC 29465<br>Email: tara@bestlawsc.com<br>**Via Email** | Town N' Country Plaza, LLC f/k/a Town N' Country Plaza, L.P., Yunis Enterprises, Inc., , Townley, Inc.<br>Bielli & Klauder, LLC<br>Attn: David M. Klauder<br>1204 N. King Street<br>Wilmington, DE 19801<br>Email: dklauder@bk-legal.com<br>**Via Email** |
| Cousnel to Upper Canada Soap and Candle Makers Corporation<br>Bielli & Klauder, LLC<br>Attn: David M. Klauder<br>1204 N. King Street<br>Wilmington, DE 19801<br>Email: dklauder@bk-legal.com<br>**Via Email** | Debtor<br>Big Lots, Inc.<br>Attn: Attn: Ronald A. Robins<br>4900 E. Dublin-Granville Road<br>Columbus, OH 43081<br>Email: rrobins@biglots.com<br>**Via Email** | Counsel to PNC Bank, National Association<br>Blank Rome LLP<br>Attn: Regina Stango Kelbon, Stanley B. Tarr, Jordan L. Williams<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Email: regina.kelbon@blankrome.com; stanley.tarr@blankrome.com; jordan.williams@blankrome.com<br>**Via Email** |

2

| | | |
|---|---|---|
| Counsel to DIP ABL Agent and Prepetition ABL Agent<br>Blank Rome, LLP<br>Attn: Attn: Regina Kelbon<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Email: regina.kelbon@blankrome.com<br>**Via Email** | Counsel United Properties Corp.,<br>Aldrich Management Co., LLC, Hauppauge Properties, LLC, New Castle Equities, LLC, Miamisburg Properties, LLC, Dublin Equities, LLC, Glenwood Ave Binghamton, LLC, Snellville Pavillion, LLC, Indiana Equities, LLC and TN Equi<br>Bond, Schoeneck & King, PLLC<br>Attn: Edward J. LoBello<br>225 Old Country Road<br>Melville, NY 11747<br>Email: elobello@bsk.com<br>**Via Email** | Counsel to Kenney Manufacturing Company<br>Borges & Associates, LLC<br>Attn: Wanda Borges, Sue L Chin<br>575 Underhill Blvd<br>Suite 118<br>Syosset, NY 11791<br>Email: wborges@borgeslawllc.com; schin@borgeslawllc.com<br>**Via Email** |
| Counsel to Paragon Windermere, LLC and Lebanon Windermere, LLC<br>Bose Mckinney & Evans LLP<br>Attn: James P. Moloy<br>111 Monument Circle<br>Suite 2700<br>Indianapolis, IN 46204<br>Email: jmoloy@boselaw.com<br>**Via Email** | Counsel to DKR Investments LLC, MBM Investments LLC, and Burdkidz LLC and S.R. 170 Properties LLC<br>Brouse McDowell, LPA<br>Attn: Timothy M. Reardon<br>6550 Seville Drive, Suite B<br>Canfield, OH 44406<br>Email: treardon@ralaw.com<br>**Via Email** | Counsel to Scott Andron<br>Broward County<br>Attn: Andrew J. Meyers<br>115 South Andrews Avenue<br>Governmental Center, Suite 423<br>Fort Lauderdale, FL 33301<br>Email: sandron@broward.org<br>**Via Email** |
| Counsel to Pro-Mart Industries, Inc.<br>Bryan Cave Leighton Paisner LLP<br>Attn: Jarret P. Hitchings<br>301 S. College Street<br>Suite 2150<br>Charlotte, NC 28202<br>Email: jarret.hitchings@bclplaw.com<br>**Via Email** | Counsel to Oracle America, Inc.<br>Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson<br>425 Market Street<br>Suite 2900<br>San Francisco, CA 94105-3493<br>Email: schristianson@buchalter.com<br>**Via Email** | Counsel to Albertsons LLC and Safeway Inc<br>Buchanan Ingersoll & Rooney PC<br>Attn: Geoffrey G. Grivner<br>500 Delaware Avenue, Ste. 720<br>Wilmington, DE 19801<br>Email: geoffrey.grivner@bipc.com<br>**Via Email** |
| Counsel to Comenity Capital Bank and CTO Realty Growth, Inc.<br>Burr & Forman LLP<br>Attn: J. Cory Falgowski<br>222 Delaware Avenue, Suite 1030<br>Wilmington, DE 19801<br>Email: jfalgowski@burr.com<br>**Via Email** | Counsel to CTO Realty Growth, Inc.<br>Burr & Forman LLP<br>Attn: J. Ellsworth Summers, Jr., Dana L. Robbins<br>50 North Laura Street<br>Suite 3000<br>Jacksonville, FL 32202<br>Email: esummers@burr.com; drobbins@burr.com<br>**Via Email** | Counsel to Comenity Capital Bank<br>Burr & Forman LLP<br>Attn: James H. Haithcock, III<br>420 N. 20th Street, Suite 3400<br>Birmingham, AL 35203<br>Email: jhaithcock@burr.com<br>**Via Email** |
| Counsel to California Department of Resources Recycling and Recovery<br>California Department of Justice<br>Attn: Barbara C. Spiegel<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102-7004<br>Email: Barbara.Spiegel@doj.ca.gov<br>**Via Email** | Counsel to California Department of Resources Recycling and Recovery<br>California Department of Justice<br>Attn: Natalie E. Collins<br>600 West Broadway<br>Suite 1800<br>San Diego, CA 92186-5266<br>Email: Natalie.Collins@doj.ca.gov<br>**Via Email** | Counsel to Tropicana Palm Plaza LLC<br>Carlyon Cica CHTD.<br>Attn: Candace Carlyon, Dawn M. Cica<br>265 E. Warm Springs Road<br>Suite 107<br>Las Vegas, NV 89119<br>Email: ccarlyon@carlyoncica.com; dcica@carlyoncica.com<br>**Via Email** |
| Counsel to Liberty Mutual Insurance Company<br>Chiesa Shahinian & Giantomasi PC<br>Attn: Scott A. Zuber, Terri Jane Freedman<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>Email: szuber@csglaw.com; tfreedman@csglaw.com<br>**Via Email** | Counsel to 5620 Nolensville Pike, LLC<br>Chipman Brown Cicero & Cole, LLP<br>Attn: Alan M.Root<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>Email: root@chipmanbrown.com<br>**Via Email** | Cousnel to D.H. Pace Company, Inc.<br>Chipman Brown Cicero & Cole, LLP<br>Attn: Mark L. Desgrosseilliers<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>Email: desgross@chipmanbrown.com<br>**Via Email** |
| Counsel to DIP ABL Agent and Prepetition ABL Agent, and PNC Bank, National Association<br>Choate, Hall & Stewart LLP<br>Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang<br>Two International Place<br>Boston, MA 02110<br>Email: jventola@choate.com; jmarshall@choate.com<br>jslang@choate.com<br>**Via Email** | Counsel to USPG Franklin LLC, USPG Portfolio Eight, LLC, USPG Portfolio Two, LLC, SanTan MP LP, GPR Investments LLC, Warm Springs Promenade, LLC, and Bellevue Holdings, LLC<br>Clark Hill PLC<br>Attn: Audrey L. Hornisher<br>901 Main Street, Suite 6000<br>Dallas, TX 75202<br>Email: ahornisher@clarkhill.com<br>**Via Email** | Counsel to USPG Franklin LLC, USPG Portfolio Eight, LLC, USPG Portfolio Two, LLC, SanTan MP LP, GPR Investments LLC, Warm Springs Promenade, LLC, and Bellevue Holdings, LLC<br>Clark Hill PLC<br>Attn: Karen M. Grivner<br>824 N. Market Street, Suite 710<br>Wilmington, DE 19801<br>Email: kgrivner@clarkhill.com<br>**Via Email** |
| Counsel to Bellevue Holdings, LLC<br>Clark Hill PLC<br>Attn: Kevin H. Morse<br>130 E. Randolph Street<br>Suite 3900<br>Chicago, IL 60601<br>Email: kmorse@clarkhill.com<br>**Via Email** | Counsel to the Official Committee of Unsecured Creditors<br>Cole Schotz, P.C.<br>Attn: Justin R. Alberto, Stacy L. Newman<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Email: jalberto@coleschotz.com; snewman@coleschotz.com<br>**Via Email** | Counsel to Commonwealth of Pennsylvania Department of Labor and Industry<br>Commonwealth of Pennsylvania Department of Labor and Industry<br>Attn: Ryan Starnowsky<br>Collections Support Unit<br>PO Box 68568<br>Harrisburg, PA 17106-8568<br>Email: ra-li-ucts-bankrupt@state.pa.us<br>**Via Email** |

| | | |
|---|---|---|
| Counsel to Aldi Inc<br>Connolly Gallagher LLP<br>Attn: Karen C. Bifferato<br>1201 N Market St<br>20th Fl<br>Wilmington, DE 19801<br>Email: kbifferato@connollygallagher.com<br>**Via Email** | Counsel to Paragon Windermere, LLC and Lebanon Windermere, LLC<br>Cross & Simon, LLC<br>Attn: Christopher P. Simon<br>1105 N. Market Street<br>Suite 901<br>Wilmington, DE 19801<br>Email: csimon@crosslaw.com<br>**Via Email** | Counsel to Corpus Christi Firefighters' Retirement System<br>Cross & Simon, LLC<br>Attn: Christopher P. Simon<br>1105 North Market Street<br>Suite 901<br>Wilmington, DE 19801<br>Email: csimon@crosslaw.com<br>**Via Email** |
| Counsel to CORTA Stevens Point, LLC, Ross Stores, Inc. and Ross Dress for Less, Inc.<br>Cross & Simon, LLC<br>Attn: Kevin S. Mann<br>1105 N. Market Street<br>Suite 901<br>Wilmington, DE 19801<br>Email: kmann@crosslaw.com<br>**Via Email** | Counsel to Yunis Enterprises, Inc.<br>Davidson Fink LLP<br>Attn: Sean P. Williams, Carla Augino<br>400 Meridian Centre Boulevard<br>Suite 200<br>Rochester, NY 14818<br>Email: spwilliams@davidsonfink.com; caugino@davidsonfink.com<br>**Via Email** | Counsel to the Debtor and Debtor in Possession<br>Davis Polk & Wardwell LLP<br>Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: brian.resnick@davispolk.com; adam.shpeen@davispolk.com; stephen.piraino@davispolk.com; ethan.stern@davispolk.com<br>**Via Email** |
| Counsel to Southgate Shopping Center LLP<br>DLA Piper LLP (US)<br>Attn: Dale K. Cathell, Virginia R. Callahan<br>650 S. Exeter Street, Suite 1100<br>Baltimore, MD 21202-4576<br>Email: dale.cathell@us.dlapiper.com; virginia.callahan@us.dlapiper.com<br>**Via Email** | Counsel to Southgate Shopping Center LLP<br>DLA Piper LLP (US)<br>Attn: R. Craig Martin<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>Email: craig.martin@us.dlapiper.com<br>**Via Email** | Counsel to Oracle America, Inc.<br>Doshi Legal Group, P.C.<br>Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success, NY 11042<br>Email: amish@doshilegal.com<br>**Via Email** |
| Counsel to Hart Estate Investment Company, a California general partnership, NP-AC Industrial Holdings LLC<br>Duane Morris LLP<br>Attn: Drew S. McGehrin, Lawerence J. Kotler<br>1201 N. Market Street, Suite 501<br>Wilmington, DE 19801<br>Email: dsmcgehrin@duanemorris.com; ljkotler@duanemorris.com<br>**Via Email** | Counsel to Hart Estate Investment Company, a California general partnership<br>Duane Morris LLP<br>Attn: Marcus O. Colabianchi<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127<br>Email: mcolabianchi@duanemorris.com | Counsel to West American Construction Corp.<br>Elkins Kalt Weintraub Reuben Gartside LLP<br>Attn: Michael I. Gottfried<br>10345 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Email: mgottfried@elkinskalt.com<br>**Via Email** |
| Counsel to Maureen Scullon<br>Elliott Greenleaf, P.C.<br>Attn: Deirdre M. Richards<br>1105 N. Market Street<br>17th Floor<br>Wilmington, DE 19801<br>Email: dmr@elliottgreenleaf.com<br>**Via Email** | Counsel to Red Mountain Asset Fund I, LLC, Desert Sky Esplanade, LLC, and Clovis I, LLC<br>Ervin Cohen & Jessup LLP<br>Attn: Byron Z. Moldo<br>9401 Wilshire Boulevard<br>12th Floor<br>Beverly Hills, CA 90212<br>Email: bmoldo@ecjlaw.com<br>**Via Email** | Counsel to PepsiCo, Inc., PepsiCo Sales, Inc., Rolling Frito-Lay Sales, LP, Quacker Sales & Distribution, Inc<br>FrankGecker LLP<br>Attn: Joseph D. Frank, Jeremy C. Kleinnman<br>1327 W. Washington Blvd<br>Suite 5 G-H<br>Chicago, IL 60607<br>Email: jfrank@fgllp.com; jkleinman@fgllp.com<br>**Via Email** |
| Counsel to Divisions Inc.<br>Frost brown Todd LLP<br>Attn: A.J. Webb, Joy D. Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202<br>Email: awebb@fbtlaw.com; jkleisinger@fbtlaw.com<br>**Via Email** | Counsel to Tempur Sealy International, Inc. and its affiliates, WPG Legacy, LLC<br>Frost brown Todd LLP<br>Attn: Ronald E. Gold, Erin P. Severini, Joy Kleisinger<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202<br>Email: rgold@fbtlaw.com; eseverini@fbtlaw.com; jkleisinger@fbtlaw.com<br>**Via Email** | Counsel to Roundtripping Ltd. and Geiger Brothers, Inc.<br>Gibbons P.C.<br>Attn: Katharina Earle<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801-1671<br>Email: kearle@gibbonslaw.com<br>**Via Email** |
| Counsel to Geiger Brothers, Inc.<br>Gibbons P.C.<br>Attn: Kyle P. McEvilly<br>One Gateway Center<br>Newark, NJ 07102<br>Email: kmcevilly@gibbonslaw.com<br>**Via Email** | Counsel to Roundtripping Ltd.<br>Gibbons P.C.<br>Attn: Mark Conlan<br>One Gateway Center<br>Newark, NJ 07102<br>Email: mconlan@gibbonslaw.com<br>**Via Email** | Counsel to Creditor CC Fund 1 Big Lots, LLC, Creditor Blum Boulders Associates 1, LLC<br>Gilbert Bird Law Firm, PC<br>Attn: Ryan J. Bird<br>10575 North 114th Street<br>Suite 115<br>Scottsdale, AZ 85259<br>Email: rbird@gilbertbirdlaw.com<br>**Via Email** |
| Golden Goodrich LLP<br>Golden Goodrich LLP<br>Attn: Jeffrey I. Golden<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626<br>Email: jgolden@go2.law<br>**Via Email** | Counsel to Cedars Enterprises Too, Inc.<br>Golden Goodrich LLP<br>Attn: Ryan W. Beall<br>3070 Bristol Street<br>Suite 640<br>Costa Mesa, CA 92626<br>Email: rbeall@go2.law<br>**Via Email** | Counsel to American National Insurance Company<br>Greer, Herz & Adams, LLP<br>Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young<br>One Moody Plaza<br>18th Floor<br>Galveston, TX 77550<br>Email: tannweiler@greerherz.com<br>**Via Email** |

| | | |
|---|---|---|
| Counsel to Nissin Foods (USA) Co., Inc.<br>Hahn Loeser & Parks LLP<br>Attn: Rocco I. Debitetto<br>200 Public Square<br>Suite 2800<br>Cleveland, OH 44114<br>Email: ridebitetto@hahnlaw.com<br>**Via Email** | Counsel to Oliveira Plaza SPE, LLC, and Rim Country Mall SPE, LLC<br>Hill, Farrer & Burrill, LLP<br>Attn: Daniel J. McCarthy<br>300 South Grand Avenue<br>One California Plaza, 37th Floor<br>Los Angeles, CA 90071-3147<br>Email: dmccarthy@hillfarrer.com<br>**Via Email** | Counsel to WRP Washington Plaza LLC, Wallace Properties–Kennewick LLC, and WRP Gateway LLC<br>Hillis Clark Martin & Peterson, P.S.<br>Attn: Brian C. Free<br>999 Third Avenue<br>Suite 4600<br>Seattle, WA 98104<br>Email: brian.free@hcmp.com<br>**Via Email** |
| Counsel to Nancy C. Millan, Hillsborough County Tax Collector<br>Hillsborough County Tax Collector<br>Attn: Brian T. FitzGerald<br>Post Office Box 1110<br>Tampa, FL 33601-1110<br>Email: fitzgeraldb@hcfl.gov; stroupj@hcfl.gov; connorsa@hcfl.gov<br>**Via Email** | Counsel to FGX International, Inc.<br>Hinckley, Allen & Snyder LLP<br>Attn: Jennifer V. Doran<br>28 State Street<br>Boston, MA 02109<br>Email: jdoran@hinckleyallen.com<br>**Via Email** | HJH Investments<br>HJH Investments<br>Attn: Teanna L. Liess, Cory Harkleroad<br>300 W Douglas Ave<br>Suite 1031<br>Wichita, KS 67202<br>Email: teanna@hjhinvestments.com<br>**Via Email** |
| Counsel to 1255 Sunrise Realty, LLC, 4101 Transit Realty LLC, The Stop & Shop Supermarket Company LLC, and Food Lion LLC<br>Hunton Andrews Kurth LLP<br>Attn: Gregory G. Hesse<br>Fountain Place<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202<br>Email: ghesse@huntonak.com<br>**Via Email** | Counsel to BVB-NC, LLC<br>Hutchens Law Firm LLP<br>Attn: William Walt Pettit<br>6230 Fairview Road<br>Suite 315<br>Charlotte, NC 28210<br>Email: walt.pettit@hutchenslawfirm.com<br>**Via Email** | IRS Insolvency Section<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>1111 Constitution Ave NW<br>Washington, DC 20224<br>**Via First-Class Mail** |
| IRS Insolvency Section<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>**Via First-Class Mail** | Counsel to Burlington Coat Factory Warehouse Corporation<br>Jackson Walker LLP<br>Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer<br>1401 McKinney Street<br>Suite 1900<br>Houston, TX 77010<br>Email: kpeguero@jw.com; jwertz@jw.com; wfarmer@jw.com<br>**Via Email** | Counsel to Dorsan Developments Limited<br>c/o Levy Realty Advisors LLC<br>Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C.<br>Attn: Raymond M. Patella<br>505 Morris Avenue<br>Springfield, NJ 07081<br>Email: rpatella@lawjw.com<br>**Via Email** |
| Counsel to Allen Road Retail Business Center, LLC, Dade City Shopping Plaza, LLC, South Square Shopping Center, LLC and Lawrenceville Commercial Properties, LLC<br>Johnson, Pope, Bokor, Ruppel & Burns, LLP<br>Attn: James B. Eising II<br>400 N. Ashley Dr., Suite 3100<br>Tampa, FL 33602<br>**Via First-Class Mail** | Counsel to Griffith, McCague & Happel, P.C.<br>Jonnet National Properties Corporation<br>Attn: J. Michael McCague<br>408 Cedar Avenue<br>Pittsburgh, PA 15212<br>Email: jmm@gmwpclaw.com<br>**Via Email** | Counsel to Donlen Corporation<br>K&L Gates LLP<br>Attn: David S. Catuogno, Esq.<br>One Newark Center Tenth Floor<br>1085 Raymond Boulevard<br>Newark, NJ 07102<br>Email: david.catuogno@klgates.com<br>**Via Email** |
| Counsel to Dauphin Plaza LLC, Dauphin Plaza TIC 1 LLC, Dauphin Plaza TIC 2 LLC, Dauphin Plaza TIC 3 LLC, Dauphin Plaza TIC 4 LLC, Dauphin Plaza TIC 5 LLC, Dauphin Plaza TIC 6 LLC,<br>Kaplin Stewart Meloff Reiter & Stein, PC<br>Attn: William J. Levant<br>PO Box 3037<br>Blue Bell, PA 19422<br>Email: wlevant@kaplaw.com<br>**Via Email** | Counsel to Ryder Last Mile, Inc.<br>Kelley Drye & Warren LLP<br>Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Email: jcarr@kelleydrye.com; kelliott@kelleydrye.com; kcavins@kelleydrye.com<br>**Via Email** | Counsel to Big Milf2 Owner, LLC<br>Kerrick Bachert PSC<br>Attn: Scott A. Bachert<br>1411 Scottsville Road<br>PO Box 9547<br>Bowling Green, KY 42102-9547<br>Email: sbachert@kerricklaw.com<br>**Via Email** |
| Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA O<br>Kirkland & Ellis LLP<br>Attn: Conor K. Casas, John R. Luze<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Email: connor.casas@kirkland.com; john.luze@kirkland.com<br>**Via Email** | Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA O<br>Kirkland & Ellis LLP<br>Attn: Steven N Serajeddini<br>601 Lexington Avenue<br>New York, NY 10022<br>Email: steven.serajeddini@kirkland.com<br>**Via Email** | Counsel to Gateway BL Acquisition, LLC<br>Kirkland & Ellis LLP, Kirkland & Ellis International LLP<br>Attn: Christopher Marcus, Nicholas Adzima<br>601 Lexington Avenue<br>New York, NY 10022<br>Email: christopher.marcus@kirkland.com; nicholas.adzima@kirkland.com<br>**Via Email** |
| Counsel to Gateway BL Acquisition, LLC<br>Kirkland & Ellis LLP, Kirkland & Ellis International LLP<br>Attn: Judson Brown, McClain Thompson<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Email: judson.brown@kirkland.com; mcclain.thompson@kirkland.com<br>**Via Email** | Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA O<br>Klehr Harrison Harvey Branzburg LLP<br>Attn: Morton R. Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>Email: mbranzburg@klehr.com<br>**Via Email** | Counsel to The Grove Shops LLC, Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI<br>Klehr Harrison Harvey Branzburg LLP<br>Attn: Raymond H. Lemisch, Domenic E. Pacitti<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801-3062<br>Email: rlemisch@klehr.com; dpacitti@klehr.com<br>**Via Email** |

| | | |
|---|---|---|
| Counsel to Franco Manufacturing Co. Inc.<br>Kohner, Mann & Kailas, S.C.<br>Attn: Samuel C. Wisotzkey<br>Washington Building, Barnabas Business Center<br>4650 North Port Washington Road<br>Milwaukee, WI 53212-1059<br>Email: swisotzkey@kmksc.com<br>**Via Email** | Claims and Noticing Agent<br>Kroll Restructuring Administration LLC<br>Attn: Herb Baer, Jessica Berman, Christine Porter<br>1 World Trade Center<br>31st Floor<br>New York, NY 10007<br>Email: ProjectHilt@ra.kroll.com; serviceqa@ra.kroll.com<br>**Via Email** | Counsel to City View Towne Crossing Fort Worth, TX LP<br>Kurtzman Steady, LLC<br>Attn: Jeffrey Kurtzman<br>101 N. Washington Avenue<br>Suite 4A<br>Margate, NJ 08402<br>Email: kurtzman@kurtzmansteady.com<br>**Via Email** |
| Counsel to Palatka Gas Authority<br>La Fleur Law Firm<br>Attn: Nina M. LaFleur<br>Post Office Box 840158<br>St. Augustine, FL 32080<br>Email: nina@lafleurlaw.com<br>**Via Email** | Counsel to Horizon Media LLC, Horizon Next<br>Landis Rath & Cobb LLP<br>Attn: Kimberly A. Brown, Joshua B. Brooks<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801<br>Email: brown@lrclaw.com; brooks@lrclaw.com<br>**Via Email** | Counsel to Claremont Associates and Allegheny Plaza Associates I Limited Partnership<br>Lasser Hochman, LLC<br>Attn: Richard L. Zucker<br>75 Eisenhower Parkway<br>Suite 1200<br>Roseland, NJ 07068<br>Email: rzucker@lasserhochman.com<br>**Via Email** |
| Counsel to Jetrich Canada Ltd.<br>Law Offices of Gilbert A. Lazsarus, PLLC<br>Attn: Gilbert A. Lazarus<br>92-12 68th Avenue<br>Forest Hills, NY 11375<br>Email: gillazarus@gmail.com<br>**Via Email** | Counsel to SquareTrade, Inc.<br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br>Attn: Eve H. Karasik, Jeffrey S. Kwong<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>Email: EHK@lnbyg.com; JSK@lnbyg.com<br>**Via Email** | Counsel to San Patricio County, Nueces County, City Of Mcallen, Hidalgo County, Cameron County, Victoria County, Kerr County<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane W. Sanders<br>PO Box 17428<br>Austin, TX 78760-7428<br>Email: austin.bankruptcy@lgbs.com<br>**Via Email** |
| Counsel to City of El Paso, Bexar County, Ector CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Don Stecker<br>112 E. Pecan Street<br>Suite 2200<br>San Antonio, TX 78205<br>Email: sanantonio.bankruptcy@lgbs.com<br>**Via Email** | Counsel to Tarant County<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207<br>Email: dallas.bankruptcy@lgbs.com<br>**Via Email** | Counsel to Grayson County<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207<br>Email: dallas.bankruptcy@lgbs.com<br>**Via Email** |
| Counsel to Hood CAD, Greenville ISD, Stephenville ISD, City of Stephenville, Tom Green CAD, Lamar CAD, Rockwall CAD, Gregg County, City of Frisco, Gainesville ISD, Irving ISD, City of Carrollton, Lewisville ISD, Little Elm ISD, Sherman ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207<br>Email: dallas.bankruptcy@lgbs.com;<br>**Via Email** | Counsel to Smith County<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>Dallas, TX 75219<br>Email: dallas.bankruptcy@lgbs.com<br>**Via Email** | Counsel to Galveston County<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064<br>Email: houston_bankruptcy@lgbs.com<br>**Via Email** |
| Counsel to Cypress-Fairbanks ISD, Harris CO ESD # 29, Harris CO ESD # 12, Harris CO ESD # 08, Harris CO ESD # 11, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Houston Comm Coll System, City of Jefferson, Harris CO ESD # 48, Harris CO<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064<br>Email: houston_bankruptcy@lgbs.com<br>**Via Email** | Counsel to Jefferson County, Orange County, City of Humble<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064<br>Email: houston_bankruptcy@lgbs.com<br>**Via Email** | Counsel to Horizon Media LLC, Horizon Next<br>Loeb & Loeb LLP<br>Attn: William M. Hawkins, Noah Weingarten<br>345 Park Avenue<br>New York, NY 10154<br>Email: whawkins@loeb.com; nweingarten@loeb.com<br>**Via Email** |
| Counsel to Corpus Christi Firefighters' Retirement System<br>Lowenstein Sandler LLP<br>Attn: Michael S. Etkin, Esq., Nicole Fulfree Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Email: metkin@lowenstein.com; nfulfree@lowenstein.com<br>**Via Email** | Counsel to Madison County, Alabama, 100 Northside Square, Huntsville, Alabama 35801<br>Madison County, Alabama<br>Attn: J. Jeffery Rich<br>100 Northside Square, Suite 700<br>Huntsville, AL 35801<br>Email: jrich@madisoncountyal.gov<br>**Via Email** | Counsel to TKG Sheridan Crossing Dev LLC, GKT University Square Greeley, TKG Norwichtown Commons, LLC, The Paducah Development LP and THF Greengate East Dev LP<br>Manning Gross + Massenburg LLP<br>Attn: David P. Primack<br>1007 N. Orange Street, Suite 711<br>Wilmington, DE 19801<br>Email: DPrimack@mgmlaw.com<br>**Via Email** |
| Counsel to Judith Owczarkowski, as Administratrix for the Estate of Norman Owczarkowski<br>Margolis Edelstein<br>Attn: James E. Huggett<br>300 Delaware Avenue<br>Suite 800<br>Wilmington, DE 19801<br>Email: jhuggett@margolisedelstein.com<br>**Via Email** | Counsel to Milelli Realty-Lehigh Street, L.L.C.<br>McCarter & English, LLP<br>Attn: Jeffrey T. Testa<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Email: jtesta@mccarter.com<br>**Via Email** | Counsel to Goodwill Gulf Coast, B & C Properties of Dunn, LLC and Perry's, Inc.<br>McCarter & English, LLP<br>Attn: Kate Roggio Buck, Esq., Maliheh Zare, Esq.<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>Email: kbuck@mccarter.com; mzare@mccarter.com<br>**Via Email** |

| | | |
|---|---|---|
| Counsel to Milelli Realty-Lehigh Street, L.L.C.<br>McCarter & English, LLP<br>Attn: Sheila Calello<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Email: scalello@mccarter.com<br>**Via Email** | Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent Sch<br>McCreary, Veselka, Bragg, & Allen, P.C.<br>Attn: Julie Anne Parsons<br>700 Jeffrey Way, Suite 100<br>Round Rock, TX 78665<br>Email: jparsons@mvbalaw.com<br>**Via Email** | Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent Sch<br>McCreary, Veselka, Bragg, & Allen, P.C.<br>Attn: Julie Anne Parsons<br>PO Box 1269<br>Round Rock, TX 78680-1269<br>Email: jparsons@mvbalaw.com<br>**Via Email** |
| Counsel to the Official Committee of Unsecured Creditors<br>McDermott Will & Schulte LLP<br>Attn: Darren Azman, Kristin K. Going<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Email: dazman@mwe.com; kgoing@mwe.com<br>**Via Email** | Counsel to Triple Bar Ridgeview Hanover, LLC<br>McNees Wallace & Nurick LLC<br>Attn: Kendall A. Camuti<br>8490 Progress Drive<br>Suite 225<br>Frederick, MD 21701<br>Email: KCamuti@mcneeslaw.com<br>**Via Email** | Counsel to Prince George's County, Maryland<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Attn: Nicole C. Kenworthy<br>6801 Kenilworth Avenue<br>Suite 400<br>Riverdale, MD 20737-1385<br>Email: bdept@mrrlaw.net<br>**Via Email** |
| Counsel to Ken Burton Jr., Manatee County Tax Collector<br>Michelle Leeson, Paralegal, Collections Specialist, CFCA<br>Attn: Michelle Leeson<br>1001 3rd Ave W, Suite 240<br>Bradenton, FL 34205-7863<br>Email: legal@taxcollector.com<br>**Via Email** | Counsel to Sun Life Assurance Company of Canada<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Paul W. Carey<br>100 Front Street<br>Worcester, MA 01608<br>Email: pcarey@mirickoconnell.com<br>**Via Email** | Counsel to Sun Life Assurance Company of Canada<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Shannah L. Colbert<br>1800 West Park Dr<br>Suite 400<br>Westborough, MA 01581<br>Email: scolbert@micricklaw.com<br>**Via Email** |
| Counsel to Woodcrest Management Company<br>Monzack Mersky and Browder, P.A<br>Attn: Rachel B. Mersky<br>1201 N. Orange Street<br>Suite 400<br>Wilmington, DE 19801<br>Email: rmersky@monlaw.com<br>**Via Email** | Counsel to Kimco Realty Corporation<br>Monzack Mersky and Browder, P.A.<br>Attn: Rachel B. Mersky<br>1201 N. Orange Street<br>Suite 400<br>Wilmington, DE 19801<br>Email: rmersky@monlaw.com<br>**Via Email** | Counsel to Vitamin Energy, Inc.<br>Morris James LLP<br>Attn: Brya M. Keilson, Siena B. Cerra<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>Email: bkeilson@morrisjames.com; scerra@morrisjames.com<br>**Via Email** |
| Counsel to the Debtor and Debtor in Possession<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer,<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: rdehney@morrisnichols.com; aremming@morrisnichols.com; dbutz@morrisnichols.com; tmann@morrisnichols.com; csawyer@morrisnichols.com<br>**Via Email** | Counsel to Grey Matter Concepts<br>Morrison Cohen LLP<br>Attn: David J. Kozlowski, Esq.<br>909 Third Avenue<br>27th Floor<br>New York, NY 10022-4784<br>Email: dkozlowski@morrisoncohen.com<br>**Via Email** | Counsel to B & C Properties of Dunn, LLC and Perry's, Inc.<br>Narron Wenzel, PA<br>Attn: David F. Mills<br>102 S Third St<br>PO Box 1567<br>Smithfield, NC 27577<br>Email: dmills@narronwenzel.com<br>**Via Email** |
| Counsel to Bayshore Mall Acquisition<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Attn: Edmond M. George<br>Centre Square West, Suite 3400<br>1500 Market Street<br>Philadelphia, PA 19102<br>Email: edmond.george@obermayer.com<br>**Via Email** | Counsel to Bayshore Mall Acquisition<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Attn: Leslie B. Spoltore<br>123 S. Justison Street<br>Suite 100<br>Wilmington, DE 19801-5364<br>Email: leslie.spoltore@obermayer.com<br>**Via Email** | Counsel to New York State Department of Taxation and Finance ("NYSTAX")<br>Office of the New York State Attorney General<br>Attn: Robert J. Rock<br>Civil Recoveries Bureau Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341<br>Email: robert.rock@ag.ny.gov<br>**Via Email** |
| United States Trustee for the District of Delaware<br>Office of the United States Trustee for the District of Delaware<br>Attn: Linda Casey<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801<br>Email: Linda.Casey@usdoj.gov<br>**Via Email** | Counsel to Saul Holdings Limited Partnership<br>Offit Kurman PA<br>Attn: Brian J McLaughlin<br>222 Delaware Avenue<br>Suite 1105<br>Wilmington, DE 19801<br>Email: brian.mclaughlin@offitkurman.com<br>**Via Email** | Counsel to Oklahoma County Treasurer<br>Oklahoma County Treasurer<br>Attn: Tammy Jones<br>320 Robert S. Kerr<br>Room 307<br>Oklahoma City, OK 73102<br>Email: tammy.jones@oklahomacounty.org<br>**Via Email** |
| Counsel to Hall Park, LLC<br>Olsen Taggart PLLC<br>Attn: Steven L. Taggart, Esq.<br>PO Box 3005<br>Idaho Falls, ID 83403-3005<br>Email: staggart@olsentaggart.com; rparson@olsentaggart.com; rlyon@olsentaggart.com; taggartoffice01@gmail.com<br>**Via Email** | Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC<br>Otterbourg, P.C<br>Attn: Attn: Chad Simon, James V. Drew, and Sarah L. Hautzinger<br>230 Park Ave Ste 29<br>New York, NY 10169<br>Email: csimon@otterbourg.com; jdrew@otterbourg.com; shautzinger@otterbourg.com<br>**Via Email** | Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC<br>Pashman Stein Walder Hayden, P.C<br>Attn: David E. Sklar<br>Court Plaza South, East Wing<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br>Email: dsklar@pashmanstein.com<br>**Via Email** |

Counsel to 415 Orchard Associates, LLC
Pashman Stein Walder Hayden, P.C
Attn: John W. Weiss, Alexis R. Gambale
824 North Market Street
Suite 800
Wilmington, DE 19801
Email: jweiss@pashmanstein.com; agambale@pashmanstein.com
**Via Email**

Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC
Pashman Stein Walder Hayden, P.C
Attn: Joseph C. Barsalona II
824 North Market Street, Suite 800
Wilmington, DE 19801
Email: jbarsalona@pashmanstein.com
**Via Email**

Counsel to City of Cleburne, Cleburne ISD, City of Burleson, Burleson ISD, Johnson County, City of Lake Worth, City of Grapevine, Grapevine-Colleyville ISD, Richardson ISD
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Elizabeth Banda Calvo
500 E. Border Street, Suite 640
Arlington, TX 76010
Email: ebcalvo@pbfcm.com
**Via Email**

Lubbock Central Appraisal District Midland County
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Laura J. Monroe
P.O. Box 817
Lubbock, TX 79408
Email: lmbkr@pbfcm.com
**Via Email**

Counsel to City of Garland, Garland ISD, Bonham ISD, Carrollton-Farmers Branch ISD, Frisco ISD, Plano ISD
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Linda D. Reece
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX 75042
Email: lreece@pbfcm.com
**Via Email**

Counsel to Brazoria County, Brazoria Drainage District # 4, Special Road And Bridge District, Brazosport Independent School District, City of Lake Jackson, Brazosport College, Velasco Drainage District, Pearland Independent School District and City of Pea
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Melissa E. Valdez
1235 North Loop West, Suite 600
Houston, TX 77008
Email: mvaldez@pbfcm.com
**Via Email**

Counsel to Cooke County and Wichita County
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Mollie Lerew
P.O. Box 8188
Wichita Falls, TX 76307
Email: wichitafalls@pbfcm.com
**Via Email**

Counsel to Taxing Districts Collected by Potter County and Taxing Districts Collected
by Randall County
Perdue, Brandon, Fielder, Collins, and Mott, LLP
Attn: Alysia Cordova
PO Box 9132
Amarillo, TX 79105
Email: amabkr@pbfcm.com; acordova@pbfcm.com
**Via Email**

Counsel to Brownsville Independent School District, Weslaco Independent School District
Perdue, Brandon, Fielder, Collins, and Mott, LLP
Attn: Hiram Gutierrez
PO Box 2916
McAllen, TX 78502
Email: edinburgbankruptcy@pbfcm.com
**Via Email**

Counsel to Topaz Distribution, LLC
Perkins Coie LLP
Attn: Amir Gamliel
1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721
Email: AGamliel@perkinscoie.com
**Via Email**

Counsel to Creative Home and Kitchen, LLC
Peter Spindel, Esq.
Attn: Peter Spindel
8181 NW 154 St. #204
Miami Lakes, FL 33016-5861
Email: peterspindel@gmail.com
**Via Email**

Counsel to Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc.
Phelps Dunbar LLP
Attn: Danielle Mashburn-Myrick
101 Dauphin Street
Suite 1000
Mobile, AL 36602
Email: danielle.mashburn-myrick@phelps.com
**Via Email**

Counsel to Big Milf2 Owner, LLC
Pierson Ferdinand LLP
Attn: Jeffrey M. Carbino
1007 N. Orange Street
Suite 420
Wilmington, DE 19801
Email: jeffrey.carbino@pierferd.com
**Via Email**

Counsel to Topaz Distribution, LLC, Squaretrade, Inc.
Polsinelli PC
Attn: Christopher A. Ward, Michael V. DiPietro
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801
Email: cward@polsinelli.com; mdipietro@polsinelli.com
**Via Email**

Counsel to Giftree Crafts Company Limited
Porzio, Bromberg & Newman, P.C.
Attn: Cheryl A. Santaniello
300 Delaware Avenue
Suite 1220
Wilmington, DE 19801
Email: casantaniello@pbnlaw.com
**Via Email**

Counsel to Giftree Crafts Company Limited
Porzio, Bromberg & Newman, P.C.
Attn: Kelly D. Curtin, Jenny Zhou
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
Email: kdcurtin@pbnlaw.com; jzhou@pbnlaw.com
**Via Email**

Counsel to Ocean Network Express (North America) Inc.
Price Meese Shulman & D'Arminio, P.C.
Attn: Rick A. Steinberg
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677
Email: rsteinberg@pricemeese.com
**Via Email**

Counsel to Parkridge Main LLC and Gratiot, LLC
Rashti and Mitchell, Attorneys at law
Attn: Timothy T. Mitchell, Donna Kaye Rashti
4422 Ridgeside Drive
Dallas, TX 75244
Email: tim@rashtiandmitchell.com; dkrm@aol.com; donna@rashtiandmitchell.com
**Via Email**

Counsel to City of Alexandria, Louisiana and Cleco Power LLC
Richard A. Rozanski, APLC
Attn: Richard A. Rozanski
P.O. Box 13199
Alexandria, LA 71315-3199
Email: richard@rarlaw.net
**Via Email**

Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC
Richards, Layton & Finger, P.A.
Attn: John H. Knight, Mark D. Collins, Zachary J. Javorsky
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Email: knight@rlf.com; collins@rlf.com; javorsky@rlf.com
**Via Email**

Counsel to CORTA Stevens Point, LLC
Richman & Richman LLC
Attn: Michael P. Richman, Esq.
122 W. Washington Avenue
Suite 850
Madison, WI 53703
Email: mrichman@randr.law
**Via Email**

Counsel to Gordon Brothers Retail Partners, LLC
Riemer & Braunstein LLP
Attn: Steven Fox
Times Square Tower
7 Times Sq, Suite 2506
New York, NY 10036
Email: SFox@riemerlaw.com
**Via Email**

Counsel to Steve Silver Company
Ritter Spencer Cheng PLLC
Attn: David D. Ritter
15305 Dallas Parkway
12th Floor
Addison, TX 75001
Email: dritter@ritterspencercheng.com
**Via Email**

Counsel to Corpus Christi Firefighters' Retirement System
Robbins Geller Rudman & Dowd LLP
Attn: Randall J. Baron, Esq., Steven F. Hubachek, Esq., Benny C. Goodman, III, Esq., Erik W. Luedeke, Esq., Heather G. Geiger, Esq.
655 West Broadway
Suite 1900
San Diego, CA 92101
Email: randyb@rgrdlaw.com; shubachek@rgrdlaw.com; bennyg@rgrdlaw.com; eluedeke@rgrdlaw.com; hgeiger@rgrdlaw.com
**Via Email**

7

| | | |
|---|---|---|
| Counsel to Triple Bar Ridgeview Hanover, LLC<br>Robinson & Cole LLP<br>Attn: Jamie L. Edmonson<br>1201 N. Market Street<br>Suite 1406<br>Wilmington, DE 19801<br>Email: jedmonson@rc.com<br>**Via Email** | Counsel to Tropicana Palm Plaza LLC<br>Robinson & Cole LLP<br>Attn: Jamie L. Edmonson<br>1201 N. Market Street<br>Suite 1406<br>Wilmington, DE 19801<br>Email: jedmonson@rc.com<br>**Via Email** | Counsel to Katie J. Jennings and Allen Jennings<br>Robinson & Cole LLP<br>Attn: Jamie L. Edmonson<br>1201 N. Market Street<br>Suite 1406<br>Wilmington, DE 19801<br>Email: jedmonson@rc.com<br>**Via Email** |
| Counsel to Serta, Inc.<br>Rogers Law Offices<br>Attn: Beth E. Rogers Scott Kuperberg<br>River Ridge 9040 Roswell Rd<br>Suite 205<br>Atlanta, GA 30350<br>Email: brogers@berlawoffice.com; skuperberg@berlawoffice.com<br>**Via Email** | Counsel to 7023 Broward LLC<br>Roth & Scholl<br>Attn: Jeffrey C. Roth<br>866 South Dixie Highway<br>Coral Gables, FL 33146<br>Email: jeff@rothandscholl.com<br>**Via Email** | Counsel to 415 Orchard Associates, LLC<br>Royer Cooper Cohen Braunfeld LLC<br>Attn: Marc Skapof<br>1120 Avenue of the Americas<br>4th Floor<br>New York, NY 10036<br>Email: MSkapof@rccblaw.com<br>**Via Email** |
| Counsel to Aldi Inc<br>Rubine & Levin, PC<br>Attn: James E. Rossow Jr.<br>135 N. Pennsylvania St<br>Suite 1400<br>Indianapolis, IN 46204<br>Email: jim@rubin-levin.net<br>**Via Email** | Counsel to Attic Products, Dewan & Sons, and Dan Dee International LLC<br>Sarachek Law Firm<br>Attn: Zachary E. Mazur, Joseph E. Sarachek<br>670 White Plains Road<br>Penthouse Suite<br>Scarsdale, NY 10583<br>Email: zachary@sarachelawfirm.com; joe@sarachelawfirm.com<br>**Via Email** | Counsel to Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc.<br>Saul Ewing LLP<br>Attn: Evan T. Miller<br>1201 N. Market St, Suite 2300<br>PO Box 1266<br>Wilmington, DE 19899<br>Email: evan.miller@saul.com<br>**Via Email** |
| Counsel to Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc.<br>Saul Ewing LLP<br>Attn: Jorge Garcia<br>701 Brickell Avenue, Suite 1700<br>Miami, FL 33131<br>**Via First-Class Mail** | Counsel to Logo Brands, Inc.<br>Saul Ewing LLP<br>Attn: Lucian B. Murley<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Email: luke.murley@saul.com<br>**Via Email** | Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc.<br>Saul Ewing LLP<br>Attn: Monique B. DiSabatino<br>1201 North Market Street Suite 2300<br>Wilmington, DE 19899<br>Email: monique.disabatino@saul.com<br>**Via Email** |
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc.<br>Saul Ewing LLP<br>Attn: Turner N Falk<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Email: turner.falk@saul.com<br>**Via Email** | Counsel to Y&O Faulkner, LLC, Y & O Town & Country, LLC, and Y &O 240, LLC<br>Scheef & Stone, L.L.P.<br>Attn: Peter C. Lewis<br>500 N. Akard St., Ste. 2700<br>Dallas, TX 75201<br>Email: peter.lewis@solidcounsel.com<br>**Via Email** | Counsel to Prestige Patio, Co., LTD<br>Schrier Shayne P.C.<br>Attn: Richard E. Schrier<br>64 Fulton Street<br>New York, NY 10038<br>Email: resincourt@aol.com; richardschrier@gmail.com<br>**Via Email** |
| Securities and Exchange Commission<br>Securities & Exchange Commission - NY Office<br>Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022<br>Email: bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov<br>**Via Email** | Securities and Exchange Commission<br>Securities & Exchange Commission - Philadelphia Office<br>Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia, PA 19103<br>Email: secbankruptcy@sec.gov<br>**Via Email** | Counsel to Wayne County Treasurer<br>Shermeta, Kilpatrick & Associates, PLLC<br>Attn: Richardo I. Kilpatrick<br>615 Griswold<br>Suite 1305<br>Detroit, MI 48226-3985<br>Email: ecf@kaalaw.com<br>**Via Email** |
| Counsel to Levin Properties, L.P.<br>Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>Email: egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com<br>**Via Email** | Counsel to Norman Owczarkowski<br>Simon PLC Attorneys & Counselors<br>Attn: Craig T. Mierzwa<br>363 W. Big Beaver Road<br>Suite 410<br>Troy, MI 48084<br>Email: cmierzwa@simonattys.com<br>**Via Email** | Counsel to B33 Centereach II LLC and B33 Great Northern II LLC, and RPI Ridgmar Town Square Ltd, RPI Courtyard Ltd and RPI Overland Ltd<br>Singer & Levick, P.C.<br>Attn: Michelle E. Shriro<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br>Email: mshriro@singerlevick.com<br>**Via Email** |
| Counsel to Meadowbrook V, LP, ARD MAC Commons LLC, ARD West Whiteland LLC, The View at Marlton LLC, and Village Green Realty L.P., Rising Sun Owner, LP, HKJV, LLC<br>Sirlin Lesser & Benson, P.C.<br>Attn: Dana S. Plon<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109<br>Email: dplon@sirlinlaw.com<br>**Via Email** | Counsel to Woodbridge Crossing Urban Renew LLC<br>Sirlin Lesser & Benson, P.C.<br>Attn: Dana S. Plon<br>123 South Broad Street<br>Suite 2100<br>Philadelphia, PA 19109<br>Email: dplon@sirlinlaw.com<br>**Via Email** | Counsel to STL Global Sales LLC<br>Sirlin Lesser & Benson, P.C.<br>Attn: Dana S. Plon<br>123 South Broad Street<br>Suite 2100<br>Philadelphia, PA 19109<br>Email: dplon@sirlinlaw.com<br>**Via Email** |

| | | |
|---|---|---|
| Counsel to Madeira Plaza Power LLC<br>Sirlin Lesser & Benson, P.C.<br>Attn: Dana S. Plon<br>123 South Broad Street<br>Suite 2100<br>Philadelphia, PA 19109<br>Email: dplon@sirlinlaw.com<br>**Via Email** | Counsel to Conopco, Inc d/b/a Unilever United States, 1600 Eastchase Parkway Leasing LLC<br>Stark & Stark, P.C.<br>Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin<br>PO Box 5315<br>Princeton, NJ 08543<br>Email: jlemkin@stark-stark.com; tonder@stark-stark.com; jlemkin@stark-stark.com<br>**Via Email** | State of Alabama Attorney General<br>State of Alabama Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery, AL 36130-0152<br>**Via First-Class Mail** |
| State of Alaska Attorney General<br>State of Alaska Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau, AK 99811-0300<br>Email: ATTORNEY.GENERAL@ALASKA.GOV<br>**Via Email** | State of Arizona Attorney General<br>State of Arizona Attorney General<br>Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926<br>Email: AGINFO@AZAG.GOV<br>**Via Email** | State of Arkansas Attorney General<br>State of Arkansas Attorney General<br>Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock, AR 72201-2610<br>**Via First-Class Mail** |
| State of California Attorney General<br>State of California Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Email: BANKRUPTCY@COAG.GOV<br>**Via Email** | State of Colorado Attorney General<br>State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10Th Floor<br>Denver, CO 80203<br>**Via First-Class Mail** | State of Connecticut Attorney General<br>State of Connecticut Attorney General<br>Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford, CT 06106<br>Email: ATTORNEY.GENERAL@CT.GOV; DENISE.MONDELL@CT.GOV; brendan.flynn@ct.gov<br>**Via Email** |
| State of Delaware Attorney General<br>State of Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801<br>Email: ATTORNEY.GENERAL@STATE.DE.US<br>**Via Email** | State of Florida Attorney General<br>State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee, FL 32399-1050<br>**Via First-Class Mail** | State of Georgia Attorney General<br>State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, Sw<br>Atlanta, GA 30334-1300<br>**Via First-Class Mail** |
| State of Hawaii Attorney General<br>State of Hawaii Attorney General<br>Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu, HI 96813<br>Email: HAWAIIAG@HAWAII.GOV<br>**Via Email** | State of Idaho Attorney General<br>State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-1000<br>**Via First-Class Mail** | State of Illinois Attorney General<br>State of Illinois Attorney General<br>Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago, IL 60601<br>Email: WEBMASTER@ATG.STATE.IL.US<br>**Via Email** |
| State of Indiana Attorney General<br>State of Indiana Attorney General<br>Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5Th Floor<br>Indianapolis, IN 46204<br>Email: INFO@ATG.IN.GOV<br>**Via Email** | State of Iowa Attorney General<br>State of Iowa Attorney General<br>Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines, IA 50319<br>Email: WEBTEAM@AG.IOWA.GOV<br>**Via Email** | State of Kansas Attorney General<br>State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 Sw 10Th Ave., 2Nd Floor<br>Topeka, KS 66612-1597<br>**Via First-Class Mail** |
| State of Kentucky Attorney General<br>State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601<br>**Via First-Class Mail** | State of Louisiana Attorney General<br>State of Louisiana Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095<br>**Via First-Class Mail** | State of Maine Attorney General<br>State of Maine Attorney General<br>Attn: Bankruptcy Department<br>6 State House Station<br>Augusta, ME 04333-0000<br>**Via First-Class Mail** |
| State of Maryland Attorney General<br>State of Maryland Attorney General<br>Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore, MD 21202-2202<br>Email: OAG@OAG.STATE.MD.US<br>**Via Email** | State of Massachusetts Attorney General<br>State of Massachusetts Attorney General<br>Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston, MA 02108-1698<br>**Via First-Class Mail** | State of Michigan Attorney General<br>State of Michigan Attorney General<br>Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7Th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing, MI 48909-0212<br>Email: MIAG@MICHIGAN.GOV; AG-COD@michigan.gov<br>**Via Email** |
| State of Minnesota Attorney General<br>State of Minnesota Attorney General<br>Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131<br>Email: Bankruptcy.Notices@ag.state.mn.us<br>**Via Email** | State of Mississippi Attorney General<br>State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson, MS 39201<br>**Via First-Class Mail** | State of Missouri Attorney General<br>State of Missouri Attorney General<br>Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City, MO 65102<br>Email: ATTORNEY.GENERAL@AGO.MO.GOV<br>**Via Email** |

State of Montana Attorney General
State of Montana Attorney General
Attn: Bankruptcy Department
215 N Sanders, Third Floor
Po Box 201401
Helena, MT 59620-1401
Email: CONTACTDOJ@MT.GOV
**Via Email**

State of Nebraska Attorney General
State of Nebraska Attorney General
Attn: Bankruptcy Department
2115 State Capitol
2Nd Fl, Rm 2115
Lincoln, NE 68509-8920
Email: NEDOJ@NEBRASKA.GOV
**Via Email**

State of Nevada Attorney General
State of Nevada Attorney General
Attn: Bankruptcy Department
100 North Carson Street
Carson City, NV 89701
Email: AGINFO@AG.NV.GOV
**Via Email**

State of New Hampshire Attorney General
State of New Hampshire Attorney General
Attn: Bankruptcy Department
33 Capitol St.
Concord, NH 03301-0000
Email: ATTORNEYGENERAL@DOJ.NH.GOV
**Via Email**

State of New Jersey Attorney General
State of New Jersey Attorney General
Attn: Bankruptcy Department
Rj Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080
Email: ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US;
Jeff.Koziar@law.njoag.gov
**Via Email**

State of New Mexico Attorney General
State of New Mexico Attorney General
Attn: Bankruptcy Department
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Email: aserrato@nmdoj.gov; aswenson@nmdoj.gov
**Via Email**

State of New York Attorney General
State of New York Attorney General
Attn: Bankruptcy Department
The Capitol
Albany, NY 12224-0341
**Via First-Class Mail**

State of North Carolina Attorney General
State of North Carolina Attorney General
Attn: Bankruptcy Department
9001 Mail Service Center
Raleigh, NC 27699-9001
**Via First-Class Mail**

State of North Dakota Attorney General
State of North Dakota Attorney General
Attn: Bankruptcy Department
State Capitol
600 E Boulevard Ave Dept 125
Bismarck, ND 58505-0040
Email: NDAG@ND.GOV
**Via Email**

State of Ohio Attorney General
State of Ohio Attorney General
Attn: Bankruptcy Department
30 E. Broad St., 14Th Floor
Columbus, OH 43215
Email: Mahisha.Sanson@OhioAGO.gov
**Via Email**

State of Oklahoma Attorney General
State of Oklahoma Attorney General
Attn: Bankruptcy Department
313 Ne 21St Street
Oklahoma City, OK 73105
Email: consumerprotection@oag.ok.gov
**Via Email**

State of Oregon Attorney General
State of Oregon Attorney General
Attn: Bankruptcy Department
1162 Court Street Ne
Salem, OR 97301
Email: CONSUMER.HOTLINE@DOJ.STATE.OR.US;
justin.leonard@doj.oregon.gov
**Via Email**

State of Pennsylvania Attorney General
State of Pennsylvania Attorney General
Attn: Bankruptcy Department
Strawberry Square
16Th Floor
Harrisburg, PA 17120
**Via First-Class Mail**

State of Rhode Island Attorney General
State of Rhode Island Attorney General
Attn: Bankruptcy Department
150 South Main Street
Providence, RI 02903-0000
**Via First-Class Mail**

State of South Carolina Attorney General
State of South Carolina Attorney General
Attn: Bankruptcy Department
P.O. Box 11549
Columbia, SC 29211-1549
**Via First-Class Mail**

State of South Dakota Attorney General
State of South Dakota Attorney General
Attn: Bankruptcy Department
1302 East Highway 14
Suite 1
Pierre, SD 57501-8501
Email: CONSUMERHELP@STATE.SD.US
**Via Email**

State of Tennessee Attorney General
State of Tennessee Attorney General
Attn: Bankruptcy Dept; Stephen R. Butler
P.O. Box 20207
Nashville, TN 37202-0207
Email: STEVE.BUTLER@AG.TN.GOV
**Via Email**

State of Texas Attorney General
State of Texas Attorney General
Attn: Bankruptcy Department
Capitol Station
PO Box 12548
Austin, TX 78711-2548
Email: public.information@oag.state.tx.us
**Via Email**

State of Utah Attorney General
State of Utah Attorney General
Attn: Bankruptcy Department
Po Box 142320
Salt Lake City, UT 84114-2320
Email: bankruptcy@agutah.gov
**Via Email**

State of Vermont Attorney General
State of Vermont Attorney General
Attn: Bankruptcy Department
109 State St.
Montpelier, VT 05609-1001
**Via First-Class Mail**

State of Virginia Attorney General
State of Virginia Attorney General
Attn: Bankruptcy Department
Financial Recovery Section
Post Office Box 610
Richmond, VA 23218-0610
**Via First-Class Mail**

State of Washington Attorney General
State of Washington Attorney General
Attn: Bankruptcy Department
1125 Washington St. Se
P.O. Box 40100
Olympia, WA 98504-0100
**Via First-Class Mail**

State of West Virginia Attorney General
State of West Virginia Attorney General
Attn: Bankruptcy Department
State Capitol Bldg 1 Room E 26
Charleston, WV 25305
Email: CONSUMER@WVAGO.GOV
**Via Email**

State of Wisconsin Attorney General
State of Wisconsin Attorney General
Attn: Bankruptcy Department
Wisconsin Department Of Justice
17 West Main Street, Post Office Box 7857
Madison, WI 53707
Email: DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US
**Via Email**

State of Wyoming Attorney General
State of Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24Th Street
Cheyenne, WY 82002
**Via First-Class Mail**

Counsel to Edifis, USC, LLC and Edifis LJC, LTD
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A
Attn: Eric J. Silver
150 West Flagler Street
Suite 2200
Miami, FL 33120
Email: esilver@stearnsweaver.com
**Via Email**

Counsel to Eagle Enterprises of Jefferson, Inc.
Steeg Law Firm, LLC
Attn: Henry Opotowsky
201 St. Charles Avenue
Suite 3201
New Orleans, LA 70170
Email: hopotowsky@steeglaw.com
**Via Email**

10

| | | |
|---|---|---|
| Counsel to Dell Financial Services L.L.C.<br>Streusand, Landon, Ozburn & Lemmon, LLP<br>Attn: Sabrina L. Streusand<br>1801 S. MoPac Expressway, Suite 320<br>Austin, TX 78746<br>Email: streusand@slollp.com<br>**Via Email** | Counsel to Dole Packaged Foods, LLC<br>Sullivan Hazeltine Allinson LLC<br>Attn: Elihu E. Allinson, III<br>919 North Market Street<br>Suite 420<br>Wilmington, DE 19801<br>Email: zallinson@sha-llc.com<br>**Via Email** | Counsel to Sensational Brans, Inc. and The Marketing Group LLC<br>Susan E. Kaufman, LLC<br>Attn: Susan E. Kaufman<br>919 North Market Street<br>Suite 460<br>Wilmington, DE 19801<br>Email: skaufman@skaufmanlaw.com<br>**Via Email** |
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and J Tayman Lane Chaverri LLP<br>Attn: Jeffrey Rhodes<br>2001 L Street, NW, Suite 500<br>Washington, DC 20036<br>Email: jrhodes@tlclawfirm.com;<br>**Via Email** | Counsel to Carrollton-White Marsh, LLC<br>Tenenbaum & Saas, P.C.<br>Attn: Bradshaw Rost<br>4504 Walsh Street<br>Suite 200<br>Chevy Chase, MD 20815<br>Email: BRost@tspclaw.com<br>**Via Email** | Counsel to Unison Mooresville, LLC<br>Tenenbaum & Saas, P.C.<br>Attn: Bradshaw Rost<br>4504 Walsh Street, Suite 200<br>Chevy Chase, MD 20815<br>Email: brost@tspclaw.com<br>**Via Email** |
| Counsel to Texas Comptroller of Public Accounts<br>Texas Attorney General's Office<br>Attn: Jamie Kirk<br>Bankruptcy & Collections Division<br>12221 Merit Drive, Suite 825<br>Dallas, TX 75251<br>Email: jamie.kirk@oag.texas.gov<br>**Via Email** | Counsel to Amy Eskra-Brown and Carol Donnelly<br>The Chiurazzi Law Group<br>Attn: Wayne M. Chiurazzi and Edward W. Wertman<br>101 Smithfield Street<br>Pittsburgh, PA 15222<br>Email: wchiurazzi@the-attorneys.com; ewertman@the-attorneys.com<br>**Via Email** | Counsel to Siegen Village Shopping Center, LLC<br>The Cohn Law Firm LLC<br>Attn: David M. Cohn, D Brian Cohn, Bartley P. Bourgeois, Allyson S. Jarreau<br>10754 Linkwood Court, Suite 1<br>Baton Rouge, LA 70810<br>Email: bartley@thecohnlawfirm.com; dmcohn@thecohnlawfirm.com; contact@thecohnlawfirm.com<br>**Via Email** |
| Counsel to AP Growth Properties, LP, Mesilla Valley Business Partners, LLC, Ten East Partners, L.P., Cielo Paso Parke Green, L.P., Kams Partners, LP, Pleasanton Partners, LP<br>The Ehrlich Law Firm<br>Attn: William Ehrlich<br>444 Executive Center Blvd, Suite 240<br>El Paso, TX 79902<br>Email: william@ehrlichlawfirm.com<br>**Via Email** | Counsel to John Florence, District & Urban Texas, Inc.<br>The Law Office of James Tobia, LLC<br>Attn: James Tobia<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>Email: jtobia@tobialaw.com<br>**Via Email** | Counsel to T'ron Bowie, Prestige Patio Co., LTD<br>The Law Office of James Tobia, LLC<br>Attn: James Tobia<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>Email: jtobia@tobialaw.com<br>**Via Email** |
| Counsel to Oracle America, Inc.<br>The Magnozzi Law Firm, P.C.<br>Attn: Mark F. Magnozzi, Benjamin Rachelson<br>23 Green Street<br>Suite 302<br>Huntington, NY 11743<br>Email: mmagnozzi@magnozzilaw.com<br>**Via Email** | Counsel to SJL Wholesale Group, Steve Silver Company<br>The Powell Firm, LLC<br>Attn: Jason C. Powell, Thomas J. Reichert<br>1813 N. Franklin Street<br>P.O. Box 289<br>Wilmington, DE 19899<br>Email: jpowell@delawarefirm.com<br>**Via Email** | Counsel to Liberty Mutual Insurance Company<br>The Rosner Law Group LLC<br>Attn: Frederick B. Rosner, Zhao (Ruby) Liu<br>824 N. Market St.<br>Suite 810<br>Wilmington, DE 19801<br>Email: rosner@teamrosner.com; liu@teamronser.com<br>**Via Email** |
| Counsel to Hybrid Promotions, LLC d/b/a Hybrid Apparel<br>The Williams Law Firm, P.A.<br>Attn: John Legaré Williams, Brian Charles Crawford<br>1201 N. Orange Street<br>Suite 600<br>Wilmington, DE 19801<br>Email: John@TrustWilliams.com; Brian@TrustWilliams.com<br>**Via Email** | Counsel to The Malon D. Mimms Company<br>Thompson, O'Brien, Kappler & Nasuti, P.C.<br>Attn: Michael B. Pugh<br>2 Sun Court, Suite 400<br>Peachtree Corners, GA 30092<br>Email: mpugh@tokn.com<br>**Via Email** | Tennessee Department of Revenue<br>TN Dept of Revenue<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207<br>Email: AGBankDelaware@ag.tn.gov<br>**Via Email** |
| Counsel to Travis County<br>Travis County<br>Attn: Jason A. Starks<br>P.O. Box 1748<br>Austin, TX 78767<br>Email: Jason.Starks@traviscountytx.gov<br>**Via Email** | Counsel to 1600 Eastchase Parkway Leasing LLC<br>Turner Law APC<br>Attn: John M. Turner, Esq.<br>600 B Street<br>Suite 1700<br>San Diego, CA 92101<br>Email: jmt@tmsdlaw.com<br>**Via Email** | Counsel to The J. M. Smucker Company<br>Tydings & Rosenberg LLP<br>Attn: Stephen B. Gerald<br>200 Continental Drive<br>Suite 401<br>Newark, DE 19713<br>Email: sgerald@tydings.com<br>**Via Email** |
| Counsel to The J.M. Smucker Company and Hostess Brands, Inc.<br>Tydings & Rosenberg LLP<br>Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark, DE 19713<br>Email: sgerald@tydings.com<br>**Via Email** | Counsel to Post Consumer Brands, LLC and Post Brands Pet Care, LLC<br>Tydings & Rosenberg LLP<br>Attn: Stephen B. Gerald<br>200 Continental Drive, Suite 401<br>Newark, DE 19713<br>Email: sgerald@tydings.com<br>**Via Email** | U.S. Attorney for the District of Delaware<br>U.S. Attorney for Delaware<br>Attn: David C. Weiss<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington, DE 19801<br>**Via First-Class Mail** |

| | | |
|---|---|---|
| Securities and Exchange Commission<br>U.S. Securities and Exchange Commission - Headquarters<br>Secretary of the Treasury<br>100 F. Street NE<br>Washington, DC 20549<br>Email: secbankruptcy@sec.gov<br>**Via Email** | Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C.<br>UB Greensfelder LLP<br>Attn: Randall F. Scherck<br>10 S. Broadway<br>Suite 2000<br>St. Louis, MO 63102<br>Email: rscherck@ubglaw.com<br>**Via Email** | United States of America Attorney General<br>United States of America Attorney General<br>Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave Nw<br>Washington, DC 20530-0001<br>**Via First-Class Mail** |
| United Texas Bank<br>United Texas Bank<br>Attn: Loan Operations<br>13101 Preston Road<br>Suite 200<br>Dallas, TX 75240<br>**Via First-Class Mail** | Counsel to 5620 Nolensville Pike, LLC<br>Varnum LLP<br>Attn: Brendan G. Best<br>480 Pierce Street, Suite 300<br>Birmingham, MI 48009<br>Email: bgbest@varnumlaw.com<br>**Via Email** | Counsel to Perrigo Direct, Inc.<br>Warner Norcross + Judd LLP<br>Attn: Gordon J. Toering<br>150 Ottawa Avenue, NW, Suite 1500<br>Grand Rapids, MI 49503<br>Email: gtoering@wnj.com<br>**Via Email** |
| Washington Dc Attorney General<br>Washington DC Attorney General<br>Attn: Bankruptcy Department<br>441 4Th Street, Nw<br>Washington, DC 20001<br>Email: OAG@DC.GOV<br>**Via Email** | Counsel to Serta, Inc.<br>Werb & Sullivan<br>Attn: Brian A. Sullivan<br>1225 N King Street<br>Suite 600<br>Wilmington, DE 19801<br>Email: bsullivan@werbsullivan.com<br>**Via Email** | Counsel to Sky Crossroads, LLC, Sky Irondequoit, LLC, Sky NY Holdings, LLC<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>Attn: Jeff Carruth<br>24 Greenway Plaza, Suite 2050<br>Houston, TX 77046<br>Email: jcarruth@wkpz.com<br>**Via Email** |
| Counsel to Cambridge Investment Inc.<br>Whiteford, Taylor & Preston LLP<br>Attn: William F. Taylor, Jr<br>600 North King Street<br>Suite 300<br>Wilmington, DE 19801<br>Email: wtaylor@whitefordlaw.com<br>**Via Email** | Counsel to Cambridge Investment Inc.<br>Whiteford, Taylor & Preston LLP<br>Attn: David W. Gaffey<br>3190 Fairview Park Drive<br>Suite 800<br>Falls Church, VA 22042-4510<br>Email: dgaffey@whitefordlaw.com<br>**Via Email** | Counsel to Homestar North America, LLC and Prima Holdings International Limited<br>Williams Mullen<br>Attn: Michael D. Mueller, Jennifer M. McLemore<br>200 South 10th, Street, Suite 1600<br>Richmond, VA 23219-3095<br>Email: mmueller@williamsmullen.com; jmclemore@williamsmullen.com<br>**Via Email** |
| Co-Counsel to Jetrich Canada Ltd.<br>Womble Bond Dickinson (US) LLP<br>Attn: Kevin J. Mangan<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>Email: kevin.mangan@wbd-us.com<br>**Via Email** | Counsel to NCR Voyix Corporation, Everstar Merchandise Co., Ltd., and Everstar Merchandise Co.<br>Womble Bond Dickinson (US) LLP<br>Attn: Matthew P. Ward, Lisa Bittle Tancredi<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>Email: matthew.ward@wbd-us.com; lisa.tancredi@wbd-us.com<br>**Via Email** | Counsel to Gateway BL Acquisition, LLC<br>Young Conaway Stargatt & Taylor, LLP<br>Attn: Joseph Barry, Kenneth J. Enos, Jared W. Kochenash<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: jbarry@ycst.com; kenos@ycst.com; jkochenash@ycst.com<br>**Via Email** |