**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In Re: <br><br> BIG LOTS, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 24-11967 (JKS) |
|---|---|

**NOTICE OF REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE, that John M. Turner of Turner Law APC, counsel for Dangood-RSM LP, having previously appeared, now requests to be removed from the Official Service List and the Electronic Case Filing (ECF) email notification system for the matter.

> Turner Law APC
> 600 B Street, Suite 1700
> San Diego, CA 92101
> Attn: John M. Turner, Esq., California SBN: 080769
> Telephone: 619-237-1212
> Email: jmt@tmsdlaw.com
> Counsel to Dangood-RSM LP

Dated: September 5, 2025                    By: /s/ *John M. Turner*
                                                 John M. Turner

1

## CERTIFICATE OF SERVICE

      I certify that on September 5, 2025, I caused a copy of the documents listed below to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware.

1. Notice of Removal From Service List

                                                                        */s/ Heidi C. Whitney*