**Exhibit 3**

# **EXHIBIT 3**

DocuSign Envelope ID: AF85790E-0D60-45FC-A03C-69AFA9BBA62B

Broker: Lipp CDS Inc.
Agent: Deron M. Conway
California Salesperson #00997963

## CLIENT REGISTRATION AND COMMISSION AGREEMENT

The purpose of this Agreement is to set forth a mutual understanding between **Lipp CDS, Inc.** ("Broker") and **Big Lots Stores – PNS, LLC** ("Seller") or assignee with regards to the payment of a commission to Broker for broker services rendered, if a sale is consummated between the below listed client of Broker and Seller, for the real property located at:

Big Lots Store # 4107
6351 Westminster Blvd.
Westminster, CA 92683

This Agreement is regarding the below listed Client and/or their Assignees:

**BBIG Holdings, LLC**

In the event that escrow closes between Client (which term shall include any assignee, nominee, affiliate or successor to the party first identified as the Client) and Seller (which term shall include any assignee, nominee, affiliate, representative or successor to the party first identified as the Seller), Seller agrees to pay a fee for service to Broker in an amount equal to One Hundred Eighty Thousand Dollars ($180,000.00). Said fee shall be due and payable to Broker upon close of escrow and paid by the title company from the proceeds of the sale.

In the event that all or any portion of the fee is not paid within seven (7) days of the close of escrow, interest shall accrue thereon from the due date until paid at the rate of five (5) % per annum. In the event of any dispute or breach under the terms hereof, the prevailing party shall be entitled to recover its costs and reasonable attorney's fees incurred in enforcing its rights hereunder.

The undersigned warrant that they're an officer of Seller and have the authority to execute this Agreement. The terms, provisions, covenants, and conditions contained in this agreement shall apply to, bind and inure to the benefit of the successors and assigns of Broker and Big Lots Stores – PNS, LLC ("Seller").



9121 W Russell Rd Suite 111 | Las Vegas, NV 89148
(P) 702.363.3100 | (F) 702.363.0450 | www.roicre.com

DocuSign Envelope ID: AF85790E-0D60-45FC-A03C-69AFA9BBA62B

**Disclosure of Agency:**

Pursuant to California Real Estate Division rules, it is disclosed and understood that Broker represents the Client (Buyer) in this transaction and is accepting compensation from the Seller who is representing itself.

This Agreement shall expire on February 1, 2024.

Receipt of copy of this Agreement is hereby acknowledged.

AGREED this ___3___ day of February 2023

Lipp CDS, Inc.

_[signature: Lawrence O Lipp]_

BY: Larry Lipp

ITS: Broker

Big Lots Stores – CSR PNS, LLC ("Seller")

_[signature: Jonathan Ramsden]_
0CDC2E2DA35F400...

BY: Jonathan Ramsden

ITS: EVP, CF&AO

_[signature: Deron Conway]_

BY: Deron Conway

ITS: Agent/Salesperson

Page 2