**<u>Exhibit 4</u>**

# EXHIBIT 4

DocuSign Envelope ID: 9EC55277-4675-   JD-9654-FA9CD6E3F4E8

**_COMMISSION AGREEMENT_**

**TRANSACTION:**  6351 Westminster Ave., Westminster, CA 92683

**BROKER/PAYOR:**  Lipp CDS, Inc.

**CO-OP AGENT/PAYEE:**  Back Bay Realty Group
Attn: Andrew Fielder
3857 BIRCH ST #195
NEWPORT BEACH, CA 92660
CA License ID:  02046883

**FEE AMOUNT:**  One hundred twenty thousand dollars ($120,000)

**TERMS:**  Payable within fifteen (15) days after close of escrow and receipt of funds.

**AGREED AND ACCEPTED ON THIS** ___3RD___ **DAY OF MARCH 2023**

**LIPP CDS, INC.**

BY:  Larry Lipp
ITS:  Broker

Deron Conway

ITS:  Agent/Salesperson

**Back Bay Realty Group**
DocuSigned by:

Andrew Fielder
Andrew Fielder   7489...
ITS:  Founder & CEO