**Exhibit 9**

# **EXHIBIT 9**



**Chicago Title Insurance Company**
1 S. Main St., Suite 250
Dayton, OH 45402
Phone: (937)223-8378 Fax: 937-963-0843

## Closing Statement

| | |
|---|---|
| **Settlement Date:** | January 31, 2025 |
| **Disbursement Date:** | January 31, 2025 |
| **Order Number:** | 38230047 |
| **Escrow Officer:** | Ruth Perry |
| **Buyer:** | 6351 Westminster Blvd, LLC, a Wyoming limited liability company<br>3857 Birch St. #195<br>Newport Beach, CA 92660 |
| **Seller:** | Big Lots Stores - PNS, LLC, a California limited liability company<br>4900 E Dublin Granville Rd<br>Westerville, OH 43081 |
| **Lender:** | BAI DEBT HOLDINGS A, LLC, a Delaware limited liability company |
| **Property:** | 6351 Westminster Blvd.<br>Westminster, CA 92683<br>Orange County<br>APN/Parcel ID: 203-562-14 |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Sale Price** | | |
| | 6,100,000.00 | Purchase Price | 6,100,000.00 | |
| | | **Deposits** | | |
| | | Deposit or Earnest Money | | 250,000.00 |
| | | Deposit or Earnest Money | | 200,000.00 |
| | | **Loan Amount** | | |
| | | Principal Amount of New Loan | | 4,400,000.00 |
| | | **Prorations/Adjustments** | | |
| 2,429.49 | | County Tax Proration<br>30 days @ 80.983041 per day at $29,558.81<br>01/01/25-01/31/25 | | 2,429.49 |
| | | **Loan Charges** | | |
| | | Interest to be Wired to Lender at Close to BAI DEBT HOLDINGS A, LLC, a Delaware limited liability company | 37,216.67 | |
| | | Broker Origination Fee to Venture West Funding Inc. | 44,000.00 | |
| | | Lender Original Issue Discount to BAI DEBT HOLDINGS A, LLC, a Delaware limited liability company | 88,000.00 | |
| | | Processing Fee to Venture West Funding Inc. | 795.00 | |
| | | UCC Search Fee to BAI DEBT HOLDINGS A, LLC, a Delaware limited liability company | 375.00 | |
| | | Background Searches to BAI DEBT HOLDINGS A, LLC, a Delaware limited liability company | 750.00 | |

## Closing Statement

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Loan Charges (continued)** | | |
| | | Credit Report to BAI DEBT HOLDINGS A, LLC, a Delaware limited liability company | 55.42 | |
| | | Appraisal Fee P.O.C.$5,000.00(B)* | | |
| | | Appraisal Review Fee to BAI DEBT HOLDINGS A, LLC, a Delaware limited liability company | 500.00 | |
| | | Phase I P.O.C.$2,300.00(B)* | | |
| | | Review - Phase I to BAI DEBT HOLDINGS A, LLC, a Delaware limited liability company | 500.00 | |
| | | Legal Fee P.O.C.$5,000.00(B)* | | |
| | | Salis Law Fee to Salis Law | 21,434.50 | |
| | | Insurance Invoice to Falcon West Insurance Brokers, Inc. Acct No. 10001 | 6,143.34 | |
| | | Insurance Invoice to Falcon West Insurance Brokers, Inc. Invoice #272406/01003430670 | 31,781.81 | |
| | | **Title/Escrow Charges** | | |
| 1,500.00 | | Closing Fee to Chicago Title Insurance Company | 1,500.00 | |
| | | Extended Owners Policy $6,100,000.00 (CLTA Standard Portion $7,162.00, ALTA Ext. Port. $1432.00) to Chicago Title | 8,594.00 | |
| | | ALTA Lenders Policy $4,400,000.00 SI to Chicago Title | 500.00 | |
| | | ALTA 8.2-06 - Commercial Environmental Protection Lien to Chicago Title | 100.00 | |
| | | ALTA 9.2-06 - Restrictions, Encroachments, Minerals - Improved Land 2006 to Chicago Title | 500.00 | |
| | | ALTA 9.9-06 - Private Rights to Chicago Title | 500.00 | |
| | | ALTA 17-06 - Access and Entry to Chicago Title | 75.00 | |
| | | ALTA 17-06 - Access and Entry to Chicago Title | 75.00 | |
| | | ALTA 17.2-06 - Utility Access to Chicago Title | 1,432.00 | |
| | | ALTA 18-06 - Single Tax Parcel to Chicago Title | 100.00 | |
| | | ALTA 18-06 - Single Tax Parcel to Chicago Title | 100.00 | |
| | | ALTA 26 - Subdivision 2021 to Chicago Title | 716.00 | |
| | | ALTA 28-06 - Easement - Damage or Enforced Removal to Chicago Title | 1,432.00 | |
| | | ALTA 28.1-06 - Encroachments - Boundaries and Easements to Chicago Title | 1,432.00 | |
| | | ALTA 41-06 - Water - Buildings to Chicago Title | 25.00 | |
| | | ALTA 41.1-06 - Water - Improvements to Chicago Title | 716.00 | |
| 6,710.00 | | County Transfer Tax to Chicago Title | | |

## Closing Statement

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Title/Escrow Charges (continued)** | | |
| | | Recording Fees 2024000338972 to Chicago Title | 91.00 | |
| | | Recording Fees - Estimated to Chicago Title | 1,500.00 | |
| | | Recording Service Fee to Chicago Title | 45.00 | |
| | | ALTA 6-06 to Chicago Title | 0.00 | |
| | | ALTA 22.1-06 to Chicago Title | 0.00 | |
| | | ALTA 25-06 to Chicago Title | 0.00 | |
| | | ALTA 22-06 to Chicago Title | 0.00 | |
| | | ALTA 25-06 to Chicago Title | 0.00 | |
| | | SE-93 - Deletion of Arbitration 2006 Policy to Chicago Title | 0.00 | |
| | | ALTA 9-06 REM to Chicago Title | 0.00 | |
| | | ENDORSEMENT - SE 55 to Chicago Title | 0.00 | |
| | | **Miscellaneous Charges** | | |
| 15,489.20 | | 2nd half tax bill-Tax Parcel No. 203-562-14 to County of Orange | | |
| 26,128.69 | 6,100,000.00 | **Subtotals** | 6,350,984.74 | 4,852,429.49 |
| | | **Balance Due FROM Buyer** | | 1,498,555.25 |
| 6,073,871.31 | | **Balance Due TO Seller** | | |
| 6,100,000.00 | 6,100,000.00 | **Totals** | 6,350,984.74 | 6,350,984.74 |

*Paid outside of closing by buyer (B)

See signature page to follow