# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the date set forth on the Supplemental Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Commencement of Interim Payments Pursuant to the Administrative Expense Claims Procedures Order [Docket No. 2854]

Dated: August 22, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 22, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

SRF 90255, 90345, 90385, 90387, 90390 & 90395

**Exhibit A**

Exhibit A

Supplemental Notice Parties Service List

Served via First Class Mail on the date set forth below

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 30216170 | ACCESSIBLE TRANSLATION SOLUTIONS LL | PO BOX 15155 | | | SAINT LOUIS | MO | 63110 | JULY 28, 2025 |
| 30216206 | AMERICAN EXCHANGE TIME | 1400 BROADWAY | 18TH FLOOR | | NEW YORK | NY | 10018 | JULY 28, 2025 |
| 30203368 | BLISTEX INC | 1800 SWIFT DR | | | OAK BROOK | IL | 60523 | JULY 28, 2025 |
| 30203388 | BON BINI DBA STEPPING STONES | 385 FIFTH AVENUE | | | NEW YORK | NY | 10016 | JULY 28, 2025 |
| 29414829 | BONDED FILTER COMPANY | 545 MAINSTREAM DR STE 250 | | | NASHVILLE | TN | 37228-1216 | JULY 28, 2025 |
| 29332928 | BRUNTON INTL | 2255 BRUNTON CT | | | RIVERTON | WY | 82501 | JULY 30, 2025 |
| 30216338 | CHANEY INSTRUMENT CO | 965 WELLS ST | | | LAKE GENEVA | WI | 53147 | JULY 28, 2025 |
| 30216398 | COCA COLA BOTTLING CO UNITED INC | P. O. BOX 2006 | | | BIRMINGHAM | AL | 35201 | JULY 28, 2025 |
| 29325724 | COCA COLA CHESTERMAN SD | 4700 SO. LEWIS | | | SIOUX CITY | IA | 51106 | JULY 28, 2025 |
| 30216428 | COMFORT REVOLUTION INC | 187 ROUTE 36 | SUITE 205 | | WEST LONG BRANCH | NJ | 07764 | JULY 28, 2025 |
| 29672515 | CREATIVE HOME LTD | 400 WEST VIRGINIA ST | SUITE 400 | | MCKINNEY | TX | 75069 | JULY 28, 2025 |
| 29434888 | DATAMINR INC | 6 E 32ND ST | FL 6 | | NEW YORK | NY | 10016-5415 | JULY 28, 2025 |
| 30216550 | EARTHSIDE FARMS, LLC | 1 IRVING PLACE | SUITE U16A | | NEW YORK | NY | 10003 | JULY 28, 2025 |
| 30204139 | EMERSON HEALTHCARE | 133 OLD ROAD TO NINE ACRE CORNER | | | CONCORD | MA | 01742 | JULY 28, 2025 |
| 29346069 | EVANS FOOD GROUP | 4118 S. HALSTED ST. | | | CHICAGO | IL | 60609 | JULY 28, 2025 |
| 30216620 | FRANCO MFG CO INC | 555 PROSPECT STREET | | | METUCHEN | NJ | 08840 | JULY 28, 2025 |
| 30216665 | GREAT BUY PRODUCTS | 4811 S ALAMEDA ST | | | VERNON | CA | 90058-2805 | JULY 28, 2025 |
| 30216668 | GRUNFELD DESIDERIO LEBOWITZ | 599 LEXINGTON AVENUE | FL 36 | | NEW YORK | NY | 10022-7648 | JULY 28, 2025 |
| 29672686 | GURUNANDA LLC | 6645 CABALLERO BLVD | | | BUENA PARK | CA | 90620 | JULY 28, 2025 |
| 29672690 | HONEY CAN DO INTL LLC | C/O CRG FINANCIAL 84 | HERBERT AVE. BUILDING B | SUITE 202 | CLOSTER | NJ | 07624 | JULY 28, 2025 |
| 30204578 | IDAHOAN FOODS LLC | 900 PIER VIEW DRIVE | | | IDAHO FALLS | ID | 83402 | JULY 28, 2025 |
| 30216730 | IKO IMPORTS LLC | 15 E 32ND ST | FL 4 | | NEW YORK | NY | 10016-5570 | JULY 28, 2025 |
| 29333385 | IMUSA USA LLC | 6000 NW 97TH AVENUE | UNIT 26 | | DORAL | FL | 33178 | JULY 28, 2025 |
| 30216760 | INTERNATIONAL PURCHASE SYSTEM | 6 EXECUTIVE PLAZA | SUITE 147 | | YONKERS | NY | 10701 | JULY 28, 2025 |
| 30216770 | J&C PET SUPPLY LLC | 500 RIVER AVE | STE 270 | | LAKEWOOD | NJ | 08701-4743 | JULY 28, 2025 |
| 30204652 | J.M. DISTRIBUTING INC | 4832 SHANNON HILL RD | | | COLUMBIA | VA | 23038-2318 | JULY 28, 2025 |
| 30204761 | KELLOGG SALES CO | 1 KELLOGG SQ BATTLE | | | CREEK | MI | 49017-3517 | JULY 28, 2025 |
| 30216834 | KYC-LLC | 1000 WILKINSON TRACE | | | BOWLING GREEN | KY | 42103 | JULY 28, 2025 |
| 30216838 | LAKANTO | 1470 W 1200 N | | | OREM | UT | 84057 | JULY 28, 2025 |
| 30216842 | LCG SALES INC | 10400 W. NORTH AVENUE | UNIT 400 | | MELROSE PARK | IL | 60160 | JULY 28, 2025 |
| 29333558 | LORNAMEAD BRANDS INC | 1359 BROADWAY | 17TH FLOOR | | NEW YORK | NY | 10018 | AUGUST 5, 2025 |
| 30216902 | MCCALL FARMS | 6615 SOUTH IRBY STREET | | | EFFINGHAM | SC | 29541 | JULY 28, 2025 |
| 30216913 | MEMENTA INC | 10380 SW VILLAGE CENTER DR | SUITE # 196 | | PORT ST LUCIE | FL | 34987 | AUGUST 6, 2025 |
| 30216932 | MISCO ENTERPRISES | 250 CARTER DRIVE | SUITE #3 | | EDISON | NJ | 08817 | JULY 28, 2025 |
| 30216992 | NYL HOLDINGS LLC | 65 ROOSEVELT AVE | SUITE 201 | | VALLEY STREAM | NY | 11581 | JULY 28, 2025 |
| 29672507 | OLD WORLD QUALITY FOODS LLC | 951 FARGO AVE | | | ELK GROVE VILLAGE | IL | 60007 | JULY 28, 2025 |
| 29332579 | OLYMPIA TOOLS INT'L INC | 929 N. GRAND AVENUE | | | COVINA | CA | 91724 | JULY 28, 2025 |

Exhibit A

Supplemental Notice Parties Service List

Served via First Class Mail on the date set forth below

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 29333763 | ORIGINAL SALT COMPANY | 2349 PLASTICS DRIVE | SUITE 100 | | GASTONIA | NC | 28054 | JULY 28, 2025 |
| 30217019 | PAR GLOBAL DISTRIBUTION, LLC | 2160 MCGAW RD | | | OBETZ | OH | 43207 | JULY 28, 2025 |
| 30217027 | PEGASUS HOME FASHIONS | 400 ROUTE 34 | 2ND FLOOR | | COLTS NECK | NJ | 07722 | JULY 28, 2025 |
| 30217058 | PERFAWARE LLC | 511 E JOHN CARPENTER FREEWAY | SUITE 500 | | IRVING | TX | 75062 | JULY 28, 2025 |
| 29672758 | POSHI LLC | 2121 PONCE DE LEON BLVD, | | | MIAMI | FL | 33134 | JULY 28, 2025 |
| 30205610 | PROTOS SECURITY | 580 WESTLAKE PARK BLVD SUITE 400 | | | HOUSTON | TX | 77079 | JULY 28, 2025 |
| 30217113 | QUEST USA CORP | 495 FLATBUSH AVE | | | BROOKLYN | NY | 11225 | JULY 30, 2025 |
| 30217115 | R SQUARED SALES & LOGISTICS LLC | 16-00 ROUTE 208 SOUTH | | | FAIR LAWN | NJ | 07410 | JULY 28, 2025 |
| 30217116 | RACCONTO IMPORTED ITALIAN | 2215 S YORK ROAD | SUITE 515 | | OAK BROOK, | IL | 60523 | JULY 28, 2025 |
| 29346688 | RANGE KLEEN | 4240 EAST ROAD | | | LIMA | OH | 45807 | JULY 28, 2025 |
| 30217138 | RESPAWN LLC | 1061 PROCTOR DR | | | ELKHORN | WI | 53121 | JULY 28, 2025 |
| 30217147 | RM PALMER CO | PO BOX 1723 | | | READING | PA | 19603 | JULY 28, 2025 |
| 30205792 | RUBIES II, LLC. | 601 CANTIAGUE ROCK ROAD | | | WESTBURY | NY | 11590 | JULY 28, 2925 |
| 30205835 | SAUDER WOODWORKING | 502 MIDDLE STREET | | | ARCHBOLD | OH | 43502 | JULY 28, 2835 |
| 30217267 | SUTTON HOME FASHIONS | 319 FIFTH AVE, 4TH FLOOR | | | NEW YORK | NY | 10016 | JULY 28, 2025 |
| 30206214 | TRIANGLE HOME FASHIONS LLC | 120 TICES LN | | | EAST BRUNSWICK | NJ | 08816 | JULY 28, 2025 |
| 30217337 | UMA ENTERPRISES INC | 230 SPRING ST NW # 1337 | | | ATLANTA | GA | 30303-1065 | JULY 28, 2025 |
| 30206255 | UNECOL ADHESIVES NORTH AMERICA, LLC | 1408 CHRISTIAN AVENUE, SUITE 11 | | | DURHAM | NC | 27705 | AUGUST 11, 2025 |
| 30217357 | VANGUARD PROTEX GLOBAL | 720 BROOKER CREEK BLVD STE. 223 | | | OLDSMAR | FL | 34677 | JULY 28, 2025 |
| 30217363 | VERTIV CORPORATION | 505 N CLEVELAND AVE | | | WESTERVILLE | OH | 43082 | JULY 28, 2025 |
| 30206375 | WAYMOUTH FARMS INC | 5300 BOONE AVE N | | | NEW HOPE | MN | 55428 | JULY 28, 2025 |
| 29334255 | WIESNER PRODUCTS INC | 1410 BROADWAY | 8TH FL | | NEW YORK | NY | 10018 | JULY 28, 2025 |