# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 1, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on International Business Machines Corporation, (ADRID: 29475241), IBM Corporation, New Orchard Road, Armonk, New York, NY, 10504:

- Twenty-Seventh Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2152]

On July 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Intralinks, Inc., (ADRID: 30395872), 297010th St, Gering, NE, 69341:

- Forty-Third Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2695]

On July 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Forty-Fourth Rejection Service List attached hereto as <u>**Exhibit A**</u>:

- Forty-Fourth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2696]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

On July 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Forty- Fifth Rejection Service List attached hereto as **Exhibit B**:

- Forty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2697]

On July 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Forty- Sixth Rejection Service List attached hereto as **Exhibit C**:

- Forty-Sixth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2698]

On July 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Forty-Seventh Rejection Service List attached hereto as **Exhibit D**:

- Forty-Seventh Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2699]

On July 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the MTI Inc., (ADIRD: 29475254), 1111 Delancy St., Newark, NJ, 07105:

- Forty-Eighth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2700]

On July 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Forty-Ninth Rejection Service List attached hereto as **Exhibit E**:

- Forty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2701]

On July 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Fiftieth Rejection Service List attached hereto as **Exhibit F**:

- Fiftieth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2702]

On July 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Fifty-First Rejection Service List attached hereto as **Exhibit G**:

- Fifty-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2703]

On July 2, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Fifty-Second Rejection Service List attached hereto as **Exhibit H**:

- Fifty-Second Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2704]

Dated: July 9, 2025

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 9, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 89470 & 89623

**<u>Exhibit A</u>**

## Exhibit A
Supplemental Forty-Fourth Rejection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 29463496 | Boomi, LP | 1 W Elm St | | Conshohocken | PA | 19428 |
| 30395875 | Canon USA, Inc. | One Canon Park | | Melville | NY | 11747 |
| 30395877 | Chep USA | 5897 Windward Pkwy | | Alpharetta | GA | 30005 |
| 30395880 | Clean Harbors Environmental Services, Inc. | 42 Longwater Drive | P.O. Box 9149 | Norwell | MA | 02061-9149 |
| 30395881 | Clearwater Enterprises, L.L.C. | 5637 N. Classen Blvd. | | Oklahoma City | OK | 73118 |
| 30395884 | Concur Technologies, Inc. | 601 108th Ave NE | Suite 1000 | Bellevue | WA | 98004 |

**Exhibit B**

Exhibit B

Supplemental Forty Fifth Rejection Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 30395887 | Constellation Newenergy, Inc. | 1310 Point Street | | Baltimore | MD | 21231 |
| 29463729 | Data2Logistics | 12631 Westlinks Drive, Suite 3 | | Fort Myers | FL | 33913-8627 |
| 29463730 | Data2Logistics, LLC | 12631 Westlinks Drive | Suite 3 | Fort Myers | FL | 33913-8627 |
| 30395889 | Direct Energy Business LLC | 1001 Liberty Ave | | Pittsburgh | PA | 15222 |
| 30395890 | Discover | 2500 Lake Cook Road | | Riverwoods | IL | 60015 |
| 30395891 | Discover Card Services, Inc. | 2500 Lake Cook Road | | Riverwoods | IL | 60015 |
| 30395893 | Discover Financial Services, Inc. | 2500 Lake Cook Road | | Riverwoods | IL | 60015 |
| 30395894 | Discover® Network | 2500 Lake Cook Road | | Riverwoods | IL | 60015 |
| 30395896 | Empower Software Solutions | 315 E Robinson St | Suite 450 | Orlando | FL | 32801 |
| 30395897 | Empower Software Solutions, Inc. | 315 E Robinson St | Suite 450 | Orlando | FL | 32801 |
| 30395900 | Fedex | 3650 Hacks Cross Rd | | Memphis | TN | 38125 |
| 30395903 | Fedex | 3650 Hacks Cross Rd | | Memphis | TN | 38125 |
| 30395901 | Fedex | 701 Waterford Way | | Miami | FL | 33126 |
| 30395902 | Fedex | 3650 Hacks Cross Rd | | Memphis | TN | 38125 |

**Exhibit C**

Exhibit C
Supplemental Forty-Sixth Rejection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 30395906 | FileMaker, Inc. | One Apple Park Way 174-DEF | | Cupertino | CA | 95014 |
| 30395909 | GoSecure Inc. | 4225 Executive Square | Suite 1600 | La Jolla | CA | 92037 |
| 29464157 | Johnson Controls, Inc. | 1051 Floyd Dr | | Lexington | KY | 40505 |
| 30395911 | Johnson Controls, Inc. | 1051 Floyd Dr | | Lexington | KY | 40505 |
| 29464163 | Jump Mind, Inc. f/k/a Eric Long, Inc. | 8999 Gemini Pkwy | | Columbus | OH | 43240 |
| 30395914 | JumpMind Inc. | 8999 Gemini Pkwy | | Columbus | OH | 43240 |
| 29464167 | JumpMind, Inc. | 8999 Gemini Pkwy | | Columbus | OH | 43240 |
| 30395912 | JumpMind, Inc. | 8999 Gemini Pkwy | | Columbus | OH | 43240 |
| 30395915 | JumpMind, Inc. | 8999 Gemini Pkwy | | Columbus | OH | 43240 |

**Exhibit D**

# Exhibit D

Supplemental Forty-Seventh Rejection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|-----------|------|----------|----------|------|-------|-------------|
| 30395916 | JumpMind, Inc. | 8999 Gemini Pkwy | | Columbus | OH | 43240 |
| 30395917 | Kronos Incorporated | 900 Chelmsford Street | | Lowell, MA 01851 | MA | 01851 |
| 30395919 | Manhattan Associates | 2300 Windy Ridge Parkway | 10th Floor | Atlanta | GA | 30339 |
| 30395922 | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | 10th Floor | Atlanta | GA | 30339 |
| 30395923 | Manhattan Associates, Inc. | 2300 Windy Ridge Parkway | 10th Floor | Atlanta | GA | 30339 |

**Exhibit E**

## Exhibit E
Supplemental Forty-Ninth Rejection Service List
Served via First Class Mail

| ADRID | Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 30395934 | PayPal, Inc. | 2211 North First Street | | San Jose | CA | 95131 |
| 30395935 | Peabody Landscape Group | 2253 Dublin Rd | | Columbus | OH | 43204 |
| 30395937 | Penske Logistics LLC | Route 10 Green Hills | | Reading | PA | 19603 |
| 29464527 | Penske Logistics LLC | Route 10 Green Hills | | Reading | PA | 19603 |
| 29464597 | project44, Inc. | 222 W Merchandise Mart Plaza | | Chicago | IL | 60654 |
| 30395941 | project44, LLC | 222 W Merchandise Mart Plaza | Suite 1744 | Chicago | IL | 60654 |

**Exhibit F**

Exhibit F
Supplemental Fiftieth Rejection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 30395942 | Proofpoint, Inc. | 925 W Maude Avenue | | Sunnyvale | CA | 94085 |
| 30205610 | Protos Security | 383 Main Ave | Suite 505 | Norwalk | CT | 06851 |
| 30395943 | Red Hat, Inc. | 100 E. Davie Street | | Raleigh | NC | 27601 |
| 30395947 | Spireon, Inc. | 18881 Von Karman Ave | Suite #1500 | Irvine | CA | 92612 |
| 30395948 | Stanley Convergent Security Solutions, Inc. | 8350 Sunlight Drive | | Fishers | IN | 46037 |
| 30395950 | Surge Staffing LLC | 4 Easton Oval | | Columbus | OH | 43219 |
| 30395951 | Tango Analytics, LLC. | 9797 Rombauer Rd | Suite 450 | Dallas | TX | 75019 |

**Exhibit G**

## Exhibit G
Supplemental Fifty First Rejection Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 30395959 | Toll Global Forwarding (Hong Kong) Limited | 3780 Kilroy Airport Way | Suite 850 | Long Beach | CA | 90806 |
| 30395960 | Toll Global Forwarding (Hong Kong) Limited | Toll Global Forwarding (USA) Inc | 3780 Kilroy Airport Way | Long Beach | CA | 90806 |
| 29332320 | TOLL GLOBAL FORWARDING (USA) INC | 3780 KILROY AIRPORT WAY | SUITE 850 | LONG BEACH | CA | 90806 |
| 30395955 | Toll Global Forwarding Americas Inc. | 3780 Kilroy Airport Way | Suite 850 | Long Beach | CA | 90806 |
| 30395961 | Toll Global Forwarding Inc. | 3780 Kilroy Airport Way | Suite 850 | Long Beach | CA | 90806 |
| 29464899 | VeriFone, Inc. | 11700 Great Oaks Way | Suites 150 & 200 | Alpharetta | GA | 30022 |
| 29464902 | VeriFone, Inc. | c/o Corporation Service Company | 11700 Great Oaks Way | Alpharetta | GA | 30022 |
| 30395965 | Verifone, Inc. | 11700 Great Oaks Way | Suites 150 & 200 | Alpharetta | GA | 30022 |
| 30395963 | VeriFone, Inc. | Courvoisier Centre | 501 Brickell Key Dr | Miami | FL | 33131 |
| 30395964 | VeriFone, Inc. | 11700 Great Oaks Way | | Alpharetta | GA | 30022 |
| 30395967 | Visa | 900 Metro Center Blvd | | Foster City | CA | 94404 |
| 29475278 | Xerox | 401 Merritt 7 | | Norwalk | CT | 06851-1069 |

**Exhibit H**

## Exhibit H
Supplemental Fifty-Second Rejection Service List
Served via First Class Mail

| ADRID | Name | Address 1 | City | State | Postal Code |
|---|---|---|---|---|---|
| 29475278 | Xerox | 401 Merritt 7 | Norwalk | CT | 06851-1069 |
| 30395972 | Xerox Canada Ltd. | 401 Merritt 7 | Norwalk | CT | 06851-1069 |
| 30395974 | Xerox Capital Services, LLC | 401 Merritt 7 | Norwalk | CT | 06851-1069 |
| 30395975 | Xerox Corporation | 401 Merritt 7 | Norwalk | CT | 06851-1069 |