# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## **SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Connectria, LLC, (ADRID: 30395885), 10845 Olive Blvd, Suite 300, St. Louis, MO, 63141:

- Forty-Fourth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2696]

On July 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on JumpMind Inc, (ADRID: 30395913), 8999 Gemini Pkwy, Columbus, OH, 43240:

- Forty-Sixth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2698]

On July 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Orient Overseas Container Line, Inc., and Orient Overseas Container Line (UK) Ltd, (ADRID: 29475261), Hong Kong/Taiwan/Korea, 10913 S River Front Pkwy, South Jordan, UT, 84095:

- Forty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2701]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

On July 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Siemens Information & Communication Mobile LLC, (ADRID: 30395944), 2472 E 8th St, Los Angeles, CA, 90021:

- Fiftieth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2702] (the "*Fiftieth Notice of Rejection*")

On July 9, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Visa U.S.A. Inc., 900 Metro Center Blvd, Foster City, CA, 94404:

- Fifty-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2703]

On July 17, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on JumpMind, Inc., (ADRID: 30395915), 8999 Gemini Pkwy, Columbus, OH, 43240:

- Forty-Seventh Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2699]

On July 17, 2025, at my direction and under my supervision, employees of Kroll caused the Fiftieth Notice of Rejection to be served via First Class Mail on Toll Global Forwarding (Hong Kong) Limited, (ADRID: 30395958), 3780 Kilroy Airport Way, Suite 850, Long Beach CA, 90806.

Dated: August 22, 2025

                                          */s/ Paul Pullo*
                                          Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 22, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 89838 & 90035