IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR SEPTEMBER 11, 2025, AT 1:00 P.M. (ET)

> **THE DEBTORS HAVE REQUESTED TO CANCEL THIS HEARING AS THERE ARE NO MATTERS GOING FORWARD**

**ADJOURNED MATTERS**

1. Motion of Katie J. Jennings and Allen Jennings for Relief from the Automatic Stay (D.I. 2047, filed 2/21/25).

   Objection Deadline: March 18, 2025, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents: None at this time.

   Status:  This matter is adjourned to the hearing on October 9, 2025.

2. Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2712, filed 5/8/25).

   Objection Deadline: May 22, 2025, at 4:00 p.m. (ET).

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Responses Received:

a) Certain Texas Taxing Entities' Objection to Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2783, filed 5/22/25).

b) Objection of Tax Appraisal District of Bell County, Bowie Central Appraisal District, Brown County Appraisal District, Comal Appraisal District, Fort Bend Central Appraisal District, Harrison Central Appraisal District, McLennan Central Appraisal District, Midland Central Appraisal District, Travis Central Appraisal District, and Central Appraisal District of Taylor County in Opposition to Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2784, filed 5/22/25).

c) Texas Property Tax Authorities' Objection to Debtors' Motion to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2786, filed 5/22/25).

d) Texas Property Tax Authorities' Corrected Objection to Debtors' Motion to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2793, filed 5/22/25).

Related Documents:

a) Certification of Counsel Regarding Order Granting Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2892, filed 6/18/25).

b) Order Granting Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2894, entered 6/18/25).

Status: An order was entered resolving D.I. Nos. 2783, 2784, and 2793 as to certain claims. With respect to the remaining claims, this matter is adjourned to a date to be determined.

3. Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732, filed 5/13/25).

Objection Deadline: May 27, 2025, at 4:00 p.m. (ET).

Responses Received:

a) Objection of the McCreary Texas Tax Appraisal Districts to the Motion to Extend Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732) (D.I. 2800, filed 5/27/25).

b) Joint Objection of the Texas Taxing Authorities to the Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732) (D.I. 2801, filed 5/27/25).

Related Documents: None at this time.

Status: This matter is adjourned to a date to be determined.

4. Adam Herrara's Motion for Relief from Stay (D.I. 3105, filed 8/26/25).

   Objection Deadline: September 4, 2025.

   Responses Received:

   Related Documents:

   Status:  This matter is adjourned to the hearing on October 9, 2025.

**FEE HEARING**

5. Third Interim Fee Application Hearing.

   Responses Received:

   a) Informal comments received from the

   Related Documents:

   a) Certification of Counsel Regarding Third Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 3147, filed 9/9/25).

   b) See attached Exhibit A.

   Status:  The Debtors filed a certification of counsel with respect to this matter.  This matter is going forward only to the extent the Court has questions.

   *[Remainder of Page Intentionally Left Blank]*

Dated: September 9, 2025
Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Casey B. Sawyer*
        Robert J. Dehney, Sr. (No. 3578)
        Andrew R. Remming (No. 5120)
        Daniel B. Butz (No. 4227)
        Sophie Rogers Churchill (No. 6905)
        Casey B. Sawyer (No. 7260)
        1201 N. Market Street, 16th Floor
        Wilmington, DE 19801
        Tel: (302) 658-9200
        rdehney@morrisnichols.com
        aremming@morrisnichols.com
        dbutz@morrisnichols.com
        srchurchill@morrisnichols.com
        csawyer@morrisnichols.com

        -and-

        DAVIS POLK & WARDWELL LLP

        Brian M. Resnick (admitted *pro hac vice*)
        Adam L. Shpeen (admitted *pro hac vice*)
        Stephen D. Piraino (admitted *pro hac vice*)
        Ethan Stern (admitted *pro hac vice*)
        Kevin L. Winiarski (admitted *pro hac vice*)
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000
        brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        stephen.piraino@davispolk.com
        ethan.stern@davispolk.com
        kevin.winiarski@davispolk.com

        *Counsel to the Debtors and Debtors in Possession*