BIG LOTS, INC., *et al*.
Bankruptcy Case No. 24-11967 (JKS) (Jointly Administered)
Summary of Fees and Expenses for the Third Interim Fee Hearing:
September 11, 2025, at 1:00 p.m. (Eastern Time)

**Debtors' Professionals**

AlixPartners, LLP

A. Third Interim Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2025, Through June 30, 2025 (D.I. 3078, filed 8/14/25).

Objection Deadline: September 4, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

1. Eighth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2025 Through April 30, 2025 (D.I. 2920, filed 6/26/25);

2. Certificate of No Objection Regarding Eighth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2025 Through April 30, 2025 (D.I. 2977, filed 5/1/25);

3. Ninth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2025 Through May 31, 2025 (D.I. 3009, filed 7/25/25);

4. Tenth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2025 Through June 30, 2025 (D.I. 3056, filed 8/5/25);

5. Certificate of No Objection Regarding Ninth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2025 Through May 31, 2025 (D.I. 3107, filed 8/27/25);

6. Certificate of No Objection Regarding Tenth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2025 Through June 30, 2025 (D.I. 3108, filed 8/27/25); and

7. Certification of Counsel Regarding Third Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 3147, filed 9/9/25).

PwC US Tax LLP

B. Combined Fifth Monthly and Third Interim Fee Application of PwC US Tax LLP as Tax Compliance and Tax Advisory Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through June 30, 2025 (D.I. 3086, filed 8/14/25).

Objection Deadline: September 4, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

1. Certification of Counsel Regarding Third Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 3147, filed 9/9/25).

Davis Polk & Wardwell LLP

C. Third Interim Application of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period April 1, 2025 through and Including June 30, 2025 (D.I. 3087, filed 8/14/25).

Objection Deadline:  September 4, 2025, at 4:00 p.m. (ET).

Responses Received: Informal Comments from the U.S. Trustee.

Related Pleadings:

1. Eighth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period April 1, 2025, through and including April 30, 2025 (D.I. 2927, filed 6/27/25);

2. Ninth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses

Incurred for the Period May 1, 2025, through and including May 31, 2025 (D.I. 2963, filed 7/9/25);

3. Certificate of No Objection Regarding Eighth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period April 1, 2025, through and including April 30, 2025 (D.I. 2982, filed 7/21/25);

4. Certificate of No Objection Regarding Ninth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 1, 2025, through and including May 31, 2025 (D.I. 3051, filed 7/31/25);

5. Tenth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period June 1, 2025, through and including June 30, 2025 (D.I. 3066, filed 8/6/25);

6. Certificate of No Objection Regarding Tenth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period June 1, 2025, through and including June 30, 2025 (D.I. 3110, filed 8/28/25); and

7. Certification of Counsel Regarding Third Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 3147, filed 9/9/25).

Morris, Nichols, Arsht & Tunnell LLP

D. Combined Tenth Monthly Fee Application (for the Period June 1, 2025 Through and Including June 30, 2025) and Third Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors In Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, 2025, Through and Including June 30, 2025 (D.I. 3088, filed 8/14/25).

Objection Deadline: September 4, 2025, at 4:00 p.m. (ET).

Responses Received: Informal Comments from the U.S. Trustee and from the Court.

Related Pleadings:

1. Eighth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance

      of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period April 1, 2025, Through and Including April 30, 2025 (D.I. 2895, filed 6/20/25);

2. Certificate of No Objection Regarding Eighth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period April 1, 2025, Through and Including April 30, 2025 (D.I. 2969, filed 7/15/25);

3. Ninth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 1, 2025, Through and Including May 31, 2025 (D.I. 3013, filed 7/29/25);

4. Certificate of No Objection Regarding Ninth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 1, 2025, Through and Including May 31, 2025 (D.I. 3095, filed 8/20/25); and

5. Certification of Counsel Regarding Third Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 3147, filed 9/9/25).

**Official Committee of Unsecured Creditors' Professionals**

McDermott Will & Emery LLP

E. Third Interim Fee Application of McDermott Will & Schulte LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 through June 30, 2025 (D.I. 3082, filed 8/14/25).

Objection Deadline: September 4, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

1. Seventh Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through April 30, 2025 (D.I. 2798, filed 5/23/25);

2. Certificate of No Objection Regarding Seventh Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through April 30, 2025 (D.I. 2908, filed 6/24/25);

3. Eighth Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2025 Through May 31, 2025 (D.I. 2922, filed 6/27/25);

4. Certificate of No Objection Regarding Eighth Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2025 Through May 31, 2025 (D.I. 2981, filed 7/21/25);

5. Ninth Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2025 Through June 30, 2025 (D.I. 3007, filed 7/25/25);

6. Certificate of No Objection Regarding Ninth Monthly Fee Application of McDermott Will & Emery LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2025 Through June 30, 2025 (D.I. 3097, filed 8/22/25); and

7. Certification of Counsel Regarding Third Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 3147, filed 9/9/25).

Cole Schotz P.C.

F. Third Interim Fee Application of Cole Schotz P.C., as Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 through June 30, 2025 (D.I. 3083, filed 8/14/25).

Objection Deadline: September 4, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

1. Seventh Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 through April 30, 2025 (D.I. 2799, filed 5/23/25);

2. Certificate of No Objection Regarding Seventh Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 through April 30, 2025 (D.I. 2909, filed 6/24/25);

3. Eighth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 through May 31, 2025 (D.I. 2928, filed 6/30/25);

4. Certificate of No Objection Regarding Eighth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2025 through May 31, 2025 (D.I. 2997, filed 7/23/25);

5. Ninth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2025 through June 30, 2025 (D.I. 3006, filed 7/25/25);

6. Certificate of No Objection Regarding Ninth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2025 through June 30, 2025 (D.I. 3100, filed 08/22/25); and

7. Certification of Counsel Regarding Third Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 3147, filed 9/9/25).

FTI Consulting, Inc.

G. Third Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 through June 30, 2025 (D.I. 3084, filed 8/14/25).

Objection Deadline: September 4, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

1. Seventh Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of

        Unsecured Creditors for the Period from April 1, 2025 through April 30, 2025 (D.I. 2813, filed 5/29/25);

2. Certificate of No Objection Regarding Seventh Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from April 1, 2025 through April 30, 2025 (D.I. 2910, filed 6/24/25);

3. Eighth Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from May 1, 2025 through May 31, 2025 (D.I. 2965, filed 7/10/25);

4. Ninth Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from June 1, 2025 through June 30, 2025 (D.I. 3052, filed 7/31/25);

5. Certificate of No Objection Regarding Eighth Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from May 1, 2025 through May 31, 2025 (D.I. 3055, filed 8/4/25);

6. Certificate of No Objection Regarding Ninth Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from June 1, 2025 through June 30, 2025 (D.I. 3102, filed 8/25/25); and

7. Certification of Counsel Regarding Third Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 3147, filed 9/9/25).