**Exhibit B**

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PROFESSIONALS

| (1) Applicant | (2) Interim Period | (3) Total Fees Requested for the Interim Period | (4)[1] Amount of Fees Requested in Monthly Applications (80%) | (5) Amount of Holdback Fees Requested (20%) | (6) Total Expenses Requested for the Interim Period (100%) | (7) Total Amount Requested for the Interim Period (Fees and Expenses) | (8) Total Amount Disallowed or Waived for the Interim Period | (9) Total Amount Authorized for the Interim Period (or Final Period as applicable) | (10) Total Amount Requested in Case (Fees and Expenses) thru the Interim Periods (or Final Period as applicable) | (11) Total Amount Authorized Per Court Order to Date (Fees and Expenses) |
|---|---|---|---|---|---|---|---|---|---|---|
| Cole Schotz P.C. | 4/1/25-6/30/25 | $80,224.50 | $64,179.60 | $16,044.90 | $222.00 | $80,446.50 | $0.00 | $80,446.50 | $2,097,748.56 | $2,093,061.56 |
| McDermott Will & Schulte LLP | 4/1/25-6/30/25 | $722,207.00 | $577,765.60 | $144,441.40 | $6,873.63 | $729,080.63 | $0.00 | $729,080.63 | $5,650,857.22 | $5,648,773.76 |
| FTI Consulting, Inc. | 4/1/25-6/30/25 | $463,035.50 | $370,428.40 | $92,607.10 | $0.00 | $463,035.50 | $0.00 | $463,035.50 | $2,700,770.72 | $2,700,770.72 |
| **SUBTOTALS** | | **$1,265,467.00** | **$1,012,373.60** | **$253,093.40** | **$7,095.63** | **$1,272,562.63** | **$0.00** | **$1,272,562.63** | **$10,449,376.50** | **$10,442,606.04** |
| **GRAND TOTAL** | | **$5,979,268.50** | **$4,783,414.80** | **$1,195,853.70** | **$28,665.68** | **$6,007,934.18** | **$16,254.72** | **$5,991,679.46** | **$42,886,636.18** | **$42,798,015.08** |

---

[1] Please note that the amounts listed in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications, and are not intended to and should not be construed as a finding by the Court or admission by the Applicant that such amounts were actually paid by the Debtors.