**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. No. 1722 |

**CERTIFICATION OF COUNSEL OF REVISED ORDER REGARDING THRASIO, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

I, Michael J. Joyce, counsel for Thrasio, LLC ("Movant"), hereby certify as follows:

1. On January 15, 2025, Movant filed *Thrasio, LLC's Motion for Allowance and Payment of Administrative Expense Claim* [D.I. No. 1722] (the "Motion").

2. Counsel for Movant and counsel for the above-captioned debtors have reached agreement on a revised proposed form of order (the "Proposed Order") resolving the Motion. A true and correct copy of the Proposed Order is attached hereto as Exhibit "A".

[*Signature Page to Follow*]

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

**WHEREFORE**, it is hereby respectfully requested that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: September 11, 2025

                                      **JOYCE, LLC**

                                      */s/ Michael J. Joyce*
                                      Michael J. Joyce (No. 4563)
                                      1225 King Street, Suite 800
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 388-1944
                                      Email: mjoyce@mjlawoffices.com

                                      *Counsel to Thrasio, LLC*