# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING THRASIO LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the motion (the "Motion") filed by Thrasio, LLC ("Thrasio") for allowance and payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b), and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate and sufficient notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**:

1.      Thrasio is allowed an administrative expense claim against the Debtors in the amount of $1,143,412.00 (the "Allowed Administrative Claim").

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

2.    The Debtors shall pay the Allowed Administrative Claim at the same time and on the same terms as all other Pre-Closing Administrative Expense Claims (as defined in the Procedures Order (as defined below)) that have been consensually reconciled between the Debtors and the applicable holders of Pre-Closing Administrative Expense Claims in the above-captioned chapter 11 cases, pursuant to the *Order (I) Setting a Bar Date for Filing Proofs of Claims for Pre-Closing Administrative Expense Claims Against the Debtors, (II) Establishing Pre-Closing Administrative Expense Claims Procedures, and (III) Granting Related Relief, Including Notice and Filing Procedures* [D.I. 2214] (the "Procedures Order").  For the avoidance of doubt, the Debtors shall only be obligated to pay Thrasio its *pro rata* percentage of the Allowed Administrative Claim, consistent with the terms of the Procedures Order.

3.    The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.