# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. No. 1722** |

## NOTICE OF WITHDRAWAL OF D.I. NO. 1722

Thrasio LLC, by and through its undersigned counsel, hereby withdraws *its Certification of Counsel of Revised Order Regarding Thrasio, LLC's Motion For Allowance and Payment of Administrative Expense Claim* [D.I. No. 1722].

Dated: September 17, 2025

                                                      Respectfully submitted,

                                                      */s/ Michael Joyce*
                                                      Michael J. Joyce (No. 4563)
                                                      **JOYCE, LLC**
                                                      1225 King Street
                                                      Suite 800
                                                      Wilmington, DE 19801
                                                      (302)-388-1944
                                                      Email: mjoyce@mjlawoffices.com

---

[1] The debtors and debtors in possession in these chapter 11 cases (hereafter, "Debtors") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).