**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2025 TO AUGUST 31, 2025**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Steven Simms | Senior Managing Director | $1,525 | 2.0 | $3,050.00 |
| Elizabeth Hu | Senior Managing Director | 1,305 | 4.1 | 5,350.50 |
| Megan Hyland | Managing Director | 1,155 | 2.3 | 2,656.50 |
| Calvin Aas | Senior Consultant | 760 | 10.7 | 8,132.00 |
| Sophia Cassidy | Consultant | 575 | 1.0 | 575.00 |
| Marili Hellmund-Mora | Manager | 355 | 2.0 | 710.00 |
| **GRAND TOTAL** | | | **22.1** | **$20,474.00** |

**EXHIBIT B**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JULY 1, 2025 TO AUGUST 31, 2025**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 3.5 | $3,214.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 1.5 | 1,595.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 4.2 | 5,921.00 |
| 24 | Preparation of Fee Application | 12.9 | 9,743.50 |
| | **GRAND TOTAL** | **22.1** | **$20,474.00** |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2025 TO AUGUST 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 7/8/2025 | Calvin Aas | 0.4 | Assess fees in connection with the budget. |
| 2 | 7/15/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 7/22/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 8/5/2025 | Calvin Aas | 0.3 | Participate on call with Debtors' financial advisors re: proposed settlement of GBRP funding issues. |
| 2 | 8/5/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 8/5/2025 | Elizabeth Hu | 0.2 | Participate on call with Debtors' financial advisors re: cash position and administrative distribution update. |
| 2 | 8/5/2025 | Elizabeth Hu | 0.3 | Review GBRP funding issues settlement proposal and related analysis. |
| 2 | 8/5/2025 | Elizabeth Hu | 0.3 | Participate on call with Debtors' financial advisors re: proposed settlement of GBRP funding issues. |
| 2 | 8/5/2025 | Megan Hyland | 0.3 | Assess proposed settlement of GBRP funding issues. |
| 2 | 8/19/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 8/20/2025 | Calvin Aas | 0.1 | Correspond with Committee counsel re: fees in connection with the budget. |
| 2 | 8/20/2025 | Calvin Aas | 0.1 | Correspond with Debtors' advisors re: fees in connection with the budget. |
| 2 | 8/26/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| **2 Total** | | | **3.5** | |
| 14 | 8/5/2025 | Calvin Aas | 0.5 | Assess second administrative claims distribution. |
| 14 | 8/5/2025 | Megan Hyland | 0.3 | Correspond with Debtors' financial advisors re: administrative claim distributions. |
| 14 | 8/12/2025 | Elizabeth Hu | 0.2 | Correspond with FTI team re: inquiry from creditors on administrative claim distribution. |
| 14 | 8/13/2025 | Elizabeth Hu | 0.2 | Participate on call with Committee counsel re: administrative claim distribution update. |
| 14 | 8/13/2025 | Megan Hyland | 0.3 | Assess total estimated administrative claim distributions. |
| **14 Total** | | | **1.5** | |
| 18 | 7/9/2025 | Elizabeth Hu | 0.2 | Correspond with Committee Counsel re: D&O investigation. |
| 18 | 8/4/2025 | Elizabeth Hu | 0.3 | Review relevant background materials on D&O investigation. |
| 18 | 8/4/2025 | Elizabeth Hu | 0.6 | Review Committee counsel's draft report on D&O investigation. |
| 18 | 8/5/2025 | Steven Simms | 1.1 | Review materials in preparation for upcoming Committee call re: D&O investigation update. |
| 18 | 8/5/2025 | Steven Simms | 0.9 | Participate on Committee call re: D&O investigation update. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2025 TO AUGUST 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/5/2025 | Elizabeth Hu | 0.2 | Prepare for upcoming Committee call re: D&O investigation update. |
| 18 | 8/5/2025 | Elizabeth Hu | 0.9 | Participate on Committee call re: D&O investigation update. |
| **18 Total** | | | **4.0** | |
| 24 | 7/3/2025 | Megan Hyland | 0.4 | Review and provide comments on May fee application. |
| 24 | 7/7/2025 | Calvin Aas | 1.5 | Prepare May fee application. |
| 24 | 7/7/2025 | Megan Hyland | 0.3 | Finalize May fee application. |
| 24 | 7/8/2025 | Elizabeth Hu | 0.3 | Review and provide comments to May fee application. |
| 24 | 7/9/2025 | Calvin Aas | 0.1 | Correspond with Committee counsel re: May fee application. |
| 24 | 7/10/2025 | Calvin Aas | 0.4 | Assess comments from Committee counsel re: May fee application. |
| 24 | 7/10/2025 | Calvin Aas | 0.5 | Provide comments to Committee counsel re: second interim fee order. |
| 24 | 7/10/2025 | Calvin Aas | 0.2 | Correspond with FTI team re: review of second interim fee order. |
| 24 | 7/11/2025 | Calvin Aas | 0.1 | Correspond with FTI team re: May fee application. |
| 24 | 7/11/2025 | Marili Hellmund-Mora | 0.7 | Finalize May fee application. |
| 24 | 7/14/2025 | Marili Hellmund-Mora | 1.3 | Prepare June fee application. |
| 24 | 7/15/2025 | Sophia Cassidy | 1.0 | Update June fee application. |
| 24 | 7/22/2025 | Calvin Aas | 0.8 | Prepare further updates to June fee application. |
| 24 | 7/28/2025 | Megan Hyland | 0.4 | Review and revise June fee application. |
| 24 | 7/29/2025 | Elizabeth Hu | 0.2 | Review and provide comments to June fee application. |
| 24 | 7/30/2025 | Calvin Aas | 0.3 | Finalize June fee application. |
| 24 | 8/4/2025 | Calvin Aas | 0.3 | Assess potential May fee application comments. |
| 24 | 8/11/2025 | Calvin Aas | 1.5 | Prepare third interim fee application. |
| 24 | 8/12/2025 | Calvin Aas | 1.4 | Incorporate updates to third interim fee application. |
| 24 | 8/12/2025 | Elizabeth Hu | 0.2 | Review and provide comments to third interim fee application. |
| 24 | 8/12/2025 | Megan Hyland | 0.3 | Review and provide comments to third interim fee application. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2025 TO AUGUST 31, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 8/13/2025 | Calvin Aas | 0.4 | Revise third interim fee application. |
| 24 | 8/14/2025 | Calvin Aas | 0.3 | Incorporate further updates to third interim fee application. |
| **24 Total** | | | **12.9** | |
| **Grand Total** | | | **22.1** | |