**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**
**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**
**July 1, 2025, through July 31, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 0.70 | 493.50 |
| Asset Dispositions/363 Sales | 2.20 | 2,045.00 |
| Automatic Stay Matters | 5.70 | 4,638.50 |
| Creditor Communications and Meetings | 2.90 | 2,199.00 |
| Fee Applications (MNAT - Filing) | 13.60 | 10,007.50 |
| Fee Applications (Others - Filing) | 20.90 | 13,833.50 |
| Executory Contracts/Unexpired Leases | 7.20 | 5,026.50 |
| Other Contested Matters | 2.90 | 3,361.00 |
| Tax Matters | 0.80 | 746.00 |
| Vendor/Supplier Matters | 1.40 | 1,503.00 |
| Court Hearings | 7.00 | 4,876.00 |
| Claims Objections and Administration | 18.90 | 17,858.50 |
| Plan and Disclosure Statement | 6.40 | 4,947.50 |
| Professional Retention (MNAT - Filing) | 0.50 | 327.00 |
| Professional Retention (Others - Filing) | 0.40 | 332.00 |
| General Corporate Matters (including Corporate Governance) | 1.20 | 1,104.00 |
| General Case Strategy | 9.90 | 7,627.50 |
| Schedules/SOFA/U.S. Trustee Reports | 3.20 | 2,076.00 |
| Bankruptcy Appeals | 6.60 | 5,681.00 |
| **TOTAL** | **112.40** | **$88,683.00** |

**Time Detail**

**Task Code:**    B110    Case Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/07/25 | Butz, Daniel B. | Review emails from K Winiarski, C Sawyer and A Remming re: inquiries from court | 0.2 | 219.00 |
| 07/21/25 | Turner, Brianna | Draft notice of withdrawal (.1); emails with C. Sawyer and V. Cahill re same (.2). | 0.3 | 187.50 |
| 07/22/25 | Chevli, Radha | Finalize and file the Withdrawal of Appearance of V. Cahill and update the docket folder. | 0.2 | 87.00 |
| | | **Total** | **0.7** | **493.50** |

**Task Code:**    B130    Asset Dispositions/363 Sales

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/01/25 | Turner, Brianna | Internal emails re sale reporting obligations for AlixPartners. | 0.2 | 125.00 |
| 07/01/25 | Remming, Andrew | Emails with B. Turner re sale order reporting. | 0.1 | 129.50 |
| 07/07/25 | Remming, Andrew | Review update from B. Turner re sale order reporting. | 0.1 | 129.50 |
| 07/07/25 | Remming, Andrew | Emails with B. Turner and S. Churchill re sale order reporting. | 0.1 | 129.50 |
| 07/07/25 | Turner, Brianna | Internal emails re sale reporting obligations for AlixPartners. | 0.2 | 125.00 |
| 07/15/25 | Turner, Brianna | Multiple internal emails re sale reporting obligations for AlixPartners. | 0.3 | 187.50 |
| 07/15/25 | Remming, Andrew | Review update from B. Turner re sale reporting. | 0.1 | 129.50 |
| 07/15/25 | Remming, Andrew | Emails with B. Turner re sale reporting. | 0.1 | 129.50 |
| 07/21/25 | Turner, Brianna | Internal emails re sale reporting obligations for AlixPartners. | 0.2 | 125.00 |
| 07/21/25 | Remming, Andrew | Emails re sale order reporting with B. Turner and S. Churchill. | 0.2 | 259.00 |
| 07/21/25 | Remming, Andrew | Emails with B. Turner and S. Churchill re sale order reporting. | 0.1 | 129.50 |
| 07/28/25 | Turner, Brianna | Internal emails re sale reporting obligations for AlixPartners. | 0.1 | 62.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/29/25 | Turner, Brianna | Internal emails relating to sale reporting obligations for AlixPartners. | 0.2 | 125.00 |
| 07/29/25 | Remming, Andrew | Emails with B. Turner and S. Churchill re sale order reporting. | 0.1 | 129.50 |
| 07/29/25 | Remming, Andrew | Review update from B. Turner re sale order reporting. | 0.1 | 129.50 |
| | | **Total** | **2.2** | **2,045.00** |

**Task Code:**     B140     Automatic Stay Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/01/25 | Butz, Daniel B. | Review emails from M Nester re: stay relief (.1); review emails from M Brock re: same (.1) | 0.2 | 219.00 |
| 07/15/25 | Butz, Daniel B. | Review email from C Loizides re: stipulations for lift stay resolutions | 0.1 | 109.50 |
| 07/17/25 | Remming, Andrew | Review automatic stay stipulation and emails re same. | 0.3 | 388.50 |
| 07/18/25 | Lawrence, John | Update docket folder with B. Dugan motion for relief from stay. | 0.1 | 43.50 |
| 07/23/25 | Lawrence, John | Update docket folder with C. Neighbors motion for relief from stay. | 0.1 | 43.50 |
| 07/23/25 | Lawrence, John | Finalize and file certifications of counsel regarding stipulations resolved motions for relief from stay of A. Eskra-Brown and C. Donnelly and upload orders. | 0.4 | 174.00 |
| 07/23/25 | Rogers Churchill, Sophie | Emails with M. Brock and C. Sawyer re lift stay stipulations COCs (.1); review same (.1); confer with C. Sawyer re same (.1). | 0.3 | 231.00 |
| 07/23/25 | Butz, Daniel B. | Review email from M Brock re: stay relief stipulations (.1); review email from C Loizides re: same (.1); review email from M Brock and stipulations themselves (.2); email to M Brock and S Churchill and confer with S Churchill re: same (.1); review cleaned up version from M Brock (.1) | 0.6 | 657.00 |
| 07/23/25 | Butz, Daniel B. | Review emails from S Churchill re: conference call on tax issues and CoCs for stay issues (.1); confer with S Churchill re: same (.1) | 0.2 | 219.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/23/25 | Sawyer, Casey | Draft CoCs for two lift stay stipulations and email with S. Churchill re same (.3); finalize stipulations and CoCs re same (.7) | 1.0 | 675.00 |
| 07/23/25 | Sawyer, Casey | Confer with S. Churchill re lift stay stipulations COCs | 0.1 | 67.50 |
| 07/23/25 | Rogers Churchill, Sophie | Confer with D. Butz re: stay relief stipulations | 0.1 | 77.00 |
| 07/23/25 | Rogers Churchill, Sophie | Emails with D. Butz re: conference call on tax issues and CoCs for stay issues (.1); confer with D. Butz re: same (.1) | 0.2 | 154.00 |
| 07/24/25 | Butz, Daniel B. | Review email from M Brock re: stay stipulation and email from S Churchill re: same | 0.1 | 109.50 |
| 07/24/25 | Sawyer, Casey | Coordinate service of lease and stay orders. | 0.2 | 135.00 |
| 07/24/25 | Remming, Andrew | Review Smith automatic stay stipulation (.2) and emails re same from M. Brock and S. Churchill (.1). | 0.3 | 388.50 |
| 07/25/25 | Lawrence, John | Finalize and file certification of counsel regarding S. Smith motion for relief from stay and upload order. | 0.3 | 130.50 |
| 07/25/25 | Sawyer, Casey | Review and finalize lift stay stipulation and CoC. | 0.6 | 405.00 |
| 07/25/25 | Sawyer, Casey | Coordinate service of stay relief order. | 0.1 | 67.50 |
| 07/30/25 | Turner, Brianna | Emails with S. Churchill re objection to Dugan lift stay motion (.1); emails with M. Brock re same (.1). | 0.2 | 125.00 |
| 07/30/25 | Butz, Daniel B. | Review emails from B Turner and S Churchill re: lift stay motion (.1); review email from M Brock re: same (.1) | 0.2 | 219.00 |

|  |  | **Total** | **5.7** | **4,638.50** |

**Task Code:**    B150    Creditor Communications and Meetings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/07/25 | Sawyer, Casey | Emails with K. Winiarski and Kroll re notice parties. | 0.1 | 67.50 |
| 07/10/25 | Sawyer, Casey | Review and respond to email from administrative creditor re interim payments. | 0.1 | 67.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/18/25 | Sawyer, Casey | Review and respond to B. Turner and D. Butz emails re creditor inquiry, and review claim re same. | 0.3 | 202.50 |
| 07/18/25 | Turner, Brianna | Emails with C. Sawyer re administrative claimant inquiry (.1); email administrative claimant (.1). | 0.2 | 125.00 |
| 07/18/25 | Turner, Brianna | Multiple emails with MNAT team, administrative claimant, and DPW team re administrative claim. | 0.2 | 125.00 |
| 07/18/25 | Butz, Daniel B. | Review email from B Turner re: administrative claim issue (.1); review emails from C Sawyer and B Turner re: same (.1); review email from C Katz re: same and email to B Turner re: same (.1); emails with B Turner re: same (.1) | 0.4 | 438.00 |
| 07/21/25 | Turner, Brianna | Review and respond to email from J. Clarrey re creditor inquiry (.1); draft response to administrative claimant re same (.2); email with D. Butz re same (.1); further emails with J. Clarrey re same (.1). | 0.5 | 312.50 |
| 07/22/25 | Turner, Brianna | Draft email to C. Sawyer re administrative claimant inquiry (.2); email administrative claimant re same (.1). | 0.3 | 187.50 |
| 07/24/25 | Sawyer, Casey | Call with Chipman re administrative proof of claim, and confer in part with S. Churchill re same. | 0.1 | 67.50 |
| 07/24/25 | Sawyer, Casey | Confer with B. Turner re interested party inquiry and review email re same (.1); research lease re same (.1). | 0.2 | 135.00 |
| 07/24/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re administrative proof of claim | 0.1 | 77.00 |
| 07/31/25 | Sawyer, Casey | Review claimant email re proof of claim (.1); call with K. Winiarski re same (.1). | 0.2 | 135.00 |
| 07/31/25 | Remming, Andrew | Review voicemail from claimant and email MNAT team re same. | 0.2 | 259.00 |
| | | **Total** | **2.9** | **2,199.00** |

**Task Code:**     B160          Fee Applications (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/01/25 | Sawyer, Casey | Review, analyze and draft explanations for Chambers' comments to fee applications. | 1.5 | 1,012.50 |
| 07/03/25 | Rogers Churchill, Sophie | Revise May fee application. | 2.0 | 1,540.00 |
| 07/07/25 | Turner, Brianna | Review and revise June fee application exhibits for privilege and confidentiality. | 0.1 | 62.50 |
| 07/07/25 | Sawyer, Casey | Draft and revise email to Chambers re interim fee application (.5); confer with A. Remming re same (.1). | 0.6 | 405.00 |
| 07/07/25 | Remming, Andrew | Confer with C. Sawyer re email to Chambers re interim fee application | 0.1 | 129.50 |
| 07/08/25 | Turner, Brianna | Continue reviewing and revising June fee application exhibits for privilege and confidentiality. | 0.2 | 125.00 |
| 07/09/25 | Sawyer, Casey | Review and revise June fee application. | 0.7 | 472.50 |
| 07/10/25 | Turner, Brianna | Draft CNO for MNAT's eighth monthly fee application. | 0.2 | 125.00 |
| 07/10/25 | Sawyer, Casey | Review and revise June fee application. | 2.4 | 1,620.00 |
| 07/14/25 | Turner, Brianna | Review and revise CNO for MNAT's eighth monthly fee application (.1); email C. Sawyer re same (.1). | 0.2 | 125.00 |
| 07/15/25 | Turner, Brianna | Review and revise CNO re April fee application for filing (.1); emails with A. Remming and R. Steere re same (.1). | 0.2 | 125.00 |
| 07/15/25 | Chevli, Radha | Communicate with B. Turner regarding filing CNO re: MNAT's Eighth Fee Application. | 0.1 | 43.50 |
| 07/15/25 | Remming, Andrew | Review email from B. Turner re MNAT April fee application. | 0.1 | 129.50 |
| 07/15/25 | Remming, Andrew | Further emails re MNAT April fee application with B. Turner. | 0.1 | 129.50 |
| 07/15/25 | Remming, Andrew | Emails with C. Sawyer re MNAT April fee application. | 0.1 | 129.50 |
| 07/21/25 | Vale, Desiree | Document CNO filing re Morris Nichols April Fee Application in the Fee Application Tracking Tool | 0.1 | 43.50 |
| 07/21/25 | Sawyer, Casey | Confer with S. Churchill re May fee application (.1); confer with D. Vale re same (.1). | 0.2 | 135.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/21/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re May fee application | 0.1 | 77.00 |
| 07/24/25 | Turner, Brianna | Emails with A. Remming re CNO for April fee application (.1); email R. Steere re same (.1); further emails with A. Remming re same (.1). | 0.3 | 187.50 |
| 07/24/25 | Remming, Andrew | Review update from B. Turner re MNAT fee application | 0.1 | 129.50 |
| 07/24/25 | Remming, Andrew | Further emails with B. Turner re MNAT fee application | 0.1 | 129.50 |
| 07/24/25 | Remming, Andrew | Review update from B. Turner re MNAT April fee application. | 0.1 | 129.50 |
| 07/24/25 | Remming, Andrew | Further emails with B. Turner re MNAT fee applications. | 0.1 | 129.50 |
| 07/25/25 | Rogers Churchill, Sophie | Revise May fee application and coordinate filing same. | 1.1 | 847.00 |
| 07/25/25 | Vale, Desiree | Correspondence with S. Rogers Churchill re Morris Nichols May Fee Application edits (.1); update application and revert (.6) | 0.7 | 304.50 |
| 07/29/25 | Rogers Churchill, Sophie | Call with A. Remming re May fee application; review same. | 0.1 | 77.00 |
| 07/29/25 | Vale, Desiree | Correspondence with A. Remming and S. Rogers Churchill re Morris Nichols May Fee Application e-filing (.1); update same (.2); prepare and e-file same (.4); coordinate service (.1); download pleading and file it in the docket folder (.1); calendar objection deadline (.1); request and submit LEDES file to the U.S. Trustee (.1) | 1.1 | 478.50 |
| 07/29/25 | Remming, Andrew | Call with S Churchill re draft MNAT May fee application. | 0.1 | 129.50 |
| 07/29/25 | Remming, Andrew | Review and edit revised version of MNAT May fee application draft. | 0.3 | 388.50 |
| 07/29/25 | Remming, Andrew | Review revised version of MNAT draft May fee application (.3) and emails re same with D. Vale and S. Churchill (.1). | 0.4 | 518.00 |
| 07/29/25 | Remming, Andrew | Review update from D. Vale re MNAT May fee application. | 0.1 | 129.50 |
| | | **Total** | **13.6** | **10,007.50** |

**Task Code:**    B165    Fee Applications (Others - Filing)

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/01/25 | Vale, Desiree | Correspondence with B. Turner re D&T CoC and Final Order Review (.1); conference with C. Sawyer re same (.1); e-mail to C. Sawyer re D&T Final Fee Hearing documentation and pleadings (.1) | 0.3 | 130.50 |
| 07/01/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing COC (.1); prepare and e-file Certification of Counsel Regarding Order Approving Final Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Auditor to the Debtors for the Period from September 9, 2024 Through December 31, 2024 and upload order (.2) | 0.3 | 115.50 |
| 07/01/25 | Rogers Churchill, Sophie | Confer with D. Vale and C. Sawyer re Deloitte final fee application. | 0.1 | 77.00 |
| 07/01/25 | Turner, Brianna | Emails with C. Sawyer re Deloitte and Touche's final fee application CoC. | 0.1 | 62.50 |
| 07/01/25 | Vale, Desiree | Review docket folder re D&T hearing date changed to 8/13 (.1); confer with S. Rogers Churchill and C. Sawyer re D&T Final Fee Application objection deadline and CoC plan (.2); confer with B. Turner re same (.1); update Exhibit A and binders (.3); confer with J. Lawrence and R. Chevli re same (.1) | 0.8 | 348.00 |
| 07/01/25 | Sawyer, Casey | Confer with D. Vale and S. Churchill re Deloitte final fee application (.1); review CoC/Order and email Deloitte re same (.4); finalize re same (.3). | 0.8 | 540.00 |
| 07/01/25 | Turner, Brianna | Correspondence with D. Vale re D&T CoC and final order review | 0.1 | 62.50 |
| 07/01/25 | Turner, Brianna | Confer with D. Vale re D&T Final Fee Application objection deadline and CoC | 0.1 | 62.50 |
| 07/02/25 | Vale, Desiree | Download recently filed D&T CoC and Final Fee Order and update Exhibit A (.3); update physical binders for chambers (.2) | 0.5 | 217.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/02/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re interim fee order. | 0.3 | 231.00 |
| 07/02/25 | Sawyer, Casey | Draft email to Chambers re interim fee applications. | 0.5 | 337.50 |
| 07/02/25 | Sawyer, Casey | Confers with S. Churchill re interim fee application and DPW fee application (.3); S. Piraino email re same (.1); confer with D. Butz re same (.1); review proposed responses for DPW and provide comments to same (.3); email DPW re same (.1). | 0.9 | 607.50 |
| 07/02/25 | Remming, Andrew | Review email to chambers re DPW interim fee application (.1); review revisions to same (.1); emails re same from S. Piraino and C. Sawyer (.1). | 0.3 | 388.50 |
| 07/02/25 | Butz, Daniel B. | Confer with C. Sawyer re interim fee application and DPW fee application | 0.1 | 109.50 |
| 07/03/25 | Vale, Desiree | Correspondence with S. Rogers Churchill re Second Fee Hearing CoC and Order status | 0.3 | 130.50 |
| 07/03/25 | Turner, Brianna | Emails with S. Churchill re CoC for second interim fee order. | 0.1 | 62.50 |
| 07/03/25 | Sawyer, Casey | Emails from S. Churchill and B. Turner re interim fee order | 0.1 | 67.50 |
| 07/07/25 | Remming, Andrew | Review email to chambers re fee applications (.2) and emails re same with K. Winiarski and C. Sawyer (.1). | 0.3 | 388.50 |
| 07/07/25 | Sawyer, Casey | Review and respond to K. Winiarski email re fee application revisions and call with S. Churchill re same. | 0.1 | 67.50 |
| 07/07/25 | Rogers Churchill, Sophie | Call with C. Sawyer re fee application revisions | 0.1 | 77.00 |
| 07/08/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing CNO (.1); prepare and e-file Certificate of No Objection Regarding Sixth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2025 Through February 28, 2025 (.2) | 0.3 | 115.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/08/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing CNO (.1); prepare and e-file Certificate of No Objection Regarding Seventh Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2025 Through March 31, 2025 (.2) | 0.3 | 115.50 |
| 07/08/25 | Turner, Brianna | Review email from K. McClarren re CNOs for AlixPartners' Sixth and Seventh Monthly Fee Applications. | 0.1 | 62.50 |
| 07/08/25 | Sawyer, Casey | Email with K. Winiarski re fee application/order and order entered in error. | 0.1 | 67.50 |
| 07/08/25 | Sawyer, Casey | Email with AlixPartners re 6th and 7th fee application CNOs and review same (.3); finalize re same (.1). | 0.4 | 270.00 |
| 07/08/25 | Remming, Andrew | Review emails from K. Winiarski and C. Sawyer re interim fee application proposed order. | 0.1 | 129.50 |
| 07/09/25 | Sawyer, Casey | Review DPW fee application (.2); confer with S. Churchill re same (.1); call to K. Winiarski re same (.1); finalize re same (.4). | 0.8 | 540.00 |
| 07/09/25 | Sawyer, Casey | Email with K. Winiarski, D. Butz, and S. Churchill re interim fee comments and responses to Chambers (.3); revise omnibus interim fee order (.6); confer with S. Churchill re same (.1); email Debtor professionals re interim fee order (.1). | 1.1 | 742.50 |
| 07/09/25 | Remming, Andrew | Review draft of DPW May fee application (.2) and emails re same from K. Winiarski and C. Sawyer (.1). | 0.3 | 388.50 |
| 07/09/25 | Remming, Andrew | Review revised email to chambers re fee applications and emails re same from K. Winiarski and C. Sawyer. | 0.2 | 259.00 |
| 07/09/25 | Remming, Andrew | Review revised version of draft interim fee order and email re same from C. Sawyer. | 0.2 | 259.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/09/25 | Chevli, Radha | Finalize and file DPW's Ninth Monthly Fee Application and instruct Kroll for service. | 0.3 | 130.50 |
| 07/09/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re: DPW fee application | 0.1 | 77.00 |
| 07/09/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re: omnibus interim fee order | 0.1 | 77.00 |
| 07/10/25 | Sawyer, Casey | Email with Chambers and D. Butz re Debtor-professionals' fee applications and omnibus order. | 0.1 | 67.50 |
| 07/10/25 | Sawyer, Casey | Review and revise interim fee order, including emails with DPW and AlixPartners | 0.1 | 67.50 |
| 07/10/25 | Remming, Andrew | Review revised version of COC re interim fee order and emails re same from K. Winiarski and C. Sawyer. | 0.2 | 259.00 |
| 07/11/25 | Sawyer, Casey | Review Deloitte & Touche final fee binder and order, and correspondence re: service thereof. | 0.5 | 337.50 |
| 07/11/25 | Sawyer, Casey | Email with Chambers, DPW, AlixPartners, and MNAT teams re fee order and confer with S. Churchill in part re same | 0.2 | 135.00 |
| 07/11/25 | Turner, Brianna | Call with C. Sawyer re Deloitte & Touche's final fee application. | 0.1 | 62.50 |
| 07/11/25 | Remming, Andrew | Review update from C. Sawyer re interim fee applications. | 0.1 | 129.50 |
| 07/11/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re fee order. | 0.1 | 77.00 |
| 07/11/25 | Sawyer, Casey | Call with B. Turner re Deloitte & Touche's final fee application. | 0.1 | 67.50 |
| 07/12/25 | Sawyer, Casey | Email with M. Solimani re fee applications and review edits to order re same. | 0.1 | 67.50 |
| 07/14/25 | Sawyer, Casey | Review and revise interim fee order, including review of estate professional fee applications (1.3) and emails and confer in part with D. Butz (.1) | 1.4 | 945.00 |
| 07/15/25 | Turner, Brianna | Draft CNO re AlixPartners' Eighth Monthly fee application. | 0.2 | 125.00 |
| 07/15/25 | Sawyer, Casey | Revise interim fee order and CoC, and email DPW and U.S. Trustee re same. | 1.0 | 675.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/15/25 | Remming, Andrew | Review revised version of interim fee order and emails re same with C. Sawyer. | 0.2 | 259.00 |
| 07/16/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing COC (.1); prepare and e-file Certification of Counsel Regarding Second Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals and upload order (.2) | 0.3 | 115.50 |
| 07/16/25 | Sawyer, Casey | Email DPW re interim fee order and CoC, and finalize same | 0.2 | 135.00 |
| 07/16/25 | Butz, Daniel B. | Confer with C Sawyer re: interim fee order (.1); review emails from C Sawyer and K Winiarski re: same (.1) | 0.2 | 219.00 |
| 07/16/25 | Remming, Andrew | Review emails from C. Sawyer and K. Winiarski re interim fee order. | 0.1 | 129.50 |
| 07/16/25 | Sawyer, Casey | Confer with D. Butz re: interim fee order | 0.1 | 67.50 |
| 07/17/25 | Lawrence, John | Email chambers with copy of certification of counsel regarding second interim fee order per C. Sawyer. | 0.1 | 43.50 |
| 07/17/25 | Lawrence, John | Update docket folder with second interim fee order and email Kroll with service instructions. | 0.1 | 43.50 |
| 07/17/25 | Sawyer, Casey | Review second interim fee order and email AlixPartners re same | 0.1 | 67.50 |
| 07/17/25 | Remming, Andrew | Review update from C. Sawyer re interim fee order. | 0.1 | 129.50 |
| 07/18/25 | Turner, Brianna | Emails with R. Chevli re CNO to AlixPartners' Eighth Monthly Fee Application (.1); review and revise same (.1); emails with AlixPartners re same (.1). | 0.3 | 187.50 |
| 07/18/25 | Chevli, Radha | Check the docket for objections to AlixPartners fee application and communicate with B. Turner regarding CNO for AlixPartners Eighth Monthly Fee Application. | 0.3 | 130.50 |
| 07/18/25 | Chevli, Radha | Communicate with B. Turner and finalize and file the CNO re: Alix Partners Eighth Monthly Fee Statement (.2). Conduct docket search and update docket folder (.1) | 0.3 | 130.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/21/25 | Vale, Desiree | Download Second Interim Fee Order and file it in the docket folder (.1); review same (.3); reflect approved fees and expenses for fee applications (.2) | 0.6 | 261.00 |
| 07/21/25 | Vale, Desiree | Document CNO filing re AlixPartners April Fee Application in the Fee Application Tracking Tool | 0.1 | 43.50 |
| 07/21/25 | Vale, Desiree | Document CNO filing re Davis Polk April Fee Application in the Fee Application Tracking Tool | 0.1 | 43.50 |
| 07/21/25 | Turner, Brianna | Email R. Chevli re CNO for DPW's Eighth Monthly Fee Application (.1); review and revise same (.1); emails with K. Winiarski re same (.2); emails with S. Piraino re same (.1). | 0.5 | 312.50 |
| 07/21/25 | Chevli, Radha | Prepare draft CNO re: Eighth Monthly Fee Application of DPW. | 0.2 | 87.00 |
| 07/21/25 | Chevli, Radha | Communicate with B. Turner and finalize and file the CNO re: DPW's Eighth Monthly Fee Application and update the docket folder. | 0.3 | 130.50 |
| 07/21/25 | Sawyer, Casey | Email with D. Vale re interim fee order. | 0.1 | 67.50 |
| 07/25/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing fee application (.1); prepare and e-file Ninth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2025 Through May 31, 2025 (.2) | 0.3 | 115.50 |
| 07/25/25 | Sawyer, Casey | Review and finalize Alix fee application | 0.3 | 202.50 |
| 07/28/25 | Vale, Desiree | Calendar AlixPartners May Fee Application deadline | 0.1 | 43.50 |
| 07/30/25 | Vale, Desiree | Correspondence with B. Turner re CNO to Davis Polk May Fee Application (.1); draft same and revert (.2) | 0.3 | 130.50 |
| 07/31/25 | Turner, Brianna | Review and revise CNO re DPW's ninth monthly fee application (.1); emails with DPW re same (.1); emails with D. Vale re same (.1). | 0.3 | 187.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/31/25 | Vale, Desiree | Review and respond to e-mail from B. Turner confirmation re CNO to DPW May Fee Application e-filing | 0.1 | 43.50 |
| 07/31/25 | Vale, Desiree | E-file CNO to DPW Ninth Fee Statement (.2); correspondence with B. Turner re same (.1); download pleading and file it in the docket folder (.1) | 0.4 | 174.00 |
| | | **Total** | **20.9** | **13,833.50** |

**Task Code:**     B185     Executory Contracts/Unexpired Leases

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/07/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing notice (.1); prepare and e-file Fifty-Fourth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (.2) | 0.3 | 115.50 |
| 07/07/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing notice (.1); prepare and e-file Fifty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (.2) | 0.3 | 115.50 |
| 07/07/25 | Remming, Andrew | Review drafts of Fifty-fourth and Fifty-fifth rejection notices and emails re same from R. Prater and C. Sawyer. | 0.2 | 259.00 |
| 07/07/25 | Sawyer, Casey | Review and finalize 54th and 55th rejection notices. | 0.5 | 337.50 |
| 07/07/25 | Butz, Daniel B. | Review email from R Prater re: contract rejections (.1); confer with C Sawyer re: same (.1); review 54th notice (.2); review 55th notice (.2); call with C Sawyer re: same (.1); review email from C Sawyer re: same (.1) | 0.8 | 876.00 |
| 07/07/25 | Sawyer, Casey | Confer with D. Butz re: contract rejections | 0.1 | 67.50 |
| 07/22/25 | Reed, Marie | Review and respond to email from B. Turner re filing CNO (.1); prepare and e-file Certificate of No Objection Regarding Fifty-Fourth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases and upload order (.2) | 0.3 | 115.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/22/25 | Reed, Marie | Review and respond to email from B. Turner re filing CNO (.1); prepare and e-file Certificate of No Objection Regarding Fifty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases and upload order (.2) | 0.3 | 115.50 |
| 07/22/25 | Turner, Brianna | Confer with C. Patterson re CNOs for rejection notices (.1); review and revise CNOs relating to fifty-fourth and fifty-fifth rejection notices (.3); call with C. Sawyer re same (.1); review previous rejection notices re same (.7); confer with C. Sawyer re same (.1); email DPW re same (.1). | 1.4 | 875.00 |
| 07/22/25 | Sawyer, Casey | Call with B. Turner re rejection notices/ CoCs/ CNOs. | 0.1 | 67.50 |
| 07/22/25 | Sawyer, Casey | Confer with B. Turner re: CNOs relating to fifty-fourth and fifty-fifth rejection notices | 0.1 | 67.50 |
| 07/23/25 | Turner, Brianna | Review email from chambers re CNOs for fifty-fourth and fifty-fifth rejection notices and call with C. Sawyer re same. | 0.1 | 62.50 |
| 07/23/25 | Butz, Daniel B. | Emails with C Sawyer re: notices of service for rejection notices | 0.1 | 109.50 |
| 07/23/25 | Sawyer, Casey | Emails with Chambers and Kroll re service of rejection notices. | 0.2 | 135.00 |
| 07/24/25 | Turner, Brianna | Review email from M. Surnow re Wadsworth, Ohio location (.1); confer with C. Sawyer re same (.1); review lease designation tracker and contract rejection notices re same (.5) email S. Churchill and C. Sawyer re same (.1). | 0.8 | 500.00 |
| 07/24/25 | Butz, Daniel B. | Review emails from B Turner, S Churchill re: Wadsworth landlord inquiry | 0.1 | 109.50 |
| 07/24/25 | Sawyer, Casey | Review lease notice affidavit of service and email Chambers re same. | 0.1 | 67.50 |
| 07/25/25 | Rogers Churchill, Sophie | Review lease rejection notices related to Wadsworth, OH inquiry (.2); emails with B. Turner and C. Sawyer re: same (.1) | 0.3 | 231.00 |
| 07/26/25 | Rogers Churchill, Sophie | Review lease rejection notices and related affidavit of service and respond to Chambers re: service of notices. | 0.5 | 385.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/26/25 | Sawyer, Casey | Review and respond to S. Churchill emails re lease status and review materials re same | 0.4 | 270.00 |
| 07/28/25 | Sawyer, Casey | Confer with S. Churchill re lease/landlord question | 0.1 | 67.50 |
| 07/28/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re lease/landlord question | 0.1 | 77.00 |
| | | **Total** | **7.2** | **5,026.50** |

**Task Code:**     B190     Other Contested Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/09/25 | Sawyer, Casey | Review email from K. Winiarski re GBRP motion. | 0.1 | 67.50 |
| 07/09/25 | Remming, Andrew | Review revised version of GBRP stipulation and email re same from K. Winiarski. | 0.2 | 259.00 |
| 07/09/25 | Butz, Daniel B. | Review stipulation from K Winiarski regarding GBRP motion | 0.7 | 766.50 |
| 07/22/25 | Butz, Daniel B. | Review email from K Winiarski re: GBRP stipulation (.1); review email from S Fox re: same (.1) | 0.2 | 219.00 |
| 07/22/25 | Remming, Andrew | Review revised draft of GBRP stipulation and email re same from K. Winiarski. | 0.2 | 259.00 |
| 07/24/25 | Butz, Daniel B. | Review email from S Fox re: GBRP stipulation and review same (.2); review email from K Winiarski re: same and confer with S Churchill re: same (.1) | 0.3 | 328.50 |
| 07/24/25 | Remming, Andrew | Review further revised draft of GBRP stipulation (.2) and emails re same from S. Fox and K. Winiarski (.1) | 0.3 | 388.50 |
| 07/24/25 | Rogers Churchill, Sophie | Confer with D. Butz re: GBRP stipulation | 0.1 | 77.00 |
| 07/24/25 | Remming, Andrew | Review further revised version of GBRP stipulation and email re same from K. Winiarski. | 0.2 | 259.00 |
| 07/31/25 | Butz, Daniel B. | Review email from K Winiarski re: GBRP stipulation (.1); review same (.1) and email from S Fox re: same (.1) | 0.2 | 219.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/31/25 | Remming, Andrew | Review revised version of GBRP stipulation and email from K. Winiarski re same. | 0.2 | 259.00 |
| 07/31/25 | Remming, Andrew | Review voicemail from litigation claimant and email to MNAT team re same. | 0.2 | 259.00 |
| | | **Total** | **2.9** | **3,361.00** |

**Task Code:** B240    Tax Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/20/25 | Butz, Daniel B. | Review email from T Grundemeier and S Churchill re: tax issues | 0.1 | 109.50 |
| 07/22/25 | Rogers Churchill, Sophie | Email to AlixPartners re tax issues. | 0.1 | 77.00 |
| 07/30/25 | Rogers Churchill, Sophie | Confer with D. Butz re tax issues. | 0.3 | 231.00 |
| 07/30/25 | Butz, Daniel B. | Confer with S. Churchill re tax issues. | 0.3 | 328.50 |
| | | **Total** | **0.8** | **746.00** |

**Task Code:** B290    Vendor/Supplier Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/03/25 | Sawyer, Casey | Review vendor email and email DPW re same, including confer with D. Butz. | 0.1 | 67.50 |
| 07/03/25 | Remming, Andrew | Review email from C. Sawyer re inquiries from vendor. | 0.1 | 129.50 |
| 07/10/25 | Remming, Andrew | Review email from K. Winiarski re inquiries from counsel to vendor. | 0.1 | 129.50 |
| 07/14/25 | Remming, Andrew | Review analysis re vendor claim issue. | 0.1 | 129.50 |
| 07/17/25 | Remming, Andrew | Emails with C. Sawyer re inquiries from vendor. | 0.1 | 129.50 |
| 07/18/25 | Remming, Andrew | Review emails from K. Winiarski re questions from administrative claimant. | 0.1 | 129.50 |
| 07/18/25 | Remming, Andrew | Review emails re distributions on administrative claims from B. Turner, C. Sawyer and D. Butz. | 0.1 | 129.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/21/25 | Sawyer, Casey | Email with B. Turner and D. Butz re vendor inquiry and confer with D. Butz in part re same. | 0.1 | 67.50 |
| 07/22/25 | Sawyer, Casey | Review and respond to B. Turner re vendor correspondence. | 0.1 | 67.50 |
| 07/24/25 | Sawyer, Casey | Email K. Winiarski and S. Churchill re vendor communication, and respond to Vendor re same | 0.2 | 135.00 |
| 07/28/25 | Remming, Andrew | Call with C. Simon re vendor claim issues. | 0.3 | 388.50 |
| | | **Total** | **1.4** | **1,503.00** |

**Task Code:**    B300    Court Hearings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/17/25 | Lawrence, John | Draft 8.13 agenda. | 0.5 | 217.50 |
| 07/18/25 | Lawrence, John | Update 8.13 agenda. | 0.4 | 174.00 |
| 07/20/25 | Rogers Churchill, Sophie | Respond to email from T. Grundemeier re July hearing. | 0.1 | 77.00 |
| 07/21/25 | Walker, Valerie | Review and respond to email from C. Sawyer re: notice (.1); prepare and efile Notice of Agenda for Hearing Scheduled for July 24, 2025, at 11:00 A.M. (ET) (.3) | 0.4 | 154.00 |
| 07/21/25 | Rogers Churchill, Sophie | Call with C Sawyer re agenda (.1); respond to email from C Loizides re same (.1). | 0.2 | 154.00 |
| 07/21/25 | Butz, Daniel B. | Review email from C Sawyer re: adjourned hearing (.1); review email from S Piraino re: same and review proposed agenda re: same (.1); call with C Sawyer re: same (.1) | 0.3 | 328.50 |
| 07/21/25 | Sawyer, Casey | Draft agenda for adjourned July hearing and email with S. Churchill re same (.4); finalize re same (.2); confer with S. Churchill re stay relief motion and coordinate notice re same (.1). | 0.7 | 472.50 |
| 07/21/25 | Remming, Andrew | Call with S. Churchill re hearing agenda for adjourned hearing date. | 0.2 | 259.00 |
| 07/21/25 | Sawyer, Casey | Call with D. Butz re: adjourned hearing and proposed agenda re: same | 0.1 | 67.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/21/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re stay relief motion | 0.1 | 77.00 |
| 07/21/25 | Rogers Churchill, Sophie | Call with A. Remming re hearing agenda for adjourned hearing date. | 0.2 | 154.00 |
| 07/21/25 | Remming, Andrew | Review draft of 7/24 hearing agenda (.2) and emails re same from C. Sawyer and S. Piraino (.1). | 0.3 | 388.50 |
| 07/23/25 | Lawrence, John | Update 8.13 agenda. | 0.7 | 304.50 |
| 07/24/25 | Rogers Churchill, Sophie | Emails with B. Turner re hearing dates. | 0.2 | 154.00 |
| 07/24/25 | Turner, Brianna | Emails with S. Churchill re omnibus hearing dates (.1); email chambers re same (.1). | 0.2 | 125.00 |
| 07/25/25 | Lawrence, John | Update 8.13 agenda. | 0.2 | 87.00 |
| 07/25/25 | Turner, Brianna | Draft CoC for omnibus hearing date order (.1); emails with S. Churchill and C. Sawyer re CoC for omnibus hearing dates (.1); email DPW re same (.1). | 0.3 | 187.50 |
| 07/25/25 | Rogers Churchill, Sophie | Emails with B. Turner re hearing dates. | 0.1 | 77.00 |
| 07/25/25 | Remming, Andrew | Review update from S. Churchill re hearing dates. | 0.1 | 129.50 |
| 07/25/25 | Remming, Andrew | Review email from B. Turner re hearing dates. | 0.1 | 129.50 |
| 07/29/25 | Rogers Churchill, Sophie | Respond to email from B. Turner re hearing dates. | 0.1 | 77.00 |
| 07/29/25 | Turner, Brianna | Emails with S. Churchill re omnibus hearing dates (.1); emails with DPW re same (.1); emails with S. Churchill re CoC relating to same (.1). | 0.3 | 187.50 |
| 07/29/25 | Remming, Andrew | Review emails from B. Turner and K. Winiarski re omnibus hearing dates. | 0.1 | 129.50 |
| 07/30/25 | Lawrence, John | File certification of counsel regarding 9.11 and 10.16 hearings. | 0.2 | 87.00 |
| 07/30/25 | Lawrence, John | Update 8.13 agenda. | 0.1 | 43.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/30/25 | Turner, Brianna | Email chambers re hearing dates (.1); revise omnibus hearing date CoC (.2). | 0.3 | 187.50 |
| 07/30/25 | Turner, Brianna | Emails with J. Lawrence re 8/13 hearing agenda. | 0.2 | 125.00 |
| 07/30/25 | Remming, Andrew | Review update from B. Turner re hearing dates. | 0.1 | 129.50 |
| 07/31/25 | Turner, Brianna | Email DPW re order scheduling omnibus hearing dates. | 0.1 | 62.50 |
| 07/31/25 | Remming, Andrew | Review email from B. Turner re omnibus hearing dates. | 0.1 | 129.50 |
| | | **Total** | **7.0** | **4,876.00** |

**Task Code:** B310    Claims Objections and Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/01/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re Siemens administrative claim order. | 0.1 | 77.00 |
| 07/01/25 | Sawyer, Casey | Calls with A. Remming and in part S. Piraino re Siemens CoC/Order (.2) review same (.1); confer with S. Churchill re same (.1); further call with A. Remming and S. Piraino re same (.2); call with D. Butz re same (.2). | 0.8 | 540.00 |
| 07/01/25 | Remming, Andrew | Call with S. Piraino and C. Sawyer re Siemens claim (.2); further call with C. Sawyer re same (.1). | 0.3 | 388.50 |
| 07/01/25 | Remming, Andrew | Further call with C. Sawyer and S. Piraino re Siemens claim. | 0.2 | 259.00 |
| 07/01/25 | Remming, Andrew | Research re local rule requirements for COCs. | 0.4 | 518.00 |
| 07/01/25 | Remming, Andrew | Review emails from S. Piraino and C. Sawyer re Siemens claim. | 0.1 | 129.50 |
| 07/01/25 | Butz, Daniel B. | Call with C Sawyer re: administrative claim issues (.2); review email from C Sawyer re: same (.1) | 0.3 | 328.50 |
| 07/01/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re Siemens CoC/Order | 0.1 | 77.00 |
| 07/02/25 | Sawyer, Casey | Review emails with S. Piraino and Siemens' counsel re administrative claim and order. | 0.1 | 67.50 |
| 07/02/25 | Butz, Daniel B. | Review emails from J Bell and S Piraino re: claimant inquiry | 0.1 | 109.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/25 | Remming, Andrew | Review supporting documentation re Siemens claims (.2) and emails re same from S. Piraino (.1). | 0.3 | 388.50 |
| 07/03/25 | Sawyer, Casey | Calls with S. Piraino re Siemens CoC and review same (.2) email and calls with A. Remming re same, and email J. Waxman re same (.3); review as-filed CoC and Order re same (.1). | 0.6 | 405.00 |
| 07/03/25 | Butz, Daniel B. | Review email from D Manek re: vendor inquiry (.1); confer with C Sawyer e: same (.1); review emails from C Sawyer re: same (.1) | 0.3 | 328.50 |
| 07/03/25 | Remming, Andrew | Calls (2x) with C. Sawyer re Siemens COC and proposed revised order. | 0.3 | 388.50 |
| 07/03/25 | Remming, Andrew | Review revised version of Siemens COC and proposed order (.2) and emails re same from S. Piraino and C. Sawyer (.1). | 0.3 | 388.50 |
| 07/03/25 | Remming, Andrew | Review update from S. Piraino re Siemens claim issues. | 0.1 | 129.50 |
| 07/08/25 | Butz, Daniel B. | Confer with C Sawyer re: administrative claim issues | 0.1 | 109.50 |
| 07/08/25 | Sawyer, Casey | Confer with D. Butz re: administrative claim issues | 0.1 | 67.50 |
| 07/10/25 | Sawyer, Casey | Review Trinketree correspondence and call with S. Churchill re same (.1); review POCs and notice and email with K. Winiarski re same (.2). | 0.3 | 202.50 |
| 07/10/25 | Sawyer, Casey | Review emails from J. Doyle and K. Winiarski re administrative claims. | 0.1 | 67.50 |
| 07/10/25 | Butz, Daniel B. | Review emails from D Manek, C Sawyer and K Winiarski re: vendor inquiry and review current exhibit/list re: same (.1); draft email to C Sawyer and K Winiarski re: inclusion of notice (.1) | 0.2 | 219.00 |
| 07/10/25 | Butz, Daniel B. | Review emails from J Doyle re: Iron Mountain invoices and from K Winiarski re: same | 0.1 | 109.50 |
| 07/10/25 | Rogers Churchill, Sophie | Call with C. Sawyer re: Trinketree correspondence | 0.1 | 77.00 |
| 07/11/25 | Sawyer, Casey | Emails with K. Winiarski and administrative claimant re payment procedures. | 0.3 | 202.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/11/25 | Sawyer, Casey | Review and respond to R. Mecklemburg email re claim transfer question. | 0.1 | 67.50 |
| 07/11/25 | Butz, Daniel B. | Review emails from C Sawyer and K Winiarski re: Yangjiang inquiry into claim status | 0.1 | 109.50 |
| 07/11/25 | Butz, Daniel B. | Review email from K Winiarski re: Iron Mountain claim details and email from J Doyle re: same | 0.1 | 109.50 |
| 07/14/25 | Butz, Daniel B. | Review additional email from Iron Mountain counsel re: claims | 0.1 | 109.50 |
| 07/15/25 | Turner, Brianna | Call with C. Sawyer re claim objection drafts (.1); review drafts of same (.4); email C. Sawyer re same (.1); email K. Winiarski re same (.1). | 0.7 | 437.50 |
| 07/15/25 | Sawyer, Casey | Email with K. Winiarski re claims objection and confer in part with D. Butz (.1); research and email with MNAT team re same (.4). | 0.5 | 337.50 |
| 07/15/25 | Butz, Daniel B. | Review emails from J Clarrey and J Doyle re: administrative payments | 0.1 | 109.50 |
| 07/15/25 | Butz, Daniel B. | Review emails from K Winiarski and C Sawyer re: claims objections (.1); review proof of claim re: same (.1); confer with C Sawyer re: same (.1); review emails from B Turner and C Sawyer re: same and review sample objections for same (.2); email to B Turner and C Sawyer re: same (.1); review emails from C Sawyer and B Turner re: same (.1) | 0.7 | 766.50 |
| 07/15/25 | Remming, Andrew | Review proof of claim information and emails re objection to same from C. Sawyer and K. Winiarski. | 0.2 | 259.00 |
| 07/15/25 | Sawyer, Casey | Call with B. Turner re claim objection drafts | 0.1 | 67.50 |
| 07/17/25 | Sawyer, Casey | Review creditor/ vendor email re claim and email with K. Winiarski and MNAT team re same. | 0.1 | 67.50 |
| 07/17/25 | Butz, Daniel B. | Review emails from D Manek and C Sawyer re: vendor inquiry and email to C Sawyer re: same | 0.1 | 109.50 |
| 07/17/25 | Butz, Daniel B. | Review email from J Doyle re: Iron Mountain claim and emails from J Clarrey and further emails from J Doyle all re: same | 0.1 | 109.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 07/18/25 | Butz, Daniel B. | Review emails from T Arnold and K Winiarski re: administrative expense claim payments and percentage recoveries | 0.1 | 109.50 |
| 07/21/25 | Butz, Daniel B. | Confer with S Churchill re: claims issues | 0.1 | 109.50 |
| 07/21/25 | Butz, Daniel B. | Review email from B Turner re: claims reconciliation (.1); revise email and send to B Turner and C Sawyer re: same (.1); confer with C Sawyer re: same and review emails from C Sawyer and B Turner re: same (.1) | 0.3 | 328.50 |
| 07/21/25 | Rogers Churchill, Sophie | Confer with D. Butz re: claims issues | 0.1 | 77.00 |
| 07/21/25 | Remming, Andrew | Review update from J. Clarrey re claim analysis. | 0.1 | 129.50 |
| 07/22/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing objection (.1); prepare and e-file Debtors' Objection to Lipp CDS, Inc.'s Proof Of Claim (.2) | 0.3 | 115.50 |
| 07/22/25 | Butz, Daniel B. | Review emails from B Turner and C Sawyer re: claims inquiry and response thereto | 0.1 | 109.50 |
| 07/22/25 | Butz, Daniel B. | Review Lipp CDS objection (.3); review email from, and confer with, C Sawyer re: same (.3) | 0.6 | 657.00 |
| 07/22/25 | Butz, Daniel B. | Review revised claim objection (.3); confer with C Sawyer re: filing of same (.1) | 0.4 | 438.00 |
| 07/22/25 | Sawyer, Casey | Review and provide comments to Lipp CDS claims objection. | 0.4 | 270.00 |
| 07/22/25 | Sawyer, Casey | Confer with D. Butz re Lipp claim objection (.3); review DPW edits and email K. Winiarski re same (.2). | 0.5 | 337.50 |
| 07/22/25 | Sawyer, Casey | Finalize claim objection (.5), including confer in part with D. Butz (.1). | 0.6 | 405.00 |
| 07/22/25 | Remming, Andrew | Review email from B. Turner re inquiries from counsel to claimant. | 0.1 | 129.50 |
| 07/22/25 | Remming, Andrew | Review draft objection to Lipp CDS motion (.2), review revised version of same (.2) and emails re same from K. Winiarski, C. Sawyer (.1). | 0.5 | 647.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/23/25 | Rogers Churchill, Sophie | Review inquiry from claimant re Hacche issue and address same. | 0.6 | 462.00 |
| 07/23/25 | Butz, Daniel B. | Review emails from S Churchill and L Cromley re: claimant inquiry | 0.1 | 109.50 |
| 07/24/25 | Butz, Daniel B. | Review email from D Manek and C Sawyer re: creditor claim | 0.1 | 109.50 |
| 07/24/25 | Remming, Andrew | Review update from C. Sawyer re inquiries from vendor re claim status. | 0.1 | 129.50 |
| 07/24/25 | Remming, Andrew | Review email from B. Turner re inquiries from vendor. | 0.1 | 129.50 |
| 07/28/25 | Remming, Andrew | Emails with K. Winiarski re questions from administrative claimant re claim status. | 0.1 | 129.50 |
| 07/28/25 | Remming, Andrew | Emails with C. Simon and K. Winiarski re Kentex. | 0.2 | 259.00 |
| 07/28/25 | Remming, Andrew | Review voicemail from C. Simon re Kentex. | 0.1 | 129.50 |
| 07/29/25 | Butz, Daniel B. | Review email from JH Doyle re: Iron Mountain claims | 0.1 | 109.50 |
| 07/29/25 | Remming, Andrew | Review emails re Kentex claim from K. Winiarski and K. Percy. | 0.1 | 129.50 |
| 07/30/25 | Butz, Daniel B. | Review email from S Churchill re: K Percy inquiry into claims objection issues (.1); email to S Piraino re: same (.1); call with S Piraino re: same (.2); confer with S Churchill re: same (.2) | 0.6 | 657.00 |
| 07/30/25 | Butz, Daniel B. | Review email from K Winiarski re: proof of claim process | 0.1 | 109.50 |
| 07/30/25 | Remming, Andrew | Review update from K. Winiarski re administrative claim issues. | 0.1 | 129.50 |
| 07/30/25 | Remming, Andrew | Review emails from J. Clarrey and K. Winiarski re administrative claim issues. | 0.1 | 129.50 |
| 07/31/25 | Sawyer, Casey | Review draft notice of distribution and email K. Winiarski re same (.1); confers with D. Butz re same (.2); finalize re same (.3). | 0.6 | 405.00 |
| 07/31/25 | Sawyer, Casey | Review and respond to admin claimant email re service and research re same | 1.3 | 877.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/31/25 | Butz, Daniel B. | Review distribution notice from K Winiarski (.3); review emails from C Sawyer and K Winiarski re: same (.1); review emails from K Winiarski and J Clarrey on clarifications and review revisions for same (.2); review email from R Meckelmburg re: admin claim list and review email from K Winiarski re: same (.1); conf with C Sawyer re: same (.1); review final notice and emails from C Sawyer re: filing of same (.1) | 0.9 | 985.50 |
| 07/31/25 | Butz, Daniel B. | Confer with C Sawyer re: service and bar date issues (.1); research into same (.4); confer with C Sawyer re: same (.1); review email from C Sawyer re: TCH claim inquiry (.1) | 0.7 | 766.50 |
| | | **Total** | **18.9** | **17,858.50** |

**Task Code:    B320**    Plan and Disclosure Statement

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/25 | Sawyer, Casey | Email with B. Turner and S. Piraino re exclusivity motion, and confer with B. Turner in part re same (.1); draft motion re same (.7); confer with S. Churchill re same (.2). | 1.0 | 675.00 |
| 07/01/25 | Butz, Daniel B. | Review emails from B Turner and S Piraino re: exclusivity (.1) | 0.1 | 109.50 |
| 07/01/25 | Turner, Brianna | Email with C. Sawyer and S. Piraino re exclusivity motion, and confer with C. Sawyer in part re same | 0.1 | 62.50 |
| 07/01/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re exclusivity motion | 0.2 | 154.00 |
| 07/02/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing motion (.1); prepare and e-file Debtors' Third Motion for Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (.2) | 0.3 | 115.50 |
| 07/02/25 | Rogers Churchill, Sophie | Email to D. Butz re exclusivity motion. | 0.1 | 77.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/02/25 | Sawyer, Casey | Draft and revise third exclusivity motion (1.3); email and confer with D. Butz re same (.1); call with S. Churchill re same (.1); email with DPW and further revise motion re same (.2); finalize re same, including call in part with E. Stern (.3). | 2.0 | 1,350.00 |
| 07/02/25 | Butz, Daniel B. | Review email from C Sawyer re: exclusivity motion | 0.1 | 109.50 |
| 07/02/25 | Butz, Daniel B. | Review draft motion from C Sawyer (.2); email to C Sawyer re: same (.1); emails with C Sawyer and S Churchill re: same (.2); review revised motion (.2); emails with C Sawyer re: same (.1) | 0.8 | 876.00 |
| 07/02/25 | Butz, Daniel B. | Review emails from S Piraino and E Stern re: exclusivity (.1); review email from C Sawyer re: draft motion (.1); review comments from E Stern re: same (.2); review email from C Sawyer re: same (.1) | 0.5 | 547.50 |
| 07/02/25 | Butz, Daniel B. | Review emails from E Stern and C Sawyer re: exclusivity and review final revisions (.2) | 0.2 | 219.00 |
| 07/02/25 | Butz, Daniel B. | Email and confer with C. Sawyer re: third exclusivity motion | 0.1 | 109.50 |
| 07/15/25 | Turner, Brianna | Draft CNO re third exclusivity period extension motion (.1); email C. Sawyer re same (.1). | 0.2 | 125.00 |
| 07/17/25 | Reed, Marie | Review and respond to email from B. Turner re filing CNO (.1); prepare and e-file Certificate of No Objection Regarding Debtors' Third Motion for Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and upload order (.2) | 0.3 | 115.50 |
| 07/17/25 | Turner, Brianna | Review and revise CNO re Debtors' Third Exclusivity Motion (.1); emails with K. Winiarski re same (.1). | 0.2 | 125.00 |
| 07/17/25 | Butz, Daniel B. | Review emails from B Turner and K Winiarski re: exclusivity motion | 0.1 | 109.50 |
| 07/21/25 | Sawyer, Casey | Review order extending exclusive periods and coordinate service of same. | 0.1 | 67.50 |
| | | **Total** | **6.4** | **4,947.50** |

**Task Code:**     B340          Professional Retention (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/09/25 | Turner, Brianna | Confer with C. Sawyer re supplemental declarations (.1); call with C. Sawyer and S. Churchill re same (.1). | 0.2 | 125.00 |
| 07/09/25 | Rogers Churchill, Sophie | Call with C. Sawyer and B. Turner re supplemental declarations | 0.1 | 77.00 |
| 07/15/25 | Turner, Brianna | Review notices of appearance re potential disclosures relating to MNAT's retention. | 0.2 | 125.00 |
| | | **Total** | **0.5** | **327.00** |

**Task Code:**     B360     Professional Retention (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/07/25 | Remming, Andrew | Review email from L. Maite re OCP issues. | 0.1 | 129.50 |
| 07/09/25 | Sawyer, Casey | Confer with B. Turner, including call with S. Churchill, re retention declaration, and review emails re same. | 0.3 | 202.50 |
| | | **Total** | **0.4** | **332.00** |

**Task Code:**     B400     General Corporate Matters (including Corporate Governance)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/14/25 | Sawyer, Casey | Review and revise name change motion, including call in part with D. Butz. | 0.5 | 337.50 |
| 07/14/25 | Butz, Daniel B. | Review email from K Winiarski re: name change motion (.1); briefly review same on an initial basis and review emails from C Sawyer re: same (.1); call with C Sawyer re: same (.1); comment on same and email to C Sawyer re: comments to same (.3); review emails from C Sawyer and K Winiarski re: same (.1) | 0.7 | 766.50 |
| | | **Total** | **1.2** | **1,104.00** |

**Task Code:**     B410     General Case Strategy

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 07/02/25 | Rogers Churchill, Sophie | Confer with B. Turner re WIP. | 0.1 | 77.00 |
| 07/02/25 | Sawyer, Casey | Confer with S. Churchill re exclusivity motion and appeals process. | 0.2 | 135.00 |
| 07/02/25 | Butz, Daniel B. | Review emails from C Sawyer and S Piraino re: open issues on DPW and others' comments | 0.2 | 219.00 |
| 07/02/25 | Turner, Brianna | Confer with S. Churchill re WIP. | 0.1 | 62.50 |
| 07/02/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re exclusivity motion and appeals process. | 0.2 | 154.00 |
| 07/07/25 | Turner, Brianna | Revise WIP list (1.0); email S. Churchill, D. Butz, and C. Sawyer re same (.1). | 1.1 | 687.50 |
| 07/07/25 | Sawyer, Casey | Review email from B. Turner re WIP items. | 0.1 | 67.50 |
| 07/07/25 | Butz, Daniel B. | Review email from B Turner re: WIP list and review same | 0.1 | 109.50 |
| 07/08/25 | Sawyer, Casey | Confer with A. Remming re case status and WIP | 0.1 | 67.50 |
| 07/08/25 | Remming, Andrew | Confer with C. Sawyer re case status and WIP | 0.1 | 129.50 |
| 07/10/25 | Turner, Brianna | Revise WIP list. | 0.5 | 312.50 |
| 07/10/25 | Sawyer, Casey | Review B. Turner email re WIP | 0.1 | 67.50 |
| 07/11/25 | Remming, Andrew | Review and respond to service questions from C. Sawyer. | 0.1 | 129.50 |
| 07/15/25 | Turner, Brianna | Confer with C. Sawyer re WIP. | 0.1 | 62.50 |
| 07/15/25 | Turner, Brianna | Revise WIP list. | 0.2 | 125.00 |
| 07/15/25 | Sawyer, Casey | Confer with B. Turner re WIP and fee CNO | 0.1 | 67.50 |
| 07/16/25 | Turner, Brianna | Revise WIP list. | 0.3 | 187.50 |
| 07/16/25 | Sawyer, Casey | Confer with B. Turner re Lipps objection and WIP. | 0.1 | 67.50 |
| 07/16/25 | Butz, Daniel B. | Review emails from B Turner and C Sawyer re: CNOs for Thursday | 0.1 | 109.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/16/25 | Turner, Brianna | Confer with C. Sawyer re Lipps objection and WIP. | 0.1 | 62.50 |
| 07/18/25 | Turner, Brianna | Revise WIP list (.2); email MNAT team re same (.1). | 0.3 | 187.50 |
| 07/19/25 | Turner, Brianna | Emails with C. Sawyer re WIP. | 0.1 | 62.50 |
| 07/21/25 | Turner, Brianna | Confer with C. Sawyer re WIP. | 0.1 | 62.50 |
| 07/21/25 | Butz, Daniel B. | Review email from C Loizides re: stay issues (.1); review emails from M Brock and S Churchill re: hearing and stay issues (.1); review email from C Loizides re: same (.1) | 0.3 | 328.50 |
| 07/21/25 | Sawyer, Casey | Confer with B. Turner re V. Cahill email re appearance, including call with S. Churchill and B. Turner re same (.1); further call with S. Churchill re: hearing agenda (.1). | 0.2 | 135.00 |
| 07/21/25 | Sawyer, Casey | Confer with B. Turner re WIP. | 0.1 | 67.50 |
| 07/22/25 | Turner, Brianna | Revise WIP list. | 0.1 | 62.50 |
| 07/22/25 | Turner, Brianna | Email V. Cahill re notice of withdrawal. | 0.1 | 62.50 |
| 07/22/25 | Remming, Andrew | Review revised GBRP stipulation (.2) and emails from K. Winiarski re same (.1) | 0.3 | 388.50 |
| 07/22/25 | Remming, Andrew | Review draft claim objection (.3); review further revisions to same (.1) and emails re same from C. Sawyer and K. Winiarski (.1) | 0.5 | 647.50 |
| 07/23/25 | Turner, Brianna | Emails with S. Churchill re CoCs relating to stipulations. | 0.1 | 62.50 |
| 07/24/25 | Rogers Churchill, Sophie | Call with DPW and company re updates re GBRP and strategy. | 0.5 | 385.00 |
| 07/24/25 | Rogers Churchill, Sophie | Confer with D. Butz re strategy. | 0.4 | 308.00 |
| 07/24/25 | Turner, Brianna | Revise WIP list (.6); email D. Butz, C. Sawyer, and S. Churchill re same (.1). | 0.7 | 437.50 |
| 07/24/25 | Turner, Brianna | Revise WIP list. | 0.7 | 437.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/24/25 | Butz, Daniel B. | Confer with S Churchill re: results of call with DPW and AP re: case status and next steps | 0.4 | 438.00 |
| 07/30/25 | Rogers Churchill, Sophie | Revise COC for omnibus hearing dates and confer with B. Turner re WIP. | 0.2 | 154.00 |
| 07/30/25 | Turner, Brianna | Revise WIP list (.4); confer with S. Churchill re same and omnibus hearing date CoC (.2). | 0.6 | 375.00 |
| 07/31/25 | Turner, Brianna | Revise WIP list. | 0.2 | 125.00 |
| | | **Total** | **9.9** | **7,627.50** |

**Task Code:** B420    Schedules/SOFA/U.S. Trustee Reports

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/15/25 | Sawyer, Casey | Review and respond to AlixPartners email re MORs (.1), including partial confer with D. Butz (.1) | 0.2 | 135.00 |
| 07/15/25 | Butz, Daniel B. | Confer with C. Sawyer re MORs | 0.1 | 109.50 |
| 07/16/25 | Butz, Daniel B. | Emails with J Clarrey re: MOR issue | 0.1 | 109.50 |
| 07/21/25 | Butz, Daniel B. | Review emails from J Clarrey and C Sawyer re: MORs (.1); call with C Sawyer re: same (.1) | 0.2 | 219.00 |
| 07/21/25 | Sawyer, Casey | Review J. Clarrey email re MOR question and research same (.3); call with D. Butz re same (.1). | 0.4 | 270.00 |
| 07/22/25 | Butz, Daniel B. | Confer with C Sawyer re: MOR questions (.1); review email from C Sawyer re: same (.1) | 0.2 | 219.00 |
| 07/22/25 | Sawyer, Casey | Confer with D. Butz re MORs (.1) and email AlixPartners re same (.1). | 0.2 | 135.00 |
| 07/31/25 | Lawrence, John | Finalize and file June monthly operating reports for 24-11966 though 24-11984. Update docket folder with as-filed copies. Email Kroll with service instructions. | 1.4 | 609.00 |
| 07/31/25 | Sawyer, Casey | Email with AlixPartners re MOR and finalize re same. | 0.4 | 270.00 |
| | | **Total** | **3.2** | **2,076.00** |

**Task Code:**    B470    Bankruptcy Appeals

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/06/25 | Butz, Daniel B. | Review email from C Sawyer re: appellate oral argument (.1); review email from S Churchill re: same (.1) | 0.2 | 219.00 |
| 07/06/25 | Sawyer, Casey | Research and draft email to S. Churchill, D. Butz, and B. Turner re appellate procedures. | 0.8 | 540.00 |
| 07/07/25 | Remming, Andrew | Review update re appeal issues from C. Sawyer. | 0.1 | 129.50 |
| 07/07/25 | Turner, Brianna | Review emails from C. Sawyer and S. Churchill re oral argument application. | 0.1 | 62.50 |
| 07/07/25 | Sawyer, Casey | Email with S. Churchill re oral argument and confer with D. Butz re same (.1); call with D. Butz and email DPW re same (.1). | 0.2 | 135.00 |
| 07/07/25 | Butz, Daniel B. | Review email from C Sawyer re: oral argument (.1); confer with C Sawyer re: same (.1); revise and revise proposed email re: same (.3); review email from C Sawyer re: same (.1) | 0.6 | 657.00 |
| 07/07/25 | Butz, Daniel B. | Call with C. Sawyer re oral argument | 0.1 | 109.50 |
| 07/08/25 | Sawyer, Casey | Email with M. Brock re request for oral argument and confer with D. Butz re same (.1); draft same (.6); confer with D. Butz re same (.1). | 0.8 | 540.00 |
| 07/08/25 | Remming, Andrew | Review emails re appeal oral argument request from M. Brock and C. Sawyer. | 0.1 | 129.50 |
| 07/08/25 | Butz, Daniel B. | Review email from M Brock re appeal (.1); review email from C Sawyer re: same (.1); confer with C Sawyer re: same (.1); review notice and confer with C Sawyer re: same (.1); review email from C Sawyer re: same (.1) | 0.5 | 547.50 |
| 07/11/25 | Sawyer, Casey | Review appellee briefs and email M. Brock re same. | 0.5 | 337.50 |
| 07/11/25 | Sawyer, Casey | Email with M. Brock re request for oral argument and revise same (.2); confer with D. Butz re same (.1). | 0.3 | 202.50 |
| 07/11/25 | Remming, Andrew | Review revised draft of oral argument request (.2) and emails re same from M. Brock and C. Sawyer (.1). | 0.3 | 388.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/11/25 | Butz, Daniel B. | Review emails from C Sawyer and M Brock re: appellate filing (.1); confer with C Sawyer re: same (.1) | 0.2 | 219.00 |
| 07/14/25 | Lawrence, John | File requests for oral argument in 25-00072, 25-00078, and 25-00130 (.3). Update docket folder, print copies and coordinate with office services to deliver to chambers in morning (.2). | 0.5 | 217.50 |
| 07/14/25 | Remming, Andrew | Review emails re oral argument request from C. Sawyer and M. Brock. | 0.1 | 129.50 |
| 07/14/25 | Sawyer, Casey | Draft, revise and finalize requests for oral argument in 3 appeals cases. | 0.5 | 337.50 |
| 07/14/25 | Butz, Daniel B. | Review email from M Brock re: request for oral argument (.1); confer with C Sawyer re: same (.1); review emails from C Sawyer, M Brock and J Lawrence re: filing of request (.1) | 0.3 | 328.50 |
| 07/14/25 | Remming, Andrew | Review draft of name change motion and further revisions to same (.2) and emails re same from C. Sawyer and D. Butz (.1). | 0.3 | 388.50 |
| 07/30/25 | Turner, Brianna | Review district court docket for upcoming deadlines. | 0.1 | 62.50 |
| | | **Total** | **6.6** | **5,681.00** |