**EXHIBIT B**
**EXPENSE SUMMARY**

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**July 1, 2025, through July 31, 2025**

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 255.40 |
| In-House Printing - black & white | 13.00 |
| In-House Printing - color | 3.20 |
| Messenger Service | 5.00 |
| **Grand Total Expenses** | **$276.60** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/01/25 | Pacer | 96.0 | 9.60 |
| 07/01/25 | In-House Printing - color | 4.0 | 3.20 |
| 07/02/25 | In-House Printing - black & white | 35.0 | 3.50 |
| 07/02/25 | Pacer | 77.0 | 7.70 |
| 07/03/25 | Pacer | 30.0 | 3.00 |
| 07/07/25 | Pacer | 202.0 | 20.20 |
| 07/08/25 | Pacer | 151.0 | 15.10 |
| 07/10/25 | Pacer | 45.0 | 4.50 |
| 07/14/25 | Pacer | 134.0 | 13.40 |
| 07/15/25 | Pacer | 126.0 | 12.60 |
| 07/15/25 | Messenger Service - Delivery to District Court re: appeal pleadings | 1.0 | 5.00 |
| 07/16/25 | Pacer | 107.0 | 10.70 |
| 07/17/25 | Pacer | 60.0 | 6.00 |
| 07/18/25 | Pacer | 38.0 | 3.80 |
| 07/21/25 | Pacer | 87.0 | 8.70 |
| 07/22/25 | Pacer | 446.0 | 44.60 |
| 07/23/25 | Pacer | 105.0 | 10.50 |
| 07/24/25 | Pacer | 260.0 | 26.00 |
| 07/25/25 | Pacer | 154.0 | 15.40 |
| 07/25/25 | In-House Printing - black & white | 65.0 | 6.50 |
| 07/29/25 | Pacer | 72.0 | 7.20 |
| 07/30/25 | Pacer | 105.0 | 10.50 |
| 07/30/25 | In-House Printing - black & white | 5.0 | 0.50 |
| 07/31/25 | Pacer | 259.0 | 25.90 |
| 07/31/25 | In-House Printing - black & white | 25.0 | 2.50 |
| | **Total** | | **$276.60** |