## EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**August 1, 2025, through August 31, 2025**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions/363 Sales | 2.20 | 2,246.00 |
| Automatic Stay Matters | 5.00 | 3,924.00 |
| Creditor Communications and Meetings | 1.10 | 985.50 |
| Fee Applications (MNAT - Filing) | 14.50 | 8,182.00 |
| Fee Applications (Others - Filing) | 14.10 | 7,495.50 |
| Executory Contracts/Unexpired Leases | 2.20 | 1,388.50 |
| Other Contested Matters | 15.30 | 13,539.50 |
| Utility Matters | 0.10 | 109.50 |
| Court Hearings | 23.70 | 18,068.00 |
| Claims Objections and Administration | 8.00 | 7,641.50 |
| Professional Retention (Others - Filing) | 0.10 | 67.50 |
| General Case Strategy | 9.90 | 7,478.00 |
| Schedules/SOFA/U.S. Trustee Reports | 4.60 | 2,403.00 |
| **TOTAL** | **100.80** | **$73,528.50** |

**Time Detail**

**Task Code:**    B130        Asset Dispositions/363 Sales

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/25 | Turner, Brianna | Internal emails relating to sale order reporting obligations. | 0.1 | 62.50 |
| 08/04/25 | Remming, Andrew | Emails with B. Turner and S. Churchill re sale order reporting. | 0.1 | 129.50 |
| 08/05/25 | Turner, Brianna | Email A. Perella re reporting obligations under sale order. | 0.1 | 62.50 |
| 08/05/25 | Remming, Andrew | Review update from B. Turner re sale order reporting. | 0.1 | 129.50 |
| 08/11/25 | Turner, Brianna | Internal emails re reporting obligations per sale order. | 0.1 | 62.50 |
| 08/11/25 | Remming, Andrew | Emails with B. Turner re sale order reporting. | 0.1 | 129.50 |
| 08/12/25 | Turner, Brianna | Emails with AlixPartners re weekly reporting obligation per sale order. | 0.1 | 62.50 |
| 08/12/25 | Remming, Andrew | Review update from B. Turner re sale order reporting. | 0.1 | 129.50 |
| 08/12/25 | Remming, Andrew | Emails with B. Turner re sale order reporting. | 0.1 | 129.50 |
| 08/18/25 | Turner, Brianna | Internal emails re sale reporting obligations. | 0.2 | 125.00 |
| 08/18/25 | Remming, Andrew | Emails with B. Turner and S. Churchill re sale order reporting. | 0.1 | 129.50 |
| 08/18/25 | Remming, Andrew | Review update from B. Turner re sale order reporting. | 0.1 | 129.50 |
| 08/18/25 | Remming, Andrew | Emails with B. Turner re sale order reporting. | 0.1 | 129.50 |
| 08/21/25 | Turner, Brianna | Emails with A. Remming and R. Steere re sale reporting obligations. | 0.1 | 62.50 |
| 08/21/25 | Remming, Andrew | Emails with B. Turner re sale order reporting questions (.1); review questions from R. Steere re same (.1). | 0.2 | 259.00 |
| 08/25/25 | Turner, Brianna | Internal emails re sale reporting obligations. | 0.1 | 62.50 |
| 08/25/25 | Remming, Andrew | Emails with B. Turner re sale order reporting. | 0.1 | 129.50 |
| 08/26/25 | Turner, Brianna | Emails with AlixPartners re sale reporting obligations. | 0.1 | 62.50 |
| 08/26/25 | Remming, Andrew | Review update from B. Turner re sale order reporting. | 0.1 | 129.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/26/25 | Remming, Andrew | Emails with B. Turner re sale order reporting. | 0.1 | 129.50 |
| | | **Total** | **2.2** | 2,246.00 |

**Task Code:**   B140   Automatic Stay Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/04/25 | Butz, Daniel B. | Review email from C. Sawyer re: stay relief claimant (.1); review emails from M. Brock and C. Sawyer re: same (.1). | 0.2 | 219.00 |
| 08/04/25 | Sawyer, Casey | Call and email with C. Tantillo re personal injury suit (.2); email M. Brock re same (.1) | 0.3 | 202.50 |
| 08/04/25 | Remming, Andrew | Review emails from C. Sawyer and M. Brock re automatic stay/comfort order issues. | 0.1 | 129.50 |
| 08/05/25 | Reed, Marie | Review and respond to email from B. Turner re filing COC (.1); prepare and e-file Certification of Counsel Regarding Order Approving Stipulation Granting Carolyn Neighbors Relief from the Automatic Stay to Proceed in Civil Action and upload order (.2). | 0.3 | 115.50 |
| 08/05/25 | Butz, Daniel B. | Review email from M. Brock re: lift stay proposed and emails from B. Turner, C. Sawyer and S. Churchill re: proposed order and CoC for same. | 0.1 | 109.50 |
| 08/05/25 | Turner, Brianna | Review email from M. Brock re Neighbors lift stay motion (.1); review and revise order and stipulation re same (.2); draft CoC re same (.1); emails with C. Sawyer and S. Churchill re same (.1); emails with M. Brock re same (.1). | 0.6 | 375.00 |
| 08/05/25 | Turner, Brianna | Draft CoC re Dugan lift stay motion. | 0.2 | 125.00 |
| 08/05/25 | Sawyer, Casey | Email with B. Turner and M. Brock re lift stay order and review stipulation and CoC re same. | 0.3 | 202.50 |
| 08/05/25 | Rogers Churchill, Sophie | Review stipulation re stay relief motion. | 0.2 | 154.00 |
| 08/05/25 | Remming, Andrew | Review draft stipulation re Neighbors motion (.2) and emails re same from M. Brock, C. Sawyer and B. Turner (.1). | 0.3 | 388.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/06/25 | Lawrence, John | Finalize and file certification of counsel regarding B. Dugan stay motion. | 0.3 | 130.50 |
| 08/06/25 | Lawrence, John | Update docket folder with order approving C. Neighbors and B. Dugan stipulations and email Kroll with service instructions. | 0.2 | 87.00 |
| 08/06/25 | Butz, Daniel B. | Review emails from M. Brock, B. Turner and S. Churchill re: stay relief (.1); review final stipulation (.1). | 0.2 | 219.00 |
| 08/06/25 | Turner, Brianna | Email M. Brock re Dugan lift stay motion stipulation (.1); review and revise stipulation and CoC (.5); multiple emails with C. Sawyer and S. Churchill re same (.1). | 0.7 | 437.50 |
| 08/06/25 | Sawyer, Casey | Email with B. Turner re lift stay CoC and order, and review same. | 0.2 | 135.00 |
| 08/06/25 | Remming, Andrew | Review draft COC re Dugan lift stay motion (.2) and emails re same from B. Turner, S. Churchill and M. Brock (.1). | 0.3 | 388.50 |
| 08/26/25 | Butz, Daniel B. | Review stay relief motion. | 0.4 | 438.00 |
| 08/27/25 | Sawyer, Casey | Review Herrera stay relief motion and email J. Lawrence re same. | 0.1 | 67.50 |
| | | **Total** | **5.0** | **3,924.00** |

**Task Code:**    B150    Creditor Communications and Meetings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/01/25 | Sawyer, Casey | Review voice mail from G. Brown's office and return and leave message re same. | 0.1 | 67.50 |
| 08/01/25 | Remming, Andrew | Review voice mail from counsel to claimant and email to MNAT team re same. | 0.2 | 259.00 |
| 08/13/25 | Sawyer, Casey | Review voice mail and return call to potential creditor re same. | 0.2 | 135.00 |
| 08/13/25 | Remming, Andrew | Review voicemail from counsel to creditor and emails re same with C. Sawyer. | 0.2 | 259.00 |
| 08/19/25 | Turner, Brianna | Review letter from B. Frakes re creditor inquiry. | 0.1 | 62.50 |
| 08/19/25 | Sawyer, Casey | Review vendor-claimant email re acquisition and email S. Churchill re same. | 0.1 | 67.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/19/25 | Sawyer, Casey | Review B. Frakes letter. | 0.1 | 67.50 |
| 08/28/25 | Sawyer, Casey | Review voice mail and return call to personal injury attorney. | 0.1 | 67.50 |
| | | **Total** | **1.1** | **985.50** |

**Task Code:      B160      Fee Applications (MNAT - Filing)**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/01/25 | Turner, Brianna | Begin reviewing July monthly fee application exhibit for privilege and confidentiality. | 0.4 | 250.00 |
| 08/06/25 | Turner, Brianna | Continue reviewing and revising July fee application exhibit for privilege and confidentiality. | 1.0 | 625.00 |
| 08/07/25 | Turner, Brianna | Continue reviewing and revising July's monthly fee application exhibit for privilege and confidentiality. | 0.3 | 187.50 |
| 08/07/25 | Vale, Desiree | Draft Morris Nichols June and Third Interim Fee Application professional charts. | 1.7 | 739.50 |
| 08/13/25 | Vale, Desiree | Draft Morris Nichols Combined June and Third Interim Fee Application. | 2.9 | 1,261.50 |
| 08/13/25 | Sawyer, Casey | Confer with S. Churchill re interim fee applications and review emails re same. | 0.1 | 67.50 |
| 08/13/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re interim fee applications. | 0.1 | 77.00 |
| 08/14/25 | Reed, Marie | Review and respond to email from B. Turner re filing fee application (.1); prepare and e-file Combined Tenth Monthly Fee Application (For the Period June 1, 2025 Through and Including June 30, 2025) and Third Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, 2025, Through and Including June 30, 2025 (.2). | 0.3 | 115.50 |
| 08/14/25 | Turner, Brianna | Review June fee application. | 0.3 | 187.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/14/25 | Turner, Brianna | Finalize MNAT's third interim fee application (.1); email Kroll re same (.1). | 0.2 | 125.00 |
| 08/14/25 | Vale, Desiree | Draft Morris Nichols charts of June and Third Interim Fee Application (1.2); draft Exhibits C and D (.8). | 2.0 | 870.00 |
| 08/14/25 | Vale, Desiree | Conference with S. Rogers Churchill re edits to Morris Nichols Third Interim (.1); update same (.4); e-mail to A. Remming for review (.1). | 0.6 | 261.00 |
| 08/14/25 | Rogers Churchill, Sophie | Continue review of June fee application. | 0.6 | 462.00 |
| 08/14/25 | Rogers Churchill, Sophie | Review and revise combined June and interim fee application. | 0.6 | 462.00 |
| 08/14/25 | Remming, Andrew | Review draft of fifth interim/June monthly fee application (.4) and emails re same with D. Vale and S. Churchill (.1). | 0.5 | 647.50 |
| 08/14/25 | Rogers Churchill, Sophie | Conference with D. Vale re edits to Morris Nichols Third Interim. | 0.1 | 77.00 |
| 08/18/25 | Vale, Desiree | Draft CNO to AlixPartners May Fee Application (.2); e-mail to B. Turner re same (.1). | 0.3 | 130.50 |
| 08/18/25 | Vale, Desiree | Request LEDES file re MNAT Fourth Interim Fee Application (.1); e-mail same to U.S. Trustee (.1). | 0.2 | 87.00 |
| 08/20/25 | Turner, Brianna | Email D. Vale re CNO for MNAT's ninth monthly fee application (.1); review and revise same (.2); confer with S. Churchill re same (.1); confer with A. Remming re same (.1); email R. Steere re same (.1). | 0.6 | 375.00 |
| 08/20/25 | Vale, Desiree | Draft CNO to Morris Nichols May Fee Application (.2); e-mail same to B. Turner (.1); prepare and e-file same (.2). | 0.5 | 217.50 |
| 08/20/25 | Remming, Andrew | Review update from B. Turner re MNAT May fee application. | 0.1 | 129.50 |
| 08/20/25 | Remming, Andrew | Emails with S. Churchill re MNAT third interim fee application. | 0.1 | 129.50 |
| 08/20/25 | Rogers Churchill, Sophie | Confer with B. Turner re CNO for MNAT's ninth monthly fee application. | 0.1 | 77.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/20/25 | Remming, Andrew | Confer with B. Turner re CNO for MNAT's ninth monthly fee application. | 0.1 | 129.50 |
| 08/22/25 | Turner, Brianna | Emails and call with S. Churchill re July fee application. | 0.1 | 62.50 |
| 08/22/25 | Rogers Churchill, Sophie | Email to C. Sawyer and B. Turner re July fee application (.1); call with B. Turner re same (.1). | 0.2 | 154.00 |
| 08/29/25 | Vale, Desiree | Draft CNO to Morris Nichols Third Interim. | 0.2 | 87.00 |
| 08/30/25 | Turner, Brianna | Review and revise CNO for PwC and MNAT's fee applications and email C. Sawyer and S. Churchill re same. | 0.3 | 187.50 |
| | | **Total** | **14.5** | 8,182.00 |

**Task Code:    B165    Fee Applications (Others - Filing)**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/01/25 | Remming, Andrew | Emails with D. Vale and S. Churchill re third interim fee applications. | 0.1 | 129.50 |
| 08/05/25 | Sawyer, Casey | Review and finalize AlixPartners fee statement. | 0.3 | 202.50 |
| 08/05/25 | Vale, Desiree | E-file AlixPartners Tenth Fee Statement (.2); coordinate service (.1); download pleading and file it in the docket (.1); calendar objection deadline (.1). | 0.5 | 217.50 |
| 08/06/25 | Reed, Marie | Review and respond to email from B. Turner re filing fee application (.1); prepare and e-file Tenth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, For Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period June 1, 2025, Through and Including June 30, 2025 (.2). | 0.3 | 115.50 |
| 08/06/25 | Turner, Brianna | Emails with C. Sawyer re DPW's tenth monthly fee application (.1); multiple emails with S. Churchill re same (.2); review and revise same (.4); emails with Kroll re service of same (.1). | 0.8 | 500.00 |
| 08/06/25 | Sawyer, Casey | Correspond with B. Turner and A. Bruce re June and July fee applications (.2); confer with S. Churchill re same (.1). | 0.3 | 202.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/06/25 | Rogers Churchill, Sophie | Emails with B. Turner re DPW fee application (.1); review same and sign off on filing (.2). | 0.3 | 231.00 |
| 08/06/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re June and July fee applications. | 0.1 | 77.00 |
| 08/07/25 | Vale, Desiree | Calendar Davis Polk June Fee Application objection deadline. | 0.1 | 43.50 |
| 08/13/25 | Turner, Brianna | Call with S. Churchill re debtor professionals' interim fee applications (.1); review docket related to same (.1); draft email to debtor-professionals re same (.1). | 0.3 | 187.50 |
| 08/13/25 | Rogers Churchill, Sophie | Call with B. Turner re debtor professionals' interim fee applications. | 0.1 | 77.00 |
| 08/14/25 | Reed, Marie | Review and respond to email from B. Turner re filing fee application (.1); prepare and e-file Combined Fifth Monthly and Third Interim Fee Application of PwC US Tax LLP as Tax Compliance and Tax Advisory Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through June 30, 2025 (.2). | 0.3 | 115.50 |
| 08/14/25 | Reed, Marie | Review and respond to email from B. Turner re filing fee application (.1); prepare and e-file Third Interim Application of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, 2025 Through and Including June 30, 2025 (.2). | 0.3 | 115.50 |
| 08/14/25 | Sawyer, Casey | Review and provide comments on AlixPartners' fee application and notice. | 0.2 | 135.00 |
| 08/14/25 | Turner, Brianna | Draft notice of filing AlixPartners' third interim fee application (.3); emails with C. Sawyer and revise same (.1). | 0.4 | 250.00 |
| 08/14/25 | Turner, Brianna | Finalize DPW's third interim fee application for filing (.1); email DPW and Kroll re same (.1). | 0.2 | 125.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/14/25 | Vale, Desiree | Review and respond to e-mail from B. Turner re AlixPartners Third Interim e-filing (.1); prepare and e-file same (.4); coordinate service (.1); download pleading and save in the docket folder (.1); calendar objection deadline (.1). | 0.8 | 348.00 |
| 08/14/25 | Rogers Churchill, Sophie | Respond to email from PwC re June and interim fee application. | 0.1 | 77.00 |
| 08/18/25 | Turner, Brianna | Email D. Vale re CNO for AlixPartners' Ninth Monthly Fee Application and review and revise same (.1); email AlixPartners re same (.1). | 0.2 | 125.00 |
| 08/18/25 | Rogers Churchill, Sophie | Revise email to AlixPartners re Ninth fee application. | 0.1 | 77.00 |
| 08/20/25 | Vale, Desiree | Draft Exhibit A re Third Interim Fee Hearing September 11 (1.5); download all pleadings to Third Interim Binder (.8); coordinate binder preparation (.2). | 2.5 | 1,087.50 |
| 08/21/25 | Turner, Brianna | Review interim fee hearing binder for Chambers (.2); review and revise exhibit for same (.3); emails with D. Vale re same (.1). | 0.6 | 375.00 |
| 08/22/25 | Vale, Desiree | Download CNO to McDermott June Fee Application and file it in the Third Interim Folder (.1); update Exhibit A re Third Interim Fee Hearing (.1); update binders re same (.1). | 0.3 | 130.50 |
| 08/22/25 | Vale, Desiree | Correspondence with B. Turner re Third Interim Binder delivery to Chambers (.2); update Exhibit A and physical binders (.2); prepare searchable pleadings file (.3); coordinate delivery (.1); e-mail Chambers with the electronic binder (.2). | 1.0 | 435.00 |
| 08/25/25 | Rogers Churchill, Sophie | Call with C. Sawyer re DPW interim fee application and respond to email from K. Winiarski re same. | 0.2 | 154.00 |
| 08/25/25 | Rogers Churchill, Sophie | Respond to email from committee counsel re fee binders for Court. | 0.1 | 77.00 |
| 08/25/25 | Sawyer, Casey | Calls with S. Churchill re DPW fee application (.2); review DPW email re same (.2). | 0.4 | 270.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/27/25 | Turner, Brianna | Review and revise CNO for AlixPartners' tenth monthly fee application (.2); email AlixPartners re same (.1); emails with S. Churchill re same (.1). | 0.4 | 250.00 |
| 08/27/25 | Vale, Desiree | Draft CNO to AlixPartners Tenth Fee Application (.2); follow up on their response regarding CNO to the Ninth Fee Application (.2); correspondence to B. Turner re same (.1); prepare and e-file both (.3); download the pleadings and file them in the docket folder (.1). | 0.9 | 391.50 |
| 08/28/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing fee application (.1); prepare and e-file Eleventh Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2025 Through July 31, 2025 and request service (.2). | 0.3 | 115.50 |
| 08/28/25 | Vale, Desiree | Review and respond to e-mail from B. Turner re CNO to DPW June Fee Application (.1); draft same and revert (.2). | 0.3 | 130.50 |
| 08/28/25 | Vale, Desiree | Correspondence with B. Turner re CNO to DPW June Fee Application review (.1); prepare and e-file same (.2). | 0.3 | 130.50 |
| 08/28/25 | Turner, Brianna | Emails with D. Vale re CNO for DPW's tenth monthly fee application (.1); emails with K. Winiarski re same (.1); review and revise same (.3). | 0.5 | 312.50 |
| 08/28/25 | Turner, Brianna | Email K. Percy re CNOs for AlixPartners' ninth and tenth monthly fee applications. | 0.1 | 62.50 |
| 08/28/25 | Sawyer, Casey | Review and finalize AlixPartners July fee statement. | 0.2 | 135.00 |
| 08/29/25 | Vale, Desiree | Draft CNO to PwC Third Interim. | 0.2 | 87.00 |
| | | **Total** | **14.1** | **7,495.50** |

**Task Code:**    B185    Executory Contracts/Unexpired Leases

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/06/25 | Turner, Brianna | Review lease designation CoCs and orders re withdrawing assumption motion. | 0.9 | 562.50 |
| 08/07/25 | Lawrence, John | Review email from B. Turner regarding notice of withdrawal for motion to assume or assign non-residential leases (DI 2505) (.1); draft notice of withdrawal and email to B. Turner (.2). | 0.3 | 130.50 |
| 08/07/25 | Turner, Brianna | Email J. Goldberger re motion to assume executory contracts. | 0.1 | 62.50 |
| 08/08/25 | Turner, Brianna | Review notice of withdrawal related to motion to assume remaining leases (.1); email S. Churchill re same (.1); call with S. Churchill and email S. Piraino re same (.1). | 0.3 | 187.50 |
| 08/08/25 | Rogers Churchill, Sophie | Call with B. Turner re agenda and lease motion. | 0.1 | 77.00 |
| 08/11/25 | Lawrence, John | File notice of withdrawal of motion to assume and assign non-residential property leases (DI 2505). | 0.2 | 87.00 |
| 08/11/25 | Turner, Brianna | Review and revise notice of withdrawal for filing and email J. Lawrence re same. | 0.1 | 62.50 |
| 08/29/25 | Butz, Daniel B. | Review email from J. Goldberger re: lease question and email to J. Goldberger re: same (.1); call with J. Goldberger re: same (.1). | 0.2 | 219.00 |
| | | **Total** | **2.2** | **1,388.50** |

**Task Code:**    B190    Other Contested Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/05/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing COC (.1); prepare and e-file Certification of Counsel Regarding Joint Stipulation by and Among the Debtors and Gordon Brothers Retail Partners, LLC Resolving Motion by Gordon Brothers Retail Partners, LLC Seeking an Order (A) Enforcing the Asset Purchase Agreement, Agency Agreement and Sale Approval Order and (B) Granting Related Relief and upload order (.2). | 0.3 | 115.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/05/25 | Butz, Daniel B. | Review email from S. Fox re: stipulation. | 0.1 | 109.50 |
| 08/05/25 | Butz, Daniel B. | Review email from K. Winiarski re: GBRP stipulation (.1); review email from S. Fox re: same (.1); call/conf with C. Sawyer re: filing and execution of same (.1). | 0.3 | 328.50 |
| 08/05/25 | Sawyer, Casey | Review GBRP stipulation and email with K. Winiarski re same, and finalize same (.7); confer with D. Butz re same (.1). | 0.8 | 540.00 |
| 08/05/25 | Remming, Andrew | Review email from K. Winiarski re GBRP stipulation. | 0.1 | 129.50 |
| 08/12/25 | Sawyer, Casey | Review order approving GDPR stipulation and email Kroll re same. | 0.1 | 67.50 |
| 08/18/25 | Sawyer, Casey | Review K. Winiarski email re 9019 settlement motion and confer with D. Butz re same (.1); confer with S. Churchill re same (.1); call with S. Churchill re same (.2); research re same (1.2). | 1.6 | 1,080.00 |
| 08/18/25 | Butz, Daniel B. | Confer with C Sawyer re: 9019 settlement (.1); review email from K Winiarski re: same (.1). | 0.2 | 219.00 |
| 08/18/25 | Remming, Andrew | Review update from K. Winiarski re 9019 motion. | 0.1 | 129.50 |
| 08/18/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re 9019 settlement motion (.1); call with C. Sawyer re same (.2). | 0.3 | 231.00 |
| 08/19/25 | Sawyer, Casey | Research 9019 motion precedent (1.3); call and email with S. Churchill re same (.1); email K. Winiarski and Chambers re same (.1). | 1.5 | 1,012.50 |
| 08/19/25 | Butz, Daniel B. | Review emails from S. Churchill and C. Sawyer re: 9019 issues. | 0.2 | 219.00 |
| 08/19/25 | Rogers Churchill, Sophie | Review precedent for 9019 motion and emails with C. Sawyer re same. | 0.7 | 539.00 |
| 08/19/25 | Remming, Andrew | Review precedent re 9019 motions (.3) and emails re same from C. Sawyer, K. Winiarski and B. Turner (.1). | 0.4 | 518.00 |
| 08/20/25 | Sawyer, Casey | Call with Committee, A. Remming and DPW re 9019 motion and settlement. | 0.3 | 202.50 |
| 08/20/25 | Remming, Andrew | Call re 9019 motion with MNAT, DPW and UCC teams. | 0.3 | 388.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/20/25 | Remming, Andrew | Review questions from M. Brock re litigation issues. | 0.1 | 129.50 |
| 08/25/25 | Remming, Andrew | Review update from K. Winiarski re hearing dates for 9019 motion. | 0.1 | 129.50 |
| 08/26/25 | Butz, Daniel B. | Review email from C. Sawyer re: 9019 settlement (.1); review emails from C. Sawyer and S. Churchill re: hearings (.1); review email from K. Winiarski re: conversion (.1). | 0.3 | 328.50 |
| 08/26/25 | Remming, Andrew | Review email from K. Winiarski re 9019 motions and email to MNAT team re same. | 0.1 | 129.50 |
| 08/27/25 | Butz, Daniel B. | Review email from K. Winiarski re: settlement (.1); confer with C. Sawyer re: same and email to K. Winiarski re: same (.1); further emails with K. Winiarski re: same (.1); confer with S. Churchill re: settlement and scheduling of same (.1); review emails from S. Churchill, B. Turner re: same (.1). | 0.5 | 547.50 |
| 08/27/25 | Turner, Brianna | Review multiple internal emails re 9019 motions and hearing dates (.2); review emails from DPW re same (.1). | 0.3 | 187.50 |
| 08/27/25 | Turner, Brianna | Draft motion to shorten re 9019 motion (1.8); email S. Churchill re same (.1). | 1.9 | 1,187.50 |
| 08/27/25 | Rogers Churchill, Sophie | Call with K. Winiarski re motion to shorten (.1); email to MNAT team re same (.1). | 0.2 | 154.00 |
| 08/27/25 | Sawyer, Casey | Email with K. Winiarski and D. Butz re 9019 motion and confer in part with D. Butz, and review agreements re same (.8); confer with A. Remming re same (.2); confer with S. Churchill re same and OCP order (.1); calls (x2) with K. Winiarski re same and October hearing (.2). | 1.3 | 877.50 |
| 08/27/25 | Remming, Andrew | Confer with C. Sawyer re 9019 issues. | 0.2 | 259.00 |
| 08/27/25 | Remming, Andrew | Review draft of 9019 interchange motion (.7) and emails re same with K. Winiarski, D. Butz, C. Sawyer and S. Churchill (.2). | 0.9 | 1,165.50 |
| 08/27/25 | Remming, Andrew | Review analysis of 9019 motion issues from K. Winiarski. | 0.1 | 129.50 |
| 08/27/25 | Remming, Andrew | Emails with C. Sawyer and K. Winiarski re hearing dates for 9019 motions. | 0.1 | 129.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/27/25 | Rogers Churchill, Sophie | Confer with D. Butz re: settlement and scheduling of same. | 0.1 | 77.00 |
| 08/27/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re 9019 motion and OCP order. | 0.1 | 77.00 |
| 08/28/25 | Remming, Andrew | Review revised draft of interchange 9019 motion. | 0.6 | 777.00 |
| 08/29/25 | Remming, Andrew | Call with DPW and Client teams re 9019 motions and strategy re same. | 1.1 | 1,424.50 |
| | | **Total** | **15.3** | **13,539.50** |

**Task Code:**    B280    Utility Matters

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/04/25 | Butz, Daniel B. | Review email from J. Craig re: outstanding utility accounts and email from R. Steere re: same. | 0.1 | 109.50 |
| | | **Total** | **0.1** | **109.50** |

**Task Code:**    B300    Court Hearings

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/04/25 | Lawrence, John | Update 8.13 agenda and compile documents for binders. | 0.5 | 217.50 |
| 08/06/25 | Lawrence, John | Update 8.13 agenda and email to S. Rogers Churchill, C. Sawyer, and B. Turner (.3); further update 8.13 agenda (.2). | 0.5 | 217.50 |
| 08/06/25 | Turner, Brianna | Emails with J. Lawrence re 8/13 hearing agenda. | 0.1 | 62.50 |
| 08/06/25 | Turner, Brianna | Review 8/13 hearing agenda (.8); emails with S. Churchill re matters going forward (.1); confer with C. Sawyer re same (.1). | 1.0 | 625.00 |
| 08/06/25 | Sawyer, Casey | Email with S. Churchill and B. Turner re 8/13 hearing agenda and review matters re same (.2); confer with B. Turner re same (.1). | 0.3 | 202.50 |
| 08/06/25 | Rogers Churchill, Sophie | Emails with B. Turner and C. Sawyer re August hearing. | 0.3 | 231.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/06/25 | Remming, Andrew | Review email from S. Churchill re 8/13 hearing. | 0.1 | 129.50 |
| 08/07/25 | Turner, Brianna | Review and revise agenda for 8/13 hearing (1.4); emails with S. Churchill re same (.1); further emails with S. Churchill re same (.1); further revise agenda (.2); review emails from S. Churchill, S. Piraino, and K. Winiarski re adjournments (.1). | 1.9 | 1,187.50 |
| 08/07/25 | Turner, Brianna | Emails with J. Lawrence re assumption motion and 8/13 agenda. | 0.1 | 62.50 |
| 08/07/25 | Rogers Churchill, Sophie | Numerous emails with B. Turner and DPW re August 13 hearing (.4); email to Chambers re same (.2). | 0.6 | 462.00 |
| 08/07/25 | Remming, Andrew | Review update from S. Churchill re 8/13 hearing. | 0.1 | 129.50 |
| 08/08/25 | Lawrence, John | Update binder folder and coordinate with office services to create binders for 8.13 hearing. | 0.2 | 87.00 |
| 08/10/25 | Remming, Andrew | Review update from S. Churchill re 8/13 hearing status. | 0.1 | 129.50 |
| 08/11/25 | Lawrence, John | Update 8.13 agenda (.1); finalize and file agenda, email copy to Chambers and email Kroll with service instructions (.2); coordinate with office services to deliver binders to Chambers (.1). | 0.4 | 174.00 |
| 08/11/25 | Turner, Brianna | Review email from S. Churchill and S. Piraino re 8/13 agenda (.1); revise same (.4); confer with S. Churchill re same (.1); email DPW re same (.1); call/emails with S. Churchill re same (.1). | 0.8 | 500.00 |
| 08/11/25 | Turner, Brianna | Call with S. Churchill re exhibit list (.1); email K. Winiarski re same (.1). | 0.2 | 125.00 |
| 08/11/25 | Turner, Brianna | Confer with J. Lawrence re agenda and witness/exhibit list (.1); confer with S. Churchill re same (.1); call with S. Churchill and K. Winiarski re same (.1); call with S. Churchill and A. Remming re hearing (.1). | 0.4 | 250.00 |
| 08/11/25 | Turner, Brianna | Emails with A. Pellegrino re 8/13 hearing. | 0.1 | 62.50 |
| 08/11/25 | Rogers Churchill, Sophie | Revise agenda (.4); emails with DPW re August omnibus hearing (.1). | 0.5 | 385.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/11/25 | Remming, Andrew | Call with S. Churchill and B. Turner re 8/13 hearing. | 0.1 | 129.50 |
| 08/11/25 | Remming, Andrew | Review revised draft agenda for 8/13 hearing (.2) and emails re same from B. Turner and S. Churchill (.1). | 0.3 | 388.50 |
| 08/11/25 | Remming, Andrew | Review further revised draft of agenda for 8/13 hearing (.2) and emails re same from B. Turner, S. Churchill, K. Winiarski and S. Piraino (.1). | 0.3 | 388.50 |
| 08/11/25 | Remming, Andrew | Review additional revisions to draft agenda for 8/13 hearing (.2) and emails re same from B. Turner, S. Churchill, K. Winiarski and S. Piraino (.1). | 0.3 | 388.50 |
| 08/11/25 | Rogers Churchill, Sophie | Confer with B. Turner re agenda and witness/exhibit list (.1); call with B. Turner and K. Winiarski re same (.1). | 0.2 | 154.00 |
| 08/11/25 | Rogers Churchill, Sophie | Call with A. Remming and B. Turner re 8/13 hearing. | 0.1 | 77.00 |
| 08/11/25 | Rogers Churchill, Sophie | Confer with B. Turner re 8/13 agenda. | 0.1 | 77.00 |
| 08/11/25 | Rogers Churchill, Sophie | Call with B. Turner re exhibit list. | 0.1 | 77.00 |
| 08/12/25 | Lawrence, John | Coordinate with office services to schedule box delivery for 8.13 hearing. | 0.1 | 43.50 |
| 08/12/25 | Lawrence, John | Print agendas and update internal 8.13 hearing binders. | 0.1 | 43.50 |
| 08/12/25 | Lawrence, John | Compile documents and coordinate with office services to print copies and create binders for B. Turner. | 0.4 | 174.00 |
| 08/12/25 | Lawrence, John | Draft amended 8.13 agenda (.3); print documents and create supplemental binder for Chambers (.3). | 0.6 | 261.00 |
| 08/12/25 | Turner, Brianna | Confer with S. Churchill re 8/13 hearing prep. | 0.2 | 125.00 |
| 08/12/25 | Turner, Brianna | Emails with S. Churchill re Lipp objection materials (.1); emails with J. Lawrence re same (.1); review Lipp objection materials and prepare for 8/13 hearing (.6). | 0.8 | 500.00 |
| 08/12/25 | Turner, Brianna | Emails with J. Lawrence re amended agenda (.1); emails with S. Churchill re same (.1). | 0.2 | 125.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/12/25 | Turner, Brianna | Review exhibit binders. | 0.1 | 62.50 |
| 08/12/25 | Remming, Andrew | Review revised version of agenda for 8/13 hearing (.2) and emails re same with K. Winiarski, S. Churchill and S. Piraino (.1). | 0.3 | 388.50 |
| 08/12/25 | Remming, Andrew | Emails with S. Churchill, K. Winiarski and S. Piraino re preparations for 8/13 hearing (.1); review correspondence re same from counsel to Lipp CDS (.1). | 0.2 | 259.00 |
| 08/12/25 | Rogers Churchill, Sophie | Confer with B. Turner re 8/13 hearing prep. | 0.2 | 154.00 |
| 08/13/25 | Lawrence, John | Coordinate production of hearing materials and delivery to chambers. | 0.3 | 130.50 |
| 08/13/25 | Sawyer, Casey | Prepare for hearing, including short confers with S. Churchill, B. Turner, and K. Winiarski. | 0.3 | 202.50 |
| 08/13/25 | Turner, Brianna | Attend 8/13 hearing virtually in part. | 0.3 | 187.50 |
| 08/13/25 | Turner, Brianna | Confer with K. Winiarski re Lipp objection (.1); confer with S. Churchill re hearing prep (.1); prepare for 8/13 hearing (.5). | 0.7 | 437.50 |
| 08/13/25 | Rogers Churchill, Sophie | Prepare for hearing, including reviewing outline and materials and extensive conferences with K. Winiarski. | 1.8 | 1,386.00 |
| 08/13/25 | Rogers Churchill, Sophie | Attend hearing. | 0.7 | 539.00 |
| 08/13/25 | Remming, Andrew | Prepare for (.7) and attend 8/13 hearing (.7). | 1.4 | 1,813.00 |
| 08/13/25 | Remming, Andrew | Review revised draft agenda for 8/13 hearing (.2) and emails re same from S. Churchill and S. Piraino (.1). | 0.3 | 388.50 |
| 08/14/25 | Lawrence, John | Draft agenda for 9.11 hearing. | 0.3 | 130.50 |
| 08/19/25 | Lawrence, John | Draft certification of counsel regarding 9.23 hearing. | 0.2 | 87.00 |
| 08/19/25 | Turner, Brianna | Emails with S. Churchill and C. Sawyer re rescheduling hearing (.1); email DPW re same (.1); multiple emails with S. Churchill re same (.1). | 0.3 | 187.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/19/25 | Rogers Churchill, Sophie | Emails with B. Turner re hearing dates. | 0.3 | 231.00 |
| 08/19/25 | Remming, Andrew | Review email from C. Sawyer re hearing dates. | 0.1 | 129.50 |
| 08/20/25 | Turner, Brianna | Emails with S. Churchill re rescheduling 9/11 hearing (.1); emails with Chambers re same (.1). | 0.2 | 125.00 |
| 08/20/25 | Turner, Brianna | Emails with D. Vale and S. Churchill re interim fee hearing. | 0.1 | 62.50 |
| 08/20/25 | Rogers Churchill, Sophie | Respond to email from B. Turner re hearing dates. | 0.1 | 77.00 |
| 08/20/25 | Remming, Andrew | Review email from B. Turner re hearing dates. | 0.1 | 129.50 |
| 08/21/25 | Sawyer, Casey | Separate calls with S. Churchill and K. Winiarski re hearing dates. | 0.1 | 67.50 |
| 08/21/25 | Rogers Churchill, Sophie | Respond to email from Chambers re hearing dates. | 0.1 | 77.00 |
| 08/21/25 | Remming, Andrew | Review update from S. Churchill re hearing dates. | 0.1 | 129.50 |
| 08/22/25 | Turner, Brianna | Emails with D. Vale re interim fee hearing. | 0.1 | 62.50 |
| 08/25/25 | Sawyer, Casey | Email K. Winiarski re hearing dates and times. | 0.1 | 67.50 |
| 08/26/25 | Remming, Andrew | Review update from C. Sawyer re October hearing dates. | 0.1 | 129.50 |
| 08/27/25 | Lawrence, John | Update 9.11 agenda. | 0.2 | 87.00 |
| 08/27/25 | Butz, Daniel B. | Review email from C. Sawyer re: hearing (.1); review email from K. Winiarski re: same (.1). | 0.2 | 219.00 |
| 08/27/25 | Rogers Churchill, Sophie | Call with C. Sawyer re hearing dates. | 0.1 | 77.00 |
| 08/27/25 | Sawyer, Casey | Email K. Winiarski re October hearing and case strategy. | 0.1 | 67.50 |
| 08/27/25 | Remming, Andrew | Review update from C. Sawyer re hearing dates. | 0.1 | 129.50 |
| 08/27/25 | Sawyer, Casey | Call with S. Churchill re hearing dates. | 0.1 | 67.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/28/25 | Lawrence, John | Draft notice of rescheduled hearing for 10.16 hearing (.2); finalize and file notice, email copy to Chambers, and email Kroll with service instructions (.2). | 0.4 | 174.00 |
| 08/28/25 | Sawyer, Casey | Email with Chambers and K. Winiarski re October hearing (.2); confer and email with S. Churchill re same (.1); review and finalize notice of rescheduled hearing re same (.1). | 0.4 | 270.00 |
| 08/28/25 | Sawyer, Casey | Review DPW CNO and email with B. Turner re same. | 0.1 | 67.50 |
| 08/28/25 | Rogers Churchill, Sophie | Email to K. Winiarski re hearing date and email with C. Sawyer re same. | 0.1 | 77.00 |
| 08/28/25 | Remming, Andrew | Emails re hearing dates with C. Sawyer and K. Winiarski; review emails from Chambers re same. | 0.2 | 259.00 |
| 08/28/25 | Rogers Churchill, Sophie | Confer and email with C. Sawyer re October hearing. | 0.1 | 77.00 |
| 08/29/25 | Sawyer, Casey | Review and respond to Chambers email re hearing dates. | 0.1 | 67.50 |
| 08/29/25 | Rogers Churchill, Sophie | Respond to email from A. Remming re hearing dates and strategy. | 0.1 | 77.00 |
| 08/29/25 | Remming, Andrew | Call with A. Shpeen re hearing dates. | 0.2 | 259.00 |
| 08/29/25 | Remming, Andrew | Emails with S. Churchill re hearing dates. | 0.1 | 129.50 |
| 08/29/25 | Remming, Andrew | Review update from C. Sawyer re hearing dates. | 0.1 | 129.50 |
| | | **Total** | **23.7** | **18,068.00** |

**Task Code:**   B310   Claims Objections and Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/01/25 | Butz, Daniel B. | Review response by Twin City to claim inquiry. | 0.1 | 109.50 |
| 08/01/25 | Remming, Andrew | Review update from K. Winiarski re administrative claim payment. | 0.1 | 129.50 |
| 08/03/25 | Remming, Andrew | Review update from K. Winiarski re claimant payment issues. | 0.1 | 129.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/04/25 | Butz, Daniel B. | Review emails from C. Sawyer re: Horizon inquiry and emails from K. Winiarski re: same. | 0.1 | 109.50 |
| 08/04/25 | Butz, Daniel B. | Emails with J. Lammert re: claims objection status. | 0.1 | 109.50 |
| 08/04/25 | Sawyer, Casey | Email with J. Brooks and DPW re administrative claim. | 0.4 | 270.00 |
| 08/04/25 | Sawyer, Casey | Review Lipp CDS reply to claim objection. | 0.2 | 135.00 |
| 08/04/25 | Remming, Andrew | Review questions from counsel to administrative claimant and related filing and emails re same from C. Sawyer and K. Winiarski. | 0.2 | 259.00 |
| 08/04/25 | Remming, Andrew | Review update from K. Winiarski re status of administrative claim distribution. | 0.1 | 129.50 |
| 08/05/25 | Butz, Daniel B. | Confer with C. Sawyer re: claimant inquiry issue (.1); review email from C. Sawyer re: same (.1). | 0.2 | 219.00 |
| 08/05/25 | Sawyer, Casey | Confer with D. Butz re J. Brooks email re administrative claim (.1); respond to J. Brooks re same (.1). | 0.2 | 135.00 |
| 08/05/25 | Remming, Andrew | Review emails re administrative claim payment issues from K. Percy and K. Winiarski. | 0.1 | 129.50 |
| 08/06/25 | Butz, Daniel B. | Review email from C. Sawyer re: Golden Eye Sustainables administrative claim (.1); review emails from K. Winiarski and S. Piraino and J. Clarrey re: same (.1); review emails from K. Winiarski and R. Robins re: same (.1). | 0.3 | 328.50 |
| 08/06/25 | Sawyer, Casey | Review Chipman email re administrative claimant and email K. Winiarski re same (.2); further emails with AlixPartners, K. Winiarski and S. Piraino re same (.2). | 0.4 | 270.00 |
| 08/06/25 | Remming, Andrew | Review correspondence from counsel to administrative claimant and emails re same from C. Sawyer, K. Winiarski and S. Piraino. | 0.2 | 259.00 |
| 08/07/25 | Butz, Daniel B. | Review email from D. Manek re: claimant inquiry (.1); review email from R. Mecklemburg re: distribution exhibit (.1); review emails from C. Porter and J. Clarrey re: same (.1); review email from J. Clarrey re: claims register (.1). | 0.4 | 438.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/07/25 | Remming, Andrew | Review update from K. Winiarski re administrative claim issues. | 0.1 | 129.50 |
| 08/08/25 | Turner, Brianna | Review email from C. Katz re payment of administrative claim and review notices of interim payment re same (.3); email S. Churchill and D. Butz re same (.1). | 0.4 | 250.00 |
| 08/08/25 | Butz, Daniel B. | Review emails from C. Katz and B. Turner re: claims reconciliation. | 0.1 | 109.50 |
| 08/08/25 | Remming, Andrew | Review update from B. Turner re interim claim payments. | 0.1 | 129.50 |
| 08/10/25 | Sawyer, Casey | Review AlixPartners email re transferred claims and email MNAT team re same. | 0.1 | 67.50 |
| 08/11/25 | Sawyer, Casey | Review email from counsel re Home Expressions administrative claim and email DPW and AlixPartners re same (.1); review J. Clarrey email re transfer claims and confer with S. Churchill in part re same (.3); email J. Clarrey and K. Winiarski re same (.1). | 0.5 | 337.50 |
| 08/11/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re WIP and administrative claims. | 0.1 | 77.00 |
| 08/12/25 | Sawyer, Casey | Review emails from S. Barilich, S. Churchill, and DPW re Lipp CDS litigation and strategy (.2); confer with S. Churchill re same (.1). | 0.3 | 202.50 |
| 08/12/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re Lipp CDS litigation and strategy. | 0.1 | 77.00 |
| 08/13/25 | Butz, Daniel B. | Confer with C. Sawyer re: hearing (.1); review email from A. Remming and C. Sawyer re: Greco (.1); review email from T. Miller re: Loreal inquiry (.1). | 0.3 | 328.50 |
| 08/13/25 | Sawyer, Casey | Confer with D. Butz re: hearing. | 0.1 | 67.50 |
| 08/15/25 | Sawyer, Casey | Call with D. Baterman re administrative claim process and status. | 0.1 | 67.50 |
| 08/18/25 | Sawyer, Casey | Review S. Barilich email re evidence and record, and review Lipp CDS declarations re same. | 0.1 | 67.50 |
| 08/18/25 | Remming, Andrew | Review emails from J. Clarrey re administrative claim payment status. | 0.1 | 129.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/19/25 | Butz, Daniel B. | Review emails from B. Hazeltine and K. Winiarski re: Collins Creek administrative claim. | 0.1 | 109.50 |
| 08/19/25 | Remming, Andrew | Review update from K. Winiarski re inquiries from claimant. | 0.1 | 129.50 |
| 08/21/25 | Butz, Daniel B. | Emails with S. Churchill, K. Percy and others re: claims issues. | 0.2 | 219.00 |
| 08/22/25 | Butz, Daniel B. | Review claims objection issues. | 1.2 | 1,314.00 |
| 08/25/25 | Butz, Daniel B. | Review CG Roxzane claim issues from J. Guenther and email from T. Arnold re: same. | 0.1 | 109.50 |
| 08/26/25 | Butz, Daniel B. | Call with J. Goldberger re: lease issues. | 0.1 | 109.50 |
| 08/28/25 | Butz, Daniel B. | Review email from S. Churchill re: CDS Lipp's dispute (.1); confer with S. Churchill re: same and review email from S. Churchill re: same (.1). | 0.2 | 219.00 |
| 08/28/25 | Rogers Churchill, Sophie | Confer with D. Butz re Lipp issue (.1); respond to email from K. Winiarski re same (.1). | 0.2 | 154.00 |
| 08/28/25 | Rogers Churchill, Sophie | Respond to email from taxing authorities re claim objection. | 0.1 | 77.00 |
| | | **Total** | **8.0** | **7,641.50** |

**Task Code:**   B360   Professional Retention (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/14/25 | Sawyer, Casey | Review McDermott's supplemental retention declaration. | 0.1 | 67.50 |
| | | **Total** | **0.1** | **67.50** |

**Task Code:**   B410   General Case Strategy

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/01/25 | Turner, Brianna | Revise WIP list. | 0.5 | 312.50 |
| 08/04/25 | Sawyer, Casey | Confer with D. Butz re case status. | 0.1 | 67.50 |
| 08/04/25 | Butz, Daniel B. | Confer with C. Sawyer re case status. | 0.1 | 109.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/08/25 | Turner, Brianna | Revise WIP list (.5); email MNAT team re same (.1). | 0.6 | 375.00 |
| 08/11/25 | Sawyer, Casey | Confer/call with S. Churchill re case status and Chipman vendor inquiry (.2); email K. Winiarski re same (.1). | 0.3 | 202.50 |
| 08/11/25 | Rogers Churchill, Sophie | Confer/call with C. Sawyer re case status and Chipman vendor inquiry. | 0.2 | 154.00 |
| 08/13/25 | Turner, Brianna | Revise WIP list. | 0.1 | 62.50 |
| 08/14/25 | Turner, Brianna | Revise WIP list. | 0.6 | 375.00 |
| 08/14/25 | Turner, Brianna | Confer with S. Churchill re WIP. | 0.1 | 62.50 |
| 08/14/25 | Turner, Brianna | Draft PwC notice of interim fee application (.2); emails with PwC and Kroll re same (.1). | 0.3 | 187.50 |
| 08/14/25 | Rogers Churchill, Sophie | Confer with B. Turner re WIP. | 0.1 | 77.00 |
| 08/15/25 | Turner, Brianna | Further revise WIP list (.3); email MNAT team re same (.1). | 0.4 | 250.00 |
| 08/18/25 | Sawyer, Casey | Review B. Turner WIP list email. | 0.1 | 67.50 |
| 08/20/25 | Turner, Brianna | Emails with K. Winiarski re caption change. | 0.1 | 62.50 |
| 08/21/25 | Turner, Brianna | Revise WIP list (.3); email MNAT team re same (.1). | 0.4 | 250.00 |
| 08/25/25 | Butz, Daniel B. | Review email from K. Winiarski re: conversion issues and email to K. Winiarski re: same (.2); email to S. Piraino re: tax issues (.1). | 0.3 | 328.50 |
| 08/25/25 | Butz, Daniel B. | Call with K. Percy, S. Churchill, J. Lammert re: claims issues (.5); confer with S. Churchill re same (.1). | 0.6 | 657.00 |
| 08/25/25 | Rogers Churchill, Sophie | Call with D. Butz, Alix, and tax team re strategy (.5); follow up confer with D. Butz re same (.1). | 0.6 | 462.00 |
| 08/26/25 | Sawyer, Casey | Confer with S. Churchill re case strategy and October hearing (.2); email Chambers, K. Winiarski, and S. Churchill re same (.3); review K. Winiarski and A. Remming emails re case strategy, and research same (.5). | 1.0 | 675.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/26/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re case strategy and October hearing. | 0.2 | 154.00 |
| 08/28/25 | Turner, Brianna | Revise WIP list (.2); emails with J. Lawrence and D. Vale re upcoming CNOs for fee applications (.1). | 0.3 | 187.50 |
| 08/28/25 | Sawyer, Casey | Call with S. Churchill re September hearing dates and UCC request (.1); confer with A. Remming re same (.2); email Chambers re same (.2). | 0.5 | 337.50 |
| 08/28/25 | Sawyer, Casey | Confer with B. Turner re WIP. | 0.1 | 67.50 |
| 08/28/25 | Rogers Churchill, Sophie | Call with DPW and A. Remming re strategy (.5); follow-up call with C. Sawyer re hearings (.1). | 0.6 | 462.00 |
| 08/28/25 | Remming, Andrew | Call with S. Churchill and DPW team re 9019 motion strategy issues. | 0.5 | 647.50 |
| 08/28/25 | Remming, Andrew | Confer with C. Sawyer re hearing dates and 9019 motions. | 0.2 | 259.00 |
| 08/28/25 | Turner, Brianna | Confer with C. Sawyer re WIP. | 0.1 | 62.50 |
| 08/29/25 | Turner, Brianna | Revise WIP list (.8); email MNAT team re same (.1). | 0.9 | 562.50 |
| | | **Total** | **9.9** | **7,478.00** |

**Task Code:**    B420    Schedules/SOFA/U.S. Trustee Reports

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/04/25 | Butz, Daniel B. | Review MOR reporting requirement issues. | 0.1 | 109.50 |
| 08/04/25 | Sawyer, Casey | Review U.S. Trustee email re monthly operating reports requirements. | 0.1 | 67.50 |
| 08/04/25 | Remming, Andrew | Review update from C. Sawyer re MORs. | 0.1 | 129.50 |
| 08/12/25 | Poland, Byron | Review and complete e-mail request from attorney- provide technical support, prep selected documents and files as per attorney instructions. | 0.2 | 87.00 |
| 08/29/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing MORs (.1); prepare and e-file Chapter 11 Monthly Operating Reports for 19 Debtors (2.1). | 2.2 | 847.00 |
| 08/29/25 | Sawyer, Casey | Review monthly operating reports and finalize re same. | 1.4 | 945.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/29/25 | Amores, Ronald | Review and complete e-mail request from attorney/paralegal- provide technical support, prep selected documents and files as per instructions. | 0.5 | 217.50 |
| | | **Total** | **4.6** | **2,403.00** |