## EXHIBIT B
## EXPENSE SUMMARY

**BIG LOTS, INC., et al.**
**(Case No. 24-11967 (JKS))**

**August 1, 2025, through August 31, 2025**

| **Expense Category** | **Total Expenses** |
|---|---:|
| Pacer | 487.10 |
| In-House Printing - black & white | 599.50 |
| Messenger Service | 15.00 |
| Courier/Delivery Service | 90.00 |
| In-House Duplicating | 4.00 |
| Transcripts | 99.45 |
| **Grand Total Expenses** | **$1,295.05** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/04/25 | Pacer | 26.0 | 2.60 |
| 08/05/25 | Pacer | 178.0 | 17.80 |
| 08/06/25 | Pacer | 836.0 | 83.60 |
| 08/06/25 | In-House Printing - black & white | 39.0 | 3.90 |
| 08/07/25 | Pacer | 276.0 | 27.60 |
| 08/08/25 | In-House Printing - black & white | 725.0 | 72.50 |
| 08/11/25 | Pacer | 201.0 | 20.10 |
| 08/11/25 | Messenger Service - Bank - 08/11/2025 | 1.0 | 5.00 |
| 08/12/25 | In-House Printing - black & white | 2,972.0 | 297.20 |
| 08/12/25 | Pacer | 108.0 | 10.80 |
| 08/13/25 | In-House Printing - black & white | 269.0 | 26.90 |
| 08/13/25 | Pacer | 30.0 | 3.00 |
| 08/13/25 | Messenger Service - USBC - 08/13/2025 | 1.0 | 5.00 |
| 08/13/25 | Courier/Delivery Service - Delivery charges for breakfast for August hearing | 1.0 | 90.00 |
| 08/13/25 | Transcripts - August 13 hearing transcript | 1.0 | 99.45 |
| 08/14/25 | Pacer | 355.0 | 35.50 |
| 08/14/25 | In-House Printing - black & white | 12.0 | 1.20 |
| 08/18/25 | Pacer | 25.0 | 2.50 |
| 08/20/25 | In-House Printing - black & white | 1,957.0 | 195.70 |
| 08/20/25 | Pacer | 572.0 | 57.20 |
| 08/20/25 | In-House Duplicating | 40.0 | 4.00 |
| 08/21/25 | Pacer | 870.0 | 87.00 |
| 08/21/25 | In-House Printing - black & white | 14.0 | 1.40 |
| 08/22/25 | Messenger Service - Delivery of materials to Bankruptcy Court | 1.0 | 5.00 |
| 08/22/25 | Pacer | 27.0 | 2.70 |
| 08/22/25 | In-House Printing - black & white | 7.0 | 0.70 |
| 08/27/25 | Pacer | 93.0 | 9.30 |
| 08/28/25 | Pacer | 261.0 | 26.10 |
| 08/29/25 | Pacer | 973.0 | 97.30 |
| 08/31/25 | Pacer | 40.0 | 4.00 |
| | **Total** | | **$1,295.05** |