**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC.,[1]<br>                Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>Jointly Administered<br><br>**Hearing Date**<br>October 9, 2025, at 10:00 a.m. (ET)<br><br>**Objection Deadline**<br>October 2, 2025, at 4:00 p.m. (ET) |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AMENDING THE CASE
CAPTION TO REFLECT CHANGE OF DEBTORS' NAMES AND
(II) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby move (the "Motion") as follows:

**RELIEF REQUESTED**

1. The Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), (i) authorizing the Debtors to amend the case caption used in certain of the Debtors' chapter 11 cases to reflect the change of the Debtors' legal names and (ii) granting certain related relief.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

the District of Delaware dated as of February 29, 2012.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and the Motion is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Debtors consent pursuant to rule 9013-1(f) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

4. The statutory and legal bases for the relief requested herein are section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), as supplemented by Rules 2002(n) and 9004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 9004-1(c).

## BACKGROUND

### A. General Background

5. On September 9, 2024 (the "Petition Date"), the Debtors commenced these chapter 11 cases (the "Chapter 11 Cases") by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors remain in possession of their property and continue to operate and manage their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Chapter 11 Cases.

6. The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and the *Order Directing Joint Administration*

*of Chapter 11 Cases* [D.I. 95] entered by the Court on September 10, 2024, in each of the Chapter 11 Cases.[2]

7. On September 23, 2024, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the Bankruptcy Code. *See Not. of Appointment of Comm. of Unsecured Creditors* [D.I. 248].

8. Additional information about the Debtors' business and affairs, capital structure, and prepetition indebtedness, and the events leading up to the Petition Date, can be found in the *Amended Declaration of Jonathan Ramsden as Chief Financial and Administrative Officer of the Debtors in Support of the Debtors' Chapter 11 Proceedings and First Day Pleadings* [D.I. 77-1].

**B. The Sale of the Debtors' Assets to GBRP**

9. The Debtors incorporate by reference the factual background to the sale of substantially all of their assets (the "GBRP Sale") to Gordon Brothers Retail Partners, LLC ("GBRP") as set forth in (a) *Debtors' Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances* [D.I. 1590], (b) *Debtors' Second Motion for Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* [D.I. 2521], and (c) *Debtors' Third Motion for Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit*

---

[2] *See In re Great Basin, LLC*, No. 24-11966 (JKS); *In re Big Lots, Inc.*, No. 24-11967 (JKS); *In re Big Lots Management, LLC*, No. 24-11969 (JKS); *In re Consolidated Property Holdings, LLC.*, No. 24-11968 (JKS); *In re Broyhill LLC*, No. 24-11971 (JKS); *In re Big Lots Stores – PNS, LLC*, No. 24-11970 (JKS); *In re Big Lots Stores, LLC*, No. 24-11973 (JKS); *In re BLBO Tenant, LLC*, No. 24-11972 (JKS); *In re Big Lots Stores – CSR, LLC*, No. 24-11976 (JKS); *In re CSC Distribution LLC*, No. 24-11974 (JKS); *In re Closeout Distribution, LLC*, No. 24-11978 (JKS); *In re Durant DC, LLC*, No. 24-11975 (JKS); *In re AVDC, LLC*, No. 24-11981 (JKS); *In re GAFDC LLC*, No. 24-11977 (JKS); *In re PAFDC LLC*, No. 24-11982 (JKS); *In re WAFDC, LLC*, No. 24-11979 (JKS); *In re INFDC, LLC*, No. 24-11983 (JKS); *In re Big Lots Ecommerce LLC*, No. 24-11980 (JKS); *In re Big Lots F&S, LLC*, No. 24-11984 (JKS).

*Acceptances Thereof* [D.I. 2954].  The GBRP Sale was approved by the Court on January 2, 2025, and subsequently consummated on January 3, 2025.[3]

10. As set forth in Section 7.11 of that certain Asset Purchase Agreement, dated as of January 3, 2025, by and among the Debtors and GBRP (the "APA"),[4] to the extent that any of the Debtors continue to incorporate the trademarks or words "Big Lots" or any variation thereof in their corporate or legal names following the closing of the GBRP Sale, the Debtors shall "by no later than sixty (60) days after Closing, (a) dissolve such entities or (b) change the corporate and legal names of such entities to no longer incorporate any Big Lots Marks."  Accordingly, the Debtors request authority to change the name of certain Debtor entities and to modify the captions of the applicable Chapter 11 Cases.

11. As of the date hereof, the Debtors have changed certain of their names by filing the appropriate documentation with the Secretary of State for Delaware, the Secretary of State for California, and the Secretary of State for Ohio (as applicable) as follows:

| Old Debtor Name | New Debtor Name | Case No. |
|---|---|---|
| Big Lots, Inc. | Former BL Stores, Inc. | 24-11967 |
| Big Lots Management, LLC | Former Management Stores of Ohio, LLC | 24-11969 |
| Broyhill, LLC | Former Furniture Stores of Ohio, LLC | 24-11971 |
| Big Lots Stores – PNS, LLC | Former Savings Stores of California, LLC | 24-11970 |
| Big Lots Stores, LLC | Former Stores of Ohio, LLC | 24-11973 |
| BLBO Tenant, LLC | Former Tenant Stores of Ohio, LLC | 24-11972 |
| Big Lots Stores – CSR, LLC | Former Savings Stores of Ohio, LLC | 24-11976 |
| Big Lots eCommerce LLC | Former eCommerce Stores of Ohio, LLC | 24-11980 |

---

[3] *See Order (I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Certain of the Debtors' Assets Free and Clear of all Claims, Liens, Rights, Interests, Encumbrances, and Other Assumed Liabilities and Permitted Encumbrances, (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [D.I. 1556] (the "GBRP Sale Order"); *Notice of Closing of Sale of Debtors' Assets to Gordon Brothers Retail Partners, LLC* [D.I. 1588].

[4] *See* GBRP Sale Order, Ex. 1.

| Old Debtor Name | New Debtor Name | Case No. |
|---|---|---|
| Big Lots F&S, LLC | Former Low Cost Stores of Ohio, LLC | 24-11984 |

**BASIS FOR RELIEF**

12. Section 105(a) of the Bankruptcy Code states, in pertinent part, that this Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Pursuant to section 105(a), a court may fashion an order or decree that helps to preserve or protect the value of a debtor's assets. *See, e.g.*, *Gilman* v. *Cont'l Airlines*, 254 B.R. 93, 97 (Bankr. D. Del. 1998) (holding that section 105(a) gives a bankruptcy court discretion to issue any order, process or judgment that is "necessary or appropriate to carry out the purposes of the Bankruptcy Code, which was intended to provide protection to debtors."), *rev'd on other grounds*, 203 F.3d 203 (3rd Cir. 2000); *Chinichian* v. *Campolongo (In re Chinichian)*, 784 F.2d 1440, 1443 (9th Cir. 1986) ("Section 105 sets out the power of the bankruptcy court to fashion orders as necessary pursuant to the purposes of the Bankruptcy Code.").

13. Bankruptcy Rules 1005 and 2002(n) and Local Rule 9004-1 set forth the information required to be contained in the caption of all bankruptcy court filings, which includes the name of the debtor. Once a debtor changes its name under applicable state corporate laws, these rules require the caption to be changed as well.

14. As described above, the Debtors changed their names in connection with the GBRP Sale. Accordingly, the Debtors request that the caption in these chapter 11 cases be changed to appear as follows to reflect their new names:

5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | Jointly Administered |

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

15. The Debtors submit that the relief requested herein is necessary, appropriate and routinely approved by Courts in this District in situations similar to those present here. *See*, *e.g.*, *In re Royal Interco, LLC*, No. 25-10674 (TMH) (Bankr. D. Del. July 28, 2025) [D.I. 330] (authorizing modification of debtors' names and caption of the case); *In re Kidde-Fenwal, Inc.*, No. 23-10638 (LSS) (Bankr. D. Del. July 3, 2024) [D.I. 1306] (same); *In re Arandell Holdings, Inc.,* No. 20-11941 (JTD) (Bankr. D. Del. Dec. 7, 2020) [D.I. 401] (same); *In re Timber Pharms., Inc.*, No. 23-11878 (JKS) (Bankr. D. Del. Feb. 1, 2024), D.I. 219 (same); *In re Pegasus Home Fashions, Inc.*, No. 23-11235 (MFW) (Bankr. D. Del. Dec. 7, 2023), D.I. 309 (same). Further, the proposed name and caption change will have no substantive effect on the Debtors' estates in the Chapter 11 Cases. Moreover, the name change is required in accordance with the Court-approved APA. Accordingly, the Debtors request entry of the Order, pursuant to this Court's equitable authority under section 105(a) of the Bankruptcy Code, change the names of certain Debtor entities and to modify the caption of the applicable individual Chapter 11 Cases to account for the new names.

16. In addition, the Debtors request that this Court authorize the Clerk of the United States Bankruptcy Court for the District of Delaware and other parties in interest to take whatever actions are necessary to update the ECF filing system and their respective records to reflect the name changes of the Debtors, including the insertion of a docket entry in each of the relevant Chapter 11 Cases announcing the changes of the Debtors' corporate names reflected in the case caption.

## NOTICE

17. Notice of this Motion has been provided to: (a) the U.S. Trustee; (b) counsel to the Committee; (c) counsel to GBRP; (d) the Securities and Exchange Commission; (e) the Internal Revenue Service; (f) the United States Department of Justice; (g) the Office of the United States Attorney for the District of Delaware; and (h) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be provided.

## CONCLUSION

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: September 25, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br> */s/ Casey B. Sawyer*<br>Robert J. Dehney, Sr. (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Sophie Rogers Churchill (No. 6905)<br>Casey B. Sawyer (No. 7260)<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Tel.: (302) 658-9200<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br><br>*-and-*<br><br>**DAVIS POLK & WARDWELL LLP**<br>Brian M. Resnick (admitted *pro hac vice*)<br>Adam L. Shpeen (admitted *pro hac vice*)<br>Stephen D. Piraino (admitted *pro hac vice*)<br>Ethan Stern (admitted *pro hac vice*)<br>Kevin L. Winiarski (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel.: (212) 450-4000<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com<br>kevin.winiarski@davispolk.com<br><br>*Counsel to the Debtors and Debtors in Possession* |