**EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC.,[1]<br>     Debtors. | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>Jointly Administered<br><br>**Re: D.I. [●]** |

### ORDER (I) AMENDING THE CASE CAPTION TO REFLECT CHANGE OF DEBTORS' NAMES AND (II) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order (this "Order") authorizing the Debtors to amend the case caption used in certain of these Chapter 11 Cases to reflect the change of the Debtors' legal names effective as of the entry of this Order, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* of the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not defined herein are used as defined in the Motion.

Motion was appropriate and that no other notice need be provided; and this Court having reviewed the Motion and having heard the statements and argument in support of the relief requested at a before this Court, if any; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The below-listed corporate name changes of certain Debtors are approved:

| Old Debtor Name | New Debtor Name | Case No. |
|---|---|---|
| Big Lots, Inc. | Former BL Stores, Inc. | 24-11967 |
| Big Lots Management, LLC | Former Management Stores of Ohio, LLC | 24-11969 |
| Broyhill, LLC | Former Furniture Stores of Ohio, LLC | 24-11971 |
| Big Lots Stores – PNS, LLC | Former Savings Stores of California, LLC | 24-11970 |
| Big Lots Stores, LLC | Former Stores of Ohio, LLC | 24-11973 |
| BLBO Tenant, LLC | Former Tenant Stores of Ohio, LLC | 24-11972 |
| Big Lots Stores – CSR, LLC | Former Savings Stores of Ohio, LLC | 24-11976 |
| Big Lots eCommerce LLC | Former eCommerce Stores of Ohio, LLC | 24-11980 |
| Big Lots F&S, LLC | Former Low Cost Stores of Ohio, LLC | 24-11984 |

3. The Clerk of the Court is authorized and directed to make a docket entry in case number 24-11967 (JKS) that states substantially as follows: "An order has been entered into this case directing that the caption of this case be changed, in accordance with the corporate name change of Big Lots, Inc. to Former BL Stores, Inc.  In addition, the Clerk of the Court is authorized to modify the docket of case number 24-11967 (JKS) with the Debtor's new name."

4. The Clerk of the Court is authorized and directed to make a docket entry in case number 24-11969 (JKS) that states substantially as follows: "An order has been entered into this case directing that the caption of this case be changed, in accordance with the corporate name change of Big Lots Management, LLC to Former Management Stores of Ohio, LLC. In addition, the Clerk of the Court is authorized to modify the docket of case number 24-11969 (JKS) with the Debtor's new name."

5. The Clerk of the Court is authorized and directed to make a docket entry in case number 24-11971 (JKS) that states substantially as follows: "An order has been entered into this case directing that the caption of this case be changed, in accordance with the corporate name change of Broyhill, LLC to Former Furniture Stores of Ohio, LLC. In addition, the Clerk of the Court is authorized to modify the docket of case number 24-11971 (JKS) with the Debtor's new name."

6. The Clerk of the Court is authorized and directed to make a docket entry in case number 24-11970 (JKS) that states substantially as follows: "An order has been entered into this case directing that the caption of this case be changed, in accordance with the corporate name change of Big Lots Stores – PNS, LLC to Former Savings Stores of California, LLC. In addition, the Clerk of the Court is authorized to modify the docket of case number 24-11970 (JKS) with the Debtor's new name."

7. The Clerk of the Court is authorized and directed to make a docket entry in case number 24-11973 (JKS) that states substantially as follows: "An order has been entered into this case directing that the caption of this case be changed, in accordance with the corporate name change of Big Lots Stores, LLC to Former Stores of Ohio, LLC. In addition, the Clerk of the Court is authorized to modify the docket of case number 24-11973 (JKS) with the Debtor's new name."

8.      The Clerk of the Court is authorized and directed to make a docket entry in case number 24-11972 (JKS) that states substantially as follows: "An order has been entered into this case directing that the caption of this case be changed, in accordance with the corporate name change of BLBO Tenant, LLC to Former Tenant Stores of Ohio, LLC.  In addition, the Clerk of the Court is authorized to modify the docket of case number 24-11972 (JKS) with the Debtor's new name."

9.      The Clerk of the Court is authorized and directed to make a docket entry in case number 24-11976 (JKS) that states substantially as follows: "An order has been entered into this case directing that the caption of this case be changed, in accordance with the corporate name change of Big Lots Stores – CSR, LLC to Former Savings Stores of Ohio, LLC.  In addition, the Clerk of the Court is authorized to modify the docket of case number 24-11976 (JKS) with the Debtor's new name."

10.     The Clerk of the Court is authorized and directed to make a docket entry in case number 24-11980 (JKS) that states substantially as follows: "An order has been entered into this case directing that the caption of this case be changed, in accordance with the corporate name change of Big Lots eCommerce LLC to Former eCommerce Stores of Ohio, LLC.  In addition, the Clerk of the Court is authorized to modify the docket of case number 24-11980 (JKS) with the Debtor's new name."

11.     The Clerk of the Court is authorized and directed to make a docket entry in case number 24-11984 (JKS) that states substantially as follows: "An order has been entered into this case directing that the caption of this case be changed, in accordance with the corporate name change of Big Lots F&S, LLC to Former Low Cost Stores of Ohio, LLC.  In addition, the Clerk

of the Court is authorized to modify the docket of case number 24-11984 (JKS) with the Debtor's new name."

12. Effective upon entry of this Order, the new caption of the jointly administered Chapter 11 Cases shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | Jointly Administered |

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

13. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

14. Notwithstanding any provision of the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

15. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

16. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order

5