**EXHIBIT A**

**<u>Time Detail</u>**



Invoice: 4054142                                              09/11/2025
Client: 125264

Big Lots, Inc. Creditors' Committee
N/A
Wilmington, DE

For Services Rendered in Connection with:

Matter: 0011          Big Lots Unsecured Creditors' Committee

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130<br>08/04/25 | Asset Disposition<br>N. Rowles | 1.80 | 2,601.00 | Analyze draft stipulation resolving GBRP funding dispute (.4); analyze internal memorandum outlining issues related to same in connection with assessing proposed settlement (.7); draft summary analysis re same (.5); email correspondence with D. Azman and S. Lutkus re same (.2). |
| B130<br>08/05/25 | Asset Disposition<br>S. Lutkus | 1.30 | 2,372.50 | Review/analyze Debtor stipulation with GBRP in respect of dispute re matters relevant to sale of substantially all Debtor assets (.6); review/analyze background documentation relevant to same (.3); review N. Rowles e-mail analysis of same (.1); multiple e-mail messages from/to D. Azman, N. Rowles, and K. Winiarski (DPW) re same (.1); review of FTI/Alix analysis of same (.2). |
| B130<br>08/05/25 | Asset Disposition<br>N. Rowles | 0.60 | 867.00 | Multiple correspondence with S. Lutkus and FTI team re proposed settlement of GBRP funding dispute (.4); teleconference with S. Lutkus re same (.2). |


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4054142
Invoice Date:  09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/01/25 | Mtgs/Communications w/Creditor D. Azman | 1.50 | 2,640.00 | Review and revise D&O settlement deck (1.5). |
| B150 08/01/25 | Mtgs/Communications w/Creditor S. Lutkus | 1.40 | 2,555.00 | Review proposed revisions to draft Committee presentation in respect of D&O investigation (1.3); e-mail correspondence from S. Reisman (Katten) re matters relevant to D&O response to Committee demand letter (.1). |
| B150 08/01/25 | Mtgs/Communications w/Creditor E. Shereff | 4.10 | 5,207.00 | Continue to revise presentation based on team feedback (4.1). |
| B150 08/03/25 | Mtgs/Communications w/Creditor J. Haims | 1.00 | 2,015.00 | Work on Committee presentation (1.0). |
| B150 08/04/25 | Mtgs/Communications w/Creditor J. Haims | 4.00 | 8,060.00 | Continue to review and revise draft Committee presentation (3.7); correspondence with McDermott team regarding same and strategy (.3). |
| B150 08/04/25 | Mtgs/Communications w/Creditor S. Lutkus | 2.90 | 5,292.50 | Retrieve and review information relevant to finalization of draft presentation to Committee in respect of D&O investigation (1.1); multiple internal e-mail messages (with J. |


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4054142 |
| Invoice Date: | 09/11/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Haims, N. Rowles, and E. Shereff) re matters relevant to same (.3); review/revise draft presentation (1.4); follow up e-mail correspondence with J. Haims and N. Rowles re same (.1). |
| B150 08/04/25 | Mtgs/Communications w/Creditor E. Shereff | 2.80 | 3,556.00 | Revise Committee presentation to reflect comments (2.8). |
| B150 08/04/25 | Mtgs/Communications w/Creditor N. Rowles | 2.30 | 3,323.50 | Revise presentation for Committee re D&O claims investigation (1.1); research related to same (.7); multiple correspondence with J. Haims and S. Lutkus re same (.5). |
| B150 08/05/25 | Mtgs/Communications w/Creditor J. Haims | 4.50 | 9,067.50 | Prepare for and attend Committee meeting to discuss D&O claims, proposed settlement, counter-offer, and strategy (4.5). |
| B150 08/05/25 | Mtgs/Communications w/Creditor D. Azman | 3.00 | 5,280.00 | Prepare for UCC call re D&O settlement (2.3); attend same (.7). |
| B150 08/05/25 | Mtgs/Communications w/Creditor N. Rowles | 2.30 | 3,323.50 | Revise draft presentation for Committee (.3); multiple correspondence with J. Haims re same (.2); prepare for Committee meeting (.8); participate in Committee meeting (1.0). |



McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4054142
Invoice Date: 09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/05/25 | Mtgs/Communications w/Creditor S. Lutkus | 3.20 | 5,840.00 | Review background information relevant to finalization of draft presentation to Committee in respect of D&O investigation (1.4); multiple e-mail messages with J. Haims and N. Rowles re matters relevant to same (.3); Zoom conference with L. Hu (FTI) and N. Rowles re matters relevant to Committee presentation (.2); follow-up e-mail correspondence with J. Haims and N. Rowles re same (.1); participate in Committee meeting re D&O investigation results (1.0); e-mail correspondence from J. Haims re settlement counter (.1); e-mail correspondence from/to K. Going re same (.1). |
| B150 08/05/25 | Mtgs/Communications w/Creditor E. Shereff | 3.10 | 3,937.00 | Attend Committee call (1.1); prepare for Committee call (.8); revise notes from Committee call (1.2). |
| B150 08/06/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.20 | 365.00 | Conference with N. Rowles re matters relevant to D&O presentation to Committee (.1); follow up e-mail correspondence with N. Rowles re matters relevant to same (.1). |
| B150 08/11/25 | Mtgs/Communications w/Creditor N. Rowles | 0.40 | 578.00 | Teleconference with Twin Star re D&O investigation matters discussed at Committee meeting (.4). |



McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4054142
Invoice Date:  09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/12/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.20 | 365.00 | E-mail correspondence (multiple) with N. Rowles re matters relevant to Committee update ahead of scheduled omnibus hearing, including Court entry of order approving GBRP settlement (.2). |
| B150 08/13/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.30 | 547.50 | Review revisions to draft Committee e-mail update re matters relevant to outcome of omnibus hearing (.2); e-mail correspondence (multiple) with N. Rowles re same (.1). |
| B150 08/14/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.20 | 365.00 | E-mail correspondence (multiple) from/to N. Rowles re matters relevant to circulation of Committee professional fee applications to Committee (.2). |
| B150 08/15/25 | Mtgs/Communications w/Creditor N. Rowles | 1.00 | 1,445.00 | Draft email to Committee regarding D&O settlement offer (.5); review letter from D&Os in connection with same (.4); correspondence with S. Lutkus and D. Azman re same (.1). |
| B150 08/18/25 | Mtgs/Communications w/Creditor C. Catanese | 2.50 | 2,862.50 | Draft meeting minutes re special Committee meeting (2.5). |
| B150 08/24/25 | Mtgs/Communications w/Creditor N. Rowles | 1.80 | 2,601.00 | Revise minutes from August 5 Committee meeting (.8); review protective order related to Big Lots litigation (.3); correspondence with DPW team re same (.1); draft email to Committee re same (.6). |


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4054142
Invoice Date: 09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/29/25 | Mtgs/Communications w/Creditor N. Rowles | 1.80 | 2,601.00 | Review draft settlement term sheet and settlement agreement between Big Lots and defendants in class action suit (.8); draft email to Committee re same and re updates re D&O litigation (.7); email correspondence with S. Lutkus re same (.3). |
| B155 08/11/25 | Court Hearings N. Rowles | 0.70 | 1,011.50 | Multiple correspondence with S. Lutkus and D. Azman re Aug 13, 2025 hearing (.2); multiple correspondence with S. Newman and M. Hartlipp re same (.3); review agenda filed in connection with same (.2). |
| B155 08/11/25 | Court Hearings S. Lutkus | 0.30 | 547.50 | E-mail correspondence (multiple) with N. Rowles re matters relevant to upcoming scheduled omnibus hearing (.2); review hearing agenda in connection with same (.1). |
| B155 08/12/25 | Court Hearings S. Lutkus | 1.20 | 2,190.00 | Review claim objection and response (including all exhibits to both documents) in preparation for upcoming scheduled omnibus hearing (1.2). |
| B155 08/13/25 | Court Hearings N. Rowles | 0.60 | 867.00 | Attend hearing on objection to Lipp CDS proof of claim (.3); draft summary of same for Committee (.2); email correspondence with S. Lutkus re same (.1). |


## McDermott Will & Schulte

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4054142 |
| Invoice Date: | 09/11/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155<br>08/13/25 | Court Hearings<br>S. Lutkus | 0.30 | 547.50 | Attend omnibus hearing (.3). |
| B160<br>08/01/25 | Fee/Employment Applications<br>D. Hurst | 0.40 | 744.00 | Review supplemental Azman declaration and draft comments re same (.2); draft multiple correspondence to D. Azman, N. Rainey re same (.2). |
| B160<br>08/01/25 | Fee/Employment Applications<br>N. Rainey | 0.90 | 495.00 | Prepare supplemental Azman declaration (.3); multiple communications with D. Hurst re same (.2); further revise same (.2); correspond with MWE team re same (.2). |
| B160<br>08/05/25 | Fee/Employment Applications<br>D. Hurst | 0.90 | 1,674.00 | Review McDermott July time detail for privilege and compliance with local rules (.9). |
| B160<br>08/06/25 | Fee/Employment Applications<br>D. Hurst | 4.30 | 7,998.00 | Review revised McDermott July time detail for privilege and compliance with local rules (.6); review and revise McDermott third interim fee application (3.4); draft correspondence to D. Azman, K. Going re same (.1); draft multiple correspondence to N. Rowles re timing for interim fee hearing (.2). |


# McDermott
# Will & Schulte

Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4054142
Invoice Date: 09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 08/08/25 | Fee/Employment Applications D. Hurst | 0.70 | 1,302.00 | Begin to review and revise McDermott July fee application (.7). |
| B160 08/10/25 | Fee/Employment Applications D. Hurst | 1.10 | 2,046.00 | Review and revise McDermott third interim fee application (.9); draft correspondence to N. Rainey re same (.1); draft correspondence to N. Rowles re same (.1). |
| B160 08/11/25 | Fee/Employment Applications N. Rowles | 0.70 | 1,011.50 | Draft task code descriptions for McDermott July monthly fee application (.6); correspondence with D. Hurst re same (.1). |
| B160 08/12/25 | Fee/Employment Applications D. Hurst | 1.70 | 3,162.00 | Continue to review and revise McDermott July fee application (1.6); draft correspondence to D. Azman, K. Going re same (.1). |
| B160 08/13/25 | Fee/Employment Applications D. Hurst | 4.60 | 8,556.00 | Draft and revise third supplemental Azman declaration in support of McDermott retention, including review and analysis of conflicts reports (4.6). |
| B160 08/13/25 | Fee/Employment Applications N. Rowles | 0.30 | 433.50 | Review third interim fee application (.2); correspondence with Cole Schotz team re filing same (.1). |

**One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Schulte LLP.*


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:          125264
Invoice:        4054142
Invoice Date:   09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 08/14/25 | Fee/Employment Applications D. Hurst | 1.60 | 2,976.00 | Review and revise third supplemental Azman declaration in support of McDermott retention (1.3); draft correspondence to D. Azman re same (.1); draft multiple correspondence to N. Rowles re same (.2). |
| B160 08/14/25 | Fee/Employment Applications N. Rowles | 1.60 | 2,312.00 | Review and revise supplemental Azman declaration in support of McDermott retention application (.5); correspondence with D. Hurst re same (.2); correspondence with Cole Schotz team re filing same (.1); draft email to Committee re third interim fee applications of Committee professionals (.4); correspondence with S. Lutkus re same (.1); multiple email correspondence with Cole Schotz and FTI teams re same (.3). |
| B160 08/22/25 | Fee/Employment Applications D. Hurst | 1.40 | 2,604.00 | Review and revise McDermott July fee application, in preparation for filing (1.1); draft correspondence to N. Rainey re same (.1); draft multiple correspondence to N. Rowles re same (.2). |
| B160 08/22/25 | Fee/Employment Applications N. Rainey | 0.30 | 165.00 | Prepare exhibits and finalize MWS tenth monthly fee application for filing (.2); correspond with D. Hurst re same (.1). |



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4054142
Invoice Date: 09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 08/22/25 | Fee/Employment Applications N. Rowles | 0.50 | 722.50 | Multiple email correspondence with D. Hurst re MWE July fee statement (.2); review same (.1); multiple email correspondence with Cole Schotz team re filing same (.2). |
| B190 08/01/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Work on draft investigative report (.8); correspondence with McDermott team regarding same and strategy (.2). |
| B190 08/06/25 | Other Contested Matters E. Shereff | 2.10 | 2,667.00 | Analyze precedential investigative report (2.1). |
| B190 08/07/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Work on D&O investigation report (1.0). |
| B190 08/08/25 | Other Contested Matters J. Haims | 1.20 | 2,418.00 | Continue to work on D&O investigation report (1.2). |
| B190 08/11/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Continue to work on D&O investigation report (.8); correspondence with McDermott team regarding same and strategy (.2). |


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:         125264
Invoice:       4054142
Invoice Date:   09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 08/11/25 | Other Contested Matters E. Shereff | 4.20 | 5,334.00 | Review and revise investigative report (4.2). |
| B190 08/12/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Continue to work on D&O investigation report (.7); correspondence with McDermott team regarding same, D&O claims settlement negotiations, and strategy (.3). |
| B190 08/13/25 | Other Contested Matters J. Haims | 1.30 | 2,619.50 | Continue to work on D&O investigation report (1.3). |
| B190 08/13/25 | Other Contested Matters D. Azman | 0.70 | 1,232.00 | Develop strategy re D&O settlement (.7). |
| B190 08/13/25 | Other Contested Matters E. Shereff | 3.70 | 4,699.00 | Continue to review and revise investigative report (3.7). |
| B190 08/14/25 | Other Contested Matters D. Azman | 1.20 | 2,112.00 | Continue to develop strategy re D&O settlement (1.2). |


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:      4054142
Invoice Date: 09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 08/14/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Continue to review and revise D&O investigation report (1.0). |
| B190 08/15/25 | Other Contested Matters J. Haims | 3.00 | 6,045.00 | Continue to review and revise draft D&O investigation report (2.7); review settlement letter from D&O counsel (.3). |
| B190 08/15/25 | Other Contested Matters D. Azman | 1.00 | 1,760.00 | Continue to develop strategy re D&O settlement (1.0). |
| B190 08/15/25 | Other Contested Matters S. Lutkus | 1.10 | 2,007.50 | Review D&O counteroffer letter (.3); conference with N. Rowles re matters relevant to same (.2); e-mail correspondence to/from D. Azman re internal work streams arising out of same (.2); review/revise N. Rowles draft summary of counteroffer to Committee (.3); multiple follow-up internal e-mail messages (with D. Azman and N. Rowles re same) (.1). |
| B190 08/16/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Review draft D&O investigation report (.2); correspondence with McDermott team about settlement letter from D&O counsel and and strategy (.3). |



Big Lots, Inc. Creditors' Committee

Client:       125264
Invoice:      4054142
Invoice Date: 09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 08/17/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Review and revise draft D&O investigation report (.7); correspondence with McDermott team about settlement letter from D&O counsel (.3). |
| B190 08/18/25 | Other Contested Matters J. Haims | 4.00 | 8,060.00 | Continue to review and revise D&O investigation report (3.4); correspondence with McDermott team regarding same, settlement, and strategy (.6). |
| B190 08/18/25 | Other Contested Matters K. Going | 0.70 | 1,302.00 | Review settlement correspondence (.4); discuss same with D. Azman (.3). |
| B190 08/18/25 | Other Contested Matters E. Shereff | 4.10 | 5,207.00 | Continue to revise D&O investigation report (4.1). |
| B190 08/18/25 | Other Contested Matters S. Lutkus | 0.70 | 1,277.50 | E-mail correspondence from S. Reisman, then D. Azman re matters relevant to D&O settlement offer (.1); conference and multiple e-mail messages with N. Rowles re matters relevant to same (.2); conference with J. Haims re matters relevant to draft investigation report (.4). |



Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4054142
Invoice Date:  09/11/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>08/19/25 | Other Contested Matters<br>J. Haims | 3.00 | 6,045.00 | Continue to review and revise draft D&O investigation report (3.0). |
| B190<br>08/19/25 | Other Contested Matters<br>E. Shereff | 7.50 | 9,525.00 | Legal research re Ohio business laws (4.6); draft sections of investigation report re insurance, conclusions, applicable law (2.9). |
| B190<br>08/20/25 | Other Contested Matters<br>J. Haims | 1.00 | 2,015.00 | Continue to revise draft D&O investigation report (.9); correspondence with McDermott team regarding same (.1). |
| B190<br>08/20/25 | Other Contested Matters<br>E. Shereff | 2.20 | 2,794.00 | Research re outstanding question of law in connection with investigation report (2.2). |
| B190<br>08/20/25 | Other Contested Matters<br>S. Lutkus | 0.60 | 1,095.00 | E-mail correspondence with N. Rowles (multiple) re matters relevant to pending discussion with Davis Polk team in respect of documentation of settlement with D&O carrier (.2); Zoom conference with N. Rowles, Davis Polk team, and Morris Nichols team re key issues and work streams related to documentation of settlement with D&O carrier (.3); follow up conference with N. Rowles re matters relevant to same (.1). |


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4054142
Invoice Date:  09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>08/20/25 | Other Contested Matters<br>N. Rowles | 0.80 | 1,156.00 | Teleconference with S. Lutkus and DPW team re matters relating to D&O claims negotiations (.3); conference with S. Lutkus re same (.1); draft email update to D. Azman and J. Haims re same (.4). |
| B190<br>08/21/25 | Other Contested Matters<br>J. Haims | 1.00 | 2,015.00 | Continue to work on draft D&O investigation report (1.0). |
| B190<br>08/21/25 | Other Contested Matters<br>S. Lutkus | 0.20 | 365.00 | Multiple e-mail messages with N. Rowles re request for Committee accession to protective order in respect of Visa class action settlement (.2). |
| B190<br>08/22/25 | Other Contested Matters<br>J. Haims | 2.00 | 4,030.00 | Continue to work on draft D&O investigation report (1.8); correspondence with McDermott team regarding same (.2). |
| B190<br>08/25/25 | Other Contested Matters<br>J. Haims | 2.00 | 4,030.00 | Prepare for and attend call regarding 9019 motion (.5); continue to work on draft D&O investigation report (1.0); correspondence regarding same and settlement (.5). |
| B190<br>08/25/25 | Other Contested Matters<br>S. Lutkus | 1.10 | 2,007.50 | Participate in Zoom conference with D. Azman, J. Haims, and N. Rowles re matters relevant to preparation of joint 9019 motion in respect of D&O issues and timing for filing/hearing (.3); follow-up e-mail |



Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:      4054142
Invoice Date:  09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | correspondence with N. Rowles re matters relevant to same (.1); initial cursory review of draft settlement agreement (.2); e-mail correspondence to Katten team re same (.1); e-mail correspondence (multiple) with N. Rowles re matters relevant to Debtor request for Committee accession to protective order in connection with Visa class action litigation (.2); cursory review of protective order in connection with same (.2). |
| B190 08/25/25 | Other Contested Matters N. Rowles | 0.90 | 1,300.50 | Prepare for (.2) and participate in call with D. Azman, S. Lutkus, and J. Haims re proposed settlement of D&O claims (.3); email correspondence with Vorys re Big Lots class action litigation (.4). |
| B190 08/25/25 | Other Contested Matters E. Shereff | 1.80 | 2,286.00 | Continue to review and revise draft report (1.8). |
| B190 08/26/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Continue to revise draft D&O investigation report (.7); review draft of D&O settlement agreement (.3). |


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:       125264
Invoice:      4054142
Invoice Date: 09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 08/26/25 | Other Contested Matters N. Rowles | 0.30 | 433.50 | Participate in teleconference with S. Lutkus and DPW team re D&O investigation settlement (.3). |
| B190 08/26/25 | Other Contested Matters S. Lutkus | 0.40 | 730.00 | Zoom conference with A. Shpeen, M. Brock, and K. Winiarski (all DPW) re matters relevant to draft 9019 motion in respect of D&O settlement (.3); conference with N. Rowles re same (.1). |
| B190 08/27/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Continue to revise draft D&O investigation report (.9); correspondence regarding same (.1). |
| B190 08/27/25 | Other Contested Matters K. Going | 1.00 | 1,860.00 | Review settlement correspondence and discuss internally (1.0). |
| B190 08/28/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Review draft settlement agreement (.7); correspondence with McDermott team about D&O investigation report, draft D&O settlement agreement, 9019 hearing, and strategy (.3). |
| B190 08/28/25 | Other Contested Matters S. Lutkus | 3.10 | 5,657.50 | Review/revise draft settlement agreement in respect of D&O investigation (2.6); e-mail correspondence with Katten team re same (.1); multiple e-mail messages with N. Rowles re matters relevant |


## McDermott
## Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:      4054142
Invoice Date:  09/11/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | to scheduling of hearing on relief requested in to-be-prepared 9019 motion in respect of draft settlement agreement (.2); telephone conference with J. Haims re matters relevant to same, status of ongoing discussions with Debtors and directors/officers (.2). |
| B190 08/29/25 | Other Contested Matters J. Haims | 1.00 | 2,015.00 | Continue to review draft investigative report (1.0). |
| B190 08/29/25 | Other Contested Matters C. Catanese | 1.80 | 2,061.00 | Research re investigation into claims held by the estate (1.5); draft email correspondence re same (.3). |
| B190 08/29/25 | Other Contested Matters S. Lutkus | 1.90 | 3,467.50 | Review/analysis of documents relevant to Debtor settlement of Visa litigation (.6); review draft Committee update relevant to same, other case status matters (.2); follow up e-mail correspondence with N. Rowles, then K. Going re same (.1); receipt and review of insurer comments to draft D&O settlement agreement (.7); e-mail correspondence to/from J. Haims re matters relevant to same (.2); e-mail correspondence with Katten team re same, Debtor review of draft settlement agreement (.1). |
| B190 08/30/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Review revised draft of D&O settlement agreement (.5). |
| **Total Hours** | **144.90** | | **Total For Services** | **$240,811.50** |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Schulte LLP.*


## McDermott
## Will & Schulte

Big Lots, Inc. Creditors' Committee

| | |
|---|---|
| Client: | 125264 |
| Invoice: | 4054142 |
| Invoice Date: | 09/11/2025 |

### Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B130 | Asset Disposition | 3.70 | 5,840.50 |
| B150 | Mtgs/Communications w/Creditor | 44.50 | 71,827.00 |
| B155 | Court Hearings | 3.10 | 5,163.50 |
| B160 | Fee/Employment Applications | 21.00 | 36,201.50 |
| B190 | Other Contested Matters | 72.60 | 121,779.00 |
| | | 144.90 | 240,811.50 |

**Total This Invoice  $240,811.50**

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Azman | 7.40 | 1,760.00 | 13,024.00 |
| C. Catanese | 4.30 | 1,145.00 | 4,923.50 |
| K. Going | 1.70 | 1,860.00 | 3,162.00 |
| J. Haims | 39.00 | 2,015.00 | 78,585.00 |
| D. Hurst | 16.70 | 1,860.00 | 31,062.00 |
| S. Lutkus | 20.60 | 1,825.00 | 37,595.00 |
| N. Rainey | 1.20 | 550.00 | 660.00 |
| N. Rowles | 18.40 | 1,445.00 | 26,588.00 |
| E. Shereff | 35.60 | 1,270.00 | 45,212.00 |
| **Totals** | **144.90** | | **$240,811.50** |