IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BIG LOTS, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 14, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the Supplemental Forty-Fifth Rejection Service List attached hereto as **Exhibit A**:

- Forty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2697]

On August 14, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on VeriFone, Inc., (ADRID: 30395963), 11700 Great Oaks Way, Suites 150 & 200, Alpharetta, GA, 30022:

- Fifty-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2703]

On August 14, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Unecol Adhesives North America, LLC, (ADRID: 30206255), 1408 Christian Avenue, Suite 11, Durham, NC, 27705:

- Notice of Commencement of Interim Payments Pursuant to the Administrative Expense Claims Procedures Order [Docket No. 2854]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: September 16, 2025

                                                  */s/ Paul Pullo*
                                                   Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 16, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

SRF 90843 & 90845

**EXHIBIT A**

# Exhibit A

Supplemental Forty-Fifth Rejection Service List
Served via First-Class Mail

| ADRID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 30395896 | Empower Software Solutions | 2360 Campbell Creek Blvd | Suite 550 | Richardson | TX | 75081 |
| 30395897 | Empower Software Solutions , Inc. | 4909 Pearl East Circle Suite 104 | Suite 450 | Boulder | CO | 80301 |