**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## **OMNIBUS HEARING ORDER**

**IT IS HEREBY ORDERED** that an omnibus hearing date has been scheduled in the above-captioned cases for the following date and time:

| DATE | TIME |
|---|---|
| November 4, 2025 | 1:00 p.m. (ET) |