# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FORMER BL STORES, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 3, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on (1) AT&T Corp., (ADDRID: 30445103), 208 S. Akard Street, Dallas, TX, 75202, and (2) T-Mobile USA, Inc., (ADDRID: 30445107), 12920 SE 38th St., Bellevue, WA 98006:

- Fifty-fourth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2957]

- Fifty-fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 2958]

On September 17, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Lornamead Brands Inc, (ADDRID: 29333558), 175 Cooper Avenue, Tonawanda, NY 14150:

- Notice of Commencement of Interim Payments Pursuant to the Administrative Expense Claims Procedures Order [Docket No. 2854]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated: October 3, 2025

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 3, 2025, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028