## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FORMER BL STORES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>Jointly Administered |

### AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR OCTOBER 9, 2025, AT 10:00 A.M. (ET)

> **This proceeding will be conducted remotely via Zoom.**
>
> Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

### RESOLVED MATTERS

1.  Adam Herrera's Motion for Relief from Stay (D.I. 3105, filed 8/26/25).

    Objection Deadline: September 4, 2025.

    Responses Received: None.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] **The only change to this agenda is the format of the hearing. The hearing will now be conducted on Zoom.**

Related Documents:

a) Certification of Counsel Regarding Order Approving Stipulation Granting Adam Herrera Relief from the Automatic Stay to Proceed in Civil Action (D.I. 3184, filed 9/30/25); and

b) Order Approving Stipulation Granting Adam Herrera Relief from the Automatic Stay to Proceed in Civil Action (D.I. 3205, entered 10/1/25).

Status: An order has been entered. No hearing is necessary.

2. [SEALED] Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving the Debtors' Entry into a Settlement Agreement Between the Debtors and the Interchange Defendants (D.I. 3158, filed 9/12/25).

Objection Deadline: September 26, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

a) Certificate of No Objection Regarding Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving the Debtors' Entry into a Settlement Agreement Between the Debtors and the Interchange Defendant (D.I. 3179, filed 9/29/25); and

b) Order Authorizing and Approving the Debtors' Entry into a Settlement Agreement Between the Debtors and the Interchange Defendants (D.I. 3180, entered 9/30/25).

Status: An order has been entered. No hearing is necessary.

3. Debtors' Fourth Motion for Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 3170, filed 9/18/25).

Objection Deadline: October 2, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

a) Certificate of No Objection Regarding Debtors' Fourth Motion for Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 3211, filed 10/3/25); and

b) Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 3214, entered 10/6/25).

Status: An order has been entered. No hearing is necessary.

4.     Debtors' Motion for Entry of an Order (I) Amending the Case Caption to Reflect Change of Debtors' Names and (II) Granting Related Relief (D.I. 3175, filed 9/25/25).

   Objection Deadline: October 2, 2025, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   a)     Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Amending the Case Caption to Reflect Change of Debtors' Names and (II) Granting Related Relief (D.I. 3212, filed 10/3/25); and

   b)     Order (I) Amending the Case Caption to Reflect Change of Debtors' Names and (II) Granting Related Relief (D.I. 3213, entered 10/6/25).

   Status: An order has been entered. No hearing is necessary.

**ADJOURNED MATTERS**

5.     Motion of Katie J. Jennings and Allen Jennings for Relief from the Automatic Stay (D.I. 2047, filed 2/21/25).

   Objection Deadline: March 18, 2025, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents: None at this time.

   Status: This matter is adjourned to a date to be determined.

6.     Sedgwick Claims Management Services' Motion for Allowance and Immediate Payment of Administrative Expense Claims (D.I. 3140, filed 9/5/25).

   Objection Deadline: September 19, 2025; extended by agreement of the parties to October 3, 2025.

   Responses Received: None at this time.

   Related Documents: None at this time.

   Status: This matter is adjourned to a date to be determined.

7.     Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2712, filed 5/8/25).

   Objection Deadline: May 22, 2025, at 4:00 p.m. (ET).

Responses Received:

Responses Received:

a) Certain Texas Taxing Entities' Objection to Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2783, filed 5/22/25).

b) Objection of Tax Appraisal District of Bell County, Bowie Central Appraisal District, Brown County Appraisal District, Comal Appraisal District, Fort Bend Central Appraisal District, Harrison Central Appraisal District, McLennan Central Appraisal District, Midland Central Appraisal District, Travis Central Appraisal District, and Central Appraisal District of Taylor County in Opposition to Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2784, filed 5/22/25).

c) Texas Property Tax Authorities' Objection to Debtors' Motion to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2786, filed 5/22/25); and

d) Texas Property Tax Authorities' Corrected Objection to Debtors' Motion to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2793, filed 5/22/25).

Related Documents:

a) Certification of Counsel Regarding Order Granting Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2892, filed 6/18/25); and

b) Order Granting Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2894, entered 6/18/25).

Status: An order was entered resolving D.I. Nos. 2783, 2784, and 2793 as to certain claims. With respect to the remaining claims, this matter is adjourned to a date to be determined.

8. Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732, filed 5/13/25).

Objection Deadline: May 27, 2025, at 4:00 p.m. (ET).

Responses Received:

a) Objection of the McCreary Texas Tax Appraisal Districts to the Motion to Extend Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732) (D.I. 2800, filed 5/27/25); and

b) Joint Objection of the Texas Taxing Authorities to the Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732) (D.I. 2801, filed 5/27/25).

Related Documents: None at this time.

Status: This matter is adjourned to a date to be determined.

**MATTER UNDER CERTIFICATION**

9. Joint Motion of Debtors and the Official Committee of Unsecured Creditors to Approve Entry into Settlement Agreement with Certain Officers and Directors of the Debtors Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 9019 (D.I. 3166, filed 9/18/25).

    Objection Deadline: October 2, 2025, at 4:00 p.m. (ET); extended for the Office of the United States Trustee to October 6, 2025.

    Responses Received:

    a) United States Trustee's Objection to the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors to Approve Entry into Settlement Agreement with Certain Officers and Directors of the Debtors Pursuant to 11 U.S.C. 105(a) and Federal Rule of Bankruptcy Procedure 9019 (D.I. 3210, filed 10/3/25).

    Related Documents:

    a) The Official Committee of Unsecured Creditors' Statement in Support of the Motion to Approve the D&O Settlement Agreement (D.I. 3167, filed 9/18/25); and

    b) Certification of Counsel Regarding Order Approving Joint Motion of Debtors and the Official Committee of Unsecured Creditors to Approve Entry into Settlement Agreement with Certain Officers and Directors of the Debtors Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 9019 (D.I. 3216, filed 10/6/25).

    Status: A revised order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

**MATTER GOING FORWARD**

10. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving the Debtors' Entry into a Settlement Agreement Between the Debtors and the Interchange Defendants (D.I. 3159, filed 9/12/25).

    Objection Deadline: At the hearing.

    Responses Received: None at this time.

Related Documents:

a)  Notice of Filing of Redacted Version of Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving the Debtors' Entry into a Settlement Agreement Between the Debtors and the Interchange Defendants (D.I. 3160, filed 9/12/25).

Status: This matter is going forward.

Dated: October 8, 2025
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Sophie Rogers Churchill
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

-and-

DAVIS POLK & WARDWELL LLP
Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
Kevin L. Winiarski (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com
kevin.winiarski@davispolk.com

*Counsel to the Debtors and Debtors in Possession*