# 10/09/2025 Appearances

## 10:00 AM

**☐ 24-11967-JKS Former BL Stores, Inc.**

| Party | Firm | Representing |
|---|---|---|
| ☐ Rick Archer | Law360 | |
| ☐ Matthew Brock | Davis Polk | Debtor |
| ☐ Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | Debtor |
| ☐ Roza Chervinsky | | |
| ☐ Catherine Corey | | |
| ☐ Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Debtor |
| ☐ R. Grant Dick | Cooch and Taylor, P.A. | Zuru/PetMate |
| ☐ William Dorward | Singer & Levick, PC | Bridge33 and Retail Plaza |
| ☐ Lauren Eastburn | Potter Anderson & Corroon LLP | Interested Party |
| ☐ Scott Flaherty | LevFin Insights/press | |
| ☐ Steven E. Fox | Riemer & Braunstein LLP | Gordon Bros. Retail Partners |
| ☐ Clara E Geoghegan | Law360 | |
| ☐ Sarah R Gladieux | Potter Anderson & Corroon LLP | Interested Party |
| ☐ Jacob Goldberger | Davis Polk | Debtor |
| ☐ Uday Gorrepati | | |
| ☐ William Graves | Lyfe Law, LLP | Destiny Gibson |
| ☐ Joel Haims | McDermott Will & Schulte LLP | UCC |
| ☐ James Haithcock | Burr & Forman LLP | Comenity Bank |

| | | | |
|---|---|---|---|
| ☐ | Taylor Harrison | | |
| ☐ | Melissa Hartlipp | Cole Schotz P.C. | UCC |
| ☐ | Jeff Kaplan | | |
| ☐ | Elizabeth LaPuma | Morris Nichols Arsht & Tunnell | Debtor |
| ☐ | John Lawrence | Morris Nichols Arsht & Tunnell | Debtor |
| ☐ | Stacy Lutkus | McDermott Will & Schulte LLP | UCC |
| ☐ | Maura P McIntyre | Squire Patton Boggs (US) LLP | |
| ☐ | Stacy L. Newman | Cole Schotz P.C. | Committee |
| ☐ | Stacy Newman | Cole Schotz P.C. | UCC |
| ☐ | Amy Pellegrino | Morris Nichols Arsht & Tunnell | Debtor |
| ☐ | Stephen Piraino | Davis Polk | Debtor |
| ☐ | Steven Reisman | Katten Muchin Rosenman LLP | Debtors' Directors & Officers |
| ☐ | Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtor |
| ☐ | Brian Resnick | Davis Polk | Debtor |
| ☐ | Jeffrey Rhodes | Tayman Lane Chaverri LLP | Kin Properties Inc. |
| ☐ | Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty |
| ☐ | Sophie Rogers Churchill | Morris Nichols Arsht & Tunnell | Debtor |
| ☐ | Natalie Rowles | McDermott Will & Schulte LLP | UCC |
| ☐ | Maria Aprile Sawczuk | Goldstein & McClintock LLLP | Respawn |
| ☐ | Casey Sawyer | Morris Nichols Arsht and Tunnell | Debtor |
| ☐ | Adam Shpeen | Davis Polk | Debtor |
| ☐ | Michael A. Solimani | Cole Schotz P.C. | UCC |

| | | |
|---|---|---|
| ☐ Vince Sullivan | Law360 | |
| ☐ Ellsworth Summers | Burr & Forman LLP | CTO Realty |
| ☐ Cathy Ta | | |
| ☐ Gregory A. Taylor | Ashby & Geddes, P.A. | Gordon Bros. Retail Partners |
| ☐ Brianna Turner | Morris Nichols Arsht and Tunnell | Debtor |
| ☐ videoconferencing Videoconferencing | Morris Nichols Arsht & Tunnell | Debtor |
| ☐ DVIR W&Z WEINBERG | | |
| ☐ Robert Westermann | Spotts Fain Consulting LLC | |
| ☐ Kevin Winiarski | Davis Polk | Debtor |
| ☐ Julie Winters | Katten Muchin Rosenman LLP | Debtors' Directors & Officers |
| ☐ Alex Wittenberg | Law360 | |
| ☐ Candice Wu | Potter Anderson & Corroon LLP | Interested Party |