IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FORMER BL STORES, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sonia Akter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 30, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Office of the United States Trustee for the District of Delaware, Attn: Linda Casey, Linda.Casey@usdoj.gov:

- Chapter 11 Monthly Operating Report for Case Number 24-11967 (Big Lots, Inc.) for the Month Ending: 08/31/2025 [Docket No. 3186]

- Chapter 11 Monthly Operating Report for Case Number 24-11981 (AVDC, LLC) for the Month Ending: 08/31/2025 [Docket No. 3187]

- Chapter 11 Monthly Operating Report for Case Number 24-11980 (Big Lots eCommerce, LLC) for the Month Ending: 08/31/2025 [Docket No. 3188]

- Chapter 11 Monthly Operating Report for Case Number 24-11984 (Big Lots F&S, LLC) for the Month Ending: 08/31/2025 [Docket No. 3189]

- Chapter 11 Monthly Operating Report for Case Number 24-11969 (Big Lots Management, LLC) for the Month Ending: 08/31/2025 [Docket No. 3190]

- Chapter 11 Monthly Operating Report for Case Number 24-11976 (Big Lots Stores - CSR, LLC) for the Month Ending: 08/31/2025 [Docket No. 3191]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

- Chapter 11 Monthly Operating Report for Case Number 24-11970 (Big Lots Stores - PNS, LLC) for the Month Ending: 08/31/2025 [Docket No. 3192]

- Chapter 11 Monthly Operating Report for Case Number 24-11973 (Big Lots Stores, LLC) for the Month Ending: 08/31/2025 [Docket No. 3193]

- Chapter 11 Monthly Operating Report for Case Number 24-11972 (BLBO Tenant, LLC) for the Month Ending: 08/31/2025 [Docket No. 3194]

- Chapter 11 Monthly Operating Report for Case Number 24-11971 (Broyhill, LLC) for the Month Ending: 08/31/2025 [Docket No. 3195]

- Chapter 11 Monthly Operating Report for Case Number 24-11978 (Closeout Distribution, LLC) for the Month Ending: 08/31/2025 [Docket No. 3196]

- Chapter 11 Monthly Operating Report for Case Number 24-11968 (Consolidated Property Holdings, LLC) for the Month Ending: 08/31/2025 [Docket No. 3197]

- Chapter 11 Monthly Operating Report for Case Number 24-11974 (CSC Distribution, LLC) for the Month Ending: 08/31/2025 [Docket No. 3198]

- Chapter 11 Monthly Operating Report for Case Number 24-11975 (Durant DC, LLC) for the Month Ending: 08/31/2025 [Docket No. 3199]

- Chapter 11 Monthly Operating Report for Case Number 24-11977 (GAFDC, LLC) for the Month Ending: 08/31/2025 [Docket No. 3200]

- Chapter 11 Monthly Operating Report for Case Number 24-11966 (Great Basin, LLC) for the Month Ending: 08/31/2025 [Docket No. 3201]

- Chapter 11 Monthly Operating Report for Case Number 24-11983 (INFDC, LLC) for the Month Ending: 08/31/2025 [Docket No. 3202]

- Chapter 11 Monthly Operating Report for Case Number 24-11982 (PAFDC, LLC) for the Month Ending: 08/31/2025 [Docket No. 3203]

- Chapter 11 Monthly Operating Report for Case Number 24-11979 (WAFDC, LLC) for the Month Ending: 08/31/2025 [Docket No. 3204]

*[Remainder of page intentionally left blank]*

Dated: October 3, 2025

                                                                                               */s/ Sonia Akter*
                                                                                                 Sonia Akter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 3, 2025, by Sonia Akter, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028