**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Former BL Stores, Inc.** | ) | |
| | ) | Case No. 24-11967-JKS |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PLEADINGS**
**PURSUANT TO BANKRUPTCY RULES 2002, 3017 AND 9010(b)**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for First Onsite Property Restoration, pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The undersigned requests that all notices given or required to be given in the above-captioned case (including but not limited to all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

"J" Jackson Shrum, Esq.
Jack Shrum, P.A.
919 N. Market St., Suite 1410
Wilmington, DE 19801
Telephone: (302) 543-7551
E-mail: jshrum@jshrumlaw.com

**PLEASE TAKE FURTHER NOTICE** that, by submitting this notice and/or any subsequent appearance, pleading, claim or suit, First Onsite Property Restoration is not waiving and hereby expressly preserves the right to: (i) have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) a trial by jury in any proceeding so triable in this

2

case or in any related case, controversy or proceeding; (iii) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under any agreement, in equity and/or under other applicable law.

Dated:  October 13, 2025

**JACK SHRUM P.A.**

*/s/ Jack Shrum*_____
"J" Jackson Shrum, Esq. (DE #4757)
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Phone: (302) 543-7551
Fax: (302) 543-6386
Email: Jshrum@jshrumlaw.com
*Attorney for First Onsite Property Restoration*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2025, I caused a true and correct copy of the foregoing to be served electronically via the Court's Electronic Filing System on all parties requesting notice in this proceeding.

Dated: October 13, 2025

    Respectfully Submitted,
**JACK SHRUM, P.A.**

*/s/ Jack Shrum*_____
"J" Jackson Shrum (DE #4757)
919 N. Market Street, Suite 1410
Wilmington, DE 19801
Phone: (302) 543-7551
Fax: (302) 543-6386
Email: Jshrum@jshrumlaw.com