**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**
**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**August 1, 2025 through August 31, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions | 7.1 | $10,066.50 |
| Business Operations | 0.2 | $408.00 |
| Claims / Creditor Outreach | 7.7 | $12,018.50 |
| Contracts / Leases | 0.4 | $502.00 |
| General Case Administration | 1.0 | $1,490.50 |
| Hearing Preparation / Attendance | 7.6 | $10,843.50 |
| Litigation | 33.0 | $60,732.50 |
| Regulatory / Antitrust / Tax / IP | 1.6 | $2,636.00 |
| Retention DPW: Preparation of Fee Applications, Budgeting | 7.5 | $9,821.50 |
| Travel (Non-Working) | 2.4 | $3,012.00 |
| **TOTAL** | **68.5** | **$111,531.00[1]** |

[1] This amount reflects a voluntary reduction in fees in the amount of $1,889.00.

| | | | Time Detail By Project | | | |
|---|---|---|---|

| Name | Date | Hours | Narrative |
|---|---|---|---|
| **BC02 Asset Dispositions** | | | |
| Bi, Jonathan | 08/01/25 | 0.1 | Review emails on name change workstream. |
| Bi, Jonathan | 08/04/25 | 0.1 | Review emails on name changes workstream. |
| Bi, Jonathan | 08/07/25 | 0.4 | Review emails with Davis Polk teams on name changes workstream delisting procedures (0.3); emails with AlixPartners on Broyhill intellectual property points (0.1). |
| Bi, Jonathan | 08/11/25 | 0.1 | Emails with Davis Polk teams on name changes workstream. |
| Brock, Matthew R. | 08/11/25 | 0.1 | Emails with J. Bi regarding name change. |
| Bi, Jonathan | 08/12/25 | 0.5 | Emails with Davis Polk team on name changes analysis (0.1); correspondence with Davis Polk team regarding signoff on name change approach (0.1); review Big Lots charter for name changes requirements (0.2); correspondence with Davis Polk team regarding approach to Vorys (0.1). |
| Bi, Jonathan | 08/18/25 | 0.2 | Review emails with Davis Polk team on approach to name changes with Vorys. |
| Weigel, Heather | 08/19/25 | 0.3 | Conference call with Davis Polk team regarding name changes. |
| Winiarski, Kevin L. | 08/19/25 | 1.0 | Emails with Gordon Brothers and AlixPartners regarding social media accounts login information (0.2); call with Davis Polk team regarding name changes approach with Vorys (0.4); call with Davis Polk team regarding name change workstream (0.4). |
| Bi, Jonathan | 08/20/25 | 0.4 | Call with Ohio counsel resolving name change bylaws issue. |
| Hood, Cameron K. | 08/20/25 | 0.4 | Correspondence with Davis Polk team regarding entity name changes. |
| Piraino, Stephen D. | 08/20/25 | 0.4 | Call with Vorys regarding name change (0.1); call with K. Winiarski regarding same (0.1); emails with Davis Polk team regarding name change (0.2). |
| Weigel, Heather | 08/20/25 | 0.4 | Conference call with Ohio counsel regarding name changes (0.2); correspondence with Davis Polk team regarding same (0.2). |
| Winiarski, Kevin L. | 08/20/25 | 1.2 | Draft and revise name change motion (1.0); emails with Davis Polk and Morris Nichols teams regarding same (0.2). |
| Bi, Jonathan | 08/25/25 | 0.4 | Revise name changes documents to effect name change. |
| Bi, Jonathan | 08/26/25 | 0.5 | Revise name changes documents to effect name change. |
| Hood, Cameron K. | 08/26/25 | 0.6 | Revise consent to change name (0.4); correspondence with Davis Polk team regarding same (0.2). |
| **Total BC02 Asset Dispositions** | | **7.1** | |
| | | | |
| **BC03 Business Operations** | | | |
| Piraino, Stephen D. | 08/14/25 | 0.2 | Emails with J. Goldberger regarding insurance matter. |
| **Total BC03 Business Operations** | | **0.2** | |
| | | | |
| **BC04 Claims; Creditor Outreach** | | | |
| Goldberger, Jacob | 08/04/25 | 0.1 | Correspondence with opposing counsel regarding administrative claims reconciliation. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Piraino, Stephen D. | 08/04/25 | 0.6 | Review reply filed by Lipp CDS (0.4); emails with K. Winiarski regarding same (0.2). |
| Winiarski, Kevin L. | 08/04/25 | 1.3 | Emails with counsel to various administrative claimants regarding second payment mechanics (1.0); emails with AlixPartners team regarding same (0.3). |
| Piraino, Stephen D. | 08/05/25 | 0.2 | Call with counsel to claimant regarding claim objection. |
| Winiarski, Kevin L. | 08/05/25 | 0.7 | Emails with counsel to various administrative claimants regarding second payment mechanics (0.5); emails with AlixPartners team regarding same (0.2). |
| Goldberger, Jacob | 08/06/25 | 0.3 | Correspondence with Big Lots and AlixPartners regarding administrative claim reconciliation. |
| Winiarski, Kevin L. | 08/06/25 | 1.0 | Emails with counsel to various administrative claimants regarding second payment mechanics (0.8); emails with AlixPartners team regarding same (0.2). |
| Goldberger, Jacob | 08/07/25 | 0.2 | Correspondence with counterparties regarding administrative claim reconciliation. |
| Piraino, Stephen D. | 08/07/25 | 0.3 | Emails with Lipp CDS counsel regarding claim objection. |
| Piraino, Stephen D. | 08/08/25 | 0.6 | Emails with counsel to Lipp CDS regarding hearing (0.3); emails with AlixPartners regarding claims reconciliation (0.3). |
| Goldberger, Jacob | 08/14/25 | 0.2 | Review creditor correspondence regarding administrative claims. |
| Piraino, Stephen D. | 08/15/25 | 0.2 | Emails with AlixPartners regarding claims reconciliation. |
| Piraino, Stephen D. | 08/18/25 | 0.2 | Email with Davis Polk team and R. Robins regarding claims matter. |
| Goldberger, Jacob | 08/20/25 | 0.1 | Correspondence with S. Piraino regarding creditor outreach. |
| Piraino, Stephen D. | 08/20/25 | 0.3 | Emails with Davis Polk team regarding claims matters. |
| Goldberger, Jacob | 08/21/25 | 0.1 | Correspondence with AlixPartners regarding creditor outreach. |
| Piraino, Stephen D. | 08/21/25 | 0.6 | Call with Davis Polk team regarding Lipp CDS claim objection and litigation strategy (0.4); emails with Davis Polk team regarding administrative claim reconciliation (0.2). |
| Goldberger, Jacob | 08/22/25 | 0.1 | Correspondence with AlixPartners regarding creditor outreach. |
| Goldberger, Jacob | 08/24/25 | 0.1 | Correspondence with claimant counsel regarding litigation requests. |
| Goldberger, Jacob | 08/25/25 | 0.3 | Correspondence with Big Lots team regarding attorney's fees in proof of claim. |
| Goldberger, Jacob | 08/26/25 | 0.2 | Correspondence with Big Lots team and D. Butz regarding attorney's fees in proof of claim. |
| **Total BC04 Claims; Creditor Outreach** | | **7.7** | |
| | | | |
| **BC05 Contracts/Leases** | | | |
| Goldberger, Jacob | 08/29/25 | 0.4 | Correspondence with lease counterparties and D. Butz regarding assumption of rejected lease. |
| **Total BC05 Contracts/Leases** | | **0.4** | |
| | | | |
| **BC10 General Case Administration** | | | |
| Piraino, Stephen D. | 08/22/25 | 0.3 | Call with K. Winiarski regarding case status. |
| Winiarski, Kevin L. | 08/22/25 | 0.7 | Emails and call with S. Piraino regarding workstreams (0.5); call with E. Stern regarding same (0.2). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| **Total BC10 General Case Administration** | | **1.0** | |
| **BC11 Hearing Preparation/Attendance** | | | |
| Piraino, Stephen D. | 08/08/25 | 0.2 | Emails with Morris Nichols regarding agenda and hearing matters. |
| Piraino, Stephen D. | 08/11/25 | 0.3 | Correspondence with A. Shpeen, K. Winiarski, and Morris Nichols regarding hearing. |
| Winiarski, Kevin L. | 08/12/25 | 2.5 | Prepare for August 13 omnibus hearing and draft talking points (1.8); emails and calls with S. Piraino and Morris Nichols team regarding same (0.7). |
| Goldberger, Jacob | 08/13/25 | 0.3 | Attend August 13 Big Lots hearing. |
| Piraino, Stephen D. | 08/13/25 | 0.3 | Telephonically attend August 13 Big Lots hearing. |
| Shpeen, Adam L. | 08/13/25 | 0.5 | Attend August 13 Big Lots omnibus hearing. |
| Winiarski, Kevin L. | 08/13/25 | 2.4 | Prepare for August 13 omnibus hearing (2.0); attend same (0.4). |
| Winiarski, Kevin L. | 08/28/25 | 1.1 | Emails and calls with Davis Polk and Morris Nichols teams regarding hearing availability (0.8); emails with McDermott Will regarding same (0.3). |
| **Total BC11 Hearing Preparation/Attendance** | | **7.6** | |
| **BC12 Litigation** | | | |
| Brock, Matthew R. | 08/04/25 | 0.5 | Emails with J. McClammy and S. Piraino regarding omnibus hearing (0.1); call with movant regarding automatic stay (0.1); emails with movant and Morris Nichols regarding same (0.2); emails with Katten regarding potential claims (0.1). |
| Winiarski, Kevin L. | 08/04/25 | 0.5 | Emails with A. Shpeen and K. Percy regarding Gordon Brothers stipulation. |
| Brock, Matthew R. | 08/05/25 | 0.7 | Emails with J. McClammy, B. Resnick, A. Shpeen, S. Piraino, and Katten regarding potential claims (0.2); revise stipulations regarding automatic stay (0.2); emails with movants and Morris Nichols regarding same (0.3). |
| Resnick, Brian M. | 08/05/25 | 0.3 | Call with S. Reisman regarding potential litigation settlement (0.2); emails with Davis Polk team regarding same (0.1). |
| Winiarski, Kevin L. | 08/05/25 | 0.9 | Emails with Gordon Brothers and Davis Polk teams regarding stipulation (0.5); finalize same (0.4). |
| Brock, Matthew R. | 08/06/25 | 0.5 | Call with movant regarding automatic stay (0.1); emails with Morris Nichols and others regarding same (0.2); emails with B. Resnick, A. Shpeen, J. McClammy, and S. Piraino regarding claims (0.1); call with Katten regarding same (0.1). |
| Brock, Matthew R. | 08/07/25 | 0.4 | Emails with movant regarding automatic stay (0.1); call with Katten regarding claims (0.2); emails with B. Resnick, A. Shpeen, J. McClammy, and S. Piraino regarding same (0.1). |
| Piraino, Stephen D. | 08/07/25 | 0.6 | Review litigation matters (0.4); conference with K. Winiarski regarding same (0.2). |
| Resnick, Brian M. | 08/07/25 | 0.1 | Emails with Davis Polk team regarding litigation negotiations. |
| McClammy, James I. | 08/08/25 | 0.5 | Teleconference with Davis Polk team regarding potential interchange settlement. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Piraino, Stephen D. | 08/08/25 | 0.6 | Call with R. Robins regarding litigation (0.3); call with J. McClammy regarding same (0.1); emails with Davis Polk team regarding litigation matter (0.2). |
| Brock, Matthew R. | 08/13/25 | 0.9 | Emails with B. Resnick, A. Shpeen, J. McClammy, and S. Piraino regarding claims (0.7); emails with J. McClammy, S. Piraino, and J. Goldberger regarding discovery requests (0.2). |
| Resnick, Brian M. | 08/13/25 | 0.6 | Calls with B. Thorn regarding various litigation issues (0.4); emails with Davis Polk team regarding same (0.2). |
| Brock, Matthew R. | 08/14/25 | 0.2 | Emails with Big Lots regarding discovery requests. |
| Piraino, Stephen D. | 08/14/25 | 0.5 | Emails with counsel to Lipp CDS regarding litigation matters. |
| Brock, Matthew R. | 08/15/25 | 0.4 | Emails with J. McClammy, Big Lots, and others regarding discovery requests (0.1); emails with B. Resnick, A. Shpeen, J. McClammy, and others regarding settlement (0.3). |
| Piraino, Stephen D. | 08/15/25 | 0.2 | Emails with Davis Polk and Big Lots regarding outstanding litigation matters. |
| Resnick, Brian M. | 08/15/25 | 0.1 | Review letter from counsel to Creditors Committee. |
| Brock, Matthew R. | 08/18/25 | 1.9 | Emails with B. Resnick, A. Shpeen, and others regarding Creditors Committee settlement (0.3); call with S. Piraino and K. Winiarski regarding 9019 motion (0.3); emails with Big Lots and S. Piraino regarding discovery requests (0.5); emails with J. McClammy, movants, and Big Lots regarding automatic stay (0.6); call with movant regarding automatic stay (0.2). |
| Goldberger, Jacob | 08/18/25 | 0.1 | Correspondence with M. Brock regarding claimant litigation. |
| Piraino, Stephen D. | 08/18/25 | 0.4 | Call with Davis Polk team regarding 9019 (0.2); emails with Davis Polk team regarding document request (0.2). |
| Shpeen, Adam L. | 08/18/25 | 0.5 | Emails regarding Creditors Committee claim settlement. |
| Brock, Matthew R. | 08/19/25 | 0.4 | Emails with K. Winiarski and Morris Nichols regarding 9019 (0.1); emails with movant regarding automatic stay (0.3). |
| Brock, Matthew R. | 08/20/25 | 0.4 | Emails with S. Piraino, Morris Nichols, and others regarding automatic stay (0.1); call with movant regarding automatic stay (0.2); emails with A. Shpeen, K. Winiarski and others regarding 9019 motion (0.1). |
| Piraino, Stephen D. | 08/20/25 | 0.5 | Call with Creditors Committee regarding settlement (0.3); prepare for call with Unsecured Creditors Committee (0.2). |
| Winiarski, Kevin L. | 08/20/25 | 0.4 | Call with McDermott and Davis Polk teams regarding settlement motion. |
| Brock, Matthew R. | 08/21/25 | 0.9 | Call with S. Piraino and K. Winiarski regarding claim objection (0.3); review same (0.1); emails with S. Piraino and K. Winiarski regarding same (0.3); emails with K. Winiarski regarding automatic stay (0.2). |
| Piraino, Stephen D. | 08/21/25 | 0.5 | Correspondence with Vorys and R. Robins regarding settlement agreement. |
| Winiarski, Kevin L. | 08/21/25 | 0.4 | Call with S. Piraino and M. Brock regarding Lipp CDS. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Brock, Matthew R. | 08/22/25 | 1.0 | Prepare for call with plaintiff regarding automatic stay (0.2); call with claimant counsel regarding discovery requests (0.3); emails with Big Lots regarding same (0.2); call with plaintiff regarding automatic stay (0.2); emails with Big Lots regarding settlement agreement (0.1). |
| Piraino, Stephen D. | 08/22/25 | 0.2 | Call with litigation counsel and Davis Polk team regarding lift stay. |
| Brock, Matthew R. | 08/24/25 | 0.1 | Emails with Vorys, S. Piraino, and the Unsecured Creditors Committee regarding legal settlement. |
| Brock, Matthew R. | 08/25/25 | 0.9 | Emails with J. McClammy, K. Winiarski, Creditors Committee, and others regarding legal settlement (0.3); review draft of same (0.6). |
| Resnick, Brian M. | 08/25/25 | 0.2 | Emails with Davis Polk team and others regarding director and officer litigation issues. |
| Winiarski, Kevin L. | 08/25/25 | 1.5 | Draft and revise motion to approve interchange settlement. |
| Brock, Matthew R. | 08/26/25 | 0.5 | Review settlement agreement (0.1); emails with Davis Polk team regarding same (0.1); call with Creditors Committee regarding 9019 (0.3). |
| Goldberger, Jacob | 08/26/25 | 0.1 | Review Big Lots lift stay motion. |
| Resnick, Brian M. | 08/26/25 | 0.3 | Emails regarding director and officer litigation and related issues. |
| Shpeen, Adam L. | 08/26/25 | 0.4 | Call with McDermott Will regarding 9019 motion. |
| Winiarski, Kevin L. | 08/26/25 | 1.2 | Call with McDermott Will regarding settlement logistics (0.5); review and revise draft motion to approve same (0.7). |
| Brock, Matthew R. | 08/27/25 | 1.2 | Call with movant regarding automatic stay (0.2); prepare for same (0.3); emails with movants regarding same (0.5); emails with A. Shpeen, J. McClammy, and others regarding settlement (0.2). |
| Goldberger, Jacob | 08/27/25 | 0.1 | Correspondence with M. Brock regarding motion to lift stay. |
| Resnick, Brian M. | 08/27/25 | 0.3 | Emails with Davis Polk team regarding settlements and related issues. |
| Winiarski, Kevin L. | 08/27/25 | 2.6 | Review and revise draft 9019 motion for interchange settlement (1.2); draft and revise 9019 motion for Unsecured Creditors Committee settlement (1.4). |
| Brock, Matthew R. | 08/28/25 | 0.7 | Call with S. Rochester regarding settlement agreement (0.2); emails with A. Shpeen and others regarding same (0.2); emails regarding claim objection (0.3). |
| Resnick, Brian M. | 08/28/25 | 0.5 | Call with Davis Polk and Morris Nichols teams regarding litigation settlements (0.3); emails with clients and Davis Polk team regarding same (0.2). |
| Shpeen, Adam L. | 08/28/25 | 1.5 | Call with Morris Nichols team regarding settlement strategy (0.5); review 9019 motion (0.4); emails relating to the same (0.6). |
| Brock, Matthew R. | 08/29/25 | 0.1 | Emails with K. Winiarski and others regarding legal settlement. |
| Resnick, Brian M. | 08/29/25 | 0.8 | Call with clients and Davis Polk team regarding remaining settlements. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Shpeen, Adam L. | 08/29/25 | 1.1 | Call with R. Robins, management team and others regarding 9019 settlement and case timing (0.8); prepare for the same (0.3). |
| Winiarski, Kevin L. | 08/29/25 | 2.4 | Call with B. Resnick and A. Shpeen regarding settlement timing (0.4); call with R. Robins and Big Lots team regarding same (0.8); review and revise draft Unsecured Creditors Committee settlement motion (1.2). |
| Shpeen, Adam L. | 08/30/25 | 0.4 | Review 9019 settlement agreement (0.3); emails relating to the same (0.1). |
| **Total BC12 Litigation** | | **33.0** | |
| **BC14 Regulatory; Antitrust; Tax; IP** | | | |
| Piraino, Stephen D. | 08/22/25 | 0.8 | Call with Big Lots team regarding tax matters. |
| Winiarski, Kevin L. | 08/22/25 | 0.8 | Call with Big Lots team and S. Piraino regarding tax issues. |
| **Total BC14 Regulatory; Antitrust; Tax; IP** | | **1.6** | |
| **BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | | |
| Prater, Rachel | 08/05/25 | 0.4 | Correspondence with K. Winiarski regarding June invoices (0.1); revise same (0.3). |
| Winiarski, Kevin L. | 08/05/25 | 0.5 | Review and prepare June fee statement. |
| Prater, Rachel | 08/06/25 | 0.2 | Revise June invoices for privilege and confidentiality. |
| Resnick, Brian M. | 08/06/25 | 0.2 | Review Davis Polk June fee statement. |
| Winiarski, Kevin L. | 08/06/25 | 1.1 | Review and finalize June fee statement for filing. |
| Prater, Rachel | 08/11/25 | 1.2 | Review and revise the July invoices. |
| Prater, Rachel | 08/12/25 | 1.5 | Review and revise July invoices for privilege and confidentiality. |
| Prater, Rachel | 08/13/25 | 0.4 | Emails with D. Shirley regarding July invoices (0.1); review and revise July invoice (0.2); remit comments to K. Winiarski for review (0.1). |
| Resnick, Brian M. | 08/14/25 | 0.3 | Review Davis Polk third interim fee application (0.2); emails with Davis Polk team regarding same (0.1). |
| Resnick, Brian M. | 08/20/25 | 0.1 | Review U.S. Trustee comments to Davis Polk fee application. |
| Resnick, Brian M. | 08/27/25 | 0.2 | Emails with Davis Polk team regarding responses to U.S. Trustee comments. |
| Winiarski, Kevin L. | 08/28/25 | 1.4 | Draft and revise responses to U.S. Trustee questions on Davis Polk tenth interim fee statement (1.0); emails with Davis Polk team regarding same (0.4). |
| **Total BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | **7.5** | |
| **BC18 Travel (Non-Working)** | | | |
| Winiarski, Kevin L. | 08/12/25 | 1.2 | Travel to Wilmington, Delaware for August 13 omnibus hearing. |
| Winiarski, Kevin L. | 08/13/25 | 1.2 | Travel from Wilmington to New York after August 13 omnibus hearing. |

6

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| **Total BC18 Travel (Non-Working)** | | **2.4** | |
| **TOTAL** | | **68.5** | |