## EXHIBIT B

**EXPENSE SUMMARY**
**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**August 1, 2025 through August 31, 2025**

| **Expense Category** | **Total Expenses** |
|---|---:|
| Meals | $40.00 |
| Travel | $796.80 |
| **Grand Total Expenses** | **$836.80**[1] |

---

[1] This amount reflects a voluntary reduction in expenses in the amount of $2,990.35.

| DISBURSEMENT DETAIL | | | |
|---|---|---|---:|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 08/13/25 | Meals | Winiarski, Kevin L., Travel Dinner at Hotel DuPont | $40.00 |
| 08/13/25 | Travel | Winiarski, Kevin L. Amtrak, from Wilmington, DE to New York after August 13 hearing | $157.50 |
| 08/13/25 | Travel | Winiarski, Kevin L., Amtrak from New York to Wilmington, DE prior to August 13 hearing | $253.00 |
| 08/13/25 | Travel | Winiarski, Kevin L., Hotel DuPont prior to August 13 hearing | $350.00 |
| 08/13/25 | Travel | Winiarski, Kevin L., Taxi from Davis Polk offices to NY Penn Station prior to August 13 hearing | $28.61 |
| 08/13/25 | Travel | Winiarski, Kevin L., Uber from Morris Nichols offices to Wilmington Amtrak station after August 13 omnibus hearing | $7.69 |
| **TOTAL** | | | **$836.80** |