## EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**
**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**September 1, 2025 through September 30, 2025**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| AHG / UCC / Lender Issues | 0.4 | $816.00 |
| Asset Dispositions | 3.7 | $4,957.50 |
| Business Operations | 2.0 | $4,080.00 |
| Claims / Creditor Outreach | 12.3 | $19,126.00 |
| General Case Administration | 10.1 | $18,248.00 |
| Litigation | 70.9 | $134,746.00 |
| Plan / Disclosure Statement / Confirmation | 0.2 | $408.00 |
| Regulatory / Antitrust / Tax / IP | 1.2 | $2,448.00 |
| Retention DPW: Preparation of Fee Applications, Budgeting | 9.8 | $11,171.00 |
| **TOTAL** | **110.6** | **$196,000.50[1]** |

---

[1] This amount reflects a voluntary reduction in fees in the amount of $1,965.50.

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| **BC01 AHG/UCC/Lender Issues** | | | |
| Piraino, Stephen D. | 09/17/25 | 0.4 | Attend weekly Creditors Committee update call. |
| **Total BC01 AHG/UCC/Lender Issues** | | **0.4** | |
| **BC02 Asset Dispositions** | | | |
| Bi, Jonathan | 09/16/25 | 0.8 | Review and revise name change documents to effect name change (0.4); revise comments from Vorys on same (0.3); review same (0.1). |
| Bi, Jonathan | 09/19/25 | 1.2 | Review name change documents (0.4); revise same (0.6); correspondence with various parties on final documents for name changes workstream (0.2). |
| Bi, Jonathan | 09/21/25 | 0.1 | Review and revise name change documents. |
| Bi, Jonathan | 09/22/25 | 0.5 | Correspondence with Davis Polk team regarding preparation for name change filing (0.2); analyze name change documents (0.2); correspondence regarding name change workstream (0.1). |
| Bi, Jonathan | 09/23/25 | 0.7 | Conduct analysis regarding effecting name changes (0.2); file name change documentation with Ohio Secretary of State (0.4); correspondence with F. Cozen regarding name changes (0.1). |
| Piraino, Stephen D. | 09/23/25 | 0.4 | Emails with Davis Polk team regarding name change and related motion. |
| **Total BC02 Asset Dispositions** | | **3.7** | |
| **BC03 Business Operations** | | | |
| Piraino, Stephen D. | 09/10/25 | 0.4 | Call with AlixPartners and Davis Polk regarding Sedgwick. |
| Piraino, Stephen D. | 09/25/25 | 0.9 | Prepare for call with AlixPartners (0.4) call with AlixPartners regarding letters of credit and related matters (0.5). |
| Piraino, Stephen D. | 09/26/25 | 0.7 | Prepare for call with AlixPartners (0.2); call with AlixPartners regarding Sedgwick (0.5). |
| **Total BC03 Business Operations** | | **2.0** | |
| **BC04 Claims; Creditor Outreach** | | | |
| Goldberger, Jacob | 09/02/25 | 0.4 | Review claims for attorney's fees as administrative expenses. |
| Goldberger, Jacob | 09/04/25 | 0.1 | Correspondence with claimants regarding administrative claim resolutions. |
| Goldberger, Jacob | 09/05/25 | 0.1 | Correspondence with claimants regarding administrative claims. |
| Piraino, Stephen D. | 09/05/25 | 0.5 | Emails with counsel to Lipp CDS regarding claim objection. |
| Winiarski, Kevin L. | 09/08/25 | 1.1 | Emails with S. Barilich regarding Lipp CDS letter (0.3); compile and finalize same for filing (0.8). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Goldberger, Jacob | 09/09/25 | 0.2 | Review correspondence from claimants regarding administrative claim resolution. |
| Goldberger, Jacob | 09/10/25 | 0.4 | Correspondence with GBRP and AlixPartners regarding post-close administrative expense reconciliation (0.2); correspondence with holders regarding administrative claims (0.2). |
| Piraino, Stephen D. | 09/10/25 | 0.8 | Correspondence with counsel to claimants (0.5); correspondence with AlixPartners regarding claims (0.3). |
| Goldberger, Jacob | 09/12/25 | 0.2 | Correspondence with claimants regarding administrative claim resolutions. |
| Goldberger, Jacob | 09/15/25 | 0.1 | Correspondence with claimants regarding administrative claims. |
| Piraino, Stephen D. | 09/15/25 | 0.7 | Emails with AlixPartners and Davis Polk teams regarding claims matters. |
| Goldberger, Jacob | 09/16/25 | 0.7 | Correspondence with AlixPartners, Big Lots and counterparties regarding administrative claims. |
| Piraino, Stephen D. | 09/16/25 | 0.2 | Emails with Davis Polk regarding claims. |
| Goldberger, Jacob | 09/17/25 | 0.3 | Correspondence regarding administrative claimant outreach. |
| Piraino, Stephen D. | 09/17/25 | 0.5 | Call with S. Fox regarding Sedgwick claim. |
| Goldberger, Jacob | 09/18/25 | 1.9 | Call with AlixPartners and Big Lots regarding claims distributions and conversion (1.1); review administrative claim requests (0.5); correspondence with claimants and Davis Polk team regarding same (0.3). |
| Goldberger, Jacob | 09/21/25 | 0.1 | Review administrative claim payment timeline. |
| Goldberger, Jacob | 09/22/25 | 1.0 | Calls with AlixPartners, creditors and Unsecured Creditors Committee regarding administrative claim payments. |
| Goldberger, Jacob | 09/24/25 | 0.3 | Review correspondence regarding administrative claim payments (0.2); review notice of administrative claim payments (0.1). |
| Piraino, Stephen D. | 09/24/25 | 0.4 | Emails with claimants regarding claims reconciliation. |
| Goldberger, Jacob | 09/25/25 | 0.2 | Review administrative expense claim outreach from creditors. |
| Goldberger, Jacob | 09/26/25 | 0.2 | Review administrative expense claim correspondence from creditors. |
| Piraino, Stephen D. | 09/26/25 | 0.4 | Emails with claimants regarding claims reconciliations. |
| Piraino, Stephen D. | 09/29/25 | 0.3 | Emails with claimholders regarding claims reconciliation. |
| Goldberger, Jacob | 09/30/25 | 0.3 | Review administrative expense claim resolution emails. |
| Piraino, Stephen D. | 09/30/25 | 0.9 | Emails with claimholders regarding reconciliations (0.4); emails with AlixPartners regarding administrative claims (0.3); emails with J. Goldberger regarding same (0.2). |
| **Total BC04 Claims; Creditor Outreach** | | **12.3** | |
| **BC10 General Case Administration** | | | |
| Piraino, Stephen D. | 09/02/25 | 1.0 | Call with K. Winiarski regarding case status (0.2); update conference with A. Shpeen (0.2); call regarding case timeline with AlixPartners, Big Lots and Davis Polk (0.6). |
| Winiarski, Kevin L. | 09/02/25 | 1.3 | Review and revise case calendar and workstreams chart (0.7); emails with S. Piraino regarding same (0.3); call with Big Lots and AlixPartners teams regarding case timing (0.3). |

| **Time Detail By Project** | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Piraino, Stephen D. | 09/05/25 | 1.3 | Update workstreams chart (0.6); review case timeline (0.7). |
| Goldberger, Jacob | 09/07/25 | 0.1 | Correspondence with S. Piraino and K. Winiarski regarding workstreams meeting. |
| Goldberger, Jacob | 09/08/25 | 0.3 | Attend workstreams call with Davis Polk team. |
| Resnick, Brian M. | 09/08/25 | 0.4 | Call with Davis Polk team regarding various workstreams. |
| Winiarski, Kevin L. | 09/08/25 | 0.5 | Attend workstreams call with Davis Polk team. |
| Goldberger, Jacob | 09/09/25 | 0.3 | Attend workstreams call with S. Piraino and K. Winiarski. |
| Piraino, Stephen D. | 09/09/25 | 1.0 | Prepare for workstreams meeting (0.5); attend same (0.5). |
| Winiarski, Kevin L. | 09/09/25 | 0.8 | Call with E. Feuerman regarding workstreams (0.5); call with S. Piraino and J. Goldberger regarding workstreams (0.3). |
| Goldberger, Jacob | 09/11/25 | 0.3 | Attend Davis Polk workstreams call. |
| Piraino, Stephen D. | 09/11/25 | 1.4 | Prepare for Davis Polk workstreams meeting (1.0); attend Davis Polk workstreams meeting (0.4). |
| Shpeen, Adam L. | 09/11/25 | 0.4 | Attend workstreams call with Davis Polk team. |
| Piraino, Stephen D. | 09/18/25 | 1.0 | Call with Big Lots and AlixPartners teams regarding case timeline. |
| **Total BC10 General Case Administration** | | **10.1** | |
| **BC12 Litigation** | | | |
| Brock, Matthew R. | 09/01/25 | 0.2 | Emails with A. Shpeen regarding settlement agreement. |
| Resnick, Brian M. | 09/01/25 | 0.2 | Emails with Davis Polk team regarding settlement agreement. |
| Brock, Matthew R. | 09/02/25 | 0.4 | Call with Katten regarding settlement agreement. |
| Piraino, Stephen D. | 09/02/25 | 0.4 | Call with Big Lots, Vorys Sater and Gibbs & Bruns regarding settlement. |
| Piraino, Stephen D. | 09/02/25 | 0.3 | Call with Katten and Davis Polk teams regarding settlement. |
| Shpeen, Adam L. | 09/02/25 | 1.0 | Call with R. Robins, AlixPartners team and Davis Polk team regarding case calendar (0.5); call with Katten team regarding 9019 motion (0.5). |
| Winiarski, Kevin L. | 09/02/25 | 1.6 | Review and revise interchange 9019 motion (0.5); call with Vorys Sater and Gibbs & Bruns regarding same (0.4); emails with Davis Polk team regarding same (0.2); call with Katten team regarding settlement (0.5). |
| Brock, Matthew R. | 09/03/25 | 0.2 | Emails with Big Lots regarding automatic stay. |
| Piraino, Stephen D. | 09/04/25 | 0.2 | Emails with Davis Polk team regarding settlement agreement. |
| Piraino, Stephen D. | 09/05/25 | 1.3 | Calls and emails with Katten regarding settlement agreement (0.4); emails with Davis Polk regarding settlement agreement (0.2); review settlement agreement (0.7). |
| Winiarski, Kevin L. | 09/05/25 | 2.8 | Review and revise motion to approve settlement (2.5); emails with S. Piraino and M. Brock regarding same (0.3). |
| Brock, Matthew R. | 09/08/25 | 1.1 | Revise 9019 motion (0.8); emails with S. Piraino, K. Winiarski, and Davis Polk team regarding same (0.3). |

3

| **Time Detail By Project** |
| **Name** | **Date** | **Hours** | **Narrative** |
|---|---|---|---|
| Piraino, Stephen D. | 09/08/25 | 5.6 | Review and edit settlement agreement motion (2.9); further review and revise settlement motion (0.8); emails with E. LaPuma regarding same (0.4); emails and calls with Davis Polk team regarding same (0.9); review and edit settlement agreement (0.3); review Lipp CDS letter (0.2); emails with K. Winiarski regarding same (0.1). |
| Shpeen, Adam L. | 09/08/25 | 1.6 | Attend workstreams call with Davis Polk team (0.3); review and revise 9019 motion (1.3). |
| Winiarski, Kevin L. | 09/08/25 | 3.1 | Review and revise 9019 motion to approve settlement (0.7); incorporate comments on same from S. Piraino and M. Brock (1.0); email same to A. Shpeen (0.1); incorporate comments on same from A. Shpeen (1.3). |
| Brock, Matthew R. | 09/09/25 | 1.5 | Call with movant regarding automatic stay (0.1); prepare for same (0.2); call with J. McClammy regarding same (0.1); emails with J. McClammy, Big Lots, and Davis Polk team regarding same (0.2); emails with Big Lots, S. Piraino, and others regarding 9019 motion (0.2); revise same (0.4) call with Big Lots and others regarding same (0.3). |
| Goldberger, Jacob | 09/09/25 | 0.1 | Correspondence with Davis Polk team regarding settlement motion. |
| Piraino, Stephen D. | 09/09/25 | 2.2 | Prepare for call regarding settlement agreement (0.5); call with E. LaPuma regarding settlement agreement (0.5); calls and emails with Davis Polk team regarding settlement motion (0.3); review and revise settlement motion (0.7); emails with R. Robins regarding settlement motion (0.2). |
| Resnick, Brian M. | 09/09/25 | 1.1 | Review motion to approve 9019 settlement (0.7); call with E. LaPuma regarding declaration for same (0.4). |
| Shpeen, Adam L. | 09/09/25 | 1.0 | Review draft of 9019 settlement motion. |
| Winiarski, Kevin L. | 09/09/25 | 1.5 | Review and revise 9019 motion to incorporate A. Shpeen and M. Brock comments (1.2); emails with Davis Polk team regarding same (0.3). |
| Brock, Matthew R. | 09/10/25 | 0.6 | Emails with Big Lots, J. McClammy, and S. Piraino regarding insurance issues (0.3); call with Big Lots and others regarding 9019 motion (0.3). |
| Goldberger, Jacob | 09/10/25 | 0.8 | Call with AlixPartners regarding Sedgwick motion (0.3); call with R. Robins regarding settlement (0.3); correspondence with Morris Nichols regarding same (0.2). |
| Piraino, Stephen D. | 09/10/25 | 2.4 | Review and edit settlement motion (1.5); call with R. Robins regarding same (0.4); calls and emails with Davis Polk and Katten regarding settlement motion (0.5). |
| Brock, Matthew R. | 09/11/25 | 0.5 | Emails with J. McClammy regarding automatic stay (0.2); emails with S. Piraino regarding settlement (0.1); call with Katten regarding same (0.2). |
| Goldberger, Jacob | 09/11/25 | 1.1 | Revise settlement motions (0.7); correspondence with Big Lots, Vorys, S. Piraino and Morris Nichols regarding same (0.4). |
| Piraino, Stephen D. | 09/11/25 | 3.7 | Review and edit settlement motion (1.9); review and edit sealing motion for interchange settlement (0.5); correspondence with Morris Nichols and J. Goldberger regarding sealing (0.9); correspondence with Davis Polk team regarding settlement agreement (0.4). |

| Time Detail By Project ||||
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Goldberger, Jacob | 09/12/25 | 1.1 | Finalize settlement motion (0.8); correspondence with Morris Nichols and S. Piraino regarding same (0.3). |
| Piraino, Stephen D. | 09/12/25 | 2.9 | Finalize settlement motion (1.3); calls and emails with Morris Nichols and litigation counsel to finalize motion (0.8); correspondence with Unsecured Creditors Committee regarding interchange (0.4); review comments to sealing regarding interchange motion (0.4). |
| Resnick, Brian M. | 09/12/25 | 0.3 | Review comments to 9019 settlement motion. |
| Brock, Matthew R. | 09/15/25 | 1.9 | Call with J. McClammy, B. Resnick, A. Shpeen, and S. Piraino regarding settlement (0.5); call with Katten and others regarding same (0.5); emails with J. McClammy, B. Resnick, A. Shpeen, S. Piraino, and others regarding same (0.4); revise settlement agreement (0.4); emails with A. Shpeen, B. Resnick, and others regarding 9019 motion (0.1). |
| Goldberger, Jacob | 09/15/25 | 1.5 | Revise settlement motion (0.6); correspondence with counterparties and Davis Polk team regarding same (0.9). |
| Piraino, Stephen D. | 09/15/25 | 3.0 | Review and edit settlement motion (1.2); calls and emails with Davis Polk team regarding same (0.7); call with Katten regarding settlement (0.4); review Committee materials regarding settlement (0.7). |
| Resnick, Brian M. | 09/15/25 | 2.4 | Review motion to approve director and officer settlement (0.3); review Unsecured Creditors Committee pleading in support of same (0.4); calls with Davis Polk team regarding same (0.6); call with Katten team regarding same (0.4); call with S. Reisman and D. Azman regarding same (0.2); follow-up call with S. Reisman regarding same (0.2); review Katten revisions to Creditors Committee pleading (0.3). |
| Shpeen, Adam L. | 09/15/25 | 4.4 | Review Creditors Committee report (2.8); review Katten comments to same (0.4); calls internally regarding same (0.8); call with Katten regarding same (0.4). |
| Brock, Matthew R. | 09/16/25 | 0.6 | Call with J. Goldberger regarding settlement (0.1); review revised filings for same (0.2); emails with A. Shpeen, B. Resnick, and others regarding 9019 motion (0.3). |
| Goldberger, Jacob | 09/16/25 | 2.8 | Review and revise settlement motions (1.8); correspondence with Davis Polk team, Big Lots, AlixPartners and counterparties regarding same (1.0). |
| Piraino, Stephen D. | 09/16/25 | 3.3 | Call with R. Robins regarding interchange (0.3); emails with R. Robins and GBRP regarding same (0.2); correspondence with Davis Polk team, Katten, and Unsecured Creditors Committee regarding settlement agreement (1.3); review settlement agreement motion (0.8); review settlement agreement and related documents (0.7). |
| Resnick, Brian M. | 09/16/25 | 0.9 | Emails with Davis Polk, McDermott Will, and Katten teams regarding motion to approve settlement and related pleadings. |
| Brock, Matthew R. | 09/17/25 | 0.5 | Emails with AIG regarding automatic stay (0.1); emails with Davis Polk team regarding 9019 motion (0.4). |

5

| **Time Detail By Project** |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Goldberger, Jacob | 09/17/25 | 2.0 | Correspondence with S. Piraino, Katten, Morris Nichols, Creditors Committee and Big Lots regarding settlement (1.2); revise same (0.8). |
| Piraino, Stephen D. | 09/17/25 | 1.9 | Finalize settlement agreement and motion (0.9); calls with Katten and Davis Polk teams regarding same (0.8); emails with Creditors Committee regarding same (0.2). |
| Resnick, Brian M. | 09/17/25 | 0.3 | Emails regarding finalization of 9019 motion. |
| Goldberger, Jacob | 09/18/25 | 0.2 | Correspondence with counterparties regarding Settlement. |
| Shpeen, Adam L. | 09/18/25 | 0.5 | Call with S. Piraino regarding next steps regarding various motions. |
| Brock, Matthew R. | 09/22/25 | 1.1 | Revise stipulations regarding automatic stay (0.5); emails with Big Lots and J. McClammy regarding same (0.5); emails with R. Robins regarding automatic stay (0.1). |
| Brock, Matthew R. | 09/24/25 | 0.4 | Emails with Big Lots regarding automatic stay. |
| Brock, Matthew R. | 09/25/25 | 0.3 | Emails with Big Lots, Starr, and J. McClammy regarding automatic stay. |
| Goldberger, Jacob | 09/25/25 | 0.8 | Call with counsel to Sedgwick regarding motion to compel (0.4); correspondence with AlixPartners, S. Piraino and counterparties regarding administrative claims (0.4). |
| Brock, Matthew R. | 09/26/25 | 0.3 | Emails with movants and others regarding automatic stay. |
| Brock, Matthew R. | 09/29/25 | 0.1 | Emails with movants and J. McClammy regarding automatic stay. |
| Brock, Matthew R. | 09/30/25 | 0.5 | Emails with J. McClammy and Morris Nichols regarding automatic stay (0.3); draft stipulation lifting same (0.2). |
| Piraino, Stephen D. | 09/30/25 | 0.4 | Emails with Vorys regarding interchange settlement (0.2); emails with Katten regarding 9019 (0.2). |
| **Total BC12 Litigation** | | **70.9** | |
| | | | |
| **BC13 Plan; Disclosure Statement; Confirmation** | | | |
| Piraino, Stephen D. | 09/04/25 | 0.2 | Emails with K. Winiarski regarding exclusivity. |
| **Total BC13 Plan; Disclosure Statement; Confirmation** | | **0.2** | |
| | | | |
| **BC14 Regulatory; Antitrust; Tax; IP** | | | |
| Piraino, Stephen D. | 09/17/25 | 0.7 | Call with Big Lots and AlixPartners teams regarding tax matters. |
| Piraino, Stephen D. | 09/30/25 | 0.5 | Emails with S. Fox regarding tax matter (0.2); emails with B. Green regarding tax matter (0.3). |
| **Total BC14 Regulatory; Antitrust; Tax; IP** | | **1.2** | |
| | | | |
| **BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | | |
| Winiarski, Kevin L. | 09/02/25 | 1.4 | Review and revise July fee statement (1.1); emails with B. Resnick and A. Shpeen regarding same (0.3). |
| Resnick, Brian M. | 09/03/25 | 0.2 | Review Davis Polk July month fee statement. |
| Winiarski, Kevin L. | 09/03/25 | 0.7 | Review and finalize July fee statement. |
| Feuerman, Eli | 09/08/25 | 0.4 | Correspondence with D. Shirley regarding August invoices. |
| Feuerman, Eli | 09/09/25 | 4.9 | Review and revise August billing detail for privilege and confidentiality (4.6); meet with K. Winiarski to discuss coverage (0.3). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Feuerman, Eli | 09/10/25 | 2.1 | Review and revise August billing detail for privilege and confidentiality (1.9); send same to K. Winiarski (0.2). |
| Goldberger, Jacob | 09/15/25 | 0.1 | Correspondence with L. Thomas regarding LEDES information. |
| **Total BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | **9.8** | |
| **TOTAL** | | **110.6** | |