## EXHIBIT B

**EXPENSE SUMMARY**
**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**September 1, 2025 through September 30, 2025**

| Expense Category | Total Expenses |
|---|---|
| N/A | N/A |
| **Grand Total Expenses** | **$0.00**[1] |

---

[1] This amount reflects a voluntary reduction in expenses in the amount of $2,982.17.