**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 3140** |
| | **Hearing Date: November 4, 2025 at 1:00 p.m. (ET)** |

**AMENDED NOTICE OF HEARING REGARDING SEDGWICK
CLAIMS MANAGEMENT SERVICES' MOTION FOR ALLOWANCE
AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

**PLEASE TAKE NOTICE** that, on September 5, 2025, Sedgwick Claims Management Services ("Sedgwick"), filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Sedgwick Claims Management Services' Motion for Allowance and Immediate Payment of Administrative Expense Claims* [Docket No. 3140] (the "Motion"), **a copy of which you were previously served with**.

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Motion will be held on **November 4, 2025 at 1:00 p.m. (ET)** (the "Hearing") before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the Court, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores – PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution, LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

IMPAC - 12516328v.1

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections to the Motion were to be in writing, filed with the Clerk of Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon the undersigned counsel so as to be received on or before September 19, 2025 at 4:00 p.m. (ET) (the "Objection Deadline").  The Objection Deadline was extended for the above-captioned debtors (the "Debtors") to October 24, 2025.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: October 17, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sameen Rizvi*<br>Aaron H. Stulman (No. 5807)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  astulman@potteranderson.com<br>           srizvi@potteranderson.com<br><br>-and-<br><br>Lloyd A. Lim, Esq.<br>Kristina P. Tipton, Esq.<br>Rachel T. Kubanda, Esq.<br>**KEAN MILLER LLP**<br>Pennzoil South Tower<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002<br>Telephone: (713) 844-3000<br>Facsimile:  (713) 844-3030<br>Email:  lloyd.lim@keanmiller.com<br>           kristina.tipton@keanmiller.com<br>           rachel.kubanda@keanmiller.com<br><br>*Counsel for Sedgwick Claims Management Services, Inc.* |