# EXHIBIT B

## Unreconciled Payment Schedule

| Creditor's Name and Mailing Address | Total Asserted Administrative Priority Claim | Total Undisputed Administrative Priority Claim |
| --- | --- | --- |
| 2413 Brewerton Road Plaza LLC c/o Barclay Damon LLP Attn: Kevin M. Newman Barclay Damon Tower 125 East Jefferson Street Syracuse, NY 13202 US | $ 71,308.26 | $ 18,744.04 |
| Advanced Project Solutions, LLC 4501 Femrite Drive Madison, WI 53716 US | $ 36,028.60 | $ 29,750.61 |
| Albertson's LLC Attn: Michael Dingel (Legal Dep't) 250 Parkcenter Blvd. Boise, ID 83706 US | $ 236,186.00 | $ 10,205.00 |
| Allegheny Plaza Associates I Limited Partnership Richard L. Zucker, Esq. Lasser Hochman, LLC 75 Eisenhower Parkway Roseland, NJ 07068-1694 US | $ 10,161.44 | $ 2,970.00 |
| Allen Road Retail Business Center, LLC Attn: Alberto F. Gomez, Jr. 400 North Ashley Drive | $ 44,924.80 | $ 3,681.82 |

| | | |
|---|---|---|
| Ste. 3100<br>Tampa, FL 33602 US | | |
| Aman Imports<br>7855 Boulevard East<br>Suite 30C<br>North Bergen, NJ<br>07047-6916 US | $<br>92,998.80 | $<br>79,610.40 |
| American Fork SC,<br>LLC<br>Ballard Spahr LLP<br>c/o Dustin P. Branch,<br>Esq.<br>2029 Century Park<br>East<br>Suite 1400<br>Los Angeles, CA<br>90067-2915 US | $<br>14,629.25 | $<br>14,188.59 |
| ARC NWNCHSC001,<br>LLC<br>Ballard Spahr LLP<br>c/o Dustin P. Branch,<br>Esq.<br>2029 Century Park<br>East<br>Suite 1400<br>Los Angeles, CA<br>90067-2915 US | $<br>20,058.75 | $<br>19,297.43 |
| ARD West Whiteland<br>LLC and WTC LLC<br>c/o Dana S. Plon,<br>Esquire<br>Sirlin Lesser &<br>Benson, P.C.<br>123 South Broad<br>Street, Suite 2100<br>Philadelphia, PA<br>19109 US | $<br>37,344.47 | $<br>3,520.88 |

| | | |
|---|---|---|
| Athens Shopping Plaza LLC ESBROOK P.C. Attn: Scott J. Leonhardt 1000 N. West Street Suite 1200 Wilmington, DE 19801 US | $ 59,460.48 | $ 43,810.48 |
| Auburn Associates, LLC c/o Barclay Damon LLP Attn: Kevin M. Newman Barclay Damon Tower 125 East Jefferson Street Syracuse, NY 13202 US | $ 140,603.80 | $ 28,506.90 |
| BancKentucky, Inc. Joy Kleisinger, Frost Brown Todd LLP 301 E. Fourth Street, Suite 3300 Cincinnati, OH 45202 US | $ 10,039.36 | $ 5,683.92 |
| Bexar County Linebarger Goggan Blair & Sampson, LLP c/o Don Stecker 112 E. Pecan Street Suite 2200 San Antonio, TX 78205 US | $ 102,516.54 | $ 69,883.60 |
| Bimbo Bakeries USA 355 Business Center Drive Horsham, PA 19044 US | $ 1,195.58 | $ 1,054.65 |

| | | |
|---|---|---|
| Blue Sky Clayworks, Inc.<br>2075 S. Atlantic Blvd.<br>Suite H<br>Monterey Park, CA 91754 US | $ 219,975.80 | $ 211,692.80 |
| Blue-Grace Logistics LLC<br>2846 S. Falkenburg Rd.<br>Riverview, FL 33578 US | $ 50,655.20 | $ 11,317.90 |
| Bluegrass Partners LLC<br>1460 Walden Ave<br>Lakewood, NJ 08527 US | $ 4,190.77 | $ 473.29 |
| Brazoria County, et al<br>Perdue, Brandon Fielder, Collins, Mott LLP<br>c/o Melissa E. Valdez<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 US | $ 18,623.60 | $ 4,612.68 |
| Burdkidz L.L.C.<br>Roetzel & Andress<br>c/o Timothy M. Reardon<br>6550 Seville Drive Suite B<br>Canfield, OH 44406 US | $ 41,031.86 | $ 39,479.98 |
| Cameron County<br>Linebarger Goggan Blair & Sampson, LLP<br>Diane W. Sanders<br>PO Box 17428 | $ 9,918.69 | $ 5,373.00 |

| | | |
|---|---|---|
| Austin, TX 78760-7428 US | | |
| CART RETRIEVAL SERVICE 257 FELLSWAY WEST MEDFORD, MA 02155 US | $ 5,940.00 | $ 4,510.00 |
| Cedar-Timpany, LLC c/o Barclay Damon LLP Attn: Kevin M. Newman Barclay Damon Tower 125 East Jefferson Street Syracuse, NY 13202 US | $ 51,057.16 | $ 7,329.43 |
| Chili MZL LLC Montgomery McCracken Walker & Rhoads LLP c/o Gregory T. Donilon, Esq. 1105 N. Market Street Suite 1500 Wilmington, DE 19801 US | $ 83,698.74 | $ 14,504.75 |
| Circleville Shopping Center LLC ESBROOK P.C. Attn: Scott J. Leonhardt 1000 N. West Street Suite 1200 Wilmington, DE 19801 US | $ 45,481.11 | $ 22,750.00 |

| | | |
|---|---|---|
| City of El Paso Linebarger Goggan Blair & Sampson LLP Don Stecker 112 E. Pecan Street Suite 2200 San Antonio, TX 78205 US | $ 56,684.36 | $ 33,792.00 |
| City of Lake Worth Perdue, Brandon, Fielder, Collins & Mott, L.L.P. Elizabeth Banda Calvo 500 East Border Street Suite 640 Arlington, TX 76010 US | $ 4,164.75 | $ 3,695.36 |
| Clover Cortez LLC SULLIVAN · HAZELTINE · ALLINSON LLC Attn: William A. Hazeltine 919 North Market Street, Suite 420 Wilmington, DE 19801 US | $ 164,198.34 | $ 46,587.00 |
| Cooke County Appraisal District Perdue Brandon Fielder Collins & Mott LLP c/o Mollie Lerew P.O. Box 8188 Wichita Falls, TX 76307 US | $ 5,112.11 | $ 4,737.89 |
| Covington Group, LLC , successor in interest to Covington Shopping Center, LLC | $ 20,600.35 | $ 6,534.31 |

| | | |
|---|---|---|
| c/o Ashton Development Company, LLC Attn: Paula Jeffery 1201 Monster Rd SW, STE 350 Renton, WA 98057-2996 US | | |
| Daniel G. Kamin Palatine Bridge LLC PO Box 10234 Pittsburgh, PA 15232-0234 US | $ 40,818.96 | $ 27,846.56 |
| Darnestown Road Property, L.P. Spotts Fain PC c/o Neil E. McCullagh, Esq. 411 E. Franklin Street Suite 600 Richmond, VA 23219 US | $ 149,756.37 | $ 89,331.58 |
| Dat'l Do It Inc 1750 Tree Blvd Suite 2 St Augustine, FL 32084 US | $ 29,623.80 | $ 27,396.26 |
| Delaware Shopping Center LLC ESBROOK P.C. Attn: Scott J. Leonhardt 1000 N. West Street Suite 1200 Wilmington, DE 19801 US | $ 69,714.80 | $ 54,158.76 |
| Delivery Now 27619 N 65th Dr Phoenix, AZ 85083 US | $ 2,950.00 | $ 650.00 |

| | | |
|---|---|---|
| DKR Investments, LLC c/o Timothy M. Reardon Roetzel & Andress 6550 Seville Drive Suite B Canfield, OH 44406 US | $ 28,824.19 | $ 15,750.00 |
| Dr Pepper Snapple Group Attn: Richard W Ward 6304 Teal Ct Plano, TX 75024 US | $ 225,715.00 | $ 204,251.76 |
| E Mishan & Sons 230 5th Avenue Suite 800 New York, NY 10001 US | $ 152,838.28 | $ 112,901.80 |
| Echo Global Logistics, Inc. 600 W. Chicago Ave Suite 725 Chicago, IL 60654 US | $ 129,103.72 | $ 95,104.00 |
| Ector CAD Linebarger Goggan Blair & Sampson, LLP 112 E. Pecan Street Suite 2200 San Antonio, TX 78205 US | $ 10,570.78 | $ 6,193.47 |
| Edgewater Partnership LP PO Box 62659 Baltimore, MD 21264-2659 US | $ 21,363.45 | $ 4,597.27 |

| | | |
|---|---|---|
| EOS Products LLC<br>19 West 44th Street<br>Suite 811<br>New York, NY 10036<br>US | $ 60,318.40 | $ 57,585.00 |
| Esan LLC<br>Jeffrey Rhodes, Esq.<br>Tayman Lane<br>Chaverri LLP<br>2001 L Street NW<br>Suite 500<br>Washington, DC<br>20036 US | $ 63,326.44 | $ 826.67 |
| Escambia County Tax<br>Collector<br>c/o Sarah Walton<br>25 West Cedar Street<br>Suite 550<br>Pensacola, FL 32502<br>US | $ 3,132.07 | $ 643.19 |
| FB Billerica Realty<br>Investors, LLC<br>c/o Ballard Spahr LLP<br>Attn: Leslie C.<br>Heilman<br>919 N. Market Street<br>11th Floor<br>Wilmington, DE<br>19801 US | $ 60,935.52 | $ 22,955.08 |
| Fifth/Grand Holdings,<br>LLC<br>c/o Bailey Cavalieri<br>LLC<br>Attn: Robert B.<br>Berner<br>409 E. Monument<br>Avenue, #103<br>Dayton, OH 45402-<br>1482 US | $ 107,088.33 | $ 8,303.81 |
| Fleet Equipment Inc<br>PO Box 110 | $ 9,363.00 | $ 985.80 |

| | | |
|---|---|---|
| Darragh, PA 15625 US | | |
| Fog CP LLC 8902 N. Dale Mabry Highway Suite 200 Tampa, Florida 33614 US | $ 69,671.98 | $ 46,329.34 |
| Gainesville ISD Linebarger Goggan Blair & Sampson, LLP c/o John Kendrick Turner 3500 Maple Avenue Suite 800 Dallas, TX 75219 US | $ 3,846.44 | $ 1,943.55 |
| GALENA PARK INDEPENDENT SCHOOL DISTRICT PERDUE, BRANDON, FIELDER, COLLINS AND MOTT, L.L.P MELISSA E VALDEZ 1235 NORTH LOOP WEST, SUITE 600 HOUSTON, TX 77008 US | $ 7,660.97 | $ 3,538.79 |
| GBR Green Acres Limited Liability Company and LJG Greenwich LLC c/o Barclay Damon LLP Attn: Scott L. Fleischer 1270 Avenue of the Americas Suite 501 | $ 49,128.57 | $ 24,607.44 |

| | | |
|---|---|---|
| New York, NY 10020 US | | |
| Golden Eye Media USA Inc Dba Lotus Sustainables 1000 Camino de Las Ondas Carlsbad, CA 92011-3402 US | $ 179,435.80 | $ 86,905.68 |
| Gratiot, LLC c/o Timoothy Mitchell 4422 Ridgeside Drive Dallas, TX 75244 US | $ 83,838.02 | $ 8,818.92 |
| Greenville ISD Linebarger Goggan Blair & Sampson, LLP c/o John Kendrick Turner 3500 Maple Avenue Suite 800 Dallas, TX 75219 US | $ 4,330.55 | $ 754.00 |
| Gregg County Linebarger Goggan Blair & Sampson, LLP c/o John Kendrick Turner 3500 Maple Avenue Suite 800 Dallas, TX 75219 US | $ 25,805.45 | $ 4,318.49 |
| Gruma Corporation dba Mission Foods Thomas Conner 5601 Executive Drive Suite 800 Irving, TX 75038 US | $ 2,950.05 | $ 2,564.37 |

| | | |
|---|---|---|
| Hambeys Kings Canyon LLC<br>1483 W. Shaw Avenue<br>Fresno, CA 93711-3608 US | $ 46,199.74 | $ 9,805.65 |
| Hanford Mall 2020, LLC<br>c/o Dustin P. Branch, Esq.<br>Ballard Spahr LLP<br>2029 Century Park East<br>Suite 1400<br>Los Angeles, CA 90067-2915 US | $ 17,304.30 | $ 656.78 |
| HCL 3RD & Bell, LLC, a Delaware Limited Liability Company<br>c/o Epps & Coulson, LLP<br>1230 Crenshaw Blvd., Ste. 200<br>Torrance, CA 90501 US | $ 4,660.50 | $ 2,500.00 |
| Heubel Material Handling Inc<br>6311 NE Equitable Rd<br>Kansas City, MO 64120 US | $ 19,935.58 | $ 13,901.30 |
| Hidalgo County Linebarger Goggan Blair & Sampson, LLP<br>Diane W. Sanders<br>PO Box 17428<br>Austin, TX 78760-7428 US | $ 32,684.52 | $ 11,230.33 |

| | | |
|---|---|---|
| HKJV, LLC Sirlin Lesser & Benson, P.C. c/o Dana S. Plon, Esquire 123 South Broad Street Suite 2100 Philadelphia, PA 19109 US | $ 125,691.16 | $ 61,473.29 |
| Home Decor Factory, Inc. 1455 S. Campus Ave Suite C Ontario, CA 91761 US | $ 297,229.79 | $ 271,527.57 |
| Hunt County, et al. c/o Perdue Brandon Fielder Collins & Mott Patrick S. McArthur 110 N College Ave Ste 1202 Tyler, TX 75702 US | $ 5,086.91 | $ 3,176.27 |
| Intrastate Distributors Inc 6400 E. Eight Mile Rd Detroit, MI 48234 US | $ 262.44 | $ 192.06 |
| Ireland Biloxi, Ltd. c/o Stiles Property Management 1900 Summit Tower Blvd. Suite 240 Orlando, FL 32810 US | $ 146,906.69 | $ 95,857.78 |

| | | |
|---|---|---|
| Jacksonville MZL LLC Montgomery McCracken Walker & Rhoads LLP c/o Gregory T. Donilon, Esq. 1105 N. Market Street Suite 1500 Wilmington, DE 19801 US | $ 116,163.85 | $ 95,825.29 |
| Keens Storage Trailers & Containers, LLC Heather Keens PO Box 2334 Harrisonburg, VA 22801 US | $ 939.27 | $ 374.48 |
| Keurig Green Mountain, Inc. Attn: Richard W. Ward 6304 Teal Ct Plano, TX 75024 US | $ 294,598.00 | $ 214,795.00 |
| Lewisville ISD Linebarger Goggan Blair & Sampson, LLP c/o John Kendrick Turner 3500 Maple Avenue Suite 800 Dallas, TX 75219 US | $ 6,392.51 | $ 3,375.40 |
| Lighting Hub Company 1709 S. 2nd St #4 Alhambra, CA 91801-5444 US | $ 145,713.30 | $ 35,078.00 |
| MAGIC SLIDERS LP 520 WHITE PLAINS ROAD, SUITE 5 | $ 22,145.60 | $ 18,986.80 |

| | | |
|---|---|---|
| TARRYTOWN, NY 10591 US | | |
| MBM Investments, LLC<br>Roetzel & Andress, LPA<br>c/o Timothy M. Reardon<br>6550 Seville Drive Suite B<br>Canfield, OH 44406 US | $ 51,376.48 | $ 38,173.98 |
| McLennan County<br>Linebarger Goggan Blair & Sampson, LLP<br>Diane W. Sanders<br>PO Box 17428<br>Austin, TX 78760-7428 US | $ 2,094.04 | $ 1,238.55 |
| Midland County<br>Perdue, Brandon, Fielder, Collins & Mott, LLP<br>c/o Laura J. Monroe<br>PO Box 817<br>Lubbock, TX 79408 US | $ 552.46 | $ 435.51 |
| Millville Equity Investments, LLC<br>Saul Ewing LLP<br>c/o Turner N. Falk, Esq.<br>1500 Market Street 38th Floor<br>Philadelphia, PA 19102 US | $ 115,240.00 | $ 68,406.00 |
| Moore's Electrical & Mechanical Construction, Inc.<br>c/o Michael D. Mueller; Williams | $ 235,828.46 | $ 233,942.10 |

| | | |
|---|---|---|
| Mullen<br>200 S. 10th Street, Suite 1600<br>Richmond, VA 23219 US | | |
| Mountain View Midstar, LLC<br>Burk Collins & Company, Ltd<br>James Cox<br>729 Grapevine Hwy #227<br>Hurst, TX 76054 US | $ 86,169.26 | $ 57,878.13 |
| New Port Richey Development Company LLC<br>3333 Richmond Road Suite 320<br>Beachwood, OH 44122 US | $ 52,717.13 | $ 41,115.16 |
| Ningbo Lisi Import & Export Co., Ltd<br>Chengxin Road 518, Yinzhou District<br>Ningbo, Zhejiang, 315105 China | $ 25,218.18 | $ 9,719.82 |
| NS Retail Holdings, LLC<br>c/o Ballard Spahr LLC<br>Attn: Leslie C. Heilman<br>919 N. Market Street<br>11th Floor<br>Wilmington, DE 19801 US | $ 37,229.98 | $ 5,524.02 |
| Nueces County<br>Linebarger Goggan Blair & Sampson, LLP<br>Diane W. Sanders<br>PO Box 17428 | $ 41,037.80 | $ 5,785.28 |

| | | |
|---|---|---|
| Austin, TX 78760-7428 US | | |
| Oswego Development, LLC c/o Barclay Damon LLP Attn: Kevin M. Newman Barclay Damon Tower 125 East Jefferson Street Syracuse, NY 13202 US | $ 46,862.53 | $ 36,691.87 |
| PEABODY LANDSCAPE CONSTRUCTION, INC DBA PEABODY LANDSCAPE GROUP 2253 DUBLIN RD COLUMBUS, OH 43228-9629 US | $ 7,203.65 | $ 22.86 |
| PEPSI COLA BOTTLING CO 344 HOWARD AVE BILLINGS, MT 59101-3097 US | $ 6,846.46 | $ 5,677.85 |
| Phenix City Square, LLC 222 Delaware Avenue, Suite 1500 Wilmington, DE 19801 US | $ 66,469.63 | $ 36,424.65 |

| | | |
|---|---|---|
| Profit Cultural & Creative Group Corporation 19/F.,Profit C&C Center No.1 Chuangye Road Hi-Tech Zone Fuzhou, China | $ 112,323.04 | $ 38,637.88 |
| PSM Properties LLC c/o Reggie Matto 5133 Highland Dr. SE Auburn, WA 98092 US | $ 62,696.16 | $ 2,500.00 |
| R.G. Barry Corporation Attn: Laurel D. Roglen c/o Ballard Spahr LLP 919 N. Market Street, 11th Floor Wilmington, DE 19801 US | $ 487,789.70 | $ 478,777.70 |
| Ramsey Pike, LLC c/o Frost Brown Todd LLP Attn: Erin P. Severini 3300 Great American Tower, Suite 3300 Cincinnati, OH 45202 US | $ 18,244.15 | $ 2,500.00 |
| Realty Income Corporation c/o Katten Muchin Rosenman LLP Attn: Yelena Archiyan 2121 N. Pearl Street Suite 1100 Dallas, TX 75201 US | $ 349,518.14 | $ 38,961.38 |

| | | |
|---|---|---|
| Regency Central Indiana LLC c/o Emily L. Pagorski Stoll Keenon Ogden PLLC 400 West Market Street Suite 2700 Louisville, KY 40202 US | $ 100,204.53 | $ 59,270.21 |
| Regency Mount Vernon LLC C/O Emily L. Pagorski Stoll Keenon Ogden PLLC 400 West Market Street Suite 2700 Louisville, KY 40202 US | $ 42,509.37 | $ 21,974.66 |
| Regency Summersville LLC Stoll Keenon Ogden PLLC Attn: Emily L. Pagorski 400 West Market Street Suite 2700 Louisville, KY 40202 US | $ 71,141.64 | $ 13,898.49 |
| RICKS DELIVERY SERVICE 600 BROOKHAVEN DR ODENVILLE, AL 35120 US | $ 980.00 | $ 540.00 |
| Robin Enterprises Company 111 North Otterbein Avenue | $ 11,473.76 | $ 250.00 |

| | | |
|---|---|---|
| Westerville, OH 43081 US | | |
| Roseff LLC and Hall Properties Company Inc. Tayman Lane Chaverri LLP c/o Jeffrey Rhodes, Esq. 2001 L Street NW Suite 500 Washington, DC 20036 US | $ 52,918.10 | $ 25,006.69 |
| Sam Ell Charles Real Estate Corporation 13041 W. Linebaugh Ave Tampa, FL 33626 US | $ 263,002.68 | $ 11,229.17 |
| Smartmode International Logistics LLC Attn: Jay Telang 525 Milltown Rd. Suite 305 North Brunswick, NJ 08902 US | $ 92,690.00 | $ 72,110.00 |
| Southgate Plaza, LLC c/o Dorsey Development 3636 N. Causeway Blvd. Suite 200 Metairie, LA 70002 US | $ 124,218.38 | $ 103,768.16 |
| STL Global Sales 336 BARN SIDE LN EUREKA, MO 63025 US | $ 144,719.78 | $ 140,808.01 |

| | | |
|---|---|---|
| Taizhou Huangyan Mingyang Import And Export Co., Ltd. No.68 Qingmei Road Chengjiang Industrial Huangyan District Taizhou, Zhejiang, 318020 China | $ 305,503.26 | $ 36,380.52 |
| Tarrant County c/o Linebarger Goggan Blair & Sampson, LLP Attn: John Kendrick Turner 3500 Maple Avenue Suite 800 Dallas, TX 75219 US | $ 92,259.53 | $ 34,300.00 |
| The American Bottling Company Attn: Richard W Ward 6304 Teal Ct Plano, TX 75024 US | $ 575,965.00 | $ 546,901.72 |
| Titus County Appraisal District, et al. Perdue Brandon Fielder Collins & Mott Patrick S. McArthur 110 N College Ave Ste 1202 Tyler, TX 75702 US | $ 15,264.65 | $ 11,517.60 |
| TOM'S TOY INTERNATIONAL (HK) LIMITED ROOM L1, 8/FL, BLOCK 2 KAISER ESTATE 51 MAN YUE STREET | $ 245,054.48 | $ 15,267.24 |

| | | |
|---|---|---|
| KOWLOON HONG KONG | | |
| Top Fox Snacks 1781 US Hwy 150 PO Box 26 Congerville, IL 61729 US | $ 34,272.00 | $ 17,136.00 |
| Townley, Inc. Wilk Auslander LLP c/o: Eric Snyder 825 Eighth Avenue Suite 2900 New York, NY 10019 US | $ 333,505.32 | $ 242,924.66 |
| True Innovations & Design (USA) LLC 1578 Air Wing Rd San Diego, CA 92154 US | $ 1,322.54 | $ 725.37 |
| UE Hudson Mall Holdings, LLC c/o Ballard Spahr LLP Attn: Leslie C. Heilman 919 N. Market Street, 11th Floor Wilmington, DE 19801 US | $ 65,513.79 | $ 41,862.96 |
| Warren Terra, Inc. ESBROOK P.C. Attn: Scott J. Leonhardt 1000 N. West Street Suite 1200 Wilmington, DE 19801 US | $ 171,267.41 | $ 83,054.13 |

| | | |
|---|---|---|
| Washington Garden I LP<br>PO Box 5540<br>Johnstown, PA 15904<br>US | $ 28,181.59 | $ 15,745.48 |
| Wichita County<br>Perdue Brandon<br>Fielder Collins &<br>Mott LLP<br>c/o Mollie Lerew<br>P.O. Box 8188<br>Wichita Falls, TX<br>76301 US | $ 11,922.35 | $ 5,825.38 |
| Wolf River Run<br>Associates LLC<br>PO Box 460<br>Valley Stream, NY<br>11582-0460 US | $ 97,762.36 | $ 34,000.00 |
| Yusen Logistics<br>Global Management<br>(Hong Kong) Limited<br>c/o Cozen O'Connor<br>Attn: Simon Fraser,<br>Esq.<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE<br>19801 US | $ 1,690.00 | $ 890.00 |