# **<u>EXHIBIT A</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FORMER BL STORES, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 24-11967 (JKS) <br> (Jointly Administered) |

## ORDER GRANTING MOTION FOR
## RELIEF FROM THE AUTOMATIC STAY

AND NOW THIS _____ day of _____ 2025, upon consideration of the Motion of Perc Wallace for Relief from the Automatic Stay, and any and all responses filed thereto, and the Court having determined that good and adequate cause exists for approval of the Motion, and the Court having determined that no further notice of the Motion is necessary,

IT IS ORDERED:

1. That the Motion is GRANTED and the automatic stay of 11 U.S.C. § 362(d) of the Bankruptcy Code is immediately terminated as to Movant to permit Movant to take appropriate action described as follows[2]:

   i. To file a complaint in the appropriate venue and pursue Causes of Action to final judgment or other resolution; and

   ii. To collect from any available insurance policy proceeds on account of any judgment or other resolution.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868), Big Lots Stores – PNS, LLC (5262); Big Lotss Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Motion.

2. Nothing in this Order shall permit any party to take any other action without further order of this Court.

3. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

ORDERED that this Order shall be fully effective and enforceable immediately upon entry.