# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered)<br><br>**Hearing Date: November 4, 2025 at 1:00 pm EST**<br>**Objection Deadline: October 28, 2025 at 4:00 pm EST** |

## NOTICE OF MOTION OF PERC WALLACE FOR
## RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that on October 20, 2025, Perc Wallace (the "Movant"), by and through his undersigned counsel, filed the *Motion of Perc Wallace for Relief from the Automatic Stay* (the "Motion"),

PLEASE TAKE FURTHER NOTICE that any objection or response to the Motion must be made in writing and be filed with the Court on or before October 28, 2025 at 4:00 pm (EST) (the "Objection Deadline"). At the same time, you must serve a copy of the objection or response upon the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that the Motion will be heard at the omnibus hearing scheduled for November 4, 2025 at 1:00 pm (EST) before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, Fifth Floor, Courtroom 6, Wilmington, DE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868), Big Lots Stores – PNS, LLC (5262); Big Lotss Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores – CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400);  GAFDC LLC (8673); PAFDC LLC (2377); WAFDC LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).

PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: October 20, 2025
Wilmington, Delaware

GELLERT SEITZ BUSENKELL & BROWN, LLC

 */s/ Margaret M. Manning*
Margaret M. Manning, Esq. (DE Bar No. 4183)
Charles J. Brown, III (DE Bar No.3368)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-416-3344
Facsimile: 302-425-5814
Email: mmanning@gsbblaw.com

*Counsel to Perc Wallace*