## Exhibit A

**Detailed Description of AlixPartners' Fees and Hours by Matter Category**

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:         Chapter 11 Process / Case Management
Code:       20008940PA0003.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 09/02/2025 | KP | Meeting with R. Robins, M. Schlonsky, M. Robey (all BL), A. Shpeen, K. Winiarski, S. Piraino (all DPW), K. Percy and J. Clarrey (both AlixPartners) re: wind-down planning and case updates | 0.5 |
| 09/02/2025 | KP | Prepare materials for the weekly management presentation | 2.1 |
| 09/02/2025 | KP | Call with K. Percy and J. Clarrey (both AlixPartners) re: workstream planning | 0.4 |
| 09/02/2025 | JM | Update IT application inventory with latest feedback | 0.4 |
| 09/02/2025 | JM | Execute supplier related actions re: IT services | 0.7 |
| 09/02/2025 | JM | Review requirements for raw HR data analytics tooling | 0.4 |
| 09/02/2025 | JEC | Meeting with R. Robins, M. Schlonsky, M. Robey (all BL), A. Shpeen, K. Winiarski, S. Piraino (all DPW), K. Percy and J. Clarrey (both AlixPartners) re: wind-down planning and case updates | 0.5 |
| 09/02/2025 | JEC | Call with K. Percy and J. Clarrey (both AlixPartners) re: workstream planning | 0.4 |
| 09/03/2025 | JJ | Meeting with K. Percy, R. Steere, R. Mecklemburg Tenorio, J. Jang, B. Ferguson, M. Konop, J. Clarrey (all AlixPartners) re: wind-down timeline updates and planning | 0.4 |
| 09/03/2025 | KP | Meeting with K. Percy, R. Steere, R. Mecklemburg Tenorio, J. Jang, B. Ferguson, M. Konop, J. Clarrey (all AlixPartners) re: wind-down timeline updates and planning | 0.4 |
| 09/03/2025 | KP | Meeting with R. Robins, J. Ramsden, M. Schlonsky, M. Robey (all BL), K. Percy and J. Clarrey (both AlixPartners) re: wind-down process updates | 1.0 |
| 09/03/2025 | BF | Meeting with K. Percy, R. Steere, R. Mecklemburg Tenorio, J. Jang, B. Ferguson, M. Konop, J. Clarrey (all AlixPartners) re: wind-down timeline updates and planning | 0.4 |
| 09/03/2025 | JM | Participate in meeting with R. Mecklemburg Tenorio, J. Miller (both AlixPartners) and J. Guenther (Big Lots) re: IT data retention | 0.7 |
| 09/03/2025 | JM | Review data retention file listing | 0.4 |
| 09/03/2025 | JM | Execute supplier related actions re: IT services | 0.4 |
| 09/03/2025 | JM | Prepare IT wind down meeting agenda | 0.5 |
| 09/03/2025 | MK | Meeting with K. Percy, R. Steere, R. Mecklemburg Tenorio, J. Jang, B. Ferguson, M. Konop, J. Clarrey (all AlixPartners) re: wind-down timeline updates and planning | 0.4 |
| 09/03/2025 | RMT | Meeting with K. Percy, R. Steere, R. Mecklemburg Tenorio, J. Jang, B. Ferguson, M. Konop, J. Clarrey (all AlixPartners) re: wind-down timeline updates and planning | 0.4 |
| 09/03/2025 | RMT | Participate in meeting with R. Mecklemburg Tenorio, J. Miller (both AlixPartners) and J. Guenther (Big Lots) re: IT data retention | 0.7 |
| 09/03/2025 | RS | Meeting with K. Percy, R. Steere, R. Mecklemburg Tenorio, J. Jang, B. Ferguson, M. Konop, J. Clarrey (all AlixPartners) re: wind-down timeline updates and planning | 0.4 |
| 09/03/2025 | JEC | Meeting with K. Percy, R. Steere, R. Mecklemburg Tenorio, J. Jang, B. Ferguson, M. Konop, J. Clarrey (all AlixPartners) re: wind-down timeline updates and planning | 0.4 |
| 09/03/2025 | JEC | Meeting with R. Robins, J. Ramsden, M. Schlonsky, M. Robey (all BL), K. Percy and J. Clarrey (both AlixPartners) re: wind-down process updates | 1.0 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Chapter 11 Process / Case Management
Code:      20008940PA0003.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|------------------------|-------|
| 09/04/2025 | KP | Participate in meeting with J. Clarrey, J. Miller, K. Percy (all AlixPartners) and J. Guenther, S. Meckling, F. John, M. Robey, E. Prak, R. Pothrai (all Big Lots) re: IT wind down | 0.7 |
| 09/04/2025 | JM | Participate in meeting with J. Clarrey, J. Miller, K. Percy (all AlixPartners) and J. Guenther, S. Meckling, F. John, M. Robey, E. Prak, R. Pothrai (all Big Lots) re: IT wind down | 0.7 |
| 09/04/2025 | JM | Execute IT wind down meeting follow ups | 0.4 |
| 09/04/2025 | JM | Prepare for IT wind down meeting | 0.5 |
| 09/04/2025 | JM | Execute supplier related actions re: IT services | 0.4 |
| 09/04/2025 | JM | Review latest server decommissioning list | 0.5 |
| 09/04/2025 | JEC | Participate in meeting with J. Clarrey, J. Miller, K. Percy (all AlixPartners) and J. Guenther, S. Meckling, F. John, M. Robey, E. Prak, R. Pothrai (all Big Lots) re: IT wind down | 0.7 |
| 09/05/2025 | JM | Execute supplier related actions re: IT services | 0.5 |
| 09/05/2025 | JM | Update data retention plan | 0.5 |
| 09/05/2025 | JM | Update IT wind down plan | 0.5 |
| 09/05/2025 | JM | Prepare for next IT wind down meeting | 0.5 |
| 09/08/2025 | JM | Execute supplier related actions re: IT and HR services | 0.7 |
| 09/08/2025 | JM | Update IT section of Trustee transition plan | 0.8 |
| 09/09/2025 | JM | Review IT section of Trustee transition plan | 0.5 |
| 09/09/2025 | JM | Update data retention plan | 0.5 |
| 09/09/2025 | JM | Update IT application inventory with latest feedback | 0.5 |
| 09/10/2025 | KP | Meeting with S. Piraino, J. Goldberger (both DPW), K. Percy and J. Clarrey (both AlixPartners) re: filed motion and follow-ups | 0.3 |
| 09/10/2025 | KP | Prepare materials for the weekly management presentation | 2.2 |
| 09/10/2025 | JM | Build IT wind down meeting agenda | 0.5 |
| 09/10/2025 | JM | Review data retention plan and file listing | 0.5 |
| 09/10/2025 | JM | Execute supplier related actions re: IT and HR services | 0.5 |
| 09/10/2025 | JEC | Meeting with S. Piraino, J. Goldberger (both DPW), K. Percy and J. Clarrey (both AlixPartners) re: filed motion and follow-ups | 0.3 |
| 09/11/2025 | JM | Participate in meeting with J. Clarrey, J. Miller (both AlixPartners) and J. Guenther, S. Meckling, F. John, E. Prak, R. Pothrai, B. Young (all Big Lots) re: IT wind down | 0.7 |
| 09/11/2025 | JM | Review latest list of servers to power down / decommission | 0.5 |
| 09/11/2025 | JM | Execute IT wind down meeting follow ups | 0.6 |
| 09/11/2025 | JM | Execute supplier related actions re: IT and HR services | 0.7 |
| 09/11/2025 | JEC | Meeting with R. Robins, J. Ramsden (both BL) re: wind-down process updates | 0.8 |
| 09/11/2025 | JEC | Summarize information based on BL team feedback to develop next steps on wind-down matters | 0.4 |
| 09/11/2025 | JEC | Participate in meeting with J. Clarrey, J. Miller (both AlixPartners) and J. Guenther, S. Meckling, F. John, E. Prak, R. Pothrai, B. Young (all Big Lots) re: IT wind down | 0.7 |
| 09/12/2025 | JM | Prepare for next IT wind down meeting | 0.5 |
| 09/12/2025 | JM | Update IT wind down plan | 0.5 |
| 09/12/2025 | JM | Review HR systems as part of server decommissioning plan | 0.6 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:          Chapter 11 Process / Case Management
Code:        20008940PA0003.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/12/2025 | JM | Execute supplier related actions re: IT services | 0.4 |
| 09/12/2025 | JEC | Develop correspondence with BL team and claimants re: case administration and reporting matters | 0.5 |
| 09/15/2025 | JM | Execute supplier related actions re: IT and HR services | 0.6 |
| 09/15/2025 | JM | Update IT application inventory with latest feedback | 0.4 |
| 09/15/2025 | JM | Review latest server decommissioning list | 0.5 |
| 09/15/2025 | JEC | Develop analysis of professional fees to support ongoing wind-down planning | 1.4 |
| 09/16/2025 | KP | Prepare materials for the weekly management presentation | 2.3 |
| 09/16/2025 | JM | Review Data Center infrastructure and applications content | 0.5 |
| 09/16/2025 | JM | Review IT section of Trustee transition plan | 0.5 |
| 09/16/2025 | RS | Call with B. Green (Big Lots) re: exemption forms | 0.2 |
| 09/17/2025 | KP | Call with K. Percy and J. Clarrey (both AlixPartners) re: preparation for meeting with BL team | 0.3 |
| 09/17/2025 | KP | Meeting with R. Robins, J. Ramsden, M. Schlonsky, M. Robey (all BL), K. Percy and J. Clarrey (both AlixPartners) re: wind-down process updates | 1.0 |
| 09/17/2025 | JM | Participate in meeting with R. Boettcher, B. Young, M. Robey, S. Meckling (all Big Lots) re: IT Discuss Data Center Options | 0.3 |
| 09/17/2025 | JM | Design document options structure for Data Center portion of Trustee transition document | 0.6 |
| 09/17/2025 | JM | Prepare for Data Center options meeting | 0.6 |
| 09/17/2025 | JEC | Call with K. Percy and J. Clarrey (both AlixPartners) re: preparation for meeting with BL team | 0.3 |
| 09/17/2025 | JEC | Meeting with R. Robins, J. Ramsden, M. Schlonsky, M. Robey (all BL), K. Percy and J. Clarrey (both AlixPartners) re: wind-down process updates | 1.0 |
| 09/17/2025 | JEC | Meeting with J. Ramsden, B. Green, M. Robey, M. Burris (all BL), S. Piraino (DPW) re: tax liabilities and claims | 0.6 |
| 09/18/2025 | KP | Meeting with J. Ramsden, R. Robins, M. Schlonsky, M. Robey (all BL), S. Piraino, J. Goldberger (both DPW), C. Sawyer, S. Rogers-Churchill, D. Butz (all MNAT), K. Percy and J. Clarrey (both AlixPartners) re: wind-down case timeline and updates | 1.0 |
| 09/18/2025 | JM | Execute supplier related actions re: IT services | 0.3 |
| 09/18/2025 | JM | Build IT wind down meeting agenda | 0.5 |
| 09/18/2025 | JM | Participate in meeting with J. Clarrey, J. Miller (both AlixPartners) and J. Guenther, S. Meckling, F. John, E. Prak, R. Pothrai, M. Robey, B. Young (all Big Lots) re: IT wind down | 0.6 |
| 09/18/2025 | JM | Execute IT wind down meeting follow ups | 0.5 |
| 09/18/2025 | JM | Review latest servers to be decommissioned | 0.3 |
| 09/18/2025 | JM | Review status of IT section of Trustee Transition document | 0.5 |
| 09/18/2025 | JM | Prepare for IT wind down meeting | 0.3 |
| 09/18/2025 | JEC | Meeting with J. Ramsden, R. Robins, M. Schlonsky, M. Robey (all BL), S. Piraino, J. Goldberger (both DPW), C. Sawyer, S. Rogers-Churchill, D. Butz (all MNAT), K. Percy and J. Clarrey (both AlixPartners) re: wind-down case timeline and updates | 1.0 |
| 09/18/2025 | JEC | Call with M. Robey (BL) re: wind-down planning | 0.4 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:          Chapter 11 Process / Case Management
Code:       20008940PA0003.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/18/2025 | JEC | Participate in meeting with J. Clarrey, J. Miller (both AlixPartners) and J. Guenther, S. Meckling, F. John, E. Prak, R. Pothrai, M. Robey, B. Young (all Big Lots) re: IT wind down | 0.6 |
| 09/19/2025 | JM | Execute supplier related actions re: IT services | 0.3 |
| 09/19/2025 | JM | Prepare for next IT wind down meeting | 0.5 |
| 09/19/2025 | JM | Update IT section of Trustee Transition document | 0.8 |
| 09/19/2025 | JM | Update IT wind down plan | 0.4 |
| 09/22/2025 | JM | Execute supplier related actions re: IT services | 0.6 |
| 09/22/2025 | JM | Review Trustee document instructions on how to query punch data database | 0.6 |
| 09/22/2025 | JM | Update Trustee transition document with punch data querying instructions | 0.3 |
| 09/23/2025 | KP | Prepare materials for the weekly management presentation | 2.1 |
| 09/23/2025 | JM | Review instructions for querying punch data in Trustee document | 0.4 |
| 09/23/2025 | JM | Execute supplier related actions re: IT services | 1.2 |
| 09/23/2025 | JM | Update IT application inventory with latest feedback | 0.4 |
| 09/24/2025 | JM | Update new querying instructions for HR punch data to Trustee transition document | 0.5 |
| 09/24/2025 | JM | Update Trustee document IT section | 0.5 |
| 09/24/2025 | KP | Meeting with R. Robins, J. Ramsden, M. Schlonsky, M. Robey (all BL), K. Percy and J. Clarrey (both AlixPartners) re: wind-down process updates | 1.0 |
| 09/24/2025 | JM | Build IT wind down meeting agenda | 0.5 |
| 09/24/2025 | JEC | Meeting with R. Robins, J. Ramsden, M. Schlonsky, M. Robey (all BL), K. Percy and J. Clarrey (both AlixPartners) re: wind-down process updates | 1.0 |
| 09/25/2025 | JM | Participate in meeting with M. Robey, S. Meckling, B. Young (all Big Lots) and vendor representatives re: ongoing services | 0.5 |
| 09/25/2025 | JM | Prepare for IT wind down meeting | 0.5 |
| 09/25/2025 | KP | Participate in meeting with J. Clarrey, J. Miller, K. Percy (all AlixPartners) and M. Robey, S. Meckling, E. Prak, F John, R. Pothrai, B. Young (all Big Lots) re: IT Wind Down | 0.5 |
| 09/25/2025 | KP | Meeting with S. Piraino, J. Goldberger (both DPW), K. Percy and J. Clarrey (both AlixPartners) re: insurance and utility matters | 0.5 |
| 09/25/2025 | JM | Participate in meeting with J. Clarrey, J. Miller, K. Percy (all AlixPartners) and M. Robey, S. Meckling, E. Prak, F John, R. Pothrai, B. Young (all Big Lots) re: IT Wind Down | 0.5 |
| 09/25/2025 | JM | Review latest server decommission list | 0.5 |
| 09/25/2025 | JM | Execute IT wind down meeting follow ups | 0.5 |
| 09/25/2025 | JEC | Meeting with S. Piraino, J. Goldberger (both DPW), K. Percy and J. Clarrey (both AlixPartners) re: insurance and utility matters | 0.5 |
| 09/25/2025 | JEC | Participate in meeting with J. Clarrey, J. Miller, K. Percy (all AlixPartners) and M. Robey, S. Meckling, E. Prak, F John, R. Pothrai, B. Young (all Big Lots) re: IT Wind Down | 0.5 |
| 09/26/2025 | JM | Prepare for next IT wind down meeting | 0.5 |
| 09/26/2025 | JM | Review information on proposed IT contracts to reject and validate list | 0.9 |
| 09/26/2025 | JM | Update IT wind down plan | 0.6 |
| 09/29/2025 | KP | Prepare materials for the weekly management presentation | 2.2 |
| 09/29/2025 | JM | Update Trustee transition document IT section | 0.5 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Chapter 11 Process / Case Management
Code:      20008940PA0003.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/30/2025 | JM | Update data retention plan and application inventory | 1.0 |
| 09/30/2025 | KP | Meeting with R. Robins, J. Ramsden, M. Schlonsky, M. Robey (all BL), K. Percy and J. Clarrey (both AlixPartners) re: wind-down process updates | 1.0 |
| 09/30/2025 | JEC | Meeting with R. Robins, J. Ramsden, M. Schlonsky, M. Robey (all BL), K. Percy and J. Clarrey (both AlixPartners) re: wind-down process updates | 1.0 |

**Total Professional Hours**        **73.4**

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

| | | | |
|---|---|---|---|
| Re: | Chapter 11 Process / Case Management | | |
| Code: | 20008940PA0003.1.1 | | |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Kent Percy | $1,415 | 19.5 | 27,592.50 |
| Jason Miller | $1,250 | 37.0 | 46,250.00 |
| Jarod E Clarrey | $1,150 | 14.0 | 16,100.00 |
| Rosa Mecklemburg Tenorio | $810 | 1.1 | 891.00 |
| Jimmy Jang | $810 | 0.4 | 324.00 |
| Rowan Steere | $685 | 0.6 | 411.00 |
| Matthew Konop | $640 | 0.4 | 256.00 |
| Barbara Ferguson | $460 | 0.4 | 184.00 |
| **Total Professional Hours and Fees** | | **73.4** | **$   92,008.50** |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:      Cash / Liquidity Matters
Code:    20008940PA0003.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/02/2025 | JJ | Prepare updated bank balance analysis and review transactions | 0.7 |
| 09/02/2025 | KP | Call with M Robey, D Bush, R Trennepohl (BL) re: review of outstanding payments | 0.6 |
| 09/02/2025 | JEC | Meeting with M. Robey, R. Trennepohl, J. Guenther, D. Bush (all BL) re: finance matters | 0.4 |
| 09/04/2025 | KP | Review vendor invoices and support for payment | 1.1 |
| 09/04/2025 | KP | Meeting with M. Robey, J. Guenther, D. Bush (all BL), K. Percy and J. Clarrey (both AlixPartners) re: finance matters | 0.3 |
| 09/04/2025 | JEC | Meeting with M. Robey, J. Guenther, D. Bush (all BL), K. Percy and J. Clarrey (both AlixPartners) re: finance matters | 0.3 |
| 09/05/2025 | KP | Meeting with M. Robey, J. Guenther, D. Bush (all BL), K. Percy and J. Clarrey (both AlixPartners) re: finance matters | 0.3 |
| 09/05/2025 | RS | Review latest CNOs and fee applications and update tracker accordingly | 0.5 |
| 09/05/2025 | JEC | Meeting with M. Robey, J. Guenther, D. Bush (all BL), K. Percy and J. Clarrey (both AlixPartners) re: finance matters | 0.3 |
| 09/09/2025 | JJ | Prepare updated funding report and reconciliation | 1.5 |
| 09/09/2025 | KP | Meeting with M. Robey, J. Guenther, D. Bush (all BL), K. Percy and J. Clarrey (both AlixPartners) re: finance matters | 0.2 |
| 09/09/2025 | KP | Prepare report detailing the funding request from GBRP | 1.1 |
| 09/09/2025 | JEC | Meeting with M. Robey, J. Guenther, D. Bush (all BL), K. Percy and J. Clarrey (both AlixPartners) re: finance matters | 0.2 |
| 09/10/2025 | RS | Update professional fee tracker | 1.1 |
| 09/11/2025 | JEC | Meeting with J. Guenther, D. Bush (both BL) re: finance matters | 0.1 |
| 09/15/2025 | JJ | Prepare updated bank balance analysis and review prior disbursements | 1.1 |
| 09/15/2025 | JJ | Prepare and review deposit analysis | 1.7 |
| 09/15/2025 | RS | Update professional fee tracker | 1.4 |
| 09/16/2025 | JJ | Prepare a reconciliation of all deposits and wires per the buyer audit request | 2.2 |
| 09/17/2025 | KP | Prepare report detailing deposits received by the estate in response to GBRP request | 2.3 |
| 09/17/2025 | KP | Call with M Robey (BL) to review tax liabilities | 0.7 |
| 09/19/2025 | KP | Meeting with M. Robey, J. Guenther, D. Bush (all BL), K. Percy and J. Clarrey (both AlixPartners) re: finance matters | 0.3 |
| 09/19/2025 | KP | Call with M Robey (BL) re: estate deposits | 0.6 |
| 09/19/2025 | KP | Update report detailing deposits received by the estate in response to GBRP request | 1.6 |
| 09/19/2025 | JEC | Meeting with M. Robey, J. Guenther, D. Bush (all BL), K. Percy and J. Clarrey (both AlixPartners) re: finance matters | 0.3 |
| 09/22/2025 | KP | Finalize report detailing deposits received by the estate in response to GBRP request | 0.7 |
| 09/23/2025 | JJ | Update of the prior week transaction summary and refund request | 2.1 |
| 09/23/2025 | KP | Call with M Robey (BL) re: the budget for the remainder of the Chapter 11 | 0.5 |
| 09/23/2025 | KP | Call with K Kamlani, B Lytle (M3) re: the receipts and disbursements | 0.5 |
| 09/23/2025 | JEC | Meeting with M. Robey, J. Guenther, R. Trennepohl (all BL) re: finance matters | 0.4 |
| 09/25/2025 | KP | Meeting with M. Robey, J. Guenther, D. Bush, R. Trennepoh (all BL), K. Percy and J. Clarrey (both AlixPartners) re: finance matters | 0.2 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:       Cash / Liquidity Matters
Code:     20008940PA0003.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/25/2025 | JEC | Meeting with M. Robey, J. Guenther, D. Bush, R. Trennepohl (all BL), K. Percy and J. Clarrey (both AlixPartners) re: finance matters | 0.2 |
| 09/26/2025 | KP | Meeting with M. Robey, J. Guenther, D. Bush, R. Trennepohl (all BL), K. Percy and J. Clarrey (both AlixPartners) re: finance matters | 0.3 |
| 09/26/2025 | RS | Prepare weekly update of professional fee analysis | 0.7 |
| 09/26/2025 | JEC | Meeting with M. Robey, J. Guenther, D. Bush, R. Trennepohl (all BL), K. Percy and J. Clarrey (both AlixPartners) re: finance matters | 0.3 |
| 09/29/2025 | JJ | Update the bank balance analysis and review transactions | 1.1 |
| 09/29/2025 | RS | Update professional fee schedule | 0.5 |
| 09/30/2025 | JEC | Meeting with M. Robey, J. Guenther, D. Bush, R. Trennepohl (all BL) re: finance matters | 0.3 |

**Total Professional Hours**                                                                                    **28.7**

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

| Re: | Cash / Liquidity Matters |
| Code: | 20008940PA0003.1.3 |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Kent Percy | $1,415 | 11.3 | 15,989.50 |
| Jarod E Clarrey | $1,150 | 2.8 | 3,220.00 |
| Jimmy Jang | $810 | 10.4 | 8,424.00 |
| Rowan Steere | $685 | 4.2 | 2,877.00 |
| **Total Professional Hours and Fees** | | **28.7** | **$   30,510.50** |

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re: U.S. Trustee / Court Reporting Requirements
Code: 20008940PA0003.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 09/08/2025 | JEC | Review cash activity and tax information to support MOR preparation | 1.1 |
| 09/08/2025 | JEC | Review global notes and exhibit information to support MOR preparation | 0.7 |
| 09/08/2025 | JEC | Develop correspondence with BL and AlixPartners teams re: MOR requirements | 0.7 |
| 09/08/2025 | JEC | Review correspondence from BL team re: reporting and vendor matters | 0.4 |
| 09/08/2025 | JEC | Review and prepare template and supporting document information to support MOR preparation | 1.3 |
| 09/09/2025 | JEC | Review cash activity information to support MOR preparation | 1.4 |
| 09/10/2025 | JEC | Update template information to support MOR preparation | 0.9 |
| 09/10/2025 | JEC | Review professional fee information to support MOR preparation | 1.3 |
| 09/10/2025 | JEC | Review cash activity information to support MOR preparation | 0.7 |
| 09/10/2025 | JEC | Finalize review of professional fee information for MOR preparation | 0.6 |
| 09/11/2025 | JEC | Review feedback from BL and AlixPartners teams re: follow-up items supporting MORs | 1.3 |
| 09/19/2025 | JEC | Review cash activity information to support MOR preparation | 1.9 |
| 09/19/2025 | JEC | Update template information to support MOR preparation | 0.6 |
| 09/19/2025 | JEC | Develop reconciliation of cash activity to support MOR preparation | 0.7 |
| 09/19/2025 | JEC | Review financial statement information to support preparation of MORs | 1.1 |
| 09/23/2025 | JEC | Review feedback from BL team re: draft MORs | 0.5 |
| 09/23/2025 | JEC | Develop correspondence with BL and AlixPartners teams re: reporting requirements | 0.3 |
| 09/23/2025 | JEC | Generate draft MOR documents and related supporting exhibits | 0.7 |
| 09/23/2025 | JEC | Review draft MOR documents and support to prepare for BL team review | 1.4 |
| 09/24/2025 | JH | Call with J. Horgan and J. Clarrey (both AlixPartners) re: reporting requirements and related wind-down matters | 1.0 |
| 09/24/2025 | JEC | Call with J. Horgan and J. Clarrey (both AlixPartners) re: reporting requirements and related wind-down matters | 1.0 |
| 09/29/2025 | JEC | Produce final MOR documents to prepare for filing | 0.7 |

**Total Professional Hours**                                                                                      **20.3**

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

| | | | |
|---|---|---|---|
| Re: | U.S. Trustee / Court Reporting Requirements | | |
| Code: | 20008940PA0003.1.5 | | |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| James Horgan | $1,225 | 1.0 | 1,225.00 |
| Jarod E Clarrey | $1,150 | 19.3 | 22,195.00 |
| **Total Professional Hours and Fees** | | **20.3** | **$    23,420.00** |

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Executory Contracts
Code:      20008940PA0003.1.14

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/25/2025 | JEC | Review potential contract rejection information | 0.8 |

| | | | |
|------|--------------|-------------------------|-------|
| **Total Professional Hours** | | | **0.8** |

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:              Executory Contracts
Code:            20008940PA0003.1.14

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jarod E Clarrey | $1,150 | 0.8 | 920.00 |
| **Total Professional Hours and Fees** | | **0.8** | **$      920.00** |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Claims Process / Avoidance Actions
Code:      20008940PA0003.1.15

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/01/2025 | RS | Respond to emails re: tax and real estate claims | 0.5 |
| 09/02/2025 | BF | Update admin claims tracking information based on latest reconciliation updates | 2.2 |
| 09/02/2025 | BF | Develop reconciliation of admin claims to support ongoing resolution | 2.8 |
| 09/02/2025 | MK | Reconcile utility account balances | 2.0 |
| 09/02/2025 | MK | Contact vendors re: updated claim reconciliation amounts | 1.1 |
| 09/02/2025 | MK | Reconcile utility claims and account balances | 2.3 |
| 09/02/2025 | MK | Analyze utility claim invoice amounts | 0.7 |
| 09/02/2025 | MK | Continue to reconcile utility claims and account balances | 1.0 |
| 09/02/2025 | RMT | Develop emails to address open items in the claims reconciliation process | 1.7 |
| 09/02/2025 | RMT | Call with B. Green (Big Lots) re: vendor claims review | 0.6 |
| 09/02/2025 | RMT | Update the claims summary for management reporting | 0.9 |
| 09/02/2025 | RMT | Send follow-up emails to vendors to close their reconciliations | 1.3 |
| 09/02/2025 | RMT | Update the Big Lots claims status for management reporting | 0.8 |
| 09/02/2025 | RMT | Reconcile vendor claims | 1.5 |
| 09/02/2025 | RMT | Review the status of the real estate claims | 1.0 |
| 09/02/2025 | RMT | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claim matters | 0.4 |
| 09/02/2025 | JEC | Develop analysis of admin claim reconciliation to support request from BL management team | 0.9 |
| 09/02/2025 | JEC | Review status of admin claim reconciliation to assess resolution and workstream planning | 1.2 |
| 09/02/2025 | JEC | Update admin claim summary reporting to prepare for meeting with BL team | 0.6 |
| 09/02/2025 | JEC | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claim matters | 0.4 |
| 09/02/2025 | JEC | Develop correspondence with AlixPartners team re: admin claim reconciliation matters | 0.7 |
| 09/02/2025 | JEC | Review claim summary reporting to assess additional workstream planning | 0.5 |
| 09/03/2025 | BF | Update admin claims tracking information based on latest reconciliation updates | 2.4 |
| 09/03/2025 | BF | Review outstanding asserted vendor claims | 2.7 |
| 09/03/2025 | MK | Reconcile utility claims and account balances | 2.6 |
| 09/03/2025 | MK | Analyze utility claim account balances | 1.7 |
| 09/03/2025 | MK | Continue to reconcile utility claims and account balances | 1.6 |
| 09/03/2025 | RMT | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claim matters | 0.6 |
| 09/03/2025 | RMT | Develop emails to address open items in the claims reconciliation process | 1.3 |
| 09/03/2025 | JEC | Review correspondence from claimants and AlixPartners team re: admin claim matters | 0.3 |
| 09/03/2025 | JEC | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claim matters | 0.6 |
| 09/03/2025 | JEC | Review status of admin claim reconciliation to assess resolution and workstream planning | 0.7 |
| 09/03/2025 | JEC | Update analysis of admin claim reconciliation to support request from BL management team | 1.3 |
| 09/04/2025 | BF | Update admin claims tracking information based on latest reconciliation updates | 2.2 |
| 09/04/2025 | BF | Develop reconciliation of admin claims to support ongoing resolution | 2.8 |
| 09/04/2025 | MK | Reconcile utility claims and account balances | 3.0 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Claims Process / Avoidance Actions
Code:      20008940PA0003.1.15

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/04/2025 | MK | Reconcile asserted claim amounts | 0.9 |
| 09/04/2025 | MK | Analyze utility claim account balances | 2.2 |
| 09/04/2025 | RMT | Call with B. Green (Big Lots) re: vendor claims review | 0.5 |
| 09/04/2025 | RMT | Develop emails to address open items in the claims reconciliation process | 0.8 |
| 09/04/2025 | RMT | Review admin claims to develop reconciliations | 2.7 |
| 09/04/2025 | JEC | Review open items related to admin claim reconciliation to develop follow-ups | 0.8 |
| 09/04/2025 | JEC | Review analysis of additional admin claims reconciliation and distribution estimates | 0.8 |
| 09/04/2025 | JEC | Develop correspondence with BL team re: admin claim reconciliation | 0.3 |
| 09/04/2025 | JEC | Call with M. Robey and J. Guenther (both BL) re: vendor claim reconciliation | 0.3 |
| 09/04/2025 | JEC | Develop correspondence with AlixPartners team re: admin claim reconciliation | 0.2 |
| 09/05/2025 | BF | Develop reconciliation of admin claims to support ongoing resolution | 2.6 |
| 09/05/2025 | BF | Compare books and records with claims support | 2.9 |
| 09/05/2025 | MK | Reconcile vendor asserted claim amounts | 2.4 |
| 09/05/2025 | MK | Reconcile utility claims and account balances | 2.0 |
| 09/05/2025 | MK | Analyze utility claim account balances | 1.3 |
| 09/05/2025 | RMT | Reconcile vendor admin claims | 2.0 |
| 09/05/2025 | RMT | Develop emails to address open items in the claims reconciliation process | 1.5 |
| 09/05/2025 | JEC | Review correspondence from BL team re: admin claim reconciliation | 0.4 |
| 09/05/2025 | JEC | Develop correspondence with AlixPartners team re: admin claim reconciliation and reporting matters | 0.5 |
| 09/05/2025 | JEC | Develop correspondence with BL team, DPW team and claimants re: admin claim reconciliation matters | 1.1 |
| 09/08/2025 | BF | Compare books and records with claims support | 2.9 |
| 09/08/2025 | BF | Develop reconciliation of admin claims to support ongoing resolution | 2.7 |
| 09/08/2025 | BF | Review outstanding asserted vendor claims | 2.4 |
| 09/08/2025 | MK | Reconcile utility claims and account balances | 2.8 |
| 09/08/2025 | MK | Continue to reconcile utility claims and account balances | 2.2 |
| 09/08/2025 | MK | Contact vendors re: proposed claim amounts | 0.4 |
| 09/08/2025 | MK | Analyze utility claims and account balances | 1.8 |
| 09/08/2025 | JEC | Develop correspondence with BL team re: admin claim matters | 0.8 |
| 09/09/2025 | BF | Develop reconciliation of admin claims to support ongoing resolution | 2.7 |
| 09/09/2025 | BF | Update admin claims tracking information based on latest reconciliation updates | 2.2 |
| 09/09/2025 | BF | Compare books and records with claims support | 1.1 |
| 09/09/2025 | MK | Reconcile claims and account balances | 2.4 |
| 09/09/2025 | MK | Contact vendors re: proposed claim amounts | 1.5 |
| 09/09/2025 | MK | Continue to reconcile claims and account balances | 2.4 |
| 09/09/2025 | RMT | Update vendor admin claims based on new information received | 2.2 |
| 09/09/2025 | RMT | Call with B. Green (Big Lots) re: vendor admin claim review | 0.6 |
| 09/09/2025 | RMT | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claim reconciliation timeline | 0.3 |
| 09/09/2025 | RMT | Update the admin claims status for weekly reporting | 1.1 |
| 09/09/2025 | RMT | Develop emails for resolving open claims in the review process | 0.8 |
| 09/09/2025 | JEC | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claim reconciliation timeline | 0.3 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Claims Process / Avoidance Actions
Code:      20008940PA0003.1.15

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/09/2025 | JEC | Review status of admin claim reconciliation to assess resolution and workstream planning | 0.9 |
| 09/09/2025 | JEC | Review open admin claim reconciliations to develop next steps | 0.8 |
| 09/09/2025 | JEC | Develop correspondence with claimants re: admin claim reconciliation | 0.5 |
| 09/09/2025 | JEC | Review correspondence from BL team and claimants re: admin claim reconciliation | 0.2 |
| 09/10/2025 | BF | Develop reconciliation of admin claims to support ongoing resolution | 2.4 |
| 09/10/2025 | BF | Update admin claims tracking information based on latest reconciliation updates | 2.7 |
| 09/10/2025 | BF | Review outstanding asserted vendor claims | 2.9 |
| 09/10/2025 | MK | Reconcile claims and account balances | 2.0 |
| 09/10/2025 | MK | Reconcile claims and account balances | 2.9 |
| 09/10/2025 | MK | Meeting with R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: utility admin claims reconciliation | 0.5 |
| 09/10/2025 | RMT | Meeting with R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: utility admin claims reconciliation | 0.5 |
| 09/10/2025 | RMT | Develop emails for resolving open claims in the review process | 1.0 |
| 09/10/2025 | RMT | Develop reconciliations for vendor admin claims | 2.6 |
| 09/10/2025 | JEC | Review status of admin claim reconciliation to assess resolution and workstream planning | 1.1 |
| 09/10/2025 | JEC | Develop admin claim summary update to prepare for meeting with BL team | 1.3 |
| 09/11/2025 | BF | Develop reconciliation of admin claims to support ongoing resolution | 2.6 |
| 09/11/2025 | BF | Compare books and records with claims support | 2.7 |
| 09/11/2025 | MK | Contact vendors re: proposed claim amounts | 2.4 |
| 09/11/2025 | MK | Reconcile utility claims and account balances | 3.0 |
| 09/11/2025 | MK | Continue to reconcile utility claims and account balances | 1.2 |
| 09/11/2025 | RMT | Develop reconciliations for vendor admin claims | 2.5 |
| 09/11/2025 | RMT | Develop emails to resolve different items in the claims reconciliation process | 0.9 |
| 09/11/2025 | JEC | Review admin claims reporting to prepare for meeting with BL management team | 0.4 |
| 09/11/2025 | JEC | Review status of admin claim reconciliation to assess resolution and workstream planning | 0.9 |
| 09/11/2025 | JEC | Review correspondence from AlixPartners team re: admin claim reconciliation | 0.6 |
| 09/12/2025 | MK | Reconcile utility claims and account balances | 2.2 |
| 09/12/2025 | RMT | Review emails with vendor claims responses | 1.0 |
| 09/12/2025 | RMT | Review vendor admin claims | 1.2 |
| 09/12/2025 | JEC | Review admin claim status reporting to assess next steps toward resolution | 0.5 |
| 09/15/2025 | KP | Call with K. Percy and J. Clarrey (both AlixPartners) re: admin claims reporting | 0.3 |
| 09/15/2025 | BF | Update admin claims tracking information based on latest reconciliation updates | 1.4 |
| 09/15/2025 | BF | Review outstanding asserted vendor claims | 2.6 |
| 09/15/2025 | MK | Contact vendors re: proposed claim amounts | 2.4 |
| 09/15/2025 | MK | Reconcile utility claims and account balances | 2.8 |
| 09/15/2025 | MK | Continue to reconcile utility claims and account balances | 2.8 |
| 09/15/2025 | RMT | Review admin claims to develop reconciliations | 1.0 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:          Claims Process / Avoidance Actions
Code:        20008940PA0003.1.15

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|------------------------|-------|
| 09/15/2025 | RMT | Meeting with R. Mecklemburg Tenorio, M. Konop, J. Clarrey (all AlixPartners) re: admin claims reconciliation updates | 0.4 |
| 09/15/2025 | RMT | Send reminders and updates to vendors for their admin claims reconciliation | 1.1 |
| 09/15/2025 | RMT | Meeting with R. Mecklemburg Tenorio and J. Clarrey (all AlixPartners) re: admin claims pending objection updates | 1.4 |
| 09/15/2025 | RMT | Develop emails to answer questions about the claims process | 0.6 |
| 09/15/2025 | RS | Call with B. Green (Big Lots) re: tax claims | 0.6 |
| 09/15/2025 | JEC | Call with K. Percy and J. Clarrey (both AlixPartners) re: admin claims reporting | 0.3 |
| 09/15/2025 | JEC | Review admin claim status reporting to assess next steps toward resolution | 0.9 |
| 09/15/2025 | JEC | Meeting with R. Mecklemburg Tenorio and J. Clarrey (all AlixPartners) re: admin claims pending objection updates | 1.4 |
| 09/15/2025 | JEC | Develop analysis of unresolved admin claims to support ongoing reporting and planning | 1.0 |
| 09/15/2025 | JEC | Develop correspondence with DPW, MNAT and AlixPartners teams re: admin claim reconciliation planning | 0.7 |
| 09/15/2025 | JEC | Meeting with R. Mecklemburg Tenorio, M. Konop, J. Clarrey (all AlixPartners) re: admin claims reconciliation updates | 0.4 |
| 09/16/2025 | BF | Update admin claims tracking information based on latest reconciliation updates | 0.7 |
| 09/16/2025 | BF | Develop reconciliation of admin claims to support ongoing resolution | 2.2 |
| 09/16/2025 | BF | Meeting with B. Green, B. Frisby, S. Carter (all BL), J. Clarrey, B. Ferguson, R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: admin claims reconciliation updates | 0.3 |
| 09/16/2025 | MK | Contact vendors re: proposed claim amounts | 3.1 |
| 09/16/2025 | MK | Reconcile utility claims and account balances | 2.5 |
| 09/16/2025 | MK | Meeting with B. Green, B. Frisby, S. Carter (all BL), J. Clarrey, B. Ferguson, R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: admin claims reconciliation updates | 0.3 |
| 09/16/2025 | MK | Continue to reconcile utility claims and account balances | 2.4 |
| 09/16/2025 | RMT | Meeting with B. Green, B. Frisby, S. Carter (all BL), J. Clarrey, B. Ferguson, R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: admin claims reconciliation updates | 0.3 |
| 09/16/2025 | RMT | Update claims status for weekly reporting | 1.2 |
| 09/16/2025 | RMT | Develop emails to address open items in claims review process | 0.9 |
| 09/16/2025 | RMT | Call with B. Frisby (Big Lots) re: vendor claims review | 0.6 |
| 09/16/2025 | JEC | Review unresolved admin claims to develop support for resolution and assess next steps | 0.8 |
| 09/16/2025 | JEC | Develop correspondence with DPW and AlixPartners teams re: admin claim matters | 0.3 |
| 09/16/2025 | JEC | Update admin claim summary reporting to prepare for meeting with BL team | 0.5 |
| 09/16/2025 | JEC | Review and update admin claims detail based on feedback received | 0.3 |
| 09/16/2025 | JEC | Review admin claim reporting information to prepare for meeting with BL management team | 0.5 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

| | | | |
|---|---|---|---|
| Re: | Claims Process / Avoidance Actions | | |
| Code: | 20008940PA0003.1.15 | | |

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 09/16/2025 | JEC | Meeting with B. Green, B. Frisby, S. Carter (all BL), J. Clarrey, B. Ferguson, R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: admin claims reconciliation updates | 0.3 |
| 09/17/2025 | BF | Perform review on admin claims for distribution list | 2.7 |
| 09/17/2025 | BF | Compare books and records with claims support | 2.3 |
| 09/17/2025 | MK | Contact vendors re: proposed claim amounts | 0.7 |
| 09/17/2025 | MK | Reconcile claim distribution amounts | 2.4 |
| 09/17/2025 | MK | Reconcile asserted claim amounts and vendor invoices | 2.2 |
| 09/17/2025 | RMT | Review the open payables balance for claimants in the third admin claims distribution | 0.5 |
| 09/17/2025 | RMT | Create the list of vendors for third admin claims distribution | 2.3 |
| 09/17/2025 | RMT | Validate the admin allowed amounts for resolved claims | 1.0 |
| 09/17/2025 | RMT | Create review lists for the third admin claims distribution process | 1.6 |
| 09/17/2025 | RMT | Develop emails to address open items in claims review process | 0.3 |
| 09/17/2025 | RMT | Meeting with R. Mecklemburg Tenorio and J. Clarrey (all AlixPartners) re: third admin claims distribution check-in | 0.4 |
| 09/17/2025 | JEC | Meeting with R. Mecklemburg Tenorio and J. Clarrey (all AlixPartners) re: third admin claims distribution check-in | 0.4 |
| 09/17/2025 | RMT | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claims workstream planning | 0.4 |
| 09/17/2025 | JEC | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claims workstream planning | 0.4 |
| 09/17/2025 | JEC | Review admin claims reporting to assess workstream progress and next steps | 0.7 |
| 09/17/2025 | JEC | Develop correspondence with claimants and MNAT team re: admin claim matters | 0.6 |
| 09/17/2025 | JEC | Develop discussion points related to admin claims in preparation for meeting with BL team | 0.9 |
| 09/18/2025 | BF | Develop reconciliation of admin claims to support ongoing resolution | 1.1 |
| 09/18/2025 | BF | Perform review on admin claims for distribution list | 3.1 |
| 09/18/2025 | MK | Reconcile claim distribution amounts | 2.9 |
| 09/18/2025 | MK | Reconcile asserted claim amounts and vendor invoices | 3.0 |
| 09/18/2025 | RMT | Review all the admin claims agreed amounts for the third distribution list | 2.3 |
| 09/18/2025 | RMT | Create the list of vendors for the third admin claims distribution process | 1.9 |
| 09/18/2025 | RMT | Meeting with R. Mecklemburg Tenorio and J. Clarrey (all AlixPartners) re: third admin claims distribution check-in | 0.8 |
| 09/18/2025 | RMT | Develop emails to address open items in claims review process | 1.0 |
| 09/18/2025 | RMT | Validate the admin allowed amounts for resolved claims | 1.0 |
| 09/18/2025 | JEC | Prepare talking points re: claims process to prepare for meeting | 0.3 |
| 09/18/2025 | JEC | Develop correspondence with claimants and AlixPartners team re: admin claim matters | 0.9 |
| 09/18/2025 | JEC | Meeting with R. Mecklemburg Tenorio and J. Clarrey (all AlixPartners) re: third admin claims distribution check-in | 0.8 |
| 09/18/2025 | JEC | Review draft admin claim distribution list to verify claim information and prepare for payment process | 0.7 |
| 09/19/2025 | BF | Review outstanding asserted vendor claims | 1.9 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:    Claims Process / Avoidance Actions
Code:    20008940PA0003.1.15

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 09/19/2025 | RMT | Validate the allowed real estate admin claims amount for the third distribution | 1.2 |
| 09/19/2025 | RMT | Develop emails to address open items in claims review process | 0.8 |
| 09/19/2025 | RMT | Call with B. Frisby (Big Lots) re: admin claims review for third distribution | 0.4 |
| 09/19/2025 | RMT | Update the third distribution admin claims list with the latest claims transfer report | 0.5 |
| 09/19/2025 | RMT | Validate the allowed admin claims amount for the third distribution | 2.9 |
| 09/19/2025 | JEC | Research admin claim matters to support inquiries from BL and DPW teams | 1.1 |
| 09/22/2025 | KP | Meeting with N. Rowles (MWE), L. Hu (FTI), J. Goldberger (DPW), K. Percy and J. Clarrey (both AlixPartners) re: claims distribution planning | 0.5 |
| 09/22/2025 | KP | Meeting with R. Robins, J. Ramsden, M. Schlonsky, M. Robey (all BL), K. Percy and J. Clarrey (both AlixPartners) re: claims distribution matters | 0.7 |
| 09/22/2025 | KP | Call with K. Percy and J. Clarrey (both AlixPartners) re: claims distribution planning | 0.2 |
| 09/22/2025 | BF | Develop reconciliation of admin claims to support ongoing resolution | 2.8 |
| 09/22/2025 | RMT | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claim distribution matters | 0.2 |
| 09/22/2025 | RMT | Update the list of parties for the third distribution | 1.1 |
| 09/22/2025 | RMT | Meeting with R. Mecklemburg Tenorio and J. Clarrey (all AlixPartners) re: third admin claims distribution updates | 1.1 |
| 09/22/2025 | RMT | Create the third distribution exhibit | 2.8 |
| 09/22/2025 | RMT | Review emails re: open items in claims review process | 1.6 |
| 09/22/2025 | RMT | Call with B. Frisby (Big Lots) re: third distribution review | 0.2 |
| 09/22/2025 | JEC | Meeting with R. Robins, J. Ramsden, M. Schlonsky, M. Robey (all BL), K. Percy and J. Clarrey (both AlixPartners) re: claims distribution matters | 0.7 |
| 09/22/2025 | JEC | Call with K. Percy and J. Clarrey (both AlixPartners) re: claims distribution planning | 0.2 |
| 09/22/2025 | JEC | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claim distribution matters | 0.2 |
| 09/22/2025 | JEC | Meeting with N. Rowles (MWE), L. Hu (FTI), J. Goldberger (DPW), K. Percy and J. Clarrey (both AlixPartners) re: claims distribution planning | 0.5 |
| 09/22/2025 | JEC | Develop correspondence with AlixPartners team re: admin claim reconciliation and reporting matters | 0.5 |
| 09/22/2025 | JEC | Meeting with R. Mecklemburg Tenorio and J. Clarrey (all AlixPartners) re: third admin claims distribution updates | 1.1 |
| 09/22/2025 | JEC | Review correspondence from claimants and AlixPartners team re: admin claim reconciliation | 0.7 |
| 09/22/2025 | JEC | Review status of existing admin claim reconciliation items to assess next steps and reporting updates | 1.3 |
| 09/23/2025 | JEC | Review correspondence from claimants and AlixPartners team re: admin claim reconciliation matters | 0.5 |
| 09/23/2025 | BF | Compare books and records with claims support | 2.3 |
| 09/23/2025 | BF | Meeting with B. Green, B. Frisby, S. Carter (all BL), J. Clarrey, B. Ferguson, R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: admin claims reconciliation updates | 0.4 |
| 09/23/2025 | MK | Reconcile asserted claim amounts and vendor invoices | 3.0 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:         Claims Process / Avoidance Actions
Code:       20008940PA0003.1.15

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------|------|------|
| 09/23/2025 | MK | Update distribution list data | 2.7 |
| 09/23/2025 | MK | Meeting with B. Green, B. Frisby, S. Carter (all BL), J. Clarrey, B. Ferguson, R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: admin claims reconciliation updates | 0.4 |
| 09/23/2025 | RMT | Update the list of parties for the third distribution | 0.5 |
| 09/23/2025 | RMT | Review emails re: open items in claims review process | 1.4 |
| 09/23/2025 | RMT | Update the claims status for the third distribution list | 1.5 |
| 09/23/2025 | RMT | Review the allowed admin amounts for the third distribution | 1.0 |
| 09/23/2025 | RMT | Update the third distribution exhibit | 1.6 |
| 09/23/2025 | RMT | Update the claims summary for management weekly meeting | 0.7 |
| 09/23/2025 | RMT | Update the real estate claims summary for management weekly meeting | 0.9 |
| 09/23/2025 | RMT | Meeting with B. Green, B. Frisby, S. Carter (all BL), J. Clarrey, B. Ferguson, R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: admin claims reconciliation updates | 0.4 |
| 09/23/2025 | RMT | Call with B. Green (Big Lots) re: third distribution review | 0.2 |
| 09/23/2025 | JEC | Meeting with B. Green, B. Frisby, S. Carter (all BL), J. Clarrey, B. Ferguson, R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: admin claims reconciliation updates | 0.4 |
| 09/23/2025 | JEC | Review correspondence from claimants and BL team re: admin claim matters | 0.3 |
| 09/23/2025 | JEC | Update admin claims reporting to prepare for meeting with BL team | 1.6 |
| 09/23/2025 | JEC | Gather information on admin claims to support request from UCC counsel | 0.5 |
| 09/24/2025 | RMT | Create the third distribution list with accounting details | 2.8 |
| 09/24/2025 | JEC | Review admin claims reporting to prepare for meeting with BL management team | 0.3 |
| 09/24/2025 | RMT | Review emails re: open items in claims review process | 0.8 |
| 09/24/2025 | BF | Review outstanding asserted vendor claims | 2.4 |
| 09/24/2025 | MK | Reconcile asserted claim amounts and vendor invoices | 2.9 |
| 09/24/2025 | MK | Contact vendors re: proposed claim amounts | 2.5 |
| 09/24/2025 | RMT | Update the third distribution exhibit based on feedback | 1.0 |
| 09/24/2025 | RMT | Validate the invoices allowed for distribution for a group of related parties | 0.8 |
| 09/24/2025 | RMT | Prepare the third distribution exhibit to be shared with management | 0.5 |
| 09/24/2025 | RMT | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claim distribution matters | 1.2 |
| 09/24/2025 | RMT | Update the third distribution exhibit with the latest claims agreements | 0.9 |
| 09/24/2025 | JEC | Develop correspondence with BL and MNAT teams re: admin claim distribution noticing | 0.3 |
| 09/24/2025 | JEC | Review draft of third distribution estimates to prepare for payment process | 0.7 |
| 09/24/2025 | JEC | Review draft notice for third admin claims distribution to provide feedback to MNAT team | 0.7 |
| 09/24/2025 | JEC | Review open admin claim reconciliations to develop next steps | 0.8 |
| 09/24/2025 | JEC | Review draft of third distribution list to prepare for company review and filing | 1.7 |
| 09/24/2025 | JEC | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claim distribution matters | 1.2 |
| 09/25/2025 | BF | Develop reconciliation of admin claims to support ongoing resolution | 2.8 |
| 09/25/2025 | MK | Contact vendors re: proposed claim amounts | 3.0 |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Claims Process / Avoidance Actions
Code:      20008940PA0003.1.15

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/25/2025 | MK | Reconcile asserted claim amounts and vendor invoices | 2.6 |
| 09/25/2025 | MK | Continue to reconcile asserted claim amounts and vendor invoices | 1.2 |
| 09/25/2025 | JEC | Update admin claim tracking information based on feedback from BL and AlixPartners teams | 0.5 |
| 09/25/2025 | JEC | Develop correspondence with BL team re: admin claim distribution preparation | 0.4 |
| 09/25/2025 | JEC | Develop correspondence with BL, DPW and MNAT teams re: draft admin claim notice | 0.5 |
| 09/25/2025 | JEC | Update draft third distribution materials to prepare for filing | 2.2 |
| 09/26/2025 | BF | Compare books and records with claims support | 2.6 |
| 09/26/2025 | MK | Reconcile vendor distribution information | 1.4 |
| 09/26/2025 | MK | Reconcile asserted claim amounts and vendor invoices | 2.8 |
| 09/26/2025 | MK | Contact vendors re: proposed claim amounts | 0.8 |
| 09/26/2025 | JEC | Develop correspondence with BL and DPW teams re: admin claims reconciliation and distribution matters | 0.7 |
| 09/26/2025 | JEC | Review correspondence from BL team re: admin claim matters | 0.3 |
| 09/26/2025 | JEC | Develop correspondence with claimants re: admin claims reconciliation and distribution matters | 0.7 |
| 09/29/2025 | BF | Meeting with B. Ferguson, M. Konop, J. Clarrey (all AlixPartners) re: admin claims reconciliation updates | 0.2 |
| 09/29/2025 | BF | Review outstanding asserted vendor claims | 2.2 |
| 09/29/2025 | MK | Reconcile asserted claim amounts and vendor invoices | 2.2 |
| 09/29/2025 | MK | Meeting with B. Ferguson, M. Konop, J. Clarrey (all AlixPartners) re: admin claims reconciliation updates | 0.2 |
| 09/29/2025 | JEC | Develop correspondence with claimants and AlixPartners team re: admin claim matters | 0.5 |
| 09/29/2025 | JEC | Review open admin claim reconciliations to develop next steps | 0.8 |
| 09/29/2025 | JEC | Meeting with B. Ferguson, M. Konop, J. Clarrey (all AlixPartners) re: admin claims reconciliation updates | 0.2 |
| 09/29/2025 | JEC | Prepare admin claim summary information to prepare for meeting with BL management team | 0.3 |
| 09/30/2025 | RMT | Call with B. Frisby (Big Lots) re: admin claim review | 0.2 |
| 09/30/2025 | RMT | Call with B. Green (Big Lots) re: tax claim review | 0.3 |
| 09/30/2025 | RMT | Develop emails to address open items in the claims reconciliation process | 1.9 |
| 09/30/2025 | BF | Develop reconciliation of admin claims to support ongoing resolution | 2.4 |
| 09/30/2025 | RMT | Review list of allowed admin claims with payables balances | 1.7 |
| 09/30/2025 | RMT | Review vendor admin claims status for distribution | 2.4 |
| 09/30/2025 | BF | Meeting with J. Guenther, B. Green, B. Frisby, S. Carter (all BL), J. Clarrey, B. Ferguson, R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: admin claims reconciliation updates | 0.5 |
| 09/30/2025 | MK | Meeting with J. Guenther, B. Green, B. Frisby, S. Carter (all BL), J. Clarrey, B. Ferguson, R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: admin claims reconciliation updates | 0.5 |
| 09/30/2025 | MK | Contact vendors re: proposed claim amounts | 0.7 |
| 09/30/2025 | MK | Reconcile asserted claim amounts and vendor invoices | 1.4 |

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

| Re: | Claims Process / Avoidance Actions |
| Code: | 20008940PA0003.1.15 |

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|-------------|------------------------|-------|
| 09/30/2025 | RMT | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claim process updates | 0.3 |
| 09/30/2025 | RMT | Meeting with J. Guenther, B. Green, B. Frisby, S. Carter (all BL), J. Clarrey, B. Ferguson, R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: admin claims reconciliation updates | 0.5 |
| 09/30/2025 | JEC | Review admin claims reporting to prepare for meeting with BL management team | 0.2 |
| 09/30/2025 | JEC | Meeting with J. Guenther, B. Green, B. Frisby, S. Carter (all BL), J. Clarrey, B. Ferguson, R. Mecklemburg Tenorio, M. Konop (all AlixPartners) re: admin claims reconciliation updates | 0.5 |
| 09/30/2025 | JEC | Call with R. Mecklemburg Tenorio and J. Clarrey (both AlixPartners) re: admin claim process updates | 0.3 |
| 09/30/2025 | JEC | Review correspondence from claimants and BL team re: admin claims reconciliation and distribution matters | 0.5 |
| 09/30/2025 | JEC | Review correspondence from claimants and DPW team re: admin claims matters | 1.0 |

**Total Professional Hours**      **343.4**

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

| | | |
|---|---|---|
| Re: | Claims Process / Avoidance Actions | |
| Code: | 20008940PA0003.1.15 | |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Kent Percy | $1,415 | 1.7 | 2,405.50 |
| Jarod E Clarrey | $1,150 | 57.9 | 66,585.00 |
| Rosa Mecklemburg Tenorio | $810 | 89.6 | 72,576.00 |
| Rowan Steere | $685 | 1.1 | 753.50 |
| Matthew Konop | $640 | 108.3 | 69,312.00 |
| Barbara Ferguson | $460 | 84.8 | 39,008.00 |
| **Total Professional Hours and Fees** | | **343.4** | **$   250,640.00** |

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Retention Applications & Relationship Disclosures
Code:      20008940PA0003.1.19

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/02/2025 | JB | Draft disclosures to be included in the Second Declaration for parties beginning with Rest-SSI | 2.8 |
| 09/02/2025 | JB | Continue to draft disclosures to be included in the Second Declaration for parties beginning with StJ-Uni | 2.9 |
| 09/03/2025 | JB | Continue to draft disclosures to be included in the Second Declaration for parties beginning with 1903-Gun | 2.9 |
| 09/03/2025 | JB | Continue to draft disclosures to be included in the Second Declaration for parties beginning with Gut-Ree | 2.7 |
| 09/03/2025 | JB | Draft disclosures to be included in the Second Declaration for parties beginning with Unit-Zur | 2.4 |
| 09/04/2025 | JB | Draft disclosures to be included in the Second Declaration for parties beginning with Reed-Cart | 2.7 |
| 09/04/2025 | JB | Continue to draft disclosures to be included in the Second Declaration for parties beginning with City of Holl-City of Tift | 2.4 |
| 09/04/2025 | JB | Continue to draft disclosures to be included in the Second Declaration for parties beginning with Cas-City of Hou | 2.9 |
| 09/05/2025 | JB | Draft disclosures to be included in the Second Declaration for parties beginning with City of Torr-Dat | 2.2 |
| 09/05/2025 | JB | Continue to draft disclosures to be included in the Second Declaration for parties beginning with Glo-Los Ang | 2.4 |
| 09/05/2025 | JB | Continue to draft disclosures to be included in the Second Declaration for parties beginning with Dav-Gli | 1.8 |
| 09/08/2025 | JB | Continue to draft disclosures to be included in the Second Declaration for parties beginning with State of W-Trea | 2.1 |
| 09/08/2025 | JB | Continue to draft disclosures to be included in the Second Declaration for parties beginning with Treas-Zan | 1.7 |
| 09/08/2025 | JB | Draft disclosures to be included in the Second Declaration for parties beginning with Los Ang Dai-Par | 2.6 |
| 09/08/2025 | JB | Continue to draft disclosures to be included in the Second Declaration for parties beginning with Pari-State of U | 2.4 |
| 09/08/2025 | KSM | Edit draft second supplemental declaration | 0.8 |
| 09/09/2025 | KSM | Email J. Braverman (AlixPartners) re: filing supplemental declaration | 0.2 |

**Total Professional Hours**                                                                              37.9

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

| | | |
|---|---|---|
| Re: | Retention Applications & Relationship Disclosures | |
| Code: | 20008940PA0003.1.19 | |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Kaitlyn Sundt McClarren | $715 | 1.0 | 715.00 |
| Jennifer Braverman | $565 | 36.9 | 20,848.50 |
| **Total Professional Hours and Fees** | | **37.9** | **$ 21,563.50** |

**AlixPartners**

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Fee Statements & Fee Applications
Code:      20008940PA0003.1.20

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|--------------------------|-------|
| 09/03/2025 | KSM | Review draft omnibus order | 0.2 |
| 09/22/2025 | JAB | Prepare professional fees for August 2025 monthly fee statement | 1.3 |
| 09/24/2025 | JAB | Prepare professional fees for August 2025 monthly fee statement | 2.9 |
| 09/25/2025 | JAB | Prepare professional fees for August 2025 monthly fee statement | 0.8 |
| 09/26/2025 | JEC | Review professional fee detail to support preparation of monthly fee application | 2.3 |
| 09/29/2025 | JEC | Review professional fee detail to support preparation of monthly fee application | 0.9 |
| 09/30/2025 | JAB | Prepare monthly fee statement (August 2025) | 1.9 |
| 09/30/2025 | JAB | Prepare professional fees for August 2025 monthly fee statement | 0.2 |
| 09/30/2025 | KSM | Review draft monthly fee application | 0.3 |
| 09/30/2025 | JEC | Review draft of monthly fee application | 0.5 |
| **Total Professional Hours** | | | **11.3** |

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:               Fee Statements & Fee Applications
Code:             20008940PA0003.1.20

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jarod E Clarrey | $1,150 | 3.7 | 4,255.00 |
| Kaitlyn Sundt McClarren | $715 | 0.5 | 357.50 |
| Jennifer A Bowes | $580 | 7.1 | 4,118.00 |
| **Total Professional Hours and Fees** | | **11.3** | **$    8,730.50** |

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Re:        Accounting Advisory for Bankruptcy
Code:      20008940PA0003.1.24

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 09/24/2025 | JH | Prepare responses to questions from J. Clarrey (AlixPartners) & Big Lots management re: continued reporting and accounting requirements for US Trustee and SEC | 1.5 |
| **Total Professional Hours** | | | **1.5** |

**Alix**Partners

Big Lots, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

| | | | |
|---|---|---|---|
| Re: | Accounting Advisory for Bankruptcy | | |
| Code: | 20008940PA0003.1.24 | | |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| James Horgan | $1,225 | 1.5 | 1,837.50 |
| **Total Professional Hours and Fees** | | **1.5** | **$ 1,837.50** |