**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 1898, 1941, 2110, 2214 , 3249** |

**ORDER APPROVING JOINT STIPULATION ALLOWING APPLICATIONS FOR ADMINISTRATIVE EXPENSES OF META PLATFORMS, INC. AND HORIZON MEDIA LLC**

Upon consideration of the *Joint Stipulation Allowing Applications for Administrative Expenses of Meta Platforms, Inc. and Horizon Media LLC* (the "Stipulation"),[2] attached hereto as **Exhibit A**; and the Court having jurisdiction over the matters raised in the Stipulation, and consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors, and all parties-in-interest,

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

and just cause exists for the relief granted herein; it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The Stipulation is APPROVED.

2. The Meta Application is granted and the Meta Administrative Expense is allowed in full as a Pre-Closing Administrative Expense Claim in the amount of $2,088,755.89 (the "Allowed Meta Administrative Expense").

3. The Horizon Application is granted as set forth herein. The Filed Horizon Administrative Expense is reduced by the amount of $2,088,755.89 and allowed as a Pre-Closing Administrative Expense Claim in the amount of $3,295,546.58 (the "Allowed Horizon Administrative Expense" and, together with the Allowed Meta Administrative Expense, the "Allowed Administrative Expenses").

4. The Debtors shall pay the Allowed Administrative Expenses at the same time and on the same terms as all other Pre-Closing Administrative Expense Claims (as defined in the Administrative Expense Procedures Order) that have been consensually reconciled between the Debtors and the applicable holders of Pre-Closing Administrative Expense Claims in the Chapter 11 Cases, pursuant to the Administrative Expense Claims Procedures Order. For the avoidance of doubt, the Debtors shall only be obligated to pay Meta and Horizon their respective *pro rata* percentages of the Allowed Administrative Expenses until the Allowed Administrative Expenses are paid in full, consistent with the terms of the Administrative Expense Procedures Order.

5. The Debtors are authorized to take any action necessary or appropriate to implement the terms of the Stipulation and this Order without further order of the Court.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order or the Stipulation.

7. This Order is effective immediately upon entry by the Court and is not subject to the fourteen-day stay provided for in Federal Rule of Bankruptcy Procedure 4001(a)(3).

**Dated: October 23rd, 2025**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**