**EXHIBIT A**

**<u>Time Detail</u>**



Invoice: 4063772                                                10/09/2025
Client: 125264

Big Lots, Inc. Creditors' Committee
N/A
Wilmington, DE

For Services Rendered in Connection with:

Matter: 0011          Big Lots Unsecured Creditors' Committee

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 09/18/25 | Mtgs/Communications w/Creditor N. Rowles | 0.30 | 433.50 | Call with counsel to unsecured creditor re lease assumptions and rejections (.3). |
| B150 09/26/25 | Mtgs/Communications w/Creditor N. Rowles | 1.10 | 1,589.50 | Draft email update to Committee re Third Notice of distributions, motion to approve D&O settlement and Committee statement in support, motion to approve settlement with interchange defendants, fourth motion to extend exclusivity periods, and motion to amend case caption (.8); email correspondence with Committee professionals re same (.2); email correspondence with Committee re same (.1). |
| B150 09/26/25 | Mtgs/Communications w/Creditor S. Lutkus | 0.10 | 182.50 | Review draft e-mail update to Committee; e-mail correspondence with N. Rowles re same (.1). |


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

| | | Client: | 125264 |
| --- | --- | --- | --- |
| | | Invoice: | 4063772 |
| | | Invoice Date: | 10/09/2025 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| B160<br>09/02/25 | Fee/Employment Applications<br>N. Rainey | 0.20 | 110.00 | Internal communications re LEDES file for McDermott's tenth monthly fee application (.1); follow-up communications with D. Hurst re same (.1). |
| B160<br>09/03/25 | Fee/Employment Applications<br>N. Rowles | 0.50 | 722.50 | Revise draft omnibus order on third interim fee application (.4); email correspondence with M. Solimani (Cole Schotz) re same (.1). |
| B160<br>09/03/25 | Fee/Employment Applications<br>N. Rainey | 0.20 | 110.00 | Review LEDES file for McDermott's tenth monthly fee application (.1); email transmission and correspondence with the US Trustee's office re same (.1). |
| B160<br>09/04/25 | Fee/Employment Applications<br>D. Hurst | 0.20 | 372.00 | Analyze issue re third interim fee order (.1); draft multiple correspondence to N. Rowles re same (.1). |
| B160<br>09/04/25 | Fee/Employment Applications<br>N. Rowles | 0.40 | 578.00 | Multiple email correspondence with D. Hurst re proposed final order on McDermott's third interim fee application (.3); correspondence with Cole Schotz re same (.1). |
| B160<br>09/05/25 | Fee/Employment Applications<br>D. Hurst | 1.10 | 2,046.00 | Review McDermott August time detail for privilege and compliance with local rules (1.1). |


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4063772
Invoice Date:  10/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 09/09/25 | Fee/Employment Applications S. Lutkus | 0.20 | 365.00 | E-mail correspondence from/to N. Rowles re matters relevant to scheduled fee app hearing (.1); review background materials re same (.1). |
| B160 09/10/25 | Fee/Employment Applications D. Hurst | 2.10 | 3,906.00 | Review revised McDermott August time detail for privilege and compliance with local rules (.9); begin to review and revise McDermott August fee application (1.2). |
| B160 09/12/25 | Fee/Employment Applications D. Hurst | 0.50 | 930.00 | Review further revised McDermott August time detail for privilege and compliance with local rules (.4); draft correspondence to N. Rowles re preparation of task code descriptions (.1). |
| B160 09/17/25 | Fee/Employment Applications N. Rowles | 0.90 | 1,300.50 | Draft task code descriptions for August monthly fee statement (.9). |
| B160 09/18/25 | Fee/Employment Applications D. Hurst | 1.80 | 3,348.00 | Review and revise McDermott August fee application (1.6); draft multiple correspondence to D. Azman, K. Going, N. Rowles re same (.2). |
| B160 09/22/25 | Fee/Employment Applications D. Hurst | 1.10 | 2,046.00 | Review and finalize McDermott August fee application (.9); draft correspondence to N. Rainey re preparation of filing version of fee application (.1); draft correspondence to N. Rowles re |



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4063772
Invoice Date: 10/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | filing of McDermott August fee application (.1). |
| B160 09/23/25 | Fee/Employment Applications N. Rowles | 0.30 | 433.50 | Review draft McDermott August monthly fee application (.2); email correspondence with Cole Schotz and D. Hurst re filing same (.1). |
| B190 09/01/25 | Other Contested Matters N. Rowles | 0.20 | 289.00 | Review C. Catanese research re investigative reports (.2). |
| B190 09/05/25 | Other Contested Matters J. Haims | 2.00 | 4,030.00 | Review and revise draft D&O investigation report (1.7); correspondence with McDermott team regarding same (.3). |
| B190 09/05/25 | Other Contested Matters S. Lutkus | 0.20 | 365.00 | Zoom conference with D. Azman and J. Haims re matters relevant to draft Committee investigation report (.2). |
| B190 09/06/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Review and revise draft D&O investigation report (.5). |



Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4063772
Invoice Date:  10/09/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>09/07/25 | Other Contested Matters<br>J. Haims | 0.80 | 1,612.00 | Revise draft D&O investigation report (.5); review revised draft of D&O settlement agreement (.3). |
| B190<br>09/08/25 | Other Contested Matters<br>J. Haims | 2.00 | 4,030.00 | Revise draft D&O investigation report (1.8); correspondence with McDermott team regarding same (.2). |
| B190<br>09/08/25 | Other Contested Matters<br>E. Shereff | 4.60 | 5,842.00 | Research re investigative report issues (4.6). |
| B190<br>09/08/25 | Other Contested Matters<br>D. Azman | 1.50 | 2,640.00 | Review and revise investigative report (1.5). |
| B190<br>09/08/25 | Other Contested Matters<br>S. Lutkus | 0.30 | 547.50 | Review/analysis of revised language in draft D&O settlement agreement (.3). |
| B190<br>09/09/25 | Other Contested Matters<br>E. Shereff | 6.40 | 8,128.00 | Analyze board meeting minutes related to stalking horse bid, inventory thresholds, and DIP budgets for report (4.6); revise report to reflect comments (1.8). |



Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4063772
Invoice Date:  10/09/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>09/09/25 | Other Contested Matters<br>J. Haims | 2.00 | 4,030.00 | Review and revise investigation report (1.6); correspondence regarding same, 9019 motion (.4). |
| B190<br>09/09/25 | Other Contested Matters<br>D. Azman | 1.30 | 2,288.00 | Continue to review and revise investigative report (1.3). |
| B190<br>09/09/25 | Other Contested Matters<br>S. Lutkus | 1.20 | 2,190.00 | Begin to review draft Committee investigation report (1.2). |
| B190<br>09/10/25 | Other Contested Matters<br>K. Going | 1.40 | 2,604.00 | Review initial draft of report (.7) and comment on concepts (.4); call with D. Azman re settlement (.3). |
| B190<br>09/10/25 | Other Contested Matters<br>J. Haims | 1.00 | 2,015.00 | Review and revise draft D&O investigation report (1.0). |
| B190<br>09/10/25 | Other Contested Matters<br>D. Azman | 2.00 | 3,520.00 | Continue to review and revise investigative report (2.0). |



Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4063772
Invoice Date: 10/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 09/10/25 | Other Contested Matters S. Lutkus | 3.90 | 7,117.50 | Continue review of draft Committee investigation report (1.9); conference with K. Going re matters relevant to same (.2); prepare internal e-mail summary to J. Haims and E. Shereff re matters relevant to additional information required in respect of same (.2); finalize review of draft D&O settlement agreement (1.4); e-mail correspondence with Katten team re matters relevant to same (.1); multiple internal e-mail messages re matters relevant to same (.1). |
| B190 09/11/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Continue to revise draft D&O investigation report (.5). |
| B190 09/11/25 | Other Contested Matters E. Shereff | 3.50 | 4,445.00 | Revise draft report (2.9); draft correspondence to McDermott team re same (.1); discussion with McDermott team re next steps with respect to settlement (.5). |
| B190 09/11/25 | Other Contested Matters D. Thomson | 9.30 | 13,671.00 | Telephone conference with S. Lutkus re investigation and related issues (.5); review documents and communications in connection with Committee D&O investigation (2.5); research re breach of fiduciary duty claims under Ohio law (4.0); revise investigation report (2.3). |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Schulte LLP.*


**McDermott
Will & Schulte**

Big Lots, Inc. Creditors' Committee

Client: 125264
Invoice: 4063772
Invoice Date: 10/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 09/11/25 | Other Contested Matters D. Azman | 1.30 | 2,288.00 | Continue to review and revise in investigative report (1.3). |
| B190 09/11/25 | Other Contested Matters S. Lutkus | 1.10 | 2,007.50 | Telephone conference with D. Thomson re matters relevant to draft Committee report in respect of D&O investigation (.5); prepare summary e-mail to D. Thomson re background information and documentation relevant to same (.4); follow-up e-mail correspondence to/from J. Haims and E. Shereff re matters relevant to K. Going comments to same (.2). |
| B190 09/12/25 | Other Contested Matters J. Haims | 0.70 | 1,410.50 | Continue to review and revise draft D&O investigation report (.7). |
| B190 09/12/25 | Other Contested Matters E. Shereff | 0.50 | 635.00 | Continue to revise investigation report to reflect comments (.5). |
| B190 09/12/25 | Other Contested Matters D. Thomson | 6.10 | 8,967.00 | Revise investigation report (5.3); draft summary of issues re same (.7); correspond with S. Lutkus re revised investigation report (.1). |


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:         125264
Invoice:        4063772
Invoice Date:   10/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 09/12/25 | Other Contested Matters D. Azman | 0.70 | 1,232.00 | Continue to review and revise investigative report (.7). |
| B190 09/12/25 | Other Contested Matters S. Lutkus | 1.60 | 2,920.00 | E-mail correspondence with N. Rowles (multiple) re matters relevant to requested Committee support for Debtor settlement in respect of Visa class action litigation (.3); e-mail correspondence from/to D. Azman re matters relevant to Committee statement in support of Debtors' 9019 motion in respect of D&O settlement (.1); multiple e-mail messages with J. Haims and E. Shereff re matters relevant to revisions to factual background in draft investigative report (.2); e-mail correspondence to D. Thomson re same (.1); review and revise revised draft of Committee investigative report (.9). |
| B190 09/13/25 | Other Contested Matters J. Haims | 0.50 | 1,007.50 | Review revised draft of investigative report (.5). |
| B190 09/15/25 | Other Contested Matters J. Haims | 1.50 | 3,022.50 | Review revised draft of settlement agreement (.3); review revised draft of D&O investigation report (.4); review draft joint motion to approve the D&O settlement (.3); correspondence regarding draft |

 McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4063772
Invoice Date:  10/09/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | settlement agreement, draft investigative report, draft settlement approval motion, and strategy (.5). |
| B190<br>09/15/25 | Other Contested Matters<br>E. Shereff | 8.00 | 10,160.00 | Analyze SEC filings for report (4.2); analyze draft settlement papers (1.2); revise report to reflect additional comments (2.6). |
| B190<br>09/15/25 | Other Contested Matters<br>D. Azman | 1.80 | 3,168.00 | Continue to review and revise investigative report (1.8). |
| B190<br>09/15/25 | Other Contested Matters<br>D. Thomson | 0.20 | 294.00 | Telephone conference with S. Lutkus re revised investigation report (.2). |
| B190<br>09/15/25 | Other Contested Matters<br>S. Lutkus | 4.60 | 8,395.00 | Telephone conference with D. Thomson re matters relevant to revised draft Committee investigative report (.2); continue review of/revisions to draft investigative report (2.6); e-mail correspondence (multiple) to/from J. Winters (Katten) re same (.2); e-mail correspondence to/from Davis Polk team re same, draft joint 9019 motion (.2); e-mail correspondence with D. Azman re matters relevant to same (.1); e-mail correspondence |


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

| | | | | Client: | 125264 |
| | | | | Invoice: | 4063772 |
| | | | | Invoice Date: | 10/09/2025 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | from/to J. Haims re matters relevant to document edits (.2); review Committee bylaws in connection with determination of Committee signatory to settlement agreement (.3); further revise draft settlement agreement in accordance with same (.2); review Katten proposed edits to draft investigative report (.4); e-mail correspondence (multiple) from/to D. Azman re matters relevant to same (.2). |
| B190 09/16/25 | Other Contested Matters E. Shereff | 2.70 | 3,429.00 | Analyze revised version of report (1.9); analyze and organize recent correspondence for report (.8). |
| B190 09/16/25 | Other Contested Matters J. Haims | 1.30 | 2,619.50 | Correspondence re revised draft of settlement agreement (.3); review revised draft of D&O investigation report (.3); correspondence with McDermott team regarding draft settlement agreement, draft investigative report, draft settlement approval motion, and strategy (.7). |
| B190 09/16/25 | Other Contested Matters K. Going | 1.30 | 2,418.00 | Review comments and changes to settlement agreement and Committee report (1.3). |



McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:      4063772
Invoice Date:  10/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 09/16/25 | Other Contested Matters N. Rowles | 1.20 | 1,734.00 | Analyze draft motion to approve D&O settlement (.7); review email correspondence with DPW team in connection with same (.3); email correspondence with S. Lutkus re same (.1); email correspondence with FTI re budget matters (.1). |
| B190 09/16/25 | Other Contested Matters D. Azman | 1.10 | 1,936.00 | Continue to review and revise investigative report (1.1). |
| B190 09/16/25 | Other Contested Matters S. Lutkus | 9.80 | 17,885.00 | E-mail correspondence to/from D. Azman re matters relevant to revised effective date language in draft D&O settlement agreement (.2); multiple follow-up e-mail messages with J. Haims re matters relevant to same (.2); revise draft settlement agreement (.7); e-mail correspondence with J. Winters (Katten) re same, proposed revisions to draft investigative report (.1); review and revise draft joint 9019 motion (3.3); telephone conference with S. Piraino re same (.1); prepare e-mail message to Davis Polk team re same, revised draft investigative report (.3); telephone conference with J. Haims re matters relevant to discovery undertaken by Committee (.1); multiple follow-up internal e-mail messages with J. Haims and K. Newsome re same (.1); further revise draft settlement agreement in |



Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4063772
Invoice Date:  10/09/2025

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | accordance with 9019 (.3); e-mail correspondence with J. Winters (Katten) re same (.1); follow-up e-mail correspondence with J. Winters re initial Committee comments to 9019 (.1); e-mail correspondence with S. Piraino (DPW) re same, Committee comments to settlement agreement (.1); final review of/revisions to draft Committee statement in support of settlement (2.8); e-mail correspondence with Davis Polk team, then Katten team re same (.1); review/further revise updated version of draft joint 9019 (1.1); e-mail correspondence with Davis Polk team re same (.1). |
| B190<br>09/16/25 | Other Contested Matters<br>K. Newsome | 0.20 | 340.00 | Communicate with S. Lutkus and J. Haims regarding interview targets (.2). |
| B190<br>09/17/25 | Other Contested Matters<br>J. Haims | 1.30 | 2,619.50 | Review revised drafts of settlement agreement, investigative report and settlement approval motion (1.3). |
| B190<br>09/17/25 | Other Contested Matters<br>S. Lutkus | 4.10 | 7,482.50 | Prepare e-mail summary to J. Haims and E. Shereff re matters relevant to factual background set forth in Committee draft statement in support of joint 9019 motion (.3); follow-up e-mail correspondence (multiple) from/to J. Haims, then E. |



Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4063772
Invoice Date:  10/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Shereff re same (.2); revise draft statement in support in accordance with same (.2); prepare e-mail summary to Committee re recommendation in respect of draft D&O settlement agreement, draft 9019 motion in respect of same, and draft Committee statement in support (.7); e-mail correspondence (multiple) (.3), then telephone conference (.1) with L. Hu (FTI) re matters relevant to same; follow-up e-mail correspondence to Committee re finalization/filing of documents relevant to D&O settlement (.1); multiple e-mail messages to/from Katten team re matters relevant to finalization of settlement agreement (.5); multiple e-mail messages with Davis Polk team re matters relevant to same (.3); multiple internal e-mail messages with D. Azman re matters relevant to Committee execution of settlement (.1); review of finalized joint 9019 motion (1.1); multiple follow-up e-mail messages with Cole Schotz team re matters relevant to same (.2). |
| B190 09/30/25 | Other Contested Matters N. Rowles | 0.30 | 433.50 | Review certification of counsel re Herrera stay relief motion and monthly operating reports (.3). |

**One Vanderbilt Avenue**  New York, NY  10017-3852  **Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Schulte LLP.*


McDermott
Will & Schulte

Big Lots, Inc. Creditors' Committee

Client:      125264
Invoice:     4063772
Invoice Date: 10/09/2025

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 09/19/25 | Claims Administration & Object S. Lutkus | 0.20 | 365.00 | Multiple e-mail messages with MWS, Cole Schotz, FTI, and Davis Polk teams re scheduling matters in respect of requested conference in connection with claims administration (.2). |
| B310 09/22/25 | Claims Administration & Object S. Lutkus | 0.70 | 1,277.50 | Participate in Zoom conference with MWS, FTI, DPW, and AlixPartners teams re matters relevant to claims administration and wind down process (.4); multiple follow-up e-mail correspondence with N. Rowles and J. Alberto (Cole Schotz) re same (.2); follow-up e-mail correspondence from N. Rowles and J. Clarrey (AlixPartners) re same (.1). |
| B310 09/22/25 | Claims Administration & Object N. Rowles | 2.40 | 3,468.00 | Teleconference with Committee and Debtor professionals re claims reconciliation process and distributions (.5); multiple teleconferences with L. Hu (FTI) re same (.4); draft summary analysis to MWS and Cole Schotz teams re same (1.1); revise same (.4). |
| | **Total Hours** | **110.80** | | **Total For Services** $181,366.50 |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B150 | Mtgs/Communications w/Creditor | 1.50 | 2,205.50 |
| B160 | Fee/Employment Applications | 9.50 | 16,267.50 |
| B190 | Other Contested Matters | 96.50 | 157,783.00 |
| B310 | Claims Administration & Object | 3.30 | 5,110.50 |

One Vanderbilt Avenue  New York, NY  10017-3852  Tel +1 212 547 5400

*US practice conducted through McDermott Will & Schulte LLP.*



Big Lots, Inc. Creditors' Committee

Client:        125264
Invoice:       4063772
Invoice Date:  10/09/2025

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| | | 110.80 | 181,366.50 |

**Total This Invoice** $181,366.50

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Azman | 9.70 | 1,760.00 | 17,072.00 |
| K. Going | 2.70 | 1,860.00 | 5,022.00 |
| J. Haims | 14.10 | 2,015.00 | 28,411.50 |
| D. Hurst | 6.80 | 1,860.00 | 12,648.00 |
| S. Lutkus | 28.00 | 1,825.00 | 51,100.00 |
| K. Newsome | 0.20 | 1,700.00 | 340.00 |
| N. Rainey | 0.40 | 550.00 | 220.00 |
| N. Rowles | 7.60 | 1,445.00 | 10,982.00 |
| E. Shereff | 25.70 | 1,270.00 | 32,639.00 |
| D. Thomson | 15.60 | 1,470.00 | 22,932.00 |
| **Totals** | **110.80** | | **$181,366.50** |