## EXHIBIT A

## COMPENSATION BY PROJECT CATEGORY

### FORMER BL STORES, INC., *et al.*
(Case No. 24-11967 (JKS))

**September 1, 2025, through September 30, 2025**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 0.50 | 217.50 |
| Asset Dispositions/363 Sales | 2.80 | 2,621.00 |
| Automatic Stay Matters | 1.90 | 1,220.50 |
| Creditor Communications and Meetings | 1.30 | 1,167.50 |
| Fee Applications (MNAT - Filing) | 20.60 | 17,057.50 |
| Fee Applications (Others - Filing) | 14.20 | 9,061.50 |
| Executory Contracts/Unexpired Leases | 0.60 | 615.00 |
| Other Contested Matters | 25.50 | 22,266.50 |
| Tax Matters | 2.20 | 1,715.00 |
| Court Hearings | 10.60 | 7,111.00 |
| Claims Objections and Administration | 13.20 | 12,024.00 |
| Plan and Disclosure Statement | 5.60 | 3,827.00 |
| Professional Retention (Others - Filing) | 0.30 | 130.50 |
| General Case Strategy | 12.50 | 10,614.50 |
| Schedules/SOFA/U.S. Trustee Reports | 4.80 | 2,783.00 |
| **TOTAL** | **116.60** | **$92,432.00** |

**Time Detail**

**Task Code:**     B110          Case Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/05/25 | Lawrence, John | Update case file with docket updates. | 0.1 | 43.50 |
| 09/09/25 | Lawrence, John | Update case file with entered court order (.1). Email Kroll with service instructions (.1). | 0.2 | 87.00 |
| 09/11/25 | Lawrence, John | Update case file with docket updates. | 0.1 | 43.50 |
| 09/30/25 | Lawrence, John | Update case file with entered order email Kroll with service instructions. | 0.1 | 43.50 |
| | | **Total** | **0.5** | **217.50** |

**Task Code:**     B130          Asset Dispositions/363 Sales

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/02/25 | Remming, Andrew | Emails with C. Sawyer and S. Churchill re sale order reporting. | 0.1 | 129.50 |
| 09/02/25 | Remming, Andrew | Review update from C. Sawyer re sale order reporting. | 0.1 | 129.50 |
| 09/08/25 | Turner, Brianna | Internal emails re sale reporting obligations. | 0.1 | 62.50 |
| 09/08/25 | Remming, Andrew | Review update from B. Turner re sale order reporting. | 0.1 | 129.50 |
| 09/09/25 | Turner, Brianna | Internal emails related to sale reporting obligations (.1); email AlixPartners re same (.1). | 0.2 | 125.00 |
| 09/09/25 | Remming, Andrew | Review update from B. Turner re sale order reporting. | 0.1 | 129.50 |
| 09/09/25 | Remming, Andrew | Emails with S. Churchill and B. Turner re sale order reporting. | 0.1 | 129.50 |
| 09/15/25 | Turner, Brianna | Multiple internal emails re sale reporting obligations (.2); email AP re same (.1). | 0.3 | 187.50 |
| 09/15/25 | Remming, Andrew | Review update from B. Turner re sale order reporting. | 0.1 | 129.50 |
| 09/15/25 | Remming, Andrew | Review and respond to multiple emails from B. Turner re sale order reporting. | 0.1 | 129.50 |
| 09/16/25 | Turner, Brianna | Emails with R. Steere re weekly sale reporting obligations (.1); review recent fee applications re same (.2); confer with A. Remming re sale order reporting (.3). | 0.6 | 375.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/16/25 | Remming, Andrew | Confer with B. Turner re sale order reporting. | 0.3 | 388.50 |
| 09/16/25 | Remming, Andrew | Review emails from B. Turner and R. Steere re sale order reporting. | 0.1 | 129.50 |
| 09/22/25 | Turner, Brianna | Internal emails relating to sale reporting obligations. | 0.1 | 62.50 |
| 09/22/25 | Remming, Andrew | Review emails from B. Turner re sale order reporting. | 0.1 | 129.50 |
| 09/23/25 | Turner, Brianna | Internal emails and emails with AlixPartners re sale reporting obligations. | 0.1 | 62.50 |
| 09/23/25 | Remming, Andrew | Review update from B. Turner re sale order reporting. | 0.1 | 129.50 |
| 09/30/25 | Turner, Brianna | Internal emails re sale reporting obligations. | 0.1 | 62.50 |
| | | **Total** | **2.8** | **2,621.00** |

**Task Code:**   B140   Automatic Stay Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/06/25 | Rogers Churchill, Sophie | Email to M. Brock re lift stay stipulation. | 0.1 | 77.00 |
| 08/06/25 | Rogers Churchill, Sophie | Respond to email from C. Sawyer re lift stay stipulation. | 0.1 | 77.00 |
| 09/30/25 | Reed, Marie | Review and respond to email from B. Turner re filing COC (.1); prepare and e-file Certification of Counsel Regarding Order Approving Stipulation Granting Adam Herrera Relief from the Automatic Stay to Proceed in Civil Action and upload order (.2) | 0.3 | 115.50 |
| 09/30/25 | Butz, Daniel B. | Review emails from M. Brock and B. Turner re: automatic stay stipulation | 0.1 | 109.50 |
| 09/30/25 | Turner, Brianna | Email M. Brock re lift stay stipulation and 10/9 hearing adjournments. | 0.1 | 62.50 |
| 09/30/25 | Turner, Brianna | Review order approving Herrera lift stay stipulation (.2); draft CoC re same (.4); emails with MNAT team re same (.1); further revise CoC and proposed order (.3). | 1.0 | 625.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/30/25 | Rogers Churchill, Sophie | Comment on COC for lift stay stipulation. | 0.2 | 154.00 |

|  |  | **Total** | **1.9** | **1,220.50** |

**Task Code:    B150    Creditor Communications and Meetings**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/03/25 | Sawyer, Casey | Review voice mails from personal injury claimants. | 0.1 | 67.50 |
| 09/04/25 | Sawyer, Casey | Call with plaintiff's firm re case status. | 0.1 | 67.50 |
| 09/12/25 | Sawyer, Casey | Email S. Piraino re vendor communication and confer in part with S. Churchill re same. | 0.1 | 67.50 |
| 09/17/25 | Remming, Andrew | Review emails from C. Sawyer re inquiries from creditor. | 0.1 | 129.50 |
| 09/18/25 | Remming, Andrew | Review email from counsel to creditor re payment inquiries. | 0.1 | 129.50 |
| 09/18/25 | Remming, Andrew | Review email from counsel to creditor re payment on administrative claim. | 0.1 | 129.50 |
| 09/19/25 | Remming, Andrew | Review update from J. Clarrey re administrative claim payments. | 0.1 | 129.50 |
| 09/22/25 | Sawyer, Casey | Review voice mails and return calls to potential creditors and parties in interest. | 0.3 | 202.50 |
| 09/24/25 | Sawyer, Casey | Review E. Quintero email re store closings and review creditor information re same (.1); confer with D. Butz re same and administrative payment notice (.1). | 0.2 | 135.00 |
| 09/24/25 | Butz, Daniel B. | Review email from E. Quintero re: store closings and confer with C. Sawyer re: same (.1) | 0.1 | 109.50 |

|  |  | **Total** | **1.3** | **1,167.50** |

**Task Code:    B160    Fee Applications (MNAT - Filing)**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/02/25 | Rogers Churchill, Sophie | Review July fee application. | 0.8 | 616.00 |
| 09/04/25 | Sawyer, Casey | Review and revise August fee application | 1.0 | 675.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/05/25 | Sawyer, Casey | Review and revise August fee application. | 0.7 | 472.50 |
| 09/08/25 | Remming, Andrew | Review and revise draft MNAT July fee application. | 1.5 | 1,942.50 |
| 09/09/25 | Dehney, Robert J. | Review fee application and email with C. Sawyer re: same | 0.1 | 189.50 |
| 09/10/25 | Turner, Brianna | Email C. Sawyer re August fee application. | 0.1 | 62.50 |
| 09/10/25 | Vale, Desiree | Review and respond to e-mail from S. Rogers Churchill re Morris Nichols July Fee Application (.1); update application with recently third interim order entered (.3); draft application and revert (1.3) | 1.7 | 739.50 |
| 09/10/25 | Vale, Desiree | E-file CNO to Morris Nichols June Fee Application (.2); download pleading and file in the docket folder (.1) | 0.3 | 130.50 |
| 09/10/25 | Remming, Andrew | Review and edit revised version of MNAT's July fee application. | 0.9 | 1,165.50 |
| 09/10/25 | Remming, Andrew | Emails with D. Vale and S. Churchill re draft MNAT July fee application. | 0.1 | 129.50 |
| 09/11/25 | Remming, Andrew | Review and edit draft of MNAT August fee application. | 0.9 | 1,165.50 |
| 09/12/25 | Remming, Andrew | Review and edit revised version of MNAT July fee application draft (.3) and emails re same with D. Vale (.1). | 0.4 | 518.00 |
| 09/15/25 | Sawyer, Casey | Email and confer with S. Churchill re August fee application. | 0.1 | 67.50 |
| 09/15/25 | Remming, Andrew | Review and edit revised draft of MNAT August fee application (.7) and emails with D. Vale re same (.1). | 0.8 | 1,036.00 |
| 09/15/25 | Rogers Churchill, Sophie | Email and confer with C. Sawyer re August fee application. | 0.1 | 77.00 |
| 09/16/25 | Sawyer, Casey | Email and confer with D. Vale re August fee application (.1); confer with S. Churchill re same (.1). | 0.2 | 135.00 |
| 09/16/25 | Vale, Desiree | Draft Morris Nichols August Fee Application (1.2); conference with A. Remming re same (.1); update application (.1); email S. Rogers Churchill re same (.1) | 1.5 | 652.50 |
| 09/16/25 | Remming, Andrew | Review and edit revised version of draft MNAT August fee application. | 0.6 | 777.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/16/25 | Remming, Andrew | Emails with D. Vale and S. Churchill re draft MNAT August fee application. | 0.1 | 129.50 |
| 09/16/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re August fee application | 0.1 | 77.00 |
| 09/17/25 | Remming, Andrew | Confer with S. Churchill re MNAT draft August fee application. | 0.1 | 129.50 |
| 09/17/25 | Remming, Andrew | Confer with C. Sawyer re draft MNAT August fee application. | 0.1 | 129.50 |
| 09/17/25 | Rogers Churchill, Sophie | Confer with A. Remming re MNAT draft August fee application. | 0.1 | 77.00 |
| 09/17/25 | Sawyer, Casey | Confer with A. Remming re draft MNAT August fee application. | 0.1 | 67.50 |
| 09/18/25 | Sawyer, Casey | Revise August fee application (1.1); confer with S. Churchill re same (.1). | 1.2 | 810.00 |
| 09/18/25 | Vale, Desiree | Update Morris Nichols July Fee Application (.4); e-mail A. Remming re same (.1); prepare and e-file same (.4); coordinate service (.1); download pleading and file it in the docket folder (.1); calendar objection deadline (.1) | 1.2 | 522.00 |
| 09/18/25 | Remming, Andrew | Review and finalize revised version of MNAT July fee application. | 0.5 | 647.50 |
| 09/18/25 | Remming, Andrew | Review update from D. Vale re MNAT July fee application. | 0.1 | 129.50 |
| 09/18/25 | Remming, Andrew | Review further revised version of MNAT July fee application (.4) and emails with D. Vale re same (.1). | 0.5 | 647.50 |
| 09/18/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re August fee application | 0.1 | 77.00 |
| 09/19/25 | Vale, Desiree | E-mail to A. Bruce re July fee application LEDES file (.1); e-mail to U.S. Trustee re same (.1) | 0.2 | 87.00 |
| 09/19/25 | Vale, Desiree | Update Morris Nichols August Fee Application | 1.0 | 435.00 |
| 09/19/25 | Sawyer, Casey | Confer with D. Vale re edits to August fee application. | 0.1 | 67.50 |
| 09/19/25 | Sawyer, Casey | Review August fee application, including confer in part with S. Churchill, and email A. Remming re same. | 0.2 | 135.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/19/25 | Remming, Andrew | Review and finalize revised version of MNAT August fee application. | 0.4 | 518.00 |
| 09/19/25 | Remming, Andrew | Review and edit draft of MNAT August fee application and emails re same with C. Sawyer. | 0.5 | 647.50 |
| 09/19/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re August fee application | 0.1 | 77.00 |
| 09/22/25 | Vale, Desiree | Review and respond to e-mail from C. Sawyer re Morris Nichols Twelfth Fee Application expense edits (.1); update application and revert (.3); prepare application for filing and e-mail to C. Sawyer (.2); e-file same (.3); coordinate service (.1); request LEDES file and submit to U.S. Trustee (.2); download pleading and file it in the docket folder (.1); calendar objection deadline (.1) | 1.4 | 609.00 |
| 09/22/25 | Sawyer, Casey | Review and finalize August fee application. | 0.4 | 270.00 |
| 09/22/25 | Remming, Andrew | Review and respond to email from C. Sawyer re August fee application. | 0.1 | 129.50 |
| 09/25/25 | Vale, Desiree | Conference with A. Remming re monthly voluntary reductions | 0.2 | 87.00 |
| | | **Total** | **20.6** | **17,057.50** |

**Task Code:**    B165    Fee Applications (Others - Filing)

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/25 | Rogers Churchill, Sophie | Respond to email from M. Solimani re interim fee hearing. | 0.1 | 77.00 |
| 08/21/25 | Rogers Churchill, Sophie | Respond to email from chambers re fee binders. | 0.1 | 77.00 |
| 09/02/25 | Sawyer, Casey | Confer in part with D. Vale re interim fee order and review and revise same | 0.5 | 337.50 |
| 09/02/25 | Vale, Desiree | Review Second Interim Order entered vs original charts (.8); confer with C. Sawyer re adjustments made in Second Interim Fee Order (.1); draft Third Interim Fee Order (.8); correspondence with C. Sawyer re same (.1); confer with C. Sawyer re voluntary reductions (.1); update same and revert (.3) | 2.2 | 957.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/02/25 | Vale, Desiree | Review correspondence from C. Sawyer re Davis Polk voluntary reductions pursuant to an agreement to the UST (.3); update Third Interim Fee Order (.3); e-mail same to C. Sawyer (.1) | 0.7 | 304.50 |
| 09/02/25 | Sawyer, Casey | Confer with D. Vale re adjustments made in Second Interim Fee Order (.1); confer with D. Vale re voluntary reductions (.1). | 0.2 | 135.00 |
| 09/03/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing fee application (.1); prepare and e-file Eleventh Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2025 Through and Including July 31, 2025 (.2) | 0.3 | 115.50 |
| 09/03/25 | Sawyer, Casey | Review and revise omnibus interim fee order (.4); email estate professionals re approval of same (.1). | 0.5 | 337.50 |
| 09/03/25 | Sawyer, Casey | Review and finalize DPW's July fee application. | 0.3 | 202.50 |
| 09/03/25 | Remming, Andrew | Review revised draft of third interim fee order (.2); emails re same from C. Sawyer and K. Winiarski (.1). | 0.3 | 388.50 |
| 09/03/25 | Rogers Churchill, Sophie | Review and comment on draft third interim fee order. | 0.2 | 154.00 |
| 09/04/25 | Vale, Desiree | Review correspondence from C. Sawyer re AlixPartners adjustments to the Third Interim Fee Order (.1); update same and revert (.2) | 0.3 | 130.50 |
| 09/04/25 | Sawyer, Casey | Review fee application CNOs and deadlines for same | 0.2 | 135.00 |
| 09/04/25 | Sawyer, Casey | Email with AlixPartners re 3rd interim fee order. | 0.1 | 67.50 |
| 09/04/25 | Remming, Andrew | Review emails from C. Sawyer re interim fee order draft. | 0.1 | 129.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/05/25 | Vale, Desiree | Review correspondence from C. Sawyer re Morris Nichols voluntary reductions pursuant to an agreement with the Court (.1); update Third Interim Fee Order (.2); conference with C. Sawyer re same (.1) | 0.4 | 174.00 |
| 09/05/25 | Vale, Desiree | Draft CoC re Fourth Interim Fee Order (.5); confer with C. Sawyer re same (.1) | 0.6 | 261.00 |
| 09/05/25 | Vale, Desiree | Draft CoC re Fourth Interim Fee Order (.5); conference with C. Sawyer re same (.1); update and hyperlink Exhibit A with recently filed CNOs (.6); conference with S. Rogers Churchill re pending CNOs (.1) | 1.3 | 565.50 |
| 09/05/25 | Vale, Desiree | Review correspondence to C. Sawyer re CNO to PwC Third Interim Fee Application (.1); e-file same (.2); download pleading and file in the docket folder (.1) | 0.4 | 174.00 |
| 09/05/25 | Sawyer, Casey | Email with Chambers and S. Churchill re interim fee order and confer in part with A. Remming re same. (.2); email UCC re same and confer in part with S. Churchill (.1). | 0.3 | 202.50 |
| 09/05/25 | Sawyer, Casey | Review fee application CNOs and email PwC re same, including call with S. Churchill (.2); finalize CNO re same (.1). | 0.3 | 202.50 |
| 09/05/25 | Remming, Andrew | Review emails from C. Sawyer re interim fee applications. | 0.1 | 129.50 |
| 09/05/25 | Remming, Andrew | Review CNO for PwC interim fee application and emails re same from C. Sawyer. | 0.2 | 259.00 |
| 09/05/25 | Sawyer, Casey | Confer with D. Vale re CoC re Fourth Interim Fee Order | 0.1 | 67.50 |
| 09/08/25 | Vale, Desiree | Review correspondence from C. Sawyer re edits to Third Interim Fee Application (.1); update same and revert (.3) | 0.4 | 174.00 |
| 09/08/25 | Sawyer, Casey | Review UCC edits to interim fee order and revise same along with CoC (.6); email with AlixPartners, UST, and A. Remming re same, including confer in part with S. Churchill (.2); follow up with UST and S. Churchill re same (.1) | 0.9 | 607.50 |
| 09/08/25 | Remming, Andrew | Review emails from C. Sawyer re revised draft of third interim fee order. | 0.1 | 129.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/08/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re: interim fee order | 0.1 | 77.00 |
| 09/09/25 | Dehney, Robert J. | Emails with C. Sawyer re: fee order and CoC | 0.2 | 379.00 |
| 09/09/25 | Remming, Andrew | Call with C. Sawyer re interim fee order and COC re same. | 0.1 | 129.50 |
| 09/09/25 | Remming, Andrew | Review draft of COC re interim fee order and revised draft of interim fee order. | 0.2 | 259.00 |
| 09/09/25 | Remming, Andrew | Review emails from C. Sawyer and Chambers re interim fee order and hearing cancellation. | 0.1 | 129.50 |
| 09/09/25 | Remming, Andrew | Review revised draft of third interim fee order and COC re same (.3) and emails with C. Sawyer re same (.1). | 0.4 | 518.00 |
| 09/09/25 | Sawyer, Casey | Call with A. Remming re interim fee order and COC re same. | 0.1 | 67.50 |
| 09/12/25 | Sawyer, Casey | Email with PwC and AlixPartners re interim fee order. | 0.1 | 67.50 |
| 09/12/25 | Remming, Andrew | Review email from C. Sawyer re 3rd interim fee order. | 0.1 | 129.50 |
| 09/19/25 | Vale, Desiree | Draft CNO to AlixPartners Eleventh Fee Application (.2); e-mail to B. Turner (.1) | 0.3 | 130.50 |
| 09/19/25 | Turner, Brianna | Review and revise CNO re AlixPartners' Eleventh Monthly Fee Application and email AlixPartners re same. | 0.2 | 125.00 |
| 09/24/25 | Vale, Desiree | Review and respond to e-mail from B. Turner re CO to DPW July Fee Application (.1); draft same and revert (.2) | 0.3 | 130.50 |
| 09/24/25 | Turner, Brianna | Emails with D. Vale re CNO for DPW's July fee application (.1); review and revise same (.1); email DPW re same (.1). | 0.3 | 187.50 |
| 09/25/25 | Vale, Desiree | Review and respond to e-mail from B. Turner re CNO to DPW July Fee Application e-filing (.1); prepare and e-file same (.2); download pleading and file in the docket folder (.1) | 0.4 | 174.00 |
| 09/25/25 | Turner, Brianna | Email D. Vale and DPW re CNO relating to DPW's July fee application. | 0.1 | 62.50 |
| | | **Total** | **14.2** | **9,061.50** |

**Task Code:**     B185          Executory Contracts/Unexpired Leases

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/10/25 | Butz, Daniel B. | Review email from C. Sawyer re: settlement motion and review same (.1); confer with C. Sawyer re: same (.1); email to MNAT group re: same (.1); review emails from C. Sawyer and J. Goldberger re: same (.1); email to J. Goldberger re: same (.1) | 0.5 | 547.50 |
| 09/10/25 | Sawyer, Casey | Confer with D. Butz re: settlement motion | 0.1 | 67.50 |
| | | **Total** | **0.6** | **615.00** |

**Task Code:**     B190          Other Contested Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/08/25 | Sawyer, Casey | Review and finalize Lipp CDS letter (.5); email Chambers re same (.1). | 0.6 | 405.00 |
| 09/10/25 | Turner, Brianna | Review emails from MNAT team and DPW re motion to seal 9019 motion. | 0.1 | 62.50 |
| 09/10/25 | Remming, Andrew | Review questions from D. Butz re motion to seal. | 0.1 | 129.50 |
| 09/10/25 | Remming, Andrew | Review draft of interchange 9019 motion (.7) and emails re same from C. Sawyer, S. Churchill, J. Goldberger and K. Winiarski and S. Piraino (.2). | 0.9 | 1,165.50 |
| 09/11/25 | Sawyer, Casey | Draft motion to seal settlement motion. | 1.1 | 742.50 |
| 09/11/25 | Sawyer, Casey | Confer with S. Churchill re motion to seal and email J. Goldberger re same (.2); further revise same, and review materials re confidentiality (1.4); confer with A. Remming re same (.2). | 1.8 | 1,215.00 |
| 09/11/25 | Butz, Daniel B. | Review emails from C. Sawyer and S. Churchill re: sealing motion for settlement (.1); briefly review draft sealing motion and email from C. Sawyer re: same (.2) | 0.3 | 328.50 |
| 09/11/25 | Remming, Andrew | Confer with C. Sawyer re motion to seal 9019 motion. | 0.2 | 259.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/11/25 | Remming, Andrew | Review draft 9019 motion (.4) and draft motion to seal re same (.2); review further revisions to same (.3); and emails re same with C. Sawyer, S. Churchill, D. Butz, S. Piraino and J. Goldberger (.2). | 1.1 | 1,424.50 |
| 09/11/25 | Rogers Churchill, Sophie | Review and revise motion to seal. | 0.8 | 616.00 |
| 09/12/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing motion (.1); prepare and e-file Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving the Debtors' Entry into a Settlement Agreement Between the Debtors and the Interchange Defendants under seal (.2) | 0.3 | 115.50 |
| 09/12/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing motion (.1); prepare and e-file Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving the Debtors' Entry into a Settlement Agreement Between the Debtors and the Interchange Defendants (.2) | 0.3 | 115.50 |
| 09/12/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing notice (.1); prepare and e-file Notice of Filing of Redacted Version of Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving the Debtors' Entry into a Settlement Agreement Between the Debtors and the Interchange Defendants (.2) | 0.3 | 115.50 |
| 09/12/25 | Sawyer, Casey | Call with S. Churchill re settlement motion to seal (.2); email and call DPW re same (.3); further confer with S. Churchill re same (.2). | 0.7 | 472.50 |
| 09/12/25 | Sawyer, Casey | Confer with A. Remming re settlement motion and email J. Goldberger re same. | 0.2 | 135.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/12/25 | Sawyer, Casey | Call with J. Goldberger re settlement motion (.1); review and prepare motion to seal, settlement motion, and redacted settlement motion for filing (2.3); separate confers in part with A. Remming (.1) and S. Churchill (.1); call with S. Churchill re same (.2); intermittent emails with DPW re same (.2). | 3.0 | 2,025.00 |
| 09/12/25 | Butz, Daniel B. | Review revised sealing motion for settlement | 0.2 | 219.00 |
| 09/12/25 | Turner, Brianna | Draft notice of 9019 motion (.5); emails/call with C. Sawyer re same (.1). | 0.6 | 375.00 |
| 09/12/25 | Remming, Andrew | Review and edit revised 9019 and motion to seal (.7) and emails re same with C. Sawyer and S. Piraino (.1) | 0.8 | 1,036.00 |
| 09/12/25 | Remming, Andrew | Confer with C. Sawyer re edits to 9019 motion and motion to seal. | 0.2 | 259.00 |
| 09/12/25 | Remming, Andrew | Review further revised versions of 9019 motion and motion to seal (.5) and emails re same with C. Sawyer, J. Goldberger and S. Piraino (.1) | 0.6 | 777.00 |
| 09/12/25 | Remming, Andrew | Review update from C. Sawyer re service of 9019 motion. | 0.1 | 129.50 |
| 09/12/25 | Rogers Churchill, Sophie | Call with C. Sawyer re 9019 motion and sealing motion (.2); review emails re same (.1). | 0.3 | 231.00 |
| 09/12/25 | Rogers Churchill, Sophie | Further confer with C. Sawyer re settlement motion to seal | 0.2 | 154.00 |
| 09/12/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re motion to seal, settlement motion, and redacted settlement motion for filing | 0.1 | 77.00 |
| 09/12/25 | Remming, Andrew | Confer with C. Sawyer re motion to seal, settlement motion, and redacted settlement motion for filing | 0.1 | 129.50 |
| 09/12/25 | Sawyer, Casey | Emails/call with B. Turner re notice of 9019 motion | 0.1 | 67.50 |
| 09/15/25 | Sawyer, Casey | Review and respond to B. Turner WIP email re pending objection deadline. | 0.1 | 67.50 |
| 09/15/25 | Sawyer, Casey | Review and provide comments to joint 9019 motion (1.0); confers with D. Butz and email DPW re same (.2). | 1.2 | 810.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/15/25 | Butz, Daniel B. | Review emails from J. Goldberger and C. Sawyer re: D&O settlement motion comments (.1); review C. Sawyer comments to same and email from A. Remming with additional comments re: same (.1); confer with C. Sawyer re: same (.1); review proposed emails and final email from C. Sawyer and confer with C. Sawyer re: same (.1) | 0.4 | 438.00 |
| 09/15/25 | Remming, Andrew | Review redacted version of interchange 9019 motion. | 0.4 | 518.00 |
| 09/15/25 | Remming, Andrew | Review and edit draft D&O 9019 motion. | 0.9 | 1,165.50 |
| 09/15/25 | Remming, Andrew | Review C. Sawyer comments to draft 9019 motion. | 0.2 | 259.00 |
| 09/15/25 | Remming, Andrew | Emails with C. Sawyer and J. Goldberger re draft 9019 motion. | 0.1 | 129.50 |
| 09/15/25 | Remming, Andrew | Review revised version of D&O 9019 motion (.2) and emails re same from C. Sawyer and J. Goldberger (.1) | 0.3 | 388.50 |
| 09/16/25 | Sawyer, Casey | Review and finalize supplemental AlixPartners declaration. | 0.2 | 135.00 |
| 09/16/25 | Sawyer, Casey | Call with J. Goldberger re 9019 motion (.1); confer with A. Remming re same (.2); email with J. Goldberger, A. Remming and S, Churchill re same (.2); confer with S. Churchill re same (.2). | 0.7 | 472.50 |
| 09/16/25 | Remming, Andrew | Confer with C. Sawyer re D&O 9019 motion. | 0.2 | 259.00 |
| 09/16/25 | Remming, Andrew | Review analysis of 9019 motion issues from J. Goldberger (.2) and emails re same with S. Churchill and C. Sawyer (.1). | 0.3 | 388.50 |
| 09/16/25 | Remming, Andrew | Emails re UCC letter for 9019 motion from C. Sawyer and J. Goldberger. | 0.1 | 129.50 |
| 09/16/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re 9019 motion | 0.2 | 154.00 |
| 09/17/25 | Butz, Daniel B. | Review email from C. Sawyer re: settlement (.1); review emails from J. Goldberger, S. Piraino re: same (.1) | 0.2 | 219.00 |
| 09/17/25 | Remming, Andrew | Review draft of statement in support of settlement (.2); emails re same from C. Sawyer, J. Goldberger and S. Piraino (.2). | 0.4 | 518.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/18/25 | Lawrence, John | Review and respond to email from C. Sawyer regarding filing joint settlement motion (.1). Finalize and file joint motion of debtors and UCC to approve settlement agreement with certain officers and directors (.3). | 0.4 | 174.00 |
| 09/18/25 | Sawyer, Casey | Review and finalize settlement motion, and review UCC support statement re same | 0.6 | 405.00 |
| 09/18/25 | Butz, Daniel B. | Review email from J. Goldberger with completed settlement and review same | 0.1 | 109.50 |
| 09/18/25 | Butz, Daniel B. | Review emails from C. Sawyer re: filing of settlement (.1); emails with C. Sawyer and J. Goldberger re: service of same (.1) | 0.2 | 219.00 |
| 09/18/25 | Remming, Andrew | Confer with C. Sawyer re 9019 motions and claim issues. | 0.1 | 129.50 |
| 09/18/25 | Remming, Andrew | Review revised version of settlement agreement (.2) and emails re same from J. Goldberger and C. Sawyer (.1). | 0.3 | 388.50 |
| 09/18/25 | Sawyer, Casey | Confer with A. Remming re 9019 motions and claim issues. | 0.1 | 67.50 |
| 09/23/25 | Sawyer, Casey | Calls with S. Churchill re Lipp CDS dispute (.1); review emails with S. Barilich and Chambers re same (.1). | 0.2 | 135.00 |
| 09/24/25 | Turner, Brianna | Draft CNO re Interchange 9019 motion. | 0.2 | 125.00 |
| 09/25/25 | Lawrence, John | Draft notice of motion to change name and case caption (.2). Finalize and file motion to change name and case caption (.2). Email Kroll with service request (.1). | 0.5 | 217.50 |
| 09/25/25 | Butz, Daniel B. | Review email from J. Goldberger re: name change motion (.1); review email from C. Sawyer re: same (.1); review motion (.1) | 0.3 | 328.50 |
| 09/25/25 | Remming, Andrew | Review draft of name change motion (.3); emails re same from C. Sawyer and J. Goldberger (.1). | 0.4 | 518.00 |
| 09/29/25 | Turner, Brianna | Review and revise CNO relating to 9019 motion (Interchange Defendants) (.4); emails with C. Sawyer re same (.1); emails with DPW re same (.1). | 0.6 | 375.00 |
| 09/29/25 | Sawyer, Casey | Email with B. Turner re 9019 motion CNOs. | 0.1 | 67.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/29/25 | Chevli, Radha | Communicate with B. Turner (.1); finalize and file the CNO re: 2019 Motion (Interchange Defendants) (.1); upload the order (.1); update the docket folder (.1). | 0.4 | 174.00 |
| | | **Total** | **25.5** | **22,266.50** |

**Task Code:**    B240     Tax Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/04/25 | Butz, Daniel B. | Review email from S. Churchill re: tax objections (.1); review email from taxing authority counsel re: same (.1) | 0.2 | 219.00 |
| 09/15/25 | Butz, Daniel B. | Review email from S. Churchill re: Harris County taxes (.1); review email from S. Piraino re: same (.1) | 0.2 | 219.00 |
| 09/17/25 | Sawyer, Casey | Review email from D. Bloomfield re tax matter and email DPW and AlixPartners re same. | 0.1 | 67.50 |
| 09/17/25 | Sawyer, Casey | Prepare for filing of settlement motion and review same, including emails with DPW | 1.6 | 1,080.00 |
| 09/19/25 | Remming, Andrew | Review information from J. Clarrey re tax issues. | 0.1 | 129.50 |
| | | **Total** | **2.2** | **1,715.00** |

**Task Code:**    B300     Court Hearings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/06/25 | Rogers Churchill, Sophie | Emails with B. Turner and C. Sawyer re August hearing (.2); respond to email from chambers re same (.1). | 0.3 | 231.00 |
| 08/07/25 | Rogers Churchill, Sophie | Respond to emails from B. Turner re agenda. | 0.2 | 154.00 |
| 08/07/25 | Rogers Churchill, Sophie | Respond to email from chambers re hearing. | 0.1 | 77.00 |
| 08/11/25 | Rogers Churchill, Sophie | Emails with C. Sawyer and B. Turner re hearing agenda and Lipp objection; email to DPW re same; coordinate filing same. | 0.6 | 462.00 |
| 09/02/25 | Lawrence, John | Update 9.11 agenda and compile documents for binders. | 0.3 | 130.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/02/25 | Rogers Churchill, Sophie | Email to J. Lawrence re agenda for 9/11 hearing. | 0.1 | 77.00 |
| 09/04/25 | Butz, Daniel B. | Review email from S. Churchill re: agenda (.1); review emails from K. Winiarski, S. Piraino, and M. Brock re: same (.1) | 0.2 | 219.00 |
| 09/04/25 | Remming, Andrew | Review draft agenda for 9/11 hearing (.3); emails re same from S. Churchill, K. Winiarski, S. Piraino and M. Brock (.1). | 0.4 | 518.00 |
| 09/04/25 | Remming, Andrew | Review emails from S. Churchill and Chambers re 9/11 hearing. | 0.1 | 129.50 |
| 09/04/25 | Rogers Churchill, Sophie | Revise 9/11 agenda. | 1.1 | 847.00 |
| 09/04/25 | Rogers Churchill, Sophie | Respond to email from chambers re September 11 hearing. | 0.2 | 154.00 |
| 09/05/25 | Rogers Churchill, Sophie | Emails with chambers and C. Sawyer re: hearing. | 0.2 | 154.00 |
| 09/08/25 | Turner, Brianna | Confer with C. Sawyer re 9/11 hearing. | 0.1 | 62.50 |
| 09/08/25 | Butz, Daniel B. | Review email from S. Churchill and K. Winiarski re: hearing (.1); confer with S. Churchill and C. Sawyer re: same and pending administrative claim motion (.1) | 0.2 | 219.00 |
| 09/08/25 | Remming, Andrew | Emails with K. Winiarski and S. Churchill re 9/11 hearing. | 0.1 | 129.50 |
| 09/08/25 | Sawyer, Casey | Confer with B. Turner re 9/11 hearing. | 0.1 | 67.50 |
| 09/08/25 | Sawyer, Casey | Confer with S. Churchill and D. Butz re: hearing and pending administrative claim motion | 0.1 | 67.50 |
| 09/08/25 | Rogers Churchill, Sophie | Confer with C. Sawyer and D. Butz re: hearing and pending administrative claim motion | 0.1 | 77.00 |
| 09/09/25 | Lawrence, John | Update 9.11 agenda (.2). Update exhibit A for 9.11 agenda (.2). Finalize and file agenda (.2). Email copy to chambers and email Kroll with service instructions (.1). | 0.7 | 304.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/09/25 | Lawrence, John | Draft amended 9.11 agenda (.2). Finalize and file amended agenda canceling 9.11 hearing (.2). Email copy to chambers and email Kroll with service instructions (.1). | 0.5 | 217.50 |
| 09/09/25 | Lawrence, John | Draft agenda for 10.9 hearing. | 0.4 | 174.00 |
| 09/09/25 | Sawyer, Casey | Attention to finalizing of interim fee order (.6); review, revise and finalize agenda re same (1.0); call and confer with S. Churchill re same (.1); review and finalize agenda cancelling hearing, including emails with Chambers (.2). | 1.9 | 1,282.50 |
| 09/09/25 | Rogers Churchill, Sophie | Call and confer with C. Sawyer re agenda re interim fee order | 0.1 | 77.00 |
| 09/10/25 | Sawyer, Casey | Review J. Goldberger email re 9019 motion and review same (.3); draft motion to seal and email with DPW re same (.4); confer with D. Butz re same (.1). | 0.8 | 540.00 |
| 09/15/25 | Lawrence, John | Update 10.9 agenda. | 0.3 | 130.50 |
| 09/18/25 | Lawrence, John | Update 10.9 agenda. | 0.3 | 130.50 |
| 09/18/25 | Lawrence, John | Compile document binder for 10.9 hearing. | 0.2 | 87.00 |
| 09/18/25 | Lawrence, John | Review and respond to email from C. Sawyer regarding filing fourth exclusivity motion (.1). Finalize and file fourth motion to extend exclusivity period (.2). Email Kroll with service instructions (.1). | 0.4 | 174.00 |
| 09/25/25 | Lawrence, John | Update 10.9 agenda. | 0.1 | 43.50 |
| 09/30/25 | Lawrence, John | Email with B. Turner regarding 10.9 agenda (.1). Update 10.9 agenda (.3). | 0.4 | 174.00 |
| | | **Total** | **10.6** | **7,111.00** |

**Task Code:    B310    Claims Objections and Administration**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/11/25 | Rogers Churchill, Sophie | Draft email re Lipp objection and emails with K. Winiarski re same. | 0.3 | 231.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/03/25 | Sawyer, Casey | Review Lipp CDS letter and email from K. Winiarski re same. | 0.1 | 67.50 |
| 09/03/25 | Butz, Daniel B. | Confer with S. Churchill re: claims objection issues (.1); review email from S. Churchill and K. Percy re: same (.1); emails with J. Lammert re: same (.1); confer with S. Churchill re: same (.1) | 0.4 | 438.00 |
| 09/03/25 | Butz, Daniel B. | Review letter from K. Winiarski re: claim issue (.2); confer with S. Churchill re: comments to same (.1) | 0.3 | 328.50 |
| 09/03/25 | Remming, Andrew | Review draft letter re Lipps CDS (.2) and email re same from S. Churchill (.1). | 0.3 | 388.50 |
| 09/03/25 | Remming, Andrew | Review email from M. Smith re inquiries re administrative claimant (.1); emails re same with K. Winiarski (.1). | 0.2 | 259.00 |
| 09/03/25 | Rogers Churchill, Sophie | Confer with D. Butz re: claims objection issues | 0.1 | 77.00 |
| 09/03/25 | Rogers Churchill, Sophie | Confer with D. Butz re: comments to claim issue | 0.1 | 77.00 |
| 09/04/25 | Butz, Daniel B. | Review email from J. Clarrey re: Big Lots reconciliation of claims | 0.1 | 109.50 |
| 09/05/25 | Sawyer, Casey | Review Sedgwick motion for administrative expenses and review affidavits of service re same. and email DPW re same. | 0.3 | 202.50 |
| 09/05/25 | Sawyer, Casey | Review emails with Electric Company and US Trustee and research claim, including confer with S. Churchill in part re same (.3); respond to Electric Company re same (.1). | 0.4 | 270.00 |
| 09/05/25 | Butz, Daniel B. | Review email from J. Clarrey re: Iron Mountain claim | 0.1 | 109.50 |
| 09/05/25 | Butz, Daniel B. | Review Sedgwick administrative claim motion (.4); review email from C. Sawyer re: same (.1); confer with C. Sawyer re: same (.1) | 0.6 | 657.00 |
| 09/05/25 | Remming, Andrew | Review email from S. Churchill re inquiries from claimant re claim status. | 0.1 | 129.50 |
| 09/05/25 | Remming, Andrew | Respond to email from M. Smith re administrative claim status. | 0.1 | 129.50 |
| 09/05/25 | Remming, Andrew | Review update from C. Sawyer re administrative claim motion. | 0.1 | 129.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/07/25 | Butz, Daniel B. | Review email from J. Doyle re: Iron Mountain claims | 0.1 | 109.50 |
| 09/08/25 | Lawrence, John | Finalize and file letter to Court regarding Lipp CDS proof of claim (.3). Coordinate production and delivery of materials for and to chambers (.2). | 0.5 | 217.50 |
| 09/08/25 | Butz, Daniel B. | Review email from J. Goldberger re: motion to compel (.1); review final Lipp CDS letter and emails from C. Sawyer re: same (.1) | 0.2 | 219.00 |
| 09/08/25 | Remming, Andrew | Review administrative claim motion. | 0.2 | 259.00 |
| 09/08/25 | Remming, Andrew | Review update from C. Sawyer re Lipp CDS letter. | 0.1 | 129.50 |
| 09/08/25 | Remming, Andrew | Review further update from C. Sawyer re Lipp CDS letter. | 0.1 | 129.50 |
| 09/15/25 | Turner, Brianna | Email with C. Sawyer and DPW re Sedgwick motion (.1); further emails with J. Goldberger re same (.1). | 0.2 | 125.00 |
| 09/15/25 | Turner, Brianna | Review email from J. Clarrey re distributions. | 0.1 | 62.50 |
| 09/15/25 | Sawyer, Casey | Review email from AlixPartners re claims reconciliation and email MNAT team re same. | 0.2 | 135.00 |
| 09/15/25 | Butz, Daniel B. | Review email from C. Sawyer re: Sedgwick motion | 0.1 | 109.50 |
| 09/15/25 | Butz, Daniel B. | Review email from J. Goldberger re Sedgwick claims | 0.1 | 109.50 |
| 09/15/25 | Remming, Andrew | Review update from B. Turner re administrative claim motion. | 0.1 | 129.50 |
| 09/15/25 | Remming, Andrew | Review email from J. Clarrey re analysis of administrative claim issues. | 0.1 | 129.50 |
| 09/15/25 | Remming, Andrew | Review further emails re administrative claim motion and extended objection deadline from J. Goldberger and B. Turner. | 0.1 | 129.50 |
| 09/16/25 | Butz, Daniel B. | Review email from J. Goldberger re: administrative fee question on shipping charges (.1); draft email to J. Goldberger re: same (.1) | 0.2 | 219.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/17/25 | Butz, Daniel B. | Review emails from S. Churchill and A. Remming re: conversion issues (.1); email to A. Remming and S. Churchill re: same (.1); confer with C. Sawyer and S. Churchill re: same (.1); review email from S. Piraino re: same (.1) | 0.4 | 438.00 |
| 09/17/25 | Rogers Churchill, Sophie | Confer with C. Sawyer and D. Butz re: conversion issues | 0.1 | 77.00 |
| 09/17/25 | Sawyer, Casey | Confer with S. Churchill and D. Butz re: conversion issues | 0.1 | 67.50 |
| 09/19/25 | Butz, Daniel B. | Review email from E. Ruiz re: amended claim (.1); review email from J. Clarrey re: administrative payments (.1) | 0.2 | 219.00 |
| 09/22/25 | Sawyer, Casey | Email with J. Goldberger re administrative claim distribution work flow. | 0.1 | 67.50 |
| 09/22/25 | Butz, Daniel B. | Review emails from J. Goldberger and C. Sawyer re: administrative payment notices | 0.1 | 109.50 |
| 09/23/25 | Butz, Daniel B. | Review email from J. Clarrey re: administrative payments and email from C. Sawyer re: same (.1) | 0.1 | 109.50 |
| 09/24/25 | Turner, Brianna | Emails with C. Sawyer and D. Butz re Milelli administrative claim (.1); review emails from AP and DPW re responding to same (.2). | 0.3 | 187.50 |
| 09/24/25 | Sawyer, Casey | Draft and revise 3rd notice of distribution to administrative creditors (1.5); confer with D. Butz re same (.2); email with AlixPartners and further revise notice re same (.2). | 1.9 | 1,282.50 |
| 09/24/25 | Sawyer, Casey | Review J. Testa email re administrative claim payments and email MNAT team re same (.1); email with S. Piraino and J. Testa re same (.1). | 0.2 | 135.00 |
| 09/24/25 | Butz, Daniel B. | Review and revise proposed third distribution notice (.1); emails with C. Sawyer re: same (.1); confer with C. Sawyer re: revisions (.2); review email from J. Clarrey re: notice and email from S. Piraino re: same (.1) | 0.5 | 547.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/24/25 | Butz, Daniel B. | Review emails from C. Sawyer and B. Turner re: claimant inquiry (.1); email to C. Sawyer and B. Turner re: same (.1); confer with C. Sawyer re: same and review further emails from claimant and C. Sawyer re: same (.1) | 0.3 | 328.50 |
| 09/24/25 | Remming, Andrew | Review revisions to third interim payment notice (.2) and emails re same from C. Sawyer and D. Butz (.1). | 0.3 | 388.50 |
| 09/24/25 | Remming, Andrew | Review email from C. Sawyer re inquiries from counsel to creditor re payment. | 0.1 | 129.50 |
| 09/24/25 | Sawyer, Casey | Confer with D. Butz re: claimant inquiry and review further emails with D. Butz re: same | 0.1 | 67.50 |
| 09/25/25 | Reed, Marie | Review and respond to email from C. Sawyer re filing notice (.1); prepare and e-file Third Notice of Commencement of Interim Payments Pursuant to the Administrative Expense Claims Procedures Order (.2) | 0.3 | 115.50 |
| 09/25/25 | Sawyer, Casey | Review and finalize notice of payment to administrative creditors (.9); confer and work with D. Butz on payment schedule re same (.2). | 1.1 | 742.50 |
| 09/25/25 | Butz, Daniel B. | Review email from C. Sawyer re: pro rata payments confirmation and email from J. Clarrey re: same | 0.1 | 109.50 |
| 09/25/25 | Butz, Daniel B. | Confer and work with C. Sawyer on third payment notice issues | 0.2 | 219.00 |
| 09/25/25 | Remming, Andrew | Review draft of third interim payment notice (.2); review revisions to same (.1); emails re same from C. Sawyer, J. Clarrey and J. Goldberger (.1). | 0.4 | 518.00 |
| 09/26/25 | Butz, Daniel B. | Review emails from S. Churchill and C. Sawyer re: Sedgwick motion (.1); review emails from J. Goldberger and C. Sawyer re: same (.1) | 0.2 | 219.00 |
| 09/26/25 | Remming, Andrew | Review updates re Sedgwick motion from C. Sawyer and J. Goldberger. | 0.1 | 129.50 |
| | | **Total** | **13.2** | **12,024.00** |

**Task Code:**    B320    Plan and Disclosure Statement

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/02/25 | Sawyer, Casey | Review and respond to S. Churchill email re exclusive period. | 0.1 | 67.50 |
| 09/02/25 | Rogers Churchill, Sophie | Email to C. Sawyer re exclusivity deadline. | 0.1 | 77.00 |
| 09/04/25 | Sawyer, Casey | Separate calls with S. Churchill and K. Winiarski re exclusivity period and motion (.1); draft same (1.2). | 1.3 | 877.50 |
| 09/08/25 | Sawyer, Casey | Revise exclusivity motion (.8); confer with S. Churchill re same (.1) | 0.9 | 607.50 |
| 09/08/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re: exclusivity motion | 0.1 | 77.00 |
| 09/10/25 | Sawyer, Casey | Confer with S. Churchill re edits to exclusivity motion (.1); revise same (.8). | 0.9 | 607.50 |
| 09/10/25 | Rogers Churchill, Sophie | Revise exclusivity extension motion. | 0.7 | 539.00 |
| 09/10/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re edits to exclusivity motion | 0.1 | 77.00 |
| 09/12/25 | Sawyer, Casey | Email with J. Goldberger and AlixPartners re exclusivity extension motion. | 0.1 | 67.50 |
| 09/17/25 | Sawyer, Casey | Emails with AlixPartners and J. Goldberger re extension motion, and revise same. | 0.3 | 202.50 |
| 09/18/25 | Sawyer, Casey | Review, revise, and finalize exclusivity extension motion, including emails with DPW. | 0.8 | 540.00 |
| 09/25/25 | Lawrence, John | Draft certificate of no objection regarding fourth exclusivity motion (DI 3170). | 0.2 | 87.00 |
| | | **Total** | **5.6** | **3,827.00** |

**Task Code:**    B360    Professional Retention (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/16/25 | Lawrence, John | Finalize and file second supplemental declaration of K. Percy of AlixPartners (.2). Email Kroll with service instructions (.1). | 0.3 | 130.50 |
| | | **Total** | **0.3** | **130.50** |

**Task Code:**     B410          General Case Strategy

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/02/25 | Sawyer, Casey | Review B. Turner WIP email and email with MNAT team re sale reporting obligations | 0.3 | 202.50 |
| 09/02/25 | Sawyer, Casey | Confer with A. Remming re 9019 motions and case strategy. | 0.1 | 67.50 |
| 09/02/25 | Remming, Andrew | Confer with C. Sawyer re 9019 motions and case strategy. | 0.1 | 129.50 |
| 09/04/25 | Sawyer, Casey | Confer with S. Churchill re agenda and open matters. | 0.1 | 67.50 |
| 09/05/25 | Turner, Brianna | Revise WIP list (.5); email MNAT team re same (.1). | 0.6 | 375.00 |
| 09/05/25 | Sawyer, Casey | Review winddown timeline and checklist and confer in part with S. Churchill re same (.1); confer in part with D. Butz re administrative claim motion (.1). | 0.2 | 135.00 |
| 09/05/25 | Butz, Daniel B. | Review email from K. Winiarski re: timeline (.1); review notice (.1); email to MNAT group re: same (.1); review emails from S. Churchill and A. Remming re: same (.1); review further emails from S. Churchill and K. Winiarski re: same (.1) | 0.5 | 547.50 |
| 09/05/25 | Remming, Andrew | Review closing checklist memo (.2) and emails re same with D. Butz and S. Churchill (.1). | 0.3 | 388.50 |
| 09/05/25 | Rogers Churchill, Sophie | Multiple confers with C. Sawyer re interim fee order, winddown timeline, and Electric Company claim | 0.2 | 154.00 |
| 09/13/25 | Turner, Brianna | Revise WIP list and email MNAT team re same. | 0.4 | 250.00 |
| 09/15/25 | Turner, Brianna | Revise WIP list. | 0.1 | 62.50 |
| 09/16/25 | Turner, Brianna | Confer with S. Churchill re WIP. | 0.1 | 62.50 |
| 09/16/25 | Rogers Churchill, Sophie | Confer with B. Turner re WIP. | 0.1 | 77.00 |
| 09/17/25 | Remming, Andrew | Review and respond to email from C. Sawyer re case strategy issues. | 0.1 | 129.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/18/25 | Sawyer, Casey | Attend call with Debtor advisors re case strategy (1.1); separate confers with S. Churchill and D. Butz re same (.1); draft summary re same (.9). | 2.1 | 1,417.50 |
| 09/18/25 | Turner, Brianna | Revise WIP list. | 0.1 | 62.50 |
| 09/18/25 | Butz, Daniel B. | Attend strategy call with S. Churchill, AlixPartners, DPW and client reps | 1.1 | 1,204.50 |
| 09/18/25 | Remming, Andrew | Participate in strategy call with DPW, MNAT, Alix and client teams re 9019 motions and administrative claim distributions. | 1.1 | 1,424.50 |
| 09/18/25 | Remming, Andrew | Email update to MNAT team re strategy issues. | 0.1 | 129.50 |
| 09/18/25 | Remming, Andrew | Review summary of strategy/timing issues from C. Sawyer. | 0.1 | 129.50 |
| 09/18/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re case strategy | 0.1 | 77.00 |
| 09/18/25 | Butz, Daniel B. | Confer with C. Sawyer re case strategy | 0.1 | 109.50 |
| 09/18/25 | Rogers Churchill, Sophie | Attend strategy call with D. Butz, AlixPartners, DPW and client reps | 1.1 | 847.00 |
| 09/19/25 | Sawyer, Casey | Research re motion to convert cases. | 0.8 | 540.00 |
| 09/19/25 | Turner, Brianna | Revise WIP list. (.4); email MNAT team re same (.1). | 0.5 | 312.50 |
| 09/23/25 | Turner, Brianna | Revise WIP list. | 0.2 | 125.00 |
| 09/24/25 | Sawyer, Casey | Confer with S. Churchill re WIP and review docket re same. | 0.1 | 67.50 |
| 09/24/25 | Rogers Churchill, Sophie | Confer with C. Sawyer re WIP | 0.1 | 77.00 |
| 09/25/25 | Sawyer, Casey | Review motion to change case name/caption, and finalize re same. | 0.7 | 472.50 |
| 09/26/25 | Turner, Brianna | Revise WIP list (.2); email MNAT team re same (.1). | 0.3 | 187.50 |
| 09/26/25 | Sawyer, Casey | Review B. Turner email re WIP and upcoming deadline, and email with DPW re same. | 0.2 | 135.00 |
| 09/30/25 | Remming, Andrew | Review stay stipulation (.3); review sale order reporting (.1); emails re same (.1). | 0.5 | 647.50 |

|  | | | Total | 12.5 | 10,614.50 |

**Task Code:**    B420        Schedules/SOFA/U.S. Trustee Reports

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/08/25 | Sawyer, Casey | Review and respond to UST email re MOR reporting period, and review past MORs re same (.4); confer in part with S. Churchill and email AlixPartners re same (.1). | 0.5 | 337.50 |
| 09/08/25 | Butz, Daniel B. | Review emails from C. Sawyer and H. Dice re: MOR (.1); review email from J. Clarrey re: same (.1) | 0.2 | 219.00 |
| 09/08/25 | Remming, Andrew | Review analysis of MOR issues and attachment re same (.2); emails re same from C. Sawyer and J. Clarrey (.1). | 0.3 | 388.50 |
| 09/30/25 | Reed, Marie | Review and respond to email from B. Turner re filing MORs (.1); prepare and e-file Chapter 11 Monthly Operating Report for the Month Ending: 08/31/2025for 19 debtors (2.2) | 2.3 | 885.50 |
| 09/30/25 | Sawyer, Casey | Email with AlixPartners and MNAT teams re MORs, and review same (.1); call and email with S. Churchill re same (.1). | 0.2 | 135.00 |
| 09/30/25 | Turner, Brianna | Review August MORs for filing (1.0); emails with S. Churchill re same (.1) confers with C. Sawyer re same and email Kroll for service of same (.1). | 1.2 | 750.00 |
| 09/30/25 | Sawyer, Casey | Confers with B. Turner re August MORs for filing | 0.1 | 67.50 |

|  | | | Total | 4.8 | 2,783.00 |