**EXHIBIT B**
**EXPENSE SUMMARY**

**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**September 1, 2025, through September 30, 2025**

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 236.60 |
| In-House Printing - black & white | 77.00 |
| Messenger Service | 5.00 |
| Meals | 45.53 |
| **Grand Total Expenses** | **$364.13** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/14/25 | Meals - Breakfast for 4 people for 8/13 hearing | 1.0 | 45.53 |
| 09/02/25 | Pacer | 22.0 | 2.20 |
| 09/03/25 | Pacer | 69.0 | 6.90 |
| 09/04/25 | In-House Printing - black & white | 26.0 | 2.60 |
| 09/05/25 | Pacer | 47.0 | 4.70 |
| 09/08/25 | Pacer | 229.0 | 22.90 |
| 09/08/25 | In-House Printing - black & white | 307.0 | 30.70 |
| 09/08/25 | Messenger Service - Bankruptcy Court - 09/08/2025 | 1.0 | 5.00 |
| 09/09/25 | Pacer | 136.0 | 13.60 |
| 09/10/25 | In-House Printing - black & white | 54.0 | 5.40 |
| 09/12/25 | Pacer | 129.0 | 12.90 |
| 09/15/25 | Pacer | 23.0 | 2.30 |
| 09/16/25 | Pacer | 189.0 | 18.90 |
| 09/16/25 | In-House Printing - black & white | 45.0 | 4.50 |
| 09/18/25 | In-House Printing - black & white | 54.0 | 5.40 |
| 09/18/25 | Pacer | 107.0 | 10.70 |
| 09/19/25 | Pacer | 23.0 | 2.30 |
| 09/19/25 | In-House Printing - black & white | 42.0 | 4.20 |
| 09/22/25 | Pacer | 63.0 | 6.30 |
| 09/24/25 | Pacer | 46.0 | 4.60 |
| 09/25/25 | Pacer | 159.0 | 15.90 |
| 09/29/25 | Pacer | 70.0 | 7.00 |
| 09/30/25 | Pacer | 1,054.0 | 105.40 |
| 09/30/25 | In-House Printing - black & white | 242.0 | 24.20 |
| | **Total** | | **$364.13** |