**EXHIBIT A**

**BIG LOTS, INC., *et al.***

**COMPENSATION BY PROJECT CATEGORY**
**SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 8.2 | $5,066.50 |
| Cash Collateral and DIP Financing | 0.9 | $414.00 |
| Claims Analysis, Administration and Objections | 4.0 | $4,338.50 |
| Committee Matters and Creditor Meetings | 0.6 | $580.00 |
| Creditor Inquiries | 1.2 | $1,325.00 |
| Fee Application Matters/Objections | 12.9 | $7,040.50 |
| Litigation/Gen. (Except Automatic Stay Relief) | 17.3 | $15,796.00 |
| Preparation For and Attendance at Hearings | 0.4 | $253.00 |
| Reorganization | 0.6 | $552.00 |
| Retention Matters | 0.3 | $290.00 |
| **Total:** | **46.4** | **$35,655.50** |

## BIG LOTS, INC., *et al.*

### SUMMARY OF BILLING BY PROFESSIONAL
### SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025

| Attorney Name | Year Admitted | Position (Department) | Hourly Billing Rate[1] | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) | $1,150.00 | 14.2 | $16,330.00 |
| Stacy L. Newman | 2007 | Member (Bankruptcy) | $875.00 | 11.7 | $10,237.50 |
| Melissa M. Hartlipp | 2022 | Associate (Bankruptcy) | $485.00 | 0.4 | $194.00 |
| Michael A. Solimani | 2024 | Associate (Bankruptcy) | $460.00 | 11.2 | $5,152.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal | $425.00 | 0.8 | $340.00 |
| Larry S. Morton | N/A | Paralegal | $420.00 | 8.1 | $3,402.00 |
| **Blended Rate: $768.44** | | | **TOTALS:** | **46.4** | **$35,655.50** |

---

[1] This rate is Cole Schotz P.C.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2025).

**EXHIBIT B**

**BIG LOTS, INC.,** *et al.*

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Fees | PACER | $82.50 |
| **TOTAL** | | **$82.50** |

**EXHIBIT C**

**BIG LOTS, INC.,** *et al.*

**ITEMIZED TIME RECORDS**
**SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

**COLE SCHOTZ P.C.**

Cole Schotz P.C.
500 Delaware Avenue
Suite 600
Wilmington, DE 19801

FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

BIG LOTS, INC.
N/A

|  |  |
|---|---:|
| Invoice Date: | October 10, 2025 |
| Invoice Number: | 1018832 |
| Matter Number: | 68457-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2025

## CASE ADMINISTRATION      8.20      5,066.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 09/02/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 84.00 |
| 09/09/25 | SLN | REVIEW AGENDA FOR 9/11 HEARING (.1); | 0.10 | 87.50 |
| 09/09/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH HEARING DATE REMOVAL | 0.10 | 42.00 |
| 09/10/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 84.00 |
| 09/17/25 | LSM | ASSIST WITH FILING PREPARATIONS FOR STATEMENT IN SUPPORT OF 9019 MOTION | 4.10 | 1,722.00 |
| 09/18/25 | LSM | REVISE, FILE AND CIRCULATE TO CS TEAM THE STATEMENT IN SUPPORT OF 9019 MOTION | 0.50 | 210.00 |
| 09/18/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.20 | 84.00 |
| 09/18/25 | JRA | CORRESPOND WITH MWS AND DPW RE CASE UPDATES AND CLAIMS DISTRIBUTIONS | 0.20 | 230.00 |
| 09/19/25 | JRA | CORRESPOND WITH MWS AND DPS RE CLAIMS DISTRIBUTION UPDATES AND CASE DIRECTION | 0.40 | 460.00 |
| 09/21/25 | JRA | CORRESPOND WITH MWS, DPW AND CS RE NEXT DISTRIBUTION AND CASE STRATREGY | 0.90 | 1,035.00 |
| 09/26/25 | MAS | REVIEW MOTION TO AMEND RE: CAPTION | 0.20 | 92.00 |
| 09/26/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 126.00 |
| 09/26/25 | JRA | REVIEW MOTION TO AMEND CAPTION | 0.40 | 460.00 |
| 09/28/25 | SLN | REVIEW MOTION TO AMEND CAPTION (.4); | 0.40 | 350.00 |

## CASH COLLATERAL AND DIP FINANCING      0.90      414.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---:|---:|
| 09/02/25 | MAS | CORRESPONDENCE WITH C. AAS AND CS TEAM RE: DIP REQUIREMENTS | 0.20 | 92.00 |
| 09/09/25 | MAS | CORRESPONDENCE WITH C. AAS AND CS TEAM RE: DIP REQUIREMENTS | 0.10 | 46.00 |
| 09/16/25 | MAS | CORRESPONDENCE WITH C. AAS AND CS TEAM RE: DIP REQUIREMENTS | 0.20 | 92.00 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number  1018832
Client/Matter No. 68457-0001  October 10, 2025
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/23/25 | MAS | CORRESPONDENCE WITH C. AAS AND CS TEAM RE: DIP REQUIREMENTS | 0.20 | 92.00 |
| 09/30/25 | MAS | CORRESPONDENCE WITH C. AAS AND CS TEAM RE: DIP REQUIREMENTS | 0.20 | 92.00 |

**CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS**  4.00  4,338.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/05/25 | JRA | REVIEW SEDGWICK ADMIN CLAIM MOTION | 0.20 | 230.00 |
| 09/08/25 | SLN | REVIEW LETTER FROM DEBTORS TO COURT REGARDING LIPP CDS CLAIM (.1); | 0.10 | 87.50 |
| 09/10/25 | JRA | REVIEW LIPP CDS LETTER AND ATTACHMENTS RE CLAIM DISPUTE | 0.40 | 460.00 |
| 09/15/25 | JRA | REVIEW REVISED THRASIO ORDER | 0.10 | 115.00 |
| 09/15/25 | JRA | REVIEW INTERCHANGE SETTLEMENT MOTION AND RELATED MOTION TO SEAL | 0.60 | 690.00 |
| 09/17/25 | JRA | CORRESPOND WITH LANDLORD RE CLAIM STATUS | 0.40 | 460.00 |
| 09/18/25 | JRA | REVIEW REVISED THRASIO ORDER | 0.10 | 115.00 |
| 09/19/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING CLAIMS (.1): | 0.10 | 87.50 |
| 09/22/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING ADMIN CLAIMS (.2); CORRESPONDENCE WITH DEBTORS (.1); | 0.30 | 262.50 |
| 09/22/25 | JRA | FURTHER CORRESPONDENCE WITH MWS AND CS RE CLAIMS DISTRIBUTIONS AND ISSUES RE SAME | 0.30 | 345.00 |
| 09/23/25 | JRA | ANALYZE ADMIN CLAIM SUMMARY | 0.20 | 230.00 |
| 09/26/25 | MAS | REVIEW NOTICE RE: THIRD INTERIM DISTRIBUTION | 0.10 | 46.00 |
| 09/26/25 | JRA | ANALYZE THIRD DISTRIBUTION NOTICE (.6); CORRESPOND WITH CREDITORS AND MWS RE SAME (.3) | 0.90 | 1,035.00 |
| 09/28/25 | SLN | REVIEW THIRD NOTICE INTERIM PAYMENTS PURSUANT TO THE ADMINISTRATIVE EXPENSE CLAIMS PROCEDURES ORDER (.2); | 0.20 | 175.00 |

**COMMITTEE MATTERS AND CREDITOR MEETINGS**  0.60  580.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/17/25 | SLN | CORRESPONDENCE WITH UCC REGARDING 9019 AND COMMITTEE STATEMENT (.2); | 0.20 | 175.00 |
| 09/26/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO COMMITTEE (.1); CORRESPONDENCE WITH COMMITTEE (.1); | 0.20 | 175.00 |
| 09/26/25 | JRA | EMAILS WITH N. ROWLES RE UCC UPDATE EMAIL | 0.20 | 230.00 |

**CREDITOR INQUIRIES**  1.20  1,325.00

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 1018832 |
| --- | --- | --- |
|  | Client/Matter No. 68457-0001 | October 10, 2025 |
|  |  | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 09/14/25 | JRA | RESPOND TO CREDITOR INQUIRY RE CASE STATUS AND CLAIMS | 0.20 | 230.00 |
| 09/17/25 | JRA | RESPOND TO CREDITOR INQUIRY RE CASE STATUS AND CLAIMS | 0.30 | 345.00 |
| 09/22/25 | SLN | TELEPHONE CALL WITH CREDITOR; | 0.20 | 175.00 |
| 09/24/25 | JRA | CORRESPOND WITH CREDITOR RE CLAIMS AND DISTRIBUTIONS | 0.50 | 575.00 |

| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **12.90** | **7,040.50** |
| --- | --- | --- | --- | --- |
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 09/02/25 | JRA | REVISE FEE APP | 0.10 | 115.00 |
| 09/03/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING THIRD INTERIM FEE ORDER (.1); | 0.10 | 87.50 |
| 09/03/25 | MAS | REVIEW AND MAKE EDITS RE: PROPOSED THIRD INTERIM FEE ORDER (.8); CORRESPONDENCE WITH C. SAWYER RE: SAME (.1); CORRESPONDENCE WITH N. ROWLES AND C. AAS RE: SAME (.2) | 1.10 | 506.00 |
| 09/04/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING INTERIM FEE ORDER (.1); | 0.10 | 87.50 |
| 09/04/25 | MAS | FOLLOW UP EMAILS WITH ALIX AND DPW TEAMS RE: CS JUNE FEE APP | 0.10 | 46.00 |
| 09/04/25 | MAS | FURTHER REVIEW AND EDITS RE: THIRD INTERIM FEE ORDER (.6); RUN REDLINE RE: SAME (.1); FURTHER CORRESPONDENCE WITH N. ROWLES AND C. AAS RE: SAME (.2); CORRESPONDENCE WITH CS TEAM RE: SAME (.1) | 1.00 | 460.00 |
| 09/05/25 | SLN | CORRESPONDENCE WITH DEBTORS AND UCC PROFESSIONALS REGARDING INTERIM FEE ORDER (.1); | 0.10 | 87.50 |
| 09/05/25 | MAS | FURTHER EMAILS WITH C. SAWYER RE: THIRD INTERIM FEE ORDER (.1); FURTHER EMAILS WITH CS TEAM RE: SAME (.1) | 0.20 | 92.00 |
| 09/06/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING INTERIM FEE ORDER (.1); | 0.10 | 87.50 |
| 09/06/25 | JRA | CORRESPOND WITH M. SOLIMANI RE FEE APPS | 0.20 | 230.00 |
| 09/08/25 | MAS | CORRESPONDENCE WITH C. AAS RE: THIRD INTERIM FEE ORDER | 0.10 | 46.00 |
| 09/09/25 | MAS | FURTHER CORRESPONDENCE WITH C. AAS RE: THIRD INTERIM FEE ORDER | 0.10 | 46.00 |
| 09/10/25 | MAS | CORRESPONDECE WITH J. ALBERTO AND CS TEAM RE: FEES HOLDBACK (.2); CORRESPONDENCE WITH ALIX AND DPW TEAMS RE: SAME (.1) | 0.30 | 138.00 |
| 09/10/25 | MAS | DRAFT APPLICATION RE: CS AUGUST FEES | 1.50 | 690.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 1018832
Client/Matter No. 68457-0001  October 10, 2025
Page 4

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/10/25 | JRA | CORRESPOND WITH CS AND MWS RE FEE APPS | 0.20 | 230.00 |
| 09/12/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APPS (.1); | 0.10 | 87.50 |
| 09/12/25 | MAS | CORRESPONDENCE WITH N. ROWLES RE: MWS TENTH FEE APP CNO (.2); CORRESPONDENCE WITH L. MORTON RE: SAME (.1); REVIEW AND MAKE EDITS TO L. MORTON DRAFT RE: SAME (.2) | 0.50 | 230.00 |
| 09/12/25 | JRA | EMAILS WITH M. SOLIMANI RE FEE APP | 0.10 | 115.00 |
| 09/12/25 | LSM | DRAFT CNO REGARDING TENTH MONTHLY FEE APPLICATION FOR MWS AND FORWARD SAM E TO CS TEAM | 0.30 | 126.00 |
| 09/15/25 | LSM | UPDATE AND FILE CNO REGARDING TENTH MONTHLY FEE APPLICATION FOR MWS | 0.30 | 126.00 |
| 09/18/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPLICATIONS (.2); | 0.20 | 175.00 |
| 09/18/25 | MAS | REVIEW AND MAKE COMMENTS RE: FTI JULY/AUGUST FEE APP (.6); CORRESPONDENCE WITH C. AAS RE: SAME (.2); CORRESPONDENCE WITH L. MORTON RE: SAME (.2) | 1.00 | 460.00 |
| 09/18/25 | JRA | EMAILS WITH FTI AND CS RE FEE APP | 0.10 | 115.00 |
| 09/18/25 | JRA | EMAILS WITH CS AND FTI RE FEE APP | 0.20 | 230.00 |
| 09/18/25 | LSM | REVISE COMBINED TENTH MONTHLY FEE APPLICATION OF FTI CONSULTING AND FORWARD SAME TO M. SOLIMANI | 0.30 | 126.00 |
| 09/18/25 | LSM | UPDATE, FILE AND ORGANIZE SERVICE OF COMBINED TENTH MONTHLY FEE APPLICATION OF FTI CONSULTING | 0.40 | 168.00 |
| 09/22/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APP (.1); | 0.10 | 87.50 |
| 09/22/25 | MAS | REVIEW L. MORTON DRAFT RE: CS TENTH FEE APP CNO (.1); CORRESPONDENCE WITH J. ALBERTO RE: SAME (.1); CORRESPONDENCE WITH L. MORTON RE: SAME (.2); CORRESPONDENCE WITH ALIX AND DPW TEAMS RE: SAME (.1) | 0.50 | 230.00 |
| 09/22/25 | LSM | REVIEW AND FILE CNO REGARDING TENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.20 | 84.00 |
| 09/22/25 | JRA | EMAILS WITH SOLIMANI RE FEE APP | 0.10 | 115.00 |
| 09/22/25 | LSM | DRAFT CNO REGARDING TENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND CIRCULATE SAME TO CS TEAM WITH COMMENTS. | 0.30 | 126.00 |
| 09/23/25 | MMH | CORRESPONDENCE WITH N. ROWLES RE: PREPARATION OF MWS AUGUST FEE APP FOR FILING | 0.10 | 48.50 |
| 09/26/25 | MAS | DRAFT NOTICE RE: MWS AUGUST FEE APP (.1); CORRESPONDENCE WITH L. MORTON RE: SAME (.1); FINAL REVIEW BEFORE FILING RE: SAME (.1) | 0.30 | 138.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice Number | 1018832 |
| | Client/Matter No. 68457-0001 | | | October 10, 2025 |
| | | | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/26/25 | LSM | REVISE ELEVENTH MONTHLY FEE APPLICATION FOR MWS AND FORWARD SAME TO M. SOLIMANI | 0.30 | 126.00 |
| 09/26/25 | LSM | FILE AND ORGANIZE SERVICE OF ELEVENTH MONTHLY FEE APPLICATION FOR MWS | 0.40 | 168.00 |
| 09/30/25 | SLN | REVIEW OF AND REVISIONS TO CS FEE APPLICATION (.4); CORRESPONDENCE WITH CS TEAM (.1); | 0.50 | 437.50 |
| 09/30/25 | MMH | CORRESPONDENCE WITH CS TEAM RE: CS JULY LEDES DATA | 0.10 | 48.50 |
| 09/30/25 | MAS | EDITS RE: AUGUST CS FEE APP (.1); CORRESPONDENCE WITH S. NEWMAN RE: SAME (.1); CORRESPONDENCE WITH P. RATKOWIAK RE: SAME (.2) | 0.40 | 184.00 |
| 09/30/25 | PVR | EMAIL FROM AND TO M. SOLIMANI AND REVIEW, REVISE AND PREPARE COLE SCHOTZ ELEVENTH (AUGUST) FEE APPLICATION, NOTICE OF FEE APPLICATION AND EXHIBITS A – C FOR FILING | 0.40 | 170.00 |
| 09/30/25 | PVR | EFILE AND SERVE COLE SCHOTZ AUGUST FEE APPLICATION AND UPDATE CASE CALENDAR RE: OBJECTION DEADLINE | 0.40 | 170.00 |

| | | | | |
|---|---|---|---|---|
| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **17.30** | **15,796.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/05/25 | SLN | REVIEW REVISED D&O SETTLEMENT AGREEMENT (.2); | 0.20 | 175.00 |
| 09/05/25 | JRA | REVIEW REVISED D&O SETTLEMENT | 0.40 | 460.00 |
| 09/10/25 | SLN | REVIEW COMMENTS TO DRAFT SETTLEMENT AGREEMENT AND CORRESPONDENCE WITH KATTEN (.2); | 0.20 | 175.00 |
| 09/11/25 | JRA | REVIEW REVISIONS TO D&O SETTLEMENT (.1); CORRESPOND WITH MWS AND KATTEN RE SAME (.2) | 0.30 | 345.00 |
| 09/12/25 | SLN | REVIEW INTERCHANGE DEFENDANTS 9019 MOTION AND SUPPORTING DECLARATION (.9); REVIEW RELATED SEAL MOTION (.2); | 1.10 | 962.50 |
| 09/15/25 | SLN | REVIEW DRAFT INVESTIGATIVE REPORT (1.2); REVIEW DRAFT 9019, SUPPORTING DECLARATION AND PROPOSED ORDER (1.1); CORRESPONDENCE WITH D&O (.1); CORRESPONDENCE WITH DEBTORS (.1); REVIEW D&O COMMENTS TO DRAFT INVESTIGATIVE REPORT (.3); | 2.80 | 2,450.00 |
| 09/15/25 | JRA | FURTHER REVIEW OF D&O SETTLEMENT REVISIONS AND CORRESPOND WITH MWS AND KATTEN RE SAME | 0.40 | 460.00 |
| 09/15/25 | JRA | CORRESPOND WITH CS AND MWS RE INVESTIGATIVE REPORT AND D&O SETTLEMENT | 0.90 | 1,035.00 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 1018832
 Client/Matter No. 68457-0001  October 10, 2025
  Page 6

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/16/25 | SLN | REVIEW UCC COMMENTS TO DRAFT D&O SETTLEMENT (.1); REVIEW UCC COMMENTS TO DRAFT 9019 (.3); REVIEW UCC STATEMENT IN SUPPORT OF SETTLEMENT AGREEMENT AND REVISIONS THERETO (1.1); CORRESPONDENCE WITH D&O COUNSEL (.2); CORRESPONDENCE WITH DEBTORS COUNSEL (.2); REVIEW REVISED 9019 MOTION (.2); | 2.10 | 1,837.50 |
| 09/16/25 | JRA | ADDITIONAL EMAILS WITH MWS AND KATTEN RE D&O SETTLEMENT | 0.50 | 575.00 |
| 09/16/25 | JRA | REVIEW INVESTIGATIVE REPORT | 0.70 | 805.00 |
| 09/17/25 | SLN | CORRESPONDENCE WITH D&O COUNSEL AND DEBTORS REGARDING 9019, SETTLEMENT AGREEMENT AND UCC STATEMENT (.6); REVIEW REVISED SETTLEMENT AGREEMENT (.1); REVIEW REVISED UCC STATEMENT IN SUPPORT OF SETTLEMENT (.1); REVIEW REVISED 9019 MOTION (.1); CORRESPONDENCE WITH MDS AND CS TEAMS REGARDING FILINGS (.7): | 1.60 | 1,400.00 |
| 09/17/25 | MMH | ANALYZE STATEMENT IN SUPPORT RE: D+O SETTLEMENT | 0.20 | 97.00 |
| 09/17/25 | MAS | REVIEW DRAFT RE: STATEMENT IN SUPPORT OF SETTLEMENT (.6); CORRESPONDENCE WITH N. ROWLES RE: SAME (.2); CORRESPONDENCE WITH S. NEWMAN AND L. MORTON RE: SAME (.2) | 1.00 | 460.00 |
| 09/17/25 | MAS | REVIEW DRAFT RE: D&O SETTLEMENT AGREEMENT (.3); REVIEW DRAFT OF JOINT 9019 MOTION AND EXHIBITS RE: SAME (.6) | 0.90 | 414.00 |
| 09/17/25 | JRA | FURTHER CORRESPONDENCE WITH MWS, CS AND KATTEN RE SETTLEMENT DOCS AND FILING OF SAME | 1.30 | 1,495.00 |
| 09/17/25 | JRA | REVIEW FURTHER CORRESPONDENCE WITH MWS AND KATTEN RE D&O SETTLEMENT (.3); REVIEW OF REVISED DOCS (.3) | 0.60 | 690.00 |
| 09/17/25 | JRA | REVIEW DRAFT 9019 MOTION RE D&O SETTLEMENT | 0.50 | 575.00 |
| 09/18/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING 9019 MOTION AND SETTLEMENT (.2); CORRESPONDENCE WITH CS TEAM REGARDING STATEMENT IN SUPPORT (.2); | 0.40 | 350.00 |
| 09/18/25 | MAS | FURTHER CORRESPONDENCE WITH S. NEWMAN AND L. MORTON RE: STATEMENT IN SUPPORT RE: 9019 MOTION (.2); FINAL REVIEW AND EDITS RE: SAME (.3) | 0.50 | 230.00 |
| 09/18/25 | JRA | REVIEW ADDITIONAL REVISIONS TO SETTLEMENT DOCS AS FILED (.4) AND CORRESPONDENCE WITH CS AND MWS RE SAME (.3) | 0.70 | 805.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**  0.40  253.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 1018832
Client/Matter No. 68457-0001  October 10, 2025
Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/09/25 | MAS | CORRESPONDENCE WITH N. ROWLES RE: 9/11 HEARING (.1); REVIEW AGENDAS RE: SAME (.2) | 0.30 | 138.00 |
| 09/10/25 | JRA | REVIEW AGENDA CANCELLING HEARING | 0.10 | 115.00 |

**REORGANIZATION PLAN** — 0.60 — 552.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/22/25 | JRA | REVIEW EXCLUSIVITY MOTION | 0.40 | 460.00 |
| 09/26/25 | MAS | REVIEW MOTION TO EXTEND RE: EXCLUSIVE PERIODS | 0.20 | 92.00 |

**RETENTION MATTERS** — 0.30 — 290.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/16/25 | JRA | REVIEW SUPPLEMENTAL PERCY DECLARATION | 0.10 | 115.00 |
| 09/24/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING RETENTION (.2); | 0.20 | 175.00 |

TOTAL HOURS  46.40

PROFESSIONAL SERVICES:  $35,655.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Justin R. Alberto | Member | 14.20 | 1,150.00 | 16,330.00 |
| Larry S. Morton | Paralegal | 8.10 | 420.00 | 3,402.00 |
| Melissa M. Hartlipp | Associate | 0.40 | 485.00 | 194.00 |
| Michael A. Solimani | Associate | 11.20 | 460.00 | 5,152.00 |
| Pauline Z. Ratkowiak | Paralegal | 0.80 | 425.00 | 340.00 |
| Stacy L. Newman | Member | 11.70 | 875.00 | 10,237.50 |
| **Total** | | **46.40** | | **$35,655.50** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 08/01/25 | COURT FEES | 3.00 | 0.30 |
| 08/01/25 | COURT FEES | 2.00 | 0.20 |
| 08/04/25 | COURT FEES | 3.00 | 0.30 |
| 08/04/25 | COURT FEES | 1.00 | 0.10 |
| 08/04/25 | COURT FEES | 17.00 | 1.70 |
| 08/04/25 | COURT FEES | 1.00 | 0.10 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS         Invoice Number  1018832
       Client/Matter No. 68457-0001                                     October 10, 2025
                                                                        Page 8

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---:|---:|
| 08/04/25 | COURT FEES | 3.00 | 0.30 |
| 08/04/25 | COURT FEES | 3.00 | 0.30 |
| 08/07/25 | COURT FEES | 21.00 | 2.10 |
| 08/07/25 | COURT FEES | 30.00 | 3.00 |
| 08/07/25 | COURT FEES | 24.00 | 2.40 |
| 08/14/25 | COURT FEES | 3.00 | 0.30 |
| 08/14/25 | COURT FEES | 15.00 | 1.50 |
| 08/14/25 | COURT FEES | 2.00 | 0.20 |
| 08/14/25 | COURT FEES | 8.00 | 0.80 |
| 08/14/25 | COURT FEES | 12.00 | 1.20 |
| 08/14/25 | COURT FEES | 2.00 | 0.20 |
| 08/14/25 | COURT FEES | 11.00 | 1.10 |
| 08/14/25 | COURT FEES | 30.00 | 3.00 |
| 08/14/25 | COURT FEES | 7.00 | 0.70 |
| 08/14/25 | COURT FEES | 18.00 | 1.80 |
| 08/14/25 | COURT FEES | 30.00 | 3.00 |
| 08/14/25 | COURT FEES | 3.00 | 0.30 |
| 08/14/25 | COURT FEES | 17.00 | 1.70 |
| 08/14/25 | COURT FEES | 21.00 | 2.10 |
| 08/14/25 | COURT FEES | 4.00 | 0.40 |
| 08/14/25 | COURT FEES | 3.00 | 0.30 |
| 08/14/25 | COURT FEES | 30.00 | 3.00 |
| 08/14/25 | COURT FEES | 8.00 | 0.80 |
| 08/14/25 | COURT FEES | 3.00 | 0.30 |
| 08/14/25 | COURT FEES | 8.00 | 0.80 |
| 08/14/25 | COURT FEES | 4.00 | 0.40 |
| 08/14/25 | COURT FEES | 2.00 | 0.20 |
| 08/14/25 | COURT FEES | 10.00 | 1.00 |
| 08/14/25 | COURT FEES | 4.00 | 0.40 |
| 08/14/25 | COURT FEES | 6.00 | 0.60 |
| 08/14/25 | COURT FEES | 3.00 | 0.30 |
| 08/14/25 | COURT FEES | 3.00 | 0.30 |
| 08/14/25 | COURT FEES | 3.00 | 0.30 |
| 08/14/25 | COURT FEES | 3.00 | 0.30 |
| 08/14/25 | COURT FEES | 1.00 | 0.10 |
| 08/14/25 | COURT FEES | 8.00 | 0.80 |
| 08/14/25 | COURT FEES | 6.00 | 0.60 |
| 08/14/25 | COURT FEES | 21.00 | 2.10 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 1018832
Client/Matter No. 68457-0001  October 10, 2025
Page 9

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---:|---:|
| 08/14/25 | COURT FEES | 3.00 | 0.30 |
| 08/15/25 | COURT FEES | 2.00 | 0.20 |
| 08/15/25 | COURT FEES | 2.00 | 0.20 |
| 08/15/25 | COURT FEES | 2.00 | 0.20 |
| 08/15/25 | COURT FEES | 2.00 | 0.20 |
| 08/15/25 | COURT FEES | 3.00 | 0.30 |
| 08/15/25 | COURT FEES | 2.00 | 0.20 |
| 08/19/25 | COURT FEES | 30.00 | 3.00 |
| 08/19/25 | COURT FEES | 91.00 | 9.10 |
| 08/19/25 | COURT FEES | 177.00 | 17.70 |
| 08/22/25 | COURT FEES | 8.00 | 0.80 |
| 08/22/25 | COURT FEES | 3.00 | 0.30 |
| 08/22/25 | COURT FEES | 3.00 | 0.30 |
| 08/22/25 | COURT FEES | 3.00 | 0.30 |
| 08/22/25 | COURT FEES | 2.00 | 0.20 |
| 08/22/25 | COURT FEES | 7.00 | 0.70 |
| 08/22/25 | COURT FEES | 5.00 | 0.50 |
| 08/22/25 | COURT FEES | 3.00 | 0.30 |
| 08/22/25 | COURT FEES | 15.00 | 1.50 |
| 08/22/25 | COURT FEES | 3.00 | 0.30 |
| 08/22/25 | COURT FEES | 11.00 | 1.10 |
| 08/29/25 | COURT FEES | 3.00 | 0.30 |
| 08/29/25 | COURT FEES | 13.00 | 1.30 |
| 08/29/25 | COURT FEES | 12.00 | 1.20 |
| 08/29/25 | COURT FEES | 3.00 | 0.30 |

**Total** **$82.50**

TOTAL SERVICES AND COSTS: $ 35,738.00

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS Client/Matter No. 68457-0001 | | Invoice Number 1018832 October 10, 2025 Page 10 |

**TASK SUMMARY**

| **TASK CODE** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|
| DM05 | CASE ADMINISTRATION | 8.20 | 5,066.50 |
| DM06 | CASH COLLATERAL AND DIP FINANCING | 0.90 | 414.00 |
| DM07 | CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS | 4.00 | 4,338.50 |
| DM08 | COMMITTEE MATTERS AND CREDITOR MEETINGS | 0.60 | 580.00 |
| DM09 | CREDITOR INQUIRIES | 1.20 | 1,325.00 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 12.90 | 7,040.50 |
| DM21 | LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF) | 17.30 | 15,796.00 |
| DM24 | PREPARATION FOR AND ATTENDANCE AT HEARINGS | 0.40 | 253.00 |
| DM27 | REORGANIZATION PLAN | 0.60 | 552.00 |
| DM29 | RETENTION MATTERS | 0.30 | 290.00 |
| | **Total** | **46.40** | **$35,655.50** |