## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FORMER BL STORES, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 23, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Approving Joint Stipulation Allowing Applications for Administrative Expenses of Meta Platforms, Inc. And Horizon Media LLC [Docket No. 3256]

Dated: October 24, 2025

                                                                                 */s/ Nelson Crespin*
                                                                                      Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 24, 2025, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

SRF 92653

**Exhibit A**

Exhibit A
Notice Parties Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Arentfox Schiff LLP | Attn: James E. Britton, George P. Angelich | James.Britton@afslaw.com; George.Angelich@afslaw.com |
| Loeb & Loeb LLP | Attn: William M. Hawkins, Noah Weingarten | nweingarten@loeb.com; whawkins@loeb.com |