## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 3140** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 3140

**PLEASE TAKE NOTICE** that on November 3, 2025, the United States Bankruptcy Court for the District of Delaware entered the *Order Approving Stipulation Regarding Sedgwick Claims Management Services' Motion for Allowance and Immediate Payment of Administrative Expense Claims* [Docket No. 3296] (the "Order").[2] The Order approved the Stipulation between Sedgwick Claims Management Services ("Sedgwick") and the above-captioned debtors (the "Debtors"), resolving the Motion in connection with Sedgwick's Post-Closing Administrative Claim.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, Sedgwick hereby withdraws the document listed below without prejudice:

- *Sedgwick Claims Management Services' Motion for Allowance and Immediate Payment of Administrative Expense Claims* [Docket No. 3140]

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ogio, LLC (7868); Former Furniture Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution, LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used, but not defined herein shall have the meanings ascribed to them in the Order.

IMPAC - 12545035v.1

| | |
|---|---|
| Dated: November 3, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sameen Rizvi*<br>Aaron H. Stulman (No. 5807)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: astulman@potteranderson.com<br>            srizvi@potteranderson.com<br><br>-and-<br><br>Lloyd A. Lim, Esq.<br>Kristina P. Tipton, Esq.<br>Rachel T. Kubanda, Esq.<br>**KEAN MILLER LLP**<br>Pennzoil South Tower<br>711 Louisiana Street, Suite 1800<br>Houston, Texas 77002<br>Telephone: (713) 844-3000<br>Facsimile: (713) 844-3030<br>Email: lloyd.lim@keanmiller.com<br>            kristina.tipton@keanmiller.com<br>            rachel.kubanda@keanmiller.com<br><br>*Counsel for Sedgwick Claims Management Services, Inc.* |

IMPAC - 12545035v.1