IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | Jointly Administered |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR NOVEMBER 4, 2025, AT 1:00 P.M. (ET)**

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.
>
> Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

**ADJOURNED MATTERS**

1. Motion of Katie J. Jennings and Allen Jennings for Relief from the Automatic Stay (D.I. 2047, filed 2/21/25).

   Objection Deadline: March 18, 2025, at 4:00 p.m. (ET).

   Responses Received: None at this time.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Amended items appear in **bold**.

Related Documents: None at this time.

Status:  This matter is adjourned to a date to be determined.

2. Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2712, filed 5/8/25).

Objection Deadline:    May 22, 2025, at 4:00 p.m. (ET).

Responses Received:

a) Certain Texas Taxing Entities' Objection to Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2783, filed 5/22/25).

b) Objection of Tax Appraisal District of Bell County, Bowie Central Appraisal District, Brown County Appraisal District, Comal Appraisal District, Fort Bend Central Appraisal District, Harrison Central Appraisal District, McLennan Central Appraisal District, Midland Central Appraisal District, Travis Central Appraisal District, and Central Appraisal District of Taylor County in Opposition to Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2784, filed 5/22/25).

c) Texas Property Tax Authorities' Objection to Debtors' Motion to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2786, filed 5/22/25).

d) Texas Property Tax Authorities' Corrected Objection to Debtors' Motion to Determine Tax Liability and Stay Proceedings (D.I. 2712) (D.I. 2793, filed 5/22/25).

Related Documents:

a) Certification of Counsel Regarding Order Granting Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2892, filed 6/18/25).

b) Order Granting Motion of Debtors to Determine Tax Liability and Stay Proceedings (D.I. 2894, entered 6/18/25).

Status: An order was entered resolving D.I. Nos. 2783, 2784, and 2793 as to certain claims. With respect to the remaining claims, this matter is adjourned to a date to be determined.

3.     Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732, filed 5/13/25).

    Objection Deadline: May 27, 2025, at 4:00 p.m. (ET).

    Responses Received:

    a)     Objection of the McCreary Texas Tax Appraisal Districts to the Motion to Extend Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732) (D.I. 2800, filed 5/27/25).

    b)     Joint Objection of the Texas Taxing Authorities to the Debtors' Motion to Extend Deadlines Under Section 505 of the Bankruptcy Code (D.I. 2732) (D.I. 2801, filed 5/27/25).

    Related Documents: None at this time.

    Status: This matter is adjourned to a date to be determined.

## MATTERS UNDER CERTIFICATION

4.     Motion of Perc Wallace for Relief from the Automatic Stay (D.I. 3247, filed 10/20/25).

    Objection Deadline: October 28, 2025, at 4:00 p.m. (ET); extended to October 30, 2025.

    Responses Received: None.

    Related Documents:

    a)     Certification of Counsel Regarding Order Approving Stipulation Granting Perc Wallace Relief from the Automatic Stay to Proceed in Civil Action (D.I. 3259, filed 10/24/25).

    Status: On October 24, 2025, the Debtors filed a proposed order under certification of counsel with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court has questions.

## MATTERS GOING FORWARD

5.     Sedgwick Claims Management Services' Motion for Allowance and Immediate Payment of Administrative Expense Claims (D.I. 3140, filed 9/5/25).

    Objection Deadline: September 19, 2025; extended by agreement of the parties to October 30, 2025, at 11:59 p.m. (ET).

    Responses Received: None.

Related Documents:

a) Amended Notice of Hearing (D.I. 3244, filed 10/17/25).

b) **Certification of Counsel Regarding Stipulation Regarding Sedgwick Claims Management Services' Motion for Allowance and Immediate Payment of Administrative Expense Claims (D.I. 3295, filed 10/31/25).**

c) **Order Approving Stipulation Regarding Sedgwick Claims Management Services' Motion for Allowance and Immediate Payment of Administrative Expense Claims (D.I. 3296, entered 11/3/25).**

**Status: An order has been entered. No hearing is necessary.**

6. Motion by Gordon Brothers Retail Partners, LLC Seeking an Order (A) Enforcing Asset Purchase Agreement and Sale Approval Order, (B) Compelling Turnover of Monies by PayPal, Inc. and (C) Granting Related Relief (D.I. 3224, filed 10/8/25).

   Objection Deadline:   October 22, 2025, at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Documents:   None.

   Status: This matter is going forward. The Debtors do not oppose the relief requested in the motion.

7. Motion of Debtors for Entry of Order (I) Converting Chapter 11 Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief (D.I. 3261, filed 10/25/25).

   Objection Deadline:   October 31, 2025, at 4:00 p.m. (ET).

   Responses Received:

   a) **Objection of Lipp CDS, Inc. to Motion of Big Lots, Inc., et al for Conversion of Chapter 11 Case to Chapter 7 (D.I. 3292, filed 10/31/25).**

   b) **United States Trustee's Objection to the Motion of Debtors for Entry of Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief (D.I. 3293, filed 10/31/25).**

Related Documents:

a) Motion to Shorten Notice of Motion of Debtors for Entry of Order (I) Converting Chapter 11 Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief (D.I. 3262, filed 10/24/25).

b) Order Shortening Notice of Motion of Debtors for Entry of Order (I) Converting Chapter 11 Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief (D.I. 3264, entered 10/27/25).

c) Amended Notice of Motion of Debtors for Entry of Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief (D.I. 3266, filed 10/27/25).

d) **Debtors' Reply in Further Support of Motion of Debtors for Entry of Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief (D.I. 3298, filed 11/3/25).**

Status: This matter is going forward. **On November 3, 2025, the Debtors filed a revised proposed form of order at Docket No. 3298-2. The Debtors will seek approval of this order at the hearing.**

*[Remainder of Page Intentionally Left Blank]*

Dated: November 4, 2025
Wilmington, Delaware

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Casey B. Sawyer*
        Robert J. Dehney, Sr. (No. 3578)
        Andrew R. Remming (No. 5120)
        Daniel B. Butz (No. 4227)
        Sophie Rogers Churchill (No. 6905)
        Casey B. Sawyer (No. 7260)
        1201 N. Market Street, 16th Floor
        Wilmington, DE 19801
        Tel: (302) 658-9200
        rdehney@morrisnichols.com
        aremming@morrisnichols.com
        dbutz@morrisnichols.com
        srchurchill@morrisnichols.com
        csawyer@morrisnichols.com

        -and-

        DAVIS POLK & WARDWELL LLP
        Brian M. Resnick (admitted *pro hac vice*)
        Adam L. Shpeen (admitted *pro hac vice*)
        Stephen D. Piraino (admitted *pro hac vice*)
        Ethan Stern (admitted *pro hac vice*)
        Kevin L. Winiarski (admitted *pro hac vice*)
        450 Lexington Avenue
        New York, NY 10017
        Tel.: (212) 450-4000
        brian.resnick@davispolk.com
        adam.shpeen@davispolk.com
        stephen.piraino@davispolk.com
        ethan.stern@davispolk.com
        kevin.winiarski@davispolk.com

        *Counsel to the Debtors and Debtors in Possession*