## SIGN-IN SHEET

| CASE NAME   Former BL Stores, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11967 JKS | DATE:  11/4/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Steven Fox | Kramer + Braunstein | GBRP |
| Greg Taylor | Ashby + Geddes | GBRP |
| Stacy Newman | Cole Schotz | Committee |
| Adam Shpeen | Davis Polk | Debtors |
| Stephen Piraino | | |
| Matthew Brock | | |
| Kevin Winiarski | | |
| Andrew Ramming | Morris Nichols | |
| Sophie Churchill | Morris Nichols | |
| Maggie Vesper | Ballard Spahr  LLP | Certain Landlords |
| | | |
| | | |
| | | |
| | | |

## SIGN-IN SHEET

| CASE NAME   Former BL Stores, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER:  24-11967 JKS | DATE:  11/4/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Linda Casey | UST | UST |
| Margaret Manip | GBBB | Perc Wallace |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

<u>1:00 PM</u>

A

**24-11967-JKS Former BL Stores, Inc.**

| Party | Firm | Representing | Time | Via | Participant |
|-------|------|-------------|------|-----|-------------|
| Julie A. Aberasturi | Cole Schotz P.C. | UCC | 1:00 PM | Zoom(Video and Audio) | yes |
| Rick Archer | Law360 | | 1:00 PM | Audio Only | no |
| Darren Azman | McDermott Will & Schulte LLP | UCC | 1:00 PM | Zoom(Video and Audio) | yes |
| Susan Barilich | Susan Barilich PC | Lipp CDS, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Matthew Brock | Davis Polk | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Ronald D. P. Bruckmann | Shumaker, Loop & Kendrick, LLP | Home Meridian International | 1:00 PM | Zoom(Video and Audio) | yes |
| Daniel B. Butz | Morris, Nichols, Arsht & Tunnell LLP | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Hazel Chang | Wilshire Law Firm | Alicia Brown | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Roza Chervinsky | roza.chervinsky@ octus.com | | 1:00 PM | Audio Only | no |
| Jarrod Clarrey | Alix Partners | Party in Interest | 1:00 PM | Zoom(Video and Audio) | yes |
| Catherine Corey | catherine@9fin.com | catherine@9fin.com | 1:00 PM | Audio Only | no |
| Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Lauren Eastburn | Potter Anderson & Corroon LLP | Sedgwick Claims Management Services, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Michael Seth Etkin | Lowenstein Sandler LLP | Corpus Christi Firefighters Retirement System | 1:00 PM | Zoom(Video and Audio) | yes |
| Niclas A Ferland | Barclay Damon LLP | Benenson Capital, DLC, National Realty | 1:00 PM | Audio Only | yes |
| Stephen E. Fox | Riemer & Braunstein LLP | Gordon Brothers Retail Partners | 1:00 PM | Zoom(Video and Audio) | yes |
| Nicole M. Fulfree | Lowenstein Sandler | Corpus Christi Firefighters Retirement System | 1:00 PM | Zoom(Video and Audio) | yes |
| Clara Geoghegan | Law360 | | 1:00 PM | Audio Only | no |

| Kristin Going | McDermott Will & Schulte LLP | UCC | 1:00 PM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| Ivan M Gold | Allen Matkins Leck Gamble Mallory & Natsis LLP | Multiple landlords | 1:00 PM | Zoom(Video and Audio) | yes |
| Uday Gorrepati | | | 1:00 PM | Audio Only | no |
| William Graves | Lyfe Law, LLP | Destiny Gibson | 1:00 PM | Zoom(Video and Audio) | yes |
| Micah Groppo | Lotus Bakeries North America, Inc. | micah.groppo@lotusbakeries.com | 1:00 PM | Zoom(Video and Audio) | yes |
| James Haithcock | Burr & Forman LLP | Comenity Bank | 1:00 PM | Zoom(Video and Audio) | yes |
| Taylor Harrison | | | 1:00 PM | Audio Only | no |
| Patrick Holohan | | | 1:00 PM | Audio Only | no |
| Audrey Hornisher | Clark Hill PLC | SanTan, Exeter, et al. | 1:00 PM | Zoom(Video and Audio) | yes |
| Ricky Hutchens | Kean Miller LLP | Sedgwick Claims Management Services, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |

| John Lawrence | Morris Nichols Arsht & Tunnell | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| Robert LeHane | Kelley Drye & Warren LLP | Landlord creditors | 1:00 PM | Zoom(Video and Audio) | yes |
| Stacy Lutkus | McDermott Will & Schulte LLP | UCC | 1:00 PM | Zoom(Video and Audio) | yes |
| Sean McGrane | Squire Patton Boggs (US) LLP | | 1:00 PM | Audio Only | yes |
| Maura McIntyre | Squire Patton Boggs (US) LLP | | 1:00 PM | Audio Only | yes |
| Kent Percy | Alix Partners | Party in Interest | 1:00 PM | Zoom(Video and Audio) | yes |
| Stephen Piraino | Davis Polk | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Andrew R. Remming | Morris, Nichols, Arsht & Tunnell LLP | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Brian Resnick | Davis Polk | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Jeffrey Rhodes | Tayman Lane Chaverri LLP | jrhodes@tlclawfirm.com | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Sameen Rizvi | Potter Anderson & Corroon LLP | Sedgwick Claims Management Services, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Dana Robbins-Boehner | Burr & Forman LLP | CTO Realty | 1:00 PM | Zoom(Video and Audio) | yes |
| Sophie Rogers Churchill | Morris Nichols Arsht & Tunnell | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Natalie Rowles | McDermott Will & Schulte LLP | UCC | 1:00 PM | Zoom(Video and Audio) | yes |
| Maria Aprile Sawczuk | Goldstein & McClintock LLLP | RESPAWN | 1:00 PM | Zoom(Video and Audio) | yes |
| Casey Sawyer | Morris Nichols Arsht and Tunnell | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Edward L. Schnitzer | Womble Bond Dickinson (US) LLP | Sakar | 1:00 PM | Zoom(Video and Audio) | yes |
| Allison Selick | Kelley Drye & Warren LLP | Landlord creditors | 1:00 PM | Zoom(Video and Audio) | yes |
| Angelica Serrano-Roman | Bloomberg Law | Media | 1:00 PM | Audio Only | no |
| Erin Powers Severini | Frost Brown Todd LLC | WPG Legacy, LLC | 1:00 PM | Zoom(Video | yes |

| | | | | and Audio) | |
|---|---|---|---|---|---|
| Michael A. Solimani | Cole Schotz P.C. | UCC | 1:00 PM | Zoom(Video and Audio) | yes |
| Aaron H. Stulman | Potter Anderson & Corroon LLP | Sedgwick Claims Management Services, Inc. | 1:00 PM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 1:00 PM | Audio Only | no |
| Ellsworth Summers | Burr & Forman LLP | CTO Realty | 1:00 PM | Zoom(Video and Audio) | yes |
| Cathy Ta | legalteam@reorg.com | legalteam@reorg.com | 1:00 PM | Audio Only | no |
| Gregory A. Taylor | Ashby & Geddes, P.A. | Gordon Brothers Retail Partners | 1:00 PM | Zoom(Video and Audio) | yes |
| Amanda Tersigni | Cole Schotz P.C. | UCC | 1:00 PM | Zoom(Video and Audio) | yes |
| Brianna Turner | Morris Nichols Arsht and Tunnell | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| Margaret A Vesper | Ballard Spahr LLP | Certain Landlords | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| [videoconferencing Videoconferencing](#) | Morris Nichols Arsht & Tunnell | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |
| [DVIR W&Z WEINBERG](#) | dweinberg@trcmllc.com | dweinberg@trcmllc.com | 1:00 PM | Zoom(Video and Audio) | yes |
| [Robbie Westermann](#) | Spotts Fain PC | rwestermann@spottsfain.com | 1:00 PM | Zoom(Video and Audio) | yes |
| [Erin L. Williamson](#) | Ballard Spahr LLP | Certain Landlords | 1:00 PM | Zoom(Video and Audio) | yes |
| [Kevin Winiarski](#) | Davis Polk | Debtor | 1:00 PM | Zoom(Video and Audio) | yes |