**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 : |
| **BIG LOTS, INC.,** *et al.*,[1] | : Case No. 24-11967 (JKS) : (Jointly Administered) |
| Debtors. | : : Re: D.I. 1702 : |

## NOTICE OF WITHDRAWAL OF D.I. NO. 1702

**PLEASE TAKE NOTICE** that Bayshore Mall 1A, LLC, Bayshore Mall 1B, LLC, and Bayshore Mall 2, LLC (c/o Pintzuk Organization), successor in interest to Bayshore Mall Acquisition, LLC, through undersigned counsel, hereby withdraws its *Motion to Compel Immediate Payment of Post-Petition Rent and Lease Obligations Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b)(1)(A)* (the "Motion") [D.I. 1702] filed on January 14, 2025 without prejudice.

Respectfully submitted,

Dated: November 5, 2025

By: */s/ Leslie B. Spoltore*
Leslie B. Spoltore, Esquire
Edmond M. George, Esquire (*pro hac vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
123 South Justison Street, Suite 100
Wilmington, DE 19801
Phone: (302) 238-6947
Email: leslie.spoltore@obermayer.com
        edmond.george@obermayer.com

*Counsel to Bayshore Mall 1A, LLC, Bayshore Mall 1B, LLC, and Bayshore Mall 2, LLC*

---

[1] The debtors and debtors in possession in these Chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

4922-1826-1622 v1