**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re D.I. 3240** |

**CERTIFICATE OF NO OBJECTION REGARDING TWELFTH MONTHLY FEE STATEMENT OF DAVIS POLK & WARDWELL LLP, AS BANKRUPTCY COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD AUGUST 1, 2025, THROUGH AND INCLUDING AUGUST 31, 2025**

The undersigned counsel to the debtors and debtors in possession (the "**Debtors**") hereby certify that, as of the date hereof, they have received no answer, objection or other responsive pleading to the *Twelfth Monthly Fee Statement of Davis Polk & Wardwell, LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2025, Through and Including August 31, 2025* [D.I. 3240] (the "**Application**"), filed on October 15, 2025.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

The undersigned counsel further certifies that no answer, objection or other responsive pleading to the Application appears on the Court's docket in these cases. Objections to the approval of the Application were to be filed and served no later than November 5, 2025, at 4:00 p.m. (ET).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [D.I. 519] entered on October 17, 2024, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Application less the agreed reductions, upon the filing of this Certificate of No Objection without any further court order. The chart below details the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $111,531.00 | $836.80 | $89,224.80 | $90,061.60 |

*[Remainder of page left intentionally blank]*

Dated: November 6, 2025
      Wilmington, Delaware

                      **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                      /s/ *Brianna N. V. Turner*
                      Robert J. Dehney, Sr. (No. 3578)
                      Andrew R. Remming (No. 5120)
                      Daniel B. Butz (No. 4227)
                      Sophie Rogers Churchill (No. 6905)
                      Brianna N. V. Turner (No. 7468)
                      1201 N. Market Street, 16th Floor
                      Wilmington, DE 19801
                      Tel: (302) 658-9200
                      rdehney@morrisnichols.com
                      aremming@morrisnichols.com
                      dbutz@morrisnichols.com
                      srchurchill@morrisnichols.com
                      bturner@morrisnichols.com

                      *-and-*

                      **DAVIS POLK & WARDWELL LLP**

                      Brian M. Resnick (admitted *pro hac vice*)
                      Adam L. Shpeen (admitted *pro hac vice*)
                      Stephen D. Piraino (admitted *pro hac vice*)
                      Ethan Stern (admitted *pro hac vice*)
                      Kevin L. Winiarski (admitted *pro hac vice*)
                      450 Lexington Avenue
                      New York, NY 10017
                      Tel.: (212) 450-4000
                      brian.resnick@davispolk.com
                      adam.shpeen@davispolk.com
                      stephen.piraino@davispolk.com
                      ethan.stern@davispolk.com
                      kevin.winiarski@davispolk.com

                      *Counsel to the Debtors and Debtors in Possession*