# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 1898, 1941, 2110, 2214, 3256** |

## CERTIFICATION OF COUNSEL REGARDING PAYMENT OF ADMINISTRATIVE EXPENSES OF META PLATFORMS, INC. AND HORIZON MEDIA LLC

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certify as follows:

1. On October 23, 2025, the Court entered the *Order Approving Joint Stipulation Allowing Applications for Administrative Expenses of Meta Platforms, Inc. and Horizon Media, LLC* [Docket No. 3256] (the "Original Stipulation Order"). The Original Stipulation Order, together with all exhibits thereto, is incorporated by reference and made a part hereof as if fully set forth herein. Capitalized terms used but not otherwise defined shall have the meanings given to them in the Original Stipulation Order.

2. After entry of the Original Stipulation Order, the Debtors erroneously paid to

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Horizon an amount equal to $81,311.96 (the "Meta Payment"). The Meta Payment represents a pro rata distribution owed to Meta on account of the Allowed Meta Administrative Expense.

3. The Debtors and the Movants have engaged in good faith negotiations and have agreed to enter into a stipulation (the "Stipulation") to facilitate payment of the Meta Payment to Meta.

4. A copy of the Stipulation is attached as Exhibit A to the proposed form of order (the "Proposed Order"), attached hereto as **Exhibit 1**.

5. Counsel to each of the Movants has reviewed the Proposed Order and has agreed to its entry.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order, substantially in the form attached hereto as **Exhibit 1**, at its earliest convenience.

Dated: November 6, 2025

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Sophie Rogers Churchill*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

**DAVIS POLK & WARDWELL LLP**

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
Kevin L. Winiarski (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com
kevin.winiarski@davispolk.com

*Counsel to the Debtors and Debtors in Possession*