## Exhibit A

Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 1898, 1941, 2110, 2214** |

**JOINT STIPULATION REGARDING PAYMENT OF ADMINISTRATIVE
EXPENSES OF META PLATFORMS, INC. AND HORIZON MEDIA LLC**

This stipulation ("Stipulation") is made as of the [4th] day of November 2025 (the "Effective Date") by and among: (i) Former BL Stores, Inc., and its affiliated debtors (the "Debtors") in the chapter 11 cases jointly administered under Case No. 24-11967 (the "Chapter 11 Cases") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), (ii) Meta Platforms, Inc. ("Meta"), and (iii) Horizon Media LLC a/k/a Horizon, LLC ("Horizon"). The Debtors, Meta, and Horizon are each sometimes individually referred to herein as a "Party" and are collectively sometimes referred to herein as the "Parties."

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

## RECITALS

A.      On October 23, 2025, the Court entered the *Order Approving Joint Stipulation Allowing Applications for Administrative Expenses of Meta Platforms, Inc. and Horizon Media, LLC* [Docket No. 3256] (the "Original Stipulation Order").  The Original Stipulation Order, together with all exhibits thereto, is incorporated by reference and made a part hereof as if fully set forth herein.  Capitalized terms used but not otherwise defined shall have the meanings given to them in the Original Stipulation Order.

B.      After entry of the Original Stipulation Order, the Debtors erroneously paid to Horizon an amount equal to $81,311.96 (the "Meta Payment").  The Meta Payment represents a pro rata distribution owed to Meta on account of the Allowed Meta Administrative Expense.

C.      The Debtors and the Movants have engaged in good faith negotiations and have agreed to enter into a stipulation (the "Stipulation") to facilitate payment of the Meta Payment to Meta.

## NOW, THEREFORE, IT IS STIPULATED AND AGREED, THAT:

1.      The above Recitals are incorporated by reference as if fully set forth herein and made a part hereof.  Capitalized terms used but not otherwise defined shall have the meanings given to them in the Original Stipulation Order.

2.      Horizon is authorized to transmit the Meta Payment received from the Debtors to Meta on written instructions that Meta provides to Horizon.  The Debtors' transmission of the Meta Payment to Horizon does not constitute a transfer for purposes of 11 U.S.C. §§ 548, 549 or 550 or any state law equivalent, and the Debtors, on behalf of themselves, any successor (including any chapter 7 trustee), and the estates, hereby release, acquit, and discharge Horizon and Meta

from any claim that the Debtors may have in connection with the Meta Payment of funds, including without limitation, under 11 U.S.C. §§ 548 549 , or 550 or any state law equivalent.

3.      The Debtors shall continue to make payments to Meta and Horizon thereafter in accordance with the Administrative Expense Procedures Order, respectively, until the Allowed Administrative Expenses are paid in full, as set forth in and pursuant to the provisions of the Original Stipulation Order.

4.      The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Stipulation.

[*Remainder of Page Intentionally Left Blank; Signature Page to Follow*]

Dated: November 6, 2025

**ARENTFOX SCHIFF LLP**

/s/ James E. Britton
_____
George P. Angelich (admitted *pro hac vice*)
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Tel: (212) 457-5423
George.Angelich@afslaw.com

James E. Britton (admitted *pro hac vice*)
800 Boylston Street, 32nd Floor
Boston, MA 02199
Tel: (617) 973-6102
James.Britton@afslaw.com

*Counsel for Meta Platforms, Inc.*

**LOEB & LOEB LLP**

/s/ Noah Weingarten
_____
William M. Hawkins
Noah Weingarten
345 Park Avenue
New York, New York 10154
(212) 407-4000
whawkins@loeb.com
nweingarten@loeb.com

*Counsel for Horizon Media LLC*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ Sophie Rogers Churchill
_____
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Tel: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

-and-

**DAVIS POLK & WARDWELL LLP**
Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
Kevin L. Winiarski (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com
kevin.winiarski@davispolk.com

*Counsel to the Debtors and Debtors in Possession*