## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **FORMER BL STORES, INC., et al.,** | Case No. 24-11967 (JKS) |
|  | (Jointly Administered) |
| **Debtors.** |  |

### NOTICE OF CHANGE OF FIRM ADDRESS

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective June 16, 2025, the address of counsel for the attorney for Rim Country Mall SPE, LLC and Oliver Plaza SPE, LLC is as follows:

> HILL, FARRER & BURRILL LLP
> Attn: Daniel J. McCaryhy
> City National Plaza
> 515 S. Flower Street, 7th Floor
> Los Angeles, CA 90071

Our main telephone and fax numbers and email address will remain the same.

**HILL, FARRER & BURRILL LLP**

By */s/ Daniel J. McCarthy*
    Daniel J. McCarthy
(CA Bar No. 101081)
515 S. Flower Street, 7th Fl.
Los Angeles, CA 90071
Telephone: (213) 621-0802
Facsimile: (213) 624-4840
Email: dmccarthy@hillfarrer.com
*Attorneys for Rim Country Mall SPE, LLC and Oliveira Plaza SPE, LLC*

1

# CERTIFICATE OF SERVICE

I, Sonia Padilla, declare:

I hereby certify that I am over the age of 18 and not a party to the within action; my business address is 515 S. Flower Street, 7th Floor, Los Angeles, California 90071. I also certify that on November 7, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record.

*/s /Sonia Padilla*
SONIA PADILLA