IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FORMER BL STORES, INC., et al., | Case No. 24-11967 (JKS) |
| Debtors.[1] | Jointly Administered<br>**Related to D.I. 2989 and 3057** |

MEMORANDUM OPINION[2]

Before the Court is the Debtors' Objection to Lipp CDS, Inc.'s Proof of Claim (the "Objection").[3]  For the reasons set forth below, the Court will sustain the Objection.

**Procedural Background**

On July 8, 2025,[4] Lipp CDS, Inc. ("Lipp"), a California licensed real estate broker ("Broker"), filed Proof of Claim No. 10731 (the "Claim") asserting an administrative priority

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] This Opinion constitutes the findings of fact and conclusions of law required by Fed. R. Bankr. P. 7052. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (b)(2)(B). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

[3] D.I. 2989 (Debtor's Objection to Lipp CDS, Inc.'s Proof of Claim).

[4] The general bar date for filing proofs of claim was originally December 30, 2024 (D.I. 1188) and was subsequently extended until January 31, 2024 (D.I. 1531). On May 28, 2025, Lipp filed the Motion of Lipp CDS, Inc. for Leave to File Proof of Claim After Claims Bar Deadline (D.I. 2808). The Debtors and Lipp consensually resolved that motion through a Joint Stipulation By and Among the Debtors and Lipp CDS, Inc. Resolving Motion of Lipp CDS, Inc. for Leave to File Proof of Claim After Claims Bar Deadline, which was approved by the Court (D.I. 2917) (the "Stipulation Order").

1

claim against Debtor Big Lots, Inc., in the amount of $62,595.94.[5]  On July 22, 2025, the

Debtors filed the Objection.  On August 5, 2025, Lipp filed its reply (the "Reply"),[6] including the

Declaration of Deron Conway ("Conway").

On September 8, 2025, the parties filed a joint letter consenting to the Court issuing a

ruling on the Objection without further hearing on the matter.[7]  The parties also consent to the

admission of Lipp Exhibits 1-10,[8] and of the Court taking judicial notice of the decision in *Big*

*Lots Stores PNS LLC v. 6351 Westminster Blvd LLC,* Case No. SACV 24-757-MWF (JDEx),

2024 WL 4103564 (C.D. Cal. Aug. 8, 2024) (the "District Court Decision").

## Facts

On February 2, 2023, Debtor Big Lots Stores – PNS, LLC ("Seller") entered into a

purchase agreement (the "Original Purchase Agreement") with 6351 Westminster Blvd, LLC

("Buyer") governing the sale to Buyer by Seller (the "Original Westminster Sale") of the land,

easements, appurtenances, and improvements located at 6351 Westminster Blvd., Westminster,

CA 92683 (the "Westminster Property").[9]

---

[5] D.I. 3143, Annex A (Joint Letter of the Debtors and Lipp CDS, Inc. Regarding Lipp CDS, Inc.'s Proof of Claim) (the "Joint Letter").

[6] D.I. 3057 (Response to Debtor's Objection to Proof of Claim of Lipp CDS, Inc.).

[7] D.I. 3143 (Joint Letter).

[8] *See* D.I. 3143 (Joint Letter).  The Court relies upon, and cites to, the following exhibits that were attached to the Joint Letter (D.I. 3143): Annex A: Lipp CDS Proof of Claim No. 10731; Exhibit 1: State of California Department of Real Estate (Lipp CDS Inc License); Exhibit 2: State of California Department of Real Estate (Conway License); Exhibit 3: Commission Agreement (as defined herein); Exhibit 4: Commission Agreement; Exhibit 5: Original Purchase Agreement, dated February 2, 2023 (executed); Exhibit 6: the Westminster Sale Motion (as defined herein); Exhibit 7: the Sale Order (as defined herein); Exhibit 8: Amended Purchase Agreement (as defined herein); Exhibit 9: Chicago Title Insurance Company Closing Statement, dated January 31, 2025; and Exhibit 10: December 19, 2024, Hearing Transcript (collectively, the "Exhibits").

[9] D.I. 3143 (Joint Letter), Ex 5.

Seller, Lipp, and Conway (Agent/Salesperson) entered into a Client Registration and Commission Agreement (the "Commission Agreement"),[10] dated February 3, 2023, that sets forth the mutual understanding between Lipp and Seller regarding the payment of a commission to Lipp for broker services, if a sale is consummated between Client of Broker (BBIG Holdings, LLC and/or their Assignee) and Seller, for the Westminster Property.[11]

A dispute between Buyer and Seller relating to the condition of the Westminster Property at the time of the Original Westminster Sale resulted in Seller filing an action against Buyer in the United States District Court for the Central District of California (the "District Court"), Case No. 8:24-cv-757-MWF-JDE (the "Westminster Litigation").[12]

On August 8, 2024, the District Court entered the District Court Decision in the Westminster Litigation in favor of Seller finding: "Under applicable Ohio law, the Agreement [Original Purchase Agreement] is rendered void by the parties' failure to close by the Amended Closing Date and the time-is-of-the-essence clause."[13]

On September 4, 2024, Buyer filed a notice of appeal of the judgment with the Ninth Circuit Court of Appeals (the "Westminster Appeal").[14]

On September 9, 2024, the Debtors commenced the chapter 11 cases (the "Chapter 11 Cases"). Thereafter, Seller and Buyer reached an agreement to resolve the Westminster Appeal.

---

[10] The parties refer to, Exhibit 3, the Client Registration and Commission Agreement as the Commission Agreement. For clarity, Exhibit 4, is a different Commission Agreement, dated March 3, 2023, executed by Lipp, Conway and Back Bay Realty Group, that is not referenced herein.

[11] D.I. 3143 (Joint Letter), Ex.3.

[12] *Big Lots Stores PNS LLC v. 6351 Westminster Blvd LLC,* Case No. SACV 24-757-MWF (JDEx), 2024 WL 4103564, at *2 (C.D. Cal. Aug. 8, 2024).

[13] *Big Lots Stores PNS LLC,* 2024 WL 4103564, at *6.

[14] D.I. 2989 (Debtor's Objection to Lipp CDS, Inc.'s Proof of Claim) at ¶ 16. *See also Big Lots Stores – PNS, LLC v. 6351 Westminster Blvd, LLC,* No. 24-5432, 2024 WL 707323 (9th Cir. Feb. 24, 2025).

Seller and Buyer agreed for Buyer to purchase the Westminster Property from Seller at a purchase price of $6.1 million (the "Amended Purchase Agreement").[15]

On November 27, 2024, the Debtors filed the Motion of Debtors for Entry of an Order (I) Authorizing and Approving (A) the Debtors' Assumption of and Performance Under the Purchase Agreement and (B) the Sale of the Westminster Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests, (II) Approving the Settlement and (III) Granting Related Relief (the "Westminster Sale Motion"),[16] which was approved by order entered December 20, 2024 (the "Sale Order").[17]

Pursuant to stipulation of the Buyer and Seller, the Westminster Appeal was voluntarily dismissed.[18]

### The Claim

By the Claim, Lipp asserts an administrative priority claim under 11 U.S.C. § 507(a) against Big Lots, Inc., in the amount of $62,595.94 ($60,000 claim, plus $2,595.94 interest at a rate of 10% from January 31, 2025 pursuant to Cal. Civ. Code § 3289), for a "real estate broker commission."[19]  Certain of the Exhibits, as well as the Conway Declaration and a copy of the Stipulation Order, are attached to the Claim.

---

[15] D.I. 2989 (Debtor's Objection to Lipp CDS, Inc.'s Proof of Claim) at ¶ 17; D.I. 1263 (Chris Macke Declaration in Support) at ¶¶ 5-6.

[16] D.I. 1262 (Motion to Authorize).

[17] D.I. 1407 (Order (I) Authorizing and Approving (A) The Debtors' Assumption of and Performance Under the Purchase Agreement and (B) the Sale of the Westminster Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Approving the Settlement and (III) Granting Related Relief).

[18] *See Big Lots Stores – PNS, LLC,* 2025 WL 707323, at *1.

[19] D.I. 3143 (Joint Letter), Annex A.  The Claim does not assert, nor does Lipp argue, any other theory of recovery such as quantum meruit or unjust enrichment.

4

**Legal Standard**

Section 502 of the Bankruptcy Code provides that "[a] claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects."[20]

When asserting a proof of claim against a bankrupt estate, the claimant must allege facts that, if true, would support a finding that the debtor is legally liable to the claimant.[21]  A claim that alleges facts sufficient to support a legal liability is entitled to *prima facie* validity.[22]  A party disputing a claim's validity must produce evidence sufficient to negate the *prima facie* validity of the claim.[23]  Once an objecting party produces such evidence, the burden shifts back to the claimant to prove the validity of the claim by a preponderance of the evidence.  The burden of persuasion with respect to the claim is always on the claimant.[24]

Section 502(b)(1) of the Bankruptcy Code provides that the court "shall determine the amount of such claim…as of the date of the filing of the petition, and shall allow such claim in such amount, except to the extent that—such claim is unenforceable against the debtor and property of the debtor, … ."[25]

**Discussion**

**A.  Lipp is Not Entitled to Administrative Expense Claim**

The Debtors dispute that Lipp is entitled to an administrative claim under section 507(a)(2) or 503(b)(1)(A).  First, the Debtors argue that the alleged administrative claim fails because the Commission Agreement is not a post-petition transaction with the Debtors.  Second,

---

[20]  11 U.S.C. § 502(a).

[21]  *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173 (3d Cir. 1992).

[22]  *In re Hercules Offshore, Inc.*, 571 B.R. 633, 638 (Bankr. D. Del. 2017).

[23]  *In re Allegheny*, 954 F.2d at 173-74; *In re Hercules*, 571 B.R. at 638.

[24]  *In re Allegheny*, 954 F.2d at 174.

[25]  11 U.S.C. § 502(b)(1).

the Debtors argue that Lipp has not provided any evidence or argument as to the benefit it provided to the estate. The Debtors contend that if Lipp has a valid claim, such claim is a general unsecured claim.

Lipp asserts it procured the Buyer that resulted in a $6.1 million benefit to the estate.

Section 507(a)(2) of the Bankruptcy Code affords priority to "administrative expenses allowed under section 503(b)."[26] "Section 503 governs the allowance of administrative expenses in a bankruptcy case,"[27] and provides, in part, that "[a]fter notice and a hearing, there shall be allowed administrative expenses, ... including—(1)(A) the actual, necessary costs and expenses of preserving the estate ... ."[28] Courts apply a two-prong test to determine whether a claim is entitled to administrative expense priority under section 503(b)(1)(A): (1) the expense must have arisen from a post-petition transaction between the creditor and the debtor; and (2) the expense must have been "actual and necessary" to preserve the estate.[29] The two-prong test is conjunctive; both requirements must be met. "In order to hold administrative expenses to a minimum and to maximize the value of the bankruptcy estate, section 503(b) is narrowly construed."[30] Lipp "carr[ies] a heavy burden" to demonstrate that the expense for which it seeks payment provided an actual benefit to the estate.[31]

---

[26] 11 U.S.C. § 507(a)(2). *See also In re Marcal Paper Mills, Inc.*, 650 F.3d 311, 314 (3d Cir. 2011).

[27] *In re New Century TRS Holdings, Inc.*, 446 B.R. 656, 661 (Bankr. D. Del. 2011).

[28] 11 U.S.C. § 503(b)(1)(A).

[29] *See In re Energy Future Holdings Corp.*, 990 F.3d 728 (3d Cir. 2021); *In re Indianapolis Downs, LLC*, 486 B.R. 286, 301 (Bankr. D. Del. 2013); *In re New Century TRS Holdings.*, 446 B.R. at 661; *In re DBSI*, 407 B.R. 159, 165 (Bankr. D. Del. 2009); *In re Bernard Techs., Inc.*, 342 B.R. 174, 177 (Bankr. D. Del. 2006) (citing *Calpine Corp. v. O'Brien Env't Energy, Inc. (In re O'Brien Env't Energy, Inc.)*, 181 F.3d 527, 532–33 (3d Cir. 1999) ("For a claim in its entirety to be entitled to ... priority under § 503(b)(1)(A)[i], the debt must arise from a transaction with the debtor-in-possession and the consideration supporting the claimant's right to payment must be beneficial to the debtor-in-possession in the operation of the business.").

[30] *In re Bernard Techs.*, 342 B.R. at 177.

[31] *Id.* at 177.

6

Lipp has failed to meet its burden. Lipp's claim is alleged to have arisen from the Commission Agreement. The Commission Agreement, which is dated February 2023, is a prepetition agreement.[32] Contract-based bankruptcy claims arise at the time the contract is executed even if that claim is contingent or unmatured.[33] To the extent that there is a valid claim under that prepetition agreement, such a claim would be a general unsecured claim.[34]

In addition, Lipp has not presented any evidence that the post-petition Amended Purchase Agreement and sale arose from a post-petition transaction between Lipp and Debtor. At most, when the Commission Agreement was executed, Lipp had a contingent right to future payment which was extinguished by the voided Original Purchase Agreement. As discussed below, no evidence has been presented of any post-petition transaction or agreement between Lipp and the Debtor to support an administrative claim.

Having failed to satisfy the first requirement of the two-prong test – a post-petition transaction with the Debtors – the Court need not address the second prong. Lipp's asserted administrative expense claim fails.

### B. Lipp Is Not Entitled to Commission Under the Commission Agreement

The Debtors next argue that the Claim should be denied because the Commission Agreement, which serves as the basis for the Claim, expired by its own terms on February 1,

---

[32] D.I. 3143 (Joint Letter), Ex 3.

[33] *Mesabi Metallics Co. LLC v. B. Riley FBR, Inc. (In re Essar Steel Minnesota, LLC)*, 652 B.R. 709, 719 (Bankr. D. Del. 2023) (holding that "a contract-based claim arises at the time the parties enter into the contractual agreement" even if that claim is contingent or unmatured).

[34] *See Mesabi Metallics Co. LLC*, 652 B.R. at 719.

2024 – before the Debtors filed bankruptcy and a year before the Amended Westminster Sale closed on January 31, 2025.

Lipp argues that, under California law, the expiration of the Commission Agreement is not relevant to the payment of a commission.[35]  Lipp maintains that the key date is when the property was listed, and the Commission Agreement signed.  Relying on *Baker v. Curtis*[36] and *Matthews v. Starritt,*[37] it contends that the closing of the sale after the expiration of the Commission Agreement has no effect on the payment of the commission under California law, as the sale was procured while the Commission Agreement was in effect.  Notably, the parties do not discuss California cases addressing broker commissions other than *Baker* and *Matthews* as discussed below.

At issue is the Debtors legal obligation, if any, arising under the Commission Agreement.  In *R. J. Kuhl Corp. v. Sullivan*, the California Court of Appeal, Third District, explained the following rules apply concerning the payment of a commission unless the parties specify a contrary rule:

> In [California] it is well established, in the *absence of any specific agreement to the contrary*, that a broker employed to sell real or personal property has earned his commission when, within the life of his contract, or any extension thereof, he has produced a person who is ready, willing, and able to purchase the property on terms satisfactory to the seller, and has obtained a binding and valid contract for a sale on the terms proposed by the seller, or has brought the seller and buyer together and thus enabled them to enter into a contract of sale, or has produced such a purchaser who has verbally accepted the seller's terms and offered to enter into a written contract embodying the said terms and binding upon both parties. In such cases the broker's right to commission accrues when the contract of sale is executed, or when opportunity to make such

---

[35] D.I. 3057 (Response to Debtor's Objection to Proof of Claim of Lipp CDS, Inc.) (Lipp asserts, and the Debtors do not dispute, that California is the applicable state law regarding the Commission Agreement).

[36] *Baker v. Curtis,* 234 P.2d 153 (Cal. Dist. Ct. App. 1951).

[37] *Matthew v. Starritt,* 60 Cal. Rptr. 857 (Ct. App. 1967).

> contract is given the seller, and the broker becomes entitled to his commission even though the seller is unable or unwilling to complete the sale. ... The broker has performed his duty and has earned his commission regardless of ... whether the sale is ever consummated by the delivery of the property and the payment of the purchase price."[38]

Thus, unless the contract provides otherwise, "the broker earns his commission upon the principal's entry into a binding contract for a purchase subject to the brokerage contract regardless of whether the sale is consummated."[39]  In this case, the right to a commission, therefore, depends on the document which sets forth the commission agreement between the parties—the Commission Agreement.[40]

Under California law, any right to compensation asserted by a real estate broker must arise from the four corners of employment contract, which is strictly enforced according to its lawful terms.[41]  "The parties to a brokerage contract are at liberty to adopt provisions making compensation depend upon any lawful condition stated."[42]  "When interpreting a contract, the plain language within the four corners of the contract must first be examined to determine the mutual intent of the contracting parties."[43]  "In cases of contracts, language is to be given, if

---

[38]  *R. J. Kuhl Corp. v. Sullivan*, 17 Cal. Rptr. 2d 425, 431 (Ct. App. 1993) (emphasis added) (citing *Twogood v. Monnette*, 215 P. 542, 543 (Cal. 1923)).

[39]  *R. J. Kuhl Corp.*, 17 Cal. Rptr. 2d at 432; *see also, Allen v. Gindling*, 288 P.2d 130, 134-35(Cal. Dist. Ct. App. 1955); *cf., e.g., Donnellan v. Rocks*, 99 Cal. Rptr. 692, 694-95 (Ct. App. 1972).

[40]  *Torelli v. J. P. Enters., Inc.*, 61 Cal. Rptr. 2d 76, 78 (Ct. App. 1997) ("Where the broker does not have a listing contract, he must rely upon the promise to pay a commission contained in the contract between the parties, and where this agreement is the only written document providing for the payment of the commission, he is subject to the terms and conditions of payment contained in the agreement.").

[41]  *Enea v. Coldwell Banker/Del Monte Realty*, 225 B.R. 715 (N.D. Cal. 1998).

[42]  *R. J. Kuhl Corp.*, 17 Cal. Rptr. 2d at 431 (Ct. App. 1993); *see also Steve Schmidt & Co. v. Berry*, 228 Cal. Rptr. 689 (Ct. App. 1986) (Under California law, parties are entitled to make a broker's employment and right to compensation depend upon any lawful condition that they agree to insert in agreement, and listing agreement is strictly construed according to its terms.).

[43]  *United States v. Westlands Water Dist.*, 134 F.Supp.2d 1111, 1134 (E.D. Cal. 2001) (citing *United States v. Clark*, 218 F.3d 1092, 1096 (9th Cir. 2000)).

possible, its usual and ordinary meaning.  The object is to find out from the words used what the

parties intended to do."[44]

      With this backdrop, the Court analyzes the Commission Agreement.  The stated purpose

of the Commission Agreement,[45] which is dated the same date Seller executed the Original

Purchase Agreement, ". . . is to set forth a mutual understanding between [Lipp] and [Seller] . . .

with regards to the payment of a commission to Broker for broker services rendered, *if a sale is*

*consummated between the below listed client of Broker [BBIG Holdings, LLC] and Seller, for*

*[the Westminster Property]. . . .*[46]  The agreement also provides:

> *In the event that escrow closes between Client [] and Seller [],* Seller
> agrees to pay a fee for service to Broker in an amount equal to One
> Hundred Eighty Thousand Dollars ($180,000.00).  Said fee *shall be*
> *due and payable to Broker upon close of escrow* and paid by the title
> company from the proceeds of sale."[47]

The Commission Agreement states it "shall expire on February 1, 2024."[48]  The Commission

Agreement does not specifically reference the Original Sale Agreement, the date by which a sale

must be consummated or the escrow close, nor does it address a sale after the expiration date.

The Commission Agreement expressly provides an expiration date and conditions payment upon

---

[44] *Westlands,* 134 F.Supp.2d at 1134 (internal quotation marks and citation omitted).

[45] D.I. 3143 (Joint Letter), Ex 3.

[46] D.I. 3143 (Joint Letter), Ex 3 (emphasis added).

[47] D.I. 3143 (Joint Letter), Ex 3 (emphasis added).

[48] D.I. 3143 (Joint Letter).

(1) "consummation" of a sale,[49] and (2) escrow closing.[50]  Although the general standard for

earning a commission is a broker producing a ready willing and able buyer, "[a] broker can make

[a] special agreement whereby his compensation is contingent upon happening of event."[51]  Here,

the parties contracted for when the commission was to be earned.  The plain language of the

Commission Agreement states that payment of a commission is contingent on consummation of

a sale and close of escrow.

Support for parties choosing to contract beyond the 'ready willing and able' standard for

earning a commission can be found throughout California case law.  In *Matthews*, the California

court affirmed a trial court's holding that a broker was not entitled to a commission under an

exclusive listing agreement and deposit receipt because both agreements "expressly provide an

expiration date" and the sale was "subject to" an option to purchase.  The Court reasoned that

"[a]cceptance of a conditional deal procured and presented by the broker does not give him a

right to commission *unless and until the condition is performed*."[52]  The *Matthews* court

counseled that a "broker's right to commission is dependent on performance of the contract

---

[49]  In *Cochran v. Ellsworth*, 272 P.2d 904 (Cal. Dist. Ct. App. 1954), the California District Court of Appeal, Second District, addressed whether a sale that ultimately fell through still constituted a "consummation" as required by a brokerage contract. In that case, the broker managed to procure a willing and able buyer who entered a binding contract of purchase with the seller. Certain monies and documents were then deposited in escrow, but escrow never closed and amid litigation for specific performance, the buyer and seller mutually rescinded the transaction. The *Cochran* Court stated the "consummation of a sale' has a well-defined meaning of 'complet[ing] the transaction', which when real property is involved, requires "payment of the purchase price and conveyance of title."

[50]  The Commission Agreement contains two escrow contingencies: "in the event that escrow closes …, Seller agrees to pay a fee for service to Broker …" and "upon close of escrow" the fee "shall be due and payable to Broker." Although not defined in the Commission Agreement, "close of escrow" generally means when the legal and financial conditions are satisfied and the third party holding the documents and funds can move forward with the property transfer from seller to buyer.  In *Lohman v. Ephraim*, No. B207755, 2010 WL 6901, at *5 (Cal. Ct. App. Dec. 30, 2009), *as modified* (Jan. 28, 2010), the California Court of Appeal, Second District, defined escrow as follows: "'Escrow' is a transaction in which one person delivers 'any written instrument, money, evidence of title to real or personal property, or other thing of value to a third person to be held by that third person until the happening of a specified event or the performance of a prescribed condition, when it is then to be delivered by that third person to' another person for the purpose of effecting a sale or transfer."

[51]  *In re Tully*, 202 B.R. 481 (B.A.P. 9th Cir. 1996); *see also Estate of Lopez*, 10 Cal. Rptr. 2d 67 (Ct. App. 1992).

[52]  *Matthews v. Starritt*, 60 Cal. Rptr. 857, 860 (Ct. App. 1967) (emphasis added).

11

between his principal and party produced by him."[53]  The Court cautioned, "if [broker] had

wished to protect his right to a commission in this situation, he should have expressly inserted an

appropriate statement in both agreements that he was entitled to a commission even though []

exercised its option."[54]

Here, the Commission Agreement expressly provides an expiration date <u>and</u> conditions to

payment of the commission.  Like *Matthews,* the Broker is not entitled to a commission unless

and until the conditions are satisfied.

The evidence establishes that, as of February 1, 2024, a sale of the Westminster Property

had not been consummated, the escrow on the Original Purchase Agreement for the Westminster

Property had not closed, and the definitive February 1, 2024, expiration date set forth in the

Commission Agreement expired.  No condition precedent to payment of a commission set forth

in the Commission Agreement had occurred and the agreement expired.[55]  Based on the plain

language of the contract between the parties, no commission was due prior to, or upon,

expiration of the Commission Agreement because a sale had not been consummated, and escrow

had not closed.

Moreover, on August 8, 2024, the District Court rendered the Original Purchase

Agreement void.  As a result, even if the Commission Agreement had not expired seven months

earlier, the conditions precedent to payment of a commission under the Commission

---

[53] *Matthews,* 60 Cal. Rptr. at 860 ("'Subject to' means subordinate to, and is generally interpreted as a condition precedent.") (internal citations omitted).

[54] *Id.* at 860.

[55] Even if the Court were to construe, and discount, the phrase "Said fee *shall be due and payable to Broker upon close of escrow*" as describing the timing of payment, rather than a condition to earning a commission, the other provision requiring the closing escrow ("*In the event that escrow closes between Client [] and Seller [],* Seller agrees to pay a fee for service to Broker … .") is a condition to payment.  It specifically requires the occurrence of the "closing of escrow" for payment. *See the following definitions of "in the event of":* https://dictionary.cambridge.org/us/dictionary/english/in-the-event-of ("if something happens" "if something should happen"); https://www.merriam-webster.com/dictionary/in%20the%20event%20of (if (something) happens).

Agreement— "consummation" of a sale and "close of escrow"— could not occur because the Original Purchase Agreement was held void. Notably, the Original Purchase Agreement was of no legal effect,[56] could not be enforced, and, consequently, the sale could not be consummated, and escrow could not close.

The Court next considers whether there is evidence to establish a waiver or extension of time under the Commission Agreement for Lipp's performance. Lipp argues, *inter alia*, it procured the Buyer that ultimately purchased the Westminster Property that closed January 31, 2025. Lipp relies on *Baker* for the proposition that a Broker is entitled to a commission even though the Commission Agreement expired. In *Baker*, the listing contract within which the broker was to sell a property expired, and the property owner urged and encouraged the broker to continue his efforts to find a purchaser, which he did. As a result, a purchaser was produced to whom the owner sold the property. Under those circumstances, the California court found that the time limit in the listing contract was waived, and the broker was entitled to his commission. *Baker* is factually distinguishable, and Lipp's reliance on that case is misplaced. In determining whether a broker was the procuring cause is a question of fact. Here, there is no evidence that Lipp put into motion a chain of events that resulted in the Amended Purchase Agreement.

In *Starboard Commercial Brokerage v. Yates*, the Bankruptcy Court for the Northern District of California addressed whether a commission was due when a sale was negotiated and documented after the Property Listing Agreement had expired. The bankruptcy court explained that under California law, "[i]f a commission becomes due after expiration of the term of a

---

[56] Black's Law Dictionary defines a "void contract" as "A contract that is of no legal effect, so that there is really no contract in existence at all." *Void Contract*, Black's Law Dictionary (12th ed. 2024). *See also Rainy Day Rentals, Inc. v. Next Gen. Props., Inc.*, 2022-Ohio-3530, ¶ 26, 198 N.E.3d 163, 168; *Guthman v. Moss*, 198 Cal. Rptr. 54 (Ct. App. 1984) ("Void contract is no contract at all; it binds no one, is a mere nullity and cannot be enforced."); *Barrionuevo v. Chase Bank, N.A.*, 885 F. Supp. 2d 964, 970 (N.D. Cal. 2012) ("A sale that is deemed 'void' means, "in its strictest sense [ ] that [it] has no force and effect, … .") (citation and internal quotation marks omitted).

broker's agreement, then upon sufficient factual showing, courts have held that the term limit is considered to have been waived, entitling the broker to payment of a commission."[57] The *Yates* Court identified three factors to determine whether a waiver or extension of the term occurred: (i) whether, after the term expired, the property owner urged and encouraged the broker to continue its efforts to sell the property; (ii) whether the broker continued to act as an agent with the knowledge, approval, and encouragement of the property owner; and (iii) whether, as a result of the broker's efforts, a purchaser produced and a sale closed.[58] "Whether a waiver or extension of time occurred is a question of fact."[59]

Lipp has not presented any evidence establishing that the term of the Commission Agreement was extended or waived. First, no evidence has been presented that the Seller urged and encouraged Lipp to continue its efforts to sell the Westminster Property after the expiration of the Commission Agreement or after the Original Sale Agreement was voided. Second, there is no evidence that Lipp continued to act as broker with the knowledge, approval, and encouragement of the Seller to re-negotiate or secure the Amended Purchase Agreement. The record is devoid of any communications, interactions or other activity between the Seller, Buyer, and Lipp after the expiration of the Commission Agreement. Lipp has not provided any evidence of any brokerage services or efforts to secure the Amended Purchase Agreement. Third, the record lacks any evidence demonstrating that Lipp's efforts resulted in the execution of the Amended Purchase Agreement or the ultimate closing on the sale of the Westminster Property. In fact, unlike the Original Purchase Agreement, the Amended Purchase Agreement contains a

---

[57] *Starboard Commercial Brokerage, Inc. v. Yates (In re Yates)*, Case No. 15-52585 MEH, 2016 WL 3582125, at *3 (Bankr. N.D. Cal. June 24, 2016) (citations omitted).

[58] *Yates*, 2016 WL 3582125, at *3 (citing *Kraemer v. Smith*, 3 Cal. Rptr. 471, 472 (Dist. Ct. App. 1960)) (further citations omitted).

[59] *Yates*, 2016 WL 3582125, at *3 (citation omitted).

different purchase price and explicitly states: "Seller and Buyer each represent and warrant that they have not been represented by any broker in connection with the sale of the Property and no commissions or fees are due to any other broker or finder by reason of either party's actions in this matter."[60] On this record, the Court cannot conclude that the term of the Commission Agreement was extended or waived or that Lipp continued to act as an agent to secure the Amended Purchase Agreement.

The Court next considers whether Lipp was the procuring cause for the Amended Purchase Agreement that resulted in the Westminster Sale, even though the Commission Agreement expired. Again, the record lacks evidence upon which this Court can conclude that Lipp was the procuring cause of the Amended Purchase Agreement and resulting Westminster Sale entitling it to a commission. No evidence has been presented regarding the negotiation and execution of the Amended Purchase Agreement; Lipp's involvement or efforts to procure the Amended Purchase Agreement with Buyer that resulted in the Westminster Sale; or Lipp's continued brokerage efforts after the District Court Decision voiding the Original Purchase Agreement.

Moreover, if Lipp had assisted in the procurement of the Buyer during the pendency of the Chapter 11 Cases, then Lipp should have been retained as a real estate broker under section 327 of the Bankruptcy Code, otherwise, Lipp would be precluded from recovering any commission or fee.[61] Lipp was never retained as a broker.

---

[60] D.I. 1262 at 11.3 (Amended Purchase Agreement).

[61] *Enea v. Coldwell Banker/Del Monte Realty*, 225 B.R. 715, 719 (N.D. Cal. 1998) (citations omitted) (Affirming bankruptcy court decision that debtor's failure to obtain prior bankruptcy court approval to serve as real estate broker precluded him from recovering compensation); *In re Haley*, 950 F.2d 588 (9th Cir. 1991) (Holding that under 11 U.S.C. § 327(a), a real estate broker is entitled to compensation for the sale of a property in the bankruptcy estate only if the broker employment is approved by the bankruptcy court).

### C.  The Impact of the District Court Decision on the Commission Agreement

Debtors argue that the District Court Decision invalidated the Original Purchase

Agreement governing the Westminster Sale, and, as a result, there was no sale for which Lipp

could seek a broker's commission.

Lipp argues it was not a party to the Westminster Litigation and that such litigation has no

effect on the Commission Agreement.

While Lipp may not have been a party to the Westminster Litigation the outcome of that

litigation negated payment of a commission under the Commission Agreement.  As discussed

above, the District Court Decision voided the Original Purchase Agreement.  Consummation of a

sale and closing of escrow was a condition precedent to payment of a commission to the Broker

under the Commission Agreement.[62]  Absent "consummation" of a sale and "close of escrow,"

Lipp was not entitled to a commission under the Original Purchase Agreement.  As the Court

explained in *Matthews*, the broker does not have a right to a commission "unless and until the

condition is performed."[63]

### D.  The Lipp Claim was Extinguished by the Sale Order

The Debtors maintain that because all claims and interests with respect to the

Westminster Property were released and forever barred from being asserted against the Debtors

and the estate, the Claim should be disallowed.  They contend Lipp's Claim, if any, was

extinguished by the Sale Order which expressly states: "[t]he Debtors may sell the [Westminster]

Property *free and clear of all claims against or interest in the Debtors*, their estates, or any of the

[Westminster] Property"[64] and "after the closing of the sale, *the Debtors shall have no further*

---

[62] D.I. 3143 (Joint Letter), Ex 3.

[63] *Matthews v. Starritt*, 60 Cal. Rptr. 857, 860 (Ct. App. 1967).

[64] D.I. 1407 (Sale Order) at ¶ F (emphasis added).

16

*liability with respect to the [Westminster] Property*, and any claims, whether administrative or

otherwise, relating to arising from such [Westminster] Property after the closing of the sale

asserted against the Debtors shall be deemed disallowed."[65]

Lipp counters that the Debtors failed to provide it with notice of the Westminster Sale

Motion and deprived it of the right to object to, and appeal, the Sale Order.  Lipp further asserts

that the Westminster Sale Motion makes materially false representations, and that paragraph 10.3

of the Amended Purchase Agreement falsely states that neither the Seller, nor Buyer were aware

of the existence of any broker.

The Debtors do not dispute Lipp's contention that it was not served with notice of the

Westminster Sale Motion.

Bankruptcy Rule 2002(a)(2) requires service of a motion to sell property of the estate on,

among others, "all creditors."[66]  In addition, Local Rule 2002-1(b) states that a motion to sell

property under Bankruptcy Rule 2002(a)(2) must be served on, among others, "all parties whose

rights are affected by the motion or application."[67]  Under the facts as presented, Lipp does not

have a claim against the Debtors, nor rights affected by the Westminster Sale Motion.  For the

reasons discussed above, any contingent claim was extinguished when the Original Purchase

Agreement was voided and Lipp has not established a claim under Amended Purchase

---

[65] D.I. 1407 (Sale Order) at ¶ 9 (emphasis added).  The Sale Order further provides that:

> All persons or entities holding liens or interest in the [Westminster] Property arising under or out of, in connection, with, or in any way relating to the Debtors or the transfer of such [Westminster] Property to Buyer are forever barred, estopped, and permanently enjoined from asserting against Buyer or its successor or assigns, its property, or such persons' or entities' liens or interests in the [Westminster] Property.

D.I. 1407 (Sale Order) at ¶ 8.

[66] Fed. R. Bankr. P. 2002(a)(2).

[67] Del. Bankr. L.R. 2002-1(b).

Agreement.  Consequently, the Debtors were not required to provide Lipp notice of the

Westminster Sale Motion and the Sale Order is enforceable against Lipp.

**<u>Conclusion</u>**

For the foregoing reasons, the Debtors' Objection is sustained, and the Claim is denied.

An appropriate order follows.


Dated: November 4, 2025

                              J. Kate Stickles
                              United States Bankruptcy Judge

United States Bankruptcy Court
District of Delaware

In re:                                                                                    Case No. 24-11967-JKS

Former BL Stores, Inc.                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                              User: admin                                              Page 1 of 46

Date Rcvd: Nov 05, 2025                     Form ID: pdfgen                                    Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Former BL Stores, Inc., 4900 E. Dublin-Granville Road, Columbus, OH 43081-7651 |
| aty | + | Brian M. Resnick, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | David S. Bloomfield, PORTER WRIGHT MORRIS & ARTHUR LLP, 41 South High Street, Suites 2800 - 3200, Columbus, OH 43215-6109 |
| aty | + | Ethan Stern, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Jonah Peppiatt, Davis Polk & Wardwell LLP, 450 Lexington Ave, New York, NY 10017-3982 |
| aty | + | Kevin L. Winiarski, DAVIS POLK & WARDWELL LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Matthew R. Brock, DAVIS POLK & WARDWELL LLP, 450 Lexington Avenue, New York, NY 10017-3982 |
| aty | + | Stephen D. Piraino, Davis Polk & Wardell LLP, 450 Lexington Avenue, New York, NY 10019, UNITED STATES 10017-3982 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Nov 05 2025 20:09:29 | Adam L. Shpeen, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017-3982 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed**

below:

| Name | Email Address |
|------|---------------|
| A.J. Webb | on behalf of Creditor Divisions Inc. d/b/a Divisions Maintenance Group awebb@fbtlaw.com  awebb@ecf.courtdrive.com |
| Aaron A. Garber | on behalf of Creditor Jewell Square  RLLP agarber@wgwc-law.com, ngarber@wgwc-law.com,8931566420@filings.docketbird.com |
| Aaron H. Stulman | on behalf of Interested Party Ceres Marketplace Investors LLC astulman@potteranderson.com leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com |
| Aaron H. Stulman | on behalf of Interested Party Westerville Square  Inc. astulman@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com |
| Aaron H. Stulman | on behalf of Interested Party Marshall Realty Company  successor by merger to The Deerfield Company, Inc. astulman@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com |
| Adam Hiller | on behalf of Creditor Carl Brandt  Inc. ahiller@adamhillerlaw.com |
| Adam Hiller | on behalf of Interested Party Salisbury Promenade  LLC ahiller@adamhillerlaw.com |
| Adam Hiller | on behalf of Interested Party Diba Real Estate Investments  LLC ahiller@adamhillerlaw.com |
| Adam Hiller | on behalf of Interested Party Dorchester Realty LLC ahiller@adamhillerlaw.com |
| Adam Hiller | on behalf of Interested Party Sharrell Smith ahiller@adamhillerlaw.com |
| Adam Hiller | on behalf of Interested Party Carson Southgate  LLC ahiller@adamhillerlaw.com |
| Alan Michael Root | on behalf of Interested Party North Oak Marketplace 07 A  LLC and North Oak Marketplace 18 B, LLC root@chipmanbrown.com, aroot51@hotmail.com;fusco@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com;dero@chipmanbrown.com |
| Alan Michael Root | on behalf of Interested Party Darnestown Road Property Limited Partnership root@chipmanbrown.com aroot51@hotmail.com;fusco@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com;dero@chipmanbrown.com |
| Alan Michael Root | on behalf of Interested Party 5620 Nolensville Pike  LLC root@chipmanbrown.com, aroot51@hotmail.com;fusco@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com;dero@chipmanbrown.com |
| Alberto F. Gomez, Jr | on behalf of Creditor Brightwork Real Estate  Inc. al@jpfirm.com, katherineb@jpfirm.com |
| Alexandra Dixon Rogin | on behalf of Creditor BRAMLI USA INC. arogin@eckertseamans.com  lgervasi@eckertseamans.com |
| Alexis R. Gambale | on behalf of Creditor 415 Orchard Associates  LLC agambale@pashmanstein.com, lsalcedo@pashmanstein.com |
| Amy Tryon | on behalf of Interested Party Jordan Manufacturing Company  Inc. amy.tryon@btlaw.com, kathleen.lytle@btlaw.com |
| Amy D. Brown | on behalf of Creditor EVP Auburn  LLC abrown@gsbblaw.com, mfriedman@gsbblaw.com |
| Amy D. Brown | on behalf of Creditor DLC Properties  LLC abrown@gsbblaw.com, mfriedman@gsbblaw.com |
| Andrew Ehrmann | on behalf of Interested Party Denzel Anderson aehrmann@potteranderson.com  bankruptcy@potteranderson.com |
| Andrew Lennox | on behalf of Creditor Fog CP  LLC alennox@lennoxlaw.com |

Andrew B. Kratenstein
on behalf of Creditor Committee Official Committee of Unsecured Creditors akratenstein@mwe.com

Andrew R. Remming
on behalf of Debtor Former eCommerce Stores of Ohio  LLC aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris
nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming
on behalf of Debtor Consolidated Property Holdings  LLC aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris
nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming
on behalf of Debtor GAFDC LLC aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris
nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming
on behalf of Debtor Former Savings Stores of California  LLC aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris
nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming
on behalf of Debtor Durant DC  LLC aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris
nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming
on behalf of Debtor Former BL Stores  Inc. aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris
nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming
on behalf of Debtor Former Tenant Stores of Ohio  LLC aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris
nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming
on behalf of Debtor WAFDC  LLC aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris
nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming
on behalf of Debtor CSC Distribution LLC aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris
nichols.com;radha--chevli--2257@ecf.pacerpro.com

Angela Z. Miller
on behalf of Interested Party Siemens Industry  Inc. amiller@phillipslytle.com, pkucinskijr@phillipslytle.com

Avrom R Vann
on behalf of Creditor HOME ESSENTIALS AND BEYOND  INC. a2442@aol.com

Barbara Spiegel
on behalf of Creditor California Department of Resources Recycling and Recovery barbara.spiegel@doj.ca.gov

Bartley P Bourgeois
on behalf of Interested Party Siegen Village Shopping Center  LLC bartley@thecohnlawfirm.com

Benjamin Finestone
on behalf of Creditor Blue Owl Real Estate Capital LLC benjaminfinestone@quinnemanuel.com

Benjamin Fischer
on behalf of Interested Party The Grove Shops LLC bfischer@klehr.com

Benjamin Joseph Steele
on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Beth E Rogers
on behalf of Creditor Serta  Inc. Brogers@berlawoffice.com, brogers@ecf.courtdrive.com

Brendan Gregg Best
on behalf of Interested Party 5620 Nolensville Pike  LLC bgbest@varnumlaw.com

Brett D. Fallon
on behalf of Creditor Southern Benedictine Society of North Carolina  Incorporated brett.fallon@faegredrinker.com,
cathy.greer@faegredrinker.com

Brett Michael Haywood
on behalf of Interested Party Denzel Anderson bhaywood@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co
m

District/off: 0311-1                           User: admin                              Page 4 of 46
Date Rcvd: Nov 05, 2025                    Form ID: pdfgen                          Total Noticed: 9

Brian A. Sullivan

on behalf of Creditor Serta  Inc. bsullivan@werbsullivan.com, hbelair@werbsullivan.com

Brian A. Sullivan

on behalf of Creditor Casitas Oceanside Three LP bsullivan@werbsullivan.com  hbelair@werbsullivan.com

Brian A. Sullivan

on behalf of Creditor East West Import Export  Inc. bsullivan@werbsullivan.com, hbelair@werbsullivan.com

Brian C Crawford

on behalf of Creditor Hybrid Promotions  LLC Brian@TrustWilliams.com

Brian C. Free

on behalf of Creditor WRP Gateway LLC brian.free@hcmp.com

Brian C. Free

on behalf of Creditor Wallace Properties-Kennewick LLC brian.free@hcmp.com

Brian C. Free

on behalf of Creditor WRP Washington Plaza LLC brian.free@hcmp.com

Brian J. McLaughlin

on behalf of Creditor Venice Plaza Ltd. brian.mclaughlin@offitkurman.com  Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin

on behalf of Creditor Commodore Realty  LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin

on behalf of Creditor G&I IX Southgate Shopping Center LLC brian.mclaughlin@offitkurman.com
Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin

on behalf of Creditor Saul Holdings Limited Partnership brian.mclaughlin@offitkurman.com  Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin

on behalf of Creditor Commodore Realty Inc. brian.mclaughlin@offitkurman.com  Emily.Rodriguez@offitkurman.com

Brian Thomas FitzGerald

on behalf of Creditor Nancy Millan fitzgeraldb@hcfl.gov  stroupj@hcfl.gov;leema@hcfl.gov

Brian Thomas FitzGerald

on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hcfl.gov  stroupj@hcfl.gov;leema@hcfl.gov

Brianna Turner

on behalf of Debtor Former BL Stores  Inc. bturner@morrisnichols.com,
brianna-turner-0976@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisni
chols.com;radha--chevli--2257@ecf.pacerpro.com

Brianna Turner

on behalf of Other Prof. PwC US Tax LLP bturner@morrisnichols.com
brianna-turner-0976@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisni
chols.com;radha--chevli--2257@ecf.pacerpro.com

Brianna Turner

on behalf of Financial Advisor AlixPartners  LLP bturner@morrisnichols.com,
brianna-turner-0976@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisni
chols.com;radha--chevli--2257@ecf.pacerpro.com

Brianna Turner

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP bturner@morrisnichols.com,
brianna-turner-0976@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisni
chols.com;radha--chevli--2257@ecf.pacerpro.com

Brianna Turner

on behalf of Attorney Davis Polk & Wardwell LLP bturner@morrisnichols.com
brianna-turner-0976@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisni
chols.com;radha--chevli--2257@ecf.pacerpro.com

Brya Michele Keilson

on behalf of Creditor Vitamin Energy  Inc. bkeilson@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Byron Z Moldo

on behalf of Interested Party Desert Sky Esplanade  LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Byron Z Moldo

on behalf of Interested Party Clovis I  LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Byron Z Moldo

on behalf of Interested Party Red Mountain Asset Fund I  LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Candace C Carlyon

on behalf of Creditor Tropicana Palm Plaza LLC ccarlyon@carlyoncica.com

crobertson@carlyoncica.com;nrodriguez@carlyoncica.com

Carl Palomino

on behalf of Attorney Belkis Millan attorneycarlpalomino@gmail.com

Carl N. Kunz, III

on behalf of Creditor Gastonia Restoration Partners  LLC ckunz@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Carl N. Kunz, III

on behalf of Creditor Harrison OH Partners  LLC ckunz@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Carl N. Kunz, III

on behalf of Creditor RCG-Pascgoula SPE  LLC ckunz@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Carl N. Kunz, III

on behalf of Creditor RCG-Chillicothe  LLC ckunz@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Carl N. Kunz, III

on behalf of Creditor Sevierville Forks Partners  LLC ckunz@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Casey Sawyer

on behalf of Auditor Deloitte & Touche LLP csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Financial Advisor AlixPartners  LLP csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Other Prof. PwC US Tax LLP csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor Consolidated Property Holdings  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor Former BL Stores  Inc. csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor Former Savings Stores of California  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor Former Stores of Ohio  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Attorney Davis Polk & Wardwell LLP csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor Former Management Stores of Ohio  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Financial Advisor Guggenheim Securities  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor AVDC  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic

hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor Great Basin  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Chad B. Simon

on behalf of Interested Party 1903P Loan Agent  LLC csimon@otterbourg.com

Charles S. Stahl, Jr.

on behalf of Creditor Raymond Storage Concepts  Inc. cstahl@smbtrials.com

Chase Nathaniel Miller

on behalf of Creditor Roberts Crossing  LLC de-ecfmail@mwc-law.com

Chase Nathaniel Miller

on behalf of Creditor Fairfield Property  LLC de-ecfmail@mwc-law.com

Chase Nathaniel Miller

on behalf of Creditor University Plaza Stephenville  LLC de-ecfmail@mwc-law.com

Cheryl Ann Santaniello

on behalf of Creditor Giftree Crafts Company Limited casantaniello@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;pnbalala@pbnlaw.com;fesanchez@pbnlaw.com

Christopher A. Ward

on behalf of Creditor Topaz Distribution  LLC cward@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward

on behalf of Creditor SquareTrade  Inc. cward@polsinelli.com

Christopher A. Ward

on behalf of Creditor Townley  Inc. cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher Dean Loizides

on behalf of Attorney Christopher D. Loizides loizides@loizides.com

Christopher Dean Loizides

on behalf of Creditor Brightwork Real Estate  Inc. loizides@loizides.com

Christopher J. Marcus

on behalf of Interested Party Gateway BL Acquisition  LLC cmarcus@kirkland.com

Christopher M. Donnelly

on behalf of Interested Party Gerald Bogle cdonnelly@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Christopher Page Simon

on behalf of Creditor Y&O Town and Country  LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Creditor Cactus Crossing  LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Creditor Kentex Corporation csimon@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Creditor Lebanon Windermere  LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Creditor Y&O 240 LLC csimon@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Creditor Y&O Faulkner  LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Interested Party Corpus Christi Firefighters' Retirement System csimon@crosslaw.com
smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon

on behalf of Creditor Paragon Windermere  LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Clyde Ellis Brazeal, III

on behalf of Creditor Fort Williams Square  LLC ebrazeal@joneswalker.com

Colin R. Robinson

on behalf of Creditor Counsel to Villa Clark Associates robinson@lrclaw.com
ford@lrclaw.com;ramirez@lrclaw.com;kittinger@lrclaw.com

Craig Solomon Ganz

on behalf of Creditor Blair Bowie  LLC ganzc@ballardspahr.com,

PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Craig Solomon Ganz

on behalf of Creditor Bowie Border  LLC ganzc@ballardspahr.com,
PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Craig Solomon Ganz

on behalf of Creditor NS Retail Holdings  LLC ganzc@ballardspahr.com,
PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Craig Thomas Mierzwa

on behalf of Creditor Norman Owczarkowski cmierzwa@simonattys.com

Damien Nicholas Tancredi

on behalf of Creditor AMERICAN NATIONAL INSURANCE COMPANY damien.tancredi@flastergreenberg.com
damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

Damien Nicholas Tancredi

on behalf of Creditor American National Insurance Company damien.tancredi@flastergreenberg.com
damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

Dana S. Plon

on behalf of Creditor ARD MAC Commons LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor ARD West Whiteland LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor The View at Marlton LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor STL Global Sales LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Rising Sun Owner  LP dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor HKJV  LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Woodbridge Crossing Urban Renew LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Madeira Plaza Power LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Meadowbrook V  LP dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Village Green Realty L.P. dplon@sirlinlaw.com

Daniel B. Butz

on behalf of Debtor CSC Distribution LLC dbutz@mnat.com
jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Daniel B. Butz

on behalf of Debtor Former BL Stores  Inc. dbutz@mnat.com,
jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Daniel B. Butz

on behalf of Debtor Former Stores of Ohio  LLC dbutz@mnat.com,
jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Daniel B. Butz

on behalf of Debtor Durant DC  LLC dbutz@mnat.com,
jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Daniel C. Kerrick

on behalf of Creditor Ocean Network Express (North America) Inc. dckerrick@dkhogan.com  kerry@dkhogan.com

Daniel J. McCarthy

on behalf of Creditor Oliveira Plaza SPE  LLC dmccarthy@hillfarrer.com

Daniel J. McCarthy

on behalf of Creditor Rim Country Mall SPE  LLC dmccarthy@hillfarrer.com

Darren Azman

on behalf of Creditor Committee Official Committee of Unsecured Creditors dazman@mwe.com

David Lapa
on behalf of Creditor Polyfect Toys Co. Ltd office@melalaw.com
office@melalaw.com;pallavi.bhave@melalaw.com;chezki@melalaw.com

David Lapa
on behalf of Creditor Creative Kids Far East Inc. office@melalaw.com
office@melalaw.com;pallavi.bhave@melalaw.com;chezki@melalaw.com

David Lapa
on behalf of Creditor CK Brands Limited office@melalaw.com
office@melalaw.com;pallavi.bhave@melalaw.com;chezki@melalaw.com

David Ritter
on behalf of Interested Party Steve Silver Company dritter@ritterspencercheng.com

David E. Sklar
on behalf of Creditor Northtowne Plaza Properties  Ltd. dsklar@pashmanstein.com, gkarnick@pashmanstein.com

David E. Sklar
on behalf of Creditor Pomeroy Enterprises  LLC dsklar@pashmanstein.com, gkarnick@pashmanstein.com

David H. Conaway
on behalf of Creditor ENGIE Insight Services Inc. dconaway@shumaker.com

David J. Kozlowski
on behalf of Interested Party Grey Matter Concepts dkozlowski@morrisoncohen.com  autodocket@morrisoncohen.com

David M. Klauder
on behalf of Interested Party Townley  Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
on behalf of Interested Party Town N' Country Plaza  LLC dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
on behalf of Interested Party Upper Canada Soap and Candle Makers Corporation dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder
on behalf of Interested Party AT&T Enterprises  LLC dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
on behalf of Interested Party Yunis Enterprises  Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

David P. Primack
on behalf of Creditor TKG Sheridan Crossing Dev LLC dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor The Paducah Development LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor THF Greengate East Dev LP dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor GKT University Square Greeley dprimack@mgmlaw.com  scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Norwichtown Commons  LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David S. Catuogno
on behalf of Creditor Donlen Corporation david.catuogno@klgates.com

David W. Gaffey
on behalf of Creditor Cambridge Investment Inc. dgaffey@whitefordlaw.com

Deirdre M Richards
on behalf of Creditor Parfums De Coeur Ltd. dmr@elliottgreenleaf.com  crw@elliottgreenleaf.com

Deirdre M Richards
on behalf of Creditor Maureen Scullon dmr@elliottgreenleaf.com  crw@elliottgreenleaf.com

Dennis A. Meloro
on behalf of Interested Party Craig Electronics LLC melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro
on behalf of Interested Party 2310 Sanders  LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Diane W. Sanders
on behalf of Creditor San Patricio County austin.bankruptcy@publicans.com

Diane W. Sanders
on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com

Diane W. Sanders
      on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Diane W. Sanders
      on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane W. Sanders
      on behalf of Creditor Victoria County austin.bankruptcy@publicans.com

Diane W. Sanders
      on behalf of Creditor Kerr County austin.bankruptcy@publicans.com

Diane W. Sanders
      on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Domenic E. Pacitti
      on behalf of Creditor BIG VICA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIG LOCA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor Blue Owl Real Estate Capital LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIG SATX Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor Blue Owl Real Estate Capital  LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIG LACA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIG FBTX Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIGTRPA001 LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIG FRCA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIG LCNM Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIGDUOK001 LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIG BCLA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIG CSCO Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIGCOOH002 LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIG AVCA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIG TAMI Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIG YVCA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti
      on behalf of Creditor BIGMOAL001 LLC dpacitti@klehr.com

Don Stecker
      on behalf of Creditor Ector CAD don.stecker@lgbs.com

Don Stecker
      on behalf of Creditor City of El Paso don.stecker@lgbs.com

Don Stecker
      on behalf of Creditor Bexar County don.stecker@lgbs.com

Drew McGehrin
      on behalf of Creditor HART ESTATE INVESTMENT COMPANY dsmcgehrin@duanemorris.com
      drew-mcgehrin-5282@ecf.pacerpro.com

Echo Yi Qian

on behalf of Debtor Closeout Distribution  LLC eqian@morrisnichols.com

Echo Yi Qian

on behalf of Debtor GAFDC LLC eqian@morrisnichols.com

Echo Yi Qian

on behalf of Debtor INFDC  LLC eqian@morrisnichols.com

Echo Yi Qian

on behalf of Debtor Former Savings Stores of Ohio  LLC eqian@morrisnichols.com

Echo Yi Qian

on behalf of Debtor Former Low Cost Stores of Ohio  LLC eqian@morrisnichols.com

Edmond M George

on behalf of Creditor Bayshore Mall 1A  LLC edmond.george@obermayer.com

Edmond M George

on behalf of Creditor Bayshore Mall 2  LLC edmond.george@obermayer.com

Edmond M George

on behalf of Creditor Bayshore Mall 1B  LLC edmond.george@obermayer.com

Edward LoBello

on behalf of Creditor Snellville Pavillion  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor TN Equities  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor United Properties Corp. elobello@bsk.com  elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor Aldrich Management Co.  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor Glenwood Ave. Binghamton  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor New Castle Equities  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor Miamisburg Properties  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor Dublin Equities  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor Hauppauge Properties  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor Indiana Equities  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Elihu Ezekiel Allinson, III

on behalf of Creditor Dole Packaged Food  LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III

on behalf of Creditor Home Creations Inc. ZAllinson@SHA-LLC.com  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III

on behalf of Creditor Sun Life Assurance Company of Canada ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elizabeth Banda Calvo

on behalf of Interested Party Grapevine-Colleyville ISD ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party City of Grapevine ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party City of Cleburne ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party Cleburne ISD ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party Burleson ISD ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party Richardson ISD ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party Johnson County ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party City of Lake Worth ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party City of Burleson ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Emily Margaret Hahn

on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com

Eric G. Walraven

on behalf of Interested Party Sensational Brands  Inc. ewalraven@feesmith.com

Eric G. Walraven

on behalf of Interested Party The Marketing Group  LLC ewalraven@feesmith.com

Eric J Silver

on behalf of Creditor c/o Eric J. Silver  Edifis LJC, LTD esilver@stearnsweaver.com

Eric J Silver

on behalf of Creditor c/o Eric Silver  Esq Edifis USC, LLC esilver@stearnsweaver.com

Eric S. Goldstein

on behalf of Creditor Levin Properties  L.P. egoldstein@goodwin.com,
bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Ericka Fredricks Johnson

on behalf of Interested Party Standard Fiber  LLC ejohnson@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson

on behalf of Interested Party Loop 288 Properties  LLC ejohnson@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson

on behalf of Interested Party Kin Properties  Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc.,
Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Way
ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson

on behalf of Interested Party Plaza At Speedway LLC ejohnson@bayardlaw.com
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson

on behalf of Interested Party McKee Foods Corporation ejohnson@bayardlaw.com
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Erin Powers Severini

on behalf of Interested Party WPG Management Associates  Inc. eseverini@fbtlaw.com

Erin Powers Severini

on behalf of Interested Party Ramsey Pike  LLC eseverini@fbtlaw.com

Erin Powers Severini

on behalf of Creditor Tempur Sealy International  Inc. and its affiliates eseverini@fbtlaw.com

Erin Powers Severini

on behalf of Interested Party BancKentucky  Inc. eseverini@fbtlaw.com

Erin Powers Severini

on behalf of Creditor WPG Legacy  LLC eseverini@fbtlaw.com

Evan T. Miller

on behalf of Creditor Independent Furniture Supply Co.  Inc. evan.miller@saul.com,
robyn.warren@saul.com;sean.kenny@saul.com

Evan T. Miller

on behalf of Creditor Delta Furniture Manufacturing  LLC evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

Evan T. Miller

on behalf of Creditor Peak Living  Inc. evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

Eve Helen Karasik

on behalf of Creditor SquareTrade  Inc. ehk@lnbyb.com

Frederick Brian Rosner

on behalf of Interested Party DML Westchase Plaza LP rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Dan Dee International LLC rosner@teamrosner.com

chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Attic Products rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor IRELAND LAWRENCE  LTD. rosner@teamrosner.com,
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Dewan & Sons rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Dewan & Sons rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Attic Products rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Liberty Mutual Insurance Company rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Alpine Plus rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Garvan F. McDaniel

on behalf of Creditor Premium Asset Management  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel

on behalf of Creditor Herrera Properties  LLC gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Gary D. Bressler

on behalf of Creditor American Plastic Toys  Inc. gbressler@mdmc-law.com, hryan@mdmc-law.com

Gene L Humphreys

on behalf of Creditor Evansville Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys

on behalf of Creditor Shelbyville Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys

on behalf of Creditor Harrison OH Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys

on behalf of Creditor Sevierville Forks Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys

on behalf of Creditor Pea Ridge Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys

on behalf of Creditor Pearl Road Shopping Center  LLC ghumphreys@bassberry.com

Gene L Humphreys

on behalf of Creditor Cumberland Square Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys

on behalf of Creditor Gastonia Restoration Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys

on behalf of Creditor Malone Plaza Partners LLC ghumphreys@bassberry.com

Geoffrey G. Grivner

on behalf of Creditor Safeway  Inc. geoffrey.grivner@bipc.com,
sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

Geoffrey G. Grivner

on behalf of Creditor Albertson's LLC geoffrey.grivner@bipc.com
sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

GianClaudio Finizio

on behalf of Creditor WRP Gateway LLC gfinizio@bayardlaw.com
bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com

GianClaudio Finizio

on behalf of Creditor Wallace Properties-Kennewick LLC gfinizio@bayardlaw.com
bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

GianClaudio Finizio

District/off: 0311-1

Date Rcvd: Nov 05, 2025

User: admin

Form ID: pdfgen

Page 13 of 46

Total Noticed: 9

on behalf of Creditor WRP Washington Plaza LLC gfinizio@bayardlaw.com
bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gordon J. Toering

on behalf of Creditor Perrigo Direct  Inc. gtoering@wnj.com

Gregory A. Taylor

on behalf of Creditor Gordon Brothers Retail Partners  LLC gtaylor@ashbygeddes.com,
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Gregory G. Hesse

on behalf of Interested Party Food Lion LLC ghesse@huntonak.com  crankin@huntonak.com;creeves@huntonak.com

Gregory G. Hesse

on behalf of Interested Party The Stop & Shop Supermarket Company LLC ghesse@huntonak.com
crankin@huntonak.com;creeves@huntonak.com

Gregory G. Hesse

on behalf of Interested Party 1255 Sunrise Realty  LLC ghesse@huntonak.com, crankin@huntonak.com;creeves@huntonak.com

Gregory G. Hesse

on behalf of Interested Party 4101 Transit Realty LLC ghesse@huntonak.com  crankin@huntonak.com;creeves@huntonak.com

Gregory Joseph Flasser

on behalf of Interested Party Westerville Square  Inc. gflasser@potteranderson.com,
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mr
omano@potteranderson.com

Gregory W. Hauswirth

on behalf of Creditor Meta Platforms  Inc. ghauswirth@ch-legal.com,
pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

Hiram Abif Gutierrez

on behalf of Creditor Brownsville Independent School District  Weslaco Independent School District
edinburgbankruptcy@pbfcm.com

Howard A. Cohen

on behalf of Creditor DGN Properties LLC hcohen@foxrothschild.com
msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Interested Party Lee's Crossing SDC  LLC hcohen@foxrothschild.com,
msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Interested Party Beauclerc SDC  LLC hcohen@foxrothschild.com,
msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Interested Party MAYS SDC  LLC hcohen@foxrothschild.com,
msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Interested Party Sun Point SDC  LLC hcohen@foxrothschild.com,
msteen@foxrothschild.com,rsolomon@foxrothschild.com

J. Michael McCague

on behalf of Creditor Glen Jonnet jmm@gmwpclaw.com

J. Michael McCague

on behalf of Interested Party Jonnet National Properties Corporation jmm@gmwpclaw.com

Jack Shrum

on behalf of Creditor First Onsite Property Restoration jshrum@jshrumlaw.com

Jacob S Lang

on behalf of Interested Party PNC Bank  National Association jslang@choate.com

James Drew

on behalf of Interested Party 1903P Loan Agent  LLC jdrew@otterbourg.com, awilliams@otterbourg.com

James McClammy

on behalf of Debtor Former BL Stores  Inc. james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James Tobia

on behalf of Interested Party District & Urban Texas  Inc. tobijam@comcast.net;bankserve@tobialaw.com

James Tobia

on behalf of Interested Party Calitex  LLC and Vanyarmouth, LLC tobijam@comcast.net;bankserve@tobialaw.com

James Tobia

on behalf of Interested Party Tron Bowie tobijam@comcast.net;bankserve@tobialaw.com

James Tobia

on behalf of Interested Party John Florence tobijam@comcast.net;bankserve@tobialaw.com

James Tobia

on behalf of Interested Party Prestige Patio  Co., LTD tobijam@comcast.net;bankserve@tobialaw.com

James C. Bastian, Jr.

on behalf of Interested Party 6351 Westminster Blvd LLC jbastian@shulmanbastian.com

James E Rossow, Jr

on behalf of Creditor ALDI Inc. jrossow@bbfr.law  mralph@rubin-levin.net

James E. Huggett

on behalf of Creditor Oracle America  Inc. jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com

James E. Huggett

on behalf of Creditor Judith Owczarkowski jhuggett@margolisedelstein.com  tyeager@margolisedelstein.com

James P. Moloy

on behalf of Creditor Paragon Windermere  LLC jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

James P. Moloy

on behalf of Creditor Lebanon Windermere  LLC jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

James R. Risener, III

on behalf of Interested Party Denzel Anderson jrisener@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com

James S. Carr

on behalf of Creditor Ryder Last Mile  Inc. KDWBankruptcyDepartment@kelleydrye.com,
MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com

Jamie Kirk

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov

Jamie Lynne Edmonson

on behalf of Creditor Katie J. and Allen Jennings jedmonson@rc.com  lshaw@rc.com

Jamie Lynne Edmonson

on behalf of Creditor Triple Bar Ridgeview Hanover  LLC jedmonson@rc.com, lshaw@rc.com

Jamie Lynne Edmonson

on behalf of Creditor Tropicana Palm Plaza LLC jedmonson@rc.com  lshaw@rc.com

Jared W Kochenash

on behalf of Interested Party Gateway BL Acquisition  LLC bankfilings@ycst.com

Jarret P. Hitchings

on behalf of Creditor Pro-Mart Industries  Inc. jarret.hitchings@bclplaw.com,
deborah.field@bclplaw.com,jarret-hitchings-0150@ecf.pacerpro.com

Jason A. Starks

on behalf of Creditor Travis County BKECF@traviscountytx.gov

Jason Custer Powell

on behalf of Interested Party Ashley Furniture Industries  LLC jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Interested Party Steve Silver Company jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Creditor SJL Wholesale Group jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

on behalf of Creditor HH-Laveen  LLC jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason V. Stitt

on behalf of Creditor SJN Data Center LLC jstitt@kmklaw.com

Jeffery D. Carruth

on behalf of Creditor Sky NY Holdings  LLC jcarruth@condontobin.com,
jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com;jsteele@condontobin.com

Jeffery D. Carruth

on behalf of Creditor Sky Irondequoit  LLC jcarruth@condontobin.com,
jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com;jsteele@condontobin.com

Jeffery D. Carruth

on behalf of Creditor Sky Crossroads  LLC jcarruth@condontobin.com,
jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com;jsteele@condontobin.com

Jeffrey Kurtzman

on behalf of Creditor City View Towne Crossing Fort Worth  TX LP kurtzman@kurtzmansteady.com

Jeffrey Rhodes
on behalf of Interested Party Kin Properties  Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc.,
Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Way
jrhodes@tlclawfirm.com

Jeffrey C. Roth
on behalf of Creditor 7023 Broward LLC jeff@rothandscholl.com

Jeffrey Ian Golden
on behalf of Creditor Cedars Enterprises Too  Inc. jgolden@go2.law, cmurray@go2.law

Jeffrey Ian Golden
on behalf of Creditor Regent Park Properties LP jgolden@go2.law  cmurray@go2.law

Jeffrey Ian Golden
on behalf of Creditor Jasmine Meadows Properties LP jgolden@go2.law  cmurray@go2.law

Jeffrey Ian Golden
on behalf of Creditor Cottonwood Meadow Properties  LP jgolden@go2.law, cmurray@go2.law

Jeffrey Ian Golden
on behalf of Creditor Canyon Grande Properties  LP jgolden@go2.law, cmurray@go2.law

Jeffrey Ian Golden
on behalf of Creditor Orchard View Properties  LLC jgolden@go2.law, cmurray@go2.law

Jeffrey Ian Golden
on behalf of Creditor Hayford Properties LP jgolden@go2.law  cmurray@go2.law

Jeffrey M. Carbino
on behalf of Creditor BIG MIFL2 OWNER  LLC jeffrey.carbino@pierferd.com,
jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey R. Waxman
on behalf of Interested Party Gerald Bogle jwaxman@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Jeffrey R. Waxman
on behalf of Interested Party Siemens Industry  Inc. jwaxman@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Jeffrey R. Waxman
on behalf of Creditor Morgan Britton LLC jwaxman@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Jeffrey S Kwong
on behalf of Creditor SquareTrade  Inc. jsk@lnbyg.com

Jeffrey Thomas Testa
on behalf of Creditor Milelli Realty-Lehigh Street  LLC jtesta@mccarter.com, lrestivo@mccarter.com

Jennifer Wertz
on behalf of Interested Party Burlington Coat Factory Warehouse Corporation jwertz@jw.com
kgradney@jw.com;dtrevino@jw.com;jrego@jw.com

Jennifer McLain McLemore
on behalf of Creditor Homestar North America  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com;jvantine@williamsmullen.com

Jennifer McLain McLemore
on behalf of Creditor Prima Holdings International Limited jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com;jvantine@williamsmullen.com

Jennifer V. Doran
on behalf of Creditor FGX International  Inc. jdoran@hinckleyallen.com, calirm@haslaw.com

Jenny Kasen
on behalf of Creditor JCooperUSA LLC jkasen@kasenlaw.com

Jeremy C. Kleinman
on behalf of Creditor PepsiCo  Inc., and its affiliates including PepsiCo Sales, Inc.; Rolling Frito-Lay Sales, LP; and Quaker Sales
& Distribution, Inc. jkleinman@burkelaw.com, csucic@Burkelaw.com;jfrank@burkelaw.com

Joel F. Newell
on behalf of Creditor Blair Bowie  LLC newellj@ballardspahr.com

Joel F. Newell
on behalf of Creditor Bowie Border  LLC newellj@ballardspahr.com

Joel F. Newell
on behalf of Creditor NS Retail Holdings  LLC newellj@ballardspahr.com

John Ventola

District/off: 0311-1                          User: admin                          Page 16 of 46
Date Rcvd: Nov 05, 2025                  Form ID: pdfgen                      Total Noticed: 9

on behalf of Interested Party PNC Bank  National Association jventola@choate.com

John Daniel McLaughlin, Jr.

on behalf of Creditor MJ Holding Company  LLC jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Certain Texas Taxing Entities (PBFC&M) jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Texas Tax Appraisal Districts (McCreary) jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Texas Property Tax Authorities (LGB&S) jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John E. Lucian

on behalf of Interested Party Forman Mills  Inc. lucian@blankrome.com

John Henry Knight

on behalf of Interested Party 1903P Loan Agent  LLC knight@rlf.com,
RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

John Jeffery Rich

on behalf of Creditor Madison County  Alabama jrich@madisoncountyal.gov

John Kendrick Turner

on behalf of Creditor Grayson County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Smith County dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Irving ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Lamar CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Sherman ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Little Elm ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor City of Stephenville john.turner@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Greenville ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Tom Green CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Lewisville ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor City of Frisco john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Stephenville ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Rockwall CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor City of Carrollton john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Gainesville ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Hood CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Parker CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner

on behalf of Creditor Gregg County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Legare Williams

on behalf of Creditor Hybrid Promotions  LLC delawyer76@aol.com

John R. Weaver, Jr.

on behalf of Creditor 1600 Eastchase Parkway Leasing LLC jrweaverlaw@verizon.net
DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.

on behalf of Creditor Conopco  Inc. dba Unilever United States jrweaverlaw@verizon.net,
DCrivaro@stark-stark.com;DMisener@stark-stark.com

John W. Weiss

on behalf of Creditor 415 Orchard Associates  LLC jweiss@pashmanstein.com

Jonathan D. Marshall

on behalf of Interested Party PNC Bank  National Association jmarshall@choate.com

Jordan L. Williams

on behalf of Interested Party Forman Mills  Inc. jordan.williams@blankrome.com

Jordan L. Williams

on behalf of Interested Party PNC Bank  National Association jordan.williams@blankrome.com

Joseph Russo, Jr

on behalf of Creditor American National Insurance Company jrusso@greerherz.com

Joseph C. Barsalona II

on behalf of Creditor Levin Properties  L.P. jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

on behalf of Creditor Northtowne Plaza Properties  Ltd. jbarsalona@pashmanstein.com,
joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

on behalf of Creditor Pomeroy Enterprises  LLC jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com

Joseph D. Frank

on behalf of Creditor PepsiCo  Inc., and its affiliates including PepsiCo Sales, Inc.; Rolling Frito-Lay Sales, LP; and Quaker Sales
& Distribution, Inc. jfrank@burkelaw.com, csucic@Burkelaw.com;jkleinman@Burkelaw.com

Joseph E. Sarachek

on behalf of Creditor Attic Products joe@sarracheklawfirm.com  jon@sarracheklawfirm.com;paul@sarracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Dan Dee International LLC joe@sarracheklawfirm.com
jon@sarracheklawfirm.com;paul@sarracheklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Dewan & Sons joe@sarracheklawfirm.com  jon@sarracheklawfirm.com;paul@sarracheklawfirm.com

Joseph H Lemkin

on behalf of Creditor 1600 Eastchase Parkway Leasing LLC jlemkin@stark-stark.com

Joseph H Lemkin

on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com

Joseph H. Huston, Jr.

on behalf of Creditor Regency Commercial Associates LLC and its affiliates jhh@stevenslee.com
rita.christopher@stevenslee.com

Joseph M. Barry

on behalf of Interested Party Gateway BL Acquisition  LLC bankfilings@ycst.com

Joshua Brooks

on behalf of Interested Party Kroger Limited Partnership I brooks@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks

on behalf of Interested Party Horizon Next brooks@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks

on behalf of Creditor Divisions Inc. d/b/a Divisions Maintenance Group brooks@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks

on behalf of Interested Party Horizon Media LLC brooks@lrclaw.com

District/off: 0311-1

Date Rcvd: Nov 05, 2025

User: admin

Form ID: pdfgen

Page 18 of 46

Total Noticed: 9

ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Judah S. Balasiano
on behalf of Creditor Allura Imports  Inc. judah@balasianolaw.com

Julie Anne Parsons
on behalf of Creditor Julie Anne Parsons Bowie Central Appraisal District jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor The County of Comal  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor Tax Appraisal District of Bell County jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor Midland Central Appraisal District jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor The County of Harrison  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor Harrison Central Appraisal District jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor Pine Tree Independent School District jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor The County of Brazos  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor The County of Williamson  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor City of Waco and/or Waco ISD jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor Texas Taxing Authorities c/o MVBA jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor Brown County Appraisal District jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor Central Appraisal District of Taylor County jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
on behalf of Creditor The County of Erath  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Justin Cory Falgowski
on behalf of Creditor Stalwart Homestyles jfalgowski@burr.com

Justin Cory Falgowski
on behalf of Creditor Madeira Plaza Power LLC jfalgowski@burr.com

Justin Cory Falgowski
on behalf of Creditor CTO Realty Growth  Inc. jfalgowski@burr.com

Justin Cory Falgowski
on behalf of Creditor Kapoor Industries Limited jfalgowski@burr.com

Justin Cory Falgowski
on behalf of Creditor AVTEX Collins Corner Associates  LLC jfalgowski@burr.com

Justin Cory Falgowski
on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com

District/off: 0311-1
Date Rcvd: Nov 05, 2025

User: admin
Form ID: pdfgen

Page 19 of 46
Total Noticed: 9

Justin R. Alberto
on behalf of Creditor Committee Official Committee of Unsecured Creditors jalberto@coleschotz.com
pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Karen C. Bifferato
on behalf of Creditor Horizon Commons  LLC kbifferato@connollygallagher.com

Karen C. Bifferato
on behalf of Creditor Harolds Heirs LLC kbifferato@connollygallagher.com

Karen C. Bifferato
on behalf of Creditor Moore's Electrical & Mechanical Construction  Inc. kbifferato@connollygallagher.com

Karen C. Bifferato
on behalf of Creditor Tranel Inc. kbifferato@connollygallagher.com

Karen C. Bifferato
on behalf of Creditor ALDI Inc. kbifferato@connollygallagher.com

Karen C. Bifferato
on behalf of Creditor Home Meridian International  Inc. kbifferato@connollygallagher.com

Karen M. Grivner
on behalf of Creditor Bellevue Holdings  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
on behalf of Creditor GPR Investments LLC kgrivner@clarkhill.com  kwebster@clarkhill.com

Karen M. Grivner
on behalf of Creditor SanTan MP LP kgrivner@clarkhill.com  kwebster@clarkhill.com

Karen M. Grivner
on behalf of Creditor USPG Portfolio Two  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
on behalf of Creditor USPG Portfolio Eight  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner
on behalf of Creditor Exeter 16290 NV LLC kgrivner@clarkhill.com  kwebster@clarkhill.com

Karen M. Grivner
on behalf of Creditor USPG Franklin LLC kgrivner@clarkhill.com  kwebster@clarkhill.com

Karen M. Grivner
on behalf of Creditor Warm Springs Promenade  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Kate R. Buck
on behalf of Interested Party Perry's  Inc. kbuck@mccarter.com

Kate R. Buck
on behalf of Interested Party Goodwill Gulf Coast kbuck@mccarter.com

Katharina Earle
on behalf of Creditor Geiger Brothers  Inc. kearle@gibbonslaw.com, emunera@gibbonslaw.com

Katharina Earle
on behalf of Creditor Roundtripping Ltd. kearle@gibbonslaw.com  emunera@gibbonslaw.com

Katherine Hemming
on behalf of Creditor Pem-America (H.K.) Company Limited khemming@camlev.com

Katherine Hemming
on behalf of Creditor Pem-America  Inc. khemming@camlev.com

Kelly D. Curtin
on behalf of Creditor Giftree Crafts Company Limited kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kenneth J. Enos
on behalf of Interested Party Gateway BL Acquisition  LLC bankfilings@ycst.com

Kevin H Morse
on behalf of Creditor Bellevue Holdings  LLC kmorse@clarkhill.com

Kevin J. Mangan
on behalf of Creditor Jetrich Canada Ltd. kevin.mangan@wbd-us.com
Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Rachel.metzger@wbd-us.com;nichole.wilcher@wbd-us.com

Kevin M. Capuzzi
on behalf of Creditor JBL/Crest Mills kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
on behalf of Creditor D.M. Trans  LLC d/b/a Arrive Logistics kcapuzzi@beneschlaw.com,

docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor Sage Freight kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor Williams Scotsman  Inc. kcapuzzi@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor Infosys Ltd. kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Newman

on behalf of Creditor DLC Management Corporation knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Benenson Capital Partners knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor National Realty & Development Corp. knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor CRI New Albany Square LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Rivercrest Realty Associates  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Wheeler REIT  LP knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Gibraltar Management Co.  Inc. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Scott Mann

on behalf of Creditor Simpsonville Plaza  LLC kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin Scott Mann

on behalf of Creditor CORTA Stevens Point  LLC kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin Scott Mann

on behalf of Creditor Uncas International LLC kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Ross Stores  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin Scott Mann

on behalf of Creditor Boone Investment Group  LLC kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin Scott Mann

on behalf of Creditor B & B Cash Grocery Stores  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Kimberly A. Brown

on behalf of Creditor Divisions Inc. d/b/a Divisions Maintenance Group brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Interested Party Horizon Next brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Interested Party Horizon Media LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kristhy M. Peguero

on behalf of Interested Party Burlington Coat Factory Warehouse Corporation kpeguero@jw.com
kgradney@jw.com;dtrevino@jw.com

Kroll Restructuring Administration LLC
info@ra.kroll.com

Kyle P. McEvilly

on behalf of Creditor Geiger Brothers  Inc. kmcevilly@gibbonslaw.com

LESLIE B. SPOLTORE

on behalf of Interested Party Pintzuk Organization leslie.spoltore@obermayer.com
helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.com,lucille.acello@obermayer.com

LESLIE B. SPOLTORE

on behalf of Creditor Bayshore Mall 1B  LLC leslie.spoltore@obermayer.com,
helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.com,lucille.acello@obermayer.com

LESLIE B. SPOLTORE

on behalf of Creditor Bayshore Mall 2  LLC leslie.spoltore@obermayer.com,

helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.com,lucille.acello@obermayer.com

LESLIE B. SPOLTORE

on behalf of Creditor Bayshore Mall 1A  LLC leslie.spoltore@obermayer.com,
helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.com,lucille.acello@obermayer.com

Laura J. Monroe

on behalf of Creditor Lubbock Central Appraisal District  et al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Laura L. McCloud

on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Laurel D. Roglen

on behalf of Creditor Greenberg Gibbons Commercial roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Alta Center  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Netstreit roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Crosspoint Realty Services  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Millan Holdings LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor The Carrington Company roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor BRE Retail NP Memphis Commons Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Schwartz Investments Co roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor CNSC  LP roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Mideb Nominees  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Newsem Tyrone Gardens Property Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Hanford Mall 2020 LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Sterling Organization roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor/IA Rutland Plaza LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Bowie Border  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor TJ Elite Properties  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Robhana Group roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Cred. Comm. Chair Rio Grande Investment  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor/IA Cayuga Plaza roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Millan Enterprises  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor Lehigh SC LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Gator Development Corp. roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor ARC NWNCHSC001  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor First Main Marketplace  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Watt Companies  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Brixmor Watson Glen LLC roglenl@ballardspahr.com carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Whittier Trust Company roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor 511 SR7 Owner  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Brixmor Miracle Mile  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor The North Los Altos Shopping Center roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor California Property Owner I  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Sun Plaza Shops  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Lebanon Marketplace Center LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor BRE Retail Residual Owner 1 LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Gerrity Group roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Brixmor Coconut Creek Owner  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Brixmor GA Washtenaw Fountain  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Brixton Capital  CA New Plan Sarasota, LP roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor NS Retail Holdings  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Brixmor Operating Partnership L.P. roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Rivercrest Realty Associates  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor French Shopping Center LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor KR Collegetown LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor DPI Retail roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor BRE Retail NP Owner I LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Arapahoe Crossings  LP roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Zurich Alternative Asset Management  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor LA Retail I  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor Brixmor GA Panama City  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen
    on behalf of Creditor BRE Retail Residual Shoppes at Valley Forge Owner LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor National Realty & Development Corp. roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Gibraltar Management Co.  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Schwartz Torrance Co. LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor ROP North Hills  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor GA Apollo II TX LP roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Trussville Promenade I Owner  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor BMA Beachwood  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor GC Ambassador Row LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Blair Bowie  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor County Line Plaza Realty Associates  LP roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Levin & Oberman II LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Americal Management Co. Inc. roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor 35/WCD Century South K/C Ltd. roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Expressway Marketplace  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor River Oaks Properties  Ltd. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor CA New Plan Sarasota  LP roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Beacon Plaza  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor 301-321 E Battlefield LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Plaza at Buckland Hills  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor RD Management LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor ARC ASANDSC001  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Mitchell Lauford  as Trustee of the Mitchell Lauford Trust u/t/d 1/14/1988 roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Sun Plaza  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Urban Edge Properties LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Value Investment Group  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Oakwood 900 Partners  LLC roglenl@ballardspahr.com, carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixton Capital roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor Holdings 12 SPE LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com

Laurel D. Roglen
on behalf of Creditor Starwood Retail Properties roglenl@ballardspahr.com  carbonej@ballardspahr.com

Lawrence Joel Kotler
on behalf of Creditor NP-AC Industrial Holdings  LLC ljkotler@duanemorris.com, lawrence-kotler-7511@ecf.pacerpro.com

Lawrence Raymond Thomas, III
on behalf of Interested Party Forman Mills  Inc. lorenzo.thomas@blankrome.com

Leslie C. Heilman
on behalf of Creditor NS Retail Holdings  LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor River Oaks Properties  Ltd. HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Sun Plaza  LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor DLC Management Corporation HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor TJ Elite Properties  LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor RD Management LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Hunting Creek Retail  LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Benenson Capital Partners HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Trussville Promenade I Owner  LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Highland and Sterling  LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Robhana Group HeilmanL@ballardspahr.com  friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Gibraltar Management Co.  Inc. HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor UE Revere LLC HeilmanL@ballardspahr.com  friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor 2413 Brewerton Road Plaza LLC HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor National Realty & Development Corp. HeilmanL@ballardspahr.com friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Big Holdings 2  LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor ARC NWNCHSC001  LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor Columbia Group Big  LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor ARC ASANDSC001  LLC HeilmanL@ballardspahr.com, friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

District/off: 0311-1                                      User: admin                                      Page 25 of 46
Date Rcvd: Nov 05, 2025                          Form ID: pdfgen                              Total Noticed: 9

on behalf of Creditor Sun Plaza Shops  LLC HeilmanL@ballardspahr.com,
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor 35/WCD Century South K/C Ltd. HeilmanL@ballardspahr.com
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Rivercrest Realty Associates  LLC HeilmanL@ballardspahr.com,
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Wheeler REIT  LP HeilmanL@ballardspahr.com,
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Millan Holdings LLC HeilmanL@ballardspahr.com
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Brixmor Operating Partnership L.P. HeilmanL@ballardspahr.com
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor CRI New Albany Square LLC HeilmanL@ballardspahr.com,
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor F & F Investments  LLC HeilmanL@ballardspahr.com,
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor BMA Beachwood  LLC HeilmanL@ballardspahr.com,
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Hanford Mall 2020 LLC HeilmanL@ballardspahr.com
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Francis Carrington HeilmanL@ballardspahr.com
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ROP North Hills  LLC HeilmanL@ballardspahr.com,
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor R.L. Wittbold-New Philadelphia  LLC HeilmanL@ballardspahr.com,
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor MFBG Port Huron  LLC HeilmanL@ballardspahr.com,
friedmanm@ballardspahr.com;weidmanb@ballardspahr.com

Linda J. Casey

on behalf of U.S. Trustee U.S. Trustee Linda.Casey@usdoj.gov

Lisa Bittle Tancredi

on behalf of Creditor Everstar Merchandise Co.  Ltd lisa.tancredi@wbd-us.com,
cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Lisa Bittle Tancredi

on behalf of Creditor Everstar Merchandise Co. lisa.tancredi@wbd-us.com
cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Lisa Bittle Tancredi

on behalf of Interested Party NCR Voyix Corporation lisa.tancredi@wbd-us.com
cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Lisa Bittle Tancredi

on behalf of Creditor All State Brokerage  Inc. lisa.tancredi@wbd-us.com,
cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Lucian Borders Murley

on behalf of Creditor ROF Grandville LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Creditor Homelegance Inc. luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Creditor Tejas Corporation luke.murley@saul.com  robyn.warren@saul.com

District/off: 0311-1

Date Rcvd: Nov 05, 2025

User: admin

Form ID: pdfgen

Page 26 of 46

Total Noticed: 9

Lucian Borders Murley

on behalf of Creditor Core Shoppes at Gloucester LLC  Core Highland Plaza LLC, Core Whispering Pines LLC and Core North Hills One LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Creditor New Port Richey Development Company LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Interested Party RAF Salina LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Creditor Yukon Route 66 II LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Creditor Logo Brands  Inc. luke.murley@saul.com, robyn.warren@saul.com

Lyndel Anne Vargas

on behalf of Creditor Wal-Mart Stores East  LP LVargas@chfirm.com, chps.ecfnotices@gmail.com;chps.ecfnotices@ecf.courtdrive.com

Maliheh Zare

on behalf of Interested Party B & C Properties of Dunn  LLC mzare@mccarter.com

Maliheh Zare

on behalf of Interested Party Goodwill Gulf Coast mzare@mccarter.com

Maliheh Zare

on behalf of Interested Party Perry's  Inc. mzare@mccarter.com

Marc J. Phillips

on behalf of Creditor Attleboro Crossing Associates  LLC mphillips@whitefordlaw.com, mark-phillips-0250@ecf.pacerpro.com;clano@whitefordlaw.com

Marc J. Phillips

on behalf of Creditor ECOL Partnership  LLC mphillips@whitefordlaw.com, mark-phillips-0250@ecf.pacerpro.com;clano@whitefordlaw.com

Marcus O Colabianchi

on behalf of Creditor HART ESTATE INVESTMENT COMPANY mcolabianchi@duanemorris.com marcus-colabianchi-2595@ecf.pacerpro.com

Marcy J. McLaughlin Smith

on behalf of Creditor Sakar International  Inc. marcy.smith@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Creditor Textiles from Europe  Inc. d/b/a Victoria Classics and VCNY Home marcy.smith@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Creditor Almar Sales Co.  Inc. marcy.smith@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Creditor Brumis Imports Inc. d/b/a Core Home marcy.smith@wbd-us.com cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Burlington Stores  Inc. marcy.smith@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Creditor Foto Electric Supply Co.  Inc. marcy.smith@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Creditor SA&E International Bags and Accessories  LLC d/b/a Rugged Equipment marcy.smith@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Creditor Texas Star Nut and Food Co.  Inc. marcy.smith@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Burlington Coat Factory Warehouse Corporation marcy.smith@wbd-us.com cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Margaret Manning

on behalf of Interested Party Carolyn Neighbors mmanning@gsbblaw.com

Margaret Manning

on behalf of Creditor Perc Wallace mmanning@gsbblaw.com

Margaret A. Vesper

on behalf of Creditor Brixmor Operating Partnership L.P. vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Sun Plaza  LLC vesperm@ballardspahr.com

Margaret Fleming England

on behalf of Creditor Popcorn Alley  Inc, d/b/a Stonehedge Farms mengland@gsbblaw.com, mfriedman@gsbblaw.com

Margaret Fleming England

on behalf of Creditor Vitelli Foods  LLC mengland@gsbblaw.com, mfriedman@gsbblaw.com

Maria Aprile Sawczuk

on behalf of Interested Party Sensational Brands  Inc. marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Creditor Independent Furniture Supply Co.  Inc. marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Creditor RESPAWN  LLC marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party Prestige Patio  Co., LTD marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Creditor Hello Sofa  LLC marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Creditor Delta Furniture Manufacturing  LLC marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Creditor Peak Living  Inc. marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party The Marketing Group  LLC marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Creditor Franklin Corporation marias@goldmclaw.com  marias@ecf.courtdrive.com

Mark Magnozzi

on behalf of Creditor Oracle America  Inc. mmagnozzi@magnozzilaw.com

Mark Minuti

on behalf of Creditor Wal-Mart Stores East  LP mark.minuti@saul.com, robyn.warren@saul.com

Mark A. Platt

on behalf of Interested Party WPG Management Associates  Inc. mplatt@fbtlaw.com, dwilliams@fbtlaw.com

Mark A. Platt

on behalf of Interested Party Ramsey Pike  LLC mplatt@fbtlaw.com, dwilliams@fbtlaw.com

Mark A. Platt

on behalf of Interested Party BancKentucky  Inc. mplatt@fbtlaw.com, dwilliams@fbtlaw.com

Mark A. Platt

on behalf of Creditor WPG Legacy  LLC mplatt@fbtlaw.com, dwilliams@fbtlaw.com

Mark A. Platt

on behalf of Creditor Tempur Sealy International  Inc. and its affiliates mplatt@fbtlaw.com, dwilliams@fbtlaw.com

Mark B. Conlan

on behalf of Creditor Roundtripping Ltd. mconlan@gibbonslaw.com  nmitchell@gibbonslaw.com

Mark D. Collins

on behalf of Interested Party 1903P Loan Agent  LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Olivere

on behalf of Interested Party Upper Glen Street Associates  L.L.C. olivere@chipmanbrown.com,
fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Mark Iver Duedall

on behalf of Creditor Capteris  LLC mduedall@bakerdonelson.com

Mark L. Desgrosseilliers

on behalf of Interested Party D.H. Pace Company  Inc. desgross@chipmanbrown.com,
fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Mark R Owens

on behalf of Interested Party Jordan Manufacturing Company  Inc. mark.owens@btlaw.com

Mark W. Eckard

on behalf of Creditor Industrias Mediasist S.A. de C.V. d/b/a Cottonella meckard@raineslaw.com,
sshidner@raineslaw.com;kcallahan@raineslaw.com

District/off: 0311-1
Date Rcvd: Nov 05, 2025

User: admin
Form ID: pdfgen

Page 28 of 46
Total Noticed: 9

Marla S. Benedek

on behalf of Interested Party Variety Stores  LLC mbenedek@cozen.com, marla-benedek-0597@ecf.pacerpro.com

Matthew B. Goeller

on behalf of Interested Party Donlen Trust matthew.goeller@klgates.com  cass.barlatier@klgates.com

Matthew B. Goeller

on behalf of Interested Party Donlen LLC matthew.goeller@klgates.com  cass.barlatier@klgates.com

Matthew P. Austria

on behalf of Creditor Joffe Properties  LP maustria@austriallc.com

Matthew P. Austria

on behalf of Creditor Dell Financial Services L.L.C. maustria@austriallc.com

Matthew P. Ward

on behalf of Interested Party NCR Voyix Corporation matthew.ward@wbd-us.com
Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

Melissa E. Valdez

on behalf of Creditor Reid Road Municipal Utility District 1 mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Harris County Municipal Utility District #102 mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor City of Houston mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party City of Cleburne mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Cooke County Appraisal District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party Cleburne ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Ft. Bend Harris County Municipal Utility District #81 mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party Garland ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party Carrollton-Farmers Branch ISD mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party Plano ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Tomball Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Fountainhead Municipal Utility District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Wichita County Tax Office mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Titus County Appraisal District  et al mvaldez@pbfcm.com,
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Potter County Tax Office mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party City of Grapevine mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Lubbock Central Appraisal District  et al mvaldez@pbfcm.com,
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Kerrville Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Clear Creek Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Klein Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Tyler Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Interested Party City of Burleson mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Fort Bend Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Harris County Municipal Utility District #191 mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Hunt County  et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Texas Taxing Authorities mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Harris County Municipal Utility District #285 mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Interested Party Burleson ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Galena Park Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Interested Party Frisco ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Interested Party City of Lake Worth mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Nacogdoches County  et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor CITY OF TOMBALL mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Interested Party Johnson County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Brazoria County  et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Interested Party Grapevine-Colleyville ISD mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Brownsville Independent School District  Weslaco Independent School District mvaldez@pbfcm.com,
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Alief Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Midland County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez
on behalf of Creditor Fort Bend County Levee Improvement District #2 mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael A. Paasch
on behalf of Creditor Scott Randolph  as Orange County Florida Tax Collector michael.paasch@dinsmore.com

Michael D. Mueller
on behalf of Creditor Prima Holdings International Limited mmueller@williamsmullen.com
avaughn@williamsmullen.com;jvantine@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Homestar North America  LLC mmueller@williamsmullen.com, avaughn@williamsmullen.com;jvantine@williamsmullen.com

Michael David DeBaecke

on behalf of Creditor Shadrall Orlando  LP mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael G. Busenkell

on behalf of Interested Party Siegen Village Shopping Center  LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor 5 Point Church mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Interested Party Talenfeld Properties L.P. mbusenkell@gsbblaw.com mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Direct Energy Business  LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Benella Dugan mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor NRG Energy  Inc., Reliant Energy Northeast LLC, Reliant Energy Solutions East, LLC, and Reliant Energy Retail Services, LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Interested Party 1255 Sunrise Realty  LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Shandong Taipeng Intelligent Household Products Co.  LTD mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Connor Recreational Center  Inc. mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael I. Gottfried

on behalf of Creditor West American Construction Corp. MGottfried@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com;tparizad@elkinskalt.com

Michael Joseph Joyce

on behalf of Creditor Gina Concepts LLC  Gina Group LLC and Legend Brands LLC mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor European Home Design  LLC and Playtek, LLC mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Enchante Companies mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Thrasio  LLC mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Mosaic Bath & Spa LLC and Northpoint Trading Inc. mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Columbia Park Retail Owner  LLC, as successor-in-interest to FC/TREECO Columbia Park, LLC c/o Madison International Realty as the landlord mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Gourmet Companies mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Enchante Accessories Inc.  Tzumi Innovations LLC, Tzumi Electronics LLC, Inspired Home Dcor LLC, DreamGro Enterprises LLC, Madison Home International LLC, AYC Naturals LLC, and Code Red Novelties LLC mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Allura Imports Inc. mjoyce@mjlawoffices.com

Michael S. Fox

on behalf of Creditor JBL/Crest Mills mfox@olshanlaw.com  ssallie@olshanlaw.com

Michael Seth Etkin

on behalf of Interested Party Corpus Christi Firefighters' Retirement System metkin@lowenstein.com

Michael Vincent DiPietro

on behalf of Creditor Topaz Distribution  LLC mdipietro@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Michael Vincent DiPietro

on behalf of Creditor SquareTrade  Inc. mdipietro@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

District/off: 0311-1                          User: admin                                    Page 31 of 46
Date Rcvd: Nov 05, 2025                       Form ID: pdfgen                                 Total Noticed: 9

Michelle E. Shriro

on behalf of Creditor RPI Ridgmar Town Square Ltd mshriro@singerlevick.com  scotton@singerlevick.com

Michelle E. Shriro

on behalf of Creditor RPI Overland Ltd mshriro@singerlevick.com  scotton@singerlevick.com

Michelle E. Shriro

on behalf of Creditor B33 Centereach II LLC mshriro@singerlevick.com  scotton@singerlevick.com

Michelle E. Shriro

on behalf of Creditor B33 Great Northern II LLC mshriro@singerlevick.com  scotton@singerlevick.com

Michelle E. Shriro

on behalf of Creditor RPI Courtyard Ltd mshriro@singerlevick.com  scotton@singerlevick.com

Monique Bair DiSabatino

on behalf of Creditor South Oaks Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Paradise Isle Destin LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Hamilton Village Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Steger Towne Crossing  LP monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Stoltz Management of DE  Inc. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Five Town Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Lafayette Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Phillips Edison & Company monique.disabatino@saul.com  robyn.warren@saul.com

Morton R. Branzburg

on behalf of Creditor BIG AVCA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG VICA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG LACA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG CSCO Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG LCNM Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIGTRPA001 LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIGMOAL001 LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG BCLA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIGCOOH002 LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG FRCA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG TAMI Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG SATX Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG YVCA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIGDUOK001 LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG LOCA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg
on behalf of Creditor BIG FBTX Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg
on behalf of Creditor Blue Owl Real Estate Capital  LLC mbranzburg@klehr.com, jtaylor@klehr.com

Natasha M. Songonuga
on behalf of Creditor Cookies United LLC NSongonuga@archerlaw.com  ahuber@archerlaw.com

Nicholas J. Brannick
on behalf of Creditor Beacon Plaza  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Niclas A. Ferland
on behalf of Creditor CRI New Albany Square LLC nferland@barclaydamon.com

Niclas A. Ferland
on behalf of Creditor Wheeler REIT  LP nferland@barclaydamon.com

Niclas A. Ferland
on behalf of Creditor Rivercrest Realty Associates  LLC nferland@barclaydamon.com

Niclas A. Ferland
on behalf of Creditor Gibraltar Management Co.  Inc. nferland@barclaydamon.com

Niclas A. Ferland
on behalf of Creditor Benenson Capital Partners nferland@barclaydamon.com

Niclas A. Ferland
on behalf of Creditor DLC Management Corporation nferland@barclaydamon.com

Niclas A. Ferland
on behalf of Creditor National Realty & Development Corp. nferland@barclaydamon.com

Nicole M. Fulfree
on behalf of Interested Party Corpus Christi Firefighters' Retirement System nfulfree@lowenstein.com

Nina M. LaFleur
on behalf of Creditor Palatka Gas Authority nina@lafleurlaw.com

Noah Weingarten
on behalf of Interested Party Horizon Media LLC nweingarten@loeb.com  nydocket@loeb.com

Noah Weingarten
on behalf of Interested Party Horizon Next nweingarten@loeb.com  nydocket@loeb.com

Paul G. Jennings
on behalf of Creditor Pea Ridge Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings
on behalf of Creditor Sevierville Forks Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings
on behalf of Creditor Shelbyville Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings
on behalf of Creditor Pearl Road Shopping Center  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings
on behalf of Creditor Malone Plaza Partners LLC pjennings@bassberry.com  bankr@bassberry.com

Paul G. Jennings
on behalf of Creditor Evansville Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings
on behalf of Creditor Gastonia Restoration Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings
on behalf of Creditor Harrison OH Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings
on behalf of Creditor Cumberland Square Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul W. Carey
on behalf of Creditor Sun Life Assurance Company of Canada pcarey@miricklaw.com

Peter C Lewis
on behalf of Interested Party Y&O Town & Country  LLC peter.lewis@solidcounsel.com

Peter C Lewis
on behalf of Interested Party Y&O 240  LLC peter.lewis@solidcounsel.com

Peter C Lewis
on behalf of Interested Party Y&O Faulkner  LLC peter.lewis@solidcounsel.com

Peter Lewis Feldman

on behalf of Interested Party 1903P Loan Agent  LLC pfeldman@otterbourg.com,
awilliams@oshr.com;wsilverman@otterbourg.com;john@rosengroupinc.com

R. Craig Martin

on behalf of Interested Party Southgate Shopping Center LLP craig.martin@us.dlapiper.com
carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Grant Dick, IV

on behalf of Interested Party Muzak  LLC gdick@coochtaylor.com, gdick@ecf.courtdrive.com

R. Grant Dick, IV

on behalf of Creditor Mattress Development Company of Delaware LLC gdick@coochtaylor.com  gdick@ecf.courtdrive.com

R. Grant Dick, IV

on behalf of Creditor Zuru LLC gdick@coochtaylor.com  gdick@ecf.courtdrive.com

R. Grant Dick, IV

on behalf of Creditor DOSKOCIL MANUFACTURING COMPANY INC. gdick@coochtaylor.com  gdick@ecf.courtdrive.com

R. Karl Hill

on behalf of Creditor Scott Randolph  as Orange County Florida Tax Collector khill@svglaw.com, chahn@svglaw.com

R. Karl Hill

on behalf of Creditor Phenix City Square  LLC khill@svglaw.com, chahn@svglaw.com

R. Karl Hill

on behalf of Creditor Fort Williams Square  LLC khill@svglaw.com, chahn@svglaw.com

R. Karl Hill

on behalf of Creditor Clarksville Square khill@svglaw.com  chahn@svglaw.com

Rachel B. Mersky

on behalf of Creditor Woodcrest Management Company rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor Kimco Realty Corporation rmersky@monlaw.com

Raeann Warner

on behalf of Creditor Adam Herrera raeann@cpwwlaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raymond Howard Lemisch

on behalf of Interested Party The Grove Shops LLC rlemisch@klehr.com

Raymond M. Patella

on behalf of Interested Party Dorsan Developments Limited c/o Levy Realty Advisors LLC rpatella@lawjw.com

Rebecca Lynn Matthews

on behalf of Interested Party WPG Management Associates  Inc. rmatthews@fbtlaw.com

Rebecca Lynn Matthews

on behalf of Creditor Tempur Sealy International  Inc. and its affiliates rmatthews@fbtlaw.com

Rebecca Lynn Matthews

on behalf of Creditor WPG Legacy  LLC rmatthews@fbtlaw.com

Regina Stango Kelbon

on behalf of Interested Party PNC Bank  National Association kelbon@blankrome.com

Reliable Companies

gmatthews@reliable-co.com

Richard Zucker

on behalf of Creditor Allegheny Plaza Associates I Limited Partnership rzucker@lasserhochman.com

Richard Zucker

on behalf of Creditor Claremont Associates rzucker@lasserhochman.com

Richard A Rozanski

on behalf of Creditor City of Alexandria  Louisiana richard@rarlaw.net

Richard A Rozanski

on behalf of Creditor Cleco Power LLC richard@rarlaw.net

Richard G. Placey

on behalf of Creditor G&I X Trexler Town MZL  LLC rplacey@mmwr.com,
mdusel@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com;richard-placey-6658@ecf.pacerpro.com

Richard G. Placey

on behalf of Creditor Jacksonville MZL  LLC rplacey@mmwr.com,
mdusel@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com;richard-placey-6658@ecf.pa

cerpro.com

Richard G. Placey

on behalf of Creditor Chili MZL  LLC rplacey@mmwr.com,
mdusel@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com;richard-placey-6658@ecf.pa
cerpro.com

Richard G. Placey

on behalf of Creditor Brunswick MZL  LLC rplacey@mmwr.com,
mdusel@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com;richard-placey-6658@ecf.pa
cerpro.com

Richardo Kilpatrick

on behalf of Creditor Wayne County Treasurer ecf@kaalaw.com

Robert Rock

on behalf of Creditor New York State Department of Taxation and Finance robert.rock@ag.ny.gov

Robert Yaptangco

on behalf of Creditor Ohio Environmental Protection Agency robert.yaptangco@ohioago.gov

Robert J. Dehney

on behalf of Debtor PAFDC LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Great Basin  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Former Low Cost Stores of Ohio  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha;-chevli-2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Former Management Stores of Ohio  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Former Savings Stores of Ohio  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Former BL Stores  Inc. rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor AVDC  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor INFDC  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Closeout Distribution  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Former Furniture Stores of Ohio LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Former Stores of Ohio  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert L. LeHane

on behalf of Interested Party Regency Centers  L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party SITE Centers Corp.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party Cloverleaf Realty Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party Aston Properties Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party Delco Development Company of Hicksville L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party Benderson Development Company LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party Voice Road L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party TLM Realty Holdings LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party NNN REIT Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party NewMark Merrill Companies Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party Kite Realty Group L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane
on behalf of Interested Party Basser-Kaufman
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert R. Feuille
on behalf of Creditor MESILLA VALLEY BUSINESS PARTNERS LLC bfeu@scotthulse.com, calv@scotthulse.com

Robert R. Feuille
on behalf of Creditor KAMS PARTNERS LP bfeu@scotthulse.com, calv@scotthulse.com

Robert R. Feuille
on behalf of Creditor AP GROWTH PROPERTIES LP bfeu@scotthulse.com, calv@scotthulse.com

Robert R. Feuille
on behalf of Creditor CIELO PASO PARKE GREEN L.P. bfeu@scotthulse.com, calv@scotthulse.com

Robert R. Feuille
on behalf of Creditor TEN EAST PARTNERS L.P. bfeu@scotthulse.com, calv@scotthulse.com

Robert R. Feuille
on behalf of Creditor PLEASANTON PARTNERS LP bfeu@scotthulse.com, calv@scotthulse.com

Rocco Ignatius Debitetto
on behalf of Creditor Nissin Foods (USA) Co. Inc. ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Ronald E Gold
on behalf of Creditor Tempur Sealy International Inc. and its affiliates rgold@fbtlaw.com,
awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com

Ronald E Gold
on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com,
awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com

Ronald J. Drescher
on behalf of Creditor Unison Mooresville LLC rondrescher@drescherlaw.com,
284@notices.nextchapterbk.com,ron@clegolftour.com

Ronald J. Drescher
on behalf of Creditor Carrollton-White Marsh LLC ecfdrescherlaw@gmail.com,
284@notices.nextchapterbk.com,ron@clegolftour.com

Ronald S. Gellert
on behalf of Creditor Lafayette Place OMV LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert
on behalf of Creditor Conagra Foods Sales LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert
on behalf of Creditor A.T.N.  Inc. rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert
on behalf of Creditor Midwest Quality Gloves  Inc. d/b/a Midwest Gloves & Gear rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert
on behalf of Creditor GH2 NSB BB  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ryan J Bird
on behalf of Creditor Blum Boulders Associates 1  LLC rbird@gilbertbirdlaw.com, rbird@gilbertbirdlaw.com

Ryan J Bird
on behalf of Creditor CC Fund 1 Big Lots  LLC rbird@gilbertbirdlaw.com, rbird@gilbertbirdlaw.com

Ryan Walter Beall
on behalf of Creditor Cedars Enterprises Too  Inc. rbeall@go2.law

Sabrina L. Streusand
on behalf of Creditor Dell Financial Services L.L.C. streusand@slollp.com  prentice@slollp.com

Sally E. Veghte
on behalf of Interested Party The Gerson Company sveghte@klehr.com

Sally E. Veghte
on behalf of Creditor Show Low Yale Casitas  LLC sveghte@klehr.com

Sameen Rizvi
on behalf of Interested Party Sedgwick Claims Management Services srizvi@potteranderson.com leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.com

Samuel C. Wisotzkey
on behalf of Creditor Franco Manufacturing Co. Inc. swisotzkey@kmksc.com  kmksc@kmksc.com

Schuyler G. Carroll
on behalf of Creditor Hybrid Promotions  LLC SCarroll@manatt.com

Scott A Bachert
on behalf of Creditor BIG MIFL2 OWNER  LLC sbachert@kerricklaw.com

Scott Alan Zuber
on behalf of Interested Party Liberty Mutual Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott D. Cousins
on behalf of Creditor Intelligrated Systems  LLC scott.cousins@lewisbrisbois.com, susan.brown@lewisbrisbois.com

Scott J. Leonhardt
on behalf of Interested Party Delaware Shopping Center  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Interested Party JAHCO Keller Crossing LLC scott.leonhardt@esbrook.com  scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Interested Party Ashton Woods LP scott.leonhardt@esbrook.com  scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Interested Party Bay Valley Shopping Center LLC scott.leonhardt@esbrook.com  scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Interested Party Circleville Shopping Center  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Creditor Normandy Square East  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Interested Party William R. Roth Lancaster  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Creditor BVB-NC  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Interested Party B&B Kings Row Holdings  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Interested Party Eastgrove Shopping Center  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Interested Party Athens Shopping Plaza  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Creditor Fifth/Grand Holdings  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Interested Party Plant City Plaza Holdings  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Interested Party Warren Terra  Inc. scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott L. Fleischer

on behalf of Creditor Rivercrest Realty Associates  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor Benenson Capital Partners sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor Gibraltar Management Co.  Inc. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor DLC Management Corporation sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com
scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor Wheeler REIT  LP sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor CRI New Albany Square LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Shannah L. Colbert

on behalf of Creditor Sun Life Assurance Company of Canada scolbert@miricklaw.com

Shannon Dougherty Humiston

on behalf of Creditor Milelli Realty-Lehigh Street  LLC shumiston@burr.com

Shannon Dougherty Humiston

on behalf of Creditor Kapoor Industries Limited shumiston@burr.com

Shannon Dougherty Humiston

on behalf of Creditor Govind Dayama d/b/a Nandini Textile shumiston@burr.com

Shannon Dougherty Humiston

on behalf of Interested Party FNRP Realty Advisors  LLC shumiston@burr.com

Shannon Dougherty Humiston

on behalf of Creditor Stalwart Homestyles shumiston@burr.com

Shanti M. Katona

on behalf of Creditor CRP/CHI MERRILLVILLE II OWNER  L.L.C. skatona@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Siena Cerra

on behalf of Creditor Vitamin Energy  Inc. scerra@morrisjames.com,
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Simon E. Fraser

on behalf of Interested Party River South Commons sfraser@cozen.com  simon-fraser-1269@ecf.pacerpro.com

Simon E. Fraser

on behalf of Interested Party Variety Stores  LLC sfraser@cozen.com, simon-fraser-1269@ecf.pacerpro.com

Simon E. Fraser

on behalf of Interested Party Variety Wholesalers  Inc. sfraser@cozen.com, simon-fraser-1269@ecf.pacerpro.com

Sommer Leigh Ross

on behalf of Creditor IBM Credit LLC slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sophie Rogers Churchill

on behalf of Other Prof. PwC US Tax LLP srchurchill@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Sophie Rogers Churchill

on behalf of Financial Advisor AlixPartners  LLP srchurchill@morrisnichols.com,
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Sophie Rogers Churchill

on behalf of Debtor Former BL Stores  Inc. srchurchill@morrisnichols.com,
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Sophie Rogers Churchill
on behalf of Auditor Deloitte & Touche LLP srchurchill@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Sophie Rogers Churchill
on behalf of Other Prof. Porter Wright, Morris & Arthur LLP srchurchill@morrisnichols.com,
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Sophie Rogers Churchill
on behalf of Other Prof. A&G Realty Partners LLC srchurchill@morrisnichols.com,
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Sophie Rogers Churchill
on behalf of Attorney Morris Nichols, Arsht & Tunnell LLP srchurchill@morrisnichols.com,
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Sophie Rogers Churchill
on behalf of Attorney Davis Polk & Wardwell LLP srchurchill@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Stacy L. Newman
on behalf of Creditor Committee Official Committee of Unsecured Creditors snewman@coleschotz.com
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Stanley B. Tarr
on behalf of Interested Party PNC Bank National Association stanley.tarr@blankrome.com

Stephanie Slater Ward
on behalf of Creditor Microsoft Corporation sslater@foxrothschild.com
rsolomon@foxrothschild.com;msteen@foxrothschild.com;de.dkt@foxrothschild.com

Stephanie Slater Ward
on behalf of Interested Party The American Bottling Company sslater@foxrothschild.com
rsolomon@foxrothschild.com;msteen@foxrothschild.com;de.dkt@foxrothschild.com

Stephen B Gerald
on behalf of Creditor Hostess Brands Inc. sgerald@tydings.com

Stephen B Gerald
on behalf of Creditor Post Brands Pet Care LLC sgerald@tydings.com

Stephen B Gerald
on behalf of Creditor Post Consumer Brands LLC sgerald@tydings.com

Stephen B Gerald
on behalf of Creditor Hostess Brands LLC sgerald@tydings.com

Stephen B Gerald
on behalf of Creditor The J. M. Smucker Company sgerald@tydings.com

Steven Balasiano
on behalf of Creditor Allura Imports Inc. Steven@BalasianoLaw.com

Steven Walsh
on behalf of Creditor Sage Freight SWalsh@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh
on behalf of Creditor JBL/Crest Mills SWalsh@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh
on behalf of Creditor Infosys Ltd. SWalsh@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh
on behalf of Creditor D.M. Trans LLC d/b/a Arrive Logistics SWalsh@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven J. Solomon
on behalf of Creditor GH2 NSB BB LLC steven.solomon@gray-robinson.com, ana.marmanillo@gray-robinson.com

Steven L Taggart
on behalf of Creditor Hall Park LLC staggart@olsentaggart.com

Steven L Taggart
on behalf of Creditor Hall Park LLC staggart@olsentaggart.com

Susan E. Kaufman
on behalf of Interested Party Cloverleaf Realty Inc. skaufman@skaufmanlaw.com

District/off: 0311-1
Date Rcvd: Nov 05, 2025

User: admin
Form ID: pdfgen

Page 39 of 46
Total Noticed: 9

Susan E. Kaufman
    on behalf of Creditor MESILLA VALLEY BUSINESS PARTNERS LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Basser-Kaufman skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Creditor CIELO PASO PARKE GREEN L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Walnut Creek Plaza LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Voice Road L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party DT Route 22 Retail LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Regency Centers L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party NewMark Merrill Companies Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party WPG Management Associates Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party NNN REIT Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Aston Properties Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party 260 Voice Road LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party BancKentucky Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party RDS Logistics Group skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Creditor Tempur Sealy International Inc. and its affiliates skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Ramsey Pike LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Delco Development Company of Hicksville L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Cielo Paso Park Green LP skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Kite Realty Group L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Creditor TEN EAST PARTNERS L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party SITE Centers Corp. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Creditor AP GROWTH PROPERTIES LP skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Sensational Brands Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party The Marketing Group LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Creditor WPG Legacy LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Creditor PLEASANTON PARTNERS LP skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party TLM Realty Holdings LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Creditor KAMS PARTNERS LP skaufman@skaufmanlaw.com

District/off: 0311-1                                    User: admin                                    Page 40 of 46
Date Rcvd: Nov 05, 2025                            Form ID: pdfgen                            Total Noticed: 9

Susan E. Kaufman

on behalf of Creditor KAMS Partners L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Benderson Development Company LLC skaufman@skaufmanlaw.com

Tara B. Annweiler

on behalf of Creditor American National Insurance Company tannweiler@greerherz.com

Tara E Nauful

on behalf of Creditor Twin Rivers Equity Partners LLC tara@bestlawsc.com

Tara L. Grundemeier

on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris County ESD #12 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Texas Taxing Authorities houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris County ESD #08 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Angelina County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris County ESD #48 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris County ESD #29 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Orange County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor City of Webster houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor City of Pasadena houston_bankruptcy@lgbs.com

Terri Jane Freedman

on behalf of Interested Party Liberty Mutual Insurance Company tfreedman@csglaw.com

Thomas Onder

on behalf of Creditor 1600 Eastchase Parkway Leasing LLC tonder@stark-stark.com  ereid@stark-stark.com

Thomas Joseph Francella, Jr.

on behalf of Creditor Cedars Enterprises Too Inc. TFrancella@raineslaw.com,

District/off: 0311-1
Date Rcvd: Nov 05, 2025

User: admin
Form ID: pdfgen

Page 41 of 46
Total Noticed: 9

thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raineslaw.com

Tiffany Strelow Cobb

on behalf of Interested Party Vorys  Sater, Seymour and Pease LLP tscobb@vorys.com, mdwalkuski@vorys.com

Timothy M. Reardon

on behalf of Creditor DKR Investments LLC treardon@ralaw.com

Timothy M. Reardon

on behalf of Creditor S.R. 170 Properties LLC treardon@ralaw.com

Timothy M. Reardon

on behalf of Creditor Burdkidz LLC treardon@ralaw.com

Timothy M. Reardon

on behalf of Creditor MBM Investments LLC treardon@ralaw.com

Timothy T Mitchell

on behalf of Creditor Colony Marketplace Tenancy in Common dkrm@aol.com  donna@rashtiandmitchell.com

Timothy T Mitchell

on behalf of Creditor Parkridge Main LLC dkrm@aol.com  donna@rashtiandmitchell.com

Timothy T Mitchell

on behalf of Creditor Westchase Series 8  a Series of Westchase Parterns LLC dkrm@aol.com, donna@rashtiandmitchell.com

Timothy T Mitchell

on behalf of Creditor Gratiot  LLC dkrm@aol.com, donna@rashtiandmitchell.com

Timothy T Mitchell

on behalf of Creditor JHR Summer Place Shopping Center LLC dkrm@aol.com  donna@rashtiandmitchell.com

Todd Allan Atkinson

on behalf of Interested Party Connectria  LLC todd.atkinson@wbd-us.com,
heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Tori Lynn Remington

on behalf of Creditor Church & Dwight Co.  Inc. tori.remington@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com

Turner Falk

on behalf of Creditor Five Town Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Phillips Edison & Company turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Lafayette Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Hamilton Village Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor South Oaks Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Stoltz Management of DE  Inc. turner.falk@saul.com, tnfalk@recap.email

Turner Falk

on behalf of Creditor Paradise Isle Destin LLC turner.falk@saul.com  tnfalk@recap.email

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

Wanda Borges

on behalf of Creditor Kenney Manufacturing Company ecfcases@borgeslawllc.com

Wayne M Chiurazzi

on behalf of Interested Party Carol Donnelly wchiurazzi@the-attorneys.com

William Ehrlich

on behalf of Creditor KAMS PARTNERS  LP william@ehrlichlawfirm.com

William Ehrlich

on behalf of Creditor AP GROWTH PROPERTIES  LP william@ehrlichlawfirm.com

William Ehrlich

on behalf of Creditor TEN EAST PARTNERS  L.P. william@ehrlichlawfirm.com

William Ehrlich

on behalf of Creditor MESILLA VALLEY BUSINESS PARTNERS  LLC william@ehrlichlawfirm.com

District/off: 0311-1                          User: admin                                    Page 42 of 46
Date Rcvd: Nov 05, 2025                       Form ID: pdfgen                                 Total Noticed: 9

William Ehrlich
                   on behalf of Creditor PLEASANTON PARTNERS  LP william@ehrlichlawfirm.com

William Ehrlich
                   on behalf of Creditor CIELO PASO PARKE GREEN  L.P. william@ehrlichlawfirm.com

William A. Hazeltine
                   on behalf of Creditor c/o Eric Silver  Esq Edifis USC, LLC whazeltine@sha-llc.com

William A. Hazeltine
                   on behalf of Creditor Collin Creek Associates  LLC whazeltine@sha-llc.com

William A. Hazeltine
                   on behalf of Creditor Clover Cortez LLC whazeltine@sha-llc.com

William A. Hazeltine
                   on behalf of Creditor c/o Eric J. Silver  Edifis LJC, LTD whazeltine@sha-llc.com

William D. Sullivan
                   on behalf of Creditor Foothill Luxury Plaza LLC wdsecfnotices@sha-llc.com

William D. Sullivan
                   on behalf of Creditor RPI Ridgmar Town Square Ltd wdsecfnotices@sha-llc.com

William D. Sullivan
                   on behalf of Creditor RPI Overland Ltd wdsecfnotices@sha-llc.com

William D. Sullivan
                   on behalf of Creditor RPI Courtyard Ltd wdsecfnotices@sha-llc.com

William E. Chipman, Jr.
                   on behalf of Cred. Comm. Chair Realty Income Corporation chipman@chipmanbrown.com
                   fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

William E. Chipman, Jr.
                   on behalf of Interested Party Spirit Realty  L.P. chipman@chipmanbrown.com,
                   fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

William F. Taylor, Jr
                   on behalf of Creditor Public Service Company of North Carolina Incorporated wtaylor@whitefordlaw
                   clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
                   on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw
                   clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
                   on behalf of Creditor Constellation NewEnergy  Inc. wtaylor@whitefordlaw.com,
                   clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
                   on behalf of Creditor Rochester Gas & Electric Corporation wtaylor@whitefordlaw.com
                   clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
                   on behalf of Creditor Entergy Louisiana  LLC wtaylor@whitefordlaw.com,
                   clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
                   on behalf of Creditor Central Maine Power Company wtaylor@whitefordlaw.com
                   clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
                   on behalf of Creditor UNS Electric  Inc. wtaylor@whitefordlaw.com,
                   clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
                   on behalf of Creditor Yankee Gas Services Company wtaylor@whitefordlaw.com
                   clano@whitefordlaw.co;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
                   on behalf of Creditor PSEG Long Island wtaylor@whitefordlaw.com
                   clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
                   on behalf of Creditor Southwestern Electric Power Company wtaylor@whitefordlaw.com
                   clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
                   on behalf of Creditor American Electric Power wtaylor@whitefordlaw.com
                   clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor KeySpan Energy Delivery Long Island wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor UNS Gas  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Certain Utility Companies wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Tampa Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Public Service Company of Oklahoma wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor FGX International  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor New York State Electric and Gas Corporation wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Public Service Company of Oklahoma d/b/a American Electric Power wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Massachusetts Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Niagara Mohawk Power Corporation wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Florida Power & Light Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Peoples Gas System  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Boston Gas Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Appalachian Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Oklahoma Gas and Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Dominion Energy South Carolina  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Constellation NewEnergy - Gas Division  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor NStar East Electric wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Symmetry Energy Solutions  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Western Massachusetts wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Tucson Electric Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Consolidated Edison Company of New York  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Public Service Company of New Hampshire wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor CenterPoint Energy Resources Corp. wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor The East Ohio Gas Company d/b/a Enbridge Gas Ohio wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Orange & Rockland Utilities  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Entergy Arkansas  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Cambridge Investment Inc. wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Dominion Energy Virginia wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Entergy Mississippi  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Arizona Public Service Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Public Service Electric and Gas Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Constellation NewEnergy Gas Division  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

District/off: 0311-1

Date Rcvd: Nov 05, 2025

User: admin

Form ID: pdfgen

Page 45 of 46

Total Noticed: 9

William F. Taylor, Jr

on behalf of Creditor Ohio Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor The Connecticut Light & Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Salt River Project wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Monongahela Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Southern California Gas Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor NStar Electric Company  Western Massachusetts wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor NStar Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Eversource Gas of Massachusetts wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Indiana Michigan Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Metropolitan Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Pennsylvania Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Entergy Texas  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William J. Burnett

on behalf of Creditor City View Towne Crossing Fort Worth  TX LP william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

District/off: 0311-1
Date Rcvd: Nov 05, 2025

User: admin
Form ID: pdfgen

Page 46 of 46
Total Noticed: 9

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 1  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 2  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 4  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 9  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 6  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 5  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 8  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 3  LLC wlevant@kaplaw.com

William Walt Pettit
on behalf of Creditor BVB-NC  LLC walt.pettit@hutchenslawfirm.com

Zachary Javorsky
on behalf of Interested Party 1903P Loan Agent  LLC javorsky@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary E. Mazur
on behalf of Interested Party Dewan & Sons zachary@saracheklawfirm.com  paul@saracheklawfirm.com

Zachary E. Mazur
on behalf of Creditor Dewan & Sons zachary@saracheklawfirm.com  paul@saracheklawfirm.com

Zachary E. Mazur
on behalf of Creditor Attic Products zachary@saracheklawfirm.com  paul@saracheklawfirm.com

Zachary E. Mazur
on behalf of Creditor Dan Dee International LLC zachary@saracheklawfirm.com  paul@saracheklawfirm.com

Zhao Liu
on behalf of Interested Party Liberty Mutual Insurance Company liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

TOTAL: 1091