**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FORMER BL STORES, INC., *et al.,* | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 4, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Debtors' Reply in Further Support of Motion of Debtors for Entry of Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief [Docket No. 3298]

- Amended Notice of Agenda for Hearing Scheduled for November 4, 2025, at 1:00 p.m. (ET) [Docket No. 3299] (the "***Amended Notice of Agenda***")

- Order Sustaining Objection and Disallowing Claim No. 10731 Filed by LIPP CDS, Inc. [Docket No. 3301] (the "***Order Sustaining Objection and Disallowing Claim***")

- Notice of Filing Revised Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief [Docket No. 3302]

- Order Approving Stipulation Granting Perc Wallace Relief from the Automatic Stay to Proceed in Civil Action [Docket No. 3305] (the "***Order Approving Stipulation***")

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

On November 4, 2025, at my direction and under my supervision, employees of Kroll caused the Amended Notice of Agenda to be served via email on the Respondents Service List attached hereto as **Exhibit B**.

On November 4, 2025, at my direction and under my supervision, employees of Kroll caused the Order Sustaining Objection and Disallowing Claim to be served via email on (ADRID: 30445922) Lipp CDS, Inc., c/o Susan Barilich, PC, susan@barilichlaw.com.

On November 4, 2025, at my direction and under my supervision, employees of Kroll caused the Order Approving Stipulation to be served via email on (ADRID: 30445922) P. Wallace, c/o Susan Barilich, PC, mmanning@gsbblaw.com.

Dated: November 11, 2025

*/s/ Eladio Perez*
Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 11, 2025, by Eladio Perez, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 92903

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Collin County, City of Paris, City of Sherman, Collin College, Paris Junior College, City of Plano, Mckinney ISD, City of McKinney | Abernathy Roeder Boyd & Hullet PC | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com<br>lboyd@abernathy-law.com |
| Town N' Country Plaza, LLC f/k/a Town N' Country Plaza, L.P. | Anthony & Partners, LLC | eservice@anthonyandpartners.com |
| Counsel to Gordon Brothers Retail Partners, LLC | Ashby & Geddes, P.A. | GTaylor@ashbygeddes.com |
| Counsel to Dell Financial Services, L.L.C. | Austria Legal, LLC | maustria@austriallc.com |
| Counsel to Allura Imports, Inc. | Balasiano & Associates, PLLC | steven@balasianolaw.com<br>judah@balasianolaw.com |
| Counsel to Sun Plaza, LLC | Ballard Spahr LLP | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com |
| Counsel to Brixmor Operating Partnership LP, Beacon Plaza, LLC | Ballard Spahr LLP | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>vesperm@ballardspahr.com<br>brannickn@ballardspahr.com |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | knewman@barclaydamon.com |
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | nferland@barclaydamon.com |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP | Barclay Damon LLP | sfleischer@barclaydamon.com |
| Counsel to Jordan Manufacturing Company, Inc. | BARNES & THORNBURG LLP | david.hall@btlaw.com |
| Counsel to Jordan Manufacturing Company, Inc. | BARNES & THORNBURG LLP | mark.owens@btlaw.com amy.tryon@btlaw.com |
| Counsel to Pea Ridge Partners, LLC, Pearl Road Shopping Center, LLC, Cumberland Square Partners, LLC, Evansville Partners, LLC, Gastonia Restoration Partners, LLC, Harrison OH Partners, LLC, Malone Plaza Partners LLC, Sevierville Forks Partners, LLC, and Shelbyville Partners, LLC | Bass, Berry & Sims PLC | pjennings@bassberry.com ghumphreys@bassberry.com |
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC | Bayard, P.A. | ejohnson@bayardlaw.com |
| Counsel to Infosys Ltd. | Benesch Friedlander Coplan & Aronoff LLP | kcapuzzi@beneschlaw.com swalsh@beneschlaw.com |
| Counsel to Twin Rivers Equity Partners, LLC | Best Law, PA | tara@bestlawsc.com |
| Town N' Country Plaza, LLC f/k/a Town N' Country Plaza, L.P., Yunis Enterprises, Inc., , Townley, Inc. | Bielli & Klauder, LLC | dklauder@bk-legal.com |
| Counsel to Upper Canada Soap and Candle Makers Corporation | Bielli & Klauder, LLC | dklauder@bk-legal.com |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to PNC Bank, National Association | Blank Rome LLP | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com |
| Counsel to DIP ABL Agent and Prepetition ABL Agent | Blank Rome, LLP | regina.kelbon@blankrome.com |
| Counsel United Properties Corp., Aldrich Management Co., LLC, Hauppauge Properties, LLC, New Castle Equities, LLC, Miamisburg Properties, LLC, Dublin Equities, LLC, Glenwood Ave Binghamton, LLC, Snellville Pavillion, LLC, Indiana Equities, LLC and TN Equities, LLC | Bond, Schoeneck & King, PLLC | elobello@bsk.com |
| Counsel to Kenney Manufacturing Company | Borges & Associates, LLC | wborges@borgeslawllc.com<br>schin@borgeslawllc.com |
| Counsel to Paragon Windermere, LLC and Lebanon Windermere, LLC | Bose Mckinney & Evans LLP | jmoloy@boselaw.com |
| Counsel to DKR Investments LLC, MBM Investments LLC, and Burdkidz LLC and S.R. 170 Properties LLC | Brouse McDowell, LPA | treardon@ralaw.com |
| Counsel to Pro-Mart Industries, Inc. | Bryan Cave Leighton Paisner LLP | jarret.hitchings@bclplaw.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | schristianson@buchalter.com |
| Counsel to Albertsons LLC and Safeway Inc | Buchanan Ingersoll & Rooney PC | geoffrey.grivner@bipc.com |
| Counsel to Comenity Capital Bank and CTO Realty Growth, Inc. | Burr & Forman LLP | jfalgowski@burr.com |
| Counsel to CTO Realty Growth, Inc. | Burr & Forman LLP | esummers@burr.com<br>drobbins@burr.com |
| Counsel to Comenity Capital Bank | Burr & Forman LLP | jhaithcock@burr.com |

## Exhibit A
### Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to California Department of Resources Recycling and Recovery | California Department of Justice | Barbara.Spiegel@doj.ca.gov |
| Counsel to California Department of Resources Recycling and Recovery | California Department of Justice | Natalie.Collins@doj.ca.gov |
| Counsel to Tropicana Palm Plaza LLC | Carlyon Cica CHTD. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com |
| Counsel to Liberty Mutual Insurance Company | Chiesa Shahinian & Giantomasi PC | szuber@csglaw.com<br>tfreedman@csglaw.com |
| Counsel to 5620 Nolensville Pike, LLC | Chipman Brown Cicero & Cole, LLP | root@chipmanbrown.com |
| Counsel to  D.H. Pace Company, Inc. | Chipman Brown Cicero & Cole, LLP | desgross@chipmanbrown.com |
| Counsel to DIP ABL Agent and Prepetition ABL Agent, and PNC Bank, National Association | Choate, Hall & Stewart LLP | jventola@choate.com<br>jmarshall@choate.com<br>jslang@choate.com |
| Counsel to USPG Franklin LLC, USPG Portfolio Eight, LLC, USPG Portfolio Two, LLC, SanTan MP LP, GPR Investments LLC, Warm Springs Promenade, LLC, and Bellevue Holdings, LLC | Clark Hill PLC | ahornisher@clarkhill.com |
| Counsel to USPG Franklin LLC, USPG Portfolio Eight, LLC, USPG Portfolio Two, LLC, SanTan MP LP, GPR Investments LLC, Warm Springs Promenade, LLC, and Bellevue Holdings, LLC | Clark Hill PLC | kgrivner@clarkhill.com |
| Counsel to  Bellevue Holdings, LLC | Clark Hill PLC | kmorse@clarkhill.com |
| Counsel to the Official Committee of Unsecured Creditors | Cole Schotz, P.C. | jalberto@coleschotz.com<br>snewman@coleschotz.com |
| Counsel to Commonwealth of Pennsylvania Department of Labor and Industry | Commonwealth of Pennsylvania Department of Labor and Industry | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to Aldi Inc | Connolly Gallagher LLP | kbifferato@connollygallagher.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Paragon Windermere, LLC and Lebanon Windermere, LLC | Cross & Simon, LLC | csimon@crosslaw.com |
| Counsel to Corpus Christi Firefighters' Retirement System | Cross & Simon, LLC | csimon@crosslaw.com |
| Counsel to CORTA Stevens Point, LLC, Ross Stores, Inc. and Ross Dress for Less, Inc. | Cross & Simon, LLC | kmann@crosslaw.com |
| Counsel to Yunis Enterprises, Inc. | Davidson Fink LLP | spwilliams@davidsonfink.com<br>caugino@davidsonfink.com |
| Counsel to the Debtor and Debtor in Possession | Davis Polk & Wardwell LLP | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com |
| Counsel to Southgate Shopping Center LLP | DLA Piper LLP (US) | dale.cathell@us.dlapiper.com<br>virginia.callahan@us.dlapiper.com |
| Counsel to Southgate Shopping Center LLP | DLA Piper LLP (US) | craig.martin@us.dlapiper.com |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | amish@doshilegal.com |
| Counsel to Hart Estate Investment Company, a California general partnership, NP-AC Industrial Holdings LLC | Duane Morris LLP | dsmcgehrin@duanemorris.com<br>ljkotler@duanemorris.com |
| Counsel to Hart Estate Investment Company, a California general partnership | Duane Morris LLP | mcolabianchi@duanemorris.com |
| Counsel to West American Construction Corp. | Elkins Kalt Weintraub Reuben Gartside LLP | mgottfried@elkinskalt.com |
| Counsel to Maureen Scullon | Elliott Greenleaf, P.C. | dmr@elliottgreenleaf.com |
| Counsel to Red Mountain Asset Fund I, LLC, Desert Sky Esplanade, LLC, and Clovis I, LLC | Ervin Cohen & Jessup LLP | bmoldo@ecjlaw.com |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to PepsiCo, Inc., PepsiCo Sales, Inc., Rolling Frito-Lay Sales, LP, Quacker Sales & Distribution, Inc | FrankGecker LLP | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Counsel to Divisions Inc. | Frost brown Todd LLP | awebb@fbtlaw.com<br>jkleisinger@fbtlaw.com |
| Counsel to Tempur Sealy International, Inc. and its affiliates, WPG Legacy, LLC | Frost brown Todd LLP | rgold@fbtlaw.com<br>eseverini@fbtlaw.com<br>jkleisinger@fbtlaw.com |
| Counsel to Roundtripping Ltd. and Geiger Brothers, Inc. | Gibbons P.C. | kearle@gibbonslaw.com |
| Counsel to Geiger Brothers, Inc. | Gibbons P.C. | kmcevilly@gibbonslaw.com |
| Counsel to Roundtripping Ltd. | Gibbons P.C. | mconlan@gibbonslaw.com |
| Counsel to Creditor CC Fund 1 Big Lots, LLC, Creditor Blum Boulders Associates 1, LLC | Gilbert Bird Law Firm, PC | rbird@gilbertbirdlaw.com |
| Golden Goodrich LLP | Golden Goodrich LLP | jgolden@go2.law |
| Counsel to Cedars Enterprises Too, Inc. | Golden Goodrich LLP | rbeall@go2.law |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | tannweiler@greerherz.com |
| Counsel to Nissin Foods (USA) Co., Inc. | Hahn Loeser & Parks LLP | ridebitetto@hahnlaw.com |
| Counsel to Oliveira Plaza SPE, LLC, and Rim Country Mall SPE, LLC | Hill, Farrer & Burrill, LLP | dmccarthy@hillfarrer.com |
| Counsel to WRP Washington Plaza LLC, Wallace Properties–Kennewick LLC, and WRP Gateway LLC | Hillis Clark Martin & Peterson, P.S. | brian.free@hcmp.com |
| Counsel to Nancy C. Millan, Hillsborough County Tax Collector | Hillsborough County Tax Collector | fitzgeraldb@hcfl.gov<br>stroupj@hcfl.gov<br>connorsa@hcfl.gov |
| Counsel to FGX International, Inc. | Hinckley, Allen & Snyder LLP | jdoran@hinckleyallen.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| HJH Investments | HJH Investments | teanna@hjhinvestments.com |
| Counsel to 1255 Sunrise Realty, LLC, 4101 Transit Realty LLC, The Stop & Shop Supermarket Company LLC, and Food Lion LLC | Hunton Andrews Kurth LLP | ghesse@huntonak.com |
| Counsel to BVB-NC, LLC | Hutchens Law Firm LLP | walt.pettit@hutchenslawfirm.com |
| Counsel to First Onsite Property Restoration | Jack Shrum P.A. | Jshrum@jshrumlaw.com |
| Counsel to Burlington Coat Factory Warehouse Corporation | Jackson Walker LLP | kpeguero@jw.com<br>jwertz@jw.com<br>wfarmer@jw.com |
| Counsel to Dorsan Developments Limited c/o Levy Realty Advisors LLC | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. | rpatella@lawjw.com |
| Counsel to Griffith, McCague & Happel, P.C. | Jonnet National Properties Corporation | jmm@gmwpclaw.com |
| Counsel to Donlen Corporation | K&L Gates LLP | david.catuogno@klgates.com |
| Counsel to Dauphin Plaza LLC, Dauphin Plaza TIC 1 LLC, Dauphin Plaza TIC 2 LLC, Dauphin Plaza TIC 3 LLC, Dauphin Plaza TIC 4 LLC, Dauphin Plaza TIC 5 LLC, Dauphin Plaza TIC 6 LLC, Dauphin Plaza TIC 8 LLC, and Dauphin Plaza TIC 9 LLC | Kaplin Stewart Meloff Reiter & Stein, PC | wlevant@kaplaw.com |
| Counsel to Ryder Last Mile, Inc. | Kelley Drye & Warren LLP | jcarr@kelleydrye.com<br>kelliott@kelleydrye.com<br>kcavins@kelleydrye.com |
| Counsel to Big Milf2 Owner, LLC | Kerrick Bachert PSC | sbachert@kerricklaw.com |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA Owner LLC, BIG YVCA Owner LLC, BIGCOOH002 LLC, BIGMOAL001 LLC, BIGDUOK001 LLC, BIGTRPA001 LLC | Kirkland & Ellis LLP | connor.casas@kirkland.com john.luze@kirkland.com |
| Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA Owner LLC, BIG YVCA Owner LLC, BIGCOOH002 LLC, BIGMOAL001 LLC, BIGDUOK001 LLC, BIGTRPA001 LLC | Kirkland & Ellis LLP | steven.serajeddini@kirkland.com |
| Counsel to Gateway BL Acquisition, LLC | Kirkland & Ellis LLP, Kirkland & Ellis International LLP | christopher.marcus@kirkland.com nicholas.adzima@kirkland.com |
| Counsel to Gateway BL Acquisition, LLC | Kirkland & Ellis LLP, Kirkland & Ellis International LLP | judson.brown@kirkland.com mcclain.thompson@kirkland.com |
| Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA Owner LLC, BIG YVCA Owner LLC, BIGCOOH002 LLC, BIGMOAL001 LLC, BIGDUOK001 LLC, BIGTRPA001 LLC | Klehr Harrison Harvey Branzburg LLP | mbranzburg@klehr.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to The Grove Shops LLC, Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA Owner LLC, BIG YVCA Owner LLC, BIGCOOH002 LLC, BIGMOAL001 LLC, BIGDUOK001 LLC, BIGTRPA001 LLC | Klehr Harrison Harvey Branzburg LLP | rlemisch@klehr.com dpacitti@klehr.com |
| Counsel to Franco Manufacturing Co. Inc. | Kohner, Mann & Kailas, S.C. | swisotzkey@kmksc.com |
| Counsel to  City View Towne Crossing Fort Worth, TX LP | Kurtzman Steady, LLC | kurtzman@kurtzmansteady.com |
| Counsel to Palatka Gas Authority | La Fleur Law Firm | nina@lafleurlaw.com |
| Counsel to Horizon Media LLC, Horizon Next | Landis Rath & Cobb LLP | brown@lrclaw.com brooks@lrclaw.com |
| Counsel to Claremont Associates and Allegheny Plaza Associates I Limited Partnership | Lasser Hochman, LLC | rzucker@lasserhochman.com |
| Counsel to Jetrich Canada Ltd. | Law Offices of Gilbert A. Lazsarus, PLLC | gillazarus@gmail.com |
| Counsel to SquareTrade, Inc. | Levene, Neale, Bender, Yoo & Golubchik L.L.P. | EHK@lnbyg.com JSK@lnbyg.com |
| Counsel to San Patricio County, Nueces County, City Of Mcallen, Hidalgo County, Cameron County, Victoria County, Kerr County | Linebarger Goggan Blair & Sampson, LLP | austin.bankruptcy@lgbs.com |
| Counsel to City of El Paso, Bexar County, Ector CAD | Linebarger Goggan Blair & Sampson, LLP | sanantonio.bankruptcy@lgbs.com |
| Counsel to Tarant County | Linebarger Goggan Blair & Sampson, LLP | dallas.bankruptcy@lgbs.com |
| Counsel to Grayson County | Linebarger Goggan Blair & Sampson, LLP | dallas.bankruptcy@lgbs.com |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Hood CAD, Greenville ISD, Stephenville ISD, City of Stephenville, Tom Green CAD, Lamar CAD, Rockwall CAD, Gregg County, City of Frisco, Gainesville ISD, Irving ISD, City of Carrollton, Lewisville ISD, Little Elm ISD, Sherman ISD | Linebarger Goggan Blair & Sampson, LLP | dallas.bankruptcy@lgbs.com |
| Counsel to Smith County | Linebarger Goggan Blair & Sampson, LLP | dallas.bankruptcy@lgbs.com |
| Counsel to Galveston County | Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@lgbs.com |
| Counsel to Cypress-Fairbanks ISD, Harris CO ESD # 29, Harris CO ESD # 12, Harris CO ESD # 08, Harris CO ESD # 11, City of Houston, Houston ISD, Fort Bend County, Montgomery County, Houston Comm Coll System, City of Jefferson, Harris CO ESD # 48, Harris CO ESD # 09, City of Webster, City of Pasadena, Lone Star College System, Angelina County | Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@lgbs.com |
| Counsel to Jefferson County, Orange County, City of Humble | Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@lgbs.com |
| Counsel to Horizon Media LLC, Horizon Next | Loeb & Loeb LLP | whawkins@loeb.com nweingarten@loeb.com |
| Counsel to Corpus Christi Firefighters' Retirement System | Lowenstein Sandler LLP | metkin@lowenstein.com nfulfree@lowenstein.com |
| Counsel to Madison County, Alabama, 100 Northside Square, Huntsville, Alabama 35801 | Madison County, Alabama | jrich@madisoncountyal.gov |
| Counsel to TKG Sheridan Crossing Dev LLC, GKT University Square Greeley, TKG Norwichtown Commons, LLC, The Paducah Development LP and THF Greengate East Dev LP | Manning Gross + Massenburg LLP | DPrimack@mgmlaw.com |
| Counsel to Judith Owczarkowski, as Administratrix for the Estate of Norman Owczarkowski | Margolis Edelstein | jhuggett@margolisedelstein.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Milelli Realty-Lehigh Street, L.L.C. | McCarter & English, LLP | jtesta@mccarter.com |
| Counsel to Goodwill Gulf Coast, B & C Properties of Dunn, LLC and Perry's, Inc. | McCarter & English, LLP | kbuck@mccarter.com<br>mzare@mccarter.com |
| Counsel to Milelli Realty-Lehigh Street, L.L.C. | McCarter & English, LLP | scalello@mccarter.com |
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | jparsons@mvbalaw.com |
| Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas | McCreary, Veselka, Bragg, & Allen, P.C. | jparsons@mvbalaw.com |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Schulte LLP | dazman@mwe.com<br>kgoing@mwe.com |
| Counsel to Triple Bar Ridgeview Hanover, LLC | McNees Wallace & Nurick LLC | KCamuti@mcneeslaw.com |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | bdept@mrrlaw.net |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Ken Burton Jr., Manatee County Tax Collector | Michelle Leeson, Paralegal, Collections Specialist, CFCA | legal@taxcollector.com |
| Counsel to Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | pcarey@mirickoconnell.com |
| Counsel to Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | scolbert@miricklaw.com |
| Counsel to Woodcrest Management Company | Monzack Mersky and Browder, P.A | rmersky@monlaw.com |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A. | rmersky@monlaw.com |
| Counsel to Vitamin Energy, Inc. | Morris James LLP | bkeilson@morrisjames.com scerra@morrisjames.com |
| Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | rdehney@morrisnichols.com aremming@morrisnichols.com dbutz@morrisnichols.com tmann@morrisnichols.com csawyer@morrisnichols.com |
| Counsel to Grey Matter Concepts | Morrison Cohen LLP | dkozlowski@morrisoncohen.com |
| Counsel to B & C Properties of Dunn, LLC and Perry's, Inc. | Narron Wenzel, PA | dmills@narronwenzel.com |
| Counsel to Bayshore Mall Acquisition | Obermayer Rebmann Maxwell & Hippel LLP | edmond.george@obermayer.com |
| Counsel to Bayshore Mall Acquisition | Obermayer Rebmann Maxwell & Hippel LLP | leslie.spoltore@obermayer.com |
| Counsel to New York State Department of Taxation and Finance ("NYSTAX") | Office of the New York State Attorney General | robert.rock@ag.ny.gov |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Linda.Casey@usdoj.gov |
| Counsel to Saul Holdings Limited Partnership | Offit Kurman PA | brian.mclaughlin@offitkurman.com |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | tammy.jones@oklahomacounty.org |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Hall Park, LLC | Olsen Taggart PLLC | staggart@olsentaggart.com<br>rparson@olsentaggart.com<br>rlyon@olsentaggart.com<br>taggartoffice01@gmail.com |
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC | Otterbourg, P.C | csimon@otterbourg.com<br>jdrew@otterbourg.com<br>shautzinger@otterbourg.com |
| Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC | Pashman Stein Walder Hayden, P.C | dsklar@pashmanstein.com |
| Counsel to 415 Orchard Associates, LLC | Pashman Stein Walder Hayden, P.C | jweiss@pashmanstein.com<br>agambale@pashmanstein.com |
| Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC | Pashman Stein Walder Hayden, P.C | jbarsalona@pashmanstein.com |
| Counsel to City of Cleburne, Cleburne ISD, City of Burleson, Burleson ISD, Johnson County, City of Lake Worth, City of Grapevine, Grapevine-Colleyville ISD, Richardson ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | ebcalvo@pbfcm.com |
| Lubbock Central Appraisal District Midland County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | lmbkr@pbfcm.com |
| Counsel to City of Garland, Garland ISD, Bonham ISD, Carrollton-Farmers Branch ISD, Frisco ISD, Plano ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | lreece@pbfcm.com |
| Counsel to Brazoria County, Brazoria Drainage District # 4, Special Road And Bridge District, Brazosport Independent School District, City of Lake Jackson, Brazosport College, Velasco Drainage District, Pearland Independent School District and City of Pearland | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | mvaldez@pbfcm.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Cooke County and Wichita County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | wichitafalls@pbfcm.com |
| Counsel to Taxing Districts Collected by Potter County and Taxing Districts Collected by Randall County | Perdue, Brandon, Fielder, Collins, and Mott, LLP | amabkr@pbfcm.com<br>acordova@pbfcm.com |
| Counsel to Brownsville Independent School District, Weslaco Independent School District | Perdue, Brandon, Fielder, Collins, and Mott, LLP | edinburgbankruptcy@pbfcm.com |
| Counsel to Topaz Distribution, LLC | Perkins Coie LLP | AGamliel@perkinscoie.com |
| Counsel to Creative Home and Kitchen, LLC | Peter Spindel, Esq. | peterspindel@gmail.com |
| Counsel to Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc. | Phelps Dunbar LLP | danielle.mashburn-myrick@phelps.com |
| Counsel to Big Milf2 Owner, LLC | Pierson Ferdinand LLP | jeffrey.carbino@pierferd.com |
| Counsel to Topaz Distribution, LLC, Squaretrade, Inc. | Polsinelli PC | cward@polsinelli.com<br>mdipietro@polsinelli.com |
| Counsel to Giftree Crafts Company Limited | Porzio, Bromberg & Newman, P.C. | casantaniello@pbnlaw.com |
| Counsel to Giftree Crafts Company Limited | Porzio, Bromberg & Newman, P.C. | kdcurtin@pbnlaw.com<br>jzhou@pbnlaw.com |
| Counsel to Denzel Anderson | Potter Anderson & Corroon LLP | bhaywood@potteranderson.com<br>jrisener@potteranderson.com<br>aehrmann@potteranderson.com |
| Counsel to Ocean Network Express (North America) Inc. | Price Meese Shulman & D'Arminio, P.C. | rsteinberg@pricemeese.com |
| Counsel to Parkridge Main LLC and Gratiot, LLC | Rashti and Mitchell, Attorneys at law | tim@rashtiandmitchell.com<br>dkrm@aol.com<br>donna@rashtiandmitchell.com |
| Counsel to City of Alexandria, Louisiana and Cleco Power LLC | Richard A. Rozanski, APLC | richard@rarlaw.net |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC | Richards, Layton & Finger, P.A. | knight@rlf.com<br>collins@rlf.com<br>javorsky@rlf.com |
| Counsel to CORTA Stevens Point, LLC | Richman & Richman LLC | mrichman@randr.law |
| Counsel to Gordon Brothers Retail Partners, LLC | Riemer & Braunstein LLP | SFox@riemerlaw.com |
| Counsel to Steve Silver Company | Ritter Spencer Cheng PLLC | dritter@ritterspencercheng.com |
| Counsel to Corpus Christi Firefighters' Retirement System | Robbins Geller Rudman & Dowd LLP | randyb@rgrdlaw.com<br>shubachek@rgrdlaw.com<br>bennyg@rgrdlaw.com<br>eluedeke@rgrdlaw.com<br>hgeiger@rgrdlaw.com |
| Counsel to Triple Bar Ridgeview Hanover, LLC | Robinson & Cole LLP | jedmonson@rc.com |
| Counsel to Tropicana Palm Plaza LLC | Robinson & Cole LLP | jedmonson@rc.com |
| Counsel to Katie J. Jennings and Allen Jennings | Robinson & Cole LLP | jedmonson@rc.com |
| Counsel to Serta, Inc. | Rogers Law Offices | brogers@berlawoffice.com<br>skuperberg@berlawoffice.com |
| Counsel to 7023 Broward LLC | Roth & Scholl | jeff@rothandscholl.com |
| Counsel to 415 Orchard Associates, LLC | Royer Cooper Cohen Braunfeld LLC | MSkapof@rccblaw.com |
| Counsel to Aldi Inc | Rubine & Levin, PC | jim@rubin-levin.net |
| Counsel to Attic Products, Dewan & Sons, and Dan Dee International LLC | Sarachek Law Firm | zachary@saracheklawfirm.com<br>joe@saracheklawfirm.com |
| Counsel to Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc. | Saul Ewing LLP | evan.miller@saul.com |
| Counsel to Logo Brands, Inc. | Saul Ewing LLP | luke.murley@saul.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc. | Saul Ewing LLP | monique.disabatino@saul.com |
| Counsel to Hamilton Village Station LLC, Lafayette Station LLC, South Oaks Station LLC, Five Town Station LLC, Phillips Edison & Company, Paradise Isle Destin LLC and Stoltz Management of DE, Inc. | Saul Ewing LLP | turner.falk@saul.com |
| Counsel to Y&O Faulkner, LLC, Y & O Town & Country, LLC, and Y &O 240, LLC | Scheef & Stone, L.L.P. | peter.lewis@solidcounsel.com |
| Counsel to Prestige Patio, Co., LTD | Schrier Shayne P.C. | resincourt@aol.com<br>richardschrier@gmail.com |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | secbankruptcy@sec.gov |
| Counsel to Wayne County Treasurer | Shermeta, Kilpatrick & Associates, PLLC | ecf@kaalaw.com |
| Counsel to Levin Properties, L.P. | Shipman & Goodwin LLP | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Counsel to Norman Owczarkowski | Simon PLC Attorneys & Counselors | cmierzwa@simonattys.com |
| Counsel to B33 Centereach II LLC and B33 Great Northern II LLC, and RPI Ridgmar Town Square Ltd, RPI Courtyard Ltd and RPI Overland Ltd | Singer & Levick, P.C. | mshriro@singerlevick.com |
| Counsel to Meadowbrook V, LP, ARD MAC Commons LLC, ARD West Whiteland LLC, The View at Marlton LLC, and Village Green Realty L.P., Rising Sun Owner, LP, HKJV, LLC | Sirlin Lesser & Benson, P.C. | dplon@sirlinlaw.com |
| Counsel to Woodbridge Crossing Urban Renew LLC | Sirlin Lesser & Benson, P.C. | dplon@sirlinlaw.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to STL Global Sales LLC | Sirlin Lesser & Benson, P.C. | dplon@sirlinlaw.com |
| Counsel to Madeira Plaza Power LLC | Sirlin Lesser & Benson, P.C. | dplon@sirlinlaw.com |
| Counsel to Conopco, Inc d/b/a Unilever United States, 1600 Eastchase Parkway Leasing LLC | Stark & Stark, P.C. | jlemkin@stark-stark.com<br>tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| State of Alaska Attorney General | State of Alaska Attorney General | ATTORNEY.GENERAL@ALASKA.GOV |
| State of Arizona Attorney General | State of Arizona Attorney General | AGINFO@AZAG.GOV |
| State of California Attorney General | State of California Attorney General | BANKRUPTCY@COAG.GOV |
| State of Connecticut Attorney General | State of Connecticut Attorney General | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV<br>brendan.flynn@ct.gov |
| State of Delaware Attorney General | State of Delaware Attorney General | ATTORNEY.GENERAL@STATE.DE.US |
| State of Hawaii Attorney General | State of Hawaii Attorney General | HAWAIIAG@HAWAII.GOV |
| State of Illinois Attorney General | State of Illinois Attorney General | WEBMASTER@ATG.STATE.IL.US |
| State of Indiana Attorney General | State of Indiana Attorney General | INFO@ATG.IN.GOV |
| State of Iowa Attorney General | State of Iowa Attorney General | WEBTEAM@AG.IOWA.GOV |
| State of Maryland Attorney General | State of Maryland Attorney General | OAG@OAG.STATE.MD.US |
| State of Michigan Attorney General | State of Michigan Attorney General | MIAG@MICHIGAN.GOV<br>AG-COD@michigan.gov |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Bankruptcy.Notices@ag.state.mn.us |
| State of Missouri Attorney General | State of Missouri Attorney General | ATTORNEY.GENERAL@AGO.MO.GOV |
| State of Montana Attorney General | State of Montana Attorney General | CONTACTDOJ@MT.GOV |
| State of Nebraska Attorney General | State of Nebraska Attorney General | NEDOJ@NEBRASKA.GOV |
| State of Nevada Attorney General | State of Nevada Attorney General | AGINFO@AG.NV.GOV |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | ATTORNEYGENERAL@DOJ.NH.GOV |
| State of New Jersey Attorney General | State of New Jersey Attorney General | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US<br>Jeff.Koziar@law.njoag.gov |
| State of New Mexico Attorney General | State of New Mexico Attorney General | aserrato@nmdoj.gov<br>aswenson@nmdoj.gov |
| State of North Dakota Attorney General | State of North Dakota Attorney General | NDAG@ND.GOV |
| State of Ohio Attorney General | State of Ohio Attorney General | Mahisha.Sanson@OhioAGO.gov |
| State of Oklahoma Attorney General | State of Oklahoma Attorney General | consumerprotection@oag.ok.gov |
| State of Oregon Attorney General | State of Oregon Attorney General | CONSUMER.HOTLINE@DOJ.STATE.OR.US<br>justin.leonard@doj.oregon.gov |
| State of South Dakota Attorney General | State of South Dakota Attorney General | CONSUMERHELP@STATE.SD.US |
| State of Tennessee Attorney General | State of Tennessee Attorney General | STEVE.BUTLER@AG.TN.GOV |
| State of Texas Attorney General | State of Texas Attorney General | public.information@oag.state.tx.us |
| State of Utah Attorney General | State of Utah Attorney General | bankruptcy@agutah.gov |
| State of West Virginia Attorney General | State of West Virginia Attorney General | CONSUMER@WVAGO.GOV |
| State of Wisconsin Attorney General | State of Wisconsin Attorney General | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| Counsel to Edifis, USC, LLC and Edifis LJC, LTD | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A | esilver@stearnsweaver.com |
| Counsel to Eagle Enterprises of Jefferson, Inc. | Steeg Law Firm, LLC | hopotowsky@steeglaw.com |
| Counsel to Dell Financial Services L.L.C. | Streusand, Landon, Ozburn & Lemmon, LLP | streusand@slollp.com |
| Counsel to Dole Packaged Foods, LLC | Sullivan Hazeltine Allinson LLC | zallinson@sha-llc.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Sensational Brans, Inc. and The Marketing Group LLC | Susan E. Kaufman, LLC | skaufman@skaufmanlaw.com |
| Counsel to Kin Properties, Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc., Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Wayne Matador, Inc., Aleff LLC, Aneff LLC and Jefan LLC | Tayman Lane Chaverri LLP | jrhodes@tlclawfirm.com |
| Counsel to Carrollton-White Marsh, LLC | Tenenbaum & Saas, P.C. | BRost@tspclaw.com |
| Counsel to Unison Mooresville, LLC | Tenenbaum & Saas, P.C. | brost@tspclaw.com |
| Counsel to Texas Comptroller of Public Accounts | Texas Attorney General's Office | jamie.kirk@oag.texas.gov |
| Counsel to Amy Eskra-Brown and Carol Donnelly | The Chiurazzi Law Group | wchiurazzi@the-attorneys.com ewertman@the-attorneys.com |
| Counsel to Siegen Village Shopping Center, LLC | The Cohn Law Firm LLC | bartley@thecohnlawfirm.com dmcohn@thecohnlawfirm.com contact@thecohnlawfirm.com |
| Counsel to AP Growth Properties, LP, Mesilla Valley Business Partners, LLC, Ten East Partners, L.P., Cielo Paso Parke Green, L.P., Kams Partners, LP, Pleasanton Partners, LP | The Ehrlich Law Firm | william@ehrlichlawfirm.com |
| Counsel to John Florence, District & Urban Texas, Inc. | The Law Office of James Tobia, LLC | jtobia@tobialaw.com |
| Counsel to T'ron Bowie, Prestige Patio Co., LTD | The Law Office of James Tobia, LLC | jtobia@tobialaw.com |
| Counsel to Oracle America, Inc. | The Magnozzi Law Firm, P.C. | mmagnozzi@magnozzilaw.com |
| Counsel to SJL Wholesale Group, Steve Silver Company | The Powell Firm, LLC | jpowell@delawarefirm.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Liberty Mutual Insurance Company | The Rosner Law Group LLC | rosner@teamrosner.com<br>liu@teamronser.com |
| Counsel to Hybrid Promotions, LLC d/b/a Hybrid Apparel | The Williams Law Firm, P.A. | John@TrustWilliams.com<br>Brian@TrustWilliams.com |
| Counsel to The Malon D. Mimms Company | Thompson, O'Brien, Kappler & Nasuti, P.C. | mpugh@tokn.com |
| Tennessee Department of Revenue | TN Dept of Revenue | AGBankDelaware@ag.tn.gov |
| Counsel to Travis County | Travis County | Jason.Starks@traviscountytx.gov |
| Counsel to 1600 Eastchase Parkway Leasing LLC | Turner Law APC | jmt@tmsdlaw.com |
| Counsel to The J. M. Smucker Company | Tydings & Rosenberg LLP | sgerald@tydings.com |
| Counsel to The J.M. Smucker Company and Hostess Brands, Inc. | Tydings & Rosenberg LLP | sgerald@tydings.com |
| Counsel to Post Consumer Brands, LLC and Post Brands Pet Care, LLC | Tydings & Rosenberg LLP | sgerald@tydings.com |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | secbankruptcy@sec.gov |
| Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C. | UB Greensfelder LLP | rscherck@ubglaw.com |
| Counsel to 5620 Nolensville Pike, LLC | Varnum LLP | bgbest@varnumlaw.com |
| Counsel to Perrigo Direct, Inc. | Warner Norcross + Judd LLP | gtoering@wnj.com |
| Washington Dc Attorney General | Washington DC Attorney General | OAG@DC.GOV |
| Counsel to Serta, Inc. | Werb & Sullivan | bsullivan@werbsullivan.com |
| Counsel to Sky Crossroads, LLC, Sky Irondequoit, LLC, Sky NY Holdings, LLC | Weycer, Kaplan, Pulaski & Zuber, P.C. | jcarruth@wkpz.com |
| Counsel to Cambridge Investment Inc. | Whiteford, Taylor & Preston LLC | wtaylor@whitefordlaw.com |
| Counsel to Cambridge Investment Inc. | Whiteford, Taylor & Preston LLP | dgaffey@whitefordlaw.com |
| Counsel to Homestar North America, LLC and Prima Holdings International Limited | Williams Mullen | mmueller@williamsmullen.com<br>jmclemore@williamsmullen.com |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Co-Counsel to Jetrich Canada Ltd. | Womble Bond Dickinson (US) LLP | kevin.mangan@wbd-us.com |
| Counsel to NCR Voyix Corporation, Everstar Merchandise Co., Ltd., and Everstar Merchandise Co. | Womble Bond Dickinson (US) LLP | matthew.ward@wbd-us.com<br>lisa.tancredi@wbd-us.com |
| Counsel to Gateway BL Acquisition, LLC | Young Conaway Stargatt & Taylor, LLP | jbarry@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com |

**Exhibit B**

Exhibit B

Respondents Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CIARDI CIARDI & ASTIN | John D. McLaughlin, Jr. | jmclaughlin@ciardilaw.com |
| LINEBARGER GOGGANBLAIR & SAMPSON, LLP | Tara L. Grundemeier | tara.grundemeier@lgbs.com |
| PERDUE, BRANDON, FIELDER,COLLINS & MOTT, L.L.P. | Mollie Lerew | mlerew@pbfcm.com |
| Susan Barilich, PC | Susan Barilich | mlerew@pbfcm.com |