| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Susan Barilich, Esq.<br>Susan Barilich, P.C.<br>535 N. Brand Blvd. Ste. 504<br>Glendale, CA 91203<br>Tel. 818-500-0377<br>Fax: 800-8507209<br>SBN 159530<br>susan@barilichlaw.com | RECEIVED<br>2025 NOV 18  A 8: 20<br>CLERK<br>US BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |
| ☐ Individual appearing without attorney<br>☒ Attorney for: Lipp CDS | |

**UNITED STATES BANKRUPTCY COURT**
**DELAWARE DIVISION**

| In re:<br><br>BIG LOTS, INC., et al,<br>recaptioned as FORMER BL STORES, INC.<br><br>Debtor(s). | CASE NO.: 24-11967<br>ADVERSARY NO.:<br>(if applicable)<br>CHAPTER: 11 |
|---|---|
| vs.<br>Plaintiff(s) (if applicable).<br><br><br>Defendant(s) (if applicable). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Lipp CDS, Inc.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☒ Creditor
☐ Trustee
☐ Other (describe):

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order Sustaining Objection and Disallowing Claim No. 10731 Filed By Lipp CDS, Inc.

2. State the date on which the judgment—or the appealable order or decree—was entered: 11/04/2025

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Lipp CDS, Inc.

   Attorney: Susan Barilich, Esq.
   Susan Barilich, P.C.
   535 N. Brand Blvd. Ste. 504
   Glendale, CA 91203
   Tel. 818-500-0377

2. Party: Big Lots Inc. et al, a.k.a. Former BL Stores, Inc. -

   Attorney:

   Robert J. Dehney, Sr. Esquire
   Casey B. Sawyer, Esquire
   MORRIS, NICHOLS, ARSHT & TUNNELL LLP
   1201 North Market Street, 16th Floor
   P.O. Box 1347
   Wilmington, DE 19899
   Tel: (302) 658-9200

   Kevin L. Winiarski, Esq.
   Stephen D. Piraino, Esq.
   DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
   New York, NY 10017
   Tel.: (212) 450 4000

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_Susan Barilich_ (signature)    Date: November 17, 2025

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., et al., | CASE NO: 24-11967 (JKS) |
| recaptioned as Former BL stores, Inc. | |
| Debtors.1 | |

### CERTIFICATE OF SERVICE

I, Susan Barilich, of Susan Barilich, P.C. hereby certify that on the 17th of November, 2025, I served a copy of the **NOTICE OF APPEAL AND STATEMENT OF ELECTION** on the attached service list via electronic mail.

*/s/ Susan Barilich*

Susan Barilich, Esq. (CA Bar No. 159530)

## SERVICE LIST

**VIA EMAIL:**

Robert J. Dehney, Sr., Esquire
Andre R. Remming, Esquire
Tamara K. Mann, Esquire
Sophie Rogers Churchhill, Esquire
Casey B. Sawyer, Esquire
**MORRIS, NICHOLS, ARSHT**
**& TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899


Brian M. Resnick, Esquire
Adam L. Shpeen, Esquire
Stephen D. Piraino, Esquire
Ethan Stern, Esquire
**DAVIS & POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017

Office of the United States Trustee
Attn: Linda Casey, Esquire
844 King Street, Suite 2207
Lockbox 35
Wilmington DE 19801

**VIA PERSONAL SERVICE:**
Honorable J. Kate Stickles
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801