UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

### APPEAL TRANSMITTAL SHEET

**Case Number:**  24-11967            BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:**  Order Sustaining Objection and Disallowing Claim No. 10731

**Docket #:** 3301          **Date Entered:** 11/4/2025

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ | **Notice of Appeal** | **Docket #:** 3328 | **Date Filed:** 11/18/2025 |
| ☐ | **Amended Notice of Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Cross Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Motion for Leave to Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Request for Certification of Direct Appeal** | **Docket #:** | **Date Filed:** |

**Appellant/Cross Appellant:**                     **Appellee/Cross Appellee**

Lipp CDS Inc                                        Former BL Stores Inc

**Counsel for Appellant/Cross Appellant:**          **Counsel for Appellee/Cross Appellee:**

Susan Barilich                                      Robert J. Dehney
535 N. Brand Blvd, Suite 504                        Casey B. Sawyer
Glendale, CA 91203                                  1201 N. Market St, 16th Floor
                                                    Wilmington, DE  19801
                                                    (Additional Attorneys listed on appeal)

| | | |
|---|---|---|
| **Filing fee paid?** | Yes ○ | No ● |
| **IFP application filed by applicant?** | Yes ○ | No ● |
| **Have additional appeals of the same order been filed?** | Yes ○ | No ● |
| ***If Yes, has District Court assigned a Civil Action Number?** | Yes ○ | No ● |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:** Received Appeal through the mail.  Appeal Fee was NOT paid.  A notice of filing fee due was sent (attached).

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 11/18/2025

**by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    25-53