## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., et al.,<br><br>                          Debtors.[1] | Chapter 11<br><br>Case No. 24-11967 (JKS)<br><br>Jointly Administered<br><br>**Related to D.I. 3300** |

### ORDER SUSTAINING OBJECTION[2] AND
### DISALLOWING CLAIM NO. 10731 FILED BY LIPP CDS, INC.

AND NOW, this 4th day of November, 2025, upon consideration of the Debtors'

Objection to Lipp CDS, Inc.'s Proof of Claim;[3] the Reply to Debtors' Objection to Proof of

Claim of Lipp CDS, Inc.;[4] Proof of Claim No. 10731 of Lipp CDS, Inc.;[5] and the Exhibits; and

this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334

and the Amended Standing Order of Reference from the United States District Court for the

District of Delaware, dated February 29, 2012; and this Court being able to issue a final order

consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081

[2] Capitalized terms used but not defined herein shall have the same meaning given to such terms in the Memorandum Opinion.

[3] D.I. 2989 (Debtor's Objection to Lipp CDS, Inc.'s Proof of Claim).

[4] D.I. 3057 (Response to Debtor's Objection to Proof of Claim of Lipp CDS, Inc.).

[5] D.I. 3057 (Response to Debtor's Objection to Proof of Claim of Lipp CDS, Inc.).

and the Objection in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the Debtors' notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and no other notice need be provided; and the parties having consented to the Court's issuance of a ruling on the Objection without further hearing on the matter; and for the reasons set forth in the Memorandum Opinion, it is hereby ORDERED:

1.    The Objection is sustained as set forth in the Memorandum Opinion.

2.    Lipp's request for an administrative expense claim under 11 U.S.C. §§ 507(a)(2) and 503(b) is denied.

3.    Proof of Claim No. 10731, filed by Lipp CDS, Inc., is hereby disallowed.

4.    Kroll Restructuring Administration LLC as Claims and Noticing Agent ("Kroll") is authorized to update the claims register to reflect the relief granted in this Order.

5.    This Order shall be immediately effective and enforceable upon its entry.

6.    The Debtors, Kroll, and the Clerk of this Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 4, 2025

J. Kate Stickles
United States Bankruptcy Judge