# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                    **Case No.:** 24−11967−JKS
Former BL Stores, Inc.
                                                              **Chapter:** 7

Notice of Filing Fee(s) Due

Re: Notice of Appeal
Re: Docket # 3328

Dear Lipp CDS Inc:


On 11/18/2025, you filed a Notice of Appeal in the above captioned case that requires a filing fee of $ 298.00 to be paid to the United States Bankruptcy Court for the District of Delaware.


**Please remit funds to the Court at the following address by no later than 11/26/2025.**

**United States Bankruptcy Court**
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**


*Upon receipt of payment, you are required to file a Notice of Payment in the United States District Court for the District of Delaware. Such filing must contain the Bankruptcy Court case number and the designated District Court civil action number.*

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.


Stephen L Grant, Clerk of Court


Date: 11/18/25                                    By:  Kimberly Ross, Deputy Clerk


(VAN−501)

# Notice Recipients

District/Off: 0311−1          User: admin                    Date Created: 11/18/2025
Case: 24−11967−JKS           Form ID: van502                Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr          Lamar CAD       c/o John Kendrick Turner        2777 N. Stemmons Freeway        Suite
            1000        Dallas        TX, 75207 UNITED STATES
            Lipp CDS Inc        C/O Susan Barilich        535 N Brand Blvd, Suite 504        Glendale, CA 92103

                                                                                    TOTAL: 2