UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

Case Number: 24-11967         BK ☉  AP ○

If AP, related BK case number:

District Court Case Number: 25-1398

Item(s) Transmitted:

| | | |
|---|---|---|
| Receipt for Appeal Fee | Docket #: | Date Entered: 11/19/25 |
| Receipt #10095883 | Docket #: | Date Entered: |
| | Docket #: | Date Entered: |

Notes:
**Corrected Transmittal Sheet to Reflect the Correct Case Numbers

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 11/19/25          by: /s/ Kimberly Ross
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: 25-53