

# U.S. Bankruptcy Court

## Delaware Bankruptcy - Wilmington

Receipt Date: Nov 19, 2025 8:27AM

Susan Barilich P.C.
535 N Brand Blvd Ste 504
Glendale, CA 91203-3303

| Rcpt. No: 10095883 | | Trans. Date: Nov 19, 2025 8:27AM | | | Cashier ID: #SM (4646) |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| AP | APPEAL | | 1 | 298.00 | 298.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #2245 | 11/17/2025 | | $298.00 |
| | | | Total Due Prior to Payment: | | $298.00 |
| | | | Total Tendered: | | $298.00 |
| | | | Total Cash Received: | | $0.00 |

Exact change only.