IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| **Former Furniture Store of Ohio, LLC.** | § | Case No.  24-11970 |
| | § | |
| **Debtor** | § | |

## NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM AND REQUEST FOR PAYMENT

Now comes Lamar CAD, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its Administrative Expense Claim and Request for Payment in this case.  Lamar CAD filed its administrative claim on or about March 27, 2025, in the amount of $11,257.81, which is designated as claim number 7989 on the claims register.  Therefore, Lamar CAD hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on the   25th   day of   November   , 2025, a true and correct copy of the above document was filed with the Court and served via the Court's electronic noticing system upon all parties receiving electronic notice.

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
3500 Maple Avenue, Suite 800
Dallas, TX  75219
(214) 880-0089 - Telephone
(469) 221-5003 - Fax

By:     /s/ John K. Turner
       John K. Turner
       SBN 00788563