**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| **Former Furniture Store of Ohio, LLC.** | § | Case No.  24-11970 |
| | § | |
| **Debtor** | § | |

### NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM AND REQUEST FOR PAYMENT

Now comes Tom Green CAD, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its Administrative Expense Claim and Request for Payment in this case. Tom Green CAD filed its administrative claim on or about March 27, 2025, in the amount of $9,032.00, which is designated as claim number 7981 on the claims register. Therefore, tom Green CAD hereby withdraws its claim.

### CERTIFICATE OF SERVICE

I hereby certify that on the  25th  day of  November , 2025, a true and correct copy of the above document was filed with the Court and served via the Court's electronic noticing system upon all parties receiving electronic notice.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
3500 Maple Avenue, Suite 800
Dallas, TX  75219
(214) 880-0089 - Telephone
(469) 221-5003 - Fax

By:   /s/ John K. Turner
       John K. Turner
       SBN 00788563