**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 2nd day of December, 2025, I caused copies of the following documents to be served on the individuals on the attached service list in the manner indicated:

> **Notice of Application of Alfred T. Giuliano, Chapter 7 Trustee, for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of November 10, 2025;**
>
> **Application of Alfred T. Giuliano, Chapter 7 Trustee, for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of November 10, 2025;**
>
> **Exhibit A – [Proposed] Order Granting Application of Alfred T. Giuliano, Chapter 7 Trustee, for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of November 10, 2025; and,**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**Exhibit B – Declaration of Bradford J. Sandler in Support of Application of Alfred T. Giuliano, Chapter 7 Trustee, for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of November 10, 2025;**

Dated:  December 2, 2025                    */s/ Peter J. Keane*_____

                                            Peter J. Keane (DE Bar No. 5503)

**FIRST CLASS MAIL**
United Texas Bank
Attn: Loan Operations
13101 Preston Road
Suite 200
Dallas, TX  75240

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave NW
Washington, DC  20224

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

**FIRST CLASS MAIL**
U.S. Attorney for Delaware
Attn: David C. Weiss
U.S. Attorney's Office
1313 N Market Street, Suite 400
Wilmington, DE  19801

**FIRST CLASS MAIL**
United States of America Attorney General
Attn: Bankruptcy Department
Us Dept Of Justice
950 Pennsylvania Ave Nw
Washington, DC  20530-0001

**FIRST CLASS MAIL**
*(Counsel to Accertify, Inc)*
Becket & Lee LLP
Attn: Larry Butler
PO Box 3002
Malvern, PA  19355-0702

**FIRST CLASS MAIL**
*(Counsel to Allen Road Retail Business Center, LLC, Dade City Shopping Plaza, LLC, South Square Shopping Center, LLC and Lawrenceville Commercial Properties, LLC )*
Johnson, Pope, Bokor, Ruppel & Burns, LLP
Attn: James B. Eising II
400 N. Ashley Dr., Suite 3100
Tampa, FL  33602

**FIRST CLASS MAIL**
*(Counsel to Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc.)*
Saul Ewing LLP
Attn: Jorge Garcia
701 Brickell Avenue
Suite 1700
Miami, FL  33131

**FIRST CLASS MAIL**
State of Alabama Attorney General
Attn: Bankruptcy Department
P.O. Box 300152
Montgomery, AL  36130-0152

**FIRST CLASS MAIL**
State of Arkansas Attorney General
Attn: Bankruptcy Department
323 Center St.
Suite 200
Little Rock, AR  72201-2610

**FIRST CLASS MAIL**
State of Colorado Attorney General
Attn: Bankruptcy Department
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10Th Floor
Denver, CO  80203

**FIRST CLASS MAIL**
State of Florida Attorney General
Attn: Bankruptcy Department
The Capitol, Pl 01
Tallahassee, FL  32399-1050

**FIRST CLASS MAIL**
State of Georgia Attorney General
Attn: Bankruptcy Department
40 Capital Square, Sw
Atlanta, GA  30334-1300

**FIRST CLASS MAIL**
State of Idaho Attorney General
Attn: Bankruptcy Department
700 W. Jefferson Street
P.O. Box 83720
Boise, ID  83720-1000

**FIRST CLASS MAIL**
State of Kansas Attorney General
Attn: Bankruptcy Department
120 Sw 10Th Ave., 2Nd Floor
Topeka, KS  66612-1597

**FIRST CLASS MAIL**
State of Kentucky Attorney General
Attn: Bankruptcy Department
700 Capitol Avenue, Suite 118
Frankfort, KY  40601

**FIRST CLASS MAIL**
State of Louisiana Attorney General
Attn: Bankruptcy Department
P.O. Box 94095
Baton Rouge, LA  70804-4095

**FIRST CLASS MAIL**
State of Maine Attorney General
Attn: Bankruptcy Department
6 State House Station
Augusta, ME  04333-0000

**FIRST CLASS MAIL**
State of Massachusetts Attorney General
Attn: Bankruptcy Department
One Ashburton Place
Boston, MA  02108-1698

**FIRST CLASS MAIL**
State of Mississippi Attorney General
Attn: Bankruptcy Department
Walter Sillers Building
550 High Street, Suite 1200, P.O. Box 220
Jackson, MS  39201

**FIRST CLASS MAIL**
State of New York Attorney General
Attn: Bankruptcy Department
The Capitol
Albany, NY  12224-0341

**FIRST CLASS MAIL**
State of North Carolina Attorney General
Attn: Bankruptcy Department
9001 Mail Service Center
Raleigh, NC  27699-9001

**FIRST CLASS MAIL**
State of Pennsylvania Attorney General
Attn: Bankruptcy Department
Strawberry Square
16Th Floor
Harrisburg, PA  17120

**FIRST CLASS MAIL**
State of Rhode Island Attorney General
Attn: Bankruptcy Department
150 South Main Street
Providence, RI  02903-0000

**FIRST CLASS MAIL**
State of South Carolina Attorney General
Attn: Bankruptcy Department
P.O. Box 11549
Columbia, SC  29211-1549

**FIRST CLASS MAIL**
State of Vermont Attorney General
Attn: Bankruptcy Department
109 State St.
Montpelier, VT  05609-1001

**FIRST CLASS MAIL**
State of Virginia Attorney General
Attn: Bankruptcy Department
Financial Recovery Section
Post Office Box 610
Richmond, VA  23218-0610

**FIRST CLASS MAIL**
State of Washington Attorney General
Attn: Bankruptcy Department
1125 Washington St. Se
P.O. Box 40100
Olympia, WA  98504-0100

**FIRST CLASS MAIL**
State of Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24Th Street
Cheyenne, WY  82002

**ELECTRONIC MAIL**
*(Debtor)*
Big Lots, Inc.
Attn: Attn: Ronald A. Robins
4900 E. Dublin-Granville Road
Columbus, OH  43081
**Email:  rrobins@biglots.com**

**ELECTRONIC MAIL**
Golden Goodrich LLP
Attn: Jeffrey I. Golden
3070 Bristol Street, Suite 640
Costa Mesa, CA  92626
**Email:  jgolden@go2.law**

**ELECTRONIC MAIL**
HJH Investments
Attn: Teanna L. Liess, Cory Harkleroad
300 W Douglas Ave
Suite 1031
Wichita, KS  67202
**Email:  teanna@hjhinvestments.com**

**ELECTRONIC MAIL**
Office of the United States Trustee for the
District of Delaware
Attn: Linda Casey
844 King Street
Suite 2207
Wilmington, DE  19801
**Email:  Linda.Casey@usdoj.gov**

**ELECTRONIC MAIL**
Securities & Exchange Commission - NY
Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY  10281-1022
**Email:  bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov**

**ELECTRONIC MAIL**
Securities & Exchange Commission -
Philadelphia Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Blvd, Suite 520
Philadelphia, PA  19103
**Email:  secbankruptcy@sec.gov**

**ELECTRONIC MAIL**
State of Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE  19801
**Email:
ATTORNEY.GENERAL@STATE.DE.US**

***ELECTRONIC MAIL***
TN Dept of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207
**Email:  AGBankDelaware@ag.tn.gov**

***ELECTRONIC MAIL***
U.S. Securities and Exchange Commission -
Headquarters
Secretary of the Treasury
100 F. Street NE
Washington, DC  20549
**Email:  secbankruptcy@sec.gov**

***ELECTRONIC MAIL***
*(Counsel to Collin County, City of Paris,
City of Sherman, Collin College, Paris
Junior College, City of Plano, Mckinney
ISD, City of McKinney)*
Abernathy Roeder Boyd & Hullet PC
Attn: Paul Lopez, Larry Boyd, Emily Hahn
1700 Redbud Blvd
Ste 300
McKinney, TX  75069
**Email:  plopez@abernathy-law.com
bankruptcy@abernathy-law.com
ehahn@abernathy-law.com
lboyd@abernathy-law.com**

***ELECTRONIC MAIL***
*(Counsel to Town N' Country Plaza, LLC
f/k/a Town N' Country Plaza, L.P.)*
Anthony & Partners, LLC
Attn: Townsend J. Belt
100 South Ashley Drive, Suite 1600
Tampa, FL  33602
**Email:
eservice@anthonyandpartners.com**

***ELECTRONIC MAIL***
*(Counsel to Gordon Brothers Retail
Partners, LLC)*
Ashby & Geddes, P.A.
Attn: Gregory A. Taylor
500 Delaware Avenue
8th Floor
Wilmington, DE  19801
**Email:  GTaylor@ashbygeddes.com**

***ELECTRONIC MAIL***
*(Counsel to Dell Financial Services, L.L.C.)*
Austria Legal, LLC
Attn: Matthew P. Austria
1007 N. Orange Street
4th Floor
Wilmington, DE  19801
**Email:  maustria@austriallc.com**

***ELECTRONIC MAIL***
*(Counsel to Allura Imports, Inc.)*
Balasiano & Associates, PLLC
Attn: Steven Balasiano, Judah S. Balasiano
6701 Bay Parkway, 3rd Floor
Brooklyn, NY  11204
**Email:  steven@balasianolaw.com
judah@balasianolaw.com**

***ELECTRONIC MAIL***
*(Counsel to Sun Plaza, LLC)*
Ballard Spahr LLP
Attn: Leslie C. Heilman, Laurel D. Roglen,
Margaret A. Vesper
919 N. Market Street
11th Floor
Wilmington, DE  19801-3034
**Email:  heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com**

***ELECTRONIC MAIL***
*(Counsel to Brixmor Operating Partnership LP, Beacon Plaza, LLC)*
Ballard Spahr LLP
Attn: Leslie C. Heilman, Laurel D. Roglen, Margaret A. Vesper, Nicholas J. Brannick
919 N. Market Street
11th Floor
Wilmington, DE  19801-3034
**Email:  heilmanl@ballardspahr.com**
**roglenl@ballardspahr.com**
**vesperm@ballardspahr.com**
**brannickn@ballardspahr.com**

***ELECTRONIC MAIL***
*(Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP)*
Barclay Damon LLP
Attn: Kevin M. Newman
125 East Jefferson Street
Syracuse, NY  13202
**Email:  knewman@barclaydamon.com**

***ELECTRONIC MAIL***
*(Counsel to Benenson Capital Partners, CRI New*
*Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc.,*
*National Realty & Development Corp., Rivercrest*
*Realty Associates, LLC, and Wheeler REIT, LP)*
Barclay Damon LLP
Attn: Niclas A. Ferland
545 Long Wharf Drive
Ninth Floor
New Haven, CT  06511
**Email:  nferland@barclaydamon.com**

***ELECTRONIC MAIL***
*(Counsel to Benenson Capital Partners, CRI New Albany Square LLC, DLC Management Corporation, Gibraltar Management Co., Inc., National Realty & Development Corp., Rivercrest Realty Associates, LLC, and Wheeler REIT, LP)*
Barclay Damon LLP
Attn: Scott L. Fleischer
1270 Avenue of the Americas
Suite 501
New York, NY  10020
**Email:  sfleischer@barclaydamon.com**

***ELECTRONIC MAIL***
*(Counsel to Jordan Manufacturing Company, Inc.)*
BARNES & THORNBURG LLP
Attn: David A. Hall
171 Monroe Avenue NW
Suite 1000
Grand Rapids, MI  49503-2694
**Email:  david.hall@btlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Jordan Manufacturing Company, Inc.)*
BARNES & THORNBURG LLP
Attn: Mark R. Owens, Amy E. Tryon
222 Delaware Avenue
Suite 1200
Wilmington, DE  19801
**Email:  mark.owens@btlaw.com**
**amy.tryon@btlaw.com**

**ELECTRONIC MAIL**

*(Counsel to Pea Ridge Partners, LLC,
Pearl Road Shopping Center, LLC,
Cumberland Square Partners, LLC,
Evansville Partners, LLC, Gastonia
Restoration Partners, LLC, Harrison OH
Partners, LLC, Malone Plaza Partners LLC,
Sevierville Forks Partners, LLC, and
Shelbyville Partners, LLC)*
Bass, Berry & Sims PLC
Attn: Paul G. Jennings, Gene L. Humphreys
21 Platform Way South
 Suite 3500
Nashville, TN  37203
**Email:  pjennings@bassberry.com
ghumphreys@bassberry.com**

**ELECTRONIC MAIL**

*(Counsel to Kin Properties, Inc., Nasan
LLC, Pasan LLC, Esan LLC, Alisan LLC,
Fundamentals Company, Inc., Oakland
Realty Company, Inc., Roseff LLC, Hall
Properties Company, Nathan Jeffrey LLC,
Jasan LLC, Fort Wayne Matador, Inc., Aleff
LLC, Aneff LLC and Jefan LLC)*
Bayard, P.A.
Attn: Ericka F. Johnson
600 N. Market Street, Suite 400
Wilmington, DE  19801
**Email:  ejohnson@bayardlaw.com**

**ELECTRONIC MAIL**

*(Counsel to Infosys Ltd.)*
Benesch Friedlander Coplan & Aronoff LLP
Attn: Kevin M. Capuzzi, Steven L. Walsh
1313 North Market Street
Suite 1201
Wilmington, DE  19801-6101
**Email:  kcapuzzi@beneschlaw.com
swalsh@beneschlaw.com**

**ELECTRONIC MAIL**

*(Counsel to Twin Rivers Equity Partners,
LLC)*
Best Law, PA
Attn: Tara E. Naufu
P.O. Box 2374
Mount Pleasant, SC  29465
**Email:  tara@bestlawsc.com**

**ELECTRONIC MAIL**

*(Counsel to Town N' Country Plaza, LLC
f/k/a Town N' Country Plaza, L.P., Yunis
Enterprises, Inc., , Townley, Inc.)*
Bielli & Klauder, LLC
Attn: David M. Klauder
1204 N. King Street
Wilmington, DE  19801
**Email:  dklauder@bk-legal.com**

**ELECTRONIC MAIL**

*(Counsel to Upper Canada Soap and Candle
Makers Corporation)*
Bielli & Klauder, LLC
Attn: David M. Klauder
1204 N. King Street
Wilmington, DE  19801
**Email:  dklauder@bk-legal.com**

**ELECTRONIC MAIL**

*(Counsel to PNC Bank, National
Association)*
Blank Rome LLP
Attn: Regina Stango Kelbon, Stanley B.
Tarr, Jordan L. Williams
1201 N. Market Street, Suite 800
Wilmington, DE  19801
**Email:  regina.kelbon@blankrome.com
stanley.tarr@blankrome.com
jordan.williams@blankrome.com**

**ELECTRONIC MAIL**
*(Counsel to DIP ABL Agent and Prepetition ABL Agent)*
Blank Rome, LLP
Attn: Attn: Regina Kelbon
1201 N. Market Street, Suite 800
Wilmington, DE 19801
**Email: regina.kelbon@blankrome.com**

**ELECTRONIC MAIL**
*Counsel United Properties Corp., Aldrich Management Co., LLC, Hauppauge Properties, LLC, New Castle Equities, LLC, Miamisburg Properties, LLC, Dublin Equities, LLC, Glenwood Ave Binghamton, LLC, Snellville Pavillion, LLC, Indiana Equities, LLC and TN Equities, LLC)*
Bond, Schoeneck & King, PLLC
Attn: Edward J. LoBello
225 Old Country Road
Melville, NY 11747
**Email: elobello@bsk.com**

**ELECTRONIC MAIL**
*(Counsel to Kenney Manufacturing Company)*
Borges & Associates, LLC
Attn: Wanda Borges, Sue L Chin
575 Underhill Blvd
Suite 118
Syosset, NY 11791
**Email: wborges@borgeslawllc.com
schin@borgeslawllc.com**

**ELECTRONIC MAIL**
*(Counsel to Paragon Windermere, LLC and Lebanon Windermere, LLC)*
Bose Mckinney & Evans LLP
Attn: James P. Moloy
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
**Email: jmoloy@boselaw.com**

**ELECTRONIC MAIL**
*(Counsel to DKR Investments LLC, MBM Investments LLC, and Burdkidz LLC and S.R. 170 Properties LLC)*
Brouse McDowell, LPA
Attn: Timothy M. Reardon
6550 Seville Drive, Suite B
Canfield, OH 44406
**Email: treardon@ralaw.com**

**ELECTRONIC MAIL**
*(Counsel to Pro-Mart Industries, Inc.)*
Bryan Cave Leighton Paisner LLP
Attn: Jarret P. Hitchings
301 S. College Street
Suite 2150
Charlotte, NC 28202
**Email: jarret.hitchings@bclplaw.com**

**ELECTRONIC MAIL**
*(Counsel to Oracle America, Inc.)*
Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
425 Market Street
Suite 2900
San Francisco, CA 94105-3493
**Email: schristianson@buchalter.com**

**ELECTRONIC MAIL**
*(Counsel to Albertsons LLC and Safeway Inc)*
Buchanan Ingersoll & Rooney PC
Attn: Geoffrey G. Grivner
500 Delaware Avenue, Ste. 720
Wilmington, DE 19801
**Email: geoffrey.grivner@bipc.com**

**ELECTRONIC MAIL**
*(Counsel to Comenity Capital Bank and CTO Realty Growth, Inc.)*
Burr & Forman LLP
Attn: J. Cory Falgowski
222 Delaware Avenue, Suite 1030
Wilmington, DE 19801
**Email: jfalgowski@burr.com**

***ELECTRONIC MAIL***
*(Counsel to CTO Realty Growth, Inc.)*
Burr & Forman LLP
Attn: J. Ellsworth Summers, Jr., Dana L. Robbins
50 North Laura Street
Suite 3000
Jacksonville, FL  32202
**Email:  esummers@burr.com**
**drobbins@burr.com**

***ELECTRONIC MAIL***
*(Counsel to Comenity Capital Bank)*
Burr & Forman LLP
Attn: James H. Haithcock, III
420 N. 20th Street, Suite 3400
Birmingham, AL  35203
**Email:  jhaithcock@burr.com**

***ELECTRONIC MAIL***
*(Counsel to California Department of Resources Recycling and Recovery)*
California Department of Justice
Attn: Barbara C. Spiegel
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-7004
**Email:  Barbara.Spiegel@doj.ca.gov**

***ELECTRONIC MAIL***
*(Counsel to California Department of Resources Recycling and Recovery)*
California Department of Justice
Attn: Natalie E. Collins
600 West Broadway
Suite 1800
San Diego, CA  92186-5266
**Email:  Natalie.Collins@doj.ca.gov**

***ELECTRONIC MAIL***
*(Counsel to Tropicana Palm Plaza LLC)*
Carlyon Cica CHTD.
Attn: Candace Carlyon, Dawn M. Cica
265 E. Warm Springs Road
Suite 107
Las Vegas, NV  89119
**Email:  ccarlyon@carlyoncica.com**
**dcica@carlyoncica.com**

***ELECTRONIC MAIL***
*(Counsel to Liberty Mutual Insurance Company)*
Chiesa Shahinian & Giantomasi PC
Attn: Scott A. Zuber, Terri Jane Freedman
105 Eisenhower Parkway
Roseland, NJ  07068
**Email:  szuber@csglaw.com**
**tfreedman@csglaw.com**

***ELECTRONIC MAIL***
*(Counsel to 5620 Nolensville Pike, LLC)*
Chipman Brown Cicero & Cole, LLP
Attn: Alan M.Root
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19801
**Email:  root@chipmanbrown.com**

***ELECTRONIC MAIL***
*(Counsel to  D.H. Pace Company, Inc.)*
Chipman Brown Cicero & Cole, LLP
Attn: Mark L. Desgrosseilliers
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19801
**Email:  desgross@chipmanbrown.com**

**ELECTRONIC MAIL**
*(Counsel to DIP ABL Agent and Prepetition ABL Agent, and PNC Bank, National Association)*
Choate, Hall & Stewart LLP
Attn: Attn: John F. Ventola, Jonathan D. Marshall, and Jacob S. Lang
Two International Place
Boston, MA  02110
**Email:  jventola@choate.com**
**jmarshall@choate.com**
**jslang@choate.com**

**ELECTRONIC MAIL**
*(Counsel to USPG Franklin LLC, USPG Portfolio Eight, LLC, USPG Portfolio Two, LLC, SanTan MP LP, GPR Investments LLC, Warm Springs Promenade, LLC, and Bellevue Holdings, LLC)*
Clark Hill PLC
Attn: Audrey L. Hornisher
901 Main Street
Suite 6000
Dallas, TX  75202
**Email:  ahornisher@clarkhill.com**

**ELECTRONIC MAIL**
*(Counsel to USPG Franklin LLC, USPG Portfolio Eight, LLC, USPG Portfolio Two, LLC, SanTan MP LP, GPR Investments LLC, Warm Springs Promenade, LLC, and Bellevue Holdings, LLC)*
Clark Hill PLC
Attn: Karen M. Grivner
824 N. Market Street
Suite 710
Wilmington, DE  19801
**Email:  kgrivner@clarkhill.com**

**ELECTRONIC MAIL**
*(Counsel to  Bellevue Holdings, LLC)*
Clark Hill PLC
Attn: Kevin H. Morse
130 E. Randolph Street
Suite 3900
Chicago, IL  60601
**Email:  kmorse@clarkhill.com**

**ELECTRONIC MAIL**
*(Counsel to the Official Committee of Unsecured Creditors)*
Cole Schotz, P.C.
Attn: Justin R. Alberto, Stacy L. Newman
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
**Email:  jalberto@coleschotz.com**
**snewman@coleschotz.com**

**ELECTRONIC MAIL**
*(Counsel to Commonwealth of Pennsylvania Department of Labor and Industry )*
Commonwealth of Pennsylvania
Department of Labor and Industry
Attn: Ryan Starnowsky
Collections Support Unit
PO Box 68568
Harrisburg, PA  17106-8568
**Email:  ra-li-ucts-bankrupt@state.pa.us**

**ELECTRONIC MAIL**
*(Counsel to Aldi Inc)*
Connolly Gallagher LLP
Attn: Karen C. Bifferato
1201 N Market St
20th Fl
Wilmington, DE  19801
**Email:**
**kbifferato@connollygallagher.com**

***ELECTRONIC MAIL***
*(Counsel to Paragon Windermere, LLC and Lebanon Windermere, LLC)*
Cross & Simon, LLC
Attn: Christopher P. Simon
1105 N. Market Street
Suite 901
Wilmington, DE  19801
**Email:  csimon@crosslaw.com**

***ELECTRONIC MAIL***
*(Counsel to Corpus Christi Firefighters' Retirement System)*
Cross & Simon, LLC
Attn: Christopher P. Simon
1105 North Market Street
Suite 901
Wilmington, DE  19801
**Email:  csimon@crosslaw.com**

***ELECTRONIC MAIL***
*(Counsel to CORTA Stevens Point, LLC, Ross Stores, Inc. and Ross Dress for Less, Inc.)*
Cross & Simon, LLC
Attn: Kevin S. Mann
1105 N. Market Street
Suite 901
Wilmington, DE  19801
**Email:  kmann@crosslaw.com**

***ELECTRONIC MAIL***
*(Counsel to Yunis Enterprises, Inc.)*
Davidson Fink LLP
Attn: Sean P. Williams, Carla Augino
400 Meridian Centre Boulevard
Suite 200
Rochester, NY  14818
**Email:  spwilliams@davidsonfink.com**
**caugino@davidsonfink.com**

***ELECTRONIC MAIL***
*(Counsel to the Debtor and Debtor in Possession)*
Davis Polk & Wardwell LLP
Attn: Brian M. Resnick, Adam L. Shpeen, Stephen D. Piraino, Ethan Stern
450 Lexington Avenue
New York, NY  10017
**Email:  brian.resnick@davispolk.com**
**adam.shpeen@davispolk.com**
**stephen.piraino@davispolk.com**
**ethan.stern@davispolk.com**

***ELECTRONIC MAIL***
*(Counsel to Southgate Shopping Center LLP)*
DLA Piper LLP (US)
Attn: Dale K. Cathell, Virginia R. Callahan
650 S. Exeter Street, Suite 1100
Baltimore, MD  21202-4576
**Email:  dale.cathell@us.dlapiper.com**
**virginia.callahan@us.dlapiper.com**

***ELECTRONIC MAIL***
*(Counsel to Southgate Shopping Center LLP)*
DLA Piper LLP (US)
Attn: R. Craig Martin
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
**Email:  craig.martin@us.dlapiper.com**

***ELECTRONIC MAIL***
*(Counsel to Oracle America, Inc.)*
Doshi Legal Group, P.C.
Attn: Amish R. Doshi, Esq.
1979 Marcus Avenue
Suite 210E
Lake Success, NY  11042
**Email:  amish@doshilegal.com**

***ELECTRONIC MAIL***
*(Counsel to Hart Estate Investment*
*Company, a California general partnership,*
*NP-AC Industrial Holdings LLC)*
Duane Morris LLP
Attn: Drew S. McGehrin, Lawerence J.
Kotler
1201 N. Market Street, Suite 501
Wilmington, DE  19801
**Email:  dsmcgehrin@duanemorris.com**
**ljkotler@duanemorris.com**

***ELECTRONIC MAIL***
*(Counsel to Hart Estate Investment*
*Company, a California general partnership)*
Duane Morris LLP
Attn: Marcus O. Colabianchi
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
**Email:  mcolabianchi@duanemorris.com**

***ELECTRONIC MAIL***
*(Counsel to West American Construction*
*Corp.)*
Elkins Kalt Weintraub Reuben Gartside LLP
Attn: Michael I. Gottfried
10345 W. Olympic Blvd.
Los Angeles, CA  90064
**Email:  mgottfried@elkinskalt.com**

***ELECTRONIC MAIL***
*(Counsel to Maureen Scullon)*
Elliott Greenleaf, P.C.
Attn: Deirdre M. Richards
1105 N. Market Street
17th Floor
Wilmington, DE  19801
**Email:  dmr@elliottgreenleaf.com**

***ELECTRONIC MAIL***
*(Counsel to Red Mountain Asset Fund I,*
*LLC, Desert Sky Esplanade, LLC, and*
*Clovis I, LLC)*
Ervin Cohen & Jessup LLP
Attn: Byron Z. Moldo
9401 Wilshire Boulevard
12th Floor
Beverly Hills, CA  90212
**Email:  bmoldo@ecjlaw.com**

***ELECTRONIC MAIL***
*(Counsel to PepsiCo, Inc., PepsiCo Sales,*
*Inc., Rolling Frito-Lay Sales, LP, Quacker*
*Sales & Distribution, Inc)*
FrankGecker LLP
Attn: Joseph D. Frank, Jeremy C.
Kleinnman
1327 W. Washington Blvd
Suite 5 G-H
Chicago, IL  60607
**Email:  jfrank@fgllp.com**
**jkleinman@fgllp.com**

***ELECTRONIC MAIL***
*(Counsel to Divisions Inc.)*
Frost brown Todd LLP
Attn: A.J. Webb, Joy D. Kleisinger
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202
**Email:  awebb@fbtlaw.com**
**jkleisinger@fbtlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Tempur Sealy International, Inc.*
*and its affiliates, WPG Legacy, LLC)*
Frost brown Todd LLP
Attn: Ronald E. Gold, Erin P. Severini, Joy
Kleisinger
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH  45202
**Email:  rgold@fbtlaw.com**
**eseverini@fbtlaw.com**
**jkleisinger@fbtlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Roundtripping Ltd. and Geiger Brothers, Inc.)*
Gibbons P.C.
Attn: Katharina Earle
300 Delaware Avenue, Suite 1015
Wilmington, DE  19801-1671
**Email:  kearle@gibbonslaw.com**

***ELECTRONIC MAIL***
*(Counsel to Geiger Brothers, Inc.)*
Gibbons P.C.
Attn: Kyle P. McEvilly
One Gateway Center
Newark, NJ  07102
**Email:  kmcevilly@gibbonslaw.com**

***ELECTRONIC MAIL***
*(Counsel to Roundtripping Ltd.)*
Gibbons P.C.
Attn: Mark Conlan
One Gateway Center
Newark, NJ  07102
**Email:  mconlan@gibbonslaw.com**

***ELECTRONIC MAIL***
*(Counsel to Creditor CC Fund 1 Big Lots, LLC, Creditor Blum Boulders Associates 1, LLC)*
Gilbert Bird Law Firm, PC
Attn: Ryan J. Bird
10575 North 114th Street
Suite 115
Scottsdale, AZ  85259
**Email:  rbird@gilbertbirdlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Cedars Enterprises Too, Inc.)*
Golden Goodrich LLP
Attn: Ryan W. Beall
3070 Bristol Street
Suite 640
Costa Mesa, CA  92626
**Email:  rbeall@go2.law**

***ELECTRONIC MAIL***
*(Counsel to American National Insurance Company)*
Greer, Herz & Adams, LLP
Attn: Joseph R. Russo, Jr., Joe A.C. Fulcher, Tara B. Annweiler, Marc D. Young
One Moody Plaza
18th Floor
Galveston, TX  77550
**Email:  tannweiler@greerherz.com**

***ELECTRONIC MAIL***
*(Counsel to Nissin Foods (USA) Co., Inc.)*
Hahn Loeser & Parks LLP
Attn: Rocco I. Debitetto
200 Public Square
Suite 2800
Cleveland, OH  44114
**Email:  ridebitetto@hahnlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Oliveira Plaza SPE, LLC, and Rim Country Mall SPE, LLC)*
Hill, Farrer & Burrill, LLP
Attn: Daniel J. McCarthy
300 South Grand Avenue
One California Plaza, 37th Floor
Los Angeles, CA  90071-3147
**Email:  dmccarthy@hillfarrer.com**

***ELECTRONIC MAIL***
*(Counsel to WRP Washington Plaza LLC, Wallace Properties–Kennewick LLC, and WRP Gateway LLC)*
Hillis Clark Martin & Peterson, P.S.
Attn: Brian C. Free
999 Third Avenue
Suite 4600
Seattle, WA  98104
**Email:  brian.free@hcmp.com**

*ELECTRONIC MAIL*
*(Counsel to Nancy C. Millan, Hillsborough County Tax Collector)*
Hillsborough County Tax Collector
Attn: Brian T. FitzGerald
Post Office Box 1110
Tampa, FL  33601-1110
**Email:  fitzgeraldb@hcfl.gov**
**stroupj@hcfl.gov**
**connorsa@hcfl.gov**

*ELECTRONIC MAIL*
*(Counsel to FGX International, Inc.)*
Hinckley, Allen & Snyder LLP
Attn: Jennifer V. Doran
28 State Street
Boston, MA  02109
**Email:  jdoran@hinckleyallen.com**

*ELECTRONIC MAIL*
*(Counsel to 1255 Sunrise Realty, LLC, 4101 Transit Realty LLC, The Stop & Shop Supermarket Company LLC, and Food Lion LLC)*
Hunton Andrews Kurth LLP
Attn: Gregory G. Hesse
Fountain Place
1445 Ross Avenue, Suite 3700
Dallas, TX  75202
**Email:  ghesse@huntonak.com**

*ELECTRONIC MAIL*
*(Counsel to BVB-NC, LLC)*
Hutchens Law Firm LLP
Attn: William Walt Pettit
6230 Fairview Road
Suite 315
Charlotte, NC  28210
**Email:  walt.pettit@hutchenslawfirm.com**

*ELECTRONIC MAIL*
*(Counsel to First Onsite Property Restoration)*
Jack Shrum P.A.
Attn: "J" Jackson Shrum
919 N. Market Street
Suite 141
Wilmington, DE  19801
**Email:  Jshrum@jshrumlaw.com**

*ELECTRONIC MAIL*
*(Counsel to Burlington Coat Factory Warehouse Corporation)*
Jackson Walker LLP
Attn: Kristhy M. Peguero, Jennifer F. Wertz, William Farmer
1401 McKinney Street
Suite 1900
Houston, TX  77010
**Email:  kpeguero@jw.com**
**jwertz@jw.com**
**wfarmer@jw.com**

*ELECTRONIC MAIL*
*(Counsel to Dorsan Developments Limited c/o Levy Realty Advisors LLC )*
Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C.
Attn: Raymond M. Patella
505 Morris Avenue
Springfield, NJ  07081
**Email:  rpatella@lawjw.com**

*ELECTRONIC MAIL*
*(Counsel to Griffith, McCague & Happel, P.C.)*
Jonnet National Properties Corporation
Attn: J. Michael McCague
408 Cedar Avenue
Pittsburgh, PA  15212
**Email:  jmm@gmwpclaw.com**

**ELECTRONIC MAIL**
*(Counsel for Donlen Corporation)*
K&L Gates LLP
Attn: David S. Catuogno, Esq.
One Newark Center Tenth Floor
1085 Raymond Boulevard
Newark, NJ 07102
**Email: david.catuogno@klgates.com**

**ELECTRONIC MAIL**
*(Counsel to Dauphin Plaza LLC, Dauphin Plaza TIC 1 LLC, Dauphin Plaza TIC 2 LLC, Dauphin Plaza TIC 3 LLC, Dauphin Plaza TIC 4 LLC, Dauphin Plaza TIC 5 LLC, Dauphin Plaza TIC 6 LLC, Dauphin Plaza TIC 8 LLC, and Dauphin Plaza TIC 9 LLC)*
Kaplin Stewart Meloff Reiter & Stein, PC
Attn: William J. Levant
910 Harvest Drive
PO Box 3037
Blue Bell, PA 19422
**Email: wlevant@kaplaw.com**

**ELECTRONIC MAIL**
*(Counsel to Ryder Last Mile, Inc.)*
Kelley Drye & Warren LLP
Attn: James S. Carr, Kristin S. Elliott, and Katherine M. Cavins
3 World Trade Center
175 Greenwich Street
New York, NY 10007
**Email: jcarr@kelleydrye.com
kelliott@kelleydrye.com
kcavins@kelleydrye.com**

**ELECTRONIC MAIL**
*(Counsel to Big Milf2 Owner, LLC)*
Kerrick Bachert PSC
Attn: Scott A. Bachert
1411 Scottsville Road
PO Box 9547
Bowling Green, KY 42102-9547
**Email: sbachert@kerricklaw.com**

**ELECTRONIC MAIL**
*(Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA Owner LLC, BIG YVCA Owner LLC, BIGCOOH002 LLC, BIGMOAL001 LLC, BIGDUOK001 LLC, BIGTRPA001 LLC)*
Kirkland & Ellis LLP
Attn: Conor K. Casas, John R. Luze
333 West Wolf Point Plaza
Chicago, IL 60654
**Email: connor.casas@kirkland.com
john.luze@kirkland.com**

**ELECTRONIC MAIL**
*(Counsel to Blue Owl Real Estate Capital LLC, BIG AVCA Owner LLC, BIG BCLA Owner LLC, BIG CSCO Owner LLC, BIG FBTX Owner LLC, BIG FRCA Owner LLC, BIG LACA Owner LLC, BIG LCNM Owner LLC, BIG LOCA Owner LLC, BIG SATX Owner LLC, BIG TAMI Owner LLC, BIG VICA Owner LLC, BIG YVCA Owner LLC, BIGCOOH002 LLC, BIGMOAL001 LLC, BIGDUOK001 LLC, BIGTRPA001 LLC)*
Kirkland & Ellis LLP
Attn: Steven N Serajeddini
601 Lexington Avenue
New York, NY 10022
**Email: steven.serajeddini@kirkland.com**

**ELECTRONIC MAIL**
*(Counsel to Gateway BL Acquisition, LLC)*
Kirkland & Ellis LLP, Kirkland & Ellis International LLP
Attn: Christopher Marcus, Nicholas Adzima
601 Lexington Avenue
New York, NY 10022
**Email:
christopher.marcus@kirkland.com
nicholas.adzima@kirkland.com**

***ELECTRONIC MAIL***
*(Counsel to Gateway BL Acquisition, LLC)*
Kirkland & Ellis LLP, Kirkland & Ellis
International LLP
Attn: Judson Brown, McClain Thompson
1301 Pennsylvania Avenue, N.W.
Washington, DC  20004
**Email:  judson.brown@kirkland.com
mcclain.thompson@kirkland.com**

***ELECTRONIC MAIL***
*(Counsel to Blue Owl Real Estate Capital
LLC, BIG AVCA Owner LLC, BIG BCLA
Owner LLC, BIG CSCO Owner LLC, BIG
FBTX Owner LLC, BIG FRCA Owner LLC,
BIG LACA Owner LLC, BIG LCNM Owner
LLC, BIG LOCA Owner LLC, BIG SATX
Owner LLC, BIG TAMI Owner LLC, BIG
VICA Owner LLC, BIG YVCA Owner LLC,
BIGCOOH002 LLC, BIGMOAL001 LLC,
BIGDUOK001 LLC, BIGTRPA001 LLC)*
Klehr Harrison Harvey Branzburg LLP
Attn: Morton R. Branzburg
1835 Market Street
Suite 1400
Philadelphia, PA  19103
**Email:  mbranzburg@klehr.com**

***ELECTRONIC MAIL***
*(Counsel to The Grove Shops LLC, Blue
Owl Real Estate Capital LLC, BIG AVCA
Owner LLC, BIG BCLA Owner LLC, BIG
CSCO Owner LLC, BIG FBTX Owner LLC,
BIG FRCA Owner LLC, BIG LACA Owner
LLC, BIG LCNM Owner LLC, BIG LOCA
Owner LLC, BIG SATX Owner LLC, BIG
TAMI Owner LLC, BIG VICA Owner LLC,
BIG YVCA Owner LLC, BIGCOOH002
LLC, BIGMOAL001 LLC, BIGDUOK001
LLC, BIGTRPA001 LLC)*
Klehr Harrison Harvey Branzburg LLP
Attn: Raymond H. Lemisch, Domenic E.
Pacitti
919 N. Market Street
Suite 1000
Wilmington, DE  19801-3062
**Email:  rlemisch@klehr.com
dpacitti@klehr.com**

***ELECTRONIC MAIL***
*(Counsel to Franco Manufacturing Co. Inc.)*
Kohner, Mann & Kailas, S.C.
Attn: Samuel C. Wisotzkey
Washington Building, Barnabas Business
Center
4650 North Port Washington Road
Milwaukee, WI  53212-1059
**Email:  swisotzkey@kmksc.com**

***ELECTRONIC MAIL***
*(Counsel to  City View Towne Crossing Fort
Worth, TX LP)*
Kurtzman Steady, LLC
Attn: Jeffrey Kurtzman
101 N. Washington Avenue
Suite 4A
Margate, NJ  08402
**Email:  kurtzman@kurtzmansteady.com**

**ELECTRONIC MAIL**
*(Counsel to Palatka Gas Authority)*
La Fleur Law Firm
Attn: Nina M. LaFleur
Post Office Box 840158
St. Augustine, FL 32080
**Email: nina@lafleurlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Horizon Media LLC, Horizon Next)*
Landis Rath & Cobb LLP
Attn: Kimberly A. Brown, Joshua B. Brooks
919 Market Street
Suite 1800
Wilmington, DE 19801
**Email: brown@lrclaw.com
brooks@lrclaw.com**

**ELECTRONIC MAIL**
*(Counsel to Claremont Associates and Allegheny Plaza Associates I Limited Partnership)*
Lasser Hochman, LLC
Attn: Richard L. Zucker
75 Eisenhower Parkway
Suite 1200
Roseland, NJ 07068
**Email: rzucker@lasserhochman.com**

**ELECTRONIC MAIL**
*(Counsel to Jetrich Canada Ltd.)*
Law Offices of Gilbert A. Lazsarus, PLLC
Attn: Gilbert A. Lazarus
92-12 68th Avenue
Forest Hills, NY 11375
**Email: gillazarus@gmail.com**

**ELECTRONIC MAIL**
*(Counsel to SquareTrade, Inc.)*
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
Attn: Eve H. Karasik, Jeffrey S. Kwong
2818 La Cienega Avenue
Los Angeles, CA 90034
**Email: EHK@lnbyg.com
JSK@lnbyg.com**

**ELECTRONIC MAIL**
*(Counsel to San Patricio County, Nueces County, City Of Mcallen, Hidalgo County, Cameron County, Victoria County, Kerr County)*
Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
PO Box 17428
Austin, TX 78760-7428
**Email: austin.bankruptcy@lgbs.com**

**ELECTRONIC MAIL**
*(Counsel to City of El Paso, Bexar County, Ector CAD)*
Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E. Pecan Street
Suite 2200
San Antonio, TX 78205
**Email: sanantonio.bankruptcy@lgbs.com**

**ELECTRONIC MAIL**
*(Counsel to Tarant County)*
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
**Email: dallas.bankruptcy@lgbs.com**

***ELECTRONIC MAIL***
*(Counsel to Grayson County)*
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
**Email: dallas.bankruptcy@lgbs.com**

***ELECTRONIC MAIL***
*(Counsel to Hood CAD, Greenville ISD,
Stephenville ISD, City of Stephenville, Tom
Green CAD, Lamar CAD, Rockwall CAD,
Gregg County, City of Frisco, Gainesville
ISD, Irving ISD, City of Carrollton,
Lewisville ISD, Little Elm ISD, Sherman
ISD)*
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
**Email: dallas.bankruptcy@lgbs.com**

***ELECTRONIC MAIL***
*(Counsel to Smith County)*
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219
**Email: dallas.bankruptcy@lgbs.com**

***ELECTRONIC MAIL***
*(Counsel to Galveston County)*
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064
**Email: houston_bankruptcy@lgbs.com**

***ELECTRONIC MAIL***
*(Counsel to Cypress-Fairbanks ISD, Harris
CO ESD # 29, Harris CO ESD # 12, Harris
CO ESD # 08, Harris CO ESD # 11, City of
Houston, Houston ISD, Fort Bend County,
Montgomery County, Houston Comm Coll
System, City of Jefferson, Harris CO ESD #
48, Harris CO ESD # 09, City of Webster,
City of Pasadena, Lone Star College System,
Angelina County)*
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064
**Email: houston_bankruptcy@lgbs.com**

***ELECTRONIC MAIL***
*(Counsel to Jefferson County, Orange
County, City of Humble)*
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston, TX 77253-3064
**Email: houston_bankruptcy@lgbs.com**

***ELECTRONIC MAIL***
*(Counsel to Horizon Media LLC, Horizon
Next)*
Loeb & Loeb LLP
Attn: William M. Hawkins, Noah
Weingarten
345 Park Avenue
New York, NY 10154
**Email: whawkins@loeb.com
nweingarten@loeb.com**

***ELECTRONIC MAIL***
*(Counsel to Corpus Christi Firefighters'
Retirement System)*
Lowenstein Sandler LLP
Attn: Michael S. Etkin, Esq., Nicole Fulfree
Esq.
One Lowenstein Drive
Roseland, NJ 07068
**Email: metkin@lowenstein.com
nfulfree@lowenstein.com**

*ELECTRONIC MAIL*
*(Counsel to Madison County, Alabama, 100
Northside Square, Huntsville, Alabama
35801)*
Madison County, Alabama
Attn: J. Jeffery Rich
100 Northside Square, Suite 700
Huntsville, AL  35801
**Email:  jrich@madisoncountyal.gov**

*ELECTRONIC MAIL*
*(Counsel to TKG Sheridan Crossing Dev
LLC, GKT University Square Greeley, TKG
Norwichtown Commons, LLC, The Paducah
Development LP and THF Greengate East
Dev LP)*
Manning Gross + Massenburg LLP
Attn: David P. Primack
1007 N. Orange Street
Suite 711
Wilmington, DE  19801
**Email:  DPrimack@mgmlaw.com**

*ELECTRONIC MAIL*
*(Counsel to Judith Owczarkowski, as
Administratrix for the Estate of Norman
Owczarkowski)*
Margolis Edelstein
Attn: James E. Huggett
300 Delaware Avenue
Suite 800
Wilmington, DE  19801
**Email:  jhuggett@margolisedelstein.com**

*ELECTRONIC MAIL*
*(Counsel to Milelli Realty-Lehigh Street,
L.L.C.)*
McCarter & English, LLP
Attn: Jeffrey T. Testa
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
**Email:  jtesta@mccarter.com**

*ELECTRONIC MAIL*
*(Counsel to Goodwill Gulf Coast, B & C
Properties of Dunn, LLC and Perry's, Inc. )*
McCarter & English, LLP
Attn: Kate Roggio Buck, Esq.,  Maliheh
Zare, Esq.
405 North King Street, 8th Floor
Wilmington, DE  19801
**Email:  kbuck@mccarter.com
mzare@mccarter.com**

*ELECTRONIC MAIL*
*(Counsel to Milelli Realty-Lehigh Street,
L.L.C.)*
McCarter & English, LLP
Attn: Sheila Calello
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
**Email:  scalello@mccarter.com**

*ELECTRONIC MAIL*
*(Counsel to Tax Appraisal District of Bell
County, The County of Brazos, Texas Brown
County Appraisal District, Bowie Central
Appraisal District, The County of Comal,
Texas, The County of Denton, Texas, The
County of Erath, Texas, Pine Tree
Independent School District, The County of
Harrison, Texas, Harrison Central
Appraisal District, Midland Central
Appraisal District, Central Appraisal
District of Taylor County, City of Waco
and/or Waco ISD, The County of
Williamson, Texas)*
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
700 Jeffrey Way
Suite 100
Round Rock, TX  78665
**Email:  jparsons@mvbalaw.com**

4937-9263-2441.1 68700.001

**ELECTRONIC MAIL**
*(Counsel to Tax Appraisal District of Bell County, The County of Brazos, Texas Brown County Appraisal District, Bowie Central Appraisal District, The County of Comal, Texas, The County of Denton, Texas, The County of Erath, Texas, Pine Tree Independent School District, The County of Harrison, Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Central Appraisal District of Taylor County, City of Waco and/or Waco ISD, The County of Williamson, Texas)*
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
PO Box 1269
Round Rock, TX  78680-1269
**Email: jparsons@mvbalaw.com**

**ELECTRONIC MAIL**
*(Counsel to the Official Committee of Unsecured Creditors)*
McDermott Will & Schulte LLP
Attn: Darren Azman, Kristin K. Going
One Vanderbilt Avenue
New York, NY  10017
**Email: dazman@mwe.com
kgoing@mwe.com**

**ELECTRONIC MAIL**
*(Counsel to Triple Bar Ridgeview Hanover, LLC)*
McNees Wallace & Nurick LLC
Attn: Kendall A. Camuti
8490 Progress Drive
Suite 225
Frederick, MD  21701
**Email: KCamuti@mcneeslaw.com**

**ELECTRONIC MAIL**
*(Counsel to Prince George's County, Maryland)*
Meyers, Rodbell & Rosenbaum, P.A.
Attn: Nicole C. Kenworthy
6801 Kenilworth Avenue
Suite 400
Riverdale, MD  20737-1385
**Email: bdept@mrrlaw.net**

**ELECTRONIC MAIL**
*(Counsel to Ken Burton Jr., Manatee County Tax Collector)*
Michelle Leeson, Paralegal, Collections Specialist, CFCA
Attn: Michelle Leeson
1001 3rd Ave W, Suite 240
Bradenton, FL  34205-7863
**Email: legal@taxcollector.com**

**ELECTRONIC MAIL**
*(Counsel to Sun Life Assurance Company of Canada)*
Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Paul W. Carey
100 Front Street
Worcester, MA  01608
**Email: pcarey@mirickoconnell.com**

**ELECTRONIC MAIL**
*(Counsel to Sun Life Assurance Company of Canada)*
Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Shannah L. Colbert
1800 West Park Dr
Suite 400
Westborough, MA  01581
**Email: scolbert@miricklaw.com**

***ELECTRONIC MAIL***

*(Counsel to Woodcrest Management Company)*
Monzack Mersky and Browder, P.A
Attn: Rachel B. Mersky
1201 N. Orange Street
Suite 400
Wilmington, DE 19801
**Email: rmersky@monlaw.com**

***ELECTRONIC MAIL***

*(Counsel to Kimco Realty Corporation)*
Monzack Mersky and Browder, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street
Suite 400
Wilmington, DE 19801
**Email: rmersky@monlaw.com**

***ELECTRONIC MAIL***

*(Counsel to Vitamin Energy, Inc.)*
Morris James LLP
Attn: Brya M. Keilson, Siena B. Cerra
3205 Avenue North Blvd.
Suite 100
Wilmington, DE 19803
**Email: bkeilson@morrisjames.com**
**scerra@morrisjames.com**

***ELECTRONIC MAIL***

*(Counsel to the Debtor and Debtor in Possession)*
Morris, Nichols, Arsht & Tunnell LLP
Attn: Robert J. Dehney, Sr, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann, Casey B. Sawyer,
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
**Email: rdehney@morrisnichols.com**
**aremming@morrisnichols.com**
**dbutz@morrisnichols.com**
**tmann@morrisnichols.com**
**csawyer@morrisnichols.com**

***ELECTRONIC MAIL***

*(Counsel to Grey Matter Concepts)*
Morrison Cohen LLP
Attn: David J. Kozlowski, Esq.
909 Third Avenue
27th Floor
New York, NY 10022-4784
**Email: dkozlowski@morrisoncohen.com**

***ELECTRONIC MAIL***

*(Counsel to B & C Properties of Dunn, LLC and Perry's, Inc. )*
Narron Wenzel, PA
Attn: David F. Mills
102 S Third St
PO Box 1567
Smithfield, NC 27577
**Email: dmills@narronwenzel.com**

***ELECTRONIC MAIL***

*(Counsel to Bayshore Mall Acquisition)*
Obermayer Rebmann Maxwell & Hippel LLP
Attn: Edmond M. George
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
**Email: edmond.george@obermayer.com**

***ELECTRONIC MAIL***

*(Counsel to Bayshore Mall Acquisition)*
Obermayer Rebmann Maxwell & Hippel LLP
Attn: Leslie B. Spoltore
123 S. Justison Street
Suite 100
Wilmington, DE 19801-5364
**Email: leslie.spoltore@obermayer.com**

**ELECTRONIC MAIL**
*(Counsel to New York State Department of Taxation and Finance ("NYSTAX"))*
Office of the New York State Attorney General
Attn: Robert J. Rock
Civil Recoveries Bureau Bankruptcy Litigation Unit
The Capitol
Albany, NY  12224-0341
**Email:  robert.rock@ag.ny.gov**

**ELECTRONIC MAIL**
*(Counsel to Saul Holdings Limited Partnership)*
Offit Kurman PA
Attn: Brian J McLaughlin
222 Delaware Avenue
Suite 1105
Wilmington, DE  19801
**Email: brian.mclaughlin@offitkurman.com**

**ELECTRONIC MAIL**
*(Counsel to Oklahoma County Treasurer)*
Oklahoma County Treasurer
Attn: Tammy Jones
320 Robert S. Kerr
Room 307
Oklahoma City, OK  73102
**Email: tammy.jones@oklahomacounty.org**

**ELECTRONIC MAIL**
*(Counsel to Hall Park, LLC)*
Olsen Taggart PLLC
Attn: Steven L. Taggart, Esq.
PO Box 3005
Idaho Falls, ID  83403-3005
**Email:  staggart@olsentaggart.com
rparson@olsentaggart.com
rlyon@olsentaggart.com
taggartoffice01@gmail.com**

**ELECTRONIC MAIL**
*(Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC )*
Otterbourg, P.C
Attn: Attn: Chad Simon, James V. Drew,
230 Park Ave Ste 29
New York, NY  10169
**Email:  csimon@otterbourg.com
jdrew@otterbourg.com**

**ELECTRONIC MAIL**
*(Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC)*
Pashman Stein Walder Hayden, P.C
Attn: David E. Sklar
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ  07601
**Email: dsklar@pashmanstein.com**

**ELECTRONIC MAIL**
*(Counsel to 415 Orchard Associates, LLC)*
Pashman Stein Walder Hayden, P.C
Attn: John W. Weiss, Alexis R. Gambale
824 North Market Street
Suite 800
Wilmington, DE  19801
**Email: jweiss@pashmanstein.com
agambale@pashmanstein.com**

**ELECTRONIC MAIL**
*(Counsel to Northtowne Plaza Properties, Ltd. and Pomeroy Enterprises, LLC)*
Pashman Stein Walder Hayden, P.C
Attn: Joseph C. Barsalona II
824 North Market Street, Suite 800
Wilmington, DE  19801
**Email: jbarsalona@pashmanstein.com**

***ELECTRONIC MAIL***
*(Counsel to City of Cleburne, Cleburne ISD, City of Burleson, Burleson ISD, Johnson County, City of Lake Worth, City of Grapevine, Grapevine-Colleyville ISD, Richardson ISD)*
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Elizabeth Banda Calvo
500 E. Border Street, Suite 640
Arlington, TX  76010
**Email:  ebcalvo@pbfcm.com**

***ELECTRONIC MAIL***
*(Counsel to Lubbock Central Appraisal District Midland County )*
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Laura J. Monroe
P.O. Box 817
Lubbock, TX  79408
**Email:  lmbkr@pbfcm.com**

***ELECTRONIC MAIL***
*(Counsel to City of Garland, Garland ISD, Bonham ISD, Carrollton-Farmers Branch ISD, Frisco ISD, Plano ISD)*
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Linda D. Reece
1919 S. Shiloh Rd., Suite 640, LB 40
Garland, TX  75042
**Email:  lreece@pbfcm.com**

***ELECTRONIC MAIL***
*(Counsel to Brazoria County, Brazoria Drainage District # 4, Special Road And Bridge District, Brazosport Independent School District, City of Lake Jackson, Brazosport College, Velasco Drainage District, Pearland Independent School District and City of Pearland)*
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Melissa E. Valdez
1235 North Loop West
Suite 600
Houston, TX  77008
**Email:  mvaldez@pbfcm.com**

***ELECTRONIC MAIL***
*(Counsel to Cooke County and Wichita County)*
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Mollie Lerew
P.O. Box 8188
Wichita Falls, TX  76307
**Email:  wichitafalls@pbfcm.com**

***ELECTRONIC MAIL***
*(Counsel to Taxing Districts Collected by Potter County and Taxing Districts Collected*
*by Randall County)*
Perdue, Brandon, Fielder, Collins, and Mott, LLP
Attn: Alysia Cordova
PO Box 9132
Amarillo, TX  79105
**Email:  amabkr@pbfcm.com**
**acordova@pbfcm.com**

**ELECTRONIC MAIL**
*(Counsel to Brownsville Independent School District, Weslaco Independent School District)*
Perdue, Brandon, Fielder, Collins, and Mott, LLP
Attn: Hiram Gutierrez
PO Box 2916
McAllen, TX  78502
**Email:  edinburgbankruptcy@pbfcm.com**

**ELECTRONIC MAIL**
*(Counsel to Topaz Distribution, LLC)*
Perkins Coie LLP
Attn: Amir Gamliel
1888 Century Park East
Suite 1700
Los Angeles, CA  90067-1721
**Email:  AGamliel@perkinscoie.com**

**ELECTRONIC MAIL**
*(Counsel to Creative Home and Kitchen, LLC)*
Peter Spindel, Esq.
Attn: Peter Spindel
8181 NW 154 St. #204
Miami Lakes, FL  33016-5861
**Email:  peterspindel@gmail.com**

**ELECTRONIC MAIL**
*(Counsel to Peak Living, Inc., Delta Furniture Manufacturing, LLC, and Independent Furniture Supply Co., Inc.)*
Phelps Dunbar LLP
Attn: Danielle Mashburn-Myrick
101 Dauphin Street
Suite 1000
Mobile, AL  36602
**Email:  danielle.mashburn-myrick@phelps.com**

**ELECTRONIC MAIL**
*(Counsel to Big Milf2 Owner, LLC)*
Pierson Ferdinand LLP
Attn: Jeffrey M. Carbino
1007 N. Orange Street
Suite 420
Wilmington, DE  19801
**Email:  jeffrey.carbino@pierferd.com**

**ELECTRONIC MAIL**
*(Counsel to Topaz Distribution, LLC, Squaretrade, Inc.)*
Polsinelli PC
Attn: Christopher A. Ward, Michael V. DiPietro
222 Delaware Avenue
Suite 1101
Wilmington, DE  19801
**Email:  cward@polsinelli.com**
**mdipietro@polsinelli.com**

**ELECTRONIC MAIL**
*(Counsel to Giftree Crafts Company Limited)*
Porzio, Bromberg & Newman, P.C.
Attn: Cheryl A. Santaniello
300 Delaware Avenue
Suite 1220
Wilmington, DE  19801
**Email:  casantaniello@pbnlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Giftree Crafts Company Limited)*
Porzio, Bromberg & Newman, P.C.
Attn: Kelly D. Curtin, Jenny Zhou
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ  07962
**Email:  kdcurtin@pbnlaw.com**
**jzhou@pbnlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Denzel Anderson)*
Potter Anderson & Corroon LLP
Attn: Brett M. Haywood, James R. Risener
III, Andrew C. Ehrmann
1313 N. Market Street
6th Fl
Wilmington, DE  19801
**Email:  bhaywood@potteranderson.com
jrisener@potteranderson.com
aehrmann@potteranderson.com**

**ELECTRONIC MAIL**
*(Counsel to Ocean Network Express (North America) Inc.)*
Price Meese Shulman & D'Arminio, P.C.
Attn: Rick A. Steinberg
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ  07677
**Email:  rsteinberg@pricemeese.com**

**ELECTRONIC MAIL**
*(Counsel to Parkridge Main LLC and Gratiot, LLC)*
Rashti and Mitchell, Attorneys at law
Attn: Timothy T. Mitchell, Donna Kaye
Rashti
4422 Ridgeside Drive
Dallas, TX  75244
**Email:  tim@rashtiandmitchell.com
dkrm@aol.com
donna@rashtiandmitchell.com**

**ELECTRONIC MAIL**
*(Counsel to City of Alexandria, Louisiana and Cleco Power LLC)*
Richard A. Rozanski, APLC
Attn: Richard A. Rozanski
P.O. Box 13199
Alexandria, LA 71315-3199
**Email:  richard@rarlaw.net**

**ELECTRONIC MAIL**
*(Counsel to the DIP Term Agent and the Prepetition Term Loan Agent, 1903P Loan Agent, LLC )*
Richards, Layton & Finger, P.A.
Attn: John H. Knight, Mark D. Collins,
Zachary J. Javorsky
One Rodney Square
920 N. King Street
Wilmington, DE  19801
**Email:  knight@rlf.com
collins@rlf.com
javorsky@rlf.com**

**ELECTRONIC MAIL**
*(Counsel to CORTA Stevens Point, LLC)*
Richman & Richman LLC
Attn: Michael P. Richman, Esq.
122 W. Washington Avenue
Suite 850
Madison, WI  53703
**Email:  mrichman@randr.law**

**ELECTRONIC MAIL**
*(Counsel to Gordon Brothers Retail Partners, LLC)*
Riemer & Braunstein LLP
Attn: Steven Fox
Times Square Tower
7 Times Sq, Suite 2506
New York, NY  10036
**Email:  SFox@riemerlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Steve Silver Company)*
Ritter Spencer Cheng PLLC
Attn: David D. Ritter
15305 Dallas Parkway
12th Floor
Addison, TX  75001
**Email:  dritter@ritterspencercheng.com**

***ELECTRONIC MAIL***
*(Counsel to Corpus Christi Firefighters'*
*Retirement System)*
Robbins Geller Rudman & Dowd LLP
Attn: Randall J. Baron, Esq., Steven F.
Hubachek, Esq., Benny C. Goodman, III,
Esq., Erik W. Luedeke, Esq., Heather G.
Geiger, Esq.
655 West Broadway
Suite 1900
San Diego, CA 92101
**Email: randyb@rgrdlaw.com**
**shubachek@rgrdlaw.com**
**bennyg@rgrdlaw.com**
**eluedeke@rgrdlaw.com**
**hgeiger@rgrdlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Triple Bar Ridgeview Hanover,*
*LLC)*
Robinson & Cole LLP
Attn: Jamie L. Edmonson
1201 N. Market Street
Suite 1406
Wilmington, DE 19801
**Email: jedmonson@rc.com**

***ELECTRONIC MAIL***
*(Counsel to Tropicana Palm Plaza LLC)*
Robinson & Cole LLP
Attn: Jamie L. Edmonson
1201 N. Market Street
Suite 1406
Wilmington, DE 19801
**Email: jedmonson@rc.com**

***ELECTRONIC MAIL***
*(Counsel to Katie J. Jennings and Allen*
*Jennings)*
Robinson & Cole LLP
Attn: Jamie L. Edmonson
1201 N. Market Street
Suite 1406
Wilmington, DE 19801
**Email: jedmonson@rc.com**

***ELECTRONIC MAIL***
*(Counsel to Serta, Inc.)*
Rogers Law Offices
Attn: Beth E. Rogers Scott Kuperberg
River Ridge 9040 Roswell Rd
Suite 205
Atlanta, GA 30350
**Email: brogers@berlawoffice.com**
**skuperberg@berlawoffice.com**

***ELECTRONIC MAIL***
*(Counsel to 7023 Broward LLC)*
Roth & Scholl
Attn: Jeffrey C. Roth
866 South Dixie Highway
Coral Gables, FL 33146
**Email: jeff@rothandscholl.com**

***ELECTRONIC MAIL***
*(Counsel to 415 Orchard Associates, LLC)*
Royer Cooper Cohen Braunfeld LLC
Attn: Marc Skapof
1120 Avenue of the Americas
4th Floor
New York, NY 10036
**Email: MSkapof@rccblaw.com**

***ELECTRONIC MAIL***
*(Counsel to Aldi Inc)*
Rubine & Levin, PC
Attn: James E. Rossow Jr.
135 N. Pennsylvania St
Suite 1400
Indianapolis, IN 46204
**Email: jim@rubin-levin.net**

***ELECTRONIC MAIL***
*(Counsel to Attic Products, Dewan & Sons,*
*and Dan Dee International LLC)*
Sarachek Law Firm
Attn: Zachary E. Mazur, Joseph E. Sarachek
670 White Plains Road
Penthouse Suite
Scarsdale, NY 10583
**Email: zachary@sarecheklawfirm.com**
**joe@sarecheklawfirm.com**

*ELECTRONIC MAIL*
*(Counsel to Peak Living, Inc., Delta*
*Furniture Manufacturing, LLC, and*
*Independent Furniture Supply Co., Inc.)*
Saul Ewing LLP
Attn: Evan T. Miller
1201 N. Market St, Suite 2300
PO Box 1266
Wilmington, DE  19899
**Email:  evan.miller@saul.com**

*ELECTRONIC MAIL*
*(Counsel to Logo Brands, Inc. )*
Saul Ewing LLP
Attn: Lucian B. Murley
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
**Email:  luke.murley@saul.com**

*ELECTRONIC MAIL*
*(Counsel to Hamilton Village Station LLC,*
*Lafayette Station LLC, South Oaks Station*
*LLC, Five Town Station LLC, Phillips*
*Edison & Company, Paradise Isle Destin*
*LLC and Stoltz Management of DE, Inc.)*
Saul Ewing LLP
Attn: Monique B. DiSabatino
1201 North Market Street Suite 2300
PO Box 1266
Wilmington, DE  19899
**Email:  monique.disabatino@saul.com**

*ELECTRONIC MAIL*
*(Counsel to Hamilton Village Station LLC,*
*Lafayette Station LLC, South Oaks Station*
*LLC, Five Town Station LLC, Phillips*
*Edison & Company, Paradise Isle Destin*
*LLC and Stoltz Management of DE, Inc.)*
Saul Ewing LLP
Attn: Turner N Falk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
**Email:  turner.falk@saul.com**

*ELECTRONIC MAIL*
*(Counsel to Y&O Faulkner, LLC, Y & O*
*Town & Country, LLC, and Y &O 240, LLC)*
Scheef & Stone, L.L.P.
Attn: Peter C. Lewis
500 N. Akard St., Ste. 2700
Dallas, TX  75201
**Email:  peter.lewis@solidcounsel.com**

*ELECTRONIC MAIL*
*(Counsel to Prestige Patio, Co., LTD)*
Schrier Shayne P.C.
Attn: Richard E. Schrier
64 Fulton Street
New York, NY  10038
**Email:  resincourt@aol.com**
**richardschrier@gmail.com**

*ELECTRONIC MAIL*
*(Counsel to Wayne County Treasurer)*
Shermeta, Kilpatrick & Associates, PLLC
Attn: Richardo I. Kilpatrick
615 Griswold
Suite 1305
Detroit, MI  48226-3985
**Email:  ecf@kaalaw.com**

*ELECTRONIC MAIL*
*(Counsel to Levin Properties, L.P.)*
Shipman & Goodwin LLP
Attn: Eric S. Goldstein
One Constitution Plaza
Hartford, CT  06103-1919
**Email:  egoldstein@goodwin.com**
**bankruptcy@goodwin.com**
**bankruptcyparalegal@goodwin.com**

*ELECTRONIC MAIL*
*(Counsel to Norman Owczarkowski)*
Simon PLC Attorneys & Counselors
Attn: Craig T. Mierzwa
363 W. Big Beaver Road
Suite 410
Troy, MI  48084
**Email:  cmierzwa@simonattys.com**

**ELECTRONIC MAIL**
*(Counsel to B33 Centereach II LLC and B33 Great Northern II LLC, and RPI Ridgmar Town Square Ltd, RPI Courtyard Ltd and RPI Overland Ltd )*
Singer & Levick, P.C.
Attn: Michelle E. Shriro
16200 Addison Road, Suite 140
Addison, TX  75001
**Email:  mshriro@singerlevick.com**

**ELECTRONIC MAIL**
*(Counsel to Meadowbrook V, LP, ARD MAC Commons LLC, ARD West Whiteland LLC, The View at Marlton LLC, and Village Green Realty L.P., Rising Sun Owner, LP, HKJV, LLC)*
Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 South Broad Street
Suite 2100
Philadelphia, PA  19109
**Email:  dplon@sirlinlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Woodbridge Crossing Urban Renew LLC )*
Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 South Broad Street
Suite 2100
Philadelphia, PA  19109
**Email:  dplon@sirlinlaw.com**

**ELECTRONIC MAIL**
*(Counsel to STL Global Sales LLC)*
Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 South Broad Street
Suite 2100
Philadelphia, PA  19109
**Email:  dplon@sirlinlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Madeira Plaza Power LLC)*
Sirlin Lesser & Benson, P.C.
Attn: Dana S. Plon
123 South Broad Street
Suite 2100
Philadelphia, PA  19109
**Email:  dplon@sirlinlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Conopco, Inc d/b/a Unilever United States, 1600 Eastchase Parkway Leasing LLC)*
Stark & Stark, P.C.
Attn: Joseph H. Lemkin, Thomas S. Onder, Joseph H. Lemkin
PO Box 5315
Princeton, NJ  08543
**Email:  jlemkin@stark-stark.com**
**tonder@stark-stark.com**
**jlemkin@stark-stark.com**

**ELECTRONIC MAIL**
*(Counsel to Edifis, USC, LLC and Edifis LJC, LTD)*
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A
Attn: Eric J. Silver
150 West Flagler Street
Suite 2200
Miami, FL  33120
**Email:  esilver@stearnsweaver.com**

**ELECTRONIC MAIL**
*(Counsel to Eagle Enterprises of Jefferson, Inc.)*
Steeg Law Firm, LLC
Attn: Henry Opotowsky
201 St. Charles Avenue
Suite 3201
New Orleans, LA  70170
**Email:  hopotowsky@steeglaw.com**

**ELECTRONIC MAIL**
*(Counsel to Dell Financial Services L.L.C.)*
Streusand, Landon, Ozburn & Lemmon,
LLP
Attn: Sabrina L. Streusand
1801 S. MoPac Expressway, Suite 320
Austin, TX  78746
**Email:  streusand@slollp.com**

**ELECTRONIC MAIL**
*(Counsel to Dole Packaged Foods, LLC)*
Sullivan Hazeltine Allinson LLC
Attn: Elihu E. Allinson, III
919 North Market Street
Suite 420
Wilmington, DE  19801
**Email:  zallinson@sha-llc.com**

**ELECTRONIC MAIL**
*(Counsel to Sensational Brans, Inc. and The
Marketing Group LLC )*
Susan E. Kaufman, LLC
Attn: Susan E. Kaufman
919 North Market Street
Suite 460
Wilmington, DE  19801
**Email:  skaufman@skaufmanlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Kin Properties, Inc., Nasan
LLC, Pasan LLC, Esan LLC, Alisan LLC,
Fundamentals Company, Inc., Oakland
Realty Company, Inc., Roseff LLC, Hall
Properties Company, Nathan Jeffrey LLC,
Jasan LLC, Fort Wayne Matador, Inc., Aleff
LLC, Aneff LLC and Jefan LLC)*
Tayman Lane Chaverri LLP
Attn: Jeffrey Rhodes
2001 L Street, NW, Suite 500
Washington, DC  20036
**Email:  jrhodes@tlclawfirm.com**

**ELECTRONIC MAIL**
*(Counsel to Carrollton-White Marsh, LLC)*
Tenenbaum & Saas, P.C.
Attn: Bradshaw Rost
4504 Walsh Street
Suite 200
Chevy Chase, MD  20815
**Email:  BRost@tspclaw.com**

**ELECTRONIC MAIL**
*(Counsel to Unison Mooresville, LLC)*
Tenenbaum & Saas, P.C.
Attn: Bradshaw Rost
4504 Walsh Street, Suite 200
Chevy Chase, MD  20815
**Email:  brost@tspclaw.com**

**ELECTRONIC MAIL**
*(Counsel to Texas Comptroller of Public
Accounts)*
Texas Attorney General's Office
Attn: Jamie Kirk
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, TX  75251
**Email:  jamie.kirk@oag.texas.gov**

**ELECTRONIC MAIL**
*(Counsel to Amy Eskra-Brown and Carol
Donnelly)*
The Chiurazzi Law Group
Attn: Wayne M. Chiurazzi and Edward W.
Wertman
101 Smithfield Street
Pittsburgh, PA  15222
**Email:  wchiurazzi@the-attorneys.com
ewertman@the-attorneys.com**

**ELECTRONIC MAIL**
*(Counsel to Siegen Village Shopping Center, LLC)*
The Cohn Law Firm LLC
Attn: David M. Cohn, D Brian Cohn,
Bartley P. Bourgeois, Allyson S. Jarreau
10754 Linkwood Court
Suite 1
Baton Rouge, LA  70810
**Email:  bartley@thecohnlawfirm.com
dmcohn@thecohnlawfirm.com
contact@thecohnlawfirm.com**

**ELECTRONIC MAIL**
*(Counsel to AP Growth Properties, LP, Mesilla Valley Business Partners, LLC, Ten East Partners, L.P., Cielo Paso Parke Green, L.P., Kams Partners, LP, Pleasanton Partners, LP)*
The Ehrlich Law Firm
Attn: William Ehrlich
444 Executive Center Blvd
Suite 240
El Paso, TX  79902
**Email:  william@ehrlichlawfirm.com**

**ELECTRONIC MAIL**
*(Counsel to John Florence, District & Urban Texas, Inc.)*
The Law Office of James Tobia, LLC
Attn: James Tobia
1716 Wawaset Street
Wilmington, DE  19806
**Email:  jtobia@tobialaw.com**

**ELECTRONIC MAIL**
*(Counsel to T'ron Bowie, Prestige Patio Co., LTD)*
The Law Office of James Tobia, LLC
Attn: James Tobia
1716 Wawaset Street
Wilmington, DE  19806
**Email:  jtobia@tobialaw.com**

**ELECTRONIC MAIL**
*(Counsel to Oracle America, Inc.)*
The Magnozzi Law Firm, P.C.
Attn: Mark F. Magnozzi, Benjamin
Rachelson
23 Green Street
Suite 302
Huntington, NY  11743
**Email:  mmagnozzi@magnozzilaw.com**

**ELECTRONIC MAIL**
*(Counsel to SJL Wholesale Group, Steve Silver Company)*
The Powell Firm, LLC
Attn: Jason C. Powell, Thomas J. Reichert
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE  19899
**Email:  jpowell@delawarefirm.com**

**ELECTRONIC MAIL**
*(Counsel to Liberty Mutual Insurance Company)*
The Rosner Law Group LLC
Attn: Frederick B. Rosner, Zhao (Ruby) Liu
824 N. Market St.
Suite 810
Wilmington, DE  19801
**Email:  rosner@teamrosner.com
liu@teamronser.com**

**ELECTRONIC MAIL**
*(Counsel to Hybrid Promotions, LLC d/b/a Hybrid Apparel)*
The Williams Law Firm, P.A.
Attn: John Legaré Williams, Brian Charles
Crawford
1201 N. Orange Street
Suite 600
Wilmington, DE  19801
**Email:  John@TrustWilliams.com
Brian@TrustWilliams.com**

***ELECTRONIC MAIL***
*(Counsel to The Malon D. Mimms Company)*
Thompson, O'Brien, Kappler & Nasuti, P.C.
Attn: Michael B. Pugh
2 Sun Court, Suite 400
Peachtree Corners, GA  30092
**Email:  mpugh@tokn.com**

***ELECTRONIC MAIL***
*(Counsel to Travis County)*
Travis County
Attn: Jason A. Starks
P.O. Box 1748
Austin, TX  78767
**Email:  Jason.Starks@traviscountytx.gov**

***ELECTRONIC MAIL***
*(Counsel to 1600 Eastchase Parkway Leasing LLC)*
Turner Law APC
Attn: John M. Turner, Esq.
600 B Street
Suite 1700
San Diego, CA  92101
**Email: jmt@tmsdlaw.com**

***ELECTRONIC MAIL***
*(Counsel to The J. M. Smucker Company)*
Tydings & Rosenberg LLP
Attn: Stephen B. Gerald
200 Continental Drive
Suite 401
Newark, DE  19713
**Email: sgerald@tydings.com**

***ELECTRONIC MAIL***
*(Counsel to The J.M. Smucker Company and Hostess Brands, Inc.)*
Tydings & Rosenberg LLP
Attn: Stephen B. Gerald
200 Continental Drive, Suite 401
Newark, DE  19713
**Email: sgerald@tydings.com**

***ELECTRONIC MAIL***
*(Counsel to Post Consumer Brands, LLC and Post Brands Pet Care, LLC)*
Tydings & Rosenberg LLP
Attn: Stephen B. Gerald
200 Continental Drive, Suite 401
Newark, DE  19713
**Email:  sgerald@tydings.com**

***ELECTRONIC MAIL***
*(Counsel to Southpoint Plaza L.L.C. and GKKI, L.L.C.)*
UB Greensfelder LLP
Attn: Randall F. Scherck
10 S. Broadway
Suite 2000
St. Louis, MO  63102
**Email: rscherck@ubglaw.com**

***ELECTRONIC MAIL***
*(Counsel to 5620 Nolensville Pike, LLC)*
Varnum LLP
Attn: Brendan G. Best
480 Pierce Street, Suite 300
Birmingham, MI  48009
**Email: bgbest@varnumlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Perrigo Direct, Inc.)*
Warner Norcross + Judd LLP
Attn: Gordon J. Toering
150 Ottawa Avenue, NW, Suite 1500
Grand Rapids, MI  49503
**Email:  gtoering@wnj.com**

***ELECTRONIC MAIL***
*(Counsel to Serta, Inc.)*
Werb & Sullivan
Attn: Brian A. Sullivan
1225  N King Street
Suite 600
Wilmington, DE  19801
**Email: bsullivan@werbsullivan.com**

*ELECTRONIC MAIL*
*(Counsel to Sky Crossroads, LLC, Sky Irondequoit, LLC, Sky NY Holdings, LLC)*
Weycer, Kaplan, Pulaski & Zuber, P.C.
Attn: Jeff Carruth
24 Greenway Plaza, Suite 2050
Houston, TX  77046
**Email:  jcarruth@wkpz.com**

*ELECTRONIC MAIL*
*(Counsel to Cambridge Investment Inc.)*
Whiteford, Taylor & Preston LLC
Attn: William F. Taylor, Jr
600 North King Street
Suite 300
Wilmington, DE  19801
**Email:  wtaylor@whitefordlaw.com**

*ELECTRONIC MAIL*
*(Counsel to Cambridge Investment Inc.)*
Whiteford, Taylor & Preston LLP
Attn: David W. Gaffey
3190 Fairview Park Drive
Suite 800
Falls Church, VA  22042-4510
**Email:  dgaffey@whitefordlaw.com**

*ELECTRONIC MAIL*
*(Counsel to Homestar North America, LLC and Prima Holdings International Limited)*
Williams Mullen
Attn: Michael D. Mueller, Jennifer M. McLemore
200 South 10th, Street, Suite 1600
Richmond, VA  23219-3095
**Email:  mmueller@williamsmullen.com**
**jmclemore@williamsmullen.com**

*ELECTRONIC MAIL*
*Co-(Counsel to Jetrich Canada Ltd.)*
Womble Bond Dickinson (US) LLP
Attn: Kevin J. Mangan
1313 North Market Street
Suite 1200
Wilmington, DE  19801
**Email:  kevin.mangan@wbd-us.com**

*ELECTRONIC MAIL*
*(Counsel to NCR Voyix Corporation, Everstar Merchandise Co., Ltd., and Everstar Merchandise Co.)*
Womble Bond Dickinson (US) LLP
Attn: Matthew P. Ward, Lisa Bittle Tancredi
1313 North Market Street
Suite 1200
Wilmington, DE  19801
**Email:  matthew.ward@wbd-us.com**
**lisa.tancredi@wbd-us.com**

*ELECTRONIC MAIL*
*(Counsel to Gateway BL Acquisition, LLC)*
Young Conaway Stargatt & Taylor, LLP
Attn: Joseph Barry, Kenneth J. Enos, Jared W. Kochenash
Rodney Square
1000 North King Street
Wilmington, DE  19801
**Email:  jbarry@ycst.com**
**kenos@ycst.com**
**jkochenash@ycst.com**

*ELECTRONIC MAIL*
State of Alaska Attorney General
Attn: Bankruptcy Department
P.O. Box 110300
Juneau, AK  99811-0300
**Email:**
**ATTORNEY.GENERAL@ALASKA.GOV**

*ELECTRONIC MAIL*
State of Arizona Attorney General
Attn: Bankruptcy Department
2005 N Central Ave
Phoenix, AZ  85004-2926
**Email:  AGINFO@AZAG.GOV**

*ELECTRONIC MAIL*
State of California Attorney General
Attn: Bankruptcy Department
P.O. Box 944255
Sacramento, CA  94244-2550
**Email:  BANKRUPTCY@COAG.GOV**

*ELECTRONIC MAIL*
State of Connecticut Attorney General
Attn: Bankruptcy Department
165 Capitol Avenue
Hartford, CT  06106
**Email:
ATTORNEY.GENERAL@CT.GOV
DENISE.MONDELL@CT.GOV
brendan.flynn@ct.gov**

*ELECTRONIC MAIL*
State of Hawaii Attorney General
Attn: Bankruptcy Department
425 Queen St.
Honolulu, HI  96813
**Email:  HAWAIIAG@HAWAII.GOV**

*ELECTRONIC MAIL*
State of Illinois Attorney General
Attn: Bankruptcy Department
100 West Randolph Street
Chicago, IL  60601
**Email:
WEBMASTER@ATG.STATE.IL.US**

*ELECTRONIC MAIL*
State of Indiana Attorney General
Attn: Bankruptcy Department
Indiana Government Center South
302 W. Washington St., 5Th Floor
Indianapolis, IN  46204
**Email:  INFO@ATG.IN.GOV**

*ELECTRONIC MAIL*
State of Iowa Attorney General
Attn: Bankruptcy Department
1305 E. Walnut Street
Des Moines, IA  50319
**Email:  WEBTEAM@AG.IOWA.GOV**

*ELECTRONIC MAIL*
State of Maryland Attorney General
Attn: Bankruptcy Department
200 St. Paul Place
Baltimore, MD  21202-2202
**Email:  OAG@OAG.STATE.MD.US**

*ELECTRONIC MAIL*
State of Michigan Attorney General
Attn: Bankruptcy Department
G. Mennen Williams Building, 7Th Floor
525 W. Ottawa St., P.O. Box 30212
Lansing, MI  48909-0212
**Email:  MIAG@MICHIGAN.GOV
AG-COD@michigan.gov**

*ELECTRONIC MAIL*
State of Minnesota Attorney General
Attn: Bankruptcy Department
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN  55101-2131
**Email:
Bankruptcy.Notices@ag.state.mn.us**

*ELECTRONIC MAIL*
State of Missouri Attorney General
Attn: Bankruptcy Department
Supreme Court Building
207 W. High St.
Jefferson City, MO  65102
**Email:
ATTORNEY.GENERAL@AGO.MO.GO
V**

*ELECTRONIC MAIL*
State of Montana Attorney General
Attn: Bankruptcy Department
215 N Sanders, Third Floor
Po Box 201401
Helena, MT  59620-1401
**Email:  CONTACTDOJ@MT.GOV**

*ELECTRONIC MAIL*
State of Nebraska Attorney General
Attn: Bankruptcy Department
2115 State Capitol
2Nd Fl, Rm 2115
Lincoln, NE 68509-8920
**Email: NEDOJ@NEBRASKA.GOV**

*ELECTRONIC MAIL*
State of Nevada Attorney General
Attn: Bankruptcy Department
100 North Carson Street
Carson City, NV 89701
**Email: AGINFO@AG.NV.GOV**

*ELECTRONIC MAIL*
State of New Hampshire Attorney General
Attn: Bankruptcy Department
33 Capitol St.
Concord, NH 03301-0000
**Email:
ATTORNEYGENERAL@DOJ.NH.GOV**

*ELECTRONIC MAIL*
State of New Jersey Attorney General
Attn: Bankruptcy Department
Rj Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080
**Email:
ASKCONSUMERAFFAIRS@LPS.STAT
E.NJ.US
Jeff.Koziar@law.njoag.gov**

*ELECTRONIC MAIL*
State of New Mexico Attorney General
Attn: Bankruptcy Department
P.O. Drawer 1508
Santa Fe, NM 87504-1508
**Email: aserrato@nmdoj.gov
aswenson@nmdoj.gov**

*ELECTRONIC MAIL*
State of North Dakota Attorney General
Attn: Bankruptcy Department
State Capitol
600 E Boulevard Ave Dept 125
Bismarck, ND 58505-0040
**Email: NDAG@ND.GOV**

*ELECTRONIC MAIL*
State of Ohio Attorney General
Attn: Bankruptcy Department
30 E. Broad St., 14Th Floor
Columbus, OH 43215
**Email: Mahisha.Sanson@OhioAGO.gov**

*ELECTRONIC MAIL*
State of Oklahoma Attorney General
Attn: Bankruptcy Department
313 Ne 21St Street
Oklahoma City, OK 73105
**Email: consumerprotection@oag.ok.gov**

*ELECTRONIC MAIL*
State of Oregon Attorney General
Attn: Bankruptcy Department
1162 Court Street Ne
Salem, OR 97301
**Email:
CONSUMER.HOTLINE@DOJ.STATE.
OR.US
justin.leonard@doj.oregon.gov**

*ELECTRONIC MAIL*
State of South Dakota Attorney General
Attn: Bankruptcy Department
1302 East Highway 14
Suite 1
Pierre, SD 57501-8501
**Email:
CONSUMERHELP@STATE.SD.US**

*ELECTRONIC MAIL*
State of Tennessee Attorney General
Attn: Bankruptcy Dept; Stephen R. Butler
P.O. Box 20207
Nashville, TN  37202-0207
**Email:  STEVE.BUTLER@AG.TN.GOV**

*ELECTRONIC MAIL*
State of Texas Attorney General
Attn: Bankruptcy Department
Capitol Station
PO Box 12548
Austin, TX  78711-2548
**Email:
public.information@oag.state.tx.us**

*ELECTRONIC MAIL*
State of Utah Attorney General
Attn: Bankruptcy Department
Po Box 142320
Salt Lake City, UT  84114-2320
**Email:  bankruptcy@agutah.gov**

*ELECTRONIC MAIL*
State of West Virginia Attorney General
Attn: Bankruptcy Department
State Capitol Bldg 1 Room E 26
Charleston, WV  25305
**Email:  CONSUMER@WVAGO.GOV**

*ELECTRONIC MAIL*
State of Wisconsin Attorney General
Attn: Bankruptcy Department
Wisconsin Department Of Justice
17 West Main Street, Post Office Box 7857
Madison, WI  53707
**Email:
DOJBANKRUPTCYNOTICEGROUP@
DOJ.STATE.WI.US**

*ELECTRONIC MAIL*
Washington DC Attorney General
Attn: Bankruptcy Department
441 4Th Street, Nw
Washington, DC  20001
**Email:  OAG@DC.GOV**