B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Delaware ▼

In re BIG LOTS STORES, LLC             ,            Case No. 24-11973

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Liberty Mutual Insurance Company | Starr Specialty Insurance Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Steven S. Katz, Esq., P.O. Box 34526
Seattle, WA 98124-1526

Court Claim # (if known): __7129__
Amount of Claim: __Unliquidated__
Date Claim Filed: __01/30/2025__

Phone: __(732) 358-8139__
Last Four Digits of Acct #: _____

Phone: __646-227-6409__
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____   Date: __12/3/2025__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.