**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 325-1500
Scott A. Zuber, Esq.
Email: szuber@csglaw.com
*Attorneys for Liberty Mutual Insurance Company*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM OTHER THAN
FOR SECURITY – DOCKET NOS. 3353, 3354, 3355, AND 3356**

The undersigned, counsel for Liberty Mutual Insurance Company, hereby withdraws the Transfer of Claim Other Than for Security forms, filed at Docket Entries 3353, 3354, 3355, and 3356.

**CHIESA SHAHINIAN & GIANTOMASI PC**
*Attorneys for Liberty Mutual Insurance Company*

By:  */s/ Scott A. Zuber*
Scott A. Zuber

Dated: December 5, 2025

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.