**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BIG LOTS, INC., | ) | Case No. 24-11967 |
| | ) | |
| Debtors. | ) | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Liberty Mutual Insurance Company | Starr Indemnity & Liability Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Steven S. Katz, Esq.
P.O. Box 34526
Seattle, WA 98124-1526

Last known address:
399 Park Avenue, 3rd Floor
Attn: General Counsel
New York, NY 10022

Court Claim # (if known): 7146
Amount of Claim: Unliquidated
Date Claim Filed: 01/30/2025

Phone: 732-358-8139
Last Four Digits of Acct #:

Phone: 646-227-6409
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: 12/8/25
    Transferee/Transferee's Agent

Local Form 138