IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Former Furniture Stores of Ohio, LLC., | § | Case No.  24-11970 |
| | § | |
| Debtor | § | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Smith County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its Proof of Claim in this case.  Smith County filed its claim on or about January 2, 2025, in the amount of $7,516.43, which is designated as claim number 6425 on the claims register.  Therefore, Smith County hereby withdraws its claim.

## CERTIFICATE OF SERVICE

I hereby certify that on the  8th  day of  December , 2025, a true and correct copy of the above document was filed with the Court and served via the Court's electronic noticing system upon all parties receiving electronic notice.

Respectfully submitted,

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
3500 Maple Avenue, Suite 800
Dallas, TX  75219
(214) 880-0089 - Telephone
(469) 221-5003 - Fax

By:    /s/ John K. Turner
         John K. Turner
         SBN 00788563