**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> FORMER BL STORES, INC., *et al.* <br><br> Debtors.[1] | Chapter 7 <br><br> Case No. 24-11967 (JKS) <br> (Jointly Administered) <br><br> **Re: Docket Nos. 1418, 1488** |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

PLEASE TAKE NOTICE that John L. Williams and Brian C. Crawford of The Williams Law Firm, P.A. and Schuyler G. Carroll (admitted pro hac vice, Docket # 1488) from Manatt, Phelps & Phillips, LLP hereby withdraw their appearance as counsel to Hybrid Promotions, LLC d/b/a Hybrid Apparel ("Hybrid") in the above-captioned chapter 11 cases ("Cases") and further request that they be removed from all service lists in the Cases, including the Court's CM/ECF electronic notification list. The undersigned counsel hereby certifies pursuant to Local Rule 9010-2(b)(ii) that Hybrid transferred/assigned its claims and, therefore, no longer has a controversy pending before the Court. Hybrid consents to the withdrawal of counsel.

Respectfully submitted,

THE WILLIAMS LAW FIRM, P.A.

By: */s/ John L. Williams*

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

        John Legaré Williams (Del. Bar. #4473)
        Brian Charles Crawford (Del. Bar. # 4941)
        1201 N. Orange Street, Suite 600
        Wilmington, DE  19801
        Tel: (302) 575-0873
        Fax: (302) 575-0925
        Email: John@TrustWilliams.com
               Brian@TrustWilliams.com

        and

        MANATT, PHELPS & PHILLIPS, LLP
        Schuyler G. Carroll (admitted pro hac vice)
        7 Times Square
        New York, NY 10036
        Tel: (212) 790-4500
        SCarroll@manatt.com

        *Attorneys for Hybrid Promotions, LLC d/b/a Hybrid Apparel*

Dated: December 8, 2025