`Case 24-11967-JKS    Doc 3375-1    Filed 12/08/25    Page 1 of 2`

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., *et al.*<br><br>Debtors.[2] | Chapter 7<br><br>Case No. 24-11967 (JKS)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December 2025, a true and correct copy of Notice of Withdrawal of Appearance as Counsel and Request for Removal from Electronic and Paper Noticing Matrix for Hybrid Promotions, LLC d/b/a Hybrid Apparel was served upon those parties registered to receive electronic notices via the Court's CM/ECF electronic noticing system including but not limited to:

    David S. Bloomfield, Esq.
    Daniel B. Butz, Esq.
    Robert J. Dehney, Esq.
    Andrew R. Remming, Esq.
    Sophie Rogers Churchill, Esq.
    Casey B. Sawyer, Esq.
    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    1201 N. Market Street, 16th Floor
    Wilmington, DE 19801

    Matthew R. Brock, Esq.
    Vincent Cahill, Esq.
    James McClammy, Esq.
    Jonah Peppiatt, Esq.

---

[2] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Stephen D. Piraino, Esq.
Brian M. Resnick, Esq.
Adam Shpeen, Esq.
Ethan Stern, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Linda J. Casey, Esq.
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

                                                  Respectfully submitted,

                                                  THE WILLIAMS LAW FIRM, P.A.

                                                  By: */s/ John L. Williams*
                                                  John Legaré Williams (Del. Bar. #4473)
                                                  Brian Charles Crawford (Del. Bar. # 4941)
                                                  1201 N. Orange Street, Suite 600
                                                  Wilmington, DE  19801
                                                  Tel: (302) 575-0873
                                                  Fax: (302) 575-0925
                                                  Email: John@TrustWilliams.com
                                                              Brian@TrustWilliams.com

                                                  and

                                                  MANATT, PHELPS & PHILLIPS, LLP
                                                  Schuyler G. Carroll (pro hac vice pending)
                                                  7 Times Square
                                                  New York, NY 10036
                                                  Tel: (212) 790-4500
                                                  SCarroll@manatt.com

                                                  *Attorneys for Hybrid Promotions, LLC d/b/a Hybrid Apparel*

Dated: December 8, 2025