

### State of Louisiana
#### Department of Revenue



JEFF LANDRY
GOVERNOR

RICHARD NELSON
SECRETARY

RECEIVED
2025 DEC -9 A 9: 19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

November 25, 2025

US Bankruptcy Court
District of Delaware
824 N Market Street
Wilmington, DE 19801

Subject:   Consolidated Property Holdings LLC
           aka Consolidated Property Holdings, Inc.
           Case Number: 24-11968
           Claim Number: 2607
           Claim Amount: $6,525.46

Gentlemen:

The Louisiana Department of Revenue respectfully requests that the referenced proof of claim filed be withdrawn due to the fact that the liability has been satisfied.

Thank you for your attention and cooperation in this matter.

Respectfully,

*Amy Prather*

Amy Prather
Revenue Management Consultant
Bankruptcy Section
Collection Division
Phone: (225) 219-2235

617 North Third Street, Post Office Box 66658, Baton Rouge, Louisiana 70896-6658
Telephone (225) 219-2255 • Fax (225) 219-2250
www.revenue.louisiana.gov