**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------X

**IN RE:**

**BIG LOTS, INC.,** *et al.,*

      **Debtors.**

-------------------------------------------------------------------X

Chapter 11

Case No. 24-11967 (JKS)
(Jointly Administered)

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that James E. Huggett, Esq. of the DE law firm Margolis Edelstein hereby WITHDRAWS from this case and requests that the Clerk **remove him (jhuggett@margolisedelstein.com) from receiving CM/ECF Filings** therein.

Dated: December 11, 2025
Wilmington, Delaware

Respectfully submitted,
**MARGOLIS EDELSTEIN**

**BY:** */s/ James E. Huggett*
James E. Huggett (3956)
MARGOLIS EDELSTEIN
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
TEL: (302) 888.1112
FAX: (302) 888.1119
jhuggett@margolisedelstein.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------X

**IN RE:**

**BIG LOTS, INC.,** *et al*

       **Debtors.**

-------------------------------------------------------------------X

**Chapter 11**

**Case No. 24-11967 (JKS)**
**(Jointly Administered)**

## **CERTIFICATE OF SERVICE**

I, James E. Huggett, Esquire, hereby certify that on December 11, 2025, I served a copy of the *Notice of Withdrawal of Appearance* to all parties listed via CM/ECF.

                                              /s/James E. Huggett
                                          James E. Huggett (#3956)