# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Former BL Stores, Inc.

**Chapter:** 7

  **EIN:** 06–1119097
Big Lots, Inc.

**Case No.:** 24–11967–JKS

Claim No.* (if known): 7147
Amount (if known): $0.00

### NOTICE OF TRANSFER OF CLAIM

To Starr Specialty Insurance Company Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 12/8/2025, a Transfer of Claim was filed with this Court purporting to transfer to Liberty Mutual Insurance Company, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Transferee
Liberty Mutual Insurance Company
Steven S. Katz, Esq.
P.O. Box 34526
Seattle, WA 98124–1526

Dated: 12/11/2025

Stephen L Grant, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.*

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 24-11967-JKS

Former BL Stores, Inc.                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 46 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: trclaim | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| 20251152 | + STARR SPECIALTY INSURANCE COMPANY, 399 PARK AVENUE, 2NDFLOOR, NEW YORK NY 10022-4614 |
| 20251153 | + STARR SPECIALTY INSURANCE COMPANY, 399 PARK AVENUE, 3RD FLOOR, NEW YORK NY 10022-4686 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor Divisions Inc. d/b/a Divisions Maintenance Group awebb@fbtlaw.com  awebb@ecf.courtdrive.com |
| Aaron A. Garber | on behalf of Creditor Jewell Square  RLLP agarber@wgwc-law.com, ngarber@wgwc-law.com,8931566420@filings.docketbird.com |
| Aaron H. Stulman | on behalf of Interested Party Ceres Marketplace Investors LLC astulman@potteranderson.com leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com |
| Aaron H. Stulman | on behalf of Interested Party Westerville Square  Inc. astulman@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com |

District/off: 0311-1
Date Rcvd: Dec 09, 2025

User: admin
Form ID: trclaim

Page 2 of 46
Total Noticed: 2

Aaron H. Stulman

on behalf of Interested Party Marshall Realty Company  successor by merger to The Deerfield Company, Inc.
astulman@potteranderson.com,
leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Adam Hiller

on behalf of Creditor Carl Brandt  Inc. ahiller@adamhillerlaw.com

Adam Hiller

on behalf of Interested Party Salisbury Promenade  LLC ahiller@adamhillerlaw.com

Adam Hiller

on behalf of Interested Party Diba Real Estate Investments  LLC ahiller@adamhillerlaw.com

Adam Hiller

on behalf of Interested Party Dorchester Realty LLC ahiller@adamhillerlaw.com

Adam Hiller

on behalf of Interested Party Sharrell Smith ahiller@adamhillerlaw.com

Adam Hiller

on behalf of Interested Party Carson Southgate  LLC ahiller@adamhillerlaw.com

Alan Michael Root

on behalf of Interested Party North Oak Marketplace 07 A  LLC and North Oak Marketplace 18 B, LLC
root@chipmanbrown.com,
aroot51@hotmail.com;fusco@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com;dero@chipmanbrown.com

Alan Michael Root

on behalf of Interested Party Darnestown Road Property Limited Partnership root@chipmanbrown.com
aroot51@hotmail.com;fusco@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com;dero@chipmanbrown.com

Alan Michael Root

on behalf of Interested Party 5620 Nolensville Pike  LLC root@chipmanbrown.com,
aroot51@hotmail.com;fusco@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com;dero@chipmanbrown.com

Alberto F. Gomez, Jr

on behalf of Creditor Brightwork Real Estate  Inc. al@jpfirm.com, katherineb@jpfirm.com

Alexandra Dixon Rogin

on behalf of Creditor BRAMLI USA INC. arogin@eckertseamans.com  lgervasi@eckertseamans.com

Alexis R. Gambale

on behalf of Creditor 415 Orchard Associates  LLC agambale@pashmanstein.com, lsalcedo@pashmanstein.com

Alfred T. Giuliano

atgiuliano@giulianomiller.com
ddileo@giulianomiller.com;nj68@ecfcbis.com;agiuliano@ecf.epiqsystems.com;nj90@ecfcbis.com

Amy Tryon

on behalf of Interested Party Jordan Manufacturing Company  Inc. amy.tryon@btlaw.com, kathleen.lytle@btlaw.com

Amy D. Brown

on behalf of Creditor EVP Auburn  LLC abrown@gsbblaw.com, mfriedman@gsbblaw.com

Amy D. Brown

on behalf of Creditor DLC Properties  LLC abrown@gsbblaw.com, mfriedman@gsbblaw.com

Andrew Ehrmann

on behalf of Interested Party Denzel Anderson aehrmann@potteranderson.com  bankruptcy@potteranderson.com

Andrew Lennox

on behalf of Creditor Fog CP  LLC alennox@lennoxlaw.com

Andrew B. Kratenstein

on behalf of Creditor Committee Official Committee of Unsecured Creditors akratenstein@mwe.com

Andrew R. Remming

on behalf of Debtor Former eCommerce Stores of Ohio  LLC aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming

on behalf of Debtor Consolidated Property Holdings  LLC aremming@mnat.com,
andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming

on behalf of Debtor GAFDC LLC aremming@mnat.com

andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming

on behalf of Debtor Former Savings Stores of California  LLC aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming

on behalf of Debtor Durant DC  LLC aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming

on behalf of Debtor Former BL Stores  Inc. aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming

on behalf of Debtor Former Tenant Stores of Ohio  LLC aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming

on behalf of Debtor WAFDC  LLC aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris nichols.com;radha--chevli--2257@ecf.pacerpro.com

Andrew R. Remming

on behalf of Debtor CSC Distribution LLC aremming@mnat.com andrew-remming-0904@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morris nichols.com;radha--chevli--2257@ecf.pacerpro.com

Angela Z. Miller

on behalf of Interested Party Siemens Industry  Inc. amiller@phillipslytle.com, pkucinskijr@phillipslytle.com

Avrom R Vann

on behalf of Creditor HOME ESSENTIALS AND BEYOND  INC. a2442@aol.com

Barbara Spiegel

on behalf of Creditor California Department of Resources Recycling and Recovery barbara.spiegel@doj.ca.gov

Bartley P Bourgeois

on behalf of Interested Party Siegen Village Shopping Center  LLC bartley@thecohnlawfirm.com

Benjamin Finestone

on behalf of Creditor Blue Owl Real Estate Capital LLC benjaminfinestone@quinnemanuel.com

Benjamin Fischer

on behalf of Interested Party The Grove Shops LLC bfischer@klehr.com

Benjamin Joseph Steele

on behalf of Other Prof. Kroll Restructuring Administration LLC ecf@primeclerk.com

Beth E Rogers

on behalf of Creditor Serta  Inc. Brogers@berlawoffice.com, brogers@ecf.courtdrive.com

Bradford J. Sandler

on behalf of Trustee Alfred T. Giuliano bsandler@pszjlaw.com  abates@pszjlaw.com

Brendan Gregg Best

on behalf of Interested Party 5620 Nolensville Pike  LLC bgbest@varnumlaw.com

Brett D. Fallon

on behalf of Creditor Southern Benedictine Society of North Carolina  Incorporated brett.fallon@faegredrinker.com, cathy.greer@faegredrinker.com

Brett Michael Haywood

on behalf of Interested Party Denzel Anderson bhaywood@potteranderson.com leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.co m

Brian A. Sullivan

on behalf of Creditor Serta  Inc. bsullivan@werbsullivan.com, hbelair@werbsullivan.com

Brian A. Sullivan

on behalf of Creditor Casitas Oceanside Three LP bsullivan@werbsullivan.com  hbelair@werbsullivan.com

Brian A. Sullivan

on behalf of Creditor East West Import Export  Inc. bsullivan@werbsullivan.com, hbelair@werbsullivan.com

Brian C. Free

on behalf of Creditor WRP Gateway LLC brian.free@hcmp.com

Brian C. Free
on behalf of Creditor Wallace Properties-Kennewick LLC brian.free@hcmp.com

Brian C. Free
on behalf of Creditor WRP Washington Plaza LLC brian.free@hcmp.com

Brian J. McLaughlin
on behalf of Creditor Venice Plaza Ltd. brian.mclaughlin@offitkurman.com  Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin
on behalf of Creditor Commodore Realty  LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin
on behalf of Creditor G&I IX Southgate Shopping Center LLC brian.mclaughlin@offitkurman.com
Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin
on behalf of Creditor Saul Holdings Limited Partnership brian.mclaughlin@offitkurman.com  Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin
on behalf of Creditor Commodore Realty Inc. brian.mclaughlin@offitkurman.com  Emily.Rodriguez@offitkurman.com

Brian Thomas FitzGerald
on behalf of Creditor Nancy Millan fitzgeraldb@hcfl.gov  stroupj@hcfl.gov;leema@hcfl.gov

Brian Thomas FitzGerald
on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hcfl.gov  stroupj@hcfl.gov;leema@hcfl.gov

Brianna Turner
on behalf of Debtor Former BL Stores  Inc. bturner@morrisnichols.com,
brianna-turner-0976@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Brianna Turner
on behalf of Other Prof. PwC US Tax LLP bturner@morrisnichols.com
brianna-turner-0976@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Brianna Turner
on behalf of Financial Advisor AlixPartners  LLP bturner@morrisnichols.com,
brianna-turner-0976@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Brianna Turner
on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP bturner@morrisnichols.com,
brianna-turner-0976@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Brianna Turner
on behalf of Attorney Davis Polk & Wardwell LLP bturner@morrisnichols.com
brianna-turner-0976@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Brya Michele Keilson
on behalf of Creditor Vitamin Energy  Inc. bkeilson@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Byron Z Moldo
on behalf of Interested Party Desert Sky Esplanade  LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Byron Z Moldo
on behalf of Interested Party Clovis I  LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Byron Z Moldo
on behalf of Interested Party Red Mountain Asset Fund I  LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Candace C Carlyon
on behalf of Creditor Tropicana Palm Plaza LLC ccarlyon@carlyoncica.com
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com

Carl Palomino
on behalf of Attorney Belkis Millan attorneycarlpalomino@gmail.com

Carl N. Kunz, III
on behalf of Creditor Gastonia Restoration Partners  LLC ckunz@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Carl N. Kunz, III
on behalf of Creditor Harrison OH Partners  LLC ckunz@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Carl N. Kunz, III
on behalf of Creditor RCG-Pascgoula SPE  LLC ckunz@morrisjames.com,

ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Carl N. Kunz, III

on behalf of Creditor RCG-Chillicothe  LLC ckunz@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Carl N. Kunz, III

on behalf of Creditor Sevierville Forks Partners  LLC ckunz@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Casey Sawyer

on behalf of Auditor Deloitte & Touche LLP csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Financial Advisor AlixPartners  LLP csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Other Prof. PwC US Tax LLP csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor Consolidated Property Holdings  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor Former BL Stores  Inc. csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor Former Savings Stores of California  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor Former Stores of Ohio  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Attorney Davis Polk & Wardwell LLP csawyer@morrisnichols.com
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor Former Management Stores of Ohio  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Financial Advisor Guggenheim Securities  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor Great Basin  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Casey Sawyer

on behalf of Debtor AVDC  LLC csawyer@morrisnichols.com,
casey-sawyer-8914@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Chad B. Simon

on behalf of Interested Party 1903P Loan Agent  LLC csimon@otterbourg.com

Charles S. Stahl, Jr.

on behalf of Creditor Raymond Storage Concepts  Inc. cstahl@smbtrials.com

Chase Nathaniel Miller

on behalf of Creditor Roberts Crossing  LLC de-ecfmail@mwc-law.com

Chase Nathaniel Miller
                    on behalf of Creditor Fairfield Property  LLC de-ecfmail@mwc-law.com

Chase Nathaniel Miller
                    on behalf of Creditor University Plaza Stephenville  LLC de-ecfmail@mwc-law.com

Cheryl Ann Santaniello
                    on behalf of Creditor Giftree Crafts Company Limited casantaniello@pbnlaw.com
                    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;pnbalala@pbnlaw.com;fesanchez@pbnlaw.com

Christopher A. Ward
                    on behalf of Creditor Topaz Distribution  LLC cward@polsinelli.com,
                    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher A. Ward
                    on behalf of Creditor SquareTrade  Inc. cward@polsinelli.com

Christopher A. Ward
                    on behalf of Creditor Townley  Inc. cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Christopher Dean Loizides
                    on behalf of Creditor Brightwork Real Estate  Inc. loizides@loizides.com

Christopher Dean Loizides
                    on behalf of Attorney Christopher D. Loizides loizides@loizides.com

Christopher J. Marcus
                    on behalf of Interested Party Gateway BL Acquisition  LLC cmarcus@kirkland.com

Christopher M. Donnelly
                    on behalf of Interested Party Gerald Bogle cdonnelly@morrisjames.com
                    ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Christopher Page Simon
                    on behalf of Creditor Y&O Town and Country  LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon
                    on behalf of Creditor Cactus Crossing  LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon
                    on behalf of Creditor Kentex Corporation csimon@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon
                    on behalf of Creditor Y&O 240 LLC csimon@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon
                    on behalf of Creditor Lebanon Windermere  LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon
                    on behalf of Creditor Y&O Faulkner  LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon
                    on behalf of Interested Party Corpus Christi Firefighters' Retirement System csimon@crosslaw.com
                    smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher Page Simon
                    on behalf of Creditor Paragon Windermere  LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Clyde Ellis Brazeal, III
                    on behalf of Creditor Fort Williams Square  LLC ebrazeal@joneswalker.com

Colin R. Robinson
                    on behalf of Creditor Counsel to Villa Clark Associates robinson@lrclaw.com
                    ford@lrclaw.com;ramirez@lrclaw.com;kittinger@lrclaw.com

Craig Solomon Ganz
                    on behalf of Creditor Blair Bowie  LLC ganzc@ballardspahr.com,
                    PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Craig Solomon Ganz
                    on behalf of Creditor Bowie Border  LLC ganzc@ballardspahr.com,
                    PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Craig Solomon Ganz
                    on behalf of Creditor NS Retail Holdings  LLC ganzc@ballardspahr.com,
                    PHXDocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Craig Thomas Mierzwa
                    on behalf of Creditor Norman Owczarkowski cmierzwa@simonattys.com

Damien Nicholas Tancredi
                    on behalf of Creditor AMERICAN NATIONAL INSURANCE COMPANY damien.tancredi@flastergreenberg.com
                    damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

Damien Nicholas Tancredi
    on behalf of Creditor American National Insurance Company damien.tancredi@flastergreenberg.com
    damien.tancredi@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com;krystall.hasker@flastergreenberg.com

Dana S. Plon
    on behalf of Creditor ARD MAC Commons LLC dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor ARD West Whiteland LLC dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor The View at Marlton LLC dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor STL Global Sales LLC dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor Rising Sun Owner  LP dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor HKJV  LLC dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor Woodbridge Crossing Urban Renew LLC dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor Madeira Plaza Power LLC dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor Meadowbrook V  LP dplon@sirlinlaw.com

Dana S. Plon
    on behalf of Creditor Village Green Realty L.P. dplon@sirlinlaw.com

Daniel B. Butz
    on behalf of Debtor CSC Distribution LLC dbutz@mnat.com
    jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Daniel B. Butz
    on behalf of Debtor Former BL Stores  Inc. dbutz@mnat.com,
    jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Daniel B. Butz
    on behalf of Debtor Former Stores of Ohio  LLC dbutz@mnat.com,
    jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Daniel B. Butz
    on behalf of Debtor Durant DC  LLC dbutz@mnat.com,
    jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Daniel C. Kerrick
    on behalf of Creditor Ocean Network Express (North America) Inc. dckerrick@dkhogan.com  kerry@dkhogan.com

Daniel J. McCarthy
    on behalf of Creditor Oliveira Plaza SPE  LLC dmccarthy@hillfarrer.com

Daniel J. McCarthy
    on behalf of Creditor Rim Country Mall SPE  LLC dmccarthy@hillfarrer.com

Darren Azman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dazman@mwe.com

David Lapa
    on behalf of Creditor Polyfect Toys Co. Ltd office@melalaw.com
    office@melalaw.com;chezki@melalaw.com;david@melalaw.com

David Lapa
    on behalf of Creditor Creative Kids Far East Inc. office@melalaw.com
    office@melalaw.com;chezki@melalaw.com;david@melalaw.com

David Lapa
    on behalf of Creditor CK Brands Limited office@melalaw.com
    office@melalaw.com;chezki@melalaw.com;david@melalaw.com

David Ritter
    on behalf of Interested Party Steve Silver Company dritter@ritterspencercheng.com

David E. Sklar
    on behalf of Creditor Pomeroy Enterprises  LLC dsklar@pashmanstein.com, gkarnick@pashmanstein.com

District/off: 0311-1
Date Rcvd: Dec 09, 2025

User: admin
Form ID: trclaim

Page 8 of 46
Total Noticed: 2

David E. Sklar
on behalf of Creditor Northtowne Plaza Properties Ltd. dsklar@pashmanstein.com, gkarnick@pashmanstein.com

David H. Conaway
on behalf of Creditor ENGIE Insight Services Inc. dconaway@shumaker.com

David J. Kozlowski
on behalf of Interested Party Grey Matter Concepts dkozlowski@morrisoncohen.com autodocket@morrisoncohen.com

David M. Klauder
on behalf of Interested Party Townley Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
on behalf of Interested Party Town N' Country Plaza LLC dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
on behalf of Interested Party Upper Canada Soap and Candle Makers Corporation dklauder@bk-legal.com DE17@ecfcbis.com

David M. Klauder
on behalf of Interested Party AT&T Enterprises LLC dklauder@bk-legal.com, DE17@ecfcbis.com

David M. Klauder
on behalf of Interested Party Yunis Enterprises Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

David P. Primack
on behalf of Creditor The Paducah Development LP dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Sheridan Crossing Dev LLC dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor GKT University Square Greeley dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor THF Greengate East Dev LP dprimack@mgmlaw.com scarney@mdmc-law.com

David P. Primack
on behalf of Creditor TKG Norwichtown Commons LLC dprimack@mgmlaw.com, scarney@mdmc-law.com

David S. Catuogno
on behalf of Creditor Donlen Corporation david.catuogno@klgates.com

David W. Gaffey
on behalf of Creditor Cambridge Investment Inc. dgaffey@whitefordlaw.com

Deirdre M Richards
on behalf of Creditor Parfums De Coeur Ltd. dmr@elliottgreenleaf.com crw@elliottgreenleaf.com

Deirdre M Richards
on behalf of Creditor Maureen Scullon dmr@elliottgreenleaf.com crw@elliottgreenleaf.com

Dennis A. Meloro
on behalf of Interested Party Craig Electronics LLC melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Dennis A. Meloro
on behalf of Interested Party 2310 Saunders LLC melorod@gtlaw.com,
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Diane W. Sanders
on behalf of Creditor San Patricio County austin.bankruptcy@publicans.com

Diane W. Sanders
on behalf of Creditor City of McAllen austin.bankruptcy@publicans.com

Diane W. Sanders
on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Diane W. Sanders
on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane W. Sanders
on behalf of Creditor Victoria County austin.bankruptcy@publicans.com

Diane W. Sanders
on behalf of Creditor Kerr County austin.bankruptcy@publicans.com

Diane W. Sanders
on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Domenic E. Pacitti
on behalf of Creditor BIG VICA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIG LOCA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor Blue Owl Real Estate Capital LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIG SATX Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor Blue Owl Real Estate Capital  LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIG LACA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIG FBTX Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIGTRPA001 LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIG FRCA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIG CSCO Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIG LCNM Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIGDUOK001 LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIG BCLA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIGCOOH002 LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIG AVCA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIG TAMI Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIG YVCA Owner LLC dpacitti@klehr.com

Domenic E. Pacitti

        on behalf of Creditor BIGMOAL001 LLC dpacitti@klehr.com

Don Stecker

        on behalf of Creditor Ector CAD don.stecker@lgbs.com  don.stecker@ecf.courtdrive.com

Don Stecker

        on behalf of Creditor City of El Paso don.stecker@lgbs.com  don.stecker@ecf.courtdrive.com

Don Stecker

        on behalf of Creditor Bexar County don.stecker@lgbs.com  don.stecker@ecf.courtdrive.com

Drew McGehrin

        on behalf of Creditor HART ESTATE INVESTMENT COMPANY dsmcgehrin@duanemorris.com
        drew-mcgehrin-5282@ecf.pacerpro.com

Echo Yi Qian

        on behalf of Debtor Closeout Distribution  LLC eqian@morrisnichols.com

Echo Yi Qian

        on behalf of Debtor GAFDC LLC eqian@morrisnichols.com

Echo Yi Qian

        on behalf of Debtor INFDC  LLC eqian@morrisnichols.com

Echo Yi Qian

        on behalf of Debtor Former Low Cost Stores of Ohio  LLC eqian@morrisnichols.com

Echo Yi Qian

        on behalf of Debtor Former Savings Stores of Ohio  LLC eqian@morrisnichols.com

Edmond M George

        on behalf of Creditor Bayshore Mall 1A  LLC edmond.george@obermayer.com

Edmond M George

on behalf of Creditor Bayshore Mall 2  LLC edmond.george@obermayer.com

Edmond M George

on behalf of Creditor Bayshore Mall 1B  LLC edmond.george@obermayer.com

Edward LoBello

on behalf of Creditor Snellville Pavillion  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor TN Equities  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor United Properties Corp. elobello@bsk.com  elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor Aldrich Management Co.  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor Glenwood Ave. Binghamton  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor Dublin Equities  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor New Castle Equities  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor Miamisburg Properties  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor Hauppauge Properties  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward LoBello

on behalf of Creditor Indiana Equities  LLC elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Edward A. Corma

on behalf of Trustee Alfred T. Giuliano ecorma@pszjlaw.com  abates@pszjlaw.com

Elihu Ezekiel Allinson, III

on behalf of Creditor Dole Packaged Food  LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III

on behalf of Creditor Home Creations Inc. ZAllinson@SHA-LLC.com  ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III

on behalf of Creditor Sun Life Assurance Company of Canada ZAllinson@SHA-LLC.com ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elizabeth Banda Calvo

on behalf of Interested Party Grapevine-Colleyville ISD ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party City of Grapevine ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party City of Cleburne ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party Cleburne ISD ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party Burleson ISD ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party Richardson ISD ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party Johnson County ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party City of Lake Worth ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Interested Party City of Burleson ebcalvo@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Emily Margaret Hahn

on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR ehahn@abernathy-law.com

Eric G. Walraven

on behalf of Interested Party Sensational Brands  Inc. ewalraven@feesmith.com

District/off: 0311-1
Date Rcvd: Dec 09, 2025

User: admin
Form ID: trclaim

Page 11 of 46
Total Noticed: 2

Eric G. Walraven

on behalf of Interested Party The Marketing Group  LLC ewalraven@feesmith.com

Eric J Silver

on behalf of Creditor c/o Eric J. Silver  Edifis LJC, LTD esilver@stearnsweaver.com,
mfernandez@stearnsweaver.com;fsanchez@stearnsweaver.com;ddillworth@stearnsweaver.com

Eric J Silver

on behalf of Creditor c/o Eric Silver  Esq Edifis USC, LLC esilver@stearnsweaver.com,
mfernandez@stearnsweaver.com;fsanchez@stearnsweaver.com;ddillworth@stearnsweaver.com

Eric S. Goldstein

on behalf of Creditor Levin Properties  L.P. egoldstein@goodwin.com,
bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com;eric-goldstein-5237@ecf.pacerpro.com

Ericka Fredricks Johnson

on behalf of Interested Party Standard Fiber  LLC ejohnson@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson

on behalf of Interested Party Loop 288 Properties  LLC ejohnson@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson

on behalf of Interested Party Kin Properties  Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc.,
Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Way
ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson

on behalf of Interested Party Plaza At Speedway LLC ejohnson@bayardlaw.com
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Ericka Fredricks Johnson

on behalf of Interested Party McKee Foods Corporation ejohnson@bayardlaw.com
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

Erin Powers Severini

on behalf of Interested Party WPG Management Associates  Inc. eseverini@fbtlaw.com

Erin Powers Severini

on behalf of Interested Party Ramsey Pike  LLC eseverini@fbtlaw.com

Erin Powers Severini

on behalf of Creditor Tempur Sealy International  Inc. and its affiliates eseverini@fbtlaw.com

Erin Powers Severini

on behalf of Interested Party BancKentucky  Inc. eseverini@fbtlaw.com

Erin Powers Severini

on behalf of Creditor WPG Legacy  LLC eseverini@fbtlaw.com

Evan T. Miller

on behalf of Creditor Independent Furniture Supply Co.  Inc. evan.miller@saul.com,
robyn.warren@saul.com;sean.kenny@saul.com

Evan T. Miller

on behalf of Creditor Delta Furniture Manufacturing  LLC evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

Evan T. Miller

on behalf of Creditor Peak Living  Inc. evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

Eve Helen Karasik

on behalf of Creditor SquareTrade  Inc. ehk@lnbyb.com

Frederick Brian Rosner

on behalf of Interested Party DML Westchase Plaza LP rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Dan Dee International LLC rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Interested Party Attic Products rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor IRELAND LAWRENCE  LTD. rosner@teamrosner.com,
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner

on behalf of Creditor Dewan & Sons rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
on behalf of Interested Party Dewan & Sons rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
on behalf of Creditor Attic Products rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
on behalf of Interested Party Liberty Mutual Insurance Company rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Frederick Brian Rosner
on behalf of Creditor Alpine Plus rosner@teamrosner.com
chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Garvan F. McDaniel
on behalf of Creditor Premium Asset Management  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel
on behalf of Creditor Herrera Properties  LLC gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Gary D. Bressler
on behalf of Creditor American Plastic Toys  Inc. gbressler@mdmc-law.com, hryan@mdmc-law.com

Gene L Humphreys
on behalf of Creditor Shelbyville Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys
on behalf of Creditor Harrison OH Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys
on behalf of Creditor Sevierville Forks Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys
on behalf of Creditor Pea Ridge Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys
on behalf of Creditor Pearl Road Shopping Center  LLC ghumphreys@bassberry.com

Gene L Humphreys
on behalf of Creditor Cumberland Square Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys
on behalf of Creditor Gastonia Restoration Partners  LLC ghumphreys@bassberry.com

Gene L Humphreys
on behalf of Creditor Malone Plaza Partners LLC ghumphreys@bassberry.com

Gene L Humphreys
on behalf of Creditor Evansville Partners  LLC ghumphreys@bassberry.com

Geoffrey G. Grivner
on behalf of Creditor Safeway  Inc. geoffrey.grivner@bipc.com,
sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

Geoffrey G. Grivner
on behalf of Creditor Albertson's LLC geoffrey.grivner@bipc.com
sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

GianClaudio Finizio
on behalf of Creditor WRP Gateway LLC gfinizio@bayardlaw.com
bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

GianClaudio Finizio
on behalf of Creditor Wallace Properties-Kennewick LLC gfinizio@bayardlaw.com
bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

GianClaudio Finizio
on behalf of Creditor WRP Washington Plaza LLC gfinizio@bayardlaw.com
bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gordon J. Toering
on behalf of Creditor Perrigo Direct  Inc. gtoering@wnj.com

Gregory A. Taylor
on behalf of Creditor Gordon Brothers Retail Partners  LLC gtaylor@ashbygeddes.com,
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Gregory G. Hesse
on behalf of Interested Party Food Lion LLC ghesse@huntonak.com  crankin@huntonak.com;creeves@huntonak.com

Gregory G. Hesse

District/off: 0311-1
Date Rcvd: Dec 09, 2025

User: admin
Form ID: trclaim

Page 13 of 46
Total Noticed: 2

on behalf of Interested Party The Stop & Shop Supermarket Company LLC ghesse@huntonak.com crankin@huntonak.com;creeves@huntonak.com

Gregory G. Hesse

on behalf of Interested Party 1255 Sunrise Realty  LLC ghesse@huntonak.com, crankin@huntonak.com;creeves@huntonak.com

Gregory G. Hesse

on behalf of Interested Party 4101 Transit Realty LLC ghesse@huntonak.com  crankin@huntonak.com;creeves@huntonak.com

Gregory Joseph Flasser

on behalf of Interested Party Westerville Square  Inc. gflasser@potteranderson.com, kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

Gregory W. Hauswirth

on behalf of Creditor Meta Platforms  Inc. ghauswirth@ch-legal.com, pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

Hiram Abif Gutierrez

on behalf of Creditor Brownsville Independent School District  Weslaco Independent School District edinburgbankruptcy@pbfcm.com

Howard A. Cohen

on behalf of Creditor DGN Properties LLC hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Interested Party Lee's Crossing SDC  LLC hcohen@foxrothschild.com, msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Interested Party Beauclerc SDC  LLC hcohen@foxrothschild.com, msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Interested Party MAYS SDC  LLC hcohen@foxrothschild.com, msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Interested Party Sun Point SDC  LLC hcohen@foxrothschild.com, msteen@foxrothschild.com,rsolomon@foxrothschild.com

J. Michael McCague

on behalf of Creditor Glen Jonnet jmm@gmwpclaw.com

J. Michael McCague

on behalf of Interested Party Jonnet National Properties Corporation jmm@gmwpclaw.com

Jack Shrum

on behalf of Creditor First Onsite Property Restoration jshrum@jshrumlaw.com

Jacob S Lang

on behalf of Interested Party PNC Bank  National Association jslang@choate.com

James Drew

on behalf of Interested Party 1903P Loan Agent  LLC jdrew@otterbourg.com, awilliams@otterbourg.com

James McClammy

on behalf of Debtor Former BL Stores  Inc. james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James Tobia

on behalf of Interested Party District & Urban Texas  Inc. tobijam@comcast.net;bankserve@tobialaw.com

James Tobia

on behalf of Interested Party Tron Bowie tobijam@comcast.net;bankserve@tobialaw.com

James Tobia

on behalf of Interested Party Calitex  LLC and Vanyarmouth, LLC tobijam@comcast.net;bankserve@tobialaw.com

James Tobia

on behalf of Interested Party John Florence tobijam@comcast.net;bankserve@tobialaw.com

James Tobia

on behalf of Interested Party Prestige Patio  Co., LTD tobijam@comcast.net;bankserve@tobialaw.com

James C. Bastian, Jr.

on behalf of Interested Party 6351 Westminster Blvd LLC jbastian@shulmanbastian.com

James E Rossow, Jr

on behalf of Creditor ALDI Inc. jrossow@bbfr.law  mralph@rubin-levin.net

James E. Huggett

on behalf of Creditor Oracle America  Inc. jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com

James E. Huggett
on behalf of Creditor Judith Owczarkowski jhuggett@margolisedelstein.com  tyeager@margolisedelstein.com

James P. Moloy
on behalf of Creditor Paragon Windermere  LLC jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

James P. Moloy
on behalf of Creditor Lebanon Windermere  LLC jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com

James R. Risener, III
on behalf of Interested Party Denzel Anderson jrisener@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com

James S. Carr
on behalf of Creditor Ryder Last Mile  Inc. KDWBankruptcyDepartment@kelleydrye.com,
MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com

Jamie Kirk
on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov

Jamie Lynne Edmonson
on behalf of Creditor Katie J. and Allen Jennings jedmonson@rc.com  lshaw@rc.com

Jamie Lynne Edmonson
on behalf of Creditor Triple Bar Ridgeview Hanover  LLC jedmonson@rc.com, lshaw@rc.com

Jamie Lynne Edmonson
on behalf of Creditor Tropicana Palm Plaza LLC jedmonson@rc.com  lshaw@rc.com

Jared W Kochenash
on behalf of Interested Party Gateway BL Acquisition  LLC bankfilings@ycst.com

Jarret P. Hitchings
on behalf of Creditor Pro-Mart Industries  Inc. jarret.hitchings@bclplaw.com,
deborah.field@bclplaw.com,jarret-hitchings-0150@ecf.pacerpro.com

Jason A. Starks
on behalf of Creditor Travis County BKECF@traviscountytx.gov

Jason Custer Powell
on behalf of Interested Party Ashley Furniture Industries  LLC jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell
on behalf of Interested Party Steve Silver Company jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell
on behalf of Creditor SJL Wholesale Group jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell
on behalf of Creditor HH-Laveen  LLC jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason V. Stitt
on behalf of Creditor SJN Data Center LLC jstitt@kmklaw.com

Jeffery D. Carruth
on behalf of Creditor Sky NY Holdings  LLC jcarruth@condontobin.com,
jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com;jsteele@condontobin.com

Jeffery D. Carruth
on behalf of Creditor Sky Irondequoit  LLC jcarruth@condontobin.com,
jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com;jsteele@condontobin.com

Jeffery D. Carruth
on behalf of Creditor Sky Crossroads  LLC jcarruth@condontobin.com,
jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com;jsteele@condontobin.com

Jeffrey Kurtzman
on behalf of Creditor City View Towne Crossing Fort Worth  TX LP kurtzman@kurtzmansteady.com

Jeffrey Rhodes
on behalf of Interested Party Kin Properties  Inc., Nasan LLC, Pasan LLC, Esan LLC, Alisan LLC, Fundamentals Company, Inc.,
Oakland Realty Company, Inc., Roseff LLC, Hall Properties Company, Nathan Jeffrey LLC, Jasan LLC, Fort Way
jrhodes@tlclawfirm.com

Jeffrey C. Roth
on behalf of Creditor 7023 Broward LLC jeff@rothandscholl.com

Jeffrey Ian Golden
on behalf of Creditor Cedars Enterprises Too  Inc. jgolden@go2.law, cmurray@go2.law

Jeffrey Ian Golden
on behalf of Creditor Regent Park Properties LP jgolden@go2.law  cmurray@go2.law

Jeffrey Ian Golden
on behalf of Creditor Jasmine Meadows Properties LP jgolden@go2.law  cmurray@go2.law

Jeffrey Ian Golden
on behalf of Creditor Cottonwood Meadow Properties  LP jgolden@go2.law, cmurray@go2.law

Jeffrey Ian Golden
on behalf of Creditor Canyon Grande Properties  LP jgolden@go2.law, cmurray@go2.law

Jeffrey Ian Golden
on behalf of Creditor Hayford Properties LP jgolden@go2.law  cmurray@go2.law

Jeffrey Ian Golden
on behalf of Creditor Orchard View Properties  LLC jgolden@go2.law, cmurray@go2.law

Jeffrey M. Carbino
on behalf of Creditor BIG MIFL2 OWNER  LLC jeffrey.carbino@pierferd.com,
jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey R. Waxman
on behalf of Interested Party Gerald Bogle jwaxman@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Jeffrey R. Waxman
on behalf of Interested Party Siemens Industry  Inc. jwaxman@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Jeffrey R. Waxman
on behalf of Creditor Morgan Britton LLC jwaxman@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Jeffrey S Kwong
on behalf of Creditor SquareTrade  Inc. jsk@lnbyg.com

Jeffrey Thomas Testa
on behalf of Creditor Milelli Realty-Lehigh Street  LLC jtesta@mccarter.com, lrestivo@mccarter.com

Jennifer Wertz
on behalf of Interested Party Burlington Coat Factory Warehouse Corporation jwertz@jw.com
kgradney@jw.com;dtrevino@jw.com;jrego@jw.com

Jennifer McLain McLemore
on behalf of Creditor Homestar North America  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com;jvantine@williamsmullen.com

Jennifer McLain McLemore
on behalf of Creditor Prima Holdings International Limited jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com;jvantine@williamsmullen.com

Jennifer V. Doran
on behalf of Creditor FGX International  Inc. jdoran@hinckleyallen.com, calirm@haslaw.com

Jenny Kasen
on behalf of Creditor JCooperUSA LLC jkasen@kasenlaw.com

Jeremy C. Kleinman
on behalf of Creditor PepsiCo  Inc., and its affiliates including PepsiCo Sales, Inc.; Rolling Frito-Lay Sales, LP; and Quaker Sales
& Distribution, Inc. jkleinman@burkelaw.com, csucic@Burkelaw.com;jfrank@burkelaw.com

Joel F. Newell
on behalf of Creditor Blair Bowie  LLC newellj@ballardspahr.com

Joel F. Newell
on behalf of Creditor Bowie Border  LLC newellj@ballardspahr.com

Joel F. Newell
on behalf of Creditor NS Retail Holdings  LLC newellj@ballardspahr.com

John Ventola
on behalf of Interested Party PNC Bank  National Association jventola@choate.com

John Daniel McLaughlin, Jr.
on behalf of Creditor MJ Holding Company  LLC jack@mclaughlincounsel.com,
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.
on behalf of Creditor Certain Texas Taxing Entities (PBFC&M) jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John Daniel McLaughlin, Jr.
on behalf of Creditor Texas Tax Appraisal Districts (McCreary) jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

District/off: 0311-1
Date Rcvd: Dec 09, 2025

User: admin
Form ID: trclaim

Page 16 of 46
Total Noticed: 2

John Daniel McLaughlin, Jr.
on behalf of Creditor Texas Property Tax Authorities (LGB&S) jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John E. Lucian
on behalf of Interested Party Forman Mills  Inc. lucian@blankrome.com

John Henry Knight
on behalf of Interested Party 1903P Loan Agent  LLC knight@rlf.com,
RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

John Jeffery Rich
on behalf of Creditor Madison County  Alabama jrich@madisoncountyal.gov

John Kendrick Turner
on behalf of Creditor Grayson County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Smith County dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Irving ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Lamar CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Sherman ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Little Elm ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City of Stephenville john.turner@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Greenville ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Tom Green CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Lewisville ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City of Frisco john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Stephenville ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Rockwall CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City of Carrollton john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Gainesville ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Hood CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Parker CAD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Gregg County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John R. Weaver, Jr.
on behalf of Creditor 1600 Eastchase Parkway Leasing LLC jrweaverlaw@verizon.net
DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.
on behalf of Creditor Conopco  Inc. dba Unilever United States jrweaverlaw@verizon.net,
DCrivaro@stark-stark.com;DMisener@stark-stark.com

John W. Weiss

on behalf of Creditor 415 Orchard Associates  LLC jweiss@pashmanstein.com

Jonathan D. Marshall

on behalf of Interested Party PNC Bank  National Association jmarshall@choate.com

Jordan L. Williams

on behalf of Interested Party Forman Mills  Inc. jordan.williams@blankrome.com

Jordan L. Williams

on behalf of Interested Party PNC Bank  National Association jordan.williams@blankrome.com

Joseph Russo, Jr

on behalf of Creditor American National Insurance Company jrusso@greerherz.com

Joseph C. Barsalona II

on behalf of Creditor Levin Properties  L.P. jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

on behalf of Creditor Northtowne Plaza Properties  Ltd. jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com

Joseph C. Barsalona II

on behalf of Creditor Pomeroy Enterprises  LLC jbarsalona@pashmanstein.com, joseph--barsalona-5332@ecf.pacerpro.com

Joseph D. Frank

on behalf of Creditor PepsiCo  Inc., and its affiliates including PepsiCo Sales, Inc.; Rolling Frito-Lay Sales, LP; and Quaker Sales & Distribution, Inc. jfrank@burkelaw.com, csucic@Burkelaw.com;jkleinman@Burkelaw.com

Joseph E. Sarachek

on behalf of Creditor Attic Products joe@sarachecklawfirm.com  jon@sarachecklawfirm.com;paul@sarachecklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Dan Dee International LLC joe@sarachecklawfirm.com jon@sarachecklawfirm.com;paul@sarachecklawfirm.com

Joseph E. Sarachek

on behalf of Creditor Dewan & Sons joe@sarachecklawfirm.com  jon@sarachecklawfirm.com;paul@sarachecklawfirm.com

Joseph H Lemkin

on behalf of Creditor 1600 Eastchase Parkway Leasing LLC jlemkin@stark-stark.com

Joseph H Lemkin

on behalf of Creditor Conopco  Inc. dba Unilever United States jlemkin@stark-stark.com

Joseph H. Huston, Jr.

on behalf of Creditor Regency Commercial Associates LLC and its affiliates jhh@stevenslee.com rita.christopher@stevenslee.com

Joseph M. Barry

on behalf of Interested Party Gateway BL Acquisition  LLC bankfilings@ycst.com

Joshua Brooks

on behalf of Interested Party Kroger Limited Partnership I brooks@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks

on behalf of Interested Party Horizon Next brooks@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks

on behalf of Creditor Divisions Inc. d/b/a Divisions Maintenance Group brooks@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Joshua Brooks

on behalf of Interested Party Horizon Media LLC brooks@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com

Judah S. Balasiano

on behalf of Creditor Allura Imports  Inc. judah@balasianolaw.com

Julie Anne Parsons

on behalf of Creditor The County of Comal  Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor Julie Anne Parsons Bowie Central Appraisal District jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor Tax Appraisal District of Bell County jparsons@mvbalaw.com kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

District/off: 0311-1                         User: admin                                    Page 18 of 46
Date Rcvd: Dec 09, 2025                      Form ID: trclaim                              Total Noticed: 2

Julie Anne Parsons
                    on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com,
                    kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
                    on behalf of Creditor Midland Central Appraisal District jparsons@mvbalaw.com
                    kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
                    on behalf of Creditor The County of Harrison  Texas jparsons@mvbalaw.com,
                    kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
                    on behalf of Creditor Harrison Central Appraisal District jparsons@mvbalaw.com
                    kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
                    on behalf of Creditor Pine Tree Independent School District jparsons@mvbalaw.com
                    kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
                    on behalf of Creditor The County of Brazos  Texas jparsons@mvbalaw.com,
                    kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
                    on behalf of Creditor City of Waco and/or Waco ISD jparsons@mvbalaw.com
                    kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
                    on behalf of Creditor Texas Taxing Authorities c/o MVBA jparsons@mvbalaw.com
                    kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
                    on behalf of Creditor The County of Williamson  Texas jparsons@mvbalaw.com,
                    kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
                    on behalf of Creditor Brown County Appraisal District jparsons@mvbalaw.com
                    kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
                    on behalf of Creditor Central Appraisal District of Taylor County jparsons@mvbalaw.com
                    kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
                    on behalf of Creditor The County of Erath  Texas jparsons@mvbalaw.com,
                    kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Justin Cory Falgowski
                    on behalf of Creditor Stalwart Homestyles jfalgowski@burr.com

Justin Cory Falgowski
                    on behalf of Creditor Madeira Plaza Power LLC jfalgowski@burr.com

Justin Cory Falgowski
                    on behalf of Creditor CTO Realty Growth  Inc. jfalgowski@burr.com

Justin Cory Falgowski
                    on behalf of Creditor Kapoor Industries Limited jfalgowski@burr.com

Justin Cory Falgowski
                    on behalf of Creditor AVTEX Collins Corner Associates  LLC jfalgowski@burr.com

Justin Cory Falgowski
                    on behalf of Creditor Comenity Capital Bank jfalgowski@burr.com

Justin R. Alberto
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors jalberto@coleschotz.com
                    pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Karen C. Bifferato
                    on behalf of Creditor Horizon Commons  LLC kbifferato@connollygallagher.com

Karen C. Bifferato
                    on behalf of Creditor Harolds Heirs LLC kbifferato@connollygallagher.com

Karen C. Bifferato
                    on behalf of Creditor Moore's Electrical & Mechanical Construction  Inc. kbifferato@connollygallagher.com

Karen C. Bifferato
                    on behalf of Creditor Tranel Inc. kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Creditor ALDI Inc. kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Creditor Home Meridian International  Inc. kbifferato@connollygallagher.com

Karen M. Grivner

on behalf of Creditor Bellevue Holdings  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor GPR Investments LLC kgrivner@clarkhill.com  kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor SanTan MP LP kgrivner@clarkhill.com  kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor USPG Portfolio Two  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor USPG Portfolio Eight  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor Exeter 16290 NV LLC kgrivner@clarkhill.com  kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor USPG Franklin LLC kgrivner@clarkhill.com  kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor Warm Springs Promenade  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Kate R. Buck

on behalf of Interested Party Perry's  Inc. kbuck@mccarter.com

Kate R. Buck

on behalf of Interested Party Goodwill Gulf Coast kbuck@mccarter.com

Katharina Earle

on behalf of Creditor Geiger Brothers  Inc. kearle@gibbonslaw.com, emunera@gibbonslaw.com

Katharina Earle

on behalf of Creditor Roundtripping Ltd. kearle@gibbonslaw.com  emunera@gibbonslaw.com

Katherine Hemming

on behalf of Creditor Pem-America (H.K.) Company Limited khemming@camlev.com

Katherine Hemming

on behalf of Creditor Pem-America  Inc. khemming@camlev.com

Kelly D. Curtin

on behalf of Creditor Giftree Crafts Company Limited kdcurtin@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Kenneth J. Enos

on behalf of Interested Party Gateway BL Acquisition  LLC bankfilings@ycst.com

Kevin H Morse

on behalf of Creditor Bellevue Holdings  LLC kmorse@clarkhill.com

Kevin J. Mangan

on behalf of Creditor Jetrich Canada Ltd. kevin.mangan@wbd-us.com
Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Rachel.metzger@wbd-us.com;nichole.wilcher@wbd-us.com

Kevin M. Capuzzi

on behalf of Creditor JBL/Crest Mills kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor D.M. Trans  LLC d/b/a Arrive Logistics kcapuzzi@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor Sage Freight kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor Williams Scotsman  Inc. kcapuzzi@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

on behalf of Creditor Infosys Ltd. kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Newman

on behalf of Creditor DLC Management Corporation knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Benenson Capital Partners knewman@barclaydamon.com  kmnbk@barclaydamon.com

| District/off: 0311-1 | User: admin | Page 20 of 46 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: trclaim | Total Noticed: 2 |

Kevin M. Newman

on behalf of Creditor National Realty & Development Corp. knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor CRI New Albany Square LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Rivercrest Realty Associates  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Wheeler REIT  LP knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

on behalf of Creditor Gibraltar Management Co.  Inc. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin Scott Mann

on behalf of Creditor Simpsonville Plaza  LLC kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin Scott Mann

on behalf of Creditor CORTA Stevens Point  LLC kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin Scott Mann

on behalf of Creditor Uncas International LLC kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin Scott Mann

on behalf of Interested Party Ross Stores  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin Scott Mann

on behalf of Creditor Boone Investment Group  LLC kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin Scott Mann

on behalf of Creditor B & B Cash Grocery Stores  Inc. kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Kimberly A. Brown

on behalf of Creditor Divisions Inc. d/b/a Divisions Maintenance Group brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Interested Party Horizon Next brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kimberly A. Brown

on behalf of Interested Party Horizon Media LLC brown@lrclaw.com
ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;Ford@lrclaw.com;kittinger@lrclaw.com

Kristhy M. Peguero

on behalf of Interested Party Burlington Coat Factory Warehouse Corporation kpeguero@jw.com
kgradney@jw.com;dtrevino@jw.com

Kroll Restructuring Administration LLC
info@ra.kroll.com

Kyle P. McEvilly

on behalf of Creditor Geiger Brothers  Inc. kmcevilly@gibbonslaw.com

LESLIE B. SPOLTORE

on behalf of Interested Party Pintzuk Organization leslie.spoltore@obermayer.com
helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.com,lucille.acello@obermayer.com

LESLIE B. SPOLTORE

on behalf of Creditor Bayshore Mall 1B  LLC leslie.spoltore@obermayer.com,
helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.com,lucille.acello@obermayer.com

LESLIE B. SPOLTORE

on behalf of Creditor Bayshore Mall 2  LLC leslie.spoltore@obermayer.com,
helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.com,lucille.acello@obermayer.com

LESLIE B. SPOLTORE

on behalf of Creditor Bayshore Mall 1A  LLC leslie.spoltore@obermayer.com,
helen.belair@obermayer.com,coleen.schmidt@obermayer.com,michael.vagnoni@obermayer.com,lucille.acello@obermayer.com

Laura J. Monroe

on behalf of Creditor Lubbock Central Appraisal District  et al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Laura L. McCloud

on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Laurel D. Roglen

on behalf of Creditor Alta Center  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Newsem Tyrone Gardens Property Owner LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Millan Holdings LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor The Carrington Company roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor BRE Retail NP Memphis Commons Owner LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Schwartz Investments Co roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor CNSC  LP roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Mideb Nominees  Inc. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Hanford Mall 2020 LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Cred. Comm. Chair Rio Grande Investment  Inc. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor/IA Rutland Plaza LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Bowie Border  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor TJ Elite Properties  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor First Main Marketplace  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Robhana Group roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor/IA Cayuga Plaza roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Millan Enterprises  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor Lehigh SC LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Gator Development Corp. roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor ARC NWNCHSC001  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Whittier Trust Company roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor Miracle Mile  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Watt Companies  Inc. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor Watson Glen LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor 511 SR7 Owner  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor The North Los Altos Shopping Center roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor California Property Owner I  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Sun Plaza Shops  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Lebanon Marketplace Center LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor BRE Retail Residual Owner 1 LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Gerrity Group roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor Coconut Creek Owner  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor GA Washtenaw Fountain  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixton Capital  CA New Plan Sarasota, LP roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor NS Retail Holdings  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor Operating Partnership L.P. roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Rivercrest Realty Associates  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor French Shopping Center LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor KR Collegetown LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor DPI Retail roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor BRE Retail NP Owner I LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Arapahoe Crossings  LP roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Zurich Alternative Asset Management  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor LA Retail I  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor GA Panama City  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor BRE Retail Residual Shoppes at Valley Forge Owner LLC roglenl@ballardspahr.com
weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor National Realty & Development Corp. roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Gibraltar Management Co.  Inc. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Schwartz Torrance Co. LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor BMA Beachwood  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Sterling Organization roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor ROP North Hills  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor GA Apollo II TX LP roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Trussville Promenade I Owner  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor GC Ambassador Row LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Blair Bowie  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor County Line Plaza Realty Associates  LP roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Levin & Oberman II LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Americal Management Co. Inc. roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor 35/WCD Century South K/C Ltd. roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Expressway Marketplace  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor River Oaks Properties  Ltd. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor RD Management LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor CA New Plan Sarasota  LP roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Beacon Plaza  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Mitchell Lauford  as Trustee of the Mitchell Lauford Trust u/t/d 1/14/1988 roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor 301-321 E Battlefield LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Sun Plaza  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixton Capital roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Plaza at Buckland Hills  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Starwood Retail Properties roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor ARC ASANDSC001  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Netstreit roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Crosspoint Realty Services  Inc. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Urban Edge Properties LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Value Investment Group  Inc. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Oakwood 900 Partners  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Brixmor Holdings 12 SPE LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Greenberg Gibbons Commercial roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Lawrence Joel Kotler

on behalf of Creditor NP-AC Industrial Holdings  LLC ljkotler@duanemorris.com, lawrence-kotler-7511@ecf.pacerpro.com

Lawrence Raymond Thomas, III

on behalf of Interested Party Forman Mills  Inc. lorenzo.thomas@blankrome.com

Leslie C. Heilman

on behalf of Creditor River Oaks Properties  Ltd. HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Sun Plaza  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor DLC Management Corporation HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

District/off: 0311-1

Date Rcvd: Dec 09, 2025

User: admin

Form ID: trclaim

Page 24 of 46

Total Noticed: 2

Leslie C. Heilman

on behalf of Creditor TJ Elite Properties  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor RD Management LLC HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Hunting Creek Retail  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Benenson Capital Partners HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Trussville Promenade I Owner  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Highland and Sterling  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Robhana Group HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Gibraltar Management Co.  Inc. HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor UE Revere LLC HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ARC NWNCHSC001  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor 2413 Brewerton Road Plaza LLC HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor National Realty & Development Corp. HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Big Holdings 2  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Columbia Group Big  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ARC ASANDSC001  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor 35/WCD Century South K/C Ltd. HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Sun Plaza Shops  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Rivercrest Realty Associates  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Wheeler REIT  LP HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Millan Holdings LLC HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Brixmor Operating Partnership L.P. HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor CRI New Albany Square LLC HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor F & F Investments  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor BMA Beachwood  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Hanford Mall 2020 LLC HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Francis Carrington HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ROP North Hills  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor R.L. Wittbold-New Philadelphia  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

District/off: 0311-1                          User: admin                                    Page 25 of 46
Date Rcvd: Dec 09, 2025                  Form ID: trclaim                              Total Noticed: 2

Leslie C. Heilman
on behalf of Creditor MFBG Port Huron  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman
on behalf of Creditor NS Retail Holdings  LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Linda J. Casey
on behalf of U.S. Trustee U.S. Trustee Linda.Casey@usdoj.gov

Lisa Bittle Tancredi
on behalf of Creditor Everstar Merchandise Co.  Ltd lisa.tancredi@wbd-us.com, cindy.giobbe@wbd-us.com

Lisa Bittle Tancredi
on behalf of Creditor Everstar Merchandise Co. lisa.tancredi@wbd-us.com  cindy.giobbe@wbd-us.com

Lisa Bittle Tancredi
on behalf of Interested Party NCR Voyix Corporation lisa.tancredi@wbd-us.com  cindy.giobbe@wbd-us.com

Lisa Bittle Tancredi
on behalf of Creditor All State Brokerage  Inc. lisa.tancredi@wbd-us.com, cindy.giobbe@wbd-us.com

Lucian Borders Murley
on behalf of Creditor Homelegance Inc. luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
on behalf of Creditor Tejas Corporation luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
on behalf of Creditor Core Shoppes at Gloucester LLC  Core Highland Plaza LLC, Core Whispering Pines LLC and Core North Hills One LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley
on behalf of Creditor New Port Richey Development Company LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
on behalf of Interested Party RAF Salina LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
on behalf of Creditor Yukon Route 66 II LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley
on behalf of Creditor Logo Brands  Inc. luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley
on behalf of Creditor ROF Grandville LLC luke.murley@saul.com  robyn.warren@saul.com

Lyndel Anne Vargas
on behalf of Creditor Wal-Mart Stores East  LP LVargas@chfirm.com, chps.ecfnotices@gmail.com;chps.ecfnotices@ecf.courtdrive.com

Maliheh Zare
on behalf of Interested Party B & C Properties of Dunn  LLC mzare@mccarter.com

Maliheh Zare
on behalf of Interested Party Goodwill Gulf Coast mzare@mccarter.com

Maliheh Zare
on behalf of Interested Party Perry's  Inc. mzare@mccarter.com

Marc J. Phillips
on behalf of Creditor Attleboro Crossing Associates  LLC mphillips@whitefordlaw.com, mark-phillips-0250@ecf.pacerpro.com;clano@whitefordlaw.com

Marc J. Phillips
on behalf of Creditor ECOL Partnership  LLC mphillips@whitefordlaw.com, mark-phillips-0250@ecf.pacerpro.com;clano@whitefordlaw.com

Marcus O Colabianchi
on behalf of Creditor HART ESTATE INVESTMENT COMPANY mcolabianchi@duanemorris.com marcus-colabianchi-2595@ecf.pacerpro.com

Marcy J. McLaughlin Smith
on behalf of Creditor Sakar International  Inc. marcy.smith@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith
on behalf of Creditor Almar Sales Co.  Inc. marcy.smith@wbd-us.com, cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith
on behalf of Creditor Brumis Imports Inc. d/b/a Core Home marcy.smith@wbd-us.com cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Burlington Stores  Inc. marcy.smith@wbd-us.com,
cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Creditor Foto Electric Supply Co.  Inc. marcy.smith@wbd-us.com,
cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Creditor Textiles from Europe  Inc. d/b/a Victoria Classics and VCNY Home marcy.smith@wbd-us.com,
cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Creditor SA&E International Bags and Accessories  LLC d/b/a Rugged Equipment marcy.smith@wbd-us.com,
cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Creditor Texas Star Nut and Food Co.  Inc. marcy.smith@wbd-us.com,
cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Burlington Coat Factory Warehouse Corporation marcy.smith@wbd-us.com
cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Margaret Manning

on behalf of Creditor Gisele Bundchen mmanning@gsbblaw.com

Margaret Manning

on behalf of Interested Party Carolyn Neighbors mmanning@gsbblaw.com

Margaret Manning

on behalf of Creditor Perc Wallace mmanning@gsbblaw.com

Margaret A. Vesper

on behalf of Creditor Sun Plaza  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Brixmor Operating Partnership L.P. vesperm@ballardspahr.com

Margaret Fleming England

on behalf of Creditor Popcorn Alley  Inc, d/b/a Stonehedge Farms mengland@gsbblaw.com, mfriedman@gsbblaw.com

Margaret Fleming England

on behalf of Creditor Vitelli Foods  LLC mengland@gsbblaw.com, mfriedman@gsbblaw.com

Maria Aprile Sawczuk

on behalf of Interested Party Sensational Brands  Inc. marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Creditor Independent Furniture Supply Co.  Inc. marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Creditor RESPAWN  LLC marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party Prestige Patio  Co., LTD marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Creditor Hello Sofa  LLC marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Creditor Delta Furniture Manufacturing  LLC marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Creditor Peak Living  Inc. marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Interested Party The Marketing Group  LLC marias@goldmclaw.com, marias@ecf.courtdrive.com

Maria Aprile Sawczuk

on behalf of Creditor Franklin Corporation marias@goldmclaw.com  marias@ecf.courtdrive.com

Mark Magnozzi

on behalf of Creditor Oracle America  Inc. mmagnozzi@magnozzilaw.com

Mark Minuti

on behalf of Creditor Wal-Mart Stores East  LP mark.minuti@saul.com, robyn.warren@saul.com

Mark A. Platt

on behalf of Interested Party WPG Management Associates  Inc. mplatt@fbtlaw.com, dwilliams@fbtlaw.com

Mark A. Platt

on behalf of Interested Party Ramsey Pike  LLC mplatt@fbtlaw.com, dwilliams@fbtlaw.com

District/off: 0311-1

Date Rcvd: Dec 09, 2025

User: admin

Form ID: trclaim

Page 27 of 46

Total Noticed: 2

Mark A. Platt

on behalf of Interested Party BancKentucky  Inc. mplatt@fbtlaw.com, dwilliams@fbtlaw.com

Mark A. Platt

on behalf of Creditor WPG Legacy  LLC mplatt@fbtlaw.com, dwilliams@fbtlaw.com

Mark A. Platt

on behalf of Creditor Tempur Sealy International  Inc. and its affiliates mplatt@fbtlaw.com, dwilliams@fbtlaw.com

Mark B. Conlan

on behalf of Creditor Roundtripping Ltd. mconlan@gibbonslaw.com  nmitchell@gibbonslaw.com

Mark D. Collins

on behalf of Interested Party 1903P Loan Agent  LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark D. Olivere

on behalf of Interested Party Upper Glen Street Associates  L.L.C. olivere@chipmanbrown.com,
fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Mark Iver Duedall

on behalf of Creditor Capteris  LLC mduedall@bakerdonelson.com

Mark L. Desgrosseilliers

on behalf of Interested Party D.H. Pace Company  Inc. desgross@chipmanbrown.com,
fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Mark R Owens

on behalf of Interested Party Jordan Manufacturing Company  Inc. mark.owens@btlaw.com

Mark W. Eckard

on behalf of Creditor Industrias Mediasist S.A. de C.V. d/b/a Cottonella meckard@raineslaw.com,
sshidner@raineslaw.com;kcallahan@raineslaw.com

Marla S. Benedek

on behalf of Interested Party Variety Stores  LLC mbenedek@cozen.com, marla-benedek-0597@ecf.pacerpro.com

Matthew B. Goeller

on behalf of Interested Party Donlen Trust matthew.goeller@klgates.com  cass.barlatier@klgates.com

Matthew B. Goeller

on behalf of Interested Party Donlen LLC matthew.goeller@klgates.com  cass.barlatier@klgates.com

Matthew P. Austria

on behalf of Creditor Joffe Properties  LP maustria@austriallc.com

Matthew P. Austria

on behalf of Creditor Dell Financial Services L.L.C. maustria@austriallc.com

Matthew P. Ward

on behalf of Interested Party NCR Voyix Corporation matthew.ward@wbd-us.com
Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

Melissa E. Valdez

on behalf of Creditor Reid Road Municipal Utility District 1 mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Harris County Municipal Utility District #102 mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor City of Houston mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Cooke County Appraisal District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party Cleburne ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Ft. Bend Harris County Municipal Utility District #81 mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party Garland ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party Carrollton-Farmers Branch ISD mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

District/off: 0311-1

Date Rcvd: Dec 09, 2025

User: admin

Form ID: trclaim

Page 28 of 46

Total Noticed: 2

on behalf of Interested Party Plano ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Tomball Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Fountainhead Municipal Utility District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Wichita County Tax Office mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Titus County Appraisal District  et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party City of Grapevine mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Potter County Tax Office mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Lubbock Central Appraisal District  et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Kerrville Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Clear Creek Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Klein Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Tyler Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party City of Burleson mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Harris County Municipal Utility District #191 mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Fort Bend Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Hunt County  et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Texas Taxing Authorities mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Harris County Municipal Utility District #285 mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party Burleson ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Galena Park Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party Frisco ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party City of Lake Worth mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party Grapevine-Colleyville ISD mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Nacogdoches County  et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

District/off: 0311-1

Date Rcvd: Dec 09, 2025

User: admin

Form ID: trclaim

Page 29 of 46

Total Noticed: 2

Melissa E. Valdez

on behalf of Creditor CITY OF TOMBALL mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party Johnson County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Brazoria County  et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Brownsville Independent School District  Weslaco Independent School District mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Alief Independent School District mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Interested Party City of Cleburne mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Midland County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa E. Valdez

on behalf of Creditor Fort Bend County Levee Improvement District #2 mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael A. Paasch

on behalf of Creditor Scott Randolph  as Orange County Florida Tax Collector michael.paasch@dinsmore.com

Michael D. Mueller

on behalf of Creditor Prima Holdings International Limited mmueller@williamsmullen.com avaughn@williamsmullen.com;jvantine@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Homestar North America  LLC mmueller@williamsmullen.com, avaughn@williamsmullen.com;jvantine@williamsmullen.com

Michael David DeBaecke

on behalf of Creditor Shadrall Orlando  LP mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael G. Busenkell

on behalf of Interested Party Siegen Village Shopping Center  LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor 5 Point Church mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Interested Party Talenfeld Properties L.P. mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Direct Energy Business  LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Benella Dugan mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor NRG Energy  Inc., Reliant Energy Northeast LLC, Reliant Energy Solutions East, LLC, and Reliant Energy Retail Services, LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Interested Party 1255 Sunrise Realty  LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Connor Recreational Center  Inc. mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Shandong Taipeng Intelligent Household Products Co.  LTD mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael I. Gottfried

on behalf of Creditor West American Construction Corp. MGottfried@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com;tparizad@elkinskalt.com

Michael Joseph Joyce

on behalf of Creditor Gina Concepts LLC  Gina Group LLC and Legend Brands LLC mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor European Home Design  LLC and Playtek, LLC mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Enchante Companies mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Thrasio  LLC mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Mosaic Bath & Spa LLC and Northpoint Trading Inc. mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Columbia Park Retail Owner  LLC, as successor-in-interest to FC/TREECO Columbia Park, LLC c/o
Madison International Realty as the landlord mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Gourmet Companies mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Enchante Accessories Inc.  Tzumi Innovations LLC, Tzumi Electronics LLC, Inspired Home Dcor LLC,
DreamGro Enterprises LLC, Madison Home International LLC, AYC Naturals LLC, and Code Red Novelties LLC
mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Allura Imports Inc. mjoyce@mjlawoffices.com

Michael S. Fox

on behalf of Creditor JBL/Crest Mills mfox@olshanlaw.com  ssallie@olshanlaw.com

Michael Seth Etkin

on behalf of Interested Party Corpus Christi Firefighters' Retirement System metkin@lowenstein.com

Michael Vincent DiPietro

on behalf of Creditor Topaz Distribution  LLC mdipietro@polsinelli.com,
lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Michael Vincent DiPietro

on behalf of Creditor SquareTrade  Inc. mdipietro@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Michelle E. Shriro

on behalf of Creditor RPI Ridgmar Town Square Ltd mshriro@singerlevick.com  scotton@singerlevick.com

Michelle E. Shriro

on behalf of Creditor RPI Overland Ltd mshriro@singerlevick.com  scotton@singerlevick.com

Michelle E. Shriro

on behalf of Creditor B33 Centereach II LLC mshriro@singerlevick.com  scotton@singerlevick.com

Michelle E. Shriro

on behalf of Creditor B33 Great Northern II LLC mshriro@singerlevick.com  scotton@singerlevick.com

Michelle E. Shriro

on behalf of Creditor RPI Courtyard Ltd mshriro@singerlevick.com  scotton@singerlevick.com

Monique Bair DiSabatino

on behalf of Creditor Paradise Isle Destin LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Hamilton Village Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Steger Towne Crossing  LP monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Stoltz Management of DE  Inc. monique.disabatino@saul.com, robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Five Town Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Lafayette Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Phillips Edison & Company monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor South Oaks Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Morton R. Branzburg

on behalf of Creditor BIG VICA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG LACA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG CSCO Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

District/off: 0311-1

Date Rcvd: Dec 09, 2025

User: admin

Form ID: trclaim

Page 31 of 46

Total Noticed: 2

on behalf of Creditor BIGTRPA001 LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG LCNM Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIGMOAL001 LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG BCLA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIGCOOH002 LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG FRCA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG TAMI Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG SATX Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG YVCA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIGDUOK001 LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG LOCA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG FBTX Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor Blue Owl Real Estate Capital  LLC mbranzburg@klehr.com, jtaylor@klehr.com

Morton R. Branzburg

on behalf of Creditor BIG AVCA Owner LLC mbranzburg@klehr.com  jtaylor@klehr.com

Natasha M. Songonuga

on behalf of Creditor Cookies United LLC NSongonuga@archerlaw.com  ahuber@archerlaw.com

Nicholas J. Brannick

on behalf of Creditor Beacon Plaza  LLC brannickn@ballardspahr.com, friedmanm@ballardspahr.com

Niclas A. Ferland

on behalf of Creditor CRI New Albany Square LLC nferland@barclaydamon.com

Niclas A. Ferland

on behalf of Creditor Wheeler REIT  LP nferland@barclaydamon.com

Niclas A. Ferland

on behalf of Creditor Rivercrest Realty Associates  LLC nferland@barclaydamon.com

Niclas A. Ferland

on behalf of Creditor Gibraltar Management Co.  Inc. nferland@barclaydamon.com

Niclas A. Ferland

on behalf of Creditor Benenson Capital Partners nferland@barclaydamon.com

Niclas A. Ferland

on behalf of Creditor DLC Management Corporation nferland@barclaydamon.com

Niclas A. Ferland

on behalf of Creditor National Realty & Development Corp. nferland@barclaydamon.com

Nicole M. Fulfree

on behalf of Interested Party Corpus Christi Firefighters' Retirement System nfulfree@lowenstein.com

Nina M. LaFleur

on behalf of Creditor Palatka Gas Authority nina@lafleurlaw.com

Noah Weingarten

on behalf of Interested Party Horizon Media LLC nweingarten@loeb.com  nydocket@loeb.com

Noah Weingarten

on behalf of Interested Party Horizon Next nweingarten@loeb.com  nydocket@loeb.com

Paul G. Jennings

on behalf of Creditor Pea Ridge Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

District/off: 0311-1

Date Rcvd: Dec 09, 2025

User: admin

Form ID: trclaim

Page 32 of 46

Total Noticed: 2

Paul G. Jennings

on behalf of Creditor Sevierville Forks Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings

on behalf of Creditor Shelbyville Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings

on behalf of Creditor Pearl Road Shopping Center  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings

on behalf of Creditor Malone Plaza Partners LLC pjennings@bassberry.com  bankr@bassberry.com

Paul G. Jennings

on behalf of Creditor Evansville Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings

on behalf of Creditor Gastonia Restoration Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings

on behalf of Creditor Harrison OH Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul G. Jennings

on behalf of Creditor Cumberland Square Partners  LLC pjennings@bassberry.com, bankr@bassberry.com

Paul W. Carey

on behalf of Creditor Sun Life Assurance Company of Canada pcarey@mircklaw.com

Peter C Lewis

on behalf of Interested Party Y&O Town & Country  LLC peter.lewis@solidcounsel.com

Peter C Lewis

on behalf of Interested Party Y&O 240  LLC peter.lewis@solidcounsel.com

Peter C Lewis

on behalf of Interested Party Y&O Faulkner  LLC peter.lewis@solidcounsel.com

Peter J Keane

on behalf of Trustee Alfred T. Giuliano pkeane@pszjlaw.com

Peter Lewis Feldman

on behalf of Interested Party 1903P Loan Agent  LLC pfeldman@otterbourg.com,
awilliams@oshr.com;wsilverman@otterbourg.com;john@rosengroupinc.com

R. Craig Martin

on behalf of Interested Party Southgate Shopping Center LLP craig.martin@us.dlapiper.com
carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Grant Dick, IV

on behalf of Creditor Mattress Development Company of Delaware LLC gdick@coochtaylor.com  gdick@ecf.courtdrive.com

R. Grant Dick, IV

on behalf of Interested Party Muzak  LLC gdick@coochtaylor.com, gdick@ecf.courtdrive.com

R. Grant Dick, IV

on behalf of Creditor Zuru LLC gdick@coochtaylor.com  gdick@ecf.courtdrive.com

R. Grant Dick, IV

on behalf of Creditor DOSKOCIL MANUFACTURING COMPANY INC. gdick@coochtaylor.com  gdick@ecf.courtdrive.com

R. Karl Hill

on behalf of Creditor Scott Randolph  as Orange County Florida Tax Collector khill@svglaw.com, chahn@svglaw.com

R. Karl Hill

on behalf of Creditor Phenix City Square  LLC khill@svglaw.com, chahn@svglaw.com

R. Karl Hill

on behalf of Creditor Fort Williams Square  LLC khill@svglaw.com, chahn@svglaw.com

R. Karl Hill

on behalf of Creditor Clarksville Square khill@svglaw.com  chahn@svglaw.com

Rachel B. Mersky

on behalf of Creditor Woodcrest Management Company rmersky@monlaw.com

Rachel B. Mersky

on behalf of Creditor Kimco Realty Corporation rmersky@monlaw.com

Raeann Warner

on behalf of Creditor Adam Herrera raeann@cpwwlaw.com
regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

Raymond Howard Lemisch

on behalf of Interested Party The Grove Shops LLC rlemisch@klehr.com

District/off: 0311-1

Date Rcvd: Dec 09, 2025

User: admin

Form ID: trclaim

Page 33 of 46

Total Noticed: 2

Raymond M. Patella

on behalf of Interested Party Dorsan Developments Limited c/o Levy Realty Advisors LLC rpatella@lawjw.com

Rebecca Lynn Matthews

on behalf of Interested Party WPG Management Associates  Inc. rmatthews@fbtlaw.com

Rebecca Lynn Matthews

on behalf of Creditor Tempur Sealy International  Inc. and its affiliates rmatthews@fbtlaw.com

Rebecca Lynn Matthews

on behalf of Creditor WPG Legacy  LLC rmatthews@fbtlaw.com

Regina Stango Kelbon

on behalf of Interested Party PNC Bank  National Association kelbon@blankrome.com

Richard Zucker

on behalf of Creditor Allegheny Plaza Associates I Limited Partnership rzucker@lasserhochman.com

Richard Zucker

on behalf of Creditor Claremont Associates rzucker@lasserhochman.com

Richard A Rozanski

on behalf of Creditor City of Alexandria  Louisiana richard@rarlaw.net

Richard A Rozanski

on behalf of Creditor Cleco Power LLC richard@rarlaw.net

Richard G. Placey

on behalf of Creditor G&I X Trexler Town MZL  LLC rplacey@mmwr.com, mdusel@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com;richard-placey-6658@ecf.pacerpro.com

Richard G. Placey

on behalf of Creditor Jacksonville MZL  LLC rplacey@mmwr.com, mdusel@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com;richard-placey-6658@ecf.pacerpro.com

Richard G. Placey

on behalf of Creditor Chili MZL  LLC rplacey@mmwr.com, mdusel@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com;richard-placey-6658@ecf.pacerpro.com

Richard G. Placey

on behalf of Creditor Brunswick MZL  LLC rplacey@mmwr.com, mdusel@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com;richard-placey-6658@ecf.pacerpro.com

Richardo Kilpatrick

on behalf of Creditor Wayne County Treasurer ecf@kaalaw.com

Robert Rock

on behalf of Creditor New York State Department of Taxation and Finance robert.rock@ag.ny.gov

Robert Yaptangco

on behalf of Creditor Ohio Environmental Protection Agency robert.yaptangco@ohioago.gov

Robert J. Dehney

on behalf of Debtor PAFDC LLC rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Great Basin  LLC rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Former Low Cost Stores of Ohio  LLC rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Former Management Stores of Ohio  LLC rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Former Savings Stores of Ohio  LLC rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Former BL Stores  Inc. rdehney@morrisnichols.com,

District/off: 0311-1

Date Rcvd: Dec 09, 2025

User: admin

Form ID: trclaim

Page 34 of 46

Total Noticed: 2

robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor AVDC  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor INFDC  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Closeout Distribution  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Former Furniture Stores of Ohio  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney

on behalf of Debtor Former Stores of Ohio  LLC rdehney@morrisnichols.com,
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert L. LeHane

on behalf of Interested Party Regency Centers  L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party SITE Centers Corp.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party Aston Properties  Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party Cloverleaf Realty  Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party Delco Development Company of Hicksville  L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party Benderson Development Company LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party Voice Road L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party TLM Realty Holdings LLC
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party NNN REIT  Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party NewMark Merrill Companies  Inc.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party Kite Realty Group  L.P.
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert L. LeHane

on behalf of Interested Party Basser-Kaufman
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com;jchurchill@kelleydrye.com

Robert R. Feuille

on behalf of Creditor MESILLA VALLEY BUSINESS PARTNERS  LLC bfeu@scotthulse.com, calv@scotthulse.com

Robert R. Feuille

on behalf of Creditor KAMS PARTNERS  LP bfeu@scotthulse.com, calv@scotthulse.com

Robert R. Feuille

on behalf of Creditor AP GROWTH PROPERTIES  LP bfeu@scotthulse.com, calv@scotthulse.com

Robert R. Feuille

on behalf of Creditor CIELO PASO PARKE GREEN  L.P. bfeu@scotthulse.com, calv@scotthulse.com

Robert R. Feuille

on behalf of Creditor TEN EAST PARTNERS  L.P. bfeu@scotthulse.com, calv@scotthulse.com

Robert R. Feuille

on behalf of Creditor PLEASANTON PARTNERS  LP bfeu@scotthulse.com, calv@scotthulse.com

Rocco Ignatius Debitetto

on behalf of Creditor Nissin Foods (USA) Co.  Inc. ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Ronald E Gold

on behalf of Creditor Tempur Sealy International  Inc. and its affiliates rgold@fbtlaw.com,
awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com

Ronald E Gold

on behalf of Creditor WPG Legacy  LLC rgold@fbtlaw.com,
awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com

Ronald J. Drescher

on behalf of Creditor Unison Mooresville  LLC rondrescher@drescherlaw.com,
284@notices.nextchapterbk.com,ron@clegolftour.com

Ronald J. Drescher

on behalf of Creditor Carrollton-White Marsh  LLC ecfdrescherlaw@gmail.com,
284@notices.nextchapterbk.com,ron@clegolftour.com

Ronald S. Gellert

on behalf of Creditor Lafayette Place OMV  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Creditor Conagra Foods Sales  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Creditor Midwest Quality Gloves  Inc. d/b/a Midwest Gloves & Gear rgellert@gsbblaw.com,
mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Creditor Gisele Bundchen rgellert@gsbblaw.com  mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Creditor A.T.N.  Inc. rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ronald S. Gellert

on behalf of Creditor GH2 NSB BB  LLC rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ryan J Bird

on behalf of Creditor Blum Boulders Associates 1  LLC rbird@gilbertbirdlaw.com, rbird@gilbertbirdlaw.com

Ryan J Bird

on behalf of Creditor CC Fund 1 Big Lots  LLC rbird@gilbertbirdlaw.com, rbird@gilbertbirdlaw.com

Ryan Walter Beall

on behalf of Creditor Cedars Enterprises Too  Inc. rbeall@go2.law

Sabrina L. Streusand

on behalf of Creditor Dell Financial Services L.L.C. streusand@slollp.com  prentice@slollp.com

Sally E. Veghte

on behalf of Interested Party The Gerson Company sveghte@klehr.com

Sally E. Veghte

on behalf of Creditor Show Low Yale Casitas  LLC sveghte@klehr.com

Sameen Rizvi

on behalf of Interested Party Sedgwick Claims Management Services srizvi@potteranderson.com
leastburn@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com;kmccloskey@potteranderson.co
m

Samuel C. Wisotzkey

on behalf of Creditor Franco Manufacturing Co. Inc. swisotzkey@kmksc.com  kmksc@kmksc.com

Scott A Bachert

on behalf of Creditor BIG MIFL2 OWNER  LLC sbachert@kerricklaw.com

Scott Alan Zuber

on behalf of Interested Party Liberty Mutual Insurance Company szuber@csglaw.com  ecf@csglaw.com

Scott D. Cousins

on behalf of Creditor Intelligrated Systems  LLC scott.cousins@lewisbrisbois.com, susan.brown@lewisbrisbois.com

Scott J. Leonhardt

on behalf of Interested Party Delaware Shopping Center  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Interested Party JAHCO Keller Crossing LLC scott.leonhardt@esbrook.com  scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Interested Party Ashton Woods LP scott.leonhardt@esbrook.com  scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Interested Party Bay Valley Shopping Center LLC scott.leonhardt@esbrook.com  scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Interested Party Circleville Shopping Center  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Creditor Normandy Square East  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Interested Party William R. Roth Lancaster  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Creditor BVB-NC  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Interested Party B&B Kings Row Holdings  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Interested Party Eastgrove Shopping Center  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Interested Party Athens Shopping Plaza  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Creditor Fifth/Grand Holdings  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Interested Party Plant City Plaza Holdings  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt

on behalf of Interested Party Warren Terra  Inc. scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott L. Fleischer

on behalf of Creditor Rivercrest Realty Associates  LLC sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor Benenson Capital Partners sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor Gibraltar Management Co.  Inc. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor DLC Management Corporation sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor National Realty & Development Corp. sfleischer@barclaydamon.com
scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor Wheeler REIT  LP sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

on behalf of Creditor CRI New Albany Square LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Shannah L. Colbert

on behalf of Creditor Sun Life Assurance Company of Canada scolbert@miricklaw.com

Shannon Dougherty Humiston

on behalf of Creditor Milelli Realty-Lehigh Street  LLC shumiston@burr.com

Shannon Dougherty Humiston

on behalf of Creditor Kapoor Industries Limited shumiston@burr.com

Shannon Dougherty Humiston

on behalf of Creditor Govind Dayama d/b/a Nandini Textile shumiston@burr.com

Shannon Dougherty Humiston

on behalf of Interested Party FNRP Realty Advisors  LLC shumiston@burr.com

Shannon Dougherty Humiston

on behalf of Creditor Stalwart Homestyles shumiston@burr.com

Shanti M. Katona

District/off: 0311-1

Date Rcvd: Dec 09, 2025

User: admin

Form ID: trclaim

Page 37 of 46

Total Noticed: 2

on behalf of Creditor CRP/CHI MERRILLVILLE II OWNER  L.L.C. skatona@polsinelli.com,
LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Siena Cerra

on behalf of Creditor Vitamin Energy  Inc. scerra@morrisjames.com,
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Simon E. Fraser

on behalf of Interested Party River South Commons sfraser@cozen.com  simon-fraser-1269@ecf.pacerpro.com

Simon E. Fraser

on behalf of Interested Party Variety Stores  LLC sfraser@cozen.com, simon-fraser-1269@ecf.pacerpro.com

Simon E. Fraser

on behalf of Interested Party Variety Wholesalers  Inc. sfraser@cozen.com, simon-fraser-1269@ecf.pacerpro.com

Sommer Leigh Ross

on behalf of Creditor IBM Credit LLC slross@duanemorris.com  AutoDocketWILM@duanemorris.com

Sophie Rogers Churchill

on behalf of Other Prof. PwC US Tax LLP srchurchill@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Sophie Rogers Churchill

on behalf of Financial Advisor AlixPartners  LLP srchurchill@morrisnichols.com,
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Sophie Rogers Churchill

on behalf of Debtor Former BL Stores  Inc. srchurchill@morrisnichols.com,
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Sophie Rogers Churchill

on behalf of Auditor Deloitte & Touche LLP srchurchill@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Sophie Rogers Churchill

on behalf of Other Prof. Porter  Wright, Morris & Arthur LLP srchurchill@morrisnichols.com,
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Sophie Rogers Churchill

on behalf of Other Prof. A&G Realty Partners  LLC srchurchill@morrisnichols.com,
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Sophie Rogers Churchill

on behalf of Attorney Morris  Nichols, Arsht & Tunnell LLP srchurchill@morrisnichols.com,
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Sophie Rogers Churchill

on behalf of Attorney Davis Polk & Wardwell LLP srchurchill@morrisnichols.com
john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pace
rpro.com

Stacy L. Newman

on behalf of Creditor Committee Official Committee of Unsecured Creditors snewman@coleschotz.com
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Stanley B. Tarr

on behalf of Interested Party PNC Bank  National Association stanley.tarr@blankrome.com

Stephanie Slater Ward

on behalf of Interested Party The American Bottling Company sslater@foxrothschild.com
rsolomon@foxrothschild.com;msteen@foxrothschild.com;de.dkt@foxrothschild.com

Stephanie Slater Ward

on behalf of Creditor Microsoft Corporation sslater@foxrothschild.com
rsolomon@foxrothschild.com;msteen@foxrothschild.com;de.dkt@foxrothschild.com

Stephen B Gerald

on behalf of Creditor Hostess Brands  Inc. sgerald@tydings.com

Stephen B Gerald

on behalf of Creditor Post Brands Pet Care  LLC sgerald@tydings.com

Stephen B Gerald

on behalf of Creditor Post Consumer Brands  LLC sgerald@tydings.com

Stephen B Gerald

on behalf of Creditor Hostess Brands  LLC sgerald@tydings.com

Stephen B Gerald

on behalf of Creditor The J. M. Smucker Company sgerald@tydings.com

Steven Balasiano

on behalf of Creditor Allura Imports  Inc. Steven@BalasianoLaw.com

Steven Walsh

on behalf of Creditor Sage Freight SWalsh@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh

on behalf of Creditor JBL/Crest Mills SWalsh@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh

on behalf of Creditor Infosys Ltd. SWalsh@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh

on behalf of Creditor D.M. Trans  LLC d/b/a Arrive Logistics SWalsh@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven J. Solomon

on behalf of Creditor GH2 NSB BB  LLC steven.solomon@gray-robinson.com, ana.marmanillo@gray-robinson.com

Steven L Taggart

on behalf of Creditor Hall Park LLC staggart@olsentaggart.com

Steven L Taggart

on behalf of Creditor Hall Park  LLC staggart@olsentaggart.com

Susan E. Kaufman

on behalf of Interested Party Cloverleaf Realty  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Creditor MESILLA VALLEY BUSINESS PARTNERS  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Basser-Kaufman skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Creditor CIELO PASO PARKE GREEN  L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Walnut Creek Plaza  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Voice Road L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party DT Route 22 Retail LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Regency Centers  L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party NewMark Merrill Companies  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party WPG Management Associates  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party NNN REIT  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Aston Properties  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party 260 Voice Road  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party BancKentucky  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party RDS Logistics Group skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Kite Realty Group  L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Creditor Tempur Sealy International  Inc. and its affiliates skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Ramsey Pike  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Delco Development Company of Hicksville  L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Cielo Paso Park Green  LP skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Creditor TEN EAST PARTNERS  L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party SITE Centers Corp. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Creditor AP GROWTH PROPERTIES  LP skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Sensational Brands  Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party The Marketing Group  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Creditor WPG Legacy  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Creditor KAMS Partners  L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Creditor PLEASANTON PARTNERS  LP skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party TLM Realty Holdings LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Creditor KAMS PARTNERS  LP skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Benderson Development Company LLC skaufman@skaufmanlaw.com

Tara B. Annweiler

on behalf of Creditor American National Insurance Company tannweiler@greerherz.com

Tara E Nauful

on behalf of Creditor Twin Rivers Equity Partners  LLC tara@bestlawsc.com

Tara L. Grundemeier

on behalf of Creditor Harris County ESD #12 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris County ESD #08 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Angelina County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Texas Taxing Authorities houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris County ESD #48 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris County ESD #29 houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor Orange County houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor City of Webster houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor City of Pasadena houston_bankruptcy@lgbs.com

Tara L. Grundemeier
                    on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com

Terri Jane Freedman
                    on behalf of Interested Party Liberty Mutual Insurance Company tfreedman@csglaw.com

Thomas Onder
                    on behalf of Creditor 1600 Eastchase Parkway Leasing LLC tonder@stark-stark.com  ereid@stark-stark.com

Thomas Joseph Francella, Jr.
                    on behalf of Creditor Cedars Enterprises Too  Inc. TFrancella@raineslaw.com,
                    thomas-francella-6506@ecf.pacerpro.com;thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com;kcallahan@raine
                    slaw.com

Tiffany Strelow Cobb
                    on behalf of Interested Party Vorys  Sater, Seymour and Pease LLP tscobb@vorys.com, mdwalkuski@vorys.com

Timothy M. Reardon
                    on behalf of Creditor DKR Investments LLC treardon@ralaw.com

Timothy M. Reardon
                    on behalf of Creditor S.R. 170 Properties LLC treardon@ralaw.com

Timothy M. Reardon
                    on behalf of Creditor Burdkidz LLC treardon@ralaw.com

Timothy M. Reardon
                    on behalf of Creditor MBM Investments LLC treardon@ralaw.com

Timothy T Mitchell
                    on behalf of Creditor Colony Marketplace Tenancy in Common dkrm@aol.com  donna@rashtiandmitchell.com

Timothy T Mitchell
                    on behalf of Creditor Parkridge Main LLC dkrm@aol.com  donna@rashtiandmitchell.com

Timothy T Mitchell
                    on behalf of Creditor Westchase Series 8  a Series of Westchase Parterns LLC dkrm@aol.com, donna@rashtiandmitchell.com

Timothy T Mitchell
                    on behalf of Creditor Gratiot  LLC dkrm@aol.com, donna@rashtiandmitchell.com

Timothy T Mitchell
                    on behalf of Creditor JHR Summer Place Shopping Center LLC dkrm@aol.com  donna@rashtiandmitchell.com

Todd Allan Atkinson
                    on behalf of Interested Party Connectria  LLC todd.atkinson@wbd-us.com,
                    heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Tori Lynn Remington
                    on behalf of Creditor Church & Dwight Co.  Inc. tori.remington@troutman.com,
                    wlbank@troutman.com;Monica.Molitor@troutman.com

Turner Falk
                    on behalf of Creditor Five Town Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

| | |
|---|---|
| | on behalf of Creditor Phillips Edison & Company turner.falk@saul.com  tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Creditor Lafayette Station LLC turner.falk@saul.com  tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Creditor Hamilton Village Station LLC turner.falk@saul.com  tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Creditor South Oaks Station LLC turner.falk@saul.com  tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Creditor Stoltz Management of DE  Inc. turner.falk@saul.com, tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Creditor Paradise Isle Destin LLC turner.falk@saul.com  tnfalk@recap.email |
| U.S. Trustee | |
| | USTPRegion03.WL.ECF@USDOJ.GOV |
| Wanda Borges | |
| | on behalf of Creditor Kenney Manufacturing Company ecfcases@borgeslawllc.com |
| Wayne M Chiurazzi | |
| | on behalf of Interested Party Carol Donnelly wchiurazzi@the-attorneys.com |
| William Ehrlich | |
| | on behalf of Creditor KAMS PARTNERS  LP william@ehrlichlawfirm.com |
| William Ehrlich | |
| | on behalf of Creditor AP GROWTH PROPERTIES  LP william@ehrlichlawfirm.com |
| William Ehrlich | |
| | on behalf of Creditor TEN EAST PARTNERS  L.P. william@ehrlichlawfirm.com |
| William Ehrlich | |
| | on behalf of Creditor MESILLA VALLEY BUSINESS PARTNERS  LLC william@ehrlichlawfirm.com |
| William Ehrlich | |
| | on behalf of Creditor PLEASANTON PARTNERS  LP william@ehrlichlawfirm.com |
| William Ehrlich | |
| | on behalf of Creditor CIELO PASO PARKE GREEN  L.P. william@ehrlichlawfirm.com |
| William A. Hazeltine | |
| | on behalf of Creditor c/o Eric Silver  Esq Edifis USC, LLC whazeltine@sha-llc.com |
| William A. Hazeltine | |
| | on behalf of Creditor Collin Creek Associates  LLC whazeltine@sha-llc.com |
| William A. Hazeltine | |
| | on behalf of Creditor Clover Cortez LLC whazeltine@sha-llc.com |
| William A. Hazeltine | |
| | on behalf of Creditor c/o Eric J. Silver  Edifis LJC, LTD whazeltine@sha-llc.com |
| William D. Sullivan | |
| | on behalf of Creditor Foothill Luxury Plaza LLC wdsecfnotices@sha-llc.com |
| William D. Sullivan | |
| | on behalf of Creditor RPI Ridgmar Town Square Ltd wdsecfnotices@sha-llc.com |
| William D. Sullivan | |
| | on behalf of Creditor RPI Overland Ltd wdsecfnotices@sha-llc.com |
| William D. Sullivan | |
| | on behalf of Creditor RPI Courtyard Ltd wdsecfnotices@sha-llc.com |
| William E. Chipman, Jr. | |
| | on behalf of Cred. Comm. Chair Realty Income Corporation chipman@chipmanbrown.com fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com |
| William E. Chipman, Jr. | |
| | on behalf of Interested Party Spirit Realty  L.P. chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com |
| William F. Taylor, Jr | on behalf of Creditor Public Service Company of North Carolina Incorporated wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com |

William F. Taylor, Jr
        on behalf of Creditor Constellation NewEnergy Inc. wtaylor@whitefordlaw.com,
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Rochester Gas & Electric Corporation wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Entergy Louisiana LLC wtaylor@whitefordlaw.com,
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Central Maine Power Company wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor UNS Electric Inc. wtaylor@whitefordlaw.com,
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Yankee Gas Services Company wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor PSEG Long Island wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Southwestern Electric Power Company wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor American Electric Power wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor KeySpan Energy Delivery Long Island wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor UNS Gas Inc. wtaylor@whitefordlaw.com,
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Certain Utility Companies wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Tampa Electric Company wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Public Service Company of Oklahoma wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor FGX International Inc. wtaylor@whitefordlaw.com,
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor New York State Electric and Gas Corporation wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Public Service Company of Oklahoma d/b/a American Electric Power wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Massachusetts Electric Company wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Niagara Mohawk Power Corporation wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
        on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com
        clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

District/off: 0311-1
Date Rcvd: Dec 09, 2025

User: admin
Form ID: trclaim

Page 43 of 46
Total Noticed: 2

William F. Taylor, Jr

on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Florida Power & Light Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Peoples Gas System  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Boston Gas Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Tucson Electric Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Appalachian Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Oklahoma Gas and Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Dominion Energy South Carolina  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Constellation NewEnergy - Gas Division  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor NStar East Electric wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Symmetry Energy Solutions  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Western Massachusetts wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Consolidated Edison Company of New York  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Public Service Company of New Hampshire wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor CenterPoint Energy Resources Corp. wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor The East Ohio Gas Company d/b/a Enbridge Gas Ohio wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Orange & Rockland Utilities  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Entergy Arkansas  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

District/off: 0311-1
Date Rcvd: Dec 09, 2025

User: admin
Form ID: trclaim

Page 44 of 46
Total Noticed: 2

William F. Taylor, Jr
on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Cambridge Investment Inc. wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Dominion Energy Virginia wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Entergy Mississippi  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Arizona Public Service Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Public Service Electric and Gas Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Constellation NewEnergy Gas Division  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Ohio Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor The Connecticut Light & Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Salt River Project wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Monongahela Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor San Diego Gas and Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Southern California Gas Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor NStar Electric Company  Western Massachusetts wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor NStar Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

District/off: 0311-1

Date Rcvd: Dec 09, 2025

User: admin

Form ID: trclaim

Page 45 of 46

Total Noticed: 2

William F. Taylor, Jr
on behalf of Creditor Eversource Gas of Massachusetts wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Indiana Michigan Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Metropolitan Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Pennsylvania Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr
on behalf of Creditor Entergy Texas  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William J. Burnett
on behalf of Creditor City View Towne Crossing Fort Worth  TX LP william.burnett@flastergreenberg.com,
william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 1  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 2  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 4  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 9  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 6  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 5  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 8  LLC wlevant@kaplaw.com

William J. Levant
on behalf of Creditor Dauphin Plaza TIC 3  LLC wlevant@kaplaw.com

William Walt Pettit
on behalf of Creditor BVB-NC  LLC walt.pettit@hutchenslawfirm.com

Zachary Javorsky
on behalf of Interested Party 1903P Loan Agent  LLC javorsky@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary E. Mazur
on behalf of Interested Party Dewan & Sons zachary@saracheklawfirm.com  paul@saracheklawfirm.com

Zachary E. Mazur
on behalf of Creditor Dewan & Sons zachary@saracheklawfirm.com  paul@saracheklawfirm.com

Zachary E. Mazur
on behalf of Creditor Attic Products zachary@saracheklawfirm.com  paul@saracheklawfirm.com

Zachary E. Mazur
on behalf of Creditor Dan Dee International LLC zachary@saracheklawfirm.com  paul@saracheklawfirm.com

Zhao Liu

on behalf of Interested Party Liberty Mutual Insurance Company liu@teamrosner.com
wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

TOTAL: 1093