November 20,2025

Hello USBC,

I am requesting my address be updated for the following case:

Case No. 24-11967 (JKS)

Former BL Stores, INC, etal.

The old address is:

Francyne Carrillo

825 e. Mabel Ave. Apt B

Monterey Park, CA 91755


The NEW address is:

Francyne Carrillo

2946 Missouri Ave.

South Gate, CA 90280


Thank you,

Francyne Carrillo



LOS ANGELES CA 900

11 DEC 2025 PM 8 L

Bremupe Carill
2946 Missouri Ave
South Gate, CA 90280

Attn: USBC
824 N. Market St 3rd floor
Wilmington DELAWARE
19801

19801-302499