**EXHIBIT A**

**FORMER BL STORES, INC.,** *et al.*

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2025 THROUGH NOVEMBER 10, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses and Leases (Section 363) | 1.6 | $1,730.00 |
| Automatic Stay Matters/Litigation | 1.2 | $1,187.50 |
| Case Administration | 13.5 | $12,485.00 |
| Cash Collateral and DIP Financing | 3.3 | $1,836.00 |
| Claims Analysis, Administration and Objections | 12.2 | $10,963.00 |
| Committee Matters and Creditor Meetings | 2.7 | $2,555.00 |
| Creditor Inquiries | 1.3 | $1,440.00 |
| Fee Application Matters/Objections | 9.3 | $5,289.00 |
| Litigation/Gen. (Except Automatic Stay Relief) | 2.0 | $1,734.50 |
| Preparation For and Attendance at Hearings | 9.5 | $6,634.00 |
| **Total:** | **56.6** | **$45,854.00** |

**FOMRER BL STORES, INC.,** *et al.*

**SUMMARY OF BILLING BY PROFESSIONAL**
**OCTOBER 1, 2025 THROUGH NOVEMBER 10, 2025**

| Attorney Name | Year Admitted | Position (Department) | Hourly Billing Rate[1] | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) | $1,150.00 | 13.8 | $15,870.00 |
| Stacy L. Newman | 2007 | Member (Bankruptcy) | $875.00 | 25.4 | $22,225.00 |
| Melissa M. Hartlipp | 2022 | Associate (Bankruptcy) | $485.00 | 1.4 | $679.00 |
| Julie A. Aberasturi | 2023 | Associate (Bankruptcy) | $485.00 | 0.6 | $291.00 |
| Michael A. Solimani | 2024 | Associate (Bankruptcy) | $460.00 | 7.9 | $3,634.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal | $425.00 | 1.0 | $425.00 |
| Larry S. Morton | N/A | Paralegal | $420.00 | 6.5 | $2,730.00 |
| **Blended Rate:  $768.44** | | | **TOTALS:** | **56.6** | **$45,854.50** |

---

[1]    This rate is Cole Schotz P.C.'s regular hourly rate for legal services.  All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2025).

**<u>EXHIBIT B</u>**

**FORMER BL STORES, INC.,** *et al.*

**EXPENSE SUMMARY**
**<u>OCTOBER 1, 2025 THROUGH NOVEMBER 10, 2025</u>**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Fees | PACER | $42.90 |
| **TOTAL** | | **$42.90** |

**<u>EXHIBIT C</u>**

**FORMER BL STORES, INC.,** *et al.*

**ITEMIZED TIME RECORDS**
**<u>OCTOBER 1, 2025 THROUGH NOVEMBER 10, 2025</u>**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
500 Delaware Avenue
Suite 600
Wilmington, DE 19801

FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

BIG LOTS, INC.
N/A

| | |
|---|---|
| Invoice Date: | November 3, 2025 |
| Invoice Number: | 1020158 |
| Matter Number: | 68457-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2025

## ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363)    1.60    1,730.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/09/25 | JRA | ANALYZE GB MOTION TO ENFORCE (.9); CORRESPOND WITH MWS RE SAME (.3) | 1.20 | 1,380.00 |
| 10/09/25 | SLN | REVIEW GBRP MOTION TO ENFORCE SALE AGREEMENT (.4); | 0.40 | 350.00 |

## AUTOMATIC STAY MATTERS/LITIGATION    1.20    1,187.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/20/25 | SLN | REVIEW WALLACE STAY RELIEF MOTION (.3); | 0.30 | 262.50 |
| 10/21/25 | JRA | REVIEW WALLACE STAY RELIEF MOTION | 0.30 | 345.00 |
| 10/24/25 | SLN | REVIEW COC AND PROPOSED ORDER APPROVING WALLACE STAY RELIEF STIPULATION (.4); | 0.40 | 350.00 |
| 10/27/25 | JRA | REVIEW WALLACE STAY RELIEF STIP | 0.20 | 230.00 |

## CASE ADMINISTRATION    9.00    7,731.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/02/25 | JRA | REVIEW OPERATING REPORTS | 0.40 | 460.00 |
| 10/03/25 | SLN | REVIEW UST OBJECTION TO D&O SETTLEMENT (.5); | 0.50 | 437.50 |
| 10/09/25 | MMH | CORRESPONDENCE WITH CO-COUNSEL RE: CMECF NOTIFICATIONS | 0.10 | 48.50 |
| 10/09/25 | LSM | UPDATE E-NOTICING FOR CO-COUNSEL | 0.30 | 126.00 |
| 10/13/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 84.00 |
| 10/14/25 | SLN | CORRESPONDENCE WITH MWS REGARDING CONVERSION (.1); FOLLOW UP CORRESPONDENCE WITH CS TEAM (.2); | 0.30 | 262.50 |
| 10/14/25 | JRA | RESEARCH RE CONVERSION STRATEGY (.4); EMAILS WITH S. NEWMAN AND P. REILLEY RE SAME (.2) | 0.60 | 690.00 |
| 10/17/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATE | 0.30 | 126.00 |
| 10/17/25 | LSM | RESEARCH TRANSCRIPT FOR ORDER TO CONVERT BANKRUPTCY CASE AND RELATED ORDER AND FORWARD SAME TO S. NEWMAN | 0.40 | 168.00 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Client/Matter No. 68457-0001

Invoice Number  1020158
November 3, 2025
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 10/22/25 | SLN | REVIEW DRAFT MOTION TO CONVERT AND COMMENTS THERETO (1.1); CORRESPONDENCE WITH UCC PROFESSIONALS (.6); CORRESPONDENCE WITH DEBTORS (.1); | 1.80 | 1,575.00 |
| 10/23/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING REVISED DRAFT CONVERSION MOTION (.1); REVIEW REVISED DRAFT CONVERSION MOTION (.2); CORRESPONDENCE WITH COMMITTEE PROFESSIONALS (.3); | 0.60 | 525.00 |
| 10/24/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING CONVERSION MOTION (.2); FOLLOW UP WITH UCC PROFESSIONALS (.2); REVIEW FINAL CONVERSION MOTION (.5); REVIEW RELATED MOTION TO SHORTEN NOTICE (.2); | 1.10 | 962.50 |
| 10/27/25 | SLN | REVIEW ORDER SHORTENING NOTICE OF CONVERSION MOTION (.1); | 0.10 | 87.50 |
| 10/27/25 | JRA | REVIEW CONVERSION MOTION AND MOTION TO SHORTEN | 0.70 | 805.00 |
| 10/27/25 | JRA | EMAILS WITH CHAMBERS RE CASE CAPTION | 0.10 | 115.00 |
| 10/27/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 126.00 |
| 10/30/25 | SLN | REVIEW UST COMMENTS TO CONVERSION MOTION (.1); | 0.10 | 87.50 |
| 10/30/25 | JRA | EMAILS WITH MWS AND FTI RE CONVERSION MOTION COMMENTS | 0.10 | 115.00 |
| 10/31/25 | SLN | REVIEW UST CONVERSION OBJECTION (.3); REVIEW LIPP CONVERSION OBJECTION (.3); CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING CONVERSION OBJECTIONS AND ORDER (.1); REVIEW REVISED CONVERSION ORDER (.1); | 0.80 | 700.00 |
| 10/31/25 | JRA | REVIEW MOR'S | 0.20 | 230.00 |

| **CASH COLLATERAL AND DIP FINANCING** | | | **3.10** | **1,744.00** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 10/07/25 | MAS | CORRESPONDENCE WITH C. AAS, N. ROWLES, AND CS TEAM RE: DIP REQUIREMENTS | 0.20 | 92.00 |
| 10/09/25 | MAS | CORRESPONDENCE WITH S. CARNES RE: BUDGET ESTIMATION (.2); CORRESPONDENCE WITH C. AAS AND N. ROWLES RE: SAME (.2) | 0.40 | 184.00 |
| 10/14/25 | MAS | CORRESPONDENCE WITH C. AAS AND CS TEAM RE: DIP REQUIREMENTS | 0.10 | 46.00 |
| 10/21/25 | MAS | CORRESPONDENCE WITH C. AAS AND CS TEAM RE: DIP REQUIREMENTS | 0.20 | 92.00 |
| 10/24/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING PROFESSIONAL FEE ESCROW (.1); CORRESPONDENCE WITH UCC PROFESSIONALS (.1); | 0.20 | 175.00 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Client/Matter No. 68457-0001

Invoice Number  1020158
November 3, 2025
Page 3

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 10/24/25 | MAS | CORRESPONDENCE WITH C. AAS RE: DIP ESCROW (.2); CORRESPONDENCE WITH CS TEAM RE: SAME (.2) | 0.40 | 184.00 |
| 10/27/25 | SLN | CORRESPONDENCE WITH DEBTORS AND UCC PROFESSIONALS REGARDING PROFESSIONAL FEE ESCROW (.2); CORRESPONDENCE WITH CS TEAM (.2); | 0.40 | 350.00 |
| 10/27/25 | MAS | FURTHER CORRESPONDENCE WITH C. AAS RE: DIP ISSUES (.2); CORRESPONDENCE WITH S. NEWMAN RE: SAME (.3); ANALYZE ISSUES RE: SAME (.2) | 0.70 | 322.00 |
| 10/27/25 | JRA | EMAIL WITH S. NEWMAN RE BUDGET ISSUE | 0.10 | 115.00 |
| 10/28/25 | MAS | FURTHER CORRESPONDENCE WITH C. AAS AND CS TEAM RE: DIP ISSUES (.2); CORRESPONDENCE WITH S. NEWMAN RE: SAME (.1) | 0.30 | 138.00 |
| 10/29/25 | MAS | FURTHER CORRESPONDENCE WITH S. NEWMAN RE: DIP ISSUES | 0.10 | 46.00 |

| **CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS** | | | **11.00** | **9,748.00** |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 10/03/25 | SLN | CORRESPONDENCE WITH DEBTOR PROFESSIONALS REGARDING CLAIMS (.1); | 0.10 | 87.50 |
| 10/06/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING CLAIMS (.1); FOLLOW UP WITH UCC PROFESSIONALS (.1); | 0.20 | 175.00 |
| 10/07/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING CLAIMS (.2); | 0.20 | 175.00 |
| 10/07/25 | JRA | EMAILS WITH MWS RE CLAIMS ISSUES AND DISTRIBUTIONS | 0.20 | 230.00 |
| 10/14/25 | SLN | CORRESPONDENCE WITH MWS REGARDING ADMIN CLAIMS (.1); FOLLOW UP WITH CS TEAM (.2); | 0.30 | 262.50 |
| 10/15/25 | JRA | CORRESPOND WITH MWS AND CS RE CLAIMS DISTRIBUTION | 0.30 | 345.00 |
| 10/16/25 | SLN | CORRESPONDENCE WITH MWS REGARDING ADMIN CLAIMS (.1); CORRESPONDENCE WITH DEBTORS (.1); | 0.20 | 175.00 |
| 10/16/25 | JRA | CORRESPOND WITH S. LUTKUS RE TARRIFF CLAIMS | 0.20 | 230.00 |
| 10/17/25 | SLN | LEGAL RESEARCH REGARDING ADMIN CLAIMS (.4); TELEPHONE CALL WITH UCC PROFESSIONALS REGARDING ADMIN CLAIMS (.5); TELEPHONE CALL WITH DEBTORS (.5); FOLLOW UP CALL WITH UCC PROFESSIONALS (.2); REVIEW FOURTH DISTRIBUTION NOTICE AND COMMENTS THERETO (.2); CORRESPONDENCE WITH UCC PROFESSIONALS (.2); CORRESPONDENCE WITH DEBTORS (.1); | 2.10 | 1,837.50 |
| 10/20/25 | SLN | REVIEW CLAIMS SPREADSHEET (.9); CORRESPONDENCE WITH UCC PROFESSIONALS (.3); CORRESPONDENCE WITH DEBTORS (.1); | 1.30 | 1,137.50 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Invoice Number  1020158
       Client/Matter No. 68457-0001                                    November 3, 2025
                                                                               Page 4

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/21/25 | SLN | TELEPHONE CALL WITH UCC PROFESSIONALS REGARDING ADMIN CLAIMS (.5); REVIEW DEBTORS COMMENTS TO ADMIN CLAIM DETAIL EXCEL (.2); TELEPHONE CALL WITH UCC AND DEBTOR PROFESSIONALS REGARDING ADMIN CLAIMS (.6); FOLLOW UP CALL WITH UCC PROFESSIONALS (.5); CORRESPONDENCE WITH UCC PROFESSIONALS AND DEBTORS (.7); | 2.50 | 2,187.50 |
| 10/22/25 | SLN | REVIEW COC AND PROPOSED ORDER ALLOWING META ADMIN CLAIM (.2); CORRESPONDENCE WITH DEBTORS REGARDING ADMIN CLAIMS (.2); FOLLOW UP CORRESPONDENCE WITH UCC PROFESSIONALS (.4); CORRESPONDENCE WITH DEBTORS REGARDING ADMIN CLAIM RESERVE (.1); | 0.90 | 787.50 |
| 10/22/25 | MAS | REVIEW DEBTOR DRAFT RE: MOTION TO CONVERT | 0.30 | 138.00 |
| 10/23/25 | JRA | REVIEW ADMIN CLAIM COC | 0.20 | 230.00 |
| 10/27/25 | SLN | REVIEW KROLL DISBURSING AGENT AGREEMENT FOR ADMIN CLAIMS RESERVE (.3); CORRESPONDENCE WITH UCC PROFESSIONALS (.2); | 0.50 | 437.50 |
| 10/28/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING ADMIN CLAIM DISTRIBUTIONS (.2); FOLLOW UP WITH UCC PROFESSIONALS (.2); FOLLOW UP WITH CS TEAM (.2); REVIEW COMMENTS TO DISBURSING AGENT AGREEMENT (.1); | 0.70 | 612.50 |
| 10/29/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING ADMIN CLAIMS DISTRIBUTION (.2); CORRESPONDENCE WITH CS TEAM (.1); | 0.30 | 262.50 |
| 10/30/25 | SLN | REVIEW REVISED DISBURSING AGENT AGREEMENT (.1); CORRESPONDENCE WITH UCC PROFESSIONALS (.2); | 0.30 | 262.50 |
| 10/31/25 | SLN | REVIEW COC AND STIPULATION ALLOWING SEDGWICK ADMIN CLAIM (.2); | 0.20 | 175.00 |

| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | **1.80** | **1,685.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/05/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO COMMITTEE (.1); CORRESPONDENCE WITH COMMITTEE (.1); | 0.20 | 175.00 |
| 10/05/25 | JRA | EMAILS WITH N. ROWLES RE UCC UPDATE EMAIL | 0.10 | 115.00 |
| 10/08/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING EMAIL TO COMMITTEE (.2); CORRESPONDENCE WITH COMMITTEE (.1); | 0.30 | 262.50 |
| 10/09/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); CORRESPONDENCE WITH COMMITTEE (.1); | 0.20 | 175.00 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS           Invoice Number  1020158
        Client/Matter No. 68457-0001                                  November 3, 2025
                                                                            Page 5

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 10/15/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO UCC (.1); | 0.10 | 87.50 |
| 10/18/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO COMMITTEE (.1); CORRESPONDENCE WITH COMMITTEE (.1); | 0.20 | 175.00 |
| 10/18/25 | JRA | EMAILS WITH N. ROWLES RE COMMITTEE UPDATE | 0.20 | 230.00 |
| 10/22/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO COMMITTEE (.1); CORRESPONDENCE WITH COMMITTEE (.1); | 0.20 | 175.00 |
| 10/22/25 | JRA | EMAILS WITH N. ROWLES RE UCC UPDATE EMAIL | 0.10 | 115.00 |
| 10/24/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO COMMITTEE (.1); CORRESPONDENCE WITH UCC (.1); | 0.20 | 175.00 |

| **CREDITOR INQUIRIES** | | | **0.80** | **865.00** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 10/01/25 | JRA | CORRESPOND WITH CREDITORS RE CLAIMS DISTRIBUTION AND CASE DIRECTION | 0.60 | 690.00 |
| 10/28/25 | SLN | VOICEMAIL FROM CREDITOR (.1); CORRESPONDENCE WITH MWS (.1); | 0.20 | 175.00 |

| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **8.20** | **4,509.00** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 10/02/25 | JRA | CORRESPOND WITH M. HARLIPP RE FEE APP (.1); REVISE SAME (.2) | 0.30 | 345.00 |
| 10/09/25 | MAS | CORRESPONDENCE WITH M. HYLAND RE: FTI TENTH FEE APP | 0.10 | 46.00 |
| 10/09/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APP (.2); | 0.20 | 175.00 |
| 10/10/25 | MMH | CORRESPONDENCE WITH N. ROWLES RE: INTERIM FEE APPS | 0.10 | 48.50 |
| 10/10/25 | MMH | COORDINATE FILING OF CNO RE: FTI FEE APP | 0.10 | 48.50 |
| 10/10/25 | JRA | EMAIL WITH M. HARTLIPP RE FEE APP | 0.10 | 115.00 |
| 10/13/25 | LSM | DRAFT CNO REGARDING FTI TENTH MONTHLY FEE APPLICATION AND FORWARD SAME TO M. HARTLIPP | 0.30 | 126.00 |
| 10/14/25 | MMH | COORDINATE FILING OF FTI FEE APP CNO | 0.10 | 48.50 |
| 10/14/25 | LSM | REVISE, FILE AND CIRCULATE TO CS TEAM THE CNO REGARDING COMBINED TENTH MONTHLY FEE APPLICATION FOR FTI CONSULTING | 0.40 | 168.00 |
| 10/15/25 | MMH | CORRESPONDENCE WITH SOPHIE CHURCHILL RE: INTERIM FEE APPS | 0.10 | 48.50 |
| 10/16/25 | MMH | CALL WITH S. CHURCHILL RE: INTERIM FEE APPS | 0.10 | 48.50 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Client/Matter No. 68457-0001

Invoice Number  1020158

November 3, 2025

Page 6

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 10/20/25 | MAS | CORRESPONDENCE WITH N. GIBSON RE: MWS AUGUST FEE APP CNO (.1); CORRESPONDENCE WITH L. MORTON RE: SAME (.1); REVIEW L. MORTON DRAFT RE: SAME (.1) | 0.30 | 138.00 |
| 10/20/25 | JRA | EMAIL WITH CS RE FEE APP | 0.10 | 115.00 |
| 10/20/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APPS (.2); | 0.20 | 175.00 |
| 10/20/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET AND DRAFT CNO REGARDING ELEVENTH MONTHLY FEE APPLICATION FOR MCDERMOTT AND FORWARD SAME TO CS TEAM WITH COMMENTS | 0.40 | 168.00 |
| 10/20/25 | LSM | UPDATE, FILE AND CIRCULATE TO CS TEAM THE CNO REGARDING ELEVENTH MONTHLY FEE APPLICATION FOR MCDERMOTT WILL AND SCHULTE | 0.30 | 126.00 |
| 10/22/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APP (.1); | 0.10 | 87.50 |
| 10/22/25 | MAS | DRAFT CNO RE: CS AUGUST FEE APP (.2); CORRESPONDENCE WITH J. ALBERTO AND CS NEWMAN RE: SAME (.1); CORRESPONDENCE WITH ALIX AND DPW TEAMS RE: SAME (.1) | 0.40 | 184.00 |
| 10/22/25 | JRA | EMAILS WITH M. SOLIMANI RE FEE APP | 0.10 | 115.00 |
| 10/22/25 | LSM | REVISE, FILE AND FORWARD TO M. SOLIMANI THE CNO REGARDING ELEVENTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.30 | 126.00 |
| 10/24/25 | MMH | DRAFT NOTICE RE: MWS SEPTEMBER FEE APP | 0.20 | 97.00 |
| 10/24/25 | MMH | COORDINATE FILING OF MWS SEPTEMBER FEE APP | 0.10 | 48.50 |
| 10/24/25 | LSM | REVIEW, FILE AND ORGANIZE SERVICE OF TWELFTH MONTHLY FEE APPLICATION FOR MWS | 0.40 | 168.00 |
| 10/27/25 | MAS | DRAFTING RE: CS SEPTEMBER FEE APP | 1.70 | 782.00 |
| 10/30/25 | MAS | CORRESPONDENCE WITH S. NEWMAN RE: CS SEPTEMBER FEE APP (.1); EDITS RE: SAME (.2); CORRESPONDENCE WITH P. RATKOWIAK RE: SAME (.1) | 0.40 | 184.00 |
| 10/30/25 | PVR | EMAIL FROM AND TO M. SOLIMANI AND REVIEW, REVISE AND PREPARE COLE SCHOTZ SEPTEMBER FEE APPLICATION, NOTICE OF FEE APPLICATION AND EXHIBITS A – C FOR FILING | 0.40 | 170.00 |
| 10/30/25 | PVR | EFILE AND SERVE COLE SCHOTZ SEPTEMBER FEE APPLICATION | 0.30 | 127.50 |
| 10/30/25 | PVR | UPDATE CASE CALENDAR RE: OBJECTION DEADLINE FOR COLE SCHOTZ SEPTEMBER FEE APPLICATION | 0.10 | 42.50 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS              Invoice Number  1020158
      Client/Matter No. 68457-0001                                   November 3, 2025
                                                                              Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 10/30/25 | SLN | REVIEW OF AND REVISIONS TO CS FEE APPLICATION (.4); CORRESPONDENCE WITH CS TEAM (.1); | 0.50 | 437.50 |

| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **2.00** | **1,734.50** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 10/01/25 | SLN | CORRESPONDENCE WITH DEBTORS REGARDING D&O SETTLEMENT MOTION (.1); | 0.10 | 87.50 |
| 10/01/25 | JRA | EMAIL WITH S. PIRAINO RE D&O MOTION | 0.10 | 115.00 |
| 10/05/25 | MAS | REVIEW UST OBJECTION RE: COMMITTEE SETTLEMENT (.2); REVIEW CORRESPONDENCE FROM N. ROWLES RE: SAME (.1) | 0.30 | 138.00 |
| 10/05/25 | JRA | REVIEW UST OBJECTION TO D&O SETTLEMENT MOTION | 0.80 | 920.00 |
| 10/06/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING D&O SETTLEMENT (.1); REVIEW REVISED PROPOSED ORDER (.1); | 0.20 | 175.00 |
| 10/07/25 | JRA | REVIEW EMAIL WITH S. LUTKUS RE D&O SETTLEMENT MOTION RESOLUTION | 0.10 | 115.00 |
| 10/31/25 | MAS | REVIEW UST OBJECTION RE: CONVERSION MOTION (.2); REVIEW LIPP CDS OBJECTION RE: SAME (.1); REVIEW N. ROWLES COMMENTS RE: SAME (.1) | 0.40 | 184.00 |

| **PREPARATION FOR AND ATTENDANCE AT HEARINGS** | | | **3.80** | **2,416.50** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 10/07/25 | SLN | REVIEW AGENDA FOR 10/9 HEARING (.1); CORRESPONDENCE WITH CS TEAM (.1); | 0.20 | 175.00 |
| 10/07/25 | MAS | REVIEW OF AGENDA RE: 10/9 HEARING | 0.10 | 46.00 |
| 10/07/25 | MMH | REVIEW AGENDA FOR 10/9 HEARING | 0.10 | 48.50 |
| 10/07/25 | JRA | REVIEW AGENDA | 0.10 | 115.00 |
| 10/07/25 | JRA | EMAILS WITH S. NEWMAN RE 10/9 HEARING AND LOGISTICS FOR SAME | 0.20 | 230.00 |
| 10/07/25 | LSM | COMPILE, REVIEW AND CIRCULATE TO CS TEAM THE AGENDA FOR THE OCTOBER 9, 2025 HEARING | 0.30 | 126.00 |
| 10/08/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING HEARING (.2); REVIEW AMENDED AGENDA FOR 10/9 HEARING (.1); CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING HEARING (.3); | 0.60 | 525.00 |
| 10/08/25 | MAS | CORRESPONDENCE WITH S. NEWMAN, N. ROWLES, AND M. HARTLIPP RE: 10/9 HEARING (.3); CORRESPONDENCE WITH UCC RE: SAME (.2) | 0.50 | 230.00 |
| 10/08/25 | MMH | CORRESPONDENCE WITH S. NEWMAN AND M. SOLIMANI RE: 10/9 HEARING | 0.10 | 48.50 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                Invoice Number  1020158
       Client/Matter No. 68457-0001                                    November 3, 2025
                                                                             Page 8

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 10/08/25 | LSM | ASSIST WITH HEARING PREPARATIONS WITH S. NEWMAN FOR OCTOBER 9, 2025 HEARING | 0.40 | 168.00 |
| 10/09/25 | MAS | VIRTUAL ATTENDANCE RE: 10/9 HEARING | 0.10 | 46.00 |
| 10/09/25 | MMH | VIRTUALLY ATTEND AND RUN DIAL IN FOR HEARING | 0.20 | 97.00 |
| 10/09/25 | SLN | ATTENDANCE AT 10/9 HEARING (.1); | 0.10 | 87.50 |
| 10/27/25 | JRA | REVIEW AMENDED NOTICE OF HEARING RE MOTION TO CONVERT | 0.10 | 115.00 |
| 10/31/25 | MMH | CORRESPONDENCE WITH N. ROWLES RE: 11/4 HEARING | 0.10 | 48.50 |
| 10/31/25 | MAS | CORRESPONDENCE WITH N. ROWLES RE: CONVERSION HEARING (.1); CORRESPONDENCE WITH M. HARTLIPP RE: SAME (.1); REVIEW AGENDA RE: SAME (.1) | 0.30 | 138.00 |
| 10/31/25 | PVR | EMAIL TO COLE SCHOTZ TEAM AND RETRIEVE AND REVIEW AGENDA FOR NOVEMBER 4, 2025 IN-PERSON HEARING | 0.20 | 85.00 |
| 10/31/25 | SLN | REVIEW AGENDA FOR 11/4 HEARING (.1); | 0.10 | 87.50 |

TOTAL HOURS    42.50

PROFESSIONAL SERVICES:                                                $33,350.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|------|------------------|-------|------|--------|
| Justin R. Alberto | Member | 7.80 | 1,150.00 | 8,970.00 |
| Larry S. Morton | Paralegal | 4.30 | 420.00 | 1,806.00 |
| Melissa M. Hartlipp | Associate | 1.40 | 485.00 | 679.00 |
| Michael A. Solimani | Associate | 7.30 | 460.00 | 3,358.00 |
| Pauline Z. Ratkowiak | Paralegal | 1.00 | 425.00 | 425.00 |
| Stacy L. Newman | Member | 20.70 | 875.00 | 18,112.50 |
| **Total** | | **42.50** | | **$33,350.50** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|------|-------------|----------|--------|
| 09/12/25 | COURT FEES | 15.00 | 1.50 |
| 09/15/25 | COURT FEES | 30.00 | 3.00 |
| 09/17/25 | COURT FEES | 30.00 | 3.00 |
| 09/18/25 | COURT FEES | 3.00 | 0.30 |
| 09/18/25 | COURT FEES | 3.00 | 0.30 |
| 09/18/25 | COURT FEES | 4.00 | 0.40 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Invoice Number  1020158

Client/Matter No. 68457-0001

November 3, 2025

Page 9

| DATE | Description | QUANTITY | AMOUNT |
|------|-------------|---------:|-------:|
| 09/18/25 | COURT FEES | 3.00 | 0.30 |
| 09/18/25 | COURT FEES | 14.00 | 1.40 |
| 09/18/25 | COURT FEES | 10.00 | 1.00 |
| 09/18/25 | COURT FEES | 5.00 | 0.50 |
| 09/18/25 | COURT FEES | 10.00 | 1.00 |
| 09/18/25 | COURT FEES | 23.00 | 2.30 |
| 09/18/25 | COURT FEES | 3.00 | 0.30 |
| 09/22/25 | COURT FEES | 3.00 | 0.30 |
| 09/22/25 | COURT FEES | 3.00 | 0.30 |
| 09/26/25 | COURT FEES | 3.00 | 0.30 |
| 09/26/25 | COURT FEES | 3.00 | 0.30 |
| 09/26/25 | COURT FEES | 2.00 | 0.20 |
| 09/26/25 | COURT FEES | 20.00 | 2.00 |
| 09/26/25 | COURT FEES | 11.00 | 1.10 |
| 09/26/25 | COURT FEES | 5.00 | 0.50 |
| 09/26/25 | COURT FEES | 12.00 | 1.20 |
| 09/26/25 | COURT FEES | 4.00 | 0.40 |
| 09/26/25 | COURT FEES | 2.00 | 0.20 |

**Total**                                         **$22.10**

TOTAL SERVICES AND COSTS:                    $      33,372.60

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|-----------|-------------|------:|-------:|
| DM02 | ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363) | 1.60 | 1,730.00 |
| DM03 | AUTOMATIC STAY MATTERS/LITIGATION | 1.20 | 1,187.50 |
| DM05 | CASE ADMINISTRATION | 9.00 | 7,731.00 |
| DM06 | CASH COLLATERAL AND DIP FINANCING | 3.10 | 1,744.00 |
| DM07 | CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS | 11.00 | 9,748.00 |

**COLE SCHOTZ P.C.**

Re:       OFFICIAL COMMITTEE OF UNSECURED CREDITORS
          Client/Matter No. 68457-0001

Invoice Number  1020158
November 3, 2025
Page 10

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| DM08 | COMMITTEE MATTERS AND CREDITOR MEETINGS | 1.80 | 1,685.00 |
| DM09 | CREDITOR INQUIRIES | 0.80 | 865.00 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 8.20 | 4,509.00 |
| DM21 | LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF) | 2.00 | 1,734.50 |
| DM24 | PREPARATION FOR AND ATTENDANCE AT HEARINGS | 3.80 | 2,416.50 |
| | **Total** | **42.50** | **$33,350.50** |



Cole Schotz P.C.
500 Delaware Avenue
Suite 600
Wilmington, DE  19801

FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

BIG LOTS, INC.
N/A

| | |
|---|---|
| Invoice Date: | December 17, 2025 |
| Invoice Number: | 1024597 |
| Matter Number: | 68457-0001 |

**Re:**  OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 10, 2025

| **CASE ADMINISTRATION** | | | **4.50** | **4,754.00** |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 11/01/25 | JRA | CORRESPOND WITH MWS AND UCC MEMBERS RE CONVERSION MOTION AND COMMENTS TO SAME | 0.90 | 1,035.00 |
| 11/02/25 | JRA | RESEARCH RE UST COMMENTS TO CONVERSION MOTION | 1.10 | 1,265.00 |
| 11/03/25 | SLN | REVIEW DEBTORS REPLY IN SUPPORT OF CONVERSION (.6); CORRESPONDENCE WITH DEBTORS (.1); CORRESPONDENCE WITH MWS REGARDING REVISED CONVERSION ORDER (.1); CORRESPONDENCE WITH COMMITTEE PROFESSIONALS (.1); | 0.90 | 787.50 |
| 11/03/25 | JRA | REVIEW LIPP CDS OBJECTION TO CONVERSION | 0.10 | 115.00 |
| 11/04/25 | JRA | REVIEW CONVERSION REPLY (.2) AND CORRESPOND WITH CS AND MWS RE STRATEGY FOR TODAY'S HEARING (.2) | 0.40 | 460.00 |
| 11/05/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 84.00 |
| 11/07/25 | JRA | REVIEW FURTHER REVISED ORDER RE CONVERSION | 0.20 | 230.00 |
| 11/10/25 | SLN | REVIEW NOTICE OF APPOINTMENT OF CHAPTER 7 TRUSTEE (.1); | 0.10 | 87.50 |
| 11/10/25 | JRA | CORRESPOND WITH MWS AND UCC MEMBERS RE CONVERSION | 0.60 | 690.00 |

| **CASH COLLATERAL AND DIP FINANCING** | | | **0.20** | **92.00** |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 11/06/25 | MAS | CORRESPONDENCE WITH C. AAS AND CS TEAM RE: DIP REQUIREMENTS | 0.20 | 92.00 |

| **CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS** | | | **1.20** | **1,215.00** |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 11/04/25 | SLN | REVIEW OPINION SUSTAINING OBJECTION TO LIPP CDS CLAIM (.6); | 0.60 | 525.00 |
| 11/04/25 | JRA | REVIEW LIPP CDS OPINION | 0.40 | 460.00 |

**COLE SCHOTZ P.C.**

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Invoice Number  1024597
        Client/Matter No. 68457-0001                                      December 17, 2025
                                                                                    Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/06/25 | JRA | REVIEW META STIP | 0.20 | 230.00 |

**COMMITTEE MATTERS AND CREDITOR MEETINGS**          **0.90**  **870.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/01/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO COMMITTEE (.1); CORRESPONDENCE WITH COMMITTEE (.1); | 0.20 | 175.00 |
| 11/04/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO COMMITTEE (.1); CORRESPONDENCE WITH COMMITTEE (.1); | 0.20 | 175.00 |
| 11/04/25 | JRA | FURTHER EMAILS WITH MWS AND FTI RE UCC UPDATE EMAIL | 0.20 | 230.00 |
| 11/10/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING EMAIL TO COMMITTEE (.1); CORRESPONDENCE WITH COMMITTEE (.1); | 0.20 | 175.00 |
| 11/10/25 | JRA | EMAIL WITH N. ROWLES RE DRAFT UCC UPDATE EMAIL | 0.10 | 115.00 |

**CREDITOR INQUIRIES**          **0.50**  **575.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/04/25 | JRA | T/C WITH CREDITOR RE DISTRIBUTIONS AND CONVERSION | 0.10 | 115.00 |
| 11/05/25 | JRA | FURTHER CORRESPONDENCE WITH UCC MEMBERS RE CONVERSION | 0.40 | 460.00 |

**FEE APPLICATION MATTERS/OBJECTIONS**          **1.10**  **780.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 11/03/25 | JRA | REVISE FEE APP | 0.10 | 115.00 |
| 11/06/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APPS (.1); | 0.10 | 87.50 |
| 11/07/25 | LSM | RESEARCH FEE APPLICATION FILING DEADLINE AND RELATED CNO DEADLINES AND REPORT FINDINGS TO CS TEAM | 0.40 | 168.00 |
| 11/07/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APPLICATIONS (.1); | 0.10 | 87.50 |
| 11/07/25 | JRA | EMAILS WITH LM RE FEE APP | 0.20 | 230.00 |
| 11/10/25 | MAS | CORRESPONDENCE WITH C. AAS RE: PROFESSIONAL FEES | 0.10 | 46.00 |
| 11/10/25 | MAS | CORRESPONDENCE WITH N. ROWLES AND L. HU RE: FINAL FEE APPS | 0.10 | 46.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**          **5.70**  **4,217.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  1024597 |
|---|---|---|
| | Client/Matter No. 68457-0001 | December 17, 2025 |
| | | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/25 | MAS | CORRESPONDENCE WITH N. ROWLES RE: CONVERSION HEARING (.1); CORRESPONDENCE WITH UCC MEMBERS RE: SAME (.1) | 0.20 | 92.00 |
| 11/01/25 | SLN | CORRESPONDENCE WITH MWS AND CS TEAMS REGARDING CONVERSION HEARING (.2); | 0.20 | 175.00 |
| 11/02/25 | JRA | EMAILS WITH S. NEWMAN RE CONVERSION HEARING | 0.20 | 230.00 |
| 11/03/25 | SLN | TELEPHONE CALL WITH MWS REGARDING CONVERSION HEARING (.2); TELEPHONE CALL WITH DEBTORS (.1); | 0.30 | 262.50 |
| 11/03/25 | LSM | ASSEMBLE ELECTRONIC AND HARD COPY HEARING BINDERS FOR NOVEMBER 4, 2025 HEARING AND FORWARD SAME TO S. NEWMAN | 1.30 | 546.00 |
| 11/03/25 | LSM | COMPILE, REVIEW AND CIRCULATE TO CS TEAM THE AGENDA FOR THE NOVEMBER 4, 2025 HEARING | 0.30 | 126.00 |
| 11/03/25 | JRA | FURTHER CORRESPONDENCE WITH CS, MWS AND UCC MEMBERS RE TOMORROW'S HEARING | 0.70 | 805.00 |
| 11/03/25 | JRA | REVIEW AGENDA | 0.10 | 115.00 |
| 11/04/25 | JAA | ATTEND NOVEMBER 4, 2025 HEARING | 0.60 | 291.00 |
| 11/04/25 | SLN | REVIEW AMENDED AGENDA FOR 11/4 HEARING (.1); CORRESPONDENCE WITH DEBTORS REGARDING REVISED CONVERSION ORDER (.1); PREPARE FOR AND ATTEND CONVERSION HEARING (1.6); | 1.80 | 1,575.00 |

TOTAL HOURS    14.10

PROFESSIONAL SERVICES:                                                      $12,503.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Julie A. Aberasturi | Associate | 0.60 | 485.00 | 291.00 |
| Justin R. Alberto | Member | 6.00 | 1,150.00 | 6,900.00 |
| Larry S. Morton | Paralegal | 2.20 | 420.00 | 924.00 |
| Michael A. Solimani | Associate | 0.60 | 460.00 | 276.00 |
| Stacy L. Newman | Member | 4.70 | 875.00 | 4,112.50 |
| | **Total** | **14.10** | | **$12,503.50** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 10/13/25 | COURT FEES | 6.00 | 0.60 |
| 10/13/25 | COURT FEES | 8.00 | 0.80 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                   Invoice Number  1024597
       Client/Matter No. 68457-0001                                          December 17, 2025
                                                                                    Page 4

| **DATE** | **Description** | **QUANTITY** | **AMOUNT** |
|---|---|---|---|
| 10/13/25 | COURT FEES | 21.00 | 2.10 |
| 10/14/25 | COURT FEES | 1.00 | 0.10 |
| 10/14/25 | COURT FEES | 3.00 | 0.30 |
| 10/14/25 | COURT FEES | 3.00 | 0.30 |
| 10/22/25 | COURT FEES | 3.00 | 0.30 |
| 10/22/25 | COURT FEES | 3.00 | 0.30 |
| 11/03/25 | COURT FEES | 10.00 | 1.00 |
| 11/03/25 | COURT FEES | 4.00 | 0.40 |
| 11/03/25 | COURT FEES | 30.00 | 3.00 |
| 11/03/25 | COURT FEES | 3.00 | 0.30 |
| 11/03/25 | COURT FEES | 3.00 | 0.30 |
| 11/03/25 | COURT FEES | 4.00 | 0.40 |
| 11/03/25 | COURT FEES | 4.00 | 0.40 |
| 11/03/25 | COURT FEES | 2.00 | 0.20 |
| 11/03/25 | COURT FEES | 3.00 | 0.30 |
| 11/03/25 | COURT FEES | 4.00 | 0.40 |
| 11/04/25 | COURT FEES | 7.00 | 0.70 |
| 11/04/25 | COURT FEES | 7.00 | 0.70 |
| 11/04/25 | COURT FEES | 8.00 | 0.80 |
| 11/04/25 | COURT FEES | 7.00 | 0.70 |
| 11/04/25 | COURT FEES | 6.00 | 0.60 |
| 11/04/25 | COURT FEES | 6.00 | 0.60 |
| 11/07/25 | COURT FEES | 3.00 | 0.30 |
| 11/07/25 | COURT FEES | 22.00 | 2.20 |
| 11/07/25 | COURT FEES | 13.00 | 1.30 |
| 11/07/25 | COURT FEES | 14.00 | 1.40 |

**Total**                                                                          **$20.80**

TOTAL SERVICES AND COSTS:                                          $       12,524.30

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number  1024597 |
| | Client/Matter No. 68457-0001 | December 17, 2025 |
| | | Page 5 |

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| DM05 | CASE ADMINISTRATION | 4.50 | 4,754.00 |
| DM06 | CASH COLLATERAL AND DIP FINANCING | 0.20 | 92.00 |
| DM07 | CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS | 1.20 | 1,215.00 |
| DM08 | COMMITTEE MATTERS AND CREDITOR MEETINGS | 0.90 | 870.00 |
| DM09 | CREDITOR INQUIRIES | 0.50 | 575.00 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 1.10 | 780.00 |
| DM24 | PREPARATION FOR AND ATTENDANCE AT HEARINGS | 5.70 | 4,217.50 |
| | **Total** | **14.10** | **$12,503.50** |