# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No.: 24-11967 (JKS)<br><br>Jointly Administered<br><br>**Obj. Deadline: January 9, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: January 29, 2026 at 11:00 a.m. (ET)** |

## SUMMARY OF COMBINED ELEVENTH MONTHLY AND FINAL FEE APPLICATION OF FTI CONSULTING, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD FROM SEPTEMBER 25, 2024 THROUGH NOVEMBER 10, 2025</u>

| Name of Applicant: | FTI Consulting, Inc. ("**FTI**") |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtors and debtors in possession (collectively the "**Debtors**") |
| Date of Retention: | November 20, 2024 [Docket No. 1186], *Effective as of* September 25, 2024 |
| Period for Which Compensation and Reimbursement of Expenses Is Sought: | September 25, 2024 – November 10, 2025 (the "**Final Fee Period**") |
| Final Amount of compensation sought as actual, reasonable, and necessary: | $2,775,040.00[2] |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] This amount includes an estimated $15,000 in additional fees and expenses incurred after November 10, 2025 in connection with (i) the preparation and prosecution of this Application and; (ii) the conversion of these Chapter 11 Cases to chapter 7 of the Bankruptcy Code. FTI reserves the right to seek additional amounts for fees and expenses incurred after November 10, 2025 if not accounted for herein, and in preparing this Application and reviewing the final fee applications of other professionals.

| | |
|---|---|
| Final Amount of expense reimbursement sought as actual, reasonable, and necessary: | $139.22 |
| Monthly Fee Period for which compensation and reimbursement are sought: | September 1, 2025 through November 10, 2025 |
| Monthly Amount of compensation sought as actual, reasonable, and necessary sought as actual and necessary: | $38,934.50 |
| Monthly Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a <u>monthly</u> and <u>final</u> fee application.

The total time expended for fee application preparation during the Monthly Fee Period is approximately 10.1 hours and the corresponding compensation requested is approximately $8,031.00.

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Docket No./ Date Filed | CNO Docket No./ Date Filed | Period Covered | Requested Fees | Requested Expenses | Allowed Fees | Allowed Expenses | Unpaid Fees | Unpaid Expenses |
|---|---|---|---|---|---|---|---|---|
| Docket No. 1359 12/16/24 | Docket No. 1614 1/7/25 | 9/25/24 - 10/31/24 | $ 1,166,253.00 | $ 139.22 | $ 1,166,253.00 | $ 139.22 | $ - | $ - |
| Docket No. 1420 12/23/24 | Docket No. 1710 1/14/25 | 11/1/24 - 11/30/24 | 570,378.50 | - | 570,378.50 | - | - | - |
| Docket No. 1834 1/23/25 | Docket No. 1997 2/18/25 | 12/1/24 - 12/31/24 | 228,482.00 | - | 228,482.00 | - | - | - |
| Docket No. 2075 2/25/2025 | Docket No. 2301 3/19/25 | 1/1/25 - 1/31/25 | 101,502.50 | - | 101,502.50 | - | - | - |
| Docket No. 2441 3/31/25 | Docket No. 2589 4/22/25 | 2/1/25-2/28/25 | 55,460.50 | - | 55,460.50 | - | - | - |
| Docket No. 2590 4/22/2025 | Docket No. 2742 5/14/25 | 3/1/25-3/31/25 | 115,519.50 | - | 115,519.50 | - | - | - |
| Docket No. 2813 5/29/25 | Docket No. 2910 6/24/25 | 4/1/25-4/30/25 | 306,623.50 | - | 306,623.50 | - | - | - |
| Docket No. 2965 7/10/25 | Docket No. 3055 8/4/25 | 5/1/25-5/31/25 | 142,689.50 | - | 142,689.50 | - | - | - |
| Docket No. 3052 7/31/25 | Docket No. 3102 8/25/25 | 6/1/25-6/30/25 | 13,722.50 | - | 13,722.50 | - | - | - |
| Docket No. 3169 9/18/25 | Docket No. 3235 10/14/25 | 7/1/25-8/31/25 | 20,474.00 | - | 16,379.20 | - | 4,094.80 | - |
| **Filed Fee Application Total** | | | **$ 2,721,105.50** | **$ 139.22** | **$ 2,717,010.70** | **$ 139.22** | **$ 4,094.80** | **$ -** |
| N/A | N/A | 9/1/25-11/10/25 | 38,934.50 | - | - | - | 38,934.50 | - |
| **Final Fee Period Total** | | | **$ 2,760,040.00** | **$ 139.22** | **$ 2,717,010.70** | **$ 139.22** | **$ 43,029.30** | **$ -** |
| N/A | N/A | Post 11/10/25 | 15,000.00 | - | - | - | 15,000.00 | - |
| **Post Final Fee Period Estimate** | | | **$ 15,000.00** | **$ -** | **$ -** | **$ -** | **$ 15,000.00** | **$ -** |
| **Grand Total Inc. Post Final Fee Period Estimate** | | | **$ 2,775,040.00** | **$ 139.22** | **$ 2,717,010.70** | **$ 139.22** | **$ 58,029.30** | **$ -** |

## COMPENSATION BY TIMEKEEPER DURING THE FINAL FEE PERIOD

| Professional | Position | September 2024 | | | October 1, 2024 - November 10, 2025 | | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| | | Billing Rate | Total Hours | Total Fees | Billing Rate | Total Hours | Total Fees | Total Hours | Total Fees |
| Steven Simms | Senior Managing Director | $1,495 | 2.8 | $4,186.00 | 1,525 | 88.7 | $135,267.50 | 91.5 | $139,453.50 |
| Clifford Zucker | Senior Managing Director | 1,390 | 19.4 | 26,966.00 | 1,445 | 100.6 | 145,367.00 | 120.0 | 172,333.00 |
| Steven Joffe | Senior Managing Director | 1,390 | 2.1 | 2,919.00 | | | | 2.1 | 2,919.00 |
| Alan Tantleff | Senior Managing Director | 1,315 | 0.2 | 263.00 | 1,445 | 1.2 | 1,734.00 | 1.4 | 1,997.00 |
| Guy Davis | Senior Managing Director | | | | 1,420 | 16.2 | 23,004.00 | 16.2 | 23,004.00 |
| Elizabeth Hu | Senior Managing Director | 1,180 | 9.3 | 10,974.00 | 1,305 | 226.5 | 295,582.50 | 235.8 | 306,556.50 |
| Timothy Schleeter | Senior Managing Director | | | | 1,275 | 30.3 | 38,632.50 | 30.3 | 38,632.50 |
| Adam Rauch | Senior Managing Director | | | | 1,225 | 1.1 | 1,347.50 | 1.1 | 1,347.50 |
| Gilbert Jones | Managing Director | | | | 1,155 | 1.9 | 2,194.50 | 1.9 | 2,194.50 |
| Megan Hyland | Managing Director | 1,110 | 28.6 | 31,746.00 | 1,155 | 356.9 | 412,219.50 | 385.5 | 443,965.50 |
| Edith Wong | Managing Director | | | | 1,155 | 0.5 | 577.50 | 0.5 | 577.50 |
| Philip Langton | Managing Director | | | | 1,155 | 11.6 | 13,398.00 | 11.6 | 13,398.00 |
| William Krogstad | Managing Director | 1,015 | 3.0 | 3,045.00 | 1,120 | 38.0 | 42,560.00 | 41.0 | 45,605.00 |
| Justin Koehler | Managing Director | | | | 1,120 | 10.5 | 11,760.00 | 10.5 | 11,760.00 |
| Brian Taylor | Managing Director | | | | 1,095 | 114.4 | 125,268.00 | 114.4 | 125,268.00 |
| Jeremy Gittelman | Senior Director | 1,025 | 14.3 | 14,657.50 | 1,065 | 21.3 | 22,684.50 | 35.6 | 37,342.00 |
| Joseph Sternberg | Senior Director | | | | 1,045 | 29.7 | 31,036.50 | 29.7 | 31,036.50 |
| Thiago Nunes Rodrigues | Senior Director | 980 | 42.5 | 41,650.00 | 1,020 | 257.3 | 262,446.00 | 299.8 | 304,096.00 |
| Max Abramson | Senior Director | | | | 1,000 | 57.7 | 57,700.00 | 57.7 | 57,700.00 |
| Dheeraj Garg | Director | | | | 1,010 | 3.0 | 3,030.00 | 3.0 | 3,030.00 |
| Sydney Ahmed | Director | 875 | 5.4 | 4,725.00 | 965 | 45.6 | 44,004.00 | 51.0 | 48,729.00 |
| Monica Healy | Director | | | | 965 | 21.2 | 20,458.00 | 21.2 | 20,458.00 |
| Maxwell Dawson | Senior Consultant | 730 | 14.9 | 10,877.00 | 820 | 13.7 | 11,234.00 | 28.6 | 22,111.00 |
| Brendon Lecours | Senior Consultant | 750 | 4.0 | 3,000.00 | 810 | 8.6 | 6,966.00 | 12.6 | 9,966.00 |
| Thomas Mcguire | Senior Consultant | | | | 810 | 91.5 | 74,115.00 | 91.5 | 74,115.00 |
| Calvin Aas | Senior Consultant | 665 | 51.9 | 34,513.50 | 760 | 625.5 | 475,380.00 | 677.4 | 509,893.50 |
| David Berry | Senior Consultant | | | | 645 | 181.4 | 117,003.00 | 181.4 | 117,003.00 |
| Matteo Whelton | Consultant | | | | 575 | 1.5 | 862.50 | 1.5 | 862.50 |
| Sophia Cassidy | Consultant | 495 | 8.6 | 4,257.00 | 575 | 207.5 | 119,312.50 | 216.1 | 123,569.50 |
| David Berry | Consultant | | | | 550 | 15.2 | 8,360.00 | 15.2 | 8,360.00 |
| Sarah Moran | Consultant | | | | 515 | 91.0 | 46,865.00 | 91.0 | 46,865.00 |
| Kevin Wang | Consultant | | | | 485 | 4.0 | 1,940.00 | 4.0 | 1,940.00 |
| Marili Hellmund-Mora | Manager | | | | 355 | 39.3 | 13,951.50 | 39.3 | 13,951.50 |
| **FINAL FEE PERIOD TOTAL** | | | 207.0 | $193,779.00 | | 2,713.4 | $2,566,261.00 | 2,920.4 | $2,760,040.00 |
| **POST FINAL FEE PERIOD TOTAL** | | | | | | | | N/A | $15,000.00 |
| **GRAND TOTAL** | | | 207.0 | $193,779.00 | | 2,713.4 | $2,566,261.00 | 2,920.4 | $2,775,040.00 |

**COMPENSATION BY PROJECT CATEGORY DURING THE FINAL FEE PERIOD**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 181.0 | $153,051.00 |
| 2 | Cash & Liquidity Analysis | 751.8 | 653,339.00 |
| 3 | Financing Matters (DIP, Exit, Other) | 124.0 | 134,585.00 |
| 4 | Trade Vendor Issues | 33.5 | 35,292.00 |
| 5 | Real Estate Issues | 139.8 | 133,589.50 |
| 6 | Asset Sales | 210.3 | 239,623.50 |
| 7 | Analysis of Business Plan | 70.5 | 68,269.50 |
| 9 | Analysis of Employee Compensation Programs | 10.6 | 12,151.00 |
| 10 | Analysis of Tax Issues | 3.6 | 4,886.50 |
| 11 | Prepare for and Attendance at Court Hearings | 43.8 | 52,676.50 |
| 12 | Analysis of SOFAs & SOALs | 110.2 | 92,914.50 |
| 13 | Analysis of Other Miscellaneous Motions | 174.0 | 176,394.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 43.4 | 48,152.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 704.4 | 673,660.50 |
| 19 | Case Management | 31.2 | 32,976.50 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 2.4 | 2,995.50 |
| 21 | General Meetings with Committee & Committee Counsel | 59.7 | 78,456.00 |
| 23 | Firm Retention | 13.0 | 11,968.00 |
| 24 | Preparation of Fee Application | 213.2 | 155,059.00 |
| | **SUBTOTAL** | **2,920.4** | **$2,760,040.00** |
| | **POST FINAL FEE PERIOD TOTAL** | **N/A** | **$15,000.00** |
| | **GRAND TOTAL** | **2,920.4** | **$2,775,040.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No.: 24-11967 (JKS)<br><br>Jointly Administered<br><br>**Obj. Deadline: January 9, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: January 29, 2026 at 4:00 p.m. (ET)** |

**COMBINED ELEVENTH MONTHLY AND FINAL FEE APPLICATION OF
FTI CONSULTING, INC. FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM SEPTEMBER 25, 2024 THROUGH NOVEMBER 10, 2025**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 519] (the "**Interim Compensation Procedures**"), and the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3319] (the "**Conversion Order**"), FTI Consulting, Inc. ("**FTI**"), as financial advisor to the Official Committee of Unsecured Creditors

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

(the "**Committee**"), of Big Lots, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") hereby submits this Combined Monthly and Final Fee Application[2] (the "**Application**") for actual and necessary professional services rendered for the periods from September 25, 2024 through November 10, 2025 (the "**Final Fee Period"**), and monthly allowance of compensation for actual and necessary professional services rendered for the periods from September 1, 2025 through November 10, 2025 (the "**Monthly Fee Period**").

## JURISDICTION AND VENUE

1. The United States District Court for the District of Delaware has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the United States Bankruptcy Court for the District of Delaware (the "**Court**") under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. The Committee confirms its consent, pursuant to Local Rule 9013-1(f), to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1.

## BACKGROUND

4. On September 9, 2024, the Debtors filed with this Court their voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.in this Court.

---

[2] Capitalized terms used but not otherwise defined herein shall have the definitions ascribed to them in the Interim Compensation Procedures and the Conversion Order.

5

5. On September 23, 2024, the Office of the United States Trustee for Region 3 (the "**U.S. Trustee**") filed the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 248]. The Committee members are:

   a) Realty Income Corporation;

   b) Blue Owl Real Estate Capital LLC;

   c) America's Realty, LLC.;

   d) Zest Garden Limited;

   e) NCR Voyiz Corporation (f/k/a/NCR Corporation);

   f) Twin Star International, Inc., and;

   g) Everstar Merchandise Co., Limited.

6. On September 24, 2024 the Committee selected McDermott Will & Emery LLP as its counsel and Cole Schotz P.C. as its special real estate counsel, efficiency counsel and Delaware counsel.

7. On September 25, 2024 the Committee selected FTI as its financial advisor.

8. On November 20, 2024, the Court entered the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors* [Docket No. 1186] (the "**Retention Order**").

9. On December 9, 2024, NCR Voyiz Corporation (f/k/a NCR Corporation) resigned from the Committee.

## RELIEF REQUESTED

10. FTI submits this Application pursuant to the Bankruptcy Rules, the Interim Compensation Procedures, the Conversion Order, and the Retention Order. By this Application, FTI seeks (i) allowance of 100% of compensation for actual and necessary professional services

rendered in the Monthly Fee Period in the amount of $38,934.50 and reimbursement of expenses in the amount of $0.00, and (ii) final allowance of 100% of compensation for actual and necessary professional services rendered in the Final Fee Period in the amount of $2,775,040.00[3] and reimbursement of expenses in the amount of $139.22, in accordance with the terms of the Interim Compensation Order.

## MONTHLY FEE APPLICATIONS DURING THE FINAL FEE PERIOD

11. FTI filed ten (10) monthly fee applications (the "**Monthly Fee Applications**") during the Final Fee Period pursuant to the Interim Compensation Order. The Monthly Fee Applications contain detailed descriptions of the services rendered in the amount of $2,721,105.50 together with actual, reasonable, and necessary expenses of $139.22 for a total of $2,721,244.72 and is noted below:

---

[3] This amount includes an estimated $15,000 in additional fees and expenses incurred after November 10, 2025 in connection with (i) the preparation and prosecution of this Application and; (ii) the conversion of these Chapter 11 Cases to chapter 7 of the Bankruptcy Code. FTI reserves the right to seek additional amounts for fees and expenses incurred after November 10, 2025 if not accounted for herein, and in preparing this Application and reviewing the final fee applications of other professionals.

| Docket No./ Date Filed | CNO Docket No./ Date Filed | Period Covered | Requested | | Allowed | | Unpaid | |
|---|---|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| Docket No. 1359 12/16/24 | Docket No. 1614 1/7/25 | 9/25/24 - 10/31/24 | $ 1,166,253.00 | $ 139.22 | $ 1,166,253.00 | $ 139.22 | $ - | $ - |
| Docket No. 1420 12/23/24 | Docket No. 1710 1/14/25 | 11/1/24 - 11/30/24 | 570,378.50 | - | 570,378.50 | - | - | - |
| Docket No. 1834 1/23/25 | Docket No. 1997 2/18/25 | 12/1/24 - 12/31/24 | 228,482.00 | - | 228,482.00 | - | - | - |
| Docket No. 2075 2/25/2025 | Docket No. 2301 3/19/25 | 1/1/25 - 1/31/25 | 101,502.50 | - | 101,502.50 | - | - | - |
| Docket No. 2441 3/31/25 | Docket No. 2589 4/22/25 | 2/1/25-2/28/25 | 55,460.50 | - | 55,460.50 | - | - | - |
| Docket No. 2590 4/22/2025 | Docket No. 2742 5/14/25 | 3/1/25-3/31/25 | 115,519.50 | - | 115,519.50 | - | - | - |
| Docket No. 2813 5/29/25 | Docket No. 2910 6/24/25 | 4/1/25-4/30/25 | 306,623.50 | - | 306,623.50 | - | - | - |
| Docket No. 2965 7/10/25 | Docket No. 3055 8/4/25 | 5/1/25-5/31/25 | 142,689.50 | - | 142,689.50 | - | - | - |
| Docket No. 3052 7/31/25 | Docket No. 3102 8/25/25 | 6/1/25-6/30/25 | 13,722.50 | - | 13,722.50 | - | - | - |
| Docket No. 3169 9/18/25 | Docket No. 3235 10/14/25 | 7/1/25-8/31/25 | 20,474.00 | - | 16,379.20 | - | 4,094.80 | - |
| **Filed Fee Application Total** | | | **$ 2,721,105.50** | **$ 139.22** | **$ 2,717,010.70** | **$ 139.22** | **$ 4,094.80** | **$ -** |
| N/A | N/A | 9/1/25-11/10/25 | 38,934.50 | - | - | - | 38,934.50 | - |
| **Final Fee Period Total** | | | **$ 2,760,040.00** | **$ 139.22** | **$ 2,717,010.70** | **$ 139.22** | **$ 43,029.30** | **$ -** |
| N/A | N/A | Post 11/10/25 | 15,000.00 | - | - | - | 15,000.00 | - |
| **Post Final Fee Period Estimate** | | | **$ 15,000.00** | **$ -** | **$ -** | **$ -** | **$ 15,000.00** | **$ -** |
| **Grand Total Inc. Post Final Fee Period Estimate** | | | **$ 2,775,040.00** | **$ 139.22** | **$ 2,717,010.70** | **$ 139.22** | **$ 58,029.30** | **$ -** |

12. Services rendered by each professional and paraprofessional and a summary of the time incurred by task are attached to the Monthly Fee Application.

13. FTI has received $2,717,010.70 in fees and $139.22 in expenses from the Debtors, and the amount of $43,029.30 in fees and $0.00 in expenses remain outstanding for the Final Fee Period, including $38,934.50 for the Monthly Fee Period, and $15,000 in fees are estimated related to the preparation of this Application for an aggregate total of $58,029.30 outstanding as of the filing of this Application. Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses. Services rendered by (i) each professional and paraprofessional, (ii) a summary of the time incurred by task, and (iii) detailed time entries during the Monthly Fee Period are attached hereto as **Exhibit A,** **Exhibit B,** and **Exhibit C,** respectively.

5

**SUMMARY OF SERVICES RENDERED DURING THE FINAL FEE PERIOD**

14. FTI classified the services performed into separate categories. The descriptions below summarize the services provided by FTI to the Committee during the Final Fee Period:

*1 – Current Operating Results & Events (181.0 hours)*

15. FTI reviewed and analyzed financial and operating information distributed by the Debtors and their advisors related to historical and current performance. Additionally, FTI assessed and monitored going out of business sales and compared against forecasts.

*2 – Cash & Liquidity Analysis (751.8 hours)*

16. FTI analyzed and assessed the Debtors' initial cash flow forecast and subsequent updated versions, which included the detailed review of underlying models, comparison to actual liquidity results, and diligence calls with the Debtors' advisors. Additionally, FTI monitored the Debtors' liquidity and actual performance versus budget on a weekly basis. FTI prepared and presented reports to the Committee summarizing and analyzing the details of actual results and the initial and revised budgets in order to keep the Committee informed of the Debtors' current and projected liquidity position. FTI also diligenced the proposed GBRP settlement and its impact on liquidity and related funding, and met with the Debtors' financial advisors regarding the same.

*3 – Financing Matters (DIP, Exit, Other) (124.0 hours)*

17. FTI reviewed and analyzed issues relating to the DIP facility which included the detailed diligence of the DIP credit agreements, assessment of potential objections and resolutions to the DIP Order, and evaluation of the DIP fees and costs. In addition, FTI provided comments to Committee counsel concerning the same.

*5 – Real Estate Issues (139.8 hours)*

18. FTI reviewed and analyzed certain real estate issues, including lease rejections, the status of related lease negotiations, store closures, and related store-level performance indicators. Additionally, FTI participated in periodic calls with the Debtors' real estate advisors to discuss updates on the lease sale process and negotiations with landlords.

*6 – Asset Sales (210.3 hours)*

19. FTI closely monitored the initial sale process and issues related to closing, including participating in periodic calls with the Debtors' investment bankers on the status and update. FTI also identified and brought additional parties to the sale process in coordination with the Debtors' advisors. FTI reviewed and analyzed the bid procedures, the stalking horse bid, sale closing issues, as well as the additional bids that came in, including the GBRP bid. FTI prepared weekly update to the Committee on the sale process update.

*12 – Analysis of SOFAs & SOALs (110.2 hours)*

20. FTI analyzed and assessed the Debtors' SOFA & SOALs, which included the detailed review of supporting schedules, such as assets and claims by debtor as well as 90-day and 1-year payments. FTI developed diligence questions and participated in calls with the Debtors' advisors to address these questions. FTI prepared reports to the Committee summarizing and analyzing the details of the SOFA & SOALs.

*13 – Analysis of Other Miscellaneous Motions (174.0 hours)*

21. Time in this code primarily includes analysis of various first day motions including professional retention applications. FTI summarized findings and proposed several modifications, certain of which were adopted in the final orders. FTI also prepared a benchmarking analysis for the economic terms of the proposed retentions of the Debtors' investment banker, financial

advisor, and real estate advisor, comparing such terms to those approved in recent cases. FTI prepared a report summarizing observations and recommendations regarding the retentions of the Debtors' investment banker, financial advisor, and real estate advisor.

*18 – Potential Avoidance Actions & Litigation Matters (704.4 hours)*

22. FTI provided support to Committee counsel's investigation of potential D&O claims and avoidance actions. This included developing discovery requests and information request lists, assessment of financial and other documents, preparation of financial analysis and related presentation materials, and participation in multiple calls with Committee counsel to discuss these matters, including strategy and potential settlement. FTI also reviewed and drafted comments to the draft Adversary Complaint and assisted counsel in settlement discussions. These efforts ultimately culminated in a settlement that provided meaningful value to the estates.

23. FTI's estimated fees in the Final Fee Period relate to the preparation of this Application.

24. FTI believes that the fees and out-of-pocket expenses requested are reasonable and necessary services rendered or expenses incurred on behalf of the Committee during the Final Fee Period.

25. FTI has not entered into any agreement, express or implied, with any other party for the purposes of fixing or sharing fees or other compensation to be paid for professional services rendered in the Chapter 11 Cases. No promises have been received by FTI or any member thereof as to compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

5

**CONCLUSION**

WHEREFORE, FTI as financial advisor to the Committee, respectfully requests that the Court enter an order providing (i) a final allowance to FTI in the amount of $2,775,040.00[4] together with actual, reasonable, and necessary expenses of $139.22, for a total requested final payment of $2,775,179.22 as compensation for professional services rendered during the Final Fee Period (including $38,934.50 for the Monthly Fee Period), (ii) authorizing and directing to pay FTI $58,029.30, which represents the remaining outstanding balance of $43,029.30 in fees and $0.00 in expenses related to the Final Fee Period and an estimation of $15,000 in fees related to the preparation of this Application; and (iii) such other and further relief as this Court deems proper.

Dated: December 23, 2025    Respectfully submitted,
New York, New York

By: */s/ Clifford A. Zucker*
Clifford A. Zucker
**FTI Consulting, Inc.**
1166 Avenue of the Americas FL 15
New York, New York, 10036
Telephone: (212) 841-9355
Email: cliff.zucker@fticonsulting.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

---

[4] This amount includes an estimated $15,000 in additional fees and expenses incurred after November 10, 2025 in connection with (i) the preparation and prosecution of this Application and; (ii) the conversion of these Chapter 11 Cases to chapter 7 of the Bankruptcy Code. FTI reserves the right to seek additional amounts for fees and expenses incurred after November 10, 2025 if not accounted for herein, and in preparing this Application and reviewing the final fee applications of other professionals.

## VERIFICATION PURSUANT TO DEL. BANKR. L.R. 2016-1(g) AND 28 U.S.C. § 1746

I, Cliff Zucker, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1. I am a Senior Managing Director with the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("**FTI**"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "**Committee**") of Big Lots, Inc. and its affiliated debtors and debtors in possession.

2. I have read the foregoing statement and application of FTI for compensation and reimbursement of expenses (the "**Application**"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-1, and the Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: December 23, 2025

FTI CONSULTING, INC.

By: */s/ Clifford A. Zucker*
Cliff Zucker
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone: 212-841-9355
E-mail: cliff.zucker@fticonsulting.com

*Financial Advisors to the Official Committee of Unsecured Creditors*