**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD SEPTEMBER 1, 2025 TO NOVEMBER 10, 2025**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Steven Simms | Senior Managing Director | $1,525 | 1.0 | $1,525.00 |
| Elizabeth Hu | Senior Managing Director | 1,305 | 16.4 | 21,402.00 |
| Megan Hyland | Managing Director | 1,155 | 2.8 | 3,234.00 |
| Calvin Aas | Senior Consultant | 760 | 16.2 | 12,312.00 |
| Marili Hellmund-Mora | Manager | 355 | 1.3 | 461.50 |
| **GRAND TOTAL** | | | **37.7** | **$38,934.50** |

**EXHIBIT B**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD SEPTEMBER 1, 2025 TO NOVEMBER 10, 2025**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 11.7 | $10,309.00 |
| 11 | Prepare for and Attendance at Court Hearings | 0.7 | 838.50 |
| 13 | Analysis of Other Miscellaneous Motions | 2.2 | 2,811.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 11.6 | 15,208.00 |
| 18 | Potential Avoidance Actions & Litigation Matters | 1.2 | 1,476.00 |
| 19 | Case Management | 0.2 | 261.00 |
| 24 | Preparation of Fee Application | 10.1 | 8,031.00 |
| | **GRAND TOTAL** | **37.7** | **$38,934.50** |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2025 TO NOVEMBER 10, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 9/2/2025 | Calvin Aas | 0.2 | Assess fees in connection with the budget. |
| 2 | 9/9/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 9/15/2025 | Calvin Aas | 0.1 | Correspond with Debtors' financial advisors re: Committee advisor fee estimates. |
| 2 | 9/16/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 9/23/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 9/30/2025 | Calvin Aas | 0.3 | Assess fees in connection with the budget. |
| 2 | 10/7/2025 | Calvin Aas | 0.6 | Assess fees in connection with the budget. |
| 2 | 10/8/2025 | Calvin Aas | 0.2 | Assess fees in connection with the budget. |
| 2 | 10/9/2025 | Calvin Aas | 0.4 | Assess updated Committee fee estimates. |
| 2 | 10/10/2025 | Calvin Aas | 0.4 | Finalize updated Committee fee estimates. |
| 2 | 10/14/2025 | Calvin Aas | 0.5 | Assess fees in connection with the budget. |
| 2 | 10/15/2025 | Calvin Aas | 0.3 | Assess and correspond with Debtors' advisors re: fees in connection with the budget. |
| 2 | 10/22/2025 | Elizabeth Hu | 0.7 | Review and update escrow proposal. |
| 2 | 10/22/2025 | Calvin Aas | 0.4 | Assess fees in connection with the budget. |
| 2 | 10/23/2025 | Calvin Aas | 0.2 | Correspond with the Debtors' advisors on fees in connection with the budget. |
| 2 | 10/24/2025 | Elizabeth Hu | 0.3 | Assess professional fee escrow updates. |
| 2 | 10/24/2025 | Calvin Aas | 1.7 | Assess professional fee escrow funding. |
| 2 | 10/25/2025 | Calvin Aas | 0.1 | Continue assessing professional fee escrow funding. |
| 2 | 10/26/2025 | Calvin Aas | 0.1 | Continue assessing professional fee escrow funding. |
| 2 | 10/27/2025 | Elizabeth Hu | 0.4 | Review draft disbursing agent agreement. |
| 2 | 10/27/2025 | Calvin Aas | 1.0 | Correspond with Debtors' advisors re: assessment of professional fee account funding. |
| 2 | 10/28/2025 | Elizabeth Hu | 0.2 | Review disbursing agent agreement changes. |
| 2 | 10/28/2025 | Elizabeth Hu | 0.4 | Analyze professional fee escrow for final distribution. |
| 2 | 10/28/2025 | Calvin Aas | 1.7 | Finalize analysis of professional fee escrow funding need. |
| 2 | 10/29/2025 | Elizabeth Hu | 0.3 | Correspond with Debtors' advisors on professional fee escrow re: final distribution before conversion. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2025 TO NOVEMBER 10, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 10/30/2025 | Elizabeth Hu | 0.3 | Review revisions to Kroll disbursing agent agreement. |
| **2 Total** | | | **11.7** | |
| 11 | 11/4/2025 | Megan Hyland | 0.5 | Listen to conversion hearing. |
| 11 | 11/4/2025 | Elizabeth Hu | 0.2 | Review Committee counsel's update on conversion hearing. |
| **11 Total** | | | **0.7** | |
| 13 | 10/9/2025 | Megan Hyland | 0.2 | Review case updates for the Committee re: key docket filings. |
| 13 | 10/21/2025 | Elizabeth Hu | 0.3 | Review draft chapter 7 conversion motion. |
| 13 | 10/22/2025 | Elizabeth Hu | 0.3 | Correspond with Committee counsel re: conversion motion. |
| 13 | 10/22/2025 | Elizabeth Hu | 0.5 | Assess redline to conversion motion. |
| 13 | 10/23/2025 | Elizabeth Hu | 0.3 | Review updated conversion motion draft. |
| 13 | 10/31/2025 | Elizabeth Hu | 0.2 | Review Committee counsel's email re: next steps on conversion motion and UST response. |
| 13 | 10/31/2025 | Megan Hyland | 0.2 | Review and update conversion motion. |
| 13 | 11/10/2025 | Elizabeth Hu | 0.2 | Review conversion order update email draft from Committee counsel. |
| **13 Total** | | | **2.2** | |
| 14 | 9/22/2025 | Megan Hyland | 0.3 | Participate on call with Debtors' financial advisors re: administrative claims and distribution. |
| 14 | 9/22/2025 | Megan Hyland | 0.1 | Review analysis of administrative claims distribution. |
| 14 | 9/22/2025 | Steven Simms | 0.4 | Assess administrative claim distributions. |
| 14 | 9/22/2025 | Elizabeth Hu | 0.3 | Participate on call with Debtors' financial advisors re: administrative claims and distribution. |
| 14 | 9/22/2025 | Elizabeth Hu | 0.5 | Review follow up items re: administrative claims and distribution. |
| 14 | 9/26/2025 | Megan Hyland | 0.2 | Review case updates for Committee re: administrative claims. |
| 14 | 10/6/2025 | Elizabeth Hu | 0.4 | Assess update from Debtors re: administrative claims. |
| 14 | 10/8/2025 | Elizabeth Hu | 0.2 | Correspond with Committee counsel re: remaining estate assets. |
| 14 | 10/8/2025 | Megan Hyland | 0.2 | Review case updates re: administrative claims distributions. |
| 14 | 10/14/2025 | Elizabeth Hu | 0.4 | Participate on call with Debtors' financial advisors re: remaining assets. |
| 14 | 10/14/2025 | Elizabeth Hu | 0.5 | Participate on follow-up call with Debtors' advisors re: administrative claims and distribution. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2025 TO NOVEMBER 10, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 10/14/2025 | Elizabeth Hu | 0.5 | Participate on follow-up call with Debtors' advisors re: remaining assets. |
| 14 | 10/14/2025 | Elizabeth Hu | 0.5 | Participate on call with Committee counsel re: administrative claims and distribution. |
| 14 | 10/15/2025 | Steven Simms | 0.6 | Assess case items re: administrative claims. |
| 14 | 10/15/2025 | Elizabeth Hu | 0.6 | Assess draft notice of administrative claim distribution. |
| 14 | 10/16/2025 | Elizabeth Hu | 0.2 | Review administrative claim distribution issues. |
| 14 | 10/16/2025 | Elizabeth Hu | 0.7 | Analyze potential distribution and reserve issues. |
| 14 | 10/17/2025 | Elizabeth Hu | 0.2 | Correspond with Debtors' advisors re: distribution cash estimate. |
| 14 | 10/17/2025 | Elizabeth Hu | 0.2 | Participate on follow-up call with Committee counsel re: administrative distribution and reserve. |
| 14 | 10/17/2025 | Elizabeth Hu | 0.4 | Participate on call with Committee counsel to discuss administrative distribution and reserve. |
| 14 | 10/17/2025 | Elizabeth Hu | 0.5 | Participate on call with Debtors' advisors to discuss administrative distribution and reserve. |
| 14 | 10/17/2025 | Elizabeth Hu | 0.2 | Review proposed language in the distribution notice. |
| 14 | 10/19/2025 | Megan Hyland | 0.2 | Review Committee case updates re: administrative claims. |
| 14 | 10/20/2025 | Elizabeth Hu | 0.7 | Review and analyze unresolved claim detail. |
| 14 | 10/21/2025 | Elizabeth Hu | 0.4 | Participate on call with Committee counsel to walk through unresolved claim detail. |
| 14 | 10/21/2025 | Elizabeth Hu | 0.7 | Further review and analyze unresolved claim detail for reserve proposal. |
| 14 | 10/21/2025 | Elizabeth Hu | 0.4 | Participate on follow-up call with Committee counsel to debrief on unresolved claims call. |
| 14 | 10/21/2025 | Elizabeth Hu | 0.6 | Review Debtors' responses on certain unresolved claims. |
| 14 | 10/21/2025 | Elizabeth Hu | 0.5 | Participate on call with Debtors' advisors to walk through unresolved claims and related issues. |
| **14 Total** | | | **11.6** | |
| 18 | 9/17/2025 | Elizabeth Hu | 0.6 | Assess D&O settlement document drafts. |
| 18 | 9/17/2025 | Megan Hyland | 0.6 | Review D&O settlement agreements and filings. |
| **18 Total** | | | **1.2** | |
| 19 | 10/27/2025 | Elizabeth Hu | 0.2 | Correspond with Committee counsel re: post conversion role. |
| **19 Total** | | | **0.2** | |
| 24 | 9/4/2025 | Calvin Aas | 1.6 | Prepare July-August fee application. |

**EXHIBIT C**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2025 TO NOVEMBER 10, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 9/4/2025 | Calvin Aas | 0.3 | Review and confirm amounts in third interim fee order. |
| 24 | 9/4/2025 | Megan Hyland | 0.1 | Review and provide comments to the updated July-August fee application. |
| 24 | 9/5/2025 | Calvin Aas | 1.3 | Prepare July-August fee application. |
| 24 | 9/5/2025 | Megan Hyland | 0.2 | Review and provide comments on July-August fee application. |
| 24 | 9/8/2025 | Calvin Aas | 0.3 | Respond to FTI team comments re: July-August fee application. |
| 24 | 9/8/2025 | Calvin Aas | 0.1 | Correspond with Committee counsel re: third interim fee order. |
| 24 | 9/8/2025 | Calvin Aas | 0.2 | Finalize updated draft of July-August fee application. |
| 24 | 9/10/2025 | Calvin Aas | 0.4 | Update July-August fee application. |
| 24 | 9/10/2025 | Elizabeth Hu | 0.4 | Review draft July-August fee application. |
| 24 | 9/11/2025 | Calvin Aas | 1.2 | Update the July-August fee application. |
| 24 | 9/15/2025 | Calvin Aas | 0.3 | Assess July-August fee application updates. |
| 24 | 9/15/2025 | Elizabeth Hu | 0.4 | Review July-August fee application draft. |
| 24 | 9/15/2025 | Elizabeth Hu | 0.6 | Review and provide comments on July-August fee application. |
| 24 | 9/18/2025 | Calvin Aas | 0.3 | Finalize July-August fee application. |
| 24 | 10/8/2025 | Marili Hellmund-Mora | 1.3 | Prepare final fee application. |
| 24 | 10/16/2025 | Calvin Aas | 0.8 | Update final fee application. |
| 24 | 10/20/2025 | Calvin Aas | 0.3 | Review changes to final fee application. |
| **24 Total** | | | **10.1** | |
| **Grand Total** | | | **37.7** | |