## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline**:<br>January 16, 2026 at 4:00 p.m. (ET) |
| | **Hearing Date**:<br>January 29, 2026, at 11:00 a.m. (ET) |

**COMBINED FOURTEENTH MONTHLY FEE STATEMENT (FOR THE PERIOD OCTOBER 1, 2025 THROUGH AND INCLUDING NOVEMBER 10, 2025) AND FINAL FEE APPLICATION OF DAVIS POLK & WARDWELL LLP, AS BANKRUPTCY COUNSEL FOR THE CHAPTER 11 DEBTORS, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 9, 2024, THROUGH AND INCLUDING NOVEMBER 10, 2025**

| | |
|---|---|
| Name of Professional: | DAVIS POLK & WARDWELL LLP |
| Authorized to Provide Professional Services to: | Chapter 11 Debtors |
| Date of Retention: | October 21, 2024, *nunc pro tunc* to September 9, 2024 |
| Monthly Period for which compensation and reimbursement is sought: | October 1, 2025, through and including November 10, 2025 |

---

[1] The debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

| Monthly Amount of compensation sought as actual, reasonable and necessary: | $377,925.00 |
|---|---|
| Monthly Amount of reimbursement sought as actual, reasonable and necessary: | $2,091.06 |
| Final Period for which compensation and reimbursement is sought: | September 9, 2024, through and including November 10, 2025 |
| Final Amount of compensation sought as actual, reasonable and necessary: | $17,730,948.76[2] |
| Final Amount of reimbursement sought as actual, reasonable and necessary: | $108,398.13[3] |

This is a  _x_  monthly ___  interim _x_  final application

The total time expended for fee statement preparation is approximately 27.0 hours and the corresponding compensation requested is approximately $31,795.50.[4]

If this is not the first fee statement filed, disclose the following for each prior fee statement:

Prior Monthly Fee Statements Filed:

| DATE FILED | PERIOD COVERED | REQUESTED FEES / EXPENSES | APPROVED FEES / EXPENSES |
|---|---|---|---|
| 11/7/2024 D.I. 1040 | September 9, 2024 – September 30, 2024 | $1,622,452.00 / $14,645.65 | $1,622,452.00 / $14,645.65 |
| 12/4/2024 D.I. 1305 | October 1, 2024 – October 31, 2024 | $2,693,605.50 / $28,149.16 | $2,693,605.50 / $28,149.16 |
| 12/17/2024 D.I. 1367 | November 1, 2024 – November 30, 2024 | $2,799,817.50 / $13,067.39 | $2,799,817.50 / $13,067.39 |
| 1/15/2025 D.I. 1721 | December 1, 2024 – December 31, 2024 | $3,026,382.50 / $15,175.95 | $3,026,382.50 / $15,175.95 |
| 3/18/2025 D.I. 2282 | January 1, 2025 – January 31, 2025 | $2,232,226.00 / $8,652.35 | $2,202,782.00 / $8,494.67 |

---

[2] This amount includes an additional $225,000.00, which reflects Davis Polk's estimated fees incurred after November 10, 2025, through the final fee hearing in these cases. This amount is subject to augmentation based on the fees actually incurred by Davis Polk.

[3] This amount includes an additional $5,000.00, which reflects Davis Polk's estimated expenses incurred after November 10, 2025, through the final fee hearing in these cases.

[4] With the exception of 0.6 hours billed on November 6, 2025 (accounting for $438.00 in compensation), allowance for compensation for such time is not requested in this statement but will be sought in a subsequent fee statement.

| DATE FILED | PERIOD COVERED | REQUESTED FEES / EXPENSES | APPROVED FEES / EXPENSES |
|---|---|---|---|
| 4/7/2025 D.I. 2510 | February 1, 2025 – February 28, 2025 | $1,146,841.50 / $5,412.94 | $1,131,076.75 / $5,282.77 |
| 5/5/2025 D.I. 2685 | March 1, 2025 – March 31, 2025 | $1,220,080.00 / $4,186.30 | $1,220,080.00 / $4,166.30 |
| 6/27/2025 D.I. 2927 | April 1, 2025 – April 30, 2025 | $865,103.00 / $3,257.88 | $865,103.00 / $3,238.48 |
| 7/9/2025 D.I. 2978 | May 1, 2025 – May 31, 2025 | $736,029.00 / $3,209.38 | $588,823.20 / $3,209.38 |
| 8/6/2025 D.I. 3066 | June 1, 2025 – June 30, 2025 | $390,683.00 / $4,464.50 | $312,546.40 / $4,445.10 |
| 9/3/2025 D.I. 3139 | July 1, 2025 – July 31, 2025 | $134,517.00 / $0.00 | $107,613.00 / $0.00 |
| 10/15/2025 D.I. 3240 | August 1, 2025 – August 31, 2025 | $111,531.00 / $836.40 | $89,224.80 / $836.80 |
| 10/15/2025 D.I. 3241 | September 1, 2025 – September 30, 2025 | $196,000.50 / $0.00 | $156,800.40 / $0.00 |

Prior Interim Fee Applications Filed:

| DATE FILED | PERIOD COVERED | REQUESTED FEES / EXPENSES | APPROVED FEES / EXPENSES |
|---|---|---|---|
| 1/15/2025 D.I. 1721 | September 9, 2024 – December 31, 2024 | $10,142,257.50 / $71,038.15 | $10,142,257.50 / $59,201.84 |
| 5/15/2025 D.I. 2750 | January 1, 2025 – March 31, 2025 | $4,599,147.50 / $18,251.59 | $4,567,667.50 / $14,291.20 |
| 8/14/2025 D.I. 3087 | April 1, 2025 – June 30, 2025 | $1,991,815.00 / $10,931.76 | $1,976,050.25 / $10,762.79 |

**MONTHLY COMPENSATION BY PROFESSIONAL**

**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**October 1, 2025 through November 10, 2025**

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| James I. McClammy | Partner/Civil Litigation. Partner since 2015. Joined the firm as an associate in 2000. Member of NY Bar since 1999. | 2,645 | 5.6 | $14,812.00 |
| Brian M. Resnick | Partner/Restructuring. Partner since 2011. Joined the firm as an associate in 2003. Member of the NY Bar since 2004. | 2,645 | 11.8 | $31,211.00 |
| Adam L. Shpeen | Partner/Restructuring. Partner since 2021. Joined the firm as an associate in 2012. Member of the NY Bar since 2013. | 2,610 | 15.1 | $39,411.00 |
| **Counsel** | | | | |
| Stephen D. Piraino | Counsel/Restructuring. Joined the firm as an associate in 2014. Member of the NY Bar since 2014. | 2,040 | 103.9 | $211,956.00 |
| **Associates** | | | | |
| Matthew R. Brock | Associate/Litigation. Joined the firm as an associate in 2014. Member of the NY Bar since 2015. | 1,780 | 14.9 | $26,522.00 |
| Eli Feuerman | Associate/Restructuring. Joined the firm as an associate in 2024. Member of the NY Bar since 2025. | 1,065 | 6.3 | $6,709.50 |
| Jacob Goldberger | Associate/Restructuring. Joined the firm as an associate in 2023. Member of the NY Bar since 2023. | 1,255 | 1.0 | $1,255.00 |

---

[5] The hourly billing rate for non-working travel time has been adjusted to 50% of the normal rates.

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Rebecca Sattaur | Associate/Restructuring. Joined the firm as an associate in 2024. Member of the NY Bar since 2025 | 1,065 | 2.4 | $2,556.00 |
| Ethan Stern | Associate/Restructuring. Joined the firm as an associate in 2021. Member of the NY Bar since 2022. | 1,760 | 0.5 | $880.00 |
| Kevin L. Winiarski | Associate/Restructuring. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 1,255 | 28.9 | $36,269.50 |
| **Legal Assistants** | | | | |
| Paul Fabsik | Legal Assistant | 715 | 5.4 | $3,861.00 |
| **Total** | | **$1,897.21** | **199.2** | **$377,925.00**[6] |
| **BLENDED RATE: $1,897.21** | | | | |
| **ATTORNEY BLENDED RATE: $1,930.15** | | | | |

---

[6] This amount reflects a voluntary reduction in fees in the amount of $1,626.00.

**MONTHLY COMPENSATION BY PROJECT CATEGORY**

**FORMER BL STORES, INC., *et al.***
**(Case No. 24-11967 (JKS))**

**October 1, 2025 through November 10, 2025**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| AHG / UCC / Lender Issues | 1.1 | $1,930.00 |
| Asset Dispositions | 21.2 | $43,248.00 |
| Business Operations | 2.6 | $5,304.00 |
| Claims / Creditor Outreach | 22.4 | $33,674.00 |
| Corporate Governance / Board Matters / Communications | 0.2 | $408.00 |
| General Case Administration | 52.1 | $106,334.00 |
| Hearing Preparation / Attendance | 27.1 | $54,633.00 |
| Litigation | 48.7 | $97,960.50 |
| Regulatory / Antitrust / Tax / IP | 0.5 | $1,020.00 |
| Retention DPW: Preparation of Fee Applications, Budgeting | 14.2 | $14,932.00 |
| Travel (Non-Working) | 9.1 | $18,481.50 |
| **TOTAL** | **199.2** | **$377.925.00**[7] |

---

[7] This amount reflects a voluntary reduction in fees in the amount of $1,626.00.

**MONTHLY EXPENSE SUMMARY**

**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**October 1, 2025 through November 10, 2025**

| Expense Category | Total Expenses |
|---|---:|
| Court and Related Fees | $7.70 |
| Meals | $71.41 |
| Travel | $2,011.95 |
| **Grand Total Expenses** | **$2,091.06**[8] |

---

[8] This amount reflects a voluntary reduction in expenses in the amount of $3,547.40.

**FINAL COMPENSATION BY PROFESSIONAL**

**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**September 9, 2024 through November 10, 2025**

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[9] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Nick Caro | Partner/Sponsor Finance. Partner since 2024. Joined the firm as a partner in 2024. Member of the NY Bar since 2013. | 2,345 | 44.9 | $105,290.50 |
| Marcel R. Fausten | Partner/ Capital Markets. Partner since 2017. Joined the firm as an associate in 2007. Member of the NY Bar since 2008. | 2,375 | 0.8 | $1,900.00 |
| Corey M. Goodman | Partner/Tax. Partner since 2021. Joined the firm as a partner in 2021. Member of the NY Bar since 2008. | 2,375 | 18.3 | $43,462.50 |
| | | 2,645 | 5.1 | $13,489.50 |
| Brian D. Hirsch | Partner/Real Estate. Partner since 2018. Joined the firm as an associate in 2014. Member of the NY Bar since 2008. | 2,345 | 2.1 | $4,924.50 |
| | | 2,645 | 5.1 | $13,489.50 |
| Adam Kaminsky | Partner/Executive Compensation. Partner since 2019. Joined the firm as a partner in 2019. Member of the NY Bar since 2006. | 2,375 | 17.3 | $41,087.50 |
| James I. McClammy | Partner/Civil Litigation. Partner since 2015. Joined the firm as an associate in 2000. Member of NY Bar since 1999. | 2,375 | 210.9 | $500,887.50 |
| | | 2,645 | 72.8 | $192,556.00 |
| Ashok Ramani | Partner/IP Litigation. Partner since 2018. Joined the firm as a partner in 2018. Member of CA Bar since 1998. | 2,375 | 1.0 | $2,375.00 |
| Brian M. Resnick | Partner/Restructuring. Partner since 2011. Joined the firm as an associate in 2003. Member of the NY Bar since 2004. | 2,375 | 508.3 | $1,207,212.50 |
| | | 2,645 | 159.0 | $420,555.00 |

[9] The hourly billing rate for non-working travel time has been adjusted to 50% of the normal rates.

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[9] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Pritesh P. Shah | Partner/Intellectual Property. Partner since 2015. Joined the firm as an associate in 2008. Member of the NY Bar since 2009. | 2,375 | 4.4 | $10,450.00 |
| Howard Shelanski | Partner/Antitrust & Competition. Partner since 2017. Joined the firm as a partner in 2017. Member of the DC Bar since 1996. | 2,375 | 4.6 | $10,925.00 |
| Adam L. Shpeen | Partner/Restructuring. Partner since 2021. Joined the firm as an associate in 2012. Member of the NY Bar since 2013. | 2,345 | 460 | $1,078,700.00 |
| | | 2,610 | 135.0 | $352,350.00 |
| Patrick E. Sigmon | Partner/Tax. Partner since 2019. Joined the firm as an associate in 2014. Member of the NY Bar since 2011. | 2,345 | 0.4 | $938.00 |
| Brian Wolfe | Partner/Mergers & Acquisitions. Partner since 2015. Joined the firm as an associate in 2008. Member of the NY Bar since 2008. | 2,375 | 72.4 | $171,950.00 |
| | | 2,645 | 8.0 | $21,160.00 |
| **Counsel** | | | | |
| Avelina Burbridge | Counsel/Real Estate. Joined the firm as a counsel in 2024. Member of the NY Bar since 2015. | 2,040 | 156.8 | $319,872.00 |
| Mary K. Marks | Counsel/Antitrust & Competition. Joined the firm as a counsel in 2015. Member of the NY Bar since 1994. | 1,830 | 12.9 | $23,607.00 |
| Tracy L. Matlock | Counsel/Tax. Joined the firm as an associate in 2011. Member of the NY Bar since 2013. | 1,830 | 25.0 | $45,750.00 |
| | | 2,040 | 9.2 | $18,768.00 |
| Joanna McDonald | Counsel/Restructuring. Joined the firm as an associate in 2020. Member of the NY Bar since 2014. | 1,830 | 7.7 | $14,091.00 |
| Jason Palios | Counsel/Sponsor Finance. Joined the firm as an associate in 2020. Member of the NY Bar since 2016. | 1,725 | 9.0 | $15,525.00 |
| Jonah A. Peppiatt | Counsel/Restructuring. Joined the firm as an associate in 2016. Member of the NY Bar since 2015. | 1,725 | 181.8 | $313,605.00 |
| Stephen D. Piraino | Counsel/Restructuring. Joined the firm as an associate in 2014. Member of the NY Bar since 2014. | 1,830 | 585.8 | $1,072,014.00 |
| | | 2,040 | 912.4 | $1,861,296.00 |
| Lawrence R. Plotkin | Counsel/Real Estate. Joined the firm as a counsel in 2015. Member of the NY Bar since 1991. | 1,830 | 15.7 | $28,731.00 |

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[9] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Heather Weigel | Counsel/Mergers & Acquisitions. Joined the firm as an associate in 2017. Member of the NY Bar since 2018. | 1,725 | 151.5 | $261,337.50 |
| | | 1,790 | 25.4 | $45,466.00 |
| Erika D. White | Counsel/Restructuring. Joined the firm as an associate in 1986. Member of the NY Bar since 1982. | 1,830 | 0.3 | $549.00 |
| **Associates** | | | | |
| Gennie A. Amir | Associate/Real Estate. Joined the firm as an associate in 2022. Member of the NY Bar since 2023. | 1,140 | 67.4 | $76,836.00 |
| | | 1,670 | 124.6 | $208,082.00 |
| Sadaf Bajwa | Associate/Litigation. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 1,255 | 7.4 | $9,287.00 |
| Yi Bao | Associate/Mergers & Acquisitions. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 1,255 | 9.7 | $12,173.50 |
| Jonathan Bi | Associate/Mergers & Acquisitions. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 965 | 172.9 | $166,848.50 |
| | | 1,255 | 56.5 | $70,907.50 |
| Matthew R. Brock | Associate/Litigation. Joined the firm as an associate in 2014. Member of the NY Bar since 2015. | 1,590 | 462.5 | $735,375.00 |
| | | 1,780 | 515 | $916,700.00 |
| Vincent Cahill | Associate/Restructuring. Joined the firm as an associate in 2022. Member of the NY Bar since 2023. | 1,140 | 467.7 | $533,178.00 |
| | | 1,670 | 238.2 | $397,794.00 |
| Louis W. Chisholm | Associate/Litigation. Joined the firm as an associate in 2024. Member of the NY Bar since 2021. | 1,780 | 56.1 | $99,858.00 |
| Rachel Chiu | Associate/Restructuring. Joined the firm as an associate in 2024. Member of the NY Bar since 2025. | 1,065 | 2.5 | $2,662.50 |
| Charles Collier | Associate/Tax. Joined the firm as an associate in 2021. Member of the NY Bar since 2018. | 1,590 | 59.9 | $95,241.00 |
| | | 1,780 | 4.9 | $8,722.00 |
| Eli Feuerman | Associate/Restructuring. Joined the firm as an associate in 2024. Member of the NY Bar since 2025. | 1,065 | 13.7 | $14,590.50 |
| Katarzyna (Kate) M. Fine | Associate/Restructuring. Joined the firm as an associate in 2021. Member of the NY Bar since 2015. | 1,490 | 37.5 | $55,875.00 |
| | | 1,760 | 4.3 | $7,568.00 |
| Lachlan J. Forrester | Associate/Intellectual Property. Joined the firm as an associate in 2022. Member of the NY Bar since 2023. | 1,570 | 9.4 | $14,758.00 |

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[9] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Austin Fuss | Associate/Intellectual Property. Joined the firm as an associate in 2022. Member of the NY Bar since 2023. | 1,140 | 2.2 | $2,508.00 |
| Henry G. Goldberg | Associate/Litigation. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 965 | 17.4 | $16,791.00 |
| Jacob Goldberger | Associate/Restructuring. Joined the firm as an associate in 2023. Member of the NY Bar since 2023. | 965 | 593.5 | $572,727.50 |
| | | 1,255 | 336.6 | $422,433.00 |
| Madison Gonzalez | Associate/Litigation. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 1,255 | 0.9 | $1,129.50 |
| Omar Hersi | Associate/Tax. Joined the firm as an associate in 2022. Member of the NY Bar since 2023. | 1,670 | 2.0 | $3,340.00 |
| Cameron K. Hood | Associate/Mergers & Acquisitions. Joined the firm as an associate in 2022. Member of the NY Bar since 2023. | 1,140 | 61.4 | $69,996.00 |
| | | 1,670 | 7.0 | $11,690.00 |
| Kamali Houston | Associate/Civil Litigation. Joined the firm as an associate in 2020. Member of the NY Bar since 2022. | 1,570 | 18.8 | $29,516.00 |
| | | 1,780 | 2.6 | $4,628.00 |
| Lincoln Jim | Associate/Capital Markets. Joined the firm as an associate in 2017. Member of the NY Bar since 2020. | 1,590 | 8.1 | $12,879.00 |
| Justin Alexander Kasprisin | Associate/Executive Compensation. Joined the firm as an associate in 2017. Member of the NY Bar since 2012. | 1,590 | 16.3 | $25,917.00 |
| Kyle Kreider | Associate/Restructuring. Joined the firm as an associate in 2022. Member of the NY Bar since 2023. | 1,140 | 13.8 | $15,732.00 |
| Grace Lee | Associate/Civil Litigation. Joined the firm as an associate in 2019. Member of the NY Bar since 2020. | 1,590 | 36.0 | $57,240.00 |
| Laura S. Lee | Associate/Executive Compensation. Joined the firm as an associate in 2022. Member of the NY Bar since 2021. | 1,570 | 0.8 | $1,256.00 |
| Andrew Lent | Associate/Real Estate. Joined the firm as an associate in 2020. Member of the NY Bar since 2022. | 1,490 | 20.0 | $29,800.00 |
| | | 1,760 | 51.3 | $90,288.00 |
| Lara Luo | Associate/Restructuring. Joined the firm as an associate in 2024. Member of the NY Bar since 2020. | 1,590 | 47.6 | $75,684.00 |

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[9] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Gabriella Mazero | Associate/Intellectual Property. Joined the firm as an associate in 2022. Member of the NY Bar since 2023. | 1,140 | 21.1 | $24,054.00 |
|  |  | 1,670 | 18.4 | $30,728.00 |
| Francesca Merrick | Associate/Litigation. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 965 | 9.6 | $9,264.00 |
| Kelsey Nelson | Associate/Tax. Joined the firm as an associate in 2022. Member of the NY Bar since 2024. | 1,140 | 3.7 | $4,218.00 |
| Daniel O'Toole | Associate/Antitrust & Competition. Joined the firm as an associate in 2020. Member of the DC Bar since 2022. | 1,570 | 12.4 | $19,468.00 |
| Caroline Peters | Associate/Tax. Joined the firm as an associate in 2022. Member of the NY Bar since 2024. | 1,140 | 67.3 | $76,722.00 |
|  |  | 1,670 | 16.4 | $27,388.00 |
| Alanna Phillips | Associate/Tax. Joined the firm as an associate in 2021. Member of the NY Bar since 2023. | 1,490 | 1.4 | $2,086.00 |
| Erin Piacenti | Associate/Mergers & Acquisitions. Joined the firm as an associate in 2021. Member of the NY Bar since 2022. | 1,490 | 31.0 | $46,190.00 |
| Rachel Prater | Associate/Restructuring. Joined the firm as an associate in 2024. Member of the NY Bar since 2025. | 1,065 | 5.1 | $5,431.50 |
| Adrian Rabin | Associate/Intellectual Property. Joined the firm as an associate in 2022. Member of the NY Bar since 2021. | 1,570 | 1.0 | $1,570.00 |
| Destiny Iisha Reyes | Associate/Restructuring. Joined the firm as an associate in 2023. Member of the NY Bar since 2022. | 1,490 | 2.0 | $2,980.00 |
| Rebecca Sattaur | Associate/Restructuring. Joined the firm as an associate in 2024. Member of the NY Bar since 2025 | 1,065 | 8.4 | $8,946.00 |
| Alexander G. Severance | Associate/Sponsor Finance. Joined the firm as an associate in 2024. Member of the NY Bar since 2022. | 1,490 | 48.6 | $72,414.00 |
|  |  | 1,760 | 9.8 | $17,248.00 |
| Ethan Stern | Associate/Restructuring. Joined the firm as an associate in 2021. Member of the NY Bar since 2022. | 1,490 | 673.8 | $1,003,962.00 |
|  |  | 1,760 | 154.8 | $272,448.00 |
| Samantha Stroman | Associate/Litigation. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 965 | 104.8 | $101,132.00 |
|  |  | 1,255 | 63.0 | $79,065.00 |
| Tony Sun |  | 965 | 101.1 | $97,561.50 |

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[9] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | Associate/Litigation. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 1,255 | 24.2 | $30,371.00 |
| Mckenzie K. Whalen | Associate/Restructuring. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 965 | 18.8 | $18,142.00 |
| Kevin L. Winiarski | Associate/Restructuring. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 965 | 468.7 | $452,295.50 |
| | | 1,255 | 532.9 | $668,789.50 |
| Alison Wulfe | Associate/Real Estate. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 965 | 10.2 | $9,843.00 |
| **Law Clerks / Discovery Attorneys** | | | | |
| Maria J. Budis | Law Clerk/Restructuring. Joined the firm in 2024. | 695 | 77.6 | $53,932.00 |
| | | 1,065 | 72.1 | $76,786.50 |
| Cameron Carpenter | Law Clerk/Restructuring. Joined the firm in 2024. | 695 | 323.6 | $224,902.00 |
| | | 1,065 | 283.7 | $302,140.50 |
| Elazar Chertow | Law Clerk/Litigation. Joined the firm in 2024. Member of the CA Bar since 2024. | 695 | 27.6 | $19,182.00 |
| Madeline (Maddy) Forbess | Law Clerk/Litigation. Joined the firm in 2024. | 695 | 24.0 | $16,680.00 |
| Stone Hart | Law Clerk/Restructuring. Joined the firm in 2025. | 730 | 3.4 | $2,482.00 |
| Sijia (Scarlett) Huang | Law Clerk/Restructuring. Joined the firm in 2024. | 695 | 145 | $100,775.00 |
| | | 1,065 | 44.8 | $47,712.00 |
| Adrian Huntley | Law Clerk/Tax. Joined the firm in 2024. | 1,065 | 8.3 | $8,839.50 |
| Matthew O'Donnell | Lawyer/Sponsor Finance. Joined the firm in 2024. Not admitted locally. | 1,140 | 6.6 | $7,524.00 |
| Rachel Prater | Law Clerk/Restructuring. Joined the firm in 2024. | 1,065 | 28.1 | $29,926.50 |
| Caroline Ribet | Law Clerk/Litigation. Joined the firm in 2024. Member of the CA Bar since 2024. | 695 | 23.1 | $16,054.50 |
| Rebecca Sattaur | Law Clerk/Restructuring. Joined the firm in 2024. | 1,065 | 3.6 | $3,834.00 |
| Tristyn Walton | Law Clerk/Executive Compensation. Joined the firm in 2024. | 695 | 14.2 | $9,869.00 |
| Pablo Echegaray | Discovery Attorney. Joined the firm in 2019. Member of the NY Bar since 2007. | 735 | 61.3 | $45,055.50 |

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[9] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Rashida K. Jackson | Discovery Attorney. Joined the firm in 2022. Member of the NY Bar since 2010. | 735 | 42.6 | $31,311.00 |
| Steve A. Karagiannakis | Discovery Attorney. Joined the firm in 2014. Member of the NY Bar since 2003. | 735 | 24.9 | $18,301.50 |
| **Legal Assistants / Audit Letters / Compliance Specialists / Librarians / eDiscovery** | | | | |
| Eric Bae | Legal Assistant | 460 | 3.8 | $1,748.00 |
| Jacob Bitterman | Legal Assistant | 505 | 2.6 | $1,313.00 |
| Paul Fabsik | Legal Assistant | 715 | 5.4 | $3,861.00 |
| Magali Giddens | Legal Assistant | 650 | 226.2 | $147,030.00 |
| | | 715 | 140.5 | $100,457.50 |
| Will Graves | Legal Assistant | 460 | 0.6 | $276.00 |
| | | 505 | 1.7 | $858.50 |
| | | 715 | 1.1 | $786.50 |
| Michael Guerrero | Legal Assistant | 460 | 6.9 | $3,174.00 |
| Sarah Jackson | Legal Assistant | 460 | 4.6 | $2,116.00 |
| Sam Karp | Legal Assistant | 460 | 1.3 | $598.00 |
| Stella Larson | Legal Assistant | 460 | 1.1 | $506.00 |
| Sorina Delia Lazar | Legal Assistant | 650 | 0.3 | $195.00 |
| Madeleine Menkes | Legal Assistant | 505 | 22.5 | $11,362.50 |
| Kelsey D. Stevens | Legal Assistant | 650 | 2.9 | $1,885.00 |
| Bernadette M. Sullivan | Legal Assistant | 650 | 8.9 | $5,785.00 |
| Christopher William Bauer | eDiscovery Project Manager | 760 | 1.6 | $1,216.00 |
| Alex Ionescu | eDiscovery Project Manager | 550 | 60.6 | $33,330.00 |
| | | 605 | 49.7 | $30,068.50 |
| LeKeith Lewis | eDiscovery Project Manager | 760 | 1.2 | $912.00 |
| Lee B. Stein | eDiscovery Project Manager | 690 | 10.1 | $6,969.00 |
| | | 760 | 14.3 | $10,868.00 |
| Frances C. Fynan | Research Services | 595 | 3.4 | $2,023.00 |
| Priscilla C. O'Carroll | Research Services | 745 | 1.2 | $894.00 |
| Marjorie Richmond | Research Services | 745 | 1.5 | $1,117.50 |
| Mark Zaleck | Research Services | 800 | 0.4 | $320.00 |

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[9] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Lisa Hirakawa | Audit Letters Specialist | 715 | 2.2 | $1,573.00 |
| **Sub-Total** | | **$1,517.13** | **11,570.00** | **$17,553,193.50** |
| **Agreed Write-Offs** | | | | **($47,244.74)** |
| **Post-Conversion Estimate** | | | | **$225,000.00** |
| **TOTAL** | | | | **$17,730,948.76** |
| **BLENDED RATE: $1,517.13** | | | | |
| **ATTORNEY BLENDED RATE: $1,562.93** | | | | |

## FINAL COMPENSATION BY PROJECT CATEGORY

**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**September 9, 2024 through November 10, 2025**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| AHG / UCC / Lender Issues | 90.5 | $158,226.00 |
| Asset Dispositions | 2,305.4 | $3,771,512.00 |
| Business Operations | 81.6 | $155,533.50 |
| Claims / Creditor Outreach | 868.7 | $1,259,805.50 |
| Contracts / Leases | 1,383.4 | $1,873,831.50 |
| Corporate Governance / Board Matters / Communications | 111.8 | $229,238.50 |
| Employee & Labor | 84.7 | $151,822.50 |
| Financing | 202.2 | $349,508.00 |
| General Case Administration | 1,211.4 | $1,661,494.00 |
| Hearing Preparation / Attendance | 1,466.1 | $2,413,376.00 |
| Litigation | 2,508.5 | $3,917,308.50 |
| Plan / Disclosure Statement / Confirmation | 178.4 | $215,704.50 |
| Regulatory / Antitrust / Tax / IP | 322.7 | $524,305.50 |
| Reporting | 19.4 | $31,824.50 |
| Retention DPW: Preparation of Fee Applications, Budgeting | 556.1 | $526,233.00 |
| Retention Non-DPW: Preparation of Retention-Related Materials | 31.8 | $44,710.00 |
| Travel (Non-Working) | 147.3 | $268,760.00 |
| **Sub-Total** | **11,570.00** | **17,553,193.50** |
| **Agreed Write-Offs** | | ($47,244.75) |
| **Post-Conversion Estimate** | | $225,000.00 |
| **TOTAL** | | **$17,730,948.76** |

**FINAL EXPENSE SUMMARY**

**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**September 9, 2024 through November 10, 2025**

| Expense Category | Total Expenses |
|---|---|
| Computer Research | $31,722.40 |
| Court and Related Fees | $90.60 |
| Duplication | $435.75 |
| Litigation Support | $2,771.00 |
| Meals | $10,490.42 |
| Outside Documents & Research | $4,641.82 |
| Postage, Courier & Freight | $262.45 |
| Travel | $50,211.69 |
| Word Processing & Secretarial | $2,772.00 |
| **Sub-Total** | **$103,398.13** |
| **Post-Conversion Estimate** | $5,000.00 |
| **Grand Total Expenses** | **$108,398.13** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline**: January 16, 2026 at 4:00 p.m. (ET) |
| | **Hearing Date**: January 29, 2026 at 11:00 a.m. (ET) |

**COMBINED FOURTEENTH MONTHLY FEE STATEMENT (FOR THE PERIOD OCTOBER 1, 2025 THROUGH AND INCLUDING NOVEMBER 10, 2025) AND FINAL FEE APPLICATION OF DAVIS POLK & WARDWELL LLP, AS BANKRUPTCY COUNSEL FOR THE CHAPTER 11 DEBTORS, FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 9, 2024, THROUGH AND INCLUDING NOVEMBER 10, 2025**

Davis Polk & Wardwell LLP ("Davis Polk"), as bankruptcy counsel for the chapter 11 debtors in the above-captioned cases (the "Debtors"), submits this fee application (this "Fee Application") for (i) allowance and compensation for professional services rendered by Davis Polk to the Debtors for the period of October 1, 2025, through and including November 10, 2025 (the "Statement Period"), (ii) reimbursement of actual and necessary expenses incurred by Davis Polk

---

[1] The debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

during the Statement Period, (iii) final allowance of reasonable compensation for professional services rendered by Davis Polk to the Debtors for the period September 9, 2024 through and including November 10, 2025 (the "Final Application Period"), and (iv) final reimbursement of actual and necessary expenses and disbursements incurred by Davis Polk in rendering professional services on behalf of the Debtors during the Final Application Period pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "U.S. Trustee Guidelines") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* [D.I. 519] (the "Interim Compensation Procedures Order").[2]    In support of this Fee Application, Davis Polk represents as follows:

## JURISDICTION

1.    This Court has jurisdiction over this Fee Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 2016-1, the U.S. Trustee Guidelines, and the Interim Compensation Procedures Order.

---

[2] Capitalized terms used but not defined herein are defined in the Interim Compensation Procedures Order.

**BACKGROUND**

3.      On September 9, 2024 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court"). Prior to entry of the Conversion Order (as defined below), the Debtors continued in the management and operation of their businesses and properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On September 23, 2024, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee"). *See Not. of Appointment of Comm. of Unsecured Creditors* [D.I. 248].

5.      On November 10, 2025, upon the hearing converting the chapter 11 cases to cases under chapter 7 of the Bankruptcy Code, the Court entered the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [D.I. 3319] (the "Conversion Order"), effective as of the entry of the Conversion Order (the "Conversion Date"). As per the Conversion Order, Final Fee Applications shall be submitted by the applicable professionals no later than December 26, 2025 (the "Final Fee Application Deadline").

**DAVIS POLK'S RETENTION**

6.      Prior to the commencement of the chapter 11 cases, the Debtors retained Davis Polk to provide advice regarding, among other things, preparing for, commencing, and prosecuting the Chapter 11 Cases. On September 18, 2024, the Debtors filed the *Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date* [D.I. 205] (the "Davis Polk Retention Application").

7.      On October 21, 2024, this Court granted the Davis Polk Retention Application pursuant to the *Order Approving Application of Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors* Nunc Pro Tunc *to the Petition Date* [D.I. 577] (the "<u>Davis Polk Retention Order</u>").

## <u>INTERIM COMPENSATION PROCEDURES ORDER</u>

8.      The Court entered the Interim Compensation Procedures Order on October 17, 2024.  The Interim Compensation Procedures Order sets forth the procedures for interim compensation and reimbursement of expenses for all Retained Professionals (as defined in the Interim Compensation Order) in these cases.

9.      In particular, the Interim Compensation Procedures Order provides that Retained Professionals may file and serve a Monthly Fee Statement on or after the 5th day of each month following the month or months for which compensation is sought, for interim allowance of compensation for services rendered and reimbursement of expenses incurred during the preceding month or months.  Compensation Notice Parties will have until 4:00 p.m. (prevailing Eastern Time) on the day that is 21 days after the filing of a Monthly Fee Statement (the "<u>Objection Deadline</u>") to object to the requested compensation for services rendered and reimbursement of expenses incurred.  Provided that there are no objections to such Monthly Fee Statement filed before the expiration of the Objection Deadline, the Professional may file a certificate of no objection (the "<u>Certificate of No Objection</u>") with the Court.

10.     Upon the filing of a Certificate of No Objection, the Debtors are authorized to pay such Retained Professional 80 percent of the fees and 100 percent of the expenses requested

in such Monthly Fee Statement.

## RELIEF REQUESTED

11.     Davis Polk submits this Fee Application for (a) monthly and final allowance of reasonable compensation for the actual, reasonable, and necessary professional services that it has rendered as counsel for the Debtors in these cases during the Statement and Final Application Periods and (b) monthly and final reimbursement of actual, reasonable, and necessary expenses incurred by Davis Polk in representing the Debtors during the Statement and Final Application Periods.

## I.     STATEMENT PERIOD

12.     During the Statement Period, Davis Polk incurred fees in the amount of $377,925.00.[3]    For the same period, Davis Polk incurred actual, reasonable, and necessary expenses totaling $2,091.06.[4]    As of the date of this Statement, Davis Polk has received no payments with respect to these amounts.

13.     Set forth on the foregoing "Compensation by Project Category" is a summary, by subject matter category, of the time expended by Davis Polk timekeepers to the Debtors' cases during the Statement Period.

14.     **Exhibit A** attached hereto contains logs, sorted by case project category, which show the time recorded by professionals, paraprofessionals, and other support staff, as well as descriptions of the services provided.

15.     **Exhibit B** attached hereto contains a breakdown of actual, reasonable, and necessary expenses incurred by Davis Polk during the Statement Period.

---

[3] This amount reflects a voluntary reduction in fees in the amount of $1,626.00.

[4] This amount reflects a voluntary reduction in expenses in the amount of $3,547.40.

16.     Davis Polk charges $0.15 per page for photocopying and printing.

17.     In accordance with Local Rule 2016-1, Davis Polk has reduced its request for compensation for non-working travel, if any, to 50% of its normal rate.

## II.     FINAL APPLICATION PERIOD

18.     Davis Polk seeks allowance of (a) $17,505,948.76 for actual, reasonable, and necessary legal services rendered to the Debtors during the Final Application Period and (b) $103,398.13 as reimbursement of actual, reasonable, and necessary expenses incurred in connection with the rendition of such services during the Final Application Period.  Davis Polk requests that the Debtors be authorized and directed to pay Davis Polk an amount equal to the sum of the allowed compensation and expense reimbursement during the Final Application Period, less any amounts previously paid.

19.     Davis Polk further requests allowance of $225,000.00 for estimated, reasonable, and necessary legal services rendered to the Debtors incurred after November 10, 2025, through the hearing scheduled for January 29, 2026 (the "Final Fee Hearing") and $5,000.00 as reimbursement of estimated, reasonable, and necessary expenses incurred in connection with the rendition of such services through the Final Fee Hearing.  Davis Polk respectfully submits that these estimated fees and expenses are reasonable in light of Davis Polk's monthly average of fees and expenses in the months preceding the filing of this Fee Application.  Moreover, Davis Polk anticipates filing a supplement to this Fee Application in the days leading up to the Final Fee Hearing that reflects Davis Polk's actual fees and expenses incurred from November 11, 2025 to the date of such supplement.

20.     Davis Polk has endeavored to represent the Debtors in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals, and other

support staff at Davis Polk so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter.  Moreover, Davis Polk has endeavored to coordinate with the other professionals involved in these cases to minimize any duplication of effort and to minimize attorneys' fees and expenses to the Debtors.  Davis Polk believes it has been successful in this regard.

21.    **Exhibit C** attached hereto contains the Final Application Summary which details the fees and expenses incurred, paid, and outstanding during the Application Period in conformance with Exhibit E to the U.S. Trustee Guidelines.

22.    No agreement or understanding exists between Davis Polk and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

23.    The undersigned has reviewed the requirements of Local Rule 2016-1 and certifies to the best of his or her information, knowledge, and belief that this Fee Statement complies with that Rule.

**INFORMATION RELATED TO THE REVISED U.S. TRUSTEE GUIDELINES**

24.    Davis Polk provides the following information pursuant to the U.S. Trustee Guidelines.

25.    Davis Polk's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Davis Polk's hourly rates for bankruptcy services are comparable to the rates charged by Davis Polk, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.

26.     The blended hourly rate for all Davis Polk timekeepers who worked on these Chapter 11 Cases is approximately the same as the firm's blended rate for all timekeepers over a Comparable Period (as defined below).  In particular, the blended hourly rate for all Davis Polk timekeepers (including both professionals and paraprofessionals) who billed to matters excluding chapter 11 representations during the 12-month period ending on October 31, 2025 (the "Comparable Period") was approximately $1,514.  By comparison, the blended hourly rate for all Davis Polk timekeepers (including both professionals and paraprofessionals) who worked on the Chapter 11 Cases during the Application Period was approximately $1,517.

27.     The following table shows blended hourly rates by category of professional and paraprofessional (rounded to the nearest dollar) for Davis Polk during the Application Period:

| Category of Timekeeper | Blended Hourly Rate (rounded to nearest dollar) | |
| --- | --- | --- |
| | Professionals and Paraprofessionals at the New York Office of Davis Polk for the 12-Month Period Ending on October 31, 2025, Excluding Bankruptcy Matters[5] | Davis Polk Application Period |
| Partner | $2,452 | $2,424 |
| Counsel | $1,927 | $1,921 |
| Associate | $1,312 | $1,251 |
| Legal Assistants | $565 | $655 |
| Other Non-Lawyers | $577 | $611 |
| All Timekeepers | $1,514 | $1,517 |

28.     In addition, Davis Polk respectfully states as follows to address the questions set forth under paragraph C.5 of the UST Guidelines:

---

[5] This blended hourly rate is adjusted to exclude hours and compensation billed to certain clients with special billing arrangements.

a.      Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. **As disclosed in the Davis Polk Retention Application, Davis Polk has agreed to a discount off of its standard rates.**

b.      If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? **Not applicable.**

c.      Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? **No**. **As disclosed in the Davis Polk Retention Application, the hourly rates used by Davis Polk in representing the Debtors are consistent with the rates Davis Polk charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.**

d.      Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees. **This Fee Application includes time and fees related to reviewing or revising time records or preparing, reviewing, or revising invoices in connection with the preparation of monthly fee statements relating to the Final Application Period covered by this Fee Application. Davis Polk is seeking compensation for approximately 324.0 hours and $286,356.00 in fees relating to reviewing and revising time records with respect to the preparation of such fee statements.**

e.      Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. **This Fee Application includes time and fees related to reviewing time records to redact any privileged or other confidential information.  Such charges are included in the time charges set forth in response (d) above and are not separately calculated.**

f.      If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? and (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458? **Effective January 1, 2025, Davis Polk implemented firm-wide rate increases.  These rate increases are consistent with the engagement letter between Davis Polk and Big Lots,**

9

**Inc., which provides that the rates included therein are adjusted from time to time and specifically at the beginning of each year. In accordance with the Davis Polk Retention Order, Davis Polk notified the U.S. Trustee and counsel to the Committee of these rate increases on December 31, 2024.**

WHEREFORE, Davis Polk respectfully requests that this Court (a) allow Davis Polk (i) monthly compensation in the amount of $377,925.00 for actual, reasonable, and necessary professional services rendered on behalf of the Debtors during the Statement Period and (ii) monthly reimbursement in the amount of $2,091.06 for actual, reasonable, and necessary expenses incurred during the Statement Period, (b) allow Davis Polk (i) final compensation in the amount of $17,730,948.76 for actual, reasonable, and necessary professional services rendered to or on behalf of the Debtors during the Final Application Period, *including* $225,000.00 for estimated time through the Final Fee Hearing and (ii) final reimbursement of $108,398.13 for actual, reasonable, and necessary expenses incurred during the Final Application Period, *including* $5,000.00 for estimated expenses through the Final Fee Hearing, (c) authorize and direct the Debtors to pay Davis Polk an amount equal to the sum of such allowed compensation and reimbursement, less any amounts previously paid by the Debtors, and (d) grant such other further relief as the Court deems just and proper.

*[Remainder of page intentionally left blank]*

Dated:  December 26, 2025
        New York, NY

**DAVIS POLK & WARDWELL LLP**

_/s/ Brian M. Resnick_

Brian M. Resnick (admitted _pro hac vice_)
Adam L. Shpeen (admitted _pro hac vice_)
Stephen D. Piraino (admitted _pro hac vice_)
Ethan Stern (admitted _pro hac vice_)
Kevin L. Winiarski (admitted _pro hac vice_)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com
kevin.winiarski@davispolk.com

_Counsel to the Debtors_