<u>**EXHIBIT A**</u>

**MONTHLY COMPENSATION BY PROJECT CATEGORY**
**FORMER BL STORES, INC., *et al.***
**(Case No. 24-11967 (JKS))**

**October 1, 2025 through November 10, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| AHG / UCC / Lender Issues | 1.1 | $1,930.00 |
| Asset Dispositions | 21.2 | $43,248.00 |
| Business Operations | 2.6 | $5,304.00 |
| Claims / Creditor Outreach | 22.4 | $33,674.00 |
| Corporate Governance / Board Matters / Communications | 0.2 | $408.00 |
| General Case Administration | 52.1 | $106,334.00 |
| Hearing Preparation / Attendance | 27.1 | $54,633.00 |
| Litigation | 48.7 | $97,960.50 |
| Regulatory / Antitrust / Tax / IP | 0.5 | $1,020.00 |
| Retention DPW: Preparation of Fee Applications, Budgeting | 14.2 | $14,932.00 |
| Travel (Non-Working) | 9.1 | $18,481.50 |
| **TOTAL** | **199.2** | **$377.925.00**[1] |

---

[1] This amount reflects a voluntary reduction in fees in the amount of $1,626.00.

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| **BC01 AHG/UCC/Lender Issues** | | | |
| Piraino, Stephen D. | 10/08/25 | 0.2 | Update call with McDermott Will team. |
| Piraino, Stephen D. | 10/14/25 | 0.5 | Call with AlixPartners and Creditors' Committee regarding administrative claims. |
| Winiarski, Kevin L. | 10/14/25 | 0.4 | Call with McDermott Will and Davis Polk team regarding administrative claim payments. |
| **Total BC01 AHG/UCC/Lender Issues** | | **1.1** | |
| **BC02 Asset Dispositions** | | | |
| Piraino, Stephen D. | 10/09/25 | 1.4 | Correspondence with S. Fox regarding various matters (0.4); review asset purchase agreement regarding budget matter (1.0). |
| Piraino, Stephen D. | 10/13/25 | 1.3 | Emails with S. Fox regarding sale matter (0.2); review asset purchase agreement, related documents regarding sale matter (1.1) |
| Piraino, Stephen D. | 10/16/25 | 0.2 | Emails with S. Fox regarding sale matter. |
| Piraino, Stephen D. | 10/20/25 | 0.7 | Emails with K. Percy regarding sale matter (0.2); analysis regarding same (0.5). |
| Piraino, Stephen D. | 10/21/25 | 0.9 | Call with S. Fox regarding asset purchase agreement matters (0.3); call with K. Percy regarding same (0.1); analysis regarding same (0.5). |
| Piraino, Stephen D. | 10/22/25 | 2.7 | Emails with S. Fox, K. Percy regarding sale mater (0.4); review and analyze sale matter (2.3). |
| Piraino, Stephen D. | 10/23/25 | 1.7 | Emails with S. Fox regarding sale matter (0.2); analysis regarding same (1.5). |
| Piraino, Stephen D. | 10/27/25 | 0.9 | Calls with S. Fox regarding sale matters (0.5); call with K. Percy regarding same (0.1); emails, call with A. Shpeen regarding same (0.3). |
| Piraino, Stephen D. | 10/28/25 | 5.0 | Call with Big Lots, AlixPartners, and Davis Polk team regarding sale matter (0.9); calls with B. Resnick, A. Shpeen regarding sale matter (0.5); calls, emails with AlixPartners regarding same (0.2); analyze same (3.4). |
| Piraino, Stephen D. | 10/29/25 | 4.9 | Conduct analysis regarding asset purchase agreement matter (3.4); meeting with A. Shpeen regarding same (0.4); call with Davis Polk team regarding same (0.8); calls, emails with AlixPartners regarding same (0.3). |
| Piraino, Stephen D. | 10/30/25 | 1.1 | Call with AlixPartners, Davis Polk team regarding sale matter (0.4); calls, emails with A. Shpeen regarding same (0.2); call with Big Lots, Davis Polk team, AlixPartners regarding sale matter (0.5). |
| Piraino, Stephen D. | 11/03/25 | 0.4 | Calls with S. Fox, A. Shpeen regarding sale matter. |
| **Total BC02 Asset Dispositions** | | **21.2** | |
| **BC03 Business Operations** | | | |
| Piraino, Stephen D. | 10/01/25 | 2.6 | Analyze letter of credit matter (1.9); emails with Davis Polk team and AlixPartners regarding same (0.7). |
| **Total BC03 Business Operations** | | **2.6** | |
| **BC04 Claims; Creditor Outreach** | | | |

| | Time Detail By Project | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Piraino, Stephen D. | 10/01/25 | 0.4 | Emails with claimholders regarding claims reconciliations. |
| Goldberger, Jacob | 10/02/25 | 0.2 | Correspondence with creditors and AlixPartners regarding outstanding claim reconciliation. |
| Piraino, Stephen D. | 10/02/25 | 0.8 | Correspondence with Davis Polk team, AlixPartners regarding claims reconciliation (0.4); emails with counsel to claimant regarding reconciliation (0.4). |
| Fabsik, Paul | 10/03/25 | 0.4 | Telephone calls with various creditors/parties regarding recently received case information. |
| Piraino, Stephen D. | 10/03/25 | 0.9 | Calls, emails with J. Goldberger regarding administrative expense claims (0.4); call with S. Fox regarding various matters (0.3); call with A. Shpeen regarding claim matters (0.2). |
| Fabsik, Paul | 10/07/25 | 0.5 | Telephone calls with various creditors/parties regarding recently received case information. |
| Fabsik, Paul | 10/09/25 | 0.2 | Telephone calls with various creditors/parties regarding recently received case information. |
| Fabsik, Paul | 10/13/25 | 0.3 | Telephone calls with various creditors/parties regarding recently received case information. |
| Fabsik, Paul | 10/14/25 | 0.4 | Telephone calls with various creditors/parties regarding recently received case information. |
| Winiarski, Kevin L. | 10/14/25 | 1.6 | Review and revise administrative claim payments notice (1.0); emails with Davis Polk team, Morris Nichols team, and AlixPartners regarding same (0.6). |
| Piraino, Stephen D. | 10/15/25 | 1.7 | Review and edit distribution notice (0.5); calls, emails with Davis Polk team, Morris Nichols team, and Creditors' Committee regarding same (0.5); analysis regarding administrative claims matter (0.7). |
| Winiarski, Kevin L. | 10/15/25 | 0.4 | Review and revise fourth interim payment notice for administrative claims. |
| Piraino, Stephen D. | 10/16/25 | 0.2 | Emails with Creditors' Committee regarding claims matters. |
| Piraino, Stephen D. | 10/17/25 | 0.7 | Call with AlixPartners and Creditors' Committee regarding administrative claims (0.5); emails regarding same (0.2). |
| Winiarski, Kevin L. | 10/17/25 | 0.6 | Review and finalize fourth interim payment notice for administrative claims (0.2); call with McDermott Will and Davis Polk team regarding same (0.4). |
| Fabsik, Paul | 10/20/25 | 0.3 | Telephone calls with various creditors/parties regarding recently received case information. |
| Winiarski, Kevin L. | 10/20/25 | 0.7 | Emails with counsel to Meta and Horizon regarding stipulation (0.4); finalize same for filing (0.3). |
| Piraino, Stephen D. | 10/21/25 | 2.0 | Call with counsel to Sedgwick regarding claim (0.3); call with K. Winiarski regarding same (0.2); conduct analysis regarding Sedgwick claim (1.5). |
| Piraino, Stephen D. | 10/22/25 | 1.9 | Emails with Kroll regarding disputed claims reserve (0.4); analysis regarding disputed claims reserve (1.5). |
| Piraino, Stephen D. | 10/24/25 | 0.5 | Prepare for call with counsel to Sedgwick. |
| Winiarski, Kevin L. | 10/24/25 | 0.5 | Attend call with S. Piraino and AlixPartners team regarding Sedgwick motion. |
| Piraino, Stephen D. | 10/27/25 | 0.7 | Emails with counsel to Sedgwick (0.2); analysis regarding Sedgwick matter (0.5). |
| Fabsik, Paul | 10/28/25 | 0.6 | Telephone calls with various creditors/parties regarding recently received case information |
| Piraino, Stephen D. | 10/28/25 | 0.4 | Calls, emails with claimants. |
| Fabsik, Paul | 10/29/25 | 0.8 | Telephone calls with various creditors/parties regarding recently received case information. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Winiarski, Kevin L. | 10/29/25 | 0.6 | Review and revise Sedgwick stipulation (0.5); emails with Kean Miller team regarding same (0.1). |
| Fabsik, Paul | 10/30/25 | 0.5 | Telephone calls with various creditors/parties regarding recently received case information. |
| Winiarski, Kevin L. | 10/30/25 | 0.6 | Review and finalize Sedgwick stipulation (0.5); emails with Kean Miller regarding same (0.1). |
| Piraino, Stephen D. | 10/31/25 | 0.4 | Emails with L. Lim and Davis Polk team regarding Sedgwick. |
| Winiarski, Kevin L. | 10/31/25 | 1.0 | Call with Big Lots team regarding administrative claims (0.5); review and finalize Sedgwick stipulation (0.5). |
| Fabsik, Paul | 11/03/25 | 0.3 | Telephone calls with various creditors andparties regarding recently received case information. |
| Fabsik, Paul | 11/04/25 | 0.2 | Telephone calls with various creditors and parties regarding recently received case information. |
| Fabsik, Paul | 11/05/25 | 0.5 | Telephone calls with various creditors and parties regarding recently received case information. |
| Piraino, Stephen D. | 11/05/25 | 0.2 | Emails with K. Winiarski regarding outstanding claims stipulation. |
| Fabsik, Paul | 11/06/25 | 0.4 | Telephone calls with various creditors and parties regarding recently received case information. |
| **Total BC04 Claims; Creditor Outreach** | | **22.4** | |
| | | | |
| **BC06 Corporate Governance; Board Matters; Communications** | | | |
| Piraino, Stephen D. | 10/30/25 | 0.2 | Review Vorys draft of 8-K for Company regarding conversion. |
| **Total BC06 Corporate Governance; Board Matters; Communications** | | **0.2** | |
| | | | |
| **BC10 General Case Administration** | | | |
| Piraino, Stephen D. | 10/01/25 | 1.1 | Update timeline and workstreams chart. |
| Piraino, Stephen D. | 10/02/25 | 0.4 | Meeting with K. Winiarski regarding workstreams. |
| Piraino, Stephen D. | 10/06/25 | 1.8 | Prepare for windown call (0.5); call with AlixPartners, Big Lots regarding case windown and related matters (1.1); call with K. Percy regarding same (0.2). |
| Winiarski, Kevin L. | 10/06/25 | 1.6 | Draft and revise motion to convert cases (1.5); emails with S. Piraino regarding same (0.1). |
| Piraino, Stephen D. | 10/07/25 | 1.3 | Review and edition conversion motion (1.1); emails with K. Winiarski regarding same (0.2). |
| Resnick, Brian M. | 10/07/25 | 0.2 | Update call with L. LaPuma regarding various issues. |
| Winiarski, Kevin L. | 10/07/25 | 0.4 | Review and revise conversion motion to incorporate S. Piraino comments. |
| Piraino, Stephen D. | 10/08/25 | 0.8 | Call with Big Lots team regarding conversion. |
| Piraino, Stephen D. | 10/08/25 | 0.3 | Calls and emails with Morris Nichols team regarding hearing. |
| Piraino, Stephen D. | 10/10/25 | 4.9 | Call with Big Lots, AlixPartners regarding conversion (0.9); calls, emails with Morris Nichols team regarding same (0.2); call with A. Shpeen regarding same (0.3); review and edit conversion motion (2.5); analysis regarding conversion (0.9) emails with Creditors' Committee regarding conversion (0.1). |
| Piraino, Stephen D. | 10/13/25 | 3.7 | Review and edit conversion motion (3.4); emails with Davis Polk team regarding same (0.3). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Resnick, Brian M. | 10/13/25 | 0.2 | Review motion to convert case to chapter 7. |
| Piraino, Stephen D. | 10/14/25 | 3.4 | Call with AlixPartners and management regarding conversion (0.5); research matters related to conversion (2.9). |
| Piraino, Stephen D. | 10/16/25 | 3.8 | Review and edit conversion motion (1.5); analysis regarding conversion matters (1.9); emails with Davis Polk team and Morris Nichols team regarding same (0.4). |
| Piraino, Stephen D. | 10/20/25 | 1.1 | Emails with Creditors' Committee regarding conversion matters (0.4); emails with Davis Polk team and clients regarding conversion matters (0.7). |
| Piraino, Stephen D. | 10/21/25 | 0.8 | Call with Creditors' Committee regarding conversion (0.6); emails with A. Shpeen regarding conversion (0.2). |
| Resnick, Brian M. | 10/21/25 | 0.3 | Emails regarding motion to convert case to chapter 7. |
| Piraino, Stephen D. | 10/22/25 | 3.1 | Calls, emails with Morris Nichols team regarding conversion (0.4); research, analysis regarding conversion matters (2.4); edit conversion order (0.3). |
| Piraino, Stephen D. | 10/23/25 | 2.0 | Call with Kroll regarding escrow (0.3); call with Morris Nichols team regarding conversion motion (0.3); prepare for call with Big Lots team regarding conversion motion (1.0); emails with AlixPartners, Davis Polk team, and Big Lots regarding conversion matters (0.5); analysis regarding same (0.9). |
| Resnick, Brian M. | 10/23/25 | 0.3 | Review motion to convert cases to chapter 7. |
| Piraino, Stephen D. | 10/24/25 | 3.7 | Finalize conversion motion (3.3); emails with Davis Polk team, Big Lots, Morris Nichols team regarding same (0.4). |
| Piraino, Stephen D. | 10/27/25 | 1.4 | Review and edit account agreement (1.0); discussion with K. Winiarski regarding same (0.2); emails with Kroll and AlixPartners regarding same (0.2). |
| Piraino, Stephen D. | 10/29/25 | 0.4 | Emails with Kroll regarding conversion matter (0.2); calls and emails with Creditors' Committee regarding conversion matters (0.2). |
| Resnick, Brian M. | 10/29/25 | 1.3 | Call with R. Robins regarding dispute negotiations (0.6); call with A. Shpeen regarding same (0.2); discuss GBRP issues with S. Piraino (0.2); emails with Davis Polk team and AlixPartners teams regarding same (0.3). |
| Piraino, Stephen D. | 10/30/25 | 1.9 | Call with Kroll regarding account agreement (0.2); emails with Big Lots regarding account agreement (0.2); respond to U.S. Trustee questions regarding conversion (1.0); emails with Davis Polk and Morris Nichols teams regarding same (0.5). |
| Resnick, Brian M. | 10/30/25 | 1.5 | Call with K. Percy regarding GRPB negotiations (0.5); call with management team and AlixPartners regarding same (0.6); emails with Davis Polk team and others regarding same and related issues (0.4). |
| Piraino, Stephen D. | 10/31/25 | 3.8 | Call with Big Lots, AlixPartners, and Davis Polk team regarding conversion matters (0.5); calls, emails with Morris Nichols team regarding conversion matters (0.3); calls, emails with K. Winiarski regarding conversion matters (0.4); review U.S. Trustee objection to conversion (0.5); analysis regarding same (0.9); calls with Big Lots regarding conversion matters (0.5); emails with Kroll regarding conversion matters (0.2); calls, emails with Creditors' Committee regarding conversion matters (0.5). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Resnick, Brian M. | 10/31/25 | 0.9 | Emails with Davis Polk team regarding various conversion issues (0.4); call with clients, AlixPartners and Davis Polk team regarding same (0.5). |
| Resnick, Brian M. | 11/01/25 | 0.2 | Emails with Davis Polk team regarding conversion issues. |
| Resnick, Brian M. | 11/02/25 | 0.3 | Emails with Davis Polk team regarding conversion issues. |
| Piraino, Stephen D. | 11/03/25 | 0.2 | Calls and emails with Morris Nichols team regarding conversion hearing. |
| Resnick, Brian M. | 11/03/25 | 1.5 | Review reply to US Trustee objection (0.3); emails with Davis Polk team regarding same (0.5); emails with management and Davis Polk team regarding various conversion issues (0.7). |
| Winiarski, Kevin L. | 11/03/25 | 3.1 | Draft and revise reply in support of conversion and K. Percy declaration to same (2.5); call with McDermott Will regarding hearing prep (0.3); emails and calls with Big Lots, Davis Polk, Morris Nichols, and AlixPartners teams regarding same (0.3). |
| Piraino, Stephen D. | 11/06/25 | 0.4 | Emails with K. Winiarski and AlixPartners regarding conversion matters. |
| **Total BC10 General Case Administration** | | **52.1** | |
| | | | |
| **BC11 Hearing Preparation/Attendance** | | | |
| Piraino, Stephen D. | 10/08/25 | 5.2 | Prepare for October omnibus hearing, including preparing draft of talking points. |
| Piraino, Stephen D. | 10/09/25 | 2.3 | Prepare for October omnibus hearing (1.5); attend hearing (0.2); post-hearing conference with Davis Polk team (0.2); emails with client regarding hearing (0.4). |
| Shpeen, Adam L. | 10/09/25 | 0.6 | Prepare for and attend October omnibus hearing. |
| Piraino, Stephen D. | 10/31/25 | 1.3 | Prepare for November omnibus hearing. |
| Piraino, Stephen D. | 11/03/25 | 5.7 | Prepare for conversion hearing, including preparation of talking points for same. |
| Piraino, Stephen D. | 11/04/25 | 4.5 | Prepare for conversion hearing (3.4); attend hearing (0.7); attend post-hearing conference with Davis Polk, AlixPartners, Big Lots, Morris Nichols (0.4). |
| Resnick, Brian M. | 11/04/25 | 1.0 | Calls and emails with Davis Polk and management teams regarding court hearing preparation (0.5); participate telephonically in court hearing (0.5). |
| Shpeen, Adam L. | 11/04/25 | 2.4 | Prepare for and attend conversion hearing. |
| Stern, Ethan | 11/04/25 | 0.5 | Listen to conversion hearing. |
| Winiarski, Kevin L. | 11/04/25 | 3.6 | Prepare for conversion hearing, including emails with L. Casey and U.S. Trustee's office regarding form of order (3.1); attend same hearing (0.5). |
| **Total BC11 Hearing Preparation/Attendance** | | **27.1** | |
| | | | |
| **BC12 Litigation** | | | |
| Brock, Matthew R. | 10/01/25 | 1.4 | Emails with Morris Nichols team, S. Piraino, and others regarding 9019 motion (0.5); call with B. Resnick, A. Shpeen, J. McClammy, S. Piraino, J. Goldberger regarding same (0.2); emails with J. McClammy, AIG, R. Robins, movant regarding automatic stay (0.5); call with American International Group regarding same (0.2). |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Goldberger, Jacob | 10/01/25 | 0.5 | Call with Davis Polk team regarding settlement motion (0.4); correspondence with S. Piraino regarding same (0.1). |
| Piraino, Stephen D. | 10/01/25 | 1.7 | Emails with Katten Muchin team, Creditors' Committee regarding settlement (0.3); calls, emails with Morris Nichols regarding settlement (0.5); calls, emails with Davis Polk team regarding settlement (0.7); correspondence with Big Lots regarding settlement (0.2). |
| Resnick, Brian M. | 10/01/25 | 0.7 | Emails with Davis Polk and Morris Nichols teams regarding U.S. Trustee adjournment request; zoom with Davis Polk team regarding same. |
| Shpeen, Adam L. | 10/01/25 | 0.9 | Call with R. Robins regarding settlement motion (0.3); internal discussions regarding same (0.3); emails relating to same (0.3). |
| Brock, Matthew R. | 10/02/25 | 0.9 | Emails with J. McClammy, American International Group, others regarding automatic stay (0.7); call with S. Piraino regarding 9019 motion (0.2). |
| Goldberger, Jacob | 10/02/25 | 0.1 | Correspondence with counsel to Sedgwick regarding motion to compel. |
| Piraino, Stephen D. | 10/02/25 | 0.7 | Call with S. Rogers Churchill regarding settlement (0.1); emails with Davis Polk team regarding same (0.2); call with R. Robins regarding same (0.2); emails with Katten Muchin team regarding same (0.2). |
| Resnick, Brian M. | 10/02/25 | 0.2 | Emails with Davis Polk team regarding settlement motion procedural issues. |
| Brock, Matthew R. | 10/03/25 | 0.5 | Emails with S. Piraino, others regarding 9019 motion (0.1); review trustee objection to same (0.2); call with Katten Muchin team, B. Resnick, and S. Piraino regarding same (0.2). |
| Goldberger, Jacob | 10/03/25 | 0.2 | Correspondence with K. Winiarski and S. Piraino regarding Sedgwick motion to compel. |
| Piraino, Stephen D. | 10/03/25 | 2.8 | Review U.S. Trustee objection to settlement (0.5); calls with Davis Polk team regarding same (0.4); call with Morris Nichols team regarding same (0.2); emails with Davis Polk team and Katten Muchin team regarding same (0.4); calls with Katten Muchin team regarding same (0.5); emails with Creditors' Committee regarding same (0.1); prepare response to U.S. Trustee (0.7). |
| Resnick, Brian M. | 10/03/25 | 1.0 | Review U.S. Trustee objection to 9019 motion (0.3); emails with Davis Polk team, Morris Nichols team, and clients regarding same (0.2); call with Katten Muchin team regarding strategy for same (0.5). |
| Shpeen, Adam L. | 10/03/25 | 1.1 | Review U.S. Trustee objection to settlement (0.4); calls with S. Piraino regarding same (0.4); emails with Davis Polk team, Morris Nichols team, and clients regarding same (0.3). |
| Resnick, Brian M. | 10/04/25 | 0.1 | Emails with Katten Muchin, Davis Polk team and clients regarding settlement motion. |
| Brock, Matthew R. | 10/05/25 | 0.2 | Emails with Katten Muchin team, Big Lots and others regarding 9019 motion. |
| Resnick, Brian M. | 10/05/25 | 0.3 | Emails with Big Lots, Davis Polk team and Morris Nichols team regarding 9019 motion settlement; review email to U.S.  Trustee and revised order regarding same. |
| Shpeen, Adam L. | 10/05/25 | 0.3 | Emails with Davis Polk team regarding settlement motion. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Brock, Matthew R. | 10/06/25 | 0.5 | Emails with Big Lots regarding settlement (0.2); emails with J. McClammy, movant regarding automatic stay (0.2); emails with Morris Nichols team regarding omnibus hearing (0.1). |
| Piraino, Stephen D. | 10/06/25 | 1.3 | Emails with U.S. Trustee, Creditors' Committee, and Katten Muchin team regarding settlement (0.4); calls and emails with Morris Nichols team regarding settlement (0.4); emails with Davis Polk team regarding settlement (0.3); call with J. Winters regarding same (0.2). |
| Resnick, Brian M. | 10/06/25 | 0.2 | Emails with Davis Polk team regarding settlement of 9019 motion. |
| Shpeen, Adam L. | 10/06/25 | 0.3 | Discuss settlement motion with S. Piraino. |
| Brock, Matthew R. | 10/07/25 | 0.1 | Emails with S. Piraino and K. Winiarski regarding automatic stay. |
| Brock, Matthew R. | 10/08/25 | 0.3 | Emails with movant regarding automatic stay. |
| Piraino, Stephen D. | 10/09/25 | 0.7 | Emails with E. LaPuma regarding settlement (0.2); emails with Katten Muchin team regarding settlement (0.3); emails with Big Lots regarding settlement (0.2). |
| Brock, Matthew R. | 10/10/25 | 0.2 | Emails with S. Piraino  and and  Vorys regarding matter status. |
| Brock, Matthew R. | 10/12/25 | 0.1 | Emails with Vorys regarding matter status. |
| Brock, Matthew R. | 10/14/25 | 0.3 | Emails with American International Group, J. McClammy regarding insurance. |
| Shpeen, Adam L. | 10/14/25 | 1.1 | Review and revise conversion motion (0.5); review September and October invoices (0.6). |
| Brock, Matthew R. | 10/15/25 | 0.1 | Emails with counsel to AIG and Sedgwick regarding insurance. |
| Brock, Matthew R. | 10/16/25 | 0.3 | Emails with J. McClammy and S. Piraino regarding automatic stay. |
| Brock, Matthew R. | 10/20/25 | 0.5 | Emails with J. McClammy, S. Piraino, Morris Nichols team, and movants regarding automatic stay (0.4); call with J. McClammy regarding same (0.1). |
| Brock, Matthew R. | 10/21/25 | 0.6 | Emails with Morris Nichols team regarding automatic stay (0.2); call with movant regarding same (0.2); review motion regarding same (0.2). |
| Winiarski, Kevin L. | 10/21/25 | 2.2 | Review and revise draft conversion motion (1.0); call with Creditors' Committee advisors regarding claims reconciliation (0.5); call with counsel to Sedgwick regarding motion (0.5); meet with S. Piraino regarding case status (0.2). |
| Brock, Matthew R. | 10/22/25 | 0.3 | Emails with movant regarding automatic stay (0.1); emails with K. Winiarski and Creditors' Committee regarding insurance policies (0.2). |
| Winiarski, Kevin L. | 10/23/25 | 2.0 | Review and revise conversion motion (1.1); call with Big Lots, AlixPartners, and Davis Polk teams regarding same (0.5); calls with Morris Nichols team and S. Piraino regarding same (0.4). |
| Brock, Matthew R. | 10/24/25 | 1.0 | Emails with movants, J. McClammy, and Big Lots team regarding automatic stay (0.5); revise stipulation lifting same (0.2); review, analyze conversion motion (0.3). |
| Piraino, Stephen D. | 10/24/25 | 0.2 | Emails with Katten Muchin team regarding settlement. |
| Winiarski, Kevin L. | 10/24/25 | 2.0 | Review and finalize conversion motion (1.3); emails and calls with McDermott Will, AlixPartners, and Davis Polk team regarding same (0.4); emails with Morris Nichols team regarding same (0.3). |

| | Time Detail By Project | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Brock, Matthew R. | 10/25/25 | 0.1 | Emails with movant regarding automatic stay. |
| Brock, Matthew R. | 10/28/25 | 0.1 | Emails with Morris Nichols team regarding hearing agenda. |
| Resnick, Brian M. | 10/28/25 | 1.4 | Call with S. Piraino regarding dispute (0.3); call with clients and Davis Polk team regarding same (0.8); follow-up emails and calls with A. Shpeen regarding same (0.3). |
| Shpeen, Adam L. | 10/28/25 | 1.0 | Call with management regarding potential dispute. |
| Winiarski, Kevin L. | 10/28/25 | 1.7 | Call with Big Lots, Davis Polk team, and AlixPartners regarding settlement (0.8); emails with Davis Polk team regarding same (0.2); review and revise draft conversion order (0.7). |
| Shpeen, Adam L. | 10/29/25 | 1.9 | Confer with S. Piraino regarding dispute (0.3); analysis regarding same (0.7); call with B. Resnick and S. Piraino regarding same (0.9). |
| Shpeen, Adam L. | 10/30/25 | 1.3 | Prepare for call with management regarding dispute (0.4); call with management regarding same (0.6); call with S. Fox regarding dispute (0.2); email to management regarding same (0.1). |
| Winiarski, Kevin L. | 10/30/25 | 1.3 | Emails with McDermott Will and Kroll regarding claims reserve (0.4); call with Big Lots, Davis Polk team, and AlixPartners regarding settlement (0.5); call with Kroll and McDermott Will regarding claims reserve (0.2); meet with S. Piraino regarding workstreams (0.2). |
| Brock, Matthew R. | 10/31/25 | 0.5 | Emails with Morris Nichols team regarding hearing agenda (0.2); review objections to conversion motion (0.3). |
| Shpeen, Adam L. | 10/31/25 | 1.4 | Call with S. Fox regarding dispute resolution (0.3); email to team regarding the same (0.2); confer with Big Lots management regarding status of conversation (0.6); review U.S. Trustee objection (0.3). |
| Brock, Matthew R. | 11/03/25 | 0.9 | Call with S. Piraino regarding conversion hearing (0.2); call with J. McClammy regarding same (0.1); emails with J. McClammy, S. Piraino, K. Winiarski regarding same (0.2); prepare for same (0.4). |
| Brock, Matthew R. | 11/03/25 | 1.3 | Prepare for conversion hearing; (0.9); draft correspondence regarding insurance issues (0.3). |
| Shpeen, Adam L. | 11/03/25 | 1.1 | Review reply draft (0.8); attend to conversion hearing logistics (0.3). |
| Brock, Matthew R. | 11/04/25 | 3.3 | Attend conversion hearing (0.5); emails with J. McClammy, S. Piraino, others regarding same (0.8); prepare for same (1.0); discuss omnibus hearing with A. Shpeen, J. McClammy, S. Piraino, others (0.5); emails with R. Robins, J. McClammy, Starr regarding insurance issues (0.3); review decision on administrative expense claim (0.2). |
| McClammy, James I. | 11/04/25 | 3.0 | Review motion, supporting materials, prepare with M. Brock regarding potential contested hearing (2.0); attend hearing (1.0). |
| Brock, Matthew R. | 11/06/25 | 0.5 | Emails with J. McClammy and S. Piraino regarding automatic stay. |
| **Total BC12 Litigation** | | **48.7** | |
| | | | |
| **BC14 Regulatory; Antitrust; Tax; IP** | | | |
| Piraino, Stephen D. | 10/01/25 | 0.2 | Emails with S. Fox and Big Lots regarding tax matter. |
| Piraino, Stephen D. | 10/23/25 | 0.3 | Emails with C. Goodman regarding tax matters. |

| Time Detail By Project | | | |
| --- | --- | --- | --- |
| **Name** | **Date** | **Hours** | **Narrative** |
| **Total BC14 Regulatory; Antitrust; Tax; IP** | | **0.5** | |
| | | | |
| **BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | | |
| Sattaur, Rebecca | 10/06/25 | 1.7 | Review and revise September invoice for privilege and confidentiality (1.5); correspond with Davis Polk team regarding same (0.2). |
| Feuerman, Eli | 10/07/25 | 3.2 | Review and revise September billing detail for privilege and confidentiality. |
| Sattaur, Rebecca | 10/07/25 | 0.2 | Review and revise September invoices for privilege and confidentiality. |
| Feuerman, Eli | 10/14/25 | 0.8 | Update August invoice for K. Winiarski. |
| Resnick, Brian M. | 10/14/25 | 0.2 | Review August and September Davis Polk invoices. |
| Sattaur, Rebecca | 10/14/25 | 0.4 | Review and revise September invoices per A. Shpeen (0.3); correspond with Davis Polk team regarding same (0.1). |
| Winiarski, Kevin L. | 10/14/25 | 0.5 | Review and revise August and September invoices for privilege and confidentiality. |
| Feuerman, Eli | 10/15/25 | 0.5 | Update invoices for K. Winiarski; send same to same. |
| Sattaur, Rebecca | 10/15/25 | 0.1 | Correspondence with Davis Polk team regarding September invoice. |
| Shpeen, Adam L. | 10/15/25 | 0.2 | Review and revise fee statements. |
| Winiarski, Kevin L. | 10/15/25 | 1.2 | Review and finalize Twelfth and Thirteenth Interim Fee Statements (0.9); emails with Davis Polk team regarding same (0.3). |
| Hart, Stone | 10/22/25 | 0.3 | Coordinate meeting with Davis Polk team regarding billing. |
| Feuerman, Eli | 10/28/25 | 0.8 | Meet with S. Hart to discuss onboarding (0.3); discuss same with K. Winiarski (0.2). |
| Hart, Stone | 10/28/25 | 0.8 | Review onboarding materials regarding billing issues. |
| Feuerman, Eli | 10/29/25 | 1.0 | Onboarding meeting with S. Hart regarding billing issues. |
| Hart, Stone | 11/03/25 | 1.1 | Attend billing meeting with E. Feuerman. |
| Hart, Stone | 11/04/25 | 0.8 | Review billing memoranda in connection with invoice and fee statement preparation (0.1); prepare fee statement (0.6); prepare fee schedule (0.1). |
| Hart, Stone | 11/06/25 | 0.2 | Correspond with Davis Polk team regarding Big Lots invoice and fee statement preparation. |
| Hart, Stone | 11/10/25 | 0.2 | Correspond with Davis Polk team regarding Big Lots fee statement and invoice preparation. |
| **Total BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | **14.2** | |
| | | | |
| **BC18 Travel (Non-Working)** | | | |
| McClammy, James I. | 11/03/25 | 0.8 | Conference M. Brock regarding potential contested conversion motion (0.3); review motion, objection, draft declaration (1.2). |
| Piraino, Stephen D. | 11/03/25 | 0.4 | Non-working travel time. |
| Winiarski, Kevin L. | 11/03/25 | 1.6 | Travel to Wilmington, DE ahead of conversion hearing. |
| Brock, Matthew R. | 11/04/25 | 0.9 | Travel to and from Delaware Bankruptcy Court for conversion hearing. |
| McClammy, James I. | 11/04/25 | 1.8 | Travel to, from Wilmington for potential contested conversion hearing. |
| Piraino, Stephen D. | 11/04/25 | 0.8 | Non-working travel. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Shpeen, Adam L. | 11/04/25 | 1.5 | Travel to and from conversion hearing via Amtrak. |
| Winiarski, Kevin L. | 11/04/25 | 1.3 | Travel from Wilmington to New York after conversion hearing. |
| **Total BC18 Travel (Non-Working)** | | **9.1** | |
| **TOTAL** | | **199.2** | |