# EXHIBIT B

**MONTHLY EXPENSE SUMMARY**
**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**October 1, 2025 through October 31, 2025**

| Expense Category | Total Expenses |
|---|---:|
| Court and Related Fees | $7.70 |
| Meals | $71.41 |
| Travel | $2,011.95 |
| **Grand Total Expenses** | **$2,091.06**[1] |

---

[1] This amount reflects a voluntary reduction in expenses in the amount of $3,547.40.

| **DISBURSEMENT DETAIL** | | | |
|---|---|---|---|
| Date | Expense Type | Description | Amount |
| 10/31/25 | Court and related fees | Pacer transactions 10/2025 | $7.70 |
| 10/08/25 | Meals | Piraino, Stephen, OT Dinner, 7:48 PM, (Davis Polk Cafeteria). | $19.15 |
| 10/09/25 | Meals | Piraino, Stephen, Catering from Davis Polk Cafeteria for October omnibus hearing for 3 DPW and 1 non-DPW personnel | $52.26 |
| 10/08/25 | Travel | Piraino, Stephen, Amtrak train from Wilmington, DE to home after October omnibus hearing | $264.13 |
| 10/08/25 | Travel | Piraino, Stephen, Amtrak train to Wilmington, DE | $(231.00) |
| 10/08/25 | Travel | Piraino, Stephen, Amtrak train to Wilmington, DE | $33.13 |
| 11/03/25 | Travel | Piraino, Stephen D., Sheraton Suites Wilmington Downtown prior to November omnibus hearing | $197.50 |
| 11/03/25 | Travel | Winiarski, Kevin L., Sheraton Suites Wilmington Downtown prior to November omnibus hearing | $207.95 |
| 11/03/25 | Travel | Winiarski, Kevin L., Uber from Wilmington train station to dinner with Morris Nichols team | $15.73 |
| 11/03/25 | Travel | Winiarski, Kevin L., Amtrak train from New York to Wilmington before November omnibus hearing | $157.50 |
| 11/03/25 | Travel | Brock, Matthew R., Amtrak train from Newark, NJ to Wilmington before November omnibus hearing | $231.00 |
| 11/03/25 | Travel | Shpeen, Adam L., Amtrak train from New York to Wilmington before November omnibus hearing | $320.00 |
| 11/03/25 | Travel | Winiarski, Kevin L., Taxi from DPW offices to New York Penn Station | $26.96 |
| 11/04/25 | Travel | Shpeen, Adam L., flight from Philadelphia after November omnibus hearing | $188.83 |
| 11/04/25 | Travel | Winiarski, Kevin L., Amtrak train from Wilmington to New York after November omnibus hearing | $216.00 |
| 11/04/25 | Travel | Brock, Matthew R., Amtrak train from Wilmington to Newark, NJ after November omnibus hearing | $180.00 |
| 11/04/25 | Travel | Brock, Matthew R., Amtrak train from Wilmington to Newark, NJ after November omnibus hearing | $66.50 |

2

| DISBURSEMENT DETAIL | | | |
|---|---|---|---|
| **Date** | **Expense Type** | **Description** | **Amount** |
| 11/04/25 | Travel | Brock, Matthew R., Uber from home to Newark, NJ train station before November omnibus hearing | $57.54 |
| 11/04/25 | Travel | Brock, Matthew R., Uber from Newark, NJ train station to home after November omnibus hearing | $32.98 |
| 11/04/25 | Travel | Winiarski, Kevin L., Taxi from New York Penn Station to home after November omnibus hearing | $47.20 |
| **TOTAL** | | | **$2,091.06** |