## **EXHIBIT C**

**Final Application Summary**

**Cover Sheet of Fee Application (UST Guidelines, Ex. E)**

| **Final Application Summary** | |
|---|---|
| Name of Applicant | Davis Polk & Wardwell LLP |
| Name of Client | FORMER BL STORES, INC., *et al.* |
| Time period covered by Final Application | September 9, 2024 through November 10, 2025 |
| Total compensation sought during Final Application Period | $17,505,948.76 *plus* $225,000.00 for estimated time through the Final Fee Hearing |
| Total expenses sought during Final Application Period | $103,398.13 *plus* $5,000.00 for estimated expenses through the Final Fee Hearing |
| Petition Date | September 9, 2024 |
| Retention Date | October 21, 2024, *nunc pro tunc* to September 9, 2024 |
| Date of order approving employment | October 21, 2024 |
| Total allowed compensation paid to date | $17,039,613.45 |
| Total allowed expenses paid to date | $85,092.63 |
| Total compensation approved by interim order to date | $16,685,975.25 |
| Total expenses approved by interim order to date | $84,255.83 |
| Blended rate in the Final Application Period for all partners | $2,423.55 |
| Blended rate in the Final Application Period for all attorneys | $1,562.93 |
| Blended rate in the Final Application Period for all timekeepers | $1,517.13 |
| Compensation sought in the Final Application already paid pursuant to a monthly compensation certificate but not yet allowed | $353,638.20 |
| Expenses sought in the Final Application already paid pursuant to a monthly compensation certificate but not yet allowed. | $836.80 |
| Number of professionals included in Final Application | 104 |
| If applicable, number of professionals in the Final Application not included in staffing plan approved by client. | N/A |
| If applicable, difference between fees budgeted and compensation sought for the Final Application Period | N/A |

| Number of professionals billing fewer than 15 hours to the case during the Final Application Period | 51 |
|---|---|
| Are any rates higher than those approved or disclosed at retention? | Effective January 1, 2025, Davis Polk implemented firm-wide rate increases. These rate increases are consistent with the engagement letter between Davis Polk and Big Lots, Inc., which provides that the rates included therein are adjusted from time to time and specifically at the beginning of each year. In accordance with the Davis Polk Retention Order, Davis Polk notified the U.S. Trustee and counsel to the Committee of these rate increases on December 31, 2024. |