**In re Former BL Stores, Inc., et al., Case No. 24-11967**  Exhibit A
**PwC US Tax LLP**
**Summary by Billing Category and Project Category - Fourth Interim Application Period**

| Billing Category and Project Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2024 Tax Compliance Services | 1,090.00 | $0.00 [1] |
| *Subtotal - Hours and Compensation - Fixed Fee Services* | *1,090.00* | *$0.00* |
| **Hourly Services** | | |
| Tax Advisory Services | 18.30 | $20,710.20 |
| *Subtotal - Hours and Compensation - Hourly Services* | *18.30* | *$20,710.20* |
| **Bankruptcy Compliance Services** | | |
| Fee Applications | 13.50 | $5,400.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Compliance Services* | *13.50* | *$5,400.00* |
| **Total - Hours and Compensation - All Services** | **1,121.80** | **$26,110.20** |

[1] As set forth in the applicable Statement of Work, the $220,000 fixed fee in connection with the 2024 Tax Compliance Services is due upon acceptance of the Statement of Work, subject to the terms of the Interim Compensation Procedures Order. The entirety of the $220,000 was requested in PwC US Tax's combined fourth monthly and second interim fee application for the period from January 1 - March 31, 2025 (Docket No. 2747). PwC US Tax continued to provide 2024 Tax Compliance Services through the Conversion Date.