**In re Former BL Stores, Inc., et al., Case No. 24-11967**　　　　　　　　　　　　　　　　　　　　**Exhibit B**
**PwC US Tax LLP**
**Summary of Hours and Fees by Project and Professional - Fourth Interim Application Period**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| **Fixed Fee Services** | | | |
| *2024 Tax Compliance Services* | | | |
| Craig Keller | Partner | 8.00 | |
| Lesa Shoemaker | Partner | 7.00 | |
| Brian Trueman | Director | 72.00 | |
| Anna Belluardo | Manager | 122.50 | |
| Austin Oberhausen | Manager | 26.00 | |
| Gitika Thirani | Senior Associate | 28.00 | |
| Natania Patterson | Senior Associate | 191.50 | |
| Stella Huang | Senior Associate | 81.50 | |
| Jacob DeVendra | Associate | 20.50 | |
| Madeline Studer | Associate | 14.50 | |
| Matthew Messer | Associate | 3.00 | |
| Yoel Herrera | Associate | 113.50 | |
| Christopher Trout | Specialist | 162.50 | |
| Emmanuel Bernadin | Specialist | 48.00 | |
| Ozzy Botero | Specialist | 179.50 | |
| Ryan Gustafson | Specialist | 12.00 | |
| ***Subtotal - 2024 Tax Compliance Services*** | | ***1,090.00*** | ***$0.00*** [1] |
| | | | |
| **Total - Hours and Compensation Sought - Fixed Fee Services** | | **1,090.00** | **$0.00** |

[1] As set forth in the applicable Statement of Work, the $220,000 fixed fee in connection with the 2024 Tax Compliance Services is due upon acceptance of the Statement of Work, subject to the terms of the Interim Compensation Procedures Order. The entirety of the $220,000 was requested in PwC US Tax's combined fourth monthly and second interim fee application for the period from January 1 - March 31, 2025 (Docket No. 2747). PwC US Tax continued to provide 2024 Tax Compliance Services through the Conversion Date.