**In re Former BL Stores, Inc., et al., Case No. 24-11967**  **Exhibit D**
**PwC US Tax LLP**
**Summary of Hours and Fees by Project and Professional - Fourth Interim Application Period**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Tax Advisory Services* | | | | |
| Sean Kelly | Partner | $1,330 | 2.60 | $3,458.00 |
| Elyse Acosta | Senior Manager | $1,141 | 12.20 | $13,920.20 |
| Will Gaziano | Senior Associate | $952 | 3.50 | $3,332.00 |
| *Subtotal - Tax Advisory Services* | | | *18.30* | *$20,710.20* |
| **Subtotal - Hourly Services** | | | **18.30** | **$20,710.20** |
| | | | | |
| **Bankruptcy Compliance Services** | | | | |
| *Fee Applications* | | | | |
| Chris Lewis | Senior Manager | $400 | 13.50 | $5,400.00 |
| *Subtotal - Fee Applications* | | | *13.50* | *$5,400.00* |
| **Subtotal - Bankruptcy Compliance Services** | | | **13.50** | **$5,400.00** |
| | | | | |
| **Total - Hours and Compensation Sought - Hourly Services** | | | **31.80** | **$26,110.20** |