**In re Former BL Stores, Inc., et al., Case No. 24-11967**  
**PwC US Tax LLP**  
**Professional Services by Project, Professional, and Date - Fourth Interim Application Period**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Hourly Services** | | | | | | |
| *Tax Advisory Services* | | | | | | |
| 7/7/2025 | Will Gaziano | Senior Associate | 0725H0001: Updates to the purchase price allocation model for the tax gain/loss | $952 | 2.50 | $2,380.00 |
| 7/8/2025 | Elyse Acosta | Senior Manager | 0725H0002: Review gain/loss calculations | $1,141 | 3.10 | $3,537.10 |
| 7/8/2025 | Sean Kelly | Partner | 0725H0003: Gain/loss model review | $1,330 | 0.40 | $532.00 |
| 7/9/2025 | Elyse Acosta | Senior Manager | 0725H0004: Updates to gain/loss calculations | $1,141 | 0.70 | $798.70 |
| 7/21/2025 | Sean Kelly | Partner | 0725H0005: Review updated gain/loss model | $1,330 | 0.50 | $665.00 |
| 7/21/2025 | Will Gaziano | Senior Associate | 0725H0006: Finalizing gain/loss analysis | $952 | 0.50 | $476.00 |
| 7/22/2025 | Elyse Acosta | Senior Manager | 0725H0007: Address gain/loss question | $1,141 | 0.50 | $570.50 |
| 7/28/2025 | Elyse Acosta | Senior Manager | 0725H0008: Address gain/loss question | $1,141 | 0.80 | $912.80 |
| 7/28/2025 | Sean Kelly | Partner | 0725H0009: Review reporting of transactions | $1,330 | 0.30 | $399.00 |
| 7/29/2025 | Elyse Acosta | Senior Manager | 0725H0010: Address gain/loss question | $1,141 | 0.60 | $684.60 |
| 7/31/2025 | Elyse Acosta | Senior Manager | 0725H0011: SPA review and analysis | $1,141 | 0.50 | $570.50 |
| 8/5/2025 | Will Gaziano | Senior Associate | 0825H0012: Updates to purchase price allocation with new informatio | $952 | 0.50 | $476.00 |
| 8/6/2025 | Elyse Acosta | Senior Manager | 0825H0013: Gain/loss calculation updates and discussions | $1,141 | 3.20 | $3,651.20 |
| 8/7/2025 | Elyse Acosta | Senior Manager | 0825H0014: Discussion on gain/loss model | $1,141 | 0.50 | $570.50 |
| 8/7/2025 | Sean Kelly | Partner | 0825H0015: Review of updated gain/loss model | $1,330 | 0.30 | $399.00 |
| 8/11/2025 | Elyse Acosta | Senior Manager | 0825H0016: ELA analysis recap | $1,141 | 0.50 | $570.50 |
| 8/12/2025 | Elyse Acosta | Senior Manager | 0825H0017: ELA review and analysis | $1,141 | 1.00 | $1,141.00 |
| 8/18/2025 | Elyse Acosta | Senior Manager | 0825H0018: ELA review and analysis | $1,141 | 0.80 | $912.80 |
| 8/18/2025 | Sean Kelly | Partner | 0825H0019: Call with M. Robey and R. Slayman (Big Lots) regarding liquidation | $1,330 | 0.30 | $399.00 |
| 8/19/2025 | Sean Kelly | Partner | 0825H0020: Call with M. Robey and R. Slayman (Big Lots) on liquidation (.3), workpaper updates (.5) | $1,330 | 0.80 | $1,064.00 |
| *Subtotal - Tax Advisory Services* | | | | | *18.30* | *$20,710.20* |
| **Subtotal - Hours and Compensation - Hourly Services** | | | | | **18.30** | **$20,710.20** |

In re Former BL Stores, Inc., et al., Case No. 24-11967  
PwC US Tax LLP  
**Professional Services by Project, Professional, and Date - Fourth Interim Application Period**

Exhibit E

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Bankruptcy Compliance Services** | | | | | | |
| *Fee Applications* | | | | | | |
| 8/12/2025 | Chris Lewis | Senior Manager | 0825H1001: Prepare exhibits to PwC's combined fifth monthly and third interim fee application (April-June 2025) | $400 | 3.80 | $1,520.00 |
| 8/13/2025 | Chris Lewis | Senior Manager | 0825H1002: Draft PwC's combined fifth monthly and third interim fee application (April-June 2025) | $400 | 2.00 | $800.00 |
| 8/14/2025 | Chris Lewis | Senior Manager | 0825H1003: Revise exhibits to PwC's combined fifth monthly and third interim fee application (April-June 2025) based on engagement team comments | $400 | 1.60 | $640.00 |
| 8/14/2025 | Chris Lewis | Senior Manager | 0825H1004: Finalize and coordinate filing of PwC's combined fifth monthly and third interim fee application (April-June 2025) | $400 | 1.00 | $400.00 |
| 9/5/2025 | Chris Lewis | Senior Manager | 0925H1005: Review CNO regarding PwC's combined fifth monthly and third interim fee application (April-June 2025) | $400 | 0.20 | $80.00 |
| 9/15/2025 | Chris Lewis | Senior Manager | 0925H1006: Addressing refund of overpayment from client | $400 | 0.40 | $160.00 |
| 10/27/2025 | Chris Lewis | Senior Manager | 0925H1007: Review proposed chapter 7 conversion order (.2); updating engagement team on timing of conversion and final fee applications (.3) | $400 | 0.50 | $200.00 |
| 10/28/2025 | Chris Lewis | Senior Manager | 0925H1008: Begin to prepare PwC combined fourth interim and final fee application | $400 | 4.00 | $1,600.00 |
| *Subtotal - Fee Applications* | | | | | 13.50 | *$5,400.00* |
| **Subtotal - Hours and Compensation - Bankruptcy Compliance Services** | | | | | **13.50** | **$5,400.00** |
| **Total - Hours and Compensation Sought - Hourly Services** | | | | | **31.80** | **$26,110.20** |