**In re Former BL Stores, Inc., et al., Case No. 24-11967**                                   **Exhibit F**

**PwC US Tax LLP**

**Summary by Billing Category and Project Category - Final Application Period**

| Billing Category and Project Category | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2023 Tax Compliance Services | 1,020.20 | $98,000.00 [1] |
| 2024 Tax Compliance Services | 1,337.00 | $220,000.00 [2] |
| *Subtotal - Hours and Compensation - Fixed Fee Services* | *2,357.20* | *$318,000.00* |
| **Hourly Services** | | |
| Tax Advisory Services | 769.00 | $813,487.60 |
| *Subtotal - Hours and Compensation - Hourly Services* | *769.00* | *$813,487.60* |
| **Bankruptcy Compliance Services** | | |
| Retention Applications | 27.80 | $13,535.00 |
| Fee Applications | 48.70 | $19,480.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Compliance Services* | *76.50* | *$33,015.00* |
| | | |
| **Less Prior Fee Reduction** | | **-$13,300.00** [3] |
| | | |
| **Total - Hours and Compensation - All Services** | **3,202.70** | **$1,151,202.60** |

[1] As set forth in the PwC US Tax Retention Application, the 2023 tax compliance engagement is a fixed fee arrangement whereby PwC US Tax has agreed to be paid a total $150,000, exclusive of expenses.  Prior to the Petition Date, PwC US Tax was paid $135,000 for tax compliance services, of which $83,000 remained as of the Petition Date to be applied against approved post-petition fees for such post-petition tax compliance services.

[2] As set forth in the applicable Statement of Work, the $220,000 fixed fee in connection with the 2024 Tax Compliance Services is due upon acceptance of the Statement of Work, subject to the terms of the Interim Compensation Procedures Order.  The entirety of the $220,000 was requested in PwC US Tax's combined fourth monthly and second interim fee application for the period from January 1 - March 31, 2025 (Docket No. 2747). PwC US Tax continued to provide 2024 Tax Compliance Services through the Conversion Date.

[3] Pursuant to a prior agreement with the Office of the United States Trustee, PwC US Tax agreed to reduce its first fee application request by $13,300.  *See*  PwC US Tax's first monthly fee application for the period from September 9, 2024 through October 31, 2024 [Docket No. 1337].