In re Former BL Stores, Inc., et al., Case No. 24-11967                                     Exhibit G
PwC US Tax LLP
**Summary of Hours and Fees by Project and Professional - Final Application Period**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| **Fixed Fee Services** | | | |
| *2023 Tax Compliance Services* | | | |
| Craig Keller | Partner | 5.00 | |
| Lesa Shoemaker | Partner | 7.50 | |
| Brian Trueman | Director | 93.00 | |
| Nicole Berkow | Senior Manager | 30.50 | |
| Anna Belluardo | Manager | 218.00 | |
| Austin Oberhausen | Manager | 1.00 | |
| Nicholl Troncoso | Manager | 1.00 | |
| Matt Koebbeman | Senior Associate | 74.00 | |
| Natania Patterson | Senior Associate | 7.00 | |
| Rhys Jonard | Senior Associate | 19.50 | |
| Stella Huang | Senior Associate | 205.70 | |
| Hope Randolph | Associate | 3.00 | |
| Madeline Studer | Associate | 12.00 | |
| Matthew Messer | Associate | 7.00 | |
| Tommy McAvoy | Associate | 193.50 | |
| Alexander Loeb | Specialist | 17.50 | |
| Bryanna Fountain | Specialist | 10.00 | |
| Emily Nguyen | Specialist | 101.00 | |
| Mouad Kharbach | Specialist | 14.00 | |
| **Subtotal - Tax Compliance Services** | | **1,020.20** | **$98,000.00** [1] |
| *2024 Tax Compliance Services* | | | |
| Craig Keller | Partner | 15.50 | |
| David Ernick | Principal | 1.50 | |
| Lesa Shoemaker | Partner | 8.00 | |
| Lowell Huth | Partner | 0.50 | |
| Brian Trueman | Director | 106.00 | |
| Tom Carpenter | Director | 3.00 | |
| Matthew Harris | Senior Manager | 1.50 | |
| Nicole Berkow | Senior Manager | 24.50 | |
| Anna Belluardo | Manager | 142.00 | |
| Austin Oberhausen | Manager | 51.50 | |
| Nicholl Troncoso | Manager | 0.50 | |
| Gitika Thirani | Senior Associate | 28.50 | |
| Natania Patterson | Senior Associate | 192.00 | |
| Ryan Cavanaugh | Senior Associate | 1.50 | |
| Ryan Miller | Senior Associate | 4.00 | |
| Stella Huang | Senior Associate | 114.00 | |
| Jacob DeVendra | Associate | 20.50 | |
| Kaylee McMullen | Associate | 5.00 | |
| Mackenzie Summers | Associate | 8.00 | |
| Madeline Studer | Associate | 14.50 | |
| Matthew Messer | Associate | 55.50 | |

**In re Former BL Stores, Inc., et al., Case No. 24-11967**     **Exhibit G**
**PwC US Tax LLP**
**Summary of Hours and Fees by Project and Professional - Final Application Period**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| Mia Gerthoffer | Associate | 7.00 | |
| Tommy McAvoy | Associate | 6.00 | |
| Yoel Herrera | Associate | 113.50 | |
| Christopher Trout | Specialist | 163.00 | |
| Emily Nguyen | Specialist | 0.50 | |
| Emmanuel Bernadin | Specialist | 48.00 | |
| Ozzy Botero | Specialist | 179.50 | |
| Ryan Gustafson | Specialist | 21.50 | |
| ***Subtotal - 2024 Tax Compliance Services*** | | ***1,337.00*** | ***$220,000.00*** [2] |
| **Total - Hours and Compensation Sought - Fixed Fee Services** | | **2,357.20** | **$318,000.00** |

[1] As set forth in the PwC US Tax Retention Application, the 2023 tax compliance engagement is a fixed fee arrangement whereby PwC US Tax has agreed to be paid a total $150,000, exclusive of expenses. Prior to the Petition Date, PwC US Tax was paid $135,000 for tax compliance services, of which $83,000 remained as of the Petition Date to be applied against approved post-petition fees for such post-petition tax compliance services.

[2] As set forth in the applicable Statement of Work, the $220,000 fixed fee in connection with the 2024 Tax Compliance Services is due upon acceptance of the Statement of Work, subject to the terms of the Interim Compensation Procedures Order. The entirety of the $220,000 was requested in PwC US Tax's combined fourth monthly and second interim fee application for the period from January 1 - March 31, 2025 (Docket No. 2747). PwC US Tax continued to provide 2024 Tax Compliance Services through the Conversion Date.