In re Former BL Stores, Inc., et al., Case No. 24-11967                                                    **Exhibit H**

PwC US Tax LLP

**Summary of Hours and Fees by Project and Professional - Final Application Period**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Tax Advisory Services* | | | | |
| Art Sewall | Partner | $1,330 | 1.00 | $1,330.00 |
| Bob Ritter | Partner | $1,265 | 11.40 | $14,421.00 |
| Craig Keller | Partner | $1,265 | 30.40 | $38,456.00 |
| George Manousos | Partner | $1,265 | 2.50 | $3,162.50 |
| Hardeo Bissoondial | Partner | $1,265 | 2.80 | $3,542.00 |
| Lesa Shoemaker | Partner | $1,265 | 68.30 | $86,399.50 |
| Lindsay Galvin | Partner | $1,265 | 1.50 | $1,897.50 |
| Michelle Hanzely | Principal | $1,265 | 3.30 | $4,174.50 |
| Sean Kelly | Partner | $1,330 | 55.00 | $73,150.00 |
| Andrea McIntire | Director | $1,006 | 2.50 | $2,515.00 |
| Brian Trueman | Director | $1,006 | 84.90 | $85,409.40 |
| Hudson Harrison | Director | $1,006 | 2.50 | $2,515.00 |
| Tom Carpenter | Director | $1,006 | 10.70 | $10,764.20 |
| Tom Fagan | Director | $1,006 | 2.60 | $2,615.60 |
| Zak Adkins | Director | $1,006 | 13.40 | $13,480.40 |
| Elyse Acosta | Senior Manager | $1,141 | 223.40 | $254,899.40 |
| Evan Amundson | Senior Manager | $918 | 2.00 | $1,836.00 |
| Nicole Berkow | Senior Manager | $918 | 7.80 | $7,160.40 |
| Anna Belluardo | Manager | $829 | 1.00 | $829.00 |
| Austin Oberhausen | Manager | $829 | 4.80 | $3,979.20 |
| Joseph Beiter | Manager | $829 | 5.50 | $4,559.50 |
| Steven Shao | Manager | $829 | 7.50 | $6,217.50 |
| Maddi Cooperrider | Senior Associate | $952 | 1.10 | $1,047.20 |
| Rhys Jonard | Senior Associate | $702 | 46.20 | $32,432.40 |
| Ryan Miller | Senior Associate | $702 | 3.20 | $2,246.40 |
| Stella Huang | Senior Associate | $702 | 1.00 | $702.00 |
| Will Gaziano | Senior Associate | $952 | 128.00 | $121,856.00 |
| Evan Hannan | Experienced Associate | $743 | 38.30 | $28,456.90 |
| Mia Gerthoffer | Experienced Associate | $554 | 4.90 | $2,714.60 |
| Matthew Messer | Associate | $479 | 0.50 | $239.50 |
| Tommy McAvoy | Associate | $479 | 1.00 | $479.00 |
| *Subtotal - Tax Advisory Services* | | | *769.00* | *$813,487.60* |
| **Subtotal - Hourly Services** | | | **769.00** | **$813,487.60** |
| | | | | |
| **Bankruptcy Compliance Services** | | | | |
| *Retention Applications* | | | | |
| Thalia Cody | Director | $550 | 16.10 | $8,855.00 |
| Chris Lewis | Manager | $400 | 11.70 | $4,680.00 |
| *Subtotal - Retention Applications* | | | *27.80* | *$13,535.00* |
| *Fee Applications* | | | | |
| Chris Lewis | Senior Manager | $400 | 48.70 | $19,480.00 |
| *Subtotal - Fee Applications* | | | *48.70* | *$19,480.00* |
| **Subtotal - Bankruptcy Compliance Services** | | | **76.50** | **$33,015.00** |
| | | | | |
| **Total - Hours and Compensation Sought - Hourly Services** | | | **845.50** | **$846,502.60** |