**EXHIBIT B**
**EXPENSE SUMMARY**

**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**October 1, 2025, through November 10, 2025**

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 342.70 |
| In-House Printing - black & white | 378.10 |
| Messenger Service | 15.00 |
| In-House Printing - color | 20.80 |
| Courier/Delivery Service | 292.00 |
| Meals | 621.37 |
| Court Costs | 285.00 |
| Transcripts | 181.35 |
| **Grand Total Expenses** | **$2,136.32** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 10/01/25 | Pacer | 23.0 | 2.30 |
| 10/02/25 | Pacer | 698.0 | 69.80 |
| 10/03/25 | Pacer | 157.0 | 15.70 |
| 10/03/25 | In-House Printing - black & white | 27.0 | 2.70 |
| 10/06/25 | Pacer | 394.0 | 39.40 |
| 10/06/25 | In-House Printing - black & white | 174.0 | 17.40 |
| 10/07/25 | Pacer | 222.0 | 22.20 |
| 10/08/25 | In-House Printing - black & white | 104.0 | 10.40 |
| 10/08/25 | Pacer | 95.0 | 9.50 |
| 10/09/25 | Pacer | 165.0 | 16.50 |
| 10/09/25 | In-House Printing - black & white | 316.0 | 31.60 |
| 10/10/25 | Pacer | 124.0 | 12.40 |
| 10/15/25 | Pacer | 93.0 | 9.30 |
| 10/16/25 | Pacer | 30.0 | 3.00 |
| 10/17/25 | Pacer | 110.0 | 11.00 |
| 10/18/25 | Pacer | 298.0 | 29.80 |
| 10/21/25 | Pacer | 20.0 | 2.00 |
| 10/23/25 | Pacer | 51.0 | 5.10 |
| 10/24/25 | Pacer | 70.0 | 7.00 |
| 10/24/25 | Court Costs - Filing fee for motion to convert main case. | 1.0 | 15.00 |
| 10/26/25 | In-House Printing - black & white | 86.0 | 8.60 |
| 10/27/25 | Pacer | 132.0 | 13.20 |
| 10/28/25 | Pacer | 173.0 | 17.30 |
| 10/28/25 | Court Costs - Filing fees for conversion of 18 additional debtors. | 1.0 | 270.00 |
| 10/29/25 | Pacer | 43.0 | 4.30 |
| 10/30/25 | Pacer | 50.0 | 5.00 |
| 10/30/25 | In-House Printing - black & white | 876.0 | 87.60 |
| 10/31/25 | Messenger Service - Delivery fees for delivery of agenda binders to chambers. | 1.0 | 5.00 |
| 11/03/25 | Pacer | 49.0 | 4.90 |
| 11/03/25 | Meals - Working dinner for four people in preparation for 11/4 conversion hearing. | 1.0 | 375.12 |
| 11/03/25 | In-House Printing - black & white | 1,325.0 | 132.50 |
| 11/04/25 | In-House Printing - black & white | 873.0 | 87.30 |
| 11/04/25 | Pacer | 165.0 | 16.50 |
| 11/04/25 | In-House Printing - color | 26.0 | 20.80 |

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 11/04/25 | Courier/Delivery Service - Delivery of materials to Court for 11/4 hearing | 1.0 | 46.00 |
| 11/04/25 | Courier/Delivery Service - Delivery of materials to Court for 11/4 hearing | 1.0 | 65.00 |
| 11/04/25 | Courier/Delivery Service - Delivery of materials to Court for 11/4 hearing | 1.0 | 46.00 |
| 11/04/25 | Courier/Delivery Service - Delivery fee for lunch for 11/4 hearing | 1.0 | 45.00 |
| 11/04/25 | Courier/Delivery Service - Delivery fee for breakfast re: November 4 hearing. | 1.0 | 90.00 |
| 11/04/25 | Meals - Lunch for 5 people for November 4 hearing. | 1.0 | 200.72 |
| 11/04/25 | Messenger Service - Delivery fees for delivery of 11/4 hearing materials to Court. | 1.0 | 5.00 |
| 11/04/25 | Messenger Service - Delivery fees for delivery of amended agenda binders to chambers. | 1.0 | 5.00 |
| 11/04/25 | Transcripts - Expedited transcript of 11/4 hearing | 1.0 | 181.35 |
| 11/05/25 | Pacer | 132.0 | 13.20 |
| 11/05/25 | Meals - Breakfast for 5 people for November 4 hearing. | 1.0 | 45.53 |
| 11/06/25 | Pacer | 72.0 | 7.20 |
| 11/07/25 | Pacer | 34.0 | 3.40 |
| 11/10/25 | Pacer | 27.0 | 2.70 |

**Total** **$2,136.32**