**<u>Exhibit C</u>**

**Final Application Summary**

**Cover Sheet of Fee Application (UST Guidelines Exh. E)**

| **Final Application Period Summary** | |
|---|---|
| Name of Applicant | Morris, Nichols, Arsht & Tunnell LLP |
| Name of Client | FORMER BL STORES, INC., *et al.* |
| Time period covered by Final Application | September 9, 2024, through November 10, 2025 |
| Total compensation sought during Application Period | $3,941.148.00 plus $35,000.00 for estimated time through the final fee hearing |
| Total expenses sought during Application Period | $137,207.36 plus $2,000.00 for estimated expenses through the final fee hearing |
| Petition Date | September 9, 2024 |
| Retention Date | October 22, 2024, *nunc pro tunc* to September 9, 2024 |
| Date of order approving employment | October 22, 2024 |
| Total allowed compensation paid to date | $3,757,945.30 |
| Total allowed expenses paid to date | $135,071.04 |
| Total compensation approved by interim order to date | $3,554,230.50 |
| Total expenses approved by interim order to date | $133,135.26 |
| Blended rate in the Final Application for all partners | $1,267.77 |
| Blended rate in the Final Application for all attorneys | $823.28 |
| Blended rate in the Final Application for all timekeepers | $773.29 |
| Compensation sought in the Final Application already paid pursuant to a monthly compensation certificate but not yet allowed by interim order | $203,714.80 |

| **Final Application Period Summary** | |
|---|---|
| Expenses sought in the Final Application already paid pursuant to a monthly compensation certificate but not yet allowed by interim order | $1,935.78 |
| Number of professionals included in Interim Application | 26 |
| If applicable, number of professionals in the Interim Application not included in staffing plan approved by client | See Exhibit D |
| If applicable, difference between fees budgeted and compensation sought for the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Interim Application Period | 15 |
| Are any rates higher than those approved or disclosed at retention | The client was informed regarding Morris Nichols's rates and future rate increases in connection with Morris Nichols's engagement and the client's approval of Morris Nichols's retention application. On December 16, 2024, the Debtors filed a Notice of Rate Change for Morris, Nichols, Arsht & Tunnell LLP (D.I. 1357) reflecting customary annual rate increases. |