## Exhibit D

## Staffing Plan Interim Application Period Staffing Plan

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across Matters During the Budget Period | Number of Timekeepers Actually Performing Work During the Budget Period | Projected Average Hourly Rate | Actual Average Hourly Rate |
|---|---|---|---|---|
| Partner | 2 | 5 | $1,595 | $1,267.77 |
| Senior Counsel | 1 | 1 | $1,095 | $1,083.90 |
| Special Counsel | 1 | 1 | $1,025 | $968.33 |
| Associate | 3 | 8 | $690 | $635.21 |
| Other Professionals | 4 | 11 | $435 | $413.99 |