IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC.,<br><br>                    Debtor. | Chapter 7<br>Case No.  24-11967<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** that National Union Fire Insurance Company of Pittsburgh, PA ("NUFIC"), The Insurance Company of the State of Pennsylvania ("ICSPA"), and AIG Insurance Company of Canada ("AIG Canada") creditors of the above-captioned debtor, and the assignee of the claims set forth below, have changed their addresses and request that all further notices and distributions in this case be served upon and delivered to the following address:

**NEW ADDRESS:**

National Union Fire Insurance Company of Pittsburgh PA
Insurance Company of the State of Pennsylvania
AIG Insurance Company of Canada
c/o Adam L. Rosen PLLC
121 Main Street
Box 1021
Northport, New York 11768
adam.rosen@ALRcounsel.com

   OLD ADDRESS:

National Union Fire Insurance Company of Pittsburgh PA
Insurance Company of the State of Pennsylvania
AIG Insurance Company of Canada
c/o Adam L. Rosen PLLC
1051 Port Washington Blvd.
PO Box 552
Port Washington, New York 11050-0146

The claims held by NUFIC and ICSPA are as follows:

- Moringa America- ICSPA
- Godinger Silver Arts- NUFIC
- AHF, LLC- NUFIC
- AJM Packaging Corp- NUFIC
- Century Home Fashions- AIG Canada
- Azzure Home, Inc.- NUFIC

Dated:  January 2, 2026

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

AIG INSURANCE COMPANY OF CANADA

By Its Attorney,
ADAM L. ROSEN PLLC

By: /s/ *Adam L. Rosen*

Adam L. Rosen
121 Main Street
Box 1021
Northport, New York 11768
adam.rosen@ALRcounsel.com