**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., et al,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF SCHEDULE OF UNPAID DEBTS**

**PLEASE TAKE NOTICE** that, on November 10, 2025, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order (I) Converting Chapter 11 Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [D.I. 3319] (the "**Conversion Order**"),[2] pursuant to which the above-captioned debtors' chapter 11 cases (the "**Debtors**") were converted to cases under chapter 7.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Conversion Order and Rule 1019(e)(2) of the Federal Rules of Bankruptcy Procedure, the Debtors' schedule of unpaid debts incurred after commencement of the Debtors' chapter 11 cases through the Conversion Date (the "**Schedule**") is attached as **Exhibit A**.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the Chapter 7 Trustee is 2301 E. Evesham Road Pavillion 800, Suite 210 Voorhees, NJ 08043.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Conversion Order.

**PLEASE TAKE FURTHER NOTICE** that the Schedule does not include amounts owed to Professionals retained in the Debtors' chapter 11 cases. Pursuant to the Conversion Order, such Professionals shall submit a final fee application for allowance and payment of their unpaid fees and expenses.

**PLEASE TAKE FURTHER NOTICE** that nothing in the Schedule is intended or shall be deemed to (i) constitute an admission as to the validity or priority of any debt or (ii) impair, prejudice, waive, or otherwise affect any rights, claims, or defenses of the Debtors, their estates, or the chapter 7 trustee with respect to the debts listed therein.

[*Remainder of Page Left Intentionally Blank*]

...

| | |
|---|---|
| Dated: January 5, 2026<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br> /s/ *Casey B. Sawyer*  <br>Robert J. Dehney, Sr. (No. 3578)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Sophie Rogers Churchill (No. 6905)<br>Casey B. Sawyer (No. 7260)<br>1201 N. Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Tel.: (302) 658-9200<br>rdehney@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>srchurchill@morrisnichols.com<br>csawyer@morrisnichols.com<br><br>*-and-*<br><br>**DAVIS POLK & WARDWELL LLP**<br>Brian M. Resnick (admitted *pro hac vice*)<br>Adam L. Shpeen (admitted *pro hac vice*)<br>Stephen D. Piraino (admitted *pro hac vice*)<br>Ethan Stern (admitted *pro hac vice*)<br>Kevin L. Winiarski (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel.: (212) 450-4000<br>brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>stephen.piraino@davispolk.com<br>ethan.stern@davispolk.com<br>kevin.winiarski@davispolk.com<br><br>*Counsel to the Debtors* |