IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., et al.,<br><br>Debtor. | Chapter 7<br><br>Case No.: 24-11967 (JKS)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Lane C. Hilton, an attorney with Robberson Schroedter LLP, to represent Juanita Morales-Euresti in this action.

Date: January 6, 2026

*/s/ Matthew P. Austria*
Matthew P. Austria (DE #4827)
Austria Legal, LLC
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 521-5197
Email: maustria@austriallc.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/2/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Date: January 6, 2026

*/s/ Lane C. Hilton*
Lane C. Hilton
Robberson Schroedter LLP
501 West Broadway, Suite 1260
San Diego, CA 92101
Telephone: (619) 353-5691
Email: lane@thersfirm.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

Dated: January 6th, 2026
Wilmington, Delaware