## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtor. | **Re:  DI 1823** |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS AND ELECTRONIC NOTICING

PLEASE TAKE NOTICE that Maliheh Zare of McCarter & English, LLP hereby withdraws her appearance as counsel for Perry, Inc. and B&C Properties of Dunn, LLC in the above-captioned bankruptcy case.  Maliheh Zare also withdraws her request for receipt of all notices including electronic notices of documents in the above-captioned matter.

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove her from the electronic noticing matrix for the above-captioned bankruptcy case.

All other current counsel of record will continue to represent Perry, Inc. and B&C Properties of Dunn, LLC and are not intended to be affected by this notice.

Date:   January 8, 2026
        Wilmington, DE

**McCARTER & ENGLISH, LLP**

*/s/ Maliheh Zare*
Kate Roggio Buck (No. 5140)
Maliheh Zare (No. 7133)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile (302) 984-6399
kbuck@mccarter.com
mzare@mccarter.com

*Counsel for Perry, Inc. and B&C Properties of Dunn, LLC*

ME1\59552880.v1