IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtor. | **Re: DI 1822** |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL
FROM SERVICE LISTS AND ELECTRONIC NOTICING**

PLEASE TAKE NOTICE that Maliheh Zare of McCarter & English, LLP hereby withdraws her appearance as counsel for Goodwill Gulf Coast in the above-captioned bankruptcy case. Maliheh Zare also withdraws her request for receipt of all notices including electronic notices of documents in the above-captioned matter.

The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove her from the electronic noticing matrix for the above-captioned bankruptcy case.

All other current counsel of record will continue to represent Goodwill Gulf Coast and are not intended to be affected by this notice.

| | |
|---|---|
| Date: January 8, 2026<br>Wilmington, DE | **McCARTER & ENGLISH, LLP**<br><br>*/s/ Maliheh Zare*<br>Kate Roggio Buck (No. 5140)<br>Maliheh Zare (No. 7133)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6300<br>Facsimile (302) 984-6399<br>kbuck@mccarter.com<br>mzare@mccarter.com<br><br>*Counsel for Goodwill Gulf Coast* |

ME1\59552852.v1