# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BIG LOTS, INC., *et al.*[1], | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE**, that pursuant to 11 U.S.C. § 1109(b) and rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel enters his appearance as counsel for Big Mifl2 Owner LLC ("Big Mifl2"), and requests that all notices and other papers filed or served in the above-captioned chapter 11 cases be served upon the following attorney:

> Gregory F. Fischer
> COZEN O'CONNOR
> 1201 N. Market Street, Suite 1001
> Wilmington, DE 19801
> Telephone: (302) 295-2017
> Facsimile: (302) 358-2307
> Email: GFischer@cozen.com

**PLEASE TAKE FURTHER NOTICE** that this request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Bankruptcy Rules, including, but not limited to, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin - Granville Road, Columbus, OH 43081.

before the Court in these cases, and any hearings, trials or proceedings related thereto, which affect or otherwise related to the above-captioned chapter 11 cases or Big Mifl2.

**PLEASE TAKE FURTHER NOTICE** that the filing of this *Notice of Appearance and Request for Service* or any later appearance, pleading, claim or suit does not and shall not be deemed or construed to waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceeding so triable in these cases, controversy or proceeding related to these cases; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Big Mifl2 is or may be entitled under agreements, in law or in equity, all of which rights, claims actions, defenses, setoffs and recoupments Big Mifl2 expressly reserves. Unless and until Big Mifl2 expressly states otherwise, Big Mifl2 does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

**COZEN O'CONNOR**

Dated: January 12, 2026

*/s/ Gregory F. Fischer*
Gregory F. Fischer (#5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
GFischer@cozen.com

*Counsel to Big Mifl2 Owner LLC*