B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re <u>Former BL Stores, Inc.,</u>   Case No. <u>24-11967-JKS</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Columbia Grain International, LLC</u>     <u>Enrich Foods, LLC</u>
Name of Transferee                         Name of Transferor

Name and Address where notices to transferee should be sent:

Columbia Grain International, LLC
c/o Cinthya Heggie
1300 SW Fifth Avenue, Suite 2929
Portland, OR 97201-5636

Court Claim # (if known): 1688
Amount of Claim: $10,368.00
Date Claim Filed: 10/1/2024

Phone: 503-224-8624
Last Four Digits of Acct #: 6700

Phone: 608-687-9580
Last Four Digits of Acct. #: 5892

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____     Date: 12/17/25
     Transferee/Transferee's Agent

Printed Name and Title: ANDREW F. CARDENA (CFO)

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## GENERAL ASSIGNMENT AGREEMENT

This General Assignment Agreement ("Assignment") is made as of this 17 day of December, 2025, by and between **ENRICH FOODS, LLC**, a Delaware limited liability company ("Assignor") and **COLUMBIA GRAIN INTERNATIONAL, LLC**, a Delaware limited liability company ("Assignee"). Assignor and Assignee may be referred to herein individually as a "party" and collectively as the "parties."

### Recitals

The Assignment is made regarding the following facts:

A. Assignor is winding up and dissolving its business and Assignee is a Member of Assignor.

B. To assist with the winding up and dissolution of Assignor, the parties agree that Assignor will assign outstanding Invoice No. 2410 for Big Lots 4900 E Dublin Granville Road Columbus, OH 43081, dated June 27, 2024, to Assignee.

NOW, THEREFORE, for good and valuable consideration and pursuant to the terms of this Agreement, the receipt and sufficiency whereof are hereby acknowledged, Assignor and Assignee agree as follows:

### Agreement

1. <u>Incorporation of Recitals</u>. The preceding recitals are incorporated by this reference.

2. <u>Assignment</u>. Assignor assigns to Assignee all of its rights, interests, and obligations in collection for its Invoice No. 2410 ("Invoice") to Big Lots which totals $10,368.00. Assignee accepts this assignment, assumes all of Assignor's obligations and duties, if any, for filing a notice of claim or collection on the Invoice and agrees to be bound by all the provisions of the Invoice and to perform all the obligations of Assignor thereunder from and after the effective date of this Assignment.

3. <u>General Provisions</u>.

    3.1. *Further Assurances.* Each party to this Assignment will execute and deliver such further documents and instruments and will take such other actions as may be reasonably required or appropriate to evidence or carry out the intent of purposes of this Assignment. This includes any documentation required for the notice of claim filed for the Invoice in United States Bankruptcy Court for the District of Delaware Case No. 24-11977-JKS and Case No. 24-11967-JKS or any subsequent notice of claim that may be filed by Assignee.

    3.2. *No Third-Party Beneficiaries.* This Assignment shall not confer any rights or remedies upon any person other than the parties and their respective successors and permitted assigns.

    3.3. *Controlling Law.* This Assignment will be governed by and construed in accordance with Oregon law.

3.4. *Captions*. Captions to the sections in this Assignment are included for convenience only and do not modify any of the terms of this Assignment.

3.5. *Counterparts*. This Assignment may be executed in any one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

3.6. *Severability*. If any term or provision of this Assignment is invalid, illegal or unenforceable in any jurisdiction, such invalidity, illegality or unenforceability shall not affect any other term or provision of this Assignment or invalidate or render unenforceable such term or provision in any other jurisdiction. Upon such determination that any term or other provision is invalid, illegal, or unenforceable, the parties hereto shall negotiate in good faith to modify this Assignment so as to affect the original intent of the parties as closely as possible in a mutually acceptable manner in order that the transactions contemplated hereby be consummated as originally contemplated to the greatest extent possible.

3.7. *Waiver*. Except as explicitly stated in this Assignment, nothing contained in this Assignment will be deemed or construed to modify, waive, impair, or affect any of the covenants, agreements, terms, provisions, or conditions contained in the Invoice.

**[SIGNATURES ON NEXT PAGE]**

IN WITNESS WHEREOF, Assignor and Assignee have caused this Assignment Agreement to be executed on the date first written above.

**Assignor:**

**ENRICH FOODS, LLC**

By: Tomohiro Kozakai

Its: Chief Administrative Officer

**Assignee:**

**COLUMBIA GRAIN INTERNATIONAL, LLC**

By: Andres Cardena

Its: Chief Financial Officer