## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JANUARY 29, 2026 AT 11:00 A.M. (EASTERN TIME)

This proceeding will be conducted in-person before the **Honorable J Kate Stickles, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801**.

All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Shannon's Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website

## RESOLVED MATTERS

1. Chapter 7 Trustees Motion for Authority to Hire Independent Contractors for Certain Transition Services, Effective as of November 10, 2025, Pursuant to 11 U.S.C. § 105(a), and to Pay for Such Services and De Minimis Expenses Associated With Such Services Pursuant to 11 U.S.C. § 503(b)(1)(A), Without Further Court Order [Filed 12/2/25], (Docket No. 3348)

---

[1] The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Response Deadline:                    December 16, 2025 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

    a)    Certification of Counsel Regarding Chapter 7 Trustee's Motion for Authority to Hire Independent Contractors for Certain Transition Services, Effective as of November 10, 2025, Pursuant to 11 U.S.C. § 105(a), and to Pay for Such Services and De Minimis Expenses Associated With Such Services Pursuant to 11 U.S.C. § 503(b)(1)(A), Without Further Court Order [Filed: 12/23/25] (Docket No. 3392)

    b)    Order Granting Chapter 7 Trustee's Motion for Authority to Hire Independent Contractors for Certain Transition Services, Effective as of November 10, 2025, Pursuant to 11 U.S.C. § 105(a), and to Pay for Such Services and De Minimis Expenses Associated With Such Services Pursuant to 11 U.S.C. § 503(b)(1)(A), Without Further Court Order [Filed 12/29/25] (Docket No. 3402)

    Status:  The Court entered an order on this matter. No hearing is required.

2.    Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants and Financial Advisors to Chapter 7 Trustee, Effective as of November 10, 2025 [Filed 12/2/25] (Docket No. 3350)

Response Deadline:                    December 16, 2025 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

    a)    Certificate of No Objection Regarding Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountant and Financial Advisors to Chapter 7 Trustee, Effective as of November 10, 2025 [Filed 12/19/25] (Docket No. 3388)

    b)    Notice of Filing of Parties in Interest List [Filed 12/23/25] (Docket No. 3393)

    c)    Order Granting Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountant and Financial Advisors to Chapter 7 Trustee, Effective as of November 10, 2025 [Filed 12/23/25] (Docket No. 3395)

<u>Status</u>:   The Court entered an order on this matter. No hearing is required.

3.    Application of Alfred T. Giuliano, Chapter 7 Trustee, for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of November 10, 2025 [Filed 12/2/25] (Docket No. 3351)

<u>Response Deadline</u>:                              December 16, 2025 at 4:00 p.m. (ET)

<u>Responses Received</u>:                        None

<u>Related Documents</u>:

      a)    Certificate of No Objection Regarding Application of Alfred T. Giuliano, Chapter 7 Trustee, for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of November 10, 2025 [Filed 12/19/25] (Docket No. 3389)

      b)    Notice of Filing of Parties in Interest List [Filed 12/23/25] (Docket No. 3393)

      c)    Order Granting Application of Alfred T. Giuliano, Chapter 7 Trustee, for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of November 10, 2025 [Filed 12/23/25] (Docket No. 3394)

<u>Status</u>:   The Court entered an order on this matter. No hearing is required.

## **FINAL FEE APPLICATIONS**

4.    Final Fee Applications of Chapter 11 Estate Professionals

<u>Related Documents</u>:   See Exhibit A, attached

<u>Objections Filed</u>:      None

<u>Status</u>:  Final fee applications of the chapter 11 estate professionals have been filed. The estate professionals anticipate submitting an omnibus fee order under certification of counsel in advance of the hearing.

Dated:  January 27, 2026          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
        pkeane@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4901-7324-9931.1 31275.00001                    4