# EXHIBIT A

FORMER BL STORES, INC., *et al.*,
Bankruptcy Case No. 24-11967 (JKS) (Jointly Administered)
Summary of Fees and Expenses for the Final Fee Hearing:
January 29, 2026, at 11:00 a.m. (Eastern Time)

**<u>Debtors' Professionals</u>**

<u>Davis Polk & Wardwell LLP</u>

A. Combined Fourteenth Monthly Fee Statement (for the Period October 1, 2025 Through and Including November 10, 2025) and Final Fee Application of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Chapter 11 Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 9, 2024, Through and Including November 10, 2025 (D.I. 3398, filed 12/26/25).

<u>Objection Deadline</u>: January 16, 2026, at 4:00 p.m. (ET).

<u>Responses Received</u>: None.

<u>Related Pleadings</u>:

1. Eleventh Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2025 Through and Including July 31, 2025 (D.I. 3139, filed 9/3/25);

2. Certificate of No Objection Regarding Eleventh Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2025 Through and Including July 31, 2025 (D.I. 3174, filed 9/25/25);

3. Twelfth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2025, Through and Including August 31, 2025 (D.I. 3240, filed 10/15/25);

4. Thirteenth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 1, 2025, Through and Including September 30, 2025 (D.I. 3241, filed 10/15/25);

5. Certificate of No Objection Regarding Twelfth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in

        Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2025, Through and Including August 31, 2025 (D.I. 3309, filed 11/6/25); and

6.      Certificate of No Objection Regarding Thirteenth Monthly Fee Statement of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 1, 2025, Through and Including September 30, 2025 (D.I. 3310, filed 11/6/25).

AlixPartners, LLP

B.      AlixPartners, LLP's Combined (I) Fourteenth Monthly Fee Application for the Period From October 1, 2025 Through November 9, 2025 and (II) Final Fee Application for the Period From September 9, 2024 Through November 9, 2025 for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtors (D.I. 3399, filed 12/26/25).

Objection Deadline: January 16, 2026, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

1.      Eleventh Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2025 Through July 31, 2025 (D.I. 3111, filed 8/28/25);

2.      Twelfth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2025 Through August 31, 2025 (D.I. 3219, filed 10/7/25);

3.      Certificate of No Objection Regarding Eleventh Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2025 Through July 31, 2025 (D.I. 3231, filed 10/10/25);

4.      Thirteenth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2025 Through September 30, 2025 (D.I. 3250, filed 10/21/25);

5.      Certificate of No Objection Regarding Twelfth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of

        Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2025 Through August 31, 2025 (D.I. 3268, filed 10/29/25); and

6.     Certificate of No Objection Regarding Thirteenth Monthly Fee Statement of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2025 Through September 30, 2025 (D.I. 3324, filed 11/12/25).

PwC US Tax LLP

C.     Combined Sixth Monthly, Fourth Interim and Final Fee Application of PwC US Tax LLP as Tax Compliance and Tax Advisory Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period from September 9, 2024 Through November 10, 2025 (D.I. 3400, filed 12/26/25).

     <u>Objection Deadline</u>: January 16, 2026, at 4:00 p.m. (ET).

     <u>Responses Received</u>: None.

     <u>Related Pleadings</u>: None

Morris, Nichols, Arsht & Tunnell LLP

D.     Combined Fourteenth Monthly Fee Statement (for the Period October 1, 2025 Through and Including November 10, 2025) and Final Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Chapter 11 Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 9, 2024, Through and Including November 10, 2025 (D.I. 3401, filed 12/26/25).

     <u>Objection Deadline</u>: January 16, 2026, at 4:00 p.m. (ET).

     <u>Responses Received</u>: None.

     <u>Related Pleadings</u>:

1.     Eleventh Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2025, Through and Including July 31, 2025 (D.I. 3171, filed 9/18/25);

2.     Twelfth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance

of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2025, Through and Including August 31, 2025 (D.I. 3172, filed 9/22/25);

3. Certificate of No Objection Regarding Eleventh Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period July 1, 2025, Through and Including July 31, 2025 (D.I. 3232, filed 10/10/25);

4. Certificate of No Objection Regarding Twelfth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period August 1, 2025, Through and Including August 31, 2025 (D.I. 3238, filed 10/15/25);

5. Thirteenth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 1, 2025, Through and Including September 30, 2025 (D.I. 3265, filed 10/27/25); and

6. Certificate of No Objection Regarding Thirteenth Monthly Fee Statement of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 1, 2025, Through and Including September 30, 2025 (D.I. 3332, filed 11/18/25).

**Official Committee of Unsecured Creditors' Professionals**

McDermott Will & Shulte LLP

E. Thirteenth Monthly, Fourth Interim, and Final Fee Application of McDermott Will & Schulte LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for (I) the Monthly Period from October 1, 2025 through November 10, 2025; (II) the Interim Period from July 1, 2025 through September 30, 2025; (III) the Case Period from September 24, 2024 through November 10, 2025; and (IV) the Post-Conversion Period from November 11, 2025 through December 15, 2025 (D.I. 3390, filed 12/19/25).

Objection Deadline: January 9, 2026, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

1. Tenth Monthly Fee Application of McDermott Will & Schulte LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2025 Through July 31, 2025 (D.I. 3101, filed 8/22/25);

2. Certificate of No Objection Regarding Tenth Monthly Fee Application of McDermott Will & Schulte LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2025 Through July 31, 2025 (D.I. 3161, filed 9/15/25);

3. Eleventh Monthly Fee Application of McDermott Will & Schulte LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From August 1, 2025 Through August 31, 2025 (D.I. 3177, filed 9/26/25);

4. Certificate of No Objection Regarding Eleventh Monthly Fee Application of McDermott Will & Schulte LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From August 1, 2025 Through August 31, 2025 (D.I. 3246, filed 10/20/25);

5. Twelfth Monthly Fee Application of McDermott Will & Schulte LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From September 1, 2025 Through September 30, 2025 (D.I. 3260, filed 10/24/25); and

6. Certificate of No Objection Regarding Twelfth Monthly Fee Application of McDermott Will & Schulte LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From September 1, 2025 Through September 30, 2025 (D.I. 3327, filed 11/17/25).

Cole Schotz P.C.

F. Final Fee Application of Cole Schotz P.C., as Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Final Period from September 24, 2024 Through November 10, 2025 (D.I. 3396, filed 12/23/25).

Objection Deadline: January 9, 2026, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

1. Tenth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 Through July 31, 2025 (D.I. 3113, filed 8/29/25);

2. Certificate of No Objection Regarding Tenth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 Through July 31, 2025 (D.I. 3173, filed 9/22/25);

3. Eleventh Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 Through August 31, 2025 (D.I. 3185, filed 9/30/25);

4. Certificate of No Objection Regarding Eleventh Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 Through August 31, 2025 (D.I. 3255, filed 10/22/25);

5. Twelfth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 Through September 31, 2025 (D.I. 3270, filed 10/30/25); and

6. Certificate of No Objection Regarding Twelfth Monthly Fee Application of Cole Schotz P.C., Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 Through September 31, 2025 (D.I. 3341, filed 11/21/25).

FTI Consulting, Inc.

G. Combined Eleventh Monthly and Final Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 25, 2024 Through November 10, 2025 (D.I. 3397, filed 12/23/25).

Objection Deadline: January 9, 2026, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

1.    Combined Tenth Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from July 1, 2025 Through August 31, 2025 (D.I. 3169, filed 9/18/25); and

2.    Certificate of No Objection Regarding Combined Tenth Monthly Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from July 1, 2025 Through August 31, 2025 (D.I. 3235, filed 10/14/25).