# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., *et al.,*<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: To Be Determined**<br>**Objection Deadline: February 11, 2026 at 4 p.m. (ET)** |

### NOTICE OF MOTION OF JENNIFER BELL
### FOR RELIEF FROM THE AUTOMATIC STAY
### PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on January 28, 2026, Jennifer Bell ("Movant") filed the *Motion of Jennifer Bell for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **February 11, 2026, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon Movant's undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **a Date To Be Determined** before the Honorable J. Kate Stickles in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, courtroom 6, Wilmington, Delaware 19801, if an objection is filed.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security interest.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF A HEARING.**

Dated: January 28, 2026
Wilmington, Delaware

      /s/ Michael J. Joyce
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

*Counsel to Jennifer Bell*