## CERTIFICATE OF SERVICE

       I hereby certify that on January 28, 2026, I caused a true and correct copy of the foregoing *Motion of Jennifer Bell for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* to be electronically filed with the Clerk of Court and served on the parties identified on the attached service list via CM/ECF and first-class mail.

Dated: January 28, 2026

                                                      */s/ Michael Joyce*
                                                      Michael J. Joyce

**Peter J Keane**
**Edward A. Corma**
Pachulski Stang Ziehl & Jones
919 North Market Street, 17th Floor
Wilmington, DE 19801
302-652-4100
Fax : 302-652-4400
Email: ecorma@pszjlaw.com


**Linda J. Casey**
Office of United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
302-573-6491
Fax : 302-573-6497
Email: Linda.Casey@usdoj.gov