# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 3417** |

### AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 29, 2026 AT 11:00 A.M. (EASTERN TIME)

**PLEASE NOTE: THE HEARING HAS BEEN CANCELED WITH PERMISSION OF THE COURT.**

### RESOLVED MATTERS

1. Chapter 7 Trustees Motion for Authority to Hire Independent Contractors for Certain Transition Services, Effective as of November 10, 2025, Pursuant to 11 U.S.C. § 105(a), and to Pay for Such Services and De Minimis Expenses Associated With Such Services Pursuant to 11 U.S.C. § 503(b)(1)(A), Without Further Court Order [Filed 12/2/25], (Docket No. 3348)

    Response Deadline:          December 16, 2025 at 4:00 p.m. (ET)

    Responses Received:         None

    Related Documents:

    a) Certification of Counsel Regarding Chapter 7 Trustee's Motion for Authority to Hire Independent Contractors for Certain Transition Services,

---

[1] The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] **Amended items are noted in bold.**

4901-7324-9931.2 31275.00001

        Effective as of November 10, 2025, Pursuant to 11 U.S.C. § 105(a), and to Pay for Such Services and De Minimis Expenses Associated With Such Services Pursuant to 11 U.S.C. § 503(b)(1)(A), Without Further Court Order [Filed: 12/23/25] (Docket No. 3392)

    b)     Order Granting Chapter 7 Trustee's Motion for Authority to Hire Independent Contractors for Certain Transition Services, Effective as of November 10, 2025, Pursuant to 11 U.S.C. § 105(a), and to Pay for Such Services and De Minimis Expenses Associated With Such Services Pursuant to 11 U.S.C. § 503(b)(1)(A), Without Further Court Order [Filed 12/29/25] (Docket No. 3402)

    <u>Status</u>:   The Court entered an order on this matter. No hearing is required.

2.     Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountants and Financial Advisors to Chapter 7 Trustee, Effective as of November 10, 2025 [Filed 12/2/25] (Docket No. 3350)

    <u>Response Deadline</u>:     December 16, 2025 at 4:00 p.m. (ET)

    <u>Responses Received</u>:     None

    <u>Related Documents</u>:

    a)     Certificate of No Objection Regarding Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountant and Financial Advisors to Chapter 7 Trustee, Effective as of November 10, 2025 [Filed 12/19/25] (Docket No. 3388)

    b)     Notice of Filing of Parties in Interest List [Filed 12/23/25] (Docket No. 3393)

    c)     Order Granting Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Giuliano, Miller & Company, LLC as Accountant and Financial Advisors to Chapter 7 Trustee, Effective as of November 10, 2025 [Filed 12/23/25] (Docket No. 3395)

    <u>Status</u>:   The Court entered an order on this matter. No hearing is required.

3.     Application of Alfred T. Giuliano, Chapter 7 Trustee, for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of November 10, 2025 [Filed 12/2/25] (Docket No. 3351)

    Response Deadline:    December 16, 2025 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

    a)     Certificate of No Objection Regarding Application of Alfred T. Giuliano, Chapter 7 Trustee, for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of November 10, 2025 [Filed 12/19/25] (Docket No. 3389)

    b)     Notice of Filing of Parties in Interest List [Filed 12/23/25] (Docket No. 3393)

    c)     Order Granting Application of Alfred T. Giuliano, Chapter 7 Trustee, for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of November 10, 2025 [Filed 12/23/25] (Docket No. 3394)

    Status:    The Court entered an order on this matter. No hearing is required.

## FINAL FEE APPLICATIONS

4.     Final Fee Applications of Chapter 11 Estate Professionals

    Related Documents:    See Exhibit A, attached

    Objections Filed:    None

    Status:  **The final fee applications are adjourned to allow for the opportunity to address open issues and submit a proposed order under certification of counsel. A Zoom conference will be scheduled on any unresolved issues if necessary. Accordingly, the hearing is canceled.**

Dated:  January 28, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*