UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Big Lots, Inc., et al.  Debtors

Case No. 24-11967 (JKS)
Chapter 11

|  |  |
|---|---|
| Dorothy Land | ) |
| Movant, | ) |
| v. | ) |
| Big Lots, Inc., et al. | ) |
| Respondent. | ) |

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes the Movant, Dorothy Land, and hereby moves this Court pursuant to 11 U.S.C. § 362(d) for relief from the automatic stay entered in this action per 11 U.S.C. § 362(a) to permit her to pursue her bodily injury claim in the Camden County Court of Common Pleas arising out of a premises liability incident which took place on or about March 8, 2022 <u>to the extent that the debtor, Big Lots, Inc. or any insurance carrier, shall be financially responsible.</u>

In support thereof, creditor Dorothy Land states as follows:

1. This is a proceeding for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001.
2. Defendants Big Lots, Inc., et al. filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.
3. This relief is sought for the limited purpose of enabling Dorothy Land to pursue her bodily injury tort claims against Big Lots, Inc.
4. Any judgment or settlement of the claims would be funded by the Liability Insurance policy held by the Debtors.
5. Creditor, Dorothy Land, submits that relief from the automatic stay should be granted for cause as contemplated by Section 362(d) of the Bankruptcy Code on account of, without

limitation, the following reasons: Debtors will not be prejudiced by an order from this court lifting the automatic stay to the extent of the insurance carried by the debtor at the time of the incident, because if Creditor, Dorothy Land, were to obtain a judgment against the Debtor within the insurance policy limits, said monies would be paid by the Liability Insurance policy held by Debtor, not by the Debtor. Therefore, such a judgment would not affect the assets of the Debtor's estate.

WHEREFORE, creditor, Dorothy Land, moves this court for relief from the automatic stay so that she may pursue the bodily injury tort claims and a possible civil action against the debtors, Big Lots, Inc, to the extent of any applicable liability insurance policy limits. Furthermore, Creditor Dorothy Land moves the court to deny Debtor from being discharged to the extent their insurance company will be responsible for damages arising out of the March 8, 2022 incident at Big Lots 949 Church Rd, Cherry Hill, NJ 08002. A proposed order is attached hereto.

Respectfully Submitted,
Dorothy Land, By her Attorney,

Daniel Ward, PA ID# 201798
Simon & Simon, PC
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
(215) 467-4666
danielward@gosimon.com

Date: 12/12/2025