UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Big Lots, Inc., et al.  Debtors

Case No. 24-11967 (JKS)
Chapter 11

)
Dorothy Land )
)
      Movant, )
)
v. )
)
Big Lots, Inc., et al. )
)
      Respondent. )
)

### ORDER LIFTING AUTOMATIC STAY AS TO PERSONAL INJURY CLAIMS OF LAVERNE POWELL

And now, this _____ day of _____, 2025/2026, upon motion of personal injury claimant, Dorothy Land for relief from the automatic stay under section 363 of the Bankruptcy Code, it is hereby **ORDERED, AGJUDGED, AND DECREED** that the Automatic Stay is LIFTED with respect to the bodily injury claims to proceed to the extent of any available bonds or insurance coverage.

By the Court:

_____
The Honorable