# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 3396** |

## NOTICE OF FILING OF SUPPLEMENT TO THE FINAL FEE APPLICATION OF COLE SCHOTZ P.C., AS SPECIAL REAL ESTATE COUNSEL, EFFICIENCY COUNSEL AND DELAWARE COUNSEL TO THE COMMITTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD FROM SEPTEMBER 24, 2024 THROUGH NOVEMBER 10, 2025

**PLEASE TAKE NOTICE** that December 23, 2025, Cole Schotz P.C. ("Cole Schotz")

filed the *Final Fee Application of Cole Schotz P.C., as Special Real Estate Counsel, Efficiency*

*Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and*

*Reimbursement of Expenses for the Final Period from September 24, 2025 through November 10,*

*2025* [Docket No. 3396] (the "Final Fee Application")[2] with the United States Bankruptcy Court

for the District of Delaware (the "Court").

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277).  The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Fee Application.

**PLEASE TAKE FURTHER NOTICE** that in the Final Fee Application, Cole Schotz requested final approval of $2,230,867.00[3] in fees and $13,797.36 in expenses incurred for the period commencing September 24, 2024 through November 10, 2025 (the "Final Period"). Cole Schotz also reserved the right to supplement its Final Fee Application to include fees and expenses incurred after November 10, 2025 (the "Conversion Date", and the period thereafter, the "Post-Conversion Period") in connection with (i) the preparation and prosecution of the Final Fee Application and (ii) the conversion of the Chapter 11 cases to Chapter 7 of the Bankruptcy Code as allowed by the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3319].

**PLEASE TAKE FURTHER NOTICE** that Cole Schotz hereby files this supplement (the "Supplement") to the Final Fee Application, which is attached hereto as **Exhibit A**. As set forth in the Supplement, Cole Schotz has incurred $11,496.50 in fees and $1,435.89 in actual and necessary expenses during the Post-Conversion Period.[4]

**PLEASE TAKE FURTHER NOTICE** that Cole Schotz believes that the time entries and expenses included in **Exhibit A** comply with the requirements of Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that Cole Schotz requests (i) final approval and allowance of compensation for professional services rendered and reimbursement for actual and necessary expenses incurred during the Post-Conversion Period in the amount of $12,932.39, and

---

[3]   This amount included an estimated $25,000 in additional fees and expenses incurred after the Conversion Date in connection with, among other things, (i) the preparation and prosecution of the Final Fee Application and (ii) the conversion of the Chapter 11 cases to Chapter 7 of the Bankruptcy Code.

[4]   Cole Schotz does not intend to further supplement its Final Fee Application with any additional fees and expenses.

(ii) final approval and allowance of compensation for professional services rendered and reimbursement for actual and necessary expenses incurred during the Final Period in the amount of $2,219,664.36.[5]  Accordingly, Cole Schotz seeks final approval and allowance of compensation and reimbursement for actual and necessary expenses incurred in the amount of $2,219,567.25.[6]

[*Remainder of Page Intentionally Left Blank*]

---

[5]    This amount does not include the estimated $25,000.00 in fees and expenses for the Post-Conversion Period.

[6]    This amount includes $13,029.50 in voluntary reductions agreed to by Cole Schotz in response to informal comments provided by the U.S. Trustee and the Court in connection with certain interim applications and the Final Fee Application.

Dated: January 29, 2026
        Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Stacy L. Newman*
Justin R. Alberto (No. 5126)
Stacy L. Newman (No. 5044)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Tel:    (302) 652-3131
Fax:    (302) 652-3117
Email: jalberto@coleschotz.com
        snewman@coleschotz.com

*-and-*

Sarah A. Carnes, Esq. (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Tel:    (212) 752-8000
Fax:    (212) 752-8393
Email: scarnes@coleschotz.com

*-and-*

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
Stacy Lutkus (admitted *pro hac vice*)
Natalie Rowles (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Tel:    (212) 547-5400
Fax:    (212) 547-5444
Email: dazman@mwe.com
        kgoing@mwe.com
        salutkus@mwe.com
        nrowles@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*