**EXHIBIT A**

**COLE SCHOTZ P.C.**
*100 YEARS*

Cole Schotz P.C.
500 Delaware Avenue
Suite 600
Wilmington, DE  19801

FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

BIG LOTS, INC.
N/A

| | |
|---|---|
| Invoice Date: | January 28, 2026 |
| Invoice Number: | 1027154 |
| Matter Number: | 68457-0001 |

**Re:**  OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2025

## CASE ADMINISTRATION                                                             0.70         306.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/11/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 84.00 |
| 11/21/25 | MAS | CORRESPONDENCE WITH N. ROWLES RE: CONVERSION ISSUES | 0.10 | 46.00 |
| 11/24/25 | MAS | CORRESPONDENCE WITH C. AAS RE: CONVERSION ISSUES (.1); FURTHER CORRESPONDENCE WITH N. ROWLES RE: SAME (.1) | 0.20 | 92.00 |
| 12/02/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH HEARING DATE AND RELATED DEADLINES | 0.20 | 84.00 |

## CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS                0.10          46.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/02/25 | MAS | FURTHER CORRESPONDENCE WITH C. AAS RE: CONVERSION ORDER | 0.10 | 46.00 |

## FEE APPLICATION MATTERS/OBJECTIONS                                  22.80      11,144.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/14/25 | LSM | DRAFT CNO REGARDING TWELFTH MONTHLY FEE APPLICATION FOR MWS AND FORWARD SAME TO CS TEAM. | 0.30 | 126.00 |
| 11/17/25 | MAS | REVIEW AND EDITS RE: MWS TWELFTH FEE APP CNO (.2); CORRESPONDENCE WITH L. MORTON RE: SAME (.1) | 0.30 | 138.00 |
| 11/17/25 | MAS | CORRESPONDENCE WITH N. ROWLES RE: MWS TWELFTH FEE APP | 0.10 | 46.00 |
| 11/17/25 | MAS | RESEARCH RE: CS FINAL FEE ORDER (1.3); DRAFTING RE: SAME (.8) | 2.10 | 966.00 |
| 11/17/25 | MAS | FURTHER REVIEW RE: INTERIM COMP AND CONVERSION ORDERS | 0.20 | 92.00 |
| 11/17/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APPLICATIONS (.1); | 0.10 | 87.50 |
| 11/18/25 | MAS | CALL WITH M. HARTLIPP RE: FINAL FEE APPS/CONVERSION ISSUES | 0.50 | 230.00 |
| 11/18/25 | MAS | FURTHER DRAFTING RE: CS FINAL FEE APP | 3.30 | 1,518.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 1027154 |
| | Client/Matter No. 68457-0001 | | | January 28, 2026 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/18/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET AND DRAFT CNO REGARDING TWELFTH MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.30 | 126.00 |
| 11/19/25 | MAS | FURTHER DRAFTING RE: CS FINAL FEE APP (2.4); EDITS RE: SAME (1.1) | 3.50 | 1,610.00 |
| 11/20/25 | MMH | CONFER WITH M. SOLIMANI RE: FINAL FEE APP PREP | 0.10 | 48.50 |
| 11/21/25 | MAS | CORRESPONDENCE WITH J. ALBERTO AND S. NEWMAN RE: CS 12TH FEE APP (.2); DRAFTING RE: SAME (.2); CORRESPONDENCE WITH P. RATKOWIAK RE: SAME (.2) | 0.60 | 276.00 |
| 11/21/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APPS (.1); | 0.10 | 87.50 |
| 11/21/25 | PVR | EMAIL FROM AND TO M. SOLIMANI AND EFILE CNO RE: COLE SCHOTZ 12TH (SEPT) FEE APPLICATION | 0.20 | 85.00 |
| 11/29/25 | MAS | CORRESPONDENCE WITH J. ALBERTO RE: CS FINAL FEE APP | 0.20 | 92.00 |
| 11/29/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FEE APPS (.1); | 0.10 | 87.50 |
| 12/02/25 | MAS | FURTHER DRAFTING RE: CS FINAL FEE APP | 2.80 | 1,288.00 |
| 12/02/25 | MAS | CORRESPONDENCE WITH CS TEAM RE: NOVEMBER FEE APP | 0.20 | 92.00 |
| 12/04/25 | MAS | CORRESPONDENCE WITH C. AAS RE: FTI FINAL FEE APPLICATION | 0.20 | 92.00 |
| 12/08/25 | MAS | CORRESPONDENCE WITH N. ROWLES RE: MWS SEPTEMBER FEE APP CNO | 0.20 | 92.00 |
| 12/15/25 | MAS | FURTHER CORRESPONDENCE WITH C. AAS RE: FINAL FEE APPS | 0.10 | 46.00 |
| 12/16/25 | MAS | CORRESPONDENCE WITH CS TEAM RE: FINAL FEE APPLICATION | 0.10 | 46.00 |
| 12/17/25 | MAS | CORRESPONDENCE WITH S. ROGERS-CHURCHILL RE: FINAL FEE HEARING | 0.10 | 46.00 |
| 12/17/25 | MAS | CORRESPONDENCE WITH CS TEAM RE: BIG LOTS FINAL FEE APP | 0.10 | 46.00 |
| 12/18/25 | MAS | FURTHER EDITS RE: FINAL FEE APP (.4); CORRESPONDENCE WITH M. HARTLIPP RE: SAME (.1) | 0.50 | 230.00 |
| 12/18/25 | MMH | CONFER WITH M. SOLIMANI RE: CS FINAL FEE APP PREP | 0.20 | 97.00 |
| 12/19/25 | MAS | FINAL REVIEW RE: MWS FINAL FEE APP (.2); CORRESPONDENCE WITH P. RATKOWIAK RE: SAME (.1); CORRESPONDENCE WITH N. ROWLES RE: SAME (.2) | 0.50 | 230.00 |
| 12/19/25 | PVR | EMAILS FROM AND TO M. SOLIMANI AND FURTHER REVISE AND PREPARE MCDERMOTT WILL FOURTH INTERIM AND FINAL FEE APPLICATION, NOTICE OF FINAL FEE APPLICATION AND EXHIBITS A – C FOR FILING | 0.30 | 127.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 1027154
Client/Matter No. 68457-0001  January 28, 2026
  Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/19/25 | PVR | EMAIL FROM AND TO M. HARTLIPP AND M. SOLIMANI AND REVIEW, REVISE AND PREPARE MCDERMOTT WILL FOURTH INTERIM AND FINAL FEE APPLICATION, NOTICE OF FINAL FEE APPLICATION AND EXHIBITS A – C FOR FILING | 0.30 | 127.50 |
| 12/19/25 | PVR | EMAIL FROM AND TO M. SOLIMANI AND EFILE MCDERMOTT WILL FOURTH INTERIM AND FINAL FEE APPLICATION AND COORDINATE SERVICE OF NOTICE OF FINAL FEE APPLICATION | 0.40 | 170.00 |
| 12/19/25 | MMH | CORRESPONDENCE WITH N. ROWLES RE: FINAL MWS FEE APP | 0.10 | 48.50 |
| 12/19/25 | MMH | COORDINATE FILING OF MWS FINAL FEE APP | 0.10 | 48.50 |
| 12/19/25 | MMH | FINALIZE MWS FEE APP FOR FILING | 0.20 | 97.00 |
| 12/20/25 | MAS | CORRESPONDENCE WITH C. AAS AND S. NEWMAN RE: FTI FINAL FEE APP | 0.10 | 46.00 |
| 12/20/25 | MAS | CORRESPONDENCE WITH S. NEWMAN RE: CS FINAL FEE APP (.2); REVIEW OF S. NEWMAN EDITS RE: SAME (.1); EDITS RE: SAME (.1) | 0.40 | 184.00 |
| 12/20/25 | SLN | REVIEW OF AND REVISIONS TO CS FINAL FEE APPLICATION (.9); CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FINAL FEE APPLICATIONS (.2); | 1.10 | 962.50 |
| 12/21/25 | MAS | REVIEW AND MAKE EDITS RE: FTI FINAL FEE APP (.5); CORRESPONDENCE WITH C. AAS RE: SAME (.1) | 0.60 | 276.00 |
| 12/21/25 | SLN | CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FEE APPLICATIONS (.1); | 0.10 | 87.50 |
| 12/23/25 | MAS | CORRESPONDENCE WITH C. AAS RE: FTI FINAL FEE APP (.2); CORRESPONDENCE WITH P. RATKOWIAK RE: SAME (.1) | 0.30 | 138.00 |
| 12/23/25 | PVR | EFILE AND SERVE COLE SCHOTZ FINAL FEE APPLICATION | 0.30 | 127.50 |
| 12/23/25 | PVR | EFILE AND SERVE FTI FINAL FEE APPLICATION | 0.30 | 127.50 |
| 12/23/25 | PVR | EMAIL FROM AND TO M. SOLIMANI AND DRAFT NOTICE FOR FTI FINAL FEE APPLICATION | 0.20 | 85.00 |
| 12/23/25 | PVR | EMAILS FROM AND TO M. SOLIMANI AND M. HARTLIPP AND REVIEW, REVISE AND PREPARE COLE SCHOTZ FINAL FEE APPLICATION, NOTICE OF FINAL FEE APPLICATION AND EXHIBITS A -C FOR FILING | 0.40 | 170.00 |
| 12/23/25 | MAS | ADDITIONAL CORRESPONDENCE WITH S. NEWMAN AND P. RATKOWIAK RE: CS FINAL FEE APP | 0.20 | 92.00 |
| 12/23/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING FINAL FEE APPLICATION (.2); CORRESPONDENCE WITH UCC PROFESSIONALS REGARDING FINAL FEE APPLICATIONS (.1); | 0.30 | 262.50 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 1027154 |
|---|---|---|
|  | Client/Matter No. 68457-0001 | January 28, 2026 |
|  |  | Page 4 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 12/29/25 | MAS | FURTHER CORRESPONDENCE WITH C. AAS RE: FTI FINAL FEE APP | 0.10 | 46.00 |
|  |  | TOTAL HOURS | 23.60 |  |

| PROFESSIONAL SERVICES: | $11,496.50 |
|---|---|

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Larry S. Morton | Paralegal | 1.00 | 420.00 | 420.00 |
| Melissa M. Hartlipp | Associate | 0.70 | 485.00 | 339.50 |
| Michael A. Solimani | Associate | 17.70 | 460.00 | 8,142.00 |
| Pauline Z. Ratkowiak | Paralegal | 2.40 | 425.00 | 1,020.00 |
| Stacy L. Newman | Member | 1.80 | 875.00 | 1,575.00 |
|  | **Total** | **23.60** |  | **$11,496.50** |

**COST DETAIL**

| **DATE** | **Description** | **QUANTITY** | **AMOUNT** |
|---|---|---|---|
| 11/17/25 | COURT FEES | 3.00 | 0.30 |
| 11/17/25 | COURT FEES | 3.00 | 0.30 |
| 11/17/25 | COURT FEES | 5.00 | 0.50 |
| 11/17/25 | COURT FEES | 3.00 | 0.30 |
| 11/17/25 | COURT FEES | 3.00 | 0.30 |
| 11/17/25 | COURT FEES | 4.00 | 0.40 |
| 11/17/25 | COURT FEES | 3.00 | 0.30 |
| 12/22/25 | DISCOVERY/ EXHIBITS | 1.00 | 524.12 |
| 12/24/25 | DISCOVERY/ EXHIBITS | 1.00 | 909.37 |
|  | **Total** |  | **$1,435.89** |

| TOTAL SERVICES AND COSTS: | $ | 12,932.39 |
|---|---|---|

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>Client/Matter No. 68457-0001 | Invoice Number 1027154<br>January 28, 2026<br>Page 5 |
|---|---|---|

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| DM05 | CASE ADMINISTRATION | 0.70 | 306.00 |
| DM07 | CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS | 0.10 | 46.00 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 22.80 | 11,144.50 |
| | **Total** | **23.60** | **$11,496.50** |



Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
201-336-0018
FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

| BIG LOTS, INC. | Invoice Date: | January 28, 2026 |
|---|---|---|
| N/A | Invoice Number: | 1027154 |
| | Matter Number: | 68457-0001 |

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH DECEMBER 31, 2025

**Client:** BIG LOTS, INC.
**Matter:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

| | | |
|---|---|---|
| TOTAL FEES: | $ | 11,496.50 |
| TOTAL COSTS: | $ | 1,435.89 |
| TOTAL DUE THIS INVOICE: | $ | 12,932.39 |