# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 3397** |

### NOTICE OF FILING OF SUPPLEMENT
### TO THE COMBINED ELEVENTH MONTHLY AND FINAL FEE
### APPLICATION OF FTI CONSULTING, INC. FOR COMPENSATION AND
### REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
### PERIOD FROM SEPTEMBER 25, 2024 THROUGH NOVEMBER 10, 2025

**PLEASE TAKE NOTICE** that December 23, 2025, FTI Consulting, Inc. ("FTI") filed with the United States Bankruptcy Court for the District of Delaware the *Combined Eleventh Monthly and Final Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 25, 2024 Through November 10, 2025* [Docket No. 3397] (the "Final Fee Application")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Fee Application.

**PLEASE TAKE FURTHER NOTICE** that in the Final Fee Application, FTI requested final approval of $2,775,040.00[3] in fees and $139.22 in expenses incurred for the period commencing September 25, 2024 through November 10, 2025 (the "Final Period"). FTI also reserved the right to supplement its Final Fee Application to include fees and expenses incurred after November 10, 2025 (the "Conversion Date" and the period thereafter, the "Post-Conversion Period"), in connection with (i) the preparation and prosecution of the Final Fee Application and (ii) the conversion of the chapter 11 cases to Chapter 7 of the Bankruptcy Code as allowed by the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3319].

**PLEASE TAKE FURTHER NOTICE** that FTI hereby files the supplement (the "Supplement") to the Final Fee Application, which is attached hereto as **Exhibit A**. As set forth in the Supplement, FTI has incurred $7,516.50 in fees and $0.00 in actual and necessary expenses during the Post-Conversion Period.[4]

**PLEASE TAKE FURTHER NOTICE** that FTI believes that the time entries and expenses included in **Exhibit A** comply with the requirements of Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that FTI requests (i) final approval and allowance of compensation for professional services rendered and reimbursement for actual and necessary expenses incurred during the Post-Conversion Period in the amount of $7,516.50, and (ii) final

---

[3] This amount included an estimated $15,000 in additional fees and expenses incurred after the Conversion Date (as defined herein) in connection with, among other things, (i) the preparation and prosecution of this Application and (ii) the conversion of the Chapter 11 Cases to Chapter 7 of the Bankruptcy Code.

[4] FTI does not intend to further supplement its Final Fee Application with any additional fees and expenses.

approval and allowance of compensation for professional services rendered and reimbursement for actual and necessary expenses incurred during the Final Period in the amount of $2,760,179.22.[5]  Accordingly, FTI seeks final approval and allowance of compensation and reimbursement for actual and necessary expenses incurred in the amount of $2,767,695.72.

[*Remainder of Page Intentionally Left Blank*]

---

[5] This amount does not include the estimated $15,000.00 in fees and expenses for the Post-Conversion Period.

| | |
|---|---|
| Dated: January 29, 2026<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Stacy L. Newman*<br>Justin R. Alberto (No. 5126)<br>Stacy L. Newman (No. 5044)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Tel:  (302) 652-3131<br>Fax:  (302) 652-3117<br>Email: jalberto@coleschotz.com<br>        snewman@coleschotz.com<br><br>*-and-*<br><br>Sarah A. Carnes, Esq. (admitted *pro hac vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Tel:  (212) 752-8000<br>Fax:  (212) 752-8393<br>Email: scarnes@coleschotz.com<br><br>*-and-*<br><br>**MCDERMOTT WILL & SCHULTE LLP**<br>Darren Azman (admitted *pro hac vice*)<br>Kristin K. Going (admitted *pro hac vice*)<br>Stacy Lutkus (admitted *pro hac vice*)<br>Natalie Rowles (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Tel:  (212) 547-5400<br>Fax:  (212) 547-5444<br>Email: dazman@mwe.com<br>        kgoing@mwe.com<br>        salutkus@mwe.com<br>        nrowles@mwe.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |