**<u>EXHIBIT A</u>**

**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 3, 2025 TO DECEMBER 24, 2025**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 12/3/2025 | Calvin Aas | 0.8 | Prepare draft final fee application. |
| 24 | 12/4/2025 | Megan Hyland | 0.2 | Review and provide comments on draft final fee application. |
| 24 | 12/4/2025 | Calvin Aas | 2.8 | Prepare draft final fee application. |
| 24 | 12/5/2025 | Calvin Aas | 1.4 | Update draft final fee application |
| 24 | 12/8/2025 | Megan Hyland | 0.3 | Review draft final fee application detail. |
| 24 | 12/18/2025 | Calvin Aas | 1.1 | Prepare draft final fee application. |
| 24 | 12/19/2025 | Calvin Aas | 0.3 | Prepare edits to draft final fee application. |
| 24 | 12/20/2025 | Elizabeth Hu | 0.6 | Review final fee application draft. |
| 24 | 12/20/2025 | Calvin Aas | 0.9 | Review final fee application draft. |
| 24 | 12/23/2025 | Calvin Aas | 0.8 | Finalize final fee application. |
| **24 Total** | | | **9.2** | |
| **Grand Total** | | | **9.2** | |

**EXHIBIT A**
**BIG LOTS INC., ET AL. - CASE NO. 24-11967**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD DECEMBER 3, 2025 TO DECEMBER 24, 2025**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Elizabeth Hu | Senior Managing Director | $1,305 | 0.6 | $783.00 |
| Megan Hyland | Managing Director | 1,155 | 0.5 | 577.50 |
| Calvin Aas | Senior Consultant | 760 | 8.1 | 6,156.00 |
| **GRAND TOTAL** | | | **9.2** | **$7,516.50** |