# EXHIBIT A

**Supplement to Final Fee Application**

## Schedule 1

**Supplemental Compensation During Post-Conversion Period**

**SUPPLEMENTAL COMPENSATION BY PROFESSIONAL**

**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**November 11, 2025 through January 16, 2026**

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Brian M. Resnick | Partner/Restructuring. Partner since 2011. Joined the firm as an associate in 2003. Member of the NY Bar since 2004. | 2,645 | 1.0 | $2,645.00 |
| Adam L. Shpeen | Partner/Restructuring. Partner since 2021. Joined the firm as an associate in 2012. Member of the NY Bar since 2013. | 2,610 | 1.3 | $3,393.00 |
| **Counsel** | | | | |
| Stephen D. Piraino | Counsel/Restructuring. Joined the firm as an associate in 2014. Member of the NY Bar since 2014. | 2,040 | 3.0 | $6,120.00 |
| | | 2,235 | 0.5 | $1,117.50 |
| **Associates** | | | | |
| Matthew R. Brock | Associate/Litigation. Joined the firm as an associate in 2014. Member of the NY Bar since 2015. | 1,780 | 0.5 | $890.00 |
| | | 1,885 | 0.1 | $188.50 |
| Kevin L. Winiarski | Associate/Restructuring. Joined the firm as an associate in 2023. Member of the NY Bar since 2024. | 1,255 | 4.7 | $5,898.50 |
| | | 1,845 | 0.6 | $1,107.00 |
| **Law Clerks** | | | | |
| Stone Hart | Law Clerk/Restructuring. Joined Davis Polk in 2025. | 730 | 14.8 | $10,804.00 |
| **Legal Assistants** | | | | |
| Paul Fabsik | Legal Assistant | 715 | 4.2 | $3,003.00 |
| **Total** | | **$1,145.49** | **30.7** | **$35,166.50** |
| **BLENDED RATE: $1,145.49** | | | | |
| **ATTORNEY BLENDED RATE: $1,213.72** | | | | |

---

[1] The hourly billing rate for non-working travel time has been adjusted to 50% of the normal rates.

**SUPPLEMENTAL COMPENSATION BY PROJECT CATEGORY**

**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**November 11, 2025 through January 16, 2026**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Claims / Creditor Outreach | 4.2 | $3003.00 |
| General Case Administration | 1.2 | $3,156.50 |
| Litigation | 0.6 | $1,078.50 |
| Retention DPW: Preparation of Fee Applications, Budgeting | 20.6 | $19,854.00 |
| Post-Conversion Matters | 4.1 | $8,344.50 |
| **TOTAL** | **30.7** | **$35,166.50** |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| **BC04 Claims; Creditor Outreach** | | | |
| Fabsik, Paul | 11/11/25 | 0.4 | Telephone calls with various creditors/parties re: recently received case information |
| Fabsik, Paul | 11/12/25 | 0.3 | Telephone calls with various creditors/parties re: recently received case information |
| Fabsik, Paul | 11/13/25 | 0.3 | Telephone calls with various creditors/parties re: recently received case information |
| Fabsik, Paul | 11/17/25 | 0.3 | Telephone calls with various creditors/parties re: recently received case information |
| Fabsik, Paul | 11/18/25 | 0.4 | Telephone calls with various creditors/parties re: recently received case information |
| Fabsik, Paul | 11/19/25 | 0.3 | Telephone calls with various creditors/parties re: recently received case information |
| Fabsik, Paul | 11/20/25 | 0.4 | Telephone calls with various creditors/parties re: recently received case information |
| Fabsik, Paul | 12/02/25 | 0.4 | Telephone calls with various creditors/parties regarding recently received case information |
| Fabsik, Paul | 12/03/25 | 0.5 | Telephone calls with various creditors/parties regarding recently received case information. |
| Fabsik, Paul | 12/04/25 | 0.2 | Telephone calls with various creditors/parties regarding recently received case information. |
| Fabsik, Paul | 12/19/25 | 0.4 | Telephone calls with various creditors/parties regarding case updates. |
| Fabsik, Paul | 12/23/25 | 0.3 | Telephone calls with various creditors/parties regarding case updates. |
| **Total BC04 Claims; Creditor Outreach** | | **4.2** | |
| | | | |
| **BC10 General Case Administration** | | | |
| Resnick, Brian M. | 11/13/25 | 0.7 | Call with chapter 7 trustee and counsel. |
| Shpeen, Adam L. | 11/13/25 | 0.5 | Kick off call with chapter 7 trustee. |
| **Total BC10 General Case Administration** | | **1.2** | |
| | | | |
| **BC12 Litigation** | | | |
| Brock, Matthew R. | 11/21/25 | 0.1 | Emails with S. Piraino regarding tax appeal |
| Brock, Matthew R. | 11/25/25 | 0.1 | Emails with Virginia taxing authority regarding tax appeal |
| Brock, Matthew R. | 12/02/25 | 0.1 | Emails with Mintzer regarding tort suit |
| Brock, Matthew R. | 12/08/25 | 0.1 | Emails with Vorys regarding Chapter 7 conversion |
| Brock, Matthew R. | 12/16/25 | 0.1 | Emails with J. McClammy, S. Piraino regarding expense payment |
| Brock, Matthew R. | 01/12/26 | 0.1 | Emails with S. Piraino, Segal McCambridge regarding invoices |
| **Total BC12 Litigation** | | **0.6** | |
| | | | |
| **BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | | |
| Hart, Stone | 11/11/25 | 0.7 | Prepare fee statement. |
| Hart, Stone | 11/13/25 | 0.1 | Prepare fee statement. |
| Hart, Stone | 11/14/25 | 0.3 | Prepare fee statement. |
| Hart, Stone | 11/22/25 | 2.0 | Review weekly invoices for privilege and confidentiality. |
| Hart, Stone | 11/23/25 | 2.6 | Review weekly invoices for privilege and confidentiality. |
| Hart, Stone | 11/24/25 | 4.3 | Revise weekly invoices. |

| Time Detail By Project | | | |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Narrative** |
| Hart, Stone | 11/25/25 | 1.8 | Revise weekly invoices (.70); coordinate with Davis Polk team to prepare monthly fee statement (1.20). |
| Hart, Stone | 11/26/25 | 0.2 | Revise monthly invoices. |
| Hart, Stone | 12/01/25 | 0.7 | Review and revise monthly invoice. |
| Hart, Stone | 12/03/25 | 0.4 | Correspond with Davis Polk team regarding monthly invoice. |
| Shpeen, Adam L. | 12/09/25 | 0.2 | Email to K. Winiarski regarding fee applications. |
| Winiarski, Kevin L. | 12/09/25 | 2.6 | Draft and revise final fee application. |
| Hart, Stone | 12/15/25 | 0.2 | Correspond with Davis Polk team regarding November invoice. |
| Hart, Stone | 12/16/25 | 1.3 | Edit November invoice (1.1). Correspond with Davis Polk team regarding same (0.2). |
| Resnick, Brian M. | 12/16/25 | 0.3 | Review final fee application; emails with DPW team regarding same. |
| Shpeen, Adam L. | 12/16/25 | 0.6 | Review final fee application. |
| Winiarski, Kevin L. | 12/16/25 | 2.1 | Draft and revise final fee application. |
| Hart, Stone | 12/22/25 | 0.2 | Review fee statement. |
| **Total BC16 Retention DPW: Preparation of Fee Applications, Budgeting** | | **20.6** | |
| | | | |
| **BC20 Post-Conversion Matters** | | | |
| Piraino, Stephen D. | 11/11/25 | 0.2 | Call with M. Robey re: IT transition. |
| Piraino, Stephen D. | 11/13/25 | 1.7 | Prepare for call with Trustee's counsel (1.0); attend call with Trustee's counsel (0.7); emails with Trustee and counsel (0.2). |
| Piraino, Stephen D. | 11/17/25 | 0.4 | Emails with Big Lots, Citi re: account matters. |
| Piraino, Stephen D. | 11/18/25 | 0.2 | Emails with counsel to Trustee re: Lipp CDS appeal (0.2). |
| Piraino, Stephen D. | 12/29/25 | 0.3 | Emails with Citi re: post-conversion matters. |
| Piraino, Stephen D. | 12/31/25 | 0.2 | Emails with M. Robey. |
| Piraino, Stephen D. | 01/08/26 | 0.5 | Attend 341 meeting. |
| Winiarski, Kevin L. | 01/08/26 | 0.6 | Attend section 341 meeting of creditors. |
| **Total BC20 Post-Conversion Matters** | | **4.1** | |
| **TOTAL** | | **30.7** | |

## Schedule 2

**Supplemental Expenses During Post-Conversion Period**

**SUPPLEMENTAL EXPENSE SUMMARY**

**FORMER BL STORES, INC.,** *et al.*
**(Case No. 24-11967 (JKS))**

**November 11, 2025 through January 16, 2026**

| Expense Category | Total Expenses |
|---|---|
| Court and Related Fees | $3.10 |
| Travel | $841.26 |
| **Grand Total Expenses** | **$844.36**[1] |

---

[1] This amount reflects a voluntary reduction in expenses in the amount of $8,787.30.

**DISBURSEMENT DETAIL**

| Date | Expense Type | Description | Amount |
|------|--------------|-------------|--------|
| 12/31/25 | Court and related fees | Pacer transactions 12/2025 | $3.10 |
| 11/12/25 | Travel | Piraino, Stephen D., Amtrak train from New York to Wilmington before Conversion Hearing | $270.13 |
| 11/12/25 | Travel | Piraino, Stephen D., Amtrak train from Wilmington to New York after Conversion Hearing | $571.13 |
| **TOTAL** | | | **$844.36** |