## Exhibit A

**Post-Conversation Date Fee Invoice**

# AlixPartners

January 28, 2026

Former BL Stores, Inc.
4900 E. Dublin Granville Road
Columbus, OH 43081

Inv. No.: 9054254474
Client: 20008940Pa0003                                                                 Federal Tax ID: 38-3637158

For Professional Services: November 11, 2025 Through January 28, 2026

| **Current Charges:** |  | Hours | Rate | Amount |
|---|---|---|---|---|
| Kent Percy | Partner & Managing Director | 1.9 | $1,415 | 2,688.50 |
| Elizabeth S Kardos | Partner | 0.3 | $950 | 285.00 |
| Jarod E Clarrey | Director | 7.5 | $1,150 | 8,625.00 |
| Kaitlyn Sundt McClarren | Director | 1.1 | $715 | 786.50 |
| Jennifer A Bowes | Vice President | 23.0 | $580 | 13,340.00 |
| Jennifer A Bowes | Vice President | 3.6 | $610 | 2,196.00 |
| **Total Hours & Fees** |  | **37.4** |  | **27,921.00** |

**Total Amount Due**                                                                                              **USD 27,921.00**

Please reference the invoice number noted above on any payment remittance. Thank You.

**If Remitting in any currency:**
Account Name: AlixPartners LLP
Account Number: 8670119732
Bank Name: Bank of America
ACH ABA/Routing & Transit: 071 000 039
Wire ABA/Routing & Transit: 026 009 593
SWIFT: BOFAUS3N