

## State of New Jersey

DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
P.O. BOX 245
TRENTON, NJ 08625

December 11, 2025

Kroll Restructuring Administration LLC
1 World Trade Center, 31st floor
New York, NY 10007

RECEIVED
2026 FEB -3 A 8:30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RECEIVED
DEC 18 2025
KROLL RESTRUCTURING
ADMINISTRATION

RE: **Debtor Name(s) Big Lots F&S LLC**
       Chapter 11 #  24-11984

### NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

To Whom It May Concern:

The State of New Jersey Division of Taxation hereby withdrawals the following proof of claim:

**Claim Document # 8120**          Amount:   $2,000.00

The above claim is to be henceforth treated as withdrawn, or having never been filed. Should you have any questions, please direct them as indicated below.

Date: 12/11/2025           Signed:      Erica Hamlin  /s/
                                        Authorized Agent
                                 For the New Jersey Division of Taxation
                                        Name Erica Hamlin

IN REPLY REFER TO:
    Erica Hamlin, Investigator
    New Jersey Division of Taxation
    Bankruptcy Section
    PO Box 245
    Trenton, NJ 08695-0245
    (609) 322-6527

*New Jersey Is an Equal Opportunity Employer • Printed on Recycled and Recyclable Paper*

ORIGIN ID:FBTA  (908) 220-7384
KIRA RICHARDS
KROLL RESTRUCTURING ADMINISTRATION
850 3RD AVE
SUITE 412
BROOKLYN, NY 11232
UNITED STATES US

SHIP DATE: 28JAN26
ACTWGT: 1.00 LB
CAD: 254971818/INET4535

BILL SENDER

TO  LISA C. BOWERS
CASE ADMINISTRATION SPECIALIST
U.S.B.C DISTRICT OF DELAWARE
824 N MARKET ST, 3RD FLOOR
WILMINGTON DE 19801
(302) 252-2900        REF: CASE NO. 24-11967
INV:
PO:                   DEPT:





MON - 02 FEB 5:00P
TRK# 8882 5660 6702
0201
EXPRESS SAVER

TUE - 03 FEB AA
EXPRESS SAVER
19801
DE-US
PHL

FedEx
TRK# 8882 5660 6702
0201
SP ZWIA
19801
PHL



