## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE (DELAWARE)

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) |
| FORMER BL STORES, INC., ET AL., | ) Case No. BK: 24-11967 |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW the Oklahoma County Treasurer a creditor herein, and enters it appearance herein and request that all notices, pleadings or other documents filed herein be sent to its representatives at the following address:

> Tammy Jones, Pro Se
> Oklahoma County Treasurer
> 320 Robert S. Kerr, Room 307
> Oklahoma City, Okla.  73102
> (405)-713-1324
> tammy.jones@oklahomacounty.org

Dated: JANUARY 21, 2026

> Respectfully submitted,
>
> OKLAHOMA COUNTY TREASURER
> By:
>
> _____
> Tammy Jones, Pro Se
> Oklahoma County Treasurer
> 320 Robert S. Kerr, Room 307
> Oklahoma City, Okla.  73102
> (405)-713-1324
> tammy.jones@oklahomacounty.org

## CERTIFICATE OF SERVICE

I hereby certify that on the ___21ST___ day of ___JANUARY___, 2026 a true and correct copy of the above and foregoing was mailed, postage prepaid, to the following:

DAVID S. BLOOMFIELD
PORTER WRIGHT MORRIS &
ARTHUR LLP
41 S HIGH ST, SUITES 2800-3200
COLUMBUS, OH 43215

MATTHEW R. BROCK
DAVIS POLK & WARDWELL LLP
450 LEXINGTON AVE
NEW YORK, NY 10017

DANIEL B. BUTZ
MORRIS NICHOLS ARSHT &
TUNNELL LLP
1201 N MARKET ST, 16TH FLOOR
WILMINGTON, DE 19801

ALFRED T. GIULIANO
GIULIANO MILLER & CO., LLC
2301 E. EVESHAM RD
PAVILLION 800, SUITE 210
VOORHEES, NJ 08043

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: CLAIMS
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

_____
Tammy Jones



**Forrest "Butch" Freeman**
**County Treasurer**
320 Robert S. Kerr, Room 307
Oklahoma City, Oklahoma 73102-3434

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
ATTN: CLAIMS
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801




FIRST-CLASS MAIL
IMI
$002.17
01/27/2026 ZIP 73102
043M32207002