**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 3390, 3396, 3397, 3398, 3399, 3400, 3401, 3422, 3423, 3426, 3427 & 3428.** |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER GRANTING FINAL ALLOWANCE OF FEES AND EXPENSES FOR CERTAIN PROFESSIONALS**

The undersigned counsel, as bankruptcy co-counsel for the chapter 11 debtors in the above-captioned cases (the "Debtors"), hereby certify as follows:

1. Pursuant to the Conversion Procedures,[2] on December 19, 23, and 26 of 2025, the retained professionals (the "Professionals") filed the following final fee applications (collectively, the "Fee Applications"):

a. *Thirteenth Monthly, Fourth Interim, and Final Fee Application of McDermott Will & Schulte LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for (I) the Monthly Period from October 1, 2025 Through November 10, 2025; (II) the Interim Period*

---

[1] The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the Chapter 7 Trustee is 2301 E. Evesham Road Pavilion 800, Suite 210 Voorhees, NJ 08043.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* (D.I. 3319).

*from July 1, 2025 Through September 30, 2025 2025; (III) the Case Period from September 24, 2024 Through November 10, 2025; and (IV) the Post-Conversion Period From November 11, 2025 Through December 15, 2025* (D.I. 3390, filed 12/19/25);

b. *Final Fee Application of Cole Schotz P.C., as Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Final Period From September 24, 2024 Through November 10, 2025* (D.I. 3396, filed 12/23/25);

c. *Combined Eleventh Monthly and Final Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From September 25, 2024 Through November 10, 2025* (D.I. 3397, filed 12/23/25);

d. *Combined Fourteenth Monthly Fee Statement (for the Period October 1, 2025 Through and Including November 10, 2025) and Final Fee Application of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Chapter 11 Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 9, 2024, Through and Including November 10, 2025* (D.I. 3398, filed 12/26/25);

e. *AlixPartners, LLP's Combined (I) Fourteenth Monthly Fee Application for the Period From October 1, 2025 Through November 9, 2025 and (II) Final Fee Application for the Period From September 9, 2024 Through November 9, 2025 for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtors* (D.I. 3399, filed 12/26/25);

f. *Combined Sixth Monthly, Fourth Interim and Final Fee Application of PwC US Tax LLP as Tax Compliance and Tax Advisory Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period from September 9, 2024 Through November 10, 2025* (D.I. 3400, filed 12/26/25);

g. *Combined Fourteenth Monthly Fee Statement (for the Period October 1, 2025 Through and Including November 10, 2025) and Final Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Chapter 11 Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 9, 2024, Through and Including November 10, 2025* (D.I. 3401, filed 12/26/25*);*

h. *Notice of Filing of Supplement to the Final Fee Application of Cole Schotz P.C., as Special Real State Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Final Period from September 24, 2024 Through November 10, 2025* (D.I. 3422, Filed 1/29/26);

i. *Notice of Filing of Supplement to the Combined Eleventh Monthly and Final Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 25, 2024 Through November 10, 2025* (D.I. 3423, Filed 1/29/26);

j. *Notice of Filing of Supplement to Combined Fourteenth Monthly Fee Statement (for the Period October 1, 2025 Through and Including November 10, 2025) and Final Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Chapter 11 Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 9, 2024, Through and Including November 10, 2025* (D.I. 3426, Filed 1/30/26);

k. *Combined Fourteenth Monthly Fee Statement (for the Period October 1, 2025 Through and Including November 10, 2025) and Final Fee Application of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Chapter 11 Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 9, 2024, Through and Including November 10, 2025* (D.I. 3427), Filed 1/20/26)*;* and

l. Notice of AlixPartners, LLP's Supplement to Combined (I) Fourteenth Monthly Fee Application for the Period from October 1, 2025 through November 9, 2025 and (II) Final Fee Application for the Period from September 9, 2024 through November 9, 2025 (D.I. 3428, Filed 1/30/26).

2. No answer, objection or responsive pleading to the Fee Applications appears on the Court's docket in these cases as of the date hereof.

3. The proposed *Omnibus Order Granting Final Allowance of Fees and Expenses for Certain Professionals* (the "Proposed Order") incorporates comments received from the Court and is attached as **Exhibit 1**. Each of the Professionals was provided with an opportunity to review the Proposed Order and do not object to its entry.

[*Remainder of Page Left Intentionally Blank*]

WHEREFORE, the Professionals respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.

Dated: February 4, 2026
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Brianna N. V. Turner*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
Tel.: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

*-and-*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
Kevin L. Winiarski (admitted *pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com
kevin.winiarski@davispolk.com

*Counsel to the Debtors*

**Exhibit 1**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 3390, 3396, 3397, 3398, 3399, 3400, 3401, 3422, 3423, 3426, 3427 & 3428.** |

**OMNIBUS ORDER GRANTING FINAL ALLOWANCE OF**
**FEES AND EXPENSES FOR CERTAIN PROFESSIONALS**

These matters come to be heard on the Final Fee Applications filed by the Professionals identified on **Exhibit A** for the periods set forth on such exhibit; and this Court having determined that proper and adequate notice of these matters has been given and that no other or further notice is necessary; and the requested compensation for the services detailed in the applicable Final Fee Applications being for reasonable and necessary services rendered by the applicable Professionals; the reimbursements for expenses detailed in the Final Fee Applications representing actual and necessary expenses incurred by the applicable Professionals in connection with these cases; the legal and factual bases set forth in the Final Fee Applications having established just cause for the relief granted herein; and objections to the Final Fee Applications

[1] The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the Chapter 7 Trustee is 2301 E. Evesham Road Pavillion 800, Suite 210 Voorhees, NJ 08043.

having been withdrawn, resolved or overruled on the merits; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. Final compensation and reimbursement of expenses for the Professionals are hereby allowed on a final basis as set forth in this Order, and **Exhibit A**.

2. The Debtors are authorized and directed to promptly disburse to each Professional payment in the amount of the difference between (a) 100% of the total fees and expenses allowed herein for such Professional as set forth in Column 8 on **Exhibit A** attached hereto and (b) the actual payment received by such Professional for the period covered herein, subject to final allowance by the Court.

3. The Debtors shall file a notice in accordance with Local Rule 2016-1(i) within fourteen (14) days of entry of this Order.

4. This Order shall be deemed a separate order with respect to each of the Final Fee Applications. Any stay of this Order pending appeal with respect to any one of the Professionals shall only apply to the particular Professional that is subject to such appeal and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Professionals.

5. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

7. This Order shall be effective immediately upon entry.

# Exhibit A

| DEBTORS' PROFESSIONALS | | | | | | | |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| **Applicant** | **Docket No.** | **Final Period** | **Total Fees Requested for the Final Period** | **Total Expenses Requested for the Final Period** | **Total Amount Requested for the Final Period (Fees and Expenses)** | **Voluntary Reduction** | **Total Amount Approved for the Final Period (Fees and Expenses)** |
| Davis Polk & Wardwell LLP | 3398 & 3427 | 9/9/24-11/10/25 | $17,541,115.26[2] | $104,242.49[3] | $17,645,357.75 | $8,673.50[4] | $17,636,684.25 |
| AlixPartners, LLP | 3399 & 3428 | 9/9/24-11/9/25 | $12,653,909.75 | $165,274.55 | $12,819,184.30 | $687.50[5] | $12,818,496.80 |
| PwC US Tax LLP | 3400 | 9/9/24-11/10/25 | $1,151,202.60 | $0.00 | $1,151,202.60 | $0.00 | $1,151,202.60 |
| Morris, Nichols, Arsht & Tunnell LLP | 3401 & 3426 | 9/9/24-11/10/25 | $3,975,222.50[6] | $137,760.04[7] | $4,112,982.54 | $9,224.00[8] | $4,103,758.54 |
| **SUB TOTALS** | | | **$35,321,450.11** | **$407,277.08** | **$35,728,727.19** | **$18,585.00** | **$35,710,142.19** |

---

[2] This includes $35,166.50 in fees incurred after November 10, 2025 through and including January 16, 2025 (the "Davis Polk Post-Conversion Period"), as detailed in the *Notice of Filing of Supplement to Combined Fourteenth Monthly Fee Statement (for the Period October 1, 2025 Through and Including November 10, 2025) and Final Fee Application of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Chapter 11 Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 9, 2024, Through and Including November 10, 2025* [D.I. 3427] (the "Davis Polk Supplement").

[3] This includes $844.36 in expenses incurred during the Davis Polk Post-Conversion Period, as detailed in the Davis Polk Supplement.

[4] This reflects fee voluntary reductions in the amount of $8,673.50 agreed with the Court.

[5] This reflects fee voluntary reductions in the amount of $687.50 agreed with the Court.

[6] This includes $34,074.50 in fees incurred after November 10, 2025, through January 28, 2026 (the "Morris Nichols Post-Conversion Period"), as detailed in the *Notice of Filing Supplement to Combined Fourteenth Monthly Fee Statement (for the Period October 1, 2025 Through and Including November 10, 2025) and Final Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Chapter 11 Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 9, 2024, Through and Including November 10, 2025* [D.I. 3426] (the "Morris Nichols Supplement").

[7] This includes $552.68 in expenses incurred during the Morris Nichols Post-Conversion Period, as detailed in the Morris Nichols Supplement.

[8] This reflects fee voluntary reductions in the amount of $9,224.00 agreed with the Court.

| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| McDermott Will & Schulte LLP | 3390 | 9/24/24-11/10/25 | $6,368,794.00 | $32,493.26 | $6,401,287.26 | $20,927.00[9] | $6,380,360.26 |
| Cole Schotz P.C. | 3396 & 3422 | 9/24/24-11/10/25 | $2,217,363.50[10] | $15,233.25[11] | $2,232,596.75 | $13,029.50[12] | $2,219,567.25 |
| FTI Consulting, Inc. | 3397 & 3423 | 9/25/24-11/10/25 | $2,767,556.50[13] | $139.22 | $2,767,695.72 | $0.00 | $2,767,695.72 |
| **SUB TOTALS** | | | **$11,353,714.00** | **$47,865.73** | **$11,401,579.73** | **$33,956.50** | **$11,367,623.23** |
| **GRAND TOTAL** | | | **$46,675,164.11** | **$455,142.81** | **$47,130,306.92** | **$52,541.50** | **$47,077,765.42** |

[9] This reflects fee voluntary reductions in the amount of $20,927.00 agreed with the Court.

[10] This includes $11,496.50 in fees incurred after November 10, 2025, through January 29, 2026 (the "Cole Schotz Post-Conversion Period"), as detailed in the *Notice of Filing Supplement to the Final Fee Application of Cole Schotz P.C., as Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Final Period from September 24, 2024, Through November 10, 2025* [D.I. 3422] (the "Cole Schotz Supplement").

[11] This includes $1,435.89 in expenses incurred during the Cole Schotz Post-Conversion Period, as detailed in the Cole Schotz Supplement.

[12] This reflects fee voluntary reductions in the amount of $13,029.50 agreed with the Court.

[13] This includes $7,516.50 in fees incurred after November 10, 2025, through January 29, 2026 (the "FTI Post-Conversion Period"), as detailed in the *Notice of Filing Supplement to the Combined Eleventh Monthly and Final Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 25, 2024 Through November 10, 2025* [D.I. 3423] (the "FTI Supplement").