**<u>Exhibit 1</u>**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 3390, 3396, 3397, 3398, 3399, 3400, 3401, 3422, 3423, 3426, 3427 & 3428.** |

### OMNIBUS ORDER GRANTING FINAL ALLOWANCE OF
### FEES AND EXPENSES FOR CERTAIN PROFESSIONALS

These matters come to be heard on the Final Fee Applications filed by the Professionals identified on **Exhibit A** for the periods set forth on such exhibit; and this Court having determined that proper and adequate notice of these matters has been given and that no other or further notice is necessary; and the requested compensation for the services detailed in the applicable Final Fee Applications being for reasonable and necessary services rendered by the applicable Professionals; the reimbursements for expenses detailed in the Final Fee Applications representing actual and necessary expenses incurred by the applicable Professionals in connection with these cases; the legal and factual bases set forth in the Final Fee Applications having established just cause for the relief granted herein; and objections to the Final Fee Applications

---

[1] The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the Chapter 7 Trustee is 2301 E. Evesham Road Pavillion 800, Suite 210 Voorhees, NJ 08043.

having been withdrawn, resolved or overruled on the merits; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. Final compensation and reimbursement of expenses for the Professionals are hereby allowed on a final basis as set forth in this Order, and **Exhibit A**.

2. The Debtors are authorized and directed to promptly disburse to each Professional payment in the amount of the difference between (a) 100% of the total fees and expenses allowed herein for such Professional as set forth in Column 8 on **Exhibit A** attached hereto and (b) the actual payment received by such Professional for the period covered herein, subject to final allowance by the Court.

3. The Debtors shall file a notice in accordance with Local Rule 2016-1(i) within fourteen (14) days of entry of this Order.

4. This Order shall be deemed a separate order with respect to each of the Final Fee Applications. Any stay of this Order pending appeal with respect to any one of the Professionals shall only apply to the particular Professional that is subject to such appeal and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Professionals.

5. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

7. This Order shall be effective immediately upon entry.

**Exhibit A**

| DEBTORS' PROFESSIONALS | | | | | | | |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| Applicant | Docket No. | Final Period | Total Fees Requested for the Final Period | Total Expenses Requested for the Final Period | Total Amount Requested for the Final Period (Fees and Expenses) | Voluntary Reduction | Total Amount Approved for the Final Period (Fees and Expenses) |
| Davis Polk & Wardwell LLP | 3398 & 3427 | 9/9/24-11/10/25 | $17,541,115.26[2] | $104,242.49[3] | $17,645,357.75 | $8,673.50[4] | $17,636,684.25 |
| AlixPartners, LLP | 3399 & 3428 | 9/9/24-11/9/25 | $12,653,909.75 | $165,274.55 | $12,819,184.30 | $687.50[5] | $12,818,496.80 |
| PwC US Tax LLP | 3400 | 9/9/24-11/10/25 | $1,151,202.60 | $0.00 | $1,151,202.60 | $0.00 | $1,151,202.60 |
| Morris, Nichols, Arsht & Tunnell LLP | 3401 & 3426 | 9/9/24-11/10/25 | $3,975,222.50[6] | $137,760.04[7] | $4,112,982.54 | $9,224.00[8] | $4,103,758.54 |
| SUB TOTALS | | | $35,321,450.11 | $407,277.08 | $35,728,727.19 | $18,585.00 | $35,710,142.19 |

---

[2] This includes $35,166.50 in fees incurred after November 10, 2025 through and including January 16, 2025 (the "Davis Polk Post-Conversion Period"), as detailed in the *Notice of Filing of Supplement to Combined Fourteenth Monthly Fee Statement (for the Period October 1, 2025 Through and Including November 10, 2025) and Final Fee Application of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Chapter 11 Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 9, 2024, Through and Including November 10, 2025* [D.I. 3427] (the "Davis Polk Supplement").

[3] This includes $844.36 in expenses incurred during the Davis Polk Post-Conversion Period, as detailed in the Davis Polk Supplement.

[4] This reflects fee voluntary reductions in the amount of $8,673.50 agreed with the Court.

[5] This reflects fee voluntary reductions in the amount of $687.50 agreed with the Court.

[6] This includes $34,074.50 in fees incurred after November 10, 2025, through January 28, 2026 (the "Morris Nichols Post-Conversion Period"), as detailed in the *Notice of Filing Supplement to Combined Fourteenth Monthly Fee Statement (for the Period October 1, 2025 Through and Including November 10, 2025) and Final Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Chapter 11 Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 9, 2024, Through and Including November 10, 2025* [D.I. 3426] (the "Morris Nichols Supplement").

[7] This includes $552.68 in expenses incurred during the Morris Nichols Post-Conversion Period, as detailed in the Morris Nichols Supplement.

[8] This reflects fee voluntary reductions in the amount of $9,224.00 agreed with the Court.

| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | | | | | |
|---|---|---|---|---|---|---|---|
| McDermott Will & Schulte LLP | 3390 | 9/24/24-11/10/25 | $6,368,794.00 | $32,493.26 | $6,401,287.26 | $20,927.00[9] | $6,380,360.26 |
| Cole Schotz P.C. | 3396 & 3422 | 9/24/24-11/10/25 | $2,217,363.50[10] | $15,233.25[11] | $2,232,596.75 | $13,029.50[12] | $2,219,567.25 |
| FTI Consulting, Inc. | 3397 & 3423 | 9/25/24-11/10/25 | $2,767,556.50[13] | $139.22 | $2,767,695.72 | $0.00 | $2,767,695.72 |
| **SUB TOTALS** | | | **$11,353,714.00** | **$47,865.73** | **$11,401,579.73** | **$33,956.50** | **$11,367,623.23** |
| **GRAND TOTAL** | | | **$46,675,164.11** | **$455,142.81** | **$47,130,306.92** | **$52,541.50** | **$47,077,765.42** |

---

[9] This reflects fee voluntary reductions in the amount of $20,927.00 agreed with the Court.

[10] This includes $11,496.50 in fees incurred after November 10, 2025, through January 29, 2026 (the "Cole Schotz Post-Conversion Period"), as detailed in the *Notice of Filing Supplement to the Final Fee Application of Cole Schotz P.C., as Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Final Period from September 24, 2024, Through November 10, 2025* [D.I. 3422] (the "Cole Schotz Supplement").

[11] This includes $1,435.89 in expenses incurred during the Cole Schotz Post-Conversion Period, as detailed in the Cole Schotz Supplement.

[12] This reflects fee voluntary reductions in the amount of $13,029.50 agreed with the Court.

[13] This includes $7,516.50 in fees incurred after November 10, 2025, through January 29, 2026 (the "FTI Post-Conversion Period"), as detailed in the *Notice of Filing Supplement to the Combined Eleventh Monthly and Final Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 25, 2024 Through November 10, 2025* [D.I. 3423] (the "FTI Supplement").