## Exhibit A

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
|---|---|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS** | | | | | | | |
| Applicant | Docket No. | Final Period | Total Fees Requested for the Final Period | Total Expenses Requested for the Final Period | Total Amount Requested for the Final Period (Fees and Expenses) | Voluntary Reduction | Total Amount Approved for the Final Period (Fees and Expenses) |
| Davis Polk & Wardwell LLP | 3398 & 3427 | 9/9/24-11/10/25 | $17,541,115.26[2] | $104,242.49[3] | $17,645,357.75 | $8,673.50[4] | $17,636,684.25 |
| AlixPartners, LLP | 3399 & 3428 | 9/9/24-11/9/25 | $12,653,909.75 | $165,274.55 | $12,819,184.30 | $687.50[5] | $12,818,496.80 |
| PwC US Tax LLP | 3400 | 9/9/24-11/10/25 | $1,151,202.60 | $0.00 | $1,151,202.60 | $0.00 | $1,151,202.60 |
| Morris, Nichols, Arsht & Tunnell LLP | 3401 & 3426 | 9/9/24-11/10/25 | $3,975,222.50[6] | $137,760.04[7] | $4,112,982.54 | $9,224.00[8] | $4,103,758.54 |
| **SUB TOTALS** | | | **$35,321,450.11** | **$407,277.08** | **$35,728,727.19** | **$18,585.00** | **$35,710,142.19** |

---

[2] This includes $35,166.50 in fees incurred after November 10, 2025 through and including January 16, 2025 (the "Davis Polk Post-Conversion Period"), as detailed in the *Notice of Filing of Supplement to Combined Fourteenth Monthly Fee Statement (for the Period October 1, 2025 Through and Including November 10, 2025) and Final Fee Application of Davis Polk & Wardwell LLP, as Bankruptcy Counsel for the Chapter 11 Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 9, 2024, Through and Including November 10, 2025* [D.I. 3427] (the "Davis Polk Supplement").

[3] This includes $844.36 in expenses incurred during the Davis Polk Post-Conversion Period, as detailed in the Davis Polk Supplement.

[4] This reflects fee voluntary reductions in the amount of $8,673.50 agreed with the Court.

[5] This reflects fee voluntary reductions in the amount of $687.50 agreed with the Court.

[6] This includes $34,074.50 in fees incurred after November 10, 2025, through January 28, 2026 (the "Morris Nichols Post-Conversion Period"), as detailed in the *Notice of Filing Supplement to Combined Fourteenth Monthly Fee Statement (for the Period October 1, 2025 Through and Including November 10, 2025) and Final Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Chapter 11 Debtors, for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period September 9, 2024, Through and Including November 10, 2025* [D.I. 3426] (the "Morris Nichols Supplement").

[7] This includes $552.68 in expenses incurred during the Morris Nichols Post-Conversion Period, as detailed in the Morris Nichols Supplement.

[8] This reflects fee voluntary reductions in the amount of $9,224.00 agreed with the Court.

3

| | | | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | | |
|---|---|---|---|---|---|---|---|
| McDermott Will & Schulte LLP | | 3390 | 9/24/24-11/10/25 | $6,368,794.00 | $32,493.26 | $6,401,287.26 | $20,927.00[9] | $6,380,360.26 |
| Cole Schotz P.C. | | 3396 & 3422 | 9/24/24-11/10/25 | $2,217,363.50[10] | $15,233.25[11] | $2,232,596.75 | $13,029.50[12] | $2,219,567.25 |
| FTI Consulting, Inc. | | 3397 & 3423 | 9/25/24-11/10/25 | $2,767,556.50[13] | $139.22 | $2,767,695.72 | $0.00 | $2,767,695.72 |
| SUB TOTALS | | | | $11,353,714.00 | $47,865.73 | $11,401,579.73 | $33,956.50 | $11,367,623.23 |
| GRAND TOTAL | | | | $46,675,164.11 | $455,142.81 | $47,130,306.92 | $52,541.50 | $47,077,765.42 |

---

[9] This reflects fee voluntary reductions in the amount of $20,927.00 agreed with the Court.

[10] This includes $11,496.50 in fees incurred after November 10, 2025, through January 29, 2026 (the "Cole Schotz Post-Conversion Period"), as detailed in the *Notice of Filing Supplement to the Final Fee Application of Cole Schotz P.C., as Special Real Estate Counsel, Efficiency Counsel and Delaware Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Final Period from September 24, 2024, Through November 10, 2025* [D.I. 3422] (the "Cole Schotz Supplement").

[11] This includes $1,435.89 in expenses incurred during the Cole Schotz Post-Conversion Period, as detailed in the Cole Schotz Supplement.

[12] This reflects fee voluntary reductions in the amount of $13,029.50 agreed with the Court.

[13] This includes $7,516.50 in fees incurred after November 10, 2025, through January 29, 2026 (the "FTI Post-Conversion Period"), as detailed in the *Notice of Filing Supplement to the Combined Eleventh Monthly and Final Fee Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 25, 2024 Through November 10, 2025* [D.I. 3423] (the "FTI Supplement").

4