# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., et al,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered) |

## NOTICE OF PAYMENT OF CHAPTER 11 PROFESSIONAL FEES

**PLEASE TAKE NOTICE** that, on February 5, 2026, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Omnibus Order Granting Final Allowance of Fees and Expenses for Certain Professionals* [D.I. 3436] (the "**Final Fee Order**"), approving final compensation and reimbursement of expenses for the Professionals.[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Fee Order and Rule 2016-1(i) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the amounts of approved fees and expenses paid to the Professionals are set forth in **Exhibit A** attached hereto. All approved fees and expenses have been paid in full, and no amounts remain outstanding.

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the Chapter 7 Trustee is 2301 E. Evesham Road Pavilion 800, Suite 210 Voorhees, NJ 08043.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Final Fee Order.

<table>
<tr><td>

Dated: February 13, 2026<br>
Wilmington, Delaware

</td><td>

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

 /s/ *Brianna N. V. Turner*
Robert J. Dehney, Sr. (No. 3578)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Sophie Rogers Churchill (No. 6905)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Tel.: (302) 658-9200
rdehney@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
srchurchill@morrisnichols.com
csawyer@morrisnichols.com

*-and-*

**DAVIS POLK & WARDWELL LLP**
Brian M. Resnick (admitted *pro hac vice*)
Adam L. Shpeen (admitted *pro hac vice*)
Stephen D. Piraino (admitted *pro hac vice*)
Ethan Stern (admitted *pro hac vice*)
Kevin L. Winiarski (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
adam.shpeen@davispolk.com
stephen.piraino@davispolk.com
ethan.stern@davispolk.com
kevin.winiarski@davispolk.com

*Counsel to the Debtors*

</td></tr>
</table>