**Exhibit A**

| Professional | Amount of Approved Fees and Expenses Paid | Amount of Approved Fees and Expenses Outstanding |
|---|---|---|
| **DEBTORS' PROFESSIONALS** | | |
| Davis Polk & Wardwell LLP | $17,636,684.25 | $0.00 |
| AlixPartners, LLP | $12,818,496.80 | $0.00 |
| PwC US Tax LLP | $1,151,202.60 | $0.00 |
| Morris, Nichols, Arsht & Tunnell LLP | $4,103,758.54 | $0.00 |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS** | | |
| McDermott Will & Schulte LLP | $6,380,360.26 | $0.00 |
| Cole Schotz P.C. | $2,219,567.25 | $0.00 |
| FTI Consulting, Inc. | $2,767,695.72 | $0.00 |