# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., et al., | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED that the following omnibus hearing date has been scheduled in the above-captioned matter:

| DATE | TIME |
|---|---|
| April 1, 2026 | (Omnibus Hearing)<br>11:00 a.m. (Prevailing Eastern Time)<br><br>5th Floor, Courtroom No. 6 |

**Dated: March 2nd, 2026**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

4921-9807-3747.1 31275.00001