**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa St., Sky Lobby
Los Angeles, CA 90017
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com



Sean Paisan, Esq.
Colin M. Jones, Esq.
Jennifer P. Burkes, Esq.
Mary Caruso, Esq.
Megan Koster, Esq.
John Lucas, Esq.

Ariella Perry, Esq.
Jonathan Meislin, Esq.
Ryan Casey, Esq.
Hazel Chang, Esq.
John Rofael, Esq.
Sutton A. Shapiro, Esq.
Rene Ucros, Esq.

February 26, 2026

United States Bankruptcy Court
District of Delaware
824 North Market Street, Third Floor
Wilmington, DE 19801

Re: Case No. 24-11967 (JKS)

Our Proof of Claim #3735-1-IFMOY-918268331

Our Prior Client: Alisha Brown

In re:
FORMER BL STORES, INC., et al.
Debtors.

To whom it may concern:

Please be advised that effective immediately, our firm no longer represents Creditor Alisha Brown in this matter.

All further correspondence on this matter should be sent directly to the following address:

Alisha Brown
9017 South Halldale Avenue
Los Angeles, CA 90047

If you have any questions, please do not hesitate to contact me at (213) 474-1252.

Thank you,

*Carolyn Sonne*

Carolyn Sonne
Paralegal to Hazel S. Chang, Esq.

cc: Alisha Brown