# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MARCH 5, 2026 AT 11:00 A.M. (EASTERN TIME)

**PLEASE NOTE: AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELED.**

**ADJOURNED MATTER**

1. Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Authorizing the Destruction, Abandonment, or Other Disposal of Certain Records and Documents (Vista Packaging and Logistics) [Filed 2/2/26] (Docket No. 3431)

    Response Deadline: February 17, 2026 at 4:00 p.m. (ET), Extended to February 26, 2026 at 4:00 p.m. (ET) for Juanita Morales Euresti only

    Responses Received:

    a) Informal response of Gordon Brothers Retail Partners, LLC

    b) Informal response of Juanita Morales-Euresti

    Status: The hearing on this matter has been adjourned to a date to be determined.

**UNCONTESTED MATTER**

---

[1] The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2. Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Crowell & Moring LLP as Special Counsel Under 11 U.S.C. § 327(e) Effective as of January 12, 2026 [Filed 2/2/26], (Docket No. 3430)

    Response Deadline:    February 17, 2026 at 4:00 p.m. (ET)

    Responses Received:    None

    Related Documents:

    a) Certification of No Objection Regarding Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Crowell & Moring LLP as Special Counsel Under 11 U.S.C. § 327€ Effective as of January 12, 2026 [Filed: 2/26/26] (Docket No. 3439)

    b) Order Authorizing Employment and Retention of Crowell & Moring LLP as Special Counsel Under 11 U.S.C. § 327(e) Effective as of January 12, 2026 [Filed 3/2/26] (Docket No. 3442)

Status: An order has been entered approving the retention of Crowell & Moring LLP. No hearing is necessary.

Dated: March 3, 2026    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
       pkeane@pszjlaw.com
       ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*