**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., et al.,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE**

The undersigned counsel hereby certifies that:

1.      Attached hereto as **Exhibit A** is an order (the "Omnibus Hearing Order") that states with specificity the time and date of the omnibus hearing presently scheduled, subject to Court approval.

2.      Alfred T. Giuliano, chapter 7 trustee to the estates of the above-captioned debtors, hereby requests the Court to enter the Omnibus Hearing Order.

3.      Notice of this Certification of Counsel and the enclosed Omnibus Hearing Order will be provided to: (i) the Office of the United States Trustee for the District of Delaware; and (ii) those parties that requested service and notice of papers in accordance with Fed. R. Bankr. P. 2002.

[*Remainder of page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

4913-7089-3466.1 31275.00001

Dated:  March 24, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:      bsandler@pszjlaw.com
               pkeane@pszjlaw.com
               ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano,*
*Chapter 7 Trustee*

2