**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., et al., | Case No. 24-11967 (JKS) |
| | (Jointly Administered) |
| Debtors.[1] | **Hearing Date**: May 19, 2026, at 10:00 a.m. (ET) <br> **Objection Deadline**: April 10, 2026 at 4:00 p.m. (ET) |

**NOTICE OF JOINT MOTION OF TRUSTEE AND GBRP**
**PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE**
**AND BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER (I) APPROVING**
**THE CLOSE-OUT AGREEMENT WITH ARCH; (II) WITHDRAWING PROOFS**
**OF CLAIM NOS. 7092, 7093, AND 7095; AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on March 27, 2026, Alfred T. Giuliano (the "Trustee"), solely in his capacity as chapter 7 trustee and Gordon Brothers Retail Partners, LLC ("GBRP" and, together with the Trustee, the "Movants") filed the *Joint Motion of Trustee and GBRP Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Close-Out Agreement With Arch; (II) Withdrawing Proofs of Claim Nos. 7092, 7093, and 7095; and (III) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be (a) in writing; (b) state with particularity the basis of the response; (c) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **April 10, 2026 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline"); and (d) served so as to be received on or before the Objection Deadline by the undersigned counsel to the Movants.

**PLEASE TAKE FURTHER NOTICE** THAT IF ANY OBJECTIONS TO THE MOTION ARE RECEIVED, A HEARING WITH RESPECT TO THE MOTION WILL BE HELD ON **MAY 19, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 27, 2026

/s/ Peter J. Keane

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel: 302-652-4100
Email:
bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Trustee*

/s/ Steven E. Fox

RIEMER & BRAUNSTEIN LLP
Steven E. Fox
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
Email: sfox@riemerlaw.com

*Counsel to GBRP*