**Exhibit B**

**Baron Declaration**

4926-8441-4088.2 31275.00001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF RANDALL BARON IN SUPPORT OF APPLICATION OF
ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO EMPLOY AND RETAIN
ROBBINS GELLER RUDMAN & DOWD LLP AS SPECIAL COUNSEL UNDER 11
U.S.C. § 327(e) FOR OHIO LITIGATION, EFFECTIVE AS OF JANUARY 12, 2026**

Pursuant to Bankruptcy Rule 2014(a), Randall Baron, declares as follows:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller" or the "Firm"), located at 655 West Broadway, Suite 1900, San Diego, CA 92101.  This declaration (the "Declaration") is submitted in support of the *Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Robbins Geller Rudman & Dowd LLP as Special Counsel Under 11 U.S.C. § 327(e) for Ohio Litigation, Effective as of January 12, 2026* (the "Application").[2]

2.      To my knowledge, neither I, the Firm, nor any members of the Firm, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

4926-8441-4088.2 31275.00001

parties in interest herein, or their respective attorneys except as set forth herein and as described in the Application.

3.      To my knowledge, the Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which it is to be engaged.

4.      In connection with its proposed retention by the Trustee in these cases, Robbins Geller undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  Specifically, Robbins Geller obtained from the Trustee the names of individuals and entities that may be parties in interest in these cases ("Potential Parties in Interest"), with such parties being listed on **Schedule 1** attached hereto.

5.      Prior to the entry of the Conversion Order, on November 19, 2024, Robbins Geller filed its Ordinary Course Professional Declaration, indicating that the Debtors requested that Robbins Geller provide legal representation in connection with the Ohio Litigation, and Robbins Geller had consented to provide those services.  There were no objections in response to the Ordinary Course Professional Declaration and accordingly, the ordinary course retention of Robbins Geller by the Debtors was deemed approved and effective.

6.      Additionally, Robbins Geller represented the City of Pontiac General Employees' Retirement System in the securities class action previously pending in the Southern District of Ohio under the caption *Willis v. Big Lots, Inc., et al*, Case No. 2:12-cv-00604-MHW-NMK (S.D. Oh.). The *Willis* action was settled and the settlement was finally approved in or around November 2018.

7.      To the best of my knowledge and belief, other than as set forth in the preceding paragraphs, Robbins Geller has not represented any Potential Parties in Interest in connection with

matters relating to the Debtors, their estates, assets, or business and will not represent other entities that are creditors of, or have other relationships to, the Debtors in matters relating to these cases except as set forth herein.

8.     I am not related or connected to and, to the best of my knowledge, no other professional of Robbins Geller who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Delaware or any employee in the Office of the United States Trustee for the District of Delaware.

9.     From time to time, Robbins Geller may work with Pachulski Stang Ziehl & Jones LLP ("PSZJ"), the Trustee's general bankruptcy counsel, through other entities that are clients of both Robbins Geller and PSZJ.

10.     Robbins Geller and certain of its members, of counsel, and associates may have in the past represented, may currently represent, and likely in the future will represent stakeholders and creditors of the Debtors and other parties of interest in connection with matters unrelated to the Debtors and these cases.  At this time, Robbins Geller is not aware of such representations except as noted above.  If Robbins Geller identifies any further such representations, Robbins Geller will make further disclosures as may be appropriate.

11.     The economic terms of the Trustee's Engagement Letter are identical to the terms of the engagement letter governing Robbins Geller's retention as an ordinary course professional to the Debtors, which was previously approved during the chapter 11 case.  More specifically, Robbins Geller has been representing the Debtors, and proposes to continue to represent the Trustee, on a contingent fee basis, consisting of a 33.33% fee on all amounts recovered, as set forth in more detail in the Trustee's Engagement Letter.

12.     Neither the Trustee nor the Debtors' estates will have any responsibility for expenses, and expenses will be paid only out of, or in addition to, a recovery (*i.e.*, judgment or settlement). Robbins Geller will advance all expenses necessary to prosecute the Ohio Litigation.

13.     No promises have been received by the Firm or by any member, of counsel, or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. Except as otherwise set forth in paragraph 8 of the Engagement Letter, the Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these cases, except among the members, of counsel, and associates of the Firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 27, 2026

/s/ Randall Baron
Randall Baron
Robbins Geller Rudman & Dowd LLP

*Proposed Special Counsel to the Trustee*

**Schedule 1**

**Potential Parties in Interest**

**U.S. Bankruptcy Judges, District of Delaware**
Chief Judge Laurie Selber Silverstein
Judge Brendan L. Shannon
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge John T. Dorsey
Judge Karen B. Owens
Judge Mary F. Walrath
Judge Thomas M. Horan

**Current Directors and Officers**
Bruce K. Thorn Emily
E. Schreck James A.
Schroeder Jonathan E.
Ramsden Juan E.
Guerrero Michael A.
Schlonsky Monica M.
Welt Ronald A.
Robins Jr. Steven J.
Hutkai Jason A.
Seeman Lorraine M.
Kaufman Matthew S.
Weger Allen G.
Hembree Alvin C.
Concepcion Amanda J.
Corbett Amy L.
Nelson Brooke T.
Schwerin
Chinthaka Liyanapathirana
Christopher M. Macke
Christopher R. Means Colin
K. Coburn
Craig R. Gourley
Daniel H. Yokum
James M. Kelley Jay
A. Caudill Johan G.
Hoover Julie C.
Holbein Kevin P.
Kuehl Leonard J.
Sisilli Lynda L.
Kline Maria D.
Matos Megan M.
Mellquist Michael F.
Robey

Michael L. French
Nathan C. Longbottom
Shelly L. Trosclair
Steven S. Rogers
Christopher J. McCormick
Cynthia T. Jamison
James R. Chambers
Kimberley A. Newton
Kristen Ayn Cox
Maureen B. Short
Molly W. Jennings
Sebastian DiGrande
Seth Laurence Marks
Wendy L. Schoppert

**Debtors**
Big Lots, Inc.
Consolidated Property Holdings, LLC
Broyhill LLC
Big Lots Management, LLC
Big Lots Stores - PNS, LLC
BLBO Tenant, LLC
Big Lots Stores, LLC
Big Lots Stores - CSR, LLC
AVDC, LLC
INFDC, LLC
CSC Distribution LLC
GAFDC LLC
Great Basin, LLC
Closeout Distribution, LLC
PAFDC LLC
Big Lots eCommerce LLC
Durant DC, LLC WAFDC, LLC
Big Lots F&S, LLC

**Debtors' Professionals**
Davis Polk & Wardwell
AlixPartners, LLP
Morris, Nichols, Arsht & Tunnell LLP
Guggenheim Securities, LLC
A&G Real Estate Partners
Kroll Restructuring Administration, LLC
Gordon Brothers Retail Partners, LLC

**Creditor Professionals**
Berkeley Research Group, LLC
Otterbourg P.C.
Choate, Hall & Stewart LLP

**Former Officers and Directors**
Timothy J. Kovalcik
James D. Campbell Jr.
Margarita Giannantonio
Gregg W. Sayers
John W. Alpaugh
Shannon E. Letts
Derek T. Panfil
Sandra Y. Campos
Marla C. Gottschalk
Nancy Reardon
Deborah A. Beisswanger
Scott W. Corder
Kelly M. Gerhardt
Michael A. Jasinowski
Ashley M. White
Gene E. Burt, II
Andrej Mueller
Paige P. Gill
Robert A. LeBrun
Graham W. McIvor
Kristin L. Morris
Nicholas N. Padovano
Erica N. Fortune
Thomas A. Kingsbury
Jeremy A. Ball
Nicholas E. Padovano
Kristen L. Morris

Amy R. Stern
Amanda R. Jami
Robert V. LaCommare
Ojas Nivsarkar
Jackie Smith
Charles H. Buckingham

**U.S. Trustee, District of Delaware (and Key Staff Members)**
Vara, Andrew
Attix, Lauren
Bates, Malcolm
Casey, Linda
Dice, Holly
Dortch, Shakima
Fox, Timothy
Girello, Michael
Green, Christine

Hackman, Benjamin
Jones, Nyanquoi
Konde, Hawa
Leamy, Jane
Lipshie, Jonathan
McCollum, Hannah
McMahon, Joseph
Nyaku, Jonathan
O'Malley, James
Serrano, Edith
Thomas, Elizabeth
Wynn, Dion

**Top 30 Creditors**
Ashley Furniture
Serta Inc.
Big AVCA Owner LLC
Sealy Inc.
Everstar Merchandise Co.
Fusion Furniture Inc.
Elite Comfort Solutions
Zest Garden Limited
FXI Inc.
Pan Asian Creations Limited
Polygroup Evergreen Limited
Round Tripping LTD
Keeco, LLC/22155
PPJ LLC
Ameriwood Industries
Singson International Trade Co. LIM
All Courtesy Int's LTD
Giftree Crafts Co. LTD
Carlington Industries Limited
Ningbo Electrical Appliance Co., LT
3M Company
Millenium Gifts LTD
Zhejiang Hengtai Crafts
Building Air Services HVAC LLC
Boston Warehouse Corp.
Dell Financial Services LLC
Hongkong GMS Inti Co. LTD
Twin Star International
Topmost Design Co. LTD
ESI Cases and Accessories Inc.

**Shareholders**
FMR LLC
BlackRock, Inc.
Liechtensteinische Landesbank
Aktiengesellschaft
The Vanguard Group, Inc.