**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 1, 2026 AT 11:00 A.M. (EASTERN TIME)**

**PLEASE NOTE: AS NO MATTERS ARE GOING FORWARD,
THE HEARING HAS BEEN CANCELED.**

**RESOLVED MATTER:**

1.     Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Ernst & Young LLP as Tax Services Provider, Effective as of February 10, 2026 [Filed 3/5/26], (Docket No. 3447)

Response Deadline:                              March 19, 2026 at 4:00 p.m. (ET)

Responses Received:                           None

Related Documents:

a)     Certification of No Objection Regarding Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Ernst & Young LLP as Tax Services Provider, Effective as of February 10, 2026 [Filed: 3/20/26] (Docket No. 3449)

---

[1]  The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

4925-7075-2667.1 31275.00001

b)   [Signed] Order Authorizing Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Ernst & Young LLP as Tax Services Provider, Effective as of February 10, 2026 [Filed: 3/26/26] (Docket No. 3454)

Status: An order has been entered on this matter. No hearing is necessary.

Dated:  March 30, 2026          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*