IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: FORMER BL STORES, INC. *f/k/a* BIG LOTS INC., *et al.*, | : | Chapter 7 |
| Debtors. | : | Bankr. No. 24-11967-JKS |
| | : | |
| PEAK LIVING, INC., *et al.*, | : | |
| Appellants, | : | Civ. No. 25-72-GBW |
| v. | : | |
| | : | |
| BIG LOTS, INC., *et al.*, | : | |
| Appellees. | : | |
| | : | |
| PRESTIGE PATIO, INC., | : | |
| Appellant, | : | Civ. No. 25-78-GBW |
| v. | : | |
| | : | |
| BIG LOTS, INC., *et al.*, | : | |
| Appellees. | : | |
| | : | |
| HELLO SOFA, LLC, *et al.*, | : | |
| Appellants, | : | Civ. No. 25-130-GBW |
| v. | : | |
| | : | |
| BIG LOTS, INC., *et al.*, | : | |
| Appellees. | : | |

## ORDER

For the reasons set forth in the accompanying Opinion, it is hereby ORDERED that:

1.      The appeals are DISMISSED pursuant to 11 U.S.C. § 363(m).

2.      The Clerk is directed to CLOSE Civ. Nos. 25-72-GBW, 25-78-GBW, and 25-130-GBW.

Entered this 31st day of March 2026.

THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE