**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CHANGE OF DELAWARE ADDRESS OF BALLARD SPAHR LLP**

**PLEASE TAKE NOTICE** that effective March 16, 2026, the mailing address for the Delaware office of Ballard Spahr LLP ("Ballard Spahr"), counsel for 301-321 E Battlefield LLC, 2413 Brewerton Road Plaza LLC, 511 SR7 Owner, LLC, 35/WCD Century South K/C Ltd., Alta Center, LLC, Americal Management Co. Inc., Arapahoe Crossings, LP, ARC ASANDSC001, LLC, ARC NWNCHSC001, LLC, Beacon Plaza, LLC, Benenson Capital Partners, Big Holdings 2, LLC, Blair Bowie, LLC, BMA Beachwood, LLC, BRE Retail NP Memphis Commons Owner LLC, BRE Retail NP Owner I LLC, BRE Retail Residual Owner 1 LLC, BRE Retail Residual Shoppes at Valley Forge Owner LLC, Brixmor Coconut Creek Owner, LLC, Brixmor GA Apollo II TX LP, Brixmor GA Panama City, LLC, Brixmor GA Washtenaw Fountain, LLC, Brixmor Holdings 12 SPE LLC, Brixmor Lehigh SC LLC, Brixmor Miracle Mile, LLC, Brixmor Operating Partnership L.P., Brixmor Watson Glen LLC, Brixmor/IA Cayuga Plaza, Brixmor/IA Rutland Plaza LLC, Brixton Capital, CA New Plan Sarasota, LP, Bowie Border, LLC,  California Property Owner I, LLC, CNSC, LP, Columbia Group Big, LLC, County Line Plaza Realty Associates, LP,

---

[1] The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

CRI New Albany Square LLC, Crosspoint Realty Services, Inc., DLC Management Corporation, DPI Retail, Expressway Marketplace, LLC, F & F Investments, LLC, Federal Realty OP LP, First Main Marketplace, LLC, Francis Carrington, French Shopping Center LLC, GC Ambassador Row LLC, Gator Development Corp., Gerrity Group, Gibraltar Management Co., Inc., Greenberg Gibbons Commercial, Hanford Mall 2020 LLC, Highland and Sterling, LLC, Hunting Creek Retail, LLC, KR Collegetown LLC, LA Retail I, LLC, Lebanon Marketplace Center LLC, Levin & Oberman II LLC, MFBG Port Huron, LLC, Mideb Nominees, Inc., Millan Enterprises, LLC, Millan Holdings LLC, Mitchell Lauford, as Trustee of the Mitchell Lauford Trust u/t/d 01/14/88, National Realty & Development Corp., Netstreit, Newsem Tyrone Gardens Property Owner LLC, NS Retail Holdings, LLC, Oakwood 900 Partners, LLC, Plaza at Buckland Hills, LLC, RD Management LLC, R.L. Wittbold-New Philadelphia, LLC, Rio Grande Investment, Inc., River Oaks Properties, Ltd., Rivercrest Realty Associates, LLC, Robhana Group, Sun Plaza, LLC, ROP North Hills, LLC, Schwartz Investments Co, Schwartz Torrance Co. LLC, Starwood Retail Properties, Sterling Organization, Sun Plaza Shops, LLC, The Carrington Company, The North Los Altos Shopping Center, TJ Elite Properties, LLC, Trussville Promenade I Owner, LLC, UE Revere LLC, Urban Edge Properties LLC, Value Investment Group, Inc., Watt Companies, Inc., Wheeler REIT, LP, Whittier Trust Company, and Zurich Alternative Asset Management, LLC (collectively, the "Creditors"), has changed to:

**BALLARD SPAHR LLP**
**222 Delaware Avenue, 10th Floor**
**Wilmington, DE 19801-3034**

**PLEASE TAKE FURTHER NOTICE** that counsel's telephone, facsimile numbers, and email addresses will remain the same.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, update the electronic and paper noticing matrix with respect to Ballard Spahr's new Delaware office address.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents served upon Ballard Spahr's Delaware office are to be directed to the new address.

Dated:  April 7, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Margaret A. Vesper*
Leslie C. Heilman (DE No. 4716)
Laurel D. Roglen (DE No. 5759)
Nicholas J. Brannick (DE No. 5721)
Margaret A. Vesper (DE No. 6995)
**BALLARD SPAHR LLP**
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
            roglenl@ballardspahr.com
            brannickn@ballardspahr.com
            vesperm@ballardspahr.com

*Attorneys for Creditors*