## CERTIFICATE OF SERVICE

I, Margaret A. Vesper, hereby certify that on April 7, 2026, I caused a true and correct copy of the foregoing *Notice of Change of Delaware Address of Ballard Spahr LLP* to be served *via* CM/ECF on all parties who have registered for electronic service in these cases.

Dated: April 7, 2026
Wilmington, Delaware

/s/ Margaret A. Vesper
Margaret A. Vesper (DE No. 6995)
BALLARD SPAHR LLP