**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 3451** |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 9019 AUTHORIZING AND APPROVING ENTRY INTO A SETTLEMENT AGREEMENT REGARDING HURRICANE IDA INSURANCE RECOVERY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 Authorizing and Approving Entry Into a Settlement Agreement Regarding Hurricane Ida Insurance Recovery* [Docket No. 3451] (the "Motion"). The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice, objections to the Motion were to be filed and served no later than April 7, 2026 at 4:00 p.m. (ET).

It is hereby respectfully requested that the attached Order be entered at the earliest convenience of the Court.

---

[1] The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated:  April 8, 2026

PACHULSKI STANG ZIEHL & JONES LLP


*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      bsandler@pszjlaw.com
            pkeane@pszjlaw.com
            ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4924-4229-2895.1 31275.00001

2