## Exhibit 1

**Settlement**

# POLICY RELEASE

FOR AND IN CONSIDERATION of the sum of $602,550.53 as a final settlement payment, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Alfred T. Giuliano, not individually but solely as Chapter 7 Trustee of the bankruptcy estate of Former BL Stores, Inc. (f/k/a Big Lots Inc) and its affiliated debtors jointly administered under case no. 24-11967 currently pending in the United States Bankruptcy Court for the District of Delaware ("Releasor") REMISES, RELEASES, ACQUITS AND FOREVER DISCHARGES AXA XL/XL Insurance America Inc., Chubb/ACE American Insurance Co., Zurich American Insurance Company, ALLIED WORLD ASSURANCE CO., (U.S.) INC., Allianz Global Risks US Ins. Co., Guide One Insurance Company, Starr Surplus Lines, and Lexington Insurance Company, and its parents, subsidiaries, affiliates, associates, principals, agents, servants, employees, officers, directors, lienholders, heirs, executors, administrators, representatives, and assigns, of and from any and all actions, causes of action, claims, demands, damages, including contractual and extra-contractual damages, injuries, debts, costs, statutory penalties, loss of use, loss of services, loss of business, business interruption, repair and damages or expenses of any nature, whether known or unknown, which do or may relate in any way to: the loss which is alleged to have occurred on or about August 29, 2021 at multiple locations as asserted under claim numbers XL Claim No. 0006874623, Chubb Claim No. KY21K2741222, Zurich Claim No. 5630070719, Allianz Global Corporate & Specialty Claim No. SF-USPR10810421, ALLIED WORLD ASSURANCE CO., (U.S.) INC. Claim No. 2021020804, Starr Surplus Lines Claim No. STP 21040, Guide One Insurance Claim No. AA151356, and Lexington Insurance Company Claim No. 7322395062US, which claims and any rights related thereto are expressly waived and extinguished in further consideration of the above-mentioned settlement payment.

Releasor acknowledges and assumes all risk, chance, or hazard that said damages, costs, expenses or other matters released may be or become progressive, greater, or more extensive than is now known, anticipated or expected.  Releasor also understands that this settlement is the compromise of a doubtful and disputed claim, and that the payment is not to be construed as an admission of liability on the part of the persons, firms, or corporation hereby released.  Further, Releasor acknowledges that no promise or inducement which is not herein expressed has been made to it, and that in executing this release it does not rely upon any statements or representations made by any person, firm, or corporation hereby released, or any of their respective principals, agent, servants, employees or representatives, concerning the nature, extent or duration of said damages, losses, or the legal liability therefore.

This RELEASE, contains the ENTIRE AGREEMENT between the parties hereto regarding the matters released, and the terms of this release are contractual and not a mere recital.  This RELEASE is contingent upon the approval of the United States Bankruptcy Court for the District of Delaware ("Court").  Payment shall be made under the Release after an order

5403688 v2 - 03803 / 261

from the Court approving the Release becomes final, non-appealable, and is not subject to an appeal. If the Court does not approve this Release, then no party shall have any obligations under this Release.

IN WITNESS WHEREOF, the Parties have executed below as of the date first above written.

Alfred T. Giuliano, not individually but solely as Chapter 7 Trustee of the bankruptcy estate of Former BL Stores, Inc. and its affiliated debtors

By: _____

AXA XL/XL Insurance America Inc., Chubb/ACE American Insurance Co., Zurich American Insurance Company, ALLIED WORLD ASSURANCE CO., (U.S.) INC., Allianz Global Risks US Ins. Co., Guide One Insurance Company, Starr Surplus Lines and Lexington Insurance Company

By: Kenneth Thomas

Name: _____

Title: outside Counsel to Insurers listed Above

5403688 v2 - 03803 / 261