# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS OF
## NATIONAL REALTY & DEVELOPMENT CORP., SALISBURY HOLDINGS,
## L.P., AND GBR CEDAR LANE LIMITED LIABILITY COMPANY

**PLEASE TAKE NOTICE** that as of April 13, 2026, the mailing address of National

Realty & Development Corp., Salisbury Holdings, L.P. and GBR Cedar Lane Limited Liability

Company ("Creditors"), as landlord/creditors in the above-captioned cases, has changed to:

**745 5th Avenue, 14th Floor**
**New York, New York 10151**

**PLEASE TAKE FURTHER NOTICE** that the undersigned, on behalf of Creditors,

requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any

claims or noticing agent appointed in these cases, update the electronic and paper noticing matrix

with respect to Creditors' new office address.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and

other documents served upon Creditors are to be directed to the new address.

---

[1] The Debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Dated:  April 13p, 2026
New York, NY

Respectfully submitted,

*/s/ Scott L. Fleischer*

Scott L. Fleischer, Esq.
BARCLAY DAMON LLP
1270 Avenue of the Americas, Suite 2310
New York, New York 10020
Telephone:  (212) 784-5810
Facsimile:  (212) 784-5799

*Attorneys for National Realty & Development Corp., Salisbury Holdings, L.P. and GBR Cedar Lane Limited Liability Company*

2