**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Related Docket No. 3455** |

**CERTIFICATION OF NO OBJECTION REGARDING JOINT MOTION OF TRUSTEE AND GBRP PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER (I) APPROVING THE CLOSE-OUT AGREEMENT WITH ARCH; (II) WITHDRAWING PROOFS OF CLAIM NOS. 7092, 7093, AND 7095; AND (III) GRANTING RELATED RELIEF**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Joint Motion of Trustee and GBRP Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Close-Out Agreement With Arch; (II) Withdrawing Proofs of Claim Nos. 7092, 7093, and 7095; and (III) Granting Related Relief* [Docket No. 3455] (the "Motion"). The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the notice, objections to the Motion were to be filed and served no later than April 10, 2026 at 4:00 p.m. (ET).

---

[1]  The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows:   Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).   The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

It is hereby respectfully requested that the attached Order be entered at the earliest

convenience of the Court.

Dated:  April 14, 2026                     PACHULSKI STANG ZIEHL & JONES LLP


                                           /s/ Peter J. Keane
                                           Bradford J. Sandler (DE Bar No. 4142)
                                           Peter J. Keane (DE Bar No. 5503)
                                           Edward A. Corma (DE Bar No. 6718)
                                           919 N. Market Street, 17th Floor
                                           Wilmington, DE  19801
                                           Telephone:  (302) 652-4100
                                           Facsimile:  (302) 652-4400
                                           Email:      bsandler@pszjlaw.com
                                                       pkeane@pszjlaw.com
                                                       ecorma@pszjlaw.com

                                           *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4903-0210-1665.1 31275.00001                      2