God
Bless you

Case Number 24-11967

Please send
send me my money

3 hundred dollars

Judy Gregory

RECEIVED
2026 APR 20 A 8:03
CLERK
BANKRUPTCY COURT

May you find
hope and joy in the
beauty of the day.

JKS



RECEIVED

2026 APR 20  A 8: 04

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 15th, 2026

Case Administration Specialist
U.S. Bankruptcy Court - District of Delaware
824 N Market St, 3rd Floor
Wilmington, DE 19801

**Re: Closed Case - Conversion to Chapter 7 - Former BL Stores, Inc. Case No. 24-11967**

Dear Administrator,

Enclosed you will find case correspondence sent to us for Former BL Stores, Inc. (f/k/a Big Lots, Inc.)

Pursuant to an order of the court, effective as of November 10, 2025, the Chapter 11 Cases have been converted to Chapter 7 of the Bankruptcy Code and the order terminating retention of Kroll Restructuring Administration LLC as claims and noticing agent filed November 11th, 2025, the case is now closed.

Please note that the final claims registers and creditor matrix have been filed, and the USB containing all claim images has been transmitted to the Court.

Should you have any questions, please feel free to contact me at Kira.Richards@kroll.com.

Sincerely,



**Kira Richards**

T +1 908 220 7384



Kroll, LLC | www.kroll.com

in 𝕏

FROM: _____

_____

_____

GREENSBORO NC
RECEIVED PIEDMONT TRIAD AREA
8 APR 2026  PM 4  L

APR 13 2026

KROLL RESTRUCTURING
ADMINISTRATION

First-Class

Bigloto
PO Box 5293
New York
york Ny
10150-5293 - 9998