**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                              Chapter 11

Case No. 24 _ 11967 (JKS)

Debtor: **BIG LOTS, INC.**

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of   PAMELA S. TRAUT

to represent   JENNIFER DELORES ROBINSON

in this action.

**Pamela S. Traut, Esq.**

Firm Name: TRAUT INJURY LAW

Address:    5 Hutton Centre Dr.
            Suite 700

Phone:      Santa Ana, CA 92707
            714-947-7000

Email:      pamela@trautinjurylaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California    and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

**Pamela S. Traut, Esq.**

Firm Name: Traut Injury Law
            5 Hutton Centre Dr.
Address:    Suite 700
Phone:      Santa Ana, CA 92707
            714-947-7000
Email:      pamela@trautinjurylaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105