**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Former BL Stores, Inc.,** | ) | **No. 24-11967 JKS** |
| | ) | *Lead Case* |
| | ) | |
| Debtors. | ) | **Chapter 7** |

| | | |
|---|---|---|
| **Big Lots F&S, LLC,** | ) | **No. 24-11984 JKS** |
| | ) | *Jointly Administered* |
| | ) | |
| Debtors. | ) | **Chapter 7** |
| | ) | |

**NOTICE OF WITHDRAWAL OF CLAIM 7960**

Pursuant to Fed. R. Bankr. P. 3006, the Tennessee Dept. of Revenue withdraws the following claim:

Amount of Claim:                                    $122,035.51
Date Claim Filed:                                    March 26, 2025
Kroll Claim Agent Number:                      7960

Respectfully submitted,

JONATHAN SKRMITTI
Tennessee Attorney General

/s/ Laura L. McCloud
Laura L. McCloud, BPR #16206
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
ph: (615) 532-8933
fax: (615) 741-3334
Email: laura.mccloud@ag.tn.gov
Attorney for the TDOR

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that, on April 30, 2026, a true and exact copy of the foregoing Withdrawal of TDOR Claim was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

/s/ Laura L. McCloud
Laura L. McCloud
