**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION
GRANTING JUANITA MORALES-EURESTI LIMITED RELIEF FROM THE
AUTOMATIC STAY TO PURSUE LITIGATION**

The undersigned certifies as follows:

1.      On September 9, 2024 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      On November 10, 2025, the above-captioned chapter 11 cases was converted to a cases under chapter 7 of the Bankruptcy Code, and Alfred T. Giuliano (the "Trustee") was appointed as chapter 7 trustee of the Debtors' bankruptcy estates.

3.      The undersigned certifies that the Trustee has entered into a *Stipulation Granting Juanita Morales-Euresti Limited Relief from the Automatic Stay to Pursue Litigation* (the "Stipulation").

---

[1]  The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

4915-8729-5119.2 31275.00001

4.      The undersigned further certifies that attached hereto as **Exhibit 1** is a proposed order (the "Order") approving the Stipulation, which is attached as Exhibit A to the Order.

5.      Counsel to Juanita Morales-Euresti ("Creditor") has reviewed and approved the Order and Stipulation.

6.      The Trustee respectfully request entry of the Order approving the Stipulation.

Dated:  May 11,, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      bsandler@pszjlaw.com
                 pkeane@pszjlaw.com
                 ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*