**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Fromer BL Stores, Inc.,** | ) | **No. 24-11967-JKS** |
| | ) | *Lead Case* |
| | ) | |
| | ) | **Chapter 7** |

---

**CHARLOTTE COUNTY, A POLITICAL SUBDIVISION OF THE STATE OF FLORIDA, MOTION OF FOR EXTENSION OF TIME TO FILE NOTICE OF CLAIM**

---

Pursuant to Fed. R. Bankr. P. 3002(C)(1), Charlotte County respectfully moves for an extension of time to file a notice of claim. As a governmental unit, Charlotte County may make a motion before the time expires to file the proof of claim and for cause, motion the Court to extend the time to file a proof of claim.

Charlotte County encountered some difficulty locating exact records of the amounts owed by Former BL Stores. Additionally, the undersigned attorney responsible for filing the proof of claim had an unexpected family emergency which resulted in an unexpected trip out of the county to visit a critically-ill family member during the majority of the week of May 11, 2026.

Charlotte County would ask the Court to allow a brief 10-day extension of time in order to gather its records as it pertains to this suit and file its proof of claim. This motion is made in good-faith and not for dilatory purposes.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2026, I a true and exact copy of the foregoing motion was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

/s/ Alexander Villoria
Alexander J. Villoria, Assistant County Attorney
Florida Bar No: 1022917
Office of the Charlotte County Attorney
18500 Murdock Circle, 5th Floor
Port Charlotte, Florida 33948-1094
Telephone: 941.743.1330
Facsimile: 941.743.1550

Alexander.Villoria@CharlotteCountyFL.gov
County.Attorney @CharlotteCountyFL.gov