**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

Former BL Stores, Inc., et al.¹
*f/k/a Big Lots, Inc.*

Debtors.

Chapter 7
Case No. 24-11967/JKS

## APPLICATION TO TURNOVER UNCLAIMED FUNDS

Alfred T. Giuliano, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor initially filed a case under Chapter 11 on September 9, 2024 and was converted to a case under Chapter 7 on November 10, 2025.
2. I was appointed Chapter 7 Bankruptcy Trustee on November 10, 2025.
3. During the pendency of the Chapter 11 case, a Chapter 11 distribution was made from account ending 0189 (check/ACH), which included the vendors and government entities listed below.  These checks/ACH were returned uncashed/rejected after the Chapter 11 case converted to a case under Chapter 7.
4. As such, the non-estate outstanding check/ACH amounts are being turned over to the Court's Treasury [Ref Order D.I. 3319; Para 5]
5. The payments included the following:

| Vendor Name | Vendor# | Type | Amount | Status | Check # | Payment address |
|---|---|---|---|---|---|---|
| BRAZORIA COUNTY TAX OFFICE | 2004392 | TAX | 1,235.02 | Returned | 959101 | 111 E. Locust, Angleton, TX 77515 |
| BRAZORIA COUNTY TAX OFFICE | 2004392 | TAX | 17.54 | Returned | 959268 | 111 E. Locust, Angleton, TX 77515 |
| CAMERON COUNTY CLERK | 2007556 | TAX | 1,438.59 | Returned | 959102 | 835 E. Levee, Brownsville, TX 78520 |
| CAMERON COUNTY CLERK | 2007556 | TAX | 20.43 | Returned | 959269 | 835 E. Levee, Brownsville, TX 78520 |
| CITY OF DELRAY BEACH | 2058677 | EXP | 17.00 | Voided | Unknown | 501 West Atlantic Avenue, Delray Beach, FL 33444 |
| CITY OF EL PASO | 2005534 | TAX | 9,047.63 | Returned | 959108 | Linebarger Goggan Blair & Sampson LLP, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| CITY OF EL PASO | 2005534 | TAX | 128.46 | Returned | 959275 | Linebarger Goggan Blair & Sampson LLP, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| CITY OF GALAX | 2057778 | TAX | 10.17 | Returned | 959273 | 111 East Grayson Street, Galax, VA 24333 |
| CO OF HENRICO | 2014928 | WRT | 0.08 | Returned | 959264 | PO Box 90775, Henrico, VA 23273-0775 |
| ECTOR COUNTY APPRAISAL DIST | 1017952 | TAX | 1,658.27 | Returned | 959112 | 1301 E. 8th St, Odessa, TX 79761 |
| GALENA PARK ISD TAX OFFICE | 1013436 | TAX | 947.49 | Returned | 959116 | P.O. Box 2805, Baytown, TX 77522 |
| GRATIOT LLC | 2038297 | RNT | 2,361.22 | Voided | ACH | 4422 Ridgeside Drive, C/O Timothy Mitchell, Rashti and Mitchell, Dallas, TX 75244 |
| GREGG COUNTY TAX ASSESSOR | 2039392 | TAX | 1,156.25 | Returned | 959118 | Linebarger Goggan Blair & Sampson, LLP, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 |
| HOOD COUNTY TAX COLLECTOR | 2048214 | TAX | 936.05 | Returned | 959288 | Linebarger Goggan Blair & Sampson, LLP, 3500 Maple Avenue, Suite 800, Dallas, TX 75219 |
| MERCED CO ENV HEALTH | 2031812 | EXP | 51.29 | Voided | Unknown | 2222 M Street, Merced, CA 95340 |
| MIAMI -DADE FIRE RESCUE | 2013746 | EXP | 0.53 | Returned | 959213 | 9300 NW 41st St, Miami, FL 33178-2424 |
| MIAMI-DADE FIRE RESCUE | 2013746 | EXP | 5.42 | Returned | 959046 | 9300 NW 41st St, Miami, FL 33178-2424 |
| MONTGOMERY COUNTY TREASURER | 2001745 | TAX | 5.10 | Returned | 959295 | 755 Roanoke Street, Suite 1B, Christiansburg, VA 24073 |
| STATE OF NEW JERSEY DCA BFCE DORES | 2046659 | EXP | 39.71 | Returned | 959081 | PO Box 663, Trenton, NJ 08646-0663 |
| STATE OF NEW JERSEY DCA BFCE DORES | 2046659 | EXP | 3.88 | Returned | 959248 | PO Box 663, Trenton, NJ 08646-0663 |
| TKO DELIVERY SERVICE | 2049975 | EXP | 36.12 | Voided | ACH | PO Box 14745, Jacksonville, FL 32238 |
| TKO DELIVERY SERVICE | 2049975 | EXP | 10.32 | Voided | ACH | PO Box 14745, Jacksonville, FL 32238 |
| WESTERN GROUP | 5005659 | INV | 794.85 | Voided | ACH | 3330 E. Gowan Rd, North Las Vegas, NV 89030-4443 |
| WHITE COUNTY TAX COLLECTOR | 1015562 | TAX | 180.80 | Returned | 959135 | 115 W Arch Ave, Searcy, AR 72143-7701 |
| YMF CARPET | 1004841 | INV | 83,047.15 | Voided | ACH | 201B Middlesex Center Blvd, Monroe, NJ 08831 |
| YMF CARPET | 1004841 | INV | 14,128.77 | Voided | ACH | 201B Middlesex Center Blvd, Monroe, NJ 08831 |
| YMF CARPET | 1004841 | INV | 1,379.75 | Returned | ACH | 201B Middlesex Center Blvd, Monroe, NJ 08831 |

**WHEREFORE**, Alfred T. Giuliano, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of one hundred eighteen thousand six hundred fifty-seven dollars and eighty-nine cents ($118,657.89) to be paid to the Clerk for deposit to the Treasury.

*/s/ Alfred T. Giuliano*
Alfred T. Giuliano, Chapter 7 Trustee

May 12, 2026
Dated

¹ Jointly Administered Related cases:
24-11966 Great Basin, LLC; 24-11967 Former BL Stores, Inc., fka Big Lots, Inc.; 24-11968 Consolidated Property Holdings, LLC aka Consolidated Property Holdings, Inc.; 24-11969 Former Management Stores of Ohio, LLC fka Big Lots Management, LLC aka BLHQ, LLC; 24-11970 Former Savings Stores of California fka Big Lots Stores - PNS, LLC aka PNS Stores, LLC; 24-11971 Former Furniture Stores of Ohio, LLC fka Broyhill, LLC; 24-11972 Former Tenant Stores of Ohio, LLC fka BLBO Tenant, LLC; 24-11973 Former Stores of Ohio, LLC fka Big Lots Stores, LLC; 24-11974 CSC Distribution, LLC aka CSC Distribution, Inc.; 24-11975 Durant DC, LLC aka Durant DC, Inc.; 24-11976 Former Savings Stores of Ohio, LLC fka Big Lots Stores - CSR, LLC aka CS Ross Company; 24-11977 GAFDC, LLC; 24-11978 Closeout Distribution, LLC aka Closeout Distribution, Inc.; 24-11979 WAFDC, LLC; 24-11980 Former eCommerce Stores of Ohio, LLC fka Big Lots eCommerce, LLC; 24-11981 AVDC, LLC aka AVDC, Inc.; 24-11982 PAFDC, LLC aka PAFDC, Inc.; 24-11983 INFDC, LLC; 24-11984 Former Low Cost Stores of Ohio, LLC fka Big Lots F&S, LLC aka Big Lots F&S, Inc.