**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:
 Former BL Stores, Inc.
  *f/k/a Big Lots, Inc.*

        Debtor.

Chapter 7
Case No. 24-11967/JKS

## CERTIFICATE OF SERVICE

I, Alfred T. Giuliano, Chapter 7 Trustee, do hereby certify that on May 12, 2026 a

copy of the within application was served, via regular, first-class, postage paid, on the following:

U.S. Department of Justice
Office of the U.S. Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Honorable Judge J. Kate Stickles
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, DE 19801

Brazoria County Tax Office
111 E. Locust
Angleton, TX 77515

Cameron County Clerk
835 E. Levee
Brownsville, TX 78520

City of Delray Beach
501 West Atlantic Avenue
Delray Beach, FL 33444

City of El Paso
c/o Linebarger Goggan Blair & Sampson,LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

City of Galax
111 East Grayson Street
Galax, VA 24333

Gregg County Tax Assessor
c/o Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, TX 75219

Hood County Tax Collector
c/o Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, TX 75219

Merced Co Env Health
2222 M Street
Merced, CA 95340

Miami-Dade Fire Rescue
9300 NW 41st Street
Miami, FL 33178-2424

Montgomery County Treasurer
755 Roanoke Street, Suite 18
Christiansburg, VA 24073

Co of Henrico

P. O. Box 90775
Henrico, VA 23273-0775

Ector County Appraisal Dist.
1301 E. 8th Street
Odessa, TX 79761

Galena Park ISD Tax Office
P. O. Box 2805
Baytown, TX 77522

Gratiot, LLC
c/o Rashti & Mitchell
4422 Ridgeside Drive
Dallas, TX 75244

YMF Carpet
2018 Middlesex Center Blvd
Monroe, New Jersey 08831

State of New Jersey DCA BFCE Dores
P. O. Box 663
Trenton, NJ 08646-0663

TKO Delivery Service
P. O. Box 14745
Jacksonville, FL 32238

Western Group
3330 E. Gowan Road
North Las Vegas, NV 89030-4440

White County Tax Collector
115 W. Arch Avenue
Searcy, AR 72143-7701

/s/ *Alfred T. Giuliano*
Alfred T. Giuliano, Chapter 7 Trustee