**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWAR7**

IN RE:
 Former BL Stores, Inc., et al.¹
  *f/k/a Big Lots, Inc.*

          Debtors.

Chapter 7
Case No. 24-11967/JKS

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED that the following omnibus hearing date is scheduled in the above-captioned case before the Honorable J. Kate Stickles, United States Bankruptcy Court Judge, United States Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801.

| DATE | TIME |
|------|------|
|      |      |
| June 18, 2026 | 3:00 p.m. (ET) |