## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br> Former BL Stores, Inc., et al.[1]<br> *f/k/a Big Lots, Inc.*<br><br>            Debtors. | Chapter 7<br> Case No. 24-11967/JKS |

### NOTICE OF WITHDRAWAL (DOCKET NO.   3478)

Docket No. 3478 Notice of Hearing is hereby withdrawn [Docket No. 3478 was filed in error].

/s/ *Alfred T. Giuliano*
Alfred T. Giuliano
Trustee-in-Bankruptcy

Dated: May 12, 2026