**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 19, 2026 AT 10:00 A.M. (EASTERN TIME)**

> This proceeding will be conducted in-person before the **Honorable J Kate Stickles, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801**.
>
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Shannon's Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website

## RESOLVED MATTERS:

1.      Motion of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 Authorizing and Approving Entry Into a Settlement Agreement Regarding Hurricane Ida Insurance Recovery [Filed 3/24/26], (Docket No. 3451)

Response Deadline:                     April 7, 2026 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

---

[1]  The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

4922-9944-6953.1 31275.00001

a)  Certification of No Objection Regarding Motion of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 Authorizing and Approving Entry Into a Settlement Agreement Regarding Hurricane Ida Insurance Recovery ([Filed: 4/8/26] (Docket No. 3461)

b)  Order Granting  Motion of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019 Authorizing and Approving Entry Into a Settlement Agreement Regarding Hurricane Ida Insurance Recovery [Filed: 4/10/26] (Docket No. 3462)

Status: An order has been entered on this matter. No hearing is necessary.

2.  Joint Motion of Trustee and GBRP Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Close-Out Agreement With Arch; (II) Withdrawing Proofs of Claim Nos. 7092, 7093, and 7095; and (III) Granting Related Relief [Filed: 3/27/26] (Docket No. 3455)

Response Deadline:                                April 10, 2026 at 4:00 p.m. (ET)

Responses Received:                              None

Related Documents:

(a)  Certification of No Objection Regarding Joint Motion of Trustee and GBRP Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Close-Out Agreement With Arch; (II) Withdrawing Proofs of Claim Nos. 7092, 7093, and 7095; and (III) Granting Related Relief [Filed: 4/14/26] (Docket No. 3464)

(b)  Declaration Alfred T. Giuliano, Chapter 7 Trustee, in Support of Joint Motion of Chapter 7 Trustee and Gordon Brothers Retail Partners, LLC Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Close-Out Agreement With Arch; (II) Withdrawing Proofs of Claim Nos. 7092, 7093, and 7095; and (III) Granting Related Relief [Filed: 5/6/26] (Docket No. 3471)

(c)  Declaration of Kunal S. Kamlani in Support of Joint Motion of Chapter 7 Trustee and Gordon Brothers Retail Partners, LLC Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Close-Out Agreement With Arch; (II) Withdrawing Proofs of Claim Nos. 7092, 7093, and 7095; and (III) Granting Related Relief [Filed 5/6/26] (Docket No. 3472)

(d)  Order Approving Joint Motion of Trustee and GBRP Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Close-Out Agreement With Arch; (II) Withdrawing Proofs of Claim Nos. 7092, 7093, and 7095; and (III) Granting Related Relief [Filed: 5/7/26] (Docket No. 3473)

Status: An order has been entered on this matter. No hearing is necessary.

**ADJOURNED MATTERS:**

3. Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Authorizing the Destruction, Abandonment, or Other Disposal of Certain Records and Documents (Certain Payroll Records Located at Former Corporate Office) [Filed 3/27/26] (Docket No. 3456)

Response Deadline: April 10, 2026 at 4:00 p.m. (ET) (*Extended for Juanita Morales-Euresti to May 29, 2026*)

Responses Received:

(a) Informal response of Juanita Morales-Euresti

Status: This matter is adjourned to the omnibus hearing on June 18, 2026, at 3:00 p.m. (ET).

**MATTERS WITH CERTIFICATIONS OF NO OBJECTION:**

4. Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Robbins, Geller Rudman & Dowd LLP as Special Counsel Under 11 U.S.C. § 327(e) for Ohio Litigation, Effective as of January 12, 2026 [Filed 4/14/26] (Docket No. 3457)

Response Deadline: April 10, 2026 at 4:00 p.m. (ET)

Responses Received: None

Related Documents:

(a) Certification of No Objection Regarding Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Robbins, Geller Rudman & Dowd LLP as Special Counsel Under 11 U.S.C. § 327(e) for Ohio Litigation, Effective as of January 12, 2026 [Filed 4/14/26] (Docket No. 3465)

Status: A certification of no objection has been filed. The Trustee respectfully requests entry of the proposed order. No hearing is necessary unless the Court has questions.

Dated:  May 15, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4922-9944-6953.1 31275.00001

4