**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FORMER BL STORES INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11967 (JKS)<br><br>(Jointly Administered)<br>**Re:Doc. No.: 1583** |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

PLEASE TAKE NOTICE that pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Deirdre M. Richards, Esquire, of the firm of Elliott Greenleaf, P.C. withdraws her appearance as counsel for Parfum de Coeur, Ltd.

The undersigned further requests that the Clerk of the Bankruptcy Court for the District of Delaware, or any claims noticing agent appointed in these cases, remove her from the electronic and paper noticing matrix for the above-captioned cases.

Date: 5/18/26

**ELLIOTT GREENLEAF, P.C.**

By:    /s/*Deirdre M. Richards*
Deirdre M. Richards (#4191)
1105 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 384-9402
dmr@elliottgreenleaf.com
*Attorneys for Parfum de Coeur, Ltd.*

---

[1]    The debtors and debtors in possession in these chapter 7 cases (hereafter, "**Debtors**") are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots  Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182);  CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC  (9612); and Big Lots F&S, LLC (3277).

WLM: 39837v1