**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 3457** |

**CERTIFICATION OF COUNSEL REGARDING APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO EMPLOY AND RETAIN ROBBINS, GELLER RUDMAN & DOWD LLP AS SPECIAL COUNSEL UNDER 11 U.S.C. § 327(e) FOR OHIO LITIGATION, EFFECTIVE AS OF JANUARY 12, 2026**

The undersigned counsel for Alfred T. Giuliano, chapter 7 trustee (the "Trustee") hereby certifies that:

1.     On March 27, 2026, the Trustee filed the *Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Robbins, Geller Rudman & Dowd LLP as Special Counsel Under 11 U.S.C. § 327(e) for Ohio Litigation, Effective as of January 12, 2026* [Docket No. 3457] (the "Application").

2.     Pursuant to the notice filed with the Application, objections to the Application were to be filed and served no later than April 10, 2026 at 4:00 p.m. (ET), and the hearing on the Application was scheduled for May 19, 2026 at 10:00 a.m. (ET) (the "Hearing").     The

---

[1]  The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon.

3.    At the Hearing, the Court had comments on the Application.

4.    Attached hereto as **Exhibit A** is a revised proposed form of order (the "Revised Proposed Order") granting the Application and incorporating certain changes to address the Court's comments at the Hearing.

5.    Attached hereto as **Exhibit B** is a redline of the Revised Proposed Order marked against the proposed order filed with the Application.

6.    It is hereby respectfully requested that the Revised Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated:  May 21, 2026                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:        bsandler@pszjlaw.com
                  pkeane@pszjlaw.com
                  ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4900-8504-6689.2 31275.00001                                2