**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.¹ | (Jointly Administered) |
|  | **Related Docket No. 3482** |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER
AUTHORIZING THE EMPLOYMENT AND RETENTION OF KOHRMAN
JACKSON & KRANTZ LLP AS SPECIAL TAX COUNSEL TO THE
CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO NOVEMBER 10, 2025**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Application of the Chapter 7 Trustee for an Order Authorizing the Employment and Retention of Kohrman Jackson & Krantz LLP as Special Tax Counsel to the Chapter 7 Trustee nunc pro tunc to November 10, 2025* [Docket No. 3482] (the "Application"), filed on May 13, 2026.  The undersigned further certifies that the Court's docket has been reviewed in these cases and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the notice of the Application, objections to the Application were to be filed and served no later than **May 27, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

---

¹ The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Accordingly, it is hereby respectfully requested that the form of order attached hereto as

**Exhibit A** be entered at the Court's convenience.

Dated:  May 28, 2026                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      bsandler@pszjlaw.com
             pkeane@pszjlaw.com
             ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4932-4264-7728.1 31275.00001           2