**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

Former BL Stores, Inc., et al.[1]
*f/k/a Big Lots, Inc.*

Chapter 7
Case No. 24-11967/JKS

Debtors.

**AMENDED APPLICATION TO TURN OVER UNCLAIMED FUNDS**

Alfred T. Giuliano, Chapter 7 Trustee, respectfully represents as follows:

1.  The Debtor initially filed a case under Chapter 11 on September 9, 2024 and was converted to a case under Chapter 7 on November 10, 2025.
2.  I was appointed Chapter 7 Bankruptcy Trustee on November 10, 2025.
3.  During the pendency of the Chapter 11 case, a Chapter 11 distribution was made from account ending 0189 (check/ACH), which included the vendors and government entities listed below.  These checks/ACH were returned uncashed/rejected after the Chapter 11 case converted to a case under Chapter 7.
4.  As such, the non-estate outstanding check/ACH amounts are being turned over to the Court's Treasury [Ref Order D.I. 3319; Para 5]
5.  The payments included the following:

| Vendor Name | Amount | Check # | Payment address |
|---|---|---|---|
| CITY OF DELRAY BEACH | 17.00 | Unknown | 501 West Atlantic Avenue, Delray Beach, FL 33444 |
| CITY OF GALAX | 10.17 | 959273 | 111 East Grayson Street, Galax, VA 24333 |
| **CO OF HENRICO** | **0.08** | **959264** | PO Box 90775, Henrico, VA 23273-0775 |
| GRATIOT LLC | 2,361.22 | ACH | 4422 Ridgeside Drive, C/O Timothy Mitchell, Rashti and Mitchell, Dallas, TX 75244 |
| MERCED CO ENV HEALTH | 51.29 | Unknown | 2222 M Street, Merced, CA 95340 |
| MIAMI -DADE FIRE RESCUE | 0.53 | 959213 | 9300 NW 41st St, Miami, FL 33178-2424 |
| MIAMI-DADE FIRE RESCUE | 5.42 | 959046 | 9300 NW 41st St, Miami, FL 33178-2424 |
| **MONTGOMERY COUNTY TREASURER** | **5.10** | **959295** | 755 Roanoke Street, Suite 1B, Christiansburg, VA 24073 |
| **STATE OF NEW JERSEY DCA BFCE DORES** | **39.71** | **959081** | PO Box 663, Trenton, NJ 08646-0663 |
| **STATE OF NEW JERSEY DCA BFCE DORES** | **3.88** | **959248** | PO Box 663, Trenton, NJ 08646-0663 |
| TKO DELIVERY SERVICE | 36.12 | ACH | PO Box 14745, Jacksonville, FL 32238 |
| TKO DELIVERY SERVICE | 10.32 | ACH | PO Box 14745, Jacksonville, FL 32238 |
| WESTERN GROUP | 794.85 | ACH | 3330 E. Gowan Rd, North Las Vegas, NV 89030-4443 |
| WHITE COUNTY TAX COLLECTOR | 180.80 | 959135 | 115 W Arch Ave, Searcy, AR 72143-7701 |
| YMF CARPET | 83,047.15 | ACH | 201B Middlesex Center Blvd, Monroe, NJ 08831 |
| YMF CARPET | 14,128.77 | ACH | 201B Middlesex Center Blvd, Monroe, NJ 08831 |
| YMF CARPET | 1,379.75 | ACH | 201B Middlesex Center Blvd, Monroe, NJ 08831 |

**WHEREFORE**, Alfred T. Giuliano, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of one hundred two thousand seventy-two dollars and sixteen cents ($102,072.16) to be paid to the Clerk for deposit to the Treasury.

*/s/ Alfred T. Giuliano*
Alfred T. Giuliano, Chapter 7 Trustee

June 11, 2026
Dated

[1] Jointly Administered Related cases:
24-11966 Great Basin, LLC; 24-11967 Former BL Stores, Inc., fka Big Lots, Inc.; 24-11968 Consolidated Property Holdings, LLC aka Consolidated Property Holdings, Inc.; 24-11969 Former Management Stores of Ohio, LLC fka Big Lots Management, LLC aka BLHQ, LLC; 24-11970 Former Savings Stores of California fka Big Lots Stores - PNS, LLC aka PNS Stores, LLC; 24-11971 Former Furniture Stores of Ohio, LLC fka Broyhill, LLC; 24-11972 Former Tenant Stores of Ohio, LLC fka BLBO Tenant, LLC; 24-11973 Former Stores of Ohio, LLC fka Big Lots Stores, LLC; 24-11974 CSC Distribution, LLC aka CSC Distribution, Inc.; 24-11975 Durant DC, LLC aka Durant DC, Inc.; 24-11976 Former Savings Stores of Ohio, LLC fka Big Lots Stores - CSR, LLC aka CS Ross Company; 24-11977 GAFDC, LLC; 24-11978 Closeout Distribution, LLC aka Closeout Distribution, Inc.; 24-11979 WAFDC, LLC; 24-11980 Former eCommerce Stores of Ohio, LLC fka Big Lots eCommerce, LLC; 24-11981 AVDC, LLC aka AVDC, Inc.; 24-11982 PAFDC, LLC aka PAFDC, Inc.; 24-11983 INFDC, LLC; 24-11984 Former Low Cost Stores of Ohio, LLC fka Big Lots F&S, LLC aka Big Lots F&S, Inc.