**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:
 Former BL Stores, Inc. et al.¹
  *f/k/a Big Lots, Inc.*

   Debtor.

Chapter 7
Case No. 24-11967/JKS

**Hearing Date:  June 18, 2026 at 3:00 p.m.**
**Objection Date: June 11, 2026 by 4:00 p.m.**

## AMENDED NOTICE OF APPLICATION

Alfred T. Giuliano, Chapter 7 Trustee, has filed an Amended Application reducing the amount of Unclaimed Funds to be turned over to the Court's Treasury.  The hearing is scheduled for June 18, 2026 at 3:00 p.m. (ET).

You were required to file a response to the initial application by June 11, 2026.

If you failed to respond in accordance with the initial notice, the Court may grant the relief demanded by the application without further notice or hearing.

 */s/ Alfred T. Giuliano*
Alfred T. Giuliano, Chapter 7 Trustee
2301 East Evesham Road
Pavilion 800, Suite 210
Voorhees, New Jersey 08043

June 11, 2026
Date

¹ Jointly Administered Related cases:
24-11966 Great Basin, LLC; 24-11967 Former BL Stores, Inc., fka Big Lots, Inc.; 24-11968 Consolidated Property Holdings, LLC aka Consolidated Property Holdings, Inc.; 24-11969 Former Management Stores of Ohio, LLC fka Big Lots Management, LLC aka BLHQ, LLC; 24-11970 Former Savings Stores of California fka Big Lots Stores - PNS, LLC aka PNS Stores, LLC; 24-11971 Former Furniture Stores of Ohio, LLC fka Broyhill, LLC; 24-11972 Former Tenant Stores of Ohio, LLC fka BLBO Tenant, LLC; 24-11973 Former Stores of Ohio, LLC fka Big Lots Stores, LLC; 24-11974 CSC Distribution, LLC aka CSC Distribution, Inc.; 24-11975 Durant DC, LLC aka Durant DC, Inc.; 24-11976 Former Savings Stores of Ohio, LLC fka Big Lots Stores - CSR, LLC aka CS Ross Company; 24-11977 GAFDC, LLC; 24-11978 Closeout Distribution, LLC aka Closeout Distribution, Inc.; 24-11979 WAFDC, LLC; 24-11980 Former eCommerce Stores of Ohio, LLC fka Big Lots eCommerce, LLC; 24-11981 AVDC, LLC aka AVDC, Inc.; 24-11982 PAFDC, LLC aka PAFDC, Inc.; 24-11983 INFDC, LLC; 24-11984 Former Low Cost Stores of Ohio, LLC fka Big Lots F&S, LLC aka Big Lots F&S, Inc.