**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br> Former BL Stores, Inc.<br> *f/k/a Big Lots, Inc.*<br><br>            Debtor. | Chapter 7<br>Case No. 24-11967/JKS |

## CERTIFICATE OF SERVICE

I, Alfred T. Giuliano, Chapter 7 Trustee, do hereby certify that on June 11, 2026 a

copy of the within application was served, via regular, first-class, postage paid, on the following:

U.S. Department of Justice
Office of the U.S. Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Honorable Judge J. Kate Stickles
824 North Market Street
5th Floor, Courtroom 6
Wilmington, DE 19801


/s/ *Alfred T. Giuliano*
Alfred T. Giuliano, Chapter 7 Trustee