**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In Re:** | : **CASE NO.: 24-11967 (JKS)** |
| | : |
| **FORMER BL STORES, INC., et al.** | : **CHAPTER 7** |
| *f/k/a BIG LOTS, INC.* | : |
| | : |
| **Debtors.** | : |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 3494**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Chapter 7 Trustee's Motion to Pay Unclaimed Funds to Court (Docket No. 3477) (the "Motion").  The Motion was filed on May 12, 2026 and amended thereto on June 11, 2026 (Docket No. 3494; amended only to reduce amount).  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of the Motion, responses were to be filed and served by June 11, 2026.

It is hereby respectfully requested that the proposed order attached to the amended Motion be entered at the earliest convenience of the Court.

/s/ *Alfred T. Giuliano*
Alfred T. Giuliano
Trustee-in-Bankruptcy
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000 (Tele)

Dated: June 12, 2026