**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In Re:** | : **CASE NO.: 24-11967 (JKS)** |
| | : |
| **FORMER BL STORES, INC., et al.** | : **CHAPTER 7** |
| *f/k/a BIG LOTS, INC.* | : |
| | : |
| **Debtors.** | : |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
<u>FOR HEARING ON JUNE 18, 2026 AT 3:00 P.M.</u>**

<u>**UNCONTESTED MATTERS GOING FORWARD:**</u>

1. Amended Application of Trustee to Pay Unclaimed Funds to Court [Filed 06/11/26: Docket No. 3494].

   <u>Related Documents</u>:

   | | | |
   |---|---|---|
   | | (a) | Certificate of No Objection [Filed 06/12/26; Docket No. 3495] |
   | | (b) | Proposed Order, Docket No. 3495 |

   <u>Objection Deadline</u>:    June 11, 2026

   <u>Responses Received</u>:    None.

   <u>Status</u>:    **HEARING GOING FORWARD.**

Dated:  <u>June 12, 2026</u>          /s/ *Alfred T. Giuliano*
                      Alfred T. Giuliano
                      Chapter 7 Trustee