## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

 Former BL Stores, Inc., et al.¹

 *f/k/a Big Lots, Inc.*

 Debtors.

Chapter 7

Case No. 24-11967/JKS

**Related Doc.: _____**

## AMENDED ORDER REDUCING AMOUNT OF UNCLAIMED FUNDS

***IT IS ORDERED*** that the Trustee shall pay a check dividend in the amount of one hundred two thousand seventy-two dollars and sixteen cents ($102,072.16) to be paid to the Clerk for deposit to the Treasury, United States Bankruptcy Court for the District of Delaware, representing unclaimed funds from the Chapter 11 Administrative distribution for the following claims:

| Vendor Name | Amount | Check # | Payment address |
|---|---|---|---|
| CITY OF DELRAY BEACH | 17.00 | Unknown | 501 West Atlantic Avenue, Delray Beach, FL 33444 |
| CITY OF GALAX | 10.17 | 959273 | 111 East Grayson Street, Galax, VA 24333 |
| **CO OF HENRICO** | **0.08** | **959264** | PO Box 90775, Henrico, VA 23273-0775 |
| GRATIOT LLC | 2,361.22 | ACH | 4422 Ridgeside Drive, C/O Timothy Mitchell, Rashti and Mitchell, Dallas, TX 75244 |
| MERCED CO ENV HEALTH | 51.29 | Unknown | 2222 M Street, Merced, CA 95340 |
| MIAMI -DADE FIRE RESCUE | 0.53 | 959213 | 9300 NW 41st St, Miami, FL 33178-2424 |
| MIAMI-DADE FIRE RESCUE | 5.42 | 959046 | 9300 NW 41st St, Miami, FL 33178-2424 |
| **MONTGOMERY COUNTY TREASURER** | **5.10** | **959295** | 755 Roanoke Street, Suite 1B, Christiansburg, VA 24073 |
| **STATE OF NEW JERSEY DCA BFCE DORES** | **39.71** | **959081** | PO Box 663, Trenton, NJ 08646-0663 |
| **STATE OF NEW JERSEY DCA BFCE DORES** | **3.88** | **959248** | PO Box 663, Trenton, NJ 08646-0663 |
| TKO DELIVERY SERVICE | 36.12 | ACH | PO Box 14745, Jacksonville, FL 32238 |
| TKO DELIVERY SERVICE | 10.32 | ACH | PO Box 14745, Jacksonville, FL 32238 |
| WESTERN GROUP | 794.85 | ACH | 3330 E. Gowan Rd, North Las Vegas, NV 89030-4443 |
| WHITE COUNTY TAX COLLECTOR | 180.80 | 959135 | 115 W Arch Ave, Searcy, AR 72143-7701 |
| YMF CARPET | 83,047.15 | ACH | 201B Middlesex Center Blvd, Monroe, NJ 08831 |
| YMF CARPET | 14,128.77 | ACH | 201B Middlesex Center Blvd, Monroe, NJ 08831 |
| YMF CARPET | 1,379.75 | ACH | 201B Middlesex Center Blvd, Monroe, NJ 08831 |

¹ Jointly Administered Related cases:
24-11966 Great Basin, LLC; 24-11967 Former BL Stores, Inc., fka Big Lots, Inc.; 24-11968 Consolidated Property Holdings, LLC aka Consolidated Property Holdings, Inc.; 24-11969 Former Management Stores of Ohio, LLC fka Big Lots Management, LLC aka BLHQ, LLC; 24-11970 Former Savings Stores of California fka Big Lots Stores - PNS, LLC aka PNS Stores, LLC; 24-11971 Former Furniture Stores of Ohio, LLC fka Broyhill, LLC; 24-11972 Former Tenant Stores of Ohio, LLC fka BLBO Tenant, LLC; 24-11973 Former Stores of Ohio, LLC fka Big Lots Stores, LLC; 24-11974 CSC Distribution, LLC aka CSC Distribution, Inc.; 24-11975 Durant DC, LLC aka Durant DC, Inc.; 24-11976 Former Savings Stores of Ohio, LLC fka Big Lots Stores - CSR, LLC aka CS Ross Company, LLC; 24-11977 CSR, LLC; 24-11978 Closeout Distribution, LLC aka Closeout Distribution, Inc.; 24-11979 WAFDC, LLC; 24-11980 Former eCommerce Stores of Ohio, LLC fka Big Lots eCommerce, LLC; 24-11981 AVDC, LLC aka AVDC, Inc.; 24-11982 PAFDC, LLC aka PAFDC, Inc.; 24-11983 INFDC, LLC; 24-11984 Former Low Cost Stores of Ohio, LLC fka Big Lots F&S, LLC aka Big Lots F&S, Inc.

Dated: June 14th, 2026
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE