**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 18, 2026 AT 3:00 P.M. (EASTERN TIME)**

**PLEASE NOTE: AS NO MATTERS ARE GOING FORWARD,**
**THE HEARING HAS BEEN CANCELED.**

**RESOLVED MATTER**

1.      Amended Application to Turn Over Unclaimed Funds [Filed 6/11/26] (Docket No. 3494)

| | |
|---|---|
| Response Deadline: | June 11, 2026 at 4:00 p.m. (ET) |
| Responses Received: | None |
| Related Documents: | |

---

[1] The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

4901-9273-5412.3 31275.00001

(a)    Application to Turn Over Unclaimed Funds [Filed 5/12/26] (Docket No. 3477)

(b)    Certification of No Objection Regarding Docket No. 3494 [Filed 6/12/26] (Docket No. 3495)

(c)    Amended Order Reducing Amount of Unclaimed Funds [Filed 6/15/26] (Docket No. 3497)

Status:  The order was entered.  No hearing is necessary.

**ADJOURNED MATTER:**

2.    Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Authorizing the Destruction, Abandonment, or Other Disposal of Certain Records and Documents (Certain Payroll Records Located at Former Corporate Office) [Filed 3/27/26] (Docket No. 3456)

Response Deadline:                    April 10, 2026 at 4:00 p.m. (ET) (*Extended for Juanita Morales-Euresti to May 29, 2026*)

Responses Received:

(a)    Informal response of Juanita Morales-Euresti

Related Documents:

(a)    Certification of Counsel Regarding Order Approving Stipulation Granting Juanita Morales-Euresti Limited Relief From the Automatic Stay to Pursue Litigation [Filed 5/11/26] (Docket No. 3474)

(b)    Order Approving Stipulation Granting Juanita Morales-Euresti Limited Relief From the Automatic Stay to Pursue Litigation [filed 5/12/26] (Docket No. 3476)

Status:  The hearing on this matter is adjourned to a date to be determined.

Dated:  June 16, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4901-9273-5412.3 31275.00001

3