**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 3456** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF
ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, FOR ORDER AUTHORIZING
THE DESTRUCTION, ABANDONMENT, OR OTHER DISPOSAL OF
CERTAIN RECORDS AND DOCUMENTS
(CERTAIN PAYROLL RECORDS LOCATED AT FORMER CORPORATE OFFICE)**

The undersigned certifies as follows:

1.      On March 27, 2026, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors") filed the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Authorizing the Destruction, Abandonment, or Other Disposal of Certain Records and Documents (Certain Payroll Records Located at Former Corporate Office)* [Docket No. 3456] (the "Motion").  Pursuant to the notice, objections to the Motion were to be filed and served no later than April 10, 2026 at 4:00 p.m. (ET) (the "Objection Deadline").

2.      Prior to the Objection Deadline, the Trustee received comments from claimant Juanita Morales-Euresti to the proposed order (the "Proposed Order") filed with the Motion.

---

[1]  The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

3.      Attached hereto as **Exhibit A** is a revised proposed order (the "Revised Proposed Order") which incorporates Ms. Morales-Euresti's comments.

4.      Attached hereto as **Exhibit B** is a blacklined copy of the Revised Proposed Order against the Proposed Order.

5.      Accordingly, the Trustee requests that the Revised Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated:  June 17, 2026                           PACHULSKI STANG ZIEHL & JONES LLP

                                                /s/ Peter J. Keane
                                                Bradford J. Sandler (DE Bar No. 4142)
                                                Peter J. Keane (DE Bar No. 5503)
                                                Edward A. Corma (DE Bar No. 6718)
                                                919 N. Market Street, 17th Floor
                                                Wilmington, DE  19801
                                                Telephone:  (302) 652-4100
                                                Facsimile:  (302) 652-4400
                                                Email:      bsandler@pszjlaw.com
                                                            pkeane@pszjlaw.com
                                                            ecorma@pszjlaw.com

                                                *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*