IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FORMER BL STORES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case Nos. 24-11967 (JKS), *et seq.*<br>(Jointly Administered)<br><br>**Hearing Date: August 20, 2026, 11:00 a.m.**<br>**Objections due by: July 21, 2026** |

## NOTICE OF MOTION

**TO:   Parties listed on the Certificate of Service**

Russell Slocum ("Movant") has filed a Motion for Relief From The Automatic Stay (the "Motion"), which seeks the following relief: Relief from the automatic stay to prosecute litigation under applicable non-bankruptcy law against one or more of the above-captioned debtors for claims arising from injuries sustained while using a certain defective suitcase purchased from one or more of the Debtors, including but not limited to pursuing available insurance proceeds.

**HEARING ON THE MOTION WILL BE HELD ON AUGUST 20, 2026 AT 11:00 A.M. PREVAILING EASTERN TIME.**

You are required to file a response, if any, on or before July 21, 2026 at 4:00 P.M. Prevailing Eastern Time.  At the same time, you must also serve a copy of the response upon Movant's attorneys:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Adam Hiller, Esquire
Hiller Law, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

Christian M. Morris, Esquire
Victoria R. Allen, Esquire
Lindsay N. Roginski, Esquire
Christian Morris Trial Attorneys
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
(702) 434-8282 telephone
Christian@cmtalaw.com
Victoria@cmtalaw.com
Lindsay@cmtalaw.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated:  June 30, 2026
        Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC


 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

-and-

-2-

-3-

Christian M. Morris, Esquire
Victoria R. Allen, Esquire
Lindsay N. Roginski, Esquire
Christian Morris Trial Attorneys
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
(702) 434-8282 telephone
Christian@cmtalaw.com
Victoria@cmtalaw.com
Lindsay@cmtalaw.com

*Attorney for Movant*