IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FORMER BL STORES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case Nos. 24-11967 (JKS), *et seq.*<br><br>(Jointly Administered)<br><br>**Re: Docket No(s).** |

**ORDER GRANTING RUSSELL SLOCUM**
**RELIEF FROM THE AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief From The Automatic Stay (the "Motion") filed by Russell Slocum ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 1334 and 157; (B) this is a core proceeding pursuant to 28 U.S.C. § 157; (C) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant the relief requested in the Motion; it is hereby ORDERED as follows:

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

1.     The Motion is GRANTED, as set forth herein.  All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2.     The automatic stay set forth in 11 U.S.C. § 362(a) is hereby lifted and modified to permit Movant to prosecute the Complaint in the District Court of Clark County, Nevada (docketed as Case No. A-26-943509-C, the "State Court Complaint") against one or more of the Debtors and prosecute the State Court Complaint to judgment and any applicable appeals; provided that enforcement of any judgment thereupon shall be made only against third parties, including but not limited to the Debtors' applicable insurance. Except as otherwise set forth herein, the automatic stay pursuant to § 362 of the Bankruptcy Code shall otherwise remain in full effect.

3.     No stay of this Order shall be in effect, including but not limited to any stay contemplated under Fed.R.Bankr.P. 4001(a)(3).

4.     The Court retains jurisdiction to interpret and enforce the terms of this order.