## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2026, I caused copies of the foregoing Motion for Relief from the Automatic Stay to be served via electronic mail upon:

| Name | Email | Representing |
|---|---|---|
| Bradford J. Sandler, Esquire | bsandler@pszjlaw.com | Chapter 7 trustee |
| Peter J. Keane, Esquire | pkeane@pszjlaw.com | Chapter 7 trustee |
| Edward A. Corma, Esquire | ecorma@pszjlaw.com | Chapter 7 trustee |

and upon the parties listed below, and via CM/ECF electronic noticing on parties registered to receive electronic notices in this case.

Dated:  June 30, 2026          **/s/ Adam Hiller**
       Wilmington, Delaware       Adam Hiller (DE No. 4105)
HILLER LAW, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone