**EXHIBIT A**

**(Proposed Order)**

4909-2210-3481.1 31275.00001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., et al., | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED that the following omnibus hearing date has been scheduled in the above-captioned matter:

| DATE | TIME |
|---|---|
| August 20, 2026 | (Omnibus Hearing)<br>11:00 a.m. (Prevailing Eastern Time)<br><br>5th Floor, Courtroom No. 6 |

4909-2210-3481.1 31275.00001