**MICHAEL ROOFIAN & ASSOCIATES, APC**
MICHAEL ROOFIAN, State Bar No. 146787
11766 WILSHIRE BOULEVARD, 6th FLOOR
LOS ANGELES, CALIFORNIA 90025
Telephone:   (310) 445-3311
Facsimile:   (310) 473-2525

Attorneys for Plaintiffs
**FELICIA CHAMBERS**

Electronically FILED by
Superior Court of California,
County of Los Angeles
12/14/2023 11:15 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By P. Perez, Deputy Clerk

MICHAEL ROOFIAN & ASSOCIATES, APC

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

**UNLIMITED JURISDICTION**

| | |
|---|---|
| **FELICIA CHAMBERS,** | ) Case No.   23TRCV04183 |
| | ) |
| Plaintiff, | ) Assigned to: |
| | ) Judge |
| v. | ) Dept. |
| | ) |
| **BIG LOTS STORES, LLC, SUSANNA** | ) |
| **GARCIA, AND DOES 1 THRU 200** | ) **COMPLAINT FOR DAMAGES FOR** |
| | ) |
| Defendants. | )  **1. NEGLIGENCE - PREMISES** |
| | )      **LIABILITY** |
| | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| | ) |

Plaintiff **FELICIA CHAMBERS** brings this complaint as set forth herein and allege as follows:

**THE PARTIES**

1. Plaintiff **FELICIA CHAMBERS** is an individual residing in the County of Los Angeles, State of California.

2. Plaintiff is informed and believes, and alleges thereon, that Defendant **BIG LOTS STORES, LLC** (hereinafter "**BIG LOTS**") is a business authorized to do and is doing business in the County of Los Angeles, State of California.

3. Plaintiff is informed and believes, and alleges thereon, that Defendant **SUSANNA**

**GARCIA** (hereinafter "GARCIA") is an individual who at all relevant times herein was a resident of County of Los Angeles, State of California.

4. Plaintiff is ignorant of the true names and capacities of Does 1 through 200 and therefore sues such Defendants by such fictitious names.  Plaintiffs will amend this complaint to allege the true names and capacities of said Defendants when they have been identified. On information and belief, Plaintiff alleges that each of said Defendants is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as herein alleged were proximately caused by said Defendants, said Defendant's agent, servants or employees, and each of them, or though said defendants' ownership, operation, control, possession, distribution, supervision, servicing, maintenance, inspection, repair, entrustment, use, furnishing, design, manufacturing, or sale of the premises, products or instrumentalities which proximately caused the injuries and damages alleged herein.

5. Plaintiff is informed and believes, and alleges thereon, that at all times material hereto each Defendant acted as an agent, duly authorized, for and on behalf of each other Defendant within the course and scope of such agency and authority.

**COMMON ALLEGATIONS**

6. Plaintiff is informed and believe, and allege thereon, as follows:

7. On or about July 3, 2022, Plaintiff FELICIA CHAMBERS was shopping at Defendant BIG LOTS location at 3003 W. Manchester Blvd., Inglewood, CA 90305 (hereinafter "SUBJECT PREMISES").  Plaintiff was planning to purchase lawn chairs and was removing a lawn chair from the display wall when the remaining lawn chairs that were hung on the wall fell, striking Plaintiff in the head. (hereinafter "SUBJECT ACCIDENT"). Plaintiff then reported the accident to the manager of Defendant BIG LOTS' location, Defendant SUSANNA GARCIA.  Defendant GARCIA refused to provide any medical aid to Plaintiff, refused to complete an incident report, and refused to offer Plaintiff assistance of any kind.

8. As a result of the SUBJECT ACCIDENT, Plaintiff FELICIA CHAMBERS suffered significant bodily injury, emotional distress, and pain and suffering.

MICHAEL ROOFIAN & ASSOCIATES, APC

2

**FIRST CAUSE OF ACTION**

**Negligence - Premises Liability**

**Against Defendants**

**BIG LOTS and DOES 1 THRU 200**

9. Plaintiffs reallege paragraphs 1 through 8 and incorporates them herein by reference.

10. Plaintiff is informed and believes that the SUBJECT ACCIDENT occurred at 3003 W. Manchester Blvd., Inglewood, CA 90305.  Defendants BIG LOTS and DOES 1 THRU 200, owned, maintained, leased, and/or controlled the SUBJECT PREMISES property at 3003 W. Manchester Blvd., Inglewood, CA 90305.

11. On or about July 3, 2022, Plaintiff was shopping at the SUBJECT PREMISES, when she was injured.

12. Defendants knew or should have known of certain apparent and hidden dangerous areas at the SUBJECT PREMISES and had the ability to install safety measures, equipment and or warnings in and around the SUBJECT PREMISES.

13. Defendants owed Plaintiff the duty to exercise reasonable care to make the SUBJECT PREMISES safe, provide safety instructions or measures to prevent injury on the subject premises.

14. As a direct and proximate result of the above negligence, Plaintiff has suffered and will continue to suffer for the rest of her life from severe injury and permanent disability, loss of enjoyment of life, pain, anguish, medical and attendant care expenses and costs, loss of income, and other and further damages, both economic and non-economic.

MICHAEL ROOFIAN & ASSOCIATES, APC

3

COMPLAINT

**PRAYER FOR RELIEF**

**ON ALL CAUSES OF ACTION**

**AGAINST ALL DEFENDANTS**

**BY PLAINTIFF**

I.     For general damages in a sum in excess of the jurisdictional minimum of this court;

II.     For compensatory damages according to proof at the time of trial;

III.     For medical expenses and related expenses according to proof;

IV.     For loss of income and diminished earning capacity according to proof;

V.     Loss of consortium according to proof;

VI.     For costs of suit herein;

VII.     For any other relief that may be deemed to be appropriate by this Honorable Court.

**MICHAEL ROOFIAN & ASSOCIATES, APC**

DATED:   December 14, 2023

By: _Michael Roofian_
       Michael Roofian, Esq.
       Attorneys for Plaintiffs
       **FELICIA CHAMBERS**

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial.

By: _Michael Roofian_
       Michael Roofian, Esq.

4

COMPLAINT

MICHAEL ROOFIAN & ASSOCIATES, APC