**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Former BL Stores, Inc., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[2] | (Jointly Administered) |
| | Re: Dkt. No. ___. |

**ORDER GRANTING MOTION OF FELICIA CHAMBERS FOR RELIEF**
**FROM THE AUTOMATIC STAY**

Upon consideration of the Motion of Felicia Chambers for Relief from the Automatic

Stay (the "Motion") filed by Creditor Felicia Chambers; and this Court having jurisdiction over

the Motion pursuant to 28 U.S.C. §§ 157(b), 1334(b) and the Amended Standing Order of

Reference; and the Motion comprising a core proceeding within the meaning of 28 U.S.C. §

157(b); and venue being proper under 28 U.S.C. § 1409; and it appearing that notice of the

Motion was proper and sufficient and that no other or further notice of the Motion is necessary;

and upon consideration of any opposition to the Motion and the evidence before the Court; and it

appearing that 'cause' exists for granting the relief requested in the Motion; it is hereby

ORDERED that:

1.      The Motion is GRANTED insofar as it seeks to recover from the Insurance

Policy.

---

[2] The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2.    Ms. Chambers Felicia Chambers is granted relief from the automatic stay to the extent the automatic stay is in effect, to pursue her claims in the State Court Action.

3.    The Court retains jurisdiction over the interpretation and implementation of this Order.