**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Former BL Stores, Inc., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[3] | (Jointly Administered) |
| | Objections due by: July 28, 2026 |
| | Hearing Date: August 20, 2026, 11:00 a.m. |

**NOTICE OF MOTION OF FELICIA CHAMBERS FOR**
**RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that Felicia Chambers has filed a Motion for Relief from the Automatic Stay to prosecute her action against Big Lots in order to liquidate her claim and recover from the relevant insurance funds.

A HEARING ON THE MOTION WILL BE HELD ON August 20, 2026 at 11:00 a.m. before the Honorable J. Kate Stickles, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date on the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon Movant's attorney:

Jeffrey M. Schlerf (DE No. 3047)
Stinson LLP

---

[3] The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

1007 N. Orange Street
3rd Floor #127
Wilmington, DE 19801
302 509 4634
jeffrey.schlerf@stinson.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

By:    *Jeffrey M. Schlerf*
      Jeffrey M. Schlerf (No. 3047)