**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | Jointly Administered |
|  | **Hearing Date:  August 20, 2026, at 11:00 a.m.**<br>**Deadline:   August 13, 2026, by 4:00 p.m.** |

**APPLICATION OF GIULIANO MILLER AND COMPANY, LLC FOR FIRST**
**INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE TRUSTEE**
**FOR THE PERIOD NOVEMBER 10, 2025 THROUGH JUNE 30, 2026**

| | |
|---|---|
| Name of Applicant: | Giuliano Miller and Company, LLC. |
| Authorized to Provide<br>Professional Services to: | Alfred T. Giuliano, Chapter 7 Trustee |
| Date of Retention: | December 23, 2025, Effective November 10, 2025 |
| Period for which compensation<br>and reimbursement is sought: | November 10, 2025 through June 30, 2026 |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | $  235,306.50 |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | $     1,250.90 |

This is an:   1st  interim            _____ Final application

*Cumulative fee application preparation costs incurred are $2,972.50 or 1.2% of total fees.*

Prior Fee Applications:  None.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-1**
**COMPENSATION BY PROFESSIONAL FOR TIME INCURRED**
**FOR THE PERIOD NOVEMBER 10, 2025 THROUGH JUNE 30, 2026**

| Name of Professional | Position of Applicant/ Certifications | BS/BA Degree | Total Hours Billed | Hourly Rate ($) | Amount ($) |
|---|---|---|---|---|---|
| Alfred T. Giuliano | Member CPA, CIRA, CFE, CDBV | 1978 | 3.1 2.0 | 875 895 | 2,712.50 1,790.00 |
| Donna M. Miller | Manager CPA, CIRA, MBA, CDBV | 1980 | 1.9 4.6 | 695 725 | 1,320.50 3,335.00 |
| Michael G. Infanti | Manager CPA, CIRA, CFE, CDBV | 2003 | 12.5 1.7 | 695 725 | 8,687.50 1,232.50 |
| Dana M. Roach | Senior Staff | 2000 | 0.2 | 615 | 123.00 |
| Marc S. Giuliano | IT Staff | 1984 | 4.6 1.3 | 440 450 | 2,024.00 585.00 |
| Bradley T. Giuliano | Staff CIRA, MBA | 2011 | 42.7 176.2 | 500 525 | 21,350.00 92,505.00 |
| Brian A. Giuliano | Staff | 2022 | 26.1 196.4 | 425 450 | 11,092.50 88,380.00 |
| Sonia Shah | Paraprofessional | 1995 | 0.3 0.2 | 30 350 | 99.00 70.00 |
| **TOTAL:** | | | **473.8** | **-** | **$235,306.50** |

2

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-1**
**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD NOVEMBER 10, 2025 THROUGH JUNE 30, 2026**

| | PROJECT CATEGORY | TOTAL HOURS | GROSS FEES ($) |
|---|---|---|---|
| 1. | **951-Case Background/ Administration -** Review of petition, docket, and other case background information. | 10.4 | 5,747.00 |
| 2. | **952-Insurance & Bank Account-** Review bank statement activity, review for insurance premium refunds, and assist with insurance audits. | 13.3 | 7,197.50 |
| 3. | **953-Claims Related–** Analyze tax claims and claims requiring an accounting, such as leases. | 33.5 | 17,286.50 |
| 4. | **954-Employee Related Issues and W-2's** – Handle employee related notices and prepare W-2s. | 147.0 | 66,740.50 |
| 5. | **955-Fee Applications –** Prepare firm's employment and fee applications and motions to employ. | 4.1 | 2,972.50 |
| 6. | **956- Litigation Support –** Provide assistance on litigation matters including discovery and attending mediations. | 1.5 | 888.50 |
| 7. | **958-Accounting –** Analyze books and records of the debtors' estates; summarize data into comprehensive reports and analyze reports to determine debtors' overall financial health. | 196.0 | 98,173.00 |
| 8. | **961-Records – Inventory and Access–** Obtain access into databases, download information, and inventory/store records. | 36.6 | 17,678.00 |
| 9. | **962-Tax Preparation and Services –** Review and respond to various tax notices (including income, payroll, sales and use), preparing and filing returns when necessary. | 12.3 | 8,823.00 |
| 10. | **966-Asset Analysis and Recovery –** Identify potential assets through forensic accounting research of records. | 18.3 | 9,380.00 |
| 11. | **969-Lease Analysis-** Review lease terms and compute outstanding lease obligations. | 0.8 | 420.00 |
| | **Total:** | **473.8** | **$235,306.50** |

3

**ATTACHMENT B - LOCAL FORM 102/RULE 2016-1**
**EXPENSE SUMMARY**
**FOR THE PERIOD NOVEMBER 10, 2025 THROUGH JUNE 30, 2026**

| EXPENSE CATEGORY | SERVICE PROVIDER/ DESCRIPTION | TOTAL EXPENSES ($) |
|---|---|---|
| | | |
| In-house Copying | 4,729 copies at $0.10 each | 472.90 |
| Data Storage Fees | Purchase Hard Drive | 150.33 |
| Outside Services | Federal Express | 585.49 |
| Postage/Certified Mail | | 42.18 |
| **Grand Total:** | | **$1,250.90** |
| | | |

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | Jointly Administered |
| | **Hearing Date:  August 20, 2026, at 11:00 a.m.**<br>**Deadline:   August 13, 2026, by 4:00 p.m.** |

**APPLICATION OF GIULIANO MILLER AND COMPANY, LLC FOR FIRST INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE TRUSTEE FOR THE PERIOD NOVEMBER 10, 2025 THROUGH JUNE 30, 2026**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Del. Bankr. LR 2016 - 1, Giuliano Miller and Company, LLC ("GMCO") hereby submits this Application for an Order Granting First Interim Compensation and Reimbursement of Expenses for services rendered as accountants and financial advisors for Alfred T. Giuliano, the Chapter 7 Trustee (the "Application").

By this Application, GMCO seeks an allowance of $235,306.50 for fees and $1,250.90 for reimbursement of actual and necessary expenses for the period November 10, 2025 through June

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

5

30, 2026 (the "Application Period"). In support of the Application, GMCO respectfully represents as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Venue of these cases and this matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

3. On September 9, 2024 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

4. On November 10, 2025 (the "Conversion Date"), the Court entered an order converting the chapter 11 cases to chapter 7 (the "Conversion Order") [Docket No. 3319]. And Alfred T. Giuliano was appointed as chapter 7 trustee [Docket No. 3320], ("Trustee"), which appointment remains in effect.

5. By Order entered on December 23, 2025 the Trustee was authorized to retain GMCO as accountants and financial advisors in connection with the administration of this case, effective as of November 10, 2025 (the "Retention Order") [Docket No. 3395]. The Retention Order authorizes GMCO to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses it incurred.

6. GMCO submits this Application to the Bankruptcy Court for a first interim allowance of reasonable compensation for actual and necessary professional services provided to the Trustee and for reimbursement of actual and necessary out-of-pocket expenses incurred during

the Application Period. All included services and costs for which GMCO seeks compensation were performed for, or on behalf of, the Trustee during the Application Period. GMCO charged its normal hourly rates for work of this type. The reasonable value of the services rendered by GMCO to the Trustee for the Application Period is $235,306.50.

7.     At all relevant times, GMCO has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code and has not represented nor held any interest adverse to these estates.

8.     Furthermore, no payments have heretofore been made or promised to GMCO for services rendered or to be rendered in any capacity whatsoever in connection with these cases. There is no agreement or understanding between GMCO and any other person other than among the members of GMCO for the sharing of compensation to be received for services rendered in these cases.

9.     During the period covered by this Application, GMCO provided accounting and financial advisory services to the Trustee in connection with the Debtors. The services performed by GMCO on behalf of the Trustee include, without limitation, as follows:

   a.     GMCO assisted retained employees with mail and email access issues that required working with Variety (purchaser of over 200 locations during the Chapter 11).

   b.     GMCO reviewed the Debtors' cash management system that assisted the Trustee with ensuring that all accounts were closed and statements were provided. GMCO prepared an inventory of the available Debtor bank account statements and responded to specific bank statement requests.

   c.     GMCO provided claims assistance in that the Debtors had significant administrative and 503(b)(9) claims. The approved claims were paid approximately 27%.

d.      GMCO researched and responded to creditor inquiries regarding the status of administrative claim distributions and computing distributions.  GMCO also worked with Alix Partners, who managed the claims during the Chapter 11, in instances where the creditors have asserted the claims were not paid.  All claim computations and payments were reviewed and approved by the Trustee.

e.      GMCO spent considerable time assisting former employees with their 2025 W-2s. Big Lots had around 252,000 employees in 2025, and many of the former employees changed addresses within the last year or were unable to access their online portals. As a result, GMCO responded to numerous telephone calls and emails.  Each employee's W-2 had to be located on the master W-2 file, and was then provided to them.

f.      GMCO assessed where 1099's were being filed and sent where applicable.

g.      GMCO spent significant time working with former employees and various tax jurisdictions to verify and recover tax refunds that the Debtors could have been entitled to. Some of these matters required additional support from Trustee's counsel.

h.      GMCO has spent considerable time working with Trustee's counsel in reconciling the assets and the proceeds from collateral sold by Gordon Brothers.  This process is still ongoing.

i.      GMCO assisted with identifying titles for vehicles sold by Gordon Brothers in the Chapter 11, which required authorization of the Chapter 7 Trustee after conversion of the case.

j.      GMCO worked with Gordon Brothers in accounting for other asset sales, such as insurance settlements for collateralized versus non-collateralized categories.

k.      GMCO has worked to secure records, both physical and electronic.  For the electronic records, the server needed to be secured with VPN access by retained employees. GMCO coordinated the process with a third-party company, Synobis.  GMCO has also worked throughout this case with a third-party warehouse in Ohio, Vista Storage, regarding the physical records and their destruction.

l.      GMCO researched and submitted 76 separate escheated funds (unclaimed property) claims via "missingmoney.com" and various state websites, with a potential recovery of approximately $347,000. The data for the claim forms was verified to the Debtors' records, if possible.  GMCO also responded to inquiries regarding the escheated funds as needed.

m.      GMCO assisted with litigation requests for Debtors' documents, and the evaluation of participating in class action credit card suit(s).

n.      GMCO assisted the Trustee and Trustee's Counsel with the Schedule of Unpaid Debts and Final Report as of the close of the Chapter 11 period.

o.      GMCO assisted Trustee's Counsel with claims filed against the Debtors' general liability insurance.

p.      GMCO reviewed the Debtors' bank accounts for escrow payments/deposits that were made.

q.      GMCO has worked with Crowell and Moring who has been retained to recover certain remnant assets by responding to information requests.

10.      In accordance with Del. Bankr. L.R. 2016-1, the employees/members of GMCO who have rendered professional services in connection with the Debtors, during the Application Period are listed in **Attachment B** of this Application, which form is included directly behind the cover sheet of this Application.  In compliance with the Retention Order, the terms of GMCO's

employment are as follows: GMCO charges accounting fees on an hourly basis at its normal and customary hourly rates, which are set in accordance with each accountant's position, seniority and expertise. For each professional, years of professional experience, hourly rate and total hours of service rendered are detailed in **Attachment B** of this Application.

11.     The nature of the work performed by these persons is fully detailed in the billing entries. The detailed billing entries in connection with the Debtors are attached hereto as **Exhibit "A"** and incorporated by reference herein. In accordance with Del. Bankr. L.R. 2016-1, a summary and breakdown by project category of the services performed relating to the Debtors is set forth in **Attachment B**.

12.     GMCO charged its normal hourly rates for work of this type. The reasonable value of the services rendered by GMCO to the Trustee for the Application Period is $235,306.50.

13.     In accordance with Del. Bankr. L.R. 2016-1, a summary of actual and necessary expenses incurred by GMCO for the Application Period relating to the Debtors is also set forth in **Attachments B**. GMCO adjusted the copying costs to comport with the Court's allowance of $.10 per page. Furthermore, a detailed breakdown of the expenses follow the detailed billing entries in **Exhibit "A"**. The total expenses incurred by GMCO during the Application Period are $1,250.90. In accordance with Del. Bankr. L.R. 2016-1, GMCO certifies that this Application complies with the Local Rules. See Certification of Donna M. Miller, CPA attached hereto as **Exhibit "B".**

### Relief Requested

14.     GMCO seeks an allowance and payment of $235,306.50 in fees and reimbursement of $1,250.90 in actual expenses for the period November 10, 2025 through June 30, 2026.

15.     Pursuant to Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by GMCO for its accounting fees and costs is fair and reasonable given (a) the complexity of the case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title. See 11 U.S.C. § 330. Furthermore, the request for reimbursement of expenses is for actual disbursements made by GMCO.

16.     The Court is authorized to award compensation and allow an interim distribution of the compensation pursuant to 11 U.S.C. § 331.

WHEREFORE, GMCO respectfully requests that the Court enter the Order submitted herewith granting GMCO, for the period November 10, 2025 through June 30, 2026, an allowance of $235,306.50 as compensation for actual and necessary accounting services rendered, and $1,250.90 for reimbursement of actual expenses, for a total of $236,557.40 and grant such other and further relief as this Court may deem just and proper.

**GIULIANO MILLER AND COMPANY, LLC**

By:     _/s/ Donna M. Miller_
            Donna M. Miller, CPA

            Accountants for Alfred T. Giuliano,
            Chapter 7 Trustee for the estates of
            Former BL Stores, Inc., _et al._

Dated: July 16, 2026

11