**EXHIBIT B**

Exhibit "B"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | Jointly Administered |

### CERTIFICATION OF DONNA M. MILLER

**DONNA M. MILLER,** and being duly sworn according to law, deposes and says as follows:

1.   I am an employee in the firm of Giuliano Miller and Company, LLC ("GMCO"), which has served as accountants and financial advisors to Alfred T. Giuliano, Chapter 7 Trustee of Former BL Stores, Inc., et. al. (the "Debtors") in the above captioned chapter 7 case.

2.   I have read the foregoing Motion of GMCO for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.   There is no agreement or understanding between GMCO and any other person for a division of compensation as accountants to the Chapter 7 Trustee.

4.   No division prohibited by the Bankruptcy Code will be made by GMCO.

5.   No agreement prohibited by Title 18, Section 155 has been made.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

6.   I have reviewed the requirements of Local Rule 2016-1.  The foregoing Motion complies with this rule.

Dated: July 16, 2026

/s/   *Donna M. Miller*
Donna M. Miller, CPA

2