**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | Jointly Administered |
| | **Hearing Date:  August 20, 2026, at 11:00 a.m.**<br>**Deadline:  August 13, 2026, by 4:00 p.m.** |

**NOTICE OF APPLICATION OF GIULIANO MILLER AND COMPANY, LLC
FOR FIRST INTERIM COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS
TO THE TRUSTEE FOR THE PERIOD NOVEMBER 10, 2025 THROUGH JUNE 30, 2026**

TO:    THE DEBTOR, THE U.S. TRUSTEE AND ALL PARTIES REQUESTING NOTICE
       PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Pachulski Stang Ziel & Jones, LLP ("PSZ&J"), counsel for Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Former BL Stores, Inc., *et al*. (the "Trustee") filed an Application of Giuliano Miller and Company, LLC ("GMCO") for Allowance of First Interim Compensation for Services Rendered and Reimbursement of Expenses, As Accountants and Financial Advisors to Alfred T. Giuliano, Chapter 7 Trustee ("Applicant"), For the Period November 10, 2025 Through June 30, 2026 (the "Application")[2] on behalf of GMCO with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court") which seeks the following relief:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Applicant seeks allowance and payment of $235,306.50 as compensation and $1,250.90 for reimbursement of actual and necessary expenses for the period November 10, 2025 Through June 30, 2026.   A copy of the Application may be obtained from the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Application must be made in writing, filed with the Bankruptcy Court and served upon the undersigned, so as to actually be received by the Bankruptcy Court and the undersigned on or before **August 13, 2026 at 4:00 p.m. (EST)**.  If no objections are timely filed in accordance with the above procedures, the Applicant shall file a Certificate of No Objection with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Application will be held on  **August 20, 2026, at 11:00 a.m. (EST),** before the Honorable J. Kate Stickles, United States Bankruptcy Court Judge, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.  Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at said hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING OR NOTICE.**

PACHULSKI STAND ZIEHL & JONES LLP

Dated: July 16, 2026         By:   */s/ Peter J. Keane*
                                    Bradford J. Sandler, Esquire (Bar 4142)
                                    Peter J. Keane, Esquire (Bar 5503)
                                    PACHULSKI STAND ZIEHL & JONES LLP
                                    919 N. Market Street, 17th Floor
                                    P.O. Box 8705
                                    Wilmington, DE  19899-8705 (Courier 19801)
                                    Telephone: (302) 652-4100
                                    Facsimile: (302) 652-4400
                                    Email:  bsandler@pszjlaw.com
                                            pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee

2