## Exhibit B-3

## Vanek Declaration

4921-8834-5250.1 31275.00001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JOSEPH M. VANEK IN SUPPORT OF APPLICATION OF
ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO EMPLOY AND RETAIN
SPECIAL COUNSEL UNDER 11 U.S.C. § 327(E) TO PURSUE BLUE CROSS BLUE
SHIELD ANTITRUST LITIGATION, EFFECTIVE AS OF JULY 14, 2026**

Pursuant to Bankruptcy Rule 2014(a), Joseph M. Vanek declares as follows:

1.      I am a member of the law firm of Sperling Kenny Nachwalter ("SKN" or the "Firm"), with offices at 321 North Clark Street, 25th Floor, Chicago, IL 60654.  This declaration (the "Declaration") is submitted in support of the *Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Special Counsel Under 11 U.S.C. §327(e) to Pursue Blue Cross Blue Shield Antitrust Litigation, Effective as of July 14, 2026* (the "Application").[2]

2.      To my knowledge, neither I, the Firm, nor any members of the Firm, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, or any other

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

parties in interest herein, or their respective attorneys except as set forth herein and as described in the Application.

3.      To my knowledge, the Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which it is to be engaged.

4.      In connection with its proposed retention by the Trustee in these cases, SKN undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  Specifically, SKN obtained from the Trustee the names of individuals and entities that may be parties in interest in these cases ("Potential Parties in Interest"), with such parties being listed on **Schedule 1** attached hereto.

5.      To the best of my knowledge and belief, other than as set forth herein, SKN has not represented any Potential Parties in Interest in connection with matters relating to the Debtors, their estates, assets, or business and will not represent other entities that are creditors of, or have other relationships to, the Debtors in matters relating to these cases except as set forth herein.

6.      I am not related or connected to and, to the best of my knowledge, no other professional of SKN who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Delaware or any employee in the Office of the United States Trustee for the District of Delaware.

7.      From time to time, SKN may work with Pachulski Stang Ziehl & Jones LLP ("PSZJ"), the Trustee's general bankruptcy counsel, through other entities that are clients of both SKN and PSZJ.

8.      SKN and certain of its members, of counsel, and associates may have in the past represented, may currently represent, and likely in the future will represent stakeholders and

creditors of the Debtors and other parties of interest in connection with matters unrelated to the Debtors and these cases.  At this time, SKN is not aware of such representations except as noted above. If SKN identifies any further such representations, SKN will make further disclosures as may be appropriate.

9.    SKN has been representing the Debtors, and proposes to continue to represent the Trustee, on a contingent fee basis, consisting of a 33% recovery fee, as set forth in the Application.

10.    It is the Firm's policy to charge its clients in all areas of practice for expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, facsimile charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  The Firm will charge the Debtors' estates for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

11.    No promises have been received by the Firm or by any member, of counsel, or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

12.    SKN has agreed to share compensation with the other Firms, as set forth in the Engagement Letter and Application in connection with its work on behalf of the Debtors' estates for the scope of its engagement. The terms of such sharing agreement will be set forth in the final fee statement if the BCBS Litigation results in any recovery as the result of a judgment, settlement, or otherwise.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  July 21, 2026                      **BARTKO PAVIA LLP**

                                             */s/ Jason A. Zweig*

                                             Jason A. Zweig

                                             *Proposed Special Counsel to the Trustee*

4921-8834-5250.1 31275.00001                           4

**<u>Schedule 1</u>**

**Potential Parties in Interest**

**U.S. Bankruptcy Judges, District of Delaware**
Chief Judge Laurie Selber Silverstein
Judge Brendan L. Shannon
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge Karen B. Owens
Judge Mary F. Walrath
Judge Thomas M. Horan

**Directors and Officers**
Bruce K. Thorn
Emily E. Schreck
James A. Schroeder
Jonathan E. Ramsden
Juan E. Guerrero
Michael A. Schlonsky
Monica M. Welt
Ronald A. Robins Jr.
Steven J. Hutkai
Jason A. Seeman
Lorraine M. Kaufman
Matthew S. Weger
Allen G. Hembree
Alvin C. Concepcion
Amanda J. Corbett
Amy L. Nelson
Brooke T. Schwerin
Chinthaka Liyanapathirana
Christopher M. Macke
Christopher R. Means
Colin K. Coburn
Craig R. Gourley
Daniel H. Yokum
James M. Kelley
Jay A. Caudill
Johan G. Hoover
Julie C. Holbein
Kevin P. Kuehl
Leonard J. Sisilli
Lynda L. Kline
Maria D. Matos
Megan M. Mellquist
Michael F. Robey

Michael L. French
Nathan C. Longbottom
Shelly L. Trosclair
Steven S. Rogers
Christopher J. McCormick
Cynthia T. Jamison
James R. Chambers
Kimberley A. Newton
Kristen Ayn Cox
Maureen B. Short
Molly W. Jennings
Sebastian DiGrande
Seth Laurence Marks
Wendy L. Schoppert

**Debtors**
Big Lots, Inc.
Consolidated Property Holdings, LLC
Broyhill LLC
Big Lots Management, LLC
Big Lots Stores - PNS, LLC
BLBO Tenant, LLC
Big Lots Stores, LLC
Big Lots Stores - CSR, LLC
AVDC, LLC
INFDC, LLC
CSC Distribution LLC
GAFDC LLC
Great Basin, LLC
Closeout Distribution, LLC
PAFDC LLC
Big Lots eCommerce LLC
Durant DC, LLC
WAFDC, LLC
Big Lots F&S, LLC

**Debtors' Professionals**
Davis Polk & Wardwell
AlixPartners, LLP
Morris, Nichols, Arsht & Tunnell LLP
Guggenheim Securities, LLC
A&G Real Estate Partners
Kroll Restructuring Administration, LLC
Gordon Brothers Retail Partners, LLC

**Creditor Professionals**
Berkeley Research Group, LLC
Otterbourg P.C.
Choate, Hall & Stewart LLP

**Former Officers and Directors**
Timothy J. Kovalcik
James D. Campbell Jr.
Margarita Giannantonio
Gregg W. Sayers
John W. Alpaugh
Shannon E. Letts
Derek T. Panfil
Sandra Y. Campos
Marla C. Gottschalk
Nancy Reardon
Deborah A. Beisswanger
Scott W. Corder
Kelly M. Gerhardt
Michael A. Jasinowski
Ashley M. White
Gene E. Burt, II
Andrej Mueller
Paige P. Gill
Robert A. LeBrun
Graham W. McIvor
Kristin L. Morris
Nicholas N. Padovano
Erica N. Fortune
Thomas A. Kingsbury
Jeremy A. Ball
Nicholas E. Padovano

Kristen L. Morris
Amy R. Stern
Amanda R. Jami
Robert V. LaCommare
Ojas Nivsarkar
Jackie Smith
Charles H. Buckingham

**U.S. Trustee, District of Delaware (and Key Staff Members)**
Vara, Andrew
Attix, Lauren
Bates, Malcolm
Casey, Linda
Dice, Holly
Dortch, Shakima
Girello, Michael
Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Konde, Hawa
Leamy, Jane
Lipshie, Jonathan
McCollum, Hannah
McMahon, Joseph
Nyaku, Jonathan
O'Malley, James
Serrano, Edith
Thomas, Elizabeth
Wynn, Dion