IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FORMER BL STORES, INC., *et al*., | ) | Case No. 24-11967 (JKS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors,[1] | ) | |

**ORDER GRANTING FIRST INTERIM APPLICATION
FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM NOVEMBER 10, 2025 THROUGH JUNE 30, 2026**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7

Trustee in the above-captioned case, filed a First Interim application for allowance of

compensation and reimbursement of expenses for November 10, 2025 through June 30, 2026

(the "First Interim Fee Application").  The Court has reviewed the First Interim Fee Application

and finds that:  (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334; (b) notice of the First Interim Fee Application, and any hearing on the First Interim Fee

Application, was adequate under the circumstances; and (c) all persons with standing have been

afforded the opportunity to be heard on the First Interim Fee Application.  Accordingly, it is

hereby

---

[1] The debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows:  Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277).  The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2

ORDERED that the First Interim Fee Application is GRANTED, on an interim basis.  Fees in the amount of $276,812.50, and costs in the amount of $3,571.79, are allowed on an interim basis.  The Chapter 7 Trustee in the above case shall pay to PSZ&J the sum of $276,812.50 as compensation and $3,571.79 as reimbursement of expenses, for a total of $280,383.69 for services rendered and disbursements incurred by PSZ&J for the period November 10, 2025 through June 30, 2026.

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

ORDERED that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.