**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Related Docket No. 3510** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION OF GIULIANO MILLER AND COMPANY, LLC FOR FIRST**
**INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE**
**TRUSTEE FOR THE PERIOD NOVEMBER 10, 2025 THROUGH JUNE 30, 2026**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Application of Giuliano Miller and Company, LLC for First Interim Compensation for Services Rendered and Reimbursement of Expenses as Accountants and Financial Advisors to the Trustee for the Period November 10, 2025 Through June 30, 2026* [Docket No. 3510] (the "Application"), filed on July 16, 2026. The undersigned further certifies that the Court's docket has been reviewed in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the notice of the Application, objections to the Application were to be filed and served no later than **August 13, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

Accordingly, it is hereby respectfully requested that the form of order attached hereto as

**Exhibit A** be entered at the Court's convenience.


Dated:  August 14, 2026                **PACHULSKI STANG ZIEHL & JONES LLP**


*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:     bsandler@pszjlaw.com
           pkeane@pszjlaw.com
           ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4908-6579-8087.1 31275.00001                    2