**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | Jointly Administered |
| | Ref: Docket No. 3510 |

**ORDER GRANTING APPLICATION OF GIULIANO MILLER AND COMPANY, LLC
FOR FIRST INTERIM COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS
TO THE TRUSTEE FOR THE PERIOD NOVEMBER 10, 2025 THROUGH JUNE 30, 2026**

Upon consideration of the Application of Giuliano Miller and Company, LLC ("GMCO"), for Allowance of First Interim Compensation for Services Rendered and Reimbursement of Expenses, As Accountants and Financial Advisors to Alfred T. Giuliano, Chapter 7 Trustee, for the Period November 10, 2025 Through June 30, 2026 (the "Application"); and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate and proper under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application;

**IT IS HEREBY ORDERED THAT:**

1.    The Application is GRANTED, on an interim basis.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC

2

2.     GMCO be and hereby is awarded compensation in the amount of $235,306.50 and for reimbursement of actual and necessary expenses in the amount of $1,250.90 for the Application Period for a total award of $236,557.40 (the "Fees and Expenses").

3.     The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

4.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, and enforcement of this Order.

---

(2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.