IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| FORMER BL STORES, INC., *et al.*, | ) | Case No. 24-11967 (JKS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors,[1] | ) | |
| | ) | **Rel. Dkt. No. 3514** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
GRANTING FIRST INTERIM APPLICATION
FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM NOVEMBER 10, 2025 THROUGH JUNE 30, 2026**

The undersigned counsel hereby certifies that:

1.  On July 24, 2026, Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), counsel to the Chapter 7 Trustee  (the "Trustee") filed its *First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel Chapter 7 Trustee, for the Period from November 10, 2025 through June 30, 2026* [Docket No. 3514] (the "Application").

2.  Pursuant to the notice filed with the Application, the deadline for objections to the Application was August 13, 2026 at 4:00 p.m. (ET) (the "Objection Deadline").  Prior to the Objection Deadline, PSZ&J conducted an additional internal review of the time records attached

---

[1]  The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

4929-5079-4951.1 31275.00001

to the Application and noticed a discrepancy in one of its time entries.  As a result, PSZ&J is reducing the total amount of requested fees by $2,475.00.

3.      Attached hereto as **Exhibit A** is a revised proposed order, which incorporates the voluntary reduction of fees.  Attached hereto as **Exhibit B** is a redline showing the changes to the original form of order filed with the Application.


Dated:  August 14, 2026              PACHULSKI STANG ZIEHL & JONES LLP

                                     */s/ Peter J. Keane*
                                     Bradford J. Sandler (DE Bar No. 4142)
                                     Peter J. Keane (DE Bar No. 5503)
                                     Edward A. Corma (DE Bar No. 6718)
                                     919 N. Market Street, 17th Floor
                                     P.O. Box 8705
                                     Wilmington, DE 19899 (Courier 19801)
                                     Telephone:  (302) 652-4100
                                     Facsimile:   (302) 652-4400
                                     Email:    bsandler@pszjlaw.com
                                               pkeane@pszjlaw.com
                                               ecorma@pszjlaw.com

                                     *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4929-5079-4951.1 31275.00001                    2