**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 20 2026 AT 11:00 A.M. (EASTERN TIME)**

**PLEASE NOTE: AS NO MATTERS ARE GOING FORWARD,**
**THE HEARING HAS BEEN CANCELED.**

## RESOLVED MATTERS

1. Motion of Russell Slocum for Relief From the Automatic Stay [Filed 6/30/26] (Docket No. 3502)

Response Deadline: July 21, 2026 at 4:00 p.m. (ET)

Responses Received: None

Related Documents:

(a) Certification of Counsel *Regarding Order Approving Stipulation Granting Russell Slocum Limited Relief From the Automatic Stay to Pursue Litigation* [Filed 7/17/26] (Docket No. 3511)

[1] The debtors and debtors in possession in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

(b) Order Approving Stipulation Granting Russell Slocum Limited Relief From the Automatic Stay to Pursue Litigation [Filed 6/15/26] (Docket No. 3512)

Status: The order was entered. No hearing is necessary.

2. Application of Giuliano Miller and Company, LLC for First Interim Compensation for Services Rendered and Reimbursement of Expenses as Accountants and Financial Advisors to the Trustee for the Period November 10, 2025 Through June 30, 2026 [Filed 7/16/26] (Docket No. 3510)

Response Deadline: August 13, 2026 at 4:00 p.m. (ET)

Responses Received: None

Related Documents:

(a) Certificate of No Objection Regarding Application of Giuliano Miller and Company, LLC for First Interim Compensation for Services Rendered and Reimbursement of Expenses as Accountants and Financial Advisors to the Trustee for the Period November 10, 2025 Through June 30, 2026 [Filed 8/14/26] (Docket No. 3519)

(b) Order Granting Application of Giuliano Miller and Company, LLC for First Interim Compensation for Services Rendered and Reimbursement of Expenses as Accountants and Financial Advisors to the Trustee for the Period November 10, 2025 Through June 30, 2026 [Filed 8/17/26] (Docket No. 3521)

Status: The order was entered. No hearing is necessary.

3. First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel Chapter 7 Trustee, for the Period from November 10, 2025 through June 30, 2026 [Filed 7/24/26] (Docket No. 3514)

Response Deadline: August 13, 2026 at 4:00 p.m. (ET)

Responses Received: None

Related Documents:

(a) Certification of Counsel Regarding Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel Chapter 7 Trustee, for the Period from November 10, 2025 through June 30, 2026 [Filed 8/14/26] (Docket No. 3520)

(b) Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7

Trustee, for the Period From November 10, 2025 Through June 30, 2026 [Filed 8/17/26] (Docket No. 3522)

Status: The order was entered. No hearing is necessary.

4. Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Special Counsel Under 11 U.S.C. § 327(e) to Pursue Blue Cross Blue Shield Antitrust Litigation, Effective as of July 14, 2026 [Filed 7/21/26] (Docket No. 3513)

| | |
|---|---|
| Response Deadline: | August 4, 2026 at 4:00 p.m. (ET) |
| Responses Received: | None |

Related Documents:

(a) Certificate of No Objection Regarding Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Special Counsel Under 11 U.S.C. § 327(e) to Pursue Blue Cross Shield Antitrust Litigation, Effective as of July 14, 2026 [Filed 8/12/26] (Docket No. 3517)

(b) Order Approving Application of Alfred T. Giuliano, Chapter 7 Trustee, to Employ and Retain Special Counsel Under 11 U.S.C. Section 327 (E) to Pursue Blue Cross Blue Shield Antitrust Litigation, Effective as of July 14, 2026 [Filed 8/13/26] (Docket No. 3518)

Status: The order was entered. No hearing is necessary.

5. Motion of Felicia Chambers for Relief From the Automatic Stay and the Plan Injunction [Filed 7/7/26] (Docket No. 3506)

| | |
|---|---|
| Response Deadline: | July 28, 2026 at 4:00 p.m. (ET) |
| Responses Received: | None |

Related Documents:

(a) Certification of Counsel Regarding Order Approving Stipulation Granting Felicia Chambers Limited Relief From the Automatic Stay to Pursue Litigation [Filed 8/17/26] (Docket No. 3523)

(b) Order Approving Stipulation Granting Felicia Chambers Limited Relief From the Automatic Stay to Pursue Litigation [Filed 8/18/26] (Docket No. 3524)

Status: The order was entered. No hearing is necessary.

Dated: August 18, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*