**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| | § | |
| **BIG LOTS, INC,[1]** | § | **Case No. 24-11967 (JKS)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

**AMENDED REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

The following Creditors hereby request service of all notices and other documents in which notice is required under 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9013:

Tax Appraisal District of Bell County

The County of Brazos, Texas

Brown County Appraisal District

Bowie Central Appraisal District

The County of Comal, Texas

The County of Denton, Texas

The County of Erath, Texas

Pine Tree Independent School District

The County of Harrison, Texas

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. DublinGranville Road, Columbus, OH 43081.

Harrison Central Appraisal District

Midland Central Appraisal District

Central Appraisal District of Taylor County

City of Waco and/or Waco ISD

The County of Williamson, Texas

Said creditors request that such notice be given electronically to:

Jessica L. Cousineau
McCreary, Veselka, Bragg, & Allen, P.C.
Physical address: 700 Jeffrey Way, Suite 100, Round Rock, TX 78665
Mailing address: P.O. Box 1269, Round Rock, TX78680-1269
Direct telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com

and that all notices to Julie Anne Parsons be terminated.

Dated: August 28, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau
Oregon Bar Number 012374
P.O. Box 1269
Round Rock, Texas 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email:
jessica.cousineau@mvbalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2026, I have served or caused to be served through the Court's CM/ECF electronic notification system, a true and correct copy of the above on those parties listed on the Court's Notice of Electronic Filing.

*/s/ Jessica L. Cousineau*

Jessica L. Cousineau