**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11967 (JKS)<br><br>**Obj. Due: September 16, 2026, at 4:00 p.m. ET**<br>**Hearing Date: TBD** |

**NOTICE OF HEARING ON MOTION OF MARGARET PISKO FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on September 2, 2026, Margaret Pisko ("Movant"), by and through her undersigned counsel, submitted the *Motion of Margaret Pisko for Relief from the Automatic Stay* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **September 16, 2026 at 4:00 p.m. ET** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, Clerk's Office, 824 N. Market Street, Third Floor, Wilmington, Delaware 19801 and served on the undersigned counsel to the Movant so as to be received on or before the Response Deadline.

[1] The debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if required, will be held before the Honorable J. Kate Stickles at the United States Bankruptcy Court, 5th Floor, Courtroom 6, at a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: September 2, 2026
Wilmington, Delaware

Respectfully submitted,

**ROBINSON & COLE LLP**

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
1201 North Market Street, Suite 1406
Wilmington, Delaware 19801
Email: jedmonson@rc.com
Telephone: (302) 516-1700
Facsimile: (302) 516-1699

*Counsel for Margaret Pisko*