**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FORMER BL STORES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11967 (JKS)<br><br>**Re: Docket No. [___]** |

**ORDER GRANTING MOTION OF MARGARET PISKO FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the Motion of Margaret Pisko for Relief from the Automatic Stay (the "Motion") filed by Margaret Pisko (the "Movant"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a) and (b) and 1334(b); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) in which the Court may enter a final order; and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that granting the relief requested in the Motion as set forth in this Order is in the best interests of the above-captioned Debtors, their estates, and creditors; and notice of the Motion being sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED.

---

[1] The debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2. The Movant is granted relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to 11 U.S.C. § 362(d) for cause shown and is permitted to continue any settlement discussions culminating in a settlement and/or to continue, commence and/or prosecute a cause of action, including, without limitation, the State Court Action as defined in the Motion, to recover on her claims in any court of appropriate jurisdiction, including any subsequent appeals.

3. Movant is authorized to pursue and recover insurance proceeds from any applicable insurance policy of or issued to the Debtors; however, Movant shall not seek damages or any recovery from the Debtors or their estates and waives any right to a distribution, if any, in the Debtors' bankruptcy cases.

4. Nothing herein shall limit Movant's ability to recover against any non-Debtor.