**CERTIFICATE OF SERVICE**

I, Jamie L. Edmonson, hereby certify that a true and correct copy of the *Motion of Margaret Pisko for Relief from the Automatic Stay* was electronically filed on September 2, 2026, with the United States Bankruptcy Court and served through the Court's CM/ECF system upon the Debtor and all registered case participants.

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)