**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND CATHAY HOME INC. AUTHORIZING REPLACEMENT OF MISDIRECTED DISTRIBUTIONS**

The undersigned certifies as follows:

1. On September 9, 2024 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On November 10, 2025, the Debtors' chapter 11 cases were converted to cases under chapter 7 of the Bankruptcy Code, and Alfred T. Giuliano (the "Trustee") was appointed as chapter 7 trustee of the Debtors' estates.

3. Prior to conversion, the Debtors made four distributions totaling $125,758.04 on account of the claim of Cathay Home Inc. ("Cathay"). As set forth more fully in the Stipulation (defined below), those distributions were transmitted to an unaffiliated and similarly named-

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

entity located in Hong Kong rather than to Cathay, and Cathay has represented that it has not received any portion of them.

4. The undersigned certifies that the Trustee and Cathay have entered into the *Stipulation Between the Chapter 7 Trustee and Cathay Home Inc. Authorizing Replacement of Misdirected Distributions* (the "Stipulation"), which, among other things, authorizes the Trustee to make a replacement distribution to Cathay in the amount of $125,758.04 while preserving all of the estates' rights to recover the misdirected distributions.

5. The undersigned further certifies that attached hereto as **Exhibit 1** is a proposed order (the "Order") approving the Stipulation, which is attached as **Exhibit A** to the Order.

6. The Trustee respectfully requests entry of the Order approving the Stipulation at the Court's earliest convenience.

Dated: October 13, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*