**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND CATHAY HOME INC. AUTHORIZING REPLACEMENT OF MISDIRECTED DISTRIBUTIONS**

Upon consideration of the *Stipulation Between the Chapter 7 Trustee and Cathay Home Inc. Authorizing Replacement of Misdirected Distributions* (the "Stipulation"), attached hereto as **Exhibit A**, entered into by and between Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (the "Debtors"), and Cathay Home Inc. ("Cathay," and together with the Trustee, the "Parties"); and the Court having jurisdiction over the matters raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Stipulation and the relief provided therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. The Stipulation is **APPROVED**.

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Big Lots, Inc. (9097); Big Lots Management, LLC (7948); Consolidated Property Holdings, LLC (0984); Broyhill LLC (7868); Big Lots Stores - PNS, LLC (5262); Big Lots Stores, LLC (6811); BLBO Tenant, LLC (0552); Big Lots Stores - CSR, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Big Lots eCommerce LLC (9612); and Big Lots F&S, LLC (3277). The former address of the debtors' corporate headquarters is 4900 E. Dublin-Granville Road, Columbus, OH 43081.

2. The Trustee is authorized to make the Replacement Distribution to Cathay in the amount of $125,758.04 in accordance with the terms of the Stipulation.

3. The Trustee, the Debtors' estates, and the Trustee's professionals and agents shall have no liability to any person or entity on account of making the Replacement Distribution in accordance with the Stipulation and this Order.

4. Nothing in the Stipulation or this Order shall waive, release, or otherwise impair any right, claim, or cause of action of the Trustee or the Debtors' estates relating to the Misdirected Distributions, all of which are expressly preserved.

5. The Parties are authorized to take any actions necessary or appropriate to implement the terms of the Stipulation and this Order without further order of the Court.

6. This Order is effective immediately upon entry by the Court.

7. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, implementation, or enforcement of this Order or the Stipulation.

**Dated: October 15th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**