**IN THE UNITED BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*, | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCE** of Gary D. Bressler, Esq. of McElroy, Deutsch, Mulvaney & Carpenter LLP as counsel for Creditor, American Plastic Toys, Inc. ("American").

**PLEASE TAKE FURTHER NOTICE** that American will also continue to be represented by Gaston P. Loomis, Esq. of McElroy, Deutsch, Mulvaney & Carpenter LLP.

Dated: October 19, 2026

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

______________________

Gaston P. Loomis (Del. Bar No. 4812)
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
(302) 300-4510
gloomis@mdmc-law.com