**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION BETWEEN ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, AND LIPP CDS INC. REGARDING ADMINISTRATIVE EXPENSE CLAIM**

The undersigned hereby certifies that:

1. On September 9, 2024 (the "Petition Date"), the above-captioned debtors (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in this Court, thereby commencing the Debtors' cases (the "Cases").

2. On November 10, 2025 (the "Conversion Date"), the Court entered an order converting the Cases to cases under chapter 7 of the Bankruptcy Code (the "Conversion Order") [Docket No. 3319]. On the same date, Alfred T. Giuliano (the "Trustee") was appointed as the chapter 7 trustee of the Debtors' estates [Docket No. 3320].

3. Lipp CDS Inc. ("Lipp CDS") is a California licensed real estate broker. On July 8, 2025, Lipp CDS filed Proof of Claim No. 10731 (the "Claim"), asserting an administrative

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

expense against Debtor Big Lots, Inc. in the amount of $62,595.94. The basis of the Claim is a broker's commission in connection with the prepetition sale agreement of real property owned by the Debtors.

4. The Debtors filed an objection to the Claim on July 22, 2025 [Docket No. 2989]. On November 4, 2025, the Court issued an opinion [Docket No. 3300] and entered an order sustaining the Debtors' objection and denying the claim [Docket No. 3301].

5. On November 18, 2025, Lipp CDS commenced an appeal of the Court's order denying the Administrative Expense Motion (the "Appeal"). The Appeal is currently pending in the United States District Court for the District of Delaware [Civil Action No. 25-1398-GBW].

6. The Trustee and Lipp CDS (together, the "Parties") have discussed a resolution of Lipp CDS's asserted chapter 11 administrative expense claim.

7. The Parties have agreed to a stipulation, a copy of which is attached as Exhibit 1 to the proposed order (the "Stipulation"). A proposed order approving the Stipulation is attached hereto as **Exhibit A**.

*[Remainder of Page Intentionally Left Blank]*

8. Accordingly, the Trustee requests the Court's approval of the Stipulation and entry of the attached proposed order at the Court's earliest convenience.

Dated: October 26, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*