# Exhibit A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING STIPULATION BETWEEN ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, AND LIPP CDS INC. REGARDING ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Stipulation Between Alfred T. Giuliano, Chapter 7 Trustee, and Lipp CDS Inc. Regarding Administrative Expense Claim* (the "Stipulation"),[2] attached hereto as **Exhibit 1**, by and among Alfred T. Giuliano, chapter 7 trustee (the "Trustee") of the estates of the above-captioned debtors (the "Debtors"), and LIPP CDS Inc. ("Lipp CDS" and together with the Trustee, the "Parties"); and this Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

3. The terms and provisions of the Stipulation shall be immediately effective and enforceable upon entry of this Order.

4. This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

# **Exhibit 1**

## Stipulation

**SUBJECT TO FRE 408**
**SETTLEMENT COMMUNICATION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| FORMER BL STORES, INC., *et al.*,[1] | Case No. 24-11967 (JKS) |
| Debtors. | (Jointly Administered) |

**STIPULATION BETWEEN ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, AND LIPP CDS INC. REGARDING ADMINISTRATIVE EXPENSE CLAIM**

This stipulation (the "Stipulation") is entered into by and between Alfred T. Giuliano, chapter 7 trustee (the "Trustee") of the estates of the above-captioned debtors (the "Debtors"), and Lipp CDS Inc. ("Lipp CDS" and together with the Trustee, the "Parties"). The Parties hereby stipulate and agree as follows:

**Recitals**

A. On September 9, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), thereby commencing the Debtors' cases (the "Cases").

B. On November 10, 2025 (the "Conversion Date"), the Bankruptcy Court entered an order converting the Cases to cases under chapter 7 of the Bankruptcy Code (the "Conversion

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective employer identification numbers, are as follows: Great Basin, LLC (6158); Former BL Stores, Inc. (9097); Former Management Stores of Ohio, LLC (7948); Consolidated Property Holdings, LLC (0984); Former Furniture Stores of Ohio, LLC (7868); Former Savings Stores of California, LLC (5262); Former Stores of Ohio, LLC (6811); Former Tenant Stores of Ohio, LLC (0552); Former Savings Stores of Ohio, LLC (6182); CSC Distribution LLC (8785); Closeout Distribution, LLC (0309); Durant DC, LLC (2033); AVDC, LLC (3400); GAFDC LLC (8673); PAFDC LLC (2377); WAFDC, LLC (6163); INFDC, LLC (2820); Former eCommerce Stores of Ohio, LLC (9612); and Former Low Cost Stores of Ohio, LLC (3277). The former address of the Debtors' corporate headquarters was 4900 E. Dublin-Granville Road, Columbus, OH 43081.

**SUBJECT TO FRE 408**
**SETTLEMENT COMMUNICATION**

Order") [Docket No. 3319]. On the same date, Alfred T. Giuliano was appointed as the chapter 7 trustee of the Debtors' estates [Docket No. 3320].

C. Lipp CDS is a California licensed real estate broker. On July 8, 2025, Lipp CDS filed Proof of Claim No. 10731 (the "Claim"), asserting an administrative expense against the estate of Debtor Former BL Stores, Inc. (formerly known as Big Lots, Inc.) in the amount of $62,595.94. The basis of the Claim is a broker's commission in connection with the prepetition sale agreement of real property owned by the Debtors.

D. The Debtors filed an objection to the Claim on July 22, 2025 [Docket No. 2989]. On November 4, 2025, the Court issued an opinion [Docket No. 3300] and entered an order sustaining the Debtors' objection and denying the claim [Docket No. 3301].

E. On November 18, 2025, Lipp CDS commenced an appeal of the Court's order denying the Administrative Expense Motion (the "Appeal"). The Appeal is currently pending in the United States District Court for the District of Delaware [Civil Action No. 25-1398-GBW].

F. The Parties have discussed a resolution of Lipp CDS's asserted chapter 11 administrative expense claim.

G. The Parties have agreed, subject to approval of the Bankruptcy Court, to the following terms and conditions set forth below.

**Stipulation**

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and among the Parties as follows:

1. The foregoing recitals are hereby incorporated into and made a part of this Stipulation.

**SUBJECT TO FRE 408**
**SETTLEMENT COMMUNICATION**

2. This Stipulation shall be effective upon entry by the Bankruptcy Court of an order approving this Stipulation (the "Effective Date").

3. Upon the Effective Date, Lipp CDS shall have an allowed chapter 11 administrative expense claim in the amount of $55,000.00 (the "Allowed Chapter 11 Admin Claim") against the estate of Debtor Former BL Stores, Inc. (formerly known as Big Lots, Inc.).

4. Within five (5) business days of entry of an Order approving this Stipulation, the Trustee shall make an interim distribution in the amount of 27.15% of the Allowed Chapter 11 Admin Claim (or $14,932.50) to Lipp CDS via check or wire (with any wire instructions to be provided by Lipp CDS or its counsel). Such interim distribution may be made from funds held by Kroll as Disbursing Agent from the Disputed Administrative Expense Claims Reserve as defined in the *Order (I) Converting Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing Deadline for Filing Final Chapter 11 Fee Applications and Setting a Hearing Thereon, and (III) Granting Related Relief* [Docket No. 3319]. The Order approving this Stipulation (and Lipp CDS's wire instructions, if applicable) shall serve as sufficient evidence and instruction to Kroll to make such distribution as authorized and directed by the Trustee.

5. Any remaining distribution on account of the Allowed Chapter 11 Admin Claim shall be made as and when funds are available and as and when other similarly situated chapter 11 administrative creditors receive any distribution in excess of the 27% pro rata distribution.

6. The Parties shall file a stipulation to dismiss the Appeal within 15 days of the Effective Date.

7. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersedes all prior agreements and understandings relating to the subject matter hereof.

**SUBJECT TO FRE 408**
**SETTLEMENT COMMUNICATION**

8. The undersigned who executes this Stipulation by or on behalf of each respective Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

9. This Stipulation and any order approving this Stipulation shall be binding on the Parties and their successors and assigns.

10. The Parties participated collectively in the drafting of this Stipulation, and accordingly, the drafting of this Stipulation shall not to be attributed solely to any one Party.

11. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

*[Remainder of Page Intentionally Left Blank]*

**SUBJECT TO FRE 408**
**SETTLEMENT COMMUNICATION**

12. This Stipulation shall not be modified, altered, amended, or vacated without the written consent of all Parties hereto or by further order of the Bankruptcy Court.

13. The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, and enforcement of this Stipulation.

Dated: October 23, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

Peter J. Keane

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

Dated: October 23, 2026

**SUSAN BARILICH, PC**

Susan Barilich

Susan Barilich
535 N. Brand Blvd. Ste. 504
Glendale, CA 91203
Telephone: (818) 500-0377
Facsimile: (800) 850-7209
Email: susan@barilichlaw.com

*Counsel to Lipp CDS Inc.*