**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **FORMER BL STORES, INC., et al.** | ) | Case No. **24-11967 (JKS)** |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Amended Claim 10735: $3,002.95** |

**VENTURA COUNTY TAX COLLECTOR AMENDED REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(b)**

Ventura County Tax Collector (the "Claimant"), hereby submits this Amended Request for Payment of Administrative Expense pursuant to Section 503(b) of the Bankruptcy Code, and states:

1. **Identity of Claimant**

Claimant: Ventura County Tax Collector
Address: 800 S. Victoria Avenue, Ventura, CA 93009-1290
Telephone: (805) 654-3775
Email: Special.Collections@venturacounty.gov

2. **Filing of Original Claim**

On July 10, 2025, Claimant filed an initial Request for Payment of Administrative Expense which was assigned Claim Number **10735** in the amount of **$4,986.82**.

3. **Description of Claim**

This claim concerns **post-petition property taxes** due under the Revenue and Taxation Code of the State of California for property utilized by the Debtors during Chapter 11. The claim arose on the lien date of January 1, 2025. The taxes are itemized as follows.

**Property Number | Bill Number | Tax Year | Amount**

2009132-0002 | 202506009190 | 2025 | $1,549.22
2009132-0003 | 202506009191 | 2025 | $1,453.73
2009132-0004 | 202506009192 | 2025 | $1,983.87

**4. Ordinary Course Partial Payment**

Subsequent to the filing of Claim Number 10735, the Debtors remitted a partial payment of **$1,983.87** on or about September 5, 2025.

**5. Reduction of Claim Amount**

As a result of this post-petition partial payment, the amount currently owed to Claimant has been reduced. The outstanding balance is overstated on the official claims register.

**6. New Amended Balance**

Claimant amends Claim Number 10735 to the revised administrative expense amount of **$3,002.95**.

**7. Supporting Documentation**

Attached as Exhibit A is supporting documentation detailing the tax assessment, the partial payment received from the Debtors, and the calculation of the remaining balance.

**WHEREFORE**, Claimant respectfully requests that the Court and Chapter 7 Trustee update the claims register to reflect the amended administrative expense claim in the reduced amount of **$3,002.95**.

Dated: October 30, 2026

Respectfully submitted,

Mary Barnes

MARY K. BARNES
Deputy Tax Collector
Ventura County Tax Collector
800 S. Victoria Avenue
Ventura, CA 93009-1290
Phone: (805) 654-3775
Email: Mary.Barnes@venturacounty.gov

**EXHIBIT A**
**SUPPORTING DOCUMENTATION FOR AMENDED ADMINISTRATIVE CLAIM #10735**

---

The following documentation is attached in support of the Claimant's Amended Request for Payment of Administrative Expense:

1. **Original Property Tax Assessment/Bill**: Showing the total post-petition tax liability initially incurred by the Debtors during the Chapter 11 period.

2. **Proof of Partial Payment**: A copy of the receipt showing the partial payment made by the Debtors in the ordinary course of business.

3. **Reconciliation Calculation**: A brief mathematical breakdown showing the original amount minus the payment received, resulting in the final amended balance requested.

**EXHIBIT A**
**SUPPORTING DOCUMENTATION FOR AMENDED ADMINISTRATIVE CLAIM #10735**
**POST-PETITION PROPERTY TAXES**

| Property Number | Business Property | Tax Year | Bill Number | Tax Amount |
|---|---|---|---|---|
| 2009132-0002 | BIG LOTS STORES - PNS LLC<br>BIG LOTS #4432<br>568 W Main St, Unit B<br>Santa Paula, CA 93060 | 2025 | 202506009190 | $1,549.22 |
| 2009132-0003 | BIG LOTS STORES – PNS LLC<br>BIG LOTS #4157<br>353 Carmen Dr.<br>Camarillo, CA 93010 | 2025 | 202506009191 | $1,453.73 |
| 2125099-0001 | BIG LOTS STORES – PNS LLC<br>BIG LOTS #4546<br>733 W Channel Islands Bl.<br>Port Hueneme, CA 93041 | 2025 | 202506009192 | $1,983.87 |

**Total Property Tax:** ........................................ $4,986.82
**Less Amount Paid:** .......................................... ($1,983.87)
**TOTAL AMENDED ADMINISTRATIVE EXPENSE CLAIM:** .......... $3,002.95

Note: Unsecured Property Taxes are a tax on business property and are due on the lien date of January 1st each year when they are assessed for the upcoming fiscal year.

**THESE TAXES ARE POST-PETITION AND PENALTIES CONTINUE TO ACCRUE UNTIL PAID**

**United States Bankruptcy Court, District of Delaware**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Big Lots, Inc.

**Case Number:** 24-11967

# Proof of Administrative Expense Claim

**Deadline to file Administrative Expense Claims: April 3, 2025, at 5:00 p.m. (prevailing Eastern Time)**

**This form is for asserting claims entitled to administrative priority pursuant to 11 U.S.C. § 503(b) and 11 U.S.C. § 507(a)(2) against one of the above Debtors arising from the Petition Date (September 9, 2024) through and including January 3, 2025. Do not use this form to assert any pre-petition claims or administrative claims arising after January 3, 2025.**

**Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.**

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

VENTURA COUNTY TAX COLLECTOR
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: COUNTY OF VENTURA TREASURER-TAX COLLECTOR

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? __________

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|
| Address1: | ATTN: BANKRUPTCY | |
| Address2: | 800 S VICTORIA AVE | |
| Address3: | | |
| Address4: | | |
| City: | VENTURA | |
| State: | CA | |
| Postal Code: | 93009-1290 | |
| Country: | | |
| Contact phone | 805-654-3775 | |
| Contact email | mary.barnes@ventura.org | |

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? __________

## Part 2: Give Information About the Claim

6. **Date debt was incurred? (if known)** 01/01/2025 (MM/DD/YYYY)

7. **How much is the administrative expense claim?** $ 4,986.82

8. **What is the basis of the claim? (For example, Goods Sold, Services Performed, Taxes, etc. Attach any additional information.)** PROPERTY TAXES

9. **Offsets, Credits and Setoffs?**
   - [x] All payments made on this claim by the Debtor have been credited and deducted from the amount claimed hereon
   - [ ] This claim is not subject to any setoff or counterclaim
   - [ ] This claim is subject to any setoff or counterclaim as follows: ______

10. **Supporting Documents:** Attach copies of supporting documents. DO NOT SEND ORIGINAL DOCUMENTS.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- [ ] I am the creditor.
- [x] I am the creditor's attorney or authorized agent.
- [ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- [ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Mary K. Barnes 07/10/2025

Signature

**Print the name of the person who is completing and signing this claim:**

Name: Mary K. Barnes (First name / Middle name / Last name)

Title: Deputy Tax Collector

Company: Ventura County Tax Collector

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 800 S. Victoria Ave. (Number Street)

Ventura (City) CA (State) 93009-1290 (ZIP Code)

Contact phone: 805-654-3775

Email: mary.barnes@ventura.org

Electronic Proof of Claim Confirmation: 3735-149-SFQCC-102423513

Claim Electronically Submitted on (UTC) : 2025-07-10T20:23:12.524Z

Submitted by: VENTURA COUNTY TAX COLLECTOR
Special.Collections@ventura.org

KROLL

COUNTY OF VENTURA
TREASURER-TAX COLLECTOR
800 SOUTH VICTORIA AVENUE
VENTURA, CA 93009-1290

# 2025/26 TAX BILL
# UNSECURED

COUNTY-CITIES-SCHOOLS-SPECIAL DISTRICTS OF VENTURA COUNTY
Fiscal Year July 01, 2025 to June 30, 2026

Owner of Record as of January 1, 2025:

BIG LOTS STORES - PNS, LLC
BIG LOTS #4432
ATTN TRINA LOPEZ - TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**Sue Horgan**
Treasurer-Tax Collector
(805) 654-3744
ventura.org/ttc

Property Description: Business Property
SITUS Address: 568 W Main St, Unit 0000b, Santa Paula
Doing Business As: Big Lots #4432

| Property Number: | Parcel Number (APN): | Tax Rate Area (TRA): | Assessment Number: | Assessment Revision: |
|---|---|---|---|---|
| 2009132-0002 | 102-0-160-295 | 04024 | 202500007866 | 00 |
| **Bill Number:** | **Bill Revision:** | **Effective Tax Year:** | **Billed Tax Year:** | **Billed Date:** |
| 202506009190 | 00 | 2025/26 | 2025/26 | 07/08/2025 |

| Value Type | Old Value | New Value |
|---|---|---|
| Land & Minerals | | |
| Improvements | | |
| Fixture | | 48,600 |
| Trees & Vines | | |
| **Total Land and Improvement Value:** | | **48,600** |
| Personal Property | | 88,500 |
| Boats or Aircraft | | |
| **Total Gross Value:** | | **137,100** |
| Exemptions | | |
| **Total Net Value:** | | **137,100** |
| 10% §463 Penalty | | |
| **Total Assessed Value:** | | **137,100** |

**R&T Codes:**

**Other Exemptions:**

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
| 14001101 - PROP 13 MAXIMUM 1% TAX | 805-654-3181 | 1.000000 | 137,100 | $1,371.00 |
| 11045103 - EL SCH BD SANTA PAULA | 805-383-1982 | 0.022000 | 137,100 | $30.16 |
| 11054102 - SANTA PAULA USD BD | 805-383-1982 | 0.042100 | 137,100 | $57.71 |
| 12015103 - VTA COMM COLLEGE BD | 805-383-1982 | 0.013700 | 137,100 | $18.79 |
| 12010103 - STA PAULA HI SCH BD #2 | 805-383-1982 | 0.040300 | 137,100 | $55.25 |
| 17771101 - UNITED WTR CONS IMPORT | 805-695-3870 | 0.033580 | 48,600 | $16.31 |
| **Due Date: Aug. 31, 2025** | | | TOTAL TAX DUE: | **$1,549.22** |

| Additional Charges | |
|---|---|
| Taxes | $1,549.22 |
| Delinquent Penalty 10% | |
| Interest 1.5% | |
| Cost $30 | |
| Collection Fee 23% | |
| Tax Collector Fees | |
| 506 Interest | |
| **Total Amount:** | **$1,549.22** |
| **Amount Paid:** | **$0.00** |
| **Amount Due:** | **$1,549.22** |

**The following penalties and fees will be added to delinquent bills:**

| Date | Name | Rate | Add'l Amount |
|---|---|---|---|
| If paid after August 31, 2025 | Delinquent Penalty §2922 | 10% | $154.92 |
| If paid after October 31, 2025 | Interest §2922 | 1.5% per month | $23.24 per month |
| If paid after November 30, 2025 | Collection Cost §2922 | 23% | $356.32 |

**Notes to Taxpayer:**
THE SALE OR DISPOSAL OF THE PROPERTY DESCRIBED HEREIN AFTER JANUARY 1 OF THE EFFECTIVE TAX YEAR DOES NOT RELIEVE THE OWNER OF RECORD OF THIS BILL.

**Due Aug. 31, 2025: $1,549.22**

## 2025/26 UNSECURED

Property Number: 2009132-0002 Bill Revision: 00
Bill Number: 202506009190
AssessmentNumber: 202500007866 Assessment Revision: 00
Effective Tax Year: 2025/26
Make check payable to: VC TAX COLLECTOR

If paid after Aug. 31: $1,704.14
If paid after Oct. 31: $1,727.38
If paid after Nov. 30: Call (805) 654-3744 for payoff.

Save time, paper and stamps:
Pay online at ventura.org/ttc

COUNTY OF VENTURA
TREASURER-TAX COLLECTOR
PO BOX 845642
LOS ANGELES, CA 90084-5642

2202506009190700112312025000001549227

6

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |

# IMPORTANT INFORMATION

(All Section Numbers refer to California Revenue and Taxation Code)

**THIS BILL IS THE RESPONSIBILITY OF THE ASSESSEE. IF THE PROPERTY HAS BEEN SOLD, DO NOT FORWARD THIS BILL TO THE NEW OWNER.**

1. **PAYMENT OF TAXES:** Payments should be in the exact amount of the total due. Taxes may be paid by mail, in person or online at venturapropertytax.org.
a) *Checks* are accepted in person, mailed to the payment processing center or mailed to the Treasurer-Tax Collector's office. Remittance by mail must be USPS postmarked on or before the delinquent date to avoid penalty. Funds are electronically deposited and may be withdrawn from your accounting the same day your payment is received.
b) *Cash* is accepted in person at the Treasurer-Tax Collector's office only during normal business hours.
c) *Electronic Checks* (eChecks) are accepted online at venturapropertytax.org. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County. eCheck payments are given a confirmation receipt upon completion of the transaction, however it may take several days for the processing to finish and is based solely on the information provided by the taxpayer. If account or routing numbers are entered incorrectly, it may result in a returned payment in which additional penalties and fees may apply.
d) *Credit Cards* are accepted online at venturapropertytax.org. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County.
e) *Online Bill Pay* made through your banking institution must include your bill number(s) and be received by the Tax Collector on or before the delinquency date to avoid penalties. Your banking transaction may not be processed the same day you submit the request and may not be USPS postmarked, which could result in delinquency. Please ensure to process your payment well in advance of the delinquency date to minimize the potential for late penalties.
2. **CHARGE FOR RETURNED PAYMENTS:** A $50.00 charge per statement will be added for all items returned by the bank for any reason.
3. **ASSESSMENT:** Annually, the County Assessor assesses all taxable property in the County, except State assessed property, to the persons owning, claiming, possessing or controlling it on the January 1 lien date. (§405). You have the right to an informal assessment review by contacting the Assessor's Office at (805) 654-2181 or their website assessor.countyofventura.org
4. **ASSESSMENT APPEALS:** If you disagree with the assessment on the tax bill, you may file an Assessment Appeal Application with the Clerk of the Board starting July 2, 2025 through September 15, 2025. Information on filing an Assessment Appeal Application is available on the Clerk of the Board's webpage at www.ventura.org/cob/aab, at the Clerk of the Board Office located at 800 South Victoria Avenue, Ventura or by calling (805) 654-2251. It is important to know the Assessment Appeals Board or Hearing Officer cannot grant or deny exemptions.
5. **TAX LIEN DATE:** All tax liens attach annually as of the lien date, January 1, preceding the fiscal year for which the taxes are levied. (§2152 & 2901)
6. **OWNER OF RECORD ON TAX LIEN DATE:** Unsecured property is assessed to the owner of record on the lien date, January 1. Ownership on the lien date determines the obligation to pay the taxes. **The disposal of property after the lien date does not relieve the assessee of the tax liability.** (§19, 23, 405, & 2951)
7. **FISCAL YEAR:** This tax bill is levied for the fiscal year, July 1 to June 30, based on ownership on January 1.
8. **DELINQUENCY DATE:**
(a) Taxes billed on the Unsecured Roll as of July 31, will become delinquent if unpaid at the close of business on August 31st and thereafter subject to a delinquent penalty of 10%. Taxes added to the Unsecured Roll after July 31st are delinquent if unpaid by the close of business on the last day of the month following the bill month and thereafter subject to a delinquent penalty of 10%.
(b) If the Unsecured Property taxes plus applicable penalties are still unpaid by the close of business on the last day of the second month following the application of the 10% penalty, an additional penalty of 1.5% per month will attach on the first day of each month thereafter, until the total amount due is paid or until the time a court judgment is entered for the amount of any unpaid taxes and penalty, whichever occurs first.
(c) If Unsecured Property taxes are unpaid at the close of business on the last day of the third month following the application of the 10% penalty, an additional 23% collection fee will also attach.
(d) If any delinquency date falls on a Saturday, Sunday or legal holiday, and the payment is received by the close of business on the following business day, any penalty to which the tax becomes subject will not apply. (§2922)
9. **ENFORCEMENT OF PAYMENT:** Delinquency will result in further action by the tax collector to enforce payment of the tax and all statutory penalties. Enforcement actions include the recording of a tax lien (§2191.3), Interagency Intercept Collection Program (California Government Code §12419.2, 12419.7, 12419.9, 12419.10, and 12419.11), the seizure of funds and/or sale of personal property, improvements and possessory interests belonging to or assessed to the assessee (§2951). Additional fees may attach as a result of any of these actions.
10. **ADDRESS CHANGES:** Requests for changes in address must be made through the Ventura County Assessor. For forms and information, please visit http://assessor.countyofventura.org.

**Contact Information:**

| For questions regarding payments, collections or delinquent tax enforcement: **Treasurer-Tax Collector** | For questions regarding assessed value, exemptions, change of address or property ownership: **Assessor** | For questions regarding tax rates or calculations: **Auditor-Controller** |
|---|---|---|
| (805) 654-3744 \| HelpingHand@ventura.org | (805) 654-2181 \| Assessor.Info@ventura.org | (805) 654-3181\| audptax@ventura.org |
| www.ventura.org/TTC | assessor.countyofventura.org | www.ventura.org/auditor-controllers-office |

COUNTY OF VENTURA
TREASURER-TAX COLLECTOR
800 SOUTH VICTORIA AVENUE
VENTURA, CA 93009-1290

# 2025/26 TAX BILL
# UNSECURED

COUNTY-CITIES-SCHOOLS-SPECIAL DISTRICTS OF VENTURA COUNTY
Fiscal Year July 01, 2025 to June 30, 2026

Owner of Record as of January 1, 2025:

BIG LOTS STORES - PNS, LLC
BIG LOTS #4157
ATTN TRINA LOPEZ - TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**Sue Horgan**
Treasurer-Tax Collector
(805) 654-3744
ventura.org/ttc

Property Description: Business Property
SITUS Address: 353 Carmen Dr, Camarillo
Doing Business As: Big Lots #4157

| Property Number: | Parcel Number (APN): | Tax Rate Area (TRA): | Assessment Number: | Assessment Revision: |
|---|---|---|---|---|
| 2009132-0003 | 165-0-381-085 | 07047 | 202500007867 | 00 |
| **Bill Number:** | **Bill Revision:** | **Effective Tax Year:** | **Billed Tax Year:** | **Billed Date:** |
| 202506009191 | 00 | 2025/26 | 2025/26 | 07/08/2025 |

| Value Type | Old Value | New Value |
|---|---|---|
| Land & Minerals | | |
| Improvements | | |
| Fixture | | 20,300 |
| Trees & Vines | | |
| **Total Land and Improvement Value:** | | **20,300** |
| Personal Property | | 111,200 |
| Boats or Aircraft | | |
| **Total Gross Value:** | | **131,500** |
| Exemptions | | |
| **Total Net Value:** | | **131,500** |
| 10% §463 Penalty | | |
| **Total Assessed Value:** | | **131,500** |

**R&T Codes:**

**Other Exemptions:**

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
| 14001101 - PROP 13 MAXIMUM 1% TAX | 805-654-3181 | 1.000000 | 131,500 | $1,315.00 |
| 11035102 - EL SCH BD PL VLY | 805-383-1982 | 0.013600 | 131,500 | $17.88 |
| 11035103 - EL SCH BD PL VLY #2 | 805-383-1982 | 0.028100 | 131,500 | $36.95 |
| 12007102 - HI SCH BOND OXNARD | 805-383-1982 | 0.004900 | 131,500 | $6.47 |
| 12007103 - HI SCH BOND OXNARD #2 | 805-383-1982 | 0.009900 | 131,500 | $13.01 |
| 12007104 - HI SCH BOND OXNARD #3 | 805-383-1982 | 0.028300 | 131,500 | $37.21 |
| 12015103 - VTA COMM COLLEGE BD | 805-383-1982 | 0.013700 | 131,500 | $18.01 |
| 18750101 - METROPOLITAN WTR | 866-807-6864 | 0.007000 | 131,500 | $9.20 |
| **Due Date: Aug. 31, 2025** | | | **TOTAL TAX DUE:** | **$1,453.73** |

| Additional Charges | |
|---|---|
| Taxes | $1,453.73 |
| Delinquent Penalty 10% | |
| Interest 1.5% | |
| Cost $30 | |
| Collection Fee 23% | |
| Tax Collector Fees | |
| 506 Interest | |
| **Total Amount:** | **$1,453.73** |
| **Amount Paid:** | **$0.00** |
| **Amount Due:** | **$1,453.73** |

**The following penalties and fees will be added to delinquent bills:**

| Date | Name | Rate | Add'l Amount |
|---|---|---|---|
| If paid after August 31, 2025 | Delinquent Penalty §2922 | 10% | $145.37 |
| If paid after October 31, 2025 | Interest §2922 | 1.5% per month | $21.81 per month |
| If paid after November 30, 2025 | Collection Cost §2922 | 23% | $334.36 |

**Notes to Taxpayer:**
THE SALE OR DISPOSAL OF THE PROPERTY DESCRIBED HEREIN AFTER JANUARY 1 OF THE EFFECTIVE TAX YEAR DOES NOT RELIEVE THE OWNER OF RECORD OF THIS BILL.

**Due Aug. 31, 2025: $1,453.73**

## 2025/26 UNSECURED

Property Number: 2009132-0003 Bill Revision: 00
Bill Number: 202506009191
AssessmentNumber: 202500007867 Assessment Revision: 00
Effective Tax Year: 2025/26
Make check payable to: VC TAX COLLECTOR

If paid after Aug. 31: $1,599.10
If paid after Oct. 31: $1,620.91
If paid after Nov. 30: Call (805) 654-3744 for payoff.

Save time, paper and stamps:
Pay online at ventura.org/ttc

COUNTY OF VENTURA
TREASURER-TAX COLLECTOR
PO BOX 845642
LOS ANGELES, CA 90084-5642

220250600919100011231202500000145373 7

7

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |

## IMPORTANT INFORMATION

(All Section Numbers refer to California Revenue and Taxation Code)

**THIS BILL IS THE RESPONSIBILITY OF THE ASSESSEE. IF THE PROPERTY HAS BEEN SOLD, DO NOT FORWARD THIS BILL TO THE NEW OWNER.**

1 **PAYMENT OF TAXES:** Payments should be in the exact amount of the total due. Taxes may be paid by mail, in person or online at venturapropertytax.org.

a) *Checks* are accepted in person, mailed to the payment processing center or mailed to the Treasurer-Tax Collector's office. Remittance by mail must be USPS postmarked on or before the delinquent date to avoid penalty. Funds are electronically deposited and may be withdrawn from your accounting the same day your payment is received.

b) *Cash* is accepted in person at the Treasurer-Tax Collector's office only during normal business hours.

c) *Electronic Checks* (eChecks) are accepted online at venturapropertytax.org. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County. eCheck payments are given a confirmation receipt upon completion of the transaction, however it may take several days for the processing to finish and is based solely on the information provided by the taxpayer. If account or routing numbers are entered incorrectly, it may result in a returned payment in which additional penalties and fees may apply.

d) *Credit Cards* are accepted online at venturapropertytax.org. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County.

e) *Online Bill Pay* made through your banking institution must include your bill number(s) and be received by the Tax Collector on or before the delinquency date to avoid penalties. Your banking transaction may not be processed the same day you submit the request and may not be USPS postmarked, which could result in delinquency. Please ensure to process your payment well in advance of the delinquency date to minimize the potential for late penalties.

2 **CHARGE FOR RETURNED PAYMENTS:** A $50.00 charge per statement will be added for all items returned by the bank for any reason.

3. **ASSESSMENT:** Annually, the County Assessor assesses all taxable property in the County, except State assessed property, to the persons owning, claiming, possessing or controlling it on the January 1 lien date. (§405). You have the right to an informal assessment review by contacting the Assessor's Office at (805) 654-2181 or their website assessor.countyofventura.org

4 **ASSESSMENT APPEALS:** If you disagree with the assessment on the tax bill, you may file an Assessment Appeal Application with the Clerk of the Board starting July 2, 2025 through September 15, 2025. Information on filing an Assessment Appeal Application is available on the Clerk of the Board's webpage at www.ventura.org/cob/aab, at the Clerk of the Board Office located at 800 South Victoria Avenue, Ventura or by calling (805) 654-2251. It is important to know the Assessment Appeals Board or Hearing Officer cannot grant or deny exemptions.

5 **TAX LIEN DATE:** All tax liens attach annually as of the lien date, January 1, preceding the fiscal year for which the taxes are levied. (§2192 & 2901)

6 **OWNER OF RECORD ON TAX LIEN DATE:** Unsecured property is assessed to the owner of record on the lien date, January 1. Ownership on the lien date determines the obligation to pay the taxes. **The disposal of property after the lien date does not relieve the assessee of the tax liability.** (§19, 23, 405, & 2951)

7 **FISCAL YEAR:** This tax bill is levied for the fiscal year, July 1 to June 30, based on ownership on January 1.

8 **DELINQUENCY DATE:**

(a) Taxes billed on the Unsecured Roll as of July 31, will become delinquent if unpaid at the close of business on August 31st and thereafter subject to a delinquent penalty of 10%. Taxes added to the Unsecured Roll after July 31st are delinquent if unpaid by the close of business on the last day of the month following the bill month and thereafter subject to a delinquent penalty of 10%.

(b) If the Unsecured Property taxes plus applicable penalties are still unpaid by the close of business on the last day of the second month following the application of the 10% penalty, an additional penalty of 1.5% per month will attach on the first day of each month thereafter, until the total amount due is paid or until the time a court judgment is entered for the amount of any unpaid taxes and penalty, whichever occurs first.

(c) If Unsecured Property taxes are unpaid at the close of business on the last day of the third month following the application of the 10% penalty, an additional 23% collection fee will also attach.

(d) If any delinquency date falls on a Saturday, Sunday or legal holiday, and the payment is received by the close of business on the following business day, any penalty to which the tax becomes subject will not apply. (§2922)

9 **ENFORCEMENT OF PAYMENT:** Delinquency will result in further action by the tax collector to enforce payment of the tax and all statutory penalties. Enforcement actions include the recording of a tax lien (§2191.3), Interagency Intercept Collection Program (California Government Code §12419.2, 12419.7, 12419.9, 12419.10, and 12419.11), the seizure of funds and/or sale of personal property, improvements and possessory interests belonging to or assessed to the assessee (§2951). Additional fees may attach as a result of any of these actions.

10 **ADDRESS CHANGES:** Requests for changes in address must be made through the Ventura County Assessor. For forms and information, please visit http://assessor.countyofventura.org.

**Contact Information:**

| For questions regarding payments, collections or delinquent tax enforcement: **Treasurer-Tax Collector** | For questions regarding assessed value, exemptions, change of address or property ownership: **Assessor** | For questions regarding tax rates or calculations: **Auditor-Controller** |
|---|---|---|
| (805) 654-3744 \| HelpingHand@ventura.org | (805) 654-2181 \| Assessor.Info@ventura.org | (805) 654-3181\| audptax@ventura.org |
| www.ventura.org/TTC | assessor.countyofventura.org | www.ventura.org/auditor-controllers-office |

COUNTY OF VENTURA
TREASURER-TAX COLLECTOR
800 SOUTH VICTORIA AVENUE
VENTURA, CA 93009-1290

# 2025/26 TAX BILL
# UNSECURED

COUNTY-CITIES-SCHOOLS-SPECIAL DISTRICTS OF VENTURA COUNTY
Fiscal Year July 01, 2025 to June 30, 2026

Owner of Record as of January 1, 2025:

BIG LOTS STORES - PNS, LLC
BIG LOTS #4546
ATTN TRINA LOPEZ - TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**Sue Horgan**
Treasurer-Tax Collector
(805) 654-3744
ventura.org/ttc

Property Description: Business Property
SITUS Address: 733 W Channel Islands Bl, Port Hueneme
Doing Business As: Big Lots #4546

| Property Number: | Parcel Number (APN): | Tax Rate Area (TRA): | Assessment Number: | Assessment Revision: |
|---|---|---|---|---|
| 2009132-0004 | 189-0-010-560 | 06022 | 202500007868 | 00 |
| **Bill Number:** | **Bill Revision:** | **Effective Tax Year:** | **Billed Tax Year:** | **Billed Date:** |
| 202506009192 | 00 | 2025/26 | 2025/26 | 07/08/2025 |

| Value Type | Old Value | New Value |
|---|---|---|
| Land & Minerals | | |
| Improvements | | |
| Fixture | | 34,100 |
| Trees & Vines | | |
| **Total Land and Improvement Value:** | | **34,100** |
| Personal Property | | 132,800 |
| Boats or Aircraft | | |
| **Total Gross Value:** | | **166,900** |
| Exemptions | | |
| **Total Net Value:** | | **166,900** |
| 10% §463 Penalty | | |
| **Total Assessed Value:** | | **166,900** |
| **R&T Codes:** | | |
| **Other Exemptions:** | | |

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
| 14001101 - PROP 13 MAXIMUM 1% TAX | 805-654-3181 | 1.000000 | 166,900 | $1,669.00 |
| 11031104 - EL SCH BD OXNARD #3 | 805-383-1982 | 0.021400 | 166,900 | $35.71 |
| 11031105 - EL SCH BD OXNARD #4 | 805-383-1982 | 0.045500 | 166,900 | $75.93 |
| 11031106 - EL SCH BOND OXNARD #5 | 805-383-1982 | 0.027200 | 166,900 | $45.39 |
| 11031107 - EL SCH BOND OXN MSR I | 805-383-1982 | 0.023900 | 166,900 | $39.88 |
| 12007102 - HI SCH BOND OXNARD | 805-383-1982 | 0.004900 | 166,900 | $8.22 |
| 12007103 - HI SCH BOND OXNARD #2 | 805-383-1982 | 0.009900 | 166,900 | $16.52 |
| 12007104 - HI SCH BOND OXNARD #3 | 805-383-1982 | 0.028300 | 166,900 | $47.23 |
| 12015103 - VTA COMM COLLEGE BD | 805-383-1982 | 0.013700 | 166,900 | $22.86 |
| 18750101 - METROPOLITAN WTR | 866-807-6864 | 0.007000 | 166,900 | $11.68 |
| 17771101 - UNITED WTR CONS IMPORT | 805-695-3870 | 0.033580 | 34,100 | $11.45 |
| **Due Date: Aug. 31, 2025** | | | **TOTAL TAX DUE:** | **$1,983.87** |

| Additional Charges | |
|---|---|
| Taxes | $1,983.87 |
| Delinquent Penalty 10% | |
| Interest 1.5% | |
| Cost $30 | |
| Collection Fee 23% | |
| Tax Collector Fees | |
| 506 Interest | |
| **Total Amount:** | **$1,983.87** |
| **Amount Paid:** | **$0.00** |
| **Amount Due:** | **$1,983.87** |

**The following penalties and fees will be added to delinquent bills:**

| Date | Name | Rate | Add'l Amount |
|---|---|---|---|
| If paid after August 31, 2025 | Delinquent Penalty §2922 | 10% | $198.38 |
| If paid after October 31, 2025 | Interest §2922 | 1.5% per month | $29.76 per month |
| If paid after November 30, 2025 | Collection Cost §2922 | 23% | $456.29 |

**Notes to Taxpayer:**
THE SALE OR DISPOSAL OF THE PROPERTY DESCRIBED HEREIN AFTER JANUARY 1 OF THE EFFECTIVE TAX YEAR DOES NOT RELIEVE THE OWNER OF RECORD OF THIS BILL.

**Due Aug. 31, 2025: $1,983.87**

## 2025/26 UNSECURED

Property Number: 2009132-0004 Bill Revision: 00
Bill Number: 202506009192
AssessmentNumber: 202500007868 Assessment Revision: 00
Effective Tax Year: 2025/26
Make check payable to: VC TAX COLLECTOR

If paid after Aug. 31: $2,182.25
If paid after Oct 31: $2,212.01
If paid after Nov. 30: Call (805) 654-3744 for payoff.

Save time, paper and stamps:
Pay online at ventura.org/ttc

COUNTY OF VENTURA
TREASURER-TAX COLLECTOR
PO BOX 845642
LOS ANGELES, CA 90084-5642

2202506009192200112312025000001983872

8

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |

# IMPORTANT INFORMATION

(All Section Numbers refer to California Revenue and Taxation Code)

**THIS BILL IS THE RESPONSIBILITY OF THE ASSESSEE. IF THE PROPERTY HAS BEEN SOLD, DO NOT FORWARD THIS BILL TO THE NEW OWNER.**

1 **PAYMENT OF TAXES:** Payments should be in the exact amount of the total due. Taxes may be paid by mail, in person or online at venturapropertytax.org.

a) *Checks* are accepted in person, mailed to the payment processing center or mailed to the Treasurer-Tax Collector's office. Remittance by mail must be USPS postmarked on or before the delinquent date to avoid penalty. Funds are electronically deposited and may be withdrawn from your accounting the same day your payment is received

b) *Cash* is accepted in person at the Treasurer-Tax Collector's office only during normal business hours.

c) *Electronic Checks* (eChecks) are accepted online at venturapropertytax.org. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County. eCheck payments are given a confirmation receipt upon completion of the transaction, however it may take several days for the processing to finish and is based solely on the information provided by the taxpayer. If account or routing numbers are entered incorrectly, it may result in a returned payment in which additional penalties and fees may apply.

d) *Credit Cards* are accepted online at venturapropertytax.org. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County.

e) *Online Bill Pay* made through your banking institution must include your bill number(s) and be received by the Tax Collector on or before the delinquency date to avoid penalties. Your banking transaction may not be processed the same day you submit the request and may not be USPS postmarked, which could result in delinquency. Please ensure to process your payment well in advance of the delinquency date to minimize the potential for late penalties.

2 **CHARGE FOR RETURNED PAYMENTS:** A $50.00 charge per statement will be added for all items returned by the bank for any reason.

3 **ASSESSMENT:** Annually, the County Assessor assesses all taxable property in the County, except State assessed property, to the persons owning, claiming, possessing or controlling it on the January 1 lien date. (§405). You have the right to an informal assessment review by contacting the Assessor's Office at (805) 654-2181 or their website assessor.countyofventura.org

4 **ASSESSMENT APPEALS:** If you disagree with the assessment on the tax bill, you may file an Assessment Appeal Application with the Clerk of the Board starting July 2, 2025 through September 15, 2025. Information on filing an Assessment Appeal Application is available on the Clerk of the Board's webpage at www.ventura.org/cob/aab, at the Clerk of the Board Office located at 800 South Victoria Avenue, Ventura or by calling (805) 654-2251. It is important to know the Assessment Appeals Board or Hearing Officer cannot grant or deny exemptions.

5 **TAX LIEN DATE:** All tax liens attach annually as of the lien date, January 1, preceding the fiscal year for which the taxes are levied. (§2192 & 2901)

6 **OWNER OF RECORD ON TAX LIEN DATE:** Unsecured property is assessed to the owner of record on the lien date, January 1. Ownership on the lien date determines the obligation to pay the taxes. **The disposal of property after the lien date does not relieve the assessee of the tax liability.** (§19, 23, 405, & 2951)

7 **FISCAL YEAR:** This tax bill is levied for the fiscal year, July 1 to June 30, based on ownership on January 1.

8 **DELINQUENCY DATE:**

(a) Taxes billed on the Unsecured Roll as of July 31, will become delinquent if unpaid at the close of business on August 31st and thereafter subject to a delinquent penalty of 10%. Taxes added to the Unsecured Roll after July 31st are delinquent if unpaid by the close of business on the last day of the month following the bill month and thereafter subject to a delinquent penalty of 10%.

(b) If the Unsecured Property taxes plus applicable penalties are still unpaid by the close of business on the last day of the second month following the application of the 10% penalty, an additional penalty of 1.5% per month will attach on the first day of each month thereafter, until the total amount due is paid or until the time a court judgment is entered for the amount of any unpaid taxes and penalty, whichever occurs first.

(c) If Unsecured Property taxes are unpaid at the close of business on the last day of the third month following the application of the 10% penalty, an additional 23% collection fee will also attach

(d) If any delinquency date falls on a Saturday, Sunday or legal holiday, and the payment is received by the close of business on the following business day, any penalty to which the tax becomes subject will not apply. (§2922)

9\. **ENFORCEMENT OF PAYMENT:** Delinquency will result in further action by the tax collector to enforce payment of the tax and all statutory penalties. Enforcement actions include the recording of a tax lien (§2191.3), Interagency Intercept Collection Program (California Government Code §12419.2, 12419.7, 12419.9, 12419.10, and 12419.11), the seizure of funds and/or sale of personal property, improvements and possessory interests belonging to or assessed to the assessee (§2951). Additional fees may attach as a result of any of these actions.

10 **ADDRESS CHANGES:** Requests for changes in address must be made through the Ventura County Assessor. For forms and information, please visit http://assessor.countyofventura.org.

**Contact Information:**

| For questions regarding payments, collections or delinquent tax enforcement: **Treasurer-Tax Collector** | For questions regarding assessed value, exemptions, change of address or property ownership: **Assessor** | For questions regarding tax rates or calculations: **Auditor-Controller** |
|---|---|---|
| (805) 654-3744 \| HelpingHand@ventura.org | (805) 654-2181 \| Assessor.Info@ventura.org | (805) 654-3181\| audptax@ventura.org |
| www.ventura.org/TTC | assessor.countyofventura.org | www.ventura.org/auditor-controllers-office |

**Receipt Number:** 10986339
**Payment Date:** 09/05/2025 14:34:40.453
**Area:** PaymentCounter
**Agent:** 104828
**Confirmation Number:**

## County of Ventura Treasurer - Tax Collector

## Payment Receipt



**Tax Charge(s):**

| Bill Number | Inst. | Eff.Tax Year | Property Number | Charge Type | Tax Amount | Previous Payments | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 202506002595 | 1 | 2025 | 20091320004 | Tax: | $1,983.87 | | | |
| | | | | Delinquent Penalty: | $0.00 | | | |
| | | | | Cost: | $0.00 | | | |
| | | | | Collection Fee: | $0.00 | | | |
| | | | | Redemption Fee: | $0.00 | | | |
| | | | | Monthly Interest: | $0.00 | | | |
| | | | | 506 Interest: | $0.00 | | | |
| | | | | Total Installment Charges: | $1,983.87 | $0.00 | $1,983.87 | $0.00 |
| | | | | Total Charges: | $1,983.87 | $0.00 | $1,983.87 | $0.00 |

**Payment(s) Received:**

| Mode | Check Number | Name | Amount |
|---|---|---|---|
| Check | 86399764 | BIG LOTS STORES - PNS, LLC | $1,983.87 |
| | | Amount Received: | $1,983.87 |
| | | Convenience Fee: | $0.00 |
| | | Change: | $0.00 |
| | | **TOTAL PAID:** | $1,983.87 |

COUNTY OF VENTURA
TREASURER-TAX COLLECTOR
800 SOUTH VICTORIA AVENUE
VENTURA, CA 93009-1290

# 2025/26 TAX BILL DELINQUENT UNSECURED PRIOR YEAR

**COUNTY-CITIES-SCHOOLS-SPECIAL DISTRICTS OF VENTURA COUNTY**
Fiscal Year July 01, 2025 to June 30, 2026

**Sue Horgan**
**Treasurer-Tax Collector**
**(805) 654-3744**
**venturacounty.gov/ttc/**

Owner of Record as of January 1, 2025:

BIG LOTS STORES - PNS, LLC
BIG LOTS #4432
ATTN TRINA LOPEZ - TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

Property Description: Business Property
SITUS Address: 568 W Main St, Unit 0000b, Santa Paula
Doing Business As: Big Lots #4432

| Property Number: | Registration Number: | Tax Rate Area (TRA): | Assessment Number: | Assessment Revision: |
|---|---|---|---|---|
| 2009132-0002 | | 04024 | 202500007866 | 00 |
| **Bill Number:** 202607003458 | **Bill Revision:** 00 | **Effective Tax Year:** 2025/26 | **Billed Tax Year:** 2025/26 | **Billed Date:** 01/16/2026 |

| Current Lien Date / Number: | Lien Date / Number: | Lien Date / Number: |
|---|---|---|
| Jul. 01, 2026 / 2026000048929 | / | / |

| Value Type | Assessed Value |
|---|---|
| Land & Minerals | |
| Improvement-Structure | |
| Improvement-Fixture | 48,600 |
| Improvement-Trees &Vines | |
| Total Land and Improvement Value: | 48,600 |
| Personal Property | 88,500 |
| Total Gross Value: | 137,100 |
| Exemptions | |
| Total Net Value: | 137,100 |
| 10% §463 Penalty | |
| Total Assessed Value: | 137,100 |
| R&T Codes: | |
| Exemptions: | |

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
| 14001101 - PROP 13 MAXIMUM 1% TAX | 805-654-3181 | 1.000000 | 137,100 | $1,371.00 |
| 11045103 - EL SCH BD SANTA PAULA | 805-654-3181 | 0.022000 | 137,100 | $30.16 |
| 11054102 - SANTA PAULA USD BD | 805-654-3181 | 0.042100 | 137,100 | $57.72 |
| 12015103 - VTA COMM COLLEGE BD | 805-654-3181 | 0.013700 | 137,100 | $18.78 |
| 12010103 - STA PAULA HI SCH BD #2 | 805-654-3181 | 0.040300 | 137,100 | $55.25 |
| 17771101 - UNITED WTR CONS IMPORT | 805-695-3870 | 0.033580 | 48,600 | $16.31 |
| | | | BASE TAX DUE on September 02, 2025 : | $1,549.22 |

| Additional Charges | |
|---|---|
| Taxes | $1,549.22 |
| Delinquent Penalty 10% | $154.92 |
| Interest 1.5% | $278.88 |
| Cost $30 | |
| Collection Fee 23% | $356.32 |
| Tax Collector Fees | |
| 506 Interest | |
| **Total Amount:** | **$2,339.34** |
| **Amount Paid:** | **$0.00** |
| **Amount Due:** | **$2,339.34** |

**The following penalties and fees will be added to delinquent bills:**

| Date | Name | Rate | Add'l Amount |
|---|---|---|---|
| If paid after September 02, 2025 | Delinquent Penalty §2922 | 10% | $154.92 |
| If paid after October 31, 2025 | Interest §2922 | 1.5% per month | $23.24 per month |
| If paid after November 30, 2025 | Collection Cost §2922 | 23% | $356.32 |

**Notes to Taxpayer:**
THE SALE OR DISPOSAL OF THE PROPERTY DESCRIBED HEREIN AFTER JANUARY 1 OF THE EFFECTIVE TAX YEAR DOES NOT RELIEVE THE OWNER OF RECORD OF THIS BILL.

**PAY THIS AMOUNT:**

| POSTMARKED OR RECEIVED | TOTAL AMOUNT DUE |
|---|---|
| IF PAID BY Oct 31, 2026 | $2,339.34 |
| IF PAID BY Nov 30, 2026 | $2,362.58 |
| IF PAID BY Dec 31, 2026 | $2,385.82 |
| IF PAID BY Jan 31, 2027 | $2,409.06 |
| IF PAID BY Feb 28, 2027 | $2,432.30 |
| IF PAID BY Mar 31, 2027 | $2,455.54 |
| IF PAID BY Apr 30, 2027 | $2,478.78 |
| IF PAID BY May 31, 2027 | $2,502.02 |
| IF PAID BY Jun 30, 2027 | $2,525.26 |
| IF PAID BY Jul 31, 2027 | $2,548.50 |
| IF PAID BY Aug 31, 2027 | $2,571.74 |
| IF PAID BY Sep 30, 2027 | $2,594.98 |

Save time, paper and stamps:
Pay online at venturacounty.gov/ttc/

## 2025/26 TAX BILL DELINQUENT UNSECURED PRIOR YEAR

Property Number: 2009132-0002
Bill Number: 202607003458 Bill Revision: 00
Assessment Number: 202500007866 Assessment Revision: 00
Effective Tax Year: 2025/26

Make check payable to: VC TAX COLLECTOR

**COUNTY OF VENTURA**
**TREASURER-TAX COLLECTOR**
**800 SOUTH VICTORIA AVENUE**
**VENTURA, CA 93009-1290**

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |

# IMPORTANT INFORMATION

(All Section Numbers refer to California Revenue and Taxation Code)

**THIS BILL IS THE RESPONSIBILITY OF THE ASSESSEE. IF THE PROPERTY HAS BEEN SOLD, DO NOT FORWARD THIS BILL TO THE NEW OWNER.**

1. **PAYMENT OF TAXES:** Payments should be in the exact amount of the total due. Taxes may be paid by mail, in person or online at venturacounty.gov/ttc/.

a) *Checks* are accepted in person, mailed to the payment processing center or mailed to the Treasurer-Tax Collector's office. Remittance by mail must be USPS postmarked on or before the delinquent date to avoid penalty. Funds are electronically deposited and may be withdrawn from your account on the same day your payment is received.

b) *Cash* is accepted in person at the Treasurer-Tax Collector's office only during normal business hours.

c) *Electronic Checks* (eChecks) are accepted online at venturacounty.gov/ttc/. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County. eCheck payments are given a confirmation receipt upon completion of the transaction, however it may take several days for the processing to finish and is based solely on the information provided by the taxpayer. If account or routing numbers are entered incorrectly, it may result in a returned payment in which additional penalties and fees may apply.

d) *Credit Cards* are accepted online at venturacounty.gov/ttc/. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County.

e) *Online Bill Pay* made through your banking institution must include your bill number(s) and be received by the Tax Collector on or before the delinquency date to avoid penalties. Your banking transaction may not be processed the same day you submit the request and may not be USPS postmarked, which could result in delinquency. Please ensure to process your payment well in advance of the delinquency date to minimize the potential for late penalties.

2. **CHARGE FOR RETURNED PAYMENTS:** A $50.00 charge per statement will be added for all items returned by the bank for any reason.
3. **ASSESSMENT:** Annually, the County Assessor assesses all taxable property in the County, except State assessed property, to the persons owning, claiming, possessing or controlling it on the January 1 lien date. (§405). You have the right to an informal assessment review by contacting the Assessor's Office at (805) 654-2181 or their website assessor.venturacounty.gov/.
4. **ASSESSMENT APPEALS:** If you disagree with the assessment on the tax bill, you may file an Assessment Appeal Application with the Clerk of the Board starting July 2, 2025 through September 15, 2025. Information on filing an Assessment Appeal Application is available on the Clerk of the Board's webpage at venturacounty.gov/cob/aab, at the Clerk of the Board Office located 800 South Victoria Avenue, Ventura or by calling (805) 654-2251. It is important to know the Assessment Appeals Board or Hearing Officer cannot grant or deny exemptions.
5. **TAX LIEN DATE:** All tax liens attach annually as of the lien date, January 1, preceding the fiscal year for which the taxes are levied. (§2192 & 2901)
6. **OWNER OF RECORD ON TAX LIEN DATE**: Unsecured property is assessed to the owner of record on the lien date, January 1. Ownership on the lien date determines the obligation to pay the taxes. **The disposal of property after the lien date does not relieve the assessee of the tax liability.** (§19, 23, 405, & 2951)
7. **FISCAL YEAR:** This tax bill is levied for the fiscal year, July 1 to June 30, based on ownership on January 1.
8. **DELINQUENCY DATE:**

(a) Taxes billed on the Unsecured Roll as of July 31, will become delinquent if unpaid at the close of business on August 31st and thereafter subject to a delinquent penalty of 10%. Taxes added to the Unsecured Roll after July 31st are delinquent if unpaid by the close of business on the last day of the month following the bill month and thereafter subject to a delinquent penalty of 10%.

(b) If the Unsecured Property taxes plus applicable penalties are still unpaid by the close of business on the last day of the second month following the application of the 10% penalty, an additional penalty of 1.5% per month will attach on the first day of each month thereafter, until the total amount due is paid or until the time a court judgment is entered for the amount of any unpaid taxes and penalty, whichever occurs first.

(c) If Unsecured Property taxes are unpaid at the close of business on the last day of the third month following the application of the 10% penalty, an additional 23% collection fee will also attach.

(d) If any delinquency date falls on a Saturday, Sunday or legal holiday, and the payment is received by the close of business on the following business day, any penalty to which the tax becomes subject will not apply. (§2922)

9. **ENFORCEMENT OF PAYMENT:** Delinquency will result in further action by the tax collector to enforce payment of the tax and all statutory penalties. Enforcement actions include the recording of a tax lien (§2191.3), Interagency Intercept Collection Program (California Government Code §12419.2, 12419.7, 12419.9, 12419.10, and 12419.11), the seizure of funds and/or sale of personal property, improvements and possessory interests belonging to or assessed to the assessee (§2951). Additional fees may attach as a result of any of these actions.
10. **ADDRESS CHANGES:** Requests for changes in address must be made through the Ventura County Assessor. For forms and information, please visit http://assessor.venturacounty.gov/.

**Contact Information:**

| For questions regarding payments, collections or delinquent tax enforcement: **Treasurer-Tax Collector** | For questions regarding assessed value, exemptions, change of address or property ownership: **Assessor** | For questions regarding tax rates or calculations: **Auditor-Controller** |
|---|---|---|
| (805) 654-3744 \| HelpingHand@venturacounty.gov | (805) 654-2181 \| Assessor.Info@venturacounty.gov | (805) 654-3181 \| audptax@venturacounty.gov |
| venturacounty.gov/ttc/ | assessor.venturacounty.gov/ | venturacounty.gov/auditor-controllers-office/ |

COUNTY OF VENTURA
TREASURER-TAX COLLECTOR
800 SOUTH VICTORIA AVENUE
VENTURA, CA 93009-1290

# 2025/26 TAX BILL DELINQUENT UNSECURED PRIOR YEAR

COUNTY-CITIES-SCHOOLS-SPECIAL DISTRICTS OF VENTURA COUNTY
Fiscal Year July 01, 2025 to June 30, 2026

Owner of Record as of January 1, 2025:

BIG LOTS STORES - PNS, LLC
BIG LOTS #4157
ATTN TRINA LOPEZ - TAX DEPT
4900 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43081-7651

**Sue Horgan**
**Treasurer-Tax Collector**
**(805) 654-3744**
**venturacounty.gov/ttc/**

Property Description: Business Property
SITUS Address: 353 Carmen Dr, Camarillo
Doing Business As: Big Lots #4157

| Property Number: | Registration Number: | Tax Rate Area (TRA): | Assessment Number: | Assessment Revision: |
|---|---|---|---|---|
| 2009132-0003 | | 07047 | 202500007867 | 00 |
| **Bill Number:** 202607005493 | **Bill Revision:** 00 | **Effective Tax Year:** 2025/26 | **Billed Tax Year:** 2025/26 | **Billed Date:** 01/16/2026 |
| **Current Lien Date / Number:** Jul. 01, 2026 / 2026000048930 | **Lien Date / Number:** / | **Lien Date / Number:** / | | |

| Value Type | Assessed Value |
|---|---|
| Land & Minerals | |
| Improvement-Structure | |
| Improvement-Fixture | 20,300 |
| Improvement-Trees &Vines | |
| Total Land and Improvement Value: | 20,300 |
| Personal Property | 111,200 |
| Total Gross Value: | 131,500 |
| Exemptions | |
| Total Net Value: | 131,500 |
| 10% §463 Penalty | |
| Total Assessed Value: | 131,500 |
| R&T Codes: | |
| Exemptions: | |

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
| 14001101 - PROP 13 MAXIMUM 1% TAX | 805-654-3181 | 1.000000 | 131,500 | $1,315.00 |
| 11035102 - EL SCH BD PL VLY | 805-654-3181 | 0.013600 | 131,500 | $17.88 |
| 11035103 - EL SCH BD PL VLY #2 | 805-654-3181 | 0.028100 | 131,500 | $36.95 |
| 12007102 - HI SCH BOND OXNARD | 805-654-3181 | 0.004900 | 131,500 | $6.44 |
| 12007103 - HI SCH BOND OXNARD #2 | 805-654-3181 | 0.009900 | 131,500 | $13.02 |
| 12007104 - HI SCH BOND OXNARD #3 | 805-654-3181 | 0.028300 | 131,500 | $37.22 |
| 12015103 - VTA COMM COLLEGE BD | 805-654-3181 | 0.013700 | 131,500 | $18.01 |
| 18750101 - METROPOLITAN WTR | 866-807-6864 | 0.007000 | 131,500 | $9.21 |
| | | | BASE TAX DUE on September 02, 2025 : | $1,453.73 |

| Additional Charges | |
|---|---|
| Taxes | $1,453.73 |
| Delinquent Penalty 10% | $145.37 |
| Interest 1.5% | $261.72 |
| Cost $30 | |
| Collection Fee 23% | $334.36 |
| Tax Collector Fees | |
| 506 Interest | |
| **Total Amount:** | **$2,195.18** |
| **Amount Paid:** | **$0.00** |
| **Amount Due:** | **$2,195.18** |

**The following penalties and fees will be added to delinquent bills:**

| Date | Name | Rate | Add'l Amount |
|---|---|---|---|
| If paid after September 02, 2025 | Delinquent Penalty §2922 | 10% | $145.37 |
| If paid after October 31, 2025 | Interest §2922 | 1.5% per month | $21.81 per month |
| If paid after November 30, 2025 | Collection Cost §2922 | 23% | $334.36 |

**Notes to Taxpayer:**
THE SALE OR DISPOSAL OF THE PROPERTY DESCRIBED HEREIN AFTER JANUARY 1 OF THE EFFECTIVE TAX YEAR DOES NOT RELIEVE THE OWNER OF RECORD OF THIS BILL.

**PAY THIS AMOUNT:**

| POSTMARKED OR RECEIVED | TOTAL AMOUNT DUE |
|---|---|
| IF PAID BY Oct 31, 2026 | $2,195.18 |
| IF PAID BY Nov 30, 2026 | $2,216.99 |
| IF PAID BY Dec 31, 2026 | $2,238.80 |
| IF PAID BY Jan 31, 2027 | $2,260.61 |
| IF PAID BY Feb 28, 2027 | $2,282.42 |
| IF PAID BY Mar 31, 2027 | $2,304.23 |
| IF PAID BY Apr 30, 2027 | $2,326.04 |
| IF PAID BY May 31, 2027 | $2,347.85 |
| IF PAID BY Jun 30, 2027 | $2,369.66 |
| IF PAID BY Jul 31, 2027 | $2,391.47 |
| IF PAID BY Aug 31, 2027 | $2,413.28 |
| IF PAID BY Sep 30, 2027 | $2,435.09 |

Save time, paper and stamps:
Pay online at venturacounty.gov/ttc/

## 2025/26 TAX BILL DELINQUENT UNSECURED PRIOR YEAR

Property Number: 2009132-0003
Bill Number: 202607005493 Bill Revision: 00
Assessment Number: 202500007867 Assessment Revision: 00
Effective Tax Year: 2025/26

Make check payable to: VC TAX COLLECTOR

COUNTY OF VENTURA
TREASURER-TAX COLLECTOR
800 SOUTH VICTORIA AVENUE
VENTURA, CA 93009-1290

11

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |

## IMPORTANT INFORMATION

(All Section Numbers refer to California Revenue and Taxation Code)

**THIS BILL IS THE RESPONSIBILITY OF THE ASSESSEE. IF THE PROPERTY HAS BEEN SOLD, DO NOT FORWARD THIS BILL TO THE NEW OWNER.**

1. **PAYMENT OF TAXES:** Payments should be in the exact amount of the total due. Taxes may be paid by mail, in person or online at venturacounty.gov/ttc/.

a) *Checks* are accepted in person, mailed to the payment processing center or mailed to the Treasurer-Tax Collector's office. Remittance by mail must be USPS postmarked on or before the delinquent date to avoid penalty. Funds are electronically deposited and may be withdrawn from your account on the same day your payment is received.

b) *Cash* is accepted in person at the Treasurer-Tax Collector's office only during normal business hours.

c) *Electronic Checks* (eChecks) are accepted online at venturacounty.gov/ttc/. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County. eCheck payments are given a confirmation receipt upon completion of the transaction, however it may take several days for the processing to finish and is based solely on the information provided by the taxpayer. If account or routing numbers are entered incorrectly, it may result in a returned payment in which additional penalties and fees may apply.

d) *Credit Cards* are accepted online at venturacounty.gov/ttc/. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County.

e) *Online Bill Pay* made through your banking institution must include your bill number(s) and be received by the Tax Collector on or before the delinquency date to avoid penalties. Your banking transaction may not be processed the same day you submit the request and may not be USPS postmarked, which could result in delinquency. Please ensure to process your payment well in advance of the delinquency date to minimize the potential for late penalties.

2. **CHARGE FOR RETURNED PAYMENTS:** A $50.00 charge per statement will be added for all items returned by the bank for any reason.
3. **ASSESSMENT:** Annually, the County Assessor assesses all taxable property in the County, except State assessed property, to the persons owning, claiming, possessing or controlling it on the January 1 lien date. (§405). You have the right to an informal assessment review by contacting the Assessor's Office at (805) 654-2181 or their website assessor.venturacounty.gov/.
4. **ASSESSMENT APPEALS:** If you disagree with the assessment on the tax bill, you may file an Assessment Appeal Application with the Clerk of the Board starting July 2, 2025 through September 15, 2025. Information on filing an Assessment Appeal Application is available on the Clerk of the Board's webpage at venturacounty.gov/cob/aab, at the Clerk of the Board Office located 800 South Victoria Avenue, Ventura or by calling (805) 654-2251. It is important to know the Assessment Appeals Board or Hearing Officer cannot grant or deny exemptions.
5. **TAX LIEN DATE:** All tax liens attach annually as of the lien date, January 1, preceding the fiscal year for which the taxes are levied. (§2192 & 2901)
6. **OWNER OF RECORD ON TAX LIEN DATE**: Unsecured property is assessed to the owner of record on the lien date, January 1. Ownership on the lien date determines the obligation to pay the taxes. **The disposal of property after the lien date does not relieve the assessee of the tax liability.** (§19, 23, 405, & 2951)
7. **FISCAL YEAR:** This tax bill is levied for the fiscal year, July 1 to June 30, based on ownership on January 1.
8. **DELINQUENCY DATE:**

(a) Taxes billed on the Unsecured Roll as of July 31, will become delinquent if unpaid at the close of business on August 31st and thereafter subject to a delinquent penalty of 10%. Taxes added to the Unsecured Roll after July 31st are delinquent if unpaid by the close of business on the last day of the month following the bill month and thereafter subject to a delinquent penalty of 10%.

(b) If the Unsecured Property taxes plus applicable penalties are still unpaid by the close of business on the last day of the second month following the application of the 10% penalty, an additional penalty of 1.5% per month will attach on the first day of each month thereafter, until the total amount due is paid or until the time a court judgment is entered for the amount of any unpaid taxes and penalty, whichever occurs first.

(c) If Unsecured Property taxes are unpaid at the close of business on the last day of the third month following the application of the 10% penalty, an additional 23% collection fee will also attach.

(d) If any delinquency date falls on a Saturday, Sunday or legal holiday, and the payment is received by the close of business on the following business day, any penalty to which the tax becomes subject will not apply. (§2922)

9. **ENFORCEMENT OF PAYMENT:** Delinquency will result in further action by the tax collector to enforce payment of the tax and all statutory penalties. Enforcement actions include the recording of a tax lien (§2191.3), Interagency Intercept Collection Program (California Government Code §12419.2, 12419.7, 12419.9, 12419.10, and 12419.11), the seizure of funds and/or sale of personal property, improvements and possessory interests belonging to or assessed to the assessee (§2951). Additional fees may attach as a result of any of these actions.
10. **ADDRESS CHANGES:** Requests for changes in address must be made through the Ventura County Assessor. For forms and information, please visit http://assessor.venturacounty.gov/.

**Contact Information:**

| For questions regarding payments, collections or delinquent tax enforcement: **Treasurer-Tax Collector** | For questions regarding assessed value, exemptions, change of address or property ownership: **Assessor** | For questions regarding tax rates or calculations: **Auditor-Controller** |
|---|---|---|
| (805) 654-3744 \| HelpingHand@venturacounty.gov | (805) 654-2181 \| Assessor.Info@venturacounty.gov | (805) 654-3181 \| audptax@venturacounty.gov |
| venturacounty.gov/ttc/ | assessor.venturacounty.gov/ | venturacounty.gov/auditor-controllers-office/ |

**COUNTY OF VENTURA**
**TREASURER-TAX COLLECTOR**
**800 SOUTH VICTORIA AVENUE**
**VENTURA, CA 93009-1290**

# 2025/26 TAX BILL UNSECURED

**COUNTY-CITIES-SCHOOLS-SPECIAL DISTRICTS OF VENTURA COUNTY**
Fiscal Year July 01, 2025 to June 30, 2026

Owner of Record as of January 1, 2025:

**BIG LOTS STORES - PNS, LLC**
**BIG LOTS #4546**
**ATTN TRINA LOPEZ - TAX DEPT**
**4900 E DUBLIN GRANVILLE RD**
**COLUMBUS, OH 43081-7651**

**Sue Horgan**
**Treasurer-Tax Collector**
**(805) 654-3744**
**venturacounty.gov/ttc/**

Property Description: Business Property
SITUS Address: 733 W Channel Islands Bl, Port Hueneme
Doing Business As: Big Lots #4546

| Property Number: | Registration Number: | Tax Rate Area (TRA): | Assessment Number: | Assessment Revision: |
|---|---|---|---|---|
| 2009132-0004 | | 06022 | 202500007868 | 00 |
| **Bill Number:** 202506002595 | **Bill Revision:** 00 | **Effective Tax Year:** 2025/26 | **Billed Tax Year:** 2025/26 | **Billed Date:** 07/25/2025 |

| Value Type | Old Value | New Value |
|---|---|---|
| Land & Minerals | | |
| Improvements | | |
| Fixture | | 34,100 |
| Trees & Vines | | |
| **Total Land and Improvement Value:** | | **34,100** |
| Personal Property | | 132,800 |
| Boats or Aircraft | | |
| **Total Gross Value:** | | **166,900** |
| Exemptions | | |
| **Total Net Value:** | | **166,900** |
| 10% §463 Penalty | | |
| **Total Assessed Value:** | | **166,900** |
| **R&T Codes:** | | |
| **Other Exemptions:** | | |

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
| 14001101 - PROP 13 MAXIMUM 1% TAX | 805-654-3181 | 1.000000 | 166,900 | $1,669.00 |
| 11031104 - EL SCH BD OXNARD #3 | 805-654-3181 | 0.021400 | 166,900 | $35.71 |
| 11031105 - EL SCH BD OXNARD #4 | 805-654-3181 | 0.045500 | 166,900 | $75.94 |
| 11031106 - EL SCH BOND OXNARD #5 | 805-654-3181 | 0.027200 | 166,900 | $45.40 |
| 11031107 - EL SCH BOND OXN MSR I | 805-654-3181 | 0.023900 | 166,900 | $39.89 |
| 12007102 - HI SCH BOND OXNARD | 805-654-3181 | 0.004900 | 166,900 | $8.18 |
| 12007103 - HI SCH BOND OXNARD #2 | 805-654-3181 | 0.009900 | 166,900 | $16.52 |
| 12007104 - HI SCH BOND OXNARD #3 | 805-654-3181 | 0.028300 | 166,900 | $47.23 |
| 12015103 - VTA COMM COLLEGE BD | 805-654-3181 | 0.013700 | 166,900 | $22.87 |
| 18750101 - METROPOLITAN WTR | 866-807-6864 | 0.007000 | 166,900 | $11.68 |
| 17771101 - UNITED WTR CONS IMPORT | 805-695-3870 | 0.033580 | 34,100 | $11.45 |
| **Due Date: Sep. 02, 2025** | | **TOTAL TAX DUE:** | | **$1,983.87** |

| Additional Charges | |
|---|---|
| Taxes | $1,983.87 |
| Delinquent Penalty 10% | |
| Interest 1.5% | |
| Cost $30 | |
| Collection Fee 23% | |
| Tax Collector Fees | |
| 506 Interest | |
| **Total Amount:** | **$1,983.87** |
| **Amount Paid:** | **$1,983.87** |
| **Amount Due:** | **$0.00** |

**The following penalties and fees will be added to delinquent bills:**

| Date | Name | Rate | Add'l Amount |
|---|---|---|---|
| If paid after September 02, 2025 | Delinquent Penalty §2922 | 10% | $198.38 |
| If paid after October 31, 2025 | Interest §2922 | 1.5% per month | $29.76 per month |
| If paid after November 30, 2025 | Collection Cost §2922 | 23% | $456.29 |

**Notes to Taxpayer:**
THE SALE OR DISPOSAL OF THE PROPERTY DESCRIBED HEREIN AFTER JANUARY 1 OF THE EFFECTIVE TAX YEAR DOES NOT RELIEVE THE OWNER OF RECORD OF THIS BILL.

**Due Sep. 02, 2025: PAID**

## 2025/26 UNSECURED

Property Number: 2009132-0004 Bill Revision: 00
Bill Number: 202506002595
AssessmentNumber: 202500007868 Assessment Revision: 00
Effective Tax Year: 2025/26
Make check payable to: VC TAX COLLECTOR

If paid after Sep. 02: $2,182.25
If paid after Oct. 31: $2,212.01
If paid after Nov. 30: Call (805) 654-3744 for payoff.

Save time, paper and stamps:
Pay online at venturacounty.gov/ttc/

**COUNTY OF VENTURA**
**TREASURER-TAX COLLECTOR**
**PO BOX 845642**
**LOS ANGELES, CA 90084-5642**

| Taxing Agency | Phone | Tax Rate | x Assessed Value | = Tax Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |

# IMPORTANT INFORMATION

(All Section Numbers refer to California Revenue and Taxation Code)

**THIS BILL IS THE RESPONSIBILITY OF THE ASSESSEE. IF THE PROPERTY HAS BEEN SOLD, DO NOT FORWARD THIS BILL TO THE NEW OWNER.**

1. **PAYMENT OF TAXES:** Payments should be in the exact amount of the total due. Taxes may be paid by mail, in person or online at venturacounty.gov/ttc/.

a) *Checks* are accepted in person, mailed to the payment processing center or mailed to the Treasurer-Tax Collector's office. Remittance by mail must be USPS postmarked on or before the delinquent date to avoid penalty. Funds are electronically deposited and may be withdrawn from your account on the same day your payment is received.

b) *Cash* is accepted in person at the Treasurer-Tax Collector's office only during normal business hours.

c) *Electronic Checks* (eChecks) are accepted online at venturacounty.gov/ttc/. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County. eCheck payments are given a confirmation receipt upon completion of the transaction, however it may take several days for the processing to finish and is based solely on the information provided by the taxpayer. If account or routing numbers are entered incorrectly, it may result in a returned payment in which additional penalties and fees may apply.

d) *Credit Cards* are accepted online at venturacounty.gov/ttc/. Processor fees (or convenience fees) are charged by the payment processor and are not collected by Ventura County.

e) *Online Bill Pay* made through your banking institution must include your bill number(s) and be received by the Tax Collector on or before the delinquency date to avoid penalties. Your banking transaction may not be processed the same day you submit the request and may not be USPS postmarked, which could result in delinquency. Please ensure to process your payment well in advance of the delinquency date to minimize the potential for late penalties.

2. **CHARGE FOR RETURNED PAYMENTS:** A $50.00 charge per statement will be added for all items returned by the bank for any reason.

3. **ASSESSMENT:** Annually, the County Assessor assesses all taxable property in the County, except State assessed property, to the persons owning, claiming, possessing or controlling it on the January 1 lien date. (§405). You have the right to an informal assessment review by contacting the Assessor's Office at (805) 654-2181 or their website assessor.venturacounty.gov/.

4. **ASSESSMENT APPEALS:** If you disagree with the assessment on the tax bill, you may file an Assessment Appeal Application with the Clerk of the Board starting July 2, 2025 through September 15, 2025. Information on filing an Assessment Appeal Application is available on the Clerk of the Board's webpage at venturacounty.gov/cob/aab, at the Clerk of the Board Office located at 800 South Victoria Avenue, Ventura or by calling (805) 654-2251. It is important to know the Assessment Appeals Board or Hearing Officer cannot grant or deny exemptions.

5. **TAX LIEN DATE:** All tax liens attach annually as of the lien date, January 1, preceding the fiscal year for which the taxes are levied. (§2192 & 2901)

6. **OWNER OF RECORD ON TAX LIEN DATE:** Unsecured property is assessed to the owner of record on the lien date, January 1. Ownership on the lien date determines the obligation to pay the taxes. **The disposal of property after the lien date does not relieve the assessee of the tax liability.** (§19, 23, 405, & 2951)

7. **FISCAL YEAR:** This tax bill is levied for the fiscal year, July 1 to June 30, based on ownership on January 1.

8. **DELINQUENCY DATE:**

(a) Taxes billed on the Unsecured Roll as of July 31, will become delinquent if unpaid at the close of business on August 31st and thereafter subject to a delinquent penalty of 10%. Taxes added to the Unsecured Roll after July 31st are delinquent if unpaid by the close of business on the last day of the month following the bill month and thereafter subject to a delinquent penalty of 10%.

(b) If the Unsecured Property taxes plus applicable penalties are still unpaid by the close of business on the last day of the second month following the application of the 10% penalty, an additional penalty of 1.5% per month will attach on the first day of each month thereafter, until the total amount due is paid or until the time a court judgment is entered for the amount of any unpaid taxes and penalty, whichever occurs first.

(c) If Unsecured Property taxes are unpaid at the close of business on the last day of the third month following the application of the 10% penalty, an additional 23% collection fee will also attach.

(d) If any delinquency date falls on a Saturday, Sunday or legal holiday, and the payment is received by the close of business on the following business day, any penalty to which the tax becomes subject will not apply. (§2922)

9. **ENFORCEMENT OF PAYMENT:** Delinquency will result in further action by the tax collector to enforce payment of the tax and all statutory penalties. Enforcement actions include the recording of a tax lien (§2191.3), Interagency Intercept Collection Program (California Government Code §12419.2, 12419.7, 12419.9, 12419.10, and 12419.11), the seizure of funds and/or sale of personal property, improvements and possessory interests belonging to or assessed to the assessee (§2951). Additional fees may attach as a result of any of these actions.

10. **ADDRESS CHANGES:** Requests for changes in address must be made through the Ventura County Assessor. For forms and information, please visit http://assessor.venturacounty.gov/.

**Contact Information:**

| For questions regarding payments, collections or delinquent tax enforcement: **Treasurer-Tax Collector** | For questions regarding assessed value, exemptions, change of address or property ownership: **Assessor** | For questions regarding tax rates or calculations: **Auditor-Controller** |
|---|---|---|
| (805) 654-3744 \| HelpingHand@venturacounty.gov | (805) 654-2181 \| Assessor.Info@venturacounty.gov | (805) 654-3181\| audptax@venturacounty.gov |
| venturacounty.gov/ttc/ | assessor.venturacounty.gov/ | venturacounty.gov/auditor-controllers-office/ |